EXHIBIT 4

1

1          IN THE UNITED STATES DISTRICT COURT

2             NORTHEASTERN DISTRICT OF OHIO

3                   EASTERN DIVISION

4     IN RE NATIONAL PRESCRIPTION

5     OPIATE LITIGATION              MDL No. 2804

6

7     This document relates to:      Case
                                     No. 17-md-2804
8     The County of Cuyahoga v.
      Purdue Pharma, L.P., et al.,   Judge Dan Aaron
9     Case No. 18-OP-45090           Polster

10    City of Cleveland, Ohio vs.
      Purdue Pharma, L.P., et al.
11    Case No. 18-OP-45132

12    The County of Summit, Ohio, et al.,
      v. Purdue Pharma L.P., et al.,
13    Case No. 1:18-OP-45004 (N.D. Ohio)

14

15          The videotaped deposition of DEMETRA

16    ASHLEY, called for examination pursuant to the

17    Rules of Civil Procedure for the United States

18    District Courts pertaining to the taking of

19    depositions, taken at 10 South Wacker Drive,

20    Suite 4000, Chicago, Illinois, on the 15th day of

21    March, 2019, at the hour of 9:16 a.m.

22

23

24    Reported by:  Gina M. Luordo, CSR, RPR, CRR

25    License No.:  084-004143

251

```
 1    controlled substances to the folks who need them,

 2    but at the same time, minimizing diversion?

 3         MR. SHKOLNIK:  Objection to form.

 4         MS. BACCHUS:  Objection.  Form.

 5         THE WITNESS:  I would say it would help to

 6    accomplish DEA -- yeah, I would, DEA's mission,

 7    yes.

 8    BY MR. SCHUTTE:

 9         Q.   And would you agree with me that

10    communications between the Office of Diversion

11    Control and distributors could help the

12    distributors be more effective in minimizing

13    diversion?

14         A.   It would help them better understand our

15    regulations, which would, in turn, help minimize

16    diversion.

17         Q.   You testified earlier today that it was in

18    the discretion of the distributors to make the

19    decision whether an order was suspicious and

20    whether to ship, correct?

21         A.   Yes.

22         Q.   Are other aspects of a distributor's

23    efforts to comply with the suspicious order

24    monitoring system also discretionary?  For example,

25    the level of recordkeeping done by a distributor,
```

252

1    is that something that's discretionary?

2         A.   The level of recordkeeping as -- I'm

3    sorry.  Only specific to suspicious orders what

4    records they keep?

5         Q.   Let's start with that.  Is how the records

6    are kept in connection with suspicious order

7    something that's left to the discretion of

8    distributors just as the decision as to whether an

9    order is suspicious or whether an order should be

10   shipped?

11        A.   How the records are kept are left to the

12   discretion of the distributor, yes.

13        Q.   Is the documentation of a distributor

14   suspicious order monitoring system how it's -- how

15   it is set up and how it's implemented also

16   something that is in the discretion of the

17   distributors?

18        A.   Yes.

19        MR. SCHUTTE:  Can we go off the record for like

20   two minutes so I can consult with my cocounsel, and

21   I may be finished.

22        THE VIDEOGRAPHER:  We're off the record at

23   4:56 p.m.

24                      (Whereupon, a short break was

25                      taken.)

253

1      THE VIDEOGRAPHER:  We're back on the record at

2   5:01 p.m.

3   BY MR. SCHUTTE:

4      Q.   Ms. Ashley, thank you for your patience.

5   I just have a couple more questions.

6           I was asking a series of questions a

7   moment ago about whether things like recordkeeping

8   and documentation of suspicious order monitoring

9   are in the discretion of the distributors, and you

10  said yes.  I want to ask the same questions about

11  whether -- how a distributor conducts its due

12  diligence to determine whether an order is

13  suspicious.

14          Is that something that's in the discretion

15  of the distributor?

16     A.   How they conduct --

17     Q.   The due diligence.

18     A.   Yeah.

19     Q.   And is how they document -- strike that

20  and start over.

21          Is how a distributor documents the due

22  diligence it conducts, is that also something

23  that's in the discretion of the distributor?

24     A.   How they document it?  Okay.  Ask the

25  question again.

254

1      Q.   Yes, ma'am.  Is how a distributor

2    documents the due diligence it conducts something

3    that's in the discretion of the distributor?

4      A.   How they document it?  How they do it, I'd

5    have to say, yes.

6      Q.   Okay.

7      MR. SCHUTTE:  How much time do we have on the

8    record?

9      THE VIDEOGRAPHER:  You've been on for

10   25 minutes.

11     MR. SCHUTTE:  Total.

12     THE VIDEOGRAPHER:  Total is five hours and 22

13   minutes.

14     MR. SCHUTTE:  So I believe that the defendants

15   have used five hours and 22 minutes, so we'll

16   reserve the additional hour and eight minutes for

17   redirect after plaintiff is finished.  Thank you

18   for your time.

19     MR. SHKOLNIK:  We have to go off.  I need to

20   switch and get documents.  If you don't mind, we'll

21   just take 10 minutes.

22     THE VIDEOGRAPHER:  We're off the record at

23   5:02 p.m.

24                    (Whereupon, a short break was

25                     taken.)