# EXHIBIT 7

```
                                                                    1

 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3   IN RE: NATIONAL           )    MDL No. 2804
     PRESCRIPTION OPIATE       )
 4   LITIGATION                )    Case No.
                               )    1:17-MD-2804
 5                             )
     THIS DOCUMENT RELATES TO  )    Hon. Dan A. Polster
 6   ALL CASES                 )
                               )
 7

 8

 9

10                      — — —
                Friday, February 22, 2019
11                      — — —

12      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
13                      — — —

14

15

16

17      Videotaped Deposition of MATTHEW ROGOS,
     held at Marcus & Shapira LLP, One Oxford
18   Centre, Suite 3500, Pittsburgh, Pennsylvania,
     commencing at 1:09 p.m., on the above date,
19   before Michael E. Miller, Fellow of the
     Academy of Professional Reporters, Registered
20   Diplomate Reporter, Certified Realtime
     Reporter and Notary Public.
21

22

23                      — — —

24           GOLKOW LITIGATION SERVICES
         877.370.3377 ph | fax 917.591.5672
25               deps@golkow.com
```

[2/22/2019] Rogos022219

13

1    A.    No.
2    Q.    Okay.  When you left HBC in May
3    of 2015, was that -- was that a voluntary
4    decision on your part?
5    A.    It was.
6    Q.    The role of distribution
7    operations manager, did you have essentially
8    kind of overall supervisory responsibility
9    for all operations of the warehouse?
10   A.    Yes.
11   Q.    And your counsel almost
12   objected.  That reminded me just as a process
13   point.  There may be some objections to
14   questions that I ask today, and if there are,
15   unless your counsel instructs you not to
16   answer, you understand that you will go ahead
17   and try to answer my question?
18   A.    I'll try.
19   Q.    Okay.  So the operations of the
20   HBC warehouse, as I understand it, it was
21   only a portion of the overall warehouse that
22   was identified and specific to the
23   pharmaceutical distribution piece, correct?
24   A.    That's correct.
25   Q.    And within that pharmaceutical

[2/22/2019] Rogos022219

14

1   distribution piece, there was also a separate
2   defined area that was secured for controlled
3   substances; is that true?
4       A.   It is.
5       Q.   Okay.  But in terms of the
6   entire HBC warehouse, the pharmaceutical and
7   controlled substances part of that warehouse
8   was a relatively small part of the entire
9   warehouse; is that true?
10      A.   That's correct.
11      Q.   Okay.  I asked you if you'd had
12  any, I think, training or experience prior to
13  HBC with -- dealing with distribution of
14  pharmaceuticals or controlled substances, and
15  you said you had not, correct?
16      A.   That's correct.
17      Q.   Do you recall any education --
18  and I'll ask you a little bit about your
19  education here in a second, but had you had
20  any education concerning Federal laws or
21  regulations concerning controlled substances?
22          MR. KOBRIN:  Object to form.
23      Do you mean formal education or job
24      training, anything?
25          MR. BARTON:  Well, yeah.  I

[2/22/2019] Rogos022219

15

1      mean, really anything.
2    BY MR. BARTON:
3      Q.   Anything you would consider
4    education, whether it be formal education or
5    education through job training or anything.
6      A.   Prior to getting to HBC?
7      Q.   Correct.
8      A.   No.
9      Q.   Let's -- let me ask a little
10   bit about your education quickly, just -- it
11   appears you graduated from Penn State with a
12   Bachelor of Science in marketing; is that
13   right?
14     A.   It is.
15     Q.   With a minor in business
16   logistics?
17     A.   Uh-huh.
18     Q.   And that was 1997?
19     A.   That's correct.
20     Q.   Okay.  And then after entering
21   the workforce, it appears you got an M.B.A.
22   from University of Pittsburgh, correct?
23     A.   I did.
24     Q.   That was in 2008?
25     A.   It was.

[2/22/2019] Rogos022219

16

1  Q. Okay. So did you leave work to
2  be a full-time student in the M.B.A., or were
3  you able to do that while working at Giant
4  Eagle?
5  A. I took night classes while
6  working at Giant Eagle.
7  Q. Okay. In your role as
8  distribution operations manager, did you
9  directly supervise managers underneath you,
10  so to speak?
11  A. I did.
12  Q. And how many managers were
13  under you at HBC?
14  MR. KOBRIN: Object to form.
15  BY MR. BARTON:
16  Q. How many managers did you
17  directly supervise?
18  A. I'm trying to think. I think
19  there was a minimum of three.
20  Q. Did any of those managers have
21  exclusive responsibilities to the
22  pharmaceutical area of the warehouse?
23  A. Not that I can remember.
24  Q. Okay. Yeah, I just wondered
25  if -- if there was someone who kind of had