# EXHIBIT 18

1

```
 1         IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3   IN RE:  NATIONAL       :  MDL No. 2804
     PRESCRIPTION OPIATE    :
 4   LITIGATION             :  Case No. 17-md-2804
                            :
 5   APPLIES TO ALL CASES   :  Hon. Dan A. Polster
                            :
 6                          :

 7

 8                    HIGHLY CONFIDENTIAL

 9        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

10


11                          - - -

12                    JANUARY 25, 2019

13                          - - -

14     VIDEOTAPED DEPOSITION OF ROBERT A. MCCLUNE,

15   taken pursuant to notice, was held at Marcus &

16   Shapira, One Oxford Center, 35th Floor, Pittsburgh,

17   Pennsylvania 15219, by and before Ann Medis,

18   Registered Professional Reporter and Notary Public in

19   and for the Commonwealth of Pennsylvania, on Friday,

20   January 25, 2019, commencing at 9:11 a.m.

21                          - - -

22              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
23                   deps@golkow.com

24

25
```

114

1  this, but this exhibit that we're looking at right
2  now, Exhibit 5, in terms of its content, does it
3  describe, at least in part, part of what Giant
4  Eagle was doing at some point in time in an
5  attempt to meet obligations it believed it had
6  under the 21 CFR 1301.74(b)?
7         MR. KOBRIN:  Object to form.
8         THE WITNESS:  In my nonlegal opinion,
9  this would be one of the aspects we used in order
10  to maintain compliance.
11  BY MR. BARTON:
12     Q.   And this aspect described in here, the
13  first sentence of the second paragraph, let's look
14  at that.  "Giant Eagle has created monthly
15  ordering threshold levels for products based on
16  GPI level reporting for controlled substances."
17      Did I read that correctly?
18     A.   Yes.
19     Q.   First of all, what is GPI level?
20     A.   GPI stands for generic product
21  indicator.  The level would be at which the
22  product is that level.  It's organized by GPI and
23  not another level.
24     Q.   I guess I need to ask a little bit more
25  about that just to understand it.

[1/25/2019] McClune012519

115

1       GPI level, how would GPI level help Giant
2   Eagle -- would the GPI level be used to help
3   create the threshold levels against which it was
4   comparing monthly ordering?
5       A.   Yes.  Reviewing and analyzing at the GPI
6   level rather than the NDC level is the more
7   accurate way to look at any analytics regarding
8   any medication, for that matter.
9       Q.   How so?  Like what's the difference
10  between the GPI level and the NDC level?
11      A.   Under a single 14-digit GPI, you'll --
12  you could have one brand NDC, which stands for
13  National Drug Code, and many generic NDCs that all
14  are therapeutically equivalent in nature.
15      Again, preface this I'm not a clinician, so
16  that may be subject to interpretation.
17      Q.   Who assigns the GPI level to a given
18  medication?
19          MR. KOBRIN:  Object to form.
20          THE WITNESS:  I don't know the answer to
21  that question.
22  BY MR. BARTON:
23      Q.   All I'm trying to understand -- I don't
24  think there's anything nefarious in it.  I'm just
25  trying to understand what it is.

[1/25/2019] McClune012519

116

```
 1        A.    GPI is issued by Medi-Span.
 2        Q.    And who is that?
 3        A.    It's a subsidiary of Wolters Kluwer.
 4   It's a data provider for the pharmaceutical
 5   industry cataloging.
 6        Q.    Got it.  So GPI level is just a way to
 7   try to identify or capture a certain class or
 8   category of related products; is that fair?
 9        A.    That's a fair assessment, yes.
10        Q.    And the reason it's better than NDC
11   level is NDC level -- if you were just trying to
12   count by NDC level, you might miss some generics
13   that are presumed to be therapeutically equivalent
14   and may be prescribed for the same reason as the
15   brand NDC level; right?
16             MR. KOBRIN:  Object to form.
17             THE WITNESS:  Again, not a clinician,
18   but yes.
19   BY MR. BARTON:
20        Q.    I think I'm following now.  So GPI level
21   is better because it's hopefully more inclusive
22   than NDC level; right?
23        A.    Yes.
24        Q.    So the first sentence then, "Giant Eagle
25   has created monthly ordering threshold levels for
```

117

1  products based on GPI level reported for
2  controlled substances," is that a statement that
3  you think accurately reflects something that Giant
4  Eagle did at some point in time?
5      A.   Again, I don't know if this document was
6  in draft form, final, or what the context was.
7  But yes.
8      Q.   And were you personally involved -- is
9  one of the things you did personally was
10 contribute to that creation of the monthly
11 ordering threshold levels for products?
12     A.   Yes, myself or my team.
13     Q.   And is that part of the programming
14 project that occurred that led to the generation
15 of the daily threshold reports?
16     A.   Again, this document was dated
17 11/16/2014.  We know that the threshold, daily
18 threshold reports started in 2013 based on our
19 earlier review.
20     So this statement would refer to that or some
21 subsequent work associated to that analytics and
22 reporting.
23     Q.   Yeah.  Absolutely fair enough.  And I'm
24 not trying to suggest that it only happened in
25 November of 2014.  I'm actually not concerned --

136

1   the store to the company average, you're not
2   comparing that store to itself; right?
3        A.   Correct.
4        Q.   So, for example, if you had a small
5   store relative to the company average -- and there
6   were such stores, I assume, in the Giant Eagle
7   system; right?
8            MR. KOBRIN:  Object to form.
9            THE WITNESS:  I'd have to see the data,
10  but you're going to have some high-performing and
11  lower-performing stores.
12  BY MR. BARTON:
13       Q.   So if you had a smaller store relative
14  to company average, then always comparing that
15  store's orders to the company average might never
16  reveal a pattern occurring within that store's
17  orders that might deviate or change, but never
18  reach the threshold.
19       That could happen; right?
20           MR. KOBRIN:  Object to form.
21           THE WITNESS:  There are still other
22  processes in place that would catch those
23  abnormalities.  This check was just an additional
24  redundant check.
25

[1/25/2019] McClune012519