# EXHIBIT 19

```
                                                                    1
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
                      EASTERN DIVISION


    _____

    IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804
    OPIATE LITIGATION                  Case No. 17-md-2804


    This document relates to:          Judge Dan
                                       Aaron Polster

    The County of Cuyahoga v. Purdue
    Pharma, L.P., et al.
    Case No. 17-OP-45005

    City of Cleveland, Ohio vs. Purdue
    Pharma, L.P., et al.
    Case No. 18-OP-45132

    The County of Summit, Ohio,
    et al. v. Purdue Pharma, L.P.,
    et al.
    Case No. 18-OP-45090
    _____



                       VOLUME I

         Videotaped Deposition of Kyle J. Wright

                    Washington, D.C.

                    February 28, 2019

                       9:33 a.m.




    Reported by:  Bonnie L. Russo

    Job No. 3244302
```

259

|     |                                                          |
|-----|----------------------------------------------------------|
| 1   | record's clear on those.  So I'm going to                |
| 2   | re-ask them and try to get them in a way that            |
| 3   | -- I -- I think we understood each other, but            |
| 4   | when Bonnie finishes the transcript, it's not            |
| 5   | going to read the way I think it should.                 |
| 6   |     A.    All right.                                     |
| 7   |     Q.    Okay?                                          |
| 8   |           And I was asking about the                     |
| 9   | obligations that retail pharmacies had.  Okay?           |
| 10  |     A.    Okay.                                          |
| 11  |     Q.    So let me re-ask the question.                 |
| 12  |           You would agree, wouldn't you, that            |
| 13  | the retail pharmacies, CVS, Rite Aid, Walgreens          |
| 14  | and Walmart, had no obligation to check on               |
| 15  | Internet pharmacies that they did not sell to,           |
| 16  | correct?                                                 |
| 17  |     A.    Correct.                                       |
| 18  |           MR. MIGLIORI:  Objection.                      |
| 19  |           BY MR. STEPHENS:                               |
| 20  |     Q.    And you would also agree that the              |
| 21  | retail pharmacies, Walmart, CVS, Rite Aid,               |
| 22  | Walgreens, had no -- had no obligation to check          |
| 23  | on pain clinics that they did not distribute             |
| 24  | to, correct?                                             |
| 25  |     A.    Correct.                                       |

[2/28/2019 9:00 AM] Kyle J. Wright - 2-28-19

260

1        Q.    Okay.  All right.
2              So just a couple more topics, and
3    then we're done.
4              I want to go back to conversations
5    that you would have had with distributors and
6    relating to ratios of controlled versus
7    noncontrolled substances.
8        A.    Okay.
9        Q.    Okay?
10             Do you remember having those
11   conversations with distributors?
12       A.    Yes.
13       Q.    Okay.  And is it -- is it accurate
14   to say that you knew that it was common for
15   legitimate pharmacies to have a ratio of
16   approximately 20 percent of controlled to 80
17   percent noncontrolled?
18       A.    In that area, yes.
19       Q.    Okay.  And higher percentages of
20   controlled drugs could be reasonable at times,
21   right?
22       A.    Yes.
23       Q.    For example, pharmacies located
24   right next to a cancer clinic or something like
25   that.

[2/28/2019 9:00 AM] Kyle J. Wright - 2-28-19

261

1       A.    Correct.
2       Q.    Okay.  You had also testify earlier
3 about manual systems to identify suspicious
4 orders.
5           Do you remember that?
6       A.    A manual system.
7       Q.    As opposed to automated.
8           MR. MIGLIORI:  Objection to form.
9           THE WITNESS:  Okay.
10           BY MR. STEPHENS:
11       Q.    Do you recall testimony earlier
12 today about manual versus automated systems?
13       A.    Well, that would be in the early
14 days.
15       Q.    Right.
16           So we can go back to that, right?
17       A.    Okay.
18       Q.    Okay.  So back when people were
19 reporting --
20       A.    Paper.
21       Q.    -- excess reports in -- into DEA,
22 right?
23       A.    All right, sir.
24       Q.    Okay.  And manual would -- would --
25 a manual system would include people on the