# EXHIBIT 23


## AGGREGATE PRODUCTION QUOTA HISTORY FOR SELECTED SUBSTANCES*
(in kilograms of anhydrous acid or base)

| Controlled Substance | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-Anilino-N-phenethyl-4-piperidine (1) | N/A | 1,100.000 | 1,800.000 | 1,800.000 | 2,250.000 | 2,687.500 | 2,687.500 | 2,250.000 | 1,050.000 | 1,342.320 | 1,185.000 |
| Alfentanil | 8.000 | 8.000 | 12.800 | 29.002 | 38.250 | 17.625 | 17.750 | 17.750 | 4.200 | 6.200 | 6,200 |
| Amobarbital | 0.003 | 0.003 | 40.007 | 40.007 | 0.009 | 0.009 | 25.125 | 25.125 | 20.100 | 20.100 | 20,100 |
| Amphetamine (conversion) | 7,500.000 | 7,500.000 | 8,500.000 | 13,300.000 | 22,875.000 | 18,375.000 | 21,875.000 | 15,000.000 | 12,000.000 | 12,000.000 | 12,700.000 |
| Amphetamine (sale) | 17,000.000 | 18,600.000 | 25,300.000 | 33,400.000 | 47,186.000 | 49,000.000 | 37,500.000 | 50,000.000 | 42,400.000 | 39,856.000 | 42,400.000 |
| Cocaine | 247.000 | 247.000 | 216.000 | 216.000 | 240.000 | 240.000 | 275.000 | 200.000 | 103.400 | 92.120 | 92.120 |
| Codeine (conversion) | 65,000.000 | 65,000.000 | 65,000.000 | 65,000.000 | 81,250.000 | 68,750.000 | 50,000.000 | 50,000.000 | 40,000.000 | 13,536.000 | 12,900.000 |
| Codeine (sale) | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 | 49,506.250 | 46,125.000 | 63,900.000 | 63,900.000 | 45,000.000 | 36,114.260 | 36,114.260 |
| Dextropropoxyphene | 106,000.000 | 92,000.000 | 0.007 | 0.007 | 0.019 | 0.019 | 0.045 | 0.055 | 0.035 | 0.035 | 0.035 |
| Dihydrocodeine | 1,200.000 | 800.000 | 255.000 | 400.000 | 250.000 | 100.750 | 226.375 | 226.375 | 360.000 | 264.140 | 238.466 |
| Diphenoxylate (for sale) | 947.000 | 827.000 | 730.000 | 900.000 | 887.500 | 1,288.750 | 1,337.500 | 1,337.500 | 1,110.000 | 770.800 | 770.800 |
| Ecgonine | 83.000 | 83.000 | 83.000 | 83.000 | 144.000 | 174.375 | 174.375 | 125.000 | 99.000 | 88.134 | 88.134 |
| Fentanyl | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 2,108.750 | 2,108.750 | 2,300.000 | 2,300.000 | 1,350.000 | 1,342.320 | 1,185.000 |
| Gamma-hydroxybutyric acid | 24,200.000 | 52,156.000 | 5,772.000 | 37,000.000 | 67,500.000 | 70,250.000 | 70,250.000 | 70,250.000 | 56,200.000 | 37,130.000 | 33,417.000 |
| Hydrocodone (sale) | 55,500.000 | 55,000.000 | 59,000.000 | 79,700.000 | 99,625.000 | 99,625.000 | 99,625.000 | 86,000.000 | 51,900.000 | 43,027.640 | 43,027.640 |
| Hydromorphone | 3,340.000 | 3,455.000 | 3,455.000 | 4,207.000 | 6,750.000 | 6,750.000 | 7,000.000 | 7,000.000 | 5,140.800 | 4,547.720 | 4,071.000 |
| Levorphanol | 10.000 | 10.000 | 3.600 | 3.600 | 4.500 | 4.625 | 7.125 | 9.525 | 12.900 | 38.000 | 38.000 |
| Lisdexamfetamine | 8,200.000 | 9,000.000 | 10,400.000 | 12,000.000 | 21,000.000 | 23,750.000 | 29,750.000 | 23,750.000 | 19,000.000 | 19,000.000 | 19,000.000 |
| Marihuana | 4,500.000 | 21.000 | 21.000 | 21.000 | 21.000 | 650.000 | 658.000 | 658.000 | 472.000 | 1,140.216 | 2,450.000 |
| Meperidine | 8,600.000 | 6,600.000 | 5,500.000 | 5,500.000 | 6,875.000 | 6,250.000 | 6,250.000 | 4,632.500 | 2,904.000 | 1,913.148 | 1,580.000 |
| Methadone | 25,000.000 | 20,000.000 | 20,000.000 | 23,100.000 | 33,125.000 | 31,875.000 | 31,875.000 | 31,875.000 | 23,700.000 | 22,278.000 | 22,278.000 |
| Methadone Intermediate | 26,000.000 | 26,000.000 | 26,000.000 | 29,970.000 | 40,500.000 | 38,875.000 | 34,375.000 | 34,375.000 | 28,700.000 | 24,064.000 | 24,064.000 |
| Methamphetamine | 3,130.000 | 3,130.000 | 3,130.000 | 3,130.000 | 3,912.500 | 2,811.375 | 2,061.375 | 2,061.375 | 1,539.100 | 1,446.754 | 1,446.754 |
| l-Desoxyephedrine | 680.000 | 750.000 | 750.000 | 750.000 | 987.500 | 1,250.000 | 1,250.000 | 1,250.000 | 900.000 | 846.000 | 846.000 |
