UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *Track One Cases* | ) ) ) Judge Dan A. Polster ) ) |

**NOTICE OF FILING OF UNREDACTED AND/OR LESS REDACTED REPLY IN SUPPORT OF HBC SERVICE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Defendant HBC Service Company ("HBC") hereby provides notice of, and files into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (ECF No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants, and Third Parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed in unredacted or less redacted form. For tracking and/or cross-referencing purposes, the chart below lists ECF numbers for prior filings, and the prior and present state of redactions.

| Document Title | Prior Public ECF Nos. | Prior Redactions | Current Redactions |
|---|---|---|---|
| Reply in Support of HBC Service Company's Motion for Summary Judgment | 2510 2511 | Yes | No |

A1444232.1

Date:  January 31, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Robert M. Barnes*
　　　　　　　　　　　　　　　　　　　　Robert M. Barnes
　　　　　　　　　　　　　　　　　　　　rbarnes@marcus-shapira.com
　　　　　　　　　　　　　　　　　　　　Joshua A. Kobrin
　　　　　　　　　　　　　　　　　　　　kobrin@marcus-shapira.com

　　　　　　　　　　　　　　　　　　　　MARCUS & SHAPIRA LLP
　　　　　　　　　　　　　　　　　　　　35th Floor, One Oxford Centre
　　　　　　　　　　　　　　　　　　　　301 Grant Street
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　Telephone: (412) 471-3490
　　　　　　　　　　　　　　　　　　　　Facsimile: (412) 391-8758
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　*HBC Service Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2020, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Robert M. Barnes*
Robert M. Barnes

A1444232.1