# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) |
| | ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *Track One Cases* | ) ) Judge Dan A. Polster ) ) |

## NOTICE OF FILING OF UNREDACTED AND/OR LESS REDACTED
## EXPERT REPORT OF SANDRA KINSEY

Defendant HBC Service Company ("HBC") hereby provides notice of, and files into the public record, the attached unredacted and/or less redacted expert report of Sandra Kinsey, excerpts of which were previously filed as an attachment to HBC's Motion for Summary Judgment (Dkt. 1912-14; 1923-15).  Track 1 Defendants also previously filed a redacted copy of the full report (Dkt. 1936-17).  Pursuant to the Order Regarding Redacting and Sealing of Documents (ECF No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants, and Third Parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed in unredacted or less redacted form.

Date:  January 31, 2020

Respectfully submitted,

*/s/ Robert M. Barnes*
Robert M. Barnes
rbarnes@marcus-shapira.com
Joshua A. Kobrin
kobrin@marcus-shapira.com

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Defendant HBC Service Company*

A1444278.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2020, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

> */s/ Robert M. Barnes*
> Robert M. Barnes

A1444278.1