# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
| *APPLIES TO ALL CASES* | Hon. Dan. A. Polster |

### NOTICE OF FILING UNREDACTED OR LESS REDACTED DEFENDANT EXPERT REPORTS CITED IN CERTAIN TRACK ONE *DAUBERT* AND SUMMARY JUDGMENT MOTIONS

McKesson Defendants hereby provide notice of, and file into the public record, the accompanying unredacted and less redacted expert reports that were submitted, in whole or in excerpted form, as exhibits to certain *Daubert* and summary judgment motions filed in the Track One cases. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, several previously redacted expert reports are hereby publicly filed in unredacted or less redacted form as follows:

- Less Redacted Expert Report of Carlos Aquinos (Exhibit A); and
- Unredacted Expert Reports of Greg Bell (Exhibit B), Matthew Bialecki (Exhibit C), Larry Holifield (Exhibit D), Heath Joliff (Exhibit E), and Kevin Murphy (Exhibit F).

Dated: January 31, 2020

Respectfully submitted,

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart (ghobart@cov.com)
Mark H. Lynch (mlynch@cov.com)
Christian J. Pistilli (cpistilli@cov.com)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 31st day of January, 2020, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                                            /s/*Geoffrey E. Hobart*
                                            Geoffrey Hobart