# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan. A. Polster |

### NOTICE OF FILING UNREDACTED EXHIBITS TO DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' RICO AND OCPA CLAIMS

Defendant McKesson Corporation hereby provides notice of, and files into the public record, the attached unredacted exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed in unredacted form. The below chart identifies the original filing with the prior ECF numbers, and redactions status.

| Document Title | Ex. No. | Prior Public ECF Nos. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Perri Expert Report 3-25-19 (excerpt) (Attached as Exhibit A) | 20 | 1921-24<br>1750-25 | Yes | No |
| McCann Expert Report 3-25-19 (excerpt) (Attached as Exhibit B) | 23 | 1921-27<br>1750-28 | Yes | No |

Dated: January 31, 2020

Respectfully submitted,

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2020, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/*Geoffrey E. Hobart*
Geoffrey Hobart