# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 18-op-45090 (N.D. Ohio)<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 17-op-45004 (N.D. Ohio) | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## NOTICE OF FILING OF UNREDACTED AND/OR LESS REDACTED EXHIBITS CITED IN THE PHARMACY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CIVIL CONSPIRACY CLAIM

Defendant Walmart Inc. ("Walmart") hereby provides notice of, and files into the public record, the attached unredacted and/or less redacted exhibits previously filed as exhibits to the Pharmacy Defendants' Motion for Summary Judgment on Plaintiffs' Civil Conspiracy Claim filed in the Track 1 cases, as set forth in further detail in the chart below. Pursuant to Special Master Cohen's November 5, 2019 Order Regarding Redacting and Sealing of Documents (ECF No. 2909), Special Master Cohen's various confidentiality rulings, meet and confers between Plaintiffs, Defendants, and third parties, and/or the resulting withdrawal of certain confidentiality designations by Defendants and the DEA, several previously redacted exhibits are hereby publicly filed as unredacted or less redacted attachments to this Notice. The chart below lists the exhibits that are being filed along with their prior ECF docket numbers.

1

| Document Being Re-Filed | Prior Public ECF No. | Prior Sealed ECF No. | Re-Filed with No or Fewer Redactions |
|---|---|---|---|
| Exhibit 12 (J. Coleman Excerpt) | 1875-16 | 1716-16 | No redactions |
| Exhibit 13 (P. Little Excerpt) | 1875-17 | 1716-17 | Fewer redactions |
| Exhibit 19 (S. Hiland-Rule 30(b)(6) Excerpt) | 1875-23 | 1716-23 | No redactions |
| Exhibit 20 (S. Hiland Excerpt) | 1875-24 | 1716-24 | No redactions |
| Exhibit 27 (Dr. Jena Expert Report Excerpt) | 1875-31 | 1716-31 | Fewer redactions |
| Exhibit 28 (S. Kwon Expert Report Excerpt) | 1875-32 | 1716-32 | No redactions |
| Exhibit 33 (M. Perri Expert Report Excerpt) | 1875-37 | 1716-37 | No redactions |

Dated: January 31, 2020

Respectfully submitted,

/s/ *Tara A. Fumerton*

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Email: tmtabacchi@jonesday.com
　　　　 tfumerton@jonesday.com

*Counsel for Walmart Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that, this 31st day of January, 2020, I caused the foregoing document to be served on all counsel of record via the Court's ECF system.

      /s/ *Tara A. Fumerton*
      Tara A. Fumerton

      *Counsel for Walmart Inc.*