# EXHIBIT 12

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3   IN RE: NATIONAL               )   MDL No. 2804
     PRESCRIPTION OPIATE           )
 4   LITIGATION,                   )   Case No.
                                   )   1:17-MD-2804
 5                                 )
     THIS DOCUMENT RELATES TO      )   Hon. Dan A.
 6   ALL CASES                     )   Polster
                                   )
 7
 8                         — — —
 9              Thursday, December 13, 2018
                           — — —
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                 CONFIDENTIALITY REVIEW
                           — — —
12
13
14
15         Videotaped Deposition of JOLYNN
     COLEMAN, held at 4206 South J.B. Hunt Drive,
16   Rogers, Arkansas, commencing at 8:15 a.m., on
     the above date, before Debra A. Dibble,
17   Certified Court Reporter, Registered
     Diplomate Reporter, Certified Realtime
18   Captioner, Certified Realtime Reporter and
     Notary Public.
19
20
21
                           — — —
22
                GOLKOW LITIGATION SERVICES
23         877.370.DEPS | fax 917.591.5672
                    deps@golkow.com
24
25
```

```
 1   and Missouri, and in Texas.
 2        Q.    Okay.  You graduated in 1986.
 3   Have you gone back to graduate school?
 4        A.    I have not.
 5        Q.    Any certifications?
 6        A.    No.
 7        Q.    Additional training?
 8        A.    No.
 9        Q.    What did you do between 1986
10   and 1987?
11        A.    I worked for K&B, which was a
12   regional chain in New Orleans, Louisiana, for
13   a year as a pharmacist.
14        Q.    And how long did you stay at
15   K&B?
16        A.    Right about a year.
17        Q.    And what did you do then?
18        A.    Moved -- transferred, and an
19   opportunity came up for a Walmart in my
20   hometown where I grew up, and I opened up a
21   pharmacy there for Walmart.
22        Q.    So you joined Walmart in 1987?
23        A.    Yes.
24        Q.    And have you continued to work
25   for Walmart since 1987?
```

```
 1         A.    Yes, I have.
 2         Q.    You said you opened up a
 3   pharmacy for Walmart.
 4               Were you a dispensing
 5   pharmacist?
 6         A.    Yes, I was.
 7         Q.    And how long were you a
 8   dispensing pharmacist for Walmart?
 9         A.    Right about ten years.
10         Q.    So approximately 1987 to 1997?
11         A.    Approximately.
12         Q.    What did you do after 1997?
13         A.    Went into a market director
14   role, which was more of an oversight of
15   pharmacies across stores within a market.  It
16   was about 12 to 15 stores in the central
17   Louisiana area.
18         Q.    And how long were you in that
19   market director role?
20         A.    About two years.
21         Q.    Until 1999?
22         A.    Yes.
23         Q.    What position did you take in
24   1999?
25         A.    I went to a general manager
```

1  position for our mail order pharmacy in
2  Carrollton, Texas.  And I was there for
3  roughly six to seven years.
4       Q.    Okay.  So approximately
5  2005ish, 2006ish?
6       A.    Yes.
7       Q.    That's -- okay.
8             And when you left the position
9  as a general manager for the mail order
10 pharmacy group in Carrollton, Texas, what did
11 you do?
12      A.    I went to the -- took an
13 opportunity to be a buyer for Walmart for Rx.
14 And stayed in that role for about six years.
15      Q.    When you say you were "a buyer
16 for Walmart for Rx," do you mean you were a
17 buyer for the prescription buying group?
18      A.    Yes.
19      Q.    What were your responsibilities
20 as a buyer for Walmart?
21      A.    My responsibilities were to
22 support the stores with inventory, work with
23 suppliers to get the best price possible on
24 the prescriptions, drugs that I purchased.
25 And just leverage relationships with those

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.     How did it change?
 2          A.     When the $4 program launched,
 3   as I had said earlier, I shifted to help with
 4   generic purchases.  And then, as we moved
 5   into a different structure of the way we
 6   bought products, we shifted to categories or
 7   disease states.  And then in that instance,
 8   you would kind of oversee whatever drugs were
 9   in that category; heart health, diabetes.
10          Q.     Do you know whether the $4
11   generic program included controlled
12   substances?
13          A.     It did not.
14          Q.     Do you know whether the $9
15   program included?
16          A.     To my knowledge, it did not.
17          Q.     Okay.  Was there a reason why
18   it wasn't included?
19          A.     Just in general, in my career
20   with the company, we've never promoted
21   controlled substances to the customer or to a
22   physician.
23          Q.     So the $4 generic program was,
24   in your view, equivalent to a promotion for
25   those generic programs available at Walmart?
```