# EXHIBIT E

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3   IN RE: NATIONAL                )   MDL No. 2804
     PRESCRIPTION OPIATE            )
 4   LITIGATION,                    )   Case No.
                                    )   1:17-MD-2804
 5                                  )
     THIS DOCUMENT RELATES TO       )   Hon. Dan A.
 6   ALL CASES                      )   Polster
                                    )
 7
 8                        __  __  __
 9             Wednesday, January 23, 2019
                          __  __  __
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                 CONFIDENTIALITY REVIEW
                          __  __  __
12
13
14
15         Videotaped Deposition of SUSANNE
     HILAND, held at 4206 South J.B. Hunt Drive,
16   Rogers, Arkansas, commencing at 8:25 a.m., on
     the above date, before Debra A. Dibble,
17   Certified Court Reporter, Registered
     Diplomate Reporter, Certified Realtime
18   Captioner, Certified Realtime Reporter and
     Notary Public.
19
20                        __  __  __
21
22
                  GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | fax 917.591.5672
                      deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          reporter today is Debbie Dibble and
 2          she will now please swear in the
 3          witness.
 4                  SUSANNE HILAND,
 5   having first been duly sworn, was examined
 6   and testified as follows:
 7                DIRECT EXAMINATION
 8   BY MR. INNES:
 9       Q.    Good morning, Ms. Hiland.  My
10   name is Michael Innes.  We met yesterday,
11   where you sat as a corporate designee for
12   Walmart and provided testimony.
13             Some of the questions I'm going
14   to ask you up front might sound redundant as
15   to the questions you were asked yesterday,
16   but I want to have a complete record.  So
17   I'll preface all of my questions with -- with
18   that.
19             You do understand you're under
20   oath today; right?
21       A.    Yes.
22       Q.    And you might have to speak up
23   for the folks to hear on the phone.  I know
24   yesterday there were some complaints after
25   that it was difficult to hear all of us in
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            Mike.  You did misread that.  Do you
 2       want to read that again?
 3            Q.    (BY MR. INNES)  Okay.  The
 4  email states, "Tim, since we are just
 5  beginning the process again, we don't have
 6  any specific concerns yet.  The reapplication
 7  process was clearly more detailed than last
 8  time, and we've heard some issues that others
 9  have had that would potentially be problems
10  for us."
11            The email continues, but I want
12  to focus on those first two sentences.
13            What process are you beginning
14  again?
15       A.    The recertification of our
16  distribution center for the VAWD
17  certification.
18       Q.    And what is the -- which
19  distribution center in particular?
20       A.    I believe at this time, this
21  was recertification, so all of them?
22            I -- I'd have to check their
23  certification dates, but all of our
24  distribution centers were VAWD certified.  I
25  just don't know what their original
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    certification dates were.
 2         Q.    Okay.  I mean, at this time,
 3    can we agree that the 6045 was VAWD
 4    certified?
 5         A.    Yes.
 6         Q.    Were you involved in the prior
 7    application process?
 8         A.    Yes.
 9         Q.    Okay.  And you say that the
10    reapplication process, the process you're
11    going through at this point in time, was
12    clearly more detailed than the last time.
13               What was the basis for that
14    statement?
15         A.    We, by this time, would have
16    had the -- there was an application process,
17    or there were documents that were required
18    with the certification, recertification of
19    our distribution centers.  And the -- to
20    my -- to my recollection, the information
21    that was asked for in that recertification
22    was more expansive than -- it included new
23    information, new requirements, than were
24    applied to the previous certification
25    process.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     the reapplication process?
 2          A.    I don't recall the specifics,
 3     but I -- I know we prepared materials, so it
 4     would follow that there was an on-site
 5     inspection.  I don't recall the specifics of
 6     who or how many.
 7          Q.    And the facility that was
 8     inspected, is that referring to 6045?
 9               MS. TABACCHI:  Object to the
10          form.
11               THE WITNESS:  That would be any
12          of the -- any of the distribution
13          centers that went through the
14          reaccreditation process.
15          Q.    (BY MR. INNES)  Okay.  And then
16     your prior testimony is that all of the
17     distribution centers went through the
18     reaccreditation process?
19          A.    Yes.
20          Q.    So is it fair to say that if
21     they all went through them, and there were
22     inspections of all of them, 6045 was in fact
23     inspected?
24          A.    Yes.
25          Q.    Further on in your email you
```

1    Walmart doesn't set off any flags that it
2    might not be capable of accreditation with
3    VAWD.  Is that right?
4             MS. TABACCHI:  Object to the
5        form.
6             THE WITNESS:  That's not what I
7        mean by that.
8        Q.    (BY MR. INNES)  Did you come to
9    learn what VAWD would consider to be
10   acceptable programs?
11       A.    Our pharmacy -- our
12   distribution centers were reaccredited.  So
13   we would have met the criteria required by
14   the VAWD certification.  At no time in this
15   process were we unaccredited.  The point of
16   this was to make sure that we were prepared
17   and had as much information as possible to
18   prepare for that recertification process.
19       Q.    How long did that
20   recertification process take?
21       A.    I think in this case there
22   was -- I think there were some delays as
23   we -- again, because there were additional
24   documentation requirements.  I don't remember
25   specifically what those were.  I think it was

Highly Confidential - Subject to Further Confidentiality Review

1  a longer recertification process in this time
2  frame.
3      Q.   What do you mean by
4  "documentation requirements"?
5      A.   So documenting practices in --
6  in a policy that could be reflected and
7  inspected by the VAWD inspector.
8      Q.   Okay.  So at the time of the
9  reapplication process, did Walmart have its
10 practices documented in a policy that could
11 be reviewed by the VAWD inspector?
12          MS. TABACCHI:  Object to the
13      form.
14          THE WITNESS:  As I recall,
15      there were -- there were written
16      policies memorialized around practices
17      that we had in place in this time
18      frame as a result -- to meet those
19      recertification -- those new
20      recertification requirements.
21          MS. TABACCHI:  Mike, before you
22      get to another document, can we take
23      another quick break?
24          I just don't want to get -- I
25      want to catch you before you start