# EXHIBIT G

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION

 3

     IN RE: NATIONAL          )
 4   PRESCRIPTION             )   MDL No. 2804
     OPIATE LITIGATION        )
 5   _____  )   Case No.
                              )   1:17-MD-2804
 6                            )
     THIS DOCUMENT RELATES )   Hon. Dan A.
 7   TO ALL CASES             )   Polster

 8

                 FRIDAY, JANUARY 4, 2019
 9

        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10              CONFIDENTIALITY REVIEW
11                      - - -
12            Videotaped deposition of Ramona
13   Sullins, held at the offices of JONES DAY, 77
14   West Wacker Drive, Chicago, Illinois,
15   commencing at 7:31 a.m., on the above date,
16   before Carrie A. Campbell, Registered
17   Diplomate Reporter, Certified Realtime
18   Reporter, Illinois, California & Texas
19   Certified Shorthand Reporter, Missouri &
20   Kansas Certified Court Reporter.
21                      - - -
             GOLKOW LITIGATION SERVICES
22      877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23

24

25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                  RAMONA SULLINS,

 2   of lawful age, having been first duly sworn

 3   to tell the truth, the whole truth and

 4   nothing but the truth, deposes and says on

 5   behalf of the Plaintiffs, as follows:

 6

 7                  VIDEOGRAPHER:  Please proceed.

 8

 9                  DIRECT EXAMINATION

10   QUESTIONS BY MR. BOWER:

11        Q.     Good morning, Ms. Sullins.  How

12   are you today?

13        A.     Doing good, thank you.

14        Q.     Have you ever given a

15   deposition before?

16        A.     No.

17        Q.     So I'm sure your attorney

18   informed you of kind of the ground rules for

19   today, but we'll go over a few of the

20   important ones, okay, and let me know if you

21   don't understand any.

22               Okay?

23        A.     Okay.

24        Q.     The first and probably most

25   important is just to let me finish my
```

Highly Confidential - Subject to Further Confidentiality Review

1      Q.      When did you graduate high

2   school?

3      A.      1987.

4      Q.      So you went to work for Walmart

5   after graduating high school; is that

6   correct?

7      A.      Correct.

8      Q.      What was your first job at

9   Walmart?

10      A.      I was an order filler.

11      Q.      And where was -- where were you

12   located at that time?

13      A.      Plainview, Texas.

14      Q.      And how long did you -- strike

15   that.

16              What was your next job at

17   Walmart after an order filler?

18      A.      I loaded trailers.

19      Q.      What do you mean by "loaded

20   trailers"?

21      A.      I physically loaded

22   televisions, dog food, paint, into a trailer,

23   floor-loaded it.

24      Q.      Was that at a Walmart

25   distribution center?

1    Q.    And then what was the change in

2  2008?

3    A.    I moved over to the pharmacy.

4    Q.    And what was your title in

5  2008?

6    A.    I was senior manager on the

7  pharmacy team.

8    Q.    Was that your title in 2008,

9  senior manager in the pharmacy team?

10   A.    I don't know what it said.

11   Q.    What were your duties and

12 responsibilities in connection with that

13 role?

14   A.    So I had responsibility to

15 bring in a system because they were filling

16 orders with pen and paper, and just

17 day-to-day operational questions that would

18 come up.

19   Q.    Were you assigned -- strike

20 that.

21         Was that position at the home

22 office?

23   A.    Yes, but it was still under

24 logistics.

25   Q.    What do you mean by that, by

Highly Confidential - Subject to Further Confidentiality Review

1  the statement that it was still under

2  logistics?

3        A.      It is under the division of

4  logistics.

5        Q.      Was that division at the home

6  office?

7        A.      Yes.

8        Q.      When you say that you were --

9  one of your duties was to bring in a system

10  because they were currently filling orders

11  with pen and paper, what do you mean by that?

12        A.      So they would get a document

13  for orders, and they would go fill those

14  store orders based on the paper document.

15        Q.      So who would get the document?

16        A.      So the distribution center

17  would, and they would pass those documents

18  out to the order fillers.

19        Q.      At that point in 2008, had you

20  received any training specific to pharmacy?

21        A.      I did.  I went to the

22  distribution centers.

23        Q.      So at some point in or about

24  2008 you traveled to the distribution

25  centers; is that correct?

1    was implemented in 6045, but we started the

2    project in 2009.

3         Q.    Do you know whether the

4    implementation of Reddwerks impacted

5    Walmart's suspicious order monitoring program

6    at all?

7              MS. FUMERTON:  Objection.

8         Form.

9              THE WITNESS:  I have no idea.

10   QUESTIONS BY MR. BOWER:

11        Q.    You don't know one way or the

12   other, correct?

13        A.    I have no idea.

14             MS. FUMERTON:  Zach, we've been

15        going for about an hour.  Would it be

16        okay --

17             MR. BOWER:  Can we just have a

18        few minutes just to round out her

19        employment history and then we'll --

20             MS. FUMERTON:  Sure.

21             MR. BOWER:  I just wanted -- so

22        we can switch topics after the break.

23   QUESTIONS BY MR. BOWER:

24        Q.    So you held this position

25   beginning in 2008 where you were senior

Highly Confidential - Subject to Further Confidentiality Review

```
 1    manager for the pharmacy team.

 2              How long did you hold that

 3    position?

 4        A.    That's what I currently do.

 5        Q.    You still have that -- what's

 6    your current title?

 7        A.    Senior manager, department

 8    supply chain.  We just changed it from

 9    logistics to supply chain.

10              MR. BOWER:  It might take a

11         little longer to go through subsequent

12         duties and responsibilities, so why

13         don't we take a break and we can

14         finish up after.

15              MS. FUMERTON:  Okay.

16              VIDEOGRAPHER:  Going off the

17         record at 8:33 a.m.

18          (Off the record at 8:33 a.m.)

19              VIDEOGRAPHER:  We're back on

20         the record at 8:47 a.m.

21    QUESTIONS BY MR. BOWER:

22        Q.    Okay.  I just want to finish

23    up, hopefully fairly briefly, your roles at

24    Walmart.

25              So from 2008 to the present,
```

Highly Confidential - Subject to Further Confidentiality Review

 1   office.

 2        Q.     Do you know what ARCOS is?

 3        A.     Yes.

 4        Q.     What is ARCOS?

 5        A.     Sales and purchases.

 6        Q.     Do you know whether Walmart

 7   reports information to the DEA?

 8        A.     Yes.

 9        Q.     Do you know how Walmart reports

10   that information?

11        A.     They report it monthly.

12        Q.     And who creates the reports?

13        A.     It's created through a job in

14   the system, so it's an automatic report that

15   gets put on a server.  We take that data and

16   upload it into the DEA's website.

17        Q.     And who has the responsibility

18   at Walmart to physically do the uploading of

19   the data?

20        A.     There was an individual on our

21   team that did that.

22        Q.     And what was that individual's

23   name?

24        A.     It was -- when I started on the

25   team, it was Brenda Glenn.  Then it was Sarah