# EXHIBIT H

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3   IN RE: NATIONAL            )   MDL No. 2804
     PRESCRIPTION OPIATE        )
 4   LITIGATION                 )   Case No.
                                )   1:17-MD-2804
 5                              )
     THIS DOCUMENT RELATES TO   )   Hon. Dan A. Polster
 6   ALL CASES                  )
                                )
 7
 8
 9                        — — —
10           Friday, December 14, 2018
                          — — —
11
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12              CONFIDENTIALITY REVIEW
                          — — —
13
14
15
16      Videotaped Deposition of PATSY LITTLE,
     held at Stone Pigman Walther Wittmann LLC,
17   909 Poydras, Suite 3150, New Orleans,
     Louisiana, commencing at 8:06 a.m., on the
18   above date, before Michael E. Miller, Fellow
     of the Academy of Professional Reporters,
19   Registered Diplomate Reporter, Certified
     Realtime Reporter and Notary Public.
20
21
22
                          — — —
23
24            GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            will now swear in the witness.
 2                    PATSY LITTLE,
 3              having been duly sworn,
 4              testified as follows:
 5                    EXAMINATION
 6    BY MR. BOWER:
 7        Q.    Good morning, Ms. Little.  How
 8    are you today?
 9        A.    Good morning.  Great.
10        Q.    Thank you for being here.  We
11    appreciate it.
12              Have you ever been deposed
13    before?
14        A.    I have not.
15        Q.    You have not, okay.  So I'm
16    sure your counsel went over a few ground
17    rules for you, but just so we're all on the
18    same page, let's talk about that for a
19    minute.
20              I need you to answer if it's a
21    yes-or-no question verbally, so in other
22    words, don't nod your head, so the court
23    reporter can take down your answer.  Do you
24    understand that?
25        A.    Yes, I do.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    After Hours, which was an acute care setting.
 2    I worked at St. Elizabeth Hospital and I
 3    worked for Infusion Network.
 4          Q.    Okay.  Thank you for that.
 5                Then in 2005 you went to
 6    Louisiana State to get your master's degree,
 7    correct?
 8          A.    That's correct.
 9          Q.    Did you begin working with
10    Walmart directly after graduating with your
11    master's degree?
12          A.    About six or seven months
13    later.
14          Q.    And what were you hired at
15    Walmart to do?
16          A.    To be a buyer in the pharmacy
17    department.
18          Q.    In 2008 when you began at
19    Walmart, did you have any specific areas
20    of -- that you were responsible for buying?
21          A.    Yes.
22          Q.    Okay.  What were those areas?
23          A.    I don't remember exactly.  I
24    know skin health, antibiotics, and I don't
25    really remember the others.
```

```
 1          Q.    Okay.  When did you first have
 2   responsibility for buying prescription
 3   opiates?
 4          A.    It would have been maybe a year
 5   later, a year and a half later, something
 6   like that.
 7          Q.    So sometime in the 2009 time
 8   frame?
 9          A.    Yes.
10          Q.    Okay.
11          A.    Probably.
12          Q.    And at that time, Walmart was
13   already purchasing prescription opiates,
14   correct?
15          A.    That's correct.
16          Q.    And Walmart was already
17   distributing prescription opiates; is that
18   correct?
19          A.    That's correct.
20          Q.    Do you have any idea when
21   Walmart began distributing prescription
22   opiates?
23          A.    I do not.
24          Q.    What change occurred, if any,
25   between the time you began at Walmart and the
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    recollection.
 2         A.    Okay.
 3         Q.    Okay?  And then how long did
 4    you purchase prescription opiates for
 5    Walmart?
 6         A.    On and off between that 2009
 7    time frame until maybe '16 or '17.
 8         Q.    So almost through the time you
 9    left Walmart, correct?
10         A.    Yes.  There were some time
11    frames in there that I did not -- a different
12    buyer, another buyer had that responsibility.
13         Q.    Can you explain how that works?
14    Why would one buyer come in and have that
15    responsibility and you would not have
16    responsibility?
17         A.    It was just changes that they
18    made often to give you experience, or a new
19    buyer came in and they changed the
20    categories.  I'm not sure that there was any
21    set reason for that.
22         Q.    Okay.  During your time period,
23    what other buyers had responsibility for
24    purchasing prescription opiates?
25         A.    I know Steve Potts.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                MR. CIULLO:  Objection, form.
 2                MS. FUMERTON:  Objection, form.
 3       A.       If that had happened, it
    wouldn't be for marketing to a consumer
 4
 5  level.  It would really just be a rebate or a
 6  cost of good adjustment.
 7  BY MR. BOWER:
 8       Q.       What's your basis for that
 9  statement?
10       A.       Because we never did anything
11  that would promote an opioid to the customer,
12  to the end customer user, the patient that
13  would pick up the prescription.
14       Q.       And how do you know that?
15       A.       Because we had a pretty firm
16  stance on that while I was there.
17       Q.       And where did you learn of that
18  stance?
19       A.       I had asked to put a cough
20  medicine on the $4 program at one time and
21  was told that anything with controlled
22  substances, we generally would not advertise
23  or talk to the consumer about.
24       Q.       Would you talk to your
25  pharmacists about those prescription opiates?
```