# EXHIBIT J

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3   IN RE: NATIONAL              )    MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION,                  )    Case No.
                                  )    1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )    Hon. Dan A.
 6   ALL CASES                    )    Polster
                                  )
 7
 8                       —— —— ——
 9            Wednesday, December 12, 2018
                         —— —— ——
10
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                 CONFIDENTIALITY REVIEW
                         —— —— ——
12
13
14
15        Videotaped Deposition of MIRANDA
     JOHNSON, held at 4206 South J.B. Hunt Drive,
16   Rogers, Arkansas, commencing at 8:51 a.m., on
     the above date, before Debra A. Dibble,
17   Certified Court Reporter, Registered
     Diplomate Reporter, Certified Realtime
18   Captioner, Certified Realtime Reporter and
     Notary Public.
19
                         —— —— ——
20
                GOLKOW LITIGATION SERVICES
21         877.370.3377 ph | fax 917.591.5672
                     deps@golkow.com
22
23
24
25
```

1            Rocchino for Reed Smith, LLP, on
2       behalf of AmerisourceBergen Drug
3       Corporation.
4            VIDEOGRAPHER:  The court
5       reporter is Debbie Dibble, and she
6       will now swear in the witness.
7            MIRANDA JOHNSON,
8  having first been duly sworn, was examined
9  and testified as follows:
10           DIRECT EXAMINATION
11  BY MR. INNES:
12       Q.   Good morning, Ms. Johnson.  My
13  name is Michael Innes.  I'm with the law firm
14  Carella Byrne.  I represent the plaintiffs in
15  the matter.
16           Could you state your full name
17  for the record?
18       A.   Miranda Johnson.
19       Q.   And who is your current
20  employer?
21       A.   Walmart.
22       Q.   And what is your current title?
23       A.   Director on the controlled
24  substances compliance team.
25       Q.   And what's your business

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    MS. TABACCHI:  Object to the
 2       form.
 3                    THE WITNESS: -- clarify?
 4                    MR. INNES:  Sure.
 5           Q.       (BY MR. INNES)  In your role as
 6       counsel for the department of health and
 7       human services, did you investigate
 8       pharmaceutical companies?
 9           A.       No.
10           Q.       Did you -- were you involved in
11       the prosecution of drug offenses?
12           A.       No.
13           Q.       When did you leave the office
14       of the department of human and health
15       services?
16           A.       I believe it was in January of
17       2007.
18           Q.       And that was to come to
19       Walmart?
20           A.       Yes.
21           Q.       Okay.
22           A.       It might have even been later
23       than January.  It was in 2007.
24           Q.       So about 2007 you left and --
25           A.       And came straight to Walmart.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            Q.     How did you come to make that
 2     career change?
 3            A.     I interviewed for the position
 4     and accepted the position.
 5            Q.     And what was the first position
 6     you held at Walmart?
 7            A.     I was in the compliance
 8     organization.
 9            Q.     And what was your -- what was
10     your general day-to-day function in that
11     role?
12            A.     I did HIPAA compliance.
13     Billing compliance.  And also did some work
14     on licensing issues.
15            Q.     What type of licensing issues?
16            A.     We had opticians who, in some
17     states, are licensed, and I helped support
18     what they were able to do in certain states
19     based on their licensure.
20            Q.     Did you have anything to do
21     with registration with the Drug Enforcement
22     Agency?
23            A.     No.
24            Q.     You've held several positions
25     at Walmart.  And let's see if we can
```

Golkow Litigation Services                             Page 18

```
 1    streamline this instead of going through each
 2    one of them.  I'll try and focus it.
 3                What was the first role in
 4    which you had responsibility dealing with
 5    Schedule II or Schedule III drugs?
 6         A.    The role I'm currently in.
 7         Q.    So to be clear, the senior
 8    manager at compliance assessment, that -- you
 9    did no responsibilities regarding Schedule II
10    or Schedule III drugs?
11         A.    Correct.  No responsibilities.
12         Q.    So you first entered -- well,
13    strike that.
14                When did you become the
15    director of controlled substances?
16         A.    It was in October of -- I
17    believe it was 2014.
18         Q.    Okay.  Maybe we can -- you're
19    aware that -- are you aware that Walmart
20    submitted responses to interrogatories in
21    this case?
22         A.    Yes.
23         Q.    Did you have a chance to review
24    those before they were submitted?
25         A.    I can't remember if I reviewed
```

```
 1    them before.  I don't think I did.
 2           Q.    I believe on that document it
 3    says May of 2014 you took the role?
 4           A.    (Witness nods.)
 5           Q.    Do you think maybe it was May
 6    or do you -- was it -- is it October?
 7           A.    So I helped support as a -- on
 8    a special assignment --
 9           Q.    Okay.
10           A.    -- some projects starting in
11    May, but I didn't have the role until October
12    of 2014.
13           Q.    Okay.
14                 So prior to May of 2014, did
15    you have any responsibilities regarding C-II
16    or C-III?
17           A.    No.
18           Q.    So your responsibilities and
19    interaction with C-II and C-III began day one
20    as director of controlled substances?
21           A.    Yes.
22           Q.    Can you describe your
23    responsibilities when you first took your
24    current position?
25           A.    So when I first took my current
```

 1      position, I was responsible for helping
 2      support the enhancements and improvements we
 3      were making to our order monitoring system.
 4            Q.    And what do you mean by "order
 5      monitoring system"?
 6            A.    Our system to monitor
 7      controlled substance orders.
 8            Q.    Okay.
 9                  Was that your sole function, to
10      support the enhancements and improvements to
11      the suspicious order monitoring system?
12            A.    That was my main function.  I
13      can't remember exactly all that I was
14      involved in, but that was my key focus when I
15      first started.
16            Q.    And the suspicious order
17      monitoring program is directed towards C-II
18      and C-III products at that time?
19                  MS. TABACCHI:  Object to the
20          form.
21                  THE WITNESS:  Our order
22          monitoring system was for controlled
23          substances.
24                  MR. INNES:  Controlled
25          substances.

Highly Confidential - Subject to Further Confidentiality Review

```
 1         Q.    (BY MR. INNES)  Have those
 2   responsibilities -- well, strike that.
 3               Has your focus in that role
 4   changed over time?
 5               MS. TABACCHI:  Object to the
 6         form.
 7               THE WITNESS:  Can you clarify
 8         what you mean by "focus"?
 9               MR. INNES:  Sure.
10         Q.    (BY MR. INNES)  How, if at all,
11   have your responsibilities in your -- in your
12   role as director of controlled substances
13   changed from day one to present?
14         A.    In many ways.  Just like most
15   roles do, they change and expand depending on
16   what the need is.
17         Q.    Has your focus moved away from
18   suspicious order monitoring or is that still
19   your primary focus?
20               MS. TABACCHI:  Object to the
21         form.
22               THE WITNESS:  We no longer
23         distribute controlled substances as of
24         April 2018.
25         Q.    (BY MR. INNES)  And that's
```