# EXHIBIT EE

| | | | |
|---|---|---|---|
| **Customer:** | Wal-Mart | **Date:** | 12/20/2011 |
| **Software Version:** | WPM 3.4.6 | **Document Version:** | 1.0 |
| **Author:** | Reas Macken | | |
| **Roles:** | Supervisor | | |
| **Title:** | Pharma Enhancements SOPs | | |

**Background:** In release 3.4.6 of the Reddwerks WPM software, a number of enhancements were deployed that require certain steps at particular phases of each day. This document details the associated SOP that a Supervisor should follow when using each enhancement's functionality.

> *NOTE: It is important for the supervisors to be aware of the required timing for enabling/disabling each enhancement to ensure that the functionality is activated/deactivated in the system for that days' work.*

<u>Auto-Induct of Container Labels in the First Zone of each Area</u>

> *<u>Purpose:</u> Auto-Induct functionality automatically inducts the next container label printed in the first zone of the pickline/area the functionality is active. This functionality works if printing is done through the display center or through the Auto-Label Print function.*

**Preconditions / Assumptions:**
1. The Order, SKU, and DEA files have been imported into Reddwerks.
2. At least one batch has been released.

**Detailed Steps and Actions:**

1. **Admin > Parameters > Manage Pickline Features:** This screen lists each pickline, or area, for which the Auto-Induct, Auto-Label Print, and Batch Label Print enhancements can be enabled/disabled.
    a. For each area you want to enable/disable the Auto-Induct functionality, select the drop down under the Auto-Induct column for that pickline, and select "Enable" or "Disable" as appropriate.
    b. After making changes for the required picklines, click the "Save All" button in the bottom right side of the screen.



2. **Timing:** This functionality can be activated at any point during the day.

> *NOTE: Auto-Induct functionality cannot be active when Batch Label print is active. Enabling Auto-Induct for a pickline that has Batch Label Printing currently activated will automatically change the status of Batch Label Printing for that pickline to "Disabled".*

<u>Auto-Print of Container Labels in the First Zone of each Area</u>

> <u>Purpose:</u> *Auto-Label Print functionality automatically prints the next container label when the user presses the "Done" button on the display center. This functionality is only active for the first zone of each pickline/area for which the enhancement is active. If the previous container was a "Pass" container, the user must press the F3 button to print the next container label.*

**Preconditions / Assumptions:**
1. The Order, SKU, and DEA files have been imported into Reddwerks.
2. At least one batch has been released.

**Detailed Steps and Actions:**

1. **Admin > Parameters > Manage Pickline Features:** This screen lists each pickline, or area, for which the Auto-Induct, Auto-Label Print, and Batch Label Print enhancements can be enabled/disabled.
    a. For each area you want to enable/disable the Auto-Label Print functionality, select the drop down under the Auto-Label Print column for that pickline, and select "Enable" or "Disable" as appropriate.
    b. After making changes for the required picklines, click the "Save All" button in the bottom right side of the screen.



2. **Timing:** This functionality can be activated at any point during the day.

> *NOTE: Auto-Label Print functionality cannot be active when Batch Label print is active. Enabling Auto-Label Print for a pickline that has Batch Label Printing currently activated will automatically change the status of Batch Label Printing for that pickline to "Disabled".*

**Batch Label Printing of Labels starting in First Zone of each Area**

> *Purpose:* *Batch Label Printing can be used to bulk print all labels for a single batch.  This functionality can be used before or after the batch is released.  Only the labels that start in the first zone of the selected picklines will be bulk printed, which applies if Multi-Start is also active.*

**Preconditions / Assumptions:**
1. The Order, SKU, and DEA files have been imported into Reddwerks.
2. The PC must be assigned to an appropriate printer under Admin > Stations >Station Assignment.

**Detailed Steps and Actions:**

1. **Admin > Parameters > Manage Pickline Features:** This screen lists each pickline, or area, for which the Auto-Induct, Auto-Label Print, and Batch Label Print enhancements can be enabled/disabled.
    a. For each area you want to enable/disable the Batch Label Print functionality, select the drop down under the Batch Label Printing column for that pickline, and select "Enable" or "Disable" as appropriate.
    b. After making changes for the required picklines, click the "Save All" button in the bottom right side of the screen.



2. **Timing:** This functionality can be activated at any point during the day.  If it is done before a batch or batches are released, the labels will print in bulk for a particular batch when that batch is released.  If it is activated after a batch has been released, a Supervisor can bulk print all labels for the picklines which have the functionality enabled by selecting the "Reprint All Labels" action under the Action column on Orders > Active Orders > Manage Batches.

