# EXHIBIT 37



**CardinalHealth**

7000 Cardinal Place
Dublin, OH 43017

# Memo/Fax

Date:
November 10, 2008

To:
Diversion Department          DEA Phone: 916-480-7250
DEA Sacramento Resident Office   DEA Fax:   916-480-7208
4328 Watt Avenue
Sacramento, CA 95660

From:
Michael A. Mone´              Phone: 614-757-5104
Vice President, Anti-Diversion   Fax:   614-757-5826

### Suspicious Order Report

Please note that we have received what appears to be a suspicious order from one of our customers and we are reporting this to you pursuant to 21 CFR §1301.74(b). The customer in question could not adequately justify the following order made to us. Specifically, the details of this suspicious order are as follows:

| Suspicious Order Information | |
|---|---|
| 1) Customer Name | **K-Mart of Washington LLC Store #3275** |
| 2) Address | **2711 N. E. Andresen Vancouver, WA 98661** |
| 3) DEA Number | **BK8665145** |
| 4) Suspicious order product | **Methadone** |
| 5) Suspicious order quantity | **Customer attempted to order a large amount of dosage units in excess of their current threshold.**<br>• *Customer's monthly purchases for methadone have inordinately increased over the past two months.*<br>• *The entire methadone order was blocked, no product was shipped.* |
| 6) Date of suspicious order | **10/27/2008** |
| 7) Name, address and DEA number of Distribution Center receiving suspicious order request | • **Cardinal Health**<br>• **3238 Dwight Road**<br>• **Elk Grove, CA 95758**<br>• **DEA# RW0236009** |

If you have any questions or need anything further, please fax me at 614-757-5826.

The information contained in this fax message is intended for the personal and confidential use of its designated recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy the original message or return it by mail. Thank you.