# EXHIBIT 55

**To:** Melton, Jenny[Jenny.Melton@McKesson.com]
**From:** Walker, Donald
**Sent:** Thur 1/22/2009 7:56:43 PM
**Subject:** RE: IMPORTANT - Call from DEA on Suspicious Trans Rpt

I will handle

Don

---

**From:** Melton, Jenny
**Sent:** Thursday, January 22, 2009 11:38 AM
**To:** Walker, Donald
**Cc:** McIntyre, Keith; Pacheco, Sheila; Melton, Jenny
**Subject:** IMPORTANT - Call from DEA on Suspicious Trans Rpt
**Importance:** High

Don – I received a voice mail from DEA today. They received paper suspicious transaction reports (DU45) from St. Louis and Birmingham and are questioning why we are still sending paper reports. It appears that they believe these are the agreed upon new reports. The last direction we received was to not discontinue the DU45 report yet so the report is still being produced. As you may recall, we had a similar incident with Conroe last year. Keith is working with BTS to change the name of DU45 to eliminate the Suspicious Transaction verbiage. The verbiage changes will be effective 2/1. I am not sure how these reports got to Washington. Perhaps the DRAs can follow up to determine how the reports were sent and to review our SOPs.

I am on PTO the rest of the week and currently in the Denver airport but will check e-mail when I land this evening. I will need to call DEA back either today or tomorrow.

Please provide guidance.

thanks - - jenny


**Jenny Melton**

McKesson Corporation

Director of Business Projects

Warehouse Management Solutions

Confidential / Exempt from FOIA. Subject to FRE 408.

MCK_WVA_000165

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001487
MCKMDL00355691

 Telephone

Cell Phone

Jenny.Melton@McKesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

Confidential / Exempt from FOIA. Subject to FRE 408.

MCK_WVA_000166

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001488
MCKMDL00355692