# EXHIBIT 65

# SUSPICIOUS ORDER INVESTIGATION SUMMARY
# (10/6/05 – 3/12/07)

## Summary of Investigations Initiated by AmerisourceBergen

| *Cust Name* | *Cust #* | *DC* | *Sales Rep* | *Purchase Activity* | *Date Opened* | *Date Closed* | *Origin* | *Disposition* | *Customer Cut Off/Placed on Allocation* |
|---|---|---|---|---|---|---|---|---|---|
| Adrian Discount Drugs | 049-044487 | Will | Jay Sepanski | 14K Hydro Avg | 5/4/2006 | 5/26/2006 | 3/06 Rep | 5/26/06 - Customer signed 590a. Matter closed. | |
| Apothecare Shop G/H | 020-086579 | Phx | N/A | Alpraz / Hydro Insig | 2/27/2006 | 3/6/2006 | 12/05 Rep | 3/06/06 - Insufficient sales to warrant investigation. Matter closed. | |
| Ascensia Nutrit Phcy | 037-077057 | Hous | Chuck Lenga | 37K avg Hydro 2005 | 1/8/2006 | 1/30/2006 | Report | 1/29/06 - Site visit completed. Customer signed CSRA Form 590a. Matter closed. | |
| Astoria Pharmacy | 032-041129 | Seattle | N/A | Hydro 8K Meth 7K | 2/27/2006 | 3/6/2006 | 1/06 Rep | 3/06/06 - Insufficient sales to warrant investigation. Matter closed. | |
| ***Avee Pharmacy, Inc.*** | ***046-026757*** | ***Orl A*** | ***David Yablecki*** | ***74K Hydro in 9/06*** | ***10/18/2006*** | ***11/3/2006*** | ***9/06 Rep*** | ***11/03/06 - Based on site visit, found that customer is filling CS scripts without a valid / legal doctor - patient relationship. Ordered all sales of CS be discontinued immediately. Follow-up CS IMR Report indicates Oct 2006 sales of Hydrocodone increased to 363K dosage units. Matter closed.*** | ***Y*** |
| Beemans Highland | 012-015131 | Corona | N/A | Acet w/ Cod CS insig | 2/27/2006 | 3/4/2006 | 9/05 Rep | 3/04/06 - Insufficient sales to warrant investigation. Matter closed. | |
| Bel Air Market #514 | 008-055558 | Sac | N/A | 8K Hydro / Alpraz insig | 2/27/2006 | 3/4/2006 | 10/05 Rep | 3/04/06 - Overall CS purch levels do not reach levels that warrant further investigation. | |
| Benak, Inc | 046-005736 | Orl A | Gary Dwyer | 71K Hydro 27K Alpraz 2005 | 1/7/2006 | 1/25/2006 | Report | 1/11/06 - Customer signed CSRA Form 590a. Purchases found to be legitimate. | |
| Blue Grass Phcy | 044-043133 | Paduc | Don Amis | 14.5K Hydro 7.5K Alpraz | 5/2/2006 | 5/17/2006 | 2/06 Rep | 5/17/06 - Customer avg volume is approx $700K/month. Current CS usage is consistent with this customer's size and found to be legitimate. Matter closed. | |
| Brookshire Bros #1253 | 037-063412 | Hous | Courtney Evans | 11K Alpraz / 24K Hydro 2005 | 2/27/2006 | 4/6/2006 | 9/05 Rep | 3/06/06 - Background info gathered from Acct mgr does not support further investigation. Matter closed. | |

| Cust Name | Cust # | DC | Sales Rep | Purchase Activity | Date Opened | Date Closed | Origin | Disposition | Customer Cut Off/Placed on Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Brookshire Bros #16 | 037-095349 | Hous | Courtny Evans | 16.3 mth avg Hydro | 5/2/2006 | 5/16/2006 | 2/06 Rep | 5/16/06 - Customer is one of the largest volume stores in their area. Current CS volume consistent with customer size. Matter closed | |
| Buckley Valley Forge | 036-003889 | Pine B | N/A | Hydro / Alpraz Insignificant | 2/27/2006 | 3/4/2006 | 11/05 Rep | 3/04/06 - Insufficient sales to warrant investigation. Matter closed. | |
| Care Pharmacy | 081-064378 | San Ant | Rene Rodriguez | 19K avg Hydro 2005 | 1/8/2006 | 2/27/2006 | Report | 2/21/06 - Site visit complete. Rec'd signed 590a. Matter closed. | |
