# **EXHIBIT 77**

# Exhibit A

ABDC-SC Req. 0739

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDCMDL00004969

# Corporate Regulatory Compliance Update: Prescription Drug Diversion Control Program

Chris Zimmerman, VP & Chief Compliance Officer
David May, Sr. Dir., Diversion Control & Federal Investigations

Meeting of the Audit & Corporate Responsibility Committee
March 4, 2015



ABDC-SC Req. 0740

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDCMDL00004970

# Agenda

I. Diversion Control Program - Overview

II. Diversion Control Program - Enhanced Systems & Processes

III. Diversion Control Program - Revised Threshold Methodology

IV. Diversion Control Program - Conclusion

Appendix A: Diversion Program Enhancements: Reporting & Analytics



ABDC-SC Req. 0741

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDCMDL00004971

# I. Diversion Control Program - Overview
Update

- On November 14, 2012, I made a presentation to the Audit and Corporate Responsibility Committee on the subject of Prescription Drug Diversion and ABC's Diversion Control Program in place to prevent diversion and comply with state and federal regulatory requirements.

- ABC continues to improve its program and has made considerable enhancements to the Diversion Control Program in the following areas:
    - Personnel
    - Systems
    - Process
    - Education & Training



3   MARCH 2015   CONFIDENTIAL – UNAUTHORIZED DISTRIBUTION IS PROHIBITED

ABDC-SC Req. 0742

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDCMDL00004972

# I. Diversion Control Program - Overview

Personnel

In February 2014, in support of AmerisourceBergen's mission to help prevent prescription drug diversion and abuse and to ensure patient access to critical medications, Corporate Security and Regulatory Affairs (CSRA) added the following resources to the CSRA Diversion Control team:

### David May, Senior Director, Diversion Control & Federal Investigations

David is responsible for all aspects of the company's Diversion Control Program as well as all federal investigations. Prior to AmerisourceBergen, David joined the Drug Enforcement Administration (DEA) as a Special Agent in 1985. In this role, he targeted violent drug trafficking and money laundering organizations. He also had oversight for all DEA operations in Europe, Africa and the Middle East. David also briefed DEA's executive staff, members of Congress and various defense officials on U.S. interests in this important geographical area. Back in the U.S., he designed and implemented a comprehensive strategy to reduce the availability of illegally-diverted pharmaceuticals and controlled chemicals in Georgia. David holds a degree in criminal justice from Northeastern University.

### Sharon Hartman, RPh, Director, Pharmacy Compliance & Diversion Control

Sharon is responsible for supporting all aspects of the Diversion Control Program, and she will serve as our subject matter expert regarding appropriate pharmacy dispensing protocol and drug interactions. Prior to joining AmerisourceBergen, Sharon spent more than 15 years assisting in the development, implementation and support of PharMerica's regulatory compliance program serving most recently as the Corporate Director of Regulatory Compliance. Sharon has over 30 years of industry experience as a registered pharmacist in retail and long-term care pharmacy operations, reimbursement and regulatory compliance. Sharon holds a degree in pharmacy from Purdue University.

4    MARCH 2015    CONFIDENTIAL – UNAUTHORIZED DISTRIBUTION IS PROHIBITED

AmerisourceBergen

ABDC-SC Req. 0743

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    ABDCMDL00004973

# I. Diversion Control Program - Overview

The DEA perspective

- DEA Administrator Michelle Leonhardt testimony before the House Appropriations Committee in April, 2014:

  - "The threat from prescription drug abuse is persistent and deaths caused by it outnumber those for heroin and cocaine combined".

  - "Prescription drug abuse is the nation's fastest-growing drug problem".



# I. Diversion Control Program - Overview

Enforcement vs. Regulatory - two pronged approach

- Tactical Diversion Squads
  - Special Agents, Diversion Investigators, State & Local Officers, State and Federal Prosecutors
- More Frequent Regulatory Inspections
- Targeted Criminal Investigations



