# EXHIBIT 78

7/30/2019

| Business Name | State | DEA Number | ABC Acct. Number | Date Added |
|---|---|---|---|---|
| AmerisouceBergen has made the decision not to sell or ship controlled substances to the following listed pharmacies. Until further written notice, under no circumstance should any AmerisourceBergen distribution center sell or ship controlled substances product to any of the listed pharmacies or any entity associated with the following DEA registration numbers. If you have any questions, please contact Chris Zimmerman or Steve Mays at 610-727-7460. | | | | |
| **Controlled Substance "Do Not Ship" List   Revised 1/4/08** | | | | |
| 158TH STREET NEIGHBORHOOD PHARMACY | NY | | | 10/12/2007 |
| 45 SOUTH PHARMACY | TX | | | 5/12/2007 |
| AARON'S APOTHECARY | FL | | | 11/23/2007 |
| AK PHARMACY | TX | | | 8/25/2007 |
| AKSHAR CHEMISTS, INC. | FL | | | 5/12/2007 |
| ALFONSO, DENNIS A. MD | FL | | | 11/1/2007 |
| ALL SCRIPT PHARMACY | NY | | | 10/12/2007 |
| ALPHA PHARMACY INC | FL | | | 7/21/2007 |
| AMBULATORY CARE PHARMACY | MD | | | 12/11/2007 |
| AMERICAN MEDICAL LINK | NJ | | | 8/25/2007 |
| AMERICAN RX SOLUTIONS, INC. | CA | | | 11/23/2007 |
| AMERIMED PHARMACEUTICAL SERVICES | FL | | | 5/12/2007 |
| AMEX PHARMACY #3 | TX | | | 7/21/2007 |
| ARLINGTON PHARMACY NORTH | TX | | | 11/19/2007 |
| ARMENIA PHARMACY | FL | | | 5/12/2007 |
| ASAP PHARMACY | FL | | | 7/21/2007 |
| ASTIS SOUTH HILLS | PA | | | 10/12/2007 |
| AVATAR SERVICES INC | TX | | | 7/21/2007 |
| AVEE PHARMACY | FL | | | 5/12/2007 |
| BAMBERG, NORMAN B. MD | FL | | | 11/1/2007 |
| BARNETT, JEFFREY L. MD  YPSILANTI | MI | | | 7/21/2007 |
| BAYOU CITY PHARMACY | TX | | | 8/25/2007 |
| BELAVISTA PHARMACY | MI | | 049064774 | 6/30/2007 |
| BELL PLAZA PHARMACY | CA | | | 10/12/2007 |
| BELLFORT PROFESSIONAL PHARMACY | TX | | | 7/21/2007 |
| BENAK, INC. DBA TAMPA DRUGS | FL | | 046005736 | 5/25/2007 |
| BERNSTEIN, ZELMAN L. MD | FL | | | 7/21/2007 |
| BEST PHARMACY | TX | | | 7/21/2007 |
| BINGLE ROAD PHARMACY | TX | | | 8/25/2007 |
| BI-WISE DRUGS | FL | | | 5/12/2007 |
| BLUE STAR PHARMACY | CA | | | 11/23/2007 |
| BOB'S PHARMACY AND DIABETIC | FL | | | 11/23/2007 |
| BOEHMER, CURTIS B DO | FL | | | 7/21/2007 |
| BORGES, IBEM R. MD | FL | | | 11/1/2007 |
| BOULEVARD PHARMACY | CA | | | 7/21/2007 |

