# EXHIBIT 79

7/30/2019

| Business Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
|---|---|---|---|---|---|
| AmerisouceBergen has made the decision not to sell or ship controlled substances to the following listed pharmacies. Until further written notice, under no circumstance should any AmerisourceBergen distribution center sell or ship controlled substances product to any of the listed pharmacies or any entity associated with the following DEA registration numbers. If you have any questions, please contact Steve Mays or Ed Hazewski at 610-727-3680. | | | | | |
| Controlled Substance "Do Not Ship" List   Revised 1/15/2010 | | | | | |
| 158TH STREET NEIGHBORHOOD PHARMACY | NY | | | 10/12/2007 | |
| 45 SOUTH PHARMACY | TX | | | 5/12/2007 | |
| AARON'S APOTHECARY | FL | | | 11/23/2007 | |
| AK PHARMACY | TX | | | 8/25/2007 | |
| AKSHAR CHEMISTS, INC. | FL | | | 5/12/2007 | |
| ALFONSO, DENNIS A. MD | FL | | | 11/1/2007 | |
| ALL SCRIPT PHARMACY | NY | | | 10/12/2007 | |
| ALPHA PHARMACY INC | FL | | | 7/21/2007 | |
| AMBULATORY CARE PHARMACY | MD | | | 12/11/2007 | |
| AMERICAN MEDICAL LINK | NJ | | | 8/25/2007 | |
| AMERICAN PAIN MANAGEMENT | FL | | 046959567 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| AMERICAN RX SOLUTIONS, INC. | CA | | | 11/23/2007 | |
| AMERIMED PHARMACEUTICAL SERVICES | FL | | | 5/12/2007 | |
| AMEN PHARMACY | FL | | 046141118 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| AMEX PHARMACY #3 | TX | | | 7/21/2007 | |
| ARMENIA PHARMACY | FL | | | 5/12/2007 | |
| ASTIS SOUTH HILLS | PA | | | 10/12/2007 | |
| AVATAR SERVICES INC | TX | | | 7/21/2007 | |
| AVEE PHARMACY | FL | | | 5/12/2007 | |
| BAMBERG, NORMAN B. MD | FL | | | 11/1/2007 | |
| BARNETT, JEFFREY L. MD  YPSILANTI | MI | | | 7/21/2007 | |
| BAYOU CITY PHARMACY | TX | | | 8/25/2007 | |
| BEACH-MED PHARMACY | FL | | 046035204 | 7/25/2008 | |
| BEECHER PHARMACY | MI | | 049131755 | 9/15/2008 | |
| BELAVISTA PHARMACY | MI | | 049064774 | 6/30/2007 | |
| BELL PLAZA PHARMACY | CA | | | 10/12/2007 | |
| BELLFORT PROFESSIONAL PHARMACY | TX | | | 7/21/2007 | |
| BENAK, INC. DBA TAMPA DRUGS | FL | | 046005736 | 5/25/2007 | |
| BERKOWITZ, ROY E. | LA | | | 7/28/2009 | DEA REGISTRATION REVOKED |
| BERNSTEIN, ZELMAN L. MD | FL | | | 7/21/2007 | |
| BEST PHARMACY | TX | | | 7/21/2007 | |
| BETTER HEALTH PHARMACY | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| BETTER HEALTH PHARMACY | FL | | 046008581 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| BINGLE ROAD PHARMACY | TX | | | 8/25/2007 | |
| BI-WISE DRUGS | FL | | | 5/12/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| BLUE STAR PHARMACY | CA | | | 11/23/2007 | |
| BOB'S PHARMACY AND DIABETIC | FL | | | 11/23/2007 | |
| BOEHMER, CURTIS B DO | FL | | | 7/21/2007 | |
| BORGES, IBEM R. MD | FL | | | 11/1/2007 | |
| BOULEVARD PHARMACY | CA | | | 7/21/2007 | |
| BOULEVARD PHARMACY, INC | NC | | | 7/21/2007 | |
| BRAES PHARMACY | TX | | | 7/21/2007 | |
| BRIGHTON PLAZA PHARMACY | CA | | | 7/21/2007 | |
| BROWNE, ROGER A. MD | FL | | | 11/1/2007 | |
| BUDGET DRUG AND WELLNESS CENTER | PA | | 056070771 | 4/15/2009 | DEA REGISTRATION REVOKED |
| BURBANK MEDICAL | CA | | | 12/11/2007 | |
| CC PHARMACY | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| C & E PHARMACY | TX | | | 5/17/2007 | |
| C & G PHARMACY, LTD | TX | | | 7/21/2007 | |
