# EXHIBIT 80

7/30/2019

| | AmerisouceBergen has made the decision **not to sell or ship all or specified controlled substances** to the following listed pharmacies. Until further written notice, under no circumstance should any AmerisourceBergen distribution center sell or ship controlled substances product to any of the listed pharmacies or any entity associated with the following DEA registration numbers. If you have any questions, please contact  Ed Hazewski at 610-727-3680. | | | | | |
|---|---|---|---|---|---|---|
| | Controlled Substance "Do Not Ship" List   Revised 8/20/13 | | | | | |
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| 158TH STREET NEIGHBORHOOD PHARMACY | | NY | | | 10/12/2007 | |
| 45 SOUTH PHARMACY | | TX | | | 5/12/2007 | |
| AARON'S APOTHECARY | | FL | | | 11/23/2007 | |
| AB SPECIALTY PHARMACY | | FL | | | 9/16/2011 | MANUFACTURER CONCERNS |
| ABC PHARMACY | | NV | | 020140376 | 9/4/2012 | CSRA INVESTIGATION |
| ADVANCED HEALTHCARE PHARMACY | | CA | | | 5/17/2013 | |
| AK PHARMACY | | TX | | | 8/25/2007 | |
| AKSHAR CHEMISTS, INC. | | FL | | | 5/12/2007 | |
| ALFONSO, DENNIS A. MD | | FL | | | 11/1/2007 | |
| ALL SCRIPT PHARMACY | | NY | | | 10/12/2007 | |
| ALLIED MEDICAL | | NC | | 055070599 | 4/29/2011 | CSRA INVESTIGATION |
| ALPHA DRUGS | | FL | | 046010140 | 10/26/2011 | EMERGENCY SUSPENSION |
| ALPHA PHARMACY | | FL | | | 4/9/2013 | |
| ALPHA PHARMACY INC | | FL | | | 7/21/2007 | |
| ALTURA PHARMACEUTICALS | | CA | | 12118778 | 7/18/2013 | |
| AMBULATORY CARE PHARMACY | | MD | | | 12/11/2007 | |
| AMBULATORY/PROFESSIONAL MEDICAL EQUIP. | | FL | | 046128062 | 10/18/2012 | LOW DOLLARS/HIGH 30OX RATIO |
| AMEN PHARMACY | | FL | | 046141118 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| AMERICAN MEDICAL LINK | | NJ | | | 8/25/2007 | |
| AMERICAN PAIN MANAGEMENT | | FL | | 046959567 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| AMERICAN RX SOLUTIONS, INC. | | CA | | | 11/23/2007 | |
| AMERIMED PHARMACEUTICAL SERVICES | | FL | | | 5/12/2007 | |
| AMERIMEDZ II | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| AMETHYST PHARMACY | | NJ | | | 2/16/2010 | BELLCO / OWNER ARRESTED |
| AMEX PHARMACY #3 | | TX | | | 7/21/2007 | |
| APOPKA DISCOUNT DRUGS | | FL | | 46042309 | 2/12/2013 | |
| ARMENIA PHARMACY | | FL | | | 5/12/2007 | |
| ASTIS SOUTH HILLS | | PA | | | 10/12/2007 | |
| ATRIUM PHARMACY | | MI | | 049185181 | 2/8/2012 | CSRA INVESTIGATION |
| AUM PHARMACY | | FL | | 046114512 | 7/2/2010 | LOW DOLLARS / HIGH CS RATIO |
| AVATAR SERVICES INC | | TX | | | 7/21/2007 | |
| AVEE PHARMACY | | FL | | | 5/12/2007 | |
| BAMBERG, NORMAN B. MD | | FL | | | 11/1/2007 | |
| BARCLAY PHARMACY | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| BARNETT, JEFFREY L. MD  YPSILANTI | | MI | | | 7/21/2007 | |
| BAYOU CITY PHARMACY | | TX | | | 8/25/2007 | |
| BEACH-MED PHARMACY | | FL | | 046035204 | 7/25/2008 | |
| BEECHER PHARMACY | | MI | | 049131755 | 9/15/2008 | |
| BELAVISTA PHARMACY | | MI | | 049064774 | 6/30/2007 | |
| BELL PLAZA PHARMACY | | CA | | | 10/12/2007 | |
| BELLFORT PROFESSIONAL PHARMACY | | TX | | | 7/21/2007 | |
| BENAK, INC. DBA TAMPA DRUGS | | FL | | 046005736 | 5/25/2007 | |
| BER CORPORATION DBA WHITE CROSS PHARMACY | | NV | | 020081562 | 7/29/2010 | CSRA INVESTIGATION |
| BERKOWITZ, ROY E. | | LA | | | 7/28/2009 | DEA REGISTRATION REVOKED |
| BERNSTEIN, ZELMAN L. MD | | FL | | | 7/21/2007 | |
| BEST PHARMACY | | TX | | | 7/21/2007 | |
| BEST PHARMACY | | FL | | | 4/10/2013 | |
| BESTAID PHARMACY | | TX | | 018180752 | 9/6/2011 | DEA INVESTIGATION |
| BETTER HEALTH PHARMACY | | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| BETTER VALUE PHARMACY | | CA | | | 11/14/2011 | MANUFACTURER CONCERNS |
| BINGLE ROAD PHARMACY | | TX | | | 8/25/2007 | |
| BI-WISE DRUGS | | FL | | | 5/12/2007 | |
| BLUE STAR PHARMACY | | CA | | | 11/23/2007 | |
| BOB'S PHARMACY AND DIABETIC | | FL | | | 11/23/2007 | |
| BOEHMER, CURTIS B DO | | FL | | | 7/21/2007 | |
| BORGES, IBEM R. MD | | FL | | | 11/1/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 8/20/13 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| BOULEVARD PHARMACY | | CA | | | 7/21/2007 | |
| BOULEVARD PHARMACY, INC | | NC | | | 7/21/2007 | |
| BRAES PHARMACY | | TX | | | 7/21/2007 | |
| BRIGHTON PLAZA PHARMACY | | CA | | | 7/21/2007 | |
| BROOKS PHARMACY | | FL | | | 10/17/2011 | MANUFACTURER CONCERNS |
| BROWNE, ROGER A. MD | | FL | | | 11/1/2007 | |
| BUDGET DRUG AND WELLNESS CENTER | | PA | | 056070771 | 4/15/2009 | DEA REGISTRATION REVOKED |
| BUDGET DRUGS | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| BURBANK MEDICAL | | CA | | | 12/11/2007 | |
| C & E PHARMACY | | TX | | | 5/17/2007 | |
| C & G PHARMACY, LTD | | TX | | | 7/21/2007 | |
| CABANA PHARMACY | | FL | | | 10/26/2011 | BELLCO INVESTIGATION |
| CALIGOR RX | | NY | | | 11/14/2011 | MANUFACTURER CONCERNS |
| CANALIS PHARMACY | | MI | | 049118075 | 4/28/2010 | |
| CANIN PHARMACY | | TX | | | 5/12/2007 | |
| CAPE CORAL EXPRESS PHARMACY | | FL | | | 10/17/2011 | MANUFACTURER CONCERNS |
