# EXHIBIT 82

7/30/2019

| Controlled Substance "Do Not Ship" List Updated 04/30/2018 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| 158TH STREET NEIGHBORHOOD PHARMACY | | NY | | | 10/12/2007 | |
| 45 SOUTH PHARMACY | | TX | | | 5/12/2007 | |
| | | | | | | |
| A&M PHARMACY | | FL | | 46043836 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| AARON'S APOTHECARY | | FL | | | 11/23/2007 | |
| AB SPECIALTY PHARMACY | | FL | | | 9/16/2011 | MANUFACTURER CONCERNS |
| ABC PHARMACY | | NV | | 020140376 | 9/4/2012 | CSRA INVESTIGATION |
| ABERDEEN PHARMACY LLC | | FL | | 46044149 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| ADDISON DRUG | | NM | | | 2/13/2014 | CSRA INVESTIGATION |
| ADVANCED HEALTHCARE PHARMACY | | CA | | | 5/17/2013 | |
| | | | | | | |
| ADVANCED RX MANAGEMENT | | KY | | | 1/7/2014 | |
| | | | | | | |
| AK PHARMACY | | TX | | | 8/25/2007 | |
| AKSHAR CHEMISTS, INC. | | FL | | | 5/12/2007 | |
| ALFONSO, DENNIS A. MD | | FL | | | 11/1/2007 | |
| ALL SCRIPT PHARMACY | | NY | | | 10/12/2007 | |
| ALLIED MEDICAL | | NC | | 055070599 | 4/29/2011 | CSRA INVESTIGATION |
| ALPHA DRUGS | | FL | | 046010140 | 10/26/2011 | EMERGENCY SUSPENSION |
| ALPHA PHARMACY | | FL | | | 4/9/2013 | |
| ALPHA PHARMACY INC | | FL | | | 7/21/2007 | |
| ALTURA PHARMACEUTICALS | | CA | | 12118778 | 7/18/2013 | |
| AMBULATORY CARE PHARMACY | | MD | | | 12/11/2007 | |
| AMBULATORY/PROFESSIONAL MEDICAL EQUIP. | | FL | | 046128062 | 10/18/2012 | SECONDARY ACCOUNT / HIGH CONTROLS |
| AMEN PHARMACY | | FL | | 046141118 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| AMERICAN MEDICAL LINK | | NJ | | | 8/25/2007 | |
| AMERICAN PAIN MANAGEMENT | | FL | | 046959567 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| AMERICAN RX SOLUTIONS, INC. | | CA | | | 11/23/2007 | |
| AMERIMED PHARMACEUTICAL SERVICES | | FL | | | 5/12/2007 | |
| AMERIMEDZ II | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| AMETHYST PHARMACY | | NJ | | | 2/16/2010 | BELLCO / OWNER ARRESTED |
| AMEX PHARMACY #3 | | TX | | | 7/21/2007 | |
| | | | | | | |
| APOPKA DISCOUNT DRUGS | | FL | | 46042309 | 2/12/2013 | |
| APPOMATTOX DRUGS | | VA | | | 12/9/2013 | Due Diligence Investigation |
| ARMENIA PHARMACY | | FL | | | 5/12/2007 | |
| ASAP PHARMACY | | FL | | 46013151 | 9/16/2013 | |
| ASTIS SOUTH HILLS | | PA | | | 10/12/2007 | |
| ATRIUM PHARMACY | | MI | | 049185181 | 2/8/2012 | CSRA INVESTIGATION |
| AUM PHARMACY | | FL | | 046114512 | 7/2/2010 | SECONDARY ACCOUNT / HIGH CONTROLS |
| AVATAR SERVICES INC | | TX | | | 7/21/2007 | |
| AVEE PHARMACY | | FL | | | 5/12/2007 | |
| BAMBERG, NORMAN B. MD | | FL | | | 11/1/2007 | |
| BARCLAY PHARMACY | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| | | | | | | |
| | | | | | | |
| BARNETT, JEFFREY L. MD  YPSILANTI | | MI | | | 7/21/2007 | |
| BAUDER PHARMACY | | IA | | 100065540 | 4/29/2014 | PIC ARRESTED |
| BAYOU CITY PHARMACY | | TX | | | 8/25/2007 | |
| BEACH-MED PHARMACY | | FL | | 046035204 | 7/25/2008 | |

7/30/2019

| Controlled Substance "Do Not Ship" List Updated 04/30/2018 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| BEACON PROFESSIONAL PHARMACY | | MI | ███ | 49189712 | 10/4/2013 | ████████ |
| BEECHER PHARMACY | | MI | | 049131755 | 9/15/2008 | |
| BELAVISTA PHARMACY | | MI | | 049064774 | 6/30/2007 | |
| BELL PLAZA PHARMACY | | CA | | | 10/12/2007 | |
| BELLE PLAINE PHARMACY | | IA | | | 11/18/2014 | CSRA DUE DILIGENCE INVEST. |
| BELLFORT PROFESSIONAL PHARMACY | | TX | | | 7/21/2007 | |
| BENAK, INC. DBA TAMPA DRUGS | | FL | | 046005736 | 5/25/2007 | |
| BER CORPORATION DBA WHITE CROSS PHARMACY | | NV | | 020081562 | 7/29/2010 | CSRA INVESTIGATION |
| BERKOWITZ, ROY E. | | LA | | | 7/28/2009 | DEA REGISTRATION REVOKED |
| BERNSTEIN, ZELMAN L. MD | | FL | | | 7/21/2007 | |
| BEST BUY PHAR OF BOWL GREEN | | MO | | | 12/13/2013 | Due Diligence Investigation |
| BEST PHARMACY | | FL | | | 4/10/2013 | |
| BEST PHARMACY | | TX | | | 7/21/2007 | |
| BESTAID PHARMACY | | TX | | 018180752 | 9/6/2011 | DEA INVESTIGATION |
| BETTER HEALTH PHARMACY | | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| BETTER VALUE PHARMACY | | CA | | | 11/14/2011 | MANUFACTURER CONCERNS |
| BINGLE ROAD PHARMACY | | TX | | | 8/25/2007 | |
| BI-WISE DRUGS | ███ | FL | | ███ | 5/12/2007 | ████████ |
| BLUE STAR PHARMACY | | CA | | | 11/23/2007 | |
| BLUEFIELD PHARMACY CPA | | WV | | 41144485 | 10/4/2013 | |
| BLUEGRASS PHCY LLC(Z) | | PA | | 56060491 | 10/4/2013 | |
| BOB'S PHARMACY AND DIABETIC | | FL | | | 11/23/2007 | |
| BOEHMER, CURTIS B DO | | FL | | | 7/21/2007 | |
| BORGES, IBEM R. MD | | FL | | | 11/1/2007 | |
| BOULEVARD PHARMACY | | CA | | | 7/21/2007 | |
| BOULEVARD PHARMACY, INC | | NC | | | 7/21/2007 | |
| BRAES PHARMACY | | TX | | | 7/21/2007 | |
| BRASHEARS PHARMACY | | FL | | 46033290 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS ████ |
| BRIARWOOD PHARMACY | | NJ | | 56020206 | 10/4/2013 | ████████ |
| BRIGHTON PLAZA PHARMACY | | CA | | | 7/21/2007 | |
| BROADWAY HEALTH PHCY 2820 GNP | | NJ | | 23003814 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| BRODHEAD PHARMACY, INC | | KY | | | 12/9/2013 | Due Diligence Investigation |
| BROOKS PHARMACY | | FL | | | 10/17/2011 | MANUFACTURER CONCERNS |
| BROWNE, ROGER A. MD | | FL | | | 11/1/2007 | |
| BROWN'S DRUG | | OH | | 10010850 | 10/4/2013 | |
| BUCKNER VILLAGE PHARMACY | | TX | | 1823659 | 10/31/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| BUDGET DRUG AND WELLNESS CENTER | | PA | | 056070771 | 4/15/2009 | DEA REGISTRATION REVOKED |
| BUDGET DRUGS | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| BUFFALO DRUG   APSC | | WV | | 10217133 | 11/12/2013 | OWNER INDICTED FOR INTENTIONALLY DISPENSING OXYCODONE |
| BURBANK MEDICAL | | CA | | | 12/11/2007 | |
| BURNS PRESCRIPTION PHARMACY | | CA | | 24070243 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| BUSHNELL PHARMACY | | FL | | 46032383 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| C & E PHARMACY | | TX | | | 5/17/2007 | |
| C & G PHARMACY, LTD | | TX | | ███ | 7/21/2007 | |
| CABANA PHARMACY | | FL | | | 10/26/2011 | BELLCO INVESTIGATION |
| CABRILLO PARK PHARMACY | | CA | | 12120535 | 10/4/2013 | |

