# EXHIBIT 103-A

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER PSI 0001400