# EXHIBIT 109

| | |
|---|---|
| **From:** | HW CS Compliance |
| **To:** | Controlled Substances Compliance |
| **CC:** | Roxy Reed |
| **Sent:** | 1/15/2018 2:31:18 PM |
| **Subject:** | 6045 DEA SOM reports |
| **Attachments:** | DEA_SOM_Report_6045.doc |

Fax to:   Office of Diversion Control
          Little Rock District Office
          (501) 217-6597

# SUSPICIOUS ORDER REPORT

Dear Office of Diversion Control:

Pursuant to our understanding and interpretation of the court decision in *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* dated June 30, 2017, and as set forth more fully in our letter to you dated November 30, 2017, attached is a list of orders that Walmart's electronic Suspicious Order Monitoring (SOM) system has identified. As you will note from the list, Walmart's reviewed reporting process results in a much larger number of orders being reported to you. We will review these orders and will not ship any for which red flags cannot be resolved.

As previously state, we welcome the opportunity to discuss at your convenience whether DEA's interpretation of the *Masters* decision is consistent with ours, and to ensure that Walmart's SOM system meets DEA regulations. We look forward to hearing from you.

Please feel free to contact me if you have any other questions concerning this report.

Sincerely,
Miranda Johnson, JD
Director of Controlled Substances
702 SW 8th Street
Bentonville, AR 72716-0230
Phone 479-273-4124
Miranda.Burris@walmart.com

DEA_SOM_Report_6045

| Store # | Order Date | Doses this order | NDC # | Active Ingredient | City State | DEA |
|---|---|---|---|---|---|---|
| 3724 | 1/14/2018 | 100 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | ORANGEBURG, SC | |
| 7087 | 1/14/2018 | 200 | 00406-8330-01 | Morphine Sulfate | SALEM, IN | |
| 5763 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SOUTH JORDAN, UT | |
| 1259 | 1/14/2018 | 200 | 66993-0599-02 | Amphetamine-Dextroamphetamine | CORBIN, KY | |
| 3291 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | FLANDERS, NJ | |
| 3364 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SAINT PAUL, MN | |
| 3796 | 1/14/2018 | 200 | 00406-8330-01 | Morphine Sulfate | ONTARIO, CA | |
| 5731 | 1/14/2018 | 100 | 00406-1010-01 | OXYMORPHONE HYDROCHLORIDE | LOCUST GROVE, VA | |
| 203 | 1/14/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BROOKFIELD, MO | |
| 3492 | 1/14/2018 | 200 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | WICHITA, KS | |
| 451 | 1/14/2018 | 100 | 00781-2684-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | COLUMBIA, MO | |
| 2766 | 1/14/2018 | 200 | 00406-5771-01 | METHADONE HYDROCHLORIDE | SCOTTSDALE, AZ | |
| 4182 | 1/14/2018 | 10 | 00406-9050-76 | Fentanyl | PLANO, TX | |
| 2958 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | APPLETON, WI | |
| 4420 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | LEESVILLE, SC | |
| 2436 | 1/14/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate | SYKESVILLE, MD | |
| 5092 | 1/14/2018 | 15 | 47781-0427-47 | Fentanyl | LEWISVILLE, TX | |
| 3146 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | CORVALLIS, OR | |
| 5290 | 1/14/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SAN ANTONIO, TX | |
| 5290 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SAN ANTONIO, TX | |
| 3370 | 1/14/2018 | 100 | 00406-1860-01 | METHYLPHENIDATE HYDROCHLORIDE | PALMETTO, FL | |
| 6176 | 1/14/2018 | 200 | 00555-0974-02 | Amphetamine-Dextroamphetamine | GREENSBORO, NC | |
| 3462 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SUWANEE, GA | |
| 3803 | 1/14/2018 | 100 | 00093-5550-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | WEST HAVEN, CT | |
| 4132 | 1/14/2018 | 15 | 00406-9075-76 | Fentanyl | DOWNEY, CA | |
| 4472 | 1/14/2018 | 100 | 00406-8330-01 | Morphine Sulfate | LITHONIA, GA | |

