# EXHIBIT 161

| AKRON POLICE DEPARTMENT | VICTIM | RPT |
| --- | --- | --- |
| REPORT OF INVESTIGATION | State of Ohio / City of Akron | 13-28578 |

| | OFFENSE: Deception to Obtain A Dangerous Drug/ Illegal Processing Drug Document | DATE 11-6-13 | PAGE [page \* arabic] |
| --- | --- | --- | --- |

| ARREST: Durrell D RICHARDSON  13CRA11372 | ARREST |
| --- | --- |

**CLEARANCES:**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| A | [ ] DEATH OF OFFENDER | E | [ ] JUVENILE/NO CUSTODY | I | [ ] INVEST PENDING |
| B | [ ] PROSECUTION DECLINED | F | X ARREST-ADULT | J | [ ] CLOSED |
| C | [ ] EXTRADITION DENIED | G | [ ] ARREST-JUVENILE | K | [ ] UNFOUNDED |

| Reporting Officer  Det. Patrick J Leonard 1022 | Supervisor  Sgt. M. Stott 755 | RECORDS____  DB_____  OFFICER____ |
| --- | --- | --- |

| AKRON POLICE DEPARTMENT | VICTIM<br>State of Ohio / City of Akron | RPT<br>13-28578 | |
|---|---|---|---|
| REPORT OF INVESTIGATION | OFFENSE: Deception to Obtain A Dangerous Drug/ Illegal Processing Drug Document | DATE<br>11-6-13 | PAGE<br>[page \* arabic] |

| ARREST: Durrell D RICHARDSON<br>13CRA11372 | ARREST |
|---|---|

D [FORMCHECKBOX] VICTIM REFUSED COOP.    H [FORMCHECKBOX] WARRANT ISSUED    U [FORMCHECKBOX] UNKNOWN

U [FORMCHECKBOX] REFERRED TO PROS

Type of Crime:   Deception to obtain a dangerous drug, to wit; Promethazine w/ Codeine, a schedule V narcotic.  O.R.C. 2929.22
Illegal processing of a drug document  O.R.C. 2925.23

Date/Time of Crime:   November 6, 2013  18:30 – 2030.

Place of Crime:   Walgreens Pharmacy        330-869-5896

| Reporting Officer<br>Det. Patrick J Leonard 1022 | Supervisor<br>Sgt. M. Stott 755 | RECORDS____<br>DB_____<br>OFFICER____ |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | VICTIM State of Ohio / City of Akron | RPT 13-28578 | |
|---|---|---|---|
| | OFFENSE: Deception to Obtain A Dangerous Drug/ Illegal Processing Drug Document | DATE 11-6-13 | PAGE [page \* arabic] |
| ARREST: Durrell D RICHARDSON 13CRA11372 | ARREST | | |

|  |  |  |
|---|---|---|
| | 1303 Copley Road Akron, Ohio 44320 | |
| Victim(s): | State of Ohio / City of Akron 217 S. High Street Akron, Ohio 44308 | 330-375-2602 |
| Statement of Victim(s): | See action taken. | |
| Reporting Party: | Natalie Pancoe R.Ph. Walgreens Pharmacy 1303 Copley Road Akron, Ohio 44320 | 330-869-5896 |

Statement of
Reporting Party:

1. On Wednesday, November 6, 2013 Pancoe contacted Leonard by phone. Pancoe stated that another fake prescription for promethazine with codeine had been called into the pharmacy. Pancoe stated that the prescription had been originally called into a Target pharmacy in Cleveland and that the customer had requested the prescription be transferred to her Akron Walgreens.

2. Pancoe further stated that she spoke to Len Kolencik R.Ph. at Target who advised her that he was also suspicious of the prescription. The prescription was called into the Cleveland Target in the name of Robert Anderson. Kolencik informed Pancoe that the prescription originated from Barberton City Hospital, Dr. Renee Raiweyha. The number provided for Dr. Raiweyha was incorrect. Barberton hospital stated that they did not have a patient record for Robert Anderson.

