# EXHIBIT 162

Message

**From:** RXM 04776 [RXM.04776@store.walgreens.com]
**Sent:** 4/13/2017 1:44:51 PM
**To:** pleonard@akronohio.gov
**Subject:** Dr. Lisy

Detective Leonard,

Christine Starcher 12/13/1974 3351 Cormany rd Akron OH 44319 is prescribed Adderall, oxycodone, oxymorphone, soma, tramadol, and alprazolam by Dr. Todd Lisy.

I also wanted to note her husband, William Starcher (12/24/1966), passed away 2/23/2017. He was taking gabapentin, oxymorphone, Adderall, and oxycodone all prescribed by Dr. Lisy.

The quantity and combination of medications does not seem appropriate to me.

Thank you for looking into this for me. Let me know what you find out.

Thank you,

Natalie Pancoe