# EXHIBIT 163




Def #  Creation Date

# Cuyahoga County
# Court of Common Pleas
# Adult Probation Department

## ORAS PRE-SENTENCE INVESTIGATION

| | | | |
|---|---|---|---|
| **Case Name** | **Judge** | **Court Room** | **Sentence Date** |
| Amanda Burns | Daniel Gaul | JC 19-D | 05/24/2016 |
| **True Name** | **Prosecutor** | **Attorney** | **Investigator** |
| Amanda Carol Burns | James Gutierrez | Jeffrey M. Bain | Manuel L. Salvador |
| | (216) 443-7800 | (216) 371-1154 | (216) 443-8092 |
| | **Jail Days** | | **PSI Completed** |
| | 03/07/2016 To Present | | 05/18/2016 |

**Case Information**

## Docket # CR-16-603481-C

| Indictment Date | Original Charges |
|---|---|
| 02/22/2016 | DECEPTION TO OBTAIN A DANGEROUS DRUG (COUNT 10) |
| | ILLEGAL PROCESSING OF DRUG DOCUMENTS (COUNT 11) |
| | DRUG POSSESSION (COUNT 12) |
| | DECEPTION TO OBTAIN A DANGEROUS DRUG (COUNT 13) |
| | ILLEGAL PROCESSING OF DRUG DOCUMENTS (COUNT 14) |
| | DRUG POSSESSION (COUNT 15) |
| | COUNTS 1-9 AND 16-8 NOT APPLICABLE TO THIS DEFENDANT |

| Plea/Conviction Date | Offenses | ORC | Level |
|---|---|---|---|
| 04/19/2016 | DRUG POSSESSION (COUNT 12) | 2925.11A | F5 |
| | ILLEGAL PROCESSING OF DRUG DOCUMENTS (COUNT 14) | 2925.23B(1) | F4 |
| | COUNTS 10, 11, 13, & 15 NOLLED | | |

**Offense Information**

## Docket # CR-16-603481-C

### Offense Summary

The following information was obtained from the Cleveland Police Department Report: On 06/11/2015, Cleveland Police Department (CPD) Officers tasked with the enforcement of pharmaceutical drug laws was contacted by Walgreens Pharmacist Josh Close who reported that a female had attempted to fill a fraudulent South West General prescription for #120 Percocet 5/325 on a Dr. Shirley Bennett prescription paper. This prescription was verified as being fraudulent. This information was shared with WEB (West Shore Enforcement Bureau) Officers. Investigators determined that multiple fraudulent South West General prescriptions had been filled in the Cleveland area. Investigators agreed to conduct a joint investigation. This investigation revealed that numerous blank prescriptions had been taken from South West General Hospital by an employee who along with others filled or attempted to fill, forged or fraudulent prescriptions written for strong opiate based pain medication in the Cleveland area. Amanda Burns, the defendant, along with her co-defendants Sabrina Carr, Tracy Tomblin, and Jamie Mets all participated in this illegal activity to obtain prescription paper, create fraudulent prescriptions and fill those forged/fraudulent prescriptions.

After a lengthy investigation, it was revealed that fraudulent prescriptions had been filled at the Walgreens store #12444 located at 3415 Clark Avenue in Cleveland, Ohio, and received by Amanda Burns, the defendant. The investigation revealed that on 08/02/2014, the defendant received 45 Oxycodone 5/325 pills and on 06/02/2014, she received 120 Percocet 05/325 pills. The Officer Manager for Dr. Shirley Bennett wrote in a written statement, "She (Dr. Bennett) does not write RX for Percocet over #30. Also Jamie Metz, Tracy Tomblin, Amanda Burns & Sabrina Carr are not patients of Dr. Bennett."

During this investigation, Jamie Metz and her sister Amanda Burns were contacted several times. Messages were left by CPD Officers on cell phone numbers recovered during this investigation. At the time of this report, no contact has been received from either Jamie Metz or the defendant.

N510orasV2

1

| Codefendants | Case Status |
|---|---|
| Codefendant | Case Status |
| Jamie Metz | ON 05/12/2016, PRETRIAL SET FOR 05/26/2016. |
| Tracy Tomblin | ON 04/19/2016, PLED GUILTY AND PLACED ON 1 YEAR PROBATION. |

**Restitution / Victim**

None

**Defendant's Version**

After being advised of her rights, the defendant wished to provide a statement.

The following statement was obtained from the defendant: "Just that I was at work and my manager approached me, asked me to do her a favor and take a prescription to Walgreens. I said no problem. She told me she was going to put it in my name and I asked her if I will get in trouble for this. She said, "No". And then I wondered if I should do it but I didn't want her mad at me. She made my schedule and I didn't want to lose any hours at work, so I did it. And I really regret it right now. How naive I was. I realized now after the fact that, that was something that was not legal."

## Prior Record

**Defendant Justice Identification Numbers**

| BCI# | C440441 | FBI# | 606077TC7 | Sheriff # | 295927 |

Defendant currently on Probation/Parole:   Yes   Cuyahoga County Probation, P.O. Samuel Munyon - 216-443-7900.
Warren Municipal Probation, No P.O. assigned due to Inactive Probation status.

