# EXHIBIT 169



# VIPERx PDMR - High Priority

*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

**Area:** 1

*Tuesday, May 15, 2012*

**HIGHLY CONFIDENTIAL**                                                    **CVS-MDLT1-000074775**

*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*



*Tuesday, May 15, 2012*

**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074776



*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074777**



*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

| Source | Store | A | R | D | Name | Flg | DEA | GCN | DC | OV | OV # | Tot Ship | TI | TO | Rtn | Disp | CC | CC# | OADJ | OADJ# | Growth | Growth% | Growth$ | #PDMR | # IIP | Mar | Feb |
|--------|-------|---|---|---|------|-----|-----|-----|-----|-----|------|----------|----|----|-----|------|-----|-----|------|-------|--------|---------|---------|-------|-------|-----|-----|
| HPPDMR | 2503 | 2 | 31 | 6 | HYDROCODON-ACETAMINOPHN 10-325 | 3 | 3 | 70330 | 2500 | 0 | 0 | 2500 | 0 | 0 | 0 | 1366 | -553 | 4 | 1500 | 3 | 1134 | 45% | $765 | 2 | 1 | 671 | |

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074778**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074779**



January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN

Tuesday, May 15, 2012

HIGHLY CONFIDENTIAL

CVS-MDLT1-000074780



*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

| Source | Store | A | R | D | Name | Flg | DEA | GCN | DC | OV | OV# | Tot Ship | TI | TO | Rtn | Disp | CC | CC# | OADJ | OADJ# | Growth | Growth% | Growth$ | #PDMR | # HP | Mar | Feb |
|--------|-------|---|---|---|------|-----|-----|-----|-----|-----|-----|----------|----|----|----|------|-----|-----|------|-------|--------|---------|---------|-------|------|-----|-----|
| HPPDMR | 3634 | 2 | 31 | 1 | HYDROCODONE BT-IBU 7.5-200 TAB | 3 | 3 | 63101 | 300 | 1200 | 8 | 1500 | 0 | 0 | 0 | 746 | -419 | 6 | 0 | 0 | 754 | 50% | $2,224 | 1 | 1 | | |

*Tuesday, May 15, 2012*

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074781**

*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074782**



*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

Tuesday, May 15, 2012

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074783**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074784**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074785



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074787



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074788



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074789



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074790



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074792



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074793



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074794



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074795



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074796



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074797



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074798



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074799



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074800



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074801**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074802



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074803



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074804



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074805



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074806



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074807



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074808



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074810



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074811**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074812



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074813**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074814**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074815



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074816



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074817**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074818



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074819



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074821



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074822



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074823



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074824**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074825**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074826



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074827



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074828



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074829**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074830



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074831**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074832



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074833



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074834



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074835



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074836



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074837



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074838



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074839



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074840



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074841**