UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>**Judge Dan Aaron Polster** |

## PHARMACY DEFENDANTS' JOINDER IN NOTICE OF POSITION

Pharmacy Defendants[1] respectfully submit this notice of their joinder in the Certain Defendants' Notice of Position Regarding Evidentiary Orders of December 26, 2019 and January 3, 2020 filed on January 31, 2020 (Dkt. #3133). Pharmacy Defendants reserve all objections and rights identified by the other defendants. Moreover, with the exception of Walgreens, Pharmacy Defendants had been severed (Kroger had been dismissed) from the Track One *Summit* and *Cuyahoga County* cases at the time the motions in limine were briefed and decided. In addition to the deficiencies noted by the other defendants, Pharmacy Defendants cannot be bound by orders on which they had no opportunity to be heard and which did not involve the dispensing claims of Track One-B.[2]

---

[1] "Pharmacy Defendants" are CVS Rx Services, Inc. and CVS Indiana, L.L.C. ("CVS Distributors"), Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center ("Rite Aid"), Walgreen Co. and Walgreen Eastern Co. ("Walgreens"), HBC Service Company, an unincorporated operating division of Giant Eagle, Inc. ("Giant Eagle"), Discount Drug Mart ("DDM"), Walmart Inc. ("Walmart"), and The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II ("Kroger").

[2] Nor have Pharmacy Defendants had the opportunity to seek further consideration or reexamination of the Court's interlocutory evidentiary rulings in the context of trial and the actual presentation of evidence. *See In re Air Crash Disaster*, 86 F.3d 498, 518 (6th Cir. 1996) ("It is well established that the interlocutory orders and rulings made pre-trial by a district judge are subject to modification by the district judge at any time prior to final judgment[.]") (quoting *In re "Agent Orange" Prod. Liability Litig.*, 733 F.2d 10, 13 (2d Cir. 1984)).

| | |
|---|---|
| Dated: February 3, 2020 | Respectfully submitted, |
| /s/ Kaspar J. Stoffelmayr<br>Kaspar J. Stoffelmayr<br>BARTLIT BECK LLP<br>54 West Hubbard Street<br>Chicago, IL 60654<br>Phone: (312) 494-4400<br>Fax: (312) 494-4440<br>kaspar.stoffelmayr@bartlitbeck.com<br>*Counsel for Walgreen Co. and Walgreen Eastern Co.* | /s/ Tina M. Tabacchi<br>Tina M. Tabacchi<br>Tara A. Fumerton<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601<br>Phone: (312) 269-4335<br>Fax: (312) 782-8585<br>tmtabacchi@jonesday.com<br>tfumerton@jonesday.com<br>*Counsel for Walmart Inc.* |
| /s/ Kelly A. Moore<br>Kelly A. Moore<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>Phone: (212) 309-6612<br>Fax: (212) 309-6001<br>kelly.moore@morganlewis.com<br><br>Elisa P. McEnroe<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 963-5917<br>Fax: (215) 963-5001<br>elisa.mcenroe@morganlewis.com<br>*Counsel for Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center* | s/ Eric R. Delinsky<br>Eric R. Delinsky<br>Alexandra W. Miller<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC 20036<br>Phone: (202) 778-1800<br>Fax: (202) 822-8106<br>edelinsky@zuckerman.com<br>smiller@zuckerman.com<br>*Counsel for CVS Rx Services, Inc. and CVS Indiana, L.L.C.* |
| /s/ Timothy D. Johnson<br>Timothy D. Johnson<br>Gregory E. O'Brien<br>CAVITCH FAMILO & DURKIN, CO. LPA<br>Twentieth Floor<br>1300 East Ninth Street<br>Cleveland, OH 44114<br>Phone: (216) 621-7860<br>Fax: (216) 621-3415<br>tjohnson@cavitch.com<br>gobrien@cavitch.com<br>*Counsel for Discount Drug Mart, Inc.* | /s/ Robert M. Barnes<br>Robert M. Barnes<br>Joshua A. Kobrin<br>MARCUS & SHAPIRA LLP<br>35th Floor, One Oxford Center<br>301 Grant Street<br>Pittsburgh, PA 15219<br>Phone: (412) 471-3490<br>Fax: (412) 391-8758<br>rbarnes@marcus-shapira.com<br>kobrin@marchus-shapira.com<br>*Counsel for HBC Service Company* |

/s/ Ronda L. Harvey
Ronda L. Harvey Esq. (WVSB 6326)
Fazal A. Shere, Esq. (WVSB 5433)
Unaiza Riaz, Esq. (WVSB 13253)
Pamela J. Ferrell, Esq. (WVSB 12506)
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
Phone: 304-347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com
utyree@bowlesrice.com
pferrell@bowlesrice.com
*Counsel for Defendant The Kroger Co.,*
*Kroger Limited Partnership I,*
*Kroger Limited Partnership II*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2020, the foregoing was served via the Court's ECF filing system to all counsel of record.

/s/ Kelly A. Moore