IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

**CERTAIN NON-RICO SMALL DISTRIBUTORS' JOINDER IN NOTICE OF POSITION**

Non-RICO Small Distributor Defendants H. D. Smith, LLC and Prescription Supply Inc. (together, "Non-RICO Small Distributors") submit this notice of their joinder in the Certain Defendants' Notice of Position Regarding In Limine Evidentiary Rulings and Orders of December 26, 2019 and January 3, 2020 filed on January 31, 2020 (ECF No. 3133). The Non-RICO Small Distributors reserve all objections and rights identified by the other defendants. In addition to the deficiencies noted by the other defendants, the Non-RICO Small Distributors had been severed from the Track One cases at the time the motions *in limine* were briefed and decided, and Non-RICO Small Distributors cannot be bound by orders on which they had no opportunity to be heard.[1]

---

[1] Nor have Non-RICO Small Distributors had the opportunity to seek further consideration or reexamination of the Court's interlocutory evidentiary rulings in the context of trial and the actual presentation of evidence. *See In re Air Crash Disaster*, 86 F.3d 498, 518 (6th Cir. 1996) ("It is well established that the interlocutory orders and rulings made pretrial by a district judge are subject to modification by the district judge at any time prior to final judgment[.]" (quoting *In re "Agent Orange" Prod. Liability Litig.*, 733 F.2d 10, 13 (2d Cir. 1984)).

Dated: February 3, 2020

Respectfully submitted,

/s/ *William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: william.padgett@btlaw.com
       kathleen.matsoukas@btlaw.com

*Counsel for Defendant H. D. Smith, LLC,*
*f/k/a H. D. Smith Wholesale Drug Co.*

/s/ *John J. Haggerty*
John J. Haggerty (0073572)
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com
jclark@foxrothschild.com
scornell@foxrothschild.com

*Counsel for Defendant,*
*Prescription Supply Inc.*

## **CERTIFICATE OF SERVICE**

I, John J. Haggerty, certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *John J. Haggerty*
John J. Haggerty