# Exhibit B

| # | Example Fields Listed in Combined Discovery Requets and Initial Disclosures |
|---|---|
| # | Years Available |
| 1 | Drug name |
| 2 | Prescription number |
| 3 | NDC number |
| 4 | Date filled |
| 5 | |
| 6 | |
| 7 | Quantity dispensed |
| 8 | Dosage form |
| 9 | Days' supply |
| 10 | MME |
| 11 | Prescriber's name |
| 12 | |
| 13 | |
| 14 | Prescriber's DEA number |
| 15 | |
| 16 | Dispensing pharmacist |
| 17 | |
| 18 | Patient name |
| 19 | |
| 20 | |
| 21 | Patient address |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | Patient ID # |
| 27 | Quantity prescribed |
| 28 | Number of refills authorized (if any) |
| 29 | Diagnostic code |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | Method of payment |
| 35 | Patient paid amount |
| 36 | Whether prescription covered by third-party payor |
| 37 | |
| 38 | |
| 39 | Control / Non-Control |
| | Additional Fields Needed |
| 40 | Pharmacy DEA # |
| 41 | Pharmacy Store # |
| 42 | Pharmacy address (at the zip code level or finer) |
| 43 | Prescriber address (at the zip code level or finer) |
| 44 | Prescription Date written |
| 45 | Drug price (the regular sale price without markup or discount) |
| 46 | Refill indicator (whether the Rx is a refill or the original) |

| # | Field |
|---|---|
| 47 | Prescriber Specialty |
| 48 | Patient age |
| 49 | Rejection indicator (whether the pharmacy rejected to fill) |
| 50 | Transaction/Dispensation number |
| 51 | Prescribers NPI Number |
| 52 | Dispensing Fee |
| 53 | Patient DOB |
| 54 | Action Type (indicate whether the prescription is a new record, a revision to an existing record, or an existing record) |
| 55 | Classification Code for Payment Type (Private Pay, Medicaid, Medicare, Commercial Insurance, Military Installations and VA, Workers' Comp, Indian Nations, Other) (Further clarification for rows 36 and 39) |
| 56 | Compound Drug Dosage Units Code |
| 57 | Compound Drug Ingredient Sequence Number |
| 58 | Compound Ingredient Quantity |
| 59 | Counseled by Pharmacists |
| 60 | Counseled by Pharmacists ID |
| 61 | Counseling Comments |
| 62 | Date Prescription Sold |
| 63 | DEA BaseCode |
| 64 | DEA Override |
| 65 | DEA Schedule |
| 66 | Dosage Units (Each, Milliliters, Grams) |
| 67 | First Name of Person Picking Up Prescription |
| 68 | HCPC |
| 69 | ID Number of Person Picking Up Prescription |
| 70 | ID Type of Person Picking Up Prescription (Military, State Issued ID, Unique System ID "Mail Order", Permanent Resident Card, Passport, Drivers License, Social Security Number, Tribal ID, other) |
| 71 | Issuing Authority of ID for Person Picking Up |
| 72 | Issuing Authority of Patient ID |
| 73 | Last Name of Person Picking Up Prescription |
| 74 | NCPDP / NABP Provider ID |
| 75 | Notes by Pharmacists |
| 76 | Pharmacy Organization Name |
| 77 | Partial Fill Indicator |
| 78 | Patient Copay |
| 79 | Patient Gender |
| 80 | Patient ID Type (Military, State Issued ID, Unique System ID "Mail Order", Permanent Resident Card, Passport, Drivers License, Social Security Number, Tribal ID, other) |
| 81 | Patient Location Code (Home, Intermediary Care, Nursing Home, Long-Term/Extended Care, Rest Home, Boarding Home, Skilled-Care Facility, Sub-Acute Care Facility, Acute Care Facility, Outpatient, Hospice, Unknown, Other) |
| 82 | Pharmacists DEA |
| 83 | Pharmacists License |
| 84 | Pharmacists NPI |
| 85 | Pharmacists State License |
| 86 | Pharmacy Business Name (including DBA) |
| 87 | Pharmacy County |
| 88 | Pharmacy NPI |
| 89 | Prescriber County |
| 90 | Prescriber NPI Type |
| 91 | Prescriber State |
| 92 | Prescriber Taxonomy Description |
| 93 | Prescriber Telephone Number |
| 94 | Prescriber Zip |
| 95 | Prescription Request to PDMP |
| 96 | Prescription Request to Provider |
| 97 | Product ID Qualifier (NDC or Compound) |
| 98 | Rebate Amount |
| 99 | Relationship of Person Picking Up Prescription (Patient, Parent/Legal Guardian, Spouse, Caregiver, Other / Mail Order) |
| 100 | Reporting Status (New Record, Revised Record, Void) |
| 101 | Transmission Form of Prescription (Written, Telephone, Fax, Electronic, Transfer/Forwarded, Other) |

