Exhibit G



# Current Trends in DEA Compliance

## National Association Chain Drug Stores

August 24, 2015





The United States Department of Justice
**Drug Enforcement Administration**

Ruth A. Carter, Chief
Liaison and Policy Section
Office of Diversion Control





# *Hydrocodone*

➢ Hydrocodone / Acetaminophen (toxicity)

➢ Similarities:
  – Structurally related to codeine
  – Equal to morphine in producing opiate-like effects

➢ Brand Names: Vicodin®, Lortab®, Lorcet®

➢ Currently, combination products are Schedule III

➢ **October 6, 2014 moved to SCHEDULE II**



➢ "Cocktail" or "Trinity"
  ➢ Hydrocodone
  ➢ Soma ® / carisoprodol
  ➢ Alprazolam / Xanax®

➢ Street prices: $2 to $10+ per tablet depending on strength & region



# *Worldwide Hydrocodone Use*

➢ <u>67 Countries </u> reported an estimated need requirement  for hydrocodone to the International Narcotics Control Board

➢ <u>20 countries</u> reported an estimated need of 1 kilogram or greater.

➢ <u>4 countries</u> reported an estimated need between 500 grams and 999 grams

➢ <u>10 countries</u> reported an estimated need between 100 grams and 499 grams

➢ <u>6 countries</u> reported a need between 25 grams and 99 grams

➢ <u>27 countries</u> reported a need of less than 25 grams

SOURCE: UN International Narcotics Control Board website. Estimated  World Requirements of Narcotic Drugs in grams for 2014. http://www.incb.org . Accessed April 14, 2014

*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



# *Worldwide Hydrocodone Use*

➢ **Of the 20 Countries** that reported an estimated needs requirement for hydrocodone at one kilogram or more

➢ **8 countries** reported an estimated need of 1 kilogram to 5 kilograms

➢ **4 countries reported an estimated need over 5 kilograms to 10 kilograms**

➢ **8 countries** reported an estimated need over 10 kilograms

SOURCE: UN International Narcotics Control Board website. Estimated  World Requirements of Narcotic Drugs in grams for 2014. http://www.incb.org . Accessed April 14, 2014

*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



# Top 10 List

- 10 Guatemala      10 kilograms
- 09 India      10 kilograms
- 08 Vietnam      20 kilograms
- 07 China      20 kilograms
- 06 Denmark      25.5 kilograms
- 05 Columbia      30 kilograms
- 04 Syrian Republic      50 kilograms
- 03 Canada      115.5 kilograms
- 02 United Kingdom      200 kilograms
- 01 United States      79,700 kilograms  99.3%

SOURCE: UN International Narcotics Control Board
website. Estimated  World Requirements of Narcotic
Drugs in grams for 2014. http://www.incb.org .
Accessed April 14, 2014

*U.S. Drug Enforcement Administration*
*Office of Diversion Control*

# *The Trinity*



**Hydrocodone**



**Opiate**

**Carisoprodol**

 

C-IV as of 1/11/2012

**Muscle Relaxant**



**Benzodiazepine**

U.S. Drug Enforcement Administration
Office of Diversion Control





**Commonly Abused Controlled Substances**

### Carisoprodol

C-IV as of 1/11/2012



OxyContin 80mg



Oxymorphone



## Hydrocodone





**Oxycodone 30 mg**

*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



**Alprazolam**



# *Oxycodone*

- OxyContin controlled release formulation of Schedule II oxycodone
  - The controlled release method of delivery allowed for a longer duration of drug action so it contained much larger doses of oxycodone
  - Abusers easily compromised the controlled release formulation by crushing the tablets for a powerful morphine-like high
  - 10, 15, 20, 30, 40, 60, 80mg available

- Effects:
  - Similar to morphine in effects and potential for abuse/ dependence
  - Sold in "Cocktails" or the "Holy Trinity" (Oxycodone,  Soma ® / carisoprodol, Alprazolam / Xanax®)

- Street price: Approx. $80 per 80mg tablet

- NOTE:  New formulation introduced into the marketplace in 2010 that is more difficult to circumvent for insufflation (snorting) or injection. Does nothing to prevent oral abuse.

*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



*Prescription Opiates vs. Heroin*

U.S. Drug Enforcement Administration
Office of Diversion Control



# The Circle of Addiction & The Next Generation

**Oxycodone Combinations**
Percocet®
**$7-$10/tab**

**OxyContin®**
**$80/tab**

**Roxicodone®**
**Oxycodone IR**
**15mg, 30mg**
$30-$40/tab

**Hydrocodone**
Lorcet®
**$5-$7/tab**

**Heroin**
**$15/bag**



# Heroin:  No Longer Confined to Urban Areas











# *The CSA:  Checks and Balances*



*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



# *Mission*

The mission of the Office of Diversion Control is to <u>prevent</u>, <u>detect</u>, and <u>investigate</u> the diversion of pharmaceutical controlled substances and listed chemicals from legitimate channels of distribution

*while* …

ensuring an adequate and uninterrupted supply of controlled substances to meet <u>legitimate</u> <u>medical</u>, <u>commercial</u>, and <u>scientific</u> <u>needs</u>

*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



# Cutting off the Source of Supply







# Closed System of Distribution



**1,599,457** (08/14/15)
**Practitioners:** 1,219,135
**Retail Pharmacies:** 71,305
**Hospital/Clinics:** 16,475

**Law: 21 USC 822  (a) (1) Persons Required to Register:**
"Every person who manufactures or distributes any Controlled Substance or List I Chemical or who proposes to engage in .."

**Law: 21 USC 822 (a) (2) Persons Required to Register:**
"Every person who dispenses, or who proposes to dispense any controlled substance ..."





