# Exhibit I



# DEA Trends & Update

# San Juan, Puerto Rico Pharmacy Diversion
# Awareness Conference

## March 26-27, 2017



The United States Department of Justice

**Drug Enforcement Administration**

Luis Carrion
Staff Coordinator
Liaison and Policy Section
Diversion Control Division



# <u>Housekeeping</u>

**Welcome to the Pharmacy Diversion Awareness Conference (PDAC)**

- (San Juan, PR)

- 88th PDAC (Sunday, March 26th); 89th PDAC (Monday, March 27th)

- Please silence **cell phones**

- **NO VIDEO/AUDIO RECORDING**

- **RESTROOMS**

- **CPE Codes**
    - Codes will be provided at the end of each presentation block
    - Due by <u>**Thursday May 25th, 2017 by *11:59pm CDT***</u>
    - Don't forget to complete your evaluations
    - Please wait to register until Monday
    - In about 3 weeks, presentations will be available
- **PARKING**

- **LUNCH:** On-site restaurants / Other options within walking distance

- **COFFEE:** On-site options



# Disclosure:

I have no relevant personal/professional/financial relationship(s) to disclose

U.S. Drug Enforcement Administration
**Diversion Control Division**



# Goals and Objectives

- Public Health Epidemic
- Drugs of Abuse
- From Pharmaceuticals to Heroin
- Violence
- Indiscriminate Prescribing
- Criminal Activity
- Legal Obligations of DEA Registrants
- DEA's Mission and Response
- Drug Disposal



Data Brief 273: Drug Overdose Deaths in the United States, 1999–2015

Data table for Figure 5. Percentage of drug overdose deaths involving selected drug categories: United States, 2010, 2014, and 2015

| | All drug overdose deaths | | Heroin | | Natural and semisynthetic opioids | | Methadone | | Syntheticopioids excluding methadone | | Cocaine | | Psychostimulants with abuse potential | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| 2010 | 38,329 | 100 | 3,036 | 7.9 | 10,943 | 28.6 | 4,577 | 11.9 | 3,007 | 7.8 | 4,183 | 10.9 | 1,854 | 4.8 |
| 2014 | 47,055 | 100 | 10,574 | 22.5 | 12,159 | 25.8 | 3,400 | 7.2 | 5,544 | 11.8 | 5,415 | 11.5 | 4,298 | 9.1 |
| 2015 | 52,404 | 100 | 12,989 | 24.8 | 12,727 | 24.3 | 3,301 | 6.3 | 9,580 | 18.3 | 6,784 | 12.9 | 5,716 | 10.9 |

NOTES: Deaths are classified using the *International Classification of Diseases, Tenth Revision*. Drug overdose deaths are identified using underlying cause-of-death codes X40–X44, X60–X64, X85, and Y10–Y14. Drug overdose deaths involving selected drug categories are identified by specific multiple-cause-of-death codes: for heroin, T40.1; natural and semisynthetic opioids, T40.2; methadone, T40.3; synthetic opioids excluding methadone, T40.4; cocaine, T40.5; and psychostimulants with abuse potential, T43.6. Categories are not mutually exclusive because deaths may involve more than one drug. The percentage of drug overdose deaths lacking information on the specific drugs involved varied by year: 25% in 2010, 19% in 2014, and 17% in 2015.

SOURCE: NCHS, National Vital Statistics System, Mortality.



# Opioid involvement in benzodiazepine overdose



Source: National Center for Health Statistics, CDC Wonder







# How did we get here?





# The 1960s/70s/80s







"Ts and Blues"

Uppers - Amphetamines

Quaalude







Downers - Barbiturates

Hydromorphone







Meprobamate



# Rx Drug Ads on TV –

# Educational

# or Influential ?

Overweight? Suffering from anxiety or erectile dysfunction? Well, relief is just a prescription pill away according to the endless television ads promoting prescription drugs.





