# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**u | ) | |
| | ) | |
| | ) | |
| This document relates to: | ) | |
| *The County of Summit, Ohio, et al. v.* | ) | MDL No. 2804 |
| *Purdue Pharma L.P., et al.* | ) | |
| | ) | Case No. 1:17-md-2804 |
| and | ) | |
| | ) | Hon. Dan A. Polster |
| *The County of Cuyahoga v. Purdue Pharma* | ) | |
| *L.P., et al.* | ) | |
| Case No. 18-op-45004 | ) | |
| | ) | |

## NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED EXPERT REPORT CITED IN CERTAIN DISPOSITIVE MOTIONS

Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc. (collectively, "Teva Defendants"), Actavis Pharma, Actavis LLC, Watson, Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida  (collectively, "Actavis Generic Defendants") hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted document submitted as an exhibit to certain summary judgment motions filed in the Track 1 cases.  This exhibit includes a report of an expert retained by Defendants, or excerpts thereof.  Pursuant to the Order Regarding Redacting and Sealing of Documents (ECF No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations by Defendants, a previously redacted exhibit is hereby publicly filed as unredacted or less redacted

as attachment to this notice.  For tracking and/or cross-referencing purposes, the below chart lists

the document that is being filed and its prior ECF numbers.

| Expert Report | Prior Public ECF No. | Prior Sealed ECF No. |
|---|---|---|
| Ketcham, Jonathan | 1936-16 | 1939-16 |

Dated:  February 4, 2020

Respectfully submitted,

*/s/ Wendy West Feinstein*
Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA  15219
Tel:  (412) 560-3300
wendy.feinstein@morganlewis.com

Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5603
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel:  (713) 890-5195
nancy.patterson@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
brian.ercole@morganlewis.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Cephalon, Inc. (collectively, "Teva Defendants"), Actavis Pharma, Actavis LLC, Watson, Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida*

## CERTIFICATE OF SERVICE

I certify that on February 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by and may be obtained through the Court CM/ECF Systems.

*/s/Wendy West Feinstein*
Wendy West Feinstein