# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*Feather River Tribal Health, Inc. v. Purdue Pharma, L.P., et al.,* Case No. 1:19-op-45334 | MDL No. 2804<br><br>Case No. 1:17-MD-2804-DAP<br><br>Judge Dan Aaron Polster |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFF FEATHER RIVER TRIBAL HEALTH INC

Under Local Rule 83.9, Lieff Cabraser Heimann & Bernstein, LLP and Eric B. Fastiff (collectively, Lieff Cabraser) move for leave of Court to substitute as counsel of record for Feather River Tribal Health, Inc. in place of attorneys Krista Baisch of Crueger Dickinson LLC, Paul Hanley of Simmons Hanly Conroy LLC, and Andrew Phillips of von Briesen & Roper, s.c.

Lieff Cabraser certifies that it has provided written notice of this substitution to Feather River Tribal Health, Inc., which has consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Feather River Tribal Health, Inc. and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Lieff Cabraser.

1922067.1

- 2 -

Dated: February 5, 2020 Respectfully submitted,

*/s/ Eric B. Fastiff* Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA
Tel: (415) 956-1000
Fax: (415) 956-1008
efastiff@lchb.com

*/s/ Paul J. Hanly Jr.*
Paul J. Hanly Jr.
Simmons Hanly Conroy LLC
112 Madison Ave 7th Floor
New York, New York 10016
Tel: (212) 784-6400
Fax:(212) 213-5949
phanly@simmonsfirm.com

*/s/ Crystal Foley*
Crystal Foley
Simmons Hanly Conroy LLC
100 N. Pacific Coast Highway Suite 1350
El Segundo, CA 90245
Tel: (310) 322-3555
Fax:(310) 322-3655
cfoley@simmonsfirm.com

*/s/ Krista Baisch*
Krista Baisch
Crueger Dickinson LLC
4532 N Oakland Ave
Whitefish Bay, WI 53211
Tel: (414) 210 3868
kkb@creugerdickinson.com

*/s/ Andrew T. Phillips*
Andrew T. Phillips
von Briesen & Roper, s.c.
411 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
Fax: (414) 276-6281
aphillips@vonbriesen.com

*Counsel for Feather River Tribal Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I electronically filed the foregoing motion with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated:  February 5, 2020

Respectfully submitted,

*/s/ Eric B. Fastiff*
Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA
Tel: (415) 956-1000
Fax: (415) 956-1008
efastiff@lchb.com

*Counsel for Feather River Tribal Health, Inc.*

1922067.1