# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION** | : MDL 2804 |
| | : |
| | : **Case No. 1:17-MD-02804** |
| This Document Relates to: | : |
| | : Judge Dan Aaron Polster |
| All actions | |

## NOTICE OF APPEARANCES

Notice is hereby given that Jacklyn Gonzales Martin, Assistant City Solicitor, and Emily Smart Woerner, Chief Counsel – Litigation, are entering appearances in the above captioned case on behalf of Plaintiff City of Cincinnati.

Dated:  February 6, 2020

                                                                  Respectfully submitted,

                                                                   **PAULA BOGGS MUETHING (0080018)**
                                                                   City Solicitor

                                                                   */s/ Jacklyn Gonzales Martin*
                                                                   **JACKLYN GONZALES MARTIN (0090242)**
                                                                   Assistant City Solicitor

                                                                   */s/ Emily Smart Woerner*
                                                                   **EMILY SMART WOERNER (0089349)**
                                                                  Chief Counsel - Litigation
                                                                   Room 214, City Hall
                                                                  801 Plum Street
                                                                  Cincinnati, Ohio 45202
                                                                  Telephone:   (513) 352-3334
                                                                  Facsimile:   (513) 352-1515
                                                                  E-mail: Jacklyn.Martin@Cincinnati-OH.gov
                                                                              Emily.Woerner@Cincinnati-OH.gov
                                                                 Counsel for Plaintiff City of Cincinnati

{00307217-1}

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk of the Court using the Court's electronic filing system this 6th day of February 2020.  All counsel of record will receive notification from the CM/ECF system via electronic mail.

*/s/ Jacklyn Gonzales Martin*
**JACKLYN GONZALES MARTIN (0090242)**
Assistant City Solicitor

{00307217-1}