# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 1:17-md-2804 |
| This document relates to all cases. | ) ) | Judge Dan Aaron Polster |
| | ) ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Morgan E. McDonald of Foley & Lardner LLP hereby enters her appearance as additional counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated:  February 6, 2020                                   Respectfully submitted,

                                                                                    */s/ Morgan E. McDonald*
                                                                                    Morgan E. McDonald (MA BBO #705638)
                                                                                    FOLEY & LARDNER LLP
                                                                                    111 Huntington Avenue
                                                                                    Boston, MA 02199
                                                                                    Telephone: 617.226.3199
                                                                                    Facsimile: 617.342.4001
                                                                                    mmcdonald@foley.com

                                                                                    *Counsel for Anda, Inc. and*
                                                                                    *Anda Pharmaceuticals, Inc.*

4820-6218-0020.1