# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-MD-2804-DAP ) ) JUDGE DAN AARON POLSTER ) ) ) |

## NOTICE OF WITHDRAWAL

Please take notice that William J. Beausoleil and Diane E. Lifton of Hughes Hubbard & Reed LLP hereby give notice of their withdrawal as counsel of record for Defendant UCB, Inc., which has been named as a defendant in *American Resources Insurance Co. v. Purdue Pharma L.P.*, et al., No. 1:18-cv-00145 (S.D. Ala.).  Attorneys of record from Patterson Belknap Webb & Tyler LLP, who filed their Notice of Appearance in this matter on January 8, 2020, will continue to represent UCB, Inc.  It is respectfully requested that service of all further pleadings, notices, filings, orders, correspondence, and other material pertaining to this matter in connection with UCB, Inc. be made upon attorneys of record from Patterson Belknap Webb & Tyler LLP.

Dated:  February 6, 2020

    Respectfully submitted,

    */s/  Diane E. Lifton*
    William J. Beausoleil
    Diane E. Lifton
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004
    Telephone:  (212) 837-6000
    william.beausoleil@hugheshubbard.com
    diane.lifton@hugheshubbard.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February 2020, I electronically filed the foregoing Notice of Withdrawal with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Diane E. Lifton