UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| This document relates to: | **MDL No. 2804** |
| | **Case No. 17-md-2804** |
| *All Cases* | **Judge Dan Aaron Polster** |

## CORRECTED PHARMACY DEFENDANTS' JOINDER IN NOTICE OF POSITION

Pharmacy Defendants[1] respectfully submit this notice of their joinder in the Certain Defendants' Notice of Position Regarding Evidentiary Orders of December 26, 2019 and January 3, 2020 filed on January 31, 2020 (Dkt. #3133). Pharmacy Defendants reserve all objections and rights identified by the other defendants. Moreover, with the exception of Walgreens, Pharmacy Defendants had been severed (Kroger had been dismissed) from the Track One *Summit* and *Cuyahoga County* cases at the time the motions in limine were briefed and decided. In addition to the deficiencies noted by the other defendants, Pharmacy Defendants cannot be bound by orders on which they had no opportunity to be heard and which did not involve the dispensing claims of Track One-B.[2]

---

[1] "Pharmacy Defendants" are CVS Rx Services, Inc., CVS Indiana, L.L.C., CVS Pharmacy Inc., and Ohio CVS Stores, LLC ("CVS"), Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center, Rite Aid of Ohio, Inc., and Rite Aid Hdqtrs. Corp. ("Rite Aid"), Walgreen Co. and Walgreen Eastern Co. ("Walgreens"), HBC Service Company, an unincorporated operating division of Giant Eagle, Inc. ("Giant Eagle"), Discount Drug Mart ("DDM"), Walmart Inc. ("Walmart"), and The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II ("Kroger").

[2] Nor have Pharmacy Defendants had the opportunity to seek further consideration or reexamination of the Court's interlocutory evidentiary rulings in the context of trial and the actual presentation of evidence. *See In re Air Crash Disaster*, 86 F.3d 498, 518 (6th Cir. 1996) ("It is well established that the interlocutory orders and rulings made pre-trial by a district judge are subject to modification by the district judge at any time prior to final judgment[.]") (quoting *In re "Agent Orange" Prod. Liability Litig.*, 733 F.2d 10, 13 (2d Cir. 1984)).

Dated: February 6, 2020

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com
*Counsel for Walgreen Co. and Walgreen Eastern Co.*

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
elisa.mcenroe@morganlewis.com
*Counsel for Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center, Rite Aid of Ohio, Inc., and Rite Aid Hdqtrs. Corp.*

/s/ Timothy D. Johnson
Timothy D. Johnson
Gregory E. O'Brien
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, OH 44114
Phone: (216) 621-7860
Fax: (216) 621-3415
tjohnson@cavitch.com
gobrien@cavitch.com
*Counsel for Discount Drug Mart, Inc.*

Respectfully submitted,

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
tmtabacchi@jonesday.com
tfumerton@jonesday.com
*Counsel for Walmart Inc.*

s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
Fax: (202) 822-8106
edelinsky@zuckerman.com
smiller@zuckerman.com
*Counsel for CVS Rx Services, Inc., CVS Indiana, L.L.C., CVS Pharmacy, Inc., and Ohio CVS Stores, LLC*

/s/ Robert M. Barnes
Robert M. Barnes
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Center
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
rbarnes@marcus-shapira.com
kobrin@marchus-shapira.com
*Counsel for HBC Service Company*

/s/ Ronda L. Harvey
Ronda L. Harvey Esq. (WVSB 6326)
Fazal A. Shere, Esq. (WVSB 5433)
Unaiza Riaz, Esq. (WVSB 13253)
Pamela J. Ferrell, Esq. (WVSB 12506)
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
Phone: 304-347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com
utyree@bowlesrice.com
pferrell@bowlesrice.com
*Counsel for Defendant The Kroger Co.,*
*Kroger Limited Partnership I,*
*Kroger Limited Partnership II*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2020, the foregoing was served via the Court's ECF filing system to all counsel of record.


/s/ Kelly A. Moore