# EXHIBIT A

```
 1               IN THE UNITED STATES DISTRICT COURT
 2                FOR THE NORTHERN DISTRICT OF OHIO
 3                         EASTERN DIVISION
 4
 5    _____
                                     )
 6    IN RE:                         )  HON. DAN A. POLSTER
                                     )
 7    NATIONAL PRESCRIPTION          )  MDL No: 2804
      OPIATE LITIGATION              )  NO. 1:17-MD-2804
 8                                   )
                                     )
 9                                   )
      _____)
10
11
12             TRANSCRIPT OF DISCOVERY CONFERENCE
               BEFORE SPECIAL MASTER, DAVID COHEN
13
14                     The Club at Mediterra
                    15755 Corso Mediterra Circle
15                          Garden Room
                       Naples, Florida  34110
16
                    Wednesday, January 22, 2020
17
                       9:00 a.m. to 3:40 p.m.
18
19
                            Reported By:
20                          Wanda Jackson,
                      Stenographic Court Reporter
21
22
23
24
25
```

Golkow Litigation Services                                    Page 1

```
 1            MS. FUMERTON:  I think that answer is probably
 2       field specific.  I can tell you one.
 3            MR. SHKOLNIK:  Maybe I wasn't clear.  Are you
 4       going -- you are saying for this 25 we are
 5       challenging, you are not saying you are only going to
 6       give us the additional fields for those 25 people?
 7            MS. SWIFT:  That is a fair question, Hunter.  I
 8       think it is field specific.  And take one category
 9       field, for example, if we are talking about notes, I
10       think a really big part of why it would make sense to
11        defer producing a notes field and because of the
12       burden of reviewing all of those and producing those
13       now, assuming we got to a point where we wanted to
14       produce notes, I don't know that we would.  We would
15       want to limit it to the prescriptions you guys had
16       identified.
17            MR. SHKOLNIK:  Okay.
18            MS. SWIFT:  That is the point.
19            MR. SHKOLNIK:  You said it better than me.  You
20       will give it to all of the ones we have identified?
21            MS. SWIFT:  Yes.  I misunderstood your question.
22            MR. SHKOLNIK:  I understand.  If you are saying
23       these are additional fields that we need, it would
24       apply to all of the ones we designated, but not just
25       the ones you --
```

```
 1            MS. FUMERTON:  With the burden issue reserved.
 2            SPECIAL MASTER:  The default would be that you
 3       would produce it for all the ones identified.  If
 4       there is some field specific issue, we can talk about
 5       it.
 6            MS. FUMERTON:  For example, the notes, those have
 7       to be held separately and ---
 8            SPECIAL MASTER:  That is a bridge we can cross
 9       when we get there.  They have to produce it for each
10       one that you have identified.
11            MR. BARNES:  I am a little bit troubled by this
12       analysis.  The difference is we have two professionals
13       involved with dispensing medications.  You have a
14       doctor who exercises professional judgment and even in
15       the face of red flags, he is entitled to do that and
16       still say, I still want you to have that same
17       medication.
18                     That same individual is entitled to
19       go to the pharmacy and have red flags and the
20       pharmacist can make a judgement on dispensing despite
21       the red flags.  And if we attempt to analyze this case
22        just based on data, you are missing two critical
23       steps.  Two professionals have the right to overwrite
24       any red flags at any time.  That is the reason that
25       these professionals can get pulled back in.  You can't
```

```
 1                CERTIFICATE OF REPORTER
 2
 3          I, Wanda Jackson, Court Reporter, do hereby
 4   certify that I was authorized to and did report the
 5   foregoing proceedings, and that the transcript, pages 1
 6   through 169, is a true and correct record of my
 7   stenographic notes.
 8          Dated this February 3, 2020, at Lee County,
 9   Florida.
10
11
12
                     _Wanda Jackson_____
13                   Wanda Jackson
                     Court Reporter
14                   Notary Public in and for the
                     State of Florida at Large
15                   My commission expires 4/1/2023
                     Commission No. GG318277
16
17
18
19
20
21
22
23
24
25
```