| Doc Date | Doc Title | Doc Source | Quote | Topic |
|---|---|---|---|---|
| 2013.04.00 | Pharmacist GFD Review Coaching Opportunities WAGMDL00256710 | WAG | Cocktails identified as an Opiate or Hydrocodone, Benzodiazepine and Carisoprodol, where the Benzodiazepine and Carisoprodel (or Gabapentin) were both dispensed within **12 days plus** of the Opiate dispensing date. | Timeframe |
| 2013.08.23 | CVS-MDLT1-000078008 - Email from Baker, Kelly J. | CVS | I have found instances where a patient is getting at least 2 of the cocktail drugs from the same pharmacy in the last **45 days**. As I'm unable to see if that store is purchasing oxycodone, hydromorphone, etc is someone at CVS reviewing such situations if they exist. These are the kind of transactions that concern DEA. | Timeframe |
| 2013.09.13 | Pharmacist GFD Review WAGMDL00054501 | WAG | Cocktails identified as an Opiate or Hydrocodone, Benzodiazepine and Soma, where the Benzodiazepine and Soma were dispensed within **12 days plus** of the Opiate dispensing date. | Timeframe |
| 2014.06.11 | Market 26 GFD and Controlled Substance Trends WAGMDL00674922 | WAG | Cocktails = Where the Benzodiazepine and Carisoprodol (or Gabapentin) were both dispensed within **12 days plus** of the Opiate dispensing date. | Timeframe |
| 2015.02.08 | Understanding the Dangers of Dispensing Combinations of Controlled Substances CVS-NY AG-000036552 | CVS | The combination of an Opioid, Benzodiazepine, and Carisoprodol should only be prescribed when there is a well documented clinical need that outweighs the potential adverse effects. **Whether filling them all at once or with overlapping therapies filled at different times**, pharmacists must be diligent in exercising corresponding responsibility. | Timeframe |
| 2015.09.05 | Controlled Substance Quality Assurance (CSQA) DDM00090659 | DDM | The prescription presented (or a series of prescriptions over a **short period of time**) provides for the dispensing of an opioid pain medicine, a benzodiazepine, and a muscle relaxer. | Timeframe |
| 2019.00.00 | How to Read a Prescriber Practice Report | OARRS | Provides the number of patients...**in same month** | Timeframe |
| 1994.04.13 | U.S. v. Veal, 23 F.3d 985 (1994) | DOJ | In October of 1990 investigators from the United States Drug Enforcement Administration received reports from drug wholesalers that the defendant, Dennis Veal, was making inordinately large purchases of **Doriden and Tylenol 4.** Doriden, a sleeping medication, and Tylenol 4, a pain medication containing codeine, are Schedule III controlled substances. These drugs have a heroin-like effect when ingested in combination. The combination is commonly referred to in the illegal drug market as **"fours and doors."** | Two Drugs as cocktail |
| 2010.10.27 | East Main Street Pharmacy; Affirmance of Suspension Order | DEA | More specifically, the Immediate Suspension Order alleged that on October 2, 2009, L.D.C., a resident of Portsmouth, Ohio obtained from a physician practicing in Wheelersburg, Ohio, prescriptions for 90 tablets of **oxycodone** 30 mg. and 60 tablets of **carisoprodol** (a non- controlled but highly abused drug which metabolizes into meprobamate, a Schedule IV depressant), and that she then travelled "approximately 100 miles from Wheelersburg to Columbus" and filled the prescriptions at Respondent. | Two Drugs as cocktail |

**PLAINTIFFS' EXHIBIT 6**

| Date | Document | Source | Excerpt | Category |
|---|---|---|---|---|
| 2010.10.27 | East Main Street Pharmacy; Affirmance of Suspension Order | DEA | For example, on April 25, 2008, A.B., a resident of Denton, Kentucky (143 miles from Respondent), filled prescriptions for 180 **oxycodone** 30 mg., 120 oxycodone 15 mg., and 90 **alprazolam** 2 mg.; on July 23, 2008, C.W., a resident of Ashland, Kentucky (123 miles from Respondent), filled prescriptions for 240 **oxycodone** 30 mg., 60 oxycodone 15 mg., and also 60 **alprazolam** 2 mg.; and on August 11, 2008, N.W., a resident of Flatwoods, Kentucky (118 miles from Respondent), filled prescriptions for 240 oxycodone 30 mg., 90 oxycodone 15 mg., and also 60 alprazolam 2 mg. GX 10, at 1-2. Moreover, on August 25, 2008, C.L. filled prescriptions for 90 diazepam 10 mg. and 60 alprazolam 2 mg.\28\ Id. | Two Drugs as cocktail |
