LINK TO AUDIOTRANSCRIPT OF 1/23/2020 HEARING
(link also provided in brief)

https://bit.ly/3bAZZN8

**PLAINTIFFS' EXHIBIT 7**