January 22, 2020

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4
 5     _____
                                      )
 6     IN RE:                         )  HON. DAN A. POLSTER
                                      )
 7     NATIONAL PRESCRIPTION          )  MDL No: 2804
       OPIATE LITIGATION              )  NO. 1:17-MD-2804
 8                                    )
                                      )
 9                                    )
       _____)
10
11
12           TRANSCRIPT OF DISCOVERY CONFERENCE
             BEFORE SPECIAL MASTER, DAVID COHEN
13
14                  The Club at Mediterra
                15755 Corso Mediterra Circle
15                      Garden Room
                    Naples, Florida  34110
16
               Wednesday, January 22, 2020
17
                  9:00 a.m. to 3:40 p.m.
18
19
                       Reported By:
20                     Wanda Jackson,
                Stenographic Court Reporter
21
22
23
24
25                              PLAINTIFFS' EXHIBIT 8
```

| | |
|---|---|
| 1 | for lunch.  Should I wait for Kate to get back? |
| 2 | SPECIAL MASTER:  Probably a good idea.  I didn't |
| 3 | notice she was missing.  Let's wait a minute. |
| 4 | (Whereupon, a brief break was taken.) |
| 5 | SPECIAL MASTER:  We are back on the record, and |
| 6 | Pete was going to start. |
| 7 | MR. WEINBERGER:  After conferring with my |
| 8 | colleagues, here is what we want to discuss with you |
| 9 | as it relates to our discussions so far.  And I think |
| 10 | assuming that we can reach an agreement regarding what |
| 11 | I am about to say, I think there's a number of other |
| 12 | fields that we are probably prepared to concede on. |
| 13 | We want to ensure that with respect |
| 14 | to the data that we are not getting or the -- because |
| 15 | of fields that are not being utilized and the overall |
| 16 | production that we are not getting because of this |
| 17 | will not then ultimately be used.  Those things that |
| 18 | are not being produced will not be used by you at any |
| 19 | point in the case. |
| 20 | MS. FUMERTON:  I think we need to hear the |
| 21 | entirety of it. |
| 22 | MR. WEINBERGER:  That is it. |
| 23 | MS. FUMERTON:  Okay. |
| 24 | MS. SWIFT:  If what you are saying is, if we |
| 25 | don't produce a particular field, we can't later rely |

January 22, 2020

| | |
|---|---|
| 1 | same data that will be determined today? |
| 2 | MR. SHKOLNIK: Yes. |
| 3 | MS. SWIFT: That is what I wanted to know. |
| 4 | MS. MCENROE: Actually, that brings a little bit |
| 5 | of a challenge for us. We are pulling March 20th |
| 6 | trial date simultaneously, and that is going to make |
| 7 | March 2nd very challenging for us. We can revisit |
| 8 | that closer to March 2nd. |
| 9 | SPECIAL MASTER: It might be easier for them to |
| 10 | do those at the same time. I do not know. |
| 11 | MS. FUMERTON: Special Master to clarify that |
| 12 | approach, and we understand your direction, but it is |
| 13 | clear that we are still objecting to the national |
| 14 | scope and -- |
| 15 | SPECIAL MASTER: You have made that very clear |
| 16 | that you object to national scope. They will rule. |
| 17 | If they rule in your favor, then I will follow their |
| 18 | mandate. If they do not rule in your favor, we |
| 19 | already know the mandate. So let's finish this up by |
| 20 | dealing with the two fields that are outstanding. |
| 21 | MR. MOUGEY: 53 and 64. |
| 22 | SPECIAL MASTER: Is 52 patient date of birth? |
| 23 | MR. ACKERMAN: We recognize that date of birth is |
| 24 | a field subject to HIPPA, but we would like to get a |
| 25 | year of birth which is excluded. We would be okay |

```
 1      with a field that gave us the date of birth and a
 2      general category for anyone over the age of 89 at the
 3      time of service consistent with the regulation.
 4              SPECIAL MASTER:  I thought I remember the
 5      Defendants saying that they were okay with the year of
 6      the date of birth?
 7              MS. MCENROE:  One burden challenge on that, we
 8      have a birth date field, so changing it to the field
 9      could be a manual process.  I am just putting it out
10      there.
11              SPECIAL MASTER:  Is the Defendants' objection to
12      date of birth, full year of birth, anything other than
13      the HIPPA regulation?
14              MS. FUMERTON:  Not other than -- to clarify, I
15      don't agree how he stated that.  He stated one part of
16      the regulation, but the analysis is looking at the
17      totality of the data that is produced.
18                          When we are talking about producing
19      the birth year, the zip code, the prescriber, the
20      person's doctor, we think that that year becomes PHI
21      involved within HIPPA.  We are not agreeing that is an
22      exception that governs in all instances.
23              SPECIAL MASTER:  Explain to me, Plaintiffs, what
24      do you need by date of birth that you need for red
25      flag analysis?
```

January 22, 2020

```
 1              MR. PIFKO:  One example, in CVS they talk about
 2      pattern prescribing where a doctor writes the same
 3      exact prescription for everyone who comes in the door.
 4      You always get Oxy 80, and everyone's diagnosis code
 5      is lower back pain.  It does not matter if you are age
 6      18 or 88.  Everyone is having the same thing.  The age
 7      is relevant to the creditability of the --
 8              SPECIAL MASTER:  Sort of.  Any other examples?
 9              MR. WEINBERGER:  It is under the pattern
10      prescription category.
11              MS. SWIFT:  Peter, that is one of your topics, if
12      we were going to get to it, I wonder what you meant by
13      that?
14              MR. WEINBERGER:  That is a perfect example.
15              MR. ACKERMAN:  Another example is a number of
16      younger individuals were prescribed -- a lot of 18
17      year olds were receiving 80 milligram of OxyContin or
18      Oxycodone.
19              MS. FUMERTON:  There is the burden argument to
20      the extent of separate fields.
21              SPECIAL MASTER:  If it is not maintained as a
22      separate data field, you don't produce it.  If it is a
23      separate data field, my ruling is that you have to
24      produce the year date of birth.  So you can produce it
25      by redaction.  Then if you can't, you have to produce
```

| | |
|---|---|
| 1 | the entire date of birth. |
| 2 | MS. FUMERTON:  We understand that as a ruling, |
| 3 | but we don't -- |
| 4 | SPECIAL MASTER:  You object? |
| 5 | MS. SWIFT:  David, it is more than they have |
| 6 | asked for. |
| 7 | MR. DELINSKY:  David, there is literature when |
| 8 | you provide zip code and date of birth -- |
| 9 | SPECIAL MASTER:  I am saying you can produce only |
| 10 | year of birth. |
| 11 | MR. DELINSKY:  But you said if you can't. |
| 12 | SPECIAL MASTER:  If you decide the burden is so |
| 13 | great that you don't want to change a date of birth |
| 14 | field to just a year birth field, then you can choose |
| 15 | to provide the entire date of birth. |
| 16 | MS. SWIFT:  As far as an estimation of how much |
| 17 | time to do this, we don't know. |
| 18 | MR. FARRELL:  So respectfully from our experience |
| 19 | with the variety of data we have used, sometimes we |
| 20 | get it in different dates, months, dates and years. |
| 21 | If you are exporting to Excel, there are conversions |
| 22 | that make it rather simple, and it is a simple coding |
| 23 | issue. |
| 24 | SPECIAL MASTER:  Okay.  What is the next one? |
| 25 | MR. MOUGEY:  It is 64.  There was some confusion |