| | |
|---|---|
| **Subject:** | FW: EXTERNAL-Data Fields to be Produced |
| **Date:** | Thursday, January 23, 2020 at 3:29:30 PM Eastern Standard Time |
| **From:** | Anthony J. Majestro |
| **To:** | Christy L. Smith, Esq., Paula Compston |
| **Attachments:** | Fields 2b Produced.xlsx |

**From:** 2804 Discovery, MDL
**Sent:** Thursday, January 23, 2020 3:29:08 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** MDL 2804
**Subject:** FW: EXTERNAL-Data Fields to be Produced

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Thursday, January 23, 2020 8:22:47 PM
**To:** Weinberger, Peter H. <PWeinberger@spanglaw.com>
**Cc:** 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; Elsner, Mike <melsner@motleyrice.com>; Mark Pifko <mpifko@baronbudd.com>; Mougey, Peter <pmougey@levinlaw.com>; Farrell, Paul <Paul@Greeneketchum.com>; Ackerman, David <dackerman@motleyrice.com>; Gay, Josh <jgay@levinlaw.com>; Laura Fitzpatrick <lsingletary@simmonsfirm.com>; Mark Pifko <mpifko@baronbudd.com>
**Subject:** EXTERNAL-Data Fields to be Produced

Dear Counsel:

According to my notes, the attached spreadsheet shows the 34 data fields that the Pharmacy Defendants will produce in discovery, as ordered and/or agreed during yesterday's conference. Temporal scope remains subject to modification by the mandamus petition. Note that field #53 (patient DOB) can be substituted with field 48 (patient age).

Please review to ensure we have full agreement on what was decided yesterday. We will chat at 4:00p to discuss related matters, using the telnos below.

Dial-in Number: 1.888.346.3950
Participant Entry Code: 7763-3882#

-d

=======================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

**PLAINTIFFS' EXHIBIT 9**

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Sent:** Monday, January 20, 2020 2:18 PM
**To:** David Cohen <david@davidrcohen.com>
**Cc:** 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; Elsner, Mike (melsner@motleyrice.com) <melsner@motleyrice.com>; MPifko@baronbudd.com <MPifko@baronbudd.com>; Peter Mougey <pmougey@levinlaw.com>; Paul Farrell <Paul@Greeneketchum.com>; 'Ackerman, David (dackerman@motleyrice.com)' <dackerman@motleyrice.com>; Josh Gay <jgay@levinlaw.com>; Laura Fitzpatrick (lfitzpatrick@simmonsfirm.com) <lfitzpatrick@simmonsfirm.com>; MPifko@baronbudd.com <MPifko@baronbudd.com>
**Subject:** Data Fields Materials with Annotations for January 22, 2020 meeting

SM Cohen –

Attached is our list of Red Flags and the sources for each.

Also, below is a link to dropbox with a password to all of the source documents, regulations, and case law which support the red flags.


https://www.dropbox.com/sh/t23ueejafo0z0jp/AACa42SqOeoPFjUqKHYYTMWEa?dl=0

Password: M!kbb8rS3I3C

Pete



Peter H. Weinberger

**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

Spangenberg Shibley & Liber

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies-- electronic, paper or otherwise--which you may have of this communication.