# EXHIBIT A

IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>All Cases | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## **Affidavit of Peter H. Weinberger**

I, Peter H. Weinberger, as Plaintiffs' Liaison Counsel in MDL 2804, hereby affirm and state as follows:

1. Pursuant to Judge Polster's February 4, 2020 Amended Scheduling Order, I sent emails on February 11, 2020 to all plaintiffs' counsel with cases filed and pending in MDL 2804 and State Courts to give notice of the "Motion for Entry of an Order Establishing a Common Benefit Fund" (Doc #3112). This email notified counsel that any opposition brief must be filed with the Court by 12:00 pm Eastern on Friday February 28, 2020.

2. For purposes of sending these emails, I used a list of MDL and state court plaintiffs which I reasonably believe to be as complete a list as possible of all MDL and state court cases filed on behalf of governmental entities who have asserted claims against various manufacturers, distributors, and pharmacies arising from the Opioid epidemic.

3. I also have caused a notice to be posted on the website of the National Negotiating Class detailing the same information.

_____
Peter H. Weinberger

Sworn to before me and subscribed in my presence this 11th day of February, 2020.

_____
Notary Public

ERICKA CAMPBELL
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 9/13/2023