# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *NAS Baby Cases*[1] | Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING NAS BABY PLAINTIFFS' UNOPPOSED MOTION TO SEVER SACKLER DEFENDANTS (DOC.      )

For the reasons stated in the NAS Baby Plaintiffs' unopposed motion to sever Defendants

Richard S. Sackler, Jonathan D. Sackler, Mortimer D.A. Sackler, Kathe A. Sackler, Ilene Sackler

---

[1]     The "NAS Baby Cases" are the following MDL member actions identified in the October 7, 2019 Second Amended Joint Proposed Scheduling Order (Doc. 2726): *Rees v. McKesson Corporation,* 1:18-OP-45252; *Wood v. Purdue Pharma L.P.,* 1:18-OP-45264; *Salmons v. Purdue Pharma L.P.,* 1:18-OP-45268; *Ambrosio. v. Purdue Pharma L.P.,* 1:18-OP-45375; *Flanagan v. Purdue Pharma L.P.,* 1:18-OP-45405; *Whitley v. Purdue Pharma LP.,* 1:18-OP-45598; *Roach v. McKesson Corporation,* 1:18-OP-45662; *Hunt v. Purdue Pharma L.P.,* 1:18-OP-45681; *Hanlon v. Purdue Pharma L.P.,* 1:19-op-45052; *Doyle v. Actavis LLC,* 1:18-op-46327; *Moore v. Purdue Pharma L.P.,* 1:18-op-46305; *Artz v. Purdue Pharma, L.P.,* 1:19-op-45459; *Rodriquez v. Purdue Pharma, L.P.,* 1:19-op-45463; *Brant v. Purdue Pharma, L.P.,* 1:19-op-45494; *Williams, v. Purdue Pharma, L.P.,* 1:19-op-45485; *Esperenza v. Purdue Pharma, L.P.,* 1:19-op-45464; *DeMaro v. Purdue Pharma, L.P.,* 1:19-op-45465; *Cruz v. Purdue Pharma, L.P.,* 1:19-op-45466; *Paul v. Purdue Pharma, L.P.,* 1:19-op-45467; *Lechuga v. Purdue Pharma, L.P.,* 1:19-op-45468; *Brumbarger v. Purdue Pharma, LP.,* 1:19-op-45469; *Means v. Purdue Pharma, L.P.,* 1:19-op-45470; *Peterson v. Purdue Pharma, L.P.,* 1:19-op-45472; *Hempel v. Purdue Pharma, L.P.,* 1:19-op-45473; *Whittaker v. Purdue Pharma, L.P.,* 1:19-op-45475; *Tuttle v. Purdue Pharma, L.P.,* 1:19-op-45476; *Hamawi v. Purdue Pharma, L.P.,* 1:19-op-45477; *Gauthier v. Purdue Pharma, L.P.,* 1:19-op-45478; *Simonson v. Purdue Pharma, L.P.,* 1:19-op-45479; *Delancey v. Purdue Pharma, L.P.,* 1:19-op-45480; *Stewart v. Purdue Pharma, L.P.,* 1:19-op-45481; *Shewmake v. Purdue Pharma, L.P.,* 1:19-op-45482; *Weatherwax v. Purdue Pharma, LP.,* 1:19-op-45483; *Martinez v. Purdue Pharma, L.P.,* 1:19-op-45484; *Warren v. Purdue Pharma, L.P.,* 1:19-op-45486; *Carlson v. Purdue Pharma, L.P.,* 1:19-op-45487; *Flach v. Purdue Pharma, L.P.,* 1:19-op-45488; *Ivie v. Purdue Pharma, L.P.,* 1:19-op-45489; *Cherry v. Purdue Pharma, L.P.,* 1:19-op-45490; *Ortiz v. Purdue Pharma, L.P.,* 1:19-op-45492; and *Meinecke v. Purdue Pharma, L.P.,* 1:19-op-45493.

Lefcourt, Beverly Sackler, Theresa Sackler, David A. Sackler and the alleged Trust for the Benefit of Members of the Raymond Sackler Family (collectively, the "Sackler Defendants") (Doc. ___), the NAS Baby Plaintiffs' motion is hereby GRANTED.

It is ORDERED that the Sackler Defendants and all claims against the Sackler Defendants are hereby severed from each of the NAS Baby Cases. The Scheduling Order filed October 7, 2019 (Doc. 2738) for the NAS Baby Cases does not apply to the Sackler Defendants.

**IT IS SO ORDERED**.

_____
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**