Motion granted.  /s/Dan Aaron Polster  2/13/20

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| NAS Baby Cases[1] | Judge Dan Aaron Polster |

## NAS BABY PLAINTIFFS' UNOPPOSED MOTION TO SEVER SACKLER DEFENDANTS AND NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION AS TO SACKLER DEFENDANTS

---

[1] The "NAS Baby Cases" are the following MDL member actions identified in the October 7, 2019 Second Amended Joint Proposed Scheduling Order (Doc. 2726), which the Court adopted in part in its October 7, 2019 Scheduling Order (Doc. 2738): *Rees v. McKesson Corporation,* 1:18-OP-45252; *Wood v. Purdue Pharma L.P.,* 1:18-OP-45264; *Salmons v. Purdue Pharma L.P.,* 1:18-OP-45268; *Ambrosio. v. Purdue Pharma L.P.,* 1:18-OP-45375; *Flanagan v. Purdue Pharma L.P.,* 1:18-OP-45405; *Whitley v. Purdue Pharma LP.,* 1:18-OP-45598; *Roach v. McKesson Corporation,* 1:18-OP-45662; *Hunt v. Purdue Pharma L.P.,* 1:18-OP-45681; *Hanlon v. Purdue Pharma L.P.,* 1:19-op-45052; *Doyle v. Actavis LLC,* 1:18-op-46327; *Moore v. Purdue Pharma L.P.,* 1:18-op-46305; *Artz v. Purdue Pharma, L.P.,* 1:19-op-45459; *Rodriquez v. Purdue Pharma, L.P.,* 1:19-op-45463; *Brant v. Purdue Pharma, L.P.,* 1:19-op-45494; *Williams, v. Purdue Pharma, L.P.,* 1:19-op-45485; *Esperenza v. Purdue Pharma, L.P.,* 1:19-op-45464; *DeMaro v. Purdue Pharma, L.P.,* 1:19-op-45465; *Cruz v. Purdue Pharma, L.P.,* 1:19-op-45466; *Paul v. Purdue Pharma, L.P.,* 1:19-op-45467; *Lechuga v. Purdue Pharma, L.P.,* 1:19-op-45468; *Brumbarger v. Purdue Pharma, LP.,* 1:19-op-45469; *Means v. Purdue Pharma, L.P.,* 1:19-op-45470; *Peterson v. Purdue Pharma, L.P.,* 1:19-op-45472; *Hempel v. Purdue Pharma, L.P.,* 1:19-op-45473; *Whittaker v. Purdue Pharma, L.P.,* 1:19-op-45475; *Tuttle v. Purdue Pharma, L.P.,* 1:19-op-45476; *Hamawi v. Purdue Pharma, L.P.,* 1:19-op-45477; *Gauthier v. Purdue Pharma, L.P.,* 1:19-op-45478; *Simonson v. Purdue Pharma, L.P.,* 1:19-op-45479; *Delancey v. Purdue Pharma, L.P.,* 1:19-op-45480; *Stewart v. Purdue Pharma, L.P.,* 1:19-op-45481; *Shewmake v. Purdue Pharma, L.P.,* 1:19-op-45482; *Weatherwax v. Purdue Pharma, LP.,* 1:19-op-45483; *Martinez v. Purdue Pharma, L.P.*, 1:19-op-45484; *Warren v. Purdue Pharma, L.P.*, 1:19-op-45486; *Carlson v. Purdue Pharma, L.P.*, 1:19-op-45487; *Flach v. Purdue Pharma, L.P.,* 1:19-op-45488; *Ivie v. Purdue Pharma, L.P.,* 1:19-op-45489; *Cherry v. Purdue Pharma, L.P.,* 1:19-op-45490; *Ortiz v. Purdue Pharma, L.P.,* 1:19-op-45492; and *Meinecke v. Purdue Pharma, L.P.,* 1:19-op-45493.