## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *Cabell County Commission v. AmerisourceBergen Drug Corporation et al.,* Case No.  1:17-OP-45053 | |
| *City of Huntington, W.Va. v. AmerisourceBergen Drug Corp., et al.,* Case No. 17-OP-45054 | |

### JOINT STIPULATION OF DESIGNATION OF REMAND RECORD PURSUANT TO JPML RULE 10.4(a)

Pursuant to Rule 10.4(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs Cabell County Commission and City of Huntington, West Virginia and Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation (collectively, "Defendants"), hereby submit the parties' joint stipulation of the contents of the record to be remanded to the U.S. District Court for the Southern District of West Virginia, and state as follows:

These cases were pending in Southern District of West Virginia prior to the creation of the instant multidistrict proceedings.  The JPML subsequently transferred the cases to this Court for consolidated proceedings as part of in *In re: National Prescription Opiate Litig.*, Case No. 1:17-MD-2804 (N.D. Ohio).  On January 6, 2020, this Court filed a Suggestion of Remand with the JPML.  *See* MDL Doc. 3059.  The JPML issued a Conditional Remand Order

including this action on January 14, 2020.  *See* JPML Doc. 6751.  As no party objected to the Conditional Remand Order within seven days of its issuance, it has now taken effect.

Pursuant to JPML Rule 10.4(a) and the above-referenced remand order, the parties hereby designate the following items for inclusion in the record on remand:

A. As required by JPML Rule 10.4(b), all entries in the Southern District of West Virginia's individual case dockets for *Cabell County Commission v. AmerisourceBergen Drug Corporation et al.*, Case No. 3:17-cv-01665 and *City of Huntington, W.Va. v. AmerisourceBergen Drug Corp.*, et al., 3:17-cv-01362;

B. All entries in the Northern District of Ohio's individual case dockets for *Cabell County Commission v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:17-OP-45053 and *City of Huntington, W.Va. v. AmerisourceBergen Drug Corp., et al.*, Case No. 17-OP-45054 from the date of transfer forward; and

C. All documents from the Master MDL Docket, No. 1:17-md-2804 (N.D. Ohio), that are listed on Attachment A hereto.

The parties' stipulation that a particular item (including a court order) may be included in the contents of the remanded record does not constitute an agreement that the item is relevant to the remanded proceeding, is the law of the case, or otherwise has any binding effect in the remanded proceeding.  The parties accordingly reserve the right to challenge in the proceedings on remand the relevance, binding effect, or persuasive value of any document or filing designated in this stipulation.  Further, while the parties were diligent in reviewing the dockets and making these designations, the parties reserve the right to present to the transferor court any documents or filings that were inadvertently excluded from this designation.

Dated February 18, 2020.                          Respectfully submitted,

**THE CITY OF HUNTINGTON**
By Counsel

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

Charles R. "Rusty" Webb (WVSB No. 4782)
**THE WEBB LAW CENTRE, PLLC**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

**CABELL COUNTY COMMISSION**
By Counsel

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr. (WVSB Bar No. 7443)
**FARRELL LAW**
P.O. Box 1180
Huntington, West Virginia 2514-1180
Tel.: 304-654-8281
paul@farrell.law

*/s/ Anthony J. Majestro*
Anthony J. Majestro (WVSB No. 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com

Michael A. Woelfel (W.Va. Bar ID 4106)
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

| **McKESSON CORPORATION** | **CARDINAL HEALTH** |
|---|---|
| By Counsel | By Counsel |

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

/s/ Steven R. Ruby
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Fax: (304) 342-1110
bglasser@baileyglasser.com
sruby@baileyglasser.com
rfranks@baileyglasser.com

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

**AMERISOURCEBERGEN DRUG CORPORATION**
By Counsel

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies may be obtained through the Court's CM/ECF system.

*/s/ Anthony J. Majestro*
Anthony J. Majestro (WVSB No. 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com
