IN THE UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>CASE NO.: 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR DEFENDANT CMC PHARMACY, LLC

Under Local Rule 83.9, Zimmer Kunz, PLLC (Zimmer Kunz) and Ryan A. Zeli of that firm move for leave of Court to substitute as counsel of record for Defendant CMC Pharmacy, LLC (CMC Pharmacy) in place of attorneys Brian H. Benjet, Nathan P. Heller, and Brenna Dee Kelly of DLA PIPER, LLP (US).

Zimmer Kunz counsel certifies that they have provided written notice of this substitution to CMC Pharmacy, which has consented to the substitution. Zimmer Kunz counsel also certify that by the CM/ECF service of this filing, they have notified all parties to the case of this substitution.

CMC Pharmacy and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to CMC Pharmacy's counsel at Zimmer Kunz.

Respectfully submitted,

*s/ Ryan A. Zeli*
RYAN A. ZELI (OH 0088609)
Zimmer Kunz, P.L.L.C.
310 Grant Street, Suite 3300
Pittsburgh, PA 15219
412-281-8000
Fax: 412-281-1765
zeli@zklaw.com

01850480.DOCX 8999-0075

/s/ *Brian H. Benjet*
BRIAN H. BENJET (PA 205392)
NATHAN P. HELLER (PA 206338)
BRENNA DEE KELLY (PA 320433)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA  19103-7300
215-656-3300
Fax: 215-656-3301
EMAIL: Brian.Benjet@us.dlapiper.com

01850480.DOCX 8999-0075

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the foregoing motion with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

DATED:  February 24, 2020

*s/ Ryan A. Zeli*
RYAN A. ZELI (OH 0088609)
Zimmer Kunz, P.L.L.C.
310 Grant Street, Suite 3300
Pittsburgh, PA 15219
412-281-8000
Fax: 412-281-1765
zeli@zklaw.com

*Counsel for Defendant CMC Pharmacy, LLC*