# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| In re National Prescription Opiate Litigation | ) |
| | ) MDL No. 2804 |
| *This document relates to:* | ) |
| | ) Case No. 17-md-2804 |
| *State of Idaho v. Endo Health Solutions, Inc., et al.* | ) |
| | ) Hon. Dan Aaron Polster |
| | ) |

**STATE OF IDAHO'S OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR ENTRY OF ORDER ESTABLISHING COMMON BENEFIT FUND (Doc. 3112)**

The State of Idaho is a plaintiff in this Multidistrict Litigation in the case captioned *State of Idaho v. Endo Health Solutions Inc., et al.*, a case originally filed in the United States District Court for the District of Idaho that was subsequently transferred to this court by the Judicial Panel on Multidistrict Litigation ("JPML").  *See* Doc. 5158 (JPML Conditional Transfer Order 106); Doc. 5281 (JPML Order Lifting Stay of Conditional Transfer Order 106).[1]  In that capacity, and for the reasons set forth in the February 24, 2020, letter to this court from several Attorneys General including Idaho's (Doc. 3181) which is incorporated herein by reference, the

[Remainder of page intentionally left blank]

---

[1] The original case caption was *State of Idaho v. Mallinckrodt plc, et al.*, No. 19-cv-0286 (D.Idaho) but the JPML's orders refer to it as *State of Idaho v. Endo Health Solutions, Inc., et al.*

1

State of Idaho opposes Plaintiffs' Amended Motion for Entry of Order Establishing Common Benefit Fund (Doc. 3112).[2]

DATED: February 26, 2020

Respectfully submitted,

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

BY: */s/ W. Scott Zanzig*
W. SCOTT ZANZIG
Deputy Attorney General

**LAWRENCE G. WASDEN**
Attorney General
State of Idaho

**BRETT T. DELANGE**
Division Chief
Consumer Protection Division

**JANE E. HOCHBERG**
**W. SCOTT ZANZIG**
Deputy Attorneys General
Idaho Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: 208.334.2400
Fax: 208.334.4151
brett.delange@ag.idaho.gov
jane.hochberg@ag.idaho.gov
scott.zanzig@ag.idaho.gov

---

[2] The State of Idaho filed a separate lawsuit in Idaho state court that is still pending there, *State of Idaho v. Purdue Pharma, L.P., et al.,* No. CV01-19-10061 (Idaho Dist. Ct., Ada County).

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of February, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                          */s/ W. Scott Zanzig*
                                          W. SCOTT ZANZIG
                                          Deputy Attorney General