# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>All Cases | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>**LIMITED NOTICE OF APPEARANCE TO FILE OPPOSITION AS AMICUS CURIAE** |

To: The Clerk of Court and All Parties of Record:

I am admitted or otherwise authorized to practice in the United States District Court for the Southern and Eastern Districts of New York and request appearance be granted for the limited purpose of filing as *amicus curiae* on behalf of the Mayor and City Council of Baltimore ("the City") an opposition to Plaintiffs' Amended Motion for Entry of Order Establishing Common Benefit Fund. On February 4, 2020, the Court requested that "all interested parties" file oppositions to the Plaintiffs' Amended Motion by February 28, 2020 at 12:00 p.m. eastern, and this *amicus curiae* filing complies with that request. The City's filing of this Opposition as an "interested party" and *amicus curiae* is made without consenting to this Court's jurisdiction – and without prejudice to the City and its attorneys' rights to contest this Court's jurisdiction – over the City, its counsel Susman Godfrey LLP, or Case No. 24-C-18-000515 pending in the Circuit Court for Baltimore City, Maryland, and without prejudice to the City's right to seek

1

appellate review of any order the Court enters regarding the common benefit fund.

Dated: February 27, 2020   Respectfully submitted,

*s/ Seth Ard*
Seth Ard
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com

*Attorneys for Mayor & City Council of Baltimore*

2