# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) |

Case No. 1:17-md-2804

Judge Dan Aaron Polster

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elaine Golin of Wachtell, Lipton, Rosen & Katz hereby enters her appearance as additional counsel of record for Defendants Cardinal Health, Inc. and Cardinal Health 110, LLC in the above-captioned action.

Dated:  February 26, 2020

Respectfully submitted,

*/s/  Elaine Golin*
Elaine Golin (NY Bar #2887586)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
EPGolin@wlrk.com

*Counsel for Cardinal Health, Inc. and Cardinal Health 110, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) |
| | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin M. Jonke of Wachtell, Lipton, Rosen & Katz hereby enters his appearance as additional counsel of record for Defendants Cardinal Health, Inc. and Cardinal Health 110, LLC in the above-captioned action.

Dated: February 26, 2020

Respectfully submitted,

*/s/ Kevin M. Jonke*
Kevin M. Jonke (NY Bar #5346952)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
KMJonke@wlrk.com

*Counsel for Cardinal Health, Inc. and Cardinal Health 110, LLC*