UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL 2804

CASE NO.: 1:17-md-02804

This document relates to:

Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. v. Purdue Pharma L.P., et. al.
Case No. 1:18-op-46136-DAP

JUDGE DAN AARON POLSTER

**SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT'S JOINDER IN OPPOSITION TO MOTION FOR ENTRY OF ORDER ESTABLISHING COMMON BENEFIT FUND**

Plaintiff, Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc., by and through the undersigned counsel, hereby submits the following Joinder in the Opposition to Motion for Entry of Order Establishing Common Benefit Fund filed February 27, 2020 (Dkt. No.3189). Sarasota County Public Hospital District incorporates and adopts herein by reference the entirety of said Petition.

Dated: February 27, 2020.

**BENTLEY AND BRUNING, P.A.**

*[signature]*

**MORGAN R. BENTLEY, ESQ.**
Florida Bar No. 0962287
mbentley@bentleyandbruning.com
**DAVID A. WALLACE, ESQ.**
Florida Bar No. 0608386
dwallace@bentleyandbruning.com
783 South Orange Avenue, Third Floor
Sarasota, Florida 34236
Telephone: (941) 556-9030 Facsimile: (941) 312-5316
Secondary Email: mdiven@bentleyandbruning.com
*Attorneys for Plaintiff Sarasota County Public Hospital District*

1

| | |
|---|---|
| **STEVEN W. TEPPLER, ESQ.** <br> Florida Bar No. 14787 <br> 12920 Fernbank Lane <br> Jacksonville, Florida 32223 <br> Telephone: (202) 253-5670 <br> steppler@me.com <br> *Attorney for Plaintiff Sarasota County Public Hospital District* | **WILLIAM F. ROBERTSON, JR., ESQ.** <br> Kirk-Pinkerton, PA <br> Florida Bar No. 436607 <br> 1 South School Avenue, 3rd Floor <br> Sarasota, Florida 34237 <br> (941) 364-2400 <br> wrobertson@kirkpinkerton.com <br> *Attorney for Plaintiff Sarasota County Public Hospital District* |

2