UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | | MDL NO. 2804 |
| | | Case No. 17-MD-2804 |
| | | Judge Dan Aaron Polster |

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.* MDL Case #1:18-OP-45252 | *Lechuga v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45483 |
| *Wood v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45264 | *Brumbarger v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45484 |
| *Ambrosio v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45375 | *Means v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45486 |
| *Whitley v. Purdue Pharma LP., et al.* MDL Case #1:18-OP-45598 | *Peterson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45487 |
| *Roach v. McKesson Corporation, et al.* MDL Case No. #1:18-OP-45662 | *Hampel v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45488 |
| *Hunt v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-OP-45681 | *Whittaker v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45489 |
| *Hanlon v. Purdue Pharma L.P., et al.* MDL Case No. #1:19-op-45052 | *Tuttle v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45490 |
| *Moore v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46305 | *Hamawi v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45493 |
| *Ellis v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45479 | *Brant v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45494 |
| *DeMaro v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45480 | *Williams, v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45485 |
| *Cruz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45481 | *Gilson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45461 |
| *Paul v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45482 | *Berzinski v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45503 |

*Johnson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45504

*Martin v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45508

*Muffley v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45507

*Alexander v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45502

*Kirk v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45509

*Collier v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45506

*Johnson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45521

*Goss v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45518

*Martin v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45510

*Gauthier v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45514

*Tindall v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45530

*Lively v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45523

*Lyle v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45524

*Lyle v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45524

*Hutchins v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45505

*Kommer v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45522

*Gibson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45515

*Massey v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45525

*Dixon v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45511

*Herring v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45519

*Goldman v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45516

*McAnany v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45526

*Shockley v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45527

*Taylor v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45528

*Taylor v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45529

*Goforth v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45532

*Atkinson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45531

*Perkins v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45535

*Thomas v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45542

*Watson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45545

*Wright v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45543

*Shepard v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45536

*Chancey v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45533

*Whittington v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45541

*Scully v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45544

*Puckett v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45439

*Richardson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45538

*VonCannon v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45540

*Underwood v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45537

*Patterson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45534

### NAS PLAINTIFFS' OPPOSITION TO THE
### *AMENDED* MOTION FOR ENTRY OF ORDER ESTABLISHING
### COMMON BENEFIT FUND

NOW INTO COURT, through undersigned counsel, come the NAS Plaintiffs, who file this Opposition to the *Amended* Motion for Entry of Order Establishing Common Benefit Fund (Doc. 3112) filed by the Plaintiffs' Executive Committee (the "PEC").

The PEC's Motion should be denied for the reasons set forth in the opposition separately filed by the NAS Guardians (Doc. 3193), which are adopted herein by reference.

Respectfully submitted,

>/s/ Marc E. Dann
>Marc E. Dann (0039425)
>Emily C. White (0085662)
>Whitney E. Kaster (0091540)
>Dann Law
>2728 Euclid Avenue, Suite 300
>Cleveland, OH 44115
>(216) 373-0539
>notices@dannlaw.com
>
>Thomas E. Bilek
>Kelly Cox Bilek
>THE BILEK LAW FIRM, L.L.P.
>700 Louisiana, Suite 3950
>Houston, TX 77002
>(713) 227-7720
>tbilek@bileklaw.com
>kbilek@bileklaw.com
>
>Kevin W. Thompson
>David R. Barney, Jr.
>THOMPSON BARNEY LAW FIRM
>2030 Kanawha Boulevard, East
>Charleston, WV 25311
>Telephone: 304-343-4401
>Facsimile: 304-343-4405
>Email: kwthompson@gmail.com

3

Celeste Brustowicz
Stephen Wussow
COOPER LAW FIRM
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-309-6989
Email:cbrustowicz@sch-llc.com

Donald E. Creadore
CREADORE LAW FIRM
450 Seventh Avenue, Suite 1408
New York, NY 10123
Telephone: 212-355-7200
Email: donald@creadorelawfirm.com

Scott R. Bickford
Spencer R. Doody
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
Email: srb@mbfirm.com

Kent Harrison Robbins
THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
242 Northeast 27 th Street
Miami, FL 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com

*Counsel for NAS Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed via the Court's electronic filing system on February 28, 2020.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

*/s/Marc E. Dann*
Marc E. Dann
Dann Law
