UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-op-45332 | MDL No. 2804<br><br>Case No. 1:17-MD-2804-DAP<br><br>Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF BROWARD COUNTY, FLORIDA

Abby R. Wolf gives notice of her withdrawal as counsel of record for Plaintiff Broward County, Florida in the above-listed case. Ms. Wolf is resigning her position with the firm of Lieff Cabraser Heimann & Bernstein, LLP as of February 28, 2020. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this withdrawal.

Plaintiff Broward County, Florida and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to other counsel at Lieff Cabraser Heimann & Bernstein, LLP.

Dated: February 28, 2020

Respectfully submitted,

*/s/ Abby R. Wolf*
Abby R. Wolf
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA
Tel: (415) 956-1000
Fax: (415) 956-1008
awolf@lchb.com

*Counsel for Broward County, Florida*

1934297.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically filed the foregoing notice with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated:  February 28, 2020

Respectfully submitted,

*/s/ Abby R. Wolf*
Abby R. Wolf
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA
Tel: (415) 956-1000
Fax: (415) 956-1008
awolf@lchb.com

*Counsel for Broward County, Florida*

1934297.1