UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| WYOMING COUNTY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERISOURCEBERGEN DRUG )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.  1:17-OP-45051<br>Honorable Dan Aaron Polster |

### NOTICE OF WITHDRAWAL AND <u>TERMINATION OF REPRESENTATION</u>

COMES NOW, the undersigned, **Bert Ketchum Esq.** of GREENE, KETCHUM, BAILEY & TWEEL LLP, and **Anthony J. Majestro** of POWELL & MAJESTRO and provide notice of withdrawal and termination of representation in the above-referenced matter, pursuant to Local Rule of Civil Procedure 83.9.  The undersigned represent that the client has been notified and consented to the withdrawal and termination of representation. Multiple attorneys have appeared on behalf of the client and at least one of those attorneys will still be the party's counsel of record after the withdrawal of the undersigned, namely:

Warren R. McGraw, II (WV Bar ID 5086)
THE WARREN MCGRAW LAW FIRM
PO Box 534
Pineville WV 24874

G. Todd Houck (WV Bar ID 5674)
105 Guyandotte Ave.
Mullens, WV 25882

The withdrawal and termination of representation is effective upon filing, and the plaintiff will be so notified.

/s/ Bert Ketchum
Bert Ketchum.
GREENE, KETCHUM,
BAILEY & TWEEL LLP
P.O. Box 2389
Huntington, West Virginia  25724-2389
800-479-0053 or 304-525-9115
304-529-3284: fax
Email:  bert@greeneketchum.com


/s/ Anthony J. Majestro
Anthony J. Majestro
POWELL & MAJESTRO
Ste. P1200
405 Capitol Street
Charleston, WV  25301
304-346-2889
Fax:  304-346-2895
Email:  amajestro@powellmajestro.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on this 3rd day of March 2020 and was thus served automatically upon all counsel of record for this matter.

/s/Bert Ketchum
Bert Ketchum
GREENE, KETCHUM,
BAILEY & TWEEL, LLP
P.O. Box 2389
Huntington, West Virginia 25724-2389
800-479-0053 or 304-525-9115
304-529-3284: fax
Email:  bert@greeneketchum.com