# EXHIBIT C

**Ullman, Emily**

---

| | |
|---|---|
| **From:** | Marc Dann <mdann@dannlaw.com> |
| **Sent:** | Thursday, February 06, 2020 4:18 PM |
| **To:** | Ullman, Emily |
| **Cc:** | David Cohen; David R. Cohen (David@SpecialMaster.Law); xOpioid NAS; Thomas Bilek; Celeste Brustowicz; Kelly Bilek; Mr. Scott Bickford; Kevin Thompson; Kent Harrison Robbins - KHR Law Offices; O'Donnell, Lauren; Crawford, Kyle |
| **Subject:** | Re: Urgent Opposition To Third-Depositions Outside The Scope Of Authorized Discovery |

[EXTERNAL]

Special Master:

I wanted clear up one issue right away and would request that you allow us to respond to the rest of Defendants position sometime tomorrow.

The urgent issue relates to the remaining parties relevant to the Class Certification Motion. We are dismissing the complaints of Walker and Flannagan today but we do not intend to dismiss Michele Frost's complaint or motion to serve as class representative.

We will provide a more detailed response tomorrow.

Marc


Marc Dann
DannLaw

*Mailing address:* P.O. Box 6031040, Cleveland OH  44103
*Office location:* 2728 Euclid Ave, Suite 300, Cleveland OH 44115

216-452-1026 Direct
216-373-0536 Fax
216-373-0539 Office
330-651-3131 Cell
mdann@dannlaw.com

Admitted to Practice Law in the State of Ohio, The United States District Courts of the Northern and Southern District of Ohio, the Northern District of Illinois, the Northern District of Indiana and the Sixth Circuit Court of Appeals.

1