# EXHIBIT D

**Ullman, Emily**

___

| | |
|---|---|
| **From:** | Marc Dann <mdann@dannlaw.com> |
| **Sent:** | Thursday, February 06, 2020 10:20 PM |
| **To:** | Ullman, Emily; Sharon Desh; xOpioid NAS |
| **Cc:** | Thomas Bilek; Kelly Bilek; Kevin Thompson; Celeste Brustowicz; Stephen New; Stephen Wussow; Mr. Scott Bickford; Emily White I; Edward Juhn; Brian Flick |
| **Subject:** | Plaintiff Deposition Issues |

[EXTERNAL]

Emily:

As always I hope you will forward this email to the appropriate defense lawyers.

First:

Stephanie Howell has directed us to voluntarily dismiss her lawsuit. We will be filing a notice of voluntary dismissal tomorrow. Therefore the only witness that will need to be deposed on Monday February 10 will be Michelle Frost. I propose that since there will only be one deposition that we begin at 10 a.m. on Monday. Please let me know if that will be acceptable. I also expect that this will make moot the outstanding dispute regarding the depositions of Ms. Howells treating physicians scheduled for later in the month.





Thank you for your attention to these matters. I look forward to seeing many of you tomorrow.

Marc Dann
DannLaw

*Mailing address:* P.O. Box 6031040, Cleveland OH  44103
*Office location:* 2728 Euclid Ave, Suite 300, Cleveland OH 44115

216-452-1026 Direct
216-373-0536 Fax
216-373-0539 Office
330-651-3131 Cell
mdann@dannlaw.com

Admitted to Practice Law in the State of Ohio, The United States District Courts of the Northern and Southern District of Ohio, the Northern District of Illinois, the Northern District of Indiana and the Sixth Circuit Court of Appeals.



Cleveland Columbus Cincinnati Chicago New York New Jersey

877-475-8100