# EXHIBIT E

**CONTAINS CONFIDENTIAL MEDICAL INFORMATION**

**TO BE SERVED SEPARATELY PURSUANT TO SPECIAL MASTER COHEN'S ORDER**