UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | MDL NO. 2804 |
| | Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| *Salmons v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45268; | |
| *Artz v. Endo Health Solutions Inc., et al.* MDL Case # 1:19-OP-45459 | |
| *Doyle v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46327 | |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Counsel for NAS Plaintiffs and Defendants[1] in the above-captioned cases move as follows:

Plaintiffs have granted Defendants an extension from February 21, 2020, to February 26, 2020, to designate their experts and provide reports to Plaintiffs' Counsel.  The parties have further agreed that, for their mutual convenience and based on the availability of some defense experts, Defendants shall have an extension from April 1, 2020, to April 8, 2020, to present their expert witnesses for deposition.  The final expert deposition is currently scheduled for April 8, 2020.

Given the above-mentioned extensions related to experts, the parties respectfully request that their briefing schedule be slightly extended to allow information from the expert depositions to be incorporated, with the following dates in effect:

---

[1] Several defendants named in this litigation are not subject to personal jurisdiction in this matter. This joint motion is filed subject to and without waiving all defenses, including but not limited to lack of personal jurisdiction, failure of service of process, and ineffective service of process.

1

1. Defendants' deadline to file their opposition to Plaintiffs' motion to certify a class will be extended from April 1, 2020 to April 10, 2020.

2. Plaintiffs' deadline for filing a reply to Defendants' opposition to Plaintiffs' motion to certify class will be extended from April 30, 2020, to May 18, 2020.

NAS Plaintiffs and Defendants respectfully request that, for good cause shown, this Court extend the deadlines as outlined herein.

DATED:  March 5, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ Marc E. Dann | /s/ Emily S. Ullman |
| Marc E. Dann (0039425) | Geoffrey E. Hobart |
| DANN LAW | Emily S. Ullman |
| P.O. Box 6031040 | COVINGTON & BURLING LLP |
| Cleveland, OH  44103 | One CityCenter |
| Tel: (216) 373-0539 | 850 Tenth Street NW |
| Fax: (216) 373-0536 | Washington, DC  20001 |
| notices@dannlaw.com | Tel: (202) 662-5281 |
| | ghobart@cov.com |
| /s/ Celeste Brustowicz | eullman@cov.com |
| Celeste Brustowicz (pro hac vice) | |
| Barry J. Cooper, Jr. (pro hac vice) | *Counsel for McKesson Corporation* |
| Stephen H. Wussow (pro hac vice) | |
| Victor Cobb (pro hac vice) | /s/ Charles C. Lifland |
| COOPER LAW FIRM, LLC | Charles C. Lifland |
| 1525 Religious Street | O'MELVENY & MYERS LLP |
| New Orleans, LA  70130 | 400 S. Hope Street |
| Tel: (504) 399-0009 | Los Angeles, CA  90071 |
| cbrustowicz@sch-llc.com | Tel: (213) 430-6000 |
| | clifland@omm.com |
| /s/ Scott R. Bickford | |
| Scott R. Bickford (La. 1165) | *Counsel for Johnson & Johnson; Janssen* |
| Spencer R. Doody (La. 27795) | *Pharmaceuticals, Inc.; Ortho-McNeil-* |
| MARTZELL, BICKFORD & | *Janssen Pharmaceuticals, Inc. n/k/a* |
| CENTOLA | *Janssen Pharmaceuticals, Inc.; and Janssen* |
| 338 Lafayette Street | *Pharmaceutica, Inc. n/k/a Janssen* |
| New Orleans, LA  70130 | *Pharmaceuticals, Inc.* |
| Tel: (504) 581-9065 | |
| srb@mbfirm.com | /s/ Andrew J. O'Connor |
| | Brien T. O'Connor |

2

*/s/ Kent Harrison Robbins*
Kent Harrison Robbins (pro hac vice)
THE LAW OFFICES OF
KENT HARRISON ROBBINS, P.A.
242 Northeast 27th Street
Miami, FL  33137
Tel: (305) 532-0500
Fax: (305) 531-0150
khr@khrlawoffices.com

*/s/ Kevin W. Thompson*
Kevin W. Thompson (pro hac vice)
David R. Barney, Jr. (pro hac vice)
THOMPSON BARNEY LAW FIRM
2030 Kanawha Boulevard
East Charleston, WV  25311
Tel: (304) 343-4401
Fax: (304) 343-4405
kwthompsonwv@gmail.com

*/s/Donald Creadore*
Donald Creadore
THE CREDORE LAW FIRM, P.C.
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (212) 355-7200
Fax: (212) 583-0412
Donald@creadorelawfirm.com

*/s/ Thomas E. Bilek*
Thomas E. Bilek
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720
tbilek@bileklaw.com
kbilek@bileklaw.com

*Counsel for NAS Plaintiffs*

Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel: (617) 235-4650
Brien.OConnor@ropesgray.com
Andrew.OConnor@ropesgray.com

*Counsel for Mallinckrodt LLC, SpecGx LLC, and specially appearing for Mallinckrodt plc*

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, and Allergan USA, Inc.*

*/s/ Angela R. Vicari*
Angela R. Vicari
Andrew K. Solow
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019
Tel: (212) 836-8000
Angela.Vicari@arnoldporter.com
Andrew.Solow@arnoldporter.com

Jonathan Stern
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Sean.Morris@arnoldporter.com

*Attorneys for Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*

*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Cardinal Health, Inc.*

 */s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL  60601
Tel.: (312) 782-3939
Fax: (312) 782-8585
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

*/s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Tel. (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA  19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

*/s/ Kelly A. Moore*
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Tel: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Tel: (215) 963-5917
Fax: (215) 963-5001
elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid of Maryland, Inc. and Rite Aid Corp.*

*/s/ William E. Padgett*
William E. Padgett
Kathleen L. Matsoukas
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Tel: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

*/s/ Terry M. Henry*
Terry M. Henry, Esquire
Melanie S. Carter, Esquire
Justina L. Byers, Esquire
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com
Byers@blankrome.com

*Attorneys for Defendants,
Teva Pharmaceutical Industries, Ltd.,
Teva Pharmaceuticals USA, Inc.,
Cephalon, Inc.; Watson Laboratories, Inc.,
Actavis LLC and Actavis Pharma, Inc.
f/k/a/ Watson Pharma, Inc.*

*/s/ Robert M. Barnes*
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
rbarnes@marcus-shapira.com
livingston@marcus-shapira.com
kobrin@marcus-shapira.com

*Attorneys for HBC Service Company*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski

6

Ana M. Francisco
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
afrancisco@foley.com

*Counsel for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc.*

*/s/ John J. Haggerty*
John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Tel.: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Prescription Supply Inc.*

*/s/ Kevin M. Sadler*
Kevin M. Sadler
BAKER BOTTS LLP
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304
Tel: (650) 739-7500
kevin.sadler@bakerbotts.com

Scott D. Powers
David T. Arlington
BAKER BOTTS LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701
Tel: (512) 322-2500
scott.powers@bakerbotts.com
david.arlington@bakerbotts.com

*Counsel for Defendant Assertio Therapeutics, Inc. f/k/a Depomed, Inc.*

## **CERTIFICATE OF SERVICE**

    I certify that on March 5, 2020 a true and correct copy of the foregoing was automatically served on the parties registered with the Court's CM/ECF system.

                        */s/ Marc E. Dann*
                        Marc E. Dann (0039425)
                        Dann Law