**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) |

MDL 2804

CASE NO. 1:17-MD-2804

Judge Dan Aaron Polster

_____

THIS DOCUMENT RELATES TO:   )
People of the State of Illinois et al v.   )
Amerisourcebergen Drug Corporation et al.,   )
(Alexander County, Illinois)   )
No. 17-op-45050-DAP   )

## MOTION/NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS

Ann Callis - IL Bar #6203933
HOLLAND LAW FIRM
1324 Niedringhaus
Granite City, IL 62040
(618)452-1323 – Office
(618)452-8024 - Facsimile
acallis@hollandtriallawyers.com

COMES NOW, Ann Callis, attorney for Plaintiffs, and hereby notifies the Court and parties to this action of her change of firm, address, phone number, and e-mail address as follows:

Holland Law Firm
1324 Niedringhaus Ave., Suite B
Granite City, IL 62040
(618)452-1323 – Office
(618)452-8024 - Facsimile
acallis@hollandtriallawyers.com

Respectfully Submitted,

*/s/Ann Callis*
Ann Callis - IL Bar #6203933
HOLLAND LAW FIRM
1324 Niedringhaus Ave., Suite B
Granite City, IL 62040
(618)452-1323 – Office
(618)452-8024 - Facsimile
acallis@hollandtriallawyers.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed this 5th day of March 2020, using the Court's electronic filing system for service by the Court.

>  */s/Ann Callis*
> Ann Callis - IL Bar #6203933
> HOLLAND LAW FIRM
> 1324 Niedringhaus Ave., Suite B
> Granite City, IL 62040
> (618)452-1323 – Office
> (618)452-8024 - Facsimile
> acallis@hollandtriallawyers.com
>
> Attorney for Plaintiffs