UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates to:<br><br>*City of Everett v. Purdue Pharma, L. P., et al.,* Case No. 1:17-op-45046 (DAP) (transferred from W.D. Wash., Case No. 2:17-cv-00209) | NO. 1:17-md-2804 (DAP)<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SEATTLE PAIN CENTER MEDICAL CORPORATION D/B/A SEATTLE PAIN CENTER AND FRANK D. LI |

Please take notice that James B. Meade, of Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC, hereby enters an appearance as counsel of record for defendants, Seattle Pain Center Medical Corporation d/b/a Seattle Pain Center and Frank Li, MD, in the above captioned action. Please serve all pleadings, notice, and other papers upon the undersigned counsel.

DATED this 5th day of March, 2020.

                                            FAIN ANDERSON VANDERHOEF
                                            ROSENDAHL O'HALLORAN SPILLANE, PLLC

                                              By: *s/James B. Meade, WSBA #22852*
                                                   James B. Meade, WSBA #22852
                                                   Attorney for Defendants Seattle Pain Center
                                                   Medical Corporation d/b/a Seattle Pain Center
                                                   and Frank D. Li

## CERTIFICATE OF SERVICE

    I hereby certify that on the date below, the foregoing Notice of Appearance of Counsel for Defendants Seattle Pain Center Medical Corporation and Frank Li, MD, was served via the Court's Electronic Filing System upon all parties.

    Signed at Tacoma, Washington this 5th day of March, 2020.

                                              s/*James B. Meade*
                                              James B. Meade, WSBA #22852
                                              Attorneys for Defendants Seattle Pain Center
                                              Medical Corporation and Frank Li, MD