UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates to:<br><br>*Snohomish County v. Purdue Pharma, L. P., et al.,* Case No. 1:19-op-45370 (DAP) (transferred from E.D. Wash., Case No. 1:17-md-02804) | NO. 1:17-md-2804 (DAP)<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SEATTLE PAIN CENTER MEDICAL CORPORATION D/B/A SEATTLE PAIN CENTER AND FRANK D. LI |

  Please take notice that James B. Meade, of Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC, hereby enters an appearance as counsel of record for defendants, Seattle Pain Center Medical Corporation d/b/a Seattle Pain Center and Frank Li, MD, in the above captioned action. Please serve all pleadings, notice, and other papers upon the undersigned counsel.

  DATED this 5th day of March, 2020.

            FAIN ANDERSON VANDERHOEF
            ROSENDAHL O'HALLORAN SPILLANE, PLLC

            By: *s/James B. Meade, WSBA #22852*
              James B. Meade, WSBA #22852
              Attorney for Defendants Seattle Pain Center
              Medical Corporation d/b/a Seattle Pain Center
              and Frank D. Li

## CERTIFICATE OF SERVICE

    I hereby certify that on the date below, the foregoing Notice of Appearance of Counsel for Defendants Seattle Pain Center Medical Corporation and Frank Li, MD, was served via the Court's Electronic Filing System upon all parties.

    Signed at Tacoma, Washington this 5th day of March, 2020.

                                            s/*James B. Meade*
                                            James B. Meade, WSBA #22852
                                            Attorneys for Defendants Seattle Pain Center
                                            Medical Corporation and Frank Li, MD