UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| This document relates to: | CASE NO.: 1:17-md-02804 |
| Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. v. Purdue Pharma L.P., et. al. Case No. 1:18-op-46136-DAP | JUDGE DAN AARON POLSTER **SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT'S JOINDER IN RESPONSE OF CERTAIN HOSPITALS IN OPPOSITION TO THE PEC'S AMENDED MOTION FOR ENTRY OF ORDER ESTABLISHING COMMON BENEFIT FUND** |

Plaintiff, Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc., by and through the undersigned counsel, hereby submits the following Joinder in the Response of Certain Hospitals in Opposition to the PEC's Amended Motion for Entry of Order Establishing Common Benefit Fund filed February 28, 2020 (Dkt. No. 3197). Sarasota County Public Hospital District incorporates and adopts herein by reference the entirety of said Response and further states:

Sarasota County Public Hospital District ("the District") is a unique governmental entity. The District is a subdivision of the State of Florida and an independent special district created and operating under the authority of Chapter 2003-359, Laws of Florida. The District is governed by the Sarasota County Public Hospital Board. The District owns and operates Sarasota Memorial Health Care System d/b/a Sarasota Memorial Hospital.

The District has specific interests and individualized damages which require specialized representation. The Plaintiffs' Executive Committee has failed to address the needs of certain unique

1

public entities such as the District and any award of attorney fees from a common benefit fund is premature, overbroad and fails to allocate recovery to governmental entities such as the District.

Dated: March 6, 2020.

BENTLEY AND BRUNING, P.A.

*[signature]*

**MORGAN R. BENTLEY, ESQ.**
Florida Bar No. 0962287
mbentley@bentleyandbruning.com
**DAVID A. WALLACE, ESQ.**
Florida Bar No. 0608386
dwallace@bentleyandbruning.com
783 South Orange Avenue, Third Floor
Sarasota, Florida  34236
Telephone: (941) 556-9030 Facsimile: (941) 312-5316
Secondary Email: mdiven@bentleyandbruning.com
*Attorneys for Plaintiff Sarasota County Public Hospital District*

**STEVEN W. TEPPLER, ESQ.**
Florida Bar No. 14787
12920 Fernbank Lane
Jacksonville, Florida 32223
Telephone: (202) 253-5670
steppler@me.com
*Attorney for Plaintiff Sarasota County Public Hospital District*

**WILLIAM F. ROBERTSON, JR., ESQ.**
Kirk-Pinkerton, PA
Florida Bar No. 436607
1 South School Avenue, 3rd Floor
Sarasota, Florida 34237
(941) 364-2400
wrobertson@kirkpinkerton.com
*Attorney for Plaintiff Sarasota County Public Hospital District*