UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*County of Cuyahoga v. Purdue Pharma L.P. et al,*<br>Case No. 17-op-45004<br><br>*County of Summit, Ohio et al v. Purdue Pharma L.P. et al,*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## ENTRY OF APPEARANCE

Please enter the appearance of John P. Lavelle, Jr., of Morgan, Lewis & Bockius LLP, as counsel on behalf of Defendants Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Rite Aid of Ohio, Inc., Rite Aid Hdqtrs. Corporation, and Rite Aid Corporation[1] in the above-captioned actions.

---

[1] Rite Aid Corporation does not intend to waive, and expressly preserves, its defense of lack of personal jurisdiction, which it timely raised in its December 23, 2019 motion to dismiss presently pending before the Court (Doc. # 3042).

Dated:  March 6, 2020	Respectfully submitted,

         */s/ John P. Lavelle*
         John P. Lavelle, Jr.
         john.lavelle@morganlewis.com
         Morgan, Lewis & Bockius LLP
         1701 Market Street
         Philadelphia, PA 19103-2921
         T: 215-963-4824
         F: 215-963-5001

         *Counsel for Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Rite Aid of Ohio, Inc., Rite Aid Hdqtrs. Corporation, and Rite Aid Corporation*