# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANT RITE AID OF MARYLAND, INC.'S (AND ITS AFFILIATES) AMENDED NOTICE ATTACHING REQUEST TO WAIVE SERVICE

Pursuant to paragraph 6.d of the Case Management Order One (Dkt. No. 232, "Order"), Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center and all other corporate affiliates named as defendants (collectively, "Rite Aid Defendants") submit this amended notice attaching: (1) a form "Notice of Lawsuit and Request to Waive Service of Summons" to be filled and executed by the requesting party; and (2) a form "Waiver of the Service of Summons" to be filled by the requesting party and executed, as appropriate, by counsel for the defendant to which the request is directed.  *See* Exhibits 1 and 2.  Requests for waiver of service from any Rite Aid Defendant shall be submitted via email, complete with all required information and a PDF copy of the operative complaint(s) and any exhibits thereto, to the attention of John P. Lavelle, Jr., at:

RiteAid-OpioidLitigation@morganlewis.com

By filing this notice and attachments as required by the Court's Order, Rite Aid Defendants do not waive and expressly preserves all defenses and objections, including without limitation objections to the Court's lack of personal jurisdiction, venue, and/or the sufficiency and manner of service of process.

Dated:  March 6, 2020 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ John P. Lavelle*
　　　　　　　　　　　　　　　　　　　　John P. Lavelle, Jr.
　　　　　　　　　　　　　　　　　　　　john.lavelle@morganlewis.com
　　　　　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-2921
　　　　　　　　　　　　　　　　　　　　T: 215-963-4824
　　　　　　　　　　　　　　　　　　　　F: 215-963-5001

　　　　　　　　　　　　　　　　　　　　Kelly A. Moore
　　　　　　　　　　　　　　　　　　　　kelly.moore@morganlewis.com
　　　　　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10178-0060
　　　　　　　　　　　　　　　　　　　　T: 212-309-6612
　　　　　　　　　　　　　　　　　　　　F: 212-309-6001

　　　　　　　　　　　　　　　　　　　　*Counsel for Rite Aid of Maryland, Inc. and affiliates*

## CERTIFICATE OF SERVICE

I certify that on March 6, 2020, the foregoing was electronically filed using the Court's CM/ECF system, and all counsel of record were served by operation of that system.

*/s/ John P. Lavelle*
John P. Lavelle, Jr.
