UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 )  ) CASE NO. 1:17-MD-2804 )  ) JUDGE DAN AARON POLSTER ) |

### MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFF COUNTY OF TUSCARAWAS, OHIO

Pursuant to Local Rule 83.9, Plaintiff, County of Tuscarawas, Ohio, by and through undersigned counsel, hereby requests leave of Court to substitute Attorneys Joshua E. O'Farrell and Jude B. Streb of the law firm of Buckingham, Doolittle & Burroughs, LLC in place of Donald W. Davis, Jr. of the law firm Brennan, Manna & Diamond, and Lee Plakas of the law firm of Tzangas, Plakas & Mannos as counsel of record for the Plaintiff.  Upon granting of this Motion, counsel of record for Plaintiff, County of Tuscarawas, Ohio, will be Attorney Linda J. Singer of Motley Rice, Attorneys Joshua E. O'Farrell and Jude B. Streb of Buckingham, Doolittle & Burroughs, LLC, and Tuscarawas County Prosecutor Ryan Styer.

Undersigned counsel certified that they have provided written notice of the substitution to Plaintiff, County of Tuscarawas, Ohio, which has consented to this substitution.  Undersigned counsel also certifies that by the CM/ECF service of this filing they have notified all parties to this case of this substitution.

Plaintiff, County of Tuscarawas, Ohio, and its counsel request that service of copies of all notices, pleadings, motions, filings, and other papers required or permitted to be served and/or filed in this action, be served upon undersigned counsel via the address listed below.

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC


*/s/ Joshua E. O'Farrell*
Joshua E. O'Farrell (#0087061)
Jude B. Streb (#0071529)
4277 Munson Street NW
Canton, Ohio 44718
Telephone:   (330) 492-8717
Fax:              (330) 492-9625
Email:  jofarrell@bdblaw.com
            jstreb@bdblaw.com

*Counsel for Plaintiff, County of Tuscarawas, Ohio*


## CERTIFICATE OF SERVICE

I certify that on this 9th day of March, 2020, a copy of the foregoing Motion for Leave to Substitute Counsel was filed electronically via the Court's electronic filing system, which will send this filing to all parties of record.


*/s/ Joshua E. O'Farrell*
Joshua E. O'Farrell (#0087061)

CT2:769511_v1