## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 1:17-MD-2804** |
| **THIS DOCUMENT RELATES TO:** | |
| *ALL CASES* | **Judge Dan A. Polster** |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS, TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., ACTAVIS PHARMA, INC., ACTAVIS LLC, AND WATSON LABORATORIES, INC.

Georgia Yanchar respectfully requests leave of this Court to withdraw as counsel for Defendants, Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Actavis LLC, and Watson Laboratories, Inc. (hereinafter "The Represented Parties"). In support of this Motion, Georgia Yanchar states as follows:

1.      For professional and business reasons, and after discussions with The Represented Parties, Georgia Yanchar moves to withdraw as counsel for said Defendants.

2.      As required by these rules and Rule 83.9 of the Local Civil Rules of the Northern District of Ohio, Georgia Yanchar has provided notice to The Represented Parties of her intention to withdraw as counsel. By this motion, Georgia Yanchar provides notice to the other parties in this litigation and to the Court's appointed Special Masters.

3.      The Represented Parties have advised Georgia Yanchar that they do not object to this motion for withdrawal. The Represented Parties will continue to be represented by numerous attorneys who previously appeared in this MDL proceeding as counsel for The Represented Parties and are reflected on the Court's docket.

4.      Accordingly, the withdrawal of Georgia Yanchar will not have a material adverse effect on the interests of the client.

5.      A proposed Order granting this Motion is attached as Exhibit A.

WHEREFORE, Georgia Yanchar respectfully requests this Court grant her Motion to Withdraw as Counsel for good cause shown.

Respectfully submitted this 10th day of March 2020.

/s/ *Georgia E. Yanchar*
Georgia E. Yanchar (No. 0071458)
Calfee, Halter & Griswold LLP
1405 E. 6th Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
gyanchar@calfee.com
*Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 10, 2020 a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*<u>/s/ Georgia E. Yanchar</u>*
Georgia E. Yanchar