## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | Judge Dan A. Polster |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Pending is the Motion of Georgia Yanchar to withdraw as counsel for Defendants, Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Actavis LLC, and Watson Laboratories, Inc. (hereinafter "The Represented Parties"). For good cause shown, The Represented Parties and all counsel of record being fully informed, the Court grants Georgia Yanchar's Motion.

The Clerk is directed to send all Court orders and entries in this matter to the attention of The Represented Parties' remaining counsel of record.

IT IS SO ORDERED.

DATE: _____   JUDGE: _____

4843-2107-1799, v.1