UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-MD-2804 <br> ) <br> ) JUDGE POLSTER <br> ) <br> ) **NOTICE DISCLOSING** <br> ) **SCOPE OF EXPERT** <br> ) **CONSULTANT WORK** <br> ) |

The Court hereby gives notice to the parties as follows.  Since the summer of 2018, Harvard Law School Professor William B. Rubenstein has served as an expert consultant to this Court on issues of highly complex class action settlement structures (Docs. # 877; #1618; #1743).  Recently, the Plaintiffs' Executive Committee filed a Motion for Entry of Order Establishing Common Benefit Fund.  Doc. #: 3111, 3112.  Numerous parties and non-parties oppose the motion.  Docs. ##: 3181, 3185-86, 3189-98, 3208.  These pleadings raise complex and novel fee issues.  Professor Rubenstein has written extensively about attorney's fees issues in complex litigation, including common benefit fees.  *See, e.g.,* 5 *Newberg on Class Actions* §§ 5:1-5:117; *id.* at § 5:112-5:117.  Further, Professor Rubenstein served as the District Court's expert witness on similar complex attorney's fees issues in the *NFL Concussion Litigation* MDL (MDL no. 2323).  The Court has accordingly asked Professor Rubenstein to assist with questions posed both by the present motion and attorney's fees generally, as these may arise.  Professor Rubenstein and his staff will continue to be compensated at their normal rates.

*/s/ Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:  March 10, 2020**