UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF OHIO EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*Michelle Frost, et al. v. Endo Health Solutions Inc. et al.*<br>Case No. 1:18-OP-46327 | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

**DEFENDANTS'[1] MOTION TO FILE UNDER SEAL OPPOSITION TO ASHLEY RACHEL DAWN POE'S MOTION TO INTERVENE AS PLAINTIFF AND CLASS REPRESENTATIVE AND ACCOMPANYING EXHIBITS**

Pursuant to the directions of Special Master David Cohen, Defendants seek leave to file under seal unredacted versions of the Opposition to Ashley Rachel Dawn Poe's Motion to Intervene as Plaintiff and Class Representative and three exhibits attached thereto, which Defendants originally filed on March 3, 2020. *See* Dkt. 3204. The redacted portions of these documents contain medical information regarding the intervenor, Ms. Poe, that she has requested be kept confidential.

Prior to filing the Opposition brief and exhibits, Defendants contacted Special Master Cohen regarding the proper procedure for filing documents containing potentially confidential medical information. Ex. A. Special Master Cohen directed Defendants to concurrently file redacted copies with the Court and email Ms. Poe's counsel unredacted copies for review, and then file unredacted copies under seal if Ms. Poe determined the medical information should

---

[1] Several defendants named in this litigation are not subject to personal jurisdiction in this matter. This opposition is filed subject to and without waiving all defenses, including but not limited to lack of personal jurisdiction, failure of service of process, and ineffective service of process.

remain confidential. *Id.* Ms. Poe has now reviewed the documents and requests that the medical information contained therein remain confidential. Accordingly, Defendants seek leave of the Court to file unredacted versions of the Opposition brief and exhibits under seal.

DATED: March 10, 2020  Respectfully submitted,

| | |
|---|---|
| */s/ Emily S. Ullman* | */s/ Tina M. Tabacchi* |
| Geoffrey E. Hobart | Tina M. Tabacchi |
| Emily S. Ullman | Tara A. Fumerton |
| COVINGTON & BURLING LLP | JONES DAY |
| One CityCenter | 77 West Wacker |
| 850 Tenth Street NW | Chicago, IL 60601 |
| Washington, DC 20001 | Phone: (312) 269-4335 |
| Tel: (202) 662-5281 | Fax: (312) 782-8585 |
| ghobart@cov.com | E-mail: tmtabacchi@jonesday.com |
| eullman@cov.com | E-mail: tfumerton@jonesday.com |
| | |
| *Counsel for McKesson Corporation* | *Counsel for Walmart Inc.* |
| | |
| */s/ Robert A. Nicholas* | */s/ Charles C. Lifland* |
| Robert A. Nicholas | Charles C. Lifland |
| Shannon E. McClure | O'MELVENY & MYERS LLP |
| REED SMITH LLP | 400 S. Hope Street |
| Three Logan Square | Los Angeles, CA 90071 |
| 1717 Arch Street, Suite 3100 | Tel: (213) 430-6000 |
| Philadelphia, PA 19103 | clifland@omm.com |
| Tel: (215) 851-8100 | |
| Fax: (215) 851-1420 | *Attorneys for Janssen Pharmaceuticals, Inc.,* |
| rnicholas@reedsmith.com | *Johnson & Johnson, Janssen Pharmaceutica,* |
| smcclure@reedsmith.com | *Inc. n/k/a Janssen Pharmaceuticals, Inc., and* |
| *Counsel for AmerisourceBergen Drug* | *Ortho-McNeil-Janssen Pharmaceuticals, Inc.* |
| *Corporation and AmerisourceBergen* | *n/k/a Janssen Pharmaceuticals, Inc.* |
| *Corporation* | |

| | |
|---|---|
| */s/ Enu Mainigi* | /*s/ James W. Matthews* |
| WILLIAMS & CONNOLLY LLP | James W. Matthews |
| Enu A. Mainigi | Katy E. Koski |
| Steven M. Pyser | Graham D. Welch |
| Ashley W. Hardin | FOLEY & LARDNER LLP |
| 725 Twelfth Street, N.W. | 111 Huntington Avenue |
| Washington, DC 20005 | Boston, MA 02199 |
| Telephone: (202) 434-5000 | Tel:    617.342.4000 |
| Fax: (202) 434-5029 | Fax:   617.342.4001 |
| emainigi@wc.com | Email:  jmatthews@foley.com |
| spyser@wc.com |            kkoski@foley.com |
| ahardin@wc.com |            gwelch@foley.com |
| | |
| *Counsel for Defendant Cardinal Health, Inc.* | *Counsel for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc.* |

