# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 17-md-2804** |
| *This document relates to:* | **Judge Dan Aaron Polster** |
| Track One-B Cases | |

### PLAINTIFFS' RESPONSE TO PHARMACY DEFENDANTS' CONTINUED OBJECTION TO TRACK ONE-B CASE MANAGEMENT SCHEDULE

Plaintiffs Cuyahoga and Summit Counties have no objection to the February 17, 2020 Track One-B Case Management Order (ECF 3175).  To the extent Pharmacy Defendants filed their notice of continued objection (ECF 3215) to that order merely to preserve their ability to complain about the trial date and the length of the trial, Plaintiffs need not and do not respond.  Plaintiffs note for the record, however, that to the extent Pharmacy Defendants are attempting to lay the groundwork for some future request to be relieved from their obligations to timely comply with the pre-trial deadlines in ECF 3175, Pharmacy Defendants should not be rewarded for their clear pattern of delay and obfuscation regarding their discovery obligations.  If and when the day comes when Pharmacy Defendants seek relief from any particular deadline in ECF 3175, Plaintiffs reserve their right to show the Court why Pharmacy Defendants are not entitled to such relief.

Dated: March 10, 2020

Respectfully submitted,

/s/ Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL LAW
422 Ninth Street, 3rd Floor
Huntington, WV 25701
(304) 654-8281
paul@farrell.law

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 (fax)
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

2

Linda Singer
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626, x5626
(202) 386-9622 (fax)
lsinger@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger