UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL 2804<br><br>CASE NO. 1:17-MD-2804<br><br>Judge Dan Aaron Polster |

_____

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | ) |
| Audrain County, Missouri v. Purdue Pharma L.P., No. 18-op-46265-DAP | ) ) |
| Cole County, Missouri v. Purdue Pharma L.P., No. 18-op-46189-DAP | ) ) |
| Gasconade County, Missouri v. Purdue Pharma L.P., No. 18-op-46190-DAP | ) ) |
| Lewis County, Missouri v. Purdue Pharma L.P., No. 18-op-46263-DAP | ) ) |
| Maries County, Missouri v. Purdue Pharma L.P., No. 18-op-46194-DAP | ) ) |
| Miller County, Missouri v. Purdue Pharma L.P., No. 18-op-45274-DAP | ) ) |
| Moniteau County, Missouri v. Purdue Pharma L.P., No. 18-op-46352-DAP | ) ) |
| Montgomery County, Missouri v. Purdue Pharma L.P., No. 18-op-46197-DAP | ) ) |
| Osage County, Missouri v. Purdue Pharma L.P., No. 18-op-46191-DAP | ) ) |
| Ozark County, Missouri v. Purdue Pharma L.P., No. 18-op-46198-DAP | ) ) |
| Phelps County, Missouri v. Purdue Pharma L.P., No. 18-op-46195-DAP | ) ) |
| Pulaski County, Missouri v. Purdue Pharma L.P., No. 18-op-46192-DAP | ) ) |
| Reynolds County, Missouri v. Purdue Pharma L.P., No. 18-op-46193-DAP | ) ) |

| | |
|---|---|
| Ripley County, Missouri v. Purdue Pharma L.P., | ) |
| No. 18-op-46262-DAP | ) |
| | |
| Shelby County, Missouri v. Purdue Pharma L.P., | ) |
| No. 18-op-46264-DAP | ) |
| | |
| Warren County, Missouri v. Purdue Pharma L.P., | ) |
| No. 18-op-46196-DAP | ) |
| | |
| Webster County, Missouri v. Purdue Pharma L.P., | ) |
| No. 18-op-46350-DAP | ) |

**MOTION/NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS**

    Ann Callis - IL Bar #6203933
    HOLLAND LAW FIRM
    1324 Niedringhaus
    Granite City, IL 62040
    (618)452-1323 – Office
    (618)452-8024 - Facsimile
    acallis@hollandtriallawyers.com

    COMES NOW, Ann Callis, attorney for Plaintiffs, and hereby notifies the Court and parties to this action of her change of firm, address, phone number, and e-mail address as follows:

    Holland Law Firm
    1324 Niedringhaus Ave., Suite B
    Granite City, IL 62040
    (618)452-1323 – Office
    (618)452-8024 - Facsimile
    acallis@hollandtriallawyers.com

    Respectfully Submitted,

    */s/Ann Callis*
    Ann Callis - IL Bar #6203933
    HOLLAND LAW FIRM
    1324 Niedringhaus Ave., Suite B
    Granite City, IL 62040
    (618)452-1323 – Office
    (618)452-8024 - Facsimile
    acallis@hollandtriallawyers.com
    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed this 11th day of March 2020, using the Court's electronic filing system for service by the Court.

*/s/Ann Callis*
Ann Callis - IL Bar #6203933
HOLLAND LAW FIRM
1324 Niedringhaus Ave., Suite B
Granite City, IL 62040
(618)452-1323 – Office
(618)452-8024 - Facsimile
acallis@hollandtriallawyers.com

Attorney for Plaintiffs
