**Exhibit 1**

1. Azlin, Kristina S.
2. Barnard, Deborah E.
3. D'Olivo, Kevin
4. Donohue, J. Matthew
5. Farmer, Jessica L.
6. Franco, Joseph L
7. Fuga, Anthony J.
8. Hancock, L. B.
9. Nadel, Heidi A.
10. Rich, Trisha M.
11. Robertson, George
12. Rudenko Albert, Dawn
13. Sarokhanian, Nicholas A.
14. Schacknow, Jeffrey M.
15. Shepherd, William N.
16. Wilson, Benjamin R.

Exhibit 1
Page 1 of 1