IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Master Docket No.: 1:17-MD-02804-DAP |
| *All Cases* | Hon. Judge Dan A. Polster |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon review and consideration of Holland & Knight LLP's Motion to Withdraw as counsel for Insys Therapeutics, Inc., Insys Manufacturing LLC and Insys Pharma, Inc. (collectively, "Insys"), the Court finds that (i) before filing the Motion to Withdraw, counsel notified Insys as required by Local Rule 83.9 and that Insys consents to withdrawal as counsel; and (ii) the movants have demonstrated good cause for counsel to withdraw.

The Court, therefore, GRANTS the Motion to Withdraw. The attorneys from Holland & Knight LLP listed on Exhibit 1 to the Motion to Withdraw are no longer counsel of record in this MDL, and are no longer counsel of record in any of the cases within this MDL in which such attorneys have previously appeared.

Entered this _____ day of _____ 2020

_____
Judge Dan Aaron Polster