Case No. 19-4097/19-4099

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

------------------------------

ALBANY COUNTY, NY, Negotiation Class's Class Representatives; CO-LEAD NEGOTIATION CLASS COUNSEL; CO-NEGOTIATION CLASS COUNSEL

      Plaintiffs – Appellees     [19-4097 and 19-4099]

CITY OF NORTH ROYALTON, OH; CITY OF EAST CLEVELAND, OH; CITY OF MAYFIELD HEIGHTS, OH; CITY OF LYNDHURST OH; CITY OF HURON, OH; CITY OF WICKLIFFE, OH

      Plaintiffs – Appellants     [19-4099]

v.

MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN DRUG CORPORATION; PRESCRIPTION SUPPLY, INC.; DISCOUNT DRUG MART, INC.; WALMART, INC.; WALGREEN COMPANY; WALGREEN EASTERN CO., INC.; CVS PHARMACY, INC.; CVS INDIANA, LLC; CVS RX SERVICES, INC.; RITE AID OF MARYLAND, INC., dba Rite Aid of Mid-Atlantic Customer Support Center

      Defendants – Appellants     [19-4097]

Appellees have filed a motion to file a single, consolidated answering brief up to 16,000 words.

Upon consideration, the motion is **GRANTED**.  It is further **ORDERED** the cases are consolidated for briefing and submission.

                                 **ENTERED PURSUANT TO RULE 45(a),**
                                 **RULES OF THE SIXTH CIRCUIT**
                                 Deborah S. Hunt, Clerk

Issued:  March 10, 2020