UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION	MDL NO. 2804
OPIATE LITIGATION

Case No. 17-MD-2804

Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.* MDL Case #1:18-OP-45252 | *DeMaro v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45480 |
| *Wood v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45264 | *Cruz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45481 |
| *Salmons v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45268; | *Paul v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45482 |
| *Ambrosio v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45375 | *Lechuga v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.* MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.* MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.* MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45488 |
| *Frost v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45493 |
| *Ellis v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45479 | *Brant v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45494 |
| | | *Williams, v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45485 |

## JOINT MOTION FOR 60 DAY STAY OF ALL REMAINING
## CLASS CERTIFICATION BRIEFING DEADLINES

Plaintiffs in the above-captioned cases ("NAS Plaintiffs") and Defendants identified below[1] respectfully request a 60 day stay of the remaining class certification briefing deadlines in light of the COVID-19 pandemic.[2] Federal, state and local officials have recommended limiting travel or undertaking activities that require social interactions, and, in some cases, have imposed localized restrictions on business activities. A stay is required to allow the parties to conduct the remaining expert and fact witness depositions necessary to the parties' class certification briefs.

The parties previously stipulated that the depositions of Defendants' expert witnesses would be completed by April 8, 2020. The final expert deposition is currently scheduled for April 8, 2020, although the deposition of one expert that was intended to occur on March 13, 2020 has had to be postponed and has not yet been rescheduled. In addition, one putative class representative, Jennifer Artz, is scheduled to be deposed on March 16, 2020. Plaintiffs have additionally stated their intention to depose an additional proposed class member and class representative, Ashley Poe, whose motion to intervene is pending.[3]

Counsel for the parties agree that significant obstacles created by the COVID-19 response, including government policies implemented to limit the disease's spread, make the in-

---

[1] Defendants contend that certain defendants that may be named in the above-captioned cases or amended pleadings are not subject to personal jurisdiction in some or all of these cases, in which Defendants contend that responsive pleadings are not yet due pursuant to the Court's orders. Defendants submit this filing subject to, and without waiver of, all defenses, including lack of personal jurisdiction, no service of process, or ineffective service of process, in each case.

[2] On March 11, 2020, the World Health Organization publicly characterized COVID-19 as a pandemic: https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020.

[3] Plaintiffs' counsel will not to seek to add additional class representatives during this stay period, although they reserve the right to so move the Court following the stay if circumstances change.

2

person depositions of these individuals inadvisable and logistically unmanageable. First, there is a significant potential that several expert witnesses, including doctors with active clinical practices and an epidemiologist, will be involved in handling the response to the pandemic. Second, the health condition of certain witnesses has resulted in certain depositions needing to be rescheduled. Finally, avoiding the travel and close contact necessary to complete the remaining depositions in person is in the best interest of all the witnesses, court reporters, videographers, and attorneys involved.[4]

The parties agree that conducting all depositions remotely is unlikely to be an adequate solution. Several expert witnesses may still be unavailable due to their involvement in the COVID-19 pandemic response or due to illness. In addition, managing exhibits will be challenging and, if videos of the depositions are requested, some travel and personal contact will likely still be required.

For all of these reasons, the parties request that the Court tentatively set the following scheduling deadlines, subject to further deferral if the COVID-19 pandemic does not improve:

|  | Current Deadline[5] | Proposed Deadline |
|---|---|---|
| Completion of Deposition of Defendants' Expert Witnesses | April 8, 2020 | June 8, 2020 |
| Defendants' Opposition to Class Certification | April 10, 2020 | June 9, 2020 |
| Plaintiffs' Reply in Support of Class Certification | May 18, 2020 | July 17, 2020 |

---

[4] CDC expects that widespread transmission of COVID-19 in the United States will occur, which may overload public health and healthcare systems. It is advising that everyone take steps "to try to delay the spread of the virus and reduce the impact of disease." https://www.cdc.gov/coronavirus/2019-ncov/summary.html. Limiting the travel of those involved in these depositions, sometimes as many as fifteen people per deposition, hopefully reduces the risk of transmitting COVID-19 among the general public.

[5] On March 5, 2020, the Court granted the parties' Joint Motion for Extension of Time (Dkt. 3205), which set the current deadlines.

Dated: March 13, 2020

Respectfully submitted,

/s/ Marc E. Dann
Marc E. Dann (0039425)
DANN LAW
P.O. Box 6031040
Cleveland, OH  44103
Tel: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

/s/ Celeste Brustowicz
Celeste Brustowicz (pro hac vice)
Barry J. Cooper, Jr. (pro hac vice)
Stephen H. Wussow (pro hac vice)
Victor Cobb (pro hac vice)
COOPER LAW FIRM, LLC
1525 Religious Street
New Orleans, LA  70130
Tel: (504) 399-0009
cbrustowicz@sch-llc.com

/s/ Scott R. Bickford
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, LA  70130
Tel: (504) 581-9065
srb@mbfirm.com

/s/ Thomas E. Bilek
Thomas E. Bilek
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720
tbilek@bileklaw.com
kbilek@bileklaw.com

*Counsel for NAS Plaintiffs*

/s/ Emily S. Ullman
Geoffrey E. Hobart
Emily S. Ullman
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001
Tel: (202) 662-5281
ghobart@cov.com
eullman@cov.com

*Counsel for McKesson Corporation*

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA  90071
Tel: (213) 430-6000
clifland@omm.com

*Counsel for Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

/s/ Donna M. Welch
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, and Allergan USA, Inc.*

4

*/s/ Angela R. Vicari*
Angela R. Vicari
Andrew K. Solow
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019
Tel: (212) 836-8000
Angela.Vicari@arnoldporter.com
Andrew.Solow@arnoldporter.com

Jonathan Stern
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Sean.Morris@arnoldporter.com

*Attorneys for Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL  60601
Tel.: (312) 782-3939
Fax: (312) 782-8585
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100

5

Philadelphia, PA  19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

*/s/ William E. Padgett*
William E. Padgett
Kathleen L. Matsoukas
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Tel: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

*/s/ Terry M. Henry*
Terry M. Henry, Esquire
Melanie S. Carter, Esquire
Justina L. Byers, Esquire
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel:  (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com
Byers@blankrome.com

*Attorneys for Defendants,*
*Teva Pharmaceutical Industries, Ltd.,*
*Teva Pharmaceuticals USA, Inc.,*
*Cephalon, Inc.; Watson Laboratories, Inc.,*
*Actavis LLC and Actavis Pharma, Inc.*
*f/k/a/ Watson Pharma, Inc.*

6

/s/ Robert M. Barnes
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Attorneys for HBC Service Company*

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for CVS Rx Services, Inc. and CVS Indiana, LLC*

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Tel: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

Tel: (215) 963-5917
Fax: (215) 963-5001
elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid of Maryland, Inc. and Rite Aid Corp.*

*/s/ Donna M. Welch*_____
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, and Allergan USA, Inc.*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
Graham D. Welch
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel:    617.342.4000
Fax:   617.342.4001
Email:  jmatthews@foley.com
         kkoski@foley.com
         gwelch@foley.com

Counsel for Defendants Anda, Inc. and
       Anda Pharmaceuticals, Inc.

*/s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Tel. (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

8

/s/ John J. Haggerty
John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Tel.: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Prescription Supply Inc.*

*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Cardinal Health, Inc*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on March 13, 2020. Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

>*/s/Emily S. Ullman*
>EMILY S. ULLMAN