# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | | |
|---|---|---|
| In re National Prescription Opiate Litigation | ) | MDL 2804 |
| | ) | |
| *This document relates to:* | ) | Case No. 17-md-2804 |
| | ) | |
| *State of Idaho v. Endo Health Solutions, Inc., et al.* | ) | Hon. Dan Aaron Polster |
| | ) | |
| | ) | |

### STATE OF IDAHO'S RESPONSE TO PLAINTIFFS' EXECUTIVE COMMITTEE'S REVISED CORRECTED PROPOSED ORDER ESTABLISHING COMMON BENEFIT FUND (DOC. 3212-1)

The State of Idaho is a plaintiff in this Multidistrict Litigation in the case captioned *State of Idaho v. Endo Health Solutions Inc., et al.*, a case originally filed in the United States District Court for the District of Idaho that was subsequently transferred to this court by the Judicial Panel on Multidistrict Litigation ("JPML").  *See* Doc. 5158 (JPML Conditional Transfer Order 106); Doc. 5281 (JPML Order Lifting Stay of Conditional Transfer Order 106).[1]  In that capacity, the State of Idaho joins in the March 13, 2020 letter to this court from the Attorneys

[Remainder of page intentionally left blank]

---

[1] The original case caption was *State of Idaho v. Mallinckrodt plc, et al.*, No. 19-cv-0286 (D.Idaho) but the JPML's orders refer to it as *State of Idaho v. Endo Health Solutions, Inc., et al.*

General of North Carolina and Texas regarding the Plaintiffs' Executive Committee's Revised Corrected Proposed Order Establishing Common Benefit Fund (Doc. 3212-1).[2]

DATED: March 13, 2020

        Respectfully submitted,

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

BY:    */s/ W. Scott Zanzig*
       W. SCOTT ZANZIG
       Deputy Attorney General

       **LAWRENCE G. WASDEN**
       Attorney General
       State of Idaho

       **BRETT DELANGE**
       Division Chief
       Consumer Protection Division

       **JANE HOCHBERG**
       **SCOTT ZANZIG**
       Deputy Attorneys General
       Idaho Office of the Attorney General
       954 W. Jefferson Street, 2nd Floor
       P.O. Box 83720
       Boise, Idaho 83720-0010
       Tel: 208.334.2400
       Fax: 208.334.4151
       brett.delange@ag.idaho.gov
       jane.hochber@ag.idaho.gov
       scott.zanzig@ag.idaho.gov

---

[2] The State of Idaho filed a separate lawsuit in Idaho state court that is still pending there, *State of Idaho v. Purdue Pharma, L.P., et al.,* No. CV01-19-10061 (Idaho Dist. Ct., Ada County).

**CERTIFICATE OF SERVICE**

      I hereby certify that on this ___ day of February, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                            */s/ W. Scott Zanzig*
                                            W. SCOTT ZANZIG
                                            Deputy Attorney General