UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO THE PEC's AMENDED MOTION FOR ENTRY OF ORDER ESTABLISHING COMMON BENEFIT FUND

Defendants[1] hereby seek leave to file a 3.5-page sur-reply in opposition to the PEC's Amended Motion for Entry of Order Establishing Common Benefit Fund (Dkt. No. 3112). The PEC's reply (Dkt. No. 3212) is three times the length of its opening brief, attaches a Revised Proposed Corrected Order that differs significantly from the original Proposed Order that Defendants addressed in their responsive brief, and raises new arguments. Defendants should be permitted to respond. *See* Order [non-document] granting Pharmacies' Motion for leave to file a sur-reply, dated as of November 15, 2019; *Eldridge* v. *Cardif Life Ins. Co.*, 266 F.R.D. 173, 175 (N.D. Ohio 2010) (granting leave to file sur-reply). The sur-reply that Defendants seek leave to file is attached as Exhibit A.

---

[1] This Motion is submitted by the following Defendants: AmerisourceBergen Corporation; AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; Cardinal Health 110, LLC; McKesson Corporation; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Anda, Inc.; Actavis Elizabeth LLC; Actavis Laboratories FL, Inc., and f/k/a Watson Laboratories, Inc.-Florida; Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City; Actavis LLC; Actavis Mid Atlantic LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Actavis South Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Cephalon, Inc.; Discount Drug Mart, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Co.; Henry Schein, Inc.; Henry Schein Medical Systems, Inc.; Noramco, Inc.; Prescription Supply Inc.; Teva Pharmaceuticals USA, Inc.; Warner Chilcott Company, LLC; and Watson Laboratories, Inc.

Dated:  March 16, 2020
        New York, NY                                               Respectfully submitted,

<u>Mark H. Lynch</u>                                                        <u>Elaine Golin</u>
Geoffrey E. Hobart                                                    Elaine Golin
Mark H. Lynch                                                          Kevin M. Jonke
Sonya D. Winner                                                       51 W. 52nd Street
Christian J. Pistilli                                                       WACHTELL, LIPTON, ROSEN & KATZ
COVINGTON & BURLING LLP                                   New York, NY 10019
One CityCenter                                                          Tel.:  (212) 403-1000
850 Tenth Street, NW                                                Fax:  (212) 403-2000
Washington, DC  20001                                             EPGolin@wlrk.com
Tel.:  (202) 662-5281                                                  KMJonke@wlrk.com
ghobart@cov.com
mlynch@cov.com                                                      Enu Mainigi
swinner@cov.com                                                    F. Lane Heard
cpistilli@cov.com                                                       Steven M. Pyser
                                                                    Ashley W. Hardin
*Counsel for McKesson Corporation*                      WILLIAMS & CONNOLLY LLP
                                                                    725 Twelfth Street, N.W.
<u>Robert A. Nicholas</u>                                                 Washington, DC 20005
Robert A. Nicholas                                                    Tel.:  (202) 434-5000
Shannon E. McClure                                                 Fax:  (202) 434-5029
REED SMITH LLP                                                      emainigi@wc.com
Three Logan Square                                                  lheard@wc.com
1717 Arch Street, Suite 3100                                     spyser@wc.com
Philadelphia, PA 19103                                              ahardin@wc.com
Tel.:  (215) 851-8100
Fax:  (215) 851-1420                                                 *Counsel for Cardinal Health, Inc. and*
rnicholas@reedsmith.com                                        *Cardinal Health 110, LLC*
smcclure@reedsmith.com
                                                                    <u>Charles C. Lifland</u>
*Counsel for AmerisourceBergen Drug*                  Charles C. Lifland
*Corporation and AmerisourceBergen*                    Sabrina H. Strong
*Corporation.*                                                             O'MELVENY & MYERS LLP
                                                                    400 South Hope Street
                                                                    Los Angeles, CA 90071
                                                                    Tel.:  (213) 430-6000
                                                                    clifland@omm.com
                                                                    sstrong@omm.com

                                                                    *Counsel for Johnson & Johnson; Janssen*
                                                                    *Pharmaceuticals, Inc.; Ortho-McNeil-*
                                                                    *Janssen Pharmaceuticals, Inc. n/k/a Janssen*
                                                                    *Pharmaceuticals, Inc.; and Janssen*

*Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*James W. Matthews*
James W. Matthews
Katy E. Koski
Ana M. Francisco
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel.: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
afrancisco@foley.com

*Counsel for Anda, Inc.*

*Timothy D. Johnson*
Timothy D. Johnson (OH No. 0006686)
CAVITCH, FAMILO & DURKIN CO. LPA
1300 East Ninth Street – 20th Floor
Cleveland, Ohio 44114
Tel.: (216) 621-7860
Fax: (216) 621-3415
tjohnson@cavitch.com

*Counsel for Discount Drug Mart, Inc.*

*Eric W. Sitarchuk*
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel.: (215) 963-5000
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

*Counsel for Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., and f/k/a Watson Laboratories, Inc.-Florida*

*Daniel G. Jarcho*
Daniel G. Jarcho (D.C. Bar No. 391837)
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Tel.: (202) 239-3254
daniel.jarcho@alston.com

Cari K. Dawson (GA Bar No. 213490)
Jenny A. Hergenrother
GA Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
cari.dawson@alston.com
jenny.hergenrother@alston.com

*Counsel for Noramco, Inc.*

*John P. McDonald*
John P. McDonald
C. Scott Jones
Lauren M. Fincher
Brandan J. Montminy
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel.: (214) 740-8000
Fax: (214) 756-8758
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Counsel for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

*John J. Haggerty*
John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Tel.: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Prescription Supply Inc.*

*Jonathan L. Stern*
Jonathan L. Stern
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 942-5000
Jonathan.Stern@arnoldporter.com

*Counsel for Endo Health Solutions Inc.,*
*Endo Pharmaceuticals Inc., Par*
*Pharmaceutical, Inc., and Par*
*Pharmaceutical Companies, Inc.*

*William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel.: (317) 236-1313
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for H. D. Smith, LLC, f/k/a H. D.*
*Smith Wholesale Drug Co.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 16, 2020, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Kevin M. Jonke*
Kevin M. Jonke
