# EXHIBIT 1

| | |
|---|---|
| **From:** | Sten Jernudd |
| **To:** | Peter H. Weinberger; Hunter Shkolnik; Salvatore C. Badala; Singer, Linda; "Ackerman, David (dackerman@motleyrice.com)"; Mougey, Peter |
| **Cc:** | Kaspar Stoffelmayr; Kate Swift |
| **Subject:** | Walgreens - Ohio Dispensing Data |
| **Date:** | Monday, March 2, 2020 7:44:00 PM |

Dear Counsel,

Walgreens has produced an encrypted hard drive containing dispensing data for Cuyahoga and Summit Counties to Pete Weinberger's attention at Spangenberg Shibley & Liber. Walgreens is producing this data to comply with the Court's orders and reserves all rights to object to the use of the data at trial or otherwise.

Walgreens produces this data pursuant to the protective orders in this case. The data is designated as Highly Confidential and Confidential Protected Health Information under those orders.

The password for accessing the hard drive is 82549253. The drive will auto lock if the wrong password is entered three times.

Enclosed with the hard drive is a chain of custody form. Please complete that form and return it to FTI Consulting at the address below. Please also return the hard drive to the same address:

Hannah Hamburger
FTI Consulting
227 West Monroe Street
Suite 900
Chicago, IL 60606

Thanks,

Sten

# BartlitBeck LLP

Sten A. Jernudd | p: 312.494.4439 | c: 206.271.5594 | sten.jernudd@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.