**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL 2804<br><br>CASE NO. 1:17-MD-2804<br><br>Judge Dan Aaron Polster |

_____

THIS DOCUMENT RELATES TO:                         )

Alexander County, Illionois, v. Purdue Pharma L.P., et al.)
No. 17-op-45050-DAP                                )

Bond County, Illinois v. Purdue Pharma L.P., et al.,     )
No. 18-op-45004-DAP                                )

Calhoun County, Illinois v. Purdue Pharma L.P., et al.,  )
No. 18-op-46294-DAP                                )

Christian County, Illinois v. Purdue Pharma L.P., et al., )
No. 17-op-45078-DAP                                )

Coles County, Illinois v. Purdue Pharma L.P., et al.,    )
No. 18-op-45138-DAP                                )

Edwards County, Illinois v. Purdue Pharma L.P., et al.,  )
No. 18-op-45049-DAP                                )

Effingham County, Illinois v. Purdue Pharma L.P., et al.,)
No. 18-op-45499-DAP                                )

Gallatin County, Illinois v. Purdue Pharma L.P., et al., )
No. 17-op-45152-DAP                                )

Hamilton County, Illionis v. Purdue Pharma L.P., et al., )
No. 17-op-45157-DAP                                )

Hardin County, Illinois v. Purdue Pharma L.P., et al.,   )
No. 18-op-45003-DAP                                )

Jasper County, Illinois v. Purdue Pharma L.P., et al.,   )
No. 18-op-45026-DAP                                )

Jefferson County, Illinois v. Purdue Pharma L.P., et al., )
No. 18-op-45539-DAP                                )

Jersey County, Illinois v. Purdue Pharma L.P., et al.,  )
No. 17-op-45049-DAP                                     )

Johnson County, Illinois v. Purdue Pharma L.P., et al., )
No. 18-op-46148-DAP                                     )

Lawrence County, Illinois v. Purdue Pharma L.P., et al., )
No. 18-op-45518-DAP                                      )

Lee County, Illinois v. Purdue Pharma L.P., et al.,     )
No. 18-op-45606-DAP                                     )

Livingston County, Illinois v. Purdue Pharma L.P., et al.,)
No. 18-op-45527-DAP                                      )

Marion County, Illinois v. Purdue Pharma L.P., et al.,  )
No. 18-op-45532-DAP                                     )

Massac County, Illinois v. Purdue Pharma L.P., et al.,  )
No. 18-op-45519-DAP                                     )

Metropolis (City of), Illinois v.
    Purdue Pharma L.P., et al.,                        )
No. 18-op-45537-DAP                                     )

Pulaski County, Illinois v. Purdue Pharma L.P., et al., )
No. 17-op-45158-DAP                                     )

Rockford (City of), Illinois v.
    Purdue Pharma L.P., et al.,                        )
No. 18-op-45309-DAP                                     )

Saline County, Illinois v. Purdue Pharma L.P., et al.,  )
No. 18-op-45528-DAP                                     )

Schuyler County, Illinois v. Purdue Pharma L.P., et al., )
No. 18-op-46147-DAP                                      )

Shelby County, Illinois v. Purdue Pharma L.P., et al.,  )
No. 18-op-45007-DAP                                     )

St. Clair County, Illinois v. Purdue Pharma L.P., et al., )
No. 17-op-45048-DAP                                      )

Wabash County, Illinois v. Purdue Pharma L.P., et al.,  )
No. 17-op-45103-DAP                                     )

Washington County, Illinois v. Purdue Pharma L.P., et al.,)
No. 17-op-45151-DAP                                      )

White County, Illinois v. Purdue Pharma L.P., et al.,   )
No. 18-op-45024-DAP                                     )

Winnebago County, Illinois v. Purdue Pharma L.P., et al.,)
No. 18-op-45310-DAP                                     )

## **MOTION/NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS**

Ann Callis - IL Bar #6203933
HOLLAND LAW FIRM
1324 Niedringhaus
Granite City, IL 62040
(618)452-1323 – Office
(618)452-8024 - Facsimile
acallis@hollandtriallawyers.com

COMES NOW, Ann Callis, attorney for Plaintiffs, and hereby notifies the Court and parties to this action of her change of firm, address, phone number, and e-mail address as follows:

Holland Law Firm
1324 Niedringhaus Ave., Suite B
Granite City, IL 62040
(618)452-1323 – Office
(618)452-8024 - Facsimile
acallis@hollandtriallawyers.com

Respectfully Submitted,

*/s/Ann Callis*
Ann Callis - IL Bar #6203933
HOLLAND LAW FIRM
1324 Niedringhaus Ave., Suite B
Granite City, IL 62040
(618)452-1323 – Office
(618)452-8024 - Facsimile
acallis@hollandtriallawyers.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed this 19th day of March 2020, using the Court's electronic filing system for service by the Court.

/s/Ann Callis
Ann Callis - IL Bar #6203933
HOLLAND LAW FIRM
1324 Niedringhaus Ave., Suite B
Granite City, IL 62040
(618)452-1323 – Office
(618)452-8024 - Facsimile
acallis@hollandtriallawyers.com

Attorney for Plaintiffs