**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Cleveland Bakers and Teamsters Health and Welfare Fund, et al. v. Purdue Pharma L.P., et al., Case No. 1:18-op-45432-DAP* | Hon. Dan Aaron Polster |

**DISTRIBUTORS' MOTION FOR LEAVE TO FILE A MOTION TO CERTIFY UNDER 28 U.S.C. § 1292(b) THE COURT'S FEBRUARY 21, 2020 ORDER DENYING IN PART THEIR MOTION TO DISMISS THIRD-PARTY PAYOR CLAIMS, FOR PURPOSES OF SEEKING IMMEDIATE APPEAL OF THE COURT'S RULINGS THAT DENIED DISMISSAL OF THE RICO CLAIMS**

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") respectfully request leave to file a motion to certify under 28 U.S.C. § 1292(b) the Court's February 21, 2020 Opinion and Order, Dkt. 3177 ("Order") denying in part their motion to dismiss claims asserted by Cleveland Bakers and Teamsters Health and Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund, for purposes of an immediate appeal of the Court's rulings that denied dismissal of the RICO claims.

Attached hereto are Distributors' proposed motion, memorandum of law in support of that motion, and a proposed order granting Distributors' motion for Section 1292(b) certification. *See* Exs. A–C. For the reasons explained in Distributors' memorandum of law, *see* Ex. B, certification for purposes of an immediate appeal of the Court's rulings that denied dismissal of the RICO claims is warranted. Accordingly, Distributors request leave to file the attached motion and supporting papers.

DATED: March 23, 2020  Respectfully submitted,

*/s/ Mark H. Lynch*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel.: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
EMainigi@wc.com
lheard@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

## **CERTIFICATE OF SERVICE**

I, Mark H. Lynch, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                                */s/ Mark H. Lynch*
                                                Mark H. Lynch

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Cleveland Bakers and Teamsters Health and Welfare Fund, et al. v. Purdue Pharma L.P., et al., Case No. 1:18-op-45432-DAP* | Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING DISTRIBUTORS' MOTION FOR LEAVE TO FILE A MOTION TO CERTIFY UNDER 28 U.S.C. § 1292(b) THE COURT'S FEBRUARY 21, 2020 ORDER DENYING IN PART THEIR MOTION TO DISMISS THIRD-PARTY PAYOR CLAIMS, FOR PURPOSES OF SEEKING IMMEDIATE APPEAL OF THE COURT'S RULINGS THAT DENIED DISMISSAL OF THE RICO CLAIMS

This matter having come before the Court upon motion by Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") for leave to file a Motion to Certify for Interlocutory Appeal Under 28 U.S.C. § 1292(b) the Court's February 21, 2020 Order Denying in Part their Motion to Dismiss Third-Party Payor Claims for Purposes of Seeking Immediate Appeal of the Court's Ruling that Denied Dismissal of the RICO claims; the Court having reviewed the motion and related papers; due and proper notice having been provided; and after due deliberation, the Court finds that Distributors' motion should be GRANTED.

SO ORDERED this __ day of _____, 2020.

_____
**HON. DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**