# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Cleveland Bakers and Teamsters Health and Welfare Fund, et al. v. Purdue Pharma L.P., et al., Case No. 1:18-op-45432-DAP* | Hon. Dan Aaron Polster |

**DISTRIBUTORS' MOTION TO CERTIFY UNDER 28 U.S.C. § 1292(b) THE COURT'S FEBRUARY 21, 2020 ORDER DENYING IN PART THEIR MOTION TO DISMISS THIRD-PARTY PAYOR CLAIMS, FOR PURPOSES OF SEEKING IMMEDIATE APPEAL OF THE COURT'S RULINGS THAT DENIED DISMISSAL OF THE RICO CLAIMS**

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") respectfully request that this Court certify under 28 U.S.C. § 1292(b) the Court's February 21, 2020 Opinion and Order, Dkt. 3177 ("Order") denying in part their motion to dismiss claims asserted by Cleveland Bakers and Teamsters Health and Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund (collectively, the "Third-Party Payors"). Specifically, Distributors seek certification of the Order so they may request an interlocutory appeal of the following issues: (1) whether the Third-Party Payors' allegations meet RICO's direct injury and proximate causation requirement; and (2) whether the Third-Party Payors' allegations satisfy RICO's requirement of injury to "business or property."

An immediate appeal of these issues raised by the Court's Order is warranted. The grounds for Distributors' motion are set forth in the attached memorandum of law; a Proposed Order granting Distributors' motion or certification under Section 1292(b) is also attached.

DATED: _____  Respectfully submitted,

_____
Geoffrey E. Hobart
Mark H. Lynch
Beth S. Brinkmann
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-6000
ghobart@cov.com
mlynch@cov.com
bbrinkmann@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

_____
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

_____
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
EMainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*