UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  Track One-B | MDL 2804  Case No. 17-md-2804  Hon. Dan Aaron Polster |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL ITS EXHIBIT IN RESPONSE TO PHARMACY DEFENDANTS' MOTION TO EXTEND ALL TRACK 1B DEADLINES BY 60 DAYS

Pursuant to Northern District of Ohio Local Rule 5.2, Plaintiffs Cuyahoga County and Summit County respectfully seek leave from the Court to submit under seal the exhibit attached to its response to Pharmacy Defendants' Motion to Extend All Track 1B Deadlines by 60 Days.

Plaintiffs respectfully request the option to proceed in this manner so there are no inadvertent disclosures of confidential information subject to CMO No. 2 or the ARCOS Protective Order.

WHEREFORE, Plaintiffs respectfully requests the Honorable Court to grant Plaintiffs' Motion for Leave to file its Exhibit Under Seal.

Dated: March 25, 2020         Respectfully submitted,

/s/*Paul J. Hanly, Jr.*
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Motion granted.  /s/Dan Aaron Polster 3/25/20