UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    Board of County Commissioners of Beckham County v.
        Cephalon Inc et al, W.D. Oklahoma, C.A. No. 5:20-00155)     MDL No. 2804

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Beckham County*) on March 2, 2020. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Beckham County* filed a notice of opposition to the proposed transfer. The Panel has now been advised that plaintiff has withdrawn its opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-139" filed on March 2, 2020, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

                      FOR THE PANEL:

                        John W. Nichols
                        Clerk of the Panel