# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *All Cases* | Judge Dan Aaron Polster |

### NOTICE OF EIGHTH AMENDED BANKRUPTCY COURT ORDER GRANTING INJUNCTION AGAINST CONTINUATION OF PROCEEDINGS AS TO RELATED PARTIES TO DEBTOR PURDUE PHARMA L.P. AND AFFILIATED DEBTORS

On March 30, 2020, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") issued an order extending and modifying the preliminary injunction ("**Injunction**") previously entered by the Bankruptcy Court, including the injunction that was attached to the undersigned Related Party Defendants' Notice of Sixth Amended Bankruptcy Court Order, filed February 24, 2020 in this multi-district action (Doc. 3183). *See* Eighth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (RDD), Adv. Pro. No. 19-08289, Dkt. No. 168 (Bankr. S.D.N.Y. Mar. 30, 2020) (the "**Eighth Amended Preliminary Injunction Order**"), a copy of which (without appendices) is attached as **Exhibit 1** hereto. The Eighth Amended Preliminary Injunction Order is in effect through and including October 5, 2020. *See* Ex. 1 at 6.

Numerous plaintiffs currently in this multi-district proceeding have also agreed to abide by the terms of the Injunction through and including July 8, 2020 without the need to have any

order entered against them. *See id.* at 5-6, ¶ (g). Those plaintiffs are further identified in the Verified Statement of the Multi-State Governmental Entities Group pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, filed in *In re Purdue Pharma L.P.*, No. 19-23649 (RDD), Doc. # 409, Ex. A (Bankr. S.D.N.Y. Oct. 30, 2019).

Notwithstanding the filing of this notice, the undersigned Related Party Defendants expressly preserve all of their defenses, including, but not limited to, the lack of personal jurisdiction.

Respectfully submitted,

/s/ Stuart G. Parsell
Stuart G. Parsell (Ohio Bar No. 0063510)
Ariel A. Brough (Ohio Bar No. 0090712)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
parsell@litohio.com
brough@litohio.com

Attorneys for Defendants Richard Sackler, Jonathan Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, the Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler and Jonathan Sackler as alleged Trustees of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Former Attorneys to Beverly Sackler

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of April, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Stuart G. Parsell
Stuart G. Parsell (0063510)

853587