**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Cleveland Bakers and Teamsters Health and Welfare Fund, et al. v. Purdue Pharma L.P., et al.* | Hon. Dan Aaron Polster |
| *Case No. 1:18-op-45432-DAP* | |

**MANUFACTURER DEFENDANTS' MOTION FOR LEAVE TO FILE**
**A MOTION TO CERTIFY THE COURT'S FEBRUARY 21, 2020 ORDER**
**FOR IMMEDIATE APPEAL UNDER 28 U.S.C. § 1292(b)**

The undersigned pharmaceutical manufacturers (the "Manufacturer Defendants") respectfully request leave to file a motion, pursuant to 28 U.S.C. § 1292(b), to certify for immediate appeal this Court's February 21, 2020 Opinion and Order, Doc. 3177 ("Order"), denying, as relevant here, their motion to dismiss the RICO claims brought by Plaintiffs Cleveland Bakers and Teamsters Health and Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund (the "Third-Party Payors").

Attached hereto are the Manufacturer Defendants' proposed motion, memorandum of law in support of that motion, and a proposed order granting the Manufacturer Defendants' motion to certify under § 1292(b). *See* Exs. A-C. For the reasons explained in the Manufacturer Defendants' memorandum of law, *see* Ex. B, certification of the Order is warranted to give the Sixth Circuit an opportunity to immediately review the denial of dismissal of the Third-Party Payors' civil RICO claims seeking treble damages. Accordingly, the Manufacturer Defendants request leave to file the attached motion and supporting papers.

Dated: April 6, 2020                    Respectfully submitted,

                                        /s/ *Jonathan L. Stern*
                                        Jonathan L. Stern
                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        601 Massachusetts Ave. NW
                                        Washington, DC 20001
                                        Tel: (202) 942-5000
                                        jonathan.stern@arnoldporter.com

                                        Sean O. Morris
                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        777 S. Figueroa St., Suite 4400
                                        Los Angeles, CA 90017
                                        Tel: (213) 243-4000
                                        sean.morris@arnoldporter.com

                                        *Attorneys for Defendants Endo Health*
                                        *Solutions Inc.; Endo Pharmaceuticals Inc.;*
                                        *Par Pharmaceutical, Inc.; and Par*
                                        *Pharmaceuticals Companies, Inc.*

                                        /s/ *Donna M. Welch* (consent)
                                        Donna M. Welch, P.C.
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle, Chicago, IL 60654
                                        Tel: (312) 862-2000
                                        donna.welch@kirkland.com

                                        *Attorney for Defendant Allergan Finance, LLC*
                                        *f/k/a/ Actavis, Inc. f/k/a Watson*
                                        *Pharmaceuticals, Inc.*

/s/ *Steven A. Reed* (consent)
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5603
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
brian.ercole@morganlewis.com

*Attorneys for Teva Pharmaceuticals, USA,
Inc.; Cephalon, Inc.; Watson Laboratories,
Inc.; Actavis LLC; and Actavis Pharma, Inc.
f/k/a Watson Pharma, Inc.*

/s/ *Charles C. Lifland* (consent)
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
sstrong@omm.com

*Attorneys for Defendants Janssen
Pharmaceuticals, Inc.; Johnson & Johnson;
Janssen Pharmaceutica, Inc. n/k/a Janssen
Pharmaceuticals, Inc.; and Ortho-McNeil-
Janssen Pharmaceuticals, Inc. n/k/a Janssen
Pharmaceuticals, Inc.*

/s/ *Brien T. O'Connor* (consent)
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Attorneys for Defendants Mallinckrodt LLC
and SpecGx LLC*

4

**CERTIFICATE OF SERVICE**

I certify that on April 6, 2020, I filed the foregoing with the Clerk of the Court using the ECF System which will send notification of such filing to the registered participants identified on the Notice of Electronic Filing.

/s/ Jonathan Stern
Service Attorney