# Exhibit C

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Cleveland Bakers and Teamsters Health and Welfare Fund, et al. v. Purdue Pharma L.P., et al.* | Hon. Dan Aaron Polster |
| Case No. 1:18-op-45432-DAP | |

### [PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' MOTION TO CERTIFY THE COURT'S FEBRUARY 21, 2020 ORDER FOR IMMEDIATE APPEAL UNDER 28 U.S.C. § 1292(b)

This matter having come before the Court upon motion by the Manufacturer Defendants to certify for immediate appeal under 28 U.S.C. § 1292(b) the Court's February 21, 2020 Opinion and Order, Dkt. 3177 ("Order"), denying, as relevant here, their motion to dismiss the RICO claims brought by Plaintiffs Cleveland Bakers and Teamsters Health and Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund (the "Third-Party Payors"); the Court having reviewed the motion, and related papers; due and proper notice having been provided; and, after due deliberation, the Court finds that the Manufacturer Defendants' motion should be GRANTED.

The Court hereby incorporates by reference herein the Order and AMENDS the Order to include this Court's determination that the Order involves a controlling question of law as to which there is substantial ground for difference of opinion, namely whether the Third-Party Payors' allegations meet RICO's proximate cause requirement, and that immediate appeal on that issue may materially advance the ultimate termination of the litigation.

**SO ORDERED this \_\_ day of _____, 2020.**

 

_____
**HON. DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**