**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 17-op-45004 | |

**DESIGNATION OF MEDIATOR**

Pursuant to the Court's instructions at the March 26, 2020 telephonic status conference, Defendants in Track One-B cases and the Plaintiffs' Executive Committee have agreed on the selection of the Honorable Jay C. Gandhi (Ret.) of JAMS as a private mediator to facilitate settlement discussions, subject to Judge Gandhi's confirmation that he has no conflicts of interest that would interfere with his ability to act as a neutral mediator.

Dated: April 7, 2020               Respectfully submitted,

                                   */s/ Kaspar J. Stoffelmayr*
                                   Kaspar J. Stoffelmayr
                                   BARTLIT BECK LLP
                                   54 West Hubbard Street
                                   Chicago, IL 60654
                                   (312) 494-4400
                                   kaspar.stoffelmayr@bartlitbeck.com

                                   *Liaison Counsel for the Chain Pharmacy Defendants*

*/s/Peter H. Weinberger (consent)*
Peter H. Weinberger
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
pweinberger@spanglaw.com

*Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of April, 2020, a notice of the foregoing has been served via CM/ECF to all counsel of record.

                                      */s/ Kaspar J. Stoffelmayr*
                                      Kaspar J. Stoffelmayr