Distribution Centers for DEA Audit Documents

| Defendant Name | Distribution Center Address | DEA Reg. Number | Notes |
|---|---|---|---|
| Discount Drug Mart | 211 Commerce Drive<br>Medina, OH 44256 | PD0203377 | Schedules: 3, 3N, 4, 5 |
| Prescription Supply, Inc. | 2233 Tracy Road<br>Northwood, OH 43619 | PP0031904 | |
| CVS Indiana, L.L.C. | 7590 Empire Drive<br>Doors 116-123<br>Indianapolis, IN 46219 | RH0197170 | |
| CVS Rx Services, Inc. | 150 White Wagon Road<br>Chemung, NY 14825 | RC0415871 | |
| CVS TN Distribution, L.L.C. | 10017 Kingston Pike<br>Knoxville, TN 37922 | PR0205559 | |
| CVS Pharmacy, Inc. | 3 Berry Drive<br>Lumberton, NJ 08048 | RM0145347 | |
| HBC Service Company Div. of Giant Eagle | 601 Meadowlands Blvd.<br>Washington, PA 15301 | RH0389773 | Schedule 3, 4 and 5 only; 11/09 to 1/16 only |
| Giant Eagle Rx Distribution Company | 2500 Lovi Road<br>Freedom, PA 15042 | RG0491047 | Opened 2016 |
| H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company | 6001 Global Distribution Way<br>Louisville, KY 40228 | RH0468214 | Schedules 2-5, no distribution to CT1 until 1/2007 |
| H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company | 4650 Industrial Drive, Springfield, IL 62703 | RH0471021 | Schedules 2-5, no distribution to CT1 until 9/2006 to 1/2007, when Kentucky distribution center opened |
| McKesson | 2798 New Butler Road<br>New Castle, PA 16101 | RM0258601 | |
| ABDC | 6305 LaSalle Drive<br>Lockbourne, OH 43137 | RA0314562 | |

| Defendant Name | Distribution Center Address | DEA Reg. Number | Notes |
|---|---|---|---|
| Cardinal Health | Wheeling Distribution Center<br>71 Mil Acres Dr<br>Wheeling, WV 26003 | RO0153609 | |
| Cardinal Health | Findlay Distribution Center<br>14601 County Road 212<br>Findlay, OH 45840 | RC0313940 | Closed in 2011 |
| Actavis Pharma, Inc. (Allergan) | 605 Tri-State Parkway<br>Gurnee, IL 60031 | RW0237900 | |
| Actavis Pharma, Inc. (Allergan) | 2455 Wardlow Rd. (Bldg. 5)<br>Corona, CA 92880 | RW0288921 | |
| Actavis Laboratories UT, Inc. / Watson Laboratories Inc. Utah (Allergan) | 575/577/579 Chipeta Way<br>Salt Lake City, UT 84108 | RW0289959 | |
| Actavis LLC (Allergan) | 47 Brunswick Avenue<br>Edison, NJ 08817 | RA0419540 | |
| Actavis Elizabeth LLC (Allergan) | 200 Elmora Avenue<br>Elizabeth, NJ 07207 | RK0146818 | |
| Anda, Inc. | 2915 Weston Road<br>Weston, FL 3331 | RA0180733 | |
| Anda Pharmaceuticals, Inc. | 8644 Polk Lane<br>Olive Branch, MS 38654 | RA0481894 | |
| Anda Pharmaceuticals, Inc. | 6500 Adelaide Court<br>Groveport, OH 43125 | RA0287020 | This site was closed in 2015. |
| Wal-Mart Pharmacy Warehouse #45 | 1201 Moberly Lane<br>Bentonville, AR 72716<br>**AND**<br>2250 N 8th Street, Suite 102-A<br>Rogers, AR 72756 | RW0282145 | Warehouse #45 has two addresses because it was located in Bentonville, AR from 1990 to July 27, 2015 and moved to Rogers, AR on July 27, 2015. |

2

| Defendant Name | Distribution Center Address | DEA Reg. Number | Notes |
|---|---|---|---|
| Wal-Mart Pharmacy Warehouse #28 | 801 Corda Boulevard<br>Crawfordsville, IN 47933 | RW0165731 | |
| Wal-Mart Pharmacy Warehouse #46 | 11121 Elliot Place<br>Williamsport, MD 21795 | RW0199908 | |
| Walgreens | Jupiter Distribution Center<br>15998 WALGREENS DRIVE<br>Jupiter, FL 33478 | RW0277752 | |
| Walgreens | Woodland Distribution Center<br>2370 E. MAIN ST.<br>Woodland, CA 95776 | RW0204026 | |
| Walgreens | Perrysburg Distribution Center<br>28727 Oregon Road<br>Perrysburg, OH 43551 | RW0294493 | |
| Walgreens | Mt. Vernon Distribution Center<br>5100 Lake Terrace, Mt Vernon, IL 62864 | RW0152467 | |
| Rite-Aid* | Rite-Aid Mid-Atlantic Distribution Center<br>601 Chelsea Road<br>Aberdeen, MD 21001 | RR0236073 | |

*Rite Aid has also filed a separate motion to compel discovery from DEA

3