UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*All Cases* | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## **REVISED NOTICE OF PUBLIC DISCLOSURE OF ARCOS DATA**

On July 15, 2019, the Court entered an Order (Dkt. 1845) regarding public access to the ARCOS data covering opioid shipments from 2006 to 2012. On January 14, 2020, the Court entered an Order (Dkt. 3080) regarding public access to the ARCOS data covering opioid shipments from 2013 to 2014. Please take notice the PEC has posted links to both the raw data provided by the DEA (for years 2006 through 2014) as well as the processed data utilized by the PEC (for the years 2006 through 2014) at www.slcg.com. The two links allow anyone to download the raw and processed data. These files are very large; download time will depend on the user's computing resources and the number of users attempting to download the files. For any questions or support concerning this ARCOS data contact ARCOS@levinlaw.com.

Respectfully submitted,

*s/Peter J. Mougey*
Peter J. Mougey
Page A. Poerschke
**LEVIN, PAPANTONIO, THOMAS,**
**MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
pmougey@levinlaw.com
ppoerschke@levinlaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on April 13, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*s/Peter J. Mougey*
Peter J. Mougey
*For the PEC*
