UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 20-3075

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION.
_____

In re: CVS PHARMACY, INC.; OHIO CVS STORES, L.L.C.; DISCOUNT DRUG MART, INC.; GIANT EAGLE INC.; HBC SERVICE COMPANY; RITE AID OF MARYLAND, INC., dba Mid-Atlantic Customer Support Center; RITE AID OF OHIO, INC.; RITE AID HDQTRS. CORP.; WALGREEN CO.; WALGREEN EASTERN CO., INC.; WALMART, INC.,

    Petitioners.

**FILED**
Apr 15, 2020
DEBORAH S. HUNT, Clerk

Before: SILER, GRIFFIN, and KETHLEDGE, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus.
United States District Court for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was submitted on the petition for a writ of mandamus and the responses of the district court and respondents Summit County and Cuyahoga County.

IN CONSIDERATION THEREOF, it is ORDERED that writ is GRANTED, and the cases are REMANDED with instructions to strike each County's November 2019 "Amendment by Interlineation."

**ENTERED BY ORDER OF THE COURT**

_____
Deborah S. Hunt, Clerk