UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---------------------------------------------------------------
In re:

**National Prescription Opiate Litigation**

---------------------------------------------------------------

Case No.: 1:17 MD 2804

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

Proposed *amici curiae* The Kennedy Forum, American Foundation for Suicide Prevention, Depression and Bipolar Support Alliance, The Jed Foundation, Kennedy-Satcher Center for Mental Health Equity, Mental Health America, National Alliance on Mental Illness, National Association of Addiction Treatment Providers, National Council for Behavioral Health, National Association for Behavioral Healthcare, Scattergood Foundation, and Well Being Trust (collectively "*amici*") respectfully request leave of this Court to submit the attached *amici curiae* brief.

*Amici* are nonprofit organizations concerned about the public health crisis attributable to opioid addiction.[1] Their proposed brief, informed by their deep experience in the field and in policy circles, urges that awards that emerge from this litigation be used to create and fund a national program for mental health system care reform. It also outlines key steps for implementing such a program.

---

[1] No *amici* has a parent corporation. No *amici* issues stock. Hence, no publicly held corporation holds 10% or more of an *amici's* stock.

1

*Amici* believe their proposed brief is timely and will be useful to this Court and the parties.  The attached brief explains the connection between mental health and opioid addiction and the importance of attending to the mental health care system when crafting a plan for relief.

*Amici* are not litigants and have no direct stake in the many judicial proceedings related to the opioid epidemic.

The proposed *amici* brief does not duplicate legal or policy arguments raised by others in this proceeding.   It offers "a unique perspective or specific information that can assist … beyond what the parties can provide."  *Voices for Choices v. Illinois Bell Telephone Co.,* 339 F.3d 542, 545 (7TH Cir. 2003).

Accordingly, the proposed *amici* respectfully request that the Court grant leave to file the attached brief.[2]

                              Respectfully submitted,

                              __/s/_____
                              Ira A. Burnim
                              Judge Bazelon Center for Mental Health Law
                              1090 Vermont Ave. NW. Suite 220
                              Washington, DC 20005
                              irab@bazelon.org
                              (202) 467-5730

                              *Counsel for Amici Curiae*

---

[2] No party or party's counsel authored the attached brief in whole or in part.  No person other than the *amici* or its counsel contributed money to fund the preparation or submission of the brief