UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------------
**In re:**

**National Prescription Opiate Litigation**

-------------------------------------------------------------

Case No.: **1:17 MD 2804**

### ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF

Having considered the Motion for Leave to File *Amici Curiae* Brief of proposed *amici curiae* The Kennedy Forum, American Foundation for Suicide Prevention, Depression and Bipolar Support Alliance, The Jed Foundation, Kennedy-Satcher Center for Mental Health Equity, Mental Health America, National Alliance on Mental Illness, National Association of Addiction Treatment Providers, National Council for Behavioral Health, National Association for Behavioral Healthcare, Scattergood Foundation, and Well Being Trust, and for the reasons set forth in said Motion, it is

ORDERED that the Motion for Leave to File *Amici Curiae* Brief of proposed *amici curiae* be and is hereby GRANTED.

Dated: _____, 2020.

_____
United States District Judge