UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Hollow Metal Trust Fund. v. Endo Health Solutions, Inc. et al.,* Case No. 1:20-op-45094 | MDL No. 2804<br><br>Case No. 1:17-MD-2804-DAP<br><br>Judge Dan Aaron Polster |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFFS HOLLOW METAL TRUST FUND

Under Local Rule 83.9, Calcaterra Law Group LLP and Regina M. Calcaterra (collectively, Calcaterra Law) move for leave of Court to substitute as counsel of record for Hollow Metal Trust Fund in place of attorneys Regina M. Calcaterra, Benjamin Yehuda Kaufman and Kevin Gilbert Cooper of Wolf Haldenstein Adler Freeman & Herz LLP, (collectively, "Wolf Haldenstein").

Calcaterra Law certifies that it has provided written notice of this substitution to Hollow Metal Trust Fund, which have consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiffs Hollow Metal Trust Fund and their counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Law.

Dated: April 20, 2020

Respectfully submitted,

*/s/ Regina M. Calcaterra*

Regina M. Calcaterra
Calcaterra Law Group LLP
1140 Avenue of the Americas
New York, NY 10036
Tel: (212) 899-1766
rcalcaterra@calcaterra.law

*Counsel for Hollow Metal Trust Fund*

/s/ Benjamin Y. Kaufman

Benjamin Y. Kaufman
Kevin G. Cooper
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
kaufman@whafh.com
cooper@whafh.com

*Outgoing Counsel for Hollow Metal Trust Fund*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
|  | Case No. 1:17-MD-2804-DAP |
| This document relates to: | Judge Dan Aaron Polster |
| *Hollow Metal Trust Fund .v. Endo Health Solutions, Inc. et al.*, Case No. 1:20-op-45094 |  |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS HOLLOW METAL TRUST FUND

Calcaterra Law Group LLP and Regina M. Calcaterra (collectively, Calcaterra Law) give notice of their substitution as counsel of record for Hollow Metal Trust Fund in place of attorneys Benjamin Yehuda Kaufman and Kevin Gilbert Cooper of Wolf Haldenstein Adler Freeman & Herz, (collectively, "Wolf Haldenstein").

Calcaterra Law certifies that it has provided written notice of this substitution to Hollow Metal Trust Fund, which have consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiffs Hollow Metal Trust Fund and their counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Law.

Dated: April 20, 2020

Respectfully submitted,

*/s/ Regina M. Calcaterra*
Regina M. Calcaterra

Calcaterra Law Group LLP
1140 Avenue of the Americas
New York, NY 10036
Tel: (212) 899-1766
rcalcaterra@calcaterra.law

*Counsel for Hollow Metal Trust Fund*

/s/ Benjamin Y. Kaufman

Benjamin Y. Kaufman
Kevin G. Cooper
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
kaufman@whafh.com
cooper@whafh.com

*Outgoing Counsel for Hollow Metal Trust Fund*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on that on April 23, 2020, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

CALCATERRA LAW GROUP LLP

By: /s/ Regina M. Calcaterra
Regina M. Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1766
rcalcaterra@calcaterra.law
