# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*New York City District Council of Carpenters Welfare Fund v. Endo Health Solutions, Inc. et al.,* Case No. 1:20-op-45095 | MDL No. 2804<br><br>Case No. 1:17-MD-2804-DAP<br><br>Judge Dan Aaron Polster |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND

Calcaterra Pollack LLP and Regina M. Calcaterra (collectively, Calcaterra Law) give notice of their substitution as counsel of record for New York City District Council of Carpenters Welfare Fund in place of attorneys Benjamin Yehuda Kaufman and Kevin Gilbert Cooper of Wolf Haldenstein Adler Freeman & Herz (collectively, "Wolf Haldenstein").

Calcaterra Pollack LLP certifies that it has provided written notice of this substitution to the New York City District Council of Carpenters, which have consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiffs New York City District Council of Carpenters Welfare Fund and their counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Pollack LLP.

Dated: May 1, 2020

                                          Respectfully submitted,

                                          /s/ *Regina M. Calcaterra*
                                          Regina M. Calcaterra
                                          Calcaterra Pollack Group LLP
                                          1140 Avenue of the Americas
                                          New York, NY 10036
                                          Tel: (212) 899-1766
                                          rcalcaterra@calcaterra.law

                                          *Counsel for New York City District Council*
                                          *of Carpenters Welfare Fund*

                                          /s/ Benjamin Y. Kaufman
                                          Benjamin Yehuda Kaufman
                                          Kevin Cooper
                                          Wolf Haldenstein Adler Freeman & Herz LLP
                                          270 Madison Avenue
                                          New York, NY 10016
                                          Tel: (212) 545-4600
                                          kaufman@whafh.com
                                          cooper@whafh.com

                                          *Outgoing Counsel for New York City*
                                          *District Council of Carpenters Welfare*
                                          *Fund*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on that on May 1, 2020, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

**CALCATERRA POLLACK LLP**

By: /s/ Regina M. Calcaterra
Regina M. Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
rcalcaterra@calcaterra.law