**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION** | **MDL NO. 2804** |
| | **Case No. 17-MD-2804** |
| **THIS DOCUMENT RELATES TO:** | **Judge Dan Aaron Polster** |

*Rees v. McKesson Corporation, et al.*
MDL Case #1:18-OP-45252

*DeMaro v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45465

*Delancey v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45480

*Wood v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45264

*Cruz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45466

*Stewart v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45481

*Salmons v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45268;

*Paul v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45467

*Shewmake v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45482

*Ambrosio v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45375

*Lechuga v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45468

*Weatherwax v. Purdue Pharma, LP., et al.*
MDL Case No. #1:19-op-45483

*Whitley v. Purdue Pharma LP, et al.*
MDL Case #1:18-OP-45598

*Brumbarger v. Purdue Pharma, LP., et al.*
MDL Case No. #1:19-op-45469

*Martinez v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45484

*Roach v. McKesson Corporation, et al.*
MDL Case No. #1:18-OP-45662

*Means v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45470

*Warren v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45486

*Hunt v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-OP-45681

*Peterson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45472

*Carlson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45487

*Hanlon v. Purdue Pharma L.P., et al.*
MDL Case No. #1:19-op-45052

*Hampel v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45473

*Flach v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45488

*Frost v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46327

*Whittaker v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45475

*Ivie v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45489

*Moore v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46305

*Tuttle v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45476

*Cherry v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45490

*Artz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45459

*Hamawi v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45477

*Ortiz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45492

*Rodriquez v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45463

*Gauthier v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45478

*Meinecke v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45493

*Ellis v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45464

*Simonson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45479

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

## JOINT MOTION FOR AN ADDITIONAL 60 DAY STAY OF ALL REMAINING CLASS CERTIFICATION BRIEFING DEADLINES

Plaintiffs in the above-captioned cases ("NAS Plaintiffs") and Defendants identified below[1] respectfully request an additional 60-day stay of all remaining class certification deadlines in light of the ongoing COVID-19 pandemic.  The parties requested an initial 60-day stay of all class certification deadlines on March 13, 2020.  Dkt. 3226.  The Court granted that motion on March 16, 2020.  The current deadlines require that the parties complete outstanding depositions by June 8, with Defendants' opposition to Plaintiffs' motion for class certification being due June 8 and Plaintiffs' reply on July 17.  Since the Court's order, however, the circumstances necessitating the initial stay have not meaningfully improved.  In fact, they have worsened.

When the parties requested the initial 60-day stay, there were approximately 2000 COVID-19 cases in the United States; today there are over 1.1 million cases, over 68,000 COVID-19 related deaths, and 42 states plus the District of Columbia have issued stay-at-home orders, most of which are still in full effect, and apply to attorneys, witnesses, and third-party subpoena recipients alike.[2]  These circumstances have created significant obstacles to performing discovery on new Plaintiff Ashley Poe and have rendered completing the remaining fact and

---

[1] Certain defendants that may be named in the above-captioned cases or soon to be filed amended pleadings are not subject to personal jurisdiction in some or all of these cases, in which responsive pleadings are not yet due pursuant to the Court's orders.  Defendants submit this filing as instructed by the Court but subject to, and without waiver of, all defenses, including lack of personal jurisdiction, no service of process, or ineffective service of process, in each case.

[2] *See* CDC, *Case of Coronavirus Disease (COVID-19) in the U.S.* (last updated April 25, 2020) *available at* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html; Sarah Mervosh et al., *Which State and Cities Have Told Resident to Stay at Home*, N.Y. TIMES (last updated April 20, 2020), *available at* https://www.nytimes.com/interactive/2020/us/coronavirus-stay-at-home-order.html; Sarah Mervosh et al., *See Which States Are Reopening and Which Are Still Shut Down*, N.Y. TIMES (last updated May 1, 2020), *available at* https://www.nytimes.com/interactive/2020/us/states-reopen-map-coronavirus.html.

expert depositions infeasible due to burdens placed on the witnesses by COVID-19.  An additional 60-day stay is required to permit the parties to collect outstanding records and to allow circumstances to improve before the remaining expert and fact witness depositions necessary to the parties' class certification briefs can reasonably take place.

Complications arising from the identification of Ashley Poe as a class representative warrant an additional 60-day stay.  The parties must conduct full discovery on Ms. Poe.  Plaintiffs did not provide Defendants with records release forms for Ms. Poe or her child until April 17, 2020.  Defendants have now requested medical, school, and social services records from numerous entities in Ohio and Washington.  Under ordinary circumstances, it takes several weeks to receive responses to Defendants' records requests, which could not be issued without these releases.  But given that many doctors' offices, hospitals, pharmacies, schools, and local government agencies are now either shuttered or overwhelmed, it will take considerably longer to receive them under the current circumstances.  Ms. Poe and her child have received medical services in both Ohio and Washington.  Many Ohio health care providers have been closed or are operating in a very limited capacity since Defendants received the Poe releases; Ohio healthcare providers could not even begin to reopen their offices for "non-essential surgeries and procedures" until May 1.[3]  Washington healthcare providers are still required to delay many non-urgent procedures.[4]  Once Defendants receive complete responses to these record requests,

---

[3] *See* Ohio Dep't of Health, *Director's Stay Safe Ohio Order* (April 30, 2020) *available at* https://coronavirus.ohio.gov/static/publicorders/Directors-Stay-Safe-Ohio-Order.pdf.

