UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*The County of Trumbull, Ohio v. Purdue Pharma L.P., et al.,* Case No. 18-op-45079;<br><br>*The County of Lake, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45032 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL** |

Plaintiffs have filed a Motion for Leave to File under seal Exhibits A and B to their Motion for Leave to File Amended Complaints, which consists of proposed Supplemental and Amended Allegations to be Added to Short Form for Supplementing Complaint and Amending Defendants and Jury Demand in the following cases: *The County of Trumbull, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45079; *The County of Lake, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45032.

The Motion states that Plaintiffs' proposed Supplemental and Amended Allegations to be Added to Short Form for Supplementing Complaint and Amending Defendants and Jury Demand contain information that has been subject to Protective and Confidentiality Orders, including Case Management Order No. 2 and the amendment thereto (Docket #s 441 & 1357). The Motion further states that this information is subject to this Court's Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (Docket # 1813). Plaintiffs request that, to ensure there are no inadvertent disclosures of information subject to Protective Orders and to comply with this Court's orders, the Court permit Plaintiffs to initially file their proposed Supplemental and

Amended Allegations to be Added to Short Form for Supplementing Complaint and Amending Defendants under seal, and direct Defendants to indicate within three (3) business days whether they will assert any redactions.

Plaintiffs' Motion for Leave to File Exhibits Under Seal is hereby **GRANTED**, and Defendants are hereby directed to state within three (3) business days whether they will assert any redactions to Plaintiffs' proposed Amendments by Interlineation.

**IT IS SO ORDERED.**

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

Dated: May \_\_, 2020