# EXHIBIT A

**From:** Eddy, Julie <IMCEAEX-_O=AMERISOURCEBERGEN_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=JEDDY@namprd06.prod.outlook.com> on behalf of "Eddy, Julie"<IMCEAEX-_O=AMERISOURCEBERGEN_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=JEDDY@namprd06.prod.outlook.com>
**Sent:** Fri, 22 Apr 2011 13:31:17 -0400 (EDT)
**To:** "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com>
**Subject:** RE: Saw This And Had To Share It...

I sent this to you a month or so ago – nice to see it recirculated ☺

**From:** Zimmerman, Chris
**Sent:** Friday, April 22, 2011 1:30 PM
**To:** Eddy, Julie
**Subject:** FW: Saw This And Had To Share It...

**From:** Hazewski, Edward
**Sent:** Friday, April 22, 2011 12:45 PM
**To:** Zimmerman, Chris; Mays, Steve; Ross, Paul; Gundy, Bruce; Crow, Robert
**Subject:** FW: Saw This And Had To Share It...

**From:** Tomkiewicz, Joseph
**Sent:** Friday, April 22, 2011 12:12 PM
**To:** Hazewski, Edward; Kreutzer, Kevin; Breitmayer, David
**Subject:** Saw This And Had To Share It...

*To the Tune of The Beverly Hillbillies*

Come and listen to a story about a man named Jed
A poor mountaineer, barely kept his habit fed,
Then one day he was lookin at some tube,
And saw that Florida had a lax attitude.
About pills that is, Hillbilly Heroin, "OC,"

Well the first thing you know ol' Jed's a drivin South,
Kinfolk said Jed don't put too many in your mouth,
Said Sunny Florida is the place you ought to be
So they loaded up the truck and drove speedily.
South, that is.
Pain Clinics, cash 'n carry.
A Bevy of Pillbillies!

Well now its time to say Howdy to Jed and all his kin.
And they would like to thank Rick Scott fer kindly invitin them.
They're all invited back again to this locality
To have a heapin helpin of Florida hospitality
Pill Mills that is. Buy some pills. Take a load home. Y'all come back now, y'hear?

Thanks,
Joe Tomkiewicz
Corporate Investigator
**AmerisourceBergen**
**Corporate Security & Regulatory Affairs**
1001 West Taylor Road
Romeoville, IL 60446
815.221.3612

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000055846

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00569571