# EXHIBIT A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| This document relates to: | MDL DOCKET NO. 2804 |
| ALL CASES | Hon. Judge Dan A. Polster |

**PLAINTIFFS' MDL-WIDE DISCOVERY REQUESTS
TO PHARMACY DEFENDANTS**

COMES now the Plaintiffs' Executive Committee ("Plaintiffs") and submits the following discovery requests pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure to each of the Pharmacy Defendants. These requests are propounded on an MDL-wide basis in each case in this Multidistrict Litigation ("MDL") asserting claims concerning the dispensing or distribution conduct of any Pharmacy Defendant.

**Relevant time period:** These requests seek information for the period from January 1, 1996 to the present.

**Non-duplication of production**: To the extent a request calls for information previously produced in any other case in this MDL, specifically identify the case and reference the Bates stamp range of responsive documents or, if provided by written discovery response, identify the case and the response.

**Confidentiality:** To the extent any Pharmacy Defendant contends any of the information requested requires protections beyond those provided under the governing

Protective Order, Plaintiffs will meet and confer to attempt to agree on suitable additional protections and/or specified anonymization.

**Data Sources:** With respect to requested information that resides in one or more structured databases within the possession, custody, or control of a Pharmacy Defendant, Plaintiffs request to meet and confer regarding the particular data fields from which data responsive to these requests will be produced, the format of the production, and "data dictionaries" or similar explanatory materials.

## COMBINED DISCOVERY REQUESTS

1. Please produce all data related to the dispensing of opioids and "cocktail drugs" regarding prescriptions or scripts submitted to or filled by You in any and all pharmacies in the United States from January 1, 2006, to the present. For each prescription, produce the data fields contained in "Exhibit A – List of Data Fields the Pharmacy Defendants Must Produce" to MDL 2804 Document 3106, Special Master Cohen's "Discovery Ruling Regarding Pharmacy Data Production" dated January 27, 2020 (the "Dispensing Data Order").[1] For purposes of this request, the term "cocktail drugs" shall mean the list of drugs contained in "Exhibit B – List of Drugs Plaintiffs want for a 'Red Flag' analysis" attached to the Dispensing Data Order. Consistent with the Dispensing Data Order, "[e]ach Defendant may choose to simply produce all of its data for benzodiazepine and muscle relaxer prescriptions, without limitation; or instead produce only data for such prescriptions where it dispensed a benzodiazepine or muscle relaxer to a patient and also dispensed an opioid to the same patient within 14 days (before or after)." See Dispensing Data Order at 6.

---

[1] To the extent that a Defendant refers to any other data field in its defense, all records in those data fields shall be produced throughout the relevant time period.

2

2. Please produce all data, information, policies, procedures, training materials, and reports available to You, reviewed by You, or created by You to determine, review, audit, or otherwise analyze dispensing and prescribing practices, potential diversion or compliance with statutory, regulatory, or other duties to prevent the diversion of opioids in the context of Your dispensing of controlled substances.

3. Please produce all data, information, and reports You obtained or maintained, from internal or external sources, that You used during the relevant time period to track, record, review, audit, or otherwise analyze Your dispensing of prescription drugs.

Dated: May 24, 2020                     Respectfully submitted,

/s/Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor New York, NY 10016
(212) 784-64009 (fax)
phanly@simmonsfirm.com

/s/Joseph F. Rice
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.
FARRELL LAW
422 Ninth St., 3rd Floor
Huntington, WV  25701
(304) 654-8281
paul@farrell.law

*Plaintiffs' Co-Lead Counsel*

/s/Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*