# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio,* et al. *v. Purdue Pharma L.P.,* et al.<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio,* et al. *v. Purdue Pharma L.P.,* et al.<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANT DISCOUNT DRUG MART, INC., NOTICE OF INTENTION TO CALL STORE PHARMACISTS AS WITNESSES AT TRIAL

By order entered April 29, 2020 (Doc. 3280), the Court directed the Pharmacy Defendants to provide their positions on two issues. First, the Court ordered the Pharmacy Defendants to either "(a) confirm that all related corporate entities may be referred to as a single entity at trial and on the verdict form; ..." Second, the Court ordered the Pharmacy Defendants to identify "pharmacist witnesses" they intend to call at trial, and to describe those witnesses' anticipated testimony and explain why that testimony is necessary and appropriate. Order at 1-2.

Defendant, Discount Drug Mart, Inc. ("DDM") responds to the order as follows:

DDM does not intend to call any store pharmacists as witnesses at trial under the current state of the case. If the Court orders additional discovery or allows the possibility of the use of dispensing related data or discovery at trial, DDM reserves its rights to reconsider its decision.

DDM has previously disclosed "corporate witnesses" that have pharmacy degrees, some of which have been deposed by Plaintiffs, that DDM is assuming are not part of this notice requirement. If, for some reason, that is not the case, then DDM would have to supplement its response.

s/ Timothy D. Johnson (consent)
Timothy D. Johnson
Gregory E. O'Brien
CAVITCH FAMILO & DURKIN,
CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, OH 44114
Phone: (216) 621-7860
Fax: (216) 621-3415
Email: tjohnson@cavitch.com
Email: gobrien@cavitch.com

*Counsel for Discount Drug Mart, Inc.*