**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>Track Three Cases | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

**CASE TRACK THREE PLAINTIFFS' NOTICE OF FILING REDACTED EXHIBITS TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

The Case Track Three Plaintiffs, Lake County and Trumbull County, Ohio ("Plaintiffs") respectfully submit this Notice of Filing Redacted Exhibits to their Motion for Leave to File Amended Complaints ("Motion"). To ensure that they complied with all applicable Court orders concerning information that has been designated confidential, Plaintiffs previously filed Exhibits A and B to their Motion under seal as Doc. Nos. 3295 & 3296, although they did not believe that the information warranted remaining under seal. Pursuant to this Court's May 15, 2020 Order, the Case Track Three Defendants each advised on May 20, 2020 that they will not request or seek any redactions to these exhibits. Other Defendants whose documents are cited have not yet advised whether they will assert any redactions. Accordingly, Plaintiffs are now filing redacted versions of Exhibits A and B to their Motion on the public docket out of abundance of caution.

Dated: May 27, 2020

Respectfully submitted,

/s/Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400

1

(212) 213-5949 (fax)
phanly@simmonsfirm.com

/s/ Joseph F. Rice
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.
FARRELL LAW
422 Ninth St., 3rd Floor
Huntington, WV  25701
(304) 654-8281
paul@farrell.law

*Plaintiffs' Co-Lead Counsel*


/s/ Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &
LIBER 1001 Lakeside Avenue East,
Suite 1700 Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*


Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

Frank Gallucci (0072680)
PLEVIN, & GALLUCCI COMPANY, L.P.A.

2

55 Public Square, Suite 2222
Cleveland, Ohio 44113
FGallucci@pglawyer.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

/s/ Linda Singer
Linda Singer