**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *County of Monroe, Michigan v. Purdue Pharma L.P., et al.*, Case No. 1:18-op-45158 | Hon. Dan Aaron Polster |

**DISTRIBUTORS' MOTION FOR LEAVE TO FILE A MOTION TO CERTIFY UNDER 28 U.S.C. § 1292(b) THE COURT'S APRIL 30, 2020 ORDER DENYING IN PART THEIR MOTION TO DISMISS MONROE COUNTY'S CLAIMS, FOR PURPOSES OF SEEKING IMMEDIATE APPEAL OF THE COURT'S RULINGS THAT DENIED DISMISSAL OF THE COUNTY'S CLAIMS**

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") respectfully request leave to file a motion to certify under 28 U.S.C. § 1292(b) the Court's April 30, 2020 Opinion and Order, Dkt. 3285 ("Order") denying in part their motion to dismiss claims asserted by Monroe County, Michigan, for purposes of an immediate appeal of the Court's rulings that denied dismissal of the County's claims.

Attached hereto are Distributors' proposed motion, memorandum of law in support of that motion, and a proposed order granting Distributors' motion for Section 1292(b) certification. *See* Exs. A–C. For the reasons explained in Distributors' memorandum of law, *see* Ex. B, certification for purposes of an immediate appeal of the Court's rulings that denied dismissal of the County's claims is warranted. Accordingly, Distributors request leave to file the attached motion and supporting papers.

| | |
|---|---|
| DATED: May 29, 2020 | Respectfully submitted, |

| | |
|---|---|
| */s/ Geoffrey E. Hobart* | */s/ Robert A. Nicholas* |
| Geoffrey E. Hobart | Robert A. Nicholas |
| Mark H. Lynch | Shannon E. McClure |
| Christian J. Pistilli | REED SMITH LLP |
| COVINGTON & BURLING LLP | Three Logan Square |
| One CityCenter | 1717 Arch Street, Suite 3100 |
| 850 Tenth Street N.W. | Philadelphia, PA 19103 |
| Washington, DC 20001 | Tel.:  (215) 851-8100 |
| Tel: (202) 662-5281 | Fax:  (215) 851-1420 |
| ghobart@cov.com | rnicholas@reedsmith.com |
| mlynch@cov.com | smcclure@reedsmith.com |
| cpistilli@cov.com | |
| | |
| *Counsel for McKesson Corporation* | *Counsel for AmerisourceBergen Drug Corporation* |

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
EMainigi@wc.com
lheard@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

## **CERTIFICATE OF SERVICE**

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

> */s/ Geoffrey E. Hobart*
> Geoffrey E. Hobart

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *County of Monroe, Michigan v. Purdue Pharma L.P., et al.*, Case No. 1:18-opinion-45158 | Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING DISTRIBUTORS' MOTION FOR LEAVE TO FILE A MOTION TO CERTIFY UNDER 28 U.S.C. § 1292(b) THE COURT'S APRIL 30, 2020 ORDER DENYING IN PART THEIR MOTION TO DISMISS MONROE COUNTY'S CLAIMS, FOR PURPOSES OF SEEKING IMMEDIATE APPEAL OF THE COURT'S RULINGS THAT DENIED DISMISSAL OF THE COUNTY'S CLAIMS

This matter having come before the Court upon motion by Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") for leave to file a Motion to Certify for Interlocutory Appeal Under 28 U.S.C. § 1292(b) the Court's April 30, 2020 Order Denying in Part their Motion to Dismiss Monroe County's Claims For Purposes of Seeking Immediate Appeal of the Court's Ruling that Denied Dismissal of the County's claims; the Court having reviewed the motion and related papers; due and proper notice having been provided; and after due deliberation, the Court finds that Distributors' motion should be GRANTED.

SO ORDERED this __ day of _____, 2020.

---

**HON. DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**