# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *County of Monroe, Michigan v. Purdue Pharma L.P., et al.*, Case No. 1:18-op-45158 | Hon. Dan Aaron Polster |

**DISTRIBUTORS' MOTION TO CERTIFY UNDER 28 U.S.C. § 1292(b) THE COURT'S APRIL 30, 2020 ORDER DENYING IN PART THEIR MOTION TO DISMISS MONROE COUNTY'S CLAIMS, FOR PURPOSES OF SEEKING IMMEDIATE APPEAL OF THE COURT'S RULINGS THAT DENIED DISMISSAL OF THE COUNTY'S CLAIMS**

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") respectfully request leave to file a motion to certify under 28 U.S.C. § 1292(b) the Court's April 30, 2020 Opinion and Order, Dkt. 3285 ("Order") denying in part their motion to dismiss claims asserted by Monroe County, Michigan, for purposes of an immediate appeal of the Court's rulings that denied dismissal of the County's claims.  Specifically, Distributors seek certification of the Order so they may request an interlocutory appeal of the following issues:  (1) whether the County's allegations meet RICO's proximate causation and injury to "business or property" requirements; and (2) whether the County's remaining claims must be dismissed because they are state law claims that constitute a "product liability action" within the meaning of the Michigan Product Liability Act ("MPLA"), which bars such actions.

An immediate appeal of these issues raised by the Court's Order is warranted.  The grounds for Distributors' motion are set forth in the attached memorandum of law; a Proposed Order granting Distributors' motion for certification under Section 1292(b) is also attached.

DATED: _____                                              Respectfully submitted,

_____                                              _____
Geoffrey E. Hobart                                                          Robert A. Nicholas
Mark H. Lynch                                                               Shannon E. McClure
Beth S. Brinkmann                                                           REED SMITH LLP
Christian J. Pistilli                                                       Three Logan Square
COVINGTON & BURLING LLP                                                     1717 Arch Street, Suite 3100
One CityCenter                                                              Philadelphia, PA 19103
850 Tenth Street, N.W.                                                      Tel: (215) 851-8100
Washington, DC 20001                                                        Fax: (215) 851-1420
Tel: (202) 662-6000                                                         rnicholas@reedsmith.com
ghobart@cov.com                                                             smcclure@reedsmith.com
mlynch@cov.com
bbrinkmann@cov.com
cpistilli@cov.com                                                           *Counsel for AmerisourceBergen*
                                                                            *Drug Corporation*
*Counsel for McKesson Corporation*


_____
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
EMainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*