UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) Case No. 1:17-MD-2804 ) ) Judge Dan Aaron Polster ) ) ) ORDER REGARDING ) PROFESSOR RUBENSTEIN'S ) <u>REPORT AND RECOMMENDATION</u> ) |

Before the Court is Plaintiffs' Amended Motion for Entry of Order Establishing Common Benefit Fund. Doc. #: 3112. The Court appointed Professor William B. Rubenstein to assist in its review of these complex matters. Doc. #: 3218. Some parties filed a motion seeking clarification of Professor Rubenstein's role. Doc. #: 3250.

Professor Rubenstein has submitted a Report to the Court and made recommendations as to how the Court should proceed on the common benefit motion. *See* Doc. #: 3302. The Court finds the recommendations in this Report, which suggest solicitation of additional briefing, are appropriate. Accordingly, the Court:

1. **adopts** the Report and its recommendations. As Professor Rubenstein suggests, movants and interested parties should submit briefs of no more than 25 pages addressing the issues and questions raised, on or before the date 21 days from the date of this Order. *See* Report at 9-10. Interested parties should work to submit group briefs and avoid repetition as much as possible.

2. **provides notice** that Professor Rubenstein's work is complete with the submission of his report and recommendations and that, as of the date of this Order, Professor Rubenstein's consultancy has ended;

3. **denies as moot** the motion seeking clarification of Professor Rubenstein's work (Doc. #: 3250); and

4. **directs** movants to ensure that all non-parties who filed oppositions to the motion receive a copy of the Report and this Order.

*/s/ Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: June 3, 2020**