IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) MDL Case No. 1:17-md-02804-DAP ) ) Member Case No. 1:18-op-45048-DAP |
| This document relates to: | ) ) JUDGE DAN AARON POLSTER |
| *The City of Columbus v. Purdue Pharma L.P. et al.* | ) ) ) |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that Kathleen A. Nitschke of the law firm of Giffen & Kaminski, LLC, 1300 East Ninth Street, Suite 1600, Cleveland, OH 44114, hereby enters her appearance as additional counsel of record in the above-captioned action for Defendants The Drug Store Pharmacy Inc. and The Drug Store Clinic Pharmacy Inc. (incorrectly named in the Short Form for Supplementing Complaint as "Drug Store Pharmacy, a/k/a The Drug Store Clinic and Pharmacy").

Respectfully submitted,

*/s/ Kathleen A. Nitschke*
Jan L. Roller (0008171)
Kathleen A. Nitschke (0073397)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
E-Mail: jroller@thinkgk.com
knitschke@thinkgk.com
**Counsel for Defendants The Drug Store Pharmacy Inc. and The Drug Store Clinic Pharmacy Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance of Additional Counsel* was filed electronically this 4th day of June 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

/s/ Kathleen A. Nitschke
Kathleen A. Nitschke (0073397)
**Counsel for Defendants The Drug Store Pharmacy Inc. and The Drug Store Clinic Pharmacy Inc.**