# EXHIBIT A

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF OHIO
3               EASTERN DIVISION
4          ~~~~~~~~~~~~~~~~~~~~
5
6   IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION
7             Case No: 1:17-md-2804-DAP
8
9   This document relates to:
10  All Cases
11
12         ~~~~~~~~~~~~~~~~~~~~
13
14            AUDIO TRANSCRIPTION
15             CONFERENCE CALL
16
17
            Transcribed July 18, 2018
18
19
20
21
22
             Veritext Legal Solutions
23       1100 Superior Avenue, Suite 1820
               Cleveland, Ohio
24
25          Stephen J. DeBacco, RPR

Page 34

1  inspection.  I believe it was July 23rd.  And
2  that they would actually make the medical
3  examiner available for a deposition the next
4  day.  Obviously, that's not giving us enough
5  time to --
6         SPECIAL MASTER COHEN:  No, it's
7  not.
8         MS. ROITMAN:  -- review the
9  records.  But more importantly, that there's
10 insufficient time for them to review these
11 records.  And since then, the parties have had
12 discussions about the privacy issues and the
13 position that actually federal law applies, and
14 we think that's a lot (inaudible), and that
15 these records are sufficiently protected under
16 the existing protective order.
17        In fact, Summit County produced
18 medical examiner records, you know, with those
19 protective order designations, not designated
20 as highly confidential.  So just a point of
21 clarification on that, certainly our agreement
22 was not an agreement that in copy -- in-person
23 hard copy productions were sufficient to
24 satisfy Plaintiffs' discovery obligations here.
25        MALE SPEAKER:  They've agreed and

Page 35

1  understood to that.
2         SPECIAL MASTER COHEN:  Yes?
3         MALE SPEAKER:  Just, I think we
4  all -- underneath -- we were waiting for an
5  order to come down, and your order did come
6  down last week, and -- and we now are making it
7  available.  I just -- I don't think there's
8  much more to say on that, other than the fact
9  that we had an agreement and we're abiding by
10 it.
11        SPECIAL MASTER COHEN:  Well, they
12 need to be made available as soon as possible.
13 I don't know where June 20 -- excuse me, July
14 23rd is coming, but that's two weeks from now.
15 It doesn't seem like it should take that long.
16        MALE SPEAKER:  We'll reach the
17 medical examiner, try to move that up, make it
18 available in their facilities.  But we'll take
19 care of that.
20        SPECIAL MASTER COHEN:  Thank you.
21        The only other thing I want to talk
22 about today, and I do have a few others on my
23 list, but the only other one I want to talk
24 about today is, you know, I issued a discovery
25 ruling, number two, that set some temporal and

Page 36

1  geographic scope rulings, and I've heard back
2  both formally and informally from a variety of
3  parties -- well, I should say a variety of
4  Defendants, who were unhappy with that.  And of
5  course, they always have the opportunity to
6  file objections that the Court would take up.
7         What I want to say is that I'm
8  thinking about that anew -- you can call it a
9  sua sponte reconsideration if you want -- and
10 trying to figure out the extent to which I'm
11 going to leave it alone or maybe tweak it.  But
12 that said, it should certainly be the case that
13 as far as the geographics go, all Defendants
14 concentrate on Ohio, that Ohio comes out first.
15 We need to get Ohio -- all the discovery that
16 is Ohio-related produced.
17        And as far as the temporal scope,
18 at the very least, when Defendants are saying,
19 "Well, we only want to go back to date X," say
20 2013, at the very least, that should be
21 produced as, you know, given that Defendants
22 are saying, "This is what we're willing to do."
23 And, you know, that's a defendant-by-defendant
24 thing, I know, and that there have been --
25 there were agreements that were reached,

Page 37

1  partially.
2         Defendants need to reach back to
3  the earliest date they can, that they've agreed
4  to in writing or orally or however else with
5  the Plaintiffs, and produce that stuff in Ohio
6  as quickly as possible.  And then I -- you
7  know, I'm going to -- I'm going to decide
8  whether I'm going to change that order in any
9  respect soon.
10        There's one more thing I want to
11 add --
12        MS. WELCH:  Special Master Cohen,
13 this is --
14        SPECIAL MASTER COHEN:  Yes.
15        MS. WELCH:  -- Donna Welch for
16 Allergan and the manufacturing Defendants.  We
17 will be getting you something in writing on
18 that, hopefully tomorrow morning, laying out
19 from the various manufacturers' positions some
20 of the burden associated with temporal scope
21 and the expansion of the product scope.  I just
22 wanted to flag that that's coming, and I think
23 it's important in the context of discussions
24 about, for example, when can you produce
25 custodial files.

10 (Pages 34 - 37)