| Doc. # | Bates (range provided if family) | CT1 Deponents included on/in document | Subject/Document Title (metadata) | Document Date | Category One Topic (DR-22) | CT1 Search Terms |
|---|---|---|---|---|---|---|
| 1 | ABDCMDL00570277 | Zimmerman, Chris | Re: Timeline for CII [DEA Settlement] | 2/13/2013 | Distribution Monitoring Diversion Regulatory Activity | CSRA and High w/2 risk DEA and Settle* CSRA and Oxycodone |
| 2 | ABDCMDL05796118 | Hazewski, Edward Mays, Steve Norton, Rita Zimmerman, Chris | FW: Energy and Commerce Subcommittee Hearing Recap | 3/2/2012 | Advocacy groups Diversion Regulatory Activity | pill w/2 mill* DEA and Rannazzisi |
| 3 | ABDCMDL05864639 | Zimmerman, Chris | RE: Increasing DEA Audit Readiness | 9/22/2015 | Distribution Monitoring Diversion Regulatory Activity | SOP w/25 "controlled substance" and w/25 Polic* SOM w/25 Train* |
| 4 | ABDCMDL00569293 | May, David Norton, Rita Zimmerman, Chris | RE: Orrin Hatch: Drop the conspiracy theories. Congress didn't hobble the DEA | 10/20/2017 | Advocacy groups Distribution Monitoring Diversion Regulatory Activity | HDA.org and DEA HDA.org w/50 Congress |
| 5 | ABDCMDL06208729 | May, David Mays, Steve Hartman, Sharon | FW: Due Diligence Policies | 10/31/2017 | Distribution Monitoring Diversion | OMP w/25 Polic* Diversion Control Program w/25 Procedure |
| 6 7 | ABDCMDL06666405 ABDCMDL06666406 | Guerreiro, Marcelino Hartman, Sharon May, David | OMP report summary by [sales] Associate [attaching 24M OMP Activity] | 10/10/2018 | Distribution Monitoring Diversion Suspicious Order Reports | OMP and Enhance |
| 8 | ABDCMDL05843263 | Hazewski, Edward Mays, Steve Zimmerman, Chris | RE: Low Volume / High Risk Account Review Process | 10/29/2013 | Distribution Monitoring Diversion Suspicious Order Reports | CSRA and High w/2 risk |
| 9 | ABDCMDL05844460 | Gundy, Bruce Hazewski, Edward Mays, Steve Zimmerman, Chris | RE: Emailing: Director, Pharmacy Compliance, Diversion Control January 2014.docx | 1/14/2014 | Distribution Monitoring Diversion | DCP w/25 Polic* |
| 10 | ABDCMDL07390208-0211 | Gundy, Bruce Hazewski, Edward Kreutzer, Kevin May, David Mays, Steve Tomkiewicz, Joseph Zimmerman, Chris | OMP/CPA Buying Group | 2/16/2009 | Distribution Monitoring Diversion | CSRA and high w/2 risk |
| 11 | ABDCMDL05858088-8091 | Gundy, Bruce Hazewski, Edward Mays, Steve Zimmerman, Chris | January 2014 CSRA Monthly Summary FINAL.docx | 1/13/2014 | Distribution Monitoring Diversion Suspicious Order Reports | Pharma Compliance Group and audit* |
| 12 | ABDCMDL06597117 | May, David Mays, Steve Norton, Rita Zimmerman, Chris | Re: Summary of DEA Meeting | 3/2/2016 | Distribution Monitoring Diversion Regulatory Activity | HDMA and DEA HDMA w/50 diver* |
| 13 14 | ABDCMDL05864933 ABDCMDL05864935 | May, David Mays, Steve Zimmerman, Chris | DEA [Masters] attaching "Just in Time" | 10/27/2015 | Distribution Monitoring Diversion Regulatory Activity | Masters w/50 Suspicious |

| Doc. # | Bates (range provided if family) | CT1 Deponents included on/in document | Subject/Document Title (metadata) | Document Date | Category One Topic (DR-22) | CT1 Search Terms |
|---|---|---|---|---|---|---|
| 15 | ABDCMDL05845467 | Norton, Rita Zimmerman, Chris | Re: Important Request- Marino/Blackburn Legislative Options | 3/23/2014 | Advocacy groups Distribution Monitoring Diversion Regulatory Activity | HDMA and Marino HDMA and DEA |
