Case No. 20-3375

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

-------------------------------

In re: STATE OF OHIO BOARD OF PHARMACY

      Petitioner

Upon consideration of the petitioner's motion to voluntarily dismiss the Writ of Mandamus herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the Writ of Mandamus is dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  June 11, 2020