**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *The County of Trumbull v. CVS Health Corporation, et al.*, Case No. 18-op-45079 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |
| *The County of Lake v. CVS Health Corporation, et al.*, Case No. 18-op-45032 | |

**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**
**BY CVS HEALTH CORPORATION**

Defendant CVS Health Corporation, pursuant to the Track Three Case Management Order, Dkt. No. 3325 (June 5, 2020), moves to dismiss the Supplemental and Amended Allegations to be Added to "Short Form for Supplementing Complaint and Amending Defendants and Jury Demand" filed by the County of Lake on June 5, 2020, and the Supplemental and Amended Allegations to be Added to "Short Form for Supplementing Complaint and Amending Defendants and Jury Demand" filed by the County of Trumbull on June 5, 2020, for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

A memorandum of law in support of the motion to dismiss is attached.

Date: June 16, 2020                                             Respectfully submitted,

/s/ *Eric R. Delinsky*_____
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS Health Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2020, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky