**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Trumbull, Ohio v. Purdue Pharma, L.P., et al*,<br>Case No. 1:18-op-45079<br><br>*The County of Lake, Ohio v. Purdue Pharma, L.P., et al*,<br>Case No. 1:18-op-45032 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**RITE AID CORPORATION'S TRACK 3**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Rite Aid Corporation ("RAC") respectfully moves this Court to dismiss Plaintiffs'[1] claims against RAC for lack of personal jurisdiction. FED. R. CIV. P. 12(b)(2). RAC refers the Court to the attached memorandum in support for a full statement of the bases for this Motion.

---

[1] The Plaintiffs are Lake County and Trumbull County, collectively referred to as "Plaintiffs." Because Lake County and Trumbull County's Amended Complaints are substantially identical, this Motion cites only to the *Lake County* Amended Complaint for ease of reference.

Date: June 16, 2020                                         Respectfully submitted,

/s/ Kelly A. Moore_____
Kelly A. Moore, Esq.
kelly.moore@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
T: 212-309-6612
F: 212-309-6001

John P. Lavelle, Jr., Esq.
John.lavelle@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
T: 215-963-5917
F: 215-963-5001

*Counsel for Rite Aid Corporation*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document and all of its attachments were electronically filed on June 16, 2020 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ *Kelly A. Moore*
Kelly A. Moore