# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.*,<br>Case No. 18-op-45032<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al*.,<br>Case No. 18-op-45079<br><br>"Track 3 Cases" | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## PHARMACY DEFENDANTS' MOTION TO DISMISS
## SECOND AMENDED COMPLAINTS

Defendants Walmart Inc., Wal-Mart Stores East, LP, WSE Management, LLC, WSE Investment LLC, and Wal-Mart Stores East, Inc. ("Walmart"); CVS Health Corporation, CVS Pharmacy, Inc., CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., and Ohio CVS Stores L.L.C. ("CVS"); Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center ("Rite Aid"); Walgreen Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co. ("Walgreens"); and Giant Eagle, Inc., and HBC Service Company ("Giant Eagle") (collectively, "Pharmacy Defendants") move to dismiss the Second Amended Complaints with prejudice to the extent that they purport to state a common law claim for public nuisance, on the basis that they fail to state a claim upon which relief can be granted for the reasons stated in the accompanying memorandum of law. In accordance with the Court's instruction, Doc. 3315 at 4, this Motion addresses Lake

County's and Trumbull County's public nuisance claim; arguments addressing the Counties' other causes of action will be briefed at a later time and are expressly preserved.

Dated:  June 16, 2020                                Respectfully submitted,

/s/   Tara A. Fumerton
Tara A. Fumerton
Tina M. Tabacchi
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc. f/k/a Wal-Mart Stores, Inc.; Wal-Mart Stores East, LP; WSE Management, LLC; WSE Investment LLC; and Wal-Mart Stores East, Inc.*

/s/   Alexandra W. Miller (consent)
Alexandra W. Miller
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: smiller@zuckerman.com
E-mail: edelinsky@zuckerman.com

*Attorneys for CVS Health Corporation;*[1] *CVS Pharmacy, Inc.; CVS Indiana, L.L.C.; CVS Rx Services, Inc.; CVS TN Distribution, L.L.C.; and Ohio CVS Stores L.L.C.*

/s/   Kelly A. Moore (consent)

---

[1] CVS Health Corporation separately has filed a motion to dismiss for lack of personal jurisdiction.  It joins this motion subject to and without waiving its jurisdictional position.

2

Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-4824
Fax: (215) 963-5001
E-mail: john.lavelle@morganlewis.com

*Attorneys for Rite Aid Hdqtrs. Corp.; Rite Aid of Ohio, Inc.; Rite Aid of Maryland, Inc.; and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*


/s/   *Kaspar Stoffelmayr* (consent)
Kaspar Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

*Attorneys for Walgreen Boots Alliance, Inc.; Walgreen Co.; and Walgreen Eastern Co.*


/s/   *Robert M. Barnes* (consent)
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219

3

Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle, Inc., and HBC Service Company*

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on June 16, 2020.

        /s/   *Tara A. Fumerton*
        Tara A. Fumerton
        JONES DAY
        77 West Wacker
        Chicago, IL 60601
        Phone: (312) 269-4335
        Fax: (312) 782-8585
        E-mail: tfumerton@jonesday.com

        *Counsel for Walmart Inc.*