# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
|  | Case No. 1:17-MD-2804-DAP |
| This document relates to: | Judge Dan Aaron Polster |
| *Plumbers Local Union No. 1 Welfare Fund v. Purdue Pharma L.P. et al.,* Case No. 1:18-op-45838 |  |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFF

Under Local Rule 83.9, Calcaterra Pollack LLP and Regina M. Calcaterra (collectively, "Calcaterra Pollack") move for leave of the Court to substitute as counsel of record for Plumbers Local Union No. 1 Welfare Fund in place of attorneys Regina M. Calcaterra and Benjamin Y. Kaufman of Wolf Haldenstein Adler Freeman & Herz, (collectively, "Wolf Haldenstein").

Calcaterra Pollack certifies that it has provided written notice of this substitution to Plumbers Local Union No. 1 Welfare Fund, which have consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiff Plumbers Local Union No. 1 Welfare Fund and their counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Pollack.

1

Dated: June 19, 2020

                            Respectfully submitted,

                            */s/ Regina M. Calcaterra*
                            Regina M. Calcaterra
                            Calcaterra Pollack LLP
                            1140 Avenue of the Americas
                            New York, NY 10036
                            Tel: (212) 899-1766
                            rcalcaterra@calcaterrapollack.com

                            *Counsel for Plumbers Local Union No. 1*
                            *Welfare Fund*

                            *[signature]*
                            Benjamin Y. Kaufman
                            Wolf Haldenstein Adler Freeman
                            & Herz LLP
                            270 Madison Avenue
                            New York, NY 10016
                            Tel: (212) 545-4600
                            kaufman@whafh.com

                            *Outgoing Counsel for Plumbers Local*
                            *Union No. 1 Welfare Fund*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on that on June 19, 2020, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

CALCATERRA POLLACK LLP

By: /s/ Regina M. Calcaterra
Regina M. Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1766
rcalcaterra@calcaterrapollack.com
