# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| This document relates to: | Case No. 1:17-MD-2804-DAP |
| *Plumbers Local Union No. 1 Welfare Fund v. Purdue Pharma L.P. et al.,* Case No. 1:18-op-45838 (S.D.N.Y) | Judge Dan Aaron Polster |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF PLUMEBRS LOCAL UNION NO. 1 WELFARE FUND

Calcaterra Pollack LLP and Regina M. Calcaterra (collectively, "Calcaterra Pollack") give notice of their substitution as counsel of record for Plumbers Local Union No. 1 Welfare Fund in place of attorneys Regina M. Calcaterra and Benjamin Y. Kaufman of Wolf Haldenstein Adler Freeman & Herz, (collectively, "Wolf Haldenstein").

Calcaterra Pollack certifies that it has provided written notice of this substitution to Plumbers Local Union No. 1 Welfare Fund, which have consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Plaintiff Plumbers Local Union No. 1 Welfare Fund and their counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Calcaterra Pollack.

Dated: June 19, 2020

                                                Respectfully submitted,

                                                */s/ Regina M. Calcaterra*
                                                Regina M. Calcaterra
                                                Calcaterra Pollack LLP
                                                1140 Avenue of the Americas
                                                New York, NY 10036
                                                Tel: (212) 899-1766
                                                rcalcaterra@calcaterrapollack.com

                                                *Counsel for Plumbers Local Union No. 1*
                                                *Welfare Fund*

                                                Benjamin Y. Kaufman
                                                Wolf Haldenstein Adler Freeman & Herz
                                                LLP
                                                270 Madison Avenue
                                                New York, NY 10016
                                                Tel: (212) 545-4600
                                                kaufman@whafh.com

                                                *Outgoing Counsel for Plumbers Local*
                                                *Union No. 1 Welfare Fund*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on that on June 19, 2020, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

**CALCATERRA POLLACK LLP**

By: /s/ Regina M. Calcaterra
Regina M. Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1766
rcalcaterra@calcaterrapollack.com