# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *All Cases* | Judge Dan Aaron Polster |

### NOTICE OF WITHDRAWAL OF CO-COUNSEL FOR DEFENDANTS RICHARD SACKLER, JONATHAN SACKLER, MORTIMER D.A. SACKLER, KATHE SACKLER, ILENE SACKLER LEFCOURT, THERESA SACKLER, DAVID SACKLER, THE ESTATE OF RAYMOND SACKLER, ROSEBAY MEDICAL COMPANY L.P., ROSEBAY MEDICAL COMPANY, INC. AND BEACON COMPANY

Attorney Ariel A. Brough hereby provides notice of her withdrawal as co-counsel for Defendants Richard Sackler, Jonathan Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, the Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., and Beacon Company (the "Represented Parties"), effective immediately.[1] The Represented Parties have been provided written notice of Attorney Brough's intent to withdraw as co-counsel and have advised that they do not object.

The Represented Parties will continue to be represented by their lead attorney of record, Stuart G. Parsell of Zeiger, Tigges & Little LLP, 41 South High Street, Suite 3500, Columbus, Ohio 43215.

---

[1] Attorney Brough was also formerly counsel for Defendant Beverly Sackler, who is now deceased. To the extent it is necessary, Ms. Brough provides notice of her withdrawal as co-counsel for Beverly Sackler as well.

Respectfully submitted,

/s/ Ariel A. Brough
Stuart G. Parsell (Ohio Bar No. 0063510)
Ariel A. Brough (Ohio Bar No. 0090712)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
parsell@litohio.com
brough@litohio.com

Attorneys for Defendants Richard Sackler, Jonathan Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, the Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler and Jonathan Sackler as alleged Trustees of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Former Attorneys to Beverly Sackler

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Ariel A. Brough
Ariel A. Brough (0090712)

861204