# EXHIBIT B

## TEXAS OPIOID ABATEMENT FUND COUNCIL AND SETTLEMENT ALLOCATION TERM SHEET

**WHEREAS**, the people of the State of Texas and its communities have been harmed through the National and Statewide epidemic caused by licit and illicit opioid use and distribution within the State of Texas; and now,

**WHEREAS**, the State of Texas, though its elected representatives and counsel, including the Honorable Ken Paxton, Attorney General of the State of Texas, and certain Political Subdivisions, through their elected representatives and counsel, are separately engaged in litigation seeking to hold those entities in the supply chain accountable for the damage caused; and now,

**WHEREAS**, the State of Texas, through its Attorney General and its Political Subdivisions, share a common desire to abate and alleviate the impacts of the epidemic throughout the State of Texas; and now,

**THEREFORE**, the State of Texas and its Political Subdivisions, subject to completing formal documents effectuating the Parties' agreements, enter into this State of Texas and Texas Political Subdivisions' Opioid Abatement Fund Council and Settlement Allocation Term Sheet (Texas Term Sheet) relating to the allocation and use of the proceeds of any Settlements as described.

### A. Definitions

As used in this Texas Term Sheet:

1. "The State" shall mean the State of Texas acting through its Attorney General.

2. "Political Subdivision(s)" shall mean any Texas municipality and county.

3. "The Parties" shall mean the State of Texas, the Political Subdivisions, and the Plaintiffs' Steering Committee and Liaison Counsel (PSC) in the Texas Opioid MDL, *In Re: Texas Opioid Litigation*, MDL No. 2018-63587, in the 152d District Court of Harris County, Texas.

4. "Litigating Political Subdivision" means a Political Subdivision that filed suit in the state courts of the State of Texas prior to the Execution Date of this Agreement, whether or not such case was transferred to Texas Opioid MDL, or removed to federal court.

5. "National Fund" shall mean any national fund established for the benefit of the Texas Political Subdivisions.  In no event shall any National Fund be used to create federal jurisdiction, equitable or otherwise, over the Texas Political Subdivisions or those similarly situated state-court litigants who are included in the state coalition, nor shall the National Fund require participating in a class action or signing a participation agreement as part of the criteria for participating in the National Fund.

6. "Negotiating Committee" shall mean a three-member group comprising four representatives for each of (1) the State; (2) the PSC; and (3) Texas'

Political Subdivisions (collectively, "Members"). The State shall be represented by the Texas Attorney General or his designees. The PSC shall be represented by attorneys Mikal Watts, Jeffrey Simon, Dara Hegar, Dan Downey, or their designees. Texas' Political Subdivisions shall be represented by Clay Jenkins (Dallas County Judge), Terrence O'Rourke (Special Assistant County Attorney, Harris County), Nelson Wolff (Bexar County Judge), and Nathaniel Moran (Smith County Judge) or their designees.

7. "Settlement" shall mean the negotiated resolution of legal or equitable claims against a Pharmaceutical Supply Chain Participant that includes the State and Political Subdivisions.

8. "Opioid Funds" shall mean monetary amounts obtained through a Settlement as defined in this Texas Term Sheet.

8. "Approved Purpose(s)" shall mean those uses identified in Exhibit A hereto.

9. "Pharmaceutical Supply Chain" shall mean the process and channels through which opioids or opioids products are manufactured, marketed, promoted, distributed, or dispensed.

10. "Pharmaceutical Supply Chain Participant" shall mean any entity that engages in or has engaged in the manufacture, marketing, promotion, distribution, or dispensing of an opioid analgesic.

11. "Texas Opioid Council" shall mean the Council described in Exhibit A hereto, which has the purpose of ensuring the funds recovered by Texas (through the joint actions of the Attorney General and the Texas Political Subdivisions) are allocated fairly and spent to remediate the opioid crisis in Texas, using efficient and cost-effective methods that are directed to the hardest hit regions in Texas while also ensuring that all Texans benefit from prevention and recovery efforts.

## B. Allocation of Settlement Proceeds

1. All Opioid Funds distributed in Texas shall be divided with 15% going to Political Subdivisions ("Subdivision Share"), 70% to the Texas Opioid Abatement Fund through the Texas Opioid Council (Texas Abatement Fund Share) identified and described on Exhibits A and C hereto, and 15% to the Office of the Texas Attorney General as Counsel for the State of Texas ("State Share"). Out of the Texas Opioid Abatement Fund, reasonable expenses up to 1% shall be paid to the Texas Comptroller for the administration of the Texas Opioid Council pursuant to the Opioid

Abatement Fund (Texas Settlement) Opioid Council Agreement, Exhibit A hereto.

2.  The Subdivisions Share shall be allocated in accordance with the division of proceeds on Exhibit B hereto.

3.  The Texas Abatement Fund Share shall be allocated to the Opioid Council to be apportioned in accordance with the guidelines of Exhibit A, and Exhibit C hereto.

4.  In the event a Subdivision merges, dissolves, or ceases to exist, the allocation percentage for that Subdivision shall be redistributed as directed by the settlement document, and if not specified, equitably based on the composition of the successor Subdivision. If a Subdivision for any reason is excluded from a specific settlement, the allocation percentage for that Subdivision shall be redistributed as directed by the settlement document, and if not specified, equitably among the participating Subdivisions.

5.  Funds obtained from parties unrelated to the Litigation, via grant, bequest, gift or the like, separate and distinct from the Litigation, may be directed to the Texas Opioid Council and disbursed as set forth below.

6.  The Subdivision share shall be initially deposited and paid in cash directly to the Subdivision under the authority and guidance of the Texas MDL Court, who shall direct any Settlement funds to be held in trust in a

segregated account to benefit the Subdivisions and to be promptly distributed as set forth herein and in accordance with Exhibit B.

7.  Nothing in this Texas Term Sheet should alter or change any Subdivision's rights to pursue its own claim. Rather, the intent of this Texas Term Sheet is to join all parties to disburse settlement proceeds from one or more defendants to all parties participating in that settlement within Texas.

8.  Opioid Funds from the Texas Abatement Fund Share shall be directed to the Texas Opioid Council and used in accordance with the guidelines as set out on Exhibit A hereto, and the Texas Abatement Fund Share shall be distributed to the Texas Opioid Council under the authority and guidance of the Texas MDL Court, consistent with Exhibits A and C, and the by-laws of the Texas Opioid Council documents and disbursed as set forth therein, including without limitation all abatement funds and the 1% holdback for expenses.

9.  The State of Texas and the Political Subdivisions understand and acknowledge that additional steps may need to be undertaken to assist the Texas Opioid Council in its mission, at a predictable level of funding, regardless of external factors.

## C. Payment of Counsel and Litigation Expenses

1. Any Master Settlement Agreement settlement will govern the payment of fees and litigation expenses to the Parties. The Parties agree to direct control of any Texas Political Subdivision fees and expenses to the "Texas Opioid Fee and Expense Fund," which shall be allocated and distributed by the Texas MDL Court, *In re: Texas Opioid Litigation*, MDL No. 2018-63587, in the 152nd District Court of Harris County, Texas, and with the intent to compensate all counsel for Texas Political Subdivisions who have not chosen to otherwise seek compensation for fees and expenses from any federal MDL common benefit fund.

2. The Parties agree that no portion of the State of Texas 15% allocation share from any settlement shall be administered through the National Fund, the Texas MDL Court, or Texas Opioid Fee and Expense Fund, but shall be directed for payment to the State of Texas by the State of Texas.

3. The State of Texas and the Texas Political Subdivisions, and their respective attorneys, agree that all fees – whether contingent, hourly, fixed or otherwise – owed by the Texas Political Subdivisions shall be paid out of the National Fund or as otherwise provided for herein to the Texas Opioid Fee and Expense Fund to be distributed by the 152nd

District Court of Harris County, Texas pursuant to its past and future orders.

4. From any opioid-related settlements with McKesson, Cardinal Health, ABDC, and Johnson & Johnson, and for any future opioid-related settlements negotiated, in whole or in part, by the Negotiating Committee with any other Pharmaceutical Supply Chain Participant, the funds to be deposited in the Texas Opioid Fee and Expense Fund shall be 9.3925% of the combined Texas Political Subdivision and Texas Abatement Fund portions of each payment (annual or otherwise) to the State of Texas for that settlement, plus expenses from the National Fund, and shall be sought by Texas Political Subdivision Counsel initially through the National Fund. The Texas Political Subdivisions' percentage share of fees and expenses from the National Fund shall be directed to the Texas Opioid Fee and Expense Fund in the Texas MDL, as soon as is practical, for allocation and distribution in accordance with the guidelines herein.

5. If the National Fund share to the Texas Political Subdivisions is insufficient to cover the guaranteed 9.3925%, plus expenses from the National Fund, per subsection 4, immediately *supra*, or if payment from the National Fund is not received within 12 months after the date the

first payment is made by the Defendants pursuant to the settlement, then the Texas Political Subdivisions shall recover up to 12.5% of the Texas Political Subdivision Share to make up any difference.

