# EXHIBIT A

## Opioids Case Census[8]

**A.  Cases by Filing Date**

Daily case counts are shown for selected months.

---

[8] All data is from Ankura unless otherwise indicated.

| Date Filed | # Cases Filed | Running Total | Date Filed | # Cases Filed | Running Total |
|---|---|---|---|---|---|
| **2015** | 1 | 1 | 19-Jan | 7 | 332 |
| **2017** | | | 22-Jan | 7 | 339 |
| **Jan** | 1 | 2 | 23-Jan | 11 | 350 |
| **May** | 1 | 3 | 24-Jan | 5 | 355 |
| **Jun** | 3 | 6 | 25-Jan | 20 | 375 |
| **Jul** | 1 | 7 | 29-Jan | 6 | 381 |
| **Aug** | 4 | 11 | 30-Jan | 12 | 393 |
| **Sep** | 11 | 22 | 31-Jan | 3 | 396 |
| **Oct** | 19 | 41 | **Feb** | 107 | 503 |
| **Nov** | 7 | 48 | **Mar** | 115 | 618 |
| **Dec** | 199 | | **Apr** | 206 | |
| 6-Dec | 1 | 49 | 2-Apr | 5 | 623 |
| 8-Dec | 1 | 50 | 3-Apr | 1 | 624 |
| 11-Dec | 7 | 57 | 4-Apr | 15 | 639 |
| 12-Dec | 11 | 68 | 5-Apr | 19 | 658 |
| 13-Dec | 47 | 115 | 6-Apr | 9 | 667 |
| 14-Dec | 10 | 125 | 9-Apr | 5 | 672 |
| 15-Dec | 9 | 134 | 10-Apr | 3 | 675 |
| 18-Dec | 44 | 178 | 11-Apr | 27 | 702 |
| 19-Dec | 16 | 194 | 12-Apr | 19 | 721 |
| 20-Dec | 18 | 212 | 13-Apr | 15 | 736 |
| 21-Dec | 19 | 231 | 16-Apr | 3 | 739 |
| 22-Dec | 5 | 236 | 17-Apr | 11 | 750 |
| 27-Dec | 1 | 237 | 18-Apr | 4 | 754 |
| 28-Dec | 8 | 245 | 19-Apr | 9 | 763 |
| 29-Dec | 2 | 247 | 20-Apr | 3 | 766 |
| **2018** | | | 23-Apr | 2 | 768 |
| **Jan** | 149 | | 24-Apr | 1 | 769 |
| 3-Jan | 3 | 250 | 26-Apr | 17 | 786 |
| 4-Jan | 3 | 253 | 27-Apr | 26 | 812 |
| 5-Jan | 4 | 257 | 30-Apr | 12 | 824 |
| 8-Jan | 1 | 258 | **May** | 151 | |
| 9-Jan | 1 | 259 | 1-May | 5 | 829 |
| 10-Jan | 5 | 264 | 2-May | 1 | 830 |
| 11-Jan | 17 | 281 | 3-May | 10 | 840 |
| 12-Jan | 13 | 294 | 4-May | 6 | 846 |
| 16-Jan | 15 | 309 | 7-May | 6 | 852 |
| 17-Jan | 4 | 313 | 8-May | 8 | 860 |
| 18-Jan | 12 | 325 | 9-May | 7 | 867 |

| Date Filed | # Cases Filed | Running Total |
|---|---|---|
| 10-May | 4 | 871 |
| 11-May | 8 | 879 |
| 14-May | 11 | 890 |
| 15-May | 25 | 915 |
| 16-May | 10 | 925 |
| 17-May | 8 | 933 |
| 18-May | 9 | 942 |
| 21-May | 2 | 944 |
| 23-May | 5 | 949 |
| 24-May | 2 | 951 |
| 25-May | 2 | 953 |
| 29-May | 4 | 957 |
| 30-May | 11 | 968 |
| 31-May | 7 | 975 |
| **Jun** | 174 | 1,149 |
| **Jul** | 153 | 1,302 |
| **Aug** | 130 | 1,432 |
| **Sep** | 110 | 1,542 |
| **Oct** | 98 | 1,640 |
| **Nov** | 93 | 1,733 |
| **Dec** | 92 | 1,825 |
| **2019** | | |
| **Jan** | 46 | 1,871 |
| **Feb** | 71 | 1,942 |
| **Mar** | 122 | 2,064 |
| **Apr** | 87 | 2,151 |
| **May** | 90 | 2,241 |
| **Jun** | 212 | 2,453 |
| **Jul** | 118 | 2,571 |
| **Aug** | 97 | 2,668 |
| **Sep** | 79 | 2,747 |
| **Oct** | 120 | |
| 2-Oct | 5 | 2,752 |
| 3-Oct | 1 | 2,753 |
| 7-Oct | 2 | 2,755 |
| 8-Oct | 4 | 2,759 |
| 10-Oct | 2 | 2,761 |
| 15-Oct | 2 | 2,763 |
| 17-Oct | 22 | 2,785 |

