UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*The County of Trumbull v. CVS Health Corporation, et al.*,<br>Case No. 18-op-45079<br><br>*The County of Lake v. CVS Health Corporation, et al.*,<br>Case No. 18-op-45032 | MDL No. 2804<br><br>Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

**MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CVS HEALTH CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiffs respectfully move this Court for an extension of time in which to respond to Defendant CVS Health Corporation's Motion to Dismiss for Lack of Personal Jurisdiction.

CVS Health Corporation filed its motion (Dkt. # 3338) on June 16, 2020. Pursuant to Track Three Case Management Order *Nunc Pro Tunc* (Dkt. # 3329), Plaintiffs' response to CVS Health Corporation's motion is due within sixteen days of Defendant's filing, thus on or before Thursday, July 2, 2020.

According to Federal Rule of Civil Procedure 6(b)(A), on motion filed prior to the original time when an act may be performed, the court may, for good cause, extend the time within which an act may be done. Plaintiffs contend good cause exists here. The Parties are meeting and conferring regarding CVS Health Corporation's involvement in

2001688.2

this litigation and additional time is required for the Parties to explore an agreement on same. CVS Health Corporation consents to Plaintiffs' requested extension of time to respond to its motion to dismiss. Rather than have the court expend judicial resources evaluating the motion to dismiss, Plaintiffs request that they be permitted to respond to Defendant's motion after the Parties can meaningfully explore CVS Health Corporation's involvement in this litigation, including whether Plaintiffs will agree to dismiss CVS Health Corporation without prejudice. Plaintiffs believe a modest extension of thirty days from the day on which the Parties conclude an agreement cannot be reached is sufficient for the Parties to exhaust their efforts to meet and confer.

WHEREFORE, Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond to Defendant CVS Health Corporation's Motion to Dismiss for Lack of Personal Jurisdiction an additional thirty days from the day on which the Parties conclude an agreement on dismissal cannot be reached.

Dated: June 24, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Paul J. Hanly, Jr.
　　　　　　　　　　　　　　　　　　　　Paul J. Hanly, Jr.
　　　　　　　　　　　　　　　　　　　　SIMMONS HANLY CONROY
　　　　　　　　　　　　　　　　　　　　112 Madison Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　(212) 784-6400
　　　　　　　　　　　　　　　　　　　　(212) 213-5949 (fax)
　　　　　　　　　　　　　　　　　　　　phanly@simmonsfirm.com

　　　　　　　　　　　　　　　　　　　　/s/ Joseph F. Rice
　　　　　　　　　　　　　　　　　　　　Joseph F. Rice
　　　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　　　28 Bridgeside Blvd.
　　　　　　　　　　　　　　　　　　　　Mt. Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　　　(843) 216-9000
　　　　　　　　　　　　　　　　　　　　(843) 216-9290 (Fax)

2001688.2

jrice@motleyrice.com

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr., Esq.
FARRELL LAW
422 Ninth Street, 3rd Floor
Huntington, WV 25701
(304) 654-8281
paul@farrell.law

*Plaintiffs' Co-Lead Counsel*

/s/ Peter H. Weinberger
Peter H. Weinberger
(0022076) SPANGENBERG
SHIBLEY & LIBER 1001
Lakeside Avenue East, Suite
1700 Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Frank Gallucci
Plevin & Gallucci Company, L.P.A.
55 Public Square
Suite 2222
Cleveland, Ohio 44113
(216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com


Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

2001688.2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of June, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

/s/ *Peter H. Weinberger*
Peter H. Weinberger

*Plaintiffs' Liaison Counsel*

2001688.2