UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,  MDL NO. 2804
OPIATE LITIGATION

Case No. 17-MD-2804

Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252 | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45483 |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264 | *Brumbarger v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484 |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375 | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486 |
| *Whitley v. Purdue Pharma LP., et al.*<br>MDL Case #1:18-OP-45598 | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487 |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662 | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488 |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681 | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489 |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052 | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490 |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305 | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 |
| *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479 | *Brant v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45494 |
| *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480 | *Williams, v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45485 |
| *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481 | *Gilson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45461 |
| *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482 | *Berzinski v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45503 |

*Johnson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45504

*Martin v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45508

*Muffley v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45507

*Alexander v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45502

*Kirk v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45509

*Collier v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45506

*Johnson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45521

*Goss v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45518

*Martin v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45510

*Gauthier v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45514

*Tindall v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45530

*Lively v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45523

*Lyle v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45524

*Lyle v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45524

*Hutchins v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45505

*Kommer v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45522

*Gibson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45515

*Massey v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45525

*Dixon v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45511

*Herring v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45519

*Goldman v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45516

*McAnany v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45526

*Shockley v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45527

*Taylor v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45528

*Taylor v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45529

*Goforth v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45532

*Atkinson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45531

*Perkins v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45535

*Thomas v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45542

*Watson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45545

*Wright v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45543

*Shepard v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45536

*Chancey v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45533

*Whittington v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45541

*Scully v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45544

*Puckett v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45439

*Richardson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45538

*VonCannon v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45540

*Underwood v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45537

*Patterson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45534

### NAS PLAINTIFFS' ADDITIONAL BRIEFING IN OPPOSITION TO AMENDED MOTION FOR ENTRY OF ORDER ESTABLISHING COMMON BENEFIT FUND

NOW INTO COURT, through undersigned counsel, come the NAS Plaintiffs, who file this Opposition to the *Amended* Motion for Entry of Order Establishing Common Benefit Fund (Doc. 3112) filed by the Plaintiffs' Executive Committee (the "PEC").

NAS PI Plaintiffs oppose imposition of a Common Benefit Fund at this early stage and at the rate proposed by the PEC because the PEC's work has not conferred a substantial benefit to the unique claims advanced by NAS PI Plaintiffs. Indeed, as has been shown by the NAS PI Plaintiffs, the PEC has often worked at cross-purposes and in conflict with this putative class which has advanced unique claims, pleadings, discovery, and expert work.

The PEC's Motion should be denied for the reasons set forth in the opposition separately filed by the NAS Guardians (Doc.3351) and Harris County TX (Doc. 3350), which are adopted herein by reference.

Respectfully submitted,

/s/ Marc E. Dann
Marc E. Dann (0039425)
Emily C. White (0085662)
Whitney E. Kaster (0091540)
Dann Law
2728 Euclid Avenue, Suite 300
Cleveland, OH 44115
(216) 373-0539
notices@dannlaw.com

Thomas E. Bilek
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720
tbilek@bileklaw.com
kbilek@bileklaw.com

Kevin W. Thompson

3

David R. Barney, Jr.
THOMPSON BARNEY LAW FIRM
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompson@gmail.com

Celeste Brustowicz
Stephen Wussow
COOPER LAW FIRM
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-309-6989
Email:cbrustowicz@sch-llc.com

Donald E. Creadore
CREADORE LAW FIRM
450 Seventh Avenue, Suite 1408
New York, NY 10123
Telephone: 212-355-7200
Email: donald@creadorelawfirm.com

Scott R. Bickford
Spencer R. Doody
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
Email: srb@mbfirm.com

Kent Harrison Robbins
THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
242 Northeast 27 th Street
Miami, FL 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com

*Counsel for NAS Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed via the Court's electronic filing system on February 28, 2020.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

*/s/Marc E. Dann*
Marc E. Dann
Dann Law
