**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) **This document relates to:** *All Cases* ) ) ) ) | **MDL No. 2804** **JUDGE DAN AARON POLSTER** **Case No. 1:17-md-2804** |

**NOTICE OF FILING PLAINTIFFS' MOTION TO COMPEL DEFENDANT AMERISOURCEBERGEN TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD AND/OR TO SHOW CAUSE WHY IT SHOULD NOT BE SANCTIONED FOR ITS DISCOVERY MISCONDUCT and UNREDACTED RELATED EXHIBITS**

Plaintiffs hereby provide notice of, and file into the public record, the previously filed Motion to Compel Defendant AmerisourceBergen to Produce Discovery Improperly Withheld and to Show Cause Why it Should Not Be Sanctioned for its Discovery Misconduct, ECF No. 3300 (May 21, 2020), along with exhibits referenced therein.  Although this motion was previously filed on the public record, certain exhibits thereto (exhibits 2-10) were not publicly filed due to prior confidentiality designations asserted by AmerisourceBergen.  However, as a result of Plaintiffs' confidentiality challenges as well as a subsequent ruling,[1] exhibits 2-10 are no longer confidential and/or can be filed publicly.

To remain consistent with Plaintiffs' prior filing at ECF No. 3300, Plaintiffs hereby file on the public record their May 21, 2020 Motion to Compel Defendant AmerisourceBergen to Produce Discovery Improperly Withheld and to Show Cause Why it Should Not Be Sanctioned for its Discovery Misconduct, as well as the unredacted versions of exhibits 1-10 referenced therein.

---

[1] Plaintiffs challenged AmerisourceBergen's confidentiality designations over the 10 exhibits attached to their motion, and AmerisourceBergen maintained confidentiality over four exhibits. Consistent with the provisions in Case Management Order No. 2, Plaintiffs challenged the maintained confidentiality over the four exhibits, and Special Master Cohen ruled these four documents were not confidential.  (Ruling Regarding Confidentiality Designations, ECF No. 3344 (June 18, 2020)).

Dated:       June 30, 2020

                                        Respectfully submitted,

/s/ _Anthony D. Irpino_
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*


Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*


Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*


Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
Plaintiffs' Co-Lead Counsel

>Peter H. Weinberger (0022076)
>SPANGENBERG SHIBLEY & LIBER
>1001 Lakeside Avenue East, Suite 1700
>Cleveland, OH 44114
>(216) 696-3232
>(216) 696-3924 (Fax)
>pweinberger@spanglaw.com
>Plaintiffs' Co-Liaison Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2020, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

>/s/     *Anthony D. Irpino*
>Anthony D. Irpino