| | |
|---|---|
| From: | "Norton, Rita" <RNorton@amerisourcebergen.com> |
| Sent: | Mon, 25 Apr 2011 11:50:11 -0400 (EDT) |
| To: | "Vaughan, Christopher" <Chris.Vaughan@McKesson.com>; "Woodburn, Connie"<Connie.Woodburn@cardinalhealth.com>; "Berkey, Ann" <Ann.Berkey@McKesson.com> |
| Cc: | "Durbin, Adrian" <Adrian.Durbin@McKesson.com>; "Baker, Cassi"<Cassi.Baker@cardinalhealth.com>; "Gonzales, David (Corp)"<David.Gonzales@cardinalhealth.com>; "Eddy, Julie"<JEddy@amerisourcebergen.com>; "Zimmerman, Chris"<CZimmerman@amerisourcebergen.com> |
| Subject: | RE: Florida Pill Mill |

Thanks Chris, Julie Eddy will reach out to you on this later today.
Rita

-----Original Message-----
From: Vaughan, Christopher [mailto:Chris.Vaughan@McKesson.com]
Sent: Monday, April 25, 2011 10:49 AM
To: Norton, Rita; Woodburn, Connie; Berkey, Ann
Cc: Durbin, Adrian; Baker, Cassi; Gonzales, David (Corp); Eddy, Julie; Zimmerman, Chris
Subject: RE: Florida Pill Mill

Rita and Connie,

I am happy to talk with your folks about the situation in Florida relative to the "pill mill" legislation (my contact information is below). Attached is the latest iteration of the industry's talking points and suggested amendments. This document has been updated to reflect the amendments made to HB 7095 on the House floor last Wednesday and Thursday.

Unfortunately, the two substitute versions of HB 7095 accepted earlier in April have made the legislation worse for the wholesale industry. Most of our major concerns involve the "credentialing" provisions added to the bill in April.

I will be in Tallahassee this week.

Best,
Chris

Christopher Vaughan
Director of State Government Affairs
Southeast Region
Corporate Public Affairs
McKesson Corporation
Cell: 404.447.1645
Fax: 415.732.2694
Email: chris.vaughan@mckesson.com


-----Original Message-----
From: Norton, Rita [mailto:RNorton@amerisourcebergen.com]
Sent: Monday, April 25, 2011 10:20 AM
To: Woodburn, Connie; Berkey, Ann

Cc: Durbin, Adrian; Vaughan, Christopher; Baker, Cassi; Gonzales, David (Corp); Eddy, Julie; Zimmerman, Chris
Subject: RE: Florida Pill Mill


Connie and Ann, thanks for all the updates. Julie is flying to FL this morning and will be working with Dan and any of your folks on the lobbying effort. Julie is our only State lobbyist and we have no contract lobbyist in FL so she will be utilizing the help of our people in FL (Paul Ross and Joe Brecko) as needed. We've asked Dan for updated industry talking points that represent all of our concerns with the current state of play so we can all be on the same page and present the united front and he agreed to get something out asap.
Rita

-----Original Message-----
From: Woodburn, Connie [mailto:Connie.Woodburn@cardinalhealth.com]
Sent: Sunday, April 24, 2011 3:22 PM
To: Berkey, Ann; Norton, Rita
Cc: Durbin, Adrian; Vaughan, Christopher; Baker, Cassi; Gonzales, David (Corp)
Subject: RE: Florida Pill Mill

Ann,

We may be missing something; we would be interested in what you think still needs fixing. Maybe Chris could call David?

Connie


From: Berkey, Ann [Ann.Berkey@McKesson.com]
Sent: Saturday, April 23, 2011 2:52 PM
To: Woodburn, Connie; rnorton@amerisourcebergen.com
Cc: Durbin, Adrian; Vaughan, Christopher
Subject: Re: Florida Pill Mill

Connie:

Thanks for the update. Chris has been working this as well and has been in touch w/ david; however, my understanding is that the bill is far from fixed. We are working the Senate side next week.

Hope you have a good Easter...

Ann

----- Original Message -----
From: Woodburn, Connie [mailto:Connie.Woodburn@cardinalhealth.com]
Sent: Friday, April 22, 2011 12:43 PM
To: Berkey, Ann; Rita Norton (rnorton@amerisourcebergen.com) <rnorton@amerisourcebergen.com>
Subject: Florida Pill Mill

Ann,

I couldn't agree more that having the companies engaged in these issues is very important. We had David Gonzales on the ground in Tallahassee for most of the week of March 28th. As you might recall, the bill originally started with language that would have required wholesalers to report weekly on all controlled

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

ABDC-STCT000055851

**ABDCMDL00569576**

substance sales with no reference to DEA ARCOS. David worked diligently with the staff and committee to get this fixed. Luckily, he was successful in getting the changes we all needed on this issue. While he was there, the hearing occurred and the bill was amended with the pharmacy issues related to stopping physician dispensing and using only publicly traded pharmacies and limiting the sales. David immediately jumped on those issues as well. He has been inconstant communication with people in Florida the last couple of weeks. David was also there to provide on-the-ground reports to our staff and customers.

David and HDMA were able to address the wholesaler reporting issues on controlled substances, the limit on controlled sales limited to only publicly traded pharmacies, and the wholesale sales limited to 5,000 unit does per customer per month. We aren't terribly concerned about the buy-back of physician inventory and the due diligence issues. Is there something else that concerns you? We certainly could be missing something.

Of course, the Senate is on spring break this week and David and Cassi are going to be in California next week, so we won't be in Florida. However, we have constant lines of communication open given David's earlier work on this issue and we will be very supportive. I am glad you guys will be there and keep beating the drum for the industry. Being there as a group is good, but tag-team is the next best thing.

Thanks so much.

Connie


-----Original Message-----
From: Berkey, Ann [mailto:Ann.Berkey@McKesson.com]
Sent: Thursday, April 21, 2011 2:07 PM
To: Woodburn, Connie; rnorton@amerisourcebergen.com
Subject: Florida Pill Mill

Connie and Rita:

We are very concerned about the pending state pill mill bill and could really use your help on the ground in Tallahassee next week.

We had 3 McK execs + our contract lobbyist working this week w/ Dan Bellingham and Joe McCann in the House; could use your help to amend this bill in the Senate. Looks like outright defeat is no longer a viable option.

Any way you can persuade some of your execs to come to Tallahassee next week? We are much stronger as a group!

Thanks for your help.

Ann

_____

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

ABDC-STCT000055853

**ABDCMDL00569578**