| | |
|---|---|
| **From:** | "Ducca, Anita" <aducca@hdmanet.org> |
| **Sent:** | Fri, 24 Aug 2007 18:12:26 -0400 (EDT) |
| **To:** | "Ducca, Anita" <aducca@hdmanet.org> |
| **Subject:** | Heads-up on a DEA Media Briefing |

---

Dear Members of the RAC, FGAC and GPPC Committees,

We have information on the DEA that we wanted to make you aware of.  We have just heard that a day or two ago, the Drug Enforcement Administration held a media briefing. The DEA briefing was in Washington, at DEA HQ. The briefing was on hydrocodone, and focused on trends in use, how people are getting these drugs, etc. At the end, DEA was asked what they were doing to combat the problem, and they mapped out a couple of plans, including working with FDA to reclassify this drug, and cracking down on distributors that sell it.

According to our source, DEA publicly told the media there that they are targeting and suspending licenses for any distributor that reports a suspicious order, and continues to sell to that company. According to the reporter, they are targeting the supply side because from their perspective it's easier than getting a criminal conviction.

HDMA was not at the briefing, so we are attempting to verify this information. In the meantime, we wanted you to be aware of what we have heard.

A reporter from the Dallas Morning News was at the briefing and asked HDMA for a statement.  The following is what we sent to the reporter.

  The first priority of HDMA's primary distributor members is patient safety, and we are committed to providing a safe and secure system for delivering prescription medicines. We take these responsibilities very seriously, and we work diligently to comply with all applicable laws and regulations governing distribution. Many HDMA members are registered with the DEA to handle and distribute controlled substances. In order to become registered, all distributors must have in place security and other controls to guard against theft and diversion of the medicines.

  There are increasingly sophisticated criminals now using technologies, including the Internet, to unlawfully obtain and sell controlled substances. We continue to work with DEA to combat the illegal sale of these medicines. Distributors share a responsibility, together with manufacturers, pharmacies, regulators and law enforcement, to monitor and maintain the safety and security of this system on behalf of patients.

If you have any questions, please feel free to contact me or Amanda Forster, HDMA's Director of Communications and Marketing at X 0225.

Regards,

# Anita

Anita T. Ducca
Senior Director, Regulatory Affairs and Healthcare Policy
Healthcare Distribution Management Association
(703) 885-0240
Fax: (703) 935-3200
www.HealthcareDistribution.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ABDC-STCT000055196
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**    ABDCMDL00568921