| | |
|---|---|
| **From:** | "Hartman, Sharon" <SHartman@amerisourcebergen.com> |
| **Sent:** | Fri, 18 Aug 2017 12:23:14 -0400 (EDT) |
| **To:** | "May, David" <DMay@amerisourcebergen.com>; "Gundy, Bruce"<BGundy@amerisourcebergen.com>; "Zimmerman, Chris"<CZimmerman@amerisourcebergen.com>; "Mays, Steve"<SMays@amerisourcebergen.com>; "Ross, Paul" <PRoss@amerisourcebergen.com> |
| **Cc:** | "Hartman, Sharon" <SHartman@amerisourcebergen.com>; "Eddy, Julie"<JEddy@amerisourcebergen.com> |
| **Subject:** | FW: don&apos;t blame surgeons |

Hmm.. Haven't read the study, but prescribing opioids in unnecessary quantities after surgery still leads to availability of opioids in the community. May not be the person that it was prescribed but nevertheless available to someone to "try" and lead to abuse of the drug.
Sharon

**From:** Eddy, Julie
**Sent:** Friday, August 18, 2017 11:11 AM
**To:** Hartman, Sharon; Brad Tallamy
**Subject:** don't blame surgeons

**Los Angeles Times: Don't Blame The Surgeons: Long-Term Opioid Use Rarely Starts With Surgery, Study Finds**
Don't blame the nation's surgeons for an opiate-abuse crisis that now claims 142 lives daily in the United States. New research suggests that patients leaving the hospital after surgeries or inpatient procedures are rarely the ones whose long-term opioid use started with a doctor's prescription. Instead, the patients who most frequently go on to use opioid medications for six months or more got their first prescription for some sort of back pain, or for pain described in medical code as "other ill-defined conditions," according to a research letter published Wednesday in the journal JAMA Surgery. (Healy, 8/17)

# Julie

**Julie Anne Eddy, RN, JD**
Director, State Government Affairs
AmerisourceBergen
1300 Morris Drive
Chesterbrook, PA 19087
jeddy@amerisourcebergen.com

Work:   610.727.7361
Mobile: 610.608.3814

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000058079

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ABDCMDL00571804**