| | |
|---|---|
| **From:** | "Hazewski, Edward" <EHazewski@amerisourcebergen.com> |
| **Sent:** | Thu, 1 Nov 2012 15:15:49 -0400 (EDT) |
| **To:** | "Glover, Sherrice" <SGlover@amerisourcebergen.com> |
| **Subject:** | PP presentation |
| **Attachments:** | Board Presentation110112.pptx |

Chris' board presentation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

ABDC-STCT000001567

**ABDCMDL00515292**

DOCUMENT PRODUCED IN NATIVE FORMAT

DOCUMENT PRODUCED IN NATIVE FORMAT

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

ABDC-STCT000001568
**ABDCMDL00515293**

# PRESCRIPTION DRUG DIVERSION

# Prescription Drug Diversion

- Prescription painkillers now cause more drug overdose deaths than cocaine and heroin, combined.
- Prescription painkillers are now the leading cause of accidental deaths in the United States, accounting for more deaths than automobile accidents.
- Increased DEA scrutiny of pharmaceutical supply chain
-         - DEA suspends Cardinal Health's Lakeland facility's license.
-         - DEA shuts down shipments from Walgreen facility.
-         - DEA revokes Two CVS registrations to sell controlled substances.
-         - DEA focus now shifting to generic manufacturers., i.e., Covidien,
-          Actavis/Watson, etc.
- Diversion ⟹ *Enforcement*.

# PRESCRIPTION DRUG DIVERSION

## Title 21 - Code of Federal Regulations

- **21 CFR 1301.74 (a)** requires wholesale distributors to verify that customers are licensed to possess controlled substances.

- **21 CFR 1301.74 (b)** requires that registrants design and operate systems to identify suspicious orders and report suspicious orders to DEA when discovered.

- **21 CFR 1301.71(a)** – "All applicants and registrants shall provide **effective controls** and **procedures** to guard against theft and diversion of controlled substances."

# PRESCRIPTION DRUG DIVERSION

## Diversion Control Program

- New Customer Due Diligence.
- Order Monitoring and Suspicious Order Reporting.
    - Statistical analysis to identify trends
    - On site pharmacy inspections.
    - Daily reporting to the DEA
- Investigation.
- Collaborative efforts including education and training with:
    - Industry groups
    - Manufacturers
    - Customer groups
    - ABC associates

# PRESCRIPTION DRUG DIVERSION



# Average Cost per Oxycodone 30mg Pill

- ABC lowest unit of sale – bottle of 100 tabs
- ABC cost $0.48 (per tab) x 100 = $4.80
- Street Price $30.00 (per mg) x 100 = $3,000.00



| ABC Cost | Pharmacy Cost | Legitimate Retail Price | Advertised Cash Price | Street Price ($1 per mg) |
|---|---|---|---|---|
| $0.48 | $0.36 | $1.36 | $11.00 | $30.00 |