| | |
|---|---|
| **From:** | "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com> |
| **Sent:** | Wed, 30 Oct 2013 13:14:54 -0400 (EDT) |
| **To:** | "Kelly, Patrick" <pkelly@hdmanet.org> |
| **Subject:** | RE: Meeting on Friday with Dave Neu |

Hi Patrick, thanks for the email.  I am not sure of the audience for this meeting, but depending upon the audience's interaction with HDMA would determine the level of information to provide.  I am pretty familiar with the items you have listed below, but if there will be attendees that don't attend HDMA meetings and/or functions, maybe make one complete set available.

I know one area that has come up in conversation is that Elizabeth Campbell, ABC Associate Counsel, and I were at a HDMA meeting approximately a year and a half ago where the discussion was about HDMA hiring a PR firm to promote the distributor's role in the supply chain.  Since the majority of the articles in the press were about drug diversion and many with a negative slant towards the distributor, the group felt that we needed to promote the good things that distributors do to secure the supply chain.  For example:  keeping counterfeit drugs out of the supply chain; help managing drug shortages to ensure lifesaving drugs are available to those in need; and the extensive overhaul of the industries diversion control programs, including order monitoring programs.  The discussion was whether that HDMA initiative was still active, and whether there have been positive PR distributed by HDMA promoting the distributor's critical role in securing the supply channel while delivering savings overall.

I think that would be a topic of discussion.  Let me know who is invited and feel free to give me a call if you want to discuss.

Chris

Chris Zimmerman
Vice President, Corporate Security & Regulatory Affairs
Chief Compliance Officer

AmerisourceBergen

(610) 727-7444 office
(484) 354-2500 cell
czimmerman@amerisourcebergen.com

---

**From:** Kelly, Patrick [mailto:pkelly@hdmanet.org]
**Sent:** Wednesday, October 30, 2013 11:20 AM
**To:** Zimmerman, Chris
**Subject:** Meeting on Friday with Dave Neu

Chris,

I am working to compile and provide information for the meeting Dave Neu requested regarding controlled substance abuse and diversion.  We're tentatively holding Friday as the meeting date, but haven't heard if a specific time has been determined.

Dave asked John Gray to compile information about what HDMA has done in the past and a list of potential activities we could engage moving forward to address abuse and diversion issues.

To that end, we have a fairly significant amount of material that we can provide for the meeting.  Do you have a feeling for the level of documentation needed for the meeting?  We can chronicle activities for discussion purposes,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000052384

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ABDCMDL00566109**

which we have already done (see below).  Do you think it would be necessary to provide the corresponding <u>documentation</u> for all of the items we've identified? (e.g, attach copy of the ICGs, or the list of questions we provided to DEA).  We can build packets with all this information, or attach electronic links to the various documents.  (If we're compiling packets we'd need to get printed out and FedEx'd today)

Here's what we've compiled thus far (we're still working on the list):

**Past actions**:
Prepared voluntary Industry Compliance Guidelines (2008)
Made a concerted effort to engage DEA to better understand expectations for Suspicious Order Monitoring
    June 1, 2011 letter to DEA with Questions
    July 2012 follow-up letter to DEA in advance of Requested in-person meeting
Previous meetings with DEA Office of Diversion Control staff
    Dates/Attendees of these meetings
DEA Office of Diversion Control addresses HDMA DMC for past 4 years
Convened two meetings of the HDMA Controlled Substances Task Force
Testified before Congress (http://www.hdma.net/testimony/2012-03-01_gray_testimony.pdf)
Engaged APCO to develop toolkit to address Abuse/Diversion issues (attached)
    Statement of Principles
    One pagers
    Crisis communications guide
Supported National Governors Association Rx Abuse Prevention Policy Academy (Final Report to be published Nov. 2013)

**Options moving forward**:
Support for Marino/Blackburn Legislation
Support Boxer Commission Legislation
Sign on to "The Alliance"  (CAH, CVS, Teva, AMA, NACDS)
Support E-prescribing programs for all scheduled products
Share ARCOS data reported to DEA with states.
Engage ONDCP on behalf of supply chain
Engage a former FDA/ONDCP official to serve as an advisor/spokesperson
Take next step with APCO and mount an HDMA-centric PR campaign
Support PDMP Interoperability (NABP InterConnect Program)

Beyond endorsement, become more engaged with 3rd party groups (e.g. Partnership@drugfree.org)

If you get a chance, let me know what you think we need to provide for the meeting.

Thanks,
Patrick

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     ABDC-STCT000052385
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**     **ABDCMDL00566110**