# THE GALLAGHER LAW FIRM, PLLC

2905 Sackett Street
Houston, Texas 77098
(713) 222-8080 Fax (713) 222-0066

**Michael T. Gallagher**
BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

July 1, 2020

The Honorable Dan A. Polster,
United States District Judge
The Carl B. Stokes United States Courthouse
801 West Superior Avenue
Courtroom 18B
Cleveland, OH 44113

> Re:   County of Harris Motion to Unseal, Doc # 3349
>       *In re National Prescription Opiate Litig.*, 1:17-md-02804

Dear Honorable Dan A. Polster,

The County of Harris, subject to its remand motion, respectfully requests that this Court order the clerk's office to unseal docket entries 3115 and 3283, pursuant to this Court's Order of June 25, 2020.

On June 23, the County of Harris and other governmental entity plaintiffs filed their motion to lift the seal of transcripts and party filings in MDL 2804, requesting the following relief:

> The undersigned respectfully request that this Court unseal the transcripts of all hearings and conferences held in MDL 2804, the "position statements" filed by the parties, and any sealed material relevant to the PEC's common benefit fee demand (including without limitation docket entries 3113, 3115, 3283, 3307).

Mot. to Lift Sealed Transcript of Status Conference Held on Jan. 29, 2020 [Doc. #3113] in Assoc. with Order for Briefing on Report and Recommendation Addressing Mot. for Common Benefit Fund [DOC. #3320], p. 9 [Doc. #: 3349, Page ID #: 495848].

The clerk's office has unsealed the hearing transcript, but has not unsealed the remaining documents. Accordingly, we respectfully request that the remaining documents be unsealed.

Sincerely,

Michael T. Gallagher

MTG/slf