# EXHIBIT A

| No. | ABDC MDL Track One Agreed Search Terms |
|---|---|
| 1 | (Opioid OR opiate OR opoid OR opiod OR oxycodone OR oxy OR hydrocodone OR hydro OR fentanyl OR oxymorphone OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex*) AND ("Healthcare Distribution Management Association" OR HDMA OR "Healthcare Distribution Alliance" OR HDA) |
| 2 | (Opioid OR opiate OR opoid OR opiod OR oxycodone OR oxy OR hydrocodone OR hydro OR fentanyl OR oxymorphone OR hydromorphone OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex*) AND ("Pain Care Forum" OR PCF) |
| 3 | (Opioid OR opiate OR opoid OR opiod OR oxycodone OR oxy OR hydrocodone OR hydro OR fentanyl OR oxymorphone OR hydromorphone OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex*) AND ("National Association of Chain Drug Stores" OR (Association w/3 "Chain Drug Stores") OR NACDS) |
| 4 | (Opioid OR opiate OR opoid OR opiod OR oxycodone OR oxy OR hydrocodone OR hydro OR fentanyl OR oxymorphone OR hydromorphone OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex*) AND ("Pharmaceutical Research and Manufacturers of America" OR PhRMA) |

| No. | ABDC MDL Track One Agreed Search Terms |
|---|---|
| 5 | (HDMA OR hdma.org OR HDA OR hda.org OR lobby*) AND ("marino" OR "ensuring patient access and effective drug enforcement act" OR "patient access") |
| 6 | ((Opioid OR opiate OR opoid OR opiod OR oxycodone OR oxy OR hydrocodone OR hydro OR fentanyl OR oxymorphone OR hydromorphone OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex*) w/25 ("Drug Enforcement Agency" OR "Drug Enforcement Administration" OR "DEA" OR "dea.gov")) AND (suspicious OR diversion OR divert* OR quota OR threshold) |
| 7 | ("Drug Enforcement Agency" OR "Drug Enforcement Administration" OR "DEA" OR "dea.gov" OR DOJ OR "Department of Justice" OR "usdoj.gov") AND ("dear registrant" OR briefing OR "Pharmaceutical Industry Conference" OR Rannazzisi) |
| 8 | (("Drug Enforcement Agency" OR "Drug Enforcement Administration" OR "DEA" OR "dea.gov") w/25 (subpoena OR "order to show cause" OR "OSC" OR "OTSC" OR "memorandum of understanding" OR "MOU" OR "memorandum of agreement" OR "MOA" OR "ISO" OR "immediate suspension order" OR "notices of inspection" OR "NOI" OR "administrative inspection warrants" OR "AIW" OR suspen* OR "guidance w/2 letter" OR (warn* w/2 letter) OR "letter of admonition" OR LOA OR judgment OR settle*)) |
| 9 | ("Drug Enforcement Agency" OR "Drug Enforcement Administration" OR "DEA" OR "dea.gov" OR DOJ OR "Department of Justice" OR "usdoj.gov") AND (Audit* OR inspect* OR investigat* OR proceeding OR violation) AND (Lockbourne OR Columbus OR Ohio) |
| 10 | (Ohio w/5 ("BOP" OR "Board of Pharmacy" OR "pharmacy board")) AND (subpoena OR audit* OR inspect* OR investigat* OR suspen*) |

| No. | ABDC MDL Track One Agreed Search Terms |
|---|---|
| 11 | (Opioid OR opiate OR opoid OR opiod OR oxycodone OR oxy OR hydrocodone OR hydro OR fentanyl OR oxymorphone OR hydromorphone OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex*) AND (congress* OR senat* OR house OR committee OR (energy w/3 commerce) OR (homeland w/3 security)) |
| 12 | (("Purdue" OR "Endo" OR "Par Pharmaceutical" OR "Janssen" OR "Ortho-McNeil-Janssen" OR "Johnson & Johnson" OR "J&J" OR "Noramco" OR "Teva" OR "Cephalon" OR "Allergan" OR "Actavis" OR "Watson" OR "Insys" OR "Mallinckrodt") AND Depomed) AND (market* OR advertis* OR promot*) |
| 13 | ("Purdue" OR "Endo" OR "Par Pharmaceutical" OR "Janssen" OR "Ortho-McNeil-Janssen" OR "Johnson & Johnson" OR "J&J" OR "Noramco" OR "Teva" OR "Cephalon" OR "Allergan" OR "Actavis" OR "Watson" OR "Insys" OR "Mallinckrodt") AND "Depomed" AND ((data w/2 analytics) OR (outcome w/2 research) OR (reimburs* w/2 consult*) OR (niche w/2 logistics) OR (inventory w/2 manag*) OR (pharmacy w/2 autom*) OR (pharm* w/2 manag*) OR (packag* w/2 solutions) OR (product w/2 launch*) OR ((product w/2 data) w/2 report*) OR (logistic* w/2 support) OR ((generic w/2 product) w/2 purchas*) OR ((imrpov* w/2 operat*) w/2 efficien*) OR ((contract w/2 field) w/2 staffing) OR (patient w/2 assist*) OR (copay w/2 assist*) OR adherence OR (risk w/2 mitigat*) OR (pharmac* w/2 consult*)) |
| 14 | suspicious AND tag_view::"TOCB-1" |
| 15 | ((order w/2 interest) OR "OOI") AND tag_view::"TOCB-1" |
| 16 | (divert* OR diversion OR unusual OR (high* w/2 volume) OR deviat* OR exceed* OR irregular OR abnormal OR (high w/2 frequency)) AND tag_view::"TOCB-1" |
| 17 | (threshold* OR parameter* OR limit OR quota OR baseline OR IQR OR "inter quartile range" OR "Customer Ordering Pattern" OR "COP" OR (single w/2 order) OR "Thirty Rolling Day" OR "TRD" OR (cumulative w/2 volume) OR (TRD w/2 plus) OR ((thirty w/2 rolling) w/2 day) OR "four month rolling" OR (four w/2 rolling) OR "fail safe" OR failsafe) AND tag_view::"TOCB-1" |

