UNITED STATES JUDICIAL PANEL

On

MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |

This Filing Relates To The Following Case Only:

*Espinosa v. Joiner, et al.*, Case No. 1:18-cv-12196-NMG (D. Mass.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL ESPINOSA,<br>    Plaintiff<br><br>v.<br><br>JANE H. JOINER, M.D.,<br>JANE H. JOINER, M.D., P.C.,<br>CHARLES RIVER MEDICAL<br>ASSOCIATES,<br>PURDUE PHARMA, L.P.,<br>PURDUE PHARMA, INC.,<br>ENDO PHARMACEUTICALS, INC.,<br>ENDO HEALTH SOLUTIONS, INC.,<br>and<br>ALLERGAN PLC,<br>    Defendants | Case No.: 1:18-cv-12196-NMG |

### **PLAINTIFF'S STIPULATION OF DISMISSAL AS TO PURDUE PHARMA L.P., PURDUE PHARMA INC., ENDO PHARMACEUTICALS INC., ENDO HEALTH SOLUTIONS INC., AND ALLERGAN PLC ONLY**

Pursuant to Fed. R. Civ. P. 41 (a)(A)(1)(ii), the undersigned parties hereby stipulate to the dismissal of the above entitled action, **with prejudice** and without costs, and with all rights of

appeal being waived as to all claims as to **Purdue Pharma L.P., Purdue Pharma Inc.,[1] Endo Pharmaceuticals Inc., Endo Health Solutions Inc., and Allergan plc (n/k/a Allergan Limited) ONLY.**

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff, by his attorney, | Respectfully Submitted,<br>The Defendants, Jane H. Joiner, MD<br>and Jane H. Joiner, MD, P.C<br>By their attorney, |
| /s/ Michael J. Heineman<br>Michael J. Heineman<br>BBO# 556841<br>Heinlein Beeler Mingace & Heineman, P.C.<br>276 Union Avenue<br>Framingham, MA 01702<br>T: (508)-626-8500<br>F: (508)-655-2700<br>MHeineman@HBMHlaw.com | /s/ Sean M. Ennis<br>Sean M. Ennis<br>BBO# 641132<br>Capplis, Connors & Carrol, PC<br>18 Tremont Street, Suite 330<br>Boston, MA 02108<br>T: (617) 227-0722<br>F: (617) 227-0772<br>SEnnis@ccclaw.org |
| Respectfully Submitted,<br>The Defendants, Purdue Pharma L.P.<br>and Purdue Pharma Inc.,<br>By their attorney, | Respectfully Submitted,<br>Endo Pharmaceuticals Inc. and<br>Endo Health Solutions Inc.<br>By their attorneys, |
| /s/ Timothy C. Blank<br>Timothy C. Blank<br>BBO# 548670<br>Dechert LLP<br>One International Place, 40th Floor<br>100 Oliver Street<br>Boston, MA 02210<br>T: (617) 728-7154<br>F: (617) 426-6567<br>timothy.blank@dechert.com | /s/ U. Gwyn Williams<br>U. Gwyn Williams<br>BBO# 565181<br>Allison L. Turner<br>BBO# 682906<br>Latham & Watkins LLP<br>John Hancock Tower, 20th Floor<br>200 Clarendon Street<br>Boston, MA 02116<br>T: (617) 880-4522<br>F: (617) 948-6601<br>gwyn.williams@lw.com<br>allison.turner@lw.com |

---

[1] On September 15, 2019, Purdue Pharma L.P., and its affiliated debtors, including Purdue Pharma Inc., filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  See In re: Purdue Pharma L.P., et al. No. 19-23649.  Upon filing, Section 362(a) of the Bankruptcy Code automatically stayed this action as to both Purdue entities.  To the extent that consent is required from the Purdue entities to effectuate the dismissal of this case with prejudice, Purdue provides that consent without waiver of or prejudice to, and expressly reserving, all rights related to the automatic stay.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| The Defendant Allergan plc (n/k/a Allergan Limited) By its attorney, | The Defendant, Charles River Medical Associates, By its attorney, |
| /s/ Donna M. Welch<br>Donna M. Welch, P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>T: (312) 862-2000<br>F: (312) 862-2200<br>donna.welch@kirkland.com | /s/ Brian H. Sullivan<br>Brian H. Sullivan<br>Sloane & Walsh, LLP<br>Three Center Plaza, 8th Floor<br>Boston, MA  02108<br>T: (617) 523-6010<br>F: 617) 303-1785<br>bsullivan@sloanewalsh.com |

Date: 07/06/2020

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion and Brief to Vacate CTO-63 were served on all parties in the above case electronically via ECF, or as indicated below on July 6, 2020.

/s/ Michael J. Heineman