# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION ) | MDL No. |
| 2804 OPIATE LITIGATION ) | |
| ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *All Cases* ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney John T. Cox III, formerly of the law firm Lynn Pinker Cox & Hurst, LLP and now of Gibson, Dunn & Crutcher, LLP, and attorneys John Volney and Elizabeth Ryan, of the law firm Lynn Pinker Hurst & Schwegmann, LLP (formerly Lynn Pinker Cox & Hurst, LLP), hereby withdraw as counsel of record for Defendants Purdue Frederick Company, Purdue Pharma Inc., and Purdue Pharma L.P. (collectively, "Purdue"). Counsels' withdrawal will not prejudice Purdue, as Purdue will continue to be represented in this matter by: Angeli Law Group; Arnold & Porter Kaye Scholer; Copo Strategies; Dechert LLP; DLA Piper; Frazer Greene Upchurch & Baker; Frost Brown Todd LLC; Gordon Arata Montgomery Barnett; HelperBroom LLC; Holland & Hart; Karr Tuttle Campbell; Locke, Reynolds, Boyd & Wiesell; Roetzel & Andress; Skadden Arps Slate Meagher & Flom; Thompson Coburn; Vorys, Sater, Seymour & Pease; and Wiggin and Dana LLP.

Purdue consents to this withdrawal, as evidenced in Exhibit A to this Notice.

Date: July 1, 2020                /s/ *John T. Cox III.*
                                          John T. Cox III
                                          Texas State Bar No. 24003722
                                          tcox@gibsondunn.com
                                          **GIBSON, DUNN & CRUTCHER LLP**
                                          2001 Ross Avenue, Suite 2100
                                          Dallas, Texas 75201
                                          Telephone:   214-698-3256
                                          Facsimile:    214-571-2923


                                          /s/ *Elizabeth Y. Ryan.*
                                          John Volney
                                          Texas State Bar No. 24003118
                                          jvolney@lynnllp.com
                                          Elizabeth Y. Ryan
                                          Texas Bar No. 24067758
                                          eyran@lynnllp.com
                                          **LYNN PINKER HURST & SCHWEGMANN, LLP**
                                          2100 Ross Avenue, Suite 2700
                                          Dallas, Texas 75201
                                          Telephone:   214-981-3800
                                          Facsimile:    214-981-3839

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ Elizabeth Y. Ryan
                                        Elizabeth Ryan, Counsel