**Subject:** Purdue
**Date:** Tuesday, June 30, 2020 at 10:01:01 PM Central Daylight Time
**From:** Ricarte, Christina
**To:** Elizabeth Ryan

Hi Liz,

I hope you and family are well.

Pursuant to our discussions, the Purdue Defendants consent to withdrawal of the following counsel as counsel for Purdue: John T. Cox III, formerly of Lynn Pinker Cox & Hurst, LLP and now of Gibson Dunn & Crutcher, LLP, and John Volney and Elizabeth Ryan, of Lynn Pinker Hurst & Schwegmann, LLP.

M. Christina Ricarte - Associate General Counsel, Head of Litigation Risk Management and Operations - Purdue Pharma L.P. - 203.588.4371(o); 203.496.5171(c) -Admitted in NY and Authorized House Counsel in CT

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender immediately and then permanently delete the original message (including any attachments) in its entirety.