# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                   MDL No. 2804

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −163)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 2,029 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 06, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE  
LITIGATION

MDL No. 2804

## SCHEDULE CTO−163 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA NORTHERN**

| CAN | 1 | 20−04007 | City of Lakeport et al v. Amerisourcebergen Drug Corporation et al |
|---|---|---|---|

**LOUISIANA EASTERN**

Opposed 7/2/2020

| ~~LAE~~ | ~~2~~ | ~~20−01772~~ | ~~Assumption Parish Police Jury v. Allergan PLC et al~~ |
|---|---|---|---|
| ~~LAE~~ | ~~2~~ | ~~20−01773~~ | ~~Falcon v. Allergan PLC, et al~~   Opposed 7/2/2020 |

**LOUISIANA MIDDLE**

| ~~LAM~~ | ~~3~~ | ~~20−00385~~ | ~~West Ascension Parish Hospital Service District v. AmerisourceBergen Drug Corporation et al~~   Opposed 7/2/2020 |
|---|---|---|---|

**OKLAHOMA EASTERN**

| OKE | 6 | 20−00178 | Chickasaw Nation v. McKesson Corporation et al |
|---|---|---|---|
| OKE | 6 | 20−00179 | Choctaw Nation v. McKesson Corporation et al |

**SOUTH CAROLINA**

| SC | 2 | 20−02259 | Medical University Hospital Authority et al v. Endo Health Solutions Inc et al |
|---|---|---|---|