UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,      MDL NO. 2804
OPIATE LITIGATION

Case No. 17-MD-2804

Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252 | *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480 |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264 | *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481 |
| *Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268; | *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482 |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375 | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP, et al.*<br>MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488 |
| *Frost v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 |
| *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479 | *Brant v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45494 |
| | | *Williams, v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45485 |

## JOINT MOTION FOR AN ADDITIONAL 60-DAY STAY OF ALL REMAINING CLASS CERTIFICATION BRIEFING DEADLINES

Plaintiffs in the above-captioned cases ("NAS Plaintiffs") and Defendants identified below[1] respectfully request an additional 60-day stay of all remaining class certification deadlines in light of the ongoing COVID-19 pandemic.[2] The parties have requested and been granted two stays of all class certification deadlines. Dkts. 3226, 3290. The current deadlines require that the parties complete outstanding depositions by August 7, with Defendants' opposition to Plaintiffs' motion for class certification being due August 10 and Plaintiffs' reply on September 15. The parties note that defendant Assertio Therapeutics, Inc. is opposed to this relief.

The COVID-19 epidemic continues to rage in the United States; today, there are nearly 2.9 million cases.[3] And while many states began phased reopening plans, in the wake of a recent increase in cases in many parts of the country, those plans are being revised and reversed.[4] These circumstances have continued the significant obstacles set forth in the parties' second joint motion to performing discovery on plaintiffs and completing the remaining fact and expert depositions. An additional 60-day stay is required to permit the parties to collect outstanding records and to allow circumstances to improve before the remaining expert and fact witness depositions necessary to the parties' class certification briefs can reasonably take place.

---

[1] Certain defendants that may be named in the above-captioned cases or soon to be filed amended pleadings are not subject to personal jurisdiction in some or all of these cases, in which responsive pleadings are not yet due pursuant to the Court's orders. Defendants submit this filing subject to, and without waiver of, all defenses, including lack of personal jurisdiction, no service of process, or ineffective service of process, in each case.
[2] The parties have requested and been granted two stays of all class certification deadlines due to the COVID-19 pandemic. Dkts. 3226, 3290.
[3] *See* CDC, *Case of Coronavirus Disease (COVID-19) in the U.S.* (last updated July 7, 2020) *available at* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.
[4] Jasmine Lee et al., *See How All 50 States Are Reopening (and Closing Again)*, N.Y. Times (last updated July 7, 2020), *available at* https://www.nytimes.com/interactive/2020/us/states-reopen-map-coronavirus.html.

2

In particular, although the State of Ohio has instituted some reopening, Governor DeWine has placed six counties on "red alert," including Franklin County where Ashley Poe, a newly identified class representative, resides.[5] And while Defendants have diligently pursued collection of Ms. Poe and her child's medical records, they continue to wait on responses to over thirty-five third party subpoenas.  Defendants are also awaiting medical records related to an alleged NAS minor they recently learned is being included as part of Ms. Barnwell's claim.  Defendants understand that the Poe and Barnwell records are delayed because healthcare resources have been directed toward managing the pandemic.  Likewise, Defendants just received on July 7 additional authorizations from Plaintiff Jacqueline Ramirez, to collect records from Medi-Cal, the state insurance provider, and from an additional pharmacy.  Once Defendants receive complete responses to these record requests, additional time will be needed to review the records and then schedule and depose Ms. Poe and any other relevant witnesses.

In addition to the complications described above, significant and ongoing obstacles created by the COVID-19 response make completing the remaining depositions infeasible.  First, the two fact witnesses in this case who remain to be deposed are single parents of young children with significant caretaking responsibilities, and obtaining alternate child care is challenging or potentially unsafe in light of the COVID epidemic.  In addition, Ms. Artz is currently receiving treatment for a brain tumor.  Under those circumstances, in-person deposition is not feasible and even preparing and sitting for a videoconference deposition would be potentially hazardous to her health.

---

[5] Rich Exner, Cuyahoga, 6 other counties placed on red alert for coronavirus by Ohio Gov. Mike DeWine, Cleveland.com, *available at* https://www.cleveland.com/open/2020/07/cuyahoga-6-other-counties-placed-on-red-alert-for-coronavirus-by-ohio-gov-mike-dewine.html (last visited July 7, 2020).

Second, the expert witnesses remaining to be deposed also have significant constraints on their time and capacity that render it problematic or impractical for them to prepare and sit for a deposition before the current deadline. The experts to be deposed are physicians and epidemiologists, several of whom are involved in the medical response to COVID-19. They reside in areas some of which, including Texas and California, are experiencing spiking cases, and they themselves are required to be quarantined either by law or by their universities. Deposing these experts at this time is not in the best interest of their patients or the community at large.

