UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION ) MDL No. 2804
OPIATE LITIGATION )
) Master Dkt.: 1:17-MD-2804
THIS DOCUMENT RELATES TO: )
) Hon. Dan Aaron Polster
*R D Burns v. Purdue Pharma L.P. et al.* )
CAC/8: 18-cv-007 45

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The below parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, for valuable consideration, to the Dismissal with Prejudice of the California corporation American Academy of Pain Medicine, Inc., including all claims and counterclaims by each of these parties against the other, with each party to bear its own attorney's fees and costs.

Dated: July 7, 2020   By:   /s/ R D Burns
*Plaintiff's Counsel*
P.O. Box 7855
Huntington Beach, CA 92615
Telephone: (949)241-0601
e-mail: rdburns988@gmail.com

Dated: July 8, 2020   By:   /s/ Robert J. Iacopino
LA FOLLETTE, JOHNSON, DEHAAS,
FESLER & AMES
Dennis K. Ames, Esq., Cal. State Bar# 81460
Robert I. Iacopino, Esq., Cal. State Bar# 279754
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone: (714) 558-7008 I Fax: (714) 972-0379
E-mail: dames@ljdfa.com
E-mail: riacopino@ljdfa.com
*Counsel for Defendant,*
*American Academy of Pain Medicine, Inc.*

## **[PROPOSED] ORDER OF THE COURT**

Based on the stipulation of the parties, the Court hereby orders as follows in the case of *R D Burns v. Purdue Pharma L.P. et al.* (CAC/8: 18-cv-007 45):

1. All causes of action, claims, and counterclaims by Plaintiff, R D Burns, against Defendant, American Academy of Pain Medicine, Inc., a California corporation, are hereby dismissed with prejudice.

2. All causes of action, claims, and counterclaims by Defendant, American Academy of Pain Medicine, Inc., a California corporation, against Plaintiff, R D Burns, if any, are hereby dismissed with prejudice.

3. With respect to all causes of action, claims, and counterclaims between Plaintiff, R D Burns, and Defendant, American Academy of Pain Medicine, Inc., a California corporation, each of these parties shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: _____          _____
                                                         The Hon. Dan Aaron Polster
                                                         United States District Judge

## **CERTIFICATE OF SERVICE**

      I, the undersigned, am employed in the County of Orange, State of California.  I am over the age of eighteen years and not a party to the within action.  I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

      On the below date, I electronically served a true and correct copy of the document entitled **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on all parties in MDL No. 2804 via CM/ECF.  I also e-mailed a copy to R.D. Burns, Plaintiff in Case No. CAC/8:18-cv-00745.

      I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on July 9, 2020, at Santa Ana, California.



                */s/ Monica Salt*
                MONICA SALT