# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) | Case No. 1:17-md-2804 |
| | ) | |
| | ) | Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO: | ) | |
| *"NAS Plaintiff Cases"* [1] | ) | **ORDER** |
| | ) | |

Before the Court is the Joint Motion for an Additional 60-Day Stay of all Remaining Class Certification Briefing Deadlines. Doc. #: 3372. Defendant Assertio Therapeutics, Inc. filed an objection asking the Court to permit the briefing to remain on its current schedule as between Plaintiffs and Assertio. Doc. #: 3373. All other parties join in the request for an extension.

The Court previously granted two extension requests made in light of obstacles created by COVID-19. *See* non-document Orders Mar. 16, 2020, May 6, 2020. The instant request likewise states the circumstances of COVID-19 continue to create obstacles to complete remaining depositions and document collection required for the class certification briefing. The Court recognizes these challenges and the parties' joint request for relief. But courts and litigants largely have adapted to operating remotely, including by conducting depositions, mediations, and hearings via telephone or video conferencing. The Court expects the parties to use all tools and technology available to them to complete discovery and briefing by the new deadlines. No further deadline extensions will be granted on this issue. Accordingly, the Motion, Doc. #: 3372, is **GRANTED.**[2]

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster  July 10, 2020_
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] The cases are listed in the Joint Motion, Doc. #: 3372 at 1.
[2] Assertio's objection, doc. #: 3373, is overruled.