| | | ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii) | | | | | | | Plaintiffs' Response, July 10, 2020 |
|---|---|---|---|---|---|---|---|---|---|
| MTC Doc. # | Bates (range provided if family) | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
| 1 | ABDCMDL00569571 | 4/22/2011 | post-CT1 | Yes | No - Re Fla. Legislation | Category Two | Yes | Yes | ABDC is wrong. This is a Category One document ("regulatory activity"). |
| 2 | ABDCMDL00571243 | 2/24/2012 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 3 | ABDCMDL00569575 | 4/25/2011 | post-CT1 | Yes | No - Re Fla. Legislation | Category Two | Yes | Yes | ABDC is wrong. This is a Category One document ("advocacy group" [HDMA]). |
| 4 | ABDCMDL00551507 | 2/6/2012 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice). |
| 5 | ABDCMDL00568921 | 8/24/2007 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 6 | ABDCMDL00573788 | 8/13/2015 | post-CT1 | Yes | ABDC did not answer | No search terms | Yes | No | Plaintiffs' agree the document does not hit search terms; however, the document should have been produced as highly relevant (contradictory to Defendants' positions in this MDL). |
| 7 | ABDCMDL00570832 | 1/10/2014 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no attorney; no legal advice). |
| 8 | ABDCMDL00571804 | 8/18/2017 | post-CT1 | Yes | ABDC did not answer | No search terms | Yes | No | Plaintiffs' agree the document does not hit search terms; however, the document should have been produced as highly relevant (contradictory to Defendants' positions in this MDL). |
| 9 | ABDCMDL00515292 | 1/23/2018 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 10 | ABDCMDL00566109 | 5/27/2018 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |

| | ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii) | | | | | | | Plaintiffs' Response, July 10, 2020 |
|---|---|---|---|---|---|---|---|---|
| Reply Doc. # | Bates (range provided if family) | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
| 1 | ABDCMDL00570277 | 2/13/2013 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 2 | ABDCMDL05796118 | 3/2/2012 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; attorney merely cc'd). |
| 3 | ABDCMDL05864639 | 9/22/2015 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP Nos. 21 & 23. |
| 4 | ABDCMDL00569293 | 10/20/2017 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 5 | ABDCMDL06208729 | 10/31/2017 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP Nos. 21 & 23. |
| 6 | ABDCMDL06666405 | 10/9/2018 | post-CT1 | Yes | Yes | Document created after 5/29/2018 | Yes | Yes | Document created prior to fact-discovery cut-off. Federal rules require supplemental production. |
| 7 | ABDCMDL06666406 | 10/9/2018 | post-CT1 | Yes | Yes | Document created after 5/29/2018 | Yes | Yes | Document created prior to fact-discovery cut-off. Federal rules require supplemental production. |
| 8 | ABDCMDL05843263 | 10/29/2013 | post-CT1 | Yes | ABDC did not answer | Does not hit search terms | Yes | No | Plaintiffs' agree. Document does not hit search terms. |
| 9 | ABDCMDL05844460 | 1/14/2014 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP Nos. 8. |
| 10 | ABDCMDL07390208-0211 | 2/16/2009 | post-CT1 | Yes | n/a; related to non-CT1 customers | Does not hit search terms | Yes | No | Plaintiffs' agree. Document does not hit search terms. |
| 11 | ABDCMDL05858088-8091 | 1/13/2014 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice). |
| 12 | ABDCMDL06597117 | 3/2/2016 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (third party involvement; no legal advice). |
| 13 | ABDCMDL05864933 | 10/27/2015 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice). |

| Reply Doc. # | Bates (range provided if family) | ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii) ||||||| Plaintiffs' Response, July 10, 2020 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
| 14 | ABDCMDL05864935 | 10/27/2015 | post-CT1 | | Yes | Yes Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (public article). |
| 15 | ABDCMDL05845467 | 3/23/2014 | post-CT1 | | Yes | Yes Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; attorney merely cc'd). |
| 16 | ABDCMDL00568949 | 10/17/2008 | post-CT1 | | Yes | Yes Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 17 | ABDCMDL06535228 | 2/22/2017 | post-CT1 | | Yes | Yes Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 18 | ABDCMDL05860108 | 6/24/2014 | post-CT1 | | Yes | Yes Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; attorney merely cc'd). |
| 19 | ABDCMDL00568928 | 9/24/2015 | post-CT1 | | Yes | Yes Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 20 | ABDCMDL00568794 | 6/19/2007 | post-CT1 | | Yes | Yes Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 21 | ABDCMDL00568946 | 9/20/2017 | post-CT1 | | Yes | Yes Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 22 | ABDCMDL00566401 | 5/27/2018 | post-CT1 | | Yes | ABDC did not answer Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP Nos. 8 & 23. |
| 23 | ABDCMDL00568700 | 1/16/2012 | post-CT1 | | Yes | Yes Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 24 | ABDCMDL00568701 | 1/16/2012 | post-CT1 | | Yes | Yes Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 25 | ABDCMDL00521255 | 8/13/2013 | post-CT1 | | Yes | Yes Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 26 | ABDCMDL00521520 | 8/11/2014 | post-CT1 | | Yes | ABDC did not answer Does not hit search terms | Yes | No | Plaintiffs' agree. Document does not hit search terms. |
| 27 | ABDCMDL00542407 | 2/15/2013 | post-CT1 | | Yes | Yes Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |

| | | ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii) | | | | | | | Plaintiffs' Response, July 10, 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Reply Doc. # | Bates (range provided if family) | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
| 28 | ABDCMDL00542409 | 2/15/2013 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 29 | ABDCMDL00542088 | 10/27/2016 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 30 | ABDCMDL00552221 | 8/13/2013 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no attorney; no legal advice). |
| 31 | ABDCMDL00544779 | 10/27/2016 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 32 | ABDCMDL00550144 | 12/26/2017 | post-CT1 | Yes | No - Outside geographic scope | Category Two | Yes | Yes | ABDC is wrong. This is a Category One document ("distribution monitoring" and/or "diversion" [order monitoring]). |
| 33 | ABDCMDL00549946 | 4/9/2012 | post-CT1 | Yes | No - Outside geographic scope | Category Two | Yes | Yes | ABDC is wrong. This is a Category One document ("distribution monitoring" and/or "diversion" and/or "regulatory activity" [order monitoring & DEA ISO to Cardinal]). |
| 34 | ABDCMDL00568712 | 5/23/2012 | post-CT1 | Yes | No - cover email outside geographic scope | Category Two | Yes | Yes | ABDC is wrong. This is a Category One document ("distribution monitoring" and/or "diversion", et al. [customer thresholds, ABDC OMP thresholds]). |
| 35 | ABDCMDL00554260-4263 | 5/7/2013 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 36 | ABDCMDL00551575-1548 | 6/14/2012 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 37 | ABDCMDL00550515 | 1/23/2018 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; attorney merely cc'd). |
| 38 | ABDCMDL05783029 | 3/15/2012 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 39 | ABDCMDL05921938 | 10/22/2014 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |

Plaintiffs' Reply (Doc. 3332) - 100 Example Documents                                                         Exhibit A

| Reply Doc. # | Bates (range provided if family) | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii)** | | | | | **Plaintiffs' Response, July 10, 2020** |
| 40 | ABDCMDL05784660 | 1/14/2018 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 11. |
| 41 | ABDCMDL05778656 | 3/3/2011 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 42 | ABDCMDL05778657 | 3/3/2011 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 43 | ABDCMDL05778662 | 3/3/2011 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 44 | ABDCMDL00580140 | 5/25/2018 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 45 | ABDCMDL00570517 | 6/22/2016 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 46 | ABDCMDL05781234 | 3/6/2012 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 47 | ABDCMDL05779938 | 2/21/2012 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 48 | ABDCMDL05777517 | 11/15/2011 | post-CT1 | Yes | n/a - relates to specific FL customers | Does not hit search terms | Yes | No | Plaintiffs' agree. Document does not hit search terms. |
| 49 | ABDCMDL05796115 | 3/2/2012 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (third party involvement; no legal advice). |
| 50 | ABDCMDL05793926 | 6/18/2014 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 51 | ABDCMDL05789381 | 5/27/2018 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice). |
| 52 | ABDCMDL05791245 | 5/29/2007 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |

| | | ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii) | | | | | | | Plaintiffs' Response, July 10, 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Reply Doc. # | Bates (range provided if family) | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
| 53 | ABDCMDL05829763 | 3/13/2017 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice). |
| 54 | ABDCMDL05847672 | 7/8/2014 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; attorney merely cc'd). |
| 55 | ABDCMDL05850621 | 10/22/2014 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 56 | ABDCMDL05846812 | 5/29/2014 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; third party involvement). |
| 57 | ABDCMDL05829847 | 3/14/2017 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; large distribution). |
| 58 | ABDCMDL05819913 | 8/5/2015 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP Nos. 11 & 23. |
| 59 | ABDCMDL05797902 | 5/25/2018 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP Nos. 23, 28 & 29. |
| 60 | ABDCMDL05831172-1175 | 5/19/2017 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice). |
| 61 | ABDCMDL05859392 | 4/10/2014 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; third party involvement). |
| 62 | ABDCMDL05919654 | 8/4/2017 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 63 | ABDCMDL06171523 | 7/26/2012 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 64 | ABDCMDL06209133 | 9/28/2017 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (third party involvement). |

| | | ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii) | | | | | | | Plaintiffs' Response, July 10, 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Reply Doc. # | Bates (range provided if family) | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
| 65 | ABDCMDL06433723-3725 | 12/20/2017 | post-CT1 | | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 66 | ABDCMDL06965500 | 10/26/2016 | post-CT1 | | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 67 | ABDCMDL06965501 | 10/26/2016 | post-CT1 | | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 68 | ABDCMDL06965502 | 10/26/2016 | post-CT1 | | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 69 | ABDCMDL06965505 | 10/26/2016 | post-CT1 | | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 70 | ABDCMDL06964817 | 9/9/2011 | post-CT1 | | Yes | Yes | Withheld as privileged | No | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice). ABDC claims this is from the custodial file of "Paul Ross." This document is an email from/to numerous CT1 custodians, namely, Gundy, Bruce; Hazewski, Edward; Mays, Steve; Zimmerman, Chris. |
| 71 | ABDCMDL06149436 | 2/4/2012 | post-CT1 | | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 72 | ABDCMDL06962871 | 5/8/2018 | post-CT1 | | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; no attorney). |
| 73 | ABDCMDL06159883 | 2/13/2013 | post-CT1 | | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 74 | ABDCMDL00569405 | 10/13/2017 | post-CT1 | | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP Nos. 11 & 16. |
| 75 | ABDCMDL00569249 | 10/31/2017 | post-CT1 | | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |

| Reply Doc. # | Bates (range provided if family) | ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii) ||||||| Plaintiffs' Response, July 10, 2020 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
| 76 | ABDCMDL00569615 | 2/14/2011 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice; third party involvement). |
| 77 | ABDCMDL00569618 | 2/15/2011 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 78 | ABDCMDL00569619 | 2/15/2011 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 79 | ABDCMDL00569620 | 2/15/2011 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 80 | ABDCMDL00569622 | 2/15/2011 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 81 | ABDCMDL00569623 | 2/15/2011 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 82 | ABDCMDL00569592 | 12/1/2011 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 83 | ABDCMDL00569593 | 12/1/2011 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 84 | ABDCMDL00524989 | 4/3/2013 | post-CT1 | Yes | No - Outside geographic scope | Category Two | Yes | Yes | ABDC is wrong. This is a Category One document ("distribution monitoring"). Also hits on search terms using CT1 Customer Block. |
| 85 | ABDCMDL00544025 | 2/27/2014 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |
| 86 | ABDCMDL00571208 | 2/7/2012 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 87 | ABDCMDL00570215-0225 | 4/24/2013 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 88 | ABDCMDL00580120 | 8/1/2017 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 89 | ABDCMDL05815235 | 9/11/2015 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |

| | ABDC's July 1, 2020 Supp. Resp. to Order (Doc. 3344) - Questions (i) - (vii) | | | | | | | Plaintiffs' Response, July 10, 2020 |
|---|---|---|---|---|---|---|---|---|
| Reply Doc. # | Bates (range provided if family) | (i) date doc created | (ii) when doc produced in MDL | (iii) produced in other case prior to MDL | (iv) Category One (per ABDC) | (v) ABDC reason doc not produced in CT1 | (vi) CT1 Custodial File | (vii) hit search terms | Plaintiffs' Response |
| 90 | ABDCMDL05788612 | 5/27/2018 | post-CT1 | Yes | ABDC did not answer | Not responsive | Yes | Yes | ABDC is wrong. Document is responsive to RFP No. 23. |
| 91 | ABDCMDL00620433 | 11/21/2017 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 92 | ABDCMDL06968414 | 11/4/2017 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. |
| 93 | ABDCMDL06968421 | 11/4/2017 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. |
| 94 | ABDCMDL06968423 | 11/4/2017 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. |
| 95 | ABDCMDL03831797 | 8/11/2018 | post-CT1 | Yes | Yes | Withheld as privileged | Yes | Yes | Delinquent privilege downgrade. Also, invalid original privilege designation (no legal advice). |
| 96 | ABDCMDL00552327-2329 | 8/11/2014 | post-CT1 | Yes | ABDC did not answer | Does not hit search terms | Yes | No | Plaintiffs' agree. Document does not hit search terms. |
| 97 | ABDCMDL06273793 | 3/21/2013 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 98 | ABDCMDL05788026 | 5/28/2018 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 99 | ABDCMDL05793857 | 1/29/2014 | post-CT1 | Yes | Yes | Erroneously not produced | Yes | Yes | Document inexcusably removed from Track One production. |
| 100 | ABDCMDL00542090 | 10/27/2016 | post-CT1 | Yes | Yes | Dupe or Near Dupe/Similar | Yes | Yes | Production required pursuant to CMO #3 (Document and ESI Protocol). |

| | (i) Date the document was created (created prior to close of CT1 discovery?) | (ii) Date the document was produced in the MDL (post-CT1?) | (iii) Date the document disclosed in other proceedings (prior to disclosure in MDL?) | (iv) Whether the document falls within Category One | (v) Why the document was not produced in Track One | (vi) Whether the document is in the custodial file of a witness deposed in CT1 | (vii) Whether the document included agreed search terms |
|---|---|---|---|---|---|---|---|
| **ABDC's Supp. Response, July 1, 2020** | **110 of 110** | **110 of 110** | **110 of 110** | **ABDC's did not provide answers for all** | **See ABDC Supp. Resp. at pp. 2-101 (Doc. 3365)** | **109 of 110** | **103 of 110** |
| **Plaintiffs' Response, July 10, 2020** | **110 of 110** | **110 of 110** | **110 of 110** | **110 of 110** | **See Master Chart** | **110 of 110** | **103 of 110** |

**Exhibit A Statistical Summary - Responses to Court's Questions re: 110 Sample Documents**