# EXHIBIT A

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-000009341 | CVS-MDLT1-000009341 |
| CVS-MDLT1-000058356 | CVS-MDLT1-000058356 |
| CVS-MDLT1-000119716 | CVS-MDLT1-000119716 |
| CVS-MDLT1-000119717 | CVS-MDLT1-000119717 |
| CVS-MDLT1-000119718 | CVS-MDLT1-000119718 |
| CVS-MDLT1-000119719 | CVS-MDLT1-000119719 |
| CVS-MDLT1-000119720 | CVS-MDLT1-000119720 |
| CVS-MDLT1-000119733 | CVS-MDLT1-000119733 |
| CVS-MDLT1-PRIV000000488 | |
| CVS-MDLT1-PRIV000000493 | |
| CVS-MDLT1-PRIV000000494 | |
| CVS-MDLT1-PRIV000000495 | |
| CVS-MDLT1-PRIV000000498 | |
| CVS-MDLT1-PRIV000000904 | |
| CVS-MDLT1-PRIV000001046 | |
| CVS-MDLT1-PRIV000001047 | |
| CVS-MDLT1-PRIV000001048 | |
| CVS-MDLT1-PRIV000001061 | |
| CVS-MDLT1-PRIV000001071 | |
| CVS-MDLT1-PRIV000001085 | |
| CVS-MDLT1-PRIV000001092 | |
| CVS-MDLT1-PRIV000001093 | |

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-PRIV000001094 | |
| CVS-MDLT1-PRIV000001273 | CVS-MDLT1-000123091 |
| CVS-MDLT1-PRIV000001295 | CVS-MDLT1-000122636 |
| CVS-MDLT1-PRIV000001720 | |
| CVS-MDLT1-PRIV000001721 | |
| CVS-MDLT1-PRIV000001722 | |
| CVS-MDLT1-PRIV000001834 | CVS-MDLT1-000122421 |
| CVS-MDLT1-PRIV000001851 | CVS-MDLT1-000122627 |
| CVS-MDLT1-PRIV000001852 | CVS-MDLT1-000122628 |
| CVS-MDLT1-PRIV000001853 | CVS-MDLT1-000122629 |
| CVS-MDLT1-PRIV000001854 | CVS-MDLT1-000122630 |
| CVS-MDLT1-PRIV000002064 | |
| CVS-MDLT1-PRIV000002065 | |
| CVS-MDLT1-PRIV000002080 | CVS-MDLT1-000122395 |
| CVS-MDLT1-PRIV000002081 | |
| CVS-MDLT1-PRIV000002082 | |
| CVS-MDLT1-PRIV000002085 | |
| CVS-MDLT1-PRIV000002086 | |
| CVS-MDLT1-PRIV000002443 | CVS-MDLT1-000122913 |
| CVS-MDLT1-PRIV000002447 | CVS-MDLT1-000122915 |
| CVS-MDLT1-PRIV000002991 | |
| CVS-MDLT1-PRIV000002992 | |

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-PRIV000003152 | CVS-MDLT1-000122838 |
| CVS-MDLT1-PRIV000003153 | CVS-MDLT1-000122839 |
| CVS-MDLT1-PRIV000003154 | CVS-MDLT1-000122840 |
| CVS-MDLT1-PRIV000003155 | CVS-MDLT1-000122841 |
| CVS-MDLT1-PRIV000003156 | CVS-MDLT1-000122843 |
| CVS-MDLT1-PRIV000003157 | CVS-MDLT1-000122844 |
| CVS-MDLT1-PRIV000003272 | |
| CVS-MDLT1-PRIV000003273 | |
| CVS-MDLT1-PRIV000003290 | CVS-MDLT1-000122864 |
| CVS-MDLT1-PRIV000003291 | CVS-MDLT1-000122865 |
| CVS-MDLT1-PRIV000003292 | |
| CVS-MDLT1-PRIV000003293 | |
| CVS-MDLT1-PRIV000003294 | |
| CVS-MDLT1-PRIV000003295 | |
| CVS-MDLT1-PRIV000003318 | |
| CVS-MDLT1-PRIV000003319 | |
| CVS-MDLT1-PRIV000003371 | |
| CVS-MDLT1-PRIV000003372 | |
| CVS-MDLT1-PRIV000003375 | |
| CVS-MDLT1-PRIV000003376 | |
| CVS-MDLT1-PRIV000003377 | |
| CVS-MDLT1-PRIV000003378 | |

