# EXHIBIT B

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-000100374 | CVS-MDLT1-000100374 |
| CVS-MDLT1-000120261 | CVS-MDLT1-000120261 |
| CVS-MDLT1-PRIV000000487 | |
| CVS-MDLT1-PRIV000000647 | |
| CVS-MDLT1-PRIV000000738 | |
| CVS-MDLT1-PRIV000001351 | |
| CVS-MDLT1-PRIV000001378 | |
| CVS-MDLT1-PRIV000001392 | |
| CVS-MDLT1-PRIV000003605 | |
| CVS-MDLT1-PRIV000004200 | |