# EXHIBIT C

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-PRIV000000248 | |
| CVS-MDLT1-PRIV000000249 | |
| CVS-MDLT1-PRIV000000496 | |
| CVS-MDLT1-PRIV000000497 | |
| CVS-MDLT1-PRIV000000499 | |
| CVS-MDLT1-PRIV000000500 | |
| CVS-MDLT1-PRIV000000648 | |
| CVS-MDLT1-PRIV000000649 | |
| CVS-MDLT1-PRIV000000650 | |
| CVS-MDLT1-PRIV000001284 | |
| CVS-MDLT1-PRIV000001285 | |
| CVS-MDLT1-PRIV000001352 | |
| CVS-MDLT1-PRIV000001379 | |
| CVS-MDLT1-PRIV000001393 | |
| CVS-MDLT1-PRIV000001789 | |
| CVS-MDLT1-PRIV000001790 | |
| CVS-MDLT1-PRIV000002010 | CVS-MDLT1-000122999 |
| CVS-MDLT1-PRIV000002421 | |
| CVS-MDLT1-PRIV000002422 | |
| CVS-MDLT1-PRIV000002881 | |
| CVS-MDLT1-PRIV000002950 | CVS-MDLT1-000123018 |
| CVS-MDLT1-PRIV000002951 | CVS-MDLT1-000123019 |

| PRIVPRODBEG | PRODBEG |
|---|---|
| CVS-MDLT1-PRIV000003253 | |
| CVS-MDLT1-PRIV000003254 | |
| CVS-MDLT1-PRIV000003848 | |
| CVS-MDLT1-PRIV000004133 | CVS-MDLT1-000122748 |
| CVS-MDLT1-PRIV000004149 | |
| CVS-MDLT1-PRIV000004178 | CVS-MDLT1-000122793 |
| CVS-MDLT1-PRIV000004179 | CVS-MDLT1-000122794 |
| CVS-MDLT1-PRIV000004205 | |
| CVS-MDLT1-PRIV000004861 | |
| CVS-MDLT1-PRIV000004862 | |