NOT RECOMMENDED FOR PUBLICATION

No. 20-3075

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

In re: CVS PHARMACY, INC., et al.,

    Petitioners.

FILED
Jul 16, 2020
DEBORAH S. HUNT, Clerk

O R D E R

Before: SILER, GRIFFIN, and KETHLEDGE, Circuit Judges.

Defendant CVS Pharmacy, Inc. and nine other national retail pharmacies ("Retail Pharmacies") filed a putative "motion to enforce" this court's writ of mandamus, issued on April 15, 2020. *See In re Nat'l Prescription Opiate Litig.*, 956 F.3d 838 (6th Cir. 2020). Our rules do not provide for this kind of filing. Nor do they provide for any kind of motion practice to police the actions of federal district courts. *See La Buy v. Howes Leather Co.*, 352 U.S. 249, 257 (1957). Nor have the Retail Pharmacies identified a clear basis for our jurisdiction over their interlocutory motion.

It is hereby ORDERED that the motion is dismissed.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk