# EXHIBIT 1

```
                                                          Page 1
 1
 2    SUPREME COURT OF THE STATE OF NEW YORK
 3    COUNTY OF SUFFOLK
 4    -------------------------------------------X
 5    IN RE OPIOID LITIGATION
 6                         Index No: 400000/2017
 7    -------------------------------------------X
 8    This document relates to:
 9    The County of Nassau, New York v.
      Purdue Pharma L.P.,
10    Case No. 400001/2017
11    -------------------------------------------X
12    The County of Suffolk, New York v.
      Purdue Pharma L.P.,
13    Case No. 400008/2017
14    -------------------------------------------X
15    The People of the State of New York v.
      Purdue Pharma L.P.
16    Case No. 400016/2018
17    -------------------------------------------X
                              January 23, 2020
18                            9:20 A.M.
19
20        EXAMINATION BEFORE TRIAL of LACEY KELLER, an
21    Expert Witness herein, taken by the attorneys for
22    the respective parties, pursuant to Notice, held at
23    the above-stated time and place, before Melissa
24    Leonetti, RPR, a Notary Public of the State of New
25    York.
```

```
                                                    Page 268
 1                      L. KELLER
 2    break out the Walmart numbers, you aren't planning
 3    to offer an opinion about those broken-out Walmart
 4    numbers at trial, fair?
 5         A.   Correct.  Not at this time.
 6         Q.   Likewise, for tables like table 52 that
 7    offer rolled-up numbers for each county in New York,
 8    is it fair to say you are not going to offer an
 9    opinion at trial that separates out which of those
10    numbers might be attributed to any particular
11    defendant?
12         A.   As I have not been asked to amend the
13    report beyond what is shown here.
14         Q.   You keep saying you have not been asked
15    to amend your report beyond what it says here --
16         A.   I have no plans, sitting here, to amend
17    this to show it in any other way.
18         Q.   Turn, if you would, please, to page 7.
19         A.   Okay.
20         Q.   Paragraph 13 talks about the New York
21    Department of Health prescription monitoring program
22    data, correct?
23         A.   Correct.
24         Q.   You describe that prescription monitoring
25    data as prescription data that is maintained by the
```

Page 269

1                    L. KELLER
2    New York Department of Health and widely used by
3    prescribers, pharmacies, and law enforcement
4    agencies to track and exchange patient data,
5    correct?
6         A.    Yes.  I believe this is a
7    characterization from the PDMP website where they
8    describe the data.  But yes, that's what it says
9    here.
10        Q.    And do you understand that to be the
11   truth?
12        A.    Yes, as I've read it on their website.
13        Q.    You also say in paragraph 13 that in 2018
14   it was estimated that the database contained
15   critical information on approximately 150 million
16   patients in New York and 24 other states.  Correct?
17        A.    Correct.  And again, I might have been
18   more accurate to put some sort of reference to the
19   PDMP website here to support these citations.
20        Q.    New York's prescription monitoring data
21   includes a variety of information on every
22   prescription for opioids filled in New York going
23   back to roughly 2014; is that fair?
24              MS. CONROY:  Objection.
25        A.    Yes, I believe so.

```
                                                    Page 270
 1                         L. KELLER
 2         Q.    As you understand that that prescription
 3   data was produced in this litigation, correct?
 4         A.    Yes.  That's why it was made available to
 5   me.
 6         Q.    As that data was produced in this case,
 7   you can't see the patient name, but each patient
 8   gets a unique identifying number, correct?
 9         A.    I believe that to be correct.  There
10   might be an additional identifier of the patient in
11   that data set, maybe a ZIP code, but I can't
12   remember without looking at the data.
13         Q.    Do you understand that the prescription
14   monitoring data that was produced in this case also
15   includes the medication and the dose for each
16   prescription?
17         A.    Yes.  It would list what product was
18   being prescribed and as well as the number of dosage
19   units or doses in that prescription, yes.
20         Q.    The prescription data that has been
21   produced in this case also includes the date the
22   prescription was filled, the doctor who wrote it,
23   the pharmacy that filled it?
24         A.    Yes, I believe all of these fields are in
25   there.
```