Case No. 19-4097/19-4099

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**ORDER**

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

-------------------------------

ALBANY COUNTY, NY, Negotiation Class's Class Representatives; CO-LEAD NEGOTIATION CLASS COUNSEL; CO-NEGOTIATION CLASS COUNSEL

    Plaintiffs Appellees [19-4097 and 19-4099]

CITY OF NORTH ROYALTON, OH; CITY OF EAST CLEVELAND, OH; CITY OF MAYFIELD HEIGHTS, OH; CITY OF LYNDHURST OH; CITY OF HURON, OH; CITY OF WICKLIFFE, OH

    Plaintiffs Appellants [19-4099]

v.

MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN DRUG CORPORATION; PRESCRIPTION SUPPLY, INC.; DISCOUNT DRUG MART, INC.; WALMART, INC.; WALGREEN COMPANY; WALGREEN EASTERN CO., INC.; CVS PHARMACY, INC.; CVS INDIANA, LLC; CVS RX SERVICES, INC.; RITE AID OF MARYLAND, INC., dba Rite Aid of Mid-Atlantic Customer Support Center

    Defendants Appellants [19-4097]

   Upon consideration, the motions to file amicus briefs, filed by Lawyers for Civil Justice in 19-4097, and by Certain Opt-Out Entities within the State of Texas in 19-4097 and 19-4099 are **GRANTED**.

ENTERED BY ORDER OF THE COURT
Deborah S. Hunt, Clerk

Issued: July 22, 2020