Case No. 19-4097/19-4099

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

-------------------------------

ALBANY COUNTY, NY, Negotiation Class's Class Representatives; CO-LEAD NEGOTIATION CLASS COUNSEL; CO-NEGOTIATION CLASS COUNSEL

    Plaintiffs Appellees [19-4097 and 19-4099]

CITY OF NORTH ROYALTON, OH; CITY OF EAST CLEVELAND, OH; CITY OF MAYFIELD HEIGHTS, OH; CITY OF LYNDHURST OH; CITY OF HURON, OH; CITY OF WICKLIFFE, OH

    Plaintiffs Appellants [19-4099]

v.

MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN DRUG CORPORATION; PRESCRIPTION SUPPLY, INC.; DISCOUNT DRUG MART, INC.; WALMART, INC.; WALGREEN COMPANY; WALGREEN EASTERN CO., INC.; CVS PHARMACY, INC.; CVS INDIANA, LLC; CVS RX SERVICES, INC.; RITE AID OF MARYLAND, INC., dba Rite Aid of Mid-Atlantic Customer Support Center

    Defendants Appellants [19-4097]

   The Court requests a response to the motion to take judicial notice, to be filed no later than NOON on Monday, July 27, 2020.  The response is not to exceed eight (8) pages.

                                 **ENTERED BY ORDER OF THE COURT**
                                 Deborah S. Hunt, Clerk

Issued: July 22, 2020