# Exhibit 8



# FEARS NACHAWATI
## LAW FIRM
Dallas • Houston • Fort Worth • Austin • San Antonio • Denver • Tampa

5473 Blair Road  
Dallas, TX 75231

www.fnlawfirm.com  
T. 214.890.0711  
F. 214.890.0712

April 21, 2020

VIA EMAIL TRANSMISSION  
The Honorable Carl J. Butkus  
400 Lomas Blvd NW  
Post Office Box 488  
Albuquerque, NM 87103  
E-mail albddiv16proposedtxt@nmcourts.gov

      Re:    *City of Albuquerque v. Teva Pharmaceuticals USA, Inc., et al.* D-202-CV-2019-05386

Dear Judge Butkus,

The City of Albuquerque, due to unusual circumstances beyond the City's control, respectfully asks that this Court contact the United States District Court Judge for the *In re Opiate* Multidistrict Litigation, and request that he remand the City of Albuquerque's case to this Court. Contact information is:

    Judge Dan Aaron Polster  
    Carl B. Stokes United States Court House  
    801 West Superior Avenue, Courtroom 18B  
    Cleveland, Ohio 44113-1837

Examples of other letters that state trial court judges, as the only judges with subject matter jurisdiction, have written to Judge Polster are included as the attachments to this letter.[1]

---

[1] *See* **Exhibit 1,** Letter from Judge Barry C. Dozor, 32nd Jud. Dist., Pa. to Judge Dan Aaron Polster (June 19, 2019); **Exhibit 2,** Letter from Judge Rex Burlison, 22nd Jud. Cir., Mo. to Judge Dan Aaron Polster (July 10, 2019). Defendants consented to remand of the Pennsylvania case.

Letter to the Honorable Carl J. Butkus                                                                                   Page 2

**I.      Background: The City filed suit to abate the opioid epidemic**.

The City of Albuquerque initiated legal action in this Court to protect the City and its citizens from a man-made epidemic – the scourge of debilitating addiction, overdoses, and deaths caused by prescription opioids.[2] Unlike other epidemics, this crisis began with a corporate business plan. As pled in the City's complaint filed in this Court, the major corporations that profited from drug sales had a duty to guard against diversion of highly addictive drugs into illicit channels, but for profit, unleashed a flood of these drugs into Albuquerque. The City of Albuquerque has been designated a high intensity drug trafficking area.[3] The City initiated legal action in this Court in order to protect its citizens and abate the scourge of opioid addiction.

**II.     The City's action to abate an epidemic and protect its citizens has been unnecessarily stalled for an indeterminate time by a disingenuous removal scheme**.

Instead of answering the claims in a tribunal with subject matter jurisdiction, Defendants removed the case as a ploy to secure a cross-country transfer to an MDL court that will refuse to allow the City to even file a motion.[4] Defendants' removal theory, which has been rejected by

---

Notice of Consent to Remand, *Delaware County, Pa. v. Purdue Pharma L.P., et al.,* No. 1:19-op-45285 [Doc. 60] (N.D. Ohio July 1, 2019).

[2] *See, generally,* **Exhibit 3**, 1st Am. Complaint, *City of Albuquerque v. Teva Pharm. USA, Inc., et seq.,* No. D-202-CV-2019-05386 (2nd Jud. Dist. Ct. N.M. Sept. 16, 2019).

[3] **Exhibit 3**, Complaint, p. 80 ¶ 232.

[4] *See* **Exhibit 4**, Civil Docket Case # 1:19-cv-01168-JB-JHR; *accord* Order Regarding Remands, *In re National Prescription Opiate Litigation,* MDL 2804 (N.D. Ohio Feb. 16, 2018) (entering moratorium on motions to remand); Case Management Order No. 1, *In re National Prescription Opiate Litigation,* MDL 2804 (N.D. Ohio April 11, 2018), at ¶6.g ("No party may file any motion not expressly authorized by this Order absent further Order of this Court or express agreement of

Letter to the Honorable Carl J. Butkus                                                                 Page 3

courts nationwide, consists of the remarkable claim that the City could not file a single lawsuit to abate the same public nuisance, but rather had to sue the Defendants that caused the opioid crisis in two different lawsuits. No apposite authority supports Defendants' removal theory.

