# Exhibit 9

# FEARS NACHAWATI
## LAW FIRM

Dallas • Houston • Fort Worth • Austin • San Antonio • Denver • Tampa

5473 Blair Road  
Dallas, TX 75231



www.fnlawfirm.com  
T. 214.890.0711  
F. 214.890.0712

April 21, 2020

VIA EMAIL TRANSMISSION  
The Honorable Bryan Biedscheid  
225 Montezuma Ave.  
P.O. Box 2268  
Santa Fe, NM 87504-2268  
Email sfeddiv6proposedtxt@nmcourts.gov

      Re:    *City of Santa Fe v. Cephalon Inc.,* No. D-101-CV-01809 (1st Jud. Dist. Ct.).

Dear Judge Biedscheid,

      The City of Santa Fe, due to unusual circumstances beyond the City's control, respectfully asks that this Court contact the United States District Court Judge for the *In re Opiate* Multidistrict Litigation, and request that he remand the City of Santa Fe's case to this Court. Contact information is:

      Judge Dan Aaron Polster  
      Carl B. Stokes United States Court House  
      801 West Superior Avenue, Courtroom 18B  
      Cleveland, Ohio 44113-1837

Examples of other letters that state trial court judges, as the only judges with subject matter jurisdiction, have written to Judge Polster are included as the attachments to this letter.[1]

---

[1] *See* **Exhibit 1,** Letter from Judge Barry C. Dozor, 32nd Jud. Dist., Pa. to Judge Dan Aaron Polster (June 19, 2019); **Exhibit 2,** Letter from Judge Rex Burlison, 22nd Jud. Cir., Mo. to Judge Dan Aaron Polster (July 10, 2019). Defendants consented to remand of the Pennsylvania case. Notice of Consent to Remand, *Delaware County, Pa. v. Purdue Pharma L.P., et al.,* No. 1:19-op-45285 [Doc. 60] (N.D. Ohio July 1, 2019).

Letter to the Honorable Bryan Biedscheid                                                                 Page 2

**I.      Background: The City filed suit to abate the opioid epidemic**.

The City of Santa Fe initiated legal action in this Court to protect the City and its citizens from a man-made epidemic – the scourge of debilitating addiction, overdoses, and deaths caused by prescription opioids.[2] Unlike other epidemics, this crisis began with a corporate business plan. As pled in the City's complaint filed in this Court, the major corporations that profited from drug sales had a duty to guard against diversion of highly addictive drugs into illicit channels, but for profit, unleashed a flood of these drugs into Santa Fe. The City suffers from a high intensity of drug trafficking.[3] The City initiated legal action in this Court in order to protect its citizens and abate the scourge of opioid addiction.

**II.     The City's action to abate an epidemic and protect its citizens has been unnecessarily stalled for an indeterminate time by a disingenuous removal scheme**.

Instead of answering the claims in a tribunal with subject matter jurisdiction, Defendants removed the case as a ploy to secure a cross-country transfer to an MDL court that will refuse to allow the City to even file a motion.[4] Defendants' removal theory, which has been rejected by

---

[2] *See, generally,* **Exhibit 3**, 1st Am. Complaint, *City of Santa Fe v. Cephalon, Inc., et al.,* No. D-101-CV-2019-01809 (1st Jud. Dist. Ct. N.M. Sept. 18, 2019).

[3] **Exhibit 3**, Complaint, p. 80 ¶ 233.

[4] *See* **Exhibit 4**, Civil Docket Case # 1:19-cv-01105-KG-JHR; *accord* Order Regarding Remands, *In re National Prescription Opiate Litigation,* MDL 2804 (N.D. Ohio Feb. 16, 2018) (entering moratorium on motions to remand); Case Management Order No. 1, *In re National Prescription Opiate Litigation,* MDL 2804 (N.D. Ohio April 11, 2018), at ¶6.g ("No party may file any motion not expressly authorized by this Order absent further Order of this Court or express agreement of the parties."); *see also Cty. of Anderson v. Rite Aid of S.C., Inc.*, No. 8:18-CV-1947-BHH, 2018 WL 8800188, at *2 (D.S.C. Aug. 20, 2018) ("The MDL Court has issued a moratorium on all

Letter to the Honorable Bryan Biedscheid                                                                 Page 3

courts nationwide, consists of the remarkable claim that the City could not file a single lawsuit to abate the same public nuisance, but rather had to sue the Defendants that caused the opioid crisis in two different lawsuits. No apposite authority supports Defendants' removal theory.

