# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John Majoras of Jones Day hereby enters his appearance as additional counsel of record for Defendant Walmart Inc. in the above-captioned action.

Dated: August 4, 2020

Respectfully submitted,

*/s/ John Majoras*
John Majoras (OH Bar # 003690)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-7652
Fax: (202) 626-1700
Email: jmmajoras@jonesday.com
*Counsel for Defendant Walmart Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically this 4th day of August 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

                                        */s/ John Majoras*
                                        John Majoras
                                        *Counsel for Defendant Walmart Inc.*