# Exhibit 1

| | |
|---|---|
| **From:** | do Amaral, Paulina |
| **To:** | Robert M. Barnes |
| **Cc:** | EXT Track1BDefendants; Peter H. Weinberger (pweinberger@spanglaw.com); Michelle Carreras |
| **Subject:** | RE: Opioids - MIL Stipulations |
| **Date:** | Thursday, August 13, 2020 1:41:52 PM |

Bob,

Regarding #11, Plaintiffs understand that the Court granted a similar (but narrower) MIL in the CT1A trial, and we are noting our objection to that ruling in our MILs, based on the arguments set forth in our prior MIL briefing.

Regarding #2, Plaintiffs do not believe that this stipulation is necessary in this trial.  We understand you may wish to proceed with this MIL.

Thanks.

Paulina

**From:** Robert M. Barnes [mailto:rbarnes@marcus-shapira.com]
**Sent:** Thursday, August 13, 2020 12:30 PM
**To:** do Amaral, Paulina
**Cc:** EXT Track1BDefendants; Peter H. Weinberger (pweinberger@spanglaw.com); Michelle Carreras
**Subject:** RE: Opioids - MIL Stipulations

Paulina: What is the basis for deleting of #2 (military service or prior employment or religious affiliation or personal experience of parties' counsel) and #11 (corporate representative's presence/absence at trial or identity)?   Ps previously agreed to #2 in 1A (Doc #2647).  And the Court granted Ds' MIL #14 re no commenting on absence of corporate representative at trial (Doc #3058) citing caselaw that says "the presence, absence or identity of defendant's corporate representative is wholly irrelevant to plaintiffs' claims.  We would prefer to avoid unnecessary MILs on these points.

**From:** do Amaral, Paulina <Pdoamaral@lchb.com>
**Sent:** Thursday, August 13, 2020 7:05 AM
**To:** Robert M. Barnes <rbarnes@marcus-shapira.com>
**Cc:** EXT Track1BDefendants <EXT_Track1BDefendants@jonesday.com>; Peter H. Weinberger (pweinberger@spanglaw.com) <pweinberger@spanglaw.com>; Michelle Carreras <Michelle.Carreras@LanierLawFirm.com>
**Subject:** RE: Opioids - MIL Stipulations

Good morning Bob,

Please see our edits attached.

Paulina



**Paulina do Amaral**
**Partner**
pdoamaral@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Robert M. Barnes [mailto:rbarnes@marcus-shapira.com]
**Sent:** Tuesday, August 11, 2020 7:31 PM
**To:** do Amaral, Paulina
**Cc:** EXT Track1BDefendants
**Subject:** RE: Opioids - MIL Stipulations

Paulina: Attached is a draft of our still-in-progress In Limine Evidentiary Stipulations.  We may have a few additional items.

---

**From:** Robert M. Barnes
**Sent:** Friday, August 7, 2020 7:57 PM
**To:** 'do Amaral, Paulina' <Pdoamaral@lchb.com>
**Subject:** RE: Opioids - MIL Stipulations

Paulina: Yes, with some needed modifications (take out references to treble and punitive damages) and some other modifications that I will get to you on Monday.

---

**From:** do Amaral, Paulina <Pdoamaral@lchb.com>
**Sent:** Friday, August 7, 2020 1:58 PM
**To:** Robert M. Barnes <rbarnes@marcus-shapira.com>
**Subject:** RE: Opioids - MIL Stipulations

Dear Bob,

Please see attached the *In Limine* Evidentiary Stipulations the parties entered into prior to the CT1A trial.   Are the CT1B defendants willing to enter into the same stipulations?

Paulina

**Paulina do Amaral**
**Partner**



pdoamaral@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

Robert M. Barnes
**Marcus & Shapira LLP**

301 Grant Street, 35th Floor
One Oxford Centre
Pittsburgh, Pennsylvania 15219-6401
Direct Dial: 412-338-5224
Fax: 412-391-2315

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF MARCUS & SHAPIRA LLP WHICH MAY BE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THE MESSAGE.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

Robert M. Barnes
**Marcus & Shapira LLP**

301 Grant Street, 35th Floor
One Oxford Centre
Pittsburgh, Pennsylvania 15219-6401
Direct Dial: 412-338-5224
Fax: 412-391-2315

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF MARCUS & SHAPIRA LLP WHICH MAY BE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THE MESSAGE.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.