IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*Track One-B Trial* | Case No. 1:17-MD-2804 |

**SUMMARY SHEET FOR PHARMACY DEFENDANTS' MOTION IN LIMINE NO. 1 TO PRECLUDE EVIDENCE, ARGUMENT OR COMMENTS REGARDING: 1) THE MILITARY SERVICE, EMPLOYMENT, RELIGIOUS AFFILIATION OR PERSONAL EXPERIENCES OF COUNSEL AND STAFF, AND 2) THE WAIVING OR DONATION OF ATTORNEY'S OR EXPERT FEES, OR ANY PORTION OF ANY RECOVERY, TO CHARITY OR FOR THE BENEFIT OF THE COMMUNITY**

- The Court should exclude as irrelevant any evidence, argument or comments regarding the military experience, employment, religious affiliation or personal experience of counsel or staff. Recognizing the lack of relevance and likely prejudicial impact, the parties in Track 1-A stipulated to this, *see* Doc #2647-*In Limine* Evidentiary Stipulations at 1, but Plaintiffs now refuse to enter into the same stipulation for Track 1-B.

- The Court should also preclude any evidence or argument regarding the waiving or donation of attorney's or expert fees, or any portion of any recovery, to charity or community purposes, all of which is not relevant and any marginal probative value is substantially outweighed by the danger of confusing the issues and/or misleading the jury. Further, such evidence improperly appeals to the personal and community interests of the jury.