IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*Track One-B Trial* | Case No. 1:17-MD-2804 |

**SUMMARY SHEET FOR PHARMACY DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO PRECLUDE EVIDENCE, ARGUMENT OR COMMENTS REGARDING THE ABSENCE, PRESENCE OR IDENTITY OF DEFENDANT'S CORPORATE REPRESENTATIVES AT TRIAL**

- The Court should exclude as irrelevant any evidence, argument or comments regarding the absence, presence or identity of the Pharmacy Defendants' corporate representatives at trial, which is a slight modification to its prior grant of the Track 1-A Defendants' MIL No. 14 precluding Plaintiffs from commenting about the *absence* of a corporate representative at trial. *See* Dkt. 3058 at 67-68.  In granting that prior MIL, the Court cited caselaw that holds that "the presence, absence or identity of defendant's corporate representative is wholly irrelevant to plaintiffs' claims." *Id*.