**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*Track One-B Trial* | Case No. 1:17-MD-2804 |

**SUMMARY SHEET FOR PHARMACY DEFENDANTS' MOTION *IN LIMINE* #3 TO PRECLUDE TESTIMONY OR ARGUMENT NEGATIVELY CHARACTERIZING DEFENDANTS AS LARGE CORPORATIONS**

- Defendants anticipate that Plaintiffs will attempt to suggest that the jury should be more harsh in its judgment of Defendants because they are large corporations, whether based on their status as national retail pharmacy chains or simply based on their number of stores, employees, or other similar metrics. Such testimony or argument is irrelevant and prejudicial.

- Indeed, this Court has already found that similar evidence or argument about Defendants' overall financial condition, assets, and profits (except as relates specifically to profits from prescription opioids) should be excluded as "irrelevant or unduly prejudicial." Dkt. No. 3058 at 58-59.