# EXHIBIT A

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : : | MDL No. 2804 <br> CASE NO. 17-MD-2804 <br> (DAP) |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019

Confidential - Subject to Protective Order

compare the processed ARCOS Data to Retail Drug Summary Reports published by the DEA to verify that the shipments of opioids to dispensing outlets in the ARCOS Data is consistent with the amount of each opioid the DEA calculates was shipped into each 3-digit zip code each quarter. I also compare the ARCOS Data to the opioid transaction data produced in discovery by the Defendants.

19. In Section VII, I explain the information I used to supplement the ARCOS Data.

20. In Section VIII, I report summary statistics for subsets of the processed ARCOS Data covering Cuyahoga County and Summit County in Ohio. These summary statics show that that between 2006 and 2014, Dispensers in Cuyahoga County received 8.55 billion MME of opioids. Given the county's 1.28 million average population, Dispensers received enough opioids for every resident in the County to consume 742 MME every year from 2006 to 2014. These summary statistics also show that between 2006 and 2014, Dispensers in Summit County received 5.16 billion MME of opioids. Given the County's average population of 542,000, Dispensers received enough opioids for every resident in the county to consume 1,057 MME every year from 2006 to 2014.

21. In Section IX, I describe a non-exhaustive set of algorithms that can be systematically applied to the ARCOS Data and present a check on the various estimates presented. In Section X, I provide certain estimates regarding the total aggregate shipments of opioids into Ohio from 1997 to 2018. In Section XI, I describe certain charts and tables that are attached to this report. In Section XII I give my conclusions.