# EXHIBIT C

Highly Confidential - Subject to Further Confidentiality Review

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
                        -  -  -
   IN RE:  NATIONAL              :   HON. DAN A.
   PRESCRIPTION OPIATE           :   POLSTER
   LITIGATION                    :   MDL NO. 2804
                                 :
   This document relates to:     :   Case No. 17-MD-2804
                                 :
   The County of Summit, Ohio    :
   Ohio et al. v. Purdue Pharma  :
   L.P., et al., Case No.        :
   17-OP-45004                   :
                                 :
   The County of Cuyahoga v.     :
   Purdue Pharma Purdue Pharma   :
   L.P., et al., Case No.        :
   18-OP-45090                   :
                        -  -  -
              - HIGHLY CONFIDENTIAL -
      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

                       VOLUME I
                        -  -  -
                     May 9, 2019

               Videotaped deposition of
      CRAIG J. McCANN, Ph.D., CFA, taken
      pursuant to notice, was held at the law
      offices of Morgan Lewis & Bockius, LLP,
      1111 Pennsylvania Avenue, NW, Washington,
      D.C., beginning at 10:03 a.m., on the
      above date, before Michelle L. Gray, a
      Registered Professional Reporter,
      Certified Shorthand Reporter, Certified
      Realtime Reporter, and Notary Public.

                        -  -  -

             GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         Q.    Yep.
 2         A.    I'm just saying that you
 3    take the -- the data that we've prepped,
 4    and apply these formulas to it, you get
 5    particular results.
 6         Q.    And is that also true not
 7    only about whether those algorithms, the
 8    assumptions, are appropriate, but also
 9    true that you are not making any opinion
10    as to whether they are legally required?
11         A.    Right.  I think all of these
12    issues are being handled by other
13    experts.  I -- as you said a minute ago.
14    And I didn't take it as a pejorative.
15    I'm just serving as a calculator.
16         Q.    And in this Paragraph 21 you
17    use the -- the phrase "algorithms" to
18    discuss what's being applied in
19    Section 9.  But you also use the word
20    "approaches" later I believe.
21               Are you saying the same
22    thing?
23               So are -- in -- calling it
24    algorithms here in Paragraph 21, are you
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Anyone come to mind?
 2          A.    It would be -- it would be
 3   something like that list and perhaps
 4   more.
 5          Q.    Anyone in particular that
 6   you think you left out earlier that comes
 7   to mind?
 8          A.    No.
 9          Q.    Did you get any input on
10   these five approaches from any of your
11   discussions with current or former DEA
12   agents?
13          A.    No.
14          Q.    Did you take any other step
15   to verify with the DEA that any or all of
16   these approaches are appropriate in this
17   setting?
18          A.    I'm sorry.  I don't know
19   what you mean by any other, but I didn't
20   do anything other than serve as the
21   computer, you referred to me as earlier.
22   I took these approaches and implemented
23   them, applied them to the data.  That's
24   what I did.
```