# EXHIBIT E

Highly Confidential - Subject to Further Confidentiality Review

1   Mr. McCann.  And then it didn't come -- I
2   didn't have -- I've never had a personal
3   discussion with Mr. McCann about this.  It
4   was relayed through attorneys and back.
5           Q.     Okay.  Now, there are five
6   methodologies here.  Which one are you
7   endorsing?
8           A.     None.
9           Q.     You don't endorse any of them?
10          A.     No, sir.
11          Q.     Okay.
12          A.     I used these methodologies
13  because they were used by the industry.  So I
14  didn't want to impose a methodology that
15  wasn't, you know, recognized or utilized by
16  one or multiple distributors.
17                 MR. NICHOLAS:  Okay.  Okay.
18       Let's take a break.
19                 THE VIDEOGRAPHER:  Going off
20       the record at 12:46 p.m.
21                 (Recess taken, 12:46 p.m. to
22       1:30 p.m.)
23                 THE VIDEOGRAPHER:  We're back
24       on the record at 1:30 p.m.
25                 MR. FULLER:  Counsel, I think

1   third paragraph from the top of the page, you
2   say:  The ARCOS data, defendant transactional
3   data, and the SLCG reports generated
4   therefrom are consistent with the types of
5   data, facts, information, and reports I would
6   typical rely on in conducting the analysis
7   and reaching the opinions contained therein.
8            Do you see that?
9       A.   I do, sir.
10      Q.   Now, is it your opinion that
11  Dr. McCann's five threshold-based
12  methodologies can be used to identify
13  suspicious orders under Section 1301.74?
14           MR. FULLER:  Form, compound.
15      A.   You're asking this question
16  about Dr. McCann in regards to this
17  paragraph?
18  BY MR. EPPICH:
19      Q.   I can rephrase it.
20           Is it your opinion that the
21  five threshold-based methodologies used by
22  Dr. McCann and cited by yourself, that those
23  methodologies can be used to identify
24  suspicious orders under Section 1301.74?
25      A.   No, I think my opinion is clear

Highly Confidential - Subject to Further Confidentiality Review

```
 1    that they aren't suitable suspicious order
 2    systems.
 3         Q.    Is it your opinion that
 4    Dr. McCann's -- and I quote -- "flagged
 5    orders" are suspicious orders under
 6    Section 1301.74(b)?
 7         A.    Are you jumping back to the
 8    methodologies?
 9         Q.    I'm just asking you a question,
10    sir.
11               MR. FULLER:  You can clarify
12         the question if you don't understand.
13    BY MR. EPPICH:
14         Q.    But, yes, under the
15    methodologies.  Under the methodologies, yes,
16    sir.
17         A.    No, those aren't suspicious
18    orders under the methodologies.  Those are
19    dosage units.
20         Q.    While you were at the DEA, and
21    the DEA was analyzing ARCOS data, did DEA use
22    any of Dr. McCann's five methodologies to
23    identify suspicious orders?
24         A.    When I was at the DEA?
25         Q.    Yes, sir.
```