**Information to identify the cases:**

| | |
|---|---|
| Debtors: Akorn, Inc., *et al.* | EIN: 72-0717400 |
| United States Bankruptcy Court District of Delaware | |
| Case Number: 20-11177 (KBO) (Jointly Administered) | Date cases filed for chapter 11: May 20, 2020 |
| Official Form 309F (For Corporations or Partnerships) | |
| Notice of Chapter 11 Bankruptcy Cases | 12/17 |

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov) or at the website maintained by the Debtors' noticing and claims agent, Kurtzman Carson Consultants LLC (KCC) at https://www.kccllc.net/akorn.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the cases.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302−573−6491).**

1. Full Name of Each Debtor:

   **Jointly Administered Cases**

| DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| Akorn, Inc. | 1925 W. Field Court, Suite 300<br>Lake Forest, Illinois 60045 | 20-11177 | 72-0717400 |
| 10 Edison Street LLC | 369 Bayview Avenue<br>Amityville, New York | 20-11178 | N/A |
| 13 Edison Street LLC | 369 Bayview Avenue<br>Amityville, New York | 20-11180 | N/A |
| Advanced Vision Research, Inc. | 2929 Plymouth Road, Suite 275<br>Ann Arbor, Michigan 48105 | 20-11182 | 04-2989046 |
| Akorn (New Jersey), Inc. | 1925 W. Field Court, Suite 300<br>Lake Forest, Illinois 60045 | 20-11183 | 36-4301474 |
| Akorn Animal Health, Inc. | 1925 W. Field Court, Suite 300<br>Lake Forest, Illinois 60045 | 20-11185 | 46-2986645 |

Debtor: Akorn, Inc., *et al*.                                                                                 Case Number: 20-11177 (KBO)

| DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| **Akorn Ophthalmics, Inc.** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11186 | 45-3466266 |
| **Akorn Sales, Inc.** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11174 | 46-4527866 |
| **Clover Pharmaceuticals Corp.** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11187 | 26-3813735 |
| **Covenant Pharma, Inc.** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11188 | 20-1140115 |
| **Hi-Tech Pharmacal Co., Inc.** | **369 Bayview Avenue Amityville, New York** | 20-11189 | 11-2638720 |
| **Inspire Pharmaceuticals, Inc.** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11190 | 04-3209022 |
| **Oak Pharmaceuticals, Inc.** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11192 | 45-2776647 |
| **Olta Pharmaceuticals Corp.** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11191 | 26-3813621 |
| **VersaPharm Incorporated** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11194 | 58-2146739 |
| **VPI Holdings Corp.** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11193 | 26-1356716 |
| **VPI Holdings Sub, LLC** | **1925 W. Field Court, Suite 300 Lake Forest, Illinois 60045** | 20-11195 | N/A |

2. All other names used in the last 8 years:

| Current Entity Name | Former Names |
|---|---|
| **Akorn, Inc.** | Trade names: Akorn Pharmaceuticals; Taylor Pharmaceuticals |
| **Advanced Vision Research, Inc.** | Prior Names:  AVR Business Trust; Advanced Vision Pharmaceuticals, LLC<br><br>Trade Name: TheraTears, Akorn Consumer Health |
| **Hi-Tech Pharmacal Co., Inc.** | Prior Name: Akorn Enterprises, Inc. |

3. **Address:** See Chart Above

**Debtor:** Akorn, Inc., *et al.*                                                   **Case Number:** 20-11177 (KBO)

**4.  Debtors' Proposed Counsel**

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Christopher M. Hayes (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
patrick.nash@kirkland.com
gregory.pesce@kirkland.com
christopher.hayes@kirkland.com

- and -

Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   nicole.greenblatt@kirkland.com

Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   heath@rlf.com
steele@rlf.com
shapiro@rlf.com
haywood@rlf.com

**Debtors' Notice and Claims Agent**
Kurtzman Carson Consultants LLC (KCC)
Telephone: (877) 725-7539 (toll free) or (424) 236-7247 (international)
Website: https://www.kccllc.net/akorn
If you have questions about this notice, please contact KCC via online inquiry through the above website.

**5.  Bankruptcy clerk's office**

| | | |
|---|---|---|
| Documents in these cases may be filed at this address. | **824 Market Street, 3rd Floor Wilmington, Delaware 19801** | **Hours open: Monday − Friday 8:00 AM (ET) − 4:00 PM (ET) Contact phone  302−252−2900** |
| You may inspect all records filed in these cases at this office or online at either www.pacer.gov or https://www.kccllc.net/akorn | | |

**6.  Meeting of creditors**

| | | |
|---|---|---|
| The debtors' representative must attend the meeting to be questioned under oath. | **No meeting has been set.  If a deadline is set, notice will be sent at a later time.** | **Location: J. Caleb Boggs Federal Building 844 King Street, Room 3209, Wilmington, Delaware 19801** |
| Creditors may attend, but are not required to do so. | | |

**7.  Proof of claim deadline**

| | |
|---|---|
| A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. | **No deadline for filing proof of claim has been set.  If a deadline is set, notice will be sent at a later time.** |
| | For more information on how to file a proof of claim, visit the Delaware Bankruptcy Court's website at: http://www.deb.uscourts.gov/claims−information, KCC's website at https://www.kccllc.net/akorn, or any bankruptcy clerk's office. |

**8.  Exception to discharge deadline**

| | |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. |
| | **No deadline for filing the complaint has been set.  If a deadline is set, notice will be sent at a later time.** |

Official Form 309F (For Corporations or Partnerships)      EXHIBIT A      Notice of Chapter 11 Bankruptcy Case

**Debtor: Akorn, Inc.,** *et al*.                                                          **Case Number: 20-11177 (KBO)**

9. **Creditors with a foreign address**

   If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

10. **Filing a Chapter 11 bankruptcy case**

    Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of their property and may continue to operate their business.

11. **Discharge of debts**

    Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

> **If you have questions about this notice,**
> **please call (877) 725-7539 (toll free) or**
> **(424) 236-7247 (international) or visit**
> **https://www.kccllc.net/akorn**

Official Form 309F (For Corporations or Partnerships)              EXHIBIT A              **Notice of Chapter 11 Bankruptcy Case**