IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *THIS DOCUMENT RELATES TO:* | Case No. 17-md-2804 |
| *The County of Lake, Ohio v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45032 (N.D. Ohio) | Hon. Dan Aaron Polster |
| *The County of Trumbull, Ohio v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45079 (N.D. Ohio) | |
| "Track Three Cases" | |

## NON-PARTY THE STATE OF OHIO BOARD OF PHARMACY'S NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS IN THE SIXTH CIRCUIT COURT OF APPEALS

The State of Ohio Board of Pharmacy (the "Board") hereby notifies the Court and all counsel that it has filed a petition for writ of mandamus in the Sixth Circuit Court of Appeals. A copy of the filing is attached.

        DAVE YOST,
        ATTORNEY GENERAL OF OHIO

        By:

        */s/ Kevin L. Murch*
        Kevin L. Murch  (0066833)
        *Special Counsel for the Ohio Attorney General*
        PEREZ & MORRIS LLC
        8000 Ravine's Edge Ct., Suite 300
        Columbus, Ohio 43235
        P: (614) 431-1500; F: (614) 396-3817
        kmurch@perez-morris.com
        *Counsel for Interested Party The State of Ohio Board of Pharmacy*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, a true and accurate copy of the foregoing was served by operation of this Court's electronic filing system to all counsel of record.

        */s/ Kevin L. Murch*
        Kevin L. Murch (0066833)