# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) |

MDL No. 2804
Case No. 17-md-2804
Hon. Judge Dan A. Polster

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE
## OF CERTAIN COUNSEL OF RECORD

Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, Ltd., Cephalon, Inc., Actavis Pharma, Inc., f/k/a Watson Pharma, Inc., ("Specific Defendants") respectfully request leave to withdraw the appearance of Thomas F. Hurka of Morgan, Lewis & Bockius LLP.  In support of this Motion, counsel states as follows:

1. Thomas F. Hurka has had no participation in this case since 2017 and seeks to withdraw his appearance to clarify the record.

2. The withdrawal of Thomas F. Hurka as counsel will not cause any delay or prejudice to any party.  Specific Defendants will continue to be represented by other attorneys at Morgan, Lewis & Bockius LLP, who have previously filed appearances in this action.

3. Pursuant to Local Rule 83.9, the clients, Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, Ltd., Cephalon, Inc., Actavis Pharma, Inc., f/k/a Watson Pharma, Inc. and other parties in this matter have been informed by email dated August 20, 2020 that Thomas F. Hurka is withdrawing his appearance in this matter.

WHEREFORE, counsel respectfully requests this Court to withdraw the appearance of Thomas F. Hurka as counsel of record for Defendants.

Dated:    August 20, 2020

Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Thomas F. Hurka*
Thomas F. Hurka
77 West Wacker Dr.
Chicago, IL  60601
Tel: (312) 324-1194
Fax: (312) 324-1000
thomas.hurka@morganlewis.com

Eric W. Sitarchuk
Steven A. Reed
Harvey Bartle
Rebecca J. Hillyer
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
eric.sitarchuk@morganlewis.com
steven.reed@morganlewis.com
harvey.bartle@morganlewis.com
rebecca.hillyer@morganlewis.com

Nancy L. Patterson
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel:  (713) 890-5195
Fax: (713) 890-5001
nancy.patterson@morganlewis.com

Wendy West Feinstein
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

Brian M. Ercole
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
Fax: (305) 415-3001
brian.ercole@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, Ltd., Cephalon, Inc., Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.*

## CERTIFICATE OF SERVICE

      I, Thomas F. Hurka, hereby certify that the foregoing document was filed via the Court's ECF system which will send notification of such filing to all counsel of record.

Dated: August 20, 2020                    *s/ Thomas F. Hurka*
                                                           Thomas F. Hurka