**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804<br>Case No. 17-md-2804<br>Hon. Judge Dan A. Polster |

**ORDER**

THIS MATTER is before the Court upon Defendants Teva Pharmaceuticals USA, Inc., Actavis LLC, and appearing specially for Teva Pharmaceutical Industries Ltd.'s Motion for Leave to Withdraw Appearance of Certain Counsel of Record, it is hereby

ORDERED and ADJUDGED that:

1. Defendants' Motion for Leave to Withdraw Appearance of Certain Counsel of Record is GRANTED.

2. Thomas F. Hurka will no longer be acting as counsel for the aforementioned Defendants in this proceeding.

DONE AND ORDERED in Chambers in Cleveland, Ohio this _____ day of _____, 2020.

                                                                                               Judge Dan A. Polster
                                                                                               United States District Court Judge

cc:  All Counsel of Record