# EXHIBIT B

Message

| | |
|---|---|
| **From**: | Mills, Steven [/O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BE7D2F51-042A-4E84-BF1D-1445BAEAB90C] |
| on behalf of | rxinventory [/O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6DD4F76D-8797-47B1-9F1C-F663C6FC6C20] |
| **Sent**: | 8/9/2012 3:17:23 PM |
| **To**: | AndersonSAILCoordinators [andersonsailcoordinators@walgreens.com] |
| **CC**: | Murray Jr, Denman [denman.murray@walgreens.com] |
| **Subject**: | FW: Controlled Substance Order Quantity Override Form |

This order is approved.

Thanks,

Rx Inventory Management

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

-----Original Message-----
From: Mcqueen, Stephen
Sent: Thursday, August 09, 2012 2:57 PM
To: rxinventory
Cc: Mcqueen, Stephen
Subject: Controlled Substance Order Quantity Override Form

Store Number: 34761

DistrictNumber: 328

DM Email Address: brian.keimach@walgreens.com

DLP Email Address: jim.nickols@walgreens.com

Store: 10329

Address: 901 S.5th Street

CityStateZip: Hartsville, SC 29550

DEA: FW1156632

Pharmacy Manager: Charles (Edwin) Boyd

Pharmacy Supervisor: Stephen McQueen

NDC: 00591-0503-01

WIC: 672664

Drug Name Strength: Hydrocodone/APAP 10/650MG

Package Size: 100 count

Order Quantity Needed: 34 bottles x 100 count

Reason: Other

If you selected Other please enter reason here: High volume medication of choice by MD.

Provide a detailed explanation of this request including Rx sales history 13 week item movement current on hand count inventory adjustments etc: 52 week item movement reports were analyzed by DLPS and RXS and were found to be consistent with no spikes. Numerous scripts were audited. All were found to be legitimate with proper DOS, appropriate time between fills (monthly), minimal cash pay, majority third party. no multiple pharmacy use, single prescriber writing scripts. This medication is the doctor's group drug of choice for treating patients suffering from both acute and long term pain conditions. My DLPS and myself both agree nothing looks out of the ordering with respect to the dispensing of this medication from the staff at 10329.

HIGHLY CONFIDENTIAL

WAGMDL00107532

Form Submitted On: 08/9/2012 14:57:12

HIGHLY CONFIDENTIAL

WAGMDL00107533