# EXHIBIT C

## Ceiling Override Report

| Request ID | Request Date | Store | WIC Number | NDC Number | UPC Number | PLN Number | Drug Name | Requested Qty | Request Reason Code | Request Reason Description | Pack Size | UOM | DC Number | Control Drug | Request Status | Request Status Description | Request Status Date/Time | Request Status Username | Request Status Role | Request Status Comments | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20130907121715 | 9/7/13 12:17 PM | 4684 | 563755 | 591074905 | NULL | NULL | Oxycodone/Acetaminophen5-325 | 500 | 5 | Other | NULL | NULL | NULL | NULL | 6 | Expired | 9/7/13 12:17 PM | Ray Martin | Pharmacy Manager | NULL | 0 |
| 20130920082617 | 9/20/13 8:26 AM | 3308 | 563755 | 591074905 | 3.0591E+10 | 4.0001E+10 | OXYCODONE-APAP 5-325 TAB(WAT)+500 | 3 | 2 | Emergencey Situation | NULL | NULL | NULL | NULL | 1 | Submitted | 9/20/13 8:26 AM | Debra Wyman | Pharmacy Manager | Our on hands were off by 3 bottles and therefore we did not receive any this week. We have less than one bottle to make it through the week. Please advise. | 3 |
| 20130920082617 | 9/20/13 8:26 AM | 3308 | 563755 | 591074905 | 3.0591E+10 | 4.0001E+10 | OXYCODONE-APAP 5-325 TAB(WAT)+500 | 3 | 2 | Emergencey Situation | NULL | NULL | NULL | NULL | 2 | DM Approved | 9/20/13 12:54 PM | James Whited | Pharmacy Supervisor | Reduced order qty originally due to incorrect on hands | 3 |
| 20130920082617 | 9/20/13 8:26 AM | 3308 | 563755 | 591074905 | 3.0591E+10 | 4.0001E+10 | OXYCODONE-APAP 5-325 TAB(WAT)+500 | 3 | 2 | Emergencey Situation | NULL | NULL | NULL | NULL | 4 | RxI Approved | 9/23/13 4:16 PM | Patricia Daugherty | Rx Integrity | Approved for new RX, TD GFD checklist to be completed | 3 |
| 20130922120754 | 9/22/13 12:07 PM | 3281 | 215407 | 66689040316 | 3.6669E+10 | 4E+10 | OXYCODONE HCL 5MG/5ML SOLN  500ML | 2 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 1 | Submitted | 9/22/13 12:07 PM | RYAN SUMMERS | Floater Pharmacist | New rx for patient who need liquid oxycodone. 1000ml is a 30 day supply. | 2 |
| 20130922120754 | 9/22/13 12:07 PM | 3281 | 215407 | 66689040316 | 3.6669E+10 | 4E+10 | OXYCODONE HCL 5MG/5ML SOLN  500ML | 2 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 2 | DM Approved | 9/23/13 2:46 PM | Matthew Pallo | Pharmacy Supervisor | Please approve for Patient Care. | 2 |
| 20130922120754 | 9/22/13 12:07 PM | 3281 | 215407 | 66689040316 | 3.6669E+10 | 4E+10 | OXYCODONE HCL 5MG/5ML SOLN  500ML | 2 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 4 | RxI Approved | 9/23/13 4:11 PM | Patricia Daugherty | Rx Integrity | Approved for new RX, TD GFD checklist to be completed | 2 |
| 20130922121332 | 9/22/13 12:13 PM | 3281 | 563755 | 591074905 | 3.0591E+10 | 4.0001E+10 | OXYCODONE-APAP 5-325 TAB(WAT)+500 | 6 | 5 | Other | NULL | NULL | NULL | NULL | 1 | Submitted | 9/22/13 12:13 PM | RYAN SUMMERS | Floater Pharmacist | We typically got through 5-6 bottles a week and none appeared on our auto order. Currently have 11 tablets. Have been sending people to other walgreens for at least the past week because we are unable to supply. | 6 |
| 20130922121332 | 9/22/13 12:13 PM | 3281 | 563755 | 591074905 | 3.0591E+10 | 4.0001E+10 | OXYCODONE-APAP 5-325 TAB(WAT)+500 | 6 | 5 | Other | NULL | NULL | NULL | NULL | 2 | DM Approved | 9/23/13 2:45 PM | Matthew Pallo | Pharmacy Supervisor | Please approve for Patient Care. | 6 |
| 20130922121332 | 9/22/13 12:13 PM | 3281 | 563755 | 591074905 | 3.0591E+10 | 4.0001E+10 | OXYCODONE-APAP 5-325 TAB(WAT)+500 | 6 | 5 | Other | NULL | NULL | NULL | NULL | 6 | Expired | 9/24/13 10:03 AM | STEVEN MILLS | Rx Integrity | Rejected, the store already had an approved increase on 09-19. The store is scheduled to receive 4 units on 09-28-13. | 0 |
