# EXHIBIT E

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                        EASTERN DIVISION
 3
    --------------------------   )
 4  IN RE: NATIONAL              ) MDL No. 2804
    PRESCRIPTION OPIATE          )
 5  LITIGATION                   ) Case No.
    --------------------------   ) 1:17-MD-2804
 6                               )
    THIS DOCUMENT RELATES TO     ) Hon. Dan A. Polster
 7  ALL CASES                    )
    --------------------------   )
 8
 9
10                    HIGHLY CONFIDENTIAL
11        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
12
13                  VIDEOTAPED DEPOSITION OF
14                       TASHA POLSTER
15                     January 23, 2019
16
17                     Chicago, Illinois
18
19
20
21
22
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

```
 1   together?
 2        A.   Yes.
 3        Q.   And it required a lot of different data
 4   pulls to come up to compile the data points in this
 5   PowerPoint, right?
 6        A.   Yes.
 7        Q.   I'd like to take you to Bates No. 904
 8   and it's a section titled "Flagged Orders."
 9        A.   Okay.
10        Q.   And you will see on page 903 it's titled
11   "Flagged Orders," and then you can see the title on
12   904 in the upper right-hand corner "Flagged
13   Orders."  Okay?
14        A.   Yep.
15        Q.   Is "flagged orders" a term that
16   Pharmaceutical Integrity used internally?
17        A.   Yes.
18        Q.   And what did you use -- what did it
19   mean?
20        A.   That was the orders that hit the
21   tolerance or the ceiling and were deemed orders of
22   interest to be reviewed before release.
23        Q.   Okay.  So, let's walk through Bates
24   No. 904.  It says, "Fiscal Year 2014, Fiscal Year
```

1    2015," correct?

2        A.    Yes.

3        Q.    And at the bottom is a line graph with

4    the dates October '13 to October '15, approximately

5    a two-year period, correct?

6        A.    Yes.

7        Q.    And it's titled "Orders Flagged and

8    Canceled Chain-Wide."  Okay?

9        A.    Okay.

10       Q.    Do you see that?

11       A.    Yep.

12       Q.    Let me make sure I understand.

13             Orders flagged and canceled, are those

14   orders that were flagged on Wayne Bancroft's

15   algorithm and then canceled?

16       A.    If the order was generated over what the

17   system -- Wayne's system did, then it was canceled

18   into zero.  The orders that were flagged were

19   orders that came in and my team reviewed and, you

20   know, did their due diligence before shipping or

21   reporting to the DEA.

22       Q.    So, walk me through some of that.  Break

23   that out for me.  Okay?

24             So, orders that were I'm going to say

1  identified by Mr. Bancroft's algorithm and reduced
2  to zero, are those flagged orders?
3      A.   Those -- those would be the orders
4  exceeded tolerance limit, where it went in, it came
5  over the amount, and we're not going to ship you
6  anything.
7      Q.   All right.  Let's start on the left-hand
8  side, the pie chart.
9      A.   Okay.
10     Q.   So, a flagged order is -- and I
11 apologize.  I'm just not following you.
12          A flagged order is an order that was
13 identified by Wayne Bancroft's algorithm?
14     A.   The flagged orders were the orders that
15 came in that we needed to review.  The canceled
16 orders were orders that exceeded the limits and
17 were not shipped at all.
18     Q.   Okay.  Give me the criteria for a
19 flagged order that were orders that came in that we
20 needed to review?
21     A.   They would come in with an override
22 form.
23     Q.   What I see here in the left-hand side of
24 this page in the pie chart is the red, 74.16% of