# EXHIBIT 6

# Tom Egler

| | |
|---|---|
| **From:** | Ventura, Catie <catie.ventura@kirkland.com> |
| **Sent:** | Wednesday, April 24, 2019 2:20 PM |
| **To:** | Tom Egler |
| **Cc:** | Levy, Jennifer; Welch, Donna M.; Stampfl, Karl; Coverstone, Kaitlyn L.; Hillyer, Rebecca J.; Maier, Jonathan E.; Weinberger, Peter H.; Aelish Baig; Matthew Melamed; Mark Dearman; Dory Antullis; Kelli Black; Henry Rosen; Carissa Dolan; mcrawford@skikos.com; sskikos@skikos.com; Paul Geller |
| **Subject:** | RE: EXTERNAL-RE: PEC's Motion to Compel SOMS Audit Reports. |
| **Attachments:** | [EXT] RE: EXTERNAL-Opioid MDL: Allergan's Supplemental Interrogatory Response |

Tom –

With respect to the SOM-related questions posed in your April 16 email, Allergan has conducted an exhaustive search for the Cegedim-Dendrite (Buzzeo) written report that you reference, but has not found this report. Allergan has also asked IQVIA if it maintained a copy of this report; they did not. Additionally, responses to your April 9 email regarding SOM data were emailed to you on April 18. A copy of that email chain is attached for your review.

Additionally, as Pete Weinberger's April 19 email states, Teva's counsel has already responded to his request (see email from S. Edelman, dated April 18). That email invites Plaintiffs to raise any specific concerns directly with Morgan Lewis.

Best,

**Catie Ventura**

---

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
**T** +1 202 389 5907  **M** +1 202 344 5785
**F** +1 202 389 5200

---

catie.ventura@kirkland.com

> **From:** Tom Egler <TomE@rgrdlaw.com>
> **Date:** April 23, 2019 at 2:45:13 PM EDT
> **To:** "'Levy, Jennifer'" <jlevy@kirkland.com>, "'Welch, Donna M.'" <dwelch@kirkland.com>, "'Stampfl, Karl'" <karl.stampfl@kirkland.com>, "'rebecca.hillyer@morganlewis.com'" <rebecca.hillyer@morganlewis.com>, "'jonathan.maier@morganlewis.com'" <jonathan.maier@morganlewis.com>
> **Cc:** "'Peter H. Weinberger (pweinberger@spanglaw.com)'" <pweinberger@spanglaw.com>, Aelish Baig <AelishB@rgrdlaw.com>, "Matthew Melamed" <MMelamed@rgrdlaw.com>, Mark Dearman <MDearman@rgrdlaw.com>, "Dory Antullis" <DAntullis@rgrdlaw.com>, Kelli Black <KBlack@rgrdlaw.com>, "Henry Rosen" <HenryR@rgrdlaw.com>, Carissa Dolan <CDolan@rgrdlaw.com>, "'Mark Crawford'" <mcrawford@skikos.com>, 'Steven Skikos' <sskikos@skikos.com>, "Paul Geller" <pgeller@rgrdlaw.com>
> **Subject: [EXT] RE: EXTERNAL-RE: PEC's Motion to Compel SOMS Audit Reports.**
>
> Donna –
>
> With regard to your communication below to Pete Weinberger this morning, can you please address the related questions we asked the Allergan/Actavis defendants in the attached April 16, 2019 email?

1

Because of your clients' interpretation of the Court's orders, can you also please include Teva's response to these questions, or coordinate with counsel for Teva and its subsidiaries?

Thanks

Tom Egler

---

**From:** Welch, Donna M. <dwelch@kirkland.com>
**Sent:** Tuesday, April 23, 2019 1:49:31 PM
**To:** Weinberger, Peter H.; David R. Cohen
**Cc:** Gay, Josh; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com'; 2804 Discovery, MDL; Farrell, Paul; Fuller, Mike; Evan .Janush; Irpino, Anthony
**Subject:** EXTERNAL-RE: PEC's Motion to Compel SOMS Audit Reports.

