# EXHIBIT 12



| | |
|---|---|
| WATSON PHARMACEUTICALS, INC. | SECTION: 011 Sales and Marketing |
| CORPORATE STANDARD OPERATING PROCEDURE | |
| DOCUMENT #: CSOP 011-004   REVISION #: 02 | PAGE: 1 of 4 |
| TITLE: Suspicious Orders of Controlled Drugs | EFFECTIVE DATE: 04/07/2009 |

**PURPOSE:**

To assure distribution of controlled drugs is monitored for excessive use by an individual location using the DEA number as the identifier.

**SCOPE:**

This procedure applies to all controlled drugs distributed by Watson Laboratories, Inc. and its Subsidiaries.

**DOCUMENT REFERENCES:**

| Document Number | Document Title |
|---|---|
| CTMAN 080-023-CC-OPR | Order Processing |
| CTMAN 080-045 | License Entry and Maintenance |

**DEFINITIONS:**

- DEA — Drug Enforcement Administration – A component of the Justice Department whose regulations enforce 21CFR, Part 1300 to end.
- SOMS — Suspicious Order Management System

**PROCEDURE:**

| Responsibility | Action | | |
|---|---|---|---|
| | **1.0** | **Process for Suspicious Orders of Controlled Drugs** | |
| General | 1.1 | The SAP system compiles a past history of controlled substance drug product orders by each customer to establish a normal order size and order frequency. This is accomplished through the normal Sales Order process (see CTMAN 080-023-CC-OPR Order Processing, for details on this process). | |
| Controlled Substance Compliance Management | 1.2 | The Controlled Substance Compliance Department determines the SOMS Multiplier Table. | |
| | | 1.2.1 | See CTMAN 080-045, License Entry and Management for description of system functionality with regards to the establishment of SOM levels, as well as how to access this information. |



Users of printed documents are responsible for ensuring that the printed document represents the most current revision.

Printed: Wednesday, May 13, 2009 13:36:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03641386



| | |
|---|---|
| **WATSON PHARMACEUTICALS, INC.**<br>**CORPORATE STANDARD OPERATING PROCEDURE**<br>**DOCUMENT #:** CSOP 011-004 **REVISION #:** 02<br>**TITLE:** Suspicious Orders of Controlled Drugs | **SECTION:** 011 Sales and Marketing<br>**PAGE:** 2 of 4<br>**EFFECTIVE DATE:** 04/07/2009 |

| Responsibility | Action | |
|---|---|---|
| Master Data Administrator | 1.3 | If a processed order generates a SOMS excessive order flag in SAP (See CTMAN -80-023-CC- OPR, Order Processing), due to more frequent or larger than the normal order pattern, Master Data Administrator will generate a Suspicious Order Controlled Drug (SOMS) |
| | 1.4 | The Master Data administrator will review the SOMS report, and then, if warranted, contact the customer to confirm the quantity ordered and verify the reason for a larger or more frequent order. |
| | 1.5 | Once this SOMS report is confirmed and verified by the Customer, the SOMS report is signed and marked with a reason code by the Master Data Administrator and submitted to the Manager for review, and signature. |
| | 1.6 | The Master Data Administrator will be responsible to ensure that pending sales orders on hold due to suspicious order (SOMS) violation are investigated. |
| | 1.7 | The Master Data Administrator will release pending orders due to SOMS violations by canceling the order, or reducing the quantity, per SOMS procedure. |
| | 1.8 | If the SOMS violation cannot be resolved by canceling the order or reducing the quantity, the Master Data administrator will escalate the suspicious order to the next level. |
| Call Center Management | 1.9 | Determine if the order does or does not classify as suspicious. |
| | 1.10 | If a valid reason (based on objective criteria) does not exist, the order will be deemed as a suspicious order and will not be filled. Report suspicious issue to Control Substance Compliance Department. |
| Controlled Substance Compliance Department | 1.11 | The Control Substance Compliance Department will be responsible for reporting the order to the Drug Enforcement Administration. |
| Master Data Administrator | 1.12 | File a copy of the SOMS Report, along with the customer purchase order, in the suspicious order record file. |

Users of printed documents are responsible for ensuring that the printed document represents the most current revision.

