# EXHIBIT 13



| WATSON PHARMACEUTICALS, INC. | SECTION: | 011 Sales and Marketing |
|---|---|---|
| CORPORATE STANDARD OPERATING PROCEDURE | | |
| DOCUMENT #:  CSOP 011-004  REVISION #:  04 | PAGE: | 1 of 5 |
| TITLE:  Suspicious Orders of Controlled Drugs | EFFECTIVE DATE: | 07/19/2011 |

**PURPOSE:**

To assure distribution of controlled drugs is monitored for excessive use by an individual location using the DEA number as the identifier.

**SCOPE:**

This procedure applies to all controlled drugs distributed by Watson Laboratories, Inc. and its Subsidiaries.

**DOCUMENT REFERENCES:**

| Document Number | Document Title |
|---|---|
| CTMAN 080-045 | License Entry and Maintenance |
| CTMAN 080-203 | Order Processing |

**DEFINITIONS:**

- DEA — Drug Enforcement Administration – A component of the Justice Department whose regulations.
- SOMS — Suspicious Order Monitoring System

**PROCEDURE:**

| Responsibility | Action | | |
|---|---|---|---|
| | 1.0 | Process for Suspicious Orders of Controlled Drugs | |
| General | 1.1 | The SAP system compiles a past history of controlled substance drug product orders by each customer to establish a normal order size and order frequency. This is accomplished through the normal Sales Order process (see CTMAN 080-203 Order Processing, for details on this process). | |
| DEA Affairs | 1.2 | The DEA Affairs Department determines the SOMS Multiplier Table. | |
| | | 1.2.1 | See CTMAN 080-045, License Entry and Management for description of system functionality with regards to the establishment of SOM levels, as well as how to access this information. |



EXHIBIT
Allergan 30(6)6)
10
Woods 1-9-19

Users of printed documents are responsible for ensuring that the printed document represents the most current revision.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02146521



| | | |
|---|---|---|
| **WATSON PHARMACEUTICALS, INC.** | SECTION: | 011 Sales and Marketing |
| **CORPORATE STANDARD OPERATING PROCEDURE** | | |
| DOCUMENT #: CSOP 011-004  REVISION #: 04 | PAGE: | 2 of 5 |
| TITLE: Suspicious Orders of Controlled Drugs | EFFECTIVE DATE: | 07/19/2011 |

| **Responsibility** | **Action** | |
|---|---|---|
| Master Data Administrator | 1.3 | If a processed order generates a SOMS excessive order flag in SAP (See CTMAN 080-045, License Entry and Maintenance), due to more frequent or larger than the normal order pattern, Master Data Administrator will generate a Suspicious Order Monitoring System (SOMS) form. |
| | 1.4 | The Master Data administrator will review the SOMS form, and then, if warranted, contact the customer to confirm the quantity ordered and verify the reason for a larger or more frequent order. |
| | 1.5 | Once this SOMS form is analyzed, the SOMS form is signed and marked with a reason code by the Master Data Administrator and if necessary submitted to the Manager for review, and signature. |
| | 1.6 | The Master Data Administrator will be responsible to ensure that pending sales orders on hold due to suspicious order (SOMS) violation are investigated. |
| | 1.7 | The Master Data Administrator will release pending orders due to SOMS violations by releasing the order in full, canceling the order, or reducing the quantity, per SOMS procedure. |
| | 1.8 | If the SOMS violation cannot be resolved by research and justification, canceling the order or reducing the quantity, the Master Data administrator will escalate the suspicious order to the next level. |
| | 1.9 | If a valid reason (based on objective criteria) does not exist, the order will be deemed as an order of interest or a suspicious order and held for further review. Orders deemed as an order of interest or as suspicious, will be forwarded to the DEA Affairs Department for further review. |
| DEA Affairs | 1.10 | Upon confirmation that the order is suspicious, the DEA Affairs Department will be responsible for reporting the order to the Drug Enforcement Administration and the applicable State Board of Pharmacy. Department of Regulatory Affairs will also report the incident to FDA within three business days. |
| Master Data Administrator | 1.11 | File a copy of the SOMS form, along with any back up documentation, in the suspicious order record file. |

Users of printed documents are responsible for ensuring that the printed document represents the most current revision.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                  ALLERGAN_MDL_02146522



| WATSON PHARMACEUTICALS, INC.<br>CORPORATE STANDARD OPERATING PROCEDURE<br>DOCUMENT #: CSOP 011-004  REVISION #: 04<br>TITLE: Suspicious Orders of Controlled Drugs | SECTION: 011 Sales and Marketing<br>PAGE: 3 of 5<br>EFFECTIVE DATE: 07/19/2011 |
|---|---|

