# EXHIBIT 14

| | |
|---|---|
| **From:** | Tom Egler |
| **To:** | Levy, Jennifer; Welch, Donna M.; "Stampfl, Karl"; rebecca.hillyer@morganlewis.com; jonathan.maier@morganlewis.com |
| **Cc:** | Peter H. Weinberger (pweinberger@spanglaw.com); Aelish Baig; Matthew Melamed; Mark Dearman; Dory Antullis; Kelli Black; Henry Rosen; Carissa Dolan; "Mark Crawford"; Steven Skikos; Paul Geller |
| **Subject:** | FW: EXTERNAL-NOTICE TO ALL DEFENDANTS RE:SOMS AUDIT REPORTS NOT PREVIOUSLY PRODUCED OR WITHHELD AS PRIVILEGED. |
| **Date:** | Tuesday, April 16, 2019 2:41:25 PM |
| **Attachments:** | download.pdf<br>Allergan-Napoli-015.pdf<br>Response to Donna Welch_s 4_3_19 letter by T. Egler.pdf |

Donna, Jennifer and Karl -

First, in consideration of the request below from Peter Weinberger, we ask in addition that the Allergan/Actavis defendants please either identify in the production or produce the "Cegedim-Dendrite (Buzzeo)" written report discussed at page 8 of the attached Napoli deposition exhibit 15 (Allergan_MDL_02468988)(attached) and materials related to the written report. As the exhibit notes, "Cegedim-Dendrite (Buzzeo)" held a "full day working session with Stakeholders," and "Produced [a] Written Report" which as a "foundation for [the] project" of Watson's (and then Actavis's and Allergan's) "Automated system" that Mr. Napoli testified was never implemented. We have searched for a copy of this report and associated documents, and searched for a reference to such documents in the Allergan/Actavis privilege logs but have found none.

Second, more than 10 days ago, we asked for a deposition date for Ms. Lisa Pehlke for some day after April 15. We have heard nothing in response.

Third, on April 9 we sent the attached letter and requested a response last week on the questions your statements have raised about the Allergan Defendants and Teva's retained databases. Please do us the courtesy of responding to that letter.

Thanks

Tom Egler




-----Original Message-----
From: 2804 Discovery, MDL [mailto:mdl2804discovery@motleyrice.com]
Sent: Tuesday, April 16, 2019 12:51 PM
To: MDL 2804
Subject: FW: EXTERNAL-NOTICE TO ALL DEFENDANTS RE:SOMS AUDIT REPORTS NOT PREVIOUSLY PRODUCED OR WITHHELD AS PRIVILEGED.



From: Peter H. Weinberger <PWeinberger@spanglaw.com>
Sent: Tuesday, April 16, 2019 7:46:55 PM
To: 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com'; Cusker Gonzalez, Mara (MaraCusker.gonzalez@dechert.com); mark.cheffo@dechert.com; Kaspar Stoffelmayr (kaspar.stoffelmayr@bartlitbeck.com); emanigi@wc.com; mlynch@cov.com; ghobart@wc.com; Shannon McClure
Cc: 2804 Discovery, MDL
Subject: EXTERNAL-NOTICE TO ALL DEFENDANTS RE:SOMS AUDIT REPORTS NOT PREVIOUSLY PRODUCED OR WITHHELD AS PRIVILEGED.

TO ALL DEFENDANTS:

Today, Judge Polster affirmed Discovery Ruling no. 14 part 5.   Specifically, he ordered Cardinal to analyze its documents to apply the analysis of SM Cohen in determining which of these documents should be produced.  It gives notice that "the court will apply the reasoning of the Discovery Ruling to all of Cardinal's assertions of privilege over documents relating to SOMs and directing Cardinal to do the same".

Notice is hereby given to you to produce to plaintiffs previously withheld documents involving SOMs audits either done internally or by third party vendors.  We expect the documents to be produced by COB on Thursday 4/18/19.  Please do not bury these documents in other productions.  Rather, please describe with particularity the documents produced and/or reference them by bates numbers and/or previous designations in privileged logs.

Non-compliance will cause us to file motions to compel with a request for sanctions.

Pete



Peter H. Weinberger

Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | http://www.spanglaw.com<https://www.spanglaw.com>
[Spangenberg Shibley & Liber] <https://www.spanglaw.com>


CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.


----------

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC.

Leave group:
https://outlook.office365.com/owa/MDL2804@motleyrice.com/groupsubscription.ashx?source=EscalatedMessage&action=leave&GuestId=f5846149-96a9-4d81-aab7-72ba8b7ca876


Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above.  If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication