# EXHIBIT 20

# Morgan Lewis

**Rebecca J. Hillyer**
Partner
+1.215.963.5160
rebecca.hillyer@morganlewis.com

February 22 2019

**VIA E-MAIL**

Peter H. Weinberger
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
pweinberger@spanglaw.com

Evan M. Janush
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
evan.janush@lanierlawfirm.com

RE:  *In re National Prescription Opiate Litigation*, MDL No. 2804: Discovery Ruling No. 15
      Regarding IQVIA Discovery

Dear Peter and Evan:

On behalf of Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Actavis LLC; Actavis Pharma, Inc.
f/k/a Watson Pharma, Inc.; and Watson Laboratories, Inc. (collectively, the "Teva Defendants"),
we write this letter pursuant to Special Master Cohen's Discovery Ruling No. 15 regarding IQVIA
discovery.[1]

---

[1]     Pursuant to Special Master Cohen's Discovery Ruling No. 15, "IQVIA" includes all related
        legacy entities, such as Dendrite, Cegedim, Cegedim Dendrite, and BuzzeoPDMA.

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921          **T** +1.215.963.5000
United States                          **F** +1.215.963.5001

February 22, 2019
Page 2

Since November 2018, the Teva Defendants' and IQVIA's counsel have worked closely to identify, collect, review, and produce a wide assortment of SOMS-related materials sought by Plaintiffs in a reasonable, cost-effective manner.  To date, the Teva Defendants and IQVIA, both separately and together, have exerted tremendous efforts to satisfy Plaintiffs' frequent, continual, and burdensome demands regarding SOMS-related discovery.  In fact, the PEC has already confirmed the Teva Defendants' compliance with producing requested information related to their SOMS programs several times.  *See, e.g.*, Linda Singer's January 7, 2019 email which contained the subject line: "Renewed agenda item re. manufacturers' SOMs and chargeback information."  The Teva Defendants' production of SOMS-related documents within their possession, custody, or control is substantially complete, and the Teva Defendants will continue to produce responsive non-privileged documents identified in IQVIA's possession, custody, or control.

### Status of the Teva Defendants' Facilitation of Discovery of Information from IQVIA – Contracts and/or Scope of Work Documents

On December 7, 2018, after undertaking significant burden and expense, IQVIA informed the Teva Defendants that IQVIA was able to provide the Teva Defendants with contracts and/or scope of work documents.  In turn, on December 14, 2018, the Teva Defendants requested production from IQVIA of these materials.  *See* Exhibit A.

On January 7, 2019, IQVIA's counsel provided the Teva Defendants with a set of readily accessible agreements between the Teva Defendants and only BuzzeoPDMA.  *See* Exhibit B.

On January 9, 2019, the Teva Defendants renewed their request for production from IQVIA of contracts and/or scope of work documents for all IQVIA entities.  *See* Exhibit B.

On January 10, 2019, IQVIA's counsel provided the Teva Defendants with an initial set of readily accessible agreements between the Teva Defendants and IQVIA.  *See* Exhibit C.

On January 16, 2019, after IQVIA's counsel located additional contracts through extensive search and collection efforts, they provided the Teva Defendants with another set of readily accessible agreements between the Teva Defendants and IQVIA.  *See* Exhibits D, E.

On January 26, 2019, IQVIA's counsel provided the Teva Defendants with another set of readily accessible agreements between the Teva Defendants and IQVIA.  *See* Exhibit F.

On February 8, 2019, the Teva Defendants produced to Plaintiffs the contracts and scope of work documents received from IQVIA and that the Teva Defendants identified being within their possession, custody, or control at TEVA_MDL_A_13647097 – TEVA_MDL_A_13647828.  *See* Exhibit G.

### Status of the Teva Defendants' Facilitation of Discovery of Information from IQVIA – SOMS Data and Reports

On February 7, 2019, the Teva Defendants requested production from IQVIA of any SOMS-related reports or work product that IQVIA previously had provided to the Teva Defendants.  *See* Exhibit H.

On February 8, 2019, the Teva Defendants' and IQVIA's counsel held a telephonic conference during which IQVIA's counsel stated they were working on collecting these materials.  Then on February 15, 2019, IQVIA's counsel advised that they anticipated providing these materials that were readily accessible on February 22, 2019.  *See* Exhibit I.

February 22, 2019
Page 3

As of the date of this letter, the Teva Defendants have not yet received these materials from IQVIA. To the extent the Teva Defendants receive additional responsive non-privileged documents from IQVIA, those documents will be produced.

**Status of the Teva Defendants' Facilitation of Discovery of Information from IQVIA – Communications Between IQVIA and the Teva Defendants Concerning SOMS**

On February 7, 2019, the Teva Defendants requested production from IQVIA of any communications concerning SOMS audits, SOMS design, and Suspicious Order Monitoring between IQVIA and the Teva Defendants ("SOMS Communications").  *See* Exhibit H.

On February 8, 2019, the Teva Defendants' and IQVIA's counsel held a telephonic conference during which IQVIA's counsel stated that the Teva Defendants' SOMS Communications request, similar to Plaintiffs' analog Rule 45 Subpoena request, was overly broad, not proportional to the needs of the case, and would impose undue burden and expense on IQVIA.  *See* Exhibit I.

As of the date of this letter, the Teva Defendants have not yet received from IQVIA any SOMS Communications.

**Status of the Teva Defendants' Production of IQVIA-Related Information Directly – Contracts and/or Scope of Work Documents**

The Teva Defendants have produced all contracts and/or scope of work documents related to SOMS consulting services from IQVIA, that was provided by IQVIA's counsel and that the Teva Defendants identified being within their possession, custody, or control at TEVA_MDL_A_13647097 – TEVA_MDL_A_13647828.  *See* Exhibit G.

**Status of the Teva Defendants' Production of IQVIA-Related Information Directly – SOMS Data and Reports**

After a reasonable investigation and examination of contracts, scope of work documents, and reports provided by IQVIA, the Teva Defendants are unaware of any SOMS-related data provided by IQVIA.  The Teva Defendants have, however, collected and produced the following SOMS-related reports from IQVIA within the Teva Defendants' possession, custody, or control:

- The September 25, 2012 Cegedim report that begins with bates number TEVA_MDL_A_01060005;
- The July 14, 2013 BuzzeoPDMA report that begins with bates number TEVA_MDL_A_01464264; and
- The August 6, 2013 BuzzeoPDMA report that begins with bates number TEVA_MDL_A_01464245.

**Status of the Teva Defendants' Production of IQVIA-Related Information Directly – Communications Between IQVIA and the Teva Defendants Concerning SOMS**

Through reasonable efforts proportional to the needs of the matter, the Teva Defendants have produced the communications in their possession, custody, or control concerning SOMS.

