UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>*ALL CASES* | No. 1:17-md-2804<br><br>Judge Dan A. Polster |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Plaintiffs have filed a Motion for leave to file under seal Exhibits 1, 10, and 19 to the Declaration of Evan M. Janush in Support of Plaintiffs' Motion for Sanctions Against the Allergan and Teva Defendants ("Janush Declaration").

Plaintiffs request that, to ensure there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders, the Court permit Plaintiffs to file under seal Exhibits 1, 10, and 19 to the Janush Declaration.

1. Plaintiffs' Motion for Leave to File Exhibits Under Seal is hereby GRANTED; and

2. Defendants are hereby directed to state within three (3) business days whether they will assert any redactions to Exhibits 1, 10, and 19 to the Janush Declaration.

IT IS SO ORDERED.

DATED: _____     _____
                                  THE HONORABLE DAN AARON POLSTER
                                  UNITED STATES DISTRICT JUDGE