UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | No. 1:17-md-2804<br><br>Judge Dan A. Polster |
| This Document Relates To:<br><br>*ALL CASES* | | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE EXHIBITS UNDER SEAL**

Plaintiffs have filed a Motion for leave to file under seal Exhibits 1, 10, and 19 to the Declaration of Evan M. Janush in Support of Plaintiffs' Motion for Sanctions Against the Allergan and Teva Defendants ("Janush Declaration").

Plaintiffs request that, to ensure there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders, the Court permit Plaintiffs to file under seal Exhibits 1, 10, and 19 to the Janush Declaration.

1. Plaintiffs' Motion for Leave to File Exhibits Under Seal is hereby GRANTED; and

2. Defendants are hereby directed to state within three (3) business days whether they will assert any redactions to Exhibits 1, 10, and 19 to the Janush Declaration.

IT IS SO ORDERED.

DATED: 9/1/20         /s/Dan Aaron Polster
                     THE HONORABLE DAN AARON POLSTER
                     UNITED STATES DISTRICT JUDGE