# Exhibit A

**Tabacchi, Tina M.**

| | |
|---|---|
| From: | David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law> |
| Sent: | Thursday, August 27, 2020 11:11 AM |
| To: | mdl2804discovery@motleyrice.com; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com |
| Cc: | dan@polster@ohnd.uscourts.gov |
| Subject: | General Order 2020-08-2 |
| Attachments: | GO-2020-08-2 In Re Coronavirus (COVID-19) Phased-In Recovery Plan.pdf |

** External mail **

External E-mail

Dear Counsel:

On Tuesday, the Northern District of Ohio ("NDOH") issued General Order 2020-08-2, *see* attached.  This Order contains the following provision:

"Jury trials may commence on September 21, 2020 under the following conditions: 1) The judge, plaintiff, plaintiff's counsel, defendant, and defendant's counsel all must consent on the record to the commencement of the jury trial; 2) only one jury trial at a time, civil or criminal, will be conducted in each courthouse; and 3) the trial will not be any longer than one week."

Order at 3.

Judge Polster asked me to convey to you that this provision does not apply to the Track 1B trial scheduled for this November.  All Judges in the NDOH are aware that the Track 1B trial is going forward (and does not need consent from the parties), will be the only jury trial taking place in the Cleveland courthouse during its scheduled period, and will take more than one week.  The General Order purposefully did not address exceptional cases.

Thanks,

-David

========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com