# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION  
OPIATE LITIGATION

MDL No. 2804

Case No. 1:17-MD-2804

**THIS DOCUMENT RELATES TO:**

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*
*Case No. 18-op-45090;*

*The City of Cleveland v. AmerisourceBergen Drug Corporation*
*Case No. 1:18-op-45132; and*

*County of Cuyahoga, et al v. Pursue Pharma L.P., et al.*
*Case No. 1:17-op-45004*

Judge Dan A. Polster

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul M. Mannix of Marcus & Shapira, LLP hereby enters his appearance as counsel of record for Defendants HBC Service Company and Giant Eagle, Inc. in the above-captioned action.

Dated:  September 9, 2020

Respectfully submitted,

/s/ *Paul M. Mannix*
Paul M. Mannix  (PA ID #76225)
Marcus & Shapira, LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
(412) 471-3490
pmmannix@marcus-shapira.com

*Counsel for HBC Service Company and Giant Eagle, Inc.*

A1454002.2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2020, a copy of the foregoing **Notice of Appearance** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                              */s/ Paul M. Mannix*
                                              Paul M. Mannix

A1454002.2