# EXHIBIT 1

# BartlitBeck LLP

Sharon Desh
Sharon.Desh@BartlitBeck.com

March 21, 2019

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
main: (312) 494-4400
direct: (312) 494-4445

BartlitBeck.com

Anthony Irpino
Irpino, Avin Hawkins
2216 Magazine Street
New Orleans, LA 70130

Re: *MDL 2804 – Privilege De-designations*

Dear Anthony,

This letter supplements my correspondence of January 29 and February 18 and responds to your letters from March 14 and March 18.

First, you ask that "Walgreens provide a status regarding production of documents" subject to Discovery Ruling No. 14, Part 4.  As explained in my January 29 and February 18 correspondence and the cover letter accompanying WAGMDL032, Walgreens has produced the documents subject to Special Master Cohen's Discovery Ruling No. 14, Part 4 and its Amendment (D.I. 1387, 1395).

Walgreens provides the following information regarding these documents – some of which is duplicative of information provided to you in prior correspondence.

| Control Number | Beginning Bates | Production Volume |
|---|---|---|
| EM00004445 | WAGMDL00774349 | WAGMDL031 |
| EM00013407 | WAGMDL00778492 | WAGMDL032 |
| EM00013408 | WAGMDL00778493 | WAGMDL032 |
| EM00013660 | WAGMDL00778497 | WAGMDL032 |
| EM00013661 | WAGMDL00778498 | WAGMDL032 |
| EM00014060 | WAGMDL00710291 | WAGMDL025 |
| EM00030985 | WAGMDL00710358 | WAGMDL025 |
| EM01473879 | WAGMDL00778522 | WAGMDL032 |

BartlitBeck LLP

| | | |
|---|---|---|
| EM02380934 | WAGMDL00774723<br>WAGMDL00774724 | WAGMDL031 |
| EM02647546 | WAGMDL00778537 | WAGMDL032 |

Walgreens also provides the following information regarding other privilege de-designations contained in WAGMDL032:

| Control Number | Beginning Bates | Production Volume |
|---|---|---|
| E00000186 | WAGMDL00774773 | WAGMDL032 |
| E00000206 | WAGMDL00774783 | WAGMDL032 |
| EM00013658 | WAGMDL00778494 | WAGMDL032 |
| EM00013659 | WAGMDL00778496 | WAGMDL032 |
| EM00137421 | WAGMDL00778499 | WAGMDL032 |
| EM00402633 | WAGMDL00778500 | WAGMDL032 |
| EM01025317 | WAGMDL00778501 | WAGMDL032 |
| EM01025318 | WAGMDL00778502 | WAGMDL032 |
| EM01025319 | WAGMDL00778512 | WAGMDL032 |
| EM01473880 | WAGMDL00778523 | WAGMDL032 |
| EM01943627 | WAGMDL00778525 | WAGMDL032 |
| EM01943628 | WAGMDL00778527 | WAGMDL032 |
| EM02647547 | WAGMDL00778539 | WAGMDL032 |
| EM02647548 | WAGMDL00778549 | WAGMDL032 |
| EM04240678 | WAGMDL00778559 | WAGMDL032 |
| EM04240679 | WAGMDL00778560 | WAGMDL032 |
| EM04263843 | WAGMDL00778561 | WAGMDL032 |

# BartlitBeck LLP

3/21/2019
Page 3 of 3

| EM04263844 | WAGMDL00778562 | WAGMDL032 |
|---|---|---|

Walgreens has also produced final documents related to the Suspicious Order Monitoring Program Policy and Procedures for the Pharmaceutical Integrity Team (*see, e.g.*, WAGMDL00245869 produced in WAGMDL0008) and DEA Suspicious Ordering – Phase 5a (*see, e.g.*, WAGMDL00774793, WAGMDL00774796, and WAGMDL00774799 produced in WAGMDL032).

Second, you provide additional challenges to Walgreens' privilege claims and note that you intend to provide "another round of sample challenges to Special Master Cohen for determination based on the remaining challenges." We are surprised by this statement. As you acknowledge in your March 14 letter, the parties have already engaged in extensive work to identify and downgrade documents including by engaging the Special Master where necessary. Walgreens also notes that for the majority of challenges Plaintiffs brought to the Special Master, the Special Master upheld Walgreens' position.

Many of the documents listed in your additional challenges are from privilege logs that have been in Plaintiffs' possession for several months and could have been addressed at an earlier time. You provide no reason why these privilege issues cannot have been resolved by this date, now two months after the fact discovery cut off. If there are specific issues you nevertheless insist need to be addressed that could not have been raised earlier, Walgreens remains open to that limited discussion.

Finally, as I have responded to separate Plaintiffs' counsel, Walgreens is still considering whether to take further steps with respect to Judge Polster's ruling on Amended Discovery Ruling No. 14, Part 1. If not, we anticipate producing the documents subject to this ruling early next week.

Thank you,

Sharon Desh