**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Track One-B Cases* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan A. Polster |

**JOINT MOTION FOR ORDER ENTERING STIPULATION MODIFYING SECTION III(b)(8) OF THE REVISED TRACK ONE-B CIVIL JURY TRIAL ORDER**

Plaintiffs and Pharmacy Defendants jointly move the Court to enter the stipulation, attached as Exhibit A. In support of this Motion, the parties state as follows:

1. On August 21, 2020, pursuant to the Revised Track One-B Civil Jury Trial Order (the "Trial Order") (Dkt. No. 3308), the parties exchanged deposition designations. Plaintiffs provided designations with a run time of approximately 187 hours, and the Pharmacy Defendants provided designations with run times of approximately 47 hours. Subsequently, Plaintiffs agreed to reduce their designations to a total of 50 hours under a timeline proposed by Defendants.

2. Under the Trial Order, the parties are to exchange responsive designations and objections on September 25, 2020. However, given Plaintiffs' agreement to reduce designations and provide new designations to Defendants, Plaintiffs agree that Defendants may serve 50% of their responsive designations and objections on September 29, 2020, and 50% of their responsive designations and objections on October 6, 2020.

3. Because the agreed-upon schedule allows Plaintiffs to serve a revised set of designations after August 21, 2020 and, in turn, the Pharmacy Defendants to serve their responsive designations and objections after September 25, the parties request that this Court enter the attached stipulation, which slightly modifies the Trial Order.

4. The agreed-upon changes will not alter the date on which the parties will exchange final counter designations and objections, the date on which the parties have to submit any outstanding disputes regarding designations to the Court, or any other provision of the Trial Order.

DATED: September 11, 2020  Respectfully submitted,

/ s/ *Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-4106
edelinsky@zuckerman.com
smiller@zuckerman.com
gbush@zuckerman.com

*Attorneys for CVS Rx Services, Inc. and CVS Indiana, L.L.C.*

/ s/ *Tara A. Fumerton (consent)*
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
Email: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
     tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

/s/  *Timothy D. Johnson* (consent)
Timothy D. Johnson
Gregory E. O'Brien
CAVITCH FAMILO & DURKIN, CO. LPA
1300 East Ninth Street – 20th Fl.
Cleveland, OH 44114
Phone: (216) 621-7860
Fax: (216) 621-3415
E-mail: tjohnson@cavitch.com

*Attorneys for Discount Drug Mart, Inc.*


/s/  *Robert M. Barnes* (consent)
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle, Inc., and HBC Service Company*

/s/ *Kelly A. Moore* (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-4824
Fax: (215) 963-5001
E-mail: john.lavelle@morganlewis.com

3

*Attorneys for Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Inc.*

/s/  Kaspar Stoffelmayr (consent)
Kaspar Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

*Attorneys for Walgreen Co. and Walgreen Eastern Co.*

/s/    Paul J. Hanly, Jr. (consent)
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
LANIER LAW FIRM
10940 W. Sam Houston Pkwy N.,
Suite 100
Houston, Texas 77064
(713) 659-5200
(713) 659-2204 (Fax)
*Trial Counsel*

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

4

<:><:><::>

Paul T. Farrell, Jr., Esq.
FARRELL LAW
422 Ninth Street
Huntington, WV 25701
(304) 654-8281
paul@farrell.law

*Plaintiffs' Co-Lead Counsel*

*/s/    Peter H. Weinberger* (consent)
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*
Don Migliori
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
dmigliori@motleyrice.com
*Counsel for Plaintiff Summit County*

*/s/    Frank Gallucci* (consent)
Frank Gallucci
PLEVIN & GALLUCCI COMPANY, L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113
(216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

5

*Counsel for Plaintiff Cuyahoga County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2020, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

                                                /s/ *Eric R. Delinsky*
                                                Eric R. Delinsky