# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>  *Track One-B Cases* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan A. Polster |

## STIPULATION MODIFYING SECTION III(b)(8) OF THE REVISED TRACK ONE-B CIVIL JURY TRIAL ORDER

To facilitate the exchange of designations, responsive designations, and objections, the Parties stipulate as follows:

1. On September 11, 2020, Plaintiffs shall provide the Pharmacy Defendants with a set of designations with a run time of 50 hours or less.

2. On September 25, 2020, Plaintiffs will provide Defendants with responsive designations and objections to Defendants' affirmative designations. In addition to their responsive designations, Plaintiffs may make additional non-repetitive and non-responsive designations from the depositions previously affirmatively designated during this period.

3. On September 29, 2020, Defendants will provide responsive designations and objections to 50% of the set of affirmative designations that Plaintiffs provide on September 11, 2020. On October 6, 2020, Defendants will provide responsive designations and objections to the remaining 50% of the set of affirmative designations that Plaintiffs provide on September 11, 2020. In addition to their responsive designations, Defendants may make additional non-repetitive designations from the depositions previously affirmatively designated during this period.

4. All other substantive provisions and deadlines in the Revised Track One-B Civil Jury Trial Order (Dkt. No. 3308) remain in effect and are unmodified by this stipulation.

**IT IS SO ORDERED.**

---

**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**