# EXHIBIT A

# Augustine, Diana

**From:** Parvu, Adela [Adela.Parvu@CVSCaremark.com]
**Sent:** Tuesday, January 18, 2011 12:41 PM
**To:** Spink, Amy
**Cc:** Augustine, Diana
**Subject:** FW: QUESTION?  FW: PLEASE ADVISE: HDMA Invoice
**Attachments:** Scann001.pdf

Amy,

Please process ... manager approval attached ...

Thank you,

Adela Parvu | CVS Caremark | Financial Analyst - Accounts Payable - PBM | Phone 401-770-7950 | Fax 401-733-0711 | One CVS Drive MC0287, Woonsocket, RI 02895 | Adela.Parvu@CVSCaremark.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

---

**From:** Augustine, Diana [mailto:Diana.Augustine@caremark.com]
**Sent:** Tuesday, January 18, 2011 1:37 PM
**To:** Parvu, Adela
**Subject:** QUESTION? FW: PLEASE ADVISE: HDMA Invoice

I have attached an electronic, scanned and signed copy by Deb Farrell approving payment of $7,500.. Is this acceptable?
Thanks.

**From:** Parvu, Adela [mailto:Adela.Parvu@CVSCaremark.com]
**Sent:** Tuesday, January 18, 2011 11:26 AM
**To:** Spink, Amy
**Cc:** Augustine, Diana
**Subject:** FW: PLEASE ADVISE: HDMA Invoice

Hello Amy,

Please see below.

Diana, you will still to have the manager approve the invoice (sign on the invoice or send an electronic approval stating the amount that he approves).
Please keep this handy ...



PLAINTIFF EXHIBIT
GRAY-78
7/31/2020

1

CONFIDENTIAL

CVS-MDLT1-000099537

**PBM Accounts Payable Department** 99563
**Phone List as of 10/29/09**

| Last, First Name | Ext. | Full # | Vendors |
|---|---|---|---|
| Gregory, Kate | 7979 | (401)770-7979 | D , J-P |
| Sweatt, Dorothy | 3819 | (401)770-3819 | E, F, Q-Z |
| Spink, Amy | 7993 | (401)770-7993 | A-C, G, I, H |
| Matkowski, Robert | 7985 | (401)770-7985 | CHECK REQUESTS |
| Parvu, Adela | 7950 | (401)770-7950 | UPLOADS |
| Ward, Kara | 7963 | (401)770-7963 | Expense Reports |

Thank you,

Adela Parvu | CVS Caremark | Financial Analyst - Accounts Payable - PBM | Phone 401-770-7950 | Fax 401-733-0711 | One CVS Drive MC0287, Woonsocket, RI 02895 | Adela.Parvu@CVSCaremark.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Augustine, Diana [mailto:Diana.Augustine@caremark.com]
**Sent:** Tuesday, January 18, 2011 11:47 AM
**To:** Parvu, Adela
**Subject:** PLEASE ADVISE: HDMA Invoice

Good Morning, Adela

Can you process the attached invoice for a quick payment of member dues in the amount of $7,500. It is due by the end of this month to avoid a suspension of benefits. It is approved for payment by Deb Farrell.
Thank you.

Diana Augustine | CVS Caremark | Membership Analyst | Phone 847-559-4832 | Fax 847-559-5784 | 2211 Sanders Road, Northbrook, IL 60062 NB1NE-01001 | diana.augustine@caremark.com

CONFIDENTIAL                                                                                                         CVS-MDLT1-000099538



October 27, 2010

Ms. Debra L. Farrell
Vice President, Pharmaceutical Procurement
CVS Caremark
2211 Sanders Rd
Northbrook, IL 60062

Dear Ms. Farrell:

As 2010 comes to a close, we can look back on a truly eventful year — one focused on execution and implementation at the Association, within our government and in the industry.

For HDMA, it was a year for implementing elements of our strategic plan. We consolidated our two major meetings into one successful event, the Business & Leadership Conference, which was held back in June. Thirty distributor member companies and more than 100 manufacturer companies attended this program, represented by 395 people. And, more than 4,000 one-on-one business appointments were scheduled between our distributor and manufacturer members, and they took advantage of the opportunity to visit with Allied members in the Service Provider Pavilion. We look forward to further enhancing this premier distribution industry event for 2011.

Another element of our strategic plan was a new focus on the growth of specialty medicines. After months of planning, HDMA and the Specialty & Biotech Distributors Association — an association dedicated to advancing policies that promote efficient, secure distribution of specialty pharmaceuticals and biologics — integrated associations and operations on July 1. The integration has harmonized efforts to address specialty distribution issues related to regulation, legislation and industry; leveraged the organizations' combined resources; and provided a unified voice for the healthcare distribution industry on issues related to specialty pharmaceuticals. Led by the new HDMA Specialty & Biotech Distributors Council, these specialty distribution issues will become a critical part of HDMA's ongoing agenda.

The continued support and participation of CVS Caremark is critical to our success and enable HDMA to provide a wide variety of services that inform your key business decisions and help facilitate connections with your clients and trading partners:

**HDMA provides opportunities for participants across the supply chain to come together to build business and exchange ideas.** HDMA's major meetings and seminars bring participants together to discuss unique distribution issues, forge new partnerships and enhance existing relationships.

**HDMA continues to lead the discussion on supply chain security issues.** Our mission is to protect patient safety and access to medicines through the safe and efficient distribution of healthcare products and services. Through the development of new resources and education, HDMA remains at the forefront of industry discussions surrounding in-transit cargo security, track and trace, reverse logistics, barcoding and more.

901 North Glebe Road • Suite 1000 • Arlington, VA 22203
(703) 787-0000 • (703) 812-0539 (Confidential Fax) • www.HealthcareDistribution.org

CONFIDENTIAL

CVS-MDLT1-000099539

**HDMA partners with the Center for Healthcare Supply Chain Research to deliver industry-defining research.** In 2010 the Center enhanced its focus on the specialty channel by launching a new study on the *Role of the Specialty Distributor* and completing the second edition of *Specialty Pharmaceuticals: Facts, Figures and Trends*. The Center also completed a study assessing the requirements of Risk Evaluation and Mitigation Strategies (REMS) on the supply chain. Next year, the Center will update the landmark report, *The Role of the Distributor in the U.S. Healthcare Industry*.

**HDMA develops critical industry resources and education to help manufacturers and distributors enhance the safety and efficiency of their supply chains.** HDMA develops resources and guidelines that support Electronic Data Interchange (EDI), in-transit security, barcode labeling and reverse logistics. An expanded education program highlights the issues that matter most to the distribution industry, such as product lifecycle management, cold chain management and emergency preparedness.

For your reference I have included materials that address Allied member dues for 2011. I am pleased to let you know that HDMA Allied member dues rates are unchanged from 2010.

As ever, we truly appreciate your participation and continued support. Please do not hesitate to contact me should you have questions about this process or need any assistance or additional information from HDMA.

2011 promises to be another exciting year for both HDMA and its Allied members. I look forward to working with you in the year to come.

Sincerely,

John M. Gray
President and CEO

**Enclosure :**
*HDMA Dues Invoice*

CONFIDENTIAL

CVS-MDLT1-000099540