# EXHIBIT B



November 14, 2012

Ms. Debra L. Farrell
Vice President, Pharmaceutical Procurement
CVS Caremark Corporation
2211 Sanders Road
Northbrook, IL 60062

Dear Ms. Farrell:

As I noted in a January 2012 article for *Chain Drug Review*, the only predictable constant in this industry is change. The pharmaceutical marketplace continues to shift through mergers and acquisitions, major patent expirations that move volume into generic drugs and the continued growth of specialty medicines. The legislative and regulatory environment also remains fluid, with hope of a federal traceability framework on the horizon, as well as controlled substance regulations and the search for solutions to address drug shortages dominating the landscape.

Through the changes of the past year, HDMA has worked to represent its members by maintaining an aggressive policy agenda, communicating the value of our industry to a variety of stakeholders and policymakers and developing education programs and forums to advance the operational excellence of our business.

With the support of CVS Caremark Corporation, HDMA in 2012 was able to:

- Educate industry, policymakers and other public officials about the healthcare distribution channel — in light of issues surrounding controlled substance abuse, drug shortages and gray market diversion — and inform the public of the everyday steps our industry takes to ensure patient safety and a secure supply chain.

- Host the Business & Leadership Conference, the industry's signature networking event, with more than 720 executives from over 150 distributor, manufacturer and service provider member companies participating in nearly 3,000 one-on-one business appointments.

- Partner with the International Federation of Pharmaceutical Wholesalers (IFPW) to co-host the annual Distribution Management Conference & Technology Expo this past March, with a record 450 executives in attendance and sold-out exhibit floor.

- Work with our members and other healthcare stakeholders to lead an advocacy effort and gain consensus for a federal pedigree and traceability framework to replace the current patchwork of state pedigree and licensure requirements across the country.



PLAINTIFF
EXHIBIT
GRAY-79
7/31/2020

901 North Glebe Road • Suite 1000 • Arlington, VA 22203
(703) 787-0000 • (703) 812-5282 (Fax) • www.HealthcareDistribution.org

CONFIDENTIAL

CVS-MDLT1-000099569

- Support industry efforts to mitigate drug shortages by updating and releasing the *HDMA White Paper on Product Availability: Communications Guidelines for Managing Product Shortages in the Healthcare Supply Chain.*

- Launch new projects aimed at reducing returns of products facing loss of exclusivity, enhancing facility security and better understanding shopper insights into the front-of-store in independent pharmacies.

- Deliver education programming across major events and seminars, such as our popular "Track-and-Trace Technology Seminar," that featured outstanding keynote speakers and insightful breakout sessions.

In addition, HDMA's research foundation, the Center for Healthcare Supply Chain Research, released the 84th edition of the *HDMA Factbook* and *2012 Specialty Pharmaceuticals: Facts, Figures and Trends*; hosted seminars focused on specialty medicines and supply chain security; and, held a successful fourth annual CEO Roundtable Fundraiser.

Now more than ever, distributors are manufacturers are looking to meet their challenges with the help of companies like yours. As ever, we truly appreciate your participation and continued support. Please find enclosed your allied member dues invoice for 2013. I am pleased to let you know that, like last year, HDMA associate member dues rates will not increase.

We expect another exciting year for both HDMA and its distributor members in 2013. I look forward to working with you in the year to come.

Sincerely,

John M. Gray
President and CEO

Enclosure:
*2013 Dues Invoice*

CONFIDENTIAL

CVS-MDLT1-000099570