**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DECLARATION OF KARL STAMPFL IN SUPPORT OF
ALLERGAN DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR SANCTIONS**

i

1. I, Karl Stampfl, am a Partner at Kirkland & Ellis LLP, which represents the Allergan Defendants in the *National Prescription Opiate Litigation*, MDL 2804. I submit this Declaration in support of the Allergan Defendants' Opposition to Plaintiffs' Motion for Sanctions.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Service Provider Master Agreement, TEVA_MDL_A_13647407

Exhibit 2: Statement of Work No. 1, ALLERGAN_MDL_02467194

Exhibit 3: Excerpts from January 17, 2019 Deposition of Thomas P. Napoli

Exhibit 4: February 5, 2019 Letter from Catie Ventura

Exhibit 5: June 14, 2019 Letter from Donna M. Welch

Exhibit 6: July-August 2020 Email Exchange

Exhibit 7: September 8, 2011 SOMS (Suspicious Order Management) Presentation, ALLERGAN_MDL_03826436

Exhibit 8: Suspicious Order Monitoring (SOM) Presentation, ALLERGAN_MDL_03824296

Exhibit 9: February 15, 2019 Letter from Patrick L. Oot

Exhibit 10: May 29, 2019 Letter from Catie Ventura

Exhibit 11: June 13, 2019 Letter from Catie Ventura

Exhibit 12: September 3, 2020 Email from Catie Ventura

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2020 in Chicago, Illinois.

/s/ Karl Stampfl
Karl Stampfl

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, a copy of the foregoing **Declaration of Karl Stampfl in Support of Allergan Defendants' Opposition to Plaintiffs' Motion for Sanctions** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Donna M. Welch
Donna M. Welch
