# Exhibit 7










# SOMS
# (Suspicious Order Management)

September 8, 2011

Watson SAP Team







CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826436

# SOMS








**SOMS was created to meet specific guidelines for tracking shipment of controlled substances based on Suspicious Orders Task Force Sec.504 by the DEA. Based on these guidelines SOMS monitors suspicious orders by predefined benchmarks for Customer, Class of Trade, Order and Month to Date quantities. If an order line exceeds any of the four benchmarks the order is blocked for delivery.**

**Watson** Pharmaceuticals.

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826437






# SOMS Program

- *Program F_ZVE_SUSP_ORDER_CHECK_V2*

- *User exit in order processing is executed in the t-codes VA01 and VA02.*

- *SOMS logic occurs after the OMS or IMA logic.*

- *Order types that include SOMS logic: OR, FD, TAV, ZC2, ZEDI, ZDO, ZSD and ZC2.*

- *Only checks for controlled substances (Schedule 2, 2N, 3, 3N, 4 and 5)*

- *Bypasses SOMS logic if an item is a literature material (item category 'ZKLL').*

- *Bypasses SOMS delivery block if an order is already blocked by logic other than SOMS.*

  *Example: Order Type ZC2 automatically blocks for 'ZC2 QA Block' delivery block, once that is removed if there is an item on the order that exceeds one of the SOMS benchmarks, it will block for SOMS.*

**Watson** Pharmaceuticals

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826438



# Major SOMS tables



- **ZSOMS (User Input, T-code : ZZSOMS)**
- **ZVMULDATA ( User Input, T-code :ZVMULDEA )**
- **S911**
- **S910**
- **ZVCUSTDATA**
- **ZVTRADEDATA**

**Watson** Pharmaceuticals.

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





# T-code ZZSOMS

System   Help

Maintain SOMS data



| Customer | Customer Name | City | Material | Descr. | From Date | To Date |
|---|---|---|---|---|---|---|
| | | | 00591345301 | MORPHINE SULFATE E... | 05/01/2011 | 05/30/2011 |
| | | | 00591359360 | DRONABINOL 10MG CA... | 06/01/2011 | 07/01/2011 |
| | | | 55253007530 | FENTANYL CITRATE EQ... | 05/01/2011 | 05/30/2011 |
| 1034504 | WALGREEN (PA) | BETHLEHEM | 00591034905 | HYDROCODONE/APAP ... | 04/15/2011 | 04/15/2011 |
| 1044953 | WALGREEN EASTERN 03154 | KEENE | 00591562101 | DIAZEPAM 2MG TAB 100 | 05/01/2011 | 05/30/2011 |
| 1307782 | CARDINAL HEALTH | GROVEPORT | | | 04/11/2011 | 12/31/2011 |
| 1317763 | H D SMITH | STRATHAM | 00591024010 | LORAZEPAM 0.5MG TAB | 06/01/2011 | 07/01/2011 |
| 1317763 | H D SMITH | STRATHAM | 00591078301 | DIETHYLPROPION HCL ... | 04/22/2011 | 04/30/2011 |
| 1319929 | H D SMITH | KEARNY | 00591039601 | PENTAZOCINE HCL/APA... | 04/22/2011 | 04/30/2011 |

Hist

This table is used to override the system calculated averages for SOMS.

3 ways to override SOMS logic by period.
• Product only
• Ship-to only
• Ship-to and Product

If system finds record from this table, the order would be blocked with 12 (Cust Av/mth).

**Watson** Pharmaceuticals

5

ALLERGAN_MDL_03826440



# T-code ZVMULDEA

Change View "DEA view of ZVMULDATA": Overview

**DEA view of ZVMULDATA**

| Class... | No. | SOMS Mul | OMS Mult. |
|----------|-----|----------|-----------|
| CCS | 123 | 999.000 | 321.000 |
| CHAIN | 144 | 3.000 | 1.500 |
| CLIN | 999 | 999.000 | 999.000 |
| CLOSE | 999 | 999.000 | 999.000 |
| DIAL | 999 | 999.000 | 999.000 |
| DISTR | 36 | 3.000 | 1.500 |
| DOD | 999 | 999.000 | 999.000 |
| ECOM | 999 | 999.000 | 999.000 |
| EXP | 999 | 999.000 | 999.000 |
| GPO | 999 | 999.000 | 999.000 |
| GROUP | 999 | 999.000 | 999.000 |
| HMOMC | 999 | 999.000 | 999.000 |
| HOSPT | 999 | 999.000 | 999.000 |
| MAILO | 999 | 3.000 | 3.000 |
| MANF | 999 | 999.000 | 999.000 |
| MDCD | 999 | 999.000 | 999.000 |
| MDDDC | 999 | 999.000 | 999.000 |
| MDPD | 999 | 999.000 | 999.000 |
| NURSH | 999 | 999.000 | 999.000 |
| NWCH | 999 | 999.000 | 999.000 |
| OGA | 888 | 2.000 | 123.769 |
| OTHER | 999 | 999.000 | 999.000 |
| OUTP | 999 | 999.000 | 999.000 |
| PBM | 999 | 999.000 | 999.000 |

