# Exhibit 10

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Catie Ventura
To Call Writer Directly:
+1 202 879 5907
catie.ventura@kirkland.com

1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
United States

+1 202 879 5000

www.kirkland.com

Facsimile:
+1 202 879 5200

May 29, 2019

**By E-mail**

Patrick L. Oot
1155 F Street, N.W., Suite 200
Washington, DC 20004
oot@shb.com

> Re:  *In re: National Prescription Opiate Litigation*, MDL No. 2804

Dear Patrick:

I write to follow up on our correspondence requesting suspicious order monitoring-related deliverables between BuzzeoPDMA (and related entities) and Actavis Pharma, Inc. or Watson Pharma, Inc.

In your January 29, 2019 letter to Evan Janush, you identified Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. as a client potentially having suspicious order monitoring work product from their engagement with BuzzeoPDMA and related entities. In response, plaintiffs asked us to produce all contracts, statements of work, data, reports, audits, and communications related to the suspicious order monitoring consulting work or other services performed.

On February 5, 2019, we wrote to you requesting your help finding certain missing items. Specifically, we are in search of one particular document: in Statement of Work #1 between Watson Pharma, Inc. and BuzzeoPDMA, dated August 3, 2011, BuzzeoPDMA agreed to "provide Customer an onsite review and assessment of its current SOM system." The Statement of Work indicates that "[t]he deliverable for this onsite review will be a report that identifies any gaps or other recommended changes to assist Customer in enhancing their SOM system to comply with DEA regulations and associated memorandum regarding SOM." We requested from you "copies of any such audits, reports, evaluations, assessments, or other work product for any of the Watson or Actavis companies."

On February 15, 2019, you responded and indicated that "By February 22, 2019, barring any unforeseen circumstances, IQVIA will provide Clients with the final set of readily-accessible deliverables with Buzzeo-related entities via a secure download link and password."

# KIRKLAND & ELLIS LLP

Patrick L. Oot
May 29, 2019
Page 2

    To date, we have not received any deliverables. Please confirm that you do not have any such documents to provide, including the deliverable referenced in Statement of Work #1 described above.

    Thank you for your help, and please let us know if you have any questions.

    Sincerely,

    */s/ Catie Ventura*

    Catie Ventura