**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF ALLERGAN DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION FOR SANCTIONS**

On September 14, 2020, a copy of **Allergan Defendants' Opposition to Plaintiffs' Motion for Sanctions** and accompanying papers were filed electronically (Dkt. Nos. 3467 to 3467-15) and served on all counsel via email from Karl Stampfl. The Clerk's office has communicated that due to a technical issue in the CM/ECF efiling system, the parties did not receive ECF notifications of these papers, but that they are available on the docket. Accordingly, the Allergan Defendants are filing this Notice of Service, which attaches copies of the as-filed papers.

Dated: September 15, 2020

By: */s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan plc (n/k/a Allergan Limited f/k/a Actavis plc), Allergan Sales, LLC, Allergan USA, Inc. and Allergan, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, a copy of the foregoing **Notice of Service of Allergan Defendants' Opposition to Plaintiffs' Motion for Sanctions** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Donna M. Welch
Donna M. Welch
