# Exhibit 2

## Customer Services Agreement
## Statement of Work No. 1

This Statement of Work No. 1 is entered into by and between Watson Pharma, Inc. (the "**Customer**") having an address at 360 Mt. Kemble Ave., Morristown, New Jersey 07962-1953 and **BuzzeoPDMA LLC** ("**BuzzeoPDMA**"), having its office at 1025 Boulders Parkway, Suite 405, Richmond, VA 23225.

Customer and BuzzeoPDMA LLC are parties to the Customer Services Agreement dated April 7, 2011 (the "Agreement").

This Statement of Work is amended to the Agreement and shall be governed by the terms and conditions of the Agreement as if set forth in full herein.

The parties agree to the following:

**1. Scope of Services**

**Suspicious Order Monitoring (SOM) – Onsite System Review**

BuzzeoPDMA will provide Customer an onsite review and assessment of its current SOM system. We will meet with Customer's SOM team to conduct a thorough discussion and review of the SOM system. The assessment will involve an onsite meeting at Customer's New Jersey office.

During this assessment, BuzzeoPDMA consulting team will review, discuss, and evaluate the following elements of Customer's SOM system*:

- o We will review and analyze Customer's SOM system.
- o We will discuss and review Customer's approach used to design its SOM system.
- o We will meet with Customer's IT and compliance teams to gain an understanding of the available data tables, schemas, fields, etc. in your current orders tracking system and how these items have been integrated into Customer's approach to SOM.
- o We will discuss the data that is available and what is the appropriate sampling of the actual data needed to "train" a set of statistically based and supportable index modeling formulas, if appropriate.
- o We will discuss those parameters and data points that are inherently unique to each account type and the requirements for developing a statistically justifiable SOM model specific to each account type.
- o We will discuss the systems validation of the SOM system if applicable.

*While BuzzeoPDMA will provide regulatory guidance and high level insight to model review, we will not share BuzzeoPDMA specific Intellectual Property, trade secrets, model details, etc.

The deliverable for this onsite review will be a report that identifies any gaps or other recommended changes to assist Customer in enhancing their SOM system to comply with DEA regulations and associated memorandum regarding SOM.

Our two person consulting team will consist of a Ph.D. statistician and an individual with former DEA experience, both of whom are well versed in SOM regulations and systems.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02467194

*Professional Fee:* $12,750 for the one to two day review, report preparation, and delivery, plus business expenses.

*The following are reimbursable expenses:*

**Business Expenses:**
| | |
|---|---|
| Hotel: | Equivalent to Marriott Courtyard |
| Meals | Not to exceed $85.00 per day |
| Rental Car: | Mid-size |
| Airfare: | Obtain lowest coach fares available |
| Misc: | UPS/Federal Express/Postage/Printing/Mileage/Parking/Taxi |

**Invoices shall be sent to:**

Thomas Napoli, Manager Security: DEA - AFFAIRS
Name, Title
MORRIS CORPORATE CENTER III
400 Interpace Parkway
Address
Parsippany, NJ, 07054

862-261-7193
Phone Number

862-261-7927
Fax Number

TOM.NAPOLI@WATSON.COM
Email address

*Please check one of the following:*

____ **Purchase order #** _____ **required (please attach copy)**

Please remit payment as noted below:

Mail Checks to:  
BuzzeoPDMA LLC  
P.O. Box 281414  
Atlanta, GA 30384-1414

Wire Transfer to:  
BuzzeoPDMA LLC  
c/o Bank of America  
ABA No. 0260-0959-3 (EFT)  
ABA No. 0212-0033-9 (ACH)  
Account No: 381026605690

____ **Purchase order not required for payment**

*Please answer the following question:*

Does your company allow for invoices to be received electronically? **Yes** **No**
If the answer is "yes", to what e-mail address should the invoices be sent? _____
(BuzzeoPDMA understands that certain invoices have supporting documentation; therefore, these invoices will be mailed with the backup, in addition to the invoice being sent electronically.)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02467195

The undersigned have caused this Statement of Work No. 1 to be accepted as of the Signature Date below.

Watson Pharma, Inc.

By: _____
Name: Scott K. Sain's
Title: Exec Director
Date: 7/28/11

BuzzeoPDMA LLC

By: _____
Name: William E. Buzzeo
Title: General Manager and Vice President
Date: 8/3/11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02467196