| Methamphetamine (conversion) | 2,405.000 | 2,331.000 | 2,331.000 | 2,331.000 | 2,863.750 | 1,500.000 | 750.000 | 750.000 | 600.000 | 564.000 | 564.000 |
| Methamphetamine (sale) | 45.000 | 49.000 | 49.000 | 49.000 | 61.250 | 61.375 | 61.375 | 61.375 | 39.100 | 36.754 | 36.754 |
| Methylphenidate | 50,000.000 | 50,000.000 | 56,000.000 | 64,600.000 | 96,750.000 | 96,750.000 | 96,750.000 | 84,375.000 | 73,000.000 | 64,600.000 | 64,600.000 |
| Morphine (conversion) | 100,000.000 | 83,000.000 | 70,000.000 | 83,000.000 | 91,250.000 | 91,250.000 | 91,250.000 | 91,250.000 | 27,300.000 | 4,089.000 | 4,089.000 |
| Morphine (sale) | 36,300.000 | 39,000.000 | 39,000.000 | 48,200.000 | 61,125.000 | 62,500.000 | 62,500.000 | 62,500.000 | 35,000.000 | 29,353.676 | 29,353.676 |
| Noroxymorphone (conversion) | 9,000.000 | 9,000.000 | 7,200.000 | 7,200.000 | 9,000.000 | 17,500.000 | 17,500.000 | 17,500.000 | 17,700.000 | 17,804.670 | 19,169.340 |
| Noroxymorphone (sale) | 10.000 | 41.000 | 401.000 | 1,981.000 | 1,262.500 | 1,262.500 | 1,475.000 | 875.000 | 400.000 | 376.000 | 376.000 |
| Opium (powdered) | 230.000 | 230.000 | 63.000 | 73.000 | 91.250 | 112.500 | 112.500 | 112.500 | 90.000 | 84.600 | 250.000 |
| Opium (tincture) | 1,250.000 | 1,500.000 | 1,000.000 | 1,000.000 | 1,287.500 | 780.000 | 687.500 | 375.000 | 500.000 | 564.000 | 530.837 |
| Oripavine | 15,000.000 | 15,000.000 | 8,000.000 | 15,300.000 | 22,750.000 | 30,625.000 | 35,000.000 | 30,000.000 | 28,900.000 | 26,629.500 | 28,705.000 |
| Oxycodone (conversion) | 4,500.000 | 5,600.000 | 5,600.000 | 7,600.000 | 10,250.000 | 9,250.000 | 8,350.000 | 5,000.000 | 2,610.000 | 2,453.400 | 2,081.000 |
| Oxycodone (sale) | 94,000.000 | 105,500.000 | 98,000.000 | 105,200.000 | 153,750.000 | 149,375.000 | 141,375.000 | 139,150.000 | 101,500.000 | 79,596.606 | 79,596.606 |
| Oxymorphone (conversion) | 12,000.000 | 12,800.000 | 12,800.000 | 12,800.000 | 18,375.000 | 25,000.000 | 25,000.000 | 25,000.000 | 23,000.000 | 20,962.200 | 24,525.540 |
| Oxymorphone (sale) | 2,570.000 | 3,070.000 | 3,070.000 | 5,500.000 | 7,000.000 | 7,750.000 | 7,750.000 | 6,250.000 | 3,600.000 | 3,137.240 | 2,880.000 |
| Pentobarbital | 28,000.000 | 28,000.000 | 34,000.000 | 34,000.000 | 42,500.000 | 35,000.000 | 35,000.000 | 38,125.000 | 27,500.000 | 25,850.000 | 25,850.000 |
| Phenylacetone | 250.001 | 12,500.001 | 8,000.000 | 16,000.000 | 42,393.750 | 45,750.000 | 9,375.000 | 0.050 | 0.040 | 0.040 | 0.040 |
| Secobarbital | 67.000 | 67.000 | 336.002 | 336.002 | 215.003 | 215.003 | 215.003 | 243.380 | 172.002 | 172.005 | 172.100 |
| Sufentanil | 10.300 | 7.000 | 5.000 | 6.732 | 6.880 | 6.255 | 6.255 | 6.255 | 4.000 | 1.880 | 4.000 |
| Tapentadol (2) | 1,000.000 | 403.000 | 5,400.000 | 5,400.000 | 13,750.000 | 17,500.000 | 12,500.000 | 25,500.000 | 18,600.000 | 18,388.280 | 18,388.280 |
| Tetrahydrocannabinols | 312.500 | 264.000 | 393.000 | 393.000 | 491.000 | 491.000 | 511.250 | 511.250 | 409.000 | 384.460 | 384.460 |
| Thebaine | 126,000.000 | 126,000.000 | 116,000.000 | 116,000.000 | 145,000.000 | 145,000.000 | 125,000.000 | 125,000.000 | 100,000.000 | 84,600.000 | 84,600.000 |

* DEA publishes a complete list of Schedule I and II controlled Substance Aggregate Production Quotas in the Federal Register
(1) 4-anilino-N-phenethyl-4-piperidine became a schedule II controlled substance August 30, 2010 (75 FR 37296)
(2) Tapentadol became a schedule II controlled substance June 22, 2009 (74 FR 23790)

Updated January 22, 2019

PENGAD 800-631-6989
EXHIBIT
Hoyer Mills 8
4·11·19