> *NOTE:  Batch Label Printing cannot be active when Auto-Induct and/or Auto-Label Printing are active.  If Auto-Induct and/or Auto-Label Printing are enabled for a pickline and the Supervisor enables Batch Label Printing, the other two enhancements will automatically change to a "Disabled" status.  If Batch Label Printing is enabled and the Supervisor changes one of the other two enhancements to "Enabled", Batch Label Printing will automatically change to a "Disabled" status.*

**Multi-Start Functionality for each Area**

*Purpose:  Multi-start functionality splits each order into multiple picklists per selected area, creating multiple starting points for certain order profiles, according to settings as requested by the site.  This functionality can only be activated and edited by Reddwerks.*

**Preconditions / Assumptions:**
1. The Order, SKU, and DEA files have NOT been imported into Reddwerks.
2. The site has contacted Reddwerks to activate the functionality.
3. The site has agreed with the logic that will be used to break each order into multiple picklists.

**Detailed Steps and Actions:**

1. **Call into Reddwerks Support:** After the site is done for the day before the day they would like to use multi-start, a Supervisor needs to call into Reddwerks Support to have the multi-start functionality enabled.  The information that should be reviewed when calling into Reddwerks Support:
    a. The pickline(s)/area(s) the site would like to enable Multi-Start
    b. The number of starts they would like for each picklist profile.  This will be set by default to:
        i. Orders estimated to be 1-2 containers will be 1 picklist (1 start)
        ii. Orders estimated to be 3-6 containers will be split into 2 picklists (2 starts)
        iii. Orders estimated to be 7-10 containers will be split into 3 picklists (3 starts)
        iv. Orders estimated to be 11+ containers will be split into 4 picklists (4 starts)
    c. The site should review the Admin > Cubing > Manage Cubing Containers screen to ensure that they agree with the quantities used to estimate which container type will be used per box type and pickline/area.



2. **Timing:** This functionality must be activated before the files are sent from the Host system before the day the site would like to use the Multi-Start functionality.

*NOTE:  Until the cubing enhancement is deployed to the facility, the number of containers estimated for each order will be determined using the quantities set under Manage Cubing Containers.  The site must proactively contact Reddwerks Support when they want this functionality to be enabled/disabled.*

Order Level Alerts

> *Purpose:* Order Level Alerts functionality flags items for review according to logic as determined by Wal-Mart. Items are flagged at the store-item level upon import of the order file, and each flagged item must be reviewed and confirmed or quantity cut before the batch can be released.

**Preconditions / Assumptions:**
1. The Order, SKU, and DEA files have been imported into Reddwerks.

**Detailed Steps and Actions:**

1. **Logic used to flag items:** The logic that is used to flag items is as follows:
    a. Any order that is over 50 items is flagged, regardless of percent above 4-week average.
    b. Any order between 0 and 10 items will not be flagged, regardless of percent above 4-week average.
    c. Any order between 11 and 50 items will be flagged if the order quantity is a certain percentage greater than the 4-week average for the store-item combination. This "threshold" is currently set as a general threshold for all items at 30%.
2. **Orders > Planning > Review Flagged Items:** Before batches can be released, a Supervisor must review all flagged items under the Review Flagged Items screen.
    a. Sort the list of flagged items in descending order by clicking the Order Level column twice.



    b. Cut any quantity that is above 50 to an appropriate number using the Cut Quantity action under the Actions column.
    c. Review all other items to ensure that there are no exceptions that need to be cut.
    d. If all other items are accurate, select the Confirm Reviewed action for each item. (Currently, functionality to Select All is active due to the large number of items that are flagged. Because Reddwerks only has 7 days of data, it will take 4 weeks after

deployment of the 3.4.6 release for the Order Level Alerts to have an actual 4-week average to compare against. We will revisit the Select All versus confirm individually functionality when there are 4 weeks of data for comparison.)
3. **Orders > Planning > List Batches:**  After all items have been Confirmed as Reviewed or Quantity Cut, batches can be released.
4. **Admin > Parameters > Order Level Threshold:**  Supervisors can set a specific threshold for a store-item combination if there are more stringent requirements than what is set by the general threshold. The general threshold can only be changed by Reddwerks and requires a call into Reddwerks Support.



## Pickline Disabling

*Purpose:*  *Pickline disabling functionality allows a Supervisor to disable locations in a pickline/area in the event the facility cannot ship to certain stores.*

**Preconditions / Assumptions:**
1. The Order, SKU, and DEA files have been imported into Reddwerks.
2. The site has determined or been notified that they cannot ship certain products to a particular store or set of stores.
3. Batches have NOT been released for the affected day.

**Detailed Steps and Actions:**

1. **Disable locations under Orders > QC > Manage Stores:**  A Supervisor can disable picklines for a particular store or set of stores.
    a. Filter by a particular store number or a state.
    b. Select the store or set of stores (using the Select All button).



c. Choose the pickline for which you would like to disable locations using the drop down in the bottom right hand side of the screen.
d. Select the Disable Picklines button in the bottom right hand side of the screen.
e. Repeat for other picklines that need to be disabled.
2. **Enable locations under Orders > QC > Manage Stores:** A Supervisor can enable locations by pickline for a particular store or set of stores.
   a. Filter by a particular store number or a state.
   b. Select the store or set of stores (using the Select All button).
   c. Select the Enable All Picklines button in the bottom right hand side of the screen.

*NOTE: The Supervisor must be sure to disable the required picklines before the work is released for the day.*