| Cofii Corp dba Lam's | 020-109504 | Phx | Eileen Telles | 72K Hydro in 8/06 | 10/17/2006 | 10/17/2006 | 8/06 Rep | 10/17/06 - Determined Hydro purchase was in error. Confirmed credit. Matter closed. | |
| Cumberland Drug Co. | 027-052514 | Nash | Nathan Elkins | 25K / mth avg Hydro | 5/4/2006 | 5/26/2006 | 3/06 Rep | 5/26/06 - Acct Mgr responded that this cust is located in coal mining area w/ high volume of workman's comp claims. Based on feedback, determined that cust is legitimate. | |
| Devon Discount Phcy | 019-033654 | Chic | Sarah Ihmels | 19K Phentermine 6/06 | 6/23/2006 | Pending | 5/06 Rep | 9/13/06 - Customer was conducting an internet operation for approx 3 weeks. They discontinued their website affiliation when the customer determined it was not legal. Matter closed. | |
| Diamond Phcy | 018-046417 | Dallas | Pade Pritchard | 22K Hydro / 15K Alp 2005 | 1/9/2006 | 2/16/2006 | Report | 1/27/06 - Site Visit Complete - Rec'd signed 590a. Matter closed. | |
| Discount Mail Meds | 046-006700 | Orl A | Rick Westman | 29K Hydro 235K Alpraz 2005 | 1/6/2006 | 2/1/2006 | Report | 1/30/06 - Site Visit completed. Customer signed CSRA Form 590b. Matter closed | |
| Dollar Drug | 008-019976 | Sac | Wayne Ketchum | 23K Hydro | 5/10/2006 | 6/15/2006 | 4/06 Rep | 6/15/06 - Background info gathered does not support further investigation. Customer has consistent sales volume in excess of $400K per month. Matter closed. | |
| Dominguez Phcy | 012-025510 | Corona | Tom Beaudry | 10K mth avg Hydro | 5/3/2006 | 5/17/2006 | 2/06 Rep | 5/18/06 - Current purch levels consistent w/ cust's total volume ($300K/mth). | |
| East Main St Phcy | 010-051763 | Colum | Julie Fuller | 8.3K Alpraz; 9.6K Diaz, 30K Hydro 2005 | 2/27/2006 | 6/9/2006 | 9/05 Rep | 6/09/06 - Customer signed CSRA Form 590a. Matter closed. | |
| Elite Pharmacy | 037-079053 | Hous | Jackie Berthelot | 10K Hydro avg | 1/10/2006 | 5/19/2006 | Hous | 5/17/06 - Cusomer review found this cust is conducting an internet operation. 2/01/06 - Site visit completed by Kyle Potts and Jackie B. CS sales dramatically decreased. 5/19/06 - Rec'd CSRA Form 590b. Matter closed. | |
| Empire #1925 | 081-050153 | San Ant | Rene Rodriguez | 22K Hydro 20K Alp 2005 | 1/7/2006 | 2/17/2006 | Report | 2/17/06 - Received completed questionaire and signed form 590a. Matter closed. | |
| Express Rx, Inc. | 046-009993 | Orl A | David Ray | 13K Hydro 2005 | 1/10/2006 | 2/15/2006 | Report | 2/09/06 - Received signed CSRA Form 590a. Matter closed. | |

| Cust Name | Cust # | DC | Sales Rep | Purchase Activity | Date Opened | Date Closed | Origin | Disposition | Customer Cut Off/Placed on Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Extended Care Phcy, | 046-004622 | Orl A | Buddy Strozyk | 25K / mth avg Hydro | 1/8/2006 | 2/16/2006 | Report | 1/27/06 - Site visit completed. 2/16/06 Rec'd signed 590a form. Matter closed. | |
| Fallbrook Pharmacy | 012-148338 | Corona | Tom Beaudry | 12K Hydro in 1/06 - 3/06 | 10/18/2006 | 12/15/2007 | Corona | 10/17/06 - Notified by Mike Augustine of previous internet activity for Fallbrook Phcy. Investigation resulted in signed CSRA Form 590a. Matter closed. | |
| Farmacia de Medica | 037-074153 | Hous | Chuck Lenga | 138K Hydro 75K Alp 2005 | 2/15/2006 | 2/24/2006 | Hous | 2/24/06 - Site visit complete - Rec'd signed 590a. Matter closed. | |