ABDC-SC Req. 0745

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER          ABDCMDL00004975

## II. Diversion Control Program - Enhanced Systems & Processes
Revised threshold methodology

| Current OMP | Revised OMP |
|---|---|
| Seventy-eight controlled drug families monitored | Seventy-eight controlled drug families monitored |
| Customer Peer Groups established according to DEA classification and size (small, medium, large, extra large) | Customer Peer Groups established according to DEA classification, size (ten different sizes for retail pharmacy customers) and location (aligned to distribution centers) |
| Customer sizing based on dollar volume | Customer sizing based on all Rx dosage unit sales |
| Static thresholds established in 2007 based upon an analysis of 30 day average consumption across peer groupings | Dynamic thresholds refreshed annually based upon actual consumption data over the most recent 12-month period |

7  MARCH 2015  CONFIDENTIAL – UNAUTHORIZED DISTRIBUTION IS PROHIBITED

ABDC-SC Req. 0746

AmerisourceBergen®

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER        ABDCMDL00004976

## II. Diversion Control Program - Enhanced Systems & Processes
Revised threshold methodology (continued)

| Current OMP | Revised OMP |
|---|---|
| Threshold test based upon a cumulative order limit by drug family and customer peer group set to a [REDACTED] (3X average) | [REDACTED] |
| No secondary test | [REDACTED] |
| No risk adjustment component | [REDACTED] |
| Ability to override customer thresholds by product family based upon legitimate demonstrated need | Ability to override customer thresholds by product family based upon legitimate demonstrated need |



ABDC-SC Req. 0747

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER     ABDCMDL00004977

## II. Diversion Control Program - Enhanced Systems & Processes
Integrated approach to order monitoring



9   MARCH 2015   CONFIDENTIAL – UNAUTHORIZED DISTRIBUTION IS PROHIBITED



ABDC-SC Req. 0748

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER            ABDCMDL00004978

## III. Diversion Control Program - Revised Threshold Methodology
Summary of changes to date

- **At a fundamental level, the order monitoring program is not changing**
  - The purpose of the program is to create a principled and systematic approach to establish statistically defensible thresholds and identify potentially "suspicious orders" real-time
  - Orders will continue to be electronically monitored and may be identified for review, investigated further and either released for fulfillment or rejected and reported as suspicious

- **What is changing is how we identify those orders for review and the process for evaluating orders that are flagged to determine whether they should be rejected and reported as suspicious**
  - Moving from a static threshold to more complex algorithm that considers the ordering patterns of both the individual customer and the customer's peer group when identifying orders for review
  - Employing a dynamic and data driven model that harnesses intelligence from historical experience and accounts for legitimate market changes
  - Using more standardized and objective processes for examining orders of interest



ABDC-SC Req. 0749

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                ABDCMDL00004979

# IV. Diversion Control Program - Conclusion
Summary of changes to date

- Additional resources added to DCP team
- Customer Communications
    - Formal process/documentation
    - Internal/external notification for all customer actions
    - Direct dialogue with CSRA
- Training
    - Thoughtspot (Community & Specialty, Health Systems, Customers)
    - Customer training video (NABP)
    - Regional training (Community & Specialty Alabama, Texas)
    - New e-learning module for sales associates
    - Training for Customer Care and User Services
- Modified Sales Incentive terms and conditions to align with anti-diversion efforts
- Enhanced third-party pharmacy visits to include comprehensive review of pharmacy data and controls
- Additional proactive processes adopted to identify "red flag" customers for enhanced due diligence

11   MARCH 2015   CONFIDENTIAL – UNAUTHORIZED DISTRIBUTION IS PROHIBITED

AmerisourceBergen

ABDC-SC Req. 0750

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                ABDCMDL00004980

# Appendix A
## Other Program Enhancements: Reporting and Analytics



ABDC-SC Req. 0751

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDCMDL00004981

# Other Program Enhancements

Enhanced Reporting & Data Analytics



- Expanding the use of objective data to improve the order identification, investigation and monitoring activities

- OMP Dashboards

  - Provide CSRA with increased and integrated access to customer, product and order information, including ordering trends and patterns

  - Establish more objective and consistent criteria when making decisions regarding orders flagged by the program and when monitoring customer ordering activity

- Monthly & Quarterly Reporting Packages

  - Quantitative summaries, such as the number of orders flagged and reported by the program

  - Trending and benchmarking information, including purchasing histories

  - Tracking and monitoring of ordering activities for new customers or new products

  - Customer risk rankings through an automated scorecard














Where knowledge, reach and partnership shape healthcare delivery.

ABDC-SC Req. 0756

SC Rule 408 Material
Business Confidential - SC FOIA Exempt

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDCMDL00004986