7/30/2019

| Controlled Substance "Do Not Ship" List | | Revised 1/4/08 | | |
|---|---|---|---|---|
| **Business Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** |
| BOULEVARD PHARMACY, INC | NC | | | 7/21/2007 |
| BRAES PHARMACY | TX | | | 7/21/2007 |
| BRIGHTON PLAZA PHARMACY | CA | | | 7/21/2007 |
| BROWNE, ROGER A. MD | FL | | | 11/1/2007 |
| BURBANK MEDICAL | CA | | | 12/11/2007 |
| C & E PHARMACY | TX | | | 5/17/2007 |
| C & G PHARMACY, LTD | TX | | | 7/21/2007 |
| CANIN PHARMACY | TX | | | 5/12/2007 |
| CARDOZO-ISAZA, ERNESTO MD | FL | | | 10/19/2007 |
| CASHWAY PHARMACY | LA | | | 10/2/2007 |
| CENTRAL EXPRESS PHARMACY | FL | | | 7/21/2007 |
| CENTRAL HOUSTON PHCY | TX | | | 7/21/2007 |
| CHANNELVIEW PHARMACY, LLC. | TX | | | 8/25/2007 |
| CHAPEL PHARMACY, INC | AR | | | 7/21/2007 |
| CITY VIEW PHARMACY, INC. | FL | | 046008599 | 8/9/2007 |
| COHEN, CLARENCE L MD | FL | | | 7/21/2007 |
| COMPOUNDING MED PHARMACY | TX | | | 10/12/2007 |
| CONCEPT RX, INC | FL | | | 7/21/2007 |
| CORNER PHARMACY | TX | | | 7/21/2007 |
| COSBY, JOHN LEMUAL MD | FL | | | 10/19/2007 |
| COST LESS PRESCRIPTIONS | WA | | | 12/11/2007 |
| COX'S VARIETY & PHARMACY | KY | | | 12/11/2007 |
| CREATIVE PHARMACY SERVICES, DBA SUPERIOR DRUGS | FL | | 046003947 | 5/12/2007 |
| CRUCES PHARMACY | TX | | | 8/9/2007 |
| CRUZ, JOSE L., MD | FL | | | 8/25/2007 |
| CUSTOM COMPOUNDING PHARMACY | FL | | | 8/25/2007 |
| CYPRESS PHARMACY | FL | | | 12/11/2007 |
| D AND L FAMILY PHARMACY | LA | | 037072751 | 10/2/2007 |
| DANG, SATINDER K MD | CA | | | 7/21/2007 |
| DANG, SURINDER SINGH MD | CA | | | 7/21/2007 |
| DE CESPEDES, Raul MD | FL | | | 11/1/2007 |
| DELTONA MEDICAL ARTS, INC DBA SAXON MEDICAL PHARMACY | FL | | | 5/25/2007 |
| DELUCA, JOSEPH DO | FL | | | 7/21/2007 |
| DIRECT PHARMACY | FL | | | 7/21/2007 |
| DISCOUNT MAIL MEDS LLC | FL | | | 5/12/2007 |
| DIT HEALTHCARE DISTRIBUTION | OH | | | 8/25/2007 |
| DOLLAR MART PHARMACY | MI | | 049118083 | 7/21/2007 |
| DOWBAK, GREGORY M. MD | FL | | | 11/1/2007 |
| DRM ENTERPRISES, INC | FL | | | 7/21/2007 |
| EARDLEY, ROBERT J. MD | FL | | | 11/1/2007 |