| CANIN PHARMACY | TX | | | 5/12/2007 | |
| CARDOZO-ISAZA, ERNESTO MD | FL | | | 10/19/2007 | |
| CASHWAY PHARMACY | LA | | | 10/2/2007 | |
| CENTRAL EXPRESS PHARMACY | FL | | | 7/21/2007 | |
| CENTRAL HOUSTON PHCY | TX | | | 7/21/2007 | |
| CHANNELVIEW PHARMACY, LLC. | TX | | | 8/25/2007 | |
| CHAPEL PHARMACY, INC | AR | | | 7/21/2007 | |
| CHEEK REXALL PHARMACY | FL | | 046022533 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| CHOICE PHARMACY | FL | | 046034207 | 6/1/2009 | TARGETED VISIT |
| CITY VIEW PHARMACY, INC. | FL | | 046008599 | 8/9/2007 | |
| COHEN, CLARENCE L MD | FL | | | 7/21/2007 | |
| COMPOUNDING MED PHARMACY | TX | | | 10/12/2007 | |
| CONCEPT RX, INC | FL | | | 7/21/2007 | |
| CONTINENTAL PHARMACY | TX | | 020116236 | 3/12/2009 | OWNER ARRESTED |
| CORNER PHARMACY | TX | | | 7/21/2007 | |
| COSBY, JOHN LEMUAL MD | FL | | | 10/19/2007 | |
| COST LESS PRESCRIPTIONS | WA | | | 12/11/2007 | |
| COX'S VARIETY & PHARMACY | KY | | | 12/11/2007 | |
| CREATIVE PHARMACY SERVICES, DBA SUPERIOR DRUGS | FL | | 046003947 | 5/12/2007 | |
| CRUCES PHARMACY | TX | | | 8/9/2007 | |
| CRUZ, JOSE L., MD | FL | | | 8/25/2007 | |
| CUSTOM COMPOUNDING PHARMACY | FL | | | 8/25/2007 | |
| D AND L FAMILY PHARMACY | LA | | 037072751 | 10/2/2007 | |
| DANG, SATINDER K MD | CA | | | 7/21/2007 | |
| DANG, SURINDER SINGH MD | CA | | | 7/21/2007 | |
| DAVIDS PHARMACY AND SURGICAL | FL | | 046002774 | 5/12/2009 | LOW DOLLARS / HIGH CS RATIO |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| DE CESPEDES, Raul MD | FL | | | 11/1/2007 | |
| DELTA PHARMACY | MS | | | 2/7/2008 | |
| DELTONA MEDICAL ARTS, INC DBA SAXON MEDICAL PHARMACY | FL | | | 5/25/2007 | |
| DELUCA, JOSEPH DO | FL | | | 7/21/2007 | |
| DIRECT PHARMACY | FL | | | 7/21/2007 | |
| DISCOUNT MAIL MEDS LLC | FL | | | 5/12/2007 | |
| DIT HEALTHCARE DISTRIBUTION | OH | | | 8/25/2007 | |
| DOLLAR MART PHARMACY | MI | | 049118083 | 7/21/2007 | |
| DOWBAK, GREGORY M. MD | FL | | | 11/1/2007 | |
| DRM ENTERPRISES, INC | FL | | | 7/21/2007 | |
| EARDLEY, ROBERT J. MD | FL | | | 11/1/2007 | |
| EAST LOOP PHARMACY | TX | | | 7/21/2007 | |
| EAST MAIN STREET PHARMACY | OH | | 010051763 | 12/11/2007 | |
| EAST SIDE PHARMACY | TX | | | 7/21/2007 | |
| EASTERN'S PHARMACY | WA | | | 12/11/2007 | |
| EDWARDS, DONALD C MD | FL | | | 7/21/2007 | |
| EL-TOBGUI, MAHMOUD A MD | FL | | | 7/21/2007 | |
| EMORY CENTRE PHARMACY | KY | | | 12/11/2007 | |
| EMPIRICAL PHARMACY, LLC | TX | | | 8/25/2007 | |
| EO PHARMACY | CA | | 024055004 | 12/7/2009 | NO LISTED CHEMICALS |
| EVERGREEN PROFESSIONAL CENTER PHARMACY | WA | | | 12/11/2007 | |
| EXPRESS DRUGS | TX | | 037004606 | 7/21/2007 | |
| EXPRESS RX PHARMACY | TX | | | 7/21/2007 | |
| FAIRWAY OAKS PHARMACY | FL | | | 10/12/2007 | |
| FAMILY HEALTH PHARMACY | MD | | | 10/12/2007 | |
| FARMACIA BONNEVILLE | PR | | | 9/6/2007 | |
| FARMACIA DE MEDICA | TX | | | 5/17/2007 | |
| FARMACIA DEL PUEBLO | TX | | | 5/17/2007 | |
| FARMACIA GABRIELLA | PR | | | 9/6/2007 | |
| FARMACIA SAN ANTONIO | NJ | | | 10/12/2007 | |
| FINDLEY, ULYSSES DARRELL MD | FL | | | 11/1/2007 | |
| FINKLE, JAY ELLIOT | GA | | | 7/21/2007 | |
| FLORIDA DISCOUNT PHARMACY | FL | | 046114413 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| FLORIDA PERSONAL INJURY PHYSICIANS | FL | | 046124503 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| FOLKERTH, DAVID D., DO | FL | | | 7/21/2007 | |