| CARDOZO-ISAZA, ERNESTO MD | | FL | | | 10/19/2007 | |
| CASHWAY PHARMACY | | LA | | | 10/2/2007 | |
| CASTLE HILL DRUGS | | NY | | | 11/14/2011 | MANUFACTURER CONCERNS |
| CC PHARMACY | | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| CEGO INFUSION PHARMACY | | TX | | 037117747 | 4/1/2011 | LOW DOLLARS / HIGH CS RATIO |
| CENTRAL EXPRESS PHARMACY | | FL | | | 7/21/2007 | |
| CENTRAL HOUSTON PHCY | | TX | | | 7/21/2007 | |
| CHAAND INC. | | FL | | 046034694 | 10/26/2011 | CSRA INVESTIGATION |
| CHANNELVIEW PHARMACY, LLC. | | TX | | | 8/25/2007 | |
| CHAPEL PHARMACY, INC | | AR | | | 7/21/2007 | |
| CHEEK REXALL PHARMACY | | FL | | 046022533 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| CHOICE PHARMACY | | FL | | 046034207 | 6/1/2009 | TARGETED VISIT |
| CITY VIEW PHARMACY, INC. | | FL | | 046008599 | 8/9/2007 | |
| COHEN, CLARENCE L MD | | FL | | | 7/21/2007 | |
| COLES VILLAGE PHARMACY | | CA | | | 5/17/2013 | |
| COLES VILLAGE PHARMACY | | CA | | | 5/17/2013 | |
| COMMUNITY PHARMACY | | TN | | 044-203448 | 11/21/2012 | CSRA INVESTIGATION |
| COMPOUNDING MED PHARMACY | | TX | | | 10/12/2007 | |
| CONCEPT RX, INC | | FL | | | 7/21/2007 | |
| CONTINENTAL PHARMACY | | TX | | 020116236 | 3/12/2009 | OWNER ARRESTED |
| CORNER PHARMACY | | TX | | | 7/21/2007 | |
| COSBY, JOHN LEMUAL MD | | FL | | | 10/19/2007 | |
| COST LESS PRESCRIPTIONS | | WA | | | 12/11/2007 | |
| COX'S VARIETY & PHARMACY | | KY | | | 12/11/2007 | |
| CREATIVE PHARMACY SERVICES, DBA SUPERIOR DRUGS | | FL | | 046003947 | 5/12/2007 | |
| CRUCES PHARMACY | | TX | | | 8/9/2007 | |
| CRUZ, JOSE L., MD | | FL | | | 8/25/2007 | |
| CUSTOM COMPOUNDING PHARMACY | | FL | | | 8/25/2007 | |
| D AND L FAMILY PHARMACY | | LA | | 037072751 | 10/2/2007 | |
| DANG, SATINDER K MD | | CA | | | 7/21/2007 | DEA REGISTRATION REVOKED |
| DANG, SURINDER SINGH MD | | CA | | | 7/21/2007 | DEA REGISTRATION REVOKED |
| DAVIDS PHARMACY AND SURGICAL | | FL | | 046002774 | 5/12/2009 | LOW DOLLARS / HIGH CS RATIO |
| DAYTONA PHARMACY | | FL | | | 9/21/2011 | MANUFACTURER CONCERNS |
| DE CESPEDES, Raul MD | | FL | | | 11/1/2007 | |
| DELRAY SHORES PHARMACY | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| DELTA PHARMACY | | MS | | | 2/7/2008 | |
| DELTONA MEDICAL ARTS, INC DBA SAXON MEDICAL PHARMACY | | FL | | | 5/25/2007 | |
| DELUCA, JOSEPH DO | | FL | | | 7/21/2007 | |
| DESERT SKY PHARMACY | | AZ | | | 3/27/2012 | MANUFACTURER CONCERNS |
| DEVZ PHARMACY | | MI | | 049179424 | 10/21/2010 | CSRA INVESTIGATION |
| DIRECT PHARMACY | | FL | | | 7/21/2007 | |
| DISCOUNT MAIL MEDS LLC | | FL | | | 5/12/2007 | |
| DIT HEALTHCARE DISTRIBUTION | | OH | | | 8/25/2007 | |
| DOCTOR'S CHOICE PHARMACY | | FL | | | 7/26/2013 | |
| DOLLAR MART PHARMACY | | MI | | 049118083 | 7/21/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 8/20/13 ||||||||
|---|---|---|---|---|---|---|
| **Business Name** | **Owner Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| DOWBAK, GREGORY M. MD | | FL | | | 11/1/2007 | |
| DRATE PHARMACY | | CA | | 008103937 | 9/24/2012 | CSRA INVESTIGATION |
| DRM ENTERPRISES, INC | | FL | | | 7/21/2007 | |
| DRUG CITY | | MD | | | 2/13/2012 | CSRA DUE DILIGENCE INVEST. |
| EARDLEY, ROBERT J. MD | | FL | | | 11/1/2007 | |
| EAST LOOP PHARMACY | | TX | | | 7/21/2007 | |
| EAST MAIN STREET PHARMACY | | OH | | 010051763 | 12/11/2007 | |
| EAST SIDE PHARMACY | | TX | | | 7/21/2007 | |
| EASTERN'S PHARMACY | | WA | | | 12/11/2007 | |
| EDWARDS, DONALD C MD | | FL | | | 7/21/2007 | |
| EL-TOBGUI, MAHMOUD A MD | | FL | | | 7/21/2007 | |
| EMORY CENTRE PHARMACY | | KY | | | 12/11/2007 | |
| EO PHARMACY | | CA | | 024055004 | 12/7/2009 | NO LISTED CHEMICALS |
| EVERGREEN PROFESSIONAL CENTER PHARMACY | | WA | | | 12/11/2007 | |
| EXPRESS DRUGS | | TX | | 037004606 | 7/21/2007 | |
| EXPRESS RX | | FL | | 046009993 | 6/14/2011 | STATE SUSPENDED LICENSE |
| EXPRESS RX PHARMACY | | TX | | | 7/21/2007 | |
| F&B DRUGS | | FL | | | 11/12/2010 | MANUFACTURER CONCERNS |
| FAIRWAY OAKS PHARMACY | | FL | | | 10/12/2007 | |
| FAMILY HEALTH PHARMACY | | MD | | | 10/12/2007 | |
| FARMACIA BONNEVILLE | | PR | | | 9/6/2007 | |
| FARMACIA DE MEDICA | | TX | | | 5/17/2007 | |
| FARMACIA DEL PUEBLO | | NV | | 020000141 | 3/27/2012 | CSRA INVESTIGATION/MANUFACURER CONCERNS |
| FARMACIA DEL PUEBLO | | TX | | | 5/17/2007 | |
| FARMACIA GABRIELLA | | PR | | | 9/6/2007 | |
| FARMACIA SAN ANTONIO | | NJ | | | 10/12/2007 | |
| FELKY RX | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| FERMO, JOE C., MD | | OK | | | 8/19/2011 | DEA REGISTRATION REVOKED |
| FINDLEY, ULYSSES DARRELL MD | | FL | | | 11/1/2007 | |
| FINKLE, JAY ELLIOT | | GA | | | 7/21/2007 | |
| FLAGLER PHARMACY, INC | | FL | | | 4/9/2013 | |
| FLORIDA DISCOUNT PHARMACY | | FL | | 046114413 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| FLORIDA PERSONAL INJURY PHYSICIANS | | FL | | 046124503 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| FOLKERTH, DAVID D., DO | | FL | | | 7/21/2007 | |
| FOLLANSBEE PHARMACY | | WV | | | 10/12/2007 | |