7/30/2019

| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
|---|---|---|---|---|---|---|
| Controlled Substance "Do Not Ship" List<br>Updated 04/30/2018 | | | | | | |
| CALJEB PHARMACY CORP | | NY | | 23133975 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| CANIN PHARMACY | | TX | | | 5/12/2007 | |
| CAPE CORAL EXPRESS PHARMACY | | FL | | | 10/17/2011 | MANUFACTURER CONCERNS |
| CARDOZO-ISAZA, ERNESTO MD | | FL | | | 10/19/2007 | |
| CARE MART INC | | FL | | 46127654 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| CASHWAY PHARMACY | | LA | | | 10/2/2007 | |
| CC PHARMACY | | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| CEGO INFUSION PHARMACY | | TX | | 037117747 | 4/1/2011 | SECONDARY ACCOUNT / HIGH CONTROLS |
| CENTRAL EXPRESS PHARMACY | | FL | | | 7/21/2007 | |
| CENTRAL HOUSTON PHCY | | TX | | | 7/21/2007 | |
| CHAAND INC. | | FL | | 046034694 | 10/26/2011 | CSRA INVESTIGATION |
| CHANNELVIEW PHARMACY, LLC. | | TX | | | 8/25/2007 | |
| CHAPEL PHARMACY, INC | | AR | | | 7/21/2007 | |
| CHEEK REXALL PHARMACY | | FL | | 046022533 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| CHOICE PHARMACY | | FL | | 046034207 | 6/1/2009 | TARGETED VISIT |
| CITY PHARMACY | | WV | | 041130690 | 4/28/2014 | PIC/OWNER ARRESTED |
| COBB HARROD MAURICE | | AR | | 18061630 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| COHEN, CLARENCE L MD | | FL | | | 7/21/2007 | |
| COLES VILLAGE PHARMACY | | CA | | | 5/17/2013 | |
| COLES VILLAGE PHARMACY | | CA | | | 5/17/2013 | |
| COMMUNITY PHARMACY | | TN | | 044-203448 | 11/21/2012 | CSRA INVESTIGATION |
| COMPOUNDING MED PHARMACY | | TX | | | 10/12/2007 | |
| CONCEPT RX, INC | | FL | | | 7/21/2007 | |
| CONTINENTAL PHARMACY | | TX | | 020116236 | 3/12/2009 | OWNER ARRESTED |
| CORNELIA PHARMACY | | GA | | 40068676 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| CORNER PHARMACY | | TX | | | 7/21/2007 | |
| CO-RUS PHARMACY(Z) | | PA | | 56070508 | 10/4/2013 | |
| COSBY, JOHN LEMUAL MD | | FL | | | 10/19/2007 | |
| COST LESS PRESCRIPTIONS | | WA | | | 12/11/2007 | |
| COX'S VARIETY & PHARMACY | | KY | | | 12/11/2007 | |
| CREATIVE PHARMACY SERVICES, DBA SUPERIOR DRUGS | | FL | | 046003947 | 5/12/2007 | |
| CRUCES PHARMACY | | TX | | | 8/9/2007 | |
| CRUZ, JOSE L., MD | | FL | | | 8/25/2007 | |
| CUSTOM COMPOUNDING PHARMACY | | FL | | | 8/25/2007 | |
| D AND B PHARMACY (AJUEYITSI HOLDINGS INC) | | GA | | | | Bellco account- PIC/owner David Ajueyitsi was arrested for participating in a massive pill mill operation; wife Bridget is a co-owner & despite the fact they now have a new PIC, affiliation with David still exists |
| D AND L FAMILY PHARMACY | | LA | | 037072751 | 10/2/2007 | |
| DANG, SATINDER K MD | | CA | | | 7/21/2007 | DEA REGISTRATION REVOKED |
| DANG, SURINDER SINGH MD | | CA | | | 7/21/2007 | DEA REGISTRATION REVOKED |

7/30/2019

| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
|---|---|---|---|---|---|---|
| **Controlled Substance "Do Not Ship" List**<br>**Updated 04/30/2018** | | | | | | |
| DAVIDS PHARMACY AND SURGICAL | | FL | ██ | 046002774 | 5/12/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| DAYTONA PHARMACY | | FL | | | 9/21/2011 | MANUFACTURER CONCERNS |
| DE CESPEDES, Raul MD | | FL | | | 11/1/2007 | |
| DELTA PHARMACY | | MS | | | 2/7/2008 | |
| DELTONA MEDICAL ARTS, INC DBA SAXON MEDICAL PHARMACY | | FL | | | 5/25/2007 | |
| DELUCA, JOSEPH DO | | FL | | | 7/21/2007 | |
| DESERT SKY PHARMACY | | AZ | | | 3/27/2012 | MANUFACTURER CONCERNS |
| DEVZ PHARMACY | | MI | | 049179424 | 10/21/2010 | CSRA INVESTIGATION |
| DIRECT PHARMACY | | FL | | | 7/21/2007 | |
| DISCOUNT MAIL MEDS LLC | | FL | | | 5/12/2007 | |
| DIT HEALTHCARE DISTRIBUTION | | OH | | | 8/25/2007 | |
| DOLLAR MART PHARMACY | | MI | | 049118083 | 7/21/2007 | |
| DOWBAK, GREGORY M. MD | | FL | | | 11/1/2007 | |
| DRATE PHARMACY | | CA | | 008103937 | 9/24/2012 | CSRA INVESTIGATION |
| DREAM PHARMACY MEMORIAL | | TX | | 37102731 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| DRM ENTERPRISES, INC | | FL | | | 7/21/2007 | |
| DRUG CITY | | MD | | | 2/13/2012 | CSRA DUE DILIGENCE INVEST. |
| EARDLEY, ROBERT J. MD | | FL | | | 11/1/2007 | |
| EAST LOOP PHARMACY | | TX | | | 7/21/2007 | |
| EAST MAIN STREET PHARMACY | | OH | | 010051763 | 12/11/2007 | |
| EAST SIDE PHARMACY | | TX | | | 7/21/2007 | |
| EASTERN RX DBA WALKER PHARMACY | | TX | | | 11/15/2013 | CSRA 590 INVESTIGATION |
| EASTERN'S PHARMACY | | WA | | | 12/11/2007 | |
| EDWARDS, DONALD C MD | | FL | | | 7/21/2007 | |
| EL-TOBGUI, MAHMOUD A MD | | FL | | | 7/21/2007 | |
| EMORY CENTRE PHARMACY | | KY | | | 12/11/2007 | |
| EO PHARMACY | | CA | | 024055004 | 12/7/2009 | NO LISTED CHEMICALS |
| EVERGREEN PROFESSIONAL CENTER PHARMACY | | WA | | | 12/11/2007 | |
| EXPRESS DRUGS | | TX | | 037004606 | 7/21/2007 | |
| EXPRESS RX | | FL | | 046009993 | 6/14/2011 | STATE SUSPENDED LICENSE |
| EXPRESS RX PHARMACY | | TX | | | 7/21/2007 | |
| F&B DRUGS | | FL | | | 11/12/2010 | MANUFACTURER CONCERNS |
| FAIRWAY OAKS PHARMACY | | FL | | | 10/12/2007 | |
| FAMILY DISCOUNT PHARMACY | | MD | | 41143131 | 10/4/2013 | |
| FAMILY DRUG INC      823 | | VA | | 41030742 | 10/4/2013 | |
| FAMILY HEALTH PHARMACY | | MD | | | 10/12/2007 | |
| FAMILY PHARMACY INC | | DE | | 56020743 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |

7/30/2019

| Controlled Substance "Do Not Ship" List Updated 04/30/2018 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| FARMACIA BONNEVILLE | | PR | | | 9/6/2007 | |
| FARMACIA DE MEDICA | | TX | | | 5/17/2007 | |
| FARMACIA DEL PUEBLO | | NV | | 020000141 | 3/27/2012 | CSRA INVESTIGATION/MANUFACURER CONCERNS |
| FARMACIA DEL PUEBLO | | TX | | | 5/17/2007 | |
| | | ■ | | ■ | | ■ |
| FARMACIA GABRIELLA | | PR | | | 9/6/2007 | |
| FARMACIA GARCIA    APG | | MI | | 49186007 | 10/4/2013 | |
| FARMACIA SAN ANTONIO | | NJ | | | 10/12/2007 | |
| ■ | ■ | ■ | | ■ | ■ | ■ |
| FELKY RX | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| FERMO, JOE C., MD | | OK | | | 8/19/2011 | DEA REGISTRATION REVOKED |
| FINDLEY, ULYSSES DARRELL MD | | FL | | | 11/1/2007 | |
| FINKLE, JAY ELLIOT | | GA | | | 7/21/2007 | |
| FL INTEGRATED HEALTH SERVICES | | FL | | 46127944 | 10/17/2013 | |
| FL INTEGRATED HEALTH SERVICES | | FL | | 46127936 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| FLAGLER PHARMACY, INC | | FL | | | 4/9/2013 | |
| FLORIDA DISCOUNT PHARMACY | | FL | | 046114413 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| FLORIDA PERSONAL INJURY PHYSICIANS | | FL | | 046124503 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| FOLKERTH, DAVID D., DO | | FL | | | 7/21/2007 | |
| FOLLANSBEE PHARMACY | | WV | | | 10/12/2007 | |
| FOOTHILL DRUG PHARMACY | | CA | | 024028852 | 11/22/2013 | |
| FOOTHILLS FAMILY PHARMACY | | CO | | | 7/21/2007 | |
| FOOTHILLS FAMILY PHARMACY | | CO | | | 7/21/2007 | |
| ■ | | ■ | | ■ | ■ | ■ |
| FORTINO, ROBERT DAVID DO | | PA | | | 7/21/2007 | |
| FOUNTAIN PLAZA PHARMACY | | TN | | 52213876 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| Franklyn Seabrooks, M.D | | CA | | | 7/31/2014 | Decision & Orders from DEA email |
| FRANKS EPS | | PA | | | 12/11/2007 | |
| ■ | | ■ | | | | ■ |
| FRIENDLY RX | | FL | | | 7/10/2009 | CLOSED BY BELLCO |
| FUNAIOLI-SHEEHAN, JENNIFER MD | | FL | | | 11/1/2007 | |
| GALLOWAYS PHARMACY | | CA | | 012091157 | 3/11/2008 | |
| GARFIELD PRESCRIPTION PHARMACY | | CA | | | 5/17/2013 | |
| GENERIC RX LLC | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| GENRICH PHARMACY | | AZ | | | 7/21/2007 | |
| GIBSON PHARMACY #3 | | MS | | 052070904 | 2/26/2010 | CSRA INVESTIGATION |
| GIDDENS, LEE J. MD | | FL | | | 11/1/2007 | |
| GLOBALNET PHARMACIES, LLC | | FL | | | 7/21/2007 | |
| GODDARD DISCOUNT PHARMACY | | MI | | 49194654 | 10/30/2013 | CSRA INVESTIGATION |
| GOLDEN GATE PHARMACY INC | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| GOLDSMITH, CHARLES LEWIS MD | | FL | | | 7/21/2007 | |
| GOOD RXV LLC | | FL | | | 11/12/2010 | MANUFACTURER CONCERNS |
| ■ | | ■ | ■ | ■ | | |
| GOODMAN DRUGS OF FL | | FL | | 046002832 | 5/11/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| GRAND COTEAU PRESCRIP SHOPPE DBA WILLIAMS PHARMACY | | LA | | 037077123 | 7/21/2007 | |
| GRAND PHARMACY | | FL | | | 5/12/2007 | |
| GRANDE PHARMACY | | FL | | 046114926 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| GRATIOT PHARMACY | | MI | | 049117234 | 7/21/2007 | |
| GREEN PHARMACY | | MI | | 049118935 | 9/15/2008 | |

7/30/2019

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Controlled Substance "Do Not Ship" List | | | |
| | | | Updated 04/30/2018 | | | |
| **Business Name** | **Owner Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| GREENPOINT PHARMACY | | TN | | 044-210740 | 11/21/2012 | CSRA INVESTIGATION |
| GREENS PHARMACEUTICAL | | CA | | | 10/12/2007 | |
| GREENSPOINT PHARMACY | | TX | | | 12/11/2007 | |
| GRIDER DRUG - KEY VILLAGE | | KY | | | 11/1/2007 | |
| GRIDER DRUG #1 | | KY | | | 11/1/2007 | |
| GRIDER DRUG #2 | | KY | | | 11/1/2007 | |
| GRUBBS CARE PHARMACY | | DC | | | 10/12/2007 | |
| GUDOC PHARMACY | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| GULF COAST MEDICAL PHARMACY | | FL | | | 9/16/2011 | MANUFACTURER CONCERNS |
| GULF COAST PHARMACY | | FL | | 046006593 | 3/31/2011 | CSRA INVESTIGATION |
| HACIENDA PHARMACY | | CA | | 024122226 | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| HADFIELD'S PHARMACY | | WA | ███████████ | | 12/11/2007 | |
| HALLIDAYS DRUGS, INC. | | FL | █ | 46001347 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| HARBOR DRUG | CHARLES BONNER | CA | | 012060053, 012121061 | 10/30/2013 | CSRA INVESTIGATION |
| HAROLDS PHARMACY | | NY | | | 11/14/2011 | MANUFACTURER CONCERNS |
| HASKELL'S PRESCRIPTION SHOP | | OK | █ | 018043166 | 1/6/2009 | LISTED CHEMICALS ONLY |
| HEALTH CENTER PHARMACY | | CA | | | 10/17/2011 | MANUFACTURER CONCERNS |
| HEALTH E CHOICE LLC | | FL | | | 5/12/2007 | |
| HEALTH PLUS PHARMACY | | PA | | 56102640 | 10/4/2013 | |
| HEALTH PLUS PHARMACY | | FL | █ | 046034801 | 10/26/2011 | CSRA INVESTIGATION |
| HEART MED PHARMACY | | FL | █ | | 11/14/2011 | MANUFACTURER CONCERNS |
| HIGH STAR PHARMACY | | TX | | | 5/17/2007 | |
| HIGHLAND PHARMACY | | NM | | | 12/11/2007 | |
| HIGHRISE CASINO RX | | NV | | | 11/1/2007 | |
| HILLS PHARMACY | | FL | | 046035253 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| HOLIDAY PHARMACY | | FL | | 046134510 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| HOME IV CARE OF NC INC | | NC | | | 7/21/2007 | |
| HOME OXYGEN SERVICE, LLC | | NE | | | 7/21/2007 | |
| HOMETOWN PHARMACY | | KY | | | 12/11/2007 | |
| HOMETWN PHCY OF WHITLEY CTY IN | | KY | | 10222398 | 10/4/2013 | |
| HOOSIERS PRESCRIPTION SHOP | | IN | █ | 019147587 | 8/3/2012 | █████████ |
| HOPE FOR ALL PHCY &STORE(Z) | | MD | | 41108092 | 10/4/2013 | |
| HOREN'S DRUGSTORE INC. | | WA | | | 11/23/2007 | |
| HOUSE OF MEDICINE | | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| HOUSTON SOUTH SIDE PHARMACY | | TX | | | 11/23/2007 | |
| HP PHARMACY | | TX | | | 11/23/2007 | |
| HUDSON PHARMACY LLC | | NJ | | 23109223 | 10/4/2013 | |
| HUNTING CREEK POINTE PHARMACY | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| HYGEIA, INC DBA VANCEBORO PHARMACY | | NC | | | 5/20/2013 | |
| HYGEN PHARMACEUTICALS | | WA | | | 10/12/2007 | |
| I 10 EAST PHARMACY | | TX | | | 5/17/2007 | |
| IDEAL PHARMACY CARE DBA ESPLANADE PHARMACY | | LA | | | 8/19/2011 | DEA REGISTRATION REVOKED |
| IN N OUT PHARMACY | | FL | | 046124438 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| INTEGRA PHARMACY | | TX | █ | | 7/15/2014 | CSRA DUE DILIGENCE INVEST. |