| | | | | | |
|---|---|---|---|---|---|
| 6879 | 1/14/2018 | 200 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | FAYETTEVILLE, NC |
| 282 | 1/14/2018 | 100 | 00406-8315-01 | Morphine Sulfate | FRANKLIN, KY |
| 4644 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | MOON TOWNSHIP, PA |
| 4644 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | MOON TOWNSHIP, PA |
| 5082 | 1/14/2018 | 10 | 00406-9025-76 | Fentanyl | PARMA, OH |
| 3352 | 1/14/2018 | 100 | 00406-1810-01 | METHYLPHENIDATE HYDROCHLORIDE | STOCKTON, CA |
| 3803 | 1/14/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | WEST HAVEN, CT |
| 4458 | 1/14/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | HOLLY SPRINGS, NC |
| 4583 | 1/14/2018 | 200 | 42858-0802-01 | Morphine Sulfate | GREENVILLE, SC |
| 176 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | RIPLEY, MS |
| 2170 | 1/14/2018 | 30 | 00406-8003-30 | Morphine Sulfate | NORWICH, CT |
| 2225 | 1/14/2018 | 30 | 00406-8003-30 | Morphine Sulfate | NORTH SMITHFIELD, RI |
| 2282 | 1/14/2018 | 100 | 00591-2716-01 | METHYLPHENIDATE HYDROCHLORIDE | EAST WINDSOR, CT |
| 2291 | 1/14/2018 | 300 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | CHULA VISTA, CA |
| 3013 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | PINELLAS PARK, FL |
| 3168 | 1/14/2018 | 100 | 00406-8315-01 | Morphine Sulfate | CONWAY, AR |
| 3168 | 1/14/2018 | 200 | 00406-8380-01 | Morphine Sulfate | CONWAY, AR |
| 4376 | 1/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | BENTONVILLE, AR |
| 4611 | 1/14/2018 | 400 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SHAWNEE, KS |
| 5692 | 1/14/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate | SPRINGFIELD, MO |
| 6732 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | VALDOSTA, GA |
| 6953 | 1/14/2018 | 100 | 00093-5550-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | CENTERTON, AR |
| 6960 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SILOAM SPRINGS, AR |
| 1313 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SAN ANTONIO, TX |
| 4115 | 1/14/2018 | 300 | 00406-8380-01 | Morphine Sulfate | CIBOLO, TX |
| 443 | 1/14/2018 | 200 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HONDO, TX |
| 452 | 1/14/2018 | 100 | 00228-3060-11 | Amphetamine-Dextroamphetamine | MCALLEN, TX |
| 504 | 1/14/2018 | 100 | 00406-8380-01 | Morphine Sulfate | GALVESTON, TX |