Robert Anderson   DOB: 12/24/1962
1298 E 113th Street
Cleveland, Ohio 44108
Phone: (216) 321-4098

| Reporting Officer Det. Patrick J Leonard 1022 | Supervisor Sgt. M. Stott 755 | RECORDS____ DB_____ OFFICER____ |
|---|---|---|

| AKRON POLICE DEPARTMENT<br><br>REPORT OF INVESTIGATION | VICTIM<br>State of Ohio / City of Akron | | RPT<br>13-28578 |
|---|---|---|---|
| | OFFENSE: Deception to Obtain A Dangerous Drug/ Illegal<br><br>Processing Drug Document | DATE<br>11-6-13 | PAGE<br>[page \* arabic] |
| ARREST: Durrell D RICHARDSON<br>13CRA11372 | ARREST | | |

Witness(es):

Statement
of Witness(es):            See action taken.

Items Taken:

Items Recovered/
Location/Date:            (1) Sprint ZTE cell phone
                          (1) Kyocera (virgin mobile) cell phone

MO: Suspects call in prescription to area pharmacies for Promethazine w/Codeine using false name and physician information. Suspect pay cash for prescriptions.

Suspect/Arrested:       Durrell D RICHARDSON    DOB: 2/23/1988  B/M/25
                        1015 Lane St            SSN: 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
                        Akron, Ohio 44307       HGT: 6'1"  WGT: 150

Statement of
Suspect/Arrested:

1. RICHARDSON was stopped in the drive thru at the Walgreens Pharmacy located at 1303 Copley Road. RICHARDSON was a passenger in the front seat of a vehicle driven by Cierra Price. RICHARDSON was advised that he was being arrested for Deception to Obtain a Dangerous Drug. RICHARDSON immediately stated that he was picking up the prescription for Charles Solomon. RICHARDSON further stated that Solomon told him that the prescription was for his uncle and had given him $50 to pay for the prescription. RICHARDSON originally stated that he did not know that the prescription was fake. After being handcuffed RICHARDSON stated that he was not the "big fish" and that he could take me to Solomon. RICHARDSON further stated that Solomon was responsible for calling in the fake prescriptions in the area.

Scene Searched/
Processed:

Evidence Collected/

| Reporting Officer<br>Det. Patrick J Leonard 1022 | Supervisor<br>Sgt. M. Stott 755 | RECORDS____<br>DB_____<br>OFFICER____ |
|---|---|---|

| AKRON POLICE DEPARTMENT | VICTIM | RPT |
|---|---|---|
| REPORT OF INVESTIGATION | State of Ohio / City of Akron | 13-28578 |
| | OFFENSE: Deception to Obtain A Dangerous Drug/ Illegal Processing Drug Document | DATE 11-6-13 | PAGE [page \* arabic] |

| ARREST: Durrell D RICHARDSON 13CRA11372 | ARREST |
|---|---|

Location of Evidence: (1) Walgreens Transferred RX for with the name Robert Anderson.
(1) $50.00 dollar bill - US Currency Ser # AB44186848F

Action Taken:

1. On Wednesday, November 6, 2013 at approximately 18:36 hours Det. Leonard received a call from Natalie Pancoe R.Ph. at Walgreens Pharmacy reference another fake prescription for Promethazine w/Codeine. Pancoe stated that a male caller had requested a prescription be transferred from a Target pharmacy in the Cleveland area.

2. Pancoe stated that the prescription was called in using Dr. Renee Rouweyha's name and DEA number from the Barberton Hospital Emergency Department. The phone number that was provided for Dr. Rouweyha was incorrect.

3. On Thursday, November 07, 2013 at approximately 10:20 am Det. Leonard spoke with Dr. Terry Dougan at the Barberton Emergency Department. Dr. Dougan stated that he was contacted by at least four different area pharmacies approximately two weeks ago with questions about prescriptions for Promethazine w/Codeine that were called in using his name and DEA number. Dr. Dougan stated that he did not write or authorize any of the prescriptions. Dr. Dougan further stated that a physician at Parma Community Hospital contacted him reference a fake prescription that had been called into a Parma area pharmacy using Dr. Dougan's name and DEA number.

4. Dr. Dougan stated that Dr. Rouweyha was not working on 11-6-13. Dr. Dougan further stated that there is no record of a patient by the name of Robert Anderson with a dob of 12/24/62 in the hospital medical records.

Follow Up Needed:   None at this time.

Witness(es)
Needed for Court:   Det. Patrick J. Leonard 1022 / Natalie Pancoe R.Ph.

Additional Clearances:

| Reporting Officer Det. Patrick J Leonard 1022 | Supervisor Sgt. M. Stott 755 | RECORDS____ DB_____ OFFICER____ |
|---|---|---|