Date of CCH Record Check:   04/22/2016
Has the Defendant lived in other states?   No

| Date | Location | Charges | Disposition / Sentence |
|---|---|---|---|
| 11/11/2005 Offense | Cleveland, Ohio | **DISORDERLY CONDUCT (COUNT 1) OBSTRUCTING OFFICIAL BUSINESS (COUNT 2)** | **Case#:** 2005 CRB 038015 **Court:** Cleveland Municipal Court **Date:** 10/04/2006 |

**Outcome:** ON 02/23/2006, THE DEFENDANT IS ELIGIBLE AND RECOMMENDED TO PARTICIPATE IN THE SELECTIVE INTERVENTION PROGRAM AND SHALL RETURN TO COURT ON 05/24/2006.

ON 05/24/2006, THE DEFENDANT IS ELIGIBLE AND RECOMMENDED TO PARTICIPATE IN THE SELECTIVE INTERVENTION PROGRAM AND SHALL RETURN TO COURT ON 06/29/2006.

ON 06/29/2006, A CAPIAS WAS ISSUED FOR FAILURE TO APPEAR.

ON 10/04/2006, THE DEFENDANT WAS FOUND GUILTY ON COUNT 2 AND SENTENCED TO 10 DAYS JAIL, GIVEN CREDIT FOR TIME SERVED, AND TO PAY A FINE AND COSTS. THE DEFENDANT WAS FOUND TO BE INDIGENT AND COSTS - SUSPENDED. FOR GOOD CAUSE SHOWN, THE SENTENCES WAS SATISFIED AS TO COURT COSTS. FINE AND DAYS - SENTENCE SATISFIED. SENTENCE SUSPENDED.

| 07/29/2006 Offense | Cleveland, Ohio | **POSSESS DRUG PARAPHERNALIA** | **Case#:** 2006 CRB 025385 **Court:** Cleveland Municipal Court **Date:** 10/04/2006 |

**Outcome:** ON 10/04/2006, THIS CASE WAS NOLLED.

Produced Subject to Sept 20, 2018 Special Master Order                              CUYAH_007488967

| | | | |
|---|---|---|---|
| 09/07/2007 Offense | Cleveland, Ohio | **PLAYING OF SOUND DEVICES IN MOTOR VEHICLES PROHIBITED** | **Case#:** 2007 CRB 031227<br>**Court:** Cleveland Municipal Court<br>**Date:** 05/02/2012 |

**Outcome:** ON 05/02/2012, THIS CASE WAS NOLLED.

| | | | |
|---|---|---|---|
| 09/12/2007 Offense | Parma, Ohio | **CONTEMPT / 06TRD4861** | **Case#:** 07CRB04067<br>**Court:** Parma Municipal Court<br>**Date:** 12/01/2010 |

**Outcome:** ON 12/01/2010, THE DEFENDANT WAS FOUND GUILTY AND SENTENCED TO 1 DAY JAIL, GIVEN CREDIT FOR 1 DAY SERVED, AND TO PAY A TOTAL OF $148.00 IN FINES AND COSTS.

| | | | |
|---|---|---|---|
| 10/01/2007 Offense | Parma, Ohio | **CONTEMPT / 06TRD04861** | **Case#:** 10CRB04196<br>**Court:** Parma Municipal Court<br>**Date:** 12/01/2010 |

**Outcome:** ON 12/01/2010, THE DEFENDANT WAS FOUND GUILTY AND SENTENCED TO 1 DAY JAIL, GIVEN CREDIT FOR 1 DAY SERVED, AND TO PAY A TOTAL OF $95.00 IN FINES AND COSTS.

| | | | |
|---|---|---|---|
| 11/14/2010 Indictment | Medina, Ohio | **DISORDERLY CONDUCT** | **Case#:** 10CRB01738<br>**Court:** Medina Municipal Court<br>**Date:** 07/11/2011 |

**Outcome:** ON 07/11/2011, THE DEFENDANT WAS FOUND GUILTY AND SENTENCED TO PAY A $100.00 FINE - SUSPENDED AND $50.00 IN COSTS.

| | | | |
|---|---|---|---|
| 04/29/2012 Offense | Cleveland, Ohio | **DRUG ABUSE: MARIJUANA LESS THAN 100 GRAMS** | **Case#:** 2012 CRB 013273<br>**Court:** Cleveland Municipal Court<br>**Date:** 04/30/2012 |

**Outcome:** ON 04/30/2012, THE DEFENDANT WAS FOUND GUILTY ON AN AMENDED COMPLAINT OF DISORDERLY CONDUCT AND SENTENCED TO PAY $150.00 FINE - SUSPENDED AND COSTS AND GIVEN CREDIT FOR 3 DAYS SERVED. THE DEFENDANT WAS FOUND TO BE INDIGENT AND ANY AND ALL COURT COSTS SUSPENDED. SENTENCE ORDERED BY THIS COURT WAS SUSPENDED AND SATISFIED IN IT'S ENTIRETY.

| | | | |
|---|---|---|---|
| 06/07/2012 Arrest | Parma, Ohio | **DRUG POSSESSION (COUNT 1)** | **Case#:** CR-12-563481-A<br>**Court:** Cuyahoga County Common Pleas<br>**Judge:** Dick Ambrose<br>**Date:** 07/03/2012 |