| | |
|---|---|
| 102 | Treatment Type (Not used for opioid dependency treatment, used for opioid dependency treatment, pain associated with active and aftercare cancer treatment, palliative care in conjunction with a serious illness, end-of-life and hospice care, a pregnant individual with a pre-existing prescription for opioids, acute pain for an individual with an existing opioid prescription for chronic pain, individuals pursuing an active taper of opioid medications, patient is participating in a pain management contract, other) |
| 103 | RX ID |
| 104 | Expected Dispensing Fee |
| 105 | Prescriber Number |
| 106 | AWP |
| 107 | Dispense Hour |
| 108 | Dispense Minute |
| 109 | Drop Off Hour |
| 110 | Drop Off Minute |
| 111 | Drug Utilization Review Fields |
| 112 | Field indicating edit or delete of a prescription |
| 113 | Dispense as written indicator |
| 114 | Drug Manufacturer |
| 115 | Prescriber Comment Text |
| 116 | Prescriber Death Status |
| 117 | Field that declares a physician's status (active, inactive, etc) |
| 118 | Prescriber Sanction |
| 119 | Prescriber State License |
| 120 | Field indicating transfer of prescription |
| 121 | Prescriber Medicaid Number |
| 122 | NCPDP Diagnosis Codes |
| 123 | Field indicating whether drug is brand or generic (GPI) |
| 124 | Image Scan of Prescription |
| 125 | Patient Comment Text |
| 126 | New Prescription Indicator |
| 127 | PDMP / PMP Check Indicator |
| 128 | Relationship to Patient |
| 129 | Patient's resident status |
| 130 | Number of times patient reported prescription lost or stolen |
| 131 | Number of times patient requested refill early |
| 132 | Patient criminal history indicator |
| 133 | Data Sufficient to determine whether Prescriber not authorized to practice medicine (*See e.g.*  DDM00000016) |
| 134 | Data Sufficient to determine Invalid or mismatching prescriber DEA number  (*See e.g* . DDM00000016) |
| 135 | Data sufficient to determine Doctor Shopping and/or Pharmacy Shopping (*See e.g.*  DDM00000016) |
| 136 | Data sufficient to determine whether Opioid dose exceeds the max recommended level for chronic non-cancer pain (*See e.g.*  DDM00000016) |
| 137 | Data sufficient to determine whether there is evidence of a stepwise plan for pain management or anxiety treatment (*See e.g.*  DDM00000016) |
| 138 | Data sufficient to determine whether there is a "Large quantity" of controlled substance prescribed (*See e.g.* DDM00000016) |
| 139 | Data sufficient to determine whether patient claims to have no prescription insurance coverage (*See e.g.*  HBC_MDL0032601) |
| 140 | Data sufficient to determine whether Patient's address is unable to be confirmed by the US Postal file when the patient is added to the computer system (*See e.g.*  HBC_MDL0032601) |
| 141 | Data sufficient to determine whether patient asks to only fill the controlled substance prescription and doesn't need any companion scripts (*See e.g.*  HBC_MDL0032601) |
| 142 | Data sufficient to determine whether Prescriber's handwriting is unfamiliar or different than typical (*See e.g.*  HBC_MDL0032601) |

| | |
|---|---|
| 143 | Data sufficient to determine whether Prescription from prescription pad that has an unusual texture (*See e.g.* HBC_MDL0032601) |
| 144 | Data sufficient to determine whether Prescription looks like it was photo-copied (*See e.g.* HBC_MDL0032601) |
| 145 | Data sufficient to determine whether Non-standard abbreviations are used (*See e.g.* HBC_MDL0032601) |
| 146 | Data sufficient to determine whether Illegal number of refills (*See e.g.* HBC_MDL0032601) |
| 147 | Data sufficient to determine whether Multiple controlled substance prescriptions being requested simultaneously (*See e.g.* HBC_MDL0032601) |
| 148 | Data sufficient to determine whether Person giving the prescription is unable to provide all requested information / is unsure (*See e.g.* HBC_MDL0032601) |
| 149 | Data sufficient to determine if there are notes in system such as "double count all controls" indicating the patient has reported being shorted previously (*See e.g.* HBC_MDL0032601) |
| 150 | Data sufficient to determine whether the prescription looks altered in any way? (*See e.g.* HBC_MDL0032601) |
| 151 | Data sufficient to determine if the prescription is from a local provider? (*See e.g.* HBC_MDL0032601) |
| 152 | Data sufficient to determine whether there are any DUR cautions that indicate the prescription is interacting with other controlled substances prescribed? (*See e.g.* HBC_MDL0032601) |
| 153 | Data sufficient to determine if the prescription dosage and quantity is reasonable with consideration of the patient's age and disease states? (*See e.g.* HBC_MDL0032601) |
| 154 | Data sufficient to determine if the prescription was filled with a DAW 2? (*See e.g.* HBC_MDL0032601) |
| 155 | Data sufficient to determine whether the patient relationship that may be suspect (*See e.g.* WMT_MDL_000041630) |
| 156 | Data sufficient to determine if prescription for controlled substance was presented by someone who is not the patient (*See e.g.* WMT_MDL_000041630) |
| 157 | Data sufficient to determine whether the doctor is practicing an unauthorized field of medicine (*See e.g.* WMT_MDL_000041630) |
| 158 | Data sufficient to determine whether the doctor writing the prescription is under investigation (*See e.g.* WMT_MDL_000041630) |
| 159 | Data sufficient to determine whether appropriateness of therapy (Long-term / high dose) (*See e.g.* CVS-NYAG000026620) |
| 160 | Data sufficient to determine Scope of practice (*See e.g.* CVS-NYAG000026620) |
| 161 | Adding different or new controlled substance to therapy that was not previously included |