# *Closed System of Distribution*

The DEA is responsible for:

– the <u>oversight</u> of the system

– the <u>integrity</u> of the system

– the <u>protection</u> of the public health and safety





# *DEA Registrant Initiatives*

**Distributor Initiative**

Educate and inform distributors/manufacturers of their due diligence responsibilities under the CSA by discussing their Suspicious Order Monitoring System, reviewing their ARCOS data for sales and purchases of Schedules II and III controlled substances, and discussing national trends involving the abuse of prescription controlled substances

**August 1, 2005 – August 21, 2015:**  Briefings to **85** firms with **280** registrations



# *DEA Registrant Initiatives*

**Pharmacy Diversion Awareness Conference**

This conference is designed to educate pharmacists, pharmacy technicians, and pharmacy loss prevention personnel on ways to address and respond to potential diversion activity





# *DEA Registrant Initiatives*

"Stakeholders' Challenges and Red Flag Warning Signs Related to Prescribing and Dispensing Controlled Substances"

- Represents the medical, pharmacist, and supply chain spectrum highlighting the challenges and "red flag" warning signs related to prescribing and dispensing controlled substance prescriptions

- The goal was to provide health care practitioners with an understanding of their shared responsibility to ensure that all controlled substances are prescribed and dispensed for a legitimate medical purpose, as well as to provide guidance on which red flag warning signs warrant further scrutiny

- NABP along with 10 national associations and 6 major pharmaceutical firms were the coalition of stakeholders of this document.



# *DEA Registrant Initiatives*

- The Federation of State Medical Boards (FSMB) promotes excellence in medical practice, licensure, and regulation on behalf of 70 state medical and osteopathic Boards across the country in their protection of the public

- DEA and FSMB are currently working on developing strategies to <u>work more effectively and jointly</u> on indiscriminate prescriber investigations in order to facilitate the administrative process to take action against those that are a threat to the public health and welfare quickly, and at the same time not jeopardize a criminal investigation



# *Scheduled Investigations*

- Increase in the number of DEA registrants that are required to be investigated to ensure compliance with the Controlled Substances Act and its implementing regulations

- Increase in the frequency of the regulatory investigations

- Verification investigations of customers and suppliers



# *Effective Controls*

## 21 CFR § 1301.71(a)

*"All applicants and registrants shall provide effective controls and procedures to guard against theft and diversion of controlled substances."*



# *Effective Controls*

21 CFR § 1301.71(a)

In order to determine whether a registrant has provided effective controls against diversion, the Administrator shall use the security requirements set forth in §§ 1301.72-1301.76 as standards for the physical security controls and operating procedures necessary to prevent diversion



# *Suspicious Orders*

21 CFR  § 1301.74(b)

<u>*Non-practitioners*</u> of controlled substances

*"The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."*



# *Prescriptions*



21 CFR § 1306.04(a)

A prescription for a controlled substance to be effective must be issued for a <u>legitimate</u> <u>medical</u> <u>purpose</u> by an individual practitioner <u>acting</u> in the <u>usual</u> <u>course of his</u> <u>professional practice</u>.



*United States v Moore*  *423 US 122 (1975)*



# *Checks and Balances Under the CSA*

## <u>Pharmacists</u> – The Last Line of Defense

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription."*
**(21 CFR § 1306.04(a))**

*U.S v. Hayes 595 F. 2d 258 (5th Cir 1979)*
*U.S. v. Leal 75 F. 3d 219 (6th Cir 1996)*
*U.S. v. Birbragher 603 F. 3d 478 (8th Cir 2010)*
*East Main Street Pharmacy 75 Fed. Reg. 66149 (Oct. 27, 2010)*

U.S. Drug Enforcement Administration
Office of Diversion Control



# Checks and Balances Under the CSA

## Pharmacists – The Last Line of Defense

*"An order purporting to be a prescription issued not in the course of professional treatment or in legitimate and authorized research is not a prescription within the meaning and intent of section 309 of the act (21 USC 829) and the person knowingly filling such a purported prescription, as well as the person issuing it, shall be subject to the penalties provided for violations of the provisions of law relating to controlled substances."* **(21 CFR § 1306.04(a))**

*U.S v. Hayes 595 F. 2d 258 (5th Cir 1979)*
*U.S. v. Leal 75 F. 3d 219 (6th Cir 1996)*
*U.S. v. Birbragher 603 F. 3d 478 (8th Cir 2010)*
*East Main Street Pharmacy 75 Fed. Reg. 66149 (Oct. 27, 2010)*

U.S. Drug Enforcement Administration
Office of Diversion Control



# The Last Line of Defense



U.S. Drug Enforcement Administration
Office of Diversion Control



# *Corresponding Responsibility*

21 CFR § 1306.04(a)

The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a <u>corresponding responsibility</u> <u>rests</u> with the pharmacist who fills the prescription.



*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



# *Corresponding Responsibility*

- A pharmacist, by law, has a corresponding responsibility to <u>ensure</u> that prescriptions are legitimate

- Just because a prescription is presented by a patient or demanded to be filled for a patient by a doctor's office, a pharmacist is <u>not</u> obligated to fill the prescription!!!

*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



# DEA Legal Resources

➤ Administrative

      Immediate Suspension Order (ISO)

      Memorandum of Agreement (MOA)

      Order to Show Cause (OTSC)

➤ Civil

      Fines

➤ Criminal

      Arrests

       Criminal fines



*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



# National Take Back Initiative
# September 26, 2015





# DEA Web-Based Resources

## Office of Diversion Control
## www.deadiversion.usdoj.gov











**Thank You**