**The 1990s**

# Oxycontin

- OxyContin controlled release formulation of Schedule II oxycodone
  - The controlled release method of delivery allowed for a longer duration of drug action so it contained much larger doses of oxycodone
  - Abusers easily compromised the controlled release formulation by crushing the tablets for a powerful morphine-like high
  - 10, 20, 40, 80mg available

- Effects:
  - Similar to morphine in effects and potential for abuse/ dependence
  - Sold in **"Cocktails" or the "Holy Trinity"**
    - **Oxycodone,  Soma ® and  Xanax®**

- Street price: Approx. $80 per 80mg tablet

# Oxycodone HCL CR (OxyContin®) Reformulation



NOTE:  **New formulation** introduced **in 2010** made it more difficult to circumvent for insufflation (snorting) or injection. Does nothing to prevent oral abuse.

Caused large drops in sales when the reformulation when into effect.



*"Primum non nocere"*

*"First, do no harm"*



# Drugs of Abuse



*U.S. Drug Enforcement Administration*
*Diversion Control Division*

# Most commonly prescribed prescription medicine?

# Hydrocodone/acetaminophen

**U.S. Drug Enforcement Administration**
**Diversion Control Division**

# Hydrocodone

➢ Hydrocodone / Acetaminophen (toxicity)

➢ Similarities:
- – Structurally related to codeine
- – Equal to morphine in producing opiate-like effects

➢ Brand Names: Vicodin®, Lortab®, Lorcet®

➢ **October 6, 2014 moved to SCHEDULE II**

➢ **"Cocktail" or "Trinity"**
**Hydrocodone (opioid)**
**Soma ® / carisoprodol (Schedule 4 muscle relaxant)**
**Alprazolam / Xanax® (Benzo)**

**Street prices: $2 to $10 per tablet depending on strength & region**



# The Trinity Cocktail



**Opiate**



**Muscle Relaxant**



**Benzodiazepine**

www.bluelight.org/vb/threads/713412-Zohydro-s-Here-Our-New-Problem-Child-(HOLY-LORD-IN-HEAVEN)?highlight=zohydro



#19

**jackie jones**
Bluelight Crew

Join Date:  Jul 2008
Location:  A spoonful of sugar helps the medicine go down.
Posts:  5,589

20-02-2014 15:32

**Zohydro ER**
(hydrocodone bitartrate) ℗
EXTENDED-RELEASE CAPSULES

1st  Oral, Extended Release Hydrocodone without Acetaminophen for Treating Chronic Pain

PDUFA Date March 1, 2013

- potent extended release formulation
- straight-up hydrocodone/no acetaminophen
- Opiate: 5-10 times stronger than Vicodin
- Manufactured by Zogenix
- Approved by FDA 10/25/2013
- can last up to 12 hours of pain relief per dose

REPLY     QUOTE

#20

**Bigfanofthemdrugs**
**Moderator**
Drug Culture
Cannabis Discussion

Join Date:  Mar 2012
Location:   The Limbic System

20-02-2014 20:20

Idk what you guys are tripping about, I'm stoked to get in on some of that, hydrocodone is one of my favorite opioids. It's just as euphoric as oxy IMO.

# Oxymorphone Extended Release
## Opana ER® (Schedule II)

## ➤ Opana ER® - (Schedule II)

- Treats constant, around the clock, moderate to severe pain

- Becoming popular and is abused in similar fashion to oxycodone; August 2010 (Los Angeles FD TDS)