| 2011.03.07 | DEA Update HDMA 2011 Distribution Management Conference | DEA | A 'cocktail' of **oxycoodone** and **alaprazolam** (Xanax) | Two Drugs as cocktail |
| 2012.10.12 | Holiday CVS, L.L.C., d/b/a CVS/Pharmacy Nos. 219 and 5195; Decision and Order | DOJ | Regarding these prescriptions, Professor Doering Expert testified that from the perspective of ''a clinical pharmacist * * * that combination of drugs is * * * a red flag because [a]lprazolam and oxycodone are commonly diverted to nonmedical use.'' Tr. 784. As for the two oxycodone prescriptions each person obtained, Professor Doering explained that while ''one might speculate that the reason for that is that pain can vary throughout the day and it may be that the individual is suggested to take the 15 [mg tablets] when the pain is not so great and 30 [mg tablets] when it is so great,'' the ''30 milligram tablets are scored right down the middle, and it's quite easy to break them in half.'' Id. Professor Doering thus explained that prescribing both fifteen and thirty milligram strengths of the drug ''just doesn't make any sense.'' | Two Drugs as cocktail |
| 2012.10.12 | Holiday CVS, L.L.C., d/b/a CVS/Pharmacy Nos. 219 and 5195; Decision and Order | DOJ | Contrary to this contention, DI Langston testified that the combination of **oxycodone and Xanax** (the brand name for alprazolam) was a red flag of diversion for at least ''[a] couple of years ago.'' | Two Drugs as cocktail |
| 2012.11.26 | Order to Show Cause WAGMDL00387708 | WAG | individuals presenting prescriptions for combinations of controlled substances known to be highly abused, such as **oxycodone and benzodiazepines**; | Two Drugs as cocktail |
| 2012.11.26 | Order to Show Cause WAGMDL00387708 | WAG | filled eleven prescriptions for **oxycodone and alprazolam** cocktails | Two Drugs as cocktail |
| 2012.12.00 | Drug Trends, Indianapolis, Indiana | DEA | A 'cocktail' of **oxycoodone** and **alaprazolam** (Xanax) | Two Drugs as cocktail |
| 2014.05.21 | PAIN CLINIC OWNER SENTENCED TO 14 YEARS IN PRISON AND ORDERED TO FORFEIT $6.3 MILLION IN PROFITS | DOJ | clinic customers would receive excessive amounts of "cocktails" of controlled substances including diazepam, hydrocodone, oxycodone and alprazalam. | Two Drugs as cocktail |
| 2014.09.08 | Vanelli Email re: Store Cocktail Details Tab CVS-MDLT1-000029477 | CVS | when **hydro** is the most common cocktail combined with the flagged drug (as an example; **Alprazolam**). | Two Drugs as cocktail |
| 2016.08.00 | DRUGS, DRUGS, & MORE DRUGS Powerpoint | DEA | Prescribers using the same drug regimen for every patient (**hydrocodone** / apap & **carisoprodol**). | Two Drugs as cocktail |
| 2016.08.31 | FDA warns about serious risks and death when combining opioid pain or cough medicines with benzodiazepines; requires its strongest warning | FDA | A U.S. Food and Drug Administration (FDA) review has found that the growing combined use of **opioid medicines with benzodiazepines or other drugs** that depress the central nervous system (CNS) has resulted in serious side effects, including slowed or difficult breathing and deaths. | Two Drugs as cocktail |

| | | | | |
|---|---|---|---|---|
| 2016.08.31 | FDA warns about serious risks and death when combining opioid pain or cough medicines with benzodiazepines; requires its strongest warning | FDA | FDA conducted two studies that showed an increasing trend in concomitant dispensing of **opioid analgesics and benzodiazepines**, and an increasing frequency of combined benzodiazepine and prescription opioid misuse, abuse, and overdose, as measured by national emergency department (ED) visit and overdose death rates (from prescribed or greater than prescribed doses). | Two Drugs as cocktail |