/*s/ Angela R. Vicari*
Andrew Solow
Angela R. Vicari
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
Telephone: (212) 836-7408
Facsimile: (212) 836-6495
andrew.solow@arnoldporter.com
angela.vicari@arnoldporter.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Jonathan.Stern@arnoldporter.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44 Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
sean.morris@arnoldporter.com

*Counsel for Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc.*
*and Par Pharmaceutical Companies, Inc.*

/*s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Katherine M. Swift
Sharon Desh
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: kate.swift@bartlitbeck.com
Email: sharon.desh@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com

*Counsel for Defendants Walgreens Boots Alliance, Inc.,*
*Walgreen Co., and Walgreen Eastern Co., Inc.*

/*s/ John J. Haggerty*        .
John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Tel.: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Prescription Supply Inc.*

4

*/s/ John P. Lavelle, Jr. (consent)*
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

John P. Lavelle, Jr.
Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
E-mail: elisa.mcenroe@morganlewis.com

*Counsel for Rite Aid Corp. and Rite Aid of Maryland, Inc.*

*/s/ Robert M. Barnes*
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
Matthew R. Mazgaj
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com
Email:  mazgaj@marcus-shapira.com

*Attorneys for HBC Service Company*

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com
*Attorney for Defendants Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc.*

*/s/ William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:     (317) 236-1313
Fax:     (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC, f/k/a. H. D. Smith Wholesale Drug Co.; H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

5

/s/ Terry M. Henry
Terry M. Henry, Esquire
Melanie S. Carter, Esquire
Justina L. Byers, Esquire
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
Tel.:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com
Byers@blankrome.com

*Attorneys for Defendants,*
*Teva Pharmaceutical Industries Ltd.,*
*Teva Pharmaceuticals USA, Inc.,*
*Cephalon, Inc.; Watson Laboratories, Inc.,*
*Actavis LLC and Actavis Pharma, Inc.*
*f/k/a Watson Pharma, Inc.*

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho*
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Tel: (202) 239-3254
Fax: (202) 239-333
Email: daniel.jarcho@alston.com

Cari K. Dawson*
Georgia Bar No. 213490
Jenny A. Hergenrother*
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
Email: cari.dawson@alston.com
jenny.hergenrother@alston.com

*Counsel for Noramco, Inc.*

*/s/    Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for CVS Health Corporation; CVS Rx Services, Inc.; CVS Indiana, LLC*

*/s/ Andrew J. O'Connor*
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel: (617) 235-4650
Brien.OConnor@ropesgray.com
Andrew.OConnor@ropesgray.com

*Counsel for Mallinckrodt LLC, SpecGx LLC, and specially appearing for Mallinckrodt plc*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2020, the foregoing document was served via the Court's ECF system to all counsel of record and a true and accurate copy of the foregoing was furnished by electronic mail to the following counsel of record:

Marc E. Dann (0039425)
Emily C. White (0085662)
Whitney E. Kaster (0091540)
Dann Law
2728 Euclid Avenue, Suite 300
Cleveland, OH 44115
(216) 373-0539
notices@dannlaw.com

Thomas E. Bilek
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720
tbilek@bileklaw.com
kbilek@bileklaw.com

Celeste Brustowicz
Stephen Wussow
COOPER LAW FIRM
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-309-6989
Email:cbrustowicz@sch-llc.com

Scott R. Bickford
Spencer R. Doody
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
Email: srb@mbfirm.com

/s/ *Emily S. Ullman*
Emily Ullman