[4] *See* Office of the Governor, State of Washington, Interpretive Statement Related to Proclamation by the Governor 20-24, Restrictions on Non-Urgent Medical Procedures (Apr. 29, 2020), *available at* https://www.governor.wa.gov/sites/default/files/Non-Emergent%20 Procedure%20Interpretive%20Statement%204.29.20%20%28tmp%29.pdf.

additional time will be needed to review the records and then schedule and depose Ms. Poe and any other relevant witnesses.

In addition to the complications described above, significant and ongoing obstacles created by the COVID-19 response make completing the remaining depositions infeasible.  First, the two fact witnesses in this case who remain to be deposed are single parents of young children with significant caretaking responsibilities.  At this time, they cannot legally (due to stay-at-home orders) or safely (due to risk of virus spread) arrange for alternate childcare.  This is particularly true for Ms. Artz who is a member of a high-risk group due to a brain tumor diagnosis.  Accordingly, neither Ms. Poe nor Ms. Artz can sit for depositions under the current circumstances.

Second, the expert witnesses remaining to be deposed also have significant constraints on their time and capacity that render it problematic or impractical for them to prepare and sit for a deposition before the current deadline.  The experts to be deposed are physicians and epidemiologists, several of whom are involved in the medical response to COVID-19, including through work in the neonatal intensive care unit.  Deposing these experts at this time is not in the best interest of their patients or the community at large.

Finally, Defendants may also need to depose medical professionals who provided relevant care to Ms. Poe, Ms. Artz, or their children.  These individuals—whom Defendants cannot identify without reviewing Ms. Poe's complete records and deposing Ms. Poe and Ms. Artz—might not agree to sit for depositions under the current circumstances, especially considering they have no ties to either side of this case.  Like the expert witnesses, these individuals may be working on the front lines of the COVID-19 pandemic and have limited or no availability to prepare or sit for a deposition.

For all of these reasons, the parties request that the Court set the following revised scheduling deadlines:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deposition of Defendants' Expert Witnesses | June 8, 2020 | August 7, 2020 |
| Defendants' Opposition to Class Certification | June 9, 2020 | August 10, 2020 |
| Plaintiffs' Reply in Support of Class Certification | July 17, 2020 | September 15, 2020 |

Dated: May 5, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas E. Bilek* | */s/ Emily S. Ullman* |
| Thomas E. Bilek | Geoffrey E. Hobart |
| Kelly Cox Bilek | Emily S. Ullman |
| THE BILEK LAW FIRM, L.L.P. | COVINGTON & BURLING LLP |
| 700 Louisiana, Suite 3950 | One CityCenter |
| Houston, TX 77002 | 850 Tenth Street NW |
| (713) 227-7720 | Washington, DC 20001 |
| tbilek@bileklaw.com | Tel: (202) 662-5281 |
| kbilek@bileklaw.com | ghobart@cov.com |
| | eullman@cov.com |
| *Counsel for NAS Plaintiffs* | |
| | *Counsel for McKesson Corporation* |
| | |
| */s/ Charles C. Lifland* | */s/ Andrew J. O'Connor* |
| Charles C. Lifland | Brien T. O'Connor |
| O'MELVENY & MYERS LLP | Andrew J. O'Connor |
| 400 S. Hope Street | ROPES & GRAY LLP |
| Los Angeles, CA 90071 | Prudential Tower, 800 Boylston Street |
| (213) 430-6000 | Boston, MA 02199-3600 |
| clifland@omm.com | Telephone: (617) 235-4650 |
| | Brien.O'Connor@ropesgray.com |
| *Attorneys for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.* | Andrew.O'Connor@ropesgray.com |
| | *Counsel for Mallinckrodt LLC, SpecGx LLC, and specially appearing for Mallinckrodt plc* |