| 16 | ABDCMDL00568949 | Zimmerman, Chris | Zim Goals FY 2009.XLS | 10/17/2008 | Diversion Distribution Monitoring | OMP w/25 polic* |
| 17 | ABDCMDL06535228 | May, David | RE: HDA March Meeting | 2/22/2017 | Advocacy groups Diversion | HDA w/50 diver* HDA w/50 suspicio* |
| 18 | ABDCMDL05860108 | Norton, Rita Zimmerman, Chris | RE: Marino lunch | 6/24/2014 | Advocacy groups Regulatory Activity | Marino and HDMA NACDS and DEA HDMA and DEA |
| 19 | ABDCMDL00568928 | Gundy, Bruce May, David Mays, Steve Zimmerman, Chris | Efficient & Effective in FY16 9.18.15.docx | 9/24/2015 | Sales training Diversion Distribution Monitoring Regulatory Activity Suspicious Order Reports | OMP and FTI OMP and Enhance |
| 20 | ABDCMDL00568794 | Zimmerman, Chris | Since OSC [Order Show Cause] 2007 | 6/19/2007 | Distribution Monitoring Diversion Regulatory Activity | DEA and OSC CSRA and Hydrocodone |
| 21 | ABDCMDL00568946 | Zimmerman, Chris | Zim 2017 Review Narrative.docx | 9/20/2017 | Sales training Diversion Distribution Monitoring Regulatory Activity Suspicious Order Reports | SOM and Develop CSRA and Opioid |
| 22 | ABDCMDL00566401 | Zimmerman, Chris | Major Initiatives for 2014 | 5/27/2018 | Diversion Regulatory Activity | OMP w/25 Train* |
| 23 24 | ABDCMDL00568700 ABDCMDL00568701 | Hazewski, Edward Zimmerman, Chris | Emailing: 2011 Pharmacy & Distributor Closures | 1/10/2012 | Distribution Monitoring Diversion Suspicious Order Reports | DEA and Suspen* |
| 25 | ABDCMDL00521255 | Hazewski, Edward Mays, Steve | RE: Diversion Control Program | 8/13/2013 | Distribution Monitoring Diversion Suspicious Order Reports | CSRA and high w/2 risk CSRA and OX OMP w/25 polic* |
| 26 | ABDCMDL00521520 | Hazewski, Edward Garcia, Elizabeth | RE: Cardinal Health Memorandum of Agreement | 8/11/2014 | Regulatory activity | DEA and Memorandum of Agreement DEA and Order to show cause |
| 27 28 | ABDCMDL00542407 ABDCMDL00542409 | Hazewski, Edward Mays, Steve Tomkiewicz, Joseph Zimmerman, Chris | RE: 9:00 AM [attaching C2_Oxy List by ABC Serviced Store.xlsx] | 2/15/2013 | Distribution Monitoring Diversion Suspicious Order Reports | OY and Track One Customer Block |
| 29 | ABDCMDL00542088 | Cherveny, Eric Hazewski, Edward May, David Mays, Steve | RE: Help… | 10/27/2016 | Distribution Monitoring Diversion | OMP w/25 Train* OMP and Enhance |
| 30 | ABDCMDL00552221 | Hazewski, Edward Mays, Steve Tomkiewicz, Joseph Zimmerman, Chris | 30 mg OX thresholds [4 attachments that collectively show OX reductions by region] | 11/13/2012 | Sales training Diversion Distribution Monitoring Suspicious Order Reports | "Order Monitoring Program" and Enhance |

| Doc. # | Bates (range provided if family) | CT1 Deponents included on/in document | Subject/Document Title (metadata) | Document Date | Category One Topic (DR-22) | CT1 Search Terms |
|---|---|---|---|---|---|---|
| 31 | ABDCMDL00544779 | Cherveny, Eric<br>Hazewski, Edward<br>May, David<br>Mays, Steve<br>Zimmerman, Chris | RE: Help…[things CSRA needs to do] | 10/27/2016 | Distribution Monitoring<br>Diversion | SOM w/25 Train*<br>OMP w/25 Train*<br>OMP and Enhance |
| 32 | ABDCMDL00550144 | Gundy, Bruce<br>Hazewski, Edward<br>Mays, Steve<br>Zimmerman, Chris | RE: DEA at Mykal Discount Pharmacy | 1/25/2011 | Distribution Monitoring<br>Diversion<br>Regulatory activity<br>Suspicious Order Reports | DEA and Subpoena<br>DEA and Suspen* |