6. If the National Fund and the Texas Political Subdivision share are insufficient to cover the guaranteed 9.3925%, plus expenses from the National Fund, or if payment from the National Fund is not received within 12 months after the date the first payment is made by the Defendants pursuant to the settlement, then the Texas Political Subdivisions shall recover up to 8.75%  of the Abatement Fund Share to make up any difference.  In no event shall the Texas Political Subdivision share exceed 9.3925% of the combined Texas Political Subdivision and Texas Abatement Fund portions of any settlement, plus expenses from the National Fund.  In the event that any payment is received from the National Fund such that the total amount in fees and expenses exceeds 9.3925%, the Texas Political Subdivisions shall return any amounts received greater than 9.3925% of the combined Texas Political Subdivision and Texas Abatement Fund portions to those respective Funds.

7. For each settlement utilizing a National Fund, the Texas Political Subdivisions need only make one attempt at seeking fees and expenses there.

8. The total amount of the Texas Opioid Fee and Expense Fund shall be reduced proportionally, according to the agreed upon allocation of the Texas Subdivision Fund, for any Texas litigating Political Subdivision that (1) fails to enter the settlement; and (2) was filed in Texas state court, and was transferred to the Texas MDL (or removed before or during transfer to the Texas MDL) as of the execution date of this Agreement.

**D. The Texas Opioid Council and Texas Abatement Fund**

The Texas Opioid Council and Texas Abatement Fund is described in detail at Exhibit A, incorporated herein by reference.

**E. Settlement Negotiations**

1. The State and Negotiating Committee agree to inform each other in advance of any negotiations relating to a Texas-only settlement with a Pharmaceutical Supply Chain Participant that includes both the State and its Political Subdivisions and shall provide each other the opportunity to participate in all such negotiations. Any Texas-only Settlement agreed to with the State and Negotiating Committee shall be subject to the approval

of a majority of litigating Political Subdivisions. The Parties further agree to keep each other reasonably informed of all other global settlement negotiations with Pharmaceutical Supply Chain Participants and to include the Negotiating Committee or designees. Neither this provision, nor any other, shall be construed to state or imply that either the State or the Negotiating Committee is unauthorized to engage in settlement negotiations with Pharmaceutical Supply Chain Participants without prior consent or contemporaneous participation of the other, or that either party is entitled to participate as an active or direct participant in settlement negotiations with the other. Rather, while the State's and Negotiation Committee's efforts to achieve worthwhile settlements are to be collaborative, incremental stages need not be so.

2. Any Master Settlement Agreement (MSA) shall be subject to the approval and jurisdiction of the Texas MDL Court.

3. As this is a Texas-specific effort, the Committee shall be Chaired by the Attorney General. However, the Attorney General, or his designees, shall endeavor to coordinate any publicity or other efforts to speak publicly with the other Committee Members.

4. The State of Texas, the Texas MDL Plaintiff's Steering Committee representatives, or the Political Subdivision representatives may withdraw

from coordinated Settlement discussions detailed in this Section upon 10 business days' written notice to the remaining Committee Members and counsel for any affected Pharmaceutical Supply Chain Participant. The withdrawal of any Member releases the remaining Committee Members from the restrictions and obligations in this Section.

5. The obligations in this Section shall not affect any Party's right to proceed with trial or, within 30 days of the date upon which a trial involving that Party's claims against a specific Pharmaceutical Supply Chain Participant is scheduled to begin, reach a case specific resolution with that particular Pharmaceutical Supply Chain Participant.

**F. Amendments**

The Parties agree to make such amendments as necessary to implement the intent of this agreement.

**Acknowledgment of Agreement**

We, the undersigned, have participated in the drafting of the above Texas Term Sheet, including consideration based on comments solicited from Political Subdivisions. This document has been collaboratively drafted to maintain all individual claims while allowing the State and its Political Subdivisions to cooperate in exploring all possible means of resolution. Nothing in this agreement binds any party to any specific outcome. Any resolution under this document will require

acceptance by the State of Texas and a majority of the Litigating Political Subdivisions.

We, the undersigned, hereby accept the STATE OF TEXAS AND TEXAS POLITICAL SUBDIVISIONS' OPIOID ABATEMENT FUND COUNCIL AND SETTLEMENT ALLOCATION TERM SHEET. We understand that the purpose of this Texas Term Sheet is to permit collaboration between the State of Texas and Political Subdivisions to explore and potentially effectuate earlier resolution of the Opioid Litigation against Pharmaceutical Supply Chain Participants. We also understand that an additional purpose is to create an effective means of distributing any potential settlement funds obtained under this Texas Term Sheet between the State of Texas and Political Subdivisions in a manner and means that would promote an effective and meaningful use of the funds in abating the opioid epidemic throughout Texas.

Executed this __13__ day of May, 2020.

**FOR THE STATE OF TEXAS:**

**KENNETH PAXTON, JR.**
**ATTORNEY GENERAL**

**FOR THE SUBDIVISIONS**
**AND TEXAS MDL PSC:**

**MIKAL WATTS**
**WATTS GUERRA LLP**

**JEFFREY SIMON**
**SIMON GREENSTONE PANATIER, PC**

**DARA HEGAR**
**LANIER LAW FIRM, PC**

**DAN DOWNEY**
**DAN DOWNEY, PC**

:sas

# EXHIBIT A

**Opioid Abatement Fund (Texas) Settlement**

**Opioid Council**

As part of the settlement agreement and upon its execution, the parties will form the Texas Opioid Council (Council) to establish the framework that ensures the funds recovered by Texas (through the joint actions of the Attorney General and the state's political subdivisions) are allocated fairly and spent to remediate the opioid crisis in Texas, using efficient and cost-effective methods that are directed to the hardest hit regions in Texas while also ensuring that all Texans benefit from prevention and recovery efforts.

## I.    Structure

The Council will be responsible for the processes and procedures governing the spending of the funds held in the Texas Abatement Fund, which will be approximately 70% of all funds obtained through settlement and/or litigation of the claims asserted by the State and its subdivisions in the investigations and litigation related to the manufacturing, marketing, distribution, and sale of opioids and related pharmaceuticals.

Money paid into the abatement fund will be held by an independent administrator, who shall be responsible for the ministerial task of releasing funds solely as authorized below by the Council, and accounting for all payments to and from the fund.

The Council will be formed when a court of competent jurisdiction enters an order settling the matter, including any order of a bankruptcy court. The Council's members must be appointed within sixty (60) days of the date the order is entered.

A. Membership

The Council shall be comprised of the following thirteen (13) members:

1. *Statewide Members*.

Six members appointed by the Governor and Attorney General to represent the State's interest in opioid abatement. The statewide members are appointed as follows:

   a. The Governor shall appoint three (3) members who are licensed health professionals with significant experience in opioid interventions;
   b. The Attorney General shall appoint three (3) members who are licensed professionals with significant experience in opioid incidences; and
   c. The Governor will appoint the Chair of the Council as a non-voting member. The Chair may only cast a vote in the event there is a tie of the membership.

2. *Regional Members*.

Six (6) members appointed by the State's political subdivisions to represent their designated Texas Health and Human Services Commission "HHSC" Regional Healthcare

1

Partnership (Regions) to ensure dedicated regional, urban, and rural representation on the Council. The regional appointees must be from either academia or the medical profession with significant experience in opioid interventions. The regional members are appointed as follows:

    a.   One member representing Regions 9 and 10 (Dallas Ft-Worth);
    b.   One member representing Region 3 (Houston);
    c.   One member representing Regions 11, 12, 13, 14, 15, 19 (West Texas);
    d.   One member representing Regions 6, 7, 8, 16 (Austin-San Antonio);
    e.   One member representing Regions 1, 2, 17, 18 (East Texas); and
    f.   One member representing Regions 4, 5, 20 (South Texas).

## B.  Terms

All members of the Council are appointed to serve staggered two-year terms, with the terms of members expiring February 1 of each year. A member may serve no more than two consecutive terms, for a total of four consecutive years. For the first term, four (4) members (two (2) statewide and two (2) for the subdivisions) will serve a three-year term. A vacancy on the Council shall be filled for the unexpired term in the same manner as the original appointment. The Governor will appoint the Chair of the Council who will not vote on Council business unless there is a tie vote, and the subdivisions will appoint a Vice-Chair voting member from one of the regional members.

## C.  Governance

### 1.  Administration

The Council is attached administratively to the Comptroller.  The Council is an independent, quasi-governmental agency because it is responsible for the statewide distribution of the abatement settlement funds.  The Council is exempt from the following statutes:

    a.   Chapter 316 of the Government Code (Appropriations);
    b.   Chapter 322 of the Government Code (Legislative Budget Board);
    c.   Chapter 325 of the Government Code (Sunset);
    d.   Chapter 783 of the Government Code (Uniform Grants and Contract Management);
    e.   Chapter 2001 of the Government Code (Administrative Procedure);
    f.   Chapter 2052 of the Government Code (State Agency Reports and Publications);
    g.   Chapter 2261 of the Government Code (State Contracting Standards and Oversight);
    h.   Chapter 2262 of the Government Code (Statewide Contract Management);

     i.  Chapter 262 of the Local Government Code (Purchasing and Contracting Authority of Counties); and

    j.  Chapter 271 of the Local Government Code (Purchasing and Contracting Authority of Municipalities, Counties, and Certain Other Local Governments).