| Date Filed | # Cases Filed | Running Total |
|---|---|---|
| 18-Oct | 19 | 2,804 |
| 20-Oct | 1 | 2,805 |
| 21-Oct | 4 | 2,809 |
| 22-Oct | 11 | 2,820 |
| 23-Oct | 12 | 2,832 |
| 24-Oct | 18 | 2,850 |
| 25-Oct | 2 | 2,852 |
| 28-Oct | 2 | 2,854 |
| 29-Oct | 4 | 2,858 |
| 30-Oct | 1 | 2,859 |
| 31-Oct | 8 | 2,867 |
| **Nov** | 132 | 2,999 |
| **Dec** | 80 | 3,079 |
| **2020** | 153 | 3,232 |
| **Grand Total** | **3,232** | |

The data show 57 cases filed by 12/11/2017, and 3,175 cases filed on or after 12/12/2017.

B. <u>**Cases by Venue/Status**</u>

|  | Date Filed | | | | | |
|---|---|---|---|---|---|---|
| **Venue/Status** | **2015** | **2017** | **2018** | **2019** | **2020** | **Grand Total** |
| Dismissed without Prejudice |  | 1 | 1 |  |  | 2 |
| Dismissed without Prejudice |  | 6 | 4 |  |  | 10 |
| Federal – MDL |  | 175 | 1,342 | 1,179 | 153 | 2,849 |
| State | 1 | 64 | 231 | 75 |  | 371 |
| **Grand Total** | **1** | **246** | **1,578** | **1,254** | **153** | **3,232** |

C. <u>**Cases by Plaintiff Type**</u>

|  | Date Filed | | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff Type** | **2015** | **2017** | **2018** | **2019** | **2020** | **Grand Total** |
| AG | 1 | 15 | 38 | 34 |  | 88 |
| Children's/Foster Services - Government Agency |  | 1 |  |  |  | 1 |
| Class Action |  | 2 | 13 | 7 | 5 | 27 |
| Class Action - Health Services |  |  | 1 |  |  | 1 |
| Class Action - Individual Health Insurance Increases |  |  | 8 | 7 | 1 | 16 |
| Class Action - Medical Costs |  | 1 |  | 1 |  | 2 |
| Class Action – Veterans |  |  |  | 1 |  | 1 |
| College |  |  |  | 1 | 1 | 2 |
| Coroner's Office |  |  | 1 |  | 1 | 2 |
| District Attorney |  |  |  | 1 | 1 | 2 |
| Estate |  | 1 | 4 | 1 |  | 6 |
| Estate/Personal Injury |  |  | 1 |  |  | 1 |
| Fire Department/Political Subdivision |  |  | 12 | 16 | 2 | 30 |
| Health Services/Government Run |  |  | 1 | 1 |  | 2 |
| Health Services/Private Ambulance |  |  | 2 |  |  | 2 |
| Hospital |  | 1 | 39 | 30 | 6 | 76 |
| Individual |  |  | 3 | 1 |  | 4 |
| Municipality |  | 214 | 1,262 | 868 | 91 | 2,435 |
| NAS |  |  | 11 | 75 | 2 | 88 |
| Other |  | 1 |  |  |  | 1 |
| Personal Injury |  |  | 8 | 7 | 1 | 16 |
| Political Subdivision |  |  |  | 4 | 1 | 5 |
| Prosecuting Attorney |  |  | 1 |  |  | 1 |
| School Board |  |  | 2 | 2 |  | 4 |
| Sheriff |  | 4 | 23 | 28 | 1 | 56 |
| Social Services Agency |  |  | 15 | 3 | 2 | 20 |
| Third Party Payor |  | 4 | 51 | 82 | 19 | 156 |

2000208.7            5

| Tribal          |   |     | 74    | 77    | 12  | 163   |
|-----------------|---|-----|-------|-------|-----|-------|
| Tribal/Hospital |   |     | 6     | 2     |     | 8     |
| Wrongful Death  |   |     | 2     | 5     | 7   | 14    |
| (blank)         |   | 2   |       |       |     | 2     |
| **Grand Total** | 1 | 246 | 1,578 | 1,254 | 153 | 3,232 |

According to the data from Ankura, there are 2,435 municipal cases.  However, there is not a 1-to-1 correspondence between the number of cases and the number of municipalities litigating.  Thus, while not shown above, there are approximately 3,323 litigating counties and cities in every state, Puerto Rico, and D.C.  (This count includes all political subdivisions within the jurisdictions of the Tennessee district attorneys general that filed suit.)  These 3,323 entities represent 9.6% of all municipalities, counties, or their equivalent in the United States, including Puerto Rico *municipios*, but more than half of the U.S. population.