| No. | ABDC MDL Track One Agreed Search Terms |
|---|---|
| 18 | ((investig* OR audit* OR inspect* OR inquiry OR "FTI Consulting" OR FTI OR "Caroline Conneely" OR (Caroline w/5 Conneely) OR "PCG" OR "Pharma Compliance Group") w/25 ("CSRA OMP" OR Diver* OR "ABC DCT" OR "FTI OMP" OR inconsisten* OR consisten* OR gap OR risk OR training OR resources)) AND tag_view::"TOCB-1" |
| 19 | ((consumption w/2 review) OR (utilization w/2 review) OR (usage w/2 review) OR (consumption w/2 report) OR (utilization w/2 report) OR (usage w/2 report) OR override) AND tag_view::"TOCB-1" |
| 20 | ("Due Diligence" OR (Form w/2 590*) OR (Form w/2 595*) OR (Form w/2 600*) OR lawtrack OR LT OR "new customer" OR (chain w/2 question*) OR ((retail w/2 pharmacy) w/2 questionnaire) OR "know your customer" OR KYC OR NCDD) AND tag_view::"TOCB-1" |
| 21 | ("Order Monitoring Program" OR "OMP") AND tag_view::"TOCB-1" |
| 22 | ((high w/ 2 risk) OR "OX" OR "OY" OR oxycodone OR oxy OR "HX" OR "HY" OR hydrocodone OR hydro OR "HD" OR "hydromorphone" OR "oxymorphone" OR "FI" OR "FE" OR "FP" OR "Fentanyl" OR Opioid OR opiate OR opoid OR opiod OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex*) AND tag_view::"TOCB-1" |
| 23 | ((tear w/2 sheet) OR dashboard) AND tag_view::"TOCB-1" |
| 24 | (OMP OR "Order Monitoring Program" OR Som OR (SOP w/25 diver*) OR (SOP w/25 suspicio*) OR (SOP w/25 "controlled substance") OR (SOP w/25 opioid) OR (SOP w/25 "schedule II") OR (SOP w/25 C2) OR "SO hold" OR "Diversion Control Program" OR DCP) w/25 (polic* OR procedure OR system OR manual OR train* OR protocol OR compli*) |
| 25 | (OMP OR "Order Monitoring Program" OR Som OR (SOP w/25 diver*) OR (SOP w/25 suspicio*) OR (SOP w/25 "controlled substance") OR (SOP w/25 opioid) OR (SOP w/25 "schedule II") OR (SOP w/25 C2) OR "SO hold" OR "Diversion Control Program" OR DCP) AND (design OR develop OR modif* OR enhance) |

| No. | ABDC MDL Track One Agreed Search Terms |
|---|---|
| 26 | (OMP OR "Order Monitoring Program" OR SOM OR (SOP w/25 diver*) OR (SOP w/25 suspicio*) OR (SOP w/25 "controlled substance") OR (SOP w/25 opioid) OR (SOP w/25 "schedule II") OR (SOP w/25 C2) OR "Corporate Security and Regulatory Affairs" OR CSRA OR "Diversion Control Program" OR DCP) AND ("FTI" OR "fticonsulting.com" OR "Caroline Conneely" OR Conneely) |
| 27 | ("Pharma Compliance Group" OR "PCG") AND (audit* OR inspect* OR investigat* OR inquir* OR (site w/2 visit) OR report* OR diligence) |
| 28 | "Industry Compliance Guideline*" OR ISG* OR ((Industry w/2 Compliance) w/2 Guideline*) |
| 29 | (pill w/2 mill*) |
| 30 | (Masters w/50 (suspicious OR diver* OR ship*)) |
| 31 | (Masters w/20 (change OR alter OR add* OR new)) |
| 32 | ((HDMA OR hdma.org OR HDA OR hda.org OR NACDS OR nacds.org) w/50 (diver* OR suspico* OR "controlled substance" OR CSA OR C2 OR "schedule II" OR "task force" OR "Suspicious Order Task Force" OR "Chemical Handl* Manual" OR "handl* manual")) |
| 33 | ((HDMA OR hdma.org OR "HDA" OR hda.org OR NACDS OR nacds.org) w/50 (DEA OR "drug enforcement" OR dea.gov)) |
| 34 | ((HDMA OR hdma.org OR "HDA" OR hda.org OR NACDS OR nacds.org) w/50 (congress* OR house OR senat* OR lobby* OR legislati* OR polic*)) |
| 35 | (("National Community Pharmacists Association" OR NCPA OR "National Council for Prescription Drug Programs" OR "NCPDP" OR "Senior Care Pharmacy Coalition" OR SCPC OR "Patient Access to Pharmacists Care Coalition" OR PAPCC OR "National Association of Drug Diversion Investigators" OR NADDI OR "National Wholesale Druggists Association" OR NWDA) w/50 (diver* OR suspico* OR "controlled substance" OR CSA OR C2 OR "schedule II" OR DEA OR opioid)) |
| 36 | (("National Community Pharmacists Association" OR NCPA OR "National Council for Prescription Drug Programs" OR "NCPDP" OR "Senior Care Pharmacy Coalition" OR SCPC OR "Patient Access to Pharmacists Care Coalition" OR PAPCC OR "National Association of Drug Diversion Investigators" OR NADDI OR "National Wholesale Druggists Association" OR NWDA) w/50 (congress* OR house OR senat* OR lobby* OR legislati* OR polic*)) |