Finally, Defendants may also need to depose medical professionals who provided relevant care to Ms. Poe, Ms. Artz, or their children. These individuals—whom Defendants cannot identify without reviewing Ms. Poe's complete records and deposing Ms. Poe and Ms. Artz—might not agree to sit for depositions under the current circumstances, especially considering they have no ties to either side of this case. Like the expert witnesses, these individuals may be working on the front lines of the COVID-19 pandemic and have limited or no availability to prepare or sit for a deposition. For all of these reasons, the parties request that the Court set the following revised scheduling deadlines:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deposition of Defendants' Expert Witnesses | August 7, 2020 | October 6, 2020 |
| Defendants' Opposition to Class Certification | August 10, 2020 | October 9, 2020 |
| Plaintiffs' Reply in Support of Class Certification | September 15, 2020 | November 13, 2020 |

Dated: July 9, 2020

Respectfully submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Emily C. White (0085662)
P.O. Box 6031040
Cleveland, OH. 44103
(216) 373-0539
notices@dannlaw.com

*Counsel for NAS Plaintiffs*

*/s/ Thomas E. Bilek*
Thomas E. Bilek
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720
tbilek@bileklaw.com
kbilek@bileklaw.com

*Counsel for NAS Plaintiffs*

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*Attorneys for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/ John J. Haggerty*
John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624

*/s/ Emily S. Ullman*
Geoffrey E. Hobart
Emily S. Ullman
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
eullman@cov.com

*Counsel for McKesson Corporation*

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, and Allergan USA, Inc.*

*/s/ William E. Padgett*
William E. Padgett
Kathleen L. Matsoukas
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:     (317) 236-1313
Fax:    (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

5

Tel.: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Prescription Supply Inc.*

<u>/s/ Terry M. Henry</u>
Terry M. Henry
Melanie S. Carter
Justina L. Byers
BLANK ROME LLP
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com

*Counsel for Defendants Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc*

<u>/s/ Kelly A. Moore</u>
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

<u>John P. Lavelle, Jr</u>.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-4824
Fax: (215) 963-5001
john.lavelle@morganlewis.com

*Attorneys for Defendants Rite Aid of Maryland, Inc. and Rite Aid Corp.*

<u>/s/ Tina M. Tabacchi</u>
Tina M. Tabacchi

<u>/s/ Angela R. Vicari</u>
Angela R. Vicari
Andrew K. Solow
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
212-836-8000
Angela.Vicari@arnoldporter.com
Andrew.Solow@arnoldporter.com

<u>Jonathan Stern</u>
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
Jonathan.Stern@arnoldporter.com

<u>Sean Morris</u>
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Sean.Morris@arnoldporter.com

*Attorneys for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*

<u>/s/ James W. Matthews</u>
James W. Matthews
Katy E. Koski
Ana Francisco
Kristina Matic
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: 617.342.4000
Fax: 617.342.4001
jmatthews@foley.com
kkoski@foley.com
afrancisco@foley.com
kmatic@foley.com

*Counsel for Defendant Anda, Inc*

<u>/s/ Robert A. Nicholas</u>

6

Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Tel.: (312) 782-3939
Fax: (312) 782-8585
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

*/s/ Ronda L. Harvey*
Ronda L. Harvey
Fazal A. Shere
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com

*Counsel for Defendants Kroger Entities*

*/s/ Robert M. Barnes*
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
Matthew R. Mazgaj
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
rbarnes@marcus-shapira.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

*/s/Eric R. Delinsky*
*Eric R. Delinsky*
*Alexandra W. Miller*
*ZUCKERMAN SPAEDER LLP*
*1800 M Street, NW*
*Suite 1000*
*Washington, DC  20036*
*Phone: (202) 778-1800*
*Fax: (202) 822-8106*
*edelinsky@zuckerman.com*
*smiller@zuckerman.com*

*Counsel for CVS Rx Services, Inc.; CVS Indiana, LLC*

*/s/ Kaspar Stoffelmayr*
*Kaspar Stoffelmayr*
*BARTLIT BECK LLP*
*54 West Hubbard Street*
*Chicago, IL 60654*
*Tel. (312) 494-4400*
*kaspar.stoffelmayr@bartlitbeck.com*

*Counsel for the Walgreens Defendants*

*/s/Daniel G. Jarcho*
Daniel G. Jarcho
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Tel: (202) 239-3254

| | |
|---|---|
| livingston@marcus-shapira.com<br>kobrin@marcus-shapira.com<br>mazgaj@marcus-shapira.com<br><br>*Counsel for HBC Service Company* | Fax: (202) 239-3333<br>daniel.jarcho@alston.com<br><br>Cari K. Dawson<br>Jenny A. Hergenrother<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street NW<br>Atlanta, GA 30309<br>Tel: (404) 881-7000<br>Fax: (404) 881-7777<br>cari.dawson@alston.com<br>jenny.hergenrother@alston.com |

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on July 9, 2020. Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

>*/s/ Marc Dann*
>Marc Dann (0039425)