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-PRIV000003379 | |
| CVS-MDLT1-PRIV000003380 | |
| CVS-MDLT1-PRIV000003381 | |
| CVS-MDLT1-PRIV000003382 | |
| CVS-MDLT1-PRIV000003383 | |
| CVS-MDLT1-PRIV000003384 | |
| CVS-MDLT1-PRIV000003385 | |
| CVS-MDLT1-PRIV000003386 | |
| CVS-MDLT1-PRIV000003387 | |
| CVS-MDLT1-PRIV000003388 | |
| CVS-MDLT1-PRIV000003604 | |
| CVS-MDLT1-PRIV000003847 | |
| CVS-MDLT1-PRIV000004130 | |
| CVS-MDLT1-PRIV000004131 | |
| CVS-MDLT1-PRIV000004147 | |
| CVS-MDLT1-PRIV000004148 | |
| CVS-MDLT1-PRIV000004201 | |
| CVS-MDLT1-PRIV000004204 | |
| CVS-MDLT1-PRIV000004289 | |
| CVS-MDLT1-PRIV000004290 | |
| CVS-MDLT1-PRIV000004314 | CVS-MDLT1-000122858 |
| CVS-MDLT1-PRIV000004315 | CVS-MDLT1-000122859 |

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-PRIV000004321 | |
| CVS-MDLT1-PRIV000004327 | |
| CVS-MDLT1-PRIV000004328 | |
| CVS-MDLT1-PRIV000004369 | CVS-MDLT1-000122678 |
| CVS-MDLT1-PRIV000004370 | |
| CVS-MDLT1-PRIV000004371 | |
| CVS-MDLT1-PRIV000004372 | |
| CVS-MDLT1-PRIV000004373 | |
| CVS-MDLT1-PRIV000004374 | |

# EXHIBIT B

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-000100374 | CVS-MDLT1-000100374 |
| CVS-MDLT1-000120261 | CVS-MDLT1-000120261 |
| CVS-MDLT1-PRIV000000487 | |
| CVS-MDLT1-PRIV000000647 | |
| CVS-MDLT1-PRIV000000738 | |
| CVS-MDLT1-PRIV000001351 | |
| CVS-MDLT1-PRIV000001378 | |
| CVS-MDLT1-PRIV000001392 | |
| CVS-MDLT1-PRIV000003605 | |
| CVS-MDLT1-PRIV000004200 | |

# EXHIBIT C

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-PRIV000000248 | |
| CVS-MDLT1-PRIV000000249 | |
| CVS-MDLT1-PRIV000000496 | |
| CVS-MDLT1-PRIV000000497 | |
| CVS-MDLT1-PRIV000000499 | |
| CVS-MDLT1-PRIV000000500 | |
| CVS-MDLT1-PRIV000000648 | |
| CVS-MDLT1-PRIV000000649 | |
| CVS-MDLT1-PRIV000000650 | |
| CVS-MDLT1-PRIV000001284 | |
| CVS-MDLT1-PRIV000001285 | |
| CVS-MDLT1-PRIV000001352 | |
| CVS-MDLT1-PRIV000001379 | |
| CVS-MDLT1-PRIV000001393 | |
| CVS-MDLT1-PRIV000001789 | |
| CVS-MDLT1-PRIV000001790 | |
| CVS-MDLT1-PRIV000002010 | CVS-MDLT1-000122999 |
| CVS-MDLT1-PRIV000002421 | |
| CVS-MDLT1-PRIV000002422 | |
| CVS-MDLT1-PRIV000002881 | |
| CVS-MDLT1-PRIV000002950 | CVS-MDLT1-000123018 |
| CVS-MDLT1-PRIV000002951 | CVS-MDLT1-000123019 |

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-PRIV000003253 | |
| CVS-MDLT1-PRIV000003254 | |
| CVS-MDLT1-PRIV000003848 | |
| CVS-MDLT1-PRIV000004133 | CVS-MDLT1-000122748 |
| CVS-MDLT1-PRIV000004149 | |
| CVS-MDLT1-PRIV000004178 | CVS-MDLT1-000122793 |
| CVS-MDLT1-PRIV000004179 | CVS-MDLT1-000122794 |
| CVS-MDLT1-PRIV000004205 | |
| CVS-MDLT1-PRIV000004861 | |
| CVS-MDLT1-PRIV000004862 | |