> III.  **The Endo Defendants, with the tacit acquiescence of the other Defendants who made appearances at the hearing, explained that State Court Judges contacting Judge Polster was the vehicle to achieve remand to State Court.**

The Honorable James O. Browning, United States District Court Judge, District of New Mexico, granted the City of Albuquerque a hearing, wherein he announced his decision to take no action,[5] which resulted in the case being transferred to Judge Polster's court at the end of March.

---

the parties."); *see also Cty. of Anderson v. Rite Aid of S.C., Inc.*, No. 8:18-CV-1947-BHH, 2018 WL 8800188, at *2 (D.S.C. Aug. 20, 2018) ("The MDL Court has issued a moratorium on all substantive filings, including motions to remand, and has indicated that it is not going to rule on any pending motions to remand at the present time.").

[5] **Exhibit 5**, Motions Hr'g Tr., *City of Albuquerque v. Teva Pharmaceuticals USA, Inc., et al.*, No. 1:19-CIV-01168-JB/JHR (D. N.M. Jan. 24, 2020) ("Hr'g Tr.").

Letter to the Honorable Carl J. Butkus                                                                                          Page 4

Defendants were represented by counsel at the Hearing,[6] and they were all invited repeatedly by the United States District Court Judge to participate in the oral argument.[7]

At the hearing, Defendants' counsel[8] stated that the City's argument that "the federal court won't rule" was "false and misleading."[9] When asked by Judge Browning, "Has he granted some

---

[6] Hr'g Tr. 1:15-16 and 3:21-25 (Eric. M. Sommer appearing for Teva Pharmaceuticas USA, Inc. and Cephalon); 1:16-19, 4:3-9 and 5:21-24 (Benjamin W. Allison and Sina Ria appearing for Johnson & Johnson, Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc.), 1:19-21 and 4:15-22 (Eliseo Puig and John B. Pound for Endo Health Solutions, Inc. and Endo Pharmaceuticals, Inc.), 1:22-23 and 5:8-11 (Abigail Yates for Cardinal Health, Inc.), 1:23-25 and 5:13-16 (Meghan Dimon Stanford for Mallinckrodt, LLC, Mallinckrodt PLC, SPEGCX, LLC, and Mallinckrodt Brand Pharmaceuticals, Inc.), 2:1-2 and 6:6-8 (Larry D. Maldegen for McKesson Corp.), 2:2-3 and 6:11-13 (Douglas A. Baker for AmerisourceBergen Drug Corp.), 2:4-5 and 6:16-17 (Mark T. Baker for Walgreens Boots Alliance, Inc.), 2:5-6 and 6:20-22 (Brandon Myers for Wal-Mart Stores, Inc.), 2:7-9 and 6:25-7:8 (Sean Olivas, Michael Cardel, and Conor O'Croinin for CVS Health), 2:9-10 and 7:9-11 (Jesse D. Hale for Michael L. Gallegos), 2:10-11 and 7:14-18 (Max A. Jones for Seth, Pacheco, Duchon and Woodruff), 2:12 and 7:21-23 (Jessica Marshall for Laura LeBlanc).

[7] Specifically, United States District Court Judge James O. Browning stated:

> THE COURT: . . . Any of the other defendants want to say anything? Let me ask the ones in the courtroom first. Any of the individual defendants? You enjoy being sued by the City of Albuquerque? Anybody want to speak?
>
> How about on the phone? Anybody want to speak on the defendants' side on the phone?
>
> All Right.

Hr'g Tr., 86:6-13.

Later in the hearing, the court again asked, "[a]ny other defendant want to speak [?]" *Id*. at 110:20.

[8] Counsel for the Endo Defendants.

[9] Hr'g Tr., 81:2-3.