    **III.**    **The Endo Defendants, with the tacit acquiescence of the other corporate Defendants, explained that State Court Judges contacting Judge Polster was the vehicle to achieve remand to State Court.**

In this case, the federal Judge stayed the City of Santa Fe's remand motion so that the case would be transferred to the federal MDL pending in Judge Polster's court.[5] Before the stay, the federal Judge in another governmental entity case filed in state court, brought by the City of

---

substantive filings, including motions to remand, and has indicated that it is not going to rule on any pending motions to remand at the present time.").

[5] **Exhibit 4,** Docket Entry 30.

Letter to the Honorable Bryan Biedscheid                                                                                         Page 4

Albuquerque as plaintiff, granted that City a hearing.[6] The same corporate Defendants in the City of Santa Fe's case were represented by counsel at that hearing,[7] and were invited to participate.[8]

---

[6] **Exhibit 5**, Motions Hr'g Tr., *City of Albuquerque v. Teva Pharmaceuticals USA, Inc., et al.*, No. 1:19-CIV-01168-JB/JHR (D. N.M. Jan. 24, 2020) ("Hr'g Tr."). The essential point of the hearing was for the Judge to announce that he would take no action and allow the case to be transferred.

[7] Hr'g Tr. 1:15-16 and 3:21-25 (Eric. M. Sommer appearing for Teva Pharmaceuticas USA, Inc. and Cephalon); 1:16-19, 4:3-9 and 5:21-24 (Benjamin W. Allison and Sina Ria appearing for Johnson & Johnson, Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc.), 1:19-21 and 4:15-22 (Eliseo Puig and John B. Pound for Endo Health Solutions, Inc. and Endo Pharmaceuticals, Inc.), 1:22-23 and 5:8-11 (Abigail Yates for Cardinal Health, Inc.), 1:23-25 and 5:13-16 (Meghan Dimon Stanford for Mallinckrodt, LLC, Mallinckrodt PLC, SPEGCX, LLC, and Mallinckrodt Brand Pharmaceuticals, Inc.), 2:1-2 and 6:6-8 (Larry D. Maldegen for McKesson Corp.), 2:2-3 and 6:11-13 (Douglas A. Baker for AmerisourceBergen Drug Corp.), 2:4-5 and 6:16-17 (Mark T. Baker for Walgreens Boots Alliance, Inc.), 2:5-6 and 6:20-22 (Brandon Myers for Wal-Mart Stores, Inc.), 2:7-9 and 6:25-7:8 (Sean Olivas, Michael Cardel, and Conor O'Croinin for CVS Health).
        Two Defendants in Santa Fe's case, Defendant John Bray-Morris, M.D. and Defendant Nicole Renee Broderson, N.P., were not represented at the Albuquerque hearing.

[8] Specifically, United States District Court Judge James O. Browning stated:

> THE COURT: . . . Any of the other defendants want to say anything? Let me ask the ones in the courtroom first. Any of the individual defendants? You enjoy being sued by the City of Albuquerque? Anybody want to speak?
>        How about on the phone? Anybody want to speak on the defendants' side on the phone?
>        All Right.

Hr'g Tr., 86:6-13.

        Later in the hearing, the court again asked, "[a]ny other defendant want to speak [?]" *Id*. at 110:20.

Letter to the Honorable Bryan Biedscheid                                                                    Page 5

At the Albuquerque hearing, Defendants' counsel[9] stated that the City's argument that "the federal court won't rule" was "false and misleading."[10] When asked by Judge Browning, "Has he granted some remand motions?," Defendants' counsel responded "yes" and explained that "two weeks ago [sic] Judge Polster ordered remand in two Missouri counties that were removed to federal court."[11] When Judge Browning asked Defendants' counsel to explain "the circumstances of those cases," "What caused him to send those back to state court?," Defendants' counsel explained that "the state court actually reached out and said, 'We'd really love it if you address these two remand motions. . . .'"[12] In the course of the discussion, Albuquerque's counsel expressed a belief that a letter had been written by the state court Judge to Judge Polster requesting that the cases be returned back to the state court.[13] Counsel for the corporate Defendants in the City of Santa Fe's case appeared at the Albuquerque hearing, were invited to participate in the argument, and none of them contradicted or objected to the Endo Defendants' statements to the effect that cases could be remanded and that the procedure for remand was for the state court Judge to contact Judge Polster.