| 20130928144937 | 9/28/13 2:49 PM | 5904 | 675577 | 54353544 | 3.0054E+10 | 4.0001E+10 | METHADONE 10MG/ML SOL (ROX) 30ML | 1 | 2 | Emergencey Situation | NULL | NULL | NULL | NULL | 1 | Submitted | 9/28/13 2:49 PM | Christina Mazur | Pharmacy Manager | I have a cancer patient who just went hospice. She has esophageal cancer and has a peg tube. They have stopped all chemo and radiation treatments. No 13-week movement, current on hands zero, no inventory adjustments.    Hospice would like her to have liquid morphine for pain control. | 1 |
| 20130928144937 | 9/28/13 2:49 PM | 5904 | 675577 | 54353544 | 3.0054E+10 | 4.0001E+10 | METHADONE 10MG/ML SOL (ROX) 30ML | 1 | 2 | Emergencey Situation | NULL | NULL | NULL | NULL | 1 | Submitted | 9/28/13 2:50 PM | Christina Mazur | Pharmacy Manager | Hospice. | 1 |
| 20130928144937 | 9/28/13 2:49 PM | 5904 | 675577 | 54353544 | 3.0054E+10 | 4.0001E+10 | METHADONE 10MG/ML SOL (ROX) 30ML | 1 | 2 | Emergencey Situation | NULL | NULL | NULL | NULL | 2 | DM Approved | 9/30/13 4:54 AM | Matthew Pallo | Pharmacy Supervisor | Please approve for patient care. | 1 |
| 20130928144937 | 9/28/13 2:49 PM | 5904 | 675577 | 54353544 | 3.0054E+10 | 4.0001E+10 | METHADONE 10MG/ML SOL (ROX) 30ML | 1 | 2 | Emergencey Situation | NULL | NULL | NULL | NULL | 6 | Expired | 9/30/13 11:12 AM | MAYUR TAILOR | Rx Integrity | Store is below allocation, please have the store PDQ this order. | 0 |
| 20130928150627 | 9/28/13 3:06 PM | 5904 | 276102 | 115123101 | 3.0115E+10 | 4E+10 | OXYMORPHONE ER 5MG TAB (GLO) 100 | 1 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 1 | Submitted | 9/28/13 3:06 PM | Christina Mazur | Pharmacy Manager | Rx dropped off for product. No sales in the past 13 weeks, no movement, on hands are zero, no inventory adjustments. RX 760241-05904 | 1 |
| 20130928150627 | 9/28/13 3:06 PM | 5904 | 276102 | 115123101 | 3.0115E+10 | 4E+10 | OXYMORPHONE ER 5MG TAB (GLO) 100 | 1 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 2 | DM Approved | 9/30/13 4:54 AM | Matthew Pallo | Pharmacy Supervisor | Please approve to accomodate this new script. | 1 |
| 20130928150627 | 9/28/13 3:06 PM | 5904 | 276102 | 115123101 | 3.0115E+10 | 4E+10 | OXYMORPHONE ER 5MG TAB (GLO) 100 | 1 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 6 | Expired | 9/30/13 11:12 AM | MAYUR TAILOR | Rx Integrity | Store is below allocation, please have the store PDQ this order. | 0 |
| 20130928151235 | 9/28/13 3:12 PM | 5904 | 170920 | 63481081760 | 3.6348E+10 | 4E+10 | OPANA ER 30MG TAB         60 | 1 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 1 | Submitted | 9/28/13 3:12 PM | Christina Mazur | Pharmacy Manager | Patient of ours goes to Ritzman's pharmacy because we do not have it in stock. Current on hands are zero, no inventory adjustments, no 13 week movement. | 1 |
| 20130928151235 | 9/28/13 3:12 PM | 5904 | 170920 | 63481081760 | 3.6348E+10 | 4E+10 | OPANA ER 30MG TAB         60 | 1 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 2 | DM Approved | 9/30/13 4:53 AM | Matthew Pallo | Pharmacy Supervisor | Please approve order to take care of our patient. | 1 |
| 20130928151235 | 9/28/13 3:12 PM | 5904 | 170920 | 63481081760 | 3.6348E+10 | 4E+10 | OPANA ER 30MG TAB         60 | 1 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 4 | RxI Approved | 9/30/13 11:10 AM | MAYUR TAILOR | Rx Integrity | Request is approved, order has been placed. | 1 |