Pete -
This confirms that Allergan is not withholding SOM audit documents.
Regards, Donna

**Donna Welch, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2425  **M** +1 773 550 1743
**F** +1 312 862 2200

donna.welch@kirkland.com

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Sent:** Friday, April 19, 2019 10:55 AM
**To:** David R. Cohen <David@SpecialMaster.Law>
**Cc:** Josh Gay <jgay@levinlaw.com>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>; MRopioidserve <MDL2804discovery@motleyrice.com>; Paul Farrell <Paul@Greeneketchum.com>; Mike Fuller <Mike@mchughfuller.com>; Evan M. Janush <Evan.Janush@LanierLawFirm.com>; *airpino@irpinolaw.com <airpino@irpinolaw.com>
**Subject:** [EXT] PEC's Motion to Compel SOMS Audit Reports.

SM Cohen:

On Tuesday, as a result of the Court's affirming DR 14 part 5, I sent an email to all defendants to provide plaintiffs with copies of all SOMS audit reports including those that have been withheld by the defendants as privileged. I set a deadline of Thursday 4/18. The email is in this chain. No defendants have responded, except Teva's counsel sent an email to which I responded which is also in this chain.

Plaintiffs request that you set this for immediate hearing. We ask that you compel production of these documents. These SOMS audit reports are critical to our case and should be made available to our SOMS experts prior to their depositions.

Pete

2

**From:** Peter H. Weinberger
**Sent:** Thursday, April 18, 2019 2:19 PM
**To:** Edelman, Sagiv Y.
**Cc:** MaraCusker.gonzalez@dechert.com; Mark.Cheffo@dechert.com; kaspar.stoffelmayr@bartlitbeck.com; emanigi@wc.com; mlynch@cov.com; ghobart@wc.com; Shannon McClure; Hillyer, Rebecca J.; Reed, Steven A.; Jacobs, Evan K.; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com'; MRopioidserve
**Subject:** RE: NOTICE TO ALL DEFENDANTS RE:SOMS AUDIT REPORTS NOT PREVIOUSLY PRODUCED OR WITHHELD AS PRIVILEGED.

Sagiv –

Thank you for your email response. Let me be crystal clear. Within the last 6 months, Judge Polster on several occasions expressed his concerns about the parties over-designating privileged documents. You now have clarity regarding what the "fact-intensive inquiry" you and all defense counsel must undertake to determine if you have a reasonable and supportable basis to assert a privilege with respect to SOMs audits and other SOMS related documents. Judge Polster's order affirming SM Cohen's ruling sets forth the standards which you are obligated to apply. If you don't produce the documents or give us some explanation how you have applied these standards but nonetheless stand by the privilege, I can assure you that we will file a motion to compel and seek sanctions.

Pete

**From:** Edelman, Sagiv Y. [mailto:sagiv.edelman@morganlewis.com]
**Sent:** Thursday, April 18, 2019 1:16 PM
**To:** Peter H. Weinberger
**Cc:** MaraCusker.gonzalez@dechert.com; Mark.Cheffo@dechert.com; kaspar.stoffelmayr@bartlitbeck.com; emanigi@wc.com; mlynch@cov.com; ghobart@wc.com; Shannon McClure; Hillyer, Rebecca J.; Reed, Steven A.; Jacobs, Evan K.
**Subject:** RE: NOTICE TO ALL DEFENDANTS RE:SOMS AUDIT REPORTS NOT PREVIOUSLY PRODUCED OR WITHHELD AS PRIVILEGED.

Pete,

We disagree with your interpretation of Judge Polster's order concerning the SOMs audit that Dendrite prepared for Cardinal. As that order makes clear, "determining whether a privilege exists is a fact-intensive inquiry." The order did not mention any other defendant and did not include any references to SOMs generally. Therefore, there is no basis to construe this order as applying to any defendant other than Cardinal. Indeed, such an interpretation would eviscerate the "fact-intensive inquiry" that Judge Polster himself explained governs these questions.

We see no reason to deviate from the normal meet-and-confer process in this circumstance. Should Plaintiffs have any concerns with the documents that the Teva Defendants are withholding as privileged, Plaintiffs may raise those specific concerns with us. As always, we remain available to meet and confer. Thank you.