Printed: Wednesday, May 13, 2009 13:36:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          ALLERGAN_MDL_03641387



| WATSON PHARMACEUTICALS, INC. | SECTION: | 011 Sales and Marketing |
|---|---|---|
| CORPORATE STANDARD OPERATING PROCEDURE | | |
| DOCUMENT #: CSOP 011-004 REVISION #: 02 | PAGE: | 3 of 4 |
| TITLE: Suspicious Orders of Controlled Drugs | EFFECTIVE DATE: | 04/07/2009 |

## CHANGE HISTORY:

| Initiation / Change Control Number | Revision Number | Effective Date | Change Summary |
|---|---|---|---|
| C2004-0260 | 00 | 05/03/2004 | New CSOP. |
| C2005-0317 | 01 | 09/19/2005 | DEFINITIONS: DEA<br>"Agency" changed to "Administration".<br>"involve controlled substances, etc." changed to "enforces 21CFR, Part 1300 to end".<br>1.3 Change Responsibility from "Order Processing Representative" to "License Administrator".<br>1.4 "if warranted" added to action.<br>1.11 "determine next level of communication" replaced with "be responsible for reporting the order to the Drug Enforcement Administration."<br>1.12 Change Responsibility from "Order Processing Representative" to "License Administrator". |

## CHANGE HISTORY (in HotDox):

| HotDox Workflow ID | Revision Number | Effective Date | Change Summary |
|---|---|---|---|
| CD-6798767 | 02 | See effective date in header. | Change all reference of Licensing Administrator Title to : Master Data Administrator<br><br>Change all reference of CTMAN 080-041-CC-OPR – to CTMAN 080-023-CC-OPR<br><br>1.2 The SOMS Multiplier Table is determined by the Controlled Substance Compliance Department. – Delete " Call Center Management"<br><br>1.3 "Order Processing will generate a Suspicious Order Controlled Drug (SOMS) report and email it to the License Administrator. – Change -Order Processing to Master Data Administrator – Delete" and email it to the License Administrator"<br><br>1.5 "the Supervisor or Management for review, and signature" Remove – Supervisor or. |

Users of printed documents are responsible for ensuring that the printed document represents the most current revision.

Printed: Wednesday, May 13, 2009 13:36:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03641388



| | |
|---|---|
| **WATSON PHARMACEUTICALS, INC.** | **SECTION:** 011 Sales and Marketing |
| **CORPORATE STANDARD OPERATING PROCEDURE** | |
| **DOCUMENT #:** CSOP 011-004 **REVISION #:** 02 | **PAGE:** 4 of 4 |
| **TITLE:** Suspicious Orders of Controlled Drugs | **EFFECTIVE DATE:** 04/07/2009 |

UserName: Sandra Simmons (ssimmons)
Title: Mgr, Support Services
Date: Friday, 27 February 2009, 06:28 AM   Pacific Time
Meaning: I have authored this document.
========================================================

UserName: Mary Woods (mwoods)
Title: Exec Dir, Call Center Operations
Date: Friday, 27 February 2009, 07:29 PM   Pacific Time
Meaning: I have reviewed and approved this document.
========================================================

UserName: Marleah Martin (mmartin)
Title: Exec Dir, Corp Quality Assurance
Date: Tuesday, 03 March 2009, 08:35 AM   Pacific Time
Meaning: I have reviewed and approved this document.
========================================================

UserName: Tracey Hernandez (tlherna)
Title: Dir, Controlled Substance Compliance
Date: Monday, 16 March 2009, 08:10 AM   Pacific Time
Meaning: I have reviewed and approved this document.
========================================================

Users of printed documents are responsible for ensuring that the printed document represents the most current revision.

Printed: Wednesday, May 13, 2009 13:36:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                ALLERGAN_MDL_03641389