### CHANGE HISTORY (before Livelink):

| Initiation / Change Control Number | Revision Number | Effective Date | Change Summary |
|---|---|---|---|
| C2004-0260 | 00 | 05/03/2004 | New CSOP. |
| C2005-0317 | 01 | 09/19/2005 | DEFINITIONS: DEA<br>"Agency" changed to "Administration".<br>"involve controlled substances, etc." changed to "enforces 21CFR, Part 1300 to end".<br>1.3 Change Responsibility from "Order Processing Representative" to "License Administrator".<br>1.4 "if warranted" added to action.<br>1.11 "determine next level of communication" replaced with "be responsible for reporting the order to the Drug Enforcement Administration."<br>1.12 Change Responsibility from "Order Processing Representative" to "License Administrator". |

### CHANGE HISTORY (in Livelink):

| Livelink Workflow ID | Revision Number | Effective Date | Change Summary |
|---|---|---|---|
| CD-6798767 | 02 | 04/07/2009 | Change all reference of Licensing Administrator Title to : Master Data Administrator<br><br>Change all reference of CTMAN 080-041-CC-OPR – CTMAN 080-023-CC-OPR.<br><br>1.2 The SOMS Multiplier Table is determined by the Controlled Substance Compliance Department. – Delete " Call Center Management"<br><br>1.3 "Order Processing will generate a Suspicious Order Controlled Drug (SOMS) report and email it to the License Administrator. – Change -Order Processing to Master Data Administrator – Delete" and email it to the License Administrator"<br><br>1.5 "the Supervisor or Management for review, and signature" Remove – Supervisor or. |

Users of printed documents are responsible for ensuring that the printed document represents the most current revision.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_02146523



| WATSON PHARMACEUTICALS, INC. | SECTION: | 011 Sales and Marketing |
| CORPORATE STANDARD OPERATING PROCEDURE | | |
| DOCUMENT #: CSOP 011-004  REVISION #: 04 | PAGE: | 4 of 5 |
| TITLE: Suspicious Orders of Controlled Drugs | EFFECTIVE DATE: | 07/19/2011 |

## CHANGE HISTORY (in Livelink):

| Livelink Workflow ID | Revision Number | Effective Date | Change Summary |
|---|---|---|---|
| CD-8330136 | 03 | 06/12/2009 | Change to Section 1.11, Upon confirmation that the order is suspicious, the Control Substance Compliance Department will be responsible for reporting the order to the Drug Enforcement Administration and the applicable State Board of Pharmacy. Department of Regulatory Affairs will also report the incident to FDA within three business days. |
| CD-11129819 | 04 | See effective date in header. | Changed:<br>SOMS Report to SOMS Form<br>Call Center to Customer Relations<br>Controlled Substance Compliance Dept. to DEA Affairs<br>1.3 – CTMAN 80-023-CC OPR, Order Processing to CTMAN 080-045 License Entry & Maintenance; Suspicious Order Controlled Drug to Suspicious Order Monitoring System.<br><br>Added:<br>1.5 – if necessary<br>1.7 – releasing the order in full<br>1.9 – an order of interest or a ; Orders deemed as an order of interest or as ; , will be forwarded to the<br>1.11 – any back up documentation<br><br>Removed:<br>1.9 - Determine if the order does or does not classify as suspicious. |

Users of printed documents are responsible for ensuring that the printed document represents the most current revision.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02146524



| | |
|---|---|
| **WATSON PHARMACEUTICALS, INC.**<br>**CORPORATE STANDARD OPERATING PROCEDURE**<br>**DOCUMENT #:** CSOP 011-004  **REVISION #:** 04<br>**TITLE:** Suspicious Orders of Controlled Drugs | **SECTION:** 011 Sales and Marketing<br>**PAGE:** 5 of 5<br>**EFFECTIVE DATE:** 07/19/2011 |

UserName: Larry E. Shaffer (lscheffe)
Title: Master Data Administrator
Date: Tuesday, 28 June 2011, 10:52 AM   Pacific Time
Meaning: I have authored this document.
==================================================

UserName: Sandra I. Simmons (ssimmons)
Title: Mgr, Support Services
Date: Friday, 01 July 2011, 06:41 AM   Pacific Time
Meaning: I have reviewed and approved this document.
==================================================

UserName: Marleah M. Martin (mmartin)
Title: Exec Dir, Corp Quality Assurance
Date: Monday, 11 July 2011, 01:07 PM   Pacific Daylight Time
Meaning: I have reviewed and approved this document.
==================================================

**Users of printed documents are responsible for ensuring that the printed document represents the most current revision.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02146525