The Teva Defendants have indicated on their weekly production chart, status reports, and production cover letters – as well as in numerous correspondence with Plaintiffs – that responsive documents concerning the Teva Defendants' SOMS program were produced.  For example, as

February 22, 2019
Page 4

explained in Richard Shephard's email dated December 6, 2018, the Teva Defendants' ninth production (TEVA_MDL_A_01037081 – TEVA_MDL_A_01061119) contained over 10,000 documents which "included documents relating to suspicious order monitoring program, including certain files from Teva's DEA compliance folder, as well as hard copy documents." *See* Teva Production 9 (August 1, 2018) entry in Teva's Weekly Status Report.  The Teva Defendants also have produced a wealth of custodial documents from agreed custodians from the DEA Compliance department, which oversees Teva's SOMS program.

In addition, the Teva Defendants' counsel combed through their production to identify specific communications between IQVIA and the Teva Defendants concerning SOMS.  Exhibit J contains a list of the identified communications.  This list was created through the Teva Defendants' reasonable efforts and does not purport to be an exhaustive list of all communications between IQVIA and the Teva Defendants concerning SOMS.  The Teva Defendants reserve the right to modify this list if additional information is discovered but disclaim any continuing obligation to supplement it.

## Status of the Teva Defendants' Production of IQVIA-Related Information Directly – Privilege Assertions

The Teva Defendants are not withholding SOMS-related documents or information based on any blanket assertion of privilege.  The Teva Defendants have withheld documents or information related to SOMS only if such documents contain legal advice, requests for legal advice, provide information to counsel or compile information for counsel for the purposes of providing legal advice, or attorney work product.  Subject to these privilege objections, the Teva Defendants have produced all the documents and information identified to-date responsive to Plaintiffs' SOMS discovery requests.

Please let us know if further assistance is needed.

Sincerely,


*/s/ Rebecca J. Hillyer*

Rebecca J. Hillyer

c:      *via e-mail*
        mdl2804discovery@motleyrice.com
        xALLDEFENDANTS-MDL2804-Service@arnoldporter.com

# EXHIBIT A

**Shephard, Jr., Richard G.**

| | |
|---|---|
| **From:** | Jacobs, Evan K. |
| **Sent:** | Friday, December 14, 2018 9:16 AM |
| **To:** | Oot, Patrick L. (SHB) |
| **Cc:** | Shephard, Jr., Richard G.; Hillyer, Rebecca J. |
| **Subject:** | RE: IQVIA's clients affected by the In re National Prescription Opiate Litigation, MDL No. 2804 |

Patrick,

Thank you for your December 7, 2018 letter.  On behalf of our clients Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis LLC, Actavis Pharma, Inc., and Watson Laboratories, Inc., we would like to request the readily accessible contracts that IQVIA has been able to identify.  You can send the secure file download to my colleague Richard Shephard (copied here) and me.

Per your letter, if we produce these contracts in the MDL we will designate them as "Highly Confidential – Subject to Protective Order" and will otherwise treat the contracts as *Attorneys' Eyes Only.*

Please let me know if you need any additional information to provide IQVIA's readily accessible contracts.  Thank you for your assistance in this matter.

Evan Jacobs

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Sent:** Friday, December 07, 2018 11:08 PM
**To:** 'Rice, Dale' <drice@cov.com>; tmtabacchi@jonesday.com; Joshua.Davis@arnoldporter.com; Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Wilson, Brittany (SHB) <BWilson@shb.com>
**Cc:** smiller@zuckerman.com; 'Andrew.O'Connor@ropesgray.com' <Andrew.O'Connor@ropesgray.com>; 'arollins@reedsmith.com' <arollins@reedsmith.com>; 'brandan.montminy@lockelord.com' <brandan.montminy@lockelord.com>; 'bcole@bakerdonelson.com' <bcole@bakerdonelson.com>; 'cgp@pelini-law.com' <cgp@pelini-law.com>; 'pbricard@pelini-law.com' <pbricard@pelini-law.com>; Carmeli, Daniel <daniel.carmeli@morganlewis.com>; 'dean.barnhard@btlaw.com' <dean.barnhard@btlaw.com>; sbaglin@omm.com; 'elewis@ccealaw.com' <elewis@ccealaw.com>; 'jpiltch@foley.com' <jpiltch@foley.com>; 'jennifer.levy@kirkland.com' <jennifer.levy@kirkland.com>; catie.ventura@kirkland.com; Joe.Franco@hklaw.com; 'jonathan.stern@arnoldporter.com' <jonathan.stern@arnoldporter.com>; kaspar.stoffelmayr@bartlit-beck.com; 'lmiller@jacksonkelly.com' <lmiller@jacksonkelly.com>; 'mrodgers@cov.com' <mrodgers@cov.com>; Paul.Lafata@dechert.com; 'sda@ramlaw.com' <sda@ramlaw.com>; 'TJohnson@cavitch.com' <TJohnson@cavitch.com>; 'tchapman@bakerlaw.com' <tchapman@bakerlaw.com>; 'nwadhwani@wc.com' <nwadhwani@wc.com>; Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Subject:** IQVIA's clients affected by the In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Good evening everyone.

1

Many of you have reached out to us seeking information from IQVIA.   In response, we have worked with our client to prepare the attached.

I asked Dale, Tina and Josh to act as liaison counsel for IQVIA with their respective defense counsel groups to streamline the conversation and distribute this as needed.  We are very appreciative for that.

Please review – it should answer many questions.

Have a nice weekend.

Best,

Patrick

**Patrick L. Oot**
*Partner & Co-Chair, Data and Discovery Strategies*
Shook, Hardy & Bacon L.L.P.
o:  202.639.5645 | oot@shb.com



# EXHIBIT B

## Shephard, Jr., Richard G.

| | |
|---|---|
| **From:** | Jacobs, Evan K. |
| **Sent:** | Wednesday, January 09, 2019 10:12 PM |
| **To:** | Shoshtari, Adam M. (SHB); Oot, Patrick L. (SHB) |
| **Cc:** | Feinstein, Wendy West; Hillyer, Rebecca J.; Shephard, Jr., Richard G.; Hammoud, Adam |
| **Subject:** | RE: In re National Prescription Opiate Litigation, MDL No. 2804 |

Adam,

Thanks for these documents.  On our initial review, it looks like these contracts all relate to work with Buzzeo.  Can IQVIA also provide the Teva Defendants (Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc. and Actavis LLC) with its reasonable accessible contracts/engagement agreements outside of just Buzzeo (e.g., contracts with IQVIA/IMS).

This was the request we made on December 14 in response to Patrick's December 7 letter offering to provide these contracts.

Thank you very much for your assistance.

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Monday, January 07, 2019 5:33 PM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Evan—

As previously requested, you will be receiving a secure link and password in order to download the readily accessible agreements. These will come in **two separate e-mails**, and should be distributed shortly. We are doing another follow-up with the client later this week, but this is what we have located after a reasonable search. I will be in touch as to whether you should be expecting anything further.