Position...    Entry 2 of 35

**No. field is used only for OMS**

**Multiplier for SOMS**

**Multiplier for OMS**

WD2 (1) (300)   uscasrv0207   OVR

6

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826441

# Table S911





Once the order has been created the Orders field is populated and when it has been invoiced the Billed qty field is populated.  The Table contains data by Per Month, Ship-to party, Material, Number of Orders and Billed qty. This table is used to calculate the values displayed in the ZVCUSTDATA table for Average month quantities and Average order quantities for rolling twelve months.

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Watson Pharmaceuticals

ALLERGAN_MDL_03826442

# Table S910





| Month | Date | Week | Period | Class of Trade | Material | Fi.Year Variant | Admin.data | Base Unit | Orders | Billed qty |
|-------|------|------|--------|----------------|----------|-----------------|------------|-----------|--------|------------|
| 200304 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 138 | 5,239.000 |
| 200305 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 204 | 8,191.000 |
| 200306 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 135 | 4,365.000 |
| 200307 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 145 | 5,054.000 |
| 200308 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 213 | 7,436.000 |
| 200309 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 261 | 8,453.000 |
| 200310 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 339 | 19,069.000 |
| 200311 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 229 | 11,439.000 |
| 200312 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 186 | 13,030.000 |
| 200401 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 83 | 4,474.000 |
| 200402 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 55 | 1,171.000 |
| 200403 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 98 | 2,101.000 |
| 200404 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | | 1 | 0.000 |
| 200405 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 447- | 2,788.120 |
| 200406 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 707- | 6,363.100 |
| 200407 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 252 | 7,227.000 |
| 200408 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 234 | 7,113.000 |
| 200409 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 262 | 5,893.000 |
| 200410 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 268 | 10,348.000 |
| 200411 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 242 | 6,339.000 |
| 200412 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 159 | 7,046.000 |
| 200501 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 127 | 4,725.000 |
| 200502 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 176 | 5,890.000 |
| 200503 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 235 | 6,313.000 |
| 200504 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 170 | 6,873.000 |
| 200505 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 195 | 6,241.000 |
| 200506 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 188 | 6,752.000 |
| 200507 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 169 | 5,974.000 |
| 200508 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 205 | 6,722.000 |
| 200509 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 153 | 7,205.000 |
| 200510 | 00/00/0000 | 000000 | 000000 | WHOLS | 00000000591523801 | | 0000000000 | BTL | 158 | 6,152.000 |

Once the order has been created the Orders field is populated and when it has been invoiced the Billed qty field is populated.

The Table contains data by Month, Class of Trade, Material, Number of Orders and Billed qty.

This table is used to calculate the values displayed in the ZVTRADEDATA table for Average month quantity and Average order quantity.

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826443




# Table ZVCUSTDATA





This table captures the average monthly and average order quantity for **ship-to customer** and **material** for a rolling 12 months.
OMS only uses the Avg. mon. Qty.  SOMS uses both.

Note:  A batch job is scheduled to run the first of the month to update tables ZVCUSTDATA and ZVTRADEDATA.  Batch job: ZNH_SD_M_TABMAINTENANCE.

The data stored in the S911 and S910 tables is used to calculate the values on the ZVCUSTDATA and ZVTRADEDATA tables for a rolling 12 months.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

9

Watson Pharmaceuticals.

ALLERGAN_MDL_03826444







# Table ZVTRADEDATA

ZVTRADEDATA table is used for SOMS only.  This table captures the Average month quantity and Average order quantity for *class of trade* and *material* for rolling 12 months.

Note:  A batch job is scheduled to run the first of the month to update tables ZVCUSTDATA and ZVTRADEDATA.  Batch job: ZNH_SD_M_TABMAINTENANCE.

The data stored in the S911 and S910 tables is used to calculate the values on the ZVCUSTDATA and ZVTRADEDATA tables for a rolling 12 months.