| Farmacia del Pueblo | 037-104034 | Hous | Chuck Lenga | 315K Hydro / 78K Alpraz 8/06 | 10/16/2006 | 10/19/2006 | 8/06 Rep | 10/19/07 - Received signed CSRA Form 590a. Matter closed. | |
| Fondgren Phcy | 037-060152 | Hous | Chuck Lenga | 31K avg Hydro / 17K avg Alp | 1/9/2006 | 1/30/2006 | Report | 1/28/06 - Site visit completed. Rec'd signed CSRA Form 590a. Matter closed. | |
| Fulton Pharmacy | 049-020404 | Will | Jeff Emrich | 12.4K Hydro Avg | 5/4/2006 | 6/2/2006 | 3/06 Rep | 5/05/06 - Customer signed 590a. Matter closed. | |
| G & O Pharmacy | 044-060913 | Paduc | Don Amis | 7K Hydro 10K Diaz avg | 5/10/2006 | 5/17/2006 | 4/06 Rep | 5/17/06 - Customer volume is approx $300K/month & is housed adjacent to Central Baptist Hosp. Current CS usage is consistent with their bus model. Matter closed. | |
| Galloway's Phcy | 012-091157 | Corona | Brian LeMay | 37K Hydro 13K Clon 8K Alpr | 5/10/2006 | 5/19/2006 | 4/06 Rep | 5/18/06 - Cust does approx $1.4 million per month. Current CS usage is consistent with cust's size and found to be legitimate. Matter closed. | |
| Genrich Phcy | 020-023556 | Phx | N/A | N/A | 5/3/2006 | 5/10/2006 | 2/06 Rep | 5/10/06 - Per recent DEA activity, this acct has reduced it's CS volume. Closed. Per GM. | |
| Gill's Family Phcy | 010-049437 | Colum | N/A | 2K mth Hydro | 5/4/2006 | 5/5/2006 | 3/06 Rep | 5/05/06 - Sales levels insufficient to warrant further investigation. | |
| Haire Drug Center | 074-011650 | Merid | N/A | 5K Hydro avg | 5/10/2006 | 5/12/2006 | 4/06 Rep | 5/12/06 - Sales levels insufficient to warrant further investigation. | |
| Hallers Pharmacy | 008-025429 | Sac | Wayne Ketchum | 11K Hydro | 5/3/2006 | 6/15/2006 | 2/06 Rep | 6/15/06 - Background info gathered does not support further investigation. Customer has consistent sales volume in excess of $400K per month. Matter closed. | |
| Hanson Drug, Inc. | 025-000802 | Minn | N/A | Insignificant | 5/4/2006 | 5/5/2006 | 3/06 Rep | 3/16/06 - Sales levels insufficient to warrant further investigation. | |
| Harmons Phcy #87 | 017-030874 | SLC | N/A | 5.7K mth avg Hydro | 5/3/2006 | 5/8/2006 | 2/06 Rep | 5/08/06 - Sales levels insufficient to warrant further investigation. | |
| HPS Rx Enterprises | 041-006924 | Rich | N/A | 4.3K mth Hydro | 5/3/2006 | 5/5/2006 | 2/06 Rep | 3/16/06 - Sales levels insufficient to warrant further investigation (4.3Kmth avg Hydro). | |
| Jenmar Phcy | | Orl B | Peg O'Neil | High Hydro | 10/6/2005 | 11/18/2005 | Orl B | Matter closed. | |

| Cust Name | Cust # | DC | Sales Rep | Purchase Activity | Date Opened | Date Closed | Origin | Disposition | Customer Cut Off/Placed on Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Kens Discount Phcy | 018-062869 | Dallas | Darell Yarbrough | 12K / mth avg Hydro | 5/10/2006 | 5/16/2006 | 4/06 Rep | 5/16/06 - Customer avg volume is approx $800K/month. Current CS usage is consistent with this customer's size and found to be legitimate. Matter closed. | |
| King's Phcy | 037-000984 | Hous | Kat Lindsay | 20K Hydro in 9/06 | 10/18/2006 | 11/21/2007 | 9/06 Rep | 11/21/07 - Received signed CSRA Form 590a. Matter closed. | |
| Malakoff Presc Shop | 018-047704 | Dallas | Danny Nelson | 13K / mth avg Hydro 2005 | 1/6/2006 | 1/6/2006 | Report | 1/29/06 - Based on customer review, purchase levels are appropriate. Matter closed | |