7/30/2019

| Controlled Substance "Do Not Ship" List | | Revised 1/4/08 | | |
|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added |
| EAST LOOP PHARMACY | TX | | | 7/21/2007 |
| EAST MAIN STREET PHARMACY | OH | | 010051763 | 12/11/2007 |
| EAST SIDE PHARMACY | TX | | | 7/21/2007 |
| EASTERN'S PHARMACY | WA | | | 12/11/2007 |
| EDWARDS, DONALD C MD | FL | | | 7/21/2007 |
| EL-TOBGUI, MAHMOUD A MD | FL | | | 7/21/2007 |
| EMORY CENTRE PHARMACY | KY | | | 12/11/2007 |
| EMPIRICAL PHARMACY, LLC | TX | | | 8/25/2007 |
| EVERGREEN PROFESSIONAL CENTER PHARMACY | WA | | | 12/11/2007 |
| EXPRESS DRUGS | TX | | 037004606 | 7/21/2007 |
| EXPRESS RX PHARMACY | TX | | | 7/21/2007 |
| FAIRWAY OAKS PHARMACY | FL | | | 10/12/2007 |
| FAMILY HEALTH PHARMACY | MD | | | 10/12/2007 |
| FARMACIA BONNEVILLE | PR | | | 9/6/2007 |
| FARMACIA DE MEDICA | TX | | | 5/17/2007 |
| FARMACIA DEL PUEBLO | TX | | | 5/17/2007 |
| FARMACIA GABRIELLA | PR | | | 9/6/2007 |
| FARMACIA SAN ANTONIO | NJ | | | 10/12/2007 |
| FINDLEY, ULYSSES DARRELL MD | FL | | | 11/1/2007 |
| FINKLE, JAY ELLIOT | GA | | | 7/21/2007 |
| FOLKERTH, DAVID D., DO | FL | | | 7/21/2007 |
| FOLLANSBEE PHARMACY | WV | | | 10/12/2007 |
| FOOTHILLS FAMILY PHARMACY | CO | | | 7/21/2007 |
| FOOTHILLS FAMILY PHARMACY | CO | | | 7/21/2007 |
| FORTINO, ROBERT DAVID DO | PA | | | 7/21/2007 |
| FRANKS EPS | PA | | | 12/11/2007 |
| FUNAIOLI-SHEEHAN, JENNIFER MD | FL | | | 11/1/2007 |
| GENRICH PHARMACY | AZ | | | 7/21/2007 |
| GEN-RX PHARMACY | CA | | | 12/11/2007 |
| GIDDENS, LEE J. MD | FL | | | 11/1/2007 |
| GLOBALNET PHARMACIES, LLC | FL | | | 7/21/2007 |
| GOLDSMITH, CHARLES LEWIS MD | FL | | | 7/21/2007 |
| GRAND COTEAU PRESCRIP SHOPPE DBA WILLIAMS PHARMACY | LA | | 037077123 | 7/21/2007 |
| GRAND PHARMACY | FL | | | 5/12/2007 |
| GRATIOT PHARMACY | MI | | 049117234 | 7/21/2007 |
| GREENS PHARMACEUTICAL | CA | | | 10/12/2007 |
| GREENSPOINT PHARMACY | TX | | | 12/11/2007 |
| GRIDER DRUG - KEY VILLAGE | KY | | | 11/1/2007 |
| GRIDER DRUG #1 | KY | | | 11/1/2007 |
| GRIDER DRUG #2 | KY | | | 11/1/2007 |