| FOLLANSBEE PHARMACY | WV | | | 10/12/2007 | |
| FOOTHILLS FAMILY PHARMACY | CO | | | 7/21/2007 | |
| FOOTHILLS FAMILY PHARMACY | CO | | | 7/21/2007 | |
| FORTINO, ROBERT DAVID DO | PA | | | 7/21/2007 | |
| FRANKS EPS | PA | | | 12/11/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| FUNAIOLI-SHEEHAN, JENNIFER MD | FL | | | 11/1/2007 | |
| FRIENDLY RX | FL | | | 7/10/2009 | CLOSED BY BELLCO |
| G & H PHARMACY | FL | | 046084939 | 6/1/2009 | TARGETED VISIT |
| GALLOWAYS PHARMACY | CA | | 012091157 | 3/11/2008 | |
| GENRICH PHARMACY | AZ | | | 7/21/2007 | |
| GIDDENS, LEE J. MD | FL | | | 11/1/2007 | |
| GLOBALNET PHARMACIES, LLC | FL | | | 7/21/2007 | |
| GOLDSMITH, CHARLES LEWIS MD | FL | | | 7/21/2007 | |
| GOODMAN DRUGS OF FL | FL | | 046002832 | 5/11/2009 | LOW DOLLARS / HIGH CS RATIO |
| GRAND COTEAU PRESCRIP SHOPPE DBA WILLIAMS PHARMACY | LA | | 037077123 | 7/21/2007 | |
| GRAND PHARMACY | FL | | | 5/12/2007 | |
| GRANDE PHARMACY | FL | | 046114926 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| GRATIOT PHARMACY | MI | | 049117234 | 7/21/2007 | |
| GREEN PHARMACY | MI | | 049118935 | 9/15/2008 | |
| GREENS PHARMACEUTICAL | CA | | | 10/12/2007 | |
| GREENSPOINT PHARMACY | TX | | | 12/11/2007 | |
| GRIDER DRUG - KEY VILLAGE | KY | | | 11/1/2007 | |
| GRIDER DRUG #1 | KY | | | 11/1/2007 | |
| GRIDER DRUG #2 | KY | | | 11/1/2007 | |
| GRUBBS CARE PHARMACY | DC | | | 10/12/2007 | |
| HACIENDA PHARMACY | CA | | 024122226 | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| HADFIELD'S PHARMACY | WA | | | 12/11/2007 | |
| HASKELL'S PRESCRIPTION SHOP | OK | | 018043166 | 1/6/2009 | LISTED CHEMICALS ONLY |
| HEALTH E CHOICE LLC | FL | | | 5/12/2007 | |
| HEALTH STAT RX LLC | FL | | 046131813 | 5/15/2009 | LOW DOLLARS/HIGH CS RATIO |
| HIGH STAR PHARMACY | TX | | | 5/17/2007 | |
| HIGHLAND PHARMACY | NM | | | 12/11/2007 | |
| HIGHRISE CASINO RX | NV | | | 11/1/2007 | |
| HILLS PHARMACY | FL | | 046035253 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| HOLIDAY PHARMACY | FL | | 046134510 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| HOME IV CARE OF NC INC | NC | | | 7/21/2007 | |
| HOME OXYGEN SERVICE, LLC | NE | | | 7/21/2007 | |
| HOMETOWN PHARMACY | KY | | | 12/11/2007 | |
| HOREN'S DRUGSTORE INC. | WA | | | 11/23/2007 | |
| HOUSE OF MEDICINE | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| HOUSTON SOUTH SIDE PHARMACY | TX | | | 11/23/2007 | |
| HP PHARMACY | TX | | | 7/21/2007 | |
| HYGEN PHARMACEUTICALS | WA | | | 10/12/2007 | |
| I 10 EAST PHARMACY | TX | | | 5/17/2007 | |
| IN N OUT PHARMACY | FL | | 046124438 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| **Business Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| INTRAMED | FL | | | 10/12/2007 | |
| IVRX PHARMACY | NJ | | | 7/21/2007 | |
| JACINTO PHARMACY | TX | | | 10/5/2007 | |
| JAFFE, KENNETH S. MD | FL | | | 11/1/2007 | |
| JEN-MAR PHARMACY SERVICES | FL | | | 5/12/2007 | |
| JIM'S PHARMACY | TX | | | 12/11/2007 | |
| JIM'S PT. ANGELES PHARMACY | WA | | | 12/11/2007 | |
| KABS OF TAMPA | FL | | 046034355 | 6/1/2009 | TARGETED VISIT |
| KABS #5 | FL | | 046014175 | 6/1/2009 | TARGETED VISIT |
| KABS - BUSCH BLVD. | FL | | 046132050 | 6/1/2009 | TARGETED VISIT |
| KENNER DISCOUNT PHARMACY | LA | | | 10/2/2007 | |