| FOOTHILLS FAMILY PHARMACY | | CO | | | 7/21/2007 | |
| FOOTHILLS FAMILY PHARMACY | | CO | | | 7/21/2007 | |
| FORTINO, ROBERT DAVID DO | | PA | | | 7/21/2007 | |
| FRANKS EPS | | PA | | | 12/11/2007 | |
| FRIENDLY RX | | FL | | | 7/10/2009 | CLOSED BY BELLCO |
| FUNAIOLI-SHEEHAN, JENNIFER MD | | FL | | | 11/1/2007 | |
| G & H PHARMACY | | FL | | 046084939 | 6/1/2008 | TARGETED VISIT |
| GALLOWAYS PHARMACY | | CA | | 012091157 | 3/11/2008 | |
| GARFIELD PRESCRIPTION PHARMACY | | CA | | | 5/17/2013 | |
| GENERIC RX LLC | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| GENRICH PHARMACY | | AZ | | | 7/21/2007 | |
| GIBSON PHARMACY #3 | | MS | | 052070904 | 2/26/2010 | CSRA INVESTIGATION |
| GIDDENS, LEE J. MD | | FL | | | 11/1/2007 | |
| GLOBALNET PHARMACIES, LLC | | FL | | | 7/21/2007 | |
| GOLDEN GATE PHARMACY INC | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| GOLDSMITH, CHARLES LEWIS MD | | FL | | | 7/21/2007 | |
| GOOD RXV LLC | | FL | | | 11/12/2010 | MANUFACTURER CONCERNS |
| GOODMAN DRUGS OF FL | | FL | | 046002832 | 5/11/2009 | LOW DOLLARS / HIGH CS RATIO |
| GRAND COTEAU PRESCRIP SHOPPE DBA WILLIAMS PHARMACY | | LA | | 037077123 | 7/21/2007 | |
| GRAND PHARMACY | | FL | | | 5/12/2007 | |
| GRANDE PHARMACY | | FL | | 046114926 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| GRATIOT PHARMACY | | MI | | 049117234 | 7/21/2007 | |
| GREEN PHARMACY | | MI | | 049118935 | 9/15/2008 | |
| GREENPOINT PHARMACY | | TN | | 044-210740 | 11/21/2012 | CSRA INVESTIGATION |
| GREENS PHARMACEUTICAL | | CA | | | 10/12/2007 | |
| GREENSPOINT PHARMACY | | TX | | | 12/11/2007 | |

| Controlled Substance "Do Not Ship" List   Revised 8/20/13 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| GRIDER DRUG - KEY VILLAGE | | KY | | | 11/1/2007 | |
| GRIDER DRUG #1 | | KY | | | 11/1/2007 | |
| GRIDER DRUG #2 | | KY | | | 11/1/2007 | |
| GRUBBS CARE PHARMACY | | DC | | | 10/12/2007 | |
| GUDOC PHARMACY | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| GULF COAST MEDICAL PHARMACY | | FL | | | 9/16/2011 | MANUFACTURER CONCERNS |
| GULF COAST PHARMACY | | FL | | 046006593 | 3/31/2011 | CSRA INVESTIGATION |
| HACIENDA PHARMACY | | CA | | 024122226 | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| HADFIELD'S PHARMACY | | WA | | | 12/11/2007 | |
| HAROLDS PHARMACY | | NY | | | 11/14/2011 | MANUFACTURER CONCERNS |
| HASKELL'S PRESCRIPTION SHOP | | OK | | 018043166 | 1/6/2009 | LISTED CHEMICALS ONLY |
| HEALTH CENTER PHARMACY | | CA | | | 10/17/2011 | MANUFACTURER CONCERNS |
| HEALTH E CHOICE LLC | | FL | | | 5/12/2007 | |
| HEALTH PLUS PHARMACY | | FL | | 046034801 | 10/26/2011 | CSRA INVESTIGATION |
| HEART MED PHARMACY | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| HERNDON PHARMACY | | VA | | | 11/14/2011 | MANUFACTURER CONCERNS |
| HIGH STAR PHARMACY | | TX | | | 5/17/2007 | |
| HIGHLAND PHARMACY | | NM | | | 12/11/2007 | |
| HIGHRISE CASINO RX | | NV | | | 11/1/2007 | |
| HILLS PHARMACY | | FL | | 046035253 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| HOLIDAY PHARMACY | | FL | | 046134510 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| HOME IV CARE OF NC INC | | NC | | | 7/21/2007 | |
| HOME OXYGEN SERVICE, LLC | | NE | | | 7/21/2007 | |
| HOMETOWN PHARMACY | | KY | | | 12/11/2007 | |
| HOOSIERS PRESCRIPTION SHOP | | IN | | 019147587 | 8/3/2012 | |
| HOREN'S DRUGSTORE INC. | | WA | | | 11/23/2007 | |
| HOUSE OF MEDICINE | | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| HOUSTON SOUTH SIDE PHARMACY | | TX | | | 11/23/2007 | |
| HP PHARMACY | | TX | | | 7/21/2007 | |
| HUNTING CREEK POINTE PHARMACY | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| HYGEIA, INC DBA VANCEBORO PHARMACY | | NC | | | 5/20/2013 | |
| HYGEN PHARMACEUTICALS | | WA | | | 10/12/2007 | |
| I 10 EAST PHARMACY | | TX | | | 5/17/2007 | |
| IDEAL PHARMACY CARE DBA ESPLANADE PHARMACY | | LA | | | 8/19/2011 | DEA REGISTRATION REVOKED |
| IN N OUT PHARMACY | | FL | | 046124438 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| ISLAND DRUG | | FL | | | 10/17/2011 | MANUFACTURER CONCERNS |
| IVRX PHARMACY | | NJ | | | 7/21/2007 | |
| IZZ AND SONS | | FL | | 046013300 | 10/26/2011 | CSRA INVESTIGATION |
| JACINTO PHARMACY | | TX | | | 10/5/2007 | |
| JAFFE, KENNETH S. MD | | FL | | | 11/1/2007 | |
| JEN-MAR PHARMACY SERVICES | | FL | | | 5/12/2007 | |
| JIM'S PHARMACY | | TX | | | 12/11/2007 | |
| JIM'S PT. ANGELES PHARMACY | | WA | | | 12/11/2007 | |
| JOCHYS PHARMACY | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| JR PHARMACY | | FL | | | 6/13/2013 | |
| KABS - BUSCH BLVD. | | FL | | 046132050 | 6/1/2009 | TARGETED VISIT |
| KABS #5 | | FL | | 046014175 | 6/1/2009 | TARGETED VISIT |
| KABS OF TAMPA | | FL | | 046034355 | 6/1/2009 | TARGETED VISIT |
| KENNER DISCOUNT PHARMACY | | LA | | | 10/2/2007 | |
| KEN'S DISCOUNT | | OK | | | 12/11/2007 | |
| KENS DRUGS INC. | | FL | | | 10/12/2007 | |
| KENTWOOD PHARMACY | | MI | | 049179853 | 11/2/2010 | FEDERAL RAID |
| KENWOOD PHARMACY | | GA | | | 7/21/2007 | |