7/30/2019

| Controlled Substance "Do Not Ship" List Updated 04/30/2018 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| ISLAND DRUG | | FL | | | 10/17/2011 | MANUFACTURER CONCERNS |
| IVRX PHARMACY | | NJ | | | 7/21/2007 | |
| IZZ AND SONS | | FL | | 046013300 | 10/26/2011 | CSRA INVESTIGATION |
| JACINTO PHARMACY | | TX | | | 10/5/2007 | |
| JAFFE, KENNETH S. MD | | FL | | | 11/1/2007 | |
| JEN-MAR PHARMACY SERVICES | | FL | | | 5/12/2007 | |
| JIM'S PHARMACY | | TX | | | 12/11/2007 | |
| JIM'S PT. ANGELES PHARMACY | | WA | | | 12/11/2007 | |
|  | ███████ | ██ | | ███ | | |
|  | ███████ | | | | | |
| JOCHYS PHARMACY | ███ | FL | | ███ | 11/14/2011 | MANUFACTURER CONCERNS |
| JOHN'S PHARMACY (5473) | | LA | | 37109496 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| JR PHARMACY | | FL | | | 6/13/2013 | |
| KABS - BUSCH BLVD. | | FL | | 046132050 | 6/1/2009 | TARGETED VISIT |
| KABS OF TAMPA | | FL | | 046034355 | 6/1/2009 | TARGETED VISIT |
| KENDALLWOOD FAMILY PHCY | | MI | | 49188847 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| KEN'S DISCOUNT | | OK | | | 12/11/2007 | |
| KENS DRUGS INC. | | FL | | | 10/12/2007 | |
| KENTWOOD PHARMACY | | MI | | 049179853 | 11/2/2010 | FEDERAL RAID |
| KENWOOD PHARMACY | | GA | | | 7/21/2007 | |
| KERRS PHARMACY | | CA | | | 5/17/2013 | |
| KHAIROLLAHI, VALI MD | | TN | | | 7/21/2007 | |
| KHAIROLLAHI, VALI | | TN | | | 7/21/2007 | |
| KIJNER, HENRY H. MD | | FL | | | 10/19/2007 | |
| KIJNER, HENRY H. MD | | FL | | | 11/1/2007 | |
| KIKOS PHARMACY, INC. | | FL | | | 4/9/2013 | |
| KING'S PHARMACY | | FL | | 046084863 | 6/1/2009 | TARGETED VISIT |
| KING'S PHARMACY | | TX | | | 11/30/2007 | |
| KINGSWAY PHARMACY LLC | | NJ | | 23090449 | 10/4/2013 | |
| KLEIN, GERALD J MD | | FL | | | 7/21/2007 | |
| KRISCIUNAS, ALGIRALAS J., MD | | FL | | | 2/1/2011 | REGISTRATION REVOKED |
| KRONENBERG, ROBERT D. MD | | FL | | | 10/19/2007 | |
| LAABS INC. | | WI | | | 2/24/2012 | MANUFACTURER CONCERNS |
| LAB DISCOUNT | | MS | | | 7/11/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| LABELCLICK, INC. | | FL | | | 7/21/2007 | |
|  | ███ | ██ | | ███ | | ████████████████ |
| LAKE ARROWHEAD PHARMACY | | CA | | 012081042 | 10/23/2009 | OWNER/PIC ARRESTED |
| LAKE PHARMACY | | CA | | | 12/11/2007 | |
| LAKESIDE DISCOUNT PHARMACY | | FL | | 46032110 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| LAMBRIGHT PHARMACY | | FL | | 046114629 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| LAM'S PHARMACY | | NV | | 020109504 | 5/23/2008 | |
| LANDSDOWNE PHARMACY | | VA | | | 4/12/2013 | |
| LANSDOWNE PHARMACY | | PA | | 56074088 | 6/18/2013 | Voluntarily Surrendered DEA Registration. |
|  | ███████ | ██ | | ███ | | ███████ |
| LAUDERHILL PHARMACY LLC | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| LAZZOPINA, MICHAEL S MD | | FL | | | 7/21/2007 | |
| LEE DRUG STORE INC | | AL | | 52062117 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| LEE-ANN DRUG, INC. | | FL | | | 4/9/2013 | |

7/30/2019

| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
|---|---|---|---|---|---|---|
| LIFE EXTENSION PHARMACY | | FL | ███ | ███ | 11/14/2011 | MANUFACTURER CONCERNS |
| LIFECHECK #30 | | TX | | | 10/12/2007 | |
| LIFEFIRST PHARMACY | | NV | | 020153510 | 9/4/2012 | CSRA INVESTIGATION |
| | | | | | | ██████████████████ |
| LIFEPOINT PHARMACY | | TN | | 044-209528 | 11/21/2012 | CSRA INVESTIGATION |
| LINCOLN PHARMACY | | NJ | | 023016725 | 4/8/2010 | OWNER ARRESTED |
| LINTON SQUARE PHARMACY | | FL | | 046001255 | 10/12/2007 | |
| LIVE AND LET LIVE PHARMACY | | FL | | | 9/21/2011 | MANUFACTURER CONCERNS |
| LONG DRUG | | IA | | | 11/18/2014 | CSRA DUE DILIGENCE INVEST. |
| LONG, AARON E. MD, DBA ALL CARE PAIN MANAGEMENT | | FL | | 046050476 | 7/21/2007 | |
| LOPER'S PHARMACY | | TX | | 037116319 | 8/31/2011 | OWNER ARRESTED |
| LOW COST | | IN | | | 12/11/2007 | |
| LOWES DRUG | | TN | | | 10/17/2011 | MANUFACTURER CONCERNS |
| LUMBERTON DRUG | | NC | | | 10/12/2007 | |
| LYONS PLAZA PHARMACY | | FL | | 046035113 | 5/12/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MACDILL PHARMACY | | FL | | 046125534 | 7/2/2010 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MADABHUSHI PHARMACY SERVICES | | FL | | | 9/16/2011 | MANUFACTURER CONCERNS |
| MADISON PHARMACY INC | | MI | | 49189944 | 10/4/2013 | |
| MAI PHARMACY | | FL | | | 10/2/2007 | |
| MAIN MEDICAL PLAZA PHARMACY | | TX | | | 7/21/2007 | |
| | | | | ███ | | ██████████████ |
| MANGUM PHARMACY | | TX | | | 7/21/2007 | |
| MANGUM ROAD PHARMACY | | TX | | | 7/21/2007 | |
| MARKET PHARMACY | | MN | | | 7/21/2007 | |
| MARKET STREET PHARMACY | | DE | | | 10/12/2007 | |
| MARTELL PHARMACY | | FL | | | 4/9/2013 | |
| MARTINEZ, FEDERICO J. MD | | FL | | | 11/1/2007 | |
| MARWOOD LOW COST PHARMACY | | IN | | | 11/14/2011 | MANUFACTURER CONCERNS |
| MARZO, JOHN M. MD | | NY | ███ | | 11/1/2007 | ████████ |
| MASTERY PHARMACY | | TX | | | 5/17/2007 | |
| MASWOSWE'S ALTERNATIVE PHARMACY SERVICES | | TX | | | 8/25/2007 | |
| MAXIMUM PHARMACY, INC. | | TX | | | 8/25/2007 | |
| MAYFAIR PHARMACY | | KY | | 044055186 | 8/31/2011 | P.I.C. ARRESTED |
| MCCOY, JAMES L MD | | TN | | | 7/21/2007 | |
| MCELROY , AUBREY MD | | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D MD | | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D MD | | TN | | | 7/21/2007 | |
| MCELROY, AUBREY D | | TN | | | 7/21/2007 | |
| MCGOWAN-JONES PHARMACY | | GA | | 040143669 | 11/22/2013 | |
| MCKINNEY, LAURENCE T. | | PA | | | 8/4/2008 | |
| MCLAIR GRIFFIN PHARMACY DME | | AL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| MD FAMILY PHARMACY | | FL | | 46043133 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MD FAMILY PHARMACY | | FL | | 46043141 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MD PHARMACY | | CA | | | 5/17/2013 | |
| MD PHARMACY | | TN | | | 11/14/2011 | MANUFACTURER CONCERNS |
| MED INSTITUTIONAL SRVCS, INC. | | FL | | | 7/21/2007 | |
| MED PHARMACY | | TX | | | 8/25/2007 | |
| MEDASSIST RX, LLC | | FL | | | 5/12/2007 | |
| MEDCENTER PHARMACY | | FL | | | 5/12/2007 | |
| MED-EXPRESS PHARMACY | | TX | | | 7/21/2007 | |