| | | | | | |
|---|---|---|---|---|---|
| 7156 | 1/14/2018 | 100 | 42858-0802-01 | Morphine Sulfate | HEWITT, TX |
| 1308 | 1/14/2018 | 100 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | LITTLETON, CO |
| 234 | 1/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | KANSAS CITY, MO |
| 234 | 1/14/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate | KANSAS CITY, MO |
| 2405 | 1/14/2018 | 100 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | HAMBURG, NY |
| 27 | 1/14/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SALEM, MO |
| 27 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SALEM, MO |
| 247 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HENRYETTA, OK |
| 573 | 1/14/2018 | 100 | 00406-8959-01 | Dextroamphetamine Sulfate | LEES SUMMIT, MO |
| 59 | 1/14/2018 | 100 | 00406-8320-01 | Morphine Sulfate | JOPLIN, MO |
| 9 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SIKESTON, MO |
| 1265 | 1/14/2018 | 100 | 00406-1840-01 | METHYLPHENIDATE HYDROCHLORIDE | SAINT LOUIS, MO |
| 237 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HARRISBURG, IL |
| 1291 | 1/14/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | TUCSON, AZ |
| 4679 | 1/14/2018 | 100 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | DENHAM SPRINGS, LA |
| 661 | 1/14/2018 | 100 | 00406-8315-01 | Morphine Sulfate | ATHENS, AL |
| 773 | 1/14/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate | EUNICE, LA |
| 1017 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | MANNING, SC |
| 2712 | 1/14/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | MYRTLE BEACH, SC |
| 344 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | EL CAMPO, TX |
| 4440 | 1/14/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | IRMO, SC |
| 1044 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | TYLER, TX |
| 4423 | 1/14/2018 | 300 | 00406-8959-01 | Dextroamphetamine Sulfate | MARTINSBURG, WV |
| 5807 | 1/14/2018 | 200 | 42858-0003-01 | OXYCODONE HYDROCHLORIDE | COMPTON, CA |
| 880 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | IRVING, TX |
| 2873 | 1/14/2018 | 30 | 00591-2717-30 | METHYLPHENIDATE HYDROCHLORIDE | TROY, MI |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 3094 | 1/14/2018 | 100 | 00406-8958-01 | Dextroamphetamine Sulfate | BOISE, ID |
| 3094 | 1/14/2018 | 100 | 00406-8961-01 | Dextroamphetamine Sulfate | BOISE, ID |
| 4494 | 1/14/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | CALDWELL, ID |
| 616 | 1/14/2018 | 100 | 00406-8315-01 | Morphine Sulfate | ORANGEBURG, SC |
| 948 | 1/14/2018 | 100 | 00406-8330-01 | Morphine Sulfate | HICKORY, NC |
| 1605 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | PENSACOLA, FL |
| 3502 | 1/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | HAMILTON, OH |
| 1552 | 1/14/2018 | 100 | 00781-2684-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SALISBURY, NC |
| 1614 | 1/14/2018 | 15 | 00591-3214-72 | Fentanyl | DURHAM, NC |
| 2397 | 1/14/2018 | 200 | 00406-5771-01 | METHADONE HYDROCHLORIDE | MANSFIELD, TX |
| 4468 | 1/14/2018 | 800 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | KATY, TX |
| 5290 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SAN ANTONIO, TX |
| 564 | 1/14/2018 | 30 | 00591-2718-30 | METHYLPHENIDATE HYDROCHLORIDE | OKLAHOMA CITY, OK |
| 5774 | 1/14/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | HOUMA, LA |

CONFIDENTIAL                                   WMT_MDL_000005606

| | |
|---|---|
| **From:** | HW CS Compliance |
| **To:** | Controlled Substances Compliance |
| **CC:** | Roxy Reed |
| **Sent:** | 2/15/2018 2:31:13 PM |
| **Subject:** | 6045 DEA SOM reports |
| **Attachments:** | DEA_SOM_Report_6045.doc |

Fax to:   Office of Diversion Control
          Little Rock District Office
          (501) 217-6597

## SUSPICIOUS ORDER REPORT

Dear Office of Diversion Control:

Pursuant to our understanding and interpretation of the court decision in *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* dated June 30, 2017, and as set forth more fully in our letter to you dated November 30, 2017, attached is a list of orders that Walmart's electronic Suspicious Order Monitoring (SOM) system has identified. As you will note from the list, Walmart's reviewed reporting process results in a much larger number of orders being reported to you. We will review these orders and will not ship any for which red flags cannot be resolved.

As previously state, we welcome the opportunity to discuss at your convenience whether DEA's interpretation of the *Masters* decision is consistent with ours, and to ensure that Walmart's SOM system meets DEA regulations. We look forward to hearing from you.

Please feel free to contact me if you have any other questions concerning this report.