**Outcome:** ON 07/03/2012, THE DEFENDANT PLED GUILTY TO ATTEMPTED, DRUG POSSESSION AS AMENDED IN THE INFORMATION. COURT ACCEPTS DEFENDANT'S GUILTY PLEA. THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. IT IS NOW ORDERED AND ADJUDGED THAT SAID DEFENDANT IS SENTENCED TO THE CUYAHOGA COUNTY JAIL FOR A TERM OF 30 DAYS. THE COURT FINDS THAT A COMMUNITY CONTROL SANCTION WILL ADEQUATELY PROTECT THE PUBLIC AND WILL NOT DEMEAN THE SERIOUSNESS OF THE OFFENSE. IT IS THEREFORE ORDERED THAT THE DEFENDANT IS SENTENCED TO ONE YEAR OF COMMUNITY CONTROL, UNDER THE SUPERVISION OF THE ADULT PROBATION DEPARTMENT WITH THE FOLLOWING CONDITIONS: 1) DEFENDANT TO ABIDE BY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT; 2) DEFENDANT TO BE SUPERVISED BY: GROUP A; 3) REPORT EVERY 6 MONTHS; 4) DEFENDANT IS ORDERED TO PAY A MONTHLY SUPERVISION FEE OF $20.00; 5) DEFENDANT IS ELIGIBLE FOR EARLY TERMINATION REQUEST WHEN ALL CONDITIONS HAVE BEEN MET; AND 6) CONDITIONS AND TERMS OF PROBATION ARE SUBJECT TO MODIFICATION BY THE PROBATION OFFICER AND APPROVAL OF THE COURT. DEFENDANT TO SUCCESSFULLY COMPLETE COURT COMMUNITY WORK SERVICE FOR 20 HOURS WITHIN SIX MONTHS. FAILURE TO COMPLETE HOURS WILL RESULT IN IMPOSITION OF A $150.00 FINE. VIOLATION OF THE TERMS AND CONDITIONS MAY RESULT IN MORE RESTRICTIVE SANCTIONS, OR A PRISON TERM OF 30 DAYS AS APPROVED BY LAW. THE COURT HEREBY ENTERS JUDGMENT AGAINST THE

Produced Subject to Sept 20, 2018 Special Master Order

DEFENDANT IN AN AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION.

ON 02/07/2013, AS THE DEFENDANT FAILED TO REPORT TO THE PROBATION DEPARTMENT AS INSTRUCTED, CAPIAS TO ISSUE FOR DEFENDANT.

ON 03/12/2013, THE DEFENDANT IN CUSTODY.

ON 03/18/2013, THE DEFENDANT INDIGENT AND IN OPEN COURT REPRESENTED BY COUNSEL FOR HEARING ON ALLEGED PROBATION VIOLATION. PROBATION OFFICER NOT PRESENT. HEARING HAD. COURT FINDS DEFENDANT TO BE A PROBATION VIOLATOR IN THIS CASE. PROBATION IS CONTINUED. WITH PRIOR CONDITIONS. VIOLATION OF THE TERMS AND CONDITIONS MAY RESULT IN MORE RESTRICTIVE SANCTIONS, OR A PRISON TERM OF 30 DAYS AS APPROVED BY LAW. DEFENDANT ORDERED RELEASED.

ON 06/27/2013, AS THE DEFENDANT FAILED TO REPORT TO THE PROBATION DEPARTMENT AS INSTRUCTED, CAPIAS TO ISSUE FOR DEFENDANT.

ON 08/13/2013, THE DEFENDANT IN CUSTODY.

ON 08/14/2013, THE DEFENDANT INDIGENT AND IN OPEN COURT REPRESENTED BY COUNSEL FOR HEARING ON ALLEGED PROBATION VIOLATION. PROBATION OFFICER(S) NOT PRESENT. HEARING HAD. COURT FINDS DEFENDANT TO BE A PROBATION VIOLATOR IN THIS CASE. PROBATION IS CONTINUED AND EXTENDED TO 12/31/2013, AS DEFENDANT INDICATES THAT SHE IS NO LONGER EMPLOYED AND IS HAVING DIFFICULTY ADDRESSING COURT COSTS AND SUPERVISION FEES. THEREFORE, THE COURT WILL WAIVE PAYMENT OF SUPERVISION FEES IF DEFENDANT COMPLETES CCWS PRIOR TO 12/31/13. VIOLATION OF THE TERMS AND CONDITIONS MAY RESULT IN MORE RESTRICTIVE SANCTIONS, OR A PRISON TERM OF 30 DAYS AS APPROVED BY LAW. DEFENDANT ORDERED RELEASED. THE DEFENDANT MAY PERFORM CCWS IN LIEU OF PAYMENT OF COURT COSTS.

ON 12/20/2013, PER REQUEST OF THE PROBATION DEPARMENT AND NOTICE THAT DEFENDANT HAS COMPLIED WITH THE COURT'S ORDER OF 8/14/13, MODIFYING COMMUNITY CONTROL. THE COURT WILL ALLOW COMMUNITY CONTROL TO EXPIRE ON 12/31/13, AS SCHEDULED.