- Slang: Blues, Mrs. O, **Octagons**, Stop Signs, **Panda Bears**

- **Street:  $10.00 – $80.00**









# Hydromorphone



- Opioid

- Used for moderate to severe pain

- 8 times stronger than morphine

- Recreationally used as heroin

- Best consumed intravenously





*In 2008, there were over 14,000 hydromorphone overdose deaths in the US.*

# Methadone- 5mg &10mg





# Methadone 40 mg





# Other Opiates of Interest



**Trade Name: MS Contin**
Controlled Ingredient: morphine sulfate, 100 mg

**Trade Name: MS Contin**
Controlled Ingredient: morphine sulfate, 15 mg

**Trade Name: MS Contin**
Controlled Ingredient: morphine sulfate, 30 mg

**Trade Name: Oramorph SR**
Controlled Ingredient: morphine sulfate, 30 mg

**Trade Name: Oramorph SR**
Controlled Ingredient: morphine sulfate, 100 mg

**Trade Name: Oramorph SR**
Controlled Ingredient: morphine sulfate, 60 mg









# Our Youth



Generation RX



# Most Frequent Method of Obtaining a Pharmaceutical Controlled Substance for Non Medical Use

## Friends and Family…For Free!!





U.S. Drug Enforcement Administration
Diversion Control Division



# Where else do our kids get their information from?
## www.erowid.org



U.S. Drug Enforcement Administration
Office of Diversion Control

# Where do kids get their information from?
# www.bluelight.org







# Pills v. Heroin



U.S. Drug Enforcement Administration
Diversion Control Division

# Circle of Addiction & the Next Generation





**NOW OPEN**

**DARCARS**
See what it's like to love car buying
**OF SILVER SPRING**
Sales & Service

12511 Prosperity Drive • Silver Spring, MD 20904

**1-888-589-3065**

www.DARCARSvolkswagen.com
Call / Email Alex Pedram, General Sales Manager
APedram@darcars.com



washingtonexaminer.com

# The Examiner

## WASHINGTON

WEDNESDAY, DECEMBER 5, 2012



**Ship's Hatch**
Army, Navy,
USAF, USMC & USCG

**Promotion/Retirement
Gifts, Flag Cases,
Presentation Clocks**

**703.413.6289**
www.shipshatch.com
Located in the Shops at Crystal City



## 'Liaisons Dangereuses'
New approach to classic **P. 19**



## Playoff possibilities
Schedule favors Skins **P. 35**



**Cooling down**
60° 34°
**DETAILS P. 4**

**POLITICS**
**Stalemate on 'cliff'**
Sides stop talking;
Obama's rate hikes
may be flexible. **P. 13**

**LOCAL**
**FBI analyst busted**

# Heroin use spikes in area suburbs

## Pill addicts risk deadly drug



# Community Impact?

**Heroin trafficking organizations relocating to areas where prescription drug abuse is on the rise**

**Heroin traffickers pave the way for increasing crime and violence**

**Law enforcement and prosecutors eventually fighting the problem on two fronts (prescription opiate diversion and heroin distribution) further depleting resources**

**Communities suffer**

U.S. Drug Enforcement Administration
Diversion Control Division









Pharmaceutical Oxycodone 30mg

Heroin Seizure

U.S. Drug Enforcement Administration
Diversion Control Division

  

NEWS

# COPS: PHOTOS OF BOY WITH PASSED-OUT ADULTS SHOW DRUG SCOURGE

 



Police in East Liverpool, Ohio released these images they say to illustrate the impact of the heroin and painkiller epidemic. (City of East Liverpool, Ohio/Facebook)



# Scope of the Problem

CDC (2016):

Heroin deaths **more than triple** between 2010-2014

"This increase : . . has been shown to be closely tied to opioid pain reliever misuse and dependence."



Source: National Center for Health Statistics, CDC Wonder



# **Opiates and Heroin**

- 4 out of 5 recent heroin users initiated used after using prescription opioids non-medically.[1]

- The recent heroin abuse rate is 19 times higher among those who reported prior non-medical use of pain relievers than among those who did not report such use.[2]

- Overdose deaths from heroin abuse have more than doubled since 2010.[3]

[1]NIDA, June 2015
[2]SAMHSA, August 2013
[3] NIDA, February 2015



# Violence



U.S. Drug Enforcement Administration
Diversion Control Division



prescription drugs

# Starting the year with a bang

Saranac Hale Spencer, The News Journal    12:26 a.m. EST January 4, 2016



(Photo: DELAWARE STATE POLICE)

A 26-year-old Lewes man threatened to detonate explosives he said were strapped to his body if a pharmacist at a Walgreens near Magnolia didn't give him prescription drugs, according to state police.