| 2018.01.29 | Jones Total Health Care Pharmacy, LLC v. DEA, 881 F.3d 823 (2018) | DOJ | prescriptions for drug "cocktails," known for their abuse potential, such as **oxycodone and Xanax;** | Two Drugs as cocktail |
| 2018.02.23 | Pharmacy Compliance DDM00455410 | DDM | Prescribes "drug cocktail"<br> - Oxycodone, hydrocodone, alprazolam, etc. | Two Drugs as cocktail |
| 2018.03.00 | Benzodiazepines and Opioids | NIH | More than 30 percent of overdoses involving opioids also involve **benzodiazepines**, a type of prescription **sedative** commonly prescribed for anxiety or to help with insomnia. | Two Drugs as cocktail |
| 2018.08.31 | CDC GUIDELINE FOR PRESCRIBING OPIOIDS FOR CHRONIC PAIN | CDC | AVOID CONCURRENT OPIOID AND BENZODIAZEPINE PRESCRIBING<br> Clinicians should avoid prescribing **opioid** pain medication and **benzodiazepines** concurrently whenever possible. | Two Drugs as cocktail |
| 2019.09.00 | Review of the Drug Enforcement Administration's Regulatory and Enforcement Efforts to Control the Diversion of Opioids | OIG-DOJ | DEA officials and staff told us that **benzodiazepines**, while not opioids, are often used in conjunction with **opioids** and can produce a particularly lethal drug cocktail often referred to as the "holy trinity." | Two Drugs as cocktail |
| 2019.09.20 | PHARMACY DOCTORS ENTERPRISES, INC., d.b.a. Zion Clinic Pharmacy, Petitioner, v. DRUG ENFORCEMENT ADMINISTRATION, Respondent. No. 18-11168 | DOJ | **several prescriptions for two drugs** that, taken together, would make a "cocktail" for recreational rather than medical use | Two Drugs as cocktail |
| 2019.09.20 | PHARMACY DOCTORS ENTERPRISES, INC., d.b.a. Zion Clinic Pharmacy, Petitioner, v. DRUG ENFORCEMENT ADMINISTRATION, Respondent. No. 18-11168 | DOJ | Regarding the allegation that Pharmacy Doctors filled prescriptions that would enable customers to make drug cocktails for non-medical uses, Fisher thought that, to be a cocktail, a third drug was required. Nevertheless, he admitted that Pharmacy Doctors would not know if customers obtained the third drug from another pharmacy because it lacked access to Florida's electronic drug-monitoring system. | Two Drugs as cocktail |
| 2009.03.10 | Health & Wellness Practice Compliance WMT_MDL_000010536 | Wal-Mart | Patients receiving trinity (Opiate/Benzo/Muscle Relaxant) | Three Drugs as cocktail |
| 2010.10.27 | East Main Street Pharmacy; Affirmance of Suspension Order | DEA | "large quantity prescriptions" for a benzodiazepine, two narcotic pain medications, and Soma, | Three Drugs as cocktail |
| 2010.10.27 | East Main Street Pharmacy; Affirmance of Suspension Order | DEA | were not receiving individualized therapy, for 75% of these patients received the same four drug 'cocktail,' | Three Drugs as cocktail |
| 2010.10.27 | East Main Street Pharmacy; Affirmance of Suspension Order | DEA | Volkman frequently prescribed large quantities of multiple controlled substances including narcotics containing oxycodone \7\ and hydrocodone,\8\ benzodiazepines such as Xanax (alprazolam) and Valium (diazepam),\9\ as well as the currently non-controlled drug Soma (carisoprodol) which is nonetheless popular with drug abusers, without a legitimate medical purpose and outside of the usual course of professional practice. | Three Drugs as cocktail |

| Date | Document | Party | Excerpt | Category |
|---|---|---|---|---|