6

| | |
|---|---|
| */s/ Donna M. Welch* | */s/ Angela R. Vicari* |
| Donna M. Welch, P.C. | Angela R. Vicari |
| KIRKLAND & ELLIS LLP | Andrew K. Solow |
| 300 North LaSalle | Arnold & Porter Kaye Scholer LLP |
| Chicago, IL 60654 | 250 West 55th Street |
| Tel: (312) 862-2000 | New York, NY 10019 |
| donna.welch@kirkland.com | 212-836-8000 |
| | Angela.Vicari@arnoldporter.com |
| *Attorney for Defendants Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, and Allergan USA, Inc.* | Andrew.Solow@arnoldporter.com |
| | |
| | Jonathan Stern |
| | Arnold & Porter Kaye Scholer LLP |
| | 601 Massachusetts Avenue, NW |
| | Washington, DC 20001 |
| | 202-942-5000 |
| | Jonathan.Stern@arnoldporter.com |
| | |
| | Sean Morris |
| | Arnold & Porter Kaye Scholer LLP |
| | 777 South Figueroa Street, 44th Floor |
| | Los Angeles, CA 90017 |
| | Sean.Morris@arnoldporter.com |
| | |
| | *Attorneys for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.* |
| | |
| */s/ Terry M. Henry* | */s/ James W. Matthews* |
| Terry M. Henry | James W. Matthews |
| Melanie S. Carter | Katy E. Koski |
| Justina L. Byers | Ana Francisco |
| BLANK ROME LLP | Kristina Matic |
| 130 N. 18th Street | FOLEY & LARDNER LLP |
| One Logan Square | 111 Huntington Avenue |
| Philadelphia, PA 19103 | Boston, MA 02199 |
| Tel: (215) 569-5644 | Tel: 617.342.4000 |
| Fax: (215) 832-5644 | Fax: 617.342.4001 |
| THenry@blankrome.com | Email: jmatthews@foley.com |
| | kkoski@foley.com |
| *Counsel for Defendants Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.* | afrancisco@foley.com |
| | kmatic@foley.com |
| | |
| | *Counsel for Defendant Anda, Inc.* |

/s/ *John J. Haggerty*           .
John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Tel.: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Prescription Supply Inc.*

/s/ *Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

/s/ *William E. Padgett*
William E. Padgett
Kathleen L. Matsoukas
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:    (317) 236-1313
Fax:    (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

 /s/ *Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

| | |
|---|---|
| */s/ Tina M. Tabacchi* | */s/ Kelly A. Moore* |
| Tina M. Tabacchi | Kelly A. Moore |
| Tara A. Fumerton | MORGAN, LEWIS & BOCKIUS LLP |
| JONES DAY | 101 Park Avenue |
| 77 West Wacker | New York, NY 10178 |
| Chicago, IL 60601 | Tel:  (212) 309-6612 |
| Tel.: (312) 782-3939 | Fax: (212) 309-6001 |
| Fax: (312) 782-8585 | kelly.moore@morganlewis.com |
| tmtabacchi@jonesday.com | |
| tfumerton@jonesday.com | John P. Lavelle, Jr. |
| | MORGAN, LEWIS & BOCKIUS LLP |
| *Counsel for Walmart Inc.* | 1701 Market Street |
| | Philadelphia, PA 19103 |
| | Tel:  (215) 963-4824 |
| | Fax:  (215) 963-5001 |
| | john.lavelle@morganlewis.com |
| | |
| | *Attorneys for Defendants Rite Aid of Maryland, Inc. and Rite Aid Corp.* |
| */s/ Kaspar Stoffelmayr* | /s/    *Eric R. Delinsky* |
| Kaspar Stoffelmayr | Eric R. Delinsky |
| BARTLIT BECK LLP | Alexandra W. Miller |
| 54 West Hubbard Street | ZUCKERMAN SPAEDER LLP |
| Chicago, IL 60654 | 1800 M Street, NW |
| Tel. (312) 494-4400 | Suite 1000 |
| kaspar.stoffelmayr@bartlitbeck.com | Washington, DC  20036 |
| | Phone: (202) 778-1800 |
| *Counsel for the Walgreens Defendants* | Fax: (202) 822-8106 |
| | E-mail: edelinsky@zuckerman.com |
| | E-mail: smiller@zuckerman.com |
| | |
| | *Counsel for CVS Rx Services, Inc.; CVS Indiana, LLC* |

| | |
|---|---|
| */s/ Robert M. Barnes* | */s/ Daniel G. Jarcho* |
| Robert M. Barnes | Daniel G. Jarcho |
| Scott D. Livingston | ALSTON & BIRD LLP |
| Joshua A. Kobrin | 950 F Street NW |
| Matthew R. Mazgaj | Washington, DC 20004 |
| MARCUS & SHAPIRA, LLP | Tel: (202) 239-3254 |
| 35th Floor, One Oxford Centre | Fax: (202) 239-3333 |
| 301 Grant Street | daniel.jarcho@alston.com |
| Pittsburgh, PA 15219 | |
| Phone: (412) 471-3490 | Cari K. Dawson |
| Fax: (412) 391-8758 | Jenny A. Hergenrother |
| E-mail: rbarnes@marcus-shapira.com | ALSTON & BIRD LLP |
| E-mail: livingston@marcus-shapira.com | 1201 West Peachtree Street NW |
| E-mail: kobrin@marcus-shapira.com | Atlanta, GA 30309 |
| E-mail: mazgaj@marcus-shapira.com | Tel: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| *Counsel for HBC Service Company* | cari.dawson@alston.com |
| | jenny.hergenrother@alston.com |
| | |
| | *Counsel for Defendant Noramco, Inc.* |

*/s/ Ronda L. Harvey*
Ronda L. Harvey
Fazal A. Shere
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
Telephone: (304) 347-1100
Email: rharvey@bowlesrice.com
       fshere@bowlesrice.com

*Counsel for Defendants Kroger Entities*

10

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on May 5, 2020. Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

*/s/Emily S. Ullman*
EMILY S. ULLMAN