| 33 | ABDCMDL00549946 | Gundy, Bruce<br>Hazewski, Edward<br>Tomkiewicz, Joseph<br>May, David<br>Mays, Steve<br>Zimmerman, Chris | RE: Walgreens | 4/9/2012 | Distribution Monitoring<br>Diversion<br>Regulatory activity<br>Suspicious Order Reports | DEA and Suspen*<br>Oxy* and Senat* |
| 34 | ABDCMDL00568712 | Hazewski, Edward<br>Mays, Steve<br>Zimmerman, Chris | FW: Fwd: Case 40759 Bell's Pharmacy Camden [attaching OMP_Post-Deployment_Customer_Overview (2).pdf] | 5/16/2012 | Distribution Monitoring<br>Diversion<br>Suspicious Order Reports | CSRA and oxycodone<br>CSRA and 1301.74(b)<br>OMP and 1301.74(b) |
| 35 | ABDCMDL00554260-4263 | Guerreiro, Marcelino<br>Hazewski, Edward<br>Kreutzer, Kevin<br>Mays, Steve<br>Tomkiewicz, Joseph<br>Zimmerman, Chris | [call] Cancelled: Documentation | 5/7/2013 | Sales training<br>Diversion<br>Distribution Monitoring | CSRA and high w/2 risk<br>CSRA and hydromorphone or oxycodone or oxymorphone |
| 36 | ABDCMDL00551575-1548 | Hazewski, Edward | Forms [attaching Guidelines for Threshold Review] | 6/14/2012 | Distribution Monitoring<br>Diversion<br>Sales Training | "Order Monitoring Program" and Modif* |
| 37 | ABDCMDL00550515 | Hazewski, Edward<br>Zimmerman,, Chris | RE: Order Monitoring Program (OMP) | 10/26/2010 | Sales training<br>Diversion<br>Distribution Monitoring | OMP and Develop |
| 38 | ABDCMDL05783029 | Mays, Steve<br>Norton, Rita<br>Zimmerman, Chris | RE: Feedback Needed on Pain Care Forum's Coalition | 3/15/2012 | Advocacy groups<br>Diversion | HDMA and DEA |
| 39 | ABDCMDL05921938 | Mays, Steve<br>Norton, Rita<br>Zimmerman, Chris | RE: Article on the Marino Bill | 10/22/2014 | Diversion<br>Regulatory Activity | Pill w/2 mill* |
| 40 | ABDCMDL05784660 | Gundy, Bruce<br>Hazewski, Edward<br>Mays, Steve<br>Zimmerman, Chris | FW: HDMA's planned statement | 6/27/2012 | Advocacy groups<br>Regulatory Activity | Pill w/2 mill*<br>HDMA and Drug Enforcement |
| 41<br>42<br>43 | ABDCMDL05778656<br>ABDCMDL05778657<br>ABDCMDL05778662 | Gundy, Bruce<br>Hazewski, Edward<br>Mays, Steve<br>Zimmerman, Chris | FW: New Contact info/White Paper [Attaching asis compliance program manuals] | 3/3/2011 | Distribution Monitoring<br>Diversion | DEA and "Notice of Inspection"<br>"Pharma Compliance Group" and Diligence<br>SOP w/25 diver* w/25 Polic* |
| 44 | ABDCMDL00580140 | Weissman, Gabriel | Media Engagement Recap | 9/14/2017 | Advocacy groups | HDA.org and DEA |

| Doc. # | Bates (range provided if family) | CT1 Deponents included on/in document | Subject/Document Title (metadata) | Document Date | Category One Topic (DR-22) | CT1 Search Terms |
|---|---|---|---|---|---|---|
| 45 | ABDCMDL00570517 | Zimmerman, Chris | RE: GAO Report on DEA Processes to Review Registrant Eligibility | 6/22/2016 | Advocacy groups Distribution Monitoring Diversion | HDA.org and DEA |
| 46 | ABDCMDL05781234 | Hazewski, Edward Mays, Steve Zimmerman, Chris | RE: Covidien | 3/6/2012 | Distribution Monitoring Diversion Suspicious Order Reports | SOM and Develop |
| 47 | ABDCMDL05779938 | Hazewski, Edward Zimmerman,, Chris | RE: today's WSJ article Cardinal, CVS & DEA | 2/21/2012 | Distribution Monitoring Diversion | CSRA and Oxycodone Oxy w/25 DEA and Threshold |
| 48 | ABDCMDL05777517 | Hazewski, Edward Mays, Steve Zimmerman, Chris | RE: ABC National Sales Meeting - Can you Review this with the South Region? | 11/15/2011 | Sales training Diversion Distribution Monitoring | CSRA and oxycodone or hydromorphone |