### 2. *Transparency*

The Council will abide by state laws relating to open meetings and public information, including Chapters 551 and 552 of the Texas Government Code.

    i.  The Council shall hold at least four regular meetings each year. The Council may hold additional meetings on the request of the Chair or on the written request of three members of the council. All meetings shall be open to the public, and public notice of meetings shall be given as required by state law.

    ii.  The Council may convene in a closed, non-public meeting:

        a.  If the Commission must discuss:

            1.  Negotiation of contract awards; and

            2.  Matters specifically exempted from disclosure by federal and state statutes.

        b.  All minutes and documents of a closed meeting shall remain under seal, subject to release only order of a court of competent jurisdiction.

### 3. *Authority*

The Council does not have rulemaking authority.  The terms of each Judgment, Master Settlement Agreement, or any Bankruptcy Settlement for Texas control the authority of the Council and the Council may not stray outside the bounds of the authority and power vested by such settlements. Should the Council require legal assistance in determining their authority, the Council may direct the executive director to seek legal advice from the Attorney General to clarify the issue.

### D. Operation and Expenses

The independent administrator will set aside up to one (1) percent of the settlement funds for the administration of the Council for reasonable costs and expenses of operating the foregoing duties, including educational activities.

### 1. *Executive Director*

The Comptroller will employ the executive director of the Council and other personnel as necessary to administer the duties of the Council and carry out the functions of the Council. The executive director must have at least 10 years of experience in government or public administration and is classified as a Director V/B30 under the State Auditor's State Classification.   The Comptroller will pay the salaries of the Council employees from the

one (1) percent of the settlement funds set aside for the administration of the Council. The Comptroller will request funds from the Texas Abatement Fund Point of Contact.

   *2. Travel Reimbursement*

A person appointed to the Council is entitled to reimbursement for the travel expenses incurred in attending Council duties.  A member of the Council may be reimbursed for actual expenses for meals, lodging, transportation, and incidental expenses in accordance with travel rates set by the federal General Services Administration.

## II.    Duties/Roles

It is the duty of the Council to determine and approve the opioid abatement strategies and funding awards.

   ### A. Approved Abatement Strategies

The Council will develop the approved Texas list of abatement strategies based on but not limited to the existing national list of opioid abatement strategies (see attached Appendix A) for implementing the Texas Abatement Fund.

   1. The Council shall only approve strategies which are evidence-informed strategies.
   2. The Texas list of abatement strategies must be approved by majority vote.  The majority vote must include a majority from both sides of the statewide members and regional members in order to be approved, e.g., at least four (4) of six (6) members on each side.

   ### B. Texas Abatement Fund Point of Contact

The Council will determine a single point of contact called the Abatement Fund Point of Contact (POC) to be established as the sole entity authorized to receive requests for funds and approve expenditures in Texas and order the release of funds from the Texas Abatement Fund by the independent administrator.  The POC may be an independent third party selected by the Council with expertise in banking or financial management.  The POC will manage the Opioid Council Bank Account (Account).  Upon a vote, the Council will direct the POC to contact the independent administrator to release funds to the Account.  The Account is outside the State Treasury and not managed by any state or local officials. The POC is responsible for payments to the qualified entities selected by the Council for abatement fund awards.  The POC will submit a monthly financial statement on the Account to the Council.

   ### C. Auditor

An independent auditor appointed by the Council will perform an audit on the Account on an annual basis and report its findings, if any, to the Council.

   ### D. Funding Allocation

4

The Council is the sole decision-maker on the funding allocation process of the abatement funds. The Council will develop the application and award process based on the parameters outlined below.  An entity seeking funds from the Council must apply for funds; no funds will be awarded without an application. The executive director and personnel may assist the Council in gathering and compiling the applications for consideration; however, the Council members are the sole decision-makers of awards and funding determination.   The Council will use the following processes to award funds:

1. *Statewide Funds.* The Council will consider, adopt and approve the allocation methodology attached as Exhibit C, based upon population health data and prevalence of opioid incidences, at the Council's initial meeting. Adoption of such methodology will allow each Region to customize the approved abatement strategies to fit its communities' needs. The statewide regional funds will account for seventy-five (75) percent of the total overall funds, less the one (1) percent administrative expense described herein.

2. *Targeted Funds.* Each Region shall reserve  twenty-five (25) percent of the overall funds, for targeted interventions in the specific Region as identified by opioid incidence data. The Council must approve on an annual basis the uses for the targeted  abatement strategies and applications available to every Region, including education and outreach programs. Each Region without approved uses for the targeted funds from the Council, based upon a greater percentage of opioid incidents compared to its population, is subject to transfer of all or a portion of the targeted funds for that Region for uses based upon all Regions' targeted funding needs as approved by the Council on an annual basis.

3. *Annual Allocation.* Statewide regional funds and targeted funds will be allocated on an annual basis.  If a Region lapses its funds, the funds will be reallocated based on all Regions' funding needs.

E. <u>Appeal Process</u>

The Council will establish an appeal process to permit the applicants for funding (state or subdivisions) to challenge decisions by the Council-designated point of contact on requests for funds or expenditures.

1. To challenge a decision by the designated point of contact, the State or a subdivision must file an appeal with the Council within thirty (30) days of the decision. The Council then has thirty (30) days to consider and rule on the appeal.
2. If the Council denies the appeal, the party may file an appeal with the state district court of record where the final opioid judgment or Master Settlement Agreement is filed. The Texas Rules of Civil Procedure and Rules of Evidence will govern these proceedings. The Council may request representation from the Attorney General in these proceedings.

In making its determination, the state district court shall apply the same clear error standards contained herein that the Council must follow when rendering its decision.

3.  The state district court will make the final decision and the decision is not appealable.

4.  Challenges will be limited and subject to penalty if abused.

5.  Attorneys' fees and costs are not recoverable in these appeals.

F.  Education

The Council may determine that a percentage of the funds in the Abatement Fund from the targeted funds be used to develop an education and outreach program to provide materials on the consequences of opioid drug use, prevention and interventions. Any material developed will include online resources and toolkits for communities.

# EXHIBIT B

Exhibit B: Municipal Area Allocations: 15% of Total ($150 million)
(County numbers refer to distribution to the county governments after payment to cities within
county borders has been made. Minimum distribution to each county is $1000.)

| Municipal Area | Allocation | Municipal Area | Allocation |
|---|---|---|---|
| Abbott | $688 | Lakeport | $463 |
| Abernathy | $110 | Lakeside | $4,474 |
| Abilene | $563,818 | Lakeside City | $222 |
| Ackerly | $21 | Lakeview | $427 |
| Addison | $58,094 | Lakeway | $31,657 |
| Adrian | $181 | Lakewood Village | $557 |
| Agua Dulce | $43 | Lamar County | $141,598 |
| Alamo | $22,121 | Lamb County | $50,681 |
| Alamo Heights | $28,198 | Lamesa | $29,656 |
| Alba | $3,196 | Lampasas | $28,211 |
| Albany | $180 | Lampasas County | $42,818 |
| Aledo | $331 | Lancaster | $90,653 |
| Alice | $71,291 | Laredo | $763,174 |
| Allen | $315,081 | Latexo | $124 |
| Alma | $1,107 | Lavaca County | $45,973 |
| Alpine | $29,686 | Lavon | $7,435 |
| Alto | $3,767 | Lawn | $58 |
| Alton | $11,540 | League City | $302,418 |
| Alvarado | $29,029 | Leakey | $256 |
| Alvin | $113,962 | Leander | $88,641 |
| Alvord | $358 | Leary | $797 |
| Amarillo | $987,661 | Lee County | $30,457 |
| Ames | $5,571 | Lefors | $159 |
| Amherst | $22 | Leon County | $67,393 |
| Anahuac | $542 | Leon Valley | $23,258 |
| Anderson | $19 | Leona | $883 |
| Anderson County | $268,763 | Leonard | $8,505 |
| Andrews | $18,983 | Leroy | $176 |
| Andrews County | $37,606 | Levelland | $46,848 |
| Angelina County | $229,956 | Lewisville | $382,094 |
| Angleton | $62,791 | Lexington | $2,318 |
| Angus | $331 | Liberty | $72,343 |
| Anna | $9,075 | Liberty County | $531,212 |
| Annetta | $5,956 | Liberty Hill | $2,780 |
| Annetta North | $34 | Limestone County | $135,684 |