| No. | ABDC MDL Track One Agreed Search Terms |
|---|---|
| 37 | ((diver* OR suspico* OR "controlled substance" OR CSA OR C2 OR "schedule II" OR opioid) w/20 (unlawful* OR illegal* OR illegit* OR illicit* OR "black market" OR "false prescription" OR "fake prescription")) |
| 38 | ((diver* OR suspico* OR "controlled substance" OR CSA OR C2 OR "schedule II" OR opioid) w/20 (epidemic OR crisis OR catastrophe OR "public safety" OR "public health" OR death* OR dying OR dead OR dies OR mortalit* OR fatal* OR abus* OR overus* OR addict* OR overdos* OR heroin)) AND tag_view::"TOCB-1" |
| 39 | ((diver* OR suspico* OR (order w/2 interest) OR OOI OR (red w/5 flag)) w/10 (polic* OR procedure OR protocol OR practice OR program OR system OR manual)) AND tag_view::"TOCB-1" |
| 40 | ((diver* OR suspico* OR (order w/2 interest) OR OOI OR "controlled substance" OR CSA OR C2 OR "schedule II" OR opioid OR (red w/5 flag)) w/10 (monitor* OR identif* OR detect* OR discover* OR track*)) AND tag_view::"TOCB-1" |
| 41 | ((DEA OR "drug enforcement" OR dea.gov) w/10 (diver* OR suspico* OR suspen* OR enforce* OR crisis OR epidemic)) AND tag_view::"TOCB-1" |
| 42 | ((diver* OR suspico*) w/10 ("controlled substance" OR CSA OR C2 OR "schedule II" OR opioid)) AND tag_view::"TOCB-1" |
| 43 | (Opioid OR opiate OR opoid OR opiod OR oxycodone OR oxy OR hydrocodone OR hydro OR oxymorphone OR fentanyl OR hydromorphone OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex* OR "controlled substance" OR C2 OR "schedule II") AND ((("Purdue" OR "Endo" OR "Par Pharmaceutical" OR "Janssen" OR "Ortho-McNeil-Janssen" OR "Johnson & Johnson" OR "J&J" OR "Noramco" OR "Teva" OR "Cephalon" OR "Allergan" OR "Actavis" OR "Watson" OR "Insys" OR "Mallinckrodt") OR ("AmerisourceBergen" OR "ABC" OR "ABDC" OR "Cardinal Health" OR "McKesson" OR "Walmart" OR "CVS" OR "Walgreens" OR "Miami-Luken" OR "HCS" OR "Prescription Supply" OR "HD Smith" OR "J M Smith" OR "KeySource" OR "TopRx")) w/20 (bonus* OR chargeback* OR "charge back" OR "charge-back" OR discount* OR rebate* OR coupon OR promotion OR incentive* OR allowance* OR adjustment* OR discount*)) AND tag_view::"TOCB-1" |

| No. | ABDC MDL Track One Agreed Search Terms |
|---|---|
| 44 | "key opinion leader" OR KOL |
| 45 | "Holy Trinity" |
| 46 | ((diligence OR "know your customer" OR KYC OR (Form w/2 590*)) w/20 (miss* OR deficien* OR incomplete)) AND tag_view::"TOCB-1" |
| 47 | (("Corporate Regulatory and Security Affairs" OR CSRA OR (government w/5 affairs) OR BOD) w/20 (diver* OR suspicious OR epidemic OR crisis OR "public safety" OR "public health" OR DEA)) AND (Opioid OR opiate OR opoid OR opiod OR oxycodone OR oxy OR hydrocodone OR hydro OR fentanyl OR oxymorphone OR Oxy* OR *Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR (morphine w/2 sulfate) OR hydro OR *codone OR bupren* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentin* OR durages* OR nucynta OR nucinta OR nusynta OR nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys OR subsis OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone OR naltrex*) |