Letter to the Honorable Carl J. Butkus   Page 5

remand motions?," Defendants' counsel responded "yes" and explained that "two weeks ago [sic] Judge Polster ordered remand in two Missouri counties that were removed to federal court."[10] When Judge Browning asked Defendants' counsel to explain "the circumstances of those cases," "What caused him to send those back to state court?," Defendants' counsel explained that "the state court actually reached out and said, 'We'd really love it if you address these two remand motions. . . .'"[11] In the course of the discussion, the City's counsel expressed a belief that a letter had been written by the state court Judge to Judge Polster requesting that the cases be returned back to the state court.[12] Defendants' counsel appeared at the hearing, were invited to participate in the argument, and none of them contradicted or objected to the Endo Defendants' statements to the effect that cases could be remanded—that it was "false and misleading" to say otherwise—by the state court Judge contacting Judge Polster.

**IV. The City respectfully asks that this Court write a letter to Judge Polster.**

Judge Polster did in fact remand cases at the request of the State Court Judges who wrote him letters.[13] While counsel for the City did not believe at the time of the hearing that this was the

---

[10] *Id*. at 81:16-82:25.

[11] *Id*. at 83:3-14.

[12] *Id*. at 99:14-15. The City's counsel expressed in the hearing that counsel was not sure what had happened in these other cases, did not believe this could be replicated for the City of Albuquerque, and essentially begged the federal judge to act before the transfer to the federal MDL, imploring, "we need you. And Albuquerque is very hard hit." *Id*. at 100:14-15.

[13] Scheduling Order No. 2, *In re Nat'l Prescription Opiate Litig*., MDL 2804 [Dkt. 1828] (N.D. Ohio July 11, 2019); Scheduling Order, *In re Nat'l Prescription Opiate Litig*., MDL 2804 [Dkt. 1708] (N.D. Ohio June 20, 2019).

Letter to the Honorable Carl J. Butkus    Page 6

appropriate course of action,[14] the City respectfully asks this Honorable Court to write a letter to Judge Polster.

        Sincerely,

        */s/ S. Ann Saucer*
        S. Ann Saucer*
        asaucer@fnlawfirm.com
        Matthew R. McCarley*
        mccarley@fnlawfirm.com
        **FEARS NACHAWATI, PLLC**
        5473 Blair Road
        Dallas, Texas 75231
        Tel. (214) 890-0711
        Fax. (214) 890-0712

        Pia Salazar
        pia@salazar-sullivanlaw.com
        Patrick Sullivan
        pat@salazar-sullivanlaw.com
        **SALAZAR, SULLIVAN & JASIONOWSKI**
        100 Gold Avenue SW, Suite 201
        Albuquerque, New Mexico 87102
        Tel. (505) 314-1414
        Fax. (505) 314-1419

        *Admitted in Federal Court

        **ATTORNEYS FOR THE PLAINTIFF**
        **CITY OF ALBUQUERQUE**

---

[14] *See, e.g.*, 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case **shall** be remanded.") (emphasis added). The City's position has been that the proper procedure is for the federal court to remand the case in compliance with the statutory mandate. However, because Defendants have taken the position that a letter-writing campaign is the vehicle, the City is trying this.

Letter to the Honorable Carl J. Butkus                                                                                 Page 7

Enclosures:

Exhibit 1, Letter from Judge Barry C. Dozor, 32nd Jud. Dist., Pa. to Judge Dan Aaron Polster (June 19, 2019).
Exhibit 2, Letter from Judge Rex Burlison, 22nd Jud. Cir., Mo. to Judge Dan Aaron Polster (July 10, 2019).
Exhibit 3, 1st Am. Complaint, *City of Albuquerque v. Teva Pharm. USA, Inc., et seq.,* No. D-202-CV-2019-05386 (2nd Jud. Dist. Ct. N.M. Sept. 16, 2019).
Exhibit 4, Civil Docket Case # 1:19-cv-01168-JB-JHR.
Exhibit 5, Motions Hr'g Tr., *City of Albuquerque v. Teva Pharmaceuticals USA, Inc., et al.* (D. N.M. Jan. 24, 2020).