---

[9] Counsel for the Endo Defendants.

[10] Hr'g Tr., 81:2-3.

[11] *Id*. at 81:16-82:25.

[12] *Id*. at 83:3-14.

[13] *Id*. at 99:14-15. The City's counsel expressed in the hearing that counsel was not sure what had happened in these other cases, did not believe this could be replicated for the City of Albuquerque, and essentially begged the federal judge to act before the transfer to the federal MDL. *Id*. at 100:14-15.

Letter to the Honorable Bryan Biedscheid                                    Page 6

### IV. The City of Santa Fe respectfully asks that this Court write a letter to Judge Polster.

Judge Polster did in fact remand cases at the request of the State Court Judges who wrote him letters.[14] While counsel for the City believes that the federal courts have a duty to remand now, without any letter,[15] the City respectfully asks this Honorable Court to write a letter to Judge Polster.

                                    Sincerely,

                                    */s/ S. Ann Saucer*
                                    S. Ann Saucer*
                                    asaucer@fnlawfirm.com
                                    Matthew R. McCarley*
                                    mccarley@fnlawfirm.com
                                    **FEARS NACHAWATI, PLLC**
                                    5473 Blair Road
                                    Dallas, Texas 75231
                                    Tel. (214) 890-0711
                                    Fax. (214) 890-0712

                                    Pia Salazar
                                    pia@salazar-sullivanlaw.com
                                    Patrick Sullivan
                                    pat@salazar-sullivanlaw.com
                                    **SALAZAR, SULLIVAN & JASIONOWSKI**
                                    100 Gold Avenue SW, Suite 201
                                    Albuquerque, New Mexico 87102

---

[14] Scheduling Order No. 2, *In re Nat'l Prescription Opiate Litig.*, MDL 2804 [Dkt. 1828] (N.D. Ohio July 11, 2019); Scheduling Order, *In re Nat'l Prescription Opiate Litig.*, MDL 2804 [Dkt. 1708] (N.D. Ohio June 20, 2019).

[15] *See, e.g.*, 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case **shall** be remanded.") (emphasis added). The City's position has been that the proper procedure is for the federal court to remand the case in compliance with the statutory mandate. However, because Defendants have taken the position that a letter-writing campaign is the vehicle, the City is trying this.

Letter to the Honorable Bryan Biedscheid                                              Page 7

                                             Tel. (505) 314-1414
                                             Fax. (505) 314-1419

                                             *Admitted in Federal Court*

                                             **ATTORNEYS FOR THE PLAINTIFF**
                                             **CITY OF SANTA FE**

Enclosures:

Exhibit 1, Letter from Judge Barry C. Dozor, 32nd Jud. Dist., Pa. to Judge Dan Aaron Polster (June 19, 2019).
Exhibit 2, Letter from Judge Rex Burlison, 22nd Jud. Cir., Mo. to Judge Dan Aaron Polster (July 10, 2019).
Exhibit 3, 1st Am. Complaint, *City of Santa Fe v. Cephalon, Inc., et al.,* No. D-101-CV-2019-01809 (1st Jud. Dist. Ct. N.M. Sept. 18, 2019).
Exhibit 4, Civil Docket Case # 1:19-cv-01105-KG-JHR.
Exhibit 5, Motions Hr'g Tr., *City of Albuquerque v. Teva Pharmaceuticals USA, Inc., et al*. (D. N.M. Jan. 24, 2020).

CC:    The Honorable Dan Aaron Polster, U.S.D.C. N.D. Ohio
          Attached Service List

## Attached Service List

**VIA EMAIL**:

John B. Pound
JOHN B. POUND LLC
505 Don Gaspar
Santa Fe, NM 87505
(505) 983-8060
jbpsfnm@gmail.com

John Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
John.Lombardo@arnoldporter.com

*Counsel for Defendants ENDO PHARMACEUTICALS INC. and ENDO HEALTH SOLUTIONS INC.*

Eric M. Sommer
SOMMER UDALL HARDWICK & JONES, P.A.
P.O. Box 1984
Santa Fe, NM 87504-1984
(505) 982-4676
ems@sommerudall.com

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000
nancy.patterson@morganlewis.com

*Counsel for Defendants TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., CEPHALON, INC., ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC., ACTAVIS LLC, AND WATSON LABORATORIES, INC.*

Charles Lifland
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
(213) 430-6000
clifland@omm.com