| 20131001162902 | 10/1/13 4:29 PM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 4 | 5 | Other | NULL | NULL | NULL | NULL | 1 | Submitted | 10/1/13 4:29 PM | MEGAN CINGCADE | Pharmacy Manager | we have a chron's patient on chronic liquid dilaudid. he gets 4 bottles once a week and he needs the brand name because he had a bad reaction to the generic. he takes 20 ML q 2 hours. He would like us to possibly have it in by friday. He was getting at Marymount pharmacy previously, but would like to return to Walgreens as he thinks we have better service. We know the patient very well. | 4 |
| 20131001162902 | 10/1/13 4:29 PM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 4 | 5 | Other | NULL | NULL | NULL | NULL | 2 | DM Approved | 10/2/13 8:58 AM | James Whited | Pharmacy Supervisor | See comments from store above | 4 |
| 20131001162902 | 10/1/13 4:29 PM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 4 | 5 | Other | NULL | NULL | NULL | NULL | 4 | RxI Approved | 10/2/13 9:51 AM | STEVEN MILLS | Rx Integrity | Approved. | 4 |
| 20131008082339 | 10/8/13 8:23 AM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 16 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 1 | Submitted | 10/8/13 8:23 AM | MEGAN CINGCADE | Pharmacy Manager | a very well-known loyal patient to us is a chron's patient on liquid dilaudid. he brought a rx to us yesterday for 7440 ml for one month supply (roughly 15.5 bottles). | 16 |
| 20131008082339 | 10/8/13 8:23 AM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 16 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 2 | DM Approved | 10/8/13 8:37 AM | James Whited | Pharmacy Supervisor | Patient utilizes 240ml per day, and had a reaction to generic requiring brand | 16 |
| 20131008082339 | 10/8/13 8:23 AM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 16 | 3 | Change in Sales Trend | NULL | NULL | NULL | NULL | 4 | RxI Approved | 10/8/13 9:17 AM | STEVEN MILLS | Rx Integrity | Approved. | 16 |
| 20131022141117 | 10/22/13 2:11 PM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 7 | 3 | Change in Sales Trend | 473 | ML | 11 | 2 | 1 | Submitted | 10/22/13 2:11 PM | MELISSA PAULLIN | Pharmacy Manager | Patient uses 240 ml daily and gets a 2 week supply prescription. Has an allergy to the generic. | 7 |
| 20131022141117 | 10/22/13 2:11 PM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 7 | 3 | Change in Sales Trend | 473 | ML | 11 | 2 | 2 | DM Approved | 10/22/13 3:40 PM | James Whited | Pharmacy Supervisor | Have reviewed with store; customer uses 240/day and is allergic to generic | 7 |
| 20131022141117 | 10/22/13 2:11 PM | 10220 | 504457 | 59011045101 | 3.5901E+10 | 4.0001E+10 | DILAUDID-5 1MG/ML LIQ    473ML | 7 | 3 | Change in Sales Trend | 473 | ML | 11 | 2 | 4 | RxI Approved | 10/23/13 9:31 AM | Patricia Daugherty | Rx Integrity | Override approved. Your order was sent directly to your DC. | 7 |
| 20131030155055 | 10/30/13 3:50 PM | 5904 | 514718 | 54023625 | 3.0054E+10 | 4.0001E+10 | MORPHINE SUL 30MG TAB (ROX) + 100 | 6 | 3 | Change in Sales Trend | 100 | ON | 11 | 2 | 1 | Submitted | 10/30/13 3:50 PM | Christina Mazur | Pharmacy Manager | Current onhands of 43, 200 receipts from vendor in past 13 weeks, ave sales are 14.07 units per week. #183 tabs total in the past 13 weeks, no inventory adjustments. Hospice patient has an rx on file for a full dispensing quantity of #1400 units, dispense #280 at a time. We are completing the original dispensing with the 43 tablets we have on hand. This quanity with instructions provided will only last patient one day. RX 766576-05904 for reference. | 6 |
| 20131030155055 | 10/30/13 3:50 PM | 5904 | 514718 | 54023625 | 3.0054E+10 | 4.0001E+10 | MORPHINE SUL 30MG TAB (ROX) + 100 | 6 | 3 | Change in Sales Trend | 100 | ON | 11 | 2 | 2 | DM Approved | 10/30/13 3:54 PM | Matthew Pallo | Pharmacy Supervisor | Please order product to ensure proper pain control for our patient. | 6 |