Best,
Sagiv

**Sagiv Y. Edelman**
**Morgan, Lewis & Bockius LLP**
200 South Biscayne Boulevard, Suite 5300 | Miami, FL 33131-2339
Direct: +1.305.415.3336 | Main: +1.305.415.3000 | Fax: +1.305.415.3001
sagiv.edelman@morganlewis.com | www.morganlewis.com
Assistant: Angela Winter | Direct: 1+305.415.3332 | angela.winter@morganlewis.com

3

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Date:** Tuesday, Apr 16, 2019, 3:48 PM
**To:** 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>, Cusker Gonzalez, Mara (MaraCusker.gonzalez@dechert.com) <MaraCusker.gonzalez@dechert.com>, Mark.Cheffo@dechert.com <Mark.Cheffo@dechert.com>, kaspar.stoffelmayr@bartlitbeck.com <kaspar.stoffelmayr@bartlitbeck.com>, emanigi@wc.com <emanigi@wc.com>, mlynch@cov.com <mlynch@cov.com>, ghobart@wc.com <ghobart@wc.com>, Shannon McClure <smcclure@reedsmith.com>
**Cc:** MRopioidserve <MDL2804discovery@motleyrice.com>
**Subject:** NOTICE TO ALL DEFENDANTS RE:SOMS AUDIT REPORTS NOT PREVIOUSLY PRODUCED OR WITHHELD AS PRIVILEGED.

[EXTERNAL EMAIL]

TO ALL DEFENDANTS:

Today, Judge Polster affirmed Discovery Ruling no. 14 part 5.  Specifically, he ordered Cardinal to analyze its documents to apply the analysis of SM Cohen in determining which of these documents should be produced.  It gives notice that "the court will apply the reasoning of the Discovery Ruling to all of Cardinal's assertions of privilege over documents relating to SOMs and directing Cardinal to do the same".

Notice is hereby given to you to produce to plaintiffs previously withheld documents involving SOMs audits either done internally or by third party vendors.  We expect the documents to be produced by COB on Thursday 4/18/19.  Please do not bury these documents in other productions.  Rather, please describe with particularity the documents produced and/or reference them by bates numbers and/or previous designations in privileged logs.

Non-compliance will cause us to file motions to compel with a request for sanctions.

Pete


Peter H. Weinberger


Spangenberg Shibley & Liber LLP

1001 Lakeside Avenue East, Suite 1700

Cleveland, Ohio 44114

216-696-3232 Office

4

216-407-5033 Cell

216-696-3924 Fax

PWeinberger@spanglaw.com | https://urldefense.proofpoint.com/v2/url?u=http-3A__www.spanglaw.com&d=DwIGaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=amd3ez_JqPLN9E0ptHJHtjnp_12IYVmMMsZMNvpU65o&m=xAAd7X6malxBCG3FZISxDdbCEMA884w_jofrU0kCOj8&s=8mRimSmrD15w3BdLXVkWbUfKTtnKNg4nojWQFqUIoPk&e=<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.spanglaw.com&d=DwIGaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=amd3ez_JqPLN9E0ptHJHtjnp_12IYVmMMsZMNvpU65o&m=xAAd7X6malxBCG3FZISxDdbCEMA884w_jofrU0kCOj8&s=qIvA9GOMfltt3-ffiNDxFFtPU_ZHTyGti40nsvDQryw&e=>

[Spangenberg Shibley & Liber] <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.spanglaw.com&d=DwIGaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=amd3ez_JqPLN9E0ptHJHtjnp_12IYVmMMsZMNvpU65o&m=xAAd7X6malxBCG3FZISxDdbCEMA884w_jofrU0kCOj8&s=qIvA9GOMfltt3-ffiNDxFFtPU_ZHTyGti40nsvDQryw&e=>

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____

For more information about Arnold & Porter, click here:

https://urldefense.proofpoint.com/v2/url?u=http-3A__www.arnoldporter.com&d=DwIGaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=amd3ez_JqPLN9E0ptHJHtjnp_12IYVmMMsZMNvpU65o&m=xAAd7X6malxBCG3FZISxDdbCEMA884w_jofrU0kCOj8&s=-1VmAnxfXxiitco4rRJtwO7jKO51PVyRvjBC18lR8oE&e=

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

Peter H. Weinberger

**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com



CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.