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com

1



**From:** Shoshtari, Adam M. (SHB)
**Sent:** Friday, January 4, 2019 3:31 PM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <oot@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Hi Evan—

We are still working with our client on your request, but hope to have information for you early next week.

I will follow-up as soon as possible.

Have a nice weekend!

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Thursday, January 3, 2019 9:16 AM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Thanks, Adam.  Much appreciated.  Just to clarify, in addition to the Buzzeo related agreements we are also interested in
any other agreements/statements of work/engagements that IQVIA has been able to identify based on their reasonable
search (we sent an email on December 14  in response to Patrick's Dec. 7 letter requesting agreements generally) .  We
very much appreciate your assistance.

Happy New Year!

Evan

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921

Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Thursday, January 03, 2019 9:11 AM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Evan—

Happy New Year!

We are working on your request and I will follow-up tomorrow!

In addition, and per our objections, we have directed Plaintiffs to contact Defendants and right now, have not agreed to produce any information directly to Plaintiffs. The goal of our notice was to inform IQVIA clients of the request, identify the engagements that we are aware of after a reasonable search and to help clients respond from their own sources.

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Monday, December 31, 2018 10:46 AM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** FW: In re National Prescription Opiate Litigation, MDL No. 2804

Adam and Patrick,

Happy New Year!  Thanks for the information in the attached letters.  We are continuing to work with our client to identify these agreements, but have not been able to do so yet.  Are you able to send copies of the Agreements/Statement of Work that are referenced in your letters? In addition, to the extent you may be producing work product from these engagements, could you please send us copies of what you plan to produce?

Happy to discuss if you have any questions.  Thanks for all of your assistance,

Evan

3

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Wednesday, December 19, 2018 8:35 PM
**To:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>
**Cc:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Subject:** In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Wendy—

See attached on behalf of IQVIA, Inc.

Happy Holidays!

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



Mail Gate made the following annotations on Wed Dec 19 2018 19:35:11

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

Mail Gate made the following annotations on Thu Jan 03 2019 08:10:54

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person

or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Mon Jan 07 2019 16:32:31

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# EXHIBIT C

| **From:** | GoA Services Admin EDS LV <gaslv@epiqsystems.com> |
|---|---|
| **Sent:** | Thursday, January 10, 2019 3:26 PM |
| **To:** | Jacobs, Evan K. |
| **Subject:** | IQVIA: Contracts\Teva |

[EXTERNAL EMAIL]

# Secure Delivery

The following file(s) have been sent to you from jpalomo@epiqglobal.com. To download, please click on the following link.

[Click here to download the file(s) listed below](#)

Teva 001.rar    16.19 MB

If the link above does not open, please copy and paste the following URL into your browser:
https://transfer.epiqsystems.com/pkg?token=afac39ba-6771-4462-ade7-b872dbcc9a81

This email is confidential and is intended solely for the use of the named addresses.
This notification has been sent to you by **GoAnywhere Services**.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

# EXHIBIT D

| **From:** | GoA Services Admin EDS LV <gaslv@epiqsystems.com> |
| **Sent:** | Wednesday, January 16, 2019 5:18 PM |
| **To:** | Jacobs, Evan K. |
| **Subject:** | IQVIA - ATC |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

[EXTERNAL EMAIL]

# Secure Delivery

The following file(s) have been sent to you from jpalomo@epiqglobal.com. To download, please click on the following link.

Click here to download the file(s) listed below

ATC 002.zip     13.22 MB

If the link above does not open, please copy and paste the following URL into your browser:
https://transfer.epiqsystems.com/pkg?token=82b73d2e-2c74-4d6e-8043-e01e7f1dff71

This email is confidential and is intended solely for the use of the named addresses.
This notification has been sent to you by GoAnywhere Services.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

# EXHIBIT E

**Shephard, Jr., Richard G.**

| | |
|---|---|
| **From:** | Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com> |
| **Sent:** | Tuesday, January 15, 2019 7:31 AM |
| **To:** | Jacobs, Evan K.; Oot, Patrick L. (SHB) |
| **Cc:** | Feinstein, Wendy West; Hillyer, Rebecca J.; Shephard, Jr., Richard G.; Hammoud, Adam |
| **Subject:** | RE: In re National Prescription Opiate Litigation, MDL No. 2804 |

[EXTERNAL EMAIL]
Hi Evan—

I hope all is well!

IQVIA has located additional Buzzeo and Cegedim Dendrite agreements. We are in the process of redacting pricing information (as per standard practice) and should have these available for you to download (via a secure link) tomorrow.

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



**From:** Shoshtari, Adam M. (SHB)
**Sent:** Wednesday, January 9, 2019 10:42 PM
**To:** 'Jacobs, Evan K.' <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <oot@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Hi Evan—

These will be shared with you (via Epiq) tomorrow.

Have a nice evening!

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Wednesday, January 9, 2019 10:12 PM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Adam,

Thanks for these documents.  On our initial review, it looks like these contracts all relate to work with Buzzeo.  Can IQVIA also provide the Teva Defendants (Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc. and Actavis LLC) with its reasonable accessible contracts/engagement agreements outside of just Buzzeo (e.g., contracts with IQVIA/IMS).

This was the request we made on December 14 in response to Patrick's December 7 letter offering to provide these contracts.

Thank you very much for your assistance.

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Monday, January 07, 2019 5:33 PM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Evan—

As previously requested, you will be receiving a secure link and password in order to download the readily accessible agreements. These will come in **two separate e-mails**, and should be distributed shortly. We are doing another follow-up with the client later this week, but this is what we have located after a reasonable search. I will be in touch as to whether you should be expecting anything further.

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Shoshtari, Adam M. (SHB)
**Sent:** Friday, January 4, 2019 3:31 PM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <oot@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Hi Evan—

We are still working with our client on your request, but hope to have information for you early next week.

I will follow-up as soon as possible.

Have a nice weekend!

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Thursday, January 3, 2019 9:16 AM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Thanks, Adam.  Much appreciated.  Just to clarify, in addition to the Buzzeo related agreements we are also interested in any other agreements/statements of work/engagements that IQVIA has been able to identify based on their reasonable search (we sent an email on December 14  in response to Patrick's Dec. 7 letter requesting agreements generally) .  We very much appreciate your assistance.

Happy New Year!

Evan

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**

1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Thursday, January 03, 2019 9:11 AM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Evan—

Happy New Year!

We are working on your request and I will follow-up tomorrow!

In addition, and per our objections, we have directed Plaintiffs to contact Defendants and right now, have not agreed to
produce any information directly to Plaintiffs. The goal of our notice was to inform IQVIA clients of the request, identify
the engagements that we are aware of after a reasonable search and to help clients respond from their own sources.