**Watson** Pharmaceuticals.

10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER







# SOMS Logic

- **Override average quantity on ship-to customer/material (from ZZOMS)**

- **Logic retrieves benchmark data for:**
  - Ship-to customer / material from table ZVCUSTDATA
  - Class of trade / material from table ZVTRADEDATA
  - Month-to-date billed quantity for customer/material from table S911
  - Class of trade multiplier from ZVMULDEA is based on class of trade of the sold-to customer

- **Sequence for retrieving benchmark data:**
  1. Customer Average per Month
  2. Customer Average per Order
  3. Class of Trade Average per Month
  4. Class of Trade Average per Order

- **Delivery blocks values for SOMS are:**
  - Suspect CUS Av/mth (12)
  - Suspect CUS Av/ord (13)
  - Suspect COT Av/mth(10)
  - Suspect COT Av/ord(11)



11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826446




# SOMS logic flow chart





## SOMS (Suspicious Order Management System) Logic flow

**SOMS**

Yes

No Block

No

No

No

ZSO (Sample Order) or ZKLL (Literature Item)? — No → Doc. Category C (Order) or I (FOC)? — Yes → Controlled substances? — Yes → Ship-to or Product is in ZZSOMS? — No → History exists for COT or Ship-to?

Yes

Yes

Ship-to History > 0 ?    No    COT History > 0 ?    No

Yes

Yes

Total current qty > Ship-to monthly avg. qty * multiplier ? — NO → This order qty > Ship-to avg. order qty * multiplier ?

Total current qty > COT monthly avg. qty * multiplier ? — NO → This order qty > COT avg. order qty * multiplier ?

Yes           Yes                Yes           Yes

| SOMS block 12: Suspect (Cus Av/mth) | SOMS block 13: Suspect (Cus Av/ord) | SOMS block 10: Suspect (COT Av/mth) | SOMS block 11: Suspect (COT Av/ord) | SOMS block 10: Suspect (COT Av/mth) |

12

**Watson** Pharmaceuticals.

ALLERGAN_MDL_03826447







# SOMS Block



Sales Order is blocked for Suspect Class of Trade Average per Month.

Header delivery block.

13

ALLERGAN_MDL_03826448




# Releasing a SOMS block






| Sales document Edit Goto Extras Environment System Help | SAP |
|---|---|

**Change Standard Order 130412: Item Data**

Sales Document Item  10   Item category  TAN   Status
Material  52544053905  NORCO 10/325MG TAB 500

Account assignment | Schedule lines | Partners | Texts | Orde

**Release code (1)  13 Entries Found**

Price Change Processing Status   Status O.k.

SOMS Release code
Price group ID

| LOW | Short text |
|---|---|
| 01 | Increased supply to new or existing customer/patient |
| 02 | Increased supply to new facility |
| 03 | Consistent with customer order pattern |
| 04 | Increased stocking due to Watson promotion/price change |
| 05 | Change in ordering frequency/increased seasonal usage |
| 06 | Consolidation of customer's facilities |
| 07 | Introduction of new product or product re |
| 08 | First time order for product |
| 09 | Consistent with customer class order pattern |
| 10 | Order meets minimum order quantities |
| 11 | Customer Type coding error |
| 12 | Administration Release Customer Call Not Required |
| 13 | Released unchanged with DEA concurrence |

Class of Trade Average Per Month  1006.250
Class of Trade Average Per Order  30.804
Customer Average Per Month  0.000
Customer Average Per Order  0.000
Customer Month to Date Quantity  0.000
Material Allocation Quantity  75
Inventory Weeks on Hand

Order Management Block Level
Release Order Management block  ☐ OM Released

13 Entries Found

VA02  uscasrv0126  INS

Start | SAP Logon P... | Change Stan... | Data Browse... | Release co... | My Documents | EDD | Microsoft Po... | Calculator | 4:37 PM

To release a SOMS block one of the following Reason codes is entered in the SOMS Release code field using transaction VA02.