| Mann Drug Inc of Vic | 081-063420 | San Ant | Rene Rodriguez | 10K Hydro 2005 | 1/9/2006 | 2/27/2006 | Report | 2/21/06 - Site visit complete. Rec'd signed 590a. Matter closed. | |
| Martin Surgical Supply | 037-035865 | Hous | N/A | 8.6K Pseudo | 5/10/2006 | 5/12/2006 | 4/06 Rep | 5/12/06 - Sales levels insufficient to warrant further investigation. | |
| Massillon Family Phcy | 010-044701 | Colum | N/A | 5.7K mth avg Hydro | 5/4/2006 | 5/8/2006 | 3/06 Rep | 5/08/06 - Sales levels insufficient to warrant further investigation. | |
| May St Pharmacare | 004-042564 | Boston | N/A | 5K Loraz 2005 CS Insig | 2/27/2006 | 3/4/2006 | 12/05 Rep | 3/04/06 - Purch of Lorazepam initiating investigation was overage. Credit made in 1/ 06. | |
| Med Express | 012-054098 | Corona | Eddie Sierra | 12.7K/mth Hydro 2005 | 2/24/2006 | 3/15/2006 | Corona | 3/15/06 - Acct Mgr verified this acct primarily services Hospice cust's. Matter closed. | |
| Med Plus Phcy | 037-061309 | Hous | Kathy Lindsay | 16K / mth Hydro 2005 | 1/9/2006 | 2/3/2006 | Report | 2/03/06 - Site visit completed. Customer signed CSRA Form 590a. Matter closed. | |
| Medi Mart Phcy | 081-101501 | San Ant | Pade Pritchard | 15K / mth Hydro 2005 | 1/9/2006 | 2/16/2006 | Report | 2/16/06 - Notified cust discontinued business w/ ABC. Matter closed. | |
| Memorial City Prof Phy | 037-089458 | Hous | Chuck Lenga | Sharp increase in Hydro | 5/10/2006 | 6/21/2006 | 4/06 Rep | 6/21/06 - Customer discontinued their association with Medsworldwide.com. Received signed CSRA Form 590a. Matter closed. | |
| MH Express Phcy | 024-023903 | Valenc | Eddie Sierra | 18K Hydro 8K Alp 8K Amb | 5/2/2006 | 5/17/2006 | 2/06 Rep | 5/17/06 - Customer is a part of Modern Health, very large cust group. Current CS usage is consistent with cust's size and found to be legitimate. Matter closed. | |
| N/W Phcy Unit #2356 | 037-052233 | Hous | Kathy Lindsay | 80K Hydro 30K Alp 2005 | 1/8/2006 | 2/2/2006 | Report | 2/01/06 - Site Visit completed. Purchases found to be legitimate. | |
| New Garden Phcy | 041-031138 | Rich | N/A | Hydro 7.4K avg 2005 | 2/27/2006 | 3/6/2006 | 11/05 Rep | 3/04/06 - Insufficient sales to warrant investigation. Matter closed. | |
| Nha Trang Phcy | 037-104877 | Hous | Chuck Lenga | 77K Hydro 72K Alpraz 12/06 | 1/24/2007 | 3/6/2007 | 11/06 Rep | 2/09/07 - Site visit completed. Customer signed CSRA Form 590a indicating all CS product is for walk in patients only. 3/06/07 - Notified D/I Wheeler of Houston DEA of this customer and forwarded all physician info. Matter closed. | |

| Cust Name | Cust # | DC | Sales Rep | Purchase Activity | Date Opened | Date Closed | Origin | Disposition | Customer Cut Off/Placed on Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Nick's Drugs | 036-082420 | Pine B | N/A | 7.5K mth avg Alpraz | 5/2/2006 | 5/4/2006 | 2/06 Rep | 3/16/06 - Sales levels insufficient to warrant further investigation (7.5Kmth avg Alpraz). | |
| O'Brien's Pharmacy #2 | 008-046615 | Sac | Robert Vera | 17K Hydro | 5/4/2006 | 6/14/2006 | 3/06 Rep | 6/14/06 - Background info gathered from Acct mgr does not support further investigation. Matter closed. | |
| Oden Shirey Drug Co | 052-057018 | Birm | N/A | 8.5K Alpraz | 5/4/2006 | 5/5/2006 | 3/06 Rep | 5/05/06 - Sales levels insufficient to warrant further investigation. | |