7/30/2019

| Controlled Substance "Do Not Ship" List | | Revised 1/4/08 | | |
|---|---|---|---|---|
| **Business Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** |
| GRUBBS CARE PHARMACY | DC | | | 10/12/2007 |
| HADFIELD'S PHARMACY | WA | | | 12/11/2007 |
| HEALTH E CHOICE LLC | FL | | | 5/12/2007 |
| HIGH GROUNDS PHARMACY | NJ | | | 7/21/2007 |
| HIGH STAR PHARMACY | TX | | | 5/17/2007 |
| HIGHLAND PHARMACY | NM | | | 12/11/2007 |
| HIGHRISE CASINO RX | NV | | | 11/1/2007 |
| HOME IV CARE OF NC INC | NC | | | 7/21/2007 |
| HOME OXYGEN SERVICE, LLC | NE | | | 7/21/2007 |
| HOMETOWN PHARMACY | KY | | | 12/11/2007 |
| HOREN'S DRUGSTORE INC. | WA | | | 11/23/2007 |
| HOUSTON SOUTH SIDE PHARMACY | TX | | | 11/23/2007 |
| HP PHARMACY | TX | | | 7/21/2007 |
| HYGEN PHARMACEUTICALS | WA | | | 10/12/2007 |
| I 10 EAST PHARMACY | TX | | | 5/17/2007 |
| INTRAMED | FL | | | 10/12/2007 |
| IVRX PHARMACY | NJ | | | 7/21/2007 |
| JACINTO PHARMACY | TX | | | 10/5/2007 |
| JAFFE, KENNETH S. MD | FL | | | 11/1/2007 |
| JEN-MAR PHARMACY SERVICES | FL | | | 5/12/2007 |
| JIM'S PHARMACY | TX | | | 12/11/2007 |
| JIM'S PT. ANGELES PHARMACY | WA | | | 12/11/2007 |
| KENNER DISCOUNT PHARMACY | LA | | | 10/2/2007 |
| KEN'S DISCOUNT | OK | | | 12/11/2007 |
| KENS DRUGS INC. | FL | | | 10/12/2007 |
| KENWOOD PHARMACY | GA | | | 7/21/2007 |
| KHAIROLLAHI, VALI MD | TN | | | 7/21/2007 |
| KHAIROLLAHI, VALI | TN | | | 7/21/2007 |
| KIJNER, HENRY H. MD | FL | | | 10/19/2007 |
| KIJNER, HENRY H. MD | FL | | | 11/1/2007 |
| KING'S PHARMACY | TX | | | 11/30/2007 |
| KLEIN, GERALD J MD | FL | | | 7/21/2007 |
| KME RX, DBA MEDICAP PHARMACY | FL | | | 9/21/2007 |
| KRESGE LEBAR | PA | | | 10/12/2007 |
| KRONENBERG, ROBERT D. MD | FL | | | 10/19/2007 |
| LABELCLICK, INC. | FL | | | 7/21/2007 |
| LAKE PHARMACY | CA | | | 12/11/2007 |
| LAZZOPINA, MICHAEL S MD | FL | | | 7/21/2007 |
| LIFECHECK #30 | TX | | | 10/12/2007 |
| LINTON SQUARE PHARMACY | FL | | 046001255 | 10/12/2007 |

| Controlled Substance "Do Not Ship" List | | Revised 1/4/08 | | |
|---|---|---|---|---|
| **Business Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** |
| LONG, AARON E. MD, DBA ALL CARE PAIN MANAGEMENT | FL | | 046050476 | 7/21/2007 |
| LOW COST | IN | | | 12/11/2007 |
| LUMBERTON DRUG | NC | | | 10/12/2007 |
| MADISON AVENUE PHARMACY | OH | | | 11/19/2007 |
| MAI PHARMACY | FL | | | 10/2/2007 |
| MAIN MEDICAL PLAZA PHARMACY | TX | | | 7/21/2007 |
| MANGUM PHARMACY | TX | | | 7/21/2007 |
| MANGUM ROAD PHARMACY | TX | | | 7/21/2007 |
| MARKET PHARMACY | MN | | | 7/21/2007 |
| MARKET STREET PHARMACY | DE | | | 10/12/2007 |
| MARTINEZ, FEDERICO J. MD | FL | | | 11/1/2007 |
| MARTINSVILLE PHARMACY | VA | | | 12/11/2007 |
| MARZO, JOHN M. MD | NY | | | 11/1/2007 |
| MASTERY PHARMACY | TX | | | 5/17/2007 |
| MASWOSWE'S ALTERNATIVE PHARMACY SERVICES | TX | | | 8/25/2007 |
| MAXIMUM PHARMACY, INC. | TX | | | 8/25/2007 |
| MCCOY, JAMES L MD | TN | | | 7/21/2007 |
| MCELROY , AUBREY MD | TN | | | 7/21/2007 |
| MCELROY, AUBREY D MD | TN | | | 7/21/2007 |
| MCELROY, AUBREY D MD | TN | | | 7/21/2007 |
| MCELROY, AUBREY D | TN | | | 7/21/2007 |
| MED INSTITUTIONAL SRVCS, INC. | FL | | | 7/21/2007 |
| MED PHARMACY | TX | | | 8/25/2007 |
| MEDASSIST RX, LLC | FL | | | 5/12/2007 |
| MEDCENTER PHARMACY | FL | | | 5/12/2007 |
| MED-EXPRESS PHARMACY | TX | | | 7/21/2007 |
| MEDICAL MALL PHARMACY | TN | | | 12/11/2007 |
| MEDICAL SOLUTIONS, INC | SC | | | 7/21/2007 |
| MEDICINE SHOPPE | TN | | | 12/11/2007 |
| MEDICINE SHOPPE - PHARMACY CARE | FL | | | 10/12/2007 |
| MEDICINE SHOPPE PHARMACY | TX | | | 8/25/2007 |
| MEDIPHARM-RX | FL | | | 5/12/2007 |
| MEDRITE PHARMACY | PA | | | 11/1/2007 |
| MED-RITE PHARMACY | TX | | | 10/12/2007 |
| MEMORIAL CITY PROFESSIONAL PHARMACY | TX | | 037089458 | 10/5/2007 |
| MEMORIAL COMPOUNDING PHARMACY | TX | | | 7/21/2007 |
| MENDEZ, EDUARDO S MD | FL | | | 7/21/2007 |
| MERCURY DRIVE PHARMACY | TX | | | 10/5/2007 |
| MESA CLINICAL PHARMACY | CA | | | 12/11/2007 |
| MILINE, JAMES A. MD | FL | | | 11/1/2007 |