| KEN'S DISCOUNT | OK | | | 12/11/2007 | |
| KENS DRUGS INC. | FL | | | 10/12/2007 | |
| KENWOOD PHARMACY | GA | | | 7/21/2007 | |
| KHAIROLLAHI, VALI MD | TN | | | 7/21/2007 | |
| KHAIROLLAHI, VALI | TN | | | 7/21/2007 | |
| KIJNER, HENRY H. MD | FL | | | 10/19/2007 | |
| KIJNER, HENRY H. MD | FL | | | 11/1/2007 | |
| KING'S PHARMACY | TX | | | 11/30/2007 | |
| KING'S PHARMACY | FL | | 046084863 | 6/1/2009 | TARGETED VISIT |
| KLEIN, GERALD J MD | FL | | | 7/21/2007 | |
| KRESGE LEBAR | PA | | | 10/12/2007 | |
| KRONENBERG, ROBERT D. MD | FL | | | 10/19/2007 | |
| LABELCLICK, INC. | FL | | | 7/21/2007 | |
| LAKE ARROWHEAD PHARMACY | CA | | 012081042 | 10/23/2009 | OWNER/PIC ARRESTED |
| LAKE PHARMACY | CA | | | 12/11/2007 | |
| LAMBRIGHT PHARMACY | FL | | 046114629 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| LAM'S PHARMACY | NV | | 020109504 | 5/23/2008 | |
| LAZZOPINA, MICHAEL S MD | FL | | | 7/21/2007 | |
| LIFECHECK #30 | TX | | | 10/12/2007 | |
| LINTON SQUARE PHARMACY | FL | | 046001255 | 10/12/2007 | |
| LONG, AARON E. MD, DBA ALL CARE PAIN MANAGEMENT | FL | | 046050476 | 7/21/2007 | |
| LOW COST | IN | | | 12/11/2007 | |
| LUMBERTON DRUG | NC | | | 10/12/2007 | |
| LYONS PLAZA PHARMACY | FL | | 046035113 | 5/12/2009 | LOW DOLLARS / HIGH CS RATIO |
| MADISON AVENUE PHARMACY | OH | | | 11/19/2007 | |
| MAI PHARMACY | FL | | | 10/2/2007 | |
| MAIN MEDICAL PLAZA PHARMACY | TX | | | 7/21/2007 | |
| MANGUM PHARMACY | TX | | | 7/21/2007 | |
| MANGUM ROAD PHARMACY | TX | | | 7/21/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| MARKET PHARMACY | MN | | | 7/21/2007 | |
| MARKET STREET PHARMACY | DE | | | 10/12/2007 | |
| MARTINEZ, FEDERICO J. MD | FL | | | 11/1/2007 | |
| MARTINSVILLE PHARMACY | VA | | | 12/11/2007 | |
| MARZO, JOHN M. MD | NY | | | 11/1/2007 | |
| MASTERY PHARMACY | TX | | | 5/17/2007 | |
| MASWOSWE'S ALTERNATIVE PHARMACY SERVICES | TX | | | 8/25/2007 | |
| MAXIMUM PHARMACY, INC. | TX | | | 8/25/2007 | |
| MCCOY, JAMES L MD | TN | | | 7/21/2007 | |
| MCELROY , AUBREY MD | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D MD | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D MD | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D | TN | | | 7/21/2007 | |
| MCKINNEY, LAURENCE T. | PA | | | 8/4/2008 | |
| MED INSTITUTIONAL SRVCS, INC. | FL | | | 7/21/2007 | |
| MED PHARMACY | TX | | | 8/25/2007 | |
| MEDASSIST RX, LLC | FL | | | 5/12/2007 | |
| MEDCENTER PHARMACY | FL | | | 5/12/2007 | |
| MED-EXPRESS PHARMACY | TX | | | 7/21/2007 | |
| MEDICAL MALL PHARMACY | TN | | | 12/11/2007 | |
| MEDICAL PLAZA PHARMACY | FL | | 046124636 | 11/2/2009 | LOW DOLLARS / HIGH CS RATIO |
| MEDICAL SOLUTIONS, INC | SC | | | 7/21/2007 | |
| MEDICINE SHOPPE | TN | | | 12/11/2007 | |
| MEDICINE SHOPPE - PHARMACY CARE | FL | | | 10/12/2007 | |
| MEDICINE SHOPPE PHARMACY | TX | | | 8/25/2007 | |
| MEDIPHARM-RX | FL | | | 5/12/2007 | |
| MEDRITE PHARMACY | PA | | | 11/1/2007 | |
| MED-RITE PHARMACY | TX | | | 10/12/2007 | |
| MEETINGHOUSE COMMUNITY PHARMACY | MA | | | 3/9/2009 | FEDERAL REGISTER |
| MEMORIAL CITY PROFESSIONAL PHARMACY | TX | | 037089458 | 10/5/2007 | |
| MEMORIAL COMPOUNDING PHARMACY | TX | | | 7/21/2007 | |
| MENDEZ, EDUARDO S MD | FL | | | 7/21/2007 | |
| MERCURY DRIVE PHARMACY | TX | | | 10/5/2007 | |
| MESA CLINICAL PHARMACY | CA | | | 12/11/2007 | |