| KERRS PHARMACY | | CA | | | 5/17/2013 | |
| KHAIROLLAHI, VALI MD | | TN | | | 7/21/2007 | |
| KHAIROLLAHI, VALI | | TN | | | 7/21/2007 | |
| KIJNER, HENRY H. MD | | FL | | | 10/19/2007 | |
| KIJNER, HENRY H. MD | | FL | | | 11/1/2007 | |
| KIKOS PHARMACY, INC. | | FL | | | 4/9/2013 | |
| KING'S PHARMACY | | TX | | | 11/30/2007 | |
| KING'S PHARMACY | | FL | | 046084863 | 6/1/2009 | TARGETED VISIT |

7/30/2019

| | | | | | | |
|---|---|---|---|---|---|---|
| Controlled Substance "Do Not Ship" List   Revised 8/20/13 | | | | | | |
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| KLEIN, GERALD J MD | | FL | | | 7/21/2007 | |
| KRISCIUNAS, ALGIRALAS J., MD | | FL | | | 2/1/2011 | REGISTRATION REVOKED |
| KRONENBERG, ROBERT D. MD | | FL | | | 10/19/2007 | |
| LAABS INC. | | WI | | | 2/24/2012 | MANUFACTURER CONCERNS |
| LAB DISCOUNT | | MS | | | 7/11/2013 | LOW DOLLAR / HIGH CONTROLS |
| LABELCLICK, INC. | | FL | | | 7/21/2007 | |
| LAKE ARROWHEAD PHARMACY | | CA | | 012081042 | 10/23/2009 | OWNER/PIC ARRESTED |
| LAKE PHARMACY | | CA | | | 12/11/2007 | |
| LAMBRIGHT PHARMACY | | FL | | 046114629 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| LAM'S PHARMACY | | NV | | 020109504 | 5/23/2008 | |
| LANDSDOWNE PHARMACY | | VA | | | 4/12/2013 | |
| LANSDOWNE PHARMACY | | PA | | 56074088 | 6/18/2013 | Voluntarily Surrendered DEA Registration. |
| LAUDERHILL PHARMACY LLC | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| LAZZOPINA, MICHAEL S MD | | FL | | | 7/21/2007 | |
| LEE-ANN DRUG, INC. | | FL | | | 4/9/2013 | |
| LIFE EXTENSION PHARMACY | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| LIFE PHARMA II INC | | NY | | | 11/14/2011 | MANUFACTURER CONCERNS |
| LIFECHECK #30 | | TX | | | 10/12/2007 | |
| LIFEFIRST PHARMACY | | NV | | 020153510 | 9/4/2012 | CSRA INVESTIGATION |
| LIFEPOINT PHARMACY | | TN | | 044-209528 | 11/21/2012 | CSRA INVESTIGATION |
| LINCOLN PHARMACY | | NJ | | 023016725 | 4/8/2010 | OWNER ARRESTED |
| LINTON SQUARE PHARMACY | | FL | | 046001255 | 10/12/2007 | |
| LIVE AND LET LIVE PHARMACY | | FL | | | 9/21/2011 | MANUFACTURER CONCERNS |
| LONG, AARON E. MD, DBA ALL CARE PAIN MANAGEMENT | | FL | | 046050476 | 7/21/2007 | |
| LOPER'S PHARMACY | | TX | | 037116319 | 8/31/2011 | OWNER ARRESTED |
| LOW COST | | IN | | | 12/11/2007 | |
| LOWES DRUG | | TN | | | 10/17/2011 | MANUFACTURER CONCERNS |
| LUMBERTON DRUG | | NC | | | 10/12/2007 | |
| LYONS PLAZA PHARMACY | | FL | | 046035113 | 5/12/2009 | LOW DOLLARS / HIGH CS RATIO |
| MACDILL PHARMACY | | FL | | 046125534 | 7/2/2010 | LOW DOLLARS / HIGH CS RATIO |
| MADABHUSHI PHARMACY SERVICES | | FL | | | 9/16/2011 | MANUFACTURER CONCERNS |
| MAI PHARMACY | | FL | | | 10/2/2007 | |
| MAIN MEDICAL PLAZA PHARMACY | | TX | | | 7/21/2007 | |
| MANGUM PHARMACY | | TX | | | 7/21/2007 | |
| MANGUM ROAD PHARMACY | | TX | | | 7/21/2007 | |
| MARKET PHARMACY | | MN | | | 7/21/2007 | |
| MARKET STREET PHARMACY | | DE | | | 10/12/2007 | |
| MARTELL PHARMACY | | FL | | | 4/9/2013 | |
| MARTINEZ, FEDERICO J. MD | | FL | | | 11/1/2007 | |
| MARWOOD LOW COST PHARMACY | | IN | | | 11/14/2011 | MANUFACTURER CONCERNS |
| MARZO, JOHN M. MD | | NY | | | 11/1/2007 | |
| MASTERY PHARMACY | | TX | | | 5/17/2007 | |
| MASWOSWE'S ALTERNATIVE PHARMACY SERVICES | | TX | | | 8/25/2007 | |
| MAXIMUM PHARMACY, INC. | | TX | | | 8/25/2007 | |
| MAYFAIR PHARMACY | | KY | | 044055186 | 8/31/2011 | P.I.C. ARRESTED |
| MCCOY, JAMES L MD | | TN | | | 7/21/2007 | |
| MCELROY , AUBREY MD | | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D MD | | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D MD | | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D | | TN | | | 7/21/2007 | |
| MCKINNEY, LAURENCE T. | | PA | | | 8/4/2008 | |
| MCLAIR GRIFFIN PHARMACY DME | | AL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| MD PHARMACY | | TN | | | 11/14/2011 | MANUFACTURER CONCERNS |
| MD PHARMACY | | CA | | | 5/17/2013 | |
| MECHES FAMILY DRUGS | | LA | | | 3/27/2012 | MANUFACTURER CONCERNS |
| MED INSTITUTIONAL SRVCS, INC. | | FL | | | 7/21/2007 | |
| MED PHARMACY | | TX | | | 8/25/2007 | |
| MEDASSIST RX, LLC | | FL | | | 5/12/2007 | |
| MEDCENTER PHARMACY | | FL | | | 5/12/2007 | |
| MED-EXPRESS PHARMACY | | TX | | | 7/21/2007 | |
| MEDICAL MALL PHARMACY | | TN | | | 12/11/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 8/20/13 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| MEDICAL PLAZA PHARMACY | | FL | | 046124636 | 11/2/2009 | LOW DOLLARS / HIGH CS RATIO |
| MEDICAL SOLUTIONS, INC | | SC | | | 7/21/2007 | |
| MEDICAL TOWERS PHARMACY | | CA | | | 10/17/2011 | MANUFACTURER CONCERNS |
| MEDICAP PHARMACY | | MI | | | 3/27/2012 | MANUFACTURER CONCERNS |
| MEDICINE SHOPPE | | TN | | | 12/11/2007 | |
| MEDICINE SHOPPE 1528 | | GA | | | 3/27/2012 | MANUFACTURER CONCERNS |
| MEDICINE SHOPPE PHARMACY | | TX | | | 8/25/2007 | |
| MEDIPHARM-RX | | FL | | | 5/12/2007 | |
| MEDRITE PHARMACY | | PA | | | 11/1/2007 | |
| MED-RITE PHARMACY | | TX | | | 10/12/2007 | |
| MEETINGHOUSE COMMUNITY PHARMACY | | MA | | | 3/9/2009 | FEDERAL REGISTER |