Controlled Substance "Do Not Ship" List
Updated 04/30/2018

7/30/2019

| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
|---|---|---|---|---|---|---|
| | | | | | Controlled Substance "Do Not Ship" List | |
| | | | | | Updated 04/30/2018 | |
| MEDI PLUS PHARMACY | | TX | | 37061309 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MEDI PLUS PHARMACY | Thomas Huang | TX | | 37061309 | 10/31/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MEDICAL MALL PHARMACY | | TN | | | 12/11/2007 | |
| MEDICAL PLAZA PHARMACY | | FL | | 046124636 | 11/2/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MEDICAL SOLUTIONS, INC | | SC | | | 7/21/2007 | |
| MEDICAL TOWERS PHARMACY | | CA | | | 10/17/2011 | MANUFACTURER CONCERNS |
| MEDICAP PHARMACY | | MI | | | 3/27/2012 | MANUFACTURER CONCERNS |
| MEDICAP PHARMACY #8265(Z)(GNP) | | NJ | | 56071019 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MEDICINE CENTER PHARMACY | | OH | | 010223776 | 5/9/2013 | DEA RAID |
| MEDICINE SHOPPE | | AL | | 52094318 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MEDICINE SHOPPE | | TN | | | 12/11/2007 | |
| MEDICINE SHOPPE #1934 (GATUS-PHARMA LLC) | | FL | | | 9/16/2013 | |
| MEDICINE SHOPPE 1528 | | GA | | | 3/27/2012 | MANUFACTURER CONCERNS |
| MEDICINE SHOPPE PHARMACY | | TX | | | 8/25/2007 | |
| MEDIPHARM-RX | | FL | | | 5/12/2007 | |
| MEDLIFE PHARMACY & COMPOUNDING | | CA | | 12008524 | 10/4/2013 | |
| MEDRITE PHARMACY | | PA | | | 11/1/2007 | |
| MED-RITE PHARMACY | | TX | | | 10/12/2007 | |
| MEETINGHOUSE COMMUNITY PHARMACY | | MA | | | 3/9/2009 | FEDERAL REGISTER |
| MEMORIAL CITY PROFESSIONAL PHARMACY | | TX | | 037089458 | 10/5/2007 | |
| MEMORIAL COMPOUNDING PHARMACY | | TX | | | 7/21/2007 | |
| MENDEL PHARMACY INC | | MD | | 41152934 | 10/4/2013 | |
| MENDEZ, EDUARDO S MD | | FL | | | 7/21/2007 | |
| MERCURY DRIVE PHARMACY | | TX | | | 10/5/2007 | |
| MERCURY DRUGS | | MI | | 49188920 | 10/4/2013 | |
| MERCURY PHARMACY   APG | | MI | | 49188458 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MESA CLINICAL PHARMACY | | CA | | | 12/11/2007 | S |
| METRO DRUGS | | NV | | | 10/17/2011 | MANUFACTURER CONCERNS |
| MICHAELS PHARMACY | | FL | | 046134478 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MIDDLETOWN CHEMISTS INC | | NY | | 4065698 | 10/4/2013 | |
| MILLENNIUM PHARMACY INC. | | NY | | 23002725 | 10/4/2013 | |
| MILLER, MICHAEL J MD | | FL | | | 7/21/2007 | |
| MILNER, DAVID MD | | FL | | | 7/21/2007 | |
| MILTON MEDICAL AND DRUG CO | | FL | | | 4/9/2013 | |
| MNC RX INC. | | FL | | | 11/23/2007 | |
| MOBLEY'S DISCOUNT PHARMACY | | GA | | | 2/24/2012 | MANUFACTURER CONCERNS |
| MORENCY, JACQUES P. MD | | FL | | | 11/1/2007 | |
| MORRISON'S RX INC | | FL | | | 11/1/2007 | |
| MOSCOWITZ, NORMAN MD | | FL | | | 11/1/2007 | |
| MOTTO PHARMACY | | FL | | 46036095 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MOUNTAINEER DRUG INC APSC | | WV | | 10235044 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| MOZAJ INC, DBA SEMINOLE DRUGS | | FL | | 046013847 | 4/17/2008 | |
| MURRAY, GWINN MD | | FL | | | 7/21/2007 | |
| MYERS DRUG, INC. | | TX | | | 11/27/2013 | Due Diligence Investigation |

7/30/2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Controlled Substance "Do Not Ship" List** <br> **Updated 04/30/2018** | | | | | | | |
| **Business Name** | **Owner Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** | |
| MYKAL DISCOUNT PHARMACY | | MI | | 049181420 | 1/25/2011 | OWNER ARRESTED | |
| MYKAL DISCOUNT PHARMACY | | MI | | 049181420 | 1/25/2011 | OWNER ARRESTED | |
| | | | | | | | |
| NATIONAL PHARMACY DBA MEDICINE SHOPPE | | FL | | 046131854 | 5/12/2007 | | |
| | | | | | | | |
| NEW CHOICE PHARMACY | | OH | | | 12/11/2007 | | |
| NEW HOPE PHARMACY | | NJ | | 56026641 | 10/4/2013 | | |
| NEW LIFE COMMUNITY PHARMACY | | FL | | | 4/9/2013 | | |
| NEW TAMPA PHARMACY | | FL | | CLOSED | 10/16/2011 | OWNER ARRESTED | |
| NEW TAMPA WEIGHT LOSS CLINIC | | FL | | | 10/12/2007 | | |
| NEWCASTLE PHARMACY | | OK | | | 5/25/2007 | | |
| NICELY MD,FLOYD ED | | TN | | | 7/21/2007 | | |
| NICHOLS HILL PHARMACY | | CA | | | 5/12/2007 | | |
| NINTH STREET PHARMACY | | PA | | | 10/12/2007 | | |
| | | | | | | | |
| NNWOOD PHARMACY, LLC | | TX | | | 8/25/2007 | | |
| NORDEN, JACK ALVIN MD | | FL | | | 7/21/2007 | | |
| NORTH BEACHES PHARMACY, INC | | FL | | 46000513 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| NORTH FLORIDA PHARMACY | | FL | | 046005876 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| NORTH FLORIDA PHARMACY | | FL | | 046005884 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| NORTH FLORIDA PHARMACY | | FL | | 046005892 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| NORTH FLORIDA PHARMACY | | FL | | 046005900 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| NORTHDALE PHARMACY (BELAVINASH INC) | | FL | | | 9/16/2011 | MANUFACTURER CONCERNS | |
| NORTHEAST PHARMACY | | PA | | | 11/14/2011 | MANUFACTURER CONCERNS | |
| NORTHSHORE DISC PHARMACY INC. | | LA | | | 8/25/2007 | | |
| NORWIN PHARMACY | | PA | | 010006056 | 2/28/2013 | CSRA INVESTIGATION | |
| NOVELTY DISTRIBUTORS | | IN | | | 9/11/2008 | | |
| NUGENT PHARMACY | | MI | | 049050401 | 8/31/2009 | OWNER INDICTED | |
| | | | | | | | |
| O'BRIEN'S SUPERMARKET PHMCY #2 | | CA | | 8046615 | 10/4/2013 | | |
| OCOEE DISCOUNT PHARMACY | | FL | | 46034819 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| OLYMPIC DRUG | | WA | | | 12/11/2007 | | |
| OMEGA PHARMACY | | MI | | 49188417 | 10/4/2013 | | |
| ONE STOP RX | | FL | | 046125591 | 7/2/2010 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| OPTIMA RX, INC | | FL | | 046051011 | 7/21/2007 | | |
| ORANGE BAY PHARMACY | | FL | | 046134460 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| | | | | | | | |
| OSSORIO, JOSEPH M MD, PA | | FL | | | 7/21/2007 | | |
| OSSORIO, JOSEPH MANUEL MD | | FL | | | 7/21/2007 | | |
| OVERHOLT'S CHAMPION PHARMACY | | OH | | | 7/21/2007 | | |
| OWAIS, INC | | NY | | | 6/13/2013 | | |
| P S A CLINIC PHARMACY  (FE) | | NC | | 55032417 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| | | | | | | | |
| PALM PHARMACY, INC | | FL | | 46042416 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS | |
| PARIDISE VALLEY PHARMACY | | AZ | | | 3/27/2012 | MANUFACTURER CONCERNS | |
| PARK BLVD. PHARMACY | | CA | | 012041673 | 3/11/2008 | | |
| PARK PLACE PHARMACY | | MS | | 52178731 | 11/15/2013 | | |
| PARK PLACE RX | | TX | | | 5/12/2007 | | |
| PARKER ROAD DRUG STORE | | SC | | | 12/11/2007 | | |

| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
|---|---|---|---|---|---|---|
| PARKWAY PHARMACY INC | | TX | | | 7/21/2007 | |
| PATTERSON FAMILY PHARMACY | | CA | | | 5/17/2013 | |
| | | | | | | |
| PEARL STREET PHARMACY INC | | FL | | | 7/21/2007 | |
| PEOPLE'S PHARMACY | | OH | | 010093617 | 8/11/2009 | CSRA INVESTIGATION |
| PEREZ-MCARTHUR, VIVIAN A., DC, DBA PALM BEACH PAIN MGMT. | | FL | | | 8/25/2007 | |
| PERRY DRUG | Dena Perry & Matthew Perry | KS | | 021102095 | 11/14/2013 | |
| PERRY DRUG | | KS | | 021102095 | 9/9/2011 | No OX |
| PHAMCO DRUGS DBA UTICA RX INC | | NY | | 23161158 | 7/28/2014 | BELLCO INVESTIGATION |
| PHAMILY PHARMACY | | DC | | | 7/21/2007 | |
| | | | | | | |
| PHARMACY 101 | | LA | | | 10/12/2007 | |
| | | | | | | |
| PHARMACY 4 LESS II | | MI | | 49186866 | 6/28/2013 | |
| PHARMACY 4 LESS III  EPIC | | MI | | 49188433 | 6/28/2013 | |
| PHARMACY 4 LESS LLC | | MI | | 49179564 | 6/28/2013 | |
| | | | | | | |
| PHARMACY CARE, INC DBA THE MEDICINE SHOPPE | | FL | | | 12/11/2013 | Due Diligence Investigation |
| | | | | | | |
| PHARMACY CITY | | LA | | | 5/17/2007 | |
| PHARMACY DOCTORS ENTERPRISES DBA ZION CLINIC PHARMACY | | FL | | 046114769 | 7/2/2010 | SECONDARY ACCOUNT / HIGH CONTROLS |
| PHARMACY EXPRESS | | FL | | | 11/1/2007 | |
| PHARMACY OF AMERICA | | PA | | | 11/14/2011 | MANUFACTURER CONCERNS |
| PHARMACY OF THE WOODS | | CA | | 12006908 | 10/4/2013 | |
| PHARMACY ONE | | FL | | 046004143 | 10/26/2011 | EMERGENCY SUSPENSION |
| PHARMACY XPRESS | | PA | | | 10/12/2007 | |
| PHARMACY XPRESS OF FLORIDA LLC | | FL | | | 7/21/2007 | |
| PHARMALIFE CONSULTANT INC | | FL | | | 10/17/2011 | MANUFACTURER CONCERNS |
| PHARMCORE, INC | | FL | | 46006197 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| PHARMLAND LLC AKA LIFECARE PHARMACY | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| | | | | | | |
| PHEMMY VENTURES | | FL | | 046114553 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| PHILARX PHARMACY | | PA | | 23147603 | 10/4/2013 | |
| PHILLIPS, JAMES BENJAMIN MD | | FL | | | 11/1/2007 | |
| PHILLY PHARMACY II | | PA | | 56025791 | 10/4/2013 | |
| PHYSICIANS PRIMARY CARE | | KY | | | 4/25/2014 | Due Diligence Investigation |
| PLATINUM CARE PHARMACY | | MI | | 049054411 | 3/11/2008 | |
| POMPANO PHARMACY | | FL | | 046001750 | 12/11/2007 | |
| | | | | | | |
| PRESCRIPTION COMPOUNDING PHCY | | OK | | 18065201 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| PRESCRIPTION GIANT LLC | | OH | | | 9/8/2009 | NO CONTROLS |
| PRESCRIPTIONS PLUS INC | | FL | | 046050997 | 7/21/2007 | |
| PRIME PHARMACY | | TX | | | 5/17/2007 | |
| | | | | | | |
| PROGRESSIVE PHARMACY | | FL | | 046125427 | 11/2/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| PRO-MED PHARMACY | | TX | | | 7/21/2007 | |
| | | | | | | |
| PROMENADE PHARMACY | | GA | | | 7/21/2007 | |
| PROSCRIPT PHARMACY | | FL | | 046081117 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| PYRAMID DISCOUNT PHARMACY | | GA | | 40069732 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| Q R G , INC. | | FL | | | 7/21/2007 | |
| QUICK SCRIPTS | | TN | | | 11/7/2011 | CSRA INVESTIGATION |
| QVL 222 | | LA | | 37117549 | 10/9/2013 | |

Controlled Substance "Do Not Ship" List
Updated 04/30/2018

7/30/2019

| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
|---|---|---|---|---|---|---|
| QVL 224 | | LA | | 37117556 | 10/9/2013 | |
| RABINSKY, ISRAEL MD | | FL | | | 7/21/2007 | |
| | | ███ | | ████ | ████ | ███████████ |
| RADIANCE PHARMACY | | FL | | 046085357 | 5/23/2008 | |
| RAFFA, JAMES MD | | FL | | | 7/21/2007 | |
| RAINBOW DRUGS | | GA | | | 12/11/2007 | |
| RANG, INC, DBA THE DRUG SHOP | | FL | | 046050823 | 4/17/2008 | |
| RANI INC. | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| RAV-BAL, INC., DBA THE RX SHOP | | FL | | 046085308 | 7/21/2007 | |
| RAXO DRUGS, INC | | NV | | | 7/21/2007 | |
| | | | | ████ | | ███████████ |
| REDLAND PARMACY | | FL | | | 4/9/2013 | RX-ONLY BG ACCOUNT SET UP 7/2016 |
| REDLAND PHARMACY | | CA | | | 4/1/2009 | DEA ORDER TO SHOW CAUSE |
| REMEDY RX (CII's only) | | NV | | 020078543 | 8/16/2010 | CSRA INVESTIGATION |
| REMOTE PHARMACY SOLUTIONS | | TX | | | 8/25/2007 | |
| REPUBLIC PHARMACY | | FL | | 46041137 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| REYNOLDS PHARMACY        B07 | | MD | | 41066860 | 10/4/2013 | |
| RIBA, HICHAM K., DDS | | IL | | | 12/12/2008 | |
| RICHMOND PHARMACY | | TX | | | 8/25/2007 | |
| RKR HOLDINGS, DBA MEDICHEM RX | | FL | | | 5/12/2007 | |
| Robert V. Cattani, M.D | | NY | | | 7/31/2014 | Decision & Orders from DEA email |
| ROBERTS DRUG | | FL | | 046009076 | 10/26/2011 | EMERGENCY SUSPENSION |
| ROBERTS DRUG #4 | | FL | | 046034801 | 10/26/2011 | EMERGENCY SUSPENSION |
| ROBINSON, SHARLENE D MD | | FL | | | 7/21/2007 | |
| ROCHESTER HILLS PHCY | | MI | | 49181487 | 10/4/2013 | |
| ROOTS PHARMACEUTICALS, INC. | | UT | | 170186452 | 4/17/2008 | DEA REGISTRATION REVOKED |
| ROSEL HOME EQUIPMENT CARE INC | | FL | | | 4/9/2013 | |
| ROSSERS PRESCRIPTION SHOP | | LA | | | 11/1/2007 | |
| ROSSMORE PHARMACY | | NJ | | | 8/14/2014 | DEA RAID |
| ROYAL RX PHARMACY | | FL | | 046007518 | 5/25/2007 | |
| RUBIO, EPIMACO O MD | | WV | | | 7/21/2007 | |
| RX INTERNATIONAL PHARMACY | | FL | | | 4/9/2013 | |
| RX MED PHARMCARY | | TX | | | 7/21/2007 | |
| RX MEDS PHARMACY INC | | FL | | 46050138 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| RX PERT #1, LLC | | FL | | | 11/23/2007 | |
| RX PHARMACY | | MI | | 49177832 | 10/4/2013 | |
| RX PHARMACY | | OH | | 010191965 | 5/16/2011 | CSRA INVESTIGATION |
| | | ███ | | | | ███████████ |
| RXWORLD, INC, | | FL | | | 7/21/2007 | |
| SABATES, RICARDO J MD | | FL | | | 7/21/2007 | |
| SABATES, RICHARDO J. MD | | FL | | | 11/1/2007 | |
| SACHS, RUSSELL H MD | | FL | | | 7/21/2007 | |
| SAFEGUARD RX | | TX | | | 8/25/2007 | |
| SAFESCRIPT PHARMACY | | WV | | 010052670 | 2/13/2012 | CSRA INVESTIGATION |
| SAFESCRIPT PHARMACY BUSHNELL | | FL | | 46043208 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| SAFESCRIPT PHARMACY WILDWOOD | | FL | | 46043216 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| | | | | | | ███████████ |
| SAMARITAN MED'L CTR PHMCY | | CA | | 8056390 | 10/4/2013 | |
| SAMPLE SQUARE PHARMACY | Jagdip Patel, Mahasukhlal Dadia & Bharatkumar Patel | FL | | 046059188 | 11/13/2013 | HIGH HD & OY ORDERS |
| SARNO PHARM THE MEDICINE SHOPPE | | FL | | 046132423 | 10/25/2013 | CSRA Customer Due Diligence Findings |
| SATELLITE DRUG AND PHARMACY | | FL | | | 8/25/2007 | |
| SAVMORX DRUGS | | GA | | | 2/24/2012 | MANUFACTURER CONCERNS |