Sincerely,
Miranda Johnson, JD
Director of Controlled Substances
702 SW 8th Street
Bentonville, AR 72716-0230
Phone 479-273-4124
Miranda.Burris@walmart.com

CONFIDENTIAL  WMT_MDL_000005607

DEA_SOM_Report_6045

| Store # | Order Date | Doses this order | NDC # | Active Ingredient | City State | DEA |
|---|---|---|---|---|---|---|
| 1489 | 2/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | VERNON HILLS, IL | |
| 2536 | 2/14/2018 | 200 | 00406-1010-01 | OXYMORPHONE HYDROCHLORIDE | TULARE, CA | |
| 3652 | 2/14/2018 | 100 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | WEST SACRAMENTO, CA | |
| 3893 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | ZION, IL | |
| 1713 | 2/14/2018 | 30 | 00406-8003-30 | Morphine Sulfate | CANTON, IL | |
| 1876 | 2/14/2018 | 100 | 00406-8330-01 | Morphine Sulfate | HOOD RIVER, OR | |
| 2516 | 2/14/2018 | 300 | 42858-0001-01 | OXYCODONE HYDROCHLORIDE | RENTON, WA | |
| 2786 | 2/14/2018 | 100 | 00406-8959-01 | Dextroamphetamine Sulfate | AVON, IN | |
| 5835 | 2/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | CAVE CREEK, AZ | |
| 1635 | 2/14/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | WAUKESHA, WI | |
| 1799 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | PORTAGE, WI | |
| 2452 | 2/14/2018 | 30 | 00591-2718-30 | METHYLPHENIDATE HYDROCHLORIDE | MILWAUKEE, WI | |
| 1082 | 2/14/2018 | 5 | 47781-0427-47 | Fentanyl | JACKSONVILLE, FL | |
| 1605 | 2/14/2018 | 100 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | PENSACOLA, FL | |
| 4333 | 2/14/2018 | 1,500 | 00555-0974-02 | Amphetamine-Dextroamphetamine | FAIRHOPE, AL | |
| 4333 | 2/14/2018 | 100 | 66993-0597-02 | Amphetamine-Dextroamphetamine | FAIRHOPE, AL | |
| 4333 | 2/14/2018 | 100 | 66993-0599-02 | Amphetamine-Dextroamphetamine | FAIRHOPE, AL | |
| 686 | 2/14/2018 | 100 | 00406-8958-01 | Dextroamphetamine Sulfate | FITZGERALD, GA | |
| 3317 | 2/14/2018 | 100 | 00406-8959-01 | Dextroamphetamine Sulfate | ALAMEDA, NM | |
| 3605 | 2/14/2018 | 100 | 00054-0235-25 | Morphine Sulfate | LYNCHBURG, VA | |
| 4148 | 2/14/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | CHARLOTTE, NC | |
| 7177 | 2/14/2018 | 100 | 00406-8958-01 | Dextroamphetamine Sulfate | ROCKINGHAM, VA | |
| 1314 | 2/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BUFORD, GA | |
| 1438 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | CEDAR CITY, UT | |