ON 12/20/2013, AS THE DEFENDANT COMPLETED C.C.W.S. AND PER REQUEST OF THE PROBATION DEPARTMENT, ALL COSTS AND FEES AE HEREBY WAIVED.

| | | | |
|---|---|---|---|
| 03/12/2013 Indictment | Parma, Ohio | **DISORDERLY CONDUCT INTOX** | **Case#:** 13CRB01694<br>**Court:** Parma Municipal Court<br>**Date:** 08/19/2013 |

**Outcome:** ON 08/19/2013, THIS CASE WAS DISMISSED.

| | | | |
|---|---|---|---|
| 02/27/2014 Arrest | Cleveland, Ohio | **FELONIOUS ASSAULT (COUNT 1)**<br>**FELONIOUS ASSAULT (COUNT 2)** | **Case#:** CR-14-583081-A<br>**Court:** Cuyahoga County Common Pleas<br>**Judge:** Daniel Gaul<br>**Date:** 06/26/2014 |

**Outcome:** 06/26/2014, THE DEFENDANT PLED GUILTY TO DOMESTIC VIOLENCE AS CHARGED IN COUNT 3 OF THE INDICTMENT. COUNT 1 & 2 ARE NOLLED. COURT ACCEPTS DEFENDANT'S GUILTY PLEA. THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. IT IS NOW ORDERED AND ADJUDGED THAT SAID DEFENDANT IS SENTENCED TO THE CUYAHOGA COUNTY JAIL FOR A TERM OF 6 MONTHS. EXECUTION OF SENTENCE SUSPENDED. DEFENDANT TO SERVE 1 YEAR PROBATION. THE DEFENDANT IS ORDERED TO REPORT TO THE PROBATION DEPARTMENT. DEFENDANT TO ABIDE BY THE RULES AND REGULATIONS OF THE PROBATION DEPARTMENT. DEFENDANT TO RECEIVE PSYCHOLOGICAL COUNSELING. DEFENDANT IS NOT PERMITTED TO LIVE WITH VICTIM. SUPERVISION FEE WAIVED. THE COURT HEREBY ENTERS JUDGMENT AGAINST THE DEFENDANT IN AN AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION. CAPIAS RECALLED.

ON 05/22/2015, THE DEFENDANT IN OPEN COURT REPRESENTED BY COUNSEL FOR HEARING ON ALLEGED PROBATION VIOLATION. HEARING HAD. COURT FINDS DEFENDANT TO BE A PROBATION VIOLATOR IN THIS CASE. PROBATION IS EXTENDED TO 06/26/2017. REPORT ONCE EVERY TWO WEEKS.

Produced Subject to Sept 20, 2018 Special Master Order     CUYAH_007488969

ON 08/19/2015, COMMUNITY CONTROL TO BE TRANSFERRED TO TRUMBULL COUNTY.

ON 03/08/2016, A HOLDER IS PLACED ON DEFENDANT UNTIL DISPOSITION OF NEW CASE.

### PROBATION CASE

| | | | |
|---|---|---|---|
| 12/17/2015 Offense | Warren, Ohio | **DOMESTIC VIOLENCE** | **Case#:** 2015 CRA 003141<br>**Court:** Warren Municipal Court<br>**Date:** 02/23/2016 |

**Outcome:** ON 02/23/2016, THE DEFENDANT WAS FOUND GUILTY OF AN AMENDED COMPLAINT OF DISORDERLY CONDUCT REASONABLE WARNING AND TO 30 DAYS JAIL, 29 DAYS JAIL - SUSPENDED, GIVEN CREDIT FOR 1 DAY SERVED, PLACED ON PROBATION, AND TO PAY A $100.00 FINE AND $115.00 IN COSTS. PROBATION CASE

| | | | |
|---|---|---|---|
| 02/22/2016 Arrest | Cleveland, Ohio | **DECEPTION TO OBTAIN A DANGEROUS DRUG (COUNT 10)**<br>**ILLEGAL PROCESSING OF DRUG DOCUMENTS (COUNT 11)**<br>**DRUG POSSESSION (COUNT 12)**<br>**DECEPTION TO OBTAIN A DANGEROUS DRUG (COUNT 13)**<br>**ILLEGAL PROCESSING OF DRUG DOCUMENTS (COUNT 14)**<br>**DRUG POSSESSION (COUNT 15)**<br>**COUNTS 1-9 AND 16-8 NOT APPLICABLE TO THIS DEFENDANT** | **Case#:** CR-16-603481-C<br>**Court:** Cuyahoga County Common Pleas<br>**Judge:** Daniel Gaul |

**Outcome:** ON 04/19/2016, THE DEFENDANT PLED GUILTY TO DRUG POSSESSION AS CHARGED IN COUNT 12 AND TO ILLEGAL PROCESSING OF DRUG DOCUMENTS AS CHARGED IN COUNT 14 OF THE INDICTMENT. COUNTS 10, 11, 13, 15 ARE NOLLED. COURT ACCEPTS DEFENDANT'S GUILTY PLEA. THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT. DEFENDANT REMANDED. SENTENCING SET FOR 05/24/2016 AT 10:30 A.M.