The man, Curtis Kuhn, didn't actually have explosives strapped to his body, according to police.

Kuhn went into the pharmacy at about 9:30 a.m. on Saturday and put a note on the counter demanding Percocet and Xanex – he told the pharmacist that he had explosives strapped to his body and he was being forced to commit the robbery by someone who was sitting in a car in the parking lot, according to police.

When officers arrived shortly after that, they took Kuhn into custody without incident and found that he had no explosives and there was no car fitting his description in the parking lot, according to police.

Kuhn was charged with first-degree attempted robbery, attempted theft of a controlled substance and two counts of terroristic threatening. He was arraigned and sent to Vaughn Correctional Center near Smyrna for lack of $27,000 secured bond and



# Violence Related to Controlled Substance Pharmaceuticals





# Prescription Drug Abuse is driven by

## Indiscriminate Prescribing

## Criminal Activity

U.S. Drug Enforcement Administration
Diversion Control Division

# Many Patients Share Medication prescribed

## Two new U.S. studies shed light on opioid epidemic

- **1. <u>University of Pennsylvania Dental School Study</u>:**

**\*More than half of the narcotics prescribed for wisdom teeth removal go unused...findings suggest that <u>more than 100 million pills prescribed go unused</u>...leaving the door open for possible misuse or abuse.**

Source: **<u>https://www.pennmedicine.org/news/news-releases/2016/september/100-million-prescription-opioid</u>**

- **2. <u>John Hopkins Study</u>:**

  +60% had leftover opioids they hung on for **"future use"**

  20% **shared** their medications

  8% likely will share w/ **friend**

  14% likely will share w/ **relative**

  -10% **securely lock their medication**

  https://www.nlm.nih.gov/medlineplus/news/fullstory_159336.html



# CDC Guidelines for
# Prescribing Opioids for Chronic Pain

- Clinical Reminders:

  - **Opioids are not first-line or routine therapy for chronic pain**

  - Establish and measure goals for pain and function

  - Discuss benefits and risks and availability of non opioid therapies with patient

Source: CDC Morbidity & Mortality Weekly Report **CDC Guideline for Prescribing Opioids for Chronic Pain — United States, 2016, March 15, 2016**  www.cdc.gov/drugoverdose/prescribing/guideline.html



# CDC Guidelines for Prescribing Opioids for Chronic Pain

- **Use immediate-release opioids when starting**

- *Start low and go slow*

- When opioids are needed for acute pain, prescribe no more than needed

- Do not prescribe ER/LA opioids for acute pain

- *Follow-up and re-evaluate risk of harm*; reduce dose or taper and discontinue if needed

Source: CDC Morbidity & Mortality Weekly Report **CDC Guideline for Prescribing Opioids for Chronic Pain — United States, 2016, March 15, 2016**  www.cdc.gov/drugoverdose/prescribing/guideline.html



# CDC Guidelines for
# Prescribing Opioids for Chronic Pain

- Evaluate risk factors for opioid-related harms

- **Check PDMP** for higher dosages and prescriptions from other providers

- *Use urine drug testing to identify prescribed substances and undisclosed use*

- Avoid concurrent benzodiazepine and opioid prescribing

- Arrange treatment for opioid use disorder if needed

Source: CDC Morbidity & Mortality Weekly Report **CDC Guideline for Prescribing Opioids for Chronic Pain — United States, 2016, March 15, 2016** www.cdc.gov/drugoverdose/prescribing/guideline.html

# Survey of Long-Term Painkiller Users

- Majority say their doctor talked about possibility of addiction or dependence – **61% say there was no discussion about plan to get them off.**