| 2012.10.12 | Holiday CVS, L.L.C., d/b/a CVS/ Pharmacy Nos. 219 and 5195; Decision and Order | DOJ | In any event, even before many of the dispensings which are at issue here, this Agency had published several decisions which discussed the diversion and abuse of oxycodone, as well as drug cocktails which included oxycodone, alprazolam, and carisoprodol. See Paul J. Volkman, 73 FR 30,630 (2008) (discussing drug cocktails issued by physician for oxycodone, benzodiazepines and carisoprodol, expert testimony of abuse potential of these drugs, and red flag of patient travelling long distance to fill prescriptions); see also East Main Street Pharmacy, 75 FR 66,149 (Oct. 27, 2010) (discussing abuse of oxycodone, alprazolam, and carisoprodol and red flag of patients traveling long distances to fill prescriptions); Your Druggist Pharmacy, 73 FR 75,774, 75,775 n.1. (2008) (noting that ''[w]hile carisoprodol [was] not controlled under Federal law, it is controlled under various state laws and is highly popular with drug abusers, especially when taken as part of a drug cocktail that includes an opiate and a benzodiazepine''). | Three Drugs as cocktail |
| 2012.10.12 | Holiday CVS, L.L.C., d/b/a CVS/ Pharmacy Nos. 219 and 5195; Decision and Order | DOJ | As an example of a red flag of diversion which would have been discussed during these DEA outreach programs, DI Langston identified ''a lot of prescriptions coming in for oxycodone, 30 milligrams (mg), oxycodone, 15 [mg]; Xanax 5 [alprazolam] two [mg].'' | Three Drugs as cocktail |
| 2012.10.12 | Gov't Affairs / Asset Protection Rite_Aid_OMDL_0029789 | Rite Aid | THE TRINITY/HOLY TRINITY - Is there a legitimate medical reason for a patient to be prescribed an opiate, a benzodiazepine and carisoprodol? | Three Drugs as cocktail |
| 2012.11.26 | Order to Show Cause WAGMDL00387708 | WAG | In addition, Walgreens 03629 dispensed controlled substances, primarily in suspicious cocktail combinations of oxycodone, alprazolam and carisoprodol, to patients of at least twenty (20) practitioners who were subjected to disciplinary action for dispensing illegitimate prescriptions for controlled substances. | Three Drugs as cocktail |
| 2013.01.10 | NATIONAL ASSOCIATION OF CHAIN DRUG STORES DEA Compliance Working Group January 10, 2013 Meeting Summary CAH_MDL2804_02933683 | WAG | "75% of the patients received the same four drug cocktail which included a benzodiazepine, two narcotic pain killers and Soma." | Three Drugs as cocktail |
| 2013.04.00 | Pharmacist GFD Review Coaching Opportunities WAGMDL00256710 | WAG | Cocktails such as an Opiate or Hydrocodone, Benzodiazepine and Carisoprodol | Three Drugs as cocktail |
| 2015.03.10 | NexGen Automated Red Flag Documentation Process for High Alert Controlled Substances Rite_Aid_OMDL_0044351 | Rite-Aid | Only prescriptions for controlled substances in profile , or only fills for a combination of products commonly known as the "trinity" (oxycodone, alprazolam and carisoprodol or any combination of drugs from these three drug classes). | Three Drugs as cocktail |
| 2015.09.05 | Controlled Substance Quality Assurance (CSQA) DDM00090659 | DDM | Combination of drugs that constitute the "trilogy" or "triple" (narcotic, benzodiazepine, muscle relaxer) | Three Drugs as cocktail |

| Date | Document | Source | Excerpt | Category |
|---|---|---|---|---|
| 2016.01.14 | Prescribing Guidelines for Pennsylvania - Opioid Dispensing Guidelines HBC MDL00008710 | The Pennsylvania Pharmacists Association | Prescriber writes for the same "cocktail" or combination of drugs. • Opioid + Muscle Relaxant + Benzodiazepine | Three Drugs as cocktail |
| 2016.08.00 | DRUGS, DRUGS, & MORE DRUGS Powerpoint | DEA | Is there any legitimate reason to prescribe/dispense an opiate, a benzodiazepine, and carisoprodol to several patients from one physician? Not if you know their indications and metabolism, there isn't! | Three Drugs as cocktail |