| 49 | ABDCMDL05796115 | Hazewski, Edward Mays, Steve Norton, Rita Zimmerman, Chris | RE: Energy and Commerce Subcommittee Hearing Recap | 3/2/2012 | Advocacy groups Diversion Regulatory Activity | pill w/2 mill* DEA and Rannazzisi DEA and Suspen* |
| 50 | ABDCMDL05793926 | Norton, Rita Zimmerman, Chris | Re: Rep. Marino Lunch | 6/18/2014 | Advocacy groups Regulatory Activity | National Community Pharmacists Association w/50 Congress |
| 51 | ABDCMDL05789381 | May, David Mays, Steve Norton, Rita Zimmerman, Chris | FW: McK White Paper on Opioid Abuse [attached] | 4/28/2017 | Advocacy groups Diversion Regulatory Activity | HDA w/50 Task Force Opioid and HDA Opioid and Energy w/3 Commerce |
| 52 | ABDCMDL05791245 | Zimmerman, Chris | Tandy 5 29 07 letter with attachments.pdf | 5/29/2007 | Distribution Monitoring Diversion Regulatory Activity | diver* w/20 unlawful* DEA and Order to Show Cause |
| 53 | ABDCMDL05829763 | May, David Norton, Rita Zimmerman, Chris | RE: Controlled Substance Media Update | 3/13/2017 | Advocacy groups Diversion | Opioid and HDA HDA and DEA |
| 54 | ABDCMDL05847672 | May, David Mays, Steve Norton, Rita Zimmerman, Chris | RE: DEA Tramadol rule - troubling implications | 7/8/2014 | Advocacy groups Diversion Regulatory Activity | Hydrocodone and HDMA HDMA and DEA Hydrocodone w/25 DEA |
| 55 | ABDCMDL05850621 | Mays, Steve Norton, Rita Zimmerman, Chris | RE: Article on the Marino Bill | 10/22/2014 | Diversion Regulatory Activity | pill w/2 mill* |
| 56 | ABDCMDL05846812 | Norton, Rita Zimmerman, Chris | Fwd: Meeting with Holder | 5/29/2014 | Advocacy groups Diversion Regulatory Activity | HDMA and Marino HDMA and DEA NCPA w/50 diver* |
| 57 | ABDCMDL05829847 | Gundy, Bruce Hazewski, Edward Mays, Steve Zimmerman, Chris | RE Controlled Substance Media Update | 3/14/2017 | Advocacy groups Diversion | HDA and hydrocodone HDA and DEA Opioid and HDA |
| 58 | ABDCMDL05819913 | Hartman, Sharon May, David Mays, Steve Zimmerman, Chris | RE: [Rx News] DEA Pill Mill crackdown may be causing unintended Consequence | 8/5/2015 | Advocacy groups Regulatory Activity | pill w/2 mill NADDI w/50 DEA |
| 59 | ABDCMDL05797902 | Mays, Steve Zimmerman, Chris | Re: destruction of unused patient meds | 8/17/2011 | Diversion | Controlled substance w/20 illegal* |

| Doc. # | Bates (range provided if family) | CT1 Deponents included on/in document | Subject/Document Title (metadata) | Document Date | Category One Topic (DR-22) | CT1 Search Terms |
|---|---|---|---|---|---|---|
| 60 | ABDCMDL05831172-1175 | Zimmerman, Chris | Compliance History [attaching 2016 ABDC Compliance History.docx] | 5/19/2017 | Distribution Monitoring Diversion Regulatory Activity | DEA and Suspen* DEA and Order to Show Cause |
| 61 | ABDCMDL05859392 | Gundy, Bruce May, David Mays, Steve Norton, Rita Zimmerman, Chris | RE: Clip of AG Holder with Rep. Marino on rx drug abuse | 4/10/2014 | Advocacy groups Regulatory Activity | Marino and HDMA |
| 62 | ABDCMDL05919654 | Gundy, Bruce Hartman, Sharon Hazewski, Edward May, David Mays, Steve Zimmerman, Chris | Re: Letter to the Editor - August 3 [Dr. Prescribing habits] | 8/4/2017 | Advocacy groups | *contin and HDA Opioid and HDA |
| 63 | ABDCMDL06171523 | Mays, Steve Norton, Rita Zimmerman, Chris | RE: Initial Conference Call for Controlled Substances Abuse Task Force | 7/26/2012 | Advocacy groups | HDMA and "Task Force" |