(Table continues on multiple pages below)

| | | | |
|---|---|---|---|
| Annetta South | $602 | Lincoln Park | $677 |
| Annona | $738 | Lindale | $24,202 |
| Anson | $5,134 | Linden | $3,661 |
| Anthony | $4,514 | Lindsay | $1,228 |
| Anton | $444 | Lipan | $44 |
| Appleby | $1,551 | Lipscomb County | $10,132 |
| Aquilla | $208 | Little Elm | $69,326 |
| Aransas County | $266,512 | Little River-Academy | $798 |
| Aransas Pass | $57,813 | Littlefield | $7,678 |
| Archer City | $10,554 | Live Oak | $32,740 |
| Archer County | $45,534 | Live Oak County | $39,716 |
| Arcola | $7,290 | Liverpool | $1,435 |
| Argyle | $11,406 | Livingston | $73,165 |
| Arlington | $735,803 | Llano | $23,121 |
| Armstrong County | $974 | Llano County | $115,647 |
| Arp | $2,009 | Lockhart | $49,050 |
| Asherton | $112 | Lockney | $3,301 |
| Aspermont | $9 | Log Cabin | $1,960 |
| Atascosa County | $176,903 | Lometa | $1,176 |
| Athens | $105,942 | Lone Oak | $1,705 |
| Atlanta | $30,995 | Lone Star | $8,283 |
| Aubrey | $15,141 | Longview | $482,254 |
| Aurora | $1,849 | Loraine | $188 |
| Austin County | $76,030 | Lorena | $3,390 |
| Austin | $4,877,716 | Lorenzo | $11,358 |
| Austwell | $109 | Los Fresnos | $11,185 |
| Avery | $138 | Los Indios | $159 |
| Avinger | $1,115 | Los Ybanez | $0 |
| Azle | $32,213 | Lott | $1,516 |
| Bailey | $950 | Lovelady | $249 |
| Bailey County | $15,377 | Loving County | $1,000 |
| Bailey's Prairie | $5,604 | Lowry Crossing | $783 |
| Baird | $2,802 | Lubbock | $319,867 |
| Balch Springs | $27,358 | Lubbock County | $1,379,719 |
| Balcones Heights | $23,811 | Lucas | $5,266 |
| Ballinger | $9,172 | Lueders | $508 |
| Balmorhea | $63 | Lufkin | $281,592 |
| Bandera | $2,893 | Luling | $29,421 |
| Bandera County | $86,815 | Lumberton | $36,609 |
| Bangs | $3,050 | Lyford | $3,071 |

| | | | |
|---|---|---|---|
| Bardwell | $362 | Lynn County | $6,275 |
| Barry | $200 | Lytle | $7,223 |
| Barstow | $61 | Mabank | $19,443 |
| Bartlett | $3,374 | Madison County | $49,492 |
| Bartonville | $8,887 | Madisonville | $11,458 |
| Bastrop | $46,320 | Magnolia | $26,031 |
| Bastrop County | $343,960 | Malakoff | $12,614 |
| Bay City | $57,912 | Malone | $439 |
| Baylor County | $29,832 | Manor | $12,499 |
| Bayou Vista | $6,240 | Mansfield | $150,788 |
| Bayside | $242 | Manvel | $12,305 |
| Baytown | $216,066 | Marble Falls | $37,039 |
| Bayview | $41 | Marfa | $65 |
| Beach City | $12,505 | Marietta | $338 |
| Bear Creek | $906 | Marion | $275 |
| Beasley | $130 | Marion County | $54,728 |
| Beaumont | $683,010 | Marlin | $21,634 |
| Beckville | $1,247 | Marquez | $1,322 |
| Bedford | $94,314 | Marshall | $108,371 |
| Bedias | $3,475 | Mart | $928 |
| Bee Cave | $12,863 | Martin County | $10,862 |
| Bee County | $97,844 | Martindale | $2,437 |
| Beeville | $24,027 | Mason | $777 |
| Bell County | $650,748 | Mason County | $3,134 |
| Bellaire | $41,264 | Matador | $1,203 |
| Bellevue | $56 | Matagorda County | $135,239 |
| Bellmead | $14,487 | Mathis | $15,720 |
| Bells | $1,891 | Maud | $423 |
| Bellville | $7,488 | Maverick County | $115,919 |
| Belton | $72,680 | Maypearl | $986 |
| Benavides | $152 | McAllen | $364,424 |
| Benbrook | $43,919 | McCamey | $542 |
| Benjamin | $951 | McGregor | $9,155 |
| Berryville | $14,379 | McKinney | $450,383 |
| Bertram | $182 | McLean | $14 |
| Beverly Hills | $4,336 | McLendon-Chisholm | $411 |
| Bevil Oaks | $549 | Mcculloch County | $20,021 |
| Bexar County | $7,007,152 | Mclennan County | $529,641 |
| Big Lake | $547 | Mcmullen County | $1,000 |
| Big Sandy | $4,579 | Meadow | $1,121 |

| | | | |
|---|---|---|---|
| Big Spring | $189,928 | Meadowlakes | $905 |
| Big Wells | $236 | Meadows Place | $18,148 |
| Bishop | $8,213 | Medina County | $48,355 |
| Bishop Hills | $323 | Megargel | $611 |
| Blackwell | $31 | Melissa | $15,381 |
| Blanco | $6,191 | Melvin | $345 |
| Blanco County | $49,223 | Memphis | $7,203 |
| Blanket | $147 | Menard | $991 |
| Bloomburg | $1,010 | Menard County | $14,717 |
| Blooming Grove | $352 | Mercedes | $21,441 |
| Blossom | $198 | Meridian | $3,546 |
| Blue Mound | $2,888 | Merkel | $10,117 |
| Blue Ridge | $1,345 | Mertens | $239 |
| Blum | $1,622 | Mertzon | $29 |
| Boerne | $45,576 | Mesquite | $310,709 |
| Bogata | $3,649 | Mexia | $21,096 |
| Bonham | $100,909 | Miami | $455 |
| Bonney | $2,510 | Midland County | $279,927 |
| Booker | $1,036 | Midland | $521,849 |
| Borden County | $1,000 | Midlothian | $95,799 |
| Borger | $69,680 | Midway | $78 |
| Bosque County | $71,073 | Milam County | $97,386 |
| Bovina | $173 | Milano | $904 |
| Bowie | $83,620 | Mildred | $286 |
| Bowie County | $233,190 | Miles | $93 |
| Boyd | $6,953 | Milford | $6,177 |
| Brackettville | $8 | Miller's Cove | $97 |
| Brady | $27,480 | Millican | $417 |
| Brazoria | $11,537 | Mills County | $19,931 |
| Brazoria County | $1,021,090 | Millsap | $34 |
| Brazos Bend | $462 | Mineola | $48,719 |
| Brazos Country | $902 | Mineral Wells | $92,061 |
| Brazos County | $342,087 | Mingus | $189 |
| Breckenridge | $23,976 | Mission | $124,768 |
| Bremond | $5,554 | Missouri City | $209,633 |
| Brenham | $54,750 | Mitchell County | $20,850 |
| Brewster County | $60,087 | Mobeetie | $52 |
| Briarcliff | $572 | Mobile City | $2,034 |
| Briaroaks | $57 | Monahans | $5,849 |
| Bridge City | $80,756 | Mont Belvieu | $19,669 |

| | | | |
|---|---|---|---|
| Bridgeport | $33,301 | Montague County | $94,796 |
| Briscoe County | $977 | Montgomery | $1,884 |
| Broaddus | $31 | Montgomery County | $2,700,911 |
| Bronte | $99 | Moody | $828 |
| Brooks County | $20,710 | Moore County | $40,627 |
| Brookshire | $6,406 | Moore Station | $772 |
| Brookside Village | $1,110 | Moran | $50 |
| Brown County | $193,417 | Morgan | $605 |
| Browndell | $152 | Morgan's Point | $3,105 |
| Brownfield | $14,452 | Morgan's Point Resort | $8,024 |
| Brownsboro | $3,176 | Morris County | $53,328 |
| Brownsville | $425,057 | Morton | $167 |
| Brownwood | $166,572 | Motley County | $3,344 |
| Bruceville-Eddy | $1,692 | Moulton | $999 |
| Bryan | $246,897 | Mount Calm | $605 |
| Bryson | $1,228 | Mount Enterprise | $1,832 |
| Buckholts | $1,113 | Mount Pleasant | $65,684 |
| Buda | $10,784 | Mount Vernon | $6,049 |
| Buffalo | $11,866 | Mountain City | $1,548 |
| Buffalo Gap | $88 | Muenster | $4,656 |
| Buffalo Springs | $188 | Muleshoe | $4,910 |
| Bullard | $7,487 | Mullin | $384 |
| Bulverde | $14,436 | Munday | $2,047 |
| Bunker Hill Village | $472 | Murchison | $2,302 |
| Burkburnett | $37,844 | Murphy | $51,893 |
| Burke | $1,114 | Mustang | $7 |
| Burleson County | $70,244 | Mustang Ridge | $2,462 |
| Burleson | $151,779 | Nacogdoches | $205,992 |
| Burnet | $33,345 | Nacogdoches County | $198,583 |
| Burnet County | $189,829 | Naples | $4,224 |
| Burton | $937 | Nash | $7,999 |
| Byers | $77 | Nassau Bay | $11,247 |
| Bynum | $380 | Natalia | $625 |
| Cactus | $4,779 | Navarro | $334 |
| Caddo Mills | $43 | Navarro County | $103,513 |
| Caldwell | $18,245 | Navasota | $37,676 |
| Caldwell County | $86,413 | Nazareth | $124 |
| Calhoun County | $127,926 | Nederland | $44,585 |
| Callahan County | $12,894 | Needville | $10,341 |
| Callisburg | $101 | Nevada | $237 |