CC:     The Honorable Dan Aaron Polster, U.S.D.C. N.D. Ohio
        Attached Service List

**Attached Service List**

**<u>VIA EMAIL</u>**:

Eric M. Sommer
Sommer Udall Hardwick & Jones, P.A.
PO Box 1984
Santa Fe, NM 87504-1984
(505) 982-4676
ems@sommerudall.com

*Counsel for Defendants Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.*

Benjamin W. Allison
Bardacke Allison LLP
P.O. Box 1808
Santa Fe, NM 87504
505-690-6035
ben@bardackeallison.com

Charles C. Lifland
O'Melveny & Myers
400 South Hope Street, Ste. 1500
Los Angeles, CA 90071
213-430-6000
clifland@omm.com

Victor Gerald Grafe , III
Bardacke Allison
Second Floor
141 E. Palace Avenue
Santa Fe, NM 87105
505-995-8000
victor@bardackeallison.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

Eliseo R Puig
Arnold & Porter Kaye Scholer LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
303-863-2373
Eliseo.Puig@arnoldporter.com

John B. Pound
John B. Pound, LLC
505 Don Gaspar
Santa Fe, NM 87505
505-983-8060
jbpsfnm@gmail.com

*Counsel for Defendants Endo Pharmaceuticals, Inc.; Endo Health Solutions, Inc.*

Andrew G. Schultz
Rodey Dickason Sloan Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
505-765-5900
aschultz@rodey.com

*Counsel for Defendant Cardinal Health, Inc.*

Larry D. Maldegen
Michael J. Moffett
Comeau, Maldegen, Templeman & Indall
P.O. Box 669
Santa Fe, NM 87504
505-982-4611
lmaldegen@cmtisantafe.com
mmoffett@cmtisantafe.com

*Counsel for Defendant McKesson Corporation*

Mark T. Baker
Matthew Eric Jackson
Peifer Hanson & Mullins
20 First Plaza Ste. 725
Albuquerque, NM 87102
505-247-4800
mbaker@peiferlaw.com
mjackson@peiferlaw.com

*Counsel for Defendant Walgreens Boots Alliance d/b/a Walgreen Co.*

Sean Olivas
Keleher & McLeod
P.O. Box AA
Albuquerque, NM 87103
505-346-4646
so@keleher-law.com

*Counsel for Defendant CVS Health*

Meghan Dimond Stanford
Jackson Loman Stanford & Downey, P.C.
201 Third St. NW, Suite 1500
Albuquerque, NM 87102
505-767-0577
Email: meghan@jacksonlomanlaw.com

*Counsel for Defendants Mallinckrodt plc; Mallinckrodt, LLC; Specgx, LLC; Mallinckrodt Brand Pharmaceuticals, Inc.*

Douglas A. Baker
Justin D. Rodriguez
Atkinson, Baker & Rodriguez
Ste. 1850
201 Third Street NW
Albuquerque, NM 87102
505-764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

*Counsel for Defendant AmerisourceBergen Drug Corporation*

H. Brook Laskey
McCoy Leavitt Laskey
317 Commercial Street NE Ste. 200
Albuquerque, NM 87102
505-246-0455
blaskey@mlllaw.com
hfruman@mlllaw.com

*Counsel for Defendant Wal-Mart Stores, Inc.*

Thomas R. Mack
Max A. Jones
Miller Stratvert PA
P.O. Box 25687
Albuquerque, NM 87125
(505) 842-1950
tmack@mstlaw.com
mjones@mstlaw.com

*Counsel for Defendants Rebecca Duchon, PA; Peter Pacheco, PA; Bitu Sheth, PA; Marchell Woodruff, PA.*

Gregory L. Biehler
Lewis Brisbois Bisgaard & Smith LLP
8801 Horizon Blvd NE
Suite 300
Albuquerque, NM 87113
505-828-3600
greg.biehler@lewisbrisbois.com

*Counsel for Defendant Laura LeBlanc*

Jesse D. Hale
Stefan R. Chacon
Sutin, Thayer & Browne
Post Office Box 1945
Albuquerque, NM 87103
505-883-2500
JEH@sutinfirm.com
SRC@sutinfirm.com

*Counsel for Defendant Michael L. Gallegos*

**UNABLE TO SERVE OR LOCATE AT THIS TIME**

Andrei Marchenko, CNP