Benjamin Allison
Victor Grafe III
BARDACKE ALLISON LLP
141 E. Palace Avenue, 2d Floor
Santa Fe, NM 87501
505-995-8000
ben@bardackeallison.com
victor@bardackeallison.com

*Counsel for Defendants JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEILJANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; and JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.*

Douglas A. Baker
Justin D. Rodriguez
ATKINSON, BAKER & RODRIQUEZ, P.C.
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
dbaker@abrfirm.com
jrodriguez@abrfirm.com

*Counsel for Defendant AMERISOURCEBERGEN DRUG CORPORATION*

Andrew G. Schultz
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, New Mexico 87103
(505) 765-5900
aschultz@rodey.com

*Counsel for Defendants CARDINAL HEALTH, INC., CARDINAL HEALTH 110 LLC, CARDINAL HEALTH 200 LLC, CARDINAL HEALTH 414 LLC*

Meghan D. Stanford
JACKSON LOMAN STANFORD & DOWNEY, P.C.
201 Third Street NW, Suite 1500
Albuquerque, New Mexico 87102
(505) 767-0577
Meghan@JacksonLomanLaw.com

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199
(617) 951-7000
brien.o'connor@ropesgray.com

*Counsel for Defendants MALLINCKRODT LLC, MALLINCKRODT PLC, MALLINCKRODT BRAND PHARMACEUTICALS, SPECGX, LLC AND COVIDIEN PLC*

Sean Olivas
KELEHER & McLEOD, P.A.
201 Third Street NW, 12th Floor
Albuquerque, NM 87102
Telephone: (505) 346-4646
Facsimile: (505) 346-1370
so@keleher-law.com

*Counsel for Defendant CVS HEALTH CORPORATION*

Eric R. Burris
Debashree Nandy
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102
(505) 244-0770
eburris@bhfs.com
rnandy@bhfs.com

Donna Welch, P.C.
Martin L. Roth
Timothy Knapp
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
donna.welch@kirkland.com
martin.roth@kirkland.com
timothy.knapp@kirkland.com

Jennifer G. Levy, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
jennifer.levy@kirkland.com

*Counsel for Defendants ALLERGAN SALES, LLC AND ALLERGAN USA, INC., ALLERGAN FINANCE, LLC F/K/A ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS, INC. AND ALLERGAN PLC F/K/A ACTAVIS PLC*

Alper T. Ertas
VENABLE LLP
101 California Street Suite 3800
San Francisco, CA 94111
415-653-3750
atertas@venable.com

*Counsel for Defendant ABBOTT LABORATORIES*

Larry D. Maldegen
Michael J. Moffett
MALDEGEN, TEMPLEMAN & INDALL, LLP
1440 S. St. Francis Dr., Suite B
Santa Fe, NM 87505
(505) 982-4611
lmaldegen@cmtisantafe.com
mmoffett@cmtisantafe.com

Nathan Shafroth
COVINGTON & BURLING LLP
SalesForce Tower
415 Mission Street, 54th Floor
San Francisco, CA 94105
(415) 591-6000
nshafroth@cov.com

*Counsel for Defendants MCKESSON CORPORATION and MCKESSON MEDICAL SURGICAL INC.*

John L. Wilkes
JONES DAY
717 Texas Suite 3300
Houston, Texas 77002-2713
832-239-3796
jlwilkes@jonesday.com

Counsel for Defendants *KNOLL PHARMACEUTICAL COMPANY AND ABBVIE INC.*

**VIA U.S. MAIL**

Dr. John D. Bray-Morris, MD
1011 Don Gaspar Ave
Santa Fe, NM 87505

Nicole Renee Broderson, N.P.
4889 Califa Ave
Las Cruces, NM 88012

Mark T. Baker
PEIFER, HANSON & MULLINS, P.A.
Post Office Box 25245
Albuquerque, New Mexico 87125-5245
Tel: (505) 247-4800
Fax: (505) 243-6458
Email: mbaker@peiferlaw.com

Lester C. Houtz
Alex J. Harris
BARLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Tel: 303.592.3100
Fax: 303.592.3140
les.houtz@bartlitbeck.com
alex.harris@bartlitbeck.com

*Counsel for Defendant WALGREENS BOOTS ALLIANCE, INC.*

H. Brook Laskey
Harvey Fruman
MCCOY LEAVITT LASKEY LLC
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
(505) 246-0455
(262) 522-7020
blaskey@mlllaw.com
hfruman@mlllaw.com

*Counsel for Defendant WALMART INC.*