| 20131030155055 | 10/30/13 3:50 PM | 5904 | 514718 | 54023625 | 3.0054E+10 | 4.0001E+10 | MORPHINE SUL 30MG TAB (ROX) + 100 | 6 | 3 | Change in Sales Trend | 100 | ON | 11 | 2 | 4 | RxI Approved | 10/30/13 4:07 PM | STEVEN MILLS | Rx Integrity | Override approved. Your order was sent directly to your DC. | 6 |
| 20131104132608 | 11/4/13 1:26 PM | 4130 | 675637 | 406324301 | 3.0406E+10 | 4.0001E+10 | HYDROMORPHONE 2MG TAB (MKT) + 100 | 7 | 3 | Change in Sales Trend | 100 | ON | NULL | 2 | 1 | Submitted | 11/4/13 1:26 PM | SARA BANCHY | Pharmacy Manager | We have a chronic pain patient that recently had a PA approved for 25 tabs/day and the CNP wants to write for a 1 month rx for 720. The RXM has spoke with the MD about the quantity | 7 |
| 20131104132608 | 11/4/13 1:26 PM | 4130 | 675637 | 406324301 | 3.0406E+10 | 4.0001E+10 | HYDROMORPHONE 2MG TAB (MKT) + 100 | 7 | 3 | Change in Sales Trend | 100 | ON | NULL | 2 | 6 | Expired | 11/7/13 7:45 AM | James Whited | Pharmacy Supervisor | Spoke with RXM. Patient is seen at Siedman Cancer center, but is non-cancer pain mgmt. concerned with high dose, and prescribed by CNP. RXM will get more information, and supervising MD. | 0 |
| 20131106151823 | 11/6/13 3:18 PM | 3308 | 654393 | 59011044010 | 3.5901E+10 | 4.0001E+10 | OXYCONTIN 40MG TAB (REFORM) 100 | 6 | 3 | Change in Sales Trend | 100 | ON | 11 | 2 | 1 | Submitted | 11/6/13 3:18 PM | Debra Wyman | Pharmacy Manager | Our current on-hand count is not enough to fill one prescription. This drug is typically dispensed #60 at a time which allows 1 & 1/2 prescriptions per bottle. The current prescriptions in our work queue are regular monthly customers. We have had a slight increase in sales but some weeks no sales according to item movement due to not having product. | 2 |
| 20131106151823 | 11/6/13 3:18 PM | 3308 | 654393 | 59011044010 | 3.5901E+10 | 4.0001E+10 | OXYCONTIN 40MG TAB (REFORM) 100 | 6 | 3 | Change in Sales Trend | 100 | ON | 11 | 2 | 1 | Submitted | 11/6/13 3:18 PM | Kerstin Hakl | Staff Pharmacist | Our current on-hand count is not enough to fill one prescription. This drug is typically dispensed #60 at a time which allows 1 & 1/2 prescriptions per bottle. The current prescriptions in our work queue are regular monthly customers. We have had a slight increase in sales but some weeks no sales according to item movement due to not having product. | 6 |
| 20131106151823 | 11/6/13 3:18 PM | 3308 | 654393 | 59011044010 | 3.5901E+10 | 4.0001E+10 | OXYCONTIN 40MG TAB (REFORM) 100 | 6 | 3 | Change in Sales Trend | 100 | ON | 11 | 2 | 2 | DM Approved | 11/7/13 6:32 AM | Jeffrey Hines | Pharmacy Supervisor | This is a generic that was not received through. ABC. | 6 |
| 20131106151823 | 11/6/13 3:18 PM | 3308 | 654393 | 59011044010 | 3.5901E+10 | 4.0001E+10 | OXYCONTIN 40MG TAB (REFORM) 100 | 6 | 3 | Change in Sales Trend | 100 | ON | 11 | 2 | 4 | RxI Approved | 11/7/13 9:14 AM | Patricia Daugherty | Rx Integrity | Override approved. Your order was sent directly to your DC. | 6 |
| 20131107071128 | 11/7/13 7:11 AM | 3276 | 681870 | 63481062385 | 3.6348E+10 | 4.0001E+10 | PERCOCET 5/325MG TAB (END) 500 | 1 | 3 | Change in Sales Trend | 100 | ON | 11 | 2 | 1 | Submitted | 11/7/13 7:11 AM | JACKIE MESSINA | Pharmacy Manager | We have a pt who gets #240 tablets per month last month we had another pt who got #100 tabs. Our regular pt's rx is due on 11/14 and we only have #210 tabs in stock we are trying to obtain enough to fill her rx when due. | 1 |

HIGHLY CONFIDENTIAL

WAGMDL00400358