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Monday, December 31, 2018 10:46 AM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** FW: In re National Prescription Opiate Litigation, MDL No. 2804

Adam and Patrick,

Happy New Year!  Thanks for the information in the attached letters.  We are continuing to work with our client to
identify these agreements, but have not been able to do so yet.  Are you able to send copies of the
Agreements/Statement of Work that are referenced in your letters? In addition, to the extent you may be producing
work product from these engagements, could you please send us copies of what you plan to produce?

Happy to discuss if you have any questions.  Thanks for all of your assistance,

Evan

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Wednesday, December 19, 2018 8:35 PM
**To:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>
**Cc:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Subject:** In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Wendy—

See attached on behalf of IQVIA, Inc.

Happy Holidays!

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



Mail Gate made the following annotations on Wed Dec 19 2018 19:35:11

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Mail Gate made the following annotations on Thu Jan 03 2019 08:10:54

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Mon Jan 07 2019 16:32:31

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Tue Jan 15 2019 06:31:21

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# EXHIBIT F

| **From:** | GoA Services Admin EDS LV <gaslv@epiqsystems.com> |
| **Sent:** | Saturday, January 26, 2019 2:09 PM |
| **To:** | Jacobs, Evan K. |
| **Subject:** | IQVIA - ATC |

[EXTERNAL EMAIL]

# Secure Delivery

The following file(s) have been sent to you from jpalomo@epiqglobal.com. To download, please click on the following link.

[Click here to download the file(s) listed below](#)

ATC 003.zip      1.27 MB

If the link above does not open, please copy and paste the following URL into your browser:
https://transfer.epiqsystems.com/pkg?token=4e4ad061-573d-4cb0-878a-07bab7007d9c

This email is confidential and is intended solely for the use of the named addresses.
This notification has been sent to you by **GoAnywhere Services**.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

# EXHIBIT G

# Morgan Lewis

**Rebecca J. Hillyer**
Partner
+1.215.963.5160
rebecca.hillyer@morganlewis.com

February 8, 2019

**VIA E-MAIL**

Peter H. Weinberger, Esq.
Spangenberg Shibley & Liber
1001 Lakeside Avenue East
Suite 1700
Cleveland, OH 44114

RE:     In Re National Prescription Opiate Litigation
        Case No. 1:17-MD-2804
        Sixtieth Production (TEVA_MDL_A_PROD060)

Dear Peter:

On behalf of Cephalon, Inc. and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") and Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. (collectively, the "Acquired Actavis Entities"), we have produced via secure file transfer to Ricoh a production of 77 documents Bates labeled TEVA_MDL_A_13647097 – TEVA_MDL_A_13647828.  These documents are being produced in response to Case Management Order One (Docket No. 232), entered by the Court on April 11, 2018.  This production consists of contracts and statements of work related to services provided by IQVIA and its related entities.

The production is encrypted and the password to access it is: eAGJ8xU-73t2bp$3.

Teva and the Acquired Actavis Entities are producing the enclosed documents and information with the understanding that you will afford the protections provided by the Case Management Order Two: Protective Order (Docket No. 441), entered by the Court on May 15, 2018.

To that end, Teva and the Acquired Actavis Entities hereby designate materials in this production – which contain proprietary, trade secret, and confidential business and commercial information – as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

Please do not hesitate to contact me at the number above if you have any questions.

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921
United States
☎ +1.215.963.5000
🖷 +1.215.963.5001

February 8, 2019
Page 2


Very Truly Yours,

**/s/ Rebecca J. Hillyer**
Rebecca J. Hillyer

c:        *via e-mail*
          Steven Reed, Esq.
          Wendy West Feinstein, Esq.
          All liaison counsel

# EXHIBIT H

**Shephard, Jr., Richard G.**

| | |
|---|---|
| **From:** | Shephard, Jr., Richard G. |
| **Sent:** | Thursday, February 07, 2019 5:09 PM |
| **To:** | Shoshtari, Adam M. (SHB); Oot, Patrick L. (SHB) |
| **Cc:** | Feinstein, Wendy West; Hillyer, Rebecca J.; Hammoud, Adam; Jacobs, Evan K. |
| **Subject:** | RE: In re National Prescription Opiate Litigation, MDL No. 2804 |

Patrick and Adam,

I hope this note finds you well.  As you know, we represent Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; and Watson Laboratories, Inc. (collectively, the "Teva Defendants") in the Opiate MDL.

Our apologies in advance, but as you are likely aware, Plaintiffs in the MDL have requested that we request from IQVIA any reports, work product, and communications with any of the Teva Defendants related to any SOM-related services provided to any of the Teva Defendants by Cegedim, Dendrite, Cegedim Dendrite, BuzzeoPDMA (collectively, the "Buzzeo-related entities") and/or IQVIA.  Thus, can IQVIA please provide us:

1) Any reports or work product related to SOM consulting services provided to the Teva Defendants by any of the Buzzeo-related entities and/or IQVIA; and
2) All existing communications concerning SOM system audits, SOM design, and Suspicious Order Monitoring, between any of the Buzzeo-related entities and/or IQVIA and any of the Teva Defendants.

Also, we wanted to inform you that the Teva Defendants do not object to IQVIA producing any responsive information that is subject to Plaintiffs' subpoena.

We understand that this is not a simple request to fulfil.  We very much appreciate your assistance.

Best,
Rich

**Richard G. Shephard, Jr.**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4899 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
richard.shephard@morganlewis.com | www.morganlewis.com
Assistant: Barbara J. Yuknick | +1.215.963.5410 | barbara.yuknick@morganlewis.com

**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Tuesday, January 15, 2019 8:46 AM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Thanks, Adam.  I appreciate the update.

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Tuesday, January 15, 2019 7:31 AM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Evan—

I hope all is well!

IQVIA has located additional Buzzeo and Cegedim Dendrite agreements. We are in the process of redacting pricing information (as per standard practice) and should have these available for you to download (via a secure link) tomorrow.

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Shoshtari, Adam M. (SHB)
**Sent:** Wednesday, January 9, 2019 10:42 PM
**To:** 'Jacobs, Evan K.' <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <oot@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Hi Evan—

These will be shared with you (via Epiq) tomorrow.

Have a nice evening!

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Wednesday, January 9, 2019 10:12 PM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Adam,

Thanks for these documents.  On our initial review, it looks like these contracts all relate to work with Buzzeo.  Can IQVIA
also provide the Teva Defendants (Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Watson
Laboratories, Inc. and Actavis LLC) with its reasonable accessible contracts/engagement agreements outside of just
Buzzeo (e.g., contracts with IQVIA/IMS).

This was the request we made on December 14 in response to Patrick's December 7 letter offering to provide these
contracts.

Thank you very much for your assistance.

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Monday, January 07, 2019 5:33 PM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Evan—

As previously requested, you will be receiving a secure link and password in order to download the readily accessible
agreements. These will come in **two separate e-mails**, and should be distributed shortly. We are doing another follow-
up with the client later this week, but this is what we have located after a reasonable search. I will be in touch as to
whether you should be expecting anything further.