Watson Pharmaceuticals

14

ALLERGAN_MDL_03826449







# Transaction VA14L
# to view orders blocked for SOMS

Program  Edit  Goto  System  Help

**Sales and Distribution Documents Blocked for Delivery**

Customer                                    to

**Header block**
Delivery block header                       to

**Organizat. Data**
Sales organization          1000
Distribution channel          10           to
Division                      10           to
Sales office                               to
Sales group                                to

**Document Info**
Sales and distrib document                 to
SD document category                       to

**Selection criteria**
◉ Open SD documents
○ All SD Documents

**Execute**
Display variant

**Display options**
☐ Striped pattern

**Delivery block (document header) (1)   23 Entries Found**

Restrictions

| DB | Description |
|----|-------------|
| 01 | Credit limit |
| 02 | Political reasons |
| 03 | Bottleneck material |
| 04 | Export papers missng |
| 05 | Check free of ch.dlv |
| 06 | No printing |
| 07 | Change in quantity |
| 08 | Kanban Delivery |
| 09 | JIT delivery (PDS) |
| 10 | Suspect (COT Awlmth) |
| 11 | Suspect (COT Awlord) |
| 12 | Suspect (Cus Awlmth) |
| 13 | Suspect (Cus Awlord) |
| 14 | Order Management |
| 99 | Buy-in groups |
| Z1 | Infoship data incomp |
| Z2 | VMI Processing |
| Z3 | ZC2 QA Block |
| Z4 | Temporary Hold |

23 Entries Found

VA14L  uscasrv0126  INS

🔲 Start   SAP Logon P...   Sales and Dis...   Data Browser...   Delivery blo...   My Documents   EDD   Microsoft Po...   Calculator   4:44 PM

Enter values 10 thru 13 in the Delivery block header field

15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



ALLERGAN_MDL_03826450







# VA14L - continued

Sales and Distribution Documents Blocked for Delivery

Sales and Distribution Documents Blocked for Delivery

Cust.:
Basic list

| | SD Doc. | ... | DelBlkDesc | D.. | Req.dlv.dt | Sold-to pt | Ship-to | Sales document type | Header block | Item block | UsrStatBlk | CredChkBlk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 130405 | C | Suspect (COT Avford) | 11 | 07/13/2006 | 1201563 | 1063472 | Order | X | X | | |
| | 130413 | C | Suspect (Cus Avlmth) | 12 | 07/17/2006 | 1075478 | 1000867 | Order | X | X | | |

A list of orders blocked for SOMs is displayed.  This transaction also allows changes to the order.

16

Watson Pharmaceuticals.

ALLERGAN_MDL_03826451






# Printing the SOMS Investigation Form

Select Menu Path: Sales document> Issue Output to using transaction VA02.

17



ALLERGAN_MDL_03826452

# SOMS Investigation Form



Class of Trade Average per Order, Class of Trade Average per Month, Customer Average per Order, Customer Average per Month and Month to Date values displayed on the SOMS Investigation Form are rounded to the next higher value. This form is used to document the authorization of SOMS Release code prior to actually entering Release code on the order.

18

Watson Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826453

# Purchasing Benchmark for the Suspicious Order Monitoring System (SOMS)  Transaction ZVSUS





---

Program  Edit  Goto  System  Help

**Purchasing Benchmark for the Suspicious Order Monitoring System (SOMS)**

**Selection Criteria**

| Plant | us81 | to | us81 | ➡ |
| Document date | 12/01/2005 | to | 12/15/2005 | ➡ |
| Release Reason code | | to | | ➡ |
| Variant | | | | |

ZVSUS | uscasrv0126 | INS

Start | SAP Logon Pad 620 | Purchasing Benchmar... | SAP Easy Access | Microsoft PowerPoint - [...] | 4:25 PM

---

19

**Watson** Pharmaceuticals.

ALLERGAN_MDL_03826454








# ZVSUS - continued



This report is captures the SOMS Release Activity by Plant, Document date range and Release code values with pertinent information (Sold-to, Ship-to, Ship-to name, Sales Order #, Material, Description, etc..)

20

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826455







# ZVSUS - continued

List   Edit   Goto   Settings   System   Help                                SAP

**Purchasing Benchmark for the Suspicious Order Monitoring System (SOMS)**

Selections

Watson Pharmaceuticals (Laboratories), Inc.        Page    1 of    2
    SOMS Release Activity