| Owens Pharmacy #2 | 008-032995 | Sac | N/A | 162K Hydro | 5/4/2006 | 5/4/2006 | 3/06 Rep | 5/04/06 - Verified w/ John Jessee that Owens is a very large customer and that investigation is not warranted. | |
| Owens Pharmacy #5 | 008-011601 | Sac | Robert Hall | 20K Hydro 10K Alpraz 2005 | 2/27/2006 | 6/22/2006 | 9/05 Rep | 3/06/06 - Background info gathered from Acct mgr does not support further investigation. Matter closed. | |
| Palace Drug Stores | 056-000869 | Thoro | N/A | All CS Insignificant | 2/27/2006 | 3/6/2006 | 11/05 Rep | 3/04/06 - Insufficient sales to warrant investigation. Matter closed. | |
| ***Park Place Rx*** | ***037-090068*** | ***Hous*** | ***Kat Lindsay*** | ***33K mth avg Hydro*** | ***5/2/2006*** | ***Pending*** | ***2/06 Rep*** | ***5/18/06 - DEA currently investigating. Agreed to continue servicing account. Awaiting instructions.*** | ***Y*** |
| Pecos Street Phcy | 018-101527 | Dallas | Rene Rodriguez | High Hydro / Alpraz | 1/5/2006 | 2/16/2006 | Report | Notified customer no longer an ABC customer. Matter closed. | |
| Peoples Pharmacy | 010-093617 | Colum | Julie Fuller | 100K Hydro / 44K Alpraz 8/06 | 10/16/2006 | 11/8/2006 | 8/06 Rep | 11/08/07 - Received signed CSRA Form 590a. Matter closed. | |
| Pharmacy Dept. | 018-081091 | Dallas | Tina Peacock | 43.7K / mth avg Hydro | 1/6/2006 | 1/6/2006 | Report | Customer is a US Army Hospital. Purchases found to be legitimate. Matter Closed | |
| Phillips Drug, Inc. | 010-045740 | Colum | Bill Schrott | 41K mth Hydro | 5/4/2006 | 6/22/2006 | 3/06 Rep | 6/23/06 - Background info gathered does not support further investigation. Customer has consistent sales volume in excess of $400K per month. Matter closed. | |
| Plaza Phcy | 018-045419 | Dallas | Mike McCarty | 14K / mth avg Hydro | 1/8/2006 | 2/24/2006 | Report | 2/24/06 - Site visit complete - Matter closed. | |
| Prescribit Rx | 046-011098 | Orl A | Olga Peruyero | 19K Alpraz 16K Temazepam | 5/10/2006 | 5/17/2006 | 4/06 Rep | 5/17/06 - This cust is a division of Humana. Account lost to McKesson as of 5/16/06. Matter closed. | |
| Prime Phcy #2393 | 037-077198 | Hous | Chuck Lenga | 40.5K Hydro 21.5K alp 2005 | 2/27/2006 | 6/22/2006 | 9/05 Rep | 5/16/06 - Received signed CSRA Form 590a. Matter closed. | |
| Procare NY Phcy #291 | 023-032730 | Beth | Craig Kobus | 20K Testosterone | 10/16/2006 | 10/16/2006 | 8/06 Rep | 10/16/06 - Background info gathered indicated this cust is a CVS subsidiary and does approx $2.5 million per month avg. Further investigaiton not warranted. Matter closed. | |
| Prof Arts Phy | 037-074161 | Hous | Sherri Guidry | 26.6K Hydro 6.9K alp 2005 | 2/27/2006 | 6/2/2006 | 9/05 Rep | 6/02/06 - Customer signed CSRA Form 590a. Matter closed. | |

| Cust Name | Cust # | DC | Sales Rep | Purchase Activity | Date Opened | Date Closed | Origin | Disposition | Customer Cut Off/Placed on Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Raleys Drug Cent #105 | 008-057349 | Sac | David Collum | 106K Hydro in 8/06 | 10/17/2006 | 10/17/2006 | 8/06 Rep | 10/17/06 - Determined Hydro purchase was in error. Confirmed credit. Matter closed. | |
| Rx Care Phcy | 035-043794 | Orl B | Gary Dwyer | 5.5K / mth avg Hydro | 1/8/2006 | 1/8/2006 | Report | 1/29/06 - Based on customer review, purchase levels are appropriate. | |
| Salmon Pharmacy | 017-074427 | SLC | Mike Hammer | 9,6K mth avg Hydro | 5/4/2006 | 6/13/2006 | 3/06 Rep | 6/13/06 - Background info gathered does not support further investigation. Customer signed CSRA Form 590a. Matter closed. | |