7/30/2019

| Business Name | State | DEA Number | ABC Acct. Number | Date Added |
|---|---|---|---|---|
| **Controlled Substance "Do Not Ship" List** | | | | **Revised 1/4/08** |
| MILLER, MICHAEL J MD | FL | | | 7/21/2007 |
| MILNER, DAVID MD | FL | | | 7/21/2007 |
| MNC RX INC. | FL | | | 11/23/2007 |
| MORENCY, JACQUES P. MD | FL | | | 11/1/2007 |
| MORRISON'S RX INC | FL | | | 7/21/2007 |
| MOSCOWITZ, NORMAN MD | FL | | | 11/1/2007 |
| MOTTO PHARMACY, INC | FL | | | 7/21/2007 |
| MURRAY, GWINN MD | FL | | | 7/21/2007 |
| NATIONAL PHARMACY DBA MEDICINE SHOPPE | FL | | 046131854 | 5/12/2007 |
| NEW CHOICE PHARMACY | OH | | | 12/11/2007 |
| NEW TAMPA WEIGHT LOSS CLINIC | FL | | | 10/12/2007 |
| NEWCASTLE PHARMACY | OK | | | 5/25/2007 |
| NICELY MD, FLOYD ED | TN | | | 7/21/2007 |
| NICHOLS HILL PHARMACY | CA | | | 5/12/2007 |
| NINTH STREET PHARMACY | PA | | | 10/12/2007 |
| NNWOOD PHARMACY, LLC | TX | | | 8/25/2007 |
| NORDEN, JACK ALVIN MD | FL | | | 7/21/2007 |
| NORTH COAST MEDICAL PHARMACY | CA | | | 11/23/2007 |
| NORTHSHORE DISC PHARMACY INC. | LA | | | 8/25/2007 |
| OLYMPIC DRUG | WA | | | 12/11/2007 |
| OPTIMA RX, INC | FL | | 046051011 | 7/21/2007 |
| OSSORIO, JOSEPH M MD, PA | FL | | | 7/21/2007 |
| OSSORIO, JOSEPH MANUEL MD | FL | | | 7/21/2007 |
| OVERHOLT'S CHAMPION PHARMACY | OH | | | 12/11/2007 |
| PARAGON ENTERPRISES, INC | FL | | | 7/21/2007 |
| PARK PLACE RX | TX | | | 5/12/2007 |
| PARKER PROFESSIONAL PHARMACY | KY | | | 6/30/2007 |
| PARKER ROAD DRUG STORE | SC | | | 12/11/2007 |
| PARKWAY PHARMACY INC | TX | | | 7/21/2007 |
| PEARL STREET PHARMACY INC | FL | | | 7/21/2007 |
| PEN MILL PHARMACY | NY | | | 11/1/2007 |
| PEREZ-MCARTHUR, VIVIAN A., DC, DBA PALM BEACH PAIN MGMT. | FL | | | 8/25/2007 |
| PHAMILY PHARMACY | DC | | | 7/21/2007 |
| PHARMACY 101 | LA | | | 10/12/2007 |
| PHARMACY CITY | LA | | | 5/17/2007 |
| PHARMACY EXPRESS | FL | | | 11/1/2007 |
| PHARMACY XPRESS | PA | | | 10/12/2007 |
| PHARMACY XPRESS OF FLORIDA LLC | FL | | | 7/21/2007 |
| PHILLIPS, JAMES BENJAMIN MD | FL | | | 11/1/2007 |
| POLY PLEX PHARMACY | GA | | | 5/12/2007 |