| MICHAELS PHARMACY | FL | | 046134478 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| MILINE, JAMES A. MD | FL | | | 11/1/2007 | |
| MILLER, MICHAEL J MD | FL | | | 7/21/2007 | |
| MILNER, DAVID MD | FL | | | 7/21/2007 | |
| MNC RX INC. | FL | | | 11/23/2007 | |
| MORENCY, JACQUES P. MD | FL | | | 11/1/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| **Business Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| MORRISON'S RX INC | FL | | | 7/21/2007 | |
| MOSCOWITZ, NORMAN MD | FL | | | 11/1/2007 | |
| MOZAJ INC, DBA SEMINOLE DRUGS | FL | | 046013847 | 4/17/2008 | |
| MURRAY, GWINN MD | FL | | | 7/21/2007 | |
| NATIONAL PHARMACY DBA MEDICINE SHOPPE | FL | | 046131854 | 5/12/2007 | |
| NEW CHOICE PHARMACY | OH | | | 12/11/2007 | |
| NEW TAMPA WEIGHT LOSS CLINIC | FL | | | 10/12/2007 | |
| NEWCASTLE PHARMACY | OK | | | 5/25/2007 | |
| NICELY MD,FLOYD ED | TN | | | 7/21/2007 | |
| NICHOLS HILL PHARMACY | CA | | | 5/12/2007 | |
| NINTH STREET PHARMACY | PA | | | 10/12/2007 | |
| NNWOOD PHARMACY, LLC | TX | | | 8/25/2007 | |
| NORDEN, JACK ALVIN MD | FL | | | 7/21/2007 | |
| NORTH FLORIDA PHARMACY | FL | | 046005876 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| NORTH FLORIDA PHARMACY | FL | | 046005884 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| NORTH FLORIDA PHARMACY | FL | | 046005892 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| NORTH FLORIDA PHARMACY | FL | | 046005900 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| NORTHSHORE DISC PHARMACY INC. | LA | | | 8/25/2007 | |
| NOVELTY DISTRIBUTORS | IN | | | 9/11/2008 | |
| NUGENT PHARMACY | MI | | 049050401 | 8/31/2009 | OWNER INDICTED |
| OLYMPIC DRUG | WA | | | 12/11/2007 | |
| OPTIMA RX, INC | FL | | 046051011 | 7/21/2007 | |
| ORANGE BAY PHARMACY | FL | | 046134460 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| OSSORIO, JOSEPH M MD, PA | FL | | | 7/21/2007 | |
| OSSORIO, JOSEPH MANUEL MD | FL | | | 7/21/2007 | |
| OVERHOLT'S CHAMPION PHARMACY | OH | | | 12/11/2007 | |
| PARAGON ENTERPRISES, INC | FL | | | 7/21/2007 | |
| PARK BLVD. PHARMACY | CA | | 012041673 | 3/11/2008 | |
| PARK PLACE RX | TX | | | 5/12/2007 | |
| PARKER ROAD DRUG STORE | SC | | | 12/11/2007 | |
| PARKWAY PHARMACY INC | TX | | | 7/21/2007 | |
| PEARL STREET PHARMACY INC | FL | | | 7/21/2007 | |
| PEOPLE'S PHARMACY | OH | | 010093617 | 8/11/2009 | CSRA INVESTIGATION |
| PEREZ-MCARTHUR, VIVIAN A., DC, DBA PALM BEACH PAIN MGMT. | FL | | | 8/25/2007 | |
| PHAMILY PHARMACY | DC | | | 7/21/2007 | |
| PHARMACY 101 | LA | | | 10/12/2007 | |
| PHARMACY CITY | LA | | | 5/17/2007 | |
| PHARMACY EXPRESS | FL | | | 11/1/2007 | |
| PHARMACY XPRESS | PA | | | 10/12/2007 | |
| PHARMACY XPRESS OF FLORIDA LLC | FL | | | 7/21/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| **Business Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| PHEMMY VENTURES | FL | | 046114553 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| PHILLIPS, JAMES BENJAMIN MD | FL | | | 11/1/2007 | |
| PLATINUM CARE PHARMACY | MI | | 049054411 | 3/11/2008 | |
| POLY PLEX PHARMACY | GA | | | 5/12/2007 | |
| POMPANO PHARMACY | FL | | 046001750 | 12/11/2007 | |
| PRESCRIPTION GIANT LLC | OH | | | 9/8/2009 | NO CONTROLS |
| PRESCRIPTIONS PLUS INC | FL | | 046050997 | 7/21/2007 | |
| PRIME PHARMACY | TX | | | 5/17/2007 | |
| PROGRESSIVE PHARMACY | FL | | 046125427 | 11/2/2009 | LOW DOLLARS / HIGH CS RATIO |