| MEMORIAL CITY PROFESSIONAL PHARMACY | | TX | | 037089458 | 10/5/2007 | |
| MEMORIAL COMPOUNDING PHARMACY | | TX | | | 7/21/2007 | |
| MENDEZ, EDUARDO S MD | | FL | | | 7/21/2007 | |
| MERCURY DRIVE PHARMACY | | TX | | | 10/5/2007 | |
| MESA CLINICAL PHARMACY | | CA | | | 12/11/2007 | |
| METRO DRUGS | | NV | | | 10/17/2011 | MANUFACTURER CONCERNS |
| MICHAELS PHARMACY | | FL | | 046134478 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| MILINE, JAMES A. MD | | FL | | | 11/1/2007 | |
| MILLER, MICHAEL J MD | | FL | | | 7/21/2007 | |
| MILNER, DAVID MD | | FL | | | 7/21/2007 | |
| MILTON MEDICAL AND DRUG CO | | FL | | | 4/9/2013 | |
| MNC RX INC. | | FL | | | 11/23/2007 | |
| MOBLEY'S DISCOUNT PHARMACY | | GA | | | 2/24/2012 | MANUFACTURER CONCERNS |
| MORENCY, JACQUES P. MD | | FL | | | 11/1/2007 | |
| MORRISON'S RX INC | | FL | | | 7/21/2007 | |
| MOSCOWITZ, NORMAN MD | | FL | | | 11/1/2007 | |
| MOZAJ INC, DBA SEMINOLE DRUGS | | FL | | 046013847 | 4/17/2008 | |
| MUNSEY PHARMACY | | TN | | 052160135 | 12/7/2011 | CSRA INVESTIGATION |
| MURRAY, GWINN MD | | FL | | | 7/21/2007 | |
| MYKAL DISCOUNT PHARMACY | | MI | | 049181420 | 1/25/2011 | OWNER ARRESTED |
| MYKAL DISCOUNT PHARMACY | | MI | | 049181420 | 1/25/2011 | OWNER ARRESTED |
| NATIONAL PHARMACY DBA MEDICINE SHOPPE | | FL | | 046131854 | 5/12/2007 | |
| NEW CHOICE PHARMACY | | OH | | | 12/11/2007 | |
| NEW LIFE COMMUNITY PHARMACY | | FL | | | 4/9/2013 | |
| NEW TAMPA PHARMACY | | FL | | CLOSED | 10/16/2011 | OWNER ARRESTED |
| NEW TAMPA WEIGHT LOSS CLINIC | | FL | | | 10/12/2007 | |
| NEWCASTLE PHARMACY | | OK | | | 5/25/2007 | |
| NICELY MD,FLOYD ED | | TN | | | 7/21/2007 | |
| NICHOLS HILL PHARMACY | | CA | | | 5/12/2007 | |
| NINTH STREET PHARMACY | | PA | | | 10/12/2007 | |
| NNWOOD PHARMACY, LLC | | TX | | | 8/25/2007 | |
| NORDEN, JACK ALVIN MD | | FL | | | 7/21/2007 | |
| NORTH FLORIDA PHARMACY | | FL | | 046005876 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| NORTH FLORIDA PHARMACY | | FL | | 046005884 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| NORTH FLORIDA PHARMACY | | FL | | 046005892 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| NORTH FLORIDA PHARMACY | | FL | | 046005900 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| NORTHDALE PHARMACY (BELAVINASH INC) | | FL | | | 9/16/2011 | MANUFACTURER CONCERNS |
| NORTHEAST PHARMACY | | PA | | | 11/14/2011 | MANUFACTURER CONCERNS |
| NORTHSHORE DISC PHARMACY INC. | | LA | | | 8/25/2007 | |
| NORWIN PHARMACY | | PA | | 010006056 | 2/28/2013 | CSRA INVESTIGATION |
| NOVELTY DISTRIBUTORS | | IN | | | 9/11/2008 | |
| NUGENT PHARMACY | | MI | | 049050401 | 8/31/2009 | OWNER INDICTED |
| OLYMPIC DRUG | | WA | | | 12/11/2007 | |
| ONE STOP RX | | FL | | 046125591 | 7/2/2010 | LOW DOLLARS / HIGH CS RATIO |
| OPTIMA RX, INC | | FL | | 046051011 | 7/21/2007 | |
| ORANGE BAY PHARMACY | | FL | | 046134460 | 5/14/2009 | LOW DOLLARS/HIGH CS RATIO |
| OSSORIO, JOSEPH M MD, PA | | FL | | | 7/21/2007 | |
| OSSORIO, JOSEPH MANUEL MD | | FL | | | 7/21/2007 | |
| OVERHOLT'S CHAMPION PHARMACY | | OH | | | 12/11/2007 | |
| OWAIS, INC | | NY | | | 6/13/2013 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 8/20/13 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| PARIDISE VALLEY PHARMACY | | AZ | | | 3/27/2012 | MANUFACTURER CONCERNS |
| PARK BLVD. PHARMACY | | CA | | 012041673 | 3/11/2008 | |
| PARK PLACE RX | | TX | | | 5/12/2007 | |
| PARKER ROAD DRUG STORE | | SC | | | 12/11/2007 | |
| PARKWAY PHARMACY INC | | TX | | | 7/21/2007 | |
| PATTERSON FAMILY PHARMACY | | CA | | | 5/17/2013 | |
| PEARL STREET PHARMACY INC | | FL | | | 7/21/2007 | |
| PEOPLE'S PHARMACY | | OH | | 010093617 | 8/11/2009 | CSRA INVESTIGATION |
| PEREZ-MCARTHUR, VIVIAN A., DC, DBA PALM BEACH PAIN MGMT. | | FL | | | 8/25/2007 | |
| PERRY DRUG | | KS | | 021102095 | 9/9/2011 | No OX |
| PETERS PHARMACY | | FL | | 046014118 | 7/2/2010 | LOW DOLLARS / HIGH CS RATIO |
| PHAMILY PHARMACY | | DC | | | 7/21/2007 | |
| PHARMACY 101 | | LA | | | 10/12/2007 | |
| PHARMACY 4 LESS II | | MI | | 49186866 | 6/28/2013 | |
| PHARMACY 4 LESS III  EPIC | | MI | | 49188433 | 6/28/2013 | |
| PHARMACY 4 LESS LLC | | MI | | 49179564 | 6/28/2013 | |
| PHARMACY CITY | | LA | | | 5/17/2007 | |
| PHARMACY DOCTORS ENTERPRISES DBA ZION CLINIC PHARMACY | | FL | | 046114769 | 7/2/2010 | LOW DOLLARS / HIGH CS RATIO |
| PHARMACY EXPRESS | | FL | | | 11/1/2007 | |
| PHARMACY OF AMERICA | | PA | | | 11/14/2011 | MANUFACTURER CONCERNS |
| PHARMACY ONE | | FL | | 046004143 | 10/26/2011 | EMERGENCY SUSPENSION |
| PHARMACY XPRESS | | PA | | | 10/12/2007 | |
| PHARMACY XPRESS OF FLORIDA LLC | | FL | | | 7/21/2007 | |
| PHARMALIFE CONSULTANT INC | | FL | | | 10/17/2011 | MANUFACTURER CONCERNS |
| PHARMLAND LLC AKA LIFECARE PHARMACY | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| PHEMMY VENTURES | | FL | | 046114553 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| PHILLIPS, JAMES BENJAMIN MD | | FL | | | 11/1/2007 | |
| PLATINUM CARE PHARMACY | | MI | | 049054411 | 3/11/2008 | |