**Controlled Substance "Do Not Ship" List**
**Updated 04/30/2018**

7/30/2019

| Controlled Substance "Do Not Ship" List Updated 04/30/2018 | | | | | | |
|---|---|---|---|---|---|---|
| **Business Name** | **Owner Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| SCOTTSDALE PROFESSIONAL PHARMACY | | AZ | ■ | 20057026 | 11/1/2013 | |
| SCRIPT MAIL PHARMACY | | NY | | | 10/12/2007 | |
| SCRIPTCARERX & MEDICAL SUPPLY | | CA | | 8091637 | 10/4/2013 | |
| SHAAN BUSINESS INC DBA HOMESTEAD PHARMACY | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| | | | ■ | ■ | | ■ |
| SHAYONA PHARMACY | | NJ | | 23003491 | 12/20/2013 | OWNER ARRESTED |
| SMALL, MELVIN D. MD | | FL | | | 11/1/2007 | |
| SMARTCHOICE DISCOUNT PHCY | | OH | | 10223883 | 10/4/2013 | |
| SMEETA'S PHARMACY | | MD | | | 5/12/2007 | |
| SMILE PHCY & SURGICAL SUPPLIES | | NJ | | 23132225 | 10/4/2013 | |
| SMITH, DOUGLAS R MD | | FL | | | 7/21/2007 | |
| SMITH, DOUGLAS R., MD | | FL | | | 11/1/2007 | |
| SMITH, DOUGLAS RANDAL MD | | FL | | | 11/1/2007 | |
| SMITH, DOUGLAS RANDALL MD | | FL | | | 7/21/2007 | |
| SMITHVILLE PHARMACY INC | | MS | | | 7/21/2007 | |
| SMZA ENTERPRISES DBA FIRST CHOICE PHARMACY | | FL | | | 3/27/2012 | MANUFACTURER CONCERNS |
| SOLUTIONS DRUG STORE | | FL | | | 4/9/2013 | |
| SOUTH WAYSIDE | | TX | | | 10/12/2007 | |
| SOUTHEASTERN INTEGRATED MEDICAL | | FL | | | 12/11/2007 | |
| SOUTHSIDE PHARMACY | | OH | | 010106708 | 5/9/2013 | DEA RAID |
| SOUTHWEST PHARMACIES INC DBA THE PHARMACY SHOPPE | | WI | | | 10/17/2011 | MANUFACTURER CONCERNS |
| SPECTRUM PHARMACY | | CA | | 12059493 | 10/4/2013 | |
| | | | ■ | ■ | | ■ |
| SPRING STREET DRUG | | MA | | | 10/12/2007 | |
| SPRING VALLEY PHARMACY | | NV | | | 3/27/2012 | MANUFACTURER CONCERNS |
| SPRINGDALE PHARMACY INC | | NJ | | 23136671 | 10/4/2013 | |
| ST. BARNABAS PHARMACY | | MD | ■ | 41142851 | 10/4/2013 | ■ |
| ST. MARKS PHARMACY | | FL | | 046114520 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| STANLEY PHARMACY | | NY | | 023002576 | 1/17/2013 | DEA RAID |
| STAR DRUG | | IA | | | 11/18/2014 | CSRA DUE DILIGENCE INVEST. |
| STATE PHARMACY | | DC | | | 8/25/2007 | |
| STEEPLECHASE PHARMACY | | TX | | | 7/15/2014 | CSRA DUE DILIGENCE INVEST. |
| STEWART PLAZA | | TN | | | 7/26/2013 | |
| STODOLA, PATRICK | | IL | | | 5/6/2009 | FEDERAL REGISTER |
| STORM PHARMACY | | TX | | | 8/25/2007 | |
| STUDEWOOD PHARMACY | | TX | | | 5/12/2007 | |
| SUGAR LAND COMPOUNDING PHCY | | TX | | 37129205 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| SUGARLAND COMPOUNDING PHARMACY | | TX | | | 6/28/2014 | |
| SUMMIT PAIN SPECIALIST | JAMES BRESSI | OH | | 100088159 | 10/8/2014 | 5/14/14 - Letter was sent; customer did not fulfill a requirement we proposed upon them. 10/7 - owner charges with sexual imposition |
| SUNNY WHOLESALE | | GA | ■ | ■ | 10/14/2008 | ■ |
| SUNRISE WHOLESALE | | FL | ■ | ■ | 1/4/2008 | ■ |
| SUNSHINE GULFSHORE PHARMACY INC. | | FL | | 046032169 | 8/14/2012 | CSRA INVESTIGATION |
| SUNSHINE PHARMACY INC | | FL | | 046032185 | 8/14/2012 | CSRA INVESTIGATION |
| SUNSHINE PHARMACY MEDICAL INC. | | FL | | 046032227 | 8/14/2012 | CSRA INVESTIGATION |
| SUNSHINE SOLUTIONS PHARMACY | | FL | | 046032144 | 8/14/2012 | CSRA INVESTIGATION |
| SUNSHINE WELLNESS CENTER | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |

| Controlled Substance "Do Not Ship" List Updated 04/30/2018 | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
| SUPER AID PHARMACY | | VA | ▮ | ▮ | 11/8/2013 | CSRA 590 INVESTIGATION |
| ▮ | | ▮ | | | | |
| ▮ | | ▮ | | ▮ | | |
| SUPERIOR MEDICAL SUPPLY | | CO | | | 8/25/2007 | |
| SUPERIOR PHARMACY | | FL | | | 11/28/2007 | |
| SUPERIOR PHARMACY | | FL | | | 11/28/2007 | |
| ▮ | | ▮ | | ▮ | | ▮ |
| SUPREME PHARMACY & MEDICAL (Z) | | MD | | 41102095 | 10/4/2013 | |
| SUPREME RX DBA TELJA UNLIMITED LLC | | TX | | 1099583 | 1/20/2014 | denied for controls as result of Bellco Due Diligence investigation |
| SWARTZ, FREDRIC A MD DBA ALL FLORIDA PAIN MANAGEMENT | | FL | | | 6/1/2007 | |
| T & T PHARMACY | | TX | | 037055921 | 12/11/2007 | |
| T&C DISCOUNT PHARMACY PLUS | | FL | | 46042556 | 10/18/2013 | |
| TAYLOR DISCOUNT PHCY  APG | | MI | | 49194944 | 10/30/2013 | CSRA INVESTIGATION |
| TBT PHARMACY INC. | | CA | | 12089508 | 10/4/2013 | |
| TEJAS PHARMACY | Amy Imber/Abel Davilla & Wife | TX | | 37130450 | 10/18/2013 | Low dollars, high hydrocodone, carisoprodol & alprazolam |
| TEJAS PHARMACY 2 | Amy Imber/Abel Davilla & Wife | TX | | 37119594 | 10/18/2013 | Low dollars, high hydrocodone, carisoprodol & alprazolam |
| TERRE HAUTE PRESCRIPTION SHOP | | IN | | 019051953 | 6/1/2011 | HEALTHCARE FRAUD |
| TEXAS PARKWAY PHARMACY | | TX | | | 8/25/2007 | |
| THACKERVILLE PHARMACY | Dana Sprott | OK | | | 10/18/2013 | |
| THE DRUG SHOPPE INC | | FL | | | 7/21/2007 | |
| THE DRUG STORE CLINIC | | OH | | 010048595 | 12/11/2007 | |
| THE DRUG STORE PHARMACY | | OH | | | 6/13/2013 | |
| THE HOMETOWN PHARMACY | ▮ | PA | | | 10/12/2007 | |
| THE MEDICINE SHOPPE | | TX | ▮ | ▮ | 10/3/2014 | ▮ |
| THE MEDICINE SHOPPE | | TX | | | 10/3/2014 | FEDERAL REGISTER |
| THE MEDICINE SHOPPE | | FL | | 046013060 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| THE MEDICINE SHOPPE | | OH | | 010040444 | 10/2/2007 | |
| THE MEDICINE SHOPPE - 5900 REISTERTOWN ROAD, BALTIMORE | | MD | | | 9/3/2008 | |
| THE MEDICINE SHOPPE - 8035 LIBERTY ROAD, BALTIMORE | | MD | | | 9/3/2008 | |
| THE MEDICINE SHOPPE - LAKELAND (SUN & LAKE PHMCY SVCS) | | FL | | N/A | 5/5/2011 | DEA REVOCATION |
| THE MEDICINE SHOPPE (X)(GNP) | | PA | | 56010140 | 10/4/2013 | |
| THE MEDICINE SHOPPE SPEC INNV | | FL | | 46041376 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| THE PRESCRIPTION SHOP | | MI | | 049046623 | 5/12/2007 | |
| THE PRESCRIPTION SHOP 2 | | MI | | 049114116 | 5/12/2007 | ▮ |
| TIME SQUARE DRUGS | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| TMP PHARMACY | | TX | | | 12/19/2007 | |
| TNC LLC | | FL | | 046134403 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| TOTAL HEALTH PHARMACY | | FL | | 46124651 | 10/31/2013 | Low dollar volume, high anticipated usage for OY |
| TOUCHRX PHARMACY | | TX | | | 5/12/2007 | |
| TOWN DRUG OF HOLLYWOOD | | FL | | 046001305 | 10/26/2011 | CSRA INVESTIGATION |