| | | | | | |
|---|---|---|---|---|---|
| 2266 | 2/14/2018 | 100 | 00406-3332-01 | HYDROMORPHONE HYDROCHLORIDE | STRONGSVILLE, OH |
| 3364 | 2/14/2018 | 10 | 00406-9025-76 | Fentanyl | SAINT PAUL, MN |
| 3328 | 2/14/2018 | 10 | 00406-9050-76 | Fentanyl | GREENVILLE, MI |
| 3197 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | TAMPA, FL |
| 3250 | 2/14/2018 | 300 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | AURORA, OH |
| 3434 | 2/14/2018 | 100 | 00406-8330-01 | Morphine Sulfate | WOODSTOCK, IL |
| 3893 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | ZION, IL |
| 2065 | 2/14/2018 | 10 | 00406-9075-76 | Fentanyl | KNOXVILLE, TN |
| 5851 | 2/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GREENVILLE, NC |
| 7179 | 2/14/2018 | 120 | 00591-2717-30 | METHYLPHENIDATE HYDROCHLORIDE | SWANSBORO, NC |
| 7179 | 2/14/2018 | 23 | 62175-0490-64 | Hydrocodone Polistirex | SWANSBORO, NC |
| 1701 | 2/14/2018 | 30 | 00591-3214-72 | Fentanyl | ELBERTON, GA |
| 4648 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | MOBILE, AL |
| 5907 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | COLUMBUS, GA |
| 609 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HANNIBAL, MO |
| 765 | 2/14/2018 | 200 | 00406-1830-01 | METHYLPHENIDATE HYDROCHLORIDE | SAN ANTONIO, TX |
| 1940 | 2/14/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | RENSSELAER, NY |
| 2131 | 2/14/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | TOPEKA, KS |
| 21 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SAINT ROBERT, MO |
| 5341 | 2/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BROOMFIELD, CO |
| 69 | 2/14/2018 | 300 | 00406-8962-01 | Dextroamphetamine Sulfate | FESTUS, MO |
| 801 | 2/14/2018 | 100 | 00406-8961-01 | Dextroamphetamine Sulfate | MARYVILLE, MO |
| 86 | 2/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SPRINGFIELD, MO |
| 1967 | 2/14/2018 | 200 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SPRINGFIELD, MA |
| 2600 | 2/14/2018 | 100 | 00406-8380-01 | Morphine Sulfate | CHESTERFIELD, MO |
| 2865 | 2/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | SPOKANE, WA |
| 2832 | 2/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | HARDEEVILLE, SC |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 297 | 2/14/2018 | 100 | 00406-8380-01 | Morphine Sulfate | PORTER, TX |
| 3826 | 2/14/2018 | 10 | 47781-0428-47 | Fentanyl | LUBBOCK, TX |
| 641 | 2/14/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | GREENVILLE, SC |
| 641 | 2/14/2018 | 100 | 00093-5550-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GREENVILLE, SC |
| 202 | 2/14/2018 | 100 | 66993-0599-02 | Amphetamine-Dextroamphetamine | FRISCO, TX |
| 2688 | 2/14/2018 | 100 | 00054-0235-25 | Morphine Sulfate | TYLER, TX |
| 371 | 2/14/2018 | 100 | 00093-5550-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GRANBURY, TX |
| 523 | 2/14/2018 | 200 | 00591-2716-01 | METHYLPHENIDATE HYDROCHLORIDE | CARTHAGE, TX |
| 6300 | 2/14/2018 | 100 | 00406-1820-01 | METHYLPHENIDATE HYDROCHLORIDE | PROSPER, TX |
| 1329 | 2/14/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | LOGANSPORT, IN |
| 2689 | 2/14/2018 | 100 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | FRESNO, CA |
| 3050 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BEAVERTON, OR |
| 1429 | 2/14/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | FREMONT, OH |
| 3750 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | WARNER ROBINS, GA |
| 415 | 2/14/2018 | 10 | 00591-3212-72 | Fentanyl | BROUSSARD, LA |
| 2803 | 2/14/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | EDMOND, OK |
| 5094 | 2/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HOUSTON, TX |
| 5353 | 2/14/2018 | 200 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SPRING, TX |

CONFIDENTIAL

| | |
|---|---|
| **From:** | HW CS Compliance |
| **To:** | Controlled Substances Compliance |
| **CC:** | Roxy Reed |
| **Sent:** | 2/21/2018 2:33:52 PM |
| **Subject:** | 6045 DEA SOM reports |
| **Attachments:** | DEA_SOM_Report_6045.doc |

Fax to:   Office of Diversion Control
Little Rock District Office
(501) 217-6597

## SUSPICIOUS ORDER REPORT

Dear Office of Diversion Control:

Pursuant to our understanding and interpretation of the court decision in *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* dated June 30, 2017, and as set forth more fully in our letter to you dated November 30, 2017, attached is a list of orders that Walmart's electronic Suspicious Order Monitoring (SOM) system has identified. As you will note from the list, Walmart's reviewed reporting process results in a much larger number of orders being reported to you. We will review these orders and will not ship any for which red flags cannot be resolved.

As previously state, we welcome the opportunity to discuss at your convenience whether DEA's interpretation of the *Masters* decision is consistent with ours, and to ensure that Walmart's SOM system meets DEA regulations. We look forward to hearing from you.

Please feel free to contact me if you have any other questions concerning this report.