### PRESENT CASE

| | | | |
|---|---|---|---|
| 03/12/2016 Offense | Brooklyn, Ohio | **OVI / REFUSED (COUNT 1)**<br>**DRIVING UNDER FRA SUSPENSION (COUNT 2)**<br>**RECKLESS OP PRIVATE PROPERTY (COUNT 3)** | **Case#:** 13TRC05303<br>**Court:** Parma Municipal Court<br>**Date:** 08/19/2013 |

**Outcome:** ON 08/19/2013, THE DEFENDANT WAS FOUND GUILTY ON COUNTS 1 & 2 AND SENTENCED TO 14 DAYS JAIL, 6 DAYS JAIL - SUSPENDED, GIVEN CREDIT FOR 8 DAYS SERVED, DRIVER'S LICENSE SUSPENDED FOR 180 DAYS, AND TO PAY A TOTAL OF $706.00 IN FINES AND COSTS. COUNT 3 DISMISSED.

Produced Subject to Sept 20, 2018 Special Master Order                                                          CUYAH_007488970

Miscellaneous Criminal Information

**Gang / Security Threat Activity**
None

**Other prior record or case Information**
The defendant's driver's license status is currently **FAILURE TO REINSTATE**; however, her permanent I.D. is currently **VALID**.

The defendant has been convicted of 5 M-1 traffic violations for Driving Under Suspension, No Driver's License, and Failure To show Driver's License between the years of 2010-2014 in Parma Municipal Court, New Philadelphia Municipal Court, Cleveland Municipal Court, and Medina Municipal Court.

The defendant has been convicted of 6 minor traffic violations between the years of 2005-2014 in New Philadelphia, Parma Municipal Court, Garfield Heights Municipal Court, Linndale Mayor's Court, Berea Municipal Court, and Cleveland Municipal Court.

## Defendant Information

**Alias**
Amanda C. Burns, Amanda Burns

| Sex | Race | Birth Place | Birth Date | Age | Height | Weight | Social Security # |
|---|---|---|---|---|---|---|---|
| Female | White | Cleveland, Ohio | 02/17/1985 | 31 | 5'4" | 175 lbs. | 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 |

| Address | Citizenship | Telephone | Marital Status | Children |
|---|---|---|---|---|
| 1339 5th Street, S.W., Apt. #3 Warren, OH 44485 | Unites States | Cell: (330) 809-5846 | Single | 1 |

**Residence Information**
The defendant reported she lives by herself. The defendant reports living at this address since 08/2015.

**Rent or mortgage payments** - the defendant reported she currently does not pay rent. No Probation Department statistics are available for Trumbull County, Ohio.

**Education Summary**
New Philadelphia High School: 11th Grade
The defendant reported she attended New Philadelphia High School in New Philadelphia, Ohio and only completed the 11th grade before dropping out of school. She explained the reason she dropped out was because "I just quit going when I got pregnant". However, she stated she earned a GED in 2005 at a GED Course in Medina County, Ohio. She added that she also attended a Kent State University branch in Tuscarawas County, Ohio from 2003-2004 and Stark State University in Stark County, Ohio from 2005-2006. Unfortunately, she did not complete the programs or earned any degrees. The defendant concluded by stating she was never enrolled in special education classes or has any difficulties in reading or writing.
Difficulties Reading/Writing: No    Special Education Classes: No

**Military History**
None

## Family/ Home History

| Mother | Father |
|---|---|
| Debrah Fox (nee: Hannak), Deceased | Edward Burns, Deceased |

**Siblings**
3 brothers and 5 sisters.

**Family History in the Criminal Justice System**
Yes, father for an unknkown offense and sister for the current offense.

| Marital Status | Spouse Name | Married Date |
|---|---|---|
| Single | None | None |

Produced Subject to Sept 20, 2018 Special Master Order                                CUYAH_007488971

| Ex / Estranged Spouse | # of Children | Names / Ages |
|---|---|---|
| | 1 | Caleb Patterson, age 12 |

**Defendant Raised by:** The defendant reported both of her parents raised her until the age of 13 and then her foster parent raised her from the age of 13 to 18.

**Other Information**
The defendant reported she was raised by both of her parents from the time she was born until the age of 13 and by her foster parents from the age of 13 to 18. She explained that when her parents divorced, she went to live with her father. However, she was later removed from her father's custody due to neglect charges and was sent to a foster home. When asked to describe her current relationship with her family, the defendant stated, "Strong" and "we're always been close". She added, "We try to visit each other and do family functions" and "we keep regular contact" with one another. When asked how they feel about her getting in trouble with the law, the defendant stated, "Not very pleased with me right now". Nevertheless, there has been no change in their relationship in any way. When asked if she ever felt she was abused in any way, the defendant stated, "No". The defendant rated strong support the emotional and personal support she receives from her family and closest friends and is satisfied with the current level of support she receives from them.

The defendant reported she is currently single, has never been married, is currently not involved with anyone, and is satisfied being single. She stated she has a 12 year old son with a David Patterson and has regular contact with her son and Mr. Patterson. When asked how they get along, the defendant stated, "So-so". She added, "If id doesn't concern our son, we don't communicate at all". The defendant concluded by denying having any contact with Children and Family Services regarding her son.

**Defendant has been arrested for assaulting a person they had a relationship with:** Yes, past and current Domestic Violence cases.

## Physical Health

**The defendant reports having the following current medical problems:** The defendant reported she was diagnosed with Emphysema when she was 24 years old by MetroHealth Hospital in Cleveland, Ohio. She indicated she is currently not suffering from Emphysema and is not under any care.