- Majority say they used the drugs to relieve pain. Other major reasons for taking them:
  - 20% - 'for fun or get high"
  - 14% - "to deal with day-to-day stress"
  - 10% - "to relax or relieve tension"

- Other Findings:
  - 34% admit being dependent or addicted
  - 17% have taken painkillers that were not specifically prescribed for them
  - 14% have given their painkillers to a family member or friend
  - 20% know or suspect someone was using, taking or selling their painkillers

Source: Washington Post/Kaiser Family Foundation Survey of Long-Term Prescription Painkiller Users and Their Household Members December 2016



# Criminal Activity



U.S. Drug Enforcement Administration
Diversion Control Division



# United States V. Alvin Yee, M.D.

## Dr. Alvin Yee



U.S. Drug Enforcement Administration
Office of Diversion Control





# United States V. Alvin Yee, M.D.

Dr. Yee primarily met with his "patients" in Starbucks cafes throughout Orange County, California.

He would see up to a dozen patients each **night** between **7:00 and 11:00 p.m.** and wrote these "patients" prescriptions, primarily for opiates, in exchange for cash.

Yee pled guilty to distributing millions of dollars in ***oxycodone, oxymorphone, hydrocodone, hydromorphone, Adderall® and alprazolam*** outside the course of professional practice and without a legitimate medical purpose.



U.S. Drug Enforcement Administration
Office of Diversion Control



# United States V. Alvin Yee, M.D.

## CURES Data (PMP)

During a one-year time period, Yee wrote prescriptions for a total of **876,222 dosage units** of all medications combined.

52% of all prescriptions (458,056 dosage units) written by Yee were for oxycodone (92%-30mg) during the one-year period.

96%  - oxycodone, hydrocodone, alprazolam, hydromorphone, and oxymorphone.

Almost half of **Yee's patients were 25 and under**.





# Legal Obligations of DEA Registrants



U.S. Drug Enforcement Administration
Diversion Control Division



# Effective Controls

- All applicants and registrants shall provide effective controls and procedures to guard against theft and diversion of controlled substances.

- In order to determine whether a registrant has provided effective controls against diversion, the Administrator shall use the security requirements set forth in §§ 1301.72-1301.76 as standards for the physical security controls and operating procedures necessary to prevent diversion.

21 CFR § 1301.71(a)



# Suspicious Orders

## Non-practitioners of controlled substances

"The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."

21 CFR § 1301.74(b)

U.S. Drug Enforcement Administration
Diversion Control Division



# Prescriptions



A prescription for a controlled substance to be effective must be issued for a <u>legitimate</u> <u>medical</u> <u>purpose</u> by an individual practitioner <u>acting in the usual</u> <u>course of</u> <u>professional practice</u>.



21 CFR § 1306.04(a)

*United States v Moore  423 US 122 (1975)*

U.S. Drug Enforcement Administration
Diversion Control Division



# Corresponding Responsibility by Pharmacist



- A pharmacist, by law, has a corresponding responsibility to <u>ensure</u> that prescriptions are legitimate.

- When a prescription is presented by a patient or demanded to be filled for a patient by a doctor's office, a pharmacist is <u>not</u> obligated to fill the prescription!!!



# Corresponding Responsibility by Pharmacist

The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a <u>corresponding responsibility rests</u> with the pharmacist who fills the prescription.