| 2016.11.00 | Pharmacy Professional Practice CVS-INDAG-00016506 | CVS | I mentioned before cocktail, especially in the combination of an opioid, a benzo and soma. In reviewing patient profiles, I still see stores filling these combinations for customers. Pharmacists need to understand that there is little reason that this combination should need to be prescribed together. Store teams need to question this combination and not fill, just because the customer has been on this therapy for ages. Too often we are seeing this concerning combination with little to no documentation in the patient's profile to justify the fills. If this combination is to be filled, we would expect to see it in the lowest dose and frequency possible with clear documentation for the need. Strength of concern- Is the store filling a lot of Oxycodone 30mg or Alprazolam 2mg. High doses in these frequently diverted medications need clear diagnoses documented in the profile. And the pharmacist needs to determine does the diagnosis fit the therapy? | Three Drugs as cocktail |
| 2016.11.00 | Pharmacy Professional Practice CVS-INDAG-00016506 | CVS | Cocktail- routinely prescribes the same combination to most patients, prescribes combinations that DEA has said have high potential for abuse Trinity: Benzo, soma, hydrocodone Holy Trinity: Benzo, soma, oxycodone | Three Drugs as cocktail |
| 2017.02.09 | POM 1311 Practice Compliance Corresponding Responsibility - Proper Prescriber Patient Relationship WMT_MDL_000042987 | Wal-Mart | Prescriptions presented represent a "cocktail" of commonly abused drugs or are presented in a combination that can cause medical complications. (i.e. an opioid, a benzodiazepine, and a muscle relaxant) This is often referred to as the "trinity" or "holy trinity." | Three Drugs as cocktail |
| 2017.06.16 | Non-Cancer Chronic Pain Rite_Aid_OMDL_0046051 | Rite Aid | "The Trinity" includes: opioid (usually hydrocodone) + benzodiazepine + carisoprodol. | Three Drugs as cocktail |
| 2016.08.31 | FDA warns about serious risks and death when combining opioid pain or cough medicines with benzodiazepines; requires its strongest warning | FDA | Recent studies in the literature show that concomitant use of opioid analgesics and CNS depressants other than benzodiazepines, including alcohol, is also associated with serious adverse events. | Other Drugs as Cocktail |
| 2011.09.17 | Combating Pharmaceutical Diversion - Pharmacy Diversion Awareness Conference Rite_Aid_OMDL_0025594 | Rite Aid | "Cocktail" or "Holy Trinity" - Hydrocodone, Soma / Carisoprodal, Alprazolam / Xanax | Multiple Drugs as Cocktail |
| 2011.09.17 | Combating Pharmaceutical Diversion - Pharmacy Diversion Awareness Conference Rite_Aid_OMDL_0025594 | Rite Aid | Preferred Prescriptions- 'Holy Trinity' - Schedule II and III narcotics (OxyContine, Vicodine) - Schedule IV Benzodiazapines (Xanago, VaHumo) - Non-Controlled Muscle Relaxants/Sedative (Some) - Non-Controlled Opioid Analgesic-Tramadol (Uttram8) substituted for schedule II/III narcotic | Multiple Drugs as Cocktail |

| Date | Document | Source | Excerpt | Category |
|---|---|---|---|---|
| 2012.08.00 | Store Statistics for SOM order review June - August 2012 | CVS | cocktails for opioids are methadone, muscle relaxants, stimulants and benzodiazepines; cocktails for benzodiazepines are opioids; no cocktail metric is calculated for other drug classes) | Multiple Drugs as cocktail |
| 2012.10.12 | Holiday CVS, L.L.C., d/b/a CVS/ Pharmacy Nos. 219 and 5195; Decision and Order | DOJ | As to the red flags 45 of diversion, GS Lane mentioned: (1) ''doctors * * * writing * * * the same cocktail of drugs which was oxycodone 30 milligrams, oxycodone 15 [mg], generic Xanax 2 [mg], Soma, and * * * lately * * * a noncontrolled substance like flexural,'' Tr. 114, 116.; (2) doctors without a specialty in pain management writing ''large quantities'' of prescriptions, Tr. 115; (3) doctors giving the same diagnosis code, ''usually L–4, L–5 lower back pain,'' Tr. 115; (4) patients between the ages of 25 and 40 with cash, Tr. 117; and (5) evidence of doctor shopping,46 Tr. 118. GS Lane also identified ''sponsor'' arrangements in which ''people from * * * mostly * * * the mountain states * * * come down in buses and vans * * * and drive to the pharmacy'' to fill oxycodone prescriptions. | Multiple Drugs as cocktail |