| 64 | ABDCMDL06209133 | May, David Mays, Steve Zimmerman, Chris | FW: NACDS Legal and Compliance Joint Workgroup: Sept. 27, 2017 Call Summary | 9/28/2017 | Advocacy groups Diversion Regulatory Activity | NACDS w/50 DEA Masters w/50 suspicious |
| 65 | ABDCMDL06433723-3725 | May, David Zimmerman, Chris | Response letter to Kaiser Regarding OMP [attached] | 12/20/2017 | Distribution Monitoring Diversion | OMP and 1301.74(b) |
| 66 67 68 69 | ABDCMDL06965500 ABDCMDL06965501 ABDCMDL06965502 ABDCMDL06965505 | Hartman, Sharon May, David Mays, Steve Zimmerman, Chris | ROMP Annual Refresh - OMP Drug Family discussions [three attachments] | 10/26/2016 | Distribution Monitoring Diversion Suspicious Order Reports | OMP and FTI |
| 70 | ABDCMDL06964817 | Gundy, Bruce Hazewski, Edward Mays, Steve Zimmerman, Chris | RE: Quality Assessment Review (QAR) for CSRA | 9/9/2011 | Sales training Diversion Distribution Monitoring | HDMA w/50 diver* HDMA and oxy |
| 71 | ABDCMDL06149436 | Hazewski, Edward Mays, Steve Zimmerman, Chris | Contingency Planning for DC License Suspension | 2/4/2012 | Distribution Monitoring Diversion Regulatory Activity | DEA and Suspen* |
| 72 | ABDCMDL06962871 | Norton, Rita | Privileged and Confidential [Collis Prep for E&C Hearing] | 5/8/2018 | Diversion Regulatory Activity | Opioid and Committee |
| 73 | ABDCMDL06159883 | Hazewski, Edward Mays, Steve Zimmerman, Chris | RE: "Big Four" DEA Strategy Discussion 2 | 2/13/2013 | Advocacy groups Distribution Monitoring Diversion Regulatory Activity | HDMA and DEA |
| 74 | ABDCMDL00569405 | May, David Mays, Steve Zimmerman, Chris | RE: Primary Regulatory Contacts for AmerisourceBergen | 10/13/2017 | Advocacy groups Distribution Monitoring Diversion Regulatory Activity | HDA and DEA HDA w/50 polic* |
| 75 | ABDCMDL00569249 | Zimmerman, Chris | FW: Ideas for legislative proposals | 10/31/2017 | Distribution Monitoring Diversion Regulatory Activity | Opioid w/25 DEA |

| Doc. # | Bates (range provided if family) | CT1 Deponents included on/in document | Subject/Document Title (metadata) | Document Date | Category One Topic (DR-22) | CT1 Search Terms |
|---|---|---|---|---|---|---|
| 76 | ABDCMDL00569615 | Mays, Steve Zimmerman, Chris | RE: Ohio Pain Man. Clinic Licensing Bill Hearing Scheduled | 2/14/2011 | Advocacy groups Distribution Monitoring Diversion Regulatory Activity | DEA and HDMA |
| 77 78 79 80 81 | ABDCMDL00569618 ABDCMDL00569619 ABDCMDL00569620 ABDCMDL00569622 ABDCMDL00569623 | Mays, Steve Zimmerman, Chris | State Legislative and Regulatory Issues | 2/15/2011 | Distribution Monitoring Diversion Regulatory Activity | HDMA w/50 "Controlled substance" |
| 82 83 | ABDCMDL00569592 ABDCMDL00569593 | Gundy, Bruce Hazewski, Edward Mays, Steve Zimmerman, Chris | Policy regarding protocol when stopping CS shipments to customers.docx | 12/1/2011 | Distribution Monitoring Diversion Regulatory Activity | Diversion control program w/25 Polic* CSRA and High w/2 risk DEA and Suspen* |
| 84 | ABDCMDL00524989 | Cherveny, Eric Hazewski, Edward Marcum, Cathy Mays, Steve | RE: C-II cut from 2127 order | 4/3/2013 | Diversion Suspicious Order Reports | OX and BW8598611 [CT1 customer block] |