| | | | |
|---|---|---|---|
| Calvert | $772 | New Berlin | $4 |
| Cameron | $11,091 | New Boston | $6,953 |
| Cameron County | $537,026 | New Braunfels | $307,313 |
| Camp County | $28,851 | New Chapel Hill | $288 |
| Camp Wood | $422 | New Deal | $338 |
| Campbell | $1,116 | New Fairview | $2,334 |
| Canadian | $1,090 | New Home | $9 |
| Caney City | $2,005 | New Hope | $1,024 |
| Canton | $56,734 | New London | $4,129 |
| Canyon | $26,251 | New Summerfield | $442 |
| Carbon | $620 | New Waverly | $2,562 |
| Carl's Corner | $48 | Newark | $520 |
| Carmine | $385 | Newcastle | $914 |
| Carrizo Springs | $1,671 | Newton | $6,102 |
| Carrollton | $310,255 | Newton County | $158,006 |
| Carson County | $29,493 | Neylandville | $163 |
| Carthage | $18,927 | Niederwald | $16 |
| Cashion Community | $322 | Nixon | $2,283 |
| Cass County | $93,155 | Nocona | $16,536 |
| Castle Hills | $12,780 | Nolan County | $50,262 |
| Castro County | $4,420 | Nolanville | $4,247 |
| Castroville | $4,525 | Nome | $391 |
| Cedar Hill | $70,127 | Noonday | $226 |
| Cedar Park | $185,567 | Nordheim | $697 |
| Celeste | $1,280 | Normangee | $6,192 |
| Celina | $18,283 | North Cleveland | $105 |
| Center | $58,838 | North Richland Hills | $146,419 |
| Centerville | $385 | Northlake | $8,905 |
| Chambers County | $153,188 | Novice | $76 |
| Chandler | $17,364 | Nueces County | $1,367,932 |
| Channing | $2 | O'Brien | $76 |
| Charlotte | $4,257 | O'Donnell | $27 |
| Cherokee County | $156,612 | Oak Grove | $2,769 |
| Chester | $1,174 | Oak Leaf | $612 |
| Chico | $2,928 | Oak Point | $9,011 |
| Childress | $37,916 | Oak Ridge | $358 |
| Childress County | $50,582 | Oak Ridge North | $33,512 |
| Chillicothe | $172 | Oak Valley | $7 |
| China | $522 | Oakwood | $148 |
| China Grove | $598 | Ochiltree County | $15,476 |

| | | | |
|---|---|---|---|
| Chireno | $1,568 | Odem | $7,420 |
| Christine | $354 | Odessa | $559,163 |
| Cibolo | $13,690 | Oglesby | $29 |
| Cisco | $7,218 | Old River-Winfree | $21,653 |
| Clarendon | $114 | Oldham County | $10,318 |
| Clarksville | $20,891 | Olmos Park | $9,801 |
| Clarksville City | $54 | Olney | $6,088 |
| Claude | $26 | Olton | $1,197 |
| Clay County | $72,050 | Omaha | $4,185 |
| Clear Lake Shores | $6,682 | Onalaska | $31,654 |
| Cleburne | $228,184 | Opdyke West | $479 |
| Cleveland | $96,897 | Orange | $311,339 |
| Clifton | $9,939 | Orange County | $689,818 |
| Clint | $375 | Orange Grove | $1,677 |
| Clute | $51,350 | Orchard | $867 |
| Clyde | $17,287 | Ore City | $6,806 |
| Coahoma | $2,291 | Overton | $7,900 |
| Cochran County | $3,389 | Ovilla | $13,391 |
| Cockrell Hill | $512 | Oyster Creek | $9,633 |
| Coffee City | $1,087 | Paducah | $125 |
| Coke County | $5,522 | Paint Rock | $141 |
| Coldspring | $447 | Palacios | $14,036 |
| Coleman | $5,442 | Palestine | $178,009 |
| Coleman County | $4,164 | Palisades | $240 |
| College Station | $258,147 | Palm Valley | $1,918 |
| Colleyville | $46,049 | Palmer | $12,666 |
| Collin County | $1,266,721 | Palmhurst | $4,660 |
| Collingsworth County | $19,234 | Palmview | $7,577 |
| Collinsville | $1,831 | Palo Pinto County | $124,621 |
| Colmesneil | $2,211 | Pampa | $67,227 |
| Colorado City | $8,405 | Panhandle | $9,536 |
| Colorado County | $49,084 | Panola County | $80,699 |
| Columbus | $6,867 | Panorama Village | $1,292 |
| Comal County | $396,142 | Pantego | $12,898 |
| Comanche | $16,503 | Paradise | $52 |
| Comanche County | $50,964 | Paris | $201,180 |
| Combes | $1,710 | Parker | $10,307 |
| Combine | $1,892 | Parker County | $476,254 |
| Commerce | $33,869 | Parmer County | $15,866 |
| Como | $415 | Pasadena | $356,536 |

| | | | |
|---|---|---|---|
| Concho County | $3,859 | Pattison | $1,148 |
| Conroe | $466,671 | Patton Village | $9,268 |
| Converse | $27,365 | Payne Springs | $1,770 |
| Cooke County | $200,451 | Pearland | $333,752 |
| Cool | $731 | Pearsall | $11,570 |
| Coolidge | $243 | Pecan Gap | $719 |
| Cooper | $362 | Pecan Hill | $229 |
| Coppell | $86,593 | Pecos | $7,622 |
| Copper Canyon | $489 | Pecos County | $46,997 |
| Copperas Cove | $133,492 | Pelican Bay | $1,199 |
| Corinth | $75,298 | Penelope | $415 |
| Corpus Christi | $1,812,707 | Penitas | $312 |
| Corral City | $143 | Perryton | $23,364 |
| Corrigan | $21,318 | Petersburg | $1,691 |
| Corsicana | $87,310 | Petrolia | $17 |
| Coryell County | $123,659 | Petronila | $5 |
| Cottle County | $875 | Pflugerville | $86,408 |
| Cottonwood | $289 | Pharr | $144,721 |
| Cottonwood Shores | $1,203 | Pilot Point | $11,613 |
| Cotulla | $1,251 | Pine Forest | $3,894 |
| Coupland | $266 | Pine Island | $3,141 |
| Cove | $387 | Pinehurst | $32,671 |
| Covington | $519 | Pineland | $4,138 |
| Coyote Flats | $1,472 | Piney Point Village | $15,738 |
| Crandall | $12,094 | Pittsburg | $20,526 |
| Crane | $10,599 | Plains | $129 |
| Crane County | $26,146 | Plainview | $60,298 |
| Cranfills Gap | $128 | Plano | $1,151,608 |
| Crawford | $383 | Pleak | $270 |
| Creedmoor | $16 | Pleasant Valley | $308 |
| Cresson | $1,086 | Pleasanton | $29,011 |
| Crockett | $23,403 | Plum Grove | $258 |
| Crockett County | $18,210 | Point | $1,519 |
| Crosby County | $18,388 | Point Blank | $355 |
| Crosbyton | $1,498 | Point Comfort | $447 |
| Cross Plains | $4,877 | Point Venture | $588 |
| Cross Roads | $244 | Polk County | $370,831 |
| Cross Timber | $542 | Ponder | $1,282 |
| Crowell | $6,335 | Port Aransas | $31,022 |
| Crowley | $22,345 | Port Arthur | $367,945 |

| | | | |
|---|---|---|---|
| Crystal City | $19,412 | Port Isabel | $9,802 |
| Cuero | $24,689 | Port Lavaca | $11,752 |
| Culberson County | $789 | Port Neches | $38,849 |
| Cumby | $5,320 | Portland | $76,517 |
| Cuney | $606 | Post | $2,332 |
| Cushing | $1,120 | Post Oak Bend City | $1,034 |
| Cut and Shoot | $2,141 | Poteet | $6,767 |
| DISH | $19 | Poth | $3,974 |
| Daingerfield | $12,476 | Potter County | $371,701 |
| Daisetta | $5,370 | Pottsboro | $12,302 |
| Dalhart | $11,609 | Powell | $110 |
| Dallam County | $21,686 | Poynor | $1,180 |
| Dallas County | $8,538,291 | Prairie View | $7,600 |
| Dallas | $2,999,902 | Premont | $3,321 |
| Dalworthington Gardens | $6,060 | Presidio | $148 |
| Danbury | $4,231 | Presidio County | $787 |
| Darrouzett | $101 | Primera | $2,958 |
| Dawson | $600 | Princeton | $19,245 |
| Dawson County | $46,911 | Progreso | $8,072 |
| Dayton | $47,122 | Progreso Lakes | $39 |
| Dayton Lakes | $38 | Prosper | $22,770 |
| De Kalb | $1,035 | Providence Village | $508 |
| De Leon | $8,218 | Putnam | $14 |
| De Witt County | $68,895 | Pyote | $22 |
| DeCordova | $13,778 | Quanah | $207 |
| DeSoto | $72,400 | Queen City | $4,837 |
| Deaf Smith County | $34,532 | Quinlan | $7,304 |
| Dean | $141 | Quintana | $492 |
| Decatur | $56,669 | Quitaque | $8 |
| Deer Park | $49,388 | Quitman | $15,619 |
| Del Rio | $59,056 | Rains County | $53,190 |
| Dell City | $15 | Ralls | $3,967 |
| Delta County | $30,584 | Rancho Viejo | $3,836 |
| Denison | $210,426 | Randall County | $278,126 |
| Denton | $458,334 | Ranger | $12,186 |
| Denton County | $1,132,298 | Rankin | $1,613 |
| Denver City | $2,104 | Ransom Canyon | $930 |
| Deport | $42 | Ravenna | $685 |
| Detroit | $965 | Raymondville | $7,466 |
| Devers | $191 | Reagan County | $25,215 |