Best,

**Adam M. Shoshtari**
*Staff Attorney*

Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Shoshtari, Adam M. (SHB)
**Sent:** Friday, January 4, 2019 3:31 PM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <oot@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Hi Evan—

We are still working with our client on your request, but hope to have information for you early next week.

I will follow-up as soon as possible.

Have a nice weekend!

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Thursday, January 3, 2019 9:16 AM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J.
<rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud,
Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

Thanks, Adam.  Much appreciated.  Just to clarify, in addition to the Buzzeo related agreements we are also interested in
any other agreements/statements of work/engagements that IQVIA has been able to identify based on their reasonable
search (we sent an email on December 14  in response to Patrick's Dec. 7 letter requesting agreements generally) .  We
very much appreciate your assistance.

Happy New Year!

Evan

Evan K. Jacobs
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Thursday, January 03, 2019 9:11 AM
**To:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** RE: In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Evan—

Happy New Year!

We are working on your request and I will follow-up tomorrow!

In addition, and per our objections, we have directed Plaintiffs to contact Defendants and right now, have not agreed to produce any information directly to Plaintiffs. The goal of our notice was to inform IQVIA clients of the request, identify the engagements that we are aware of after a reasonable search and to help clients respond from their own sources.

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



---

**From:** Jacobs, Evan K. <evan.jacobs@morganlewis.com>
**Sent:** Monday, December 31, 2018 10:46 AM
**To:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>; Oot, Patrick L. (SHB) <OOT@shb.com>
**Cc:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>; Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Hammoud, Adam <adam.hammoud@morganlewis.com>
**Subject:** FW: In re National Prescription Opiate Litigation, MDL No. 2804

Adam and Patrick,

Happy New Year! Thanks for the information in the attached letters. We are continuing to work with our client to identify these agreements, but have not been able to do so yet. Are you able to send copies of the Agreements/Statement of Work that are referenced in your letters? In addition, to the extent you may be producing work product from these engagements, could you please send us copies of what you plan to produce?

Happy to discuss if you have any questions. Thanks for all of your assistance,

Evan

**Evan K. Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5329 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
evan.jacobs@morganlewis.com | www.morganlewis.com
Assistant: Elizabeth M. Parker | +1.215.963.4820 | elizabeth.parker@morganlewis.com

---

**From:** Shoshtari, Adam M. (SHB) <ASHOSHTARI@shb.com>
**Sent:** Wednesday, December 19, 2018 8:35 PM
**To:** Feinstein, Wendy West <wendy.feinstein@morganlewis.com>
**Cc:** Oot, Patrick L. (SHB) <OOT@shb.com>
**Subject:** In re National Prescription Opiate Litigation, MDL No. 2804

[EXTERNAL EMAIL]
Hi Wendy—

See attached on behalf of IQVIA, Inc.

Happy Holidays!

Best,

**Adam M. Shoshtari**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4872 | ashoshtari@shb.com



Mail Gate made the following annotations on Wed Dec 19 2018 19:35:11

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Mail Gate made the following annotations on Thu Jan 03 2019 08:10:54

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Mon Jan 07 2019 16:32:31

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Tue Jan 15 2019 06:31:21

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# EXHIBIT I



February 15, 2019

Patrick L. Oot

VIA ELECTRONIC MAIL

Wendy Feinstein
Partner
Morgan Lewis
One Oxford Centre, 32nd Fl.
Pittsburgh, PA 15219
T: 412-560-7455
E: wendy.feinstein@morganlewis.com

1155 F Street, N. W., Suite 200
Washington, D.C. 20004
**t** 202.783.8400
**dd** 202.639.5645
**f** 202.783.4211
oot@shb.com

Re:   IQVIA's clients affected by the *In re National Prescription Opiate Litigation*, MDL No. 2804 in the Northern District of Ohio

Dear Wendy:

We write you to confirm that on behalf of IQVIA, Shook, Hardy & Bacon, LLP has received requests from certain Defendant manufacturers, distributors, retailers, and others ("Clients") seeking that IQVIA provide Clients with documents regarding their Suspicious Order Monitoring ("SOM") engagement with BuzzeoPDMA, LLC, Cegedim, Dendrite, and Cegedim Dendrite ("Buzzeo-related entities"). We understand that Clients' requests seek documents in response to Plaintiffs' demands in the *In re National Prescription Opiate Litigation, MDL No. 2804* litigation in the Northern District of Ohio.

On September 14, 2018, IQVIA properly objected to Plaintiffs' Rule 45 subpoena but agreed to work with Clients to assist them in fulfilling their discovery obligations if such requests did not present an undue hardship or burden on IQVIA, which is not a party in this litigation. Over the last few months, IQVIA assisted Clients in fulfilling their productions related to sales and prescription data, and it is our understanding that the PEC has conveyed to the Court that Plaintiffs are satisfied with Clients' sales and prescription data productions. Now, all that is left are the SOM-related requests. This letter addresses those requests.

Since August 2018, Shook has worked diligently with IQVIA to identify Defendants' SOM-related engagements.  In that regard, efforts to locate SOM-related engagements have been a significant burden as no single employee, data source or location exists that contains SOM-related engagement materials. The search for SOM-related information for multiple Clients has required, among other things, hundreds of hours of IQVIA employee and outside counsel time that has included, but is not limited to, disruptive employee interviews, document collection, and significant manual line-by-line,



page-by-page analysis for necessary redactions in order to protect IQVIA's confidential commercial information. As Clients have reviewed their own repositories and found gaps or deficiencies, Clients have requested IQVIA to fill those gaps, and IQVIA diligently has endeavoured to do so, to the extent the documents are readily accessible and still exist.

February 15, 2019
Page 2

In our January 29, 2019 letter to the PEC, we summarized the results of IQVIA's efforts. IQVIA continues to provide Clients with information, upon request, to the extent that it still exists, on a first-in-first-out basis:

- On January 7, 2019, IQVIA began providing Clients with readily accessible agreements and statements of work ("SOWs") with Buzzeo-related entities via a secure download link and password.

- On February 11, 2019, IQVIA began providing Clients with readily-accessible deliverables with Buzzeo-related entities via a secure download link and password.

- By February 22, 2019, barring any unforeseen circumstances, IQVIA will provide Clients with the final set of readily-accessible deliverables with Buzzeo-related entities via a secure download link and password.

Recently, in addition to requests for contracts, SOWs and deliverables, IQVIA has received requests for *all* existing communications between Buzzeo-related entities and Defendants. On September 14, 2018, in IQVIA's Responses and Objections to Plaintiffs' Rule 45 Subpoena, IQVIA objected to this request, as it is overly broad, not proportional to the needs of the case, and seeks to impose undue burden and expense on a non-party for what is likely duplicative information. Instead, we agreed to cooperate with Clients on a cohesive and targeted approach to identify information within the scope of discovery and provide Clients with what is proportional to the needs of a case from a non-party. IQVIA's cohesive and targeted approach included contracts, SOWs, and deliverables and asked Clients to tell IQVIA what they believe might be missing.