| # Item # Material #  Description | Order Type | Qty Released | Qty Released | Date | User Released | Goods Issue Date |
|---|---|---|---|---|---|---|
| customer/patient | | | | | | |
| 000010 00591085305 HYDROCODONE/APAP 10/325MG TAB 500 | C | 100.000 | 100.000 | 12/14/2005 | JLUU | 12/16/2005 |
| 000020 00591054005 HYDROCODONE/APAP 10/500MG TAB 500 | C | 100.000 | 100.000 | 12/14/2005 | JLUU | 12/16/2005 |
| 000010 00591054005 HYDROCODONE/APAP 10/325MG TAB 500 | C | 200.000 | 200.000 | 12/16/2005 | CWALDEN | 12/19/2005 |
| 000020 00591054005 HYDROCODONE/APAP 10/500MG TAB 500 | C | 200.000 | 200.000 | 12/16/2005 | CWALDEN | 12/19/2005 |
| 000030 00591562005 DIAZEPAM 10MG TAB 500 | C | 18.000 | 18.000 | 12/14/2005 | LSHAFFER | 12/19/2005 |
| 000010 52544095801 FIORICET/CODEINE 50/325/40/30MG CAP 100 | C | 8.000 | 8.000 | 12/16/2005 | LSHAFFER | 12/19/2005 |
| 000100 00591054001 HYDROCODONE/APAP 10/500MG TAB 100 | C | 4,848.00 | 2,424.000 | 12/05/2005 | CWALDEN | 12/07/2005 |
| 000150 00591050301 HYDROCODONE/APAP 10/650MG TAB 100 | C | 5,100.00 | 2,550.000 | 12/05/2005 | CWALDEN | 12/07/2005 |
| 000020 00591034901 HYDROCODONE/APAP 5/500MG TAB 100 | C | 1344.000 | 1,344.000 | 12/05/2005 | CWALDEN | 12/07/2005 |
| 000100 00591078301 DIETHYLPROPION HCL 25MG TAB 100 | C | 5,472.00 | 1,824.000 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000090 00591078301 DIETHYLPROPION HCL 25MG TAB 100 | C | 4,920.00 | 1,640.000 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000230 00591321901 BUTAL/ASA/CAFF 50/325/40MG CAP 100 | C | 144.000 | 144.000 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000020 00591078301 DIETHYLPROPION HCL 25MG TAB 100 | C | 432.000 | 432.000 | 12/08/2005 | CWALDEN | 12/12/2005 |
| 000010 00591078301 DIETHYLPROPION HCL 25MG TAB 100 | C | 144.000 | 144.000 | 12/12/2005 | CWALDEN | |
| 000420 00591322801 HYDROCODONE/APAP 10/750MG TAB 100 | C | 192.000 | 192.000 | 12/12/2005 | CWALDEN | |
| 000260 00591322801 HYDROCODONE/APAP 10/750MG TAB 100 | C | 156.000 | 156.000 | 12/13/2005 | CWALDEN | 12/15/2005 |
| 000040 00591085305 HYDROCODONE/APAP 10/325MG TAB 500 | C | 636.000 | 636.000 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000050 00591078301 DIETHYLPROPION HCL 25MG TAB 100 | C | 24.000 | 24.000 | 12/14/2005 | LSHAFFER | 12/15/2005 |
| 000480 00591322379 TESTOSTERONE CYP INJ 200MG/ML 10ML V1  1 | C | 12.000 | 12.000 | 12/15/2005 | LSHAFFER | 12/16/2005 |
| 000180 00591039501 PENTAZOCINE/NALOX HCL 50/0.5MG TAB 100 | C | 6.000 | 6.000 | 12/15/2005 | LSHAFFER | 12/17/2005 |
| 000980 00591085305 HYDROCODONE/APAP 10/325MG TAB 500 | C | 120.000 | 120.000 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000010 52544053901 NORCO 10/325MG TAB 100 | C | 3,648.00 | 360.000 | 12/05/2005 | JLUU | 12/08/2005 |
| 000010 00591074401 ESTAZOLAM 1MG TAB 100 | C | 19.000 | 19.000 | 12/05/2005 | LSHAFFER | 12/06/2005 |
| 000010 52544053901 NORCO 10/325MG TAB 100 | C | 4176.000 | 4,176.000 | 12/12/2005 | CWALDEN | 12/14/2005 |
| 000030 00591336570 LORAZEPAM 2MG/ML INJ 10ML VIAL 10X10ML | C | 60.000 | 60.000 | 12/12/2005 | CWALDEN | 12/13/2005 |
| 000010 00591074401 ESTAZOLAM 1MG TAB 100 | C | 1.000 | 1.000 | 12/12/2005 | CWALDEN | 12/13/2005 |
| 000040 00591320301 HYDROCODONE/APAP 7.5/325MG TAB 100 | C | 560.000 | 560.000 | 12/14/2005 | CWALDEN | 12/15/2005 |

ZVSUS  uscasrv0126  INS

Start    SAP Logon Pad 620    Purchasing Benchmar...    SAP Easy Access    Microsoft PowerPoint - [...    4:27 PM

Page 2 to capture all the data displayed within the Report.

21

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Watson Pharmaceuticals

ALLERGAN_MDL_03826456