| Save Mart Disc Phcy | 018-051987 | Dallas | Danny Nelson | 30K / mth avg Hydro 2005 | 1/6/2006 | 2/15/2006 | Report | 1/27/06 - Site visit completed. Cust signed CSRA Form 590a. Matter closed. | |
| Schwieterman's Village | 010-018283 | Colum | Brent Lanwehr | 48K Hydro in 5/06 | 6/23/2006 | 6/27/2006 | 5/06 Rep | 6/27/06 - Confirmed high purchase was an order error. Credit issued. Matter closed. | |
| Shearer Drug | 044-069518 | Paduc | Nathan Elkins | 40K Hydro & 20K Alp in 2/07 | 3/12/2007 | 3/22/2007 | Report | 3/21/07 - Site visit conducted. Customer signed CSRA 590a. Matter closed. | |
| Sholars Drug | 037-047282 | Hous | Kathy Lindsay | 31K Hydro 17K Alpraz 2005 | 1/9/2006 | 1/12/2006 | Report | Account no longer active. Matter closed. | |
| Spartan Pharmacy | 010-051185 | Colum | Jeff Valenta | 15k mth Hydro 5.5K Alp | 5/4/2006 | 6/13/2006 | 3/06 Rep | 6/13/06 - Background info gathered from Acct mgr does not support further investigation. Matter closed. | |
| Specialized Phcy Inc | 037-045450 | Hous | N/A | 2K Loraz 2005 CS insig | 2/27/2006 | 3/4/2006 | 11/05 Rep | 3/04/06 - Insufficient sales to warrant investigation. Matter closed. | |
| Spires Family Phcy | 046-007120 | Orl A | Stephen Strozyk | N/A | 1/6/2006 | 1/6/2006 | Report | Notified customer no longer an ABC customer. Matter closed. | |
| Superior Med Supply | 038-043307 | Denver | Josh Hanson | Not Significant | 1/21/2007 | 1/21/2007 | Denver | 1/19/07 - Wholesale customer notified Denver DC that he would be increasing his CS purchase level dramatically. Review of previous CS purchases indicates low level purchases. Monitor customer on monthly basis for suspicious activity. | |
| ***The Prescription Shop*** | ***049-114116; 049-046623; 049-045286*** | ***Will*** | ***Lori Wood*** | ***High Hydro and Alpraz*** | ***3/9/2007*** | ***3/12/2007*** | ***Will*** | ***2/22/07 - Notified by Lori Wood of Prescription Shop accounts involvement in internet pharmacy. She was notified by a pharmacist who was notified by another pharmacist who was previously affiliated with the phcy. Site visit conducted on 3/06/07. Confirmed CS scripts are written by physicians without physical exam. Notified Detroit DEA Office. 3/09/07 - Mike Mapes instructed to close accounts notwithstanding open DEA investigation. Matter closed.*** | ***Y*** |
| The Rx Shop | 035-085308 | Orl B | Gary Dwyer | 11K Alp, 15K Hydro, 23K Oxy | 2/27/2006 | 5/2/2006 | 11/05 Rep | 3/06/06 - Background info gathered from Acct mgr does not support further investigation. Matter closed. | |

| Cust Name | Cust # | DC | Sales Rep | Purchase Activity | Date Opened | Date Closed | Origin | Disposition | Customer Cut Off/Placed on Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Towers Pharmacy | 035-072686 | Orl B | Rachael Moore | 18K Hydro 6.2K Alpraz | 5/4/2006 | 5/17/2006 | 3/06 Rep | 5/17/06 - Customer CS volume found to be legitimate based on size. Matter closed. | |
| Tucker Pharmacy | 044-052001 | Paduc | Rob Campbell | 18K Hydro Avg | 5/10/2006 | 6/15/2006 | 4/06 Rep | 6/15/06 - Background info gathered does not support further investigation. Customer has consistent sales volume in excess of $400K per month. Matter closed. | |