| Controlled Substance "Do Not Ship" List | | Revised 1/4/08 | | |
|---|---|---|---|---|
| **Business Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** |
| POMPANO PHARMACY | FL | | 046001750 | 12/11/2007 |
| PRESCRIPTIONS PLUS INC | FL | | 046050997 | 7/21/2007 |
| PRIME PHARMACY | TX | | | 5/17/2007 |
| PRO-MED PHARMACY | TX | | | 7/21/2007 |
| PROMENADE PHARMACY | GA | | | 7/21/2007 |
| Q R G , INC. | FL | | | 7/21/2007 |
| RABINSKY, ISRAEL MD | FL | | | 7/21/2007 |
| RAFFA, JAMES MD | FL | | | 7/21/2007 |
| RAINBOW DRUGS | GA | | | 12/11/2007 |
| RAV-BAL, INC., DBA THE RX SHOP | FL | | 046085308 | 7/21/2007 |
| RAXO DRUGS, INC | NV | | | 7/21/2007 |
| REMOTE PHARMACY SOLUTIONS | TX | | | 8/25/2007 |
| RICHMOND PHARMACY | TX | | | 8/25/2007 |
| RIGG'S DRUGS | TN | | | 12/11/2007 |
| RKR HOLDINGS, DBA MEDICHEM RX | FL | | | 5/12/2007 |
| ROBINSON, SHARLENE D MD | FL | | | 7/21/2007 |
| ROSSERS PRESCRIPTION SHOP | LA | | | 11/1/2007 |
| ROYAL RX PHARMACY | FL | | 046007518 | 5/25/2007 |
| RUBIO, EPIMACO O MD | WV | | | 7/21/2007 |
| RX MED PHARMCARY | TX | | | 7/21/2007 |
| RX PERT #1, LLC | FL | | | 11/23/2007 |
| RXWORLD, INC, | FL | | | 7/21/2007 |
| SABATES, RICARDO J MD | FL | | | 7/21/2007 |
| SABATES, RICHARDO J. MD | FL | | | 11/1/2007 |
| SACHS, RUSSELL H MD | FL | | | 7/21/2007 |
| SAFEGUARD RX | TX | | | 8/25/2007 |
| SATELLITE DRUG AND PHARMACY | FL | | | 8/25/2007 |
| SCRIPT MAIL PHARMACY | NY | | | 10/12/2007 |
| SMALL, MELVIN D. MD | FL | | | 11/1/2007 |
| SMEETA'S PHARMACY | MD | | | 5/12/2007 |
| SMITH, DOUGLAS R MD | FL | | | 7/21/2007 |
| SMITH, DOUGLAS R., MD | FL | | | 11/1/2007 |
| SMITH, DOUGLAS RANDAL MD | FL | | | 11/1/2007 |
| SMITH, DOUGLAS RANDALL MD | FL | | | 7/21/2007 |
| SMITHVILLE PHARMACY INC | MS | | | 7/21/2007 |
| SOUTH WAYSIDE | TX | | | 10/12/2007 |
| SOUTHEASTERN INTEGRATED MEDICAL | FL | | | 12/11/2007 |
| SPRING STREET DRUG | MA | | | 10/12/2007 |
| STATE PHARMACY | DC | | | 8/25/2007 |
| STORM PHARMACY | TX | | | 8/25/2007 |