| PRO-MED PHARMACY | TX | | | 7/21/2007 | |
| PROMENADE PHARMACY | GA | | | 7/21/2007 | |
| PROSCRIPT PHARMACY | FL | | 046081117 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| Q R G , INC. | FL | | | 7/21/2007 | |
| RABINSKY, ISRAEL MD | FL | | | 7/21/2007 | |
| RADIANCE PHARMACY | FL | | 046085357 | 5/23/2008 | |
| RAFFA, JAMES MD | FL | | | 7/21/2007 | |
| RAINBOW DRUGS | GA | | | 12/11/2007 | |
| RANG, INC, DBA THE DRUG SHOP | FL | | 046050823 | 4/17/2008 | |
| RAV-BAL, INC., DBA THE RX SHOP | FL | | 046085308 | 7/21/2007 | |
| RAXO DRUGS, INC | NV | | | 7/21/2007 | |
| REDLAND PHARMACY | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| REMOTE PHARMACY SOLUTIONS | TX | | | 8/25/2007 | |
| RIBA, HICHAM K., DDS | IL | | | 12/12/2008 | |
| RICHMOND PHARMACY | TX | | | 8/25/2007 | |
| RKR HOLDINGS, DBA MEDICHEM RX | FL | | | 5/12/2007 | |
| ROBINSON, SHARLENE D MD | FL | | | 7/21/2007 | |
| ROOTS PHARMACEUTICALS, INC. | UT | | 170186452 | 4/17/2008 | |
| ROSSERS PRESCRIPTION SHOP | LA | | | 11/1/2007 | |
| ROYAL RX PHARMACY | FL | | 046007518 | 5/25/2007 | |
| RUBIO, EPIMACO O MD | WV | | | 7/21/2007 | |
| RX MED PHARMCARY | TX | | | 7/21/2007 | |
| RX PERT #1, LLC | FL | | | 11/23/2007 | |
| RXWORLD, INC, | FL | | | 7/21/2007 | |
| SABATES, RICARDO J MD | FL | | | 7/21/2007 | |
| SABATES, RICHARDO J. MD | FL | | | 11/1/2007 | |
| SACHS, RUSSELL H MD | FL | | | 7/21/2007 | |
| SAFEGUARD RX | TX | | | 8/25/2007 | |
| SATELLITE DRUG AND PHARMACY | FL | | | 8/25/2007 | |
| SCRIPT MAIL PHARMACY | NY | | | 10/12/2007 | |
| SMALL, MELVIN D. MD | FL | | | 11/1/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| SMEETA'S PHARMACY | MD | | | 5/12/2007 | |
| SMITH, DOUGLAS R MD | FL | | | 7/21/2007 | |
| SMITH, DOUGLAS R., MD | FL | | | 11/1/2007 | |
| SMITH, DOUGLAS RANDAL MD | FL | | | 11/1/2007 | |
| SMITH, DOUGLAS RANDALL MD | FL | | | 7/21/2007 | |
| SMITHVILLE PHARMACY INC | MS | | | 7/21/2007 | |
| SOUTH WAYSIDE | TX | | | 10/12/2007 | |
| SOUTHEASTERN INTEGRATED MEDICAL | FL | | | 12/11/2007 | |
| SPRING STREET DRUG | MA | | | 10/12/2007 | |
| ST. MARKS PHARMACY | FL | | 046114520 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| STATE PHARMACY | DC | | | 8/25/2007 | |
| STODOLA, PATRICK | IL | | | 5/6/2009 | FEDERAL REGISTER |
| STORM PHARMACY | TX | | | 8/25/2007 | |
| STUDEWOOD PHARMACY | TX | | | 5/12/2007 | |
| SUNNY WHOLESALE | GA | | | 10/14/2008 | |
| SUNRISE WHOLESALE | FL | | | 1/4/2008 | |
| SUPERIOR MEDICAL SUPPLY | CO | | | 8/25/2007 | |
| SUPERIOR PHARMACY | FL | | | 11/28/2007 | |
| SUPERIOR PHARMACY | FL | | | 11/28/2007 | |
| SWARTZ, FREDRIC A MD DBA ALL FLORIDA PAIN MANAGEMENT | FL | | | 6/1/2007 | |
| T & T PHARMACY | TX | | 037055921 | 12/11/2007 | |
| TEXAS PARKWAY PHARMACY | TX | | | 8/25/2007 | |
| THE DRUG SHOPPE INC | FL | | | 7/21/2007 | |
| THE DRUG STORE CLINIC | OH | | 010048595 | 12/11/2007 | |
| THE HOMETOWN PHARMACY | PA | | | 10/12/2007 | |
| THE MEDICINE SHOPPE | FL | | 046013060 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| THE MEDICINE SHOPPE | OH | | 010040444 | 10/2/2007 | |
| THE MEDICINE SHOPPE - 8035 LIBERTY ROAD, BALTIMORE | MD | | | 9/3/2008 | |
| THE MEDICINE SHOPPE - 5900 REISTERTOWN ROAD, BALTIMORE | MD | | | 9/3/2008 | |
| THE PRESCRIPTION SHOP | MI | | 049046623 | 5/12/2007 | |