| POLY PLEX PHARMACY | | GA | | | 5/12/2007 | |
| POMPANO PHARMACY | | FL | | 046001750 | 12/11/2007 | |
| PRESCRIPTION GIANT LLC | | OH | | | 9/8/2009 | NO CONTROLS |
| PRESCRIPTIONS PLUS INC | | FL | | 046050997 | 7/21/2007 | |
| PRIME PHARMACY | | TX | | | 5/17/2007 | |
| PROGRESSIVE PHARMACY | | FL | | 046125427 | 11/2/2009 | LOW DOLLARS / HIGH CS RATIO |
| PRO-MED PHARMACY | | TX | | | 7/21/2007 | |
| PROMENADE PHARMACY | | GA | | | 7/21/2007 | |
| PROSCRIPT PHARMACY | | FL | | 046081117 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| Q R G , INC. | | FL | | | 7/21/2007 | |
| QUICK SCRIPTS | | TN | | | 11/7/2011 | CSRA INVESTIGATION |
| RABINSKY, ISRAEL MD | | FL | | | 7/21/2007 | |
| RADIANCE PHARMACY | | FL | | 046085357 | 5/23/2008 | |
| RAFFA, JAMES MD | | FL | | | 7/21/2007 | |
| RAINBOW DRUGS | | GA | | | 12/11/2007 | |
| RANG, INC, DBA THE DRUG SHOP | | FL | | 046050823 | 4/17/2008 | |
| RANI INC. | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| RAV-BAL, INC.,  DBA THE RX SHOP | | FL | | 046085308 | 7/21/2007 | |
| RAXO DRUGS, INC | | NV | | | 7/21/2007 | |
| REDLAND PARMACY | | FL | | | 4/9/2013 | |
| REDLAND PHARMACY | | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| REMEDY RX (CII's only) | | NV | | 020078543 | 8/16/2010 | CSRA INVESTIGATION |
| REMOTE PHARMACY SOLUTIONS | | TX | | | 8/25/2007 | |
| RIBA, HICHAM K., DDS | | IL | | | 12/12/2008 | |
| RICHMOND PHARMACY | | TX | | | 8/25/2007 | |
| RKR HOLDINGS, DBA MEDICHEM RX | | FL | | | 5/12/2007 | |
| ROBERTS DRUG | | FL | | 046009076 | 10/26/2011 | EMERGENCY SUSPENSION |
| ROBERTS DRUG #4 | | FL | | 046034801 | 10/26/2011 | EMERGENCY SUSPENSION |
| ROBINSON, SHARLENE D MD | | FL | | | 7/21/2007 | |
| ROOTS PHARMACEUTICALS, INC. | | UT | | 170186452 | 4/17/2008 | DEA REGISTRATION REVOKED |
| ROSEL HOME EQUIPMENT CARE INC | | FL | | | 4/9/2013 | |
| ROSSERS PRESCRIPTION SHOP | | LA | | | 11/1/2007 | |
| ROYAL RX PHARMACY | | FL | | 046007518 | 5/25/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List  Revised 8/20/13 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| RUBIO, EPIMACO O MD | | WV | | | 7/21/2007 | |
| RX INTERNATIONAL PHARMACY | | FL | | | 4/9/2013 | |
| RX MED PHARMCARY | | TX | | | 7/21/2007 | |
| RX PERT #1, LLC | | FL | | | 11/23/2007 | |
| RX PHARMACY | | OH | | 010191965 | 5/16/2011 | CSRA INVESTIGATION |
| RXWORLD, INC, | | FL | | | 7/21/2007 | |
| SABATES, RICARDO J MD | | FL | | | 7/21/2007 | |
| SABATES,  RICHARDO J. MD | | FL | | | 11/1/2007 | |
| SACHS, RUSSELL H MD | | FL | | | 7/21/2007 | |
| SAFEGUARD RX | | TX | | | 8/25/2007 | |
| SAFESCRIPT PHARMACY | | WV | | 010052670 | 2/13/2012 | CSRA INVESTIGATION |
| SATELLITE DRUG AND PHARMACY | | FL | | | 8/25/2007 | |
| SAVMORX DRUGS | | GA | | | 2/24/2012 | MANUFACTURER CONCERNS |
| SCRIPT MAIL PHARMACY | | NY | | | 10/12/2007 | |
| SHAAN BUSINESS INC DBA HOMESTEAD PHARMACY | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| SMALL, MELVIN D. MD | | FL | | | 11/1/2007 | |
| SMEETA'S PHARMACY | | MD | | | 5/12/2007 | |
| SMITH, DOUGLAS R MD | | FL | | | 7/21/2007 | |
| SMITH, DOUGLAS R., MD | | FL | | | 11/1/2007 | |
| SMITH, DOUGLAS RANDAL MD | | FL | | | 11/1/2007 | |
| SMITH, DOUGLAS RANDALL MD | | FL | | | 7/21/2007 | |
| SMITHVILLE PHARMACY INC | | MS | | | 7/21/2007 | |
| SMZA ENTERPRISES DBA FIRST CHOICE PHARMACY | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| SOLUTIONS DRUG STORE | | FL | | | 4/9/2013 | |
| SOUTH WAYSIDE | | TX | | | 10/12/2007 | |
| SOUTHEASTERN INTEGRATED MEDICAL | | FL | | | 12/11/2007 | |
| SOUTHWEST PHARMACIES INC DBA THE PHARMACY SHOPPE | | WI | | | 10/17/2011 | MANUFACTURER CONCERNS |
| SPRING STREET DRUG | | MA | | | 10/12/2007 | |
| SPRING VALLEY PHARMACY | | NV | | | 3/27/2012 | MANUFACTURER CONCERNS |
| ST. MARKS PHARMACY | | FL | | 046114520 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| STATE PHARMACY | | DC | | | 8/25/2007 | |
| STEWART PLAZA | | TN | | | 7/26/2013 | |
| STODOLA, PATRICK | | IL | | | 5/6/2009 | FEDERAL REGISTER |
| STORM PHARMACY | | TX | | | 8/25/2007 | |
| STUDEWOOD PHARMACY | | TX | | | 5/12/2007 | |
| SUGARLAND COMPOUNDING PHARMACY | | TX | | | 6/28/2013 | |
| SUNNY WHOLESALE | | GA | | | 10/14/2008 | |
| SUNRISE WHOLESALE | | FL | | | 1/4/2008 | |
| SUNSHINE GULFSHORE PHARMACY INC. | | FL | | 046032169 | 8/14/2012 | CSRA INVESTIGATION |
| SUNSHINE PHARMACY INC | | FL | | 046032185 | 8/14/2012 | CSRA INVESTIGATION |
| SUNSHINE PHARMACY MEDICAL INC. | | FL | | 046032227 | 8/14/2012 | CSRA INVESTIGATION |
| SUNSHINE SOLUTIONS PHARMACY | | FL | | 046032144 | 8/14/2012 | CSRA INVESTIGATION |
| SUNSHINE WELLNESS CENTER | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| SUPERIOR MEDICAL SUPPLY | | CO | | | 8/25/2007 | |
| SUPERIOR PHARMACY | | FL | | | 11/28/2007 | |
| SUPERIOR PHARMACY | | FL | | | 11/28/2007 | |
| SWARTZ, FREDRIC A MD DBA ALL FLORIDA PAIN MANAGEMENT | | FL | | | 6/1/2007 | |
| T & T PHARMACY | | TX | | 037055921 | 12/11/2007 | |
| TERRE HAUTE PRESCRIPTION SHOP | | IN | | 019051953 | 6/1/2011 | HEALTHCARE FRAUD |