7/30/2019

| Business Name | Owner Name | State | DEA Number | ABC Acct. Number | Date Added | Notes |
|---|---|---|---|---|---|---|
| | | | Controlled Substance "Do Not Ship" List Updated 04/30/2018 | | | |
| TOWNE PHARMACY | | NJ | | 023099770 | 5/11/2011 | CSRA INVESTIGATION |
| TREUHERZ, ROBERT R. MD | | FL | | | 11/23/2007 | |
| TRINITY HEALTH CARE DBA OVIEDO DISCOUT PHARMACY | | FL | | 046001768 | 6/30/2007 | |
| TRINITY II PHARMACY | | FL | | 046013458 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| TRINITY PHARMACY | | FL | | 046121343 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| TRIVILLIAN'S PHARMACY | | WV | | | 9/26/2014 | DEA RAID + 590 INVESTIGATION |
| TRU VALU | | FL | | 046055988 | 2/10/2011 | CSRA INVESTIGATION/MANUFACTURER CONCERN |
| TRUCARE | | TX | | | 8/25/2007 | |
| TUCKER DRUGS | | NJ | | 023113167 | 11/9/2009 | OWNER/PIC ARRESTED |
| TUG VALLEY PHARMACY | | WV | | 010175489 | 10/19/2009 | CSRA INVESTIGATION |
| TV PHARMACIST LLC | | FL | | 046134528 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| TXRX PHARMACY | | TX | | | 7/21/2007 | |
| ULTRATECH MED SUPPLY (No OX) | | FL | | 046037804 | 11/14/2011 | MANUFACTURER CONCERNS |
| UM PHARMACY | | TX | | | 7/21/2007 | |
| UNION PHARMACY | | GA | | 40070128 | 10/18/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| UNIQUE CARE PHARMACY | | NV | | | 5/17/2013 | |
| UNITED CARE PHARMACY | | NC | | | 10/12/2007 | |
| UNIVERSAL RX | | FL | | | 5/12/2007 | |
| URBAN ALTERNATIVE PHARMACY | | TX | | | 8/25/2007 | |
| URBAN PHARMACY | | TX | | 0118199596 | 1/27/2012 | CSRA INVESTIGATION |
| US 1 PHARMACY | | FL | | 046126656 | 8/25/2007 | |
| US PHARMACY | | TX | | | 6/1/2007 | |
| VALLEY APOTHECARY(X) (EPIC)868 | | VA | | 41007211 | 10/4/2013 | |
| VASUPUJYA PHARMACY | | FL | | 046007229 | 5/11/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| VAZQUEZ-SENTI, JOSE VICTOR MD | | PR | | | 9/6/2007 | |
| VH PHARMACIES 1 | | FL | | | 11/14/2011 | MANUFACTURER CONCERNS |
| VICTORY RX LLC | | NY | | | 11/14/2011 | MANUFACTURER CONCERNS |
| VIKAS MANAGEMENT LLC DBA RAVENS CORNER PHARMACY | | TX | | 018143818 | 6/5/2009 | PHARMACY LICENSE REVOKED |
| VILLAGE CHEMISTS-SETAUKET(Z) | | NY | | 23077859 | 10/4/2013 | |
| VILLAGE PHARMACY | | LA | | | 3/27/2012 | MANUFACTURER CONCERNS |
| VIN-KASH INC | | FL | | | 7/21/2007 | |
| VIN-KASH INC, DBA MEDICOM RX | | FL | | | 5/12/2007 | |
| VIOPEG PHARMACY(D'ROKECH INC) | | MD | | 41141341 | 10/4/2013 | |
| VITAL CARE OF CONNECTICUT(X) | | CT | | 4071001 | 10/4/2013 | |
| VOLEL PROFSSNL PHMCST ASSC P.A DBA PHARMACY ONE PRO | | FL | | 046065169 | 7/21/2007 | |
| VOLUME DRUG #2 | | CA | | 24068007 | 11/8/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| WAKEFIELD PHARMACY INC(Z) | | NY | | 23017715 | 10/4/2013 | |
| WASCHKO'S PHARMACY | | PA | | 23006783 | 6/16/2014 | PHARMACY RAID |
| WASSERMAN, NORMAN MD | | FL | | | 10/19/2007 | |
| WAYNE J. STOLFUS PHCY, DBA ADVANCE PHARMACY | | CA | | | 8/25/2007 | |
| WEAVER PHARMACY | | FL | | 046007385 | 12/9/2009 | OWNER/PIC ARRESTED |
| WEED, THOMAS J MD | | FL | | | 7/21/2007 | |
| WEISE PRESCRIPTION SHOP | | FL | | | 5/17/2013 | |
| WELCOME RX (Z) | | NY | | 23058933 | 11/12/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |

7/30/2019

| | Controlled Substance "Do Not Ship" List<br>Updated 04/30/2018 | | | | | |
|---|---|---|---|---|---|---|
| **Business Name** | **Owner Name** | **State** | **DEA Number** | **ABC Acct. Number** | **Date Added** | **Notes** |
| WELLAID PHARMACY INC., | | PA | | 56020180 | 10/4/2013 | |
| WELSH PHARMACY | | PA | | 056020487 | 6/18/2013 | Voluntarily Surrendered DEA Registration. |
| WEST BELLFORT | | TX | | | 5/17/2007 | |
| WEST COAST II | | FL | | 046131276 | 5/11/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| WEST COAST PHARMACY | | FL | | 046131268 | 5/11/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| WEST COAST PHARMACY | | FL | | 046012427 | 12/11/2007 | |
| WEST GORE PHARMACY | | FL | | 046033936 | 5/14/2009 | SECONDARY ACCOUNT / HIGH CONTROLS |
| WESTSIDE PLAZA | | CA | | | 5/12/2007 | |
| WESTVILLE PRESCRIPTION CENTER | | OK | | 18070995 | 10/16/2013 | SECONDARY ACCOUNT / HIGH CONTROLS |
| WHEATLAND PHARMACY | Lynn Michelle Clark | TX | | | 11/22/2013 | Decision & Orders from DEA email |
| WHITE CROSS DRUG | | CA | | 012090183 | 3/11/2008 | |
| WILLIAMS, WILSON CHARLES MD | | FL | | | 7/21/2007 | |
| Windsor Pharmacy | | NJ | | 23018028 | 4/11/2013 | |
| WOODLANDS PHARMACY | | TX | | | 7/21/2007 | |
| WOODY PHARMACY WATERSIDE, INC | | NC | | | 7/21/2007 | |
| WORLDWIDE RX, INC | | FL | | | 7/21/2007 | |
| WYSOR, MICHAEL S MD PHD | | TN | | | 7/21/2007 | |
| WYSOR, MICHAEL S MD | | TN | | | 7/21/2007 | |
| XAVIER PHARMACY | | TX | | | 11/30/2007 | |
| XAVIER PHARMACY | | TX | | | 5/17/2007 | |
| YAFFE, MICHAEL G. MD | | FL | | | 11/1/2007 | |
| YAFFE, MICHAEL G. MD | | FL | | | 11/1/2007 | |
| YAS CARIBE INC. | | PR | | | 9/6/2007 | |
| YORKSHIRE PHCY INC (Z) | | NJ | | 23059667 | 10/4/2013 | |
| YOUR DRUGGIST | | FL | | | 7/21/2007 | |
| ZARET, PHILLIP DAVID MD | | CA | | | 10/12/2007 | |
| ZELFMAN, MIKHAIL MD | | FL | | | 10/19/2007 | |

**Controlled Substance   Removed List/Currently Approved for CS Purchases**

| Business Name | State | DEA Number | Date Added | Date Removed | Reason for Removal | Comments |
|---|---|---|---|---|---|---|