Sincerely,
Miranda Johnson, JD
Director of Controlled Substances
702 SW 8th Street
Bentonville, AR 72716-0230
Phone 479-273-4124
Miranda.Burris@walmart.com

CONFIDENTIAL	WMT_MDL_000005598

DEA_SOM_Report_6045

| Store # | Order Date | Doses this order | NDC # | Active Ingredient | City State | DEA |
|---|---|---|---|---|---|---|
| 7004 | 2/20/2018 | 200 | 00406-8961-01 | Dextroamphetamine Sulfate | DALLAS, NC | |
| 7004 | 2/20/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate | DALLAS, NC | |
| 2646 | 2/20/2018 | 100 | 00406-8315-01 | Morphine Sulfate | PEARISBURG, VA | |
| 7179 | 2/20/2018 | 100 | 00406-0512-01 | OXYCODONE HYDROCHLORIDE | SWANSBORO, NC | |
| 7179 | 2/20/2018 | 23 | 62175-0490-64 | Hydrocodone Polistirex | SWANSBORO, NC | |
| 7179 | 2/20/2018 | 200 | 00406-0523-01 | OXYCODONE HYDROCHLORIDE | SWANSBORO, NC | |
| 4579 | 2/20/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | FORT SMITH, AR | |
| 1198 | 2/20/2018 | 100 | 00406-8315-01 | Morphine Sulfate | SAN ANTONIO, TX | |
| 3391 | 2/20/2018 | 100 | 00406-8330-01 | Morphine Sulfate | SCHERTZ, TX | |
| 68 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | WYNNE, AR | |
| 278 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SHREVEPORT, LA | |
| 2463 | 2/20/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | FRISCO, TX | |
| 3225 | 2/20/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | ROWLETT, TX | |
| 6178 | 2/20/2018 | 100 | 00406-5771-01 | METHADONE HYDROCHLORIDE | AURORA, CO | |
| 3384 | 2/20/2018 | 5 | 47781-0426-47 | Fentanyl | HEREFORD, TX | |
| 5832 | 2/20/2018 | 100 | 00406-8959-01 | Dextroamphetamine Sulfate | MANDEVILLE, LA | |
| 3614 | 2/20/2018 | 100 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | ROANOKE, VA | |
| 5367 | 2/20/2018 | 200 | 00406-8315-01 | Morphine Sulfate | MYRTLE BEACH, SC | |
| 725 | 2/20/2018 | 10 | 47781-0424-47 | Fentanyl | HAINES CITY, FL | |
| 4118 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SHEPHERDSVILLE, KY | |
| 1363 | 2/20/2018 | 10 | 00406-9050-76 | Fentanyl | MADISON, GA | |
| 1363 | 2/20/2018 | 10 | 47781-0426-47 | Fentanyl | MADISON, GA | |
| 2794 | 2/20/2018 | 10 | 00591-3198-72 | Fentanyl | EPHRAIM, UT | |
| 754 | 2/20/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | STATESBORO, GA | |
| 5417 | 2/20/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | LOUISVILLE, KY | |