**The defendant has received treatment or has been hospitalized for a physical problem.** The defendant reported she was hospitalized in 2006 due to being assaulted and slashed and received treatment services at Fairview Hospital in Cleveland, Ohio. She added that she was also hospitalized in 2008 due to Tubular Pregnancy and received treatment services at MetroHealth Hospital in Cleveland, Ohio.

**The defendant is not currently diagnosed with an infectious disease.**

## Mental Health

**The defendant reports having participated in Mental Health Treatment.** The defendant reported she was diagnosed in 2012 with Depression and Anxiety at MetroHealth Hospital in Cleveland, Ohio and was prescribed with 50mg of Zoloff taken once a day. She added that she was also re-evaluated in either January or February of 2016 at the Coleman Center in Warren, Ohio and was re-diagnosed with Depression and Anxiety. She concluded by stating her medication was continued with the same dosage and frequency and she is currently attending counseling to address her mental health issues.

**When asked if the defendant ever attempted to hurt herself, the response was:** No

**When asked if the defendant ever attempted to kill herself, the response was:** Yes - the defendant reported she thought about trying to kill herself in 2012 (suicidal ideation) when she was diagnosed with Depression and Anxiety. However, she indicated she is okay now.

**Prior Mental Health Hospitalizations:** No

**Prescribed Meds**   Zoloff 50mg once a day.

Produced Subject to Sept 20, 2018 Special Master Order                    CUYAH_007488972

## Substance Abuse History

Defendant answered no when asked whether she was under the influence of drugs when arrested. The defendant stated the last time she drank alcohol and smoked Marijuana was in March of 2016.

She described the following history of alcohol or drug use:

| Drug | Age Began | Age Ended | How Much | How Often |
|---|---|---|---|---|
| Marijuana | 11 | | 1 blunt. | The defendant stated she smokes Marijuana "a couple of times a week" on an average and the last time she smoked was in March of 2016. |
| Cocaine | 21 | 21 | 1 line. | The defendant stated she tried Powder Cocaine once when she was 21 years old. |
| Alcohol | 22 | | "A couple of beers and couple of shots." | The defendant stated she drinks alcohol "a couple of times a week" on an average and the last time she drank was in March of 2016. |

When asked whether she had ever had prior treatment, the defendant answered no.

**Additional Substance Abuse Information:** The defendant indicated she is willing to attend treatment now "if it was recommended."

**Drug Test History (Last 60 Days):** No drug test history

## Employment and Income

| Current Employer | Occupation | Wages | Contact Person | Start Date | End Date |
|---|---|---|---|---|---|
| None | | | | | |

**Other Income Type**
Food Stamps - $196

**Other Income Information**
The defendant reported she is currently not employed stating, "Because I went to jail". However, she indicated she was hired as a full time employee by P.T.I. Quality Containment Solutions in Warren, Ohio at the time of her current offense. She explained that she attended only one day of orientation before being arrested and remanded into County Jail due to her current case. The defendant indicated she does not collect unemployment but receives $196.00 a month in food stamps and worked part-time and odd jobs to make ends meet.

**Presently Collecting Unemployment:** No

**Assets/Debts**

The defendant stated she does not have any assets. She reported her debts include credit cards ($2,000.00), medical ($30,000.00), child support ($18,000.00), and court fees ($600.00) and she is behind in most of her payments. However, the defendant indicated she is able to pay her bills every month but does not have extra money for savings every month. She concluded by stating she is able to get by financially and does not worry about her finances and meeting her basic needs.

## Other Information

None

Produced Subject to Sept 20, 2018 Special Master Order　　　　　　　　　　　　　　　　CUYAH_007488973

### Pro-Social Activities

The defendant reported her typical day begins with her personal hygiene and doing house chores. Later, she indicated she goes out and/or goes online at the library to look for jobs. Afterwards, the defendant stated she goes home, cooks dinner, watches T.V. reads, calls family on the cell phone, and eats dinner. After dinner, the defendant reported she reads a book, watches T.V., and talk on the phone before ending her day and going to bed. The defendant estimated she has more than 50 percent free time each week. She includes swimming, playing sports, camping and being outdoors, cooking, reading, and listening to music as part of her interests/hobbies. She concluded by stating she does not belong to any groups, clubs, or church.

### Peer Associations

The defendant stated she spends most of her time with her child or by herself. She indicated she has three close friends and sees them a "couple of times a month." She reported they like to sit around and talk, go out to eat, take their kids to the park, and go shopping when hanging out. When asked if any of her close friends have broken the law but did not get caught, regularly do things for which they could be arrested, or if most of them have been in trouble with the law, the defendant stated, "None". When asked how many of her acquaintances have been in trouble with the law, the defendant stated, "Since I moved out of Cleveland, I don't have any acquaintances". The defendant reported that one of her co-defendant, Jamie Metz, is her sister. When asked what her relationship is with the other co-defendant, Tracy Tomblin, the defendant stated, 'I don't know her'. The defendant concluded by denying any gang involvement, membership, or affiliation.

### Criminal Attitudes and Behavioral Patterns

**As a general rule do you worry about other people's problems?** The defendant stated she has some concerns stating, "Because I am very concerned with my child and brother and sisters and family members".