21 CFR § 1306.04(a)



U.S. Drug Enforcement Administration
Diversion Control Division



# The Last Line of Defense



U.S. Drug Enforcement Administration
Diversion Control Division



# Potential Red Flags

- Many customers receiving the same combination of prescriptions; *cocktails*

- Many customers receiving the same strength of controlled substances; no individualized dosing: ***multiple prescriptions for the strongest dose***

- Many customers ***paying cash*** for their prescriptions

- *Early refills*

- Many customers with ***the same diagnosis codes*** written on their prescriptions;

- Individuals driving ***long distances to visit physicians*** and/or to fill prescriptions;



# **Potential Red Flags continued**

Customers *coming into the pharmacy* in groups, each *with the same prescriptions issued by the same physician*; and

Customers with prescriptions for controlled substances written by physicians not associated with pain management (i.e., pediatricians, gynecologists, ophthalmologists, etc.) - **Check Dr. Specialty**

Overwhelming proportion of prescriptions filled by pharmacy are controlled substances

Pharmacist did not reach out to other pharmacists to determine why they were not filling a particular doctor's prescription

**Verification of legitimacy** not satisfied by a call to the doctors office



# www.nabp.net





# Who do I call to report a practitioner?

- ➢ Local Police, County, State

- ➢ State Board of Pharmacy, Medicine, Nursing, Dental

- ➢ DEA local office and Tactical Diversion Squad

- ➢ Health Department

- ➢ HHS OIG if Medicare, Medicaid fraud



# DEA's Mission



U.S. Drug Enforcement Administration
Diversion Control Division



# Mission

The mission of the Diversion Control Division is to <u>prevent</u>, <u>detect</u>, and <u>investigate</u> the diversion of pharmaceutical controlled substances and listed chemicals from legitimate channels of distribution

*while* …

ensuring an adequate and uninterrupted supply of controlled substances to meet <u>legitimate</u> <u>medical</u>, <u>commercial</u>, and <u>scientific</u> <u>needs</u>.



# Closed System of Distribution



1,677,537 (1/18/2017)

- **Practitioners:** 1,253,249
- **Mid Level Practitioner:** 319,280
- **Retail Pharmacies:** 72,126
- **Hospital/Clinics:** 17,674

U.S. Drug Enforcement Administration
Office of Diversion Control



# Closed System of Distribution





# Closed System of Distribution

## The DEA is responsible for:

- the <u>oversight</u> of the system

- the <u>integrity</u> of the system

- the <u>protection</u> of the public health and safety

## <u>*DEA doesn't regulate the practice of medicine.</u>

U.S. Drug Enforcement Administration
Diversion Control Division



# DEA's Response



*U.S. Drug Enforcement Administration*
*Office of Diversion Control*



# Scheduled Investigations

- DEA has increased the number of registrants to be inspected to ensure compliance with the Controlled Substances Act and its implementing regulations

- DEA has also increased in the frequency of the regulatory investigations

- Verifications of customers and suppliers



# Drug Enforcement Administration

# 360 Degree Strategy





# Drug Enforcement Administration

# Community Partnerships



- DEA recognizes we cannot arrest our way out of the drug problem – our goal is lasting success in the communities we serve.

- Education and Prevention are key elements for a true 360 Strategy.

- Law enforcement operations provide an opportunity for community empowerment and a jumping off point for education and prevention efforts.



# DEA Registrant Initiatives

## Distributor Initiative

Educate and inform distributors/manufacturers of their **due diligence responsibilities** under the CSA by **discussing their Suspicious Order Monitoring System**, reviewing their ARCOS data for sales and purchases of Schedules II and III controlled substances, and discussing national trends involving the abuse of prescription controlled substances

Briefings to **99** firms with **309** registrations



# DEA Registrant Initiatives

## Pharmacy Diversion Awareness Conferences

These conferences are designed to educate pharmacists, pharmacy technicians, and pharmacy loss prevention personnel on ways to address and respond to potential diversion activity.