| 2012.11.26 | Order to Show Cause WAGMDL00387708 | WAG | filled a prescription for 150 dosage units of oxycodone 30mg issued to JAM... filled prescriptions for 180 dosage units of oxycodone 30mg, 90 dosage units of hydromorphone 8mg (Schedule II controlled substance) and 60 dosage units of alprazolam 2mg issued to JAM... filled prescriptions issued to JAM for 90 dosage units of hydromorphone 8mg and 60 dosage units of alprazolam 2mg... filled a prescription issued to JAM for 90 dosage units of diazepam 10mg (Schedule IV controlled substance). | Multiple Drugs as cocktail |
| 2013.01.10 | NATIONAL ASSOCIATION OF CHAIN DRUG STORES DEA Compliance Working Group January 10, 2013 Meeting Summary CAH_MDL2804_02933683 | WAG | Example: Patients "received 168 tablets of oxycodone 30 mg, 56 tablets of oxycodone 15 mg, and 56 tablets of alprazolam 2 mg" ... Example: "the combination of these two narcotics, a benzodiazepine, and a muscle relaxant...Notwithstanding this, there is ample evidence showing that Respondent repeatedly dispensed - cocktail prescriptions for oxycodone, -- hydrocodone, alprazolam, and carisoprodol." | Multiple Drugs as cocktail |
| 2015.03.10 | NexGen Automated Red Flag Documentation Process for High Alert Controlled Substances Rite_Aid_OMDL_0044351 | Rite-Aid | The prescriber routinely prescribes the same "cocktail " or combination of drugs for pain treatment to most or all of his/her patients , particu larly where DEA and other authorities have identified the combination as potentially abused (e.g., oxycodone , alprazolam and carisoprodol or any combination of drugs from these three drug classes). | Multiple Drugs as cocktail |
| 2016.08.31 | FDA warns about serious risks and death when combining opioid pain or cough medicines with benzodiazepines; requires its strongest warning | FDA | List of Benzodiazepines and Other CNS Depressants <See doc for complete list> | Multiple Drugs as cocktail |
| 2019.00.00 | How to Read a Prescriber Practice Report | OARRS | There are certain dangers to concurrently prescribing opioids and benzodiazepines. The addition of carisoprodol not only further increases the risk of overdose, this combination of drugs is a frequently abused cocktail commonly known as the "trinity," or the "holy trinity." | Multiple Drugs as cocktail |
| 2010.10.27 | East Main Street Pharmacy; Affirmance of Suspension Order | DEA | Dr. Sullivan noted an instance where a physician had written for a combination of a narcotic, a benzodiazepine, a muscle relaxant, and a sleeping pill; there were "similar doses for everybody, [with] no individualization of therapy"; and "maximum doses for everyone." | Four Drugs as cocktail |

| Date | Matter | Agency | Description | Category |
|---|---|---|---|---|
| 2010.10.27 | East Main Street Pharmacy; Affirmance of Suspension Order | DEA | In his testimony, Dr. Sullivan explained that pharmacists refer to the combination of "the benzodiazepine, the narcotic * * * pain killer, and the sleeping pill" as "[t]he triple," and that when Soma (carisoprodol) is added, the combination is known as the "homerun." | Four Drugs as cocktail |
| 2012.10.12 | Holiday CVS, L.L.C., d/b/a CVS/ Pharmacy Nos. 219 and 5195; Decision and Order | DOJ | At the meeting, the parties discussed a pharmacist's corresponding responsibility ''at length.'' Tr. 54. The discussion topics included the pill mill problem in Florida; some recent arrests and other DEA enforcement activity; increased publicity; the oxycodone crisis; and the combination of prescriptions for oxycodone 30 mg, oxycodone 15 mg, Alprazolam 2 mg, and a fourth ''filler'' 8 drug, which DEA identified as an indicator of diversion | Four Drugs as cocktail |