| 85 | ABDCMDL00544025 | Garcia, Elizabeth Guerreiro, Marcelino Hazewski, Edward Kreutzer, Kevin Zimmerman, Chris | RE: DCP/OMP Training Questions | 2/27/2014 | Sales training Diversion Distribution Monitoring Suspicious Order Reports | DCP w/25 Train* OMP w/25 Train* |
| 86 | ABDCMDL00571208 | Zimmerman, Chris | RE: Controlled Substance Purchases for FL Secondary Accounts | 2/7/2012 | Distribution Monitoring Diversion Regulatory Activity | HDMA w/50 "Controlled substance" "Controlled substance" w/20 illegal* |
| 87 | ABDCMDL00570215-0225 | Norton, Rita Zimmerman, Chris | FW: Drew Kent (Marino) to discuss DEA bill | 4/24/2013 | Advocacy groups Distribution Monitoring Diversion Regulatory Activity | Pill w/2 mill* |
| 88 | ABDCMDL00580120 | Mays, Steve Zimmerman, Chris | RE: C2 Hyper-Accelerated Perrysburg | 8/1/2017 | Distribution Monitoring Diversion | CSRA and High w/2 risk |
| 89 | ABDCMDL05815235 | May, David Norton, Rita Zimmerman, Chris | RE: Update from Hatch - please keep confidential | 9/11/2015 | Advocacy groups Distribution Monitoring Diversion Regulatory Activity | DEA and Suspen* |
| 90 | ABDCMDL05788612 | Norton, Rita Zimmerman, Chris | RE: DEA Administrator Overrules ALJ and Revokes a Distributor's DEA Registration | 9/15/2015 | Diversion Regulatory Activity | DEA and HDMA Masters w/50 suspicious Oxycodone and HDMA |
| 91 | ABDCMDL00620433 | Coldren, Emily May, David | RE: ABC Commitment/Activities re Opioid Crisis - HELP NEEDED | 11/21/2017 | Distribution Monitoring Diversion Suspicious Order Reports | OMP w/25 Train* SOP w/25 suspicio* and w/25 Train* |
| 92 93 94 | ABDCMDL06968414 ABDCMDL06968421 ABDCMDL06968423 | May, David Mays, Steve Norton, Rita Zimmerman, Chris | RE: ideas for legislative proposals [two attachments - ABC Legislative Recs Announcement & 60 Minutes op ed] | 11/4/2017 | Advocacy groups Distribution Monitoring Diversion Regulatory Activity | HDA and DEA Opioid w/25 DEA and suspicious |

| Doc. # | Bates (range provided if family) | CT1 Deponents included on/in document | Subject/Document Title (metadata) | Document Date | Category One Topic (DR-22) | CT1 Search Terms |
|---|---|---|---|---|---|---|
| 95 | ABDCMDL03831797 | Norton, Rita<br>Zimmerman, Chris | RE: Confidential | 1/14/2014 | Advocacy Group<br>Distribution Monitoring<br>Diversion | HDMA and DEA<br>NACDS and DEA<br>pill w/2 mill* |
| 96 | ABDCMDL00552327-2329 | Hazewski, Edward<br>Mays, Steve<br>Zimmerman, Chris | Talking Points/ Instructions [sales] | 8/7/2012 | Sales training<br>Diversion<br>Distribution Monitoring | CSRA and hydromorphone OR hydrocodone<br>OR oxycodone<br>oxy* w/25 DEA and Threshold |
| 97 | ABDCMDL06273793 | Mays, Steve | Re: Hydrocodone Legislation Introduced | 3/21/2013 | Advocacy groups<br>Distribution Monitoring | Hydrocodone and HDMA<br>Marino and HDMA |
| 98 | ABDCMDL05788026 | Hazewski, Edward<br>Hartman, Sharon<br>May, David<br>Mays, Steve<br>Zimmerman, Chris | RE: DEA House Appropriations Hearing | 4/3/2014 | Advocacy groups<br>Diversion<br>Regulatory Activity | Hydrocodone and House<br>HDMA and DEA<br>Hydrocodone w/25 and Diversion |
| 99 | ABDCMDL05793857 | Norton, Rita<br>Zimmerman, Chris | DEA | 1/29/2014 | Advocacy Group<br>Distribution Monitoring<br>Regulatory Activity | NACDS and DEA<br>NCPA w/50 DEA |
| 100 | ABDCMDL00542090 | Cherveny, Eric<br>Hazewski, Edward<br>May, David<br>Mays, Steve<br>Zimmerman, Chris | RE: Help… | 10/27/2016 | Distribution Monitoring<br>Diversion | OMP w/25 Train*<br>OMP and Enhance |