| | | | |
|---|---|---|---|
| Devine | $4,354 | Real County | $5,073 |
| Diboll | $25,533 | Red Lick | $23 |
| Dickens | $71 | Red Oak | $26,843 |
| Dickens County | $1,873 | Red River County | $29,306 |
| Dickinson | $83,683 | Redwater | $1,058 |
| Dilley | $2,633 | Reeves County | $103,350 |
| Dimmit County | $33,294 | Refugio | $8,839 |
| Dimmitt | $1,012 | Refugio County | $46,216 |
| Dodd City | $1,211 | Reklaw | $1,136 |
| Dodson | $447 | Reno | $3,791 |
| Domino | $196 | Reno | $11,164 |
| Donley County | $22,370 | Retreat | $52 |
| Donna | $13,798 | Rhome | $12,285 |
| Dorchester | $231 | Rice | $1,972 |
| Double Oak | $4,765 | Richardson | $260,315 |
| Douglassville | $574 | Richland | $210 |
| Dripping Springs | $811 | Richland Hills | $24,438 |
| Driscoll | $39 | Richland Springs | $2,234 |
| Dublin | $14,478 | Richmond | $77,606 |
| Dumas | $26,229 | Richwood | $12,112 |
| Duncanville | $58,328 | Riesel | $1,118 |
| Duval County | $49,109 | Rio Bravo | $8,548 |
| Eagle Lake | $4,882 | Rio Grande City | $25,947 |
| Eagle Pass | $56,005 | Rio Hondo | $3,550 |
| Early | $14,838 | Rio Vista | $4,419 |
| Earth | $242 | Rising Star | $1,933 |
| East Bernard | $5,554 | River Oaks | $11,917 |
| East Mountain | $2,494 | Riverside | $858 |
| East Tawakoni | $2,723 | Roanoke | $275 |
| Eastland | $15,896 | Roaring Springs | $461 |
| Eastland County | $52,275 | Robert Lee | $85 |
| Easton | $329 | Roberts County | $547 |
| Ector | $1,108 | Robertson County | $44,642 |
| Ector County | $480,000 | Robinson | $18,002 |
| Edcouch | $4,101 | Robstown | $40,154 |
| Eden | $497 | Roby | $428 |
| Edgecliff Village | $2,232 | Rochester | $674 |
| Edgewood | $13,154 | Rockdale | $20,973 |
| Edinburg | $120,884 | Rockport | $54,253 |
| Edmonson | $136 | Rocksprings | $25 |

| | | | |
|---|---|---|---|
| Edna | $18,194 | Rockwall | $114,308 |
| Edom | $2,149 | Rockwall County | $168,820 |
| Edwards County | $975 | Rocky Mound | $280 |
| El Campo | $31,700 | Rogers | $3,818 |
| El Cenizo | $621 | Rollingwood | $4,754 |
| El Lago | $5,604 | Roma | $16,629 |
| El Paso | $1,224,371 | Roman Forest | $8,610 |
| El Paso County | $2,592,121 | Ropesville | $2,122 |
| Eldorado | $50 | Roscoe | $778 |
| Electra | $15,716 | Rose City | $4,012 |
| Elgin | $26,284 | Rose Hill Acres | $2,311 |
| Elkhart | $301 | Rosebud | $1,489 |
| Ellis County | $315,372 | Rosenberg | $126,593 |
| Elmendorf | $746 | Ross | $147 |
| Elsa | $7,720 | Rosser | $549 |
| Emhouse | $83 | Rotan | $1,493 |
| Emory | $3,878 | Round Mountain | $454 |
| Enchanted Oaks | $1,299 | Round Rock | $475,992 |
| Encinal | $1,515 | Round Top | $140 |
| Ennis | $81,839 | Rowlett | $99,963 |
| Erath County | $102,616 | Roxton | $47 |
| Escobares | $40 | Royse City | $23,494 |
| Estelline | $909 | Rule | $800 |
| Euless | $92,824 | Runaway Bay | $6,931 |
| Eureka | $334 | Runge | $255 |
| Eustace | $2,089 | Runnels County | $33,831 |
| Evant | $2,068 | Rusk | $17,991 |
| Everman | $7,692 | Rusk County | $151,390 |
| Fair Oaks Ranch | $8,077 | Sabinal | $1,811 |
| Fairchilds | $81 | Sabine County | $46,479 |
| Fairfield | $1,245 | Sachse | $23,400 |
| Fairview | $32,245 | Sadler | $925 |
| Falfurrias | $2,221 | Saginaw | $31,973 |
| Falls City | $41 | Salado | $3,210 |
| Falls County | $34,522 | San Angelo | $536,509 |
| Fannin County | $131,653 | San Antonio | $4,365,416 |
| Farmers Branch | $94,532 | San Augustine | $25,182 |
| Farmersville | $10,532 | San Augustine County | $37,854 |
| Farwell | $343 | San Benito | $40,015 |
| Fate | $3,473 | San Diego | $11,771 |

| | | | |
|---|---|---|---|
| Fayette County | $92,440 | San Elizario | $7,831 |
| Fayetteville | $391 | San Felipe | $1,498 |
| Ferris | $13,873 | San Jacinto County | $197,398 |
| Fisher County | $5,518 | San Juan | $28,845 |
| Flatonia | $5,661 | San Leanna | $36 |
| Florence | $3,949 | San Marcos | $325,688 |
| Floresville | $21,699 | San Patricio | $4,213 |
| Flower Mound | $215,256 | San Patricio County | $271,916 |
| Floyd County | $9,049 | San Perlita | $2,219 |
| Floydada | $6,357 | San Saba | $10,057 |
| Foard County | $5,764 | San Saba County | $17,562 |
| Follett | $212 | Sanctuary | $17 |
| Forest Hill | $26,132 | Sandy Oaks | $9,863 |
| Forney | $80,112 | Sandy Point | $1,637 |
| Forsan | $576 | Sanford | $308 |
| Fort Bend County | $1,506,719 | Sanger | $22,237 |
| Fort Stockton | $4,411 | Sansom Park | $223 |
| Fort Worth | $2,120,790 | Santa Anna | $329 |
| Franklin | $3,931 | Santa Clara | $87 |
| Franklin County | $25,783 | Santa Fe | $33,272 |
| Frankston | $274 | Santa Rosa | $2,138 |
| Fredericksburg | $56,486 | Savoy | $2,349 |
| Freeport | $72,973 | Schertz | $60,110 |
| Freer | $3,271 | Schleicher County | $5,695 |
| Freestone County | $50,495 | Schulenburg | $2,560 |
| Friendswood | $140,330 | Scotland | $148 |
| Frio County | $19,954 | Scottsville | $708 |
| Friona | $2,848 | Scurry | $1,110 |
| Frisco | $405,309 | Scurry County | $73,116 |
| Fritch | $4,548 | Seabrook | $30,270 |
| Frost | $321 | Seadrift | $991 |
| Fruitvale | $2,344 | Seagoville | $17,106 |
| Fulshear | $5,272 | Seagraves | $7,531 |
| Fulton | $1,602 | Sealy | $20,637 |
| Gaines County | $54,347 | Seguin | $376,538 |
| Gainesville | $153,980 | Selma | $22,429 |
| Galena Park | $13,093 | Seminole | $16,092 |
| Gallatin | $1,253 | Seven Oaks | $3,917 |
| Galveston | $488,187 | Seven Points | $7,452 |
| Galveston County | $1,124,093 | Seymour | $14,218 |

| | | | |
|---|---:|---|---:|
| Ganado | $5,510 | Shackelford County | $1,288 |
| Garden Ridge | $11,351 | Shady Shores | $594 |
| Garland | $420,244 | Shallowater | $1,907 |
| Garrett | $2,510 | Shamrock | $4,328 |
| Garrison | $3,555 | Shavano Park | $3,178 |
| Gary City | $450 | Shelby County | $109,925 |
| Garza County | $8,944 | Shenandoah | $47,122 |
| Gatesville | $26,994 | Shepherd | $147 |
| George West | $6,207 | Sherman | $330,585 |
| Georgetown | $225,896 | Sherman County | $7,930 |
| Gholson | $1,505 | Shiner | $4,042 |
| Giddings | $12,674 | Shoreacres | $958 |
| Gillespie County | $63,191 | Silsbee | $66,442 |
| Gilmer | $33,951 | Silverton | $14 |
| Gladewater | $24,638 | Simonton | $1,906 |
| Glasscock County | $1,000 | Sinton | $23,658 |
| Glen Rose | $540 | Skellytown | $400 |
| Glenn Heights | $16,593 | Slaton | $154 |
| Godley | $3,115 | Smiley | $655 |
| Goldsmith | $677 | Smith County | $758,961 |
| Goldthwaite | $1,225 | Smithville | $17,009 |
| Goliad | $3,563 | Smyer | $300 |
| Goliad County | $34,660 | Snook | $1,422 |
| Golinda | $100 | Snyder | $9,018 |
| Gonzales | $14,882 | Socorro | $11,125 |
| Gonzales County | $33,230 | Somerset | $1,527 |
| Goodlow | $221 | Somervell County | $57,076 |
| Goodrich | $9,643 | Somerville | $3,806 |
| Gordon | $365 | Sonora | $7,337 |
| Goree | $749 | Sour Lake | $17,856 |
| Gorman | $3,107 | South Houston | $25,620 |
| Graford | $23 | South Mountain | $154 |
| Graham | $235,428 | South Padre Island | $30,629 |
| Granbury | $71,735 | Southlake | $70,846 |
| Grand Prairie | $445,439 | Southmayd | $7,096 |
| Grand Saline | $36,413 | Southside Place | $885 |
| Grandfalls | $65 | Spearman | $14,000 |
| Grandview | $6,600 | Splendora | $7,756 |
| Granger | $2,741 | Spofford | $7 |
| Granite Shoals | $11,834 | Spring Valley Village | $16,404 |