As we have previously conveyed, parties must search their own document repositories, including e-mail sources before burdening a non-party. *See* Fed. R. Civ. P. 45(d)(1); *see also Waite, Schneider, Bayless & Chesley Co. v. Davis*, No.1:11-cv-0851, 2013 WL 146362, at *4-5 (D.D. Ohio Jan. 14, 2013); *In re CareSource Mgmt. Grp. Co.*, 289 F.R.D. 251, 253-54 (S.D. Ohio Jan. 3 2013) (quashing non-party subpoena because "[Plaintiff] must first establish that it cannot obtain the discoverable information from its party-opponent before subpoenaing those documents from a non-party"); *Musarra v. Digital Dash, Inc.*, No. 2:05-cv545, 2008 WL 4758699, at *3-4 (S.D. Ohio Oct. 30, 2008) (refusing to require non-party to produce documents when they were available from a party to the litigation); *Recycled Paper Greetings v. Davis*, No. 1:08—



mc—13, 2008 WL 440458, at *4-5 (N.D. Ohio Feb. 13, 2008) (granting a motion to quash subpoena, in part, because "the vast majority of the relevant documents" could have or had been produced by a party to the litigation).

February 15, 2019
Page 3

Parties in the litigation, not IQVIA, are the best source for this information. *See* Fed. R. Civ. P. 26(B)(2)(C)(i) (the court must limit the frequency or extent of discovery allowed by these rules or by local rule if it determines that "discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive"); *see also* Fed. R. Civ. P. 45(d)(1) ("A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena.").

IQVIA has objected and continues to object to the production of likely duplicative e-mail correspondence.  The unreasonable burden and expense of searching for, collecting, processing, reviewing and producing e-mail messages for multiple SOM Clients will only inflict costs of exponential magnitude on IQVIA, a non-party, when it is far more efficient, less burdensome and proportional for each individual Client to first search its own e-mail repositories. Forcing this undue burden on IQVIA violates the Rules and common sense.

In addition, IQVIA did not participate in the development of the ESI Protocol, negotiate the Protective Order, or negotiate the search terms to be applied in this litigation. *See United States v. Columbia Broad. Sys., Inc.,* 666 F.2d 364, 371 (9th Cir. 1982) (because "[n]onparty witnesses are powerless to control the scope of litigation and discovery, [they] should not be forced to subsidize an unreasonable share of the costs of a litigation to which they are not a party."). To embark upon a duplicative e-mail fishing expedition beyond the cohesive and targeted approach that IQVIA has undertaken would cost hundreds of thousands of dollars, if not millions, and the expenditure of significant internal resources, that a non-party should not be forced to bear.

It is our understanding that the PEC has asked Defendants if they have produced all existing communications in their possession concerning SOM between any of the Buzzeo-related entities and Clients. IQVIA understands that Defendants are in the process of confirming the completeness of their productions to the PEC.  At this time, Defendants have not identified to IQVIA any lost, missing or deficient e-mail productions from Defendants to the PEC and IQVIA does not believe that inflicting duplicative discovery of exponential effort is warranted for a non-party to this litigation. Accordingly, prior to requesting IQVIA to produce all e-mail communications, Defendants should first turn to their own internal resources to identify and produce relevant e-mails. If they have not done so already, Defendants should identify their own custodians, and search criteria to locate SOM-related communications before propounding IQVIA with burdensome discovery.



***

IQVIA has undertaken significant discovery efforts to assist Clients in satisfying their discovery obligations in response to Plaintiffs' requests. IQVIA will continue to do so, as appropriate and consistent with its reasonable objections. We believe the approach taken by IQVIA in producing to Clients any contracts and deliverables, upon request, is consistent with the Special Master's instructions and undoubtedly has been working.

February 15, 2019
Page 4

IQVIA will continue to update our Clients on the status of the efforts described above in the coming days, and I am happy to address any questions or concerns.

Best regards,

Patrick L. Oot
Partner

# EXHIBIT J

**List of Identified Communications Between IQVIA and the Teva Defendants Concerning SOMS by Bates Begin Number**

| |
|---|
| Acquired_Actavis_00191600 |
| Acquired_Actavis_00191601 |
| Acquired_Actavis_00375652 |
| Acquired_Actavis_00377577 |
| Acquired_Actavis_00602333 |
| Acquired_Actavis_00602336 |
| Acquired_Actavis_00602339 |
| Acquired_Actavis_00617815 |
| Acquired_Actavis_00617820 |
| Acquired_Actavis_00737366 |
| Acquired_Actavis_00737367 |
| Acquired_Actavis_00737368 |
| Acquired_Actavis_00783295 |
| Acquired_Actavis_00795992 |
| Acquired_Actavis_00795994 |
| Acquired_Actavis_00807765 |
| Acquired_Actavis_00807766 |
| Acquired_Actavis_00809992 |
| Acquired_Actavis_00809993 |
| Acquired_Actavis_00810370 |
| Acquired_Actavis_00814187 |
| Acquired_Actavis_00814188 |
| Acquired_Actavis_00837504 |
| Acquired_Actavis_00837506 |
| Acquired_Actavis_00837507 |
| Acquired_Actavis_00837508 |
| Acquired_Actavis_00837509 |
| Acquired_Actavis_00837510 |
| Acquired_Actavis_00837511 |
| Acquired_Actavis_01117571 |
| Acquired_Actavis_01117573 |
| Acquired_Actavis_01117590 |
| Acquired_Actavis_01131613 |

| |
|---|
| Acquired_Actavis_01131619 |
| Acquired_Actavis_01131621 |
| Acquired_Actavis_01131630 |
| Acquired_Actavis_01363036 |
| Acquired_Actavis_01370513 |
| Acquired_Actavis_01370519 |
| Acquired_Actavis_01371138 |
| Acquired_Actavis_01383792 |
| Acquired_Actavis_01383794 |
| Acquired_Actavis_01383813 |
| Acquired_Actavis_01509230 |
| Acquired_Actavis_01509254 |
| Acquired_Actavis_01509388 |
| Acquired_Actavis_01509389 |
| Acquired_Actavis_01509391 |
| Acquired_Actavis_01509407 |
| Acquired_Actavis_01509410 |
| Acquired_Actavis_01512007 |
| Acquired_Actavis_01512009 |
| Acquired_Actavis_01512173 |
| Acquired_Actavis_01621003 |
| Acquired_Actavis_01675295 |
| Acquired_Actavis_01805077 |
| Acquired_Actavis_01805078 |
| Acquired_Actavis_02119760 |
| Acquired_Actavis_02235410 |
| Acquired_Actavis_02235421 |
| Acquired_Actavis_02476237 |
| TEVA_MDL_A_01042641 |
| TEVA_MDL_A_01042809 |
| TEVA_MDL_A_01060005 |
| TEVA_MDL_A_01060849 |
| TEVA_MDL_A_01086338 |
| TEVA_MDL_A_01086339 |
| TEVA_MDL_A_01451327 |
| TEVA_MDL_A_01453770 |
| TEVA_MDL_A_01453772 |
| TEVA_MDL_A_01453801 |