| ***United Rx Srvcs*** | ***N/A*** | ***Orl A*** | ***Carl Jones*** | ***N/A*** | ***2/4/2006*** | ***2/15/2006*** | ***Orl A*** | ***2/03/06 - Cust app was denied prior to CS shipments. Matter closed.*** | ***Y*** |
| ***Universal Rx*** | ***035-061945*** | ***Orl B*** | ***Gary Dwyer*** | ***High Hydro*** | ***10/6/2005*** | ***11/18/2005*** | ***Orl B*** | ***11/18/05 - Discontinued CS sales. Matter closed.*** | ***Y*** |
| US Phcy, Inc. | 018-055509 | Dallas | Pade Pritchard | 48K / mth avg Hydro 2005 | 1/9/2006 | 2/16/2006 | Report | 1/27/06 - Site Vist Complete - 2/16/06 - Rec'd signed 590a. Matter closed. | |
| Weaver Pharmacy, Inc. | 046-007385 | Orl A | Gary Dwyer | 23K Hydro 42K Alpraz 2005 | 1/7/2006 | 1/26/2006 | Report | 1/11/06 - Customer signed CSRA Form 590a. Purchases found to be legitimate. | |
| Westbury Phcy | 041-065300 | Rich | N/A | 10K Hydro 12K Alpraz | 5/2/2006 | 5/12/2006 | 2/06 Rep | 5/12/06 - Sales levels insufficient to warrant further investigation. | |
| Westchase Phcy | 035-085316 | Orl A | Gary Dwyer | High Hydro levels | 10/6/2005 | 1/7/2006 | Orl A | 1/05/06 - Customer signed CSRA form 590a. Matter closed. | |
| Wexler's Lake Milton P | 010-053132 | Colum | Ron Kline | 11K mth Hydro | 5/4/2006 | 6/2/2006 | 3/06 Rep | 6/02/06 - Background info gathered from Acct mgr does not support further investigation. Matter closed. | |
| Xavier Pharmacy | 037-094508 | Hous | Chuck Lenga | 6.25K Hydro avg (54K - 4/06) | 5/5/2006 | 5/5/2006 6/01/06 | Hous | 5/05/06 - Usage levels insufficient to warrant further investigation. (6.25K mth Hydro). 5/10/06 - Upon review of 4/06 SOM Report, found Hydrocodone level increase to 54K in April, 2006. Re-opened investigation for further review. 6/01/06 - Review complete. Determined insufficient info exists warranting discontinued business w/ cust. Closed. | |

**Total Investigations initiated by AmerisourceBergen: 94**
**Investigations resulting in cutoff or allocation: 5**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 

# Summary of Investigations Initiated by DEA

| Cust Name | Cust # | DC | Sales Rep | Purchase Activity | Date Opened | Date Closed | Origin | Disposition | Customer Cut Off/Placed on Allocation |
|---|---|---|---|---|---|---|---|---|---|
| Armenia Phcy, Inc. | 046-011031 | ORL A | Gary Dwyer | High Hydro | 11/9/2005 | 11/29/2005 | DEA | Customer signed CSRA form 590a. Matter closed. | |
| Rx World, Inc | 046-050153 | ORL A | Gary Dwyer | High Hydro | 11/9/2005 | 11/29/2005 | DEA | Customer agreed to close his pharmacy indefinitely. Notified DEA. Matter closed. | |
| ***Studewood Phcy*** | ***037-055475*** | ***Hous*** | ***Kat Lindsay*** | ***12K / mth avg Hydro*** | ***1/12/2006*** | ***1/26/2006*** | ***DEA*** | ***Notified DEA of discontined CS sales on 1/26/06. Account closed*** | ***Y*** |
| ***Creative Phy Svcs*** | ***046-011031*** | ***Orl A*** | ***Nancy Castro*** | ***20K Adipex 12K Didrex*** | ***3/15/2006*** | ***5/8/2006*** | ***DEA*** | ***5/04/06 - Account closed 5/08/06 due to illegal filling of CS Scripts.*** | ***Y*** |
| Direct Pharmacy, Inc. | 046-008383 | Orl A | N/A | Insufficient | 3/15/2006 | 3/16/2006 | DEA | 3/16/06 - Sales levels insufficient to warrant further investigation. | |
| Innovative Phcy Group | 046-050062 | Orl A | N/A | Insufficient | 3/15/2006 | 3/16/2006 | DEA | 3/16/06 - Sales levels insufficient to warrant further investigation. | |