7/30/2019

| Controlled Substance "Do Not Ship" List | | Revised 1/4/08 | | |
|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added |
| STUDEWOOD PHARMACY | TX | | | 5/12/2007 |
| SUNRISE WHOLESALE | FL | | | 1/4/2008 |
| SUPERIOR MEDICAL SUPPLY | CO | | | 8/25/2007 |
| SUPERIOR PHARMACY | FL | | | 11/28/2007 |
| SUPERIOR PHARMACY | FL | | | 11/28/2007 |
| SWARTZ, FREDRIC A MD DBA ALL FLORIDA PAIN MANAGEMENT | FL | | | 6/1/2007 |
| T & T PHARMACY | TX | | 037055921 | 12/11/2007 |
| TEXAS PARKWAY PHARMACY | TX | | | 8/25/2007 |
| THE DRUG SHOPPE INC | FL | | | 7/21/2007 |
| THE DRUG STORE CLINIC | OH | | 010048595 | 12/11/2007 |
| THE HOMETOWN PHARMACY | PA | | | 10/12/2007 |
| THE MEDICINE SHOPPE | OH | | 010040444 | 10/2/2007 |
| THE PRESCRIPTION SHOP | MI | | 049046623 | 5/12/2007 |
| THE PRESCRIPTION SHOP 2 | MI | | 049114116 | 5/12/2007 |
| TMP PHARMACY | TX | | | 12/19/2007 |
| TOUCHRX PHARMACY | TX | | | 5/12/2007 |
| TREUHERZ, ROBERT R. MD | FL | | | 11/23/2007 |
| TRINITY HEALTH CARE DBA OVIEDO DISCOUT PHARMACY | FL | | 046001768 | 6/30/2007 |
| TRUCARE | TX | | | 8/25/2007 |
| TXRX PHARMACY | TX | | | 7/21/2007 |
| UM PHARMACY | TX | | | 7/21/2007 |
| UNITED CARE PHARMACY | NC | | | 10/12/2007 |
| UNIVERSAL RX | FL | | | 5/12/2007 |
| UNIVERSITY PHARMACY | FL | | | 7/21/2007 |
| URBAN ALTERNATIVE PHARMACY | TX | | | 8/25/2007 |
| US 1 PHARMACY | FL | | 046126656 | 8/25/2007 |
| US PHARMACY | TX | | | 6/1/2007 |
| VAZQUEZ-SENTI, JOSE VICTOR MD | PR | | | 9/6/2007 |
| VIN-KASH INC | FL | | | 7/21/2007 |
| VIN-KASH INC, DBA MEDICOM RX | FL | | | 5/12/2007 |
| VOLEL PROFSSNL PHMCST ASSC P.A DBA PHARMACY ONE PRO | FL | | 046065169 | 7/21/2007 |
| WALKER PHARMACY INC | NE | | | 7/21/2007 |
| WASSERMAN, NORMAN MD | FL | | | 10/19/2007 |
| WAYNE J. STOLFUS PHCY, DBA ADVANCE PHARMACY | CA | | | 8/25/2007 |
| WEED, THOMAS J MD | FL | | | 7/21/2007 |
| WEST BELLFORT | TX | | | 5/17/2007 |
| WEST COAST PHARMACY | FL | | 046012427 | 12/11/2007 |
| WESTSIDE PLAZA | CA | | | 5/12/2007 |
| WILLIAMS, WILSON CHARLES MD | FL | | | 7/21/2007 |
| WOODLANDS PHARMACY | TX | | | 7/21/2007 |