| THE PRESCRIPTION SHOP 2 | MI | | 049114116 | 5/12/2007 | |
| TMP PHARMACY | TX | | | 12/19/2007 | |
| TNC LLC | FL | | 046134403 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| TOUCHRX PHARMACY | TX | | | 5/12/2007 | |
| TREUHERZ, ROBERT R. MD | FL | | | 11/23/2007 | |
| TRINITY PHARMACY | FL | | 046121343 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| TRINITY II PHARMACY | FL | | 046013458 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| TRINITY HEALTH CARE DBA OVIEDO DISCOUT PHARMACY | FL | | 046001768 | 6/30/2007 | |
| TRUCARE | TX | | | 8/25/2007 | |
| TUG VALLEY PHARMACY | WV | | 010175489 | 10/19/2009 | CSRA INVESTIGATION |

| Controlled Substance "Do Not Ship" List   Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| **Business Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| TV PHARMACIST LLC | FL | | 046134528 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| TXRX PHARMACY | TX | | | 7/21/2007 | |
| UM PHARMACY | TX | | | 7/21/2007 | |
| UNITED CARE PHARMACY | NC | | | 10/12/2007 | |
| UNIVERSAL RX | FL | | | 5/12/2007 | |
| UNIVERSITY PHARMACY | FL | | | 7/21/2007 | |
| URBAN ALTERNATIVE PHARMACY | TX | | | 8/25/2007 | |
| US 1 PHARMACY | FL | | 046126656 | 8/25/2007 | |
| US PHARMACY | TX | | | 6/1/2007 | |
| VASUPUJYA PHARMACY | FL | | 046007229 | 5/11/2009 | LOW DOLLARS / HIGH CS RATIO |
| VAZQUEZ-SENTI, JOSE VICTOR MD | PR | | | 9/6/2007 | |
| VIKAS MANAGEMENT LLC DBA RAVENS CORNER PHARMACY | TX | | 018143818 | 6/5/2009 | PHARMACY LICENSE REVOKED |
| VIN-KASH INC | FL | | | 7/21/2007 | |
| VIN-KASH INC, DBA MEDICOM RX | FL | | | 5/12/2007 | |
| VOLEL PROFSSNL PHMCST ASSC P.A DBA PHARMACY ONE PRO | FL | | 046065169 | 7/21/2007 | |
| WALKER PHARMACY INC | NE | | | 7/21/2007 | |
| WASSERMAN, NORMAN MD | FL | | | 10/19/2007 | |
| WAYNE J. STOLFUS PHCY, DBA ADVANCE PHARMACY | CA | | | 8/25/2007 | |
| WEAVER PHARMACY | FL | | 046007385 | 12/9/2009 | OWNER/PIC ARRESTED |
| WEED, THOMAS J MD | FL | | | 7/21/2007 | |
| WEST BELLFORT | TX | | | 5/17/2007 | |
| WEST COAST PHARMACY | FL | | 046012427 | 12/11/2007 | |
| WEST COAST PHARMACY | FL | | 046131268 | 5/11/2009 | LOW DOLLARS / HIGH CS RATIO |
| WEST COAST II | FL | | 046131276 | 5/11/2009 | LOW DOLLARS / HIGH CS RATIO |
| WEST GORE PHARMACY | FL | | 046033936 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| WESTSIDE PLAZA | CA | | | 5/12/2007 | |
| WHITE CROSS DRUG | CA | | 012090183 | 3/11/2008 | |
| WILLIAMS, WILSON CHARLES MD | FL | | | 7/21/2007 | |
| WOODLANDS PHARMACY | TX | | | 7/21/2007 | |
| WOODY PHARMACY WATERSIDE, INC | NC | | | 7/21/2007 | |
| WORLDWIDE RX, INC | FL | | | 7/21/2007 | |
| WYSOR, MICHAEL S MD PHD | TN | | | 7/21/2007 | |
| WYSOR, MICHAEL S MD | TN | | | 7/21/2007 | |
| XAVIER PHARMACY | TX | | | 5/17/2007 | |
| XAVIER PHARMACY | TX | | | 11/30/2007 | |
| YAFFE, MICHAEL G. MD | FL | | | 11/1/2007 | |
| YAFFE, MICHAEL G. MD | FL | | | 11/1/2007 | |
| YAS CARIBE INC. | PR | | | 9/6/2007 | |
| YOUR DRUGGIST | FL | | | 7/21/2007 | |
| ZARET, PHILLIP DAVID MD | CA | | | 10/12/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 1/15/2010 | | | | | |
|---|---|---|---|---|---|
| Business Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| ZELFMAN, MIKHAIL MD | FL | ██████ | | 10/19/2007 | |

**Controlled Substance   Removed List/Currently Approved for CS Purchases**

| Business Name | State | DEA Number | Date Added | Date Removed | Reason for Removal | Comments |