| TEXAS PARKWAY PHARMACY | | TX | | | 8/25/2007 | |
| THE DRUG SHOPPE INC | | FL | | | 7/21/2007 | |
| THE DRUG STORE CLINIC | | OH | | 010048595 | 12/11/2007 | |
| THE DRUG STORE PHARMACY | | OH | | | 6/13/2013 | |
| THE HOMETOWN PHARMACY | | PA | | | 10/12/2007 | |
| THE MEDICINE SHOPPE | | FL | | 046013060 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| THE MEDICINE SHOPPE | | OH | | 010040444 | 10/2/2007 | |
| THE MEDICINE SHOPPE - 5900 REISTERTOWN ROAD, BALTIMORE | | MD | | | 9/3/2008 | |
| THE MEDICINE SHOPPE - 8035 LIBERTY ROAD, BALTIMORE | | MD | | | 9/3/2008 | |
| THE MEDICINE SHOPPE - LAKELAND (SUN & LAKE PHMCY SVCS) | | FL | | N/A | 5/5/2011 | DEA REVOCATION |
| THE PRESCRIPTION SHOP | | MI | | 049046623 | 5/12/2007 | |
| THE PRESCRIPTION SHOP 2 | | MI | | 049114116 | 5/12/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 8/20/13 | | | | | | |
|---|---|---|---|---|---|---|
| **Business Name** | **Owner Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| TIME SQUARE DRUGS | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| TMP PHARMACY | | TX | | | 12/19/2007 | |
| TNC LLC | | FL | | 046134403 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| TOUCHRX PHARMACY | | TX | | | 5/12/2007 | |
| TOWN DRUG OF HOLLYWOOD | | FL | | 046001305 | 10/26/2011 | CSRA INVESTIGATION |
| TOWNE PHARMACY | | NJ | | 023099770 | 5/11/2011 | CSRA INVESTIGATION |
| TREUHERZ, ROBERT R. MD | | FL | | | 11/23/2007 | |
| TRINITY HEALTH CARE DBA OVIEDO DISCOUT PHARMACY | | FL | | 046001768 | 6/30/2007 | |
| TRINITY II PHARMACY | | FL | | 046013458 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| TRINITY PHARMACY | | FL | | 046121343 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| TRU VALU | | FL | | 046055988 | 2/10/2011 | CSRA INVESTIGATION/MANUFACTURER CONCERN |
| TRUCARE | | TX | | | 8/25/2007 | |
| TUCKER DRUGS | | NJ | | 023113167 | 11/9/2009 | OWNER/PIC ARRESTED |
| TUG VALLEY PHARMACY | | WV | | 010175489 | 10/19/2009 | CSRA INVESTIGATION |
| TV PHARMACIST LLC | | FL | | 046134528 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| TXRX PHARMACY | | TX | | | 7/21/2007 | |
| ULTRATECH MED SUPPLY (No OX) | | FL | | 046037804 | 11/14/2011 | MANUFACTURER CONCERNS |
| UM PHARMACY | | TX | | | 7/21/2007 | |
| UNIQUE CARE PHARMACY | | NV | | | 5/17/2013 | |
| UNITED CARE PHARMACY | | NC | | | 10/12/2007 | |
| UNIVERSAL RX | | FL | | | 5/12/2007 | |
| UNIVERSITY PHARMACY | | FL | | 046117523 | 10/26/2011 | CSRA INVESTIGATION |
| URBAN ALTERNATIVE PHARMACY | | TX | | | 8/25/2007 | |
| URBAN PHARMACY | | TX | | 0118199596 | 1/27/2012 | CSRA INVESTIGATION |
| US 1 PHARMACY | | FL | | 046126656 | 8/25/2007 | |
| US PHARMACY | | TX | | | 6/1/2007 | |
| VASUPUJYA PHARMACY | | FL | | 046007229 | 5/11/2009 | LOW DOLLARS / HIGH CS RATIO |
| VAZQUEZ-SENTI, JOSE VICTOR MD | | PR | | | 9/6/2007 | |
| VH PHARMACIES 1 | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| VICTORY RX LLC | | NY | | | 11/14/2011 | MANUFACTURER CONCERNS |
| VIKAS MANAGEMENT LLC DBA RAVENS CORNER PHARMACY | | TX | | 018143818 | 6/5/2009 | PHARMACY LICENSE REVOKED |
| VILLAGE PHARMACY | | LA | | | 3/27/2012 | MANUFACTURER CONCERNS |
| VIN-KASH INC | | FL | | | 7/21/2007 | |
| VIN-KASH INC, DBA MEDICOM RX | | FL | | | 5/12/2007 | |
| VOLEL PROFSSNL PHMCST ASSC P.A DBA PHARMACY ONE PRO | | FL | | 046065169 | 7/21/2007 | |
| WALKER PHARMACY INC | | NE | | | 7/21/2007 | |
| WASSERMAN, NORMAN MD | | FL | | | 10/19/2007 | |
| WAYNE J. STOLFUS PHCY, DBA ADVANCE PHARMACY | | CA | | | 8/25/2007 | |
| WEAVER PHARMACY | | FL | | 046007385 | 12/9/2009 | OWNER/PIC ARRESTED |
| WEED, THOMAS J MD | | FL | | | 7/21/2007 | |
| WEISE PRESCRIPTION SHOP | | FL | | | 5/17/2013 | |
| WELSH PHARMACY | | PA | | 056020487 | 6/18/2013 | Voluntarily Surrendered DEA Registration. |
| WEST BELLFORT | | TX | | | 5/17/2007 | |
| WEST COAST II | | FL | | 046131276 | 5/11/2009 | LOW DOLLARS / HIGH CS RATIO |
| WEST COAST PHARMACY | | FL | | 046012427 | 12/11/2007 | |
| WEST COAST PHARMACY | | FL | | 046131268 | 5/11/2009 | LOW DOLLARS / HIGH CS RATIO |
| WEST GORE PHARMACY | | FL | | 046033936 | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO |
| WESTSIDE PLAZA | | CA | | | 5/12/2007 | |
| WHITE CROSS DRUG | | CA | | 012090183 | 3/11/2008 | |
| WILLIAMS, WILSON CHARLES MD | | FL | | | 7/21/2007 | |
| Windsor Pharmacy | | NJ | | 23018028 | 4/11/2013 | |
| WOODLANDS PHARMACY | | TX | | | 7/21/2007 | |
| WOODY PHARMACY WATERSIDE, INC | | NC | | | 7/21/2007 | |
| WORLDWIDE RX, INC | | FL | | | 7/21/2007 | |
| WYSOR, MICHAEL S MD PHD | | TN | | | 7/21/2007 | |
| WYSOR, MICHAEL S MD | | TN | | | 7/21/2007 | |
| XAVIER PHARMACY | | TX | | | 5/17/2007 | |
| XAVIER PHARMACY | | TX | | | 11/30/2007 | |
| YAFFE, MICHAEL G. MD | | FL | | | 11/1/2007 | |
| YAFFE, MICHAEL G. MD | | FL | | | 11/1/2007 | |
| YAS CARIBE INC. | | PR | | | 9/6/2007 | |

7/30/2019

| Controlled Substance "Do Not Ship" List   Revised 8/20/13 | | | | | | |
|---|---|---|---|---|---|---|