| | | | | | |
|---|---|---|---|---|---|
| 1033 | 2/20/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | SEYMOUR, IN |
| 2209 | 2/20/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | ZANESVILLE, OH |
| 2266 | 2/20/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | STRONGSVILLE, OH |
| 2628 | 2/20/2018 | 30 | 00406-9075-76 | Fentanyl | LEXINGTON, KY |
| 1661 | 2/20/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | KINSTON, NC |
| 5262 | 2/20/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | PELHAM, AL |
| 2944 | 2/20/2018 | 100 | 00555-0972-02 | Amphetamine-Dextroamphetamine | DELAND, FL |
| 2886 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | PICO RIVERA, CA |
| 3803 | 2/20/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | WEST HAVEN, CT |
| 4330 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | CHELSEA, AL |
| 5262 | 2/20/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | PELHAM, AL |
| 5262 | 2/20/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | PELHAM, AL |
| 3990 | 2/20/2018 | 100 | 00406-8380-01 | Morphine Sulfate | MERIDIAN, MS |
| 4619 | 2/20/2018 | 10 | 47781-0426-47 | Fentanyl | TUPELO, MS |
| 5790 | 2/20/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HOT SPRINGS, AR |
| 2599 | 2/20/2018 | 10 | 00406-9025-76 | Fentanyl | SAN ANTONIO, TX |
| 2599 | 2/20/2018 | 15 | 00406-9075-76 | Fentanyl | SAN ANTONIO, TX |
| 4112 | 2/20/2018 | 10 | 00406-9075-76 | Fentanyl | BROWNSVILLE, TX |
| 1974 | 2/20/2018 | 100 | 27808-0091-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HOULTON, ME |
| 2046 | 2/20/2018 | 200 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | AUGUSTA, ME |
| 4615 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GLENPOOL, OK |
| 5076 | 2/20/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BREWER, ME |
| 1514 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | ARNOLD, MO |
| 2516 | 2/20/2018 | 200 | 00054-0235-25 | Morphine Sulfate | RENTON, WA |
| 2326 | 2/20/2018 | 300 | 00054-0235-25 | Morphine Sulfate | HORNELL, NY |
| 3280 | 2/20/2018 | 100 | 00406-8380-01 | Morphine Sulfate | ROCHESTER, NY |
| 401 | 2/20/2018 | 300 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | PLAQUEMINE, LA |

| | | | | | |
|---|---|---|---|---|---|
| 2687 | 2/20/2018 | 100 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | GREER, SC |
| 2772 | 2/20/2018 | 100 | 00406-5771-01 | METHADONE HYDROCHLORIDE | SOUTHPORT, NC |
| 3425 | 2/20/2018 | 100 | 00781-2684-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HOUSTON, TX |
| 3505 | 2/20/2018 | 200 | 00406-8330-01 | Morphine Sulfate | WISCONSIN DELLS, WI |
| 1703 | 2/20/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | MARTINSBURG, WV |
| 2009 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | ABINGDON, MD |
| 2009 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | ABINGDON, MD |
| 2357 | 2/20/2018 | 300 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GERMANTOWN, MD |
| 4215 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | QUINLAN, TX |
| 5382 | 2/20/2018 | 100 | 00406-8315-01 | Morphine Sulfate | PASADENA, MD |
| 3022 | 2/20/2018 | 100 | 00406-8390-01 | Morphine Sulfate | STOCKTON, CA |
| 3050 | 2/20/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BEAVERTON, OR |
| 3050 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BEAVERTON, OR |
| 5828 | 2/20/2018 | 300 | 00406-8380-01 | Morphine Sulfate | PUEBLO, CO |
| 1072 | 2/20/2018 | 400 | 00406-5771-01 | METHADONE HYDROCHLORIDE | TIFTON, GA |
| 2626 | 2/20/2018 | 100 | 43386-0860-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | LIVE OAK, FL |
| 889 | 2/20/2018 | 100 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | THOMASVILLE, GA |
| 1385 | 2/20/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GASTONIA, NC |
| 1385 | 2/20/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GASTONIA, NC |
| 1385 | 2/20/2018 | 300 | 00406-5755-01 | METHADONE HYDROCHLORIDE | GASTONIA, NC |
| 2397 | 2/20/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | MANSFIELD, TX |
| 2472 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | WINSTON SALEM, NC |
| 5432 | 2/20/2018 | 20 | 00591-3198-72 | Fentanyl | NEW RICHMOND, WI |
| 546 | 2/20/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | RICHMOND, TX |
| 7326 | 2/20/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | OKLAHOMA CITY, OK |

CONFIDENTIAL

| | |
|---|---|
| **From:** | HW CS Compliance |
| **To:** | Controlled Substances Compliance |
| **CC:** | Roxy Reed |
| **Sent:** | 3/6/2018 4:58:33 PM |
| **Subject:** | 6045 DEA SOM reports |
| **Attachments:** | DEA_SOM_Report_6045.doc |

Fax to:    Office of Diversion Control
Little Rock District Office
(501) 217-6597

## SUSPICIOUS ORDER REPORT

Dear Office of Diversion Control:

Pursuant to our understanding and interpretation of the court decision in *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* dated June 30, 2017, and as set forth more fully in our letter to you dated November 30, 2017, attached is a list of orders that Walmart's electronic Suspicious Order Monitoring (SOM) system has identified. As you will note from the list, Walmart's reviewed reporting process results in a much larger number of orders being reported to you. We will review these orders and will not ship any for which red flags cannot be resolved.