**Do you feel sometimes that you have lost control over the events in your life?** The defendant stated she sometimes lacks control stating, "Because I've let myself fall into bad Depression".

**Do you think of yourself as someone who takes chances or risks?** The defendant stated she sometimes takes risks stating, "Because obviously I sometimes do".

**Would you describe yourself as someone who walks away from a fight, tries to avoid it but it seems to find you, or the first one in?** The defendant stated she tries to avoid a fight but it seems to find her stating, "Because regardless to what my records states, I've never been the aggressor. I reacted to the situations".

**Do you think it is sometimes okay to tell a lie?** The defendant stated it is not okay to tell a lie stating, "Because it's what I was raised not to do".

**Have you ever heard the saying, "Do Unto Others Before They Do Unto You,"? Do you agree?** The defendant stated she disagrees with the statement stating, "Because I don't see anything positive on just going off the handle".

**Additional attitude or behavioral information**

Produced Subject to Sept 20, 2018 Special Master Order                                                           CUYAH_007488974

## Recidivism Risk Level (if community supervision is considered)

Results of this assessment place the defendant in the **LOW MODERATE Risk Level.** If placed on community supervision, according to research and Probation Department Policy, defendants scoring at this level are best served in **GROUP B supervision.**

## Ohio Risk Assessment Summary

### Criminogenic Need Domains

| | HIGH | MEDIUM | LOW |
|---|---|---|---|
| **Criminal Attitudes/Behavioral Patterns** | | X | |
| **Peers** | | X | |
| **Family/Social Support** | | X | |
| **Education/Employment/Finance** | | X | |
| **Substance Abuse** | X | | |

## Responsivity Assessment

**Reading or Writing significantly below normal**  No
**Homelessness**  No
**Mental Health / Developmental Disability Issues**  Yes, the defendant reported she was diagnosed in 2012 with Depression and Anxiety at MetroHealth Hospital in Cleveland, Ohio and was prescribed with 50mg of Zoloff taken once a day. She added that she was also re-evaluated in either January or February of 2016 at the Coleman Center in Warren, Ohio and was re-diagnosed with Depression and Anxiety. She concluded by stating her medication was continued with the same dosage and frequency and she is currently attending counseling to address her mental health issues.
**Physical Disability**  No
**Motivation is a problem**  No
**Transportation is a problem**  No
**Child care is a problem**  No
**Language is a problem**  No
**Ethnicity or Culture barriers**  No
**History of abuse / neglect**  No
**Interpersonal Anxiousness**  No
**Other**

### Additional History and Observations / Impressions
None

**Remand defendant to the county jail:**  No

Approved,

_____
John T. Bilinski
**Supervisor**
(216) 443-7891

Respectfully submitted,

_____
Manuel L. Salvador
**Probation Officer**
(216) 443-8092

**\*\*ORC Sec. 2951.03 (B)(1) provides in pertinent part:**
...the court shall not permit the defendant or the defendant's counsel to read any of the following:
   (a)   Any recommendation as to sentence;
   ...
   (c) Any sources of information obtained upon a promise of confidentiality;
   (d) Any other information that, if disclosed, the court believes might result in physical harm or some other type of harm to the defendant or to any other person

N510orasV2

10

Produced Subject to Sept 20, 2018 Special Master Order

CUYAH_007488975

## OHIO COMMUNITY SUPERVISON RISK ASSESSMENT TOOL (Female)

| | |
|---|---|
| Name: Amanda Burns | Date of Birth: 2/17/1985 |
| Docket Number: CR16603481-C | Def# 12656575 |
| Officer: Manuel L Salvador | Date Completed: 5/6/2016 |

**6.0  CRIMINAL HISTORY:**

F6.1  Most Serious Arrest Under Age 18 — 0
 0 = None
 1 = Yes, Misdemeanor
 2 = Yes, Felony

F6.2  Number of Prior Adult Felony Convictions — 0
 0 = None
 1 = One or Two
 2 = Three or more

F6.3  Prior Sentence as Adult to a Jail or Secure Correctional Facility — 1
 0 = No
 1 = Yes

F6.4  Received Official Misconduct while Incarcerated as an Adult — 0
 0 = No
 1 = Yes

F6.5  Prior Sentence to Community Supervision as an Adult — 1
 0 = No
 1 = Yes

F6.6  Community Supervision Ever Been Revoked for an adult Technical Violation — 0
 0 = No
 1 = Yes

**Total Score in Criminal History:  2**

**2.0  EDUCATION, EMPLOYMENT AND FINANCIAL SITUATION:**

F2.1  Highest Education — 1
 0 = High school graduate or higher
 1 = Less than high school or GED

F2.2  Ever Suspended or Expelled From School — 1
 0 = No
 1 = Yes

F2.3  Employed at the Time of Arrest — 0
 0 = Yes
 1 = No

F2.4  Currently Employed — 1
 0 = Yes, full time, disabled or retired
 1 = Not employed or employed part-time

F2.5  Better Use of Time — 1
 0 = No, most time structured
 1 = Yes, lots of free time

F2.6  Current Financial Situation — 0
 0 = Stable to minimal problems
 1 = Problems