| Completed PDACs | Attendance |
|---|---|
| **FY** | |
| **-2011** | |
| **FY-2016** | |
| 29-Pittsburgh, PA 12/10-11/15 | 196 |
| 30-Jackson, MS 1/9-10/16 | 185 |
| 31-Charleston, WV 2/27-28/16 | 245 |
| 32-Wilmington, DE 3/19-20/16 | 111 |
| 33-Towson, MD 4/17-4/18/16 | 442 |
| 34-Little Rock, AR 6/11-12-/16 | 216 |
| 35-Minneapolis/St. Paul, MN 7/8-9/16 | 151 |
| 36-Hilton Head, SC  8/15-16/16 | 157 |
| 37-Camp Hill, PA 8/27/16 | 84 |
| 38-New Brunswick, NJ 9/18-19/16 | 304 |
| **FY-2016 Total Attendance** | **2,091** |
| **FY-2017** | |
| 39-Fargo, ND 10/2/16 | 68 |
| 40-Washington, DC 11-19-20/16 | 414 |
| 41-Buffalo, NY 12/9-10/16 | 239 |
| 42-Honolulu, HI 1/22-23/17 | 114 |
| 43-Anchorage, AK 2/10/2017   (61) | |
| 44-Wichita, KS  3/11-12/2017 | 109 |

# PDAC MAP
## February 22, 2017



### FY-2017 PDACs

44-Kansas – March 11 & 12, 2017
45-Puerto Rico – March 26 & 27, 2017
46-Connecticut/Rhode Island – April 2017 (Date TBD)
47-Nebraska – June 2017 (Date TBD)
48-Iowa – July 2017 (Date TBD)
49- Idaho – August 2017 (Date TBD)
50-Montana – August 2017 (Date TBD)
51-Wyoming – August 2017 (Date TBD)
52-South Dakota – September 2017 (Date TBD)
53-Vermont/New Hampshire – September 2017 (Date TBD)

**40 STATES** (incl. the D.C.) **87 PDAC CONFERENCES**

☐ Completed PDACs
☐ Proposed PDACs
\* Repeated State



# DEA working jointly with FSMB

- The **Federation of State Medical Boards** (FSMB) promotes excellence in medical practice, licensure, and regulation on behalf of 70 state medical and osteopathic Boards across the country in their protection of the public

- DEA and FSMB are currently working on developing strategies to **work more effectively and jointly** on *indiscriminate prescriber* investigations in order to facilitate the administrative process to *take action against those that are a threat to the public health* and welfare quickly, and at the same time not jeopardize a criminal investigation



# Since 2011, Eleven States have Passed Legislation Mandating Prescriber Education





# **Maine**

- Second State to Mandate Electronic Prescribing

- Prescribers are required to undergo addiction training every 2 years

- Set cap on daily strength for opioid prescribing:
  - Acute pain – 7 days
  - Chronic pain – 30 days

- **Began: _January 2017_**



# National Take Back Initiative (NTBI)



**10:00 AM – 2:00 PM**

U.S. Drug Enforcement Administration
Diversion Control Division



# National Take Back I-XII Totals:

**Total Weight Collected (pounds): 7,202,977 pounds (3601 Tons)**



# Disposal

U.S. Drug Enforcement Administration
Diversion Control Division



# Retail Pharmacies' Disposal - Inventory

**For disposals of Retail Pharmacy CS inventory:**

- **Incineration and Chemical Ingestion – DEA's acceptable methods of destruction that renders all controlled substances non retrievable**

- **Retail Pharmacies – Use reverse distributors**

- **Use 222s for transfer of Schedule 2 CS**

- **Reverse Distributors will complete the  DEA-41: copy may be requested**

- **Present this to Investigators during onsite inspections**

U.S. Drug Enforcement Administration
Diversion Control Division



# Ultimate User

**Ultimate user** means as "a person who has lawfully obtained, and who possesses, a controlled substance for his own use or for the use of a member of his household or for an animal owned by him or a member of his household."
21 USC § 802(27)



**Ultimate user** methods of destruction prior to Disposal rule:

✓ Disposal in Trash  (<u>ONDCP method</u>); or

✓ Flushing (<u>FDA opioids and select CSs</u>)

✓ National Take-back Event (DEA)

✓ Transfer to Law Enforcement

✓ (Police Station Receptacles or local Take-back events)