| | | | |
|---|---|---|---|
| Granjeno | $43 | Springlake | $3 |
| Grapeland | $7,287 | Springtown | $14,244 |
| Grapevine | $129,195 | Spur | $427 |
| Gray County | $65,884 | St. Hedwig | $111 |
| Grays Prairie | $17 | St. Jo | $7,360 |
| Grayson County | $539,083 | St. Paul | $21 |
| Greenville | $203,112 | Stafford | $75,145 |
| Gregg County | $243,744 | Stagecoach | $3,036 |
| Gregory | $4,697 | Stamford | $398 |
| Grey Forest | $474 | Stanton | $3,838 |
| Grimes County | $94,878 | Staples | $19 |
| Groesbeck | $5,745 | Star Harbor | $151 |
| Groom | $965 | Starr County | $99,896 |
| Groves | $40,752 | Stephens County | $35,244 |
| Groveton | $8,827 | Stephenville | $83,472 |
| Gruver | $1,166 | Sterling City | $62 |
| Guadalupe County | $146,824 | Sterling County | $939 |
| Gun Barrel City | $36,302 | Stinnett | $4,097 |
| Gunter | $4,609 | Stockdale | $741 |
| Gustine | $34 | Stonewall County | $1,822 |
| Hackberry | $94 | Stratford | $8,378 |
| Hale Center | $6,042 | Strawn | $987 |
| Hale County | $79,150 | Streetman | $5 |
| Hall County | $8,933 | Sudan | $32 |
| Hallettsville | $6,895 | Sugar Land | $321,561 |
| Hallsburg | $272 | Sullivan City | $6,121 |
| Hallsville | $10,239 | Sulphur Springs | $124,603 |
| Haltom City | $71,800 | Sun Valley | $4 |
| Hamilton | $3,581 | Sundown | $2,592 |
| Hamilton County | $66,357 | Sunnyvale | $3,248 |
| Hamlin | $4,656 | Sunray | $2,571 |
| Hansford County | $16,416 | Sunrise Beach Village | $2,083 |
| Happy | $327 | Sunset Valley | $9,425 |
| Hardeman County | $15,219 | Surfside Beach | $6,530 |
| Hardin | $100 | Sutton County | $6,541 |
| Hardin County | $379,800 | Sweeny | $4,503 |
| Harker Heights | $113,681 | Sweetwater | $68,248 |
| Harlingen | $165,429 | Swisher County | $7,251 |
| Harris County | $14,966,202 | Taft | $5,861 |
| Harrison County | $185,910 | Tahoka | $430 |

| | | | |
|---|---|---|---|
| Hart | $86 | Talco | $372 |
| Hartley County | $786 | Talty | $9,124 |
| Haskell | $10,829 | Tarrant County | $6,171,159 |
| Haskell County | $22,011 | Tatum | $972 |
| Haslet | $1,908 | Taylor | $57,945 |
| Hawk Cove | $674 | Taylor County | $351,078 |
| Hawkins | $7,932 | Taylor Lake Village | $412 |
| Hawley | $931 | Taylor Landing | $153 |
| Hays | $506 | Teague | $1,714 |
| Hays County | $529,489 | Tehuacana | $12 |
| Hearne | $16,824 | Temple | $280,747 |
| Heath | $28,751 | Tenaha | $4,718 |
| Hebron | $687 | Terrell | $148,706 |
| Hedley | $70 | Terrell County | $5,737 |
| Hedwig Village | $13,067 | Terrell Hills | $9,858 |
| Helotes | $15,790 | Terry County | $25,423 |
| Hemphill | $8,035 | Texarkana | $192,094 |
| Hemphill County | $14,394 | Texas City | $298,702 |
| Hempstead | $21,240 | Texhoma | $156 |
| Henderson | $59,966 | Texline | $865 |
| Henderson County | $327,965 | The Colony | $114,297 |
| Henrietta | $2,720 | The Hills | $1,004 |
| Hereford | $20,423 | Thompsons | $1,897 |
| Hewitt | $19,776 | Thorndale | $1,595 |
| Hickory Creek | $16,510 | Thornton | $270 |
| Hico | $5,534 | Thorntonville | $87 |
| Hidalgo | $26,621 | Thrall | $825 |
| Hidalgo County | $1,253,103 | Three Rivers | $4,669 |
| Hideaway | $922 | Throckmorton | $29 |
| Higgins | $43 | Throckmorton County | $5,695 |
| Highland Haven | $320 | Tiki Island | $2,178 |
| Highland Park | $43,383 | Timbercreek Canyon | $369 |
| Highland Village | $50,315 | Timpson | $12,642 |
| Hill Country Village | $6,485 | Tioga | $2,390 |
| Hill County | $127,477 | Tira | $185 |
| Hillcrest | $5,345 | Titus County | $70,611 |
| Hillsboro | $46,609 | Toco | $4 |
| Hilshire Village | $859 | Todd Mission | $1,680 |
| Hitchcock | $28,796 | Tolar | $2,369 |
| Hockley County | $46,407 | Tom Bean | $2,293 |

| | | | |
|---|---|---|---|
| Holiday Lakes | $1,795 | Tom Green County | $282,427 |
| Holland | $77 | Tomball | $34,620 |
| Holliday | $5,910 | Tool | $14,787 |
| Hollywood Park | $9,424 | Toyah | $40 |
| Hondo | $115,288 | Travis County | $4,703,473 |
| Honey Grove | $7,196 | Trent | $63 |
| Hood County | $292,105 | Trenton | $3,089 |
| Hooks | $2,702 | Trinidad | $5,859 |
| Hopkins County | $149,518 | Trinity | $23,652 |
| Horizon City | $7,520 | Trinity County | $105,766 |
| Horseshoe Bay | $48,173 | Trophy Club | $29,370 |
| Houston County | $78,648 | Troup | $7,918 |
| Houston | $7,021,793 | Troy | $5,320 |
| Howard County | $89,330 | Tulia | $8,911 |
| Howardwick | $84 | Turkey | $737 |
| Howe | $9,177 | Tuscola | $138 |
| Hubbard | $3,635 | Tye | $1,766 |
| Hudson | $6,840 | Tyler | $723,829 |
| Hudson Oaks | $15,637 | Tyler County | $131,743 |
| Hudspeth County | $985 | Uhland | $1,545 |
| Hughes Springs | $4,442 | Uncertain | $185 |
| Humble | $73,952 | Union Grove | $994 |
| Hunt County | $309,851 | Union Valley | $666 |
| Hunters Creek Village | $14,708 | Universal City | $28,428 |
| Huntington | $8,792 | University Park | $50,833 |
| Huntsville | $80,373 | Upshur County | $128,300 |
| Hurst | $99,187 | Upton County | $8,499 |
| Hutchins | $9,551 | Uvalde | $18,439 |
| Hutchinson County | $74,630 | Uvalde County | $36,244 |
| Hutto | $38,346 | Val Verde County | $117,815 |
| Huxley | $738 | Valentine | $207 |
| Idalou | $1,999 | Valley Mills | $2,228 |
| Impact | $8 | Valley View | $1,824 |
| Indian Lake | $473 | Van | $6,206 |
| Industry | $604 | Van Alstyne | $43,749 |
| Ingleside on the Bay | $142 | Van Horn | $211 |
| Ingleside | $40,487 | Van Zandt County | $248,747 |
| Ingram | $5,243 | Vega | $974 |
| Iola | $3,164 | Venus | $9,792 |
| Iowa Colony | $4,090 | Vernon | $81,337 |