| |
|---|
| TEVA_MDL_A_01453824 |
| TEVA_MDL_A_01453842 |
| TEVA_MDL_A_01453946 |
| TEVA_MDL_A_01453947 |
| TEVA_MDL_A_01454021 |
| TEVA_MDL_A_01454022 |
| TEVA_MDL_A_01454031 |
| TEVA_MDL_A_01454033 |
| TEVA_MDL_A_01454675 |
| TEVA_MDL_A_01454676 |
| TEVA_MDL_A_01455047 |
| TEVA_MDL_A_01455048 |
| TEVA_MDL_A_01455122 |
| TEVA_MDL_A_01455124 |
| TEVA_MDL_A_01455126 |
| TEVA_MDL_A_01455127 |
| TEVA_MDL_A_01455129 |
| TEVA_MDL_A_01456483 |
| TEVA_MDL_A_01456484 |
| TEVA_MDL_A_01456486 |
| TEVA_MDL_A_01456975 |
| TEVA_MDL_A_01456992 |
| TEVA_MDL_A_01456993 |
| TEVA_MDL_A_01457010 |
| TEVA_MDL_A_01457011 |
| TEVA_MDL_A_01457015 |
| TEVA_MDL_A_01457297 |
| TEVA_MDL_A_01457298 |
| TEVA_MDL_A_01457733 |
| TEVA_MDL_A_01457735 |
| TEVA_MDL_A_01458087 |
| TEVA_MDL_A_01458385 |
| TEVA_MDL_A_01458570 |
| TEVA_MDL_A_01458571 |
| TEVA_MDL_A_01463487 |
| TEVA_MDL_A_01463532 |
| TEVA_MDL_A_01463546 |
| TEVA_MDL_A_01463547 |

| |
|---|
| TEVA_MDL_A_01463548 |
| TEVA_MDL_A_01463554 |
| TEVA_MDL_A_01463854 |
| TEVA_MDL_A_01463855 |
| TEVA_MDL_A_01463870 |
| TEVA_MDL_A_01464026 |
| TEVA_MDL_A_01464031 |
| TEVA_MDL_A_01464033 |
| TEVA_MDL_A_01464036 |
| TEVA_MDL_A_01464037 |
| TEVA_MDL_A_01464038 |
| TEVA_MDL_A_01464039 |
| TEVA_MDL_A_01464040 |
| TEVA_MDL_A_01464050 |
| TEVA_MDL_A_01464051 |
| TEVA_MDL_A_01464244 |
| TEVA_MDL_A_01464245 |
| TEVA_MDL_A_01464251 |
| TEVA_MDL_A_01464264 |
| TEVA_MDL_A_01465343 |
| TEVA_MDL_A_01465344 |
| TEVA_MDL_A_01465525 |
| TEVA_MDL_A_01469895 |
| TEVA_MDL_A_01469951 |
| TEVA_MDL_A_01471128 |
| TEVA_MDL_A_01867031 |
| TEVA_MDL_A_02064480 |
| TEVA_MDL_A_02288312 |
| TEVA_MDL_A_02288316 |
| TEVA_MDL_A_02288320 |
| TEVA_MDL_A_02330850 |
| TEVA_MDL_A_02330852 |
| TEVA_MDL_A_02331027 |
| TEVA_MDL_A_02331028 |
| TEVA_MDL_A_02331034 |
| TEVA_MDL_A_02331070 |
| TEVA_MDL_A_02331086 |
| TEVA_MDL_A_02331101 |

| |
|---|
| TEVA_MDL_A_02331127 |
| TEVA_MDL_A_02331179 |
| TEVA_MDL_A_02331180 |
| TEVA_MDL_A_02331183 |
| TEVA_MDL_A_02331185 |
| TEVA_MDL_A_02331186 |
| TEVA_MDL_A_02331299 |
| TEVA_MDL_A_02331300 |
| TEVA_MDL_A_02331301 |
| TEVA_MDL_A_02331302 |
| TEVA_MDL_A_02331308 |
| TEVA_MDL_A_02331310 |
| TEVA_MDL_A_02331314 |
| TEVA_MDL_A_02331320 |
| TEVA_MDL_A_02331369 |
| TEVA_MDL_A_02331370 |
| TEVA_MDL_A_02331378 |
| TEVA_MDL_A_02331379 |
| TEVA_MDL_A_02331381 |
| TEVA_MDL_A_02331410 |
| TEVA_MDL_A_02331412 |
| TEVA_MDL_A_02331421 |
| TEVA_MDL_A_02331422 |
| TEVA_MDL_A_02331423 |
| TEVA_MDL_A_02331425 |
| TEVA_MDL_A_02331426 |
| TEVA_MDL_A_02331428 |
| TEVA_MDL_A_02331465 |
| TEVA_MDL_A_02331466 |
| TEVA_MDL_A_02331498 |
| TEVA_MDL_A_02331499 |
| TEVA_MDL_A_02331937 |
| TEVA_MDL_A_02331938 |
| TEVA_MDL_A_02335004 |
| TEVA_MDL_A_02335005 |
| TEVA_MDL_A_02335006 |
| TEVA_MDL_A_02336532 |
| TEVA_MDL_A_02336533 |

| |
|---|
| TEVA_MDL_A_02336702 |
| TEVA_MDL_A_02336703 |
| TEVA_MDL_A_02336741 |
| TEVA_MDL_A_02336745 |
| TEVA_MDL_A_02336746 |
| TEVA_MDL_A_02336748 |
| TEVA_MDL_A_02336750 |
| TEVA_MDL_A_02336766 |
| TEVA_MDL_A_02336770 |
| TEVA_MDL_A_02336771 |
| TEVA_MDL_A_02336773 |
| TEVA_MDL_A_02336775 |
| TEVA_MDL_A_02336787 |
| TEVA_MDL_A_02336788 |
| TEVA_MDL_A_02336789 |
| TEVA_MDL_A_02336790 |
| TEVA_MDL_A_02336796 |
| TEVA_MDL_A_02336798 |
| TEVA_MDL_A_02336802 |
| TEVA_MDL_A_02336808 |
| TEVA_MDL_A_02336823 |
| TEVA_MDL_A_02336824 |
| TEVA_MDL_A_02336846 |
| TEVA_MDL_A_02336847 |
| TEVA_MDL_A_02336924 |
| TEVA_MDL_A_02336925 |
| TEVA_MDL_A_02336954 |
| TEVA_MDL_A_02336955 |
| TEVA_MDL_A_02336968 |
| TEVA_MDL_A_02336969 |
| TEVA_MDL_A_02336973 |
| TEVA_MDL_A_02336974 |
| TEVA_MDL_A_02337011 |
| TEVA_MDL_A_02337012 |
| TEVA_MDL_A_02337225 |
| TEVA_MDL_A_02337226 |
| TEVA_MDL_A_02337230 |
| TEVA_MDL_A_02337243 |