| Lurd's, Inc. | 046-010769 | Orl A | N/A | Insufficient | 3/15/2006 | 3/16/2006 | DEA | 3/16/06 - Sales levels insufficient to warrant further investigation. | |
| Pharmcore, Inc. | 046-006197 | Orl A | Oris Rodriguez | 14K Oxycod; 9K Oxycon | 3/15/2006 | 5/16/2006 | DEA | 5/16/06 - Rec'd signed questionnaire and 590a. Matter closed. | |
| Vin Kash, Inc. | 046-010132 | Orl A | N/A | Insufficient | 3/15/2006 | 3/16/2006 | DEA | 3/16/06 - Sales levels insufficient to warrant further investigation. | |
| Optima Rx Pharmacy | 035-050096 | Orl B | Gary Dwyer | 13K Hydro | 3/15/2006 | 5/8/2006 | DEA | 5/05/06 - Rec'd signed questionnaire and 590b. Matter closed. | |
| Pharmacy One | 035-065169 | Orl B | N/A | Insufficient | 3/15/2006 | 3/16/2006 | DEA | 3/16/06 - Sales levels insufficient to warrant further investigation. | |
| 10-East Pharmacy | 037-098814 | Hous | Kat Lindsay | 46K Hydro 11K Diaz | 3/16/2006 | 6/22/2006 | DEA | 6/22/06 - Investigation determined that customer CS purchases constitute 90% of total purchases. Customer is servicing two pain management clinics located in same building. Notified D/I Lola Wheeler of investigation results. Matter closed. | |
| ***Canin Pharmacy*** | ***037-050898*** | ***Hous*** | ***Kat Lindsay*** | ***24K Hydro 12K Alpraz*** | ***3/16/2006*** | ***6/14/2006*** | ***DEA*** | ***6/14/06 - Based on cumulative background collected on this customer, including their $10K avg monthly volume compared with their relatively high CS purchase levels, account is being closed indefinitely. Matter closed.*** | ***Y*** |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Cust Name | Cust # | DC | Sales Rep | Purchase Activity | Date Opened | Date Closed | Origin | Disposition | Customer Cut Off/Placed on Allocation |
|---|---|---|---|---|---|---|---|---|---|
| ***Grand Pharmacy*** | ***046-050534*** | ***Orl A*** | ***Gary Dwyer*** | ***74K/ mth avg Hydro 2006*** | ***2/9/2007*** | ***2/19/2007*** | ***DEA*** | ***2/09/07 - Contacted by Mike Mapes (DEA) re: Grand Phcy and their CS usage levels. Opened investigation. 2/12/07 - Notified that Grand Phcy was suspended by DEA. Scheduled removed by Orl DC. Matter closed.*** | ***Y*** |
| Healthwise Phcy | 046-001727 | Orl A | Gary Dwyer | 28K / mth avg Hydro 2006 | 2/9/2007 | 2/19/2007 | DEA | 2/09/07 - Contacted by Mike Mapes (DEA) re: Healthwise Phcy and their CS usage levels. Opened investigation. Investigation resulted in signed CSRA Form 590a. Customer indicated approx 25% of CS volume is from one local pain management physician. Matter closed. | |
| ***MedAssist Rx, LLC*** | ***046-022871*** | ***Orl A*** | ***Pam Steadman*** | ***229K /mth avg Hydro 10/06 - 1/07*** | ***2/9/2007*** | ***Pending*** | ***DEA*** | ***2/09/07 - Contacted by Mike Mapes (DEA) re: MedAssist Rx and their CS usage levels. Opened investigation. 2/23/07 - Site visit resulted in illicit internet operation. Ordered all sales of CS be discontinued immediately. Matter closed.*** | ***Y*** |
| Medicine Shoppe | 046-131854 | Orl A | Peg O'Neil | Very low | 2/19/2007 | 2/19/2007 | DEA | 2/16/07 - Notified by Kyle Wright (DEA) of suspension of customer's DEA Certificate resulting from internal investigation. Schedules removed by Greg Brown. Review of CS IMR indicated very low CS volume. Matter closed. | |

**Total Investigations initiated by DEA: 17**
**Investigations resulting in cutoff or allocation: 5**