7/30/2019

| Controlled Substance "Do Not Ship" List | | Revised 1/4/08 | | |
|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added |
| WOODY PHARMACY WATERSIDE, INC | NC | | | 7/21/2007 |
| WORLDWIDE RX, INC | FL | | | 7/21/2007 |
| WYSOR, MICHAEL S MD PHD | TN | | | 7/21/2007 |
| WYSOR, MICHAEL S MD | TN | | | 7/21/2007 |
| XAVIER PHARMACY | TX | | | 5/17/2007 |
| XAVIER PHARMACY | TX | | | 11/30/2007 |
| YAFFE, MICHAEL G. MD | FL | | | 11/1/2007 |
| YAFFE, MICHAEL G. MD | FL | | | 11/1/2007 |
| YAS CARIBE INC. | PR | | | 9/6/2007 |
| YOUR DRUGGIST | FL | | | 7/21/2007 |
| ZARET, PHILLIP DAVID MD | CA | | | 10/12/2007 |
| ZELFMAN, MIKHAIL MD | FL | | | 10/19/2007 |

**Controlled Substance Removed List/Currently Approved for CS Purchases**

| Business Name | State | DEA Number | Date Added | Date Removed | Reason for Removal | Comments |
|---|---|---|---|---|---|---|
| NORTHWEST PHARMACY | TX | | 6/30/2007 | 7/6/2007 | Written agreement w/restrictions | |
| HEALTHWISE PHARMACY | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation/DEA review of file | |
| NORTHSIDE FAMILY PHARMACY | LA | | 7/21/2007 | 7/27/2007 | CSRA Investigation | |
| WEAVER PHARMACY | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation | |
| COOPER, ROBERT F. MD, DBA AMERICAN PAIN MANAGEMENT | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation | |
| LONG BEACH PRESCRIPTION PHARMACY II | CA | | 7/21/2007 | 7/30/2007 | CSRA Investigation | |
| LURD'S INC., DBA DOCTOR'S CHOICE | FL | | 7/21/2007 | 8/2/2007 | CSRA Investigation | |
| EMERALD PHARMACY | NV | | 7/21/2007 | 8/8/2007 | CSRA Investigation | |
| PHARMCORE, INC. | FL | | 7/21/2007 | 8/10/2007 | CSRA Investigation | |
| SUNRISE WHOLESALE | FL | | 5/17/2007 | 8/24/2007 | CSRA Investigation | Added back to DNS list 1/4/08 |
| SUTTON'S DRUG | MI | | 6/1/2007 | 10/23/2007 | CSRA Investigation | |
| BUDGET PHARMACY & WELLNESS CTR | PA | | 7/21/2007 | 11/2/2007 | CSRA NCDD Investigation | |
| COMMUNITY PHARMACY | AZ | | 12/11/2007 | 12/14/2007 | CSRA Investigation | |
| HIGHLAND PHARMACY | NM | | 12/11/2007 | 12/17/2007 | CSRA Investigation | |
| PECOS STREET PHARMACY INC | TX | | 7/21/2007 | 1/4/2008 | CSRA NCDD Investigation | |

**Controlled Substance Closed/Revoked List**

| Business Name | State | DEA Number | Date Added | Date Removed | Reason for Removal |
|---|---|---|---|---|---|
| NEWCARE HOME HEALTH SERVICES | MD | | 7/21/2007 | 9/6/2007 | DEA Registration Revoked 8/1/07 |
| UNITED PRESCRIPTION SERVICES | FL | | 5/12/2007 | 9/6/2007 | DEA Registration Revoked 8/31/07 |
| YPM TOTAL CARE PHARMACY | FL | | 5/12/2007 | 9/6/2007 | DEA Registration Revoked 6/4/07 |
| CRJ PHARMACY | FL | | 5/12/2007 | 11/30/2007 | DEA Registration Revoked 6/4/07 |
| RX DIRECT PHARMACY, INC | FL | | 7/21/2007 | 12/17/2007 | Pharmacy closed during DEA Revocation |