|---|---|---|---|---|---|---|
| NORTHWEST PHARMACY | TX | | 6/30/2007 | 7/6/2007 | Written agreement w/restrictions | |
| HEALTHWISE PHARMACY | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation/DEA review of file | |
| NORTHSIDE FAMILY PHARMACY | LA | | 7/21/2007 | 7/27/2007 | CSRA Investigation | |
| WEAVER PHARMACY | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation | |
| COOPER, ROBERT F. MD, DBA AMERICAN PAIN MANAGEMENT | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation | Added back to DNS list 5/13/09 |
| LONG BEACH PRESCRIPTION PHARMACY II | CA | | 7/21/2007 | 7/30/2007 | CSRA Investigation | |
| LURD'S INC., DBA DOCTOR'S CHOICE | FL | | 7/21/2007 | 8/2/2007 | CSRA Investigation | |
| EMERALD PHARMACY | NV | | 7/21/2007 | 8/8/2007 | CSRA Investigation | |
| PHARMCORE, INC. | FL | | 7/21/2007 | 8/10/2007 | CSRA Investigation | |
| SUNRISE WHOLESALE | FL | | 5/17/2007 | 8/24/2007 | CSRA Investigation | Added back to DNS list 1/4/08 |
| SUTTON'S DRUG | MI | | 6/1/2007 | 10/23/2007 | CSRA Investigation | |
| BUDGET PHARMACY & WELLNESS CTR | PA | | 7/21/2007 | 11/2/2007 | CSRA NCDD Investigation | |
| COMMUNITY PHARMACY | AZ | | 12/11/2007 | 12/14/2007 | CSRA Investigation | |
| HIGHLAND PHARMACY | NM | | 12/11/2007 | 12/17/2007 | CSRA Investigation | |
| PECOS STREET PHARMACY INC | TX | | 7/21/2007 | 1/4/2008 | CSRA NCDD Investigation | |
| CYPRESS PHARMACY | FL | | 12/11/2007 | 1/8/2008 | CSRA NCDD Investigation | |
| ASAP PHARMACY | FL | | 7/21/2007 | 1/12/2008 | CSRA NCDD Investigation | |
| RIGG'S DRUGS | TN | | 12/11/2007 | 5/21/2008 | CSRA NCDD Investigation | |
| ARLINGTON PHARMACY NORTH | TX | | 11/19/2007 | 7/23/2008 | CSRA NCDD Investigation | |
| M AND D PHARMACY | MI | | 3/11/2008 | 3/20/2008 | CSRA Investigation | |
| PEN MILL PHARMACY | NY | | 11/1/2007 | 9/22/2008 | Change of ownership | |
| PARKER PROFESSIONAL PHARMACY | KY | | 6/30/2007 | 12/18/2008 | CSRA Investigation | |
| KME RX, DBA MEDICAP PHARMACY | FL | | 9/21/2007 | 4/7/2009 | CSRA Investigation - NCDD | |
| HIGH GROUNDS PHARMACY | NJ | | 7/21/2007 | 4/15/2009 | CSRA Investigation (Bellco) | |
| MOTTO PHARMACY, INC | FL | | 7/21/2007 | 4/16/2009 | Bellco Investigation | |
| G & A SOMERTON PHARMACY | PA | | 3/30/2009 | 6/24/2009 | CSRA Investigation | CSRA Visit |
| I & A BELLS PHARMACY | PA | | 3/30/2009 | 6/24/2009 | CSRA Investigation | CSRA Visit |
| PETERS PHARMACY | FL | | 5/14/2009 | 7/16/2009 | Signed Compliance Agreement | CSRA Visit |
| GEN-RX PHARMACY | CA | | 12/11/2007 | 12/17/2009 | NCDD | CSRA Visit |
| NORTH COAST MEDICAL PHARMACY | CA | | 11/23/2007 | 12/17/2009 | NCDD | CSRA Visit |

**Controlled Substance Closed/Revoked List**

| Business Name | State | DEA Number | Date Added | Date Removed | Reason for Removal |
|---|---|---|---|---|---|
| NEWCARE HOME HEALTH SERVICES | MD | | 7/21/2007 | 9/6/2007 | DEA Registration Revoked 8/1/07 |
| UNITED PRESCRIPTION SERVICES | FL | | 5/12/2007 | 9/6/2007 | DEA Registration Revoked 8/31/07 |
| YPM TOTAL CARE PHARMACY | FL | | 5/12/2007 | 9/6/2007 | DEA Registration Revoked 6/4/07 |
| CRJ PHARMACY | FL | | 5/12/2007 | 11/30/2007 | DEA Registration Revoked 6/4/07 |
| RX DIRECT PHARMACY, INC | FL | | 7/21/2007 | 12/17/2007 | Pharmacy closed during DEA Revocation |