| **Business Name** | **Owner Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| YOUR DRUGGIST | | FL | | | 7/21/2007 | |
| ZARET, PHILLIP DAVID MD | | CA | ███ | | 10/12/2007 | |
| ZELFMAN, MIKHAIL MD | | FL | ███ | | 10/19/2007 | |

**Controlled Substance   Removed List/Currently Approved for CS Purchases**

| Business Name | State | DEA Number | Date Added | Date Removed | Reason for Removal | Comments |
|---|---|---|---|---|---|---|
| NORTHWEST PHARMACY | TX | | 6/30/2007 | 7/6/2007 | Written agreement w/restrictions | |
| HEALTHWISE PHARMACY | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation/DEA review of file | |
| NORTHSIDE FAMILY PHARMACY | LA | | 7/21/2007 | 7/27/2007 | CSRA Investigation | |
| WEAVER PHARMACY | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation | |
| COOPER, ROBERT F. MD, DBA AMERICAN PAIN MANAGEMENT | FL | | 7/21/2007 | 7/27/2007 | CSRA Investigation | Added back to DNS list 5/13/09 |
| LONG BEACH PRESCRIPTION PHARMACY II | CA | | 7/21/2007 | 7/30/2007 | CSRA Investigation | |
| LURD'S INC., DBA DOCTOR'S CHOICE | FL | | 7/21/2007 | 8/2/2007 | CSRA Investigation | |
| EMERALD PHARMACY | NV | | 7/21/2007 | 8/8/2007 | CSRA Investigation | |
| PHARMCORE, INC. | FL | | 7/21/2007 | 8/10/2007 | CSRA Investigation | |
| SUNRISE WHOLESALE | FL | | 5/17/2007 | 8/24/2007 | CSRA Investigation | Added back to DNS list 1/4/08 |
| SUTTON'S DRUG | MI | | 6/1/2007 | 10/23/2007 | CSRA Investigation | |
| BUDGET PHARMACY & WELLNESS CTR | PA | | 7/21/2007 | 11/2/2007 | CSRA NCDD Investigation | |
| COMMUNITY PHARMACY | AZ | | 12/11/2007 | 12/14/2007 | CSRA Investigation | |
| HIGHLAND PHARMACY | NM | | 12/11/2007 | 12/17/2007 | CSRA Investigation | |
| PECOS STREET PHARMACY INC | TX | | 7/21/2007 | 1/4/2008 | CSRA NCDD Investigation | |
| CYPRESS PHARMACY | FL | | 12/11/2007 | 1/8/2008 | CSRA NCDD Investigation | |
| ASAP PHARMACY | FL | | 7/21/2007 | 1/12/2008 | CSRA NCDD Investigation | |
| RIGG'S DRUGS | TN | | 12/11/2007 | 5/21/2008 | CSRA NCDD Investigation | |
| ARLINGTON PHARMACY NORTH | TX | | 11/19/2007 | 7/23/2008 | CSRA NCDD Investigation | |
| M AND D PHARMACY | MI | | 3/11/2008 | 3/20/2008 | CSRA Investigation | |
| PEN MILL PHARMACY | NY | | 11/1/2007 | 9/22/2008 | Change of ownership | |
| PARKER PROFESSIONAL PHARMACY | KY | | 6/30/2007 | 12/18/2008 | CSRA Investigation | |
| KME RX, DBA MEDICAP PHARMACY | FL | | 9/21/2007 | 4/7/2009 | CSRA Investigation - NCDD | |
| HIGH GROUNDS PHARMACY | NJ | | 7/21/2007 | 4/15/2009 | CSRA Investigation (Bellco) | |
| MOTTO PHARMACY, INC | FL | | 7/21/2007 | 4/16/2009 | Bellco Investigation | |
| G & A SOMERTON PHARMACY | PA | | 3/30/2009 | 6/24/2009 | CSRA Investigation | CSRA Visit |
| I & A BELLS PHARMACY | PA | | 3/30/2009 | 6/24/2009 | CSRA Investigation | CSRA Visit |
| PETERS PHARMACY | FL | | 5/14/2009 | 7/16/2009 | Signed Compliance Agreement | CSRA Visit |
| GEN-RX PHARMACY | CA | | 12/11/2007 | 12/17/2009 | NCDD | CSRA Visit |
| NORTH COAST MEDICAL PHARMACY | CA | | 11/23/2007 | 12/17/2009 | NCDD | CSRA Visit |
| KRESGE LEBAR | PA | | 10/12/2007 | 2/2/2010 | Bellco Investigation | |
| UNIVERSITY PHARMACY | FL | | 7/21/2007 | 2/15/2010 | CSRA Investigation | |
| INTRAMED | FL | | 10/12/2007 | 3/9/2010 | CSRA NCDD Investigation | |
| PARAGON ENTERPRISES, INC | FL | | 7/21/2007 | 5/27/2010 | CSRA Investigation | |
| HEALTH STAT RX LLC | FL | | 5/15/2009 | 8/30/2010 | CSRA Investigation | New due diligence |
| BURDEN DRUG CENTER | TN | | 7/2/2010 | 11/1/2010 | Became primary - SmartFill | |
| FL INTEGRATED | FL | | 7/2/2010 | 1/24/2011 | | New due diligence |
| FL INTEGRATED | FL | | 7/2/2010 | 1/24/2011 | | New due diligence |
| KISKEYA PHARMACY | FL | | 7/2/2010 | 6/22/2011 | | New due diligence - NO CII'S |
| EMPIRICAL PHARMACY, LLC | TX | | 8/25/2007 | 8/19/2011 | Bellco Investigation | Bellco is servicing |
| MEDICINE SHOPPE - PHARMACY CARE | FL | | 10/12/2007 | 8/19/2011 | Bellco Investigation | Bellco is servicing |
| MADISON AVENUE PHARMACY | OH | | 11/19/2007 | 8/19/2011 | Bellco Investigation | Bellco is servicing |
| MARTINSVILLE PHARMACY | VA | | 12/11/2007 | 8/19/2011 | Bellco Investigation | Bellco is servicing |
| JABO'S - No OX only | TN | | 12/7/2011 | | CSRA INVESTIGATION | |
| FIVE POINTS PHARMACY | FL | | 3/14/2011 | 2/7/2012 | CSRA INVESTIGATION | New Ownership |
| BETTER HEALTH PHARMACY | FL | 046008581 | | 5/14/2009 | LOW DOLLARS / HIGH CS RATIO | |

**Controlled Substance Closed/Revoked List**

| Business Name | State | DEA Number | Date Added | Date Removed | Reason for Removal |
|---|---|---|---|---|---|
| NEWCARE HOME HEALTH SERVICES | MD | | 7/21/2007 | 9/6/2007 | DEA Registration Revoked 8/1/07 |
| UNITED PRESCRIPTION SERVICES | FL | | 5/12/2007 | 9/6/2007 | DEA Registration Revoked 8/31/07 |
| YPM TOTAL CARE PHARMACY | FL | | 5/12/2007 | 9/6/2007 | DEA Registration Revoked 6/4/07 |
| CRJ PHARMACY | FL | | 5/12/2007 | 11/30/2007 | DEA Registration Revoked 6/4/07 |
| RX DIRECT PHARMACY, INC | FL | | 7/21/2007 | 12/17/2007 | Pharmacy closed during DEA Revocation |