As previously state, we welcome the opportunity to discuss at your convenience whether DEA's interpretation of the *Masters* decision is consistent with ours, and to ensure that Walmart's SOM system meets DEA regulations. We look forward to hearing from you.

Please feel free to contact me if you have any other questions concerning this report.

Sincerely,
Miranda Johnson, JD
Director of Controlled Substances
702 SW 8th Street
Bentonville, AR 72716-0230
Phone 479-273-4124
Miranda.Burris@walmart.com

DEA_SOM_Report_6045

| Store # | Order Date | Doses this order | NDC # | Active Ingredient | City State | DEA |
|---|---|---|---|---|---|---|
| 3785 | 3/5/2018 | 30 | 27808-0082-01 | Morphine Sulfate | PENSACOLA, FL | |
| 2266 | 3/5/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | STRONGSVILLE, OH | |
| 769 | 3/5/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | VENICE, FL | |
| 5993 | 3/5/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | BEAVERTON CORNELL, OR | |
| 3267 | 3/5/2018 | 200 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | OMAHA, NE | |
| 2626 | 3/5/2018 | 100 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | LIVE OAK, FL | |
| 718 | 3/5/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | AUBURNDALE, FL | |
| 2781 | 3/5/2018 | 100 | 00406-8315-01 | Morphine Sulfate | NAMPA, ID | |
| 7246 | 3/5/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | COCHRAN, GA | |
| 300 | 3/5/2018 | 100 | 00406-1830-01 | METHYLPHENIDATE HYDROCHLORIDE | JACKSONVILLE, AL | |
| 943 | 3/5/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | CASSELBERRY, FL | |
| 3418 | 3/5/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | WESLEY CHAPEL, FL | |
| 5236 | 3/5/2018 | 100 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BOWLING GREEN, KY | |
| 1479 | 3/5/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | VALPARAISO, IN | |
| 5692 | 3/5/2018 | 300 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SPRINGFIELD, MO | |
| 290 | 3/5/2018 | 400 | 00406-5771-01 | METHADONE HYDROCHLORIDE | GONZALES, TX | |
| 458 | 3/5/2018 | 200 | 00406-5771-01 | METHADONE HYDROCHLORIDE | ARANSAS PASS, TX | |
| 2587 | 3/5/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | CABOT, AR | |
| 5044 | 3/5/2018 | 200 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GALENA, IL | |
| 5463 | 3/5/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | HARTFORD, WI | |
| 641 | 3/5/2018 | 100 | 00054-0235-25 | Morphine Sulfate | GREENVILLE, SC | |
| 7181 | 3/5/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | BEAUFORT, SC | |
| 1890 | 3/5/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SALISBURY, MD | |
| 1542 | 3/5/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GAYLORD, MI | |
| 1790 | 3/5/2018 | 100 | 00406-5771-01 | METHADONE HYDROCHLORIDE | MONROE, MI | |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 5064 | 3/5/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | KALAMAZOO, MI |
| 1510 | 3/5/2018 | 200 | 00555-0974-02 | Amphetamine-Dextroamphetamine | FLORENCE, KY |
| 1537 | 3/5/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | GETTYSBURG, PA |
| 4611 | 3/5/2018 | 200 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | SHAWNEE, KS |
| 986 | 3/5/2018 | 200 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | FRISCO, CO |
| 812 | 3/5/2018 | 100 | 00406-0512-01 | OXYCODONE HYDROCHLORIDE | DUMAS, TX |

CONFIDENTIAL