**Total Score in Education, Employment, Financial:  4**

Def #: 12656575
Page: 1     Document: N385F

Produced Subject to Sept 20, 2018 Special Master Order

CUYAH_007488976

### 1.0 FAMILY AND SOCIAL SUPPORT

| | | |
|---|---|---|
| F1.1 | Parents have Criminal Record<br>0 = No<br>1 = Yes | 1 |
| F1.2 | Satisfied with Current Marital or Equivalent Situation<br>0 = Yes<br>1 = No | 0 |
| F1.3 | Emotional and Personal Support Available from Family or Others<br>0 = Very Strong Support<br>1 = None to Strong Support | 1 |
| F1.4 | Level of Satisfaction with Current Level of Support from Family or Others<br>0 = Very Satisfied<br>1 = Satisfied to Not Satisfied | 1 |
| F1.5 | Stability of Residence<br>0 = Stable<br>1 = Not Stable | 0 |

**Total Score on Family and Social Support:  3**

### 3.0 NEIGHBORHOOD PROBLEMS

| | | |
|---|---|---|
| F3.1 | High Crime Area<br>0 = No<br>1 = Yes | 0 |
| F3.2 | Drugs Readily Available in Neighborhood<br>0 = No, Generally not available<br>1 = Yes, Somewhat available<br>2 = Yes, Easily available | 0 |

**Total Score in Neighborhood Problems:  0**

### 4.0 SUBSTANCE ABUSE

| | | |
|---|---|---|
| F4.1 | Age First Began Regularly Using Alcohol<br>0 = 17 or older<br>1 = Under Age 17 | 0 |
| F4.2 | Most Recent Period of Abstinence from Alcohol<br>0 = 6 months or longer<br>1 = Less than 6 months | 1 |
| F4.3 | Ever Used Illegal Drugs<br>0 = No<br>1 = Yes | 1 |
| F4.4 | Drug Use Caused Problems<br>0 = None<br>1 = Past<br>2 = Current | 2 |
| F4.5 | Drug Use Caused Problems with Employment<br>0 = No<br>1 = Yes | 1 |

**Total Score for Substance Use:  5**

Def #: 12656575
Page: 2          Document: N385F

Produced Subject to Sept 20, 2018 Special Master Order

CUYAH_007488977

**5.0 PEER ASSOCIATIONS**

- F5.1 Criminal Friends — 0
  - 0 = None
  - 1 = Some
  - 2 = Majority
- F5.2 Contact with Criminal Peers — 1
  - 0 = No contact with criminal peers
  - 1 = At risk of Contacting criminal peers
  - 2 = Contact or actively seeks out criminal peers
- F5.3 Gang Membership — 0
  - 0 = No, never
  - 1 = Yes, but not current
  - 2 = Yes, current
- F5.4 Criminal Activities — 1
  - 0 = Strong identification with prosocial activities
  - 1 = Mixture of pro and anti social activities
  - 2 = Strong identification with criminal activities

**Total Score for Peers: 2**

**7.0 CRIMINAL ATTITUDES AND BEHAVIORAL PATTERNS:**

For the Following Items Please Rate the Offender:

- F7.1 Criminal Attitudes — 1
  - 0 = No or Limited criminal attitudes
  - 1 = Some Criminal attitudes
  - 2 = Significant criminal attitude
- F7.2 Expresses Concern about Other's Misfortunes — 1
  - 0 = Concern for others
  - 1 = Concern for immediate family and friends
  - 2 = No concern for others
- F7.3 Feels Lack of Control over Events — 1
  - 0 = Controls events
  - 1 = Sometimes lacks control
  - 2 = Generally lacks control
- F7.4 Sees No Problem in Telling Lies — 0
  - 0 = No
  - 1 = Yes
- F7.5 Engages in Risk Taking Behavior — 1
  - 0 = Rarely takes risks
  - 1 = Sometimes takes risks
  - 2 = Generally takes risks
- F7.6 Walks Away from a Fight — 1
  - 0 = Yes
  - 1 = Sometimes
  - 2 = Rarely
- F7.7 Believes in "Do Unto Others Before They Do Unto You" — 0
  - 0 = Disagree
  - 1 = Sometimes
  - 2 = Agrees

**Total Score Criminal Attitudes and Behavioral Patterns: 5**

**TOTAL SCORE: 21**

Def #: 12656575
Page: 3          Document: N385F

Produced Subject to Sept 20, 2018 Special Master Order

CUYAH_007488978

| Risk Categories for MALES | | | Risk Categories for FEMALES | | |
| --- | --- | --- | --- | --- | --- |
| Scores | Rating | % of Failures | Scores | Rating | % of Failures |
| 0-14 | Low | 9% | 0-14 | Low | 7% |
| 15 – 23 | Moderate | 34% | 15-21 | Low Mod | 23% |
| 24 – 33 | High | 58% | 22-28 | Moderate | 40% |
| 34+ | Very High | 70% | 29+ | High | 50% |

**Additional History and Observations / Impressions**
None

Approved,

_____
JOHN T. BILINSKI
**Supervisor**
(216) 443-7891

Respectfully submitted,

_____
Manuel L Salvador
**Probation Officer**
(216) 443-8092

Def #: 12656575
Page: 4          Document: N385F

Produced Subject to Sept 20, 2018 Special Master Order

CUYAH_007488979