# Secure and Responsible Drug Disposal Act of 2010

- CSA amended to provide ultimate users and LTCF with additional methods to dispose of unused, unwanted or expired controlled substance medication in a secure, safe and responsible manner
  21 USC § 822(f) & (g)

- Participation is voluntary
  21 USC § 822(g)(2)

- Registrants authorized to collect:
  - ➤ Manufacturers
  - ➤ Distributors
  - ➤ Reverse Distributors
  - ➤ Narcotic Treatment Programs
  - ➤ Hospitals/clinics with an on-site pharmacy
  - ➤ Retail Pharmacies
  21 CFR § 1317.40

*Authorized collectors, as registrants, are readily familiar with the security procedures and other requirements to handle controlled substances*

U.S. Drug Enforcement Administration
Diversion Control Division



# How a registrant becomes a collector?

- Must be registered to handle Schedule 2 CS
- Must request a modification from DEA (can be in writing or online)
- Request contains:
1. Registrant's name, address and DEA #
2. Method of collection: (receptacle or mail back)
3. Authorized signature

*No fee for modification
21 CFR 1301.51(b) and (c)



# Collection Receptacle

**Collection** means to receive a controlled substance for the purpose of destruction.

- Places where they can be located:
1. Inside a collector's registered location
2. Inside law enforcement location
3. Inside an authorized LTCF



U.S. Drug Enforcement Administration
Diversion Control Division



# **Collection Receptacles**

➢ Ultimate users *shall* put the substances directly into the collection receptacle.

➢ Controlled and non-controlled substances may be comingled.

➢ Collected substances shall not be counted, sorted, inventoried, or otherwise individually handled.

➢ Registrants (Retail Pharmacies) **shall not dispose of stock or inventory** in collection receptacles.

21 CFR § 1317.75(b) and (c)

U.S. Drug Enforcement Administration
Diversion Control Division



# Design of Collection Receptacles



- Securely fastened to a **permanent structure.**
- **Securely locked**, substantially constructed container with permanent outer container and removable inner liner.
- Outer container must have **small opening** that **allows for contents to be added**, but **does not allow for removal of contents**.
- Outer **container must display** a sign **stating only Schedule II-V** and non-controlled substances are acceptable substances.
- **Schedule I** controlled substances **are not permitted to be collected**

21 CFR § 1317.75(e)

U.S. Drug Enforcement Administration
Diversion Control Division



# Collection Receptacle Inner Liner

- Waterproof, tamper evident and tear resistant

- Removable and sealable without touching content

- Content shall not be viewable from the outside

- Size of liner shall be clearly marked on the outside

- Outside of liner shall have a unique id number

*21 CFR 1317.60(a)*



# Collection Receptacle Location

- Registered location – immediate proximity of designated area where controlled substances are stored and at which an employee is present.

  - LTCF – located in secure area regularly monitored by LTCF employees.

  - Hospital/clinic – located in an area regularly monitored by employees—not in proximity of where emergency or urgent care is provided.

  - NTP – located in a room that does not contain any other controlled substances and is securely locked with controlled access.

*21 CFR § 1317.75(d)*

U.S. Drug Enforcement Administration
Diversion Control Division



# Mail-Back Program

Requirements of mail-back program

> Only lawfully possessed schedules II-V controlled substances may be collected

> Controlled and non-controlled substances may be collected together

> **Registrant must have method of on-site destruction**

21 CFR § 1317.70 (b)

DEA Registrant who sells mail-back packages for another registrant is **NOT** required to modify registration as a collector



# Pharmaceutical Wastage

**Not** subject to **21 CFR Part 1317**

- o Destruction does not have to be "non-retrievable"
- o DEA Form 41 must not be utilized

- Dispensing must be recorded as a record

21 CFR § 1304.22(c)

- Clarification memorandum on DEA website at
  www.DEAdiversion.usdoj.gov



# Questions?



## Luis.A.Carrion@usdoj.gov

U.S. Drug Enforcement Administration
Diversion Control Division