| | | | |
|---|---|---|---|
| Iowa Park | $23,487 | Victoria | $84,598 |
| Iraan | $56 | Victoria County | $520,886 |
| Iredell | $216 | Vidor | $95,620 |
| Irion County | $9,105 | Vinton | $622 |
| Irving | $427,818 | Volente | $333 |
| Italy | $5,349 | Von Ormy | $513 |
| Itasca | $8,694 | Waco | $512,007 |
| Ivanhoe | $26 | Waelder | $3,427 |
| Jacinto City | $14,141 | Wake Village | $174 |
| Jack County | $14,799 | Walker County | $184,624 |
| Jacksboro | $23,254 | Waller County | $126,206 |
| Jackson County | $37,984 | Waller | $11,295 |
| Jacksonville | $80,179 | Wallis | $2,698 |
| Jamaica Beach | $4,913 | Walnut Springs | $183 |
| Jarrell | $2,423 | Ward County | $67,920 |
| Jasper | $78,422 | Warren City | $66 |
| Jasper County | $248,855 | Washington County | $83,727 |
| Jayton | $63 | Waskom | $5,346 |
| Jeff Davis County | $8,500 | Watauga | $33,216 |
| Jefferson | $11,194 | Waxahachie | $152,094 |
| Jefferson County | $756,614 | Weatherford | $207,872 |
| Jersey Village | $36,347 | Webb County | $505,304 |
| Jewett | $9,338 | Webberville | $1,280 |
| Jim Hogg County | $12,718 | Webster | $53,202 |
| Jim Wells County | $166,539 | Weimar | $5,830 |
| Joaquin | $810 | Weinert | $234 |
| Johnson City | $3,581 | Weir | $443 |
| Johnson County | $408,692 | Wellington | $9,111 |
| Jolly | $26 | Wellman | $383 |
| Jones County | $22,001 | Wells | $1,357 |
| Jones Creek | $5,078 | Weslaco | $73,949 |
| Jonestown | $6,419 | West | $3,522 |
| Josephine | $881 | West Columbia | $17,958 |
| Joshua | $20,619 | West Lake Hills | $17,056 |
| Jourdanton | $9,600 | West Orange | $42,452 |
| Junction | $4,825 | West Tawakoni | $6,995 |
| Justin | $8,575 | West University Place | $34,672 |
| Karnes City | $11,632 | Westbrook | $43 |
| Karnes County | $35,249 | Westlake | $41,540 |
| Katy | $52,467 | Weston | $266 |

| | | | |
|---|---|---|---|
| Kaufman | $27,607 | Weston Lakes | $189 |
| Kaufman County | $353,047 | Westover Hills | $4,509 |
| Keene | $38,296 | Westworth Village | $7,842 |
| Keller | $79,189 | Wharton | $31,700 |
| Kemah | $28,325 | Wharton County | $72,887 |
| Kemp | $6,419 | Wheeler | $447 |
| Kempner | $330 | Wheeler County | $26,273 |
| Kendall County | $100,643 | White Deer | $1,273 |
| Kendleton | $13 | White Oak | $15,305 |
| Kenedy | $676 | White Settlement | $23,304 |
| Kenedy County | $1,000 | Whiteface | $155 |
| Kenefick | $416 | Whitehouse | $29,017 |
| Kennard | $132 | Whitesboro | $18,932 |
| Kennedale | $21,024 | Whitewright | $7,098 |
| Kent County | $939 | Whitney | $73 |
| Kerens | $1,924 | Wichita County | $552,371 |
| Kermit | $5,652 | Wichita Falls | $832,574 |
| Kerr County | $218,452 | Wickett | $87 |
| Kerrville | $190,357 | Wilbarger County | $55,124 |
| Kilgore | $105,583 | Willacy County | $24,581 |
| Killeen | $535,650 | Williamson County | $1,195,987 |
| Kimble County | $20,480 | Willis | $24,384 |
| King County | $1,000 | Willow Park | $26,737 |
| Kingsville | $20,083 | Wills Point | $43,765 |
| Kinney County | $2,142 | Wilmer | $426 |
| Kirby | $8,752 | Wilson | $12 |
| Kirbyville | $10,690 | Wilson County | $121,034 |
| Kirvin | $2 | Wimberley | $724 |
| Kleberg County | $124,109 | Windcrest | $12,908 |
| Knollwood | $1,160 | Windom | $1,087 |
| Knox City | $1,962 | Windthorst | $3,385 |
| Knox County | $11,730 | Winfield | $290 |
| Kosse | $2,468 | Wink | $120 |
| Kountze | $19,716 | Winkler County | $61,163 |
| Kress | $186 | Winnsboro | $28,791 |
| Krugerville | $1,508 | Winona | $319 |
| Krum | $9,661 | Winters | $6,229 |
| Kurten | $686 | Wise County | $289,074 |
| Kyle | $51,835 | Wixon Valley | $441 |
| La Feria | $10,381 | Wolfe City | $5,466 |

| | | | |
|---|---|---|---|
| La Grange | $9,623 | Wolfforth | $4,022 |
| La Grulla | $1,708 | Wood County | $267,048 |
| La Joya | $8,457 | Woodbranch | $9,617 |
| La Marque | $98,930 | Woodcreek | $358 |
| La Porte | $91,532 | Woodloch | $1,012 |
| La Salle County | $14,975 | Woodsboro | $1,130 |
| La Vernia | $3,217 | Woodson | $122 |
| La Villa | $572 | Woodville | $20,340 |
| La Ward | $321 | Woodway | $25,713 |
| LaCoste | $159 | Wortham | $376 |
| Lacy-Lakeview | $11,599 | Wylie | $114,708 |
| Ladonia | $2,011 | Yantis | $2,072 |
| Lago Vista | $13,768 | Yoakum County | $34,924 |
| Laguna Vista | $3,689 | Yoakum | $20,210 |
| Lake Bridgeport | $232 | Yorktown | $5,447 |
| Lake City | $2,918 | Young County | $44,120 |
| Lake Dallas | $25,314 | Zapata County | $56,480 |
| Lake Jackson | $75,781 | Zavala County | $38,147 |
| Lake Tanglewood | $613 | Zavalla | $1,088 |
| Lake Worth | $20,051 | | |

# EXHIBIT C

Exhibit C: TX Opioid Council & Health Care Region Allocations plus Administrative Costs
70% of Total ($700 million)

| Region | Counties in Health Care Region | Allocation |
|---|---|---|
| | Health Care Region Allocation*: $693 million; Administrative Costs: $7 million | |
| 1 | Anderson, Bowie, Camp, Cass, Cherokee, Delta, Fannin, Franklin, Freestone, Gregg, Harrison, Henderson, Hopkins, Houston, Hunt, Lamar, Marion, Morris, Panola, Rains, Red, River, Rusk, Smith, Titus, Trinity, Upshur, Van, Zandt, Wood | $38,223,336 |
| 2 | Angelina, Brazoria, Galveston, Hardin, Jasper, Jefferson, Liberty, Nacogdoches, Newton, Orange, Polk, Sabine, San Augustine, San Jacinto, Shelby, Tyler | $54,149,215 |
| 3 | Austin, Calhoun, Chambers, Colorado, Fort Bend, Harris, Matagorda, Waller, Wharton | $120,965,680 |
| 4 | Aransas, Bee, Brooks, De Witt, Duval, Goliad, Gonzales, Jackson, Jim Wells, Karnes, Kenedy, Kleberg, Lavaca, Live Oak, Nueces, Refugio, San Patricio, Victoria | $27,047,477 |
| 5 | Cameron, Hidalgo, Starr, Willacy | $17,619,875 |
| 6 | Atascosa, Bandera, Bexar, Comal, Dimmit, Edwards, Frio, Gillespie, Guadalupe, Kendall, Kerr, Kinney, La Salle, McMullen, Medina, Real, Uvalde, Val Verde, Wilson, Zavala | $68,228,047 |
| 7 | Bastrop, Caldwell, Fayette, Hays, Lee, Travis | $50,489,691 |
| 8 | Bell, Blanco, Burnet, Lampasas, Llano, Milam, Mills, San Saba, Williamson | $24,220,521 |
| 9 | Dallas, Kaufman | $66,492,094 |
| 10 | Ellis, Erath, Hood, Johnson, Navarro, Parker, Somervell, Tarrant, Wise | $65,538,414 |
| 11 | Brown, Callahan, Comanche, Eastland, Fisher, Haskell, Jones, Knox, Mitchell, Nolan, Palo Pinto, Shackelford, Stephens, Stonewall, Taylor | $9,509,818 |
| 12 | Armstrong, Bailey, Borden, Briscoe, Carson, Castro, Childress, Cochran, Collingsworth, Cottle, Crosby, Dallam, Dawson, Deaf Smith, Dickens, Donley, Floyd, Gaines, Garza, Gray, Hale, Hall, Hansford, Hartley, Hemphill, Hockley, Hutchinson, Kent, King, Lamb, Lipscomb, Lubbock, Lynn, Moore, Motley, Ochiltree, Oldham, Parmer, Potter, Randall, Roberts, Scurry, Sherman, Swisher, Terry, Wheeler, Yoakum | $23,498,027 |
| 13 | Coke, Coleman, Concho, Crockett, Irion, Kimble, Mason, McCulloch, Menard, Pecos, Reagan, Runnels, Schleicher, Sterling, Sutton, Terrell, Tom Green | $5,195,605 |
| 14 | Andrews, Brewster, Crane, Culberson, Ector, Glasscock, Howard, Jeff Davis, Loving, Martin, Midland, Presidio, Reeves, Upton, Ward, Winkler | $12,124,354 |
| 15 | El Paso, Hudspeth | $17,994,285 |
| 16 | Bosque, Coryell, Falls, Hamilton, Hill, Limestone, McLennan | $9,452,018 |
| 17 | Brazos, Burleson, Grimes, Leon, Madison, Montgomery, Robertson, Walker, Washington | $23,042,947 |
| 18 | Collin, Denton, Grayson, Rockwall | $39,787,684 |
| 19 | Archer, Baylor, Clay, Cooke, Foard, Hardeman, Jack, Montague, Throckmorton, Wichita, Wilbarger, Young | $12,665,268 |
| 20 | Jim Hogg, Maverick, Webb, Zapata | $6,755,656 |
| | Administrative Costs | $7,000,000 |

* Each Region shall reserve 25% of its allocation for Targeted Funds under the guidelines of Exhibit A.