| |
|---|
| TEVA_MDL_A_02338143 |
| TEVA_MDL_A_02338239 |
| TEVA_MDL_A_02476047 |
| TEVA_MDL_A_02536844 |
| TEVA_MDL_A_02540172 |
| TEVA_MDL_A_02540173 |
| TEVA_MDL_A_02540202 |
| TEVA_MDL_A_02540221 |
| TEVA_MDL_A_02540244 |
| TEVA_MDL_A_02540278 |
| TEVA_MDL_A_02540279 |
| TEVA_MDL_A_02543428 |
| TEVA_MDL_A_02543429 |
| TEVA_MDL_A_02543430 |
| TEVA_MDL_A_02543431 |
| TEVA_MDL_A_02543432 |
| TEVA_MDL_A_02543433 |
| TEVA_MDL_A_02543434 |
| TEVA_MDL_A_02543435 |
| TEVA_MDL_A_02543436 |
| TEVA_MDL_A_02543437 |
| TEVA_MDL_A_02543438 |
| TEVA_MDL_A_02543447 |
| TEVA_MDL_A_02543457 |
| TEVA_MDL_A_02543469 |
| TEVA_MDL_A_02543480 |
| TEVA_MDL_A_02543481 |
| TEVA_MDL_A_02543482 |
| TEVA_MDL_A_02543483 |
| TEVA_MDL_A_02543492 |
| TEVA_MDL_A_02543502 |
| TEVA_MDL_A_02543514 |
| TEVA_MDL_A_02543525 |
| TEVA_MDL_A_02543526 |
| TEVA_MDL_A_02543814 |
| TEVA_MDL_A_02543815 |
| TEVA_MDL_A_02546025 |
| TEVA_MDL_A_02546026 |

| |
|---|
| TEVA_MDL_A_02943890 |
| TEVA_MDL_A_03072214 |
| TEVA_MDL_A_03072259 |
| TEVA_MDL_A_03158257 |
| TEVA_MDL_A_03158258 |
| TEVA_MDL_A_03158426 |
| TEVA_MDL_A_03158428 |
| TEVA_MDL_A_03158434 |
| TEVA_MDL_A_03158440 |
| TEVA_MDL_A_03158441 |
| TEVA_MDL_A_03158442 |
| TEVA_MDL_A_03158443 |
| TEVA_MDL_A_03158444 |
| TEVA_MDL_A_03158450 |
| TEVA_MDL_A_03158460 |
| TEVA_MDL_A_03158462 |
| TEVA_MDL_A_03159516 |
| TEVA_MDL_A_03159517 |
| TEVA_MDL_A_03159518 |
| TEVA_MDL_A_03159519 |
| TEVA_MDL_A_03159526 |
| TEVA_MDL_A_03159527 |
| TEVA_MDL_A_03478588 |
| TEVA_MDL_A_03478589 |
| TEVA_MDL_A_03478590 |
| TEVA_MDL_A_03478598 |
| TEVA_MDL_A_03478599 |
| TEVA_MDL_A_03478607 |
| TEVA_MDL_A_03478615 |
| TEVA_MDL_A_03478616 |
| TEVA_MDL_A_03478617 |
| TEVA_MDL_A_03952284 |
| TEVA_MDL_A_03952285 |
| TEVA_MDL_A_06442206 |
| TEVA_MDL_A_06442207 |
| TEVA_MDL_A_06618218 |
| TEVA_MDL_A_06618219 |
| TEVA_MDL_A_06618645 |

| |
|---|
| TEVA_MDL_A_06618646 |
| TEVA_MDL_A_06618647 |
| TEVA_MDL_A_06618651 |
| TEVA_MDL_A_06618655 |
| TEVA_MDL_A_06618657 |
| TEVA_MDL_A_06618660 |
| TEVA_MDL_A_06645700 |
| TEVA_MDL_A_06645702 |
| TEVA_MDL_A_06645718 |
| TEVA_MDL_A_06645725 |
| TEVA_MDL_A_06645726 |
| TEVA_MDL_A_08465911 |
| TEVA_MDL_A_08935897 |
| TEVA_MDL_A_09563040 |
| TEVA_MDL_A_09563042 |
| TEVA_MDL_A_09563044 |
| TEVA_MDL_A_09563045 |
| TEVA_MDL_A_09563147 |
| TEVA_MDL_A_09563149 |
| TEVA_MDL_A_09563150 |
| TEVA_MDL_A_09563152 |
| TEVA_MDL_A_09563153 |
| TEVA_MDL_A_09563154 |
| TEVA_MDL_A_09563454 |
| TEVA_MDL_A_09563455 |
| TEVA_MDL_A_09563456 |
| TEVA_MDL_A_09563471 |
| TEVA_MDL_A_09563472 |
| TEVA_MDL_A_09563473 |
| TEVA_MDL_A_09563503 |
| TEVA_MDL_A_09563504 |
| TEVA_MDL_A_09563505 |
| TEVA_MDL_A_09563506 |
| TEVA_MDL_A_09567301 |
| TEVA_MDL_A_09567303 |
| TEVA_MDL_A_09567925 |
| TEVA_MDL_A_09567926 |
| TEVA_MDL_A_09571649 |

| |
|---|
| TEVA_MDL_A_09571651 |
| TEVA_MDL_A_09571653 |
| TEVA_MDL_A_09571657 |
| TEVA_MDL_A_09571661 |
| TEVA_MDL_A_09571679 |
| TEVA_MDL_A_09571681 |
| TEVA_MDL_A_09571682 |
| TEVA_MDL_A_09573255 |
| TEVA_MDL_A_09573257 |
| TEVA_MDL_A_09576598 |
| TEVA_MDL_A_09576600 |
| TEVA_MDL_A_09588193 |
| TEVA_MDL_A_09588486 |
| TEVA_MDL_A_09588487 |
| TEVA_MDL_A_09588488 |
| TEVA_MDL_A_09762586 |
| TEVA_MDL_A_11477279 |
| TEVA_MDL_A_11477280 |
| TEVA_MDL_A_11477282 |
| TEVA_MDL_A_12735135 |
| TEVA_MDL_A_12738896 |
| TEVA_MDL_A_12740529 |
| TEVA_MDL_A_13647827 |