# Exhibit 7









# SOMS
## (Suspicious Order Management)

September 8, 2011

Watson SAP Team







CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826436






# SOMS



**SOMS was created to meet specific guidelines for tracking shipment of controlled substances based on Suspicious Orders Task Force Sec.504 by the DEA. Based on these guidelines SOMS monitors suspicious orders by predefined benchmarks for Customer, Class of Trade, Order and Month to Date quantities. If an order line exceeds any of the four benchmarks the order is blocked for delivery.**

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826437

# SOMS Program



- *Program F_ZVE_SUSP_ORDER_CHECK_V2*

- *User exit in order processing is executed in the t-codes VA01 and VA02.*

- *SOMS logic occurs after the OMS or IMA logic.*

- *Order types that include SOMS logic: OR, FD, TAV, ZC2, ZEDI, ZDO, ZSD and ZC2.*

- *Only checks for controlled substances (Schedule 2, 2N, 3, 3N, 4 and 5)*

- *Bypasses SOMS logic if an item is a literature material (item category 'ZKLL').*

- *Bypasses SOMS delivery block if an order is already blocked by logic other than SOMS.*

  *Example: Order Type ZC2 automatically blocks for 'ZC2 QA Block' delivery block, once that is removed if there is an item on the order that exceeds one of the SOMS benchmarks, it will block for SOMS.*

**Watson** Pharmaceuticals.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826438



# Major SOMS tables

- **ZSOMS (User Input, T-code : ZZSOMS)**
- **ZVMULDATA ( User Input, T-code :ZVMULDEA )**
- **S911**
- **S910**
- **ZVCUSTDATA**
- **ZVTRADEDATA**

4

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826439

# T-code ZZSOMS

System Help

Maintain SOMS data

| Customer | Customer Name | City | Material | Descr. | From Date | To Date |
|---|---|---|---|---|---|---|
| | | | 00591345301 | MORPHINE SULFATE E... | 05/01/2011 | 05/30/2011 |
| | | | 00591359360 | DRONABINOL 10MG CA... | 06/01/2011 | 07/01/2011 |
| | | | 55253007530 | FENTANYL CITRATE EQ ... | 05/01/2011 | 05/30/2011 |
| 1034504 | WALGREEN (PA) | BETHLEHEM | 00591034905 | HYDROCODONE/APAP ... | 04/15/2011 | 04/15/2011 |
| 1044953 | WALGREEN EASTERN #3154 | KEENE | 00591562101 | DIAZEPAM 2MG TAB 100 | 05/01/2011 | 05/30/2011 |
| 1307782 | CARDINAL HEALTH | GROVEPORT | | | 04/11/2011 | 12/31/2011 |
| 1317763 | H D SMITH | STRATHAM | 00591024010 | LORAZEPAM 0.5MG TAB ... | 06/01/2011 | 07/01/2011 |
| 1317763 | H D SMITH | STRATHAM | 00591078301 | DIETHYLPROPION HCL ... | 04/22/2011 | 04/30/2011 |
| 1319929 | H D SMITH | KEARNY | 00591039601 | PENTAZOCINE HCL/APA... | 04/22/2011 | 04/30/2011 |

Hist

This table is used to override the system calculated averages for SOMS.

3 ways to override SOMS logic by period.

- Product only
- Ship-to only
- Ship-to and Product

If system finds record from this table, the order would be blocked with 12 (Cust Av/mth).

Watson Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826440

# T-code ZVMULDEA

Table View Edit Goto Selection Utilities System Help

Change View "DEA view of ZVMULDATA": Overview

DEA view of ZVMULDATA

| Class... | No. | SOMS Mul | OMS Mult. |
|---|---|---|---|
| CCS | 123 | 999.000 | 321.000 |
| CHAIN | 144 | 3.000 | 1.500 |
| CLIN | 999 | 999.000 | 999.000 |
| CLOSE | 999 | 999.000 | 999.000 |
| DIAL | 999 | 999.000 | 999.000 |
| DISTR | 36 | 3.000 | 1.500 |
| DOD | 999 | 999.000 | 999.000 |
| ECOM | 999 | 999.000 | 999.000 |
| EXP | 999 | 999.000 | 999.000 |
| GPO | 999 | 999.000 | 999.000 |
| GROUP | 999 | 999.000 | 999.000 |
| HMOMC | 999 | 999.000 | 999.000 |
| HOSPT | 999 | 999.000 | 999.000 |
| MAILO | 999 | 3.000 | 3.000 |
| MANF | 999 | 999.000 | 999.000 |
| MDCD | 999 | 999.000 | 999.000 |
| MDDDC | 999 | 999.000 | 999.000 |
| MDPD | 999 | 999.000 | 999.000 |
| NURSH | 999 | 999.000 | 999.000 |
| NWCH | 999 | 999.000 | 999.000 |
| OGA | 888 | 2.000 | 123.769 |
| OTHER | 999 | 999.000 | 999.000 |
| OUTP | 999 | 999.000 | 999.000 |
| PBM | 999 | 999.000 | 999.000 |

Position... Entry 2 of 35

WD2 (1) (300) uscasrv0207 OVR

**No. field is used only for OMS**

**Multiplier for SOMS**

**Multiplier for OMS**

Watson Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826441

# Table S911

Table Entry Edit Goto Settings Utilities Environment System Help

Data Browser: Table S911 Select Entries 32

Check Table...

Table S911
xed Columns List Width 0250

| Month | Date | Week | Period | Ship-to party | Material | Fi.Year Variant | Admin.data | Base Unit | Orders | Billed qty |
|---|---|---|---|---|---|---|---|---|---|---|
| 200304 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 4 | 696.000 |
| 200305 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 564.000 |
| 200306 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 10 | 516.000 |
| 200307 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 10 | 576.000 |
| 200308 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 576.000 |
| 200309 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 528.000 |
| 200310 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 516.000 |
| 200311 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 7 | 492.000 |
| 200312 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 768.000 |
| 200401 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 6 | 516.000 |
| 200402 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 6 | 336.000 |
| 200403 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 564.000 |
| 200405 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 4 | 168.000 |
| 200406 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 552.000 |
| 200407 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 552.000 |
| 200408 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 528.000 |
| 200409 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 420.000 |
| 200410 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 7 | 396.000 |
| 200411 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 432.000 |
| 200412 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 4 | 468.000 |
| 200501 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 7 | 504.000 |
| 200502 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 7 | 360.000 |
| 200503 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 420.000 |
| 200504 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 7 | 504.000 |
| 200505 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 360.000 |
| 200506 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 432.000 |
| 200507 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 396.000 |
| 200508 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 540.000 |
| 200509 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 336.000 |
| 200510 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 8 | 456.000 |
| 200511 | 00/00/0000 | 000000 | 000000 | 0001063472 | 000000000591523801 | | 0000000000 | BTL | 9 | 324.000 |

SE16 uscasrv0126 INS

Start | SAP Logon Pad 620 | Data Browser: Ta... | Display Material (Init... | My Documents | EDD0011 | Microsoft PowerPoin... | 2:47 PM

Once the order has been created the Orders field is populated and when it has been invoiced the Billed qty field is populated. The Table contains data by Per Month, Ship-to party, Material, Number of Orders and Billed qty. This table is used to calculate the values displayed in the ZVCUSTDATA table for Average month quantities and Average order quantities for rolling twelve months.

Watson Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826442

# Table S910

| Month | Date | Week | Period | Class of Trade | Material | Fi.Year Variant | Admin.data | Base Unit | Orders | Billed qty |
|---|---|---|---|---|---|---|---|---|---|---|
| 200304 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 13[illegible] | 5,239.000 |
| 200305 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 204 | 0,191.000 |
| 200306 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 135 | 4,365.000 |
| 200307 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 145 | 5,[illegible]54 000 |
| 200300 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 213 | 7,436 000 |
| 200309 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 261 | 0,453 000 |
| 200310 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 339 | 19,069.000 |
| 200311 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 229 | 11,439.000 |
| 200312 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 106 | 13,030 000 |
| 200401 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 03 | 4,474 000 |
| 200402 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 55 | 1,171 000 |
| 200403 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 90 | 2,101.000 |
| 200404 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | | 1 | 0.000 |
| 200405 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 447- | 2,700.120 |
| 200406 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 707- | 6,363 100 |
| 200407 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 252 | 7,227 000 |
| 200400 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 234 | 7,113 000 |
| 200409 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 262 | 5,093.000 |
| 200410 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 260 | 10,340.000 |
| 200411 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 242 | 6,339 000 |
| 200412 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 159 | 7,046 000 |
| 200501 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 127 | 4,725 000 |
| 200502 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 176 | 5,090.000 |
| 200503 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 235 | 6,313.000 |
| 200504 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 170 | 6,073.000 |
| 200505 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 195 | 6,241 000 |
| 200506 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 188 | 6,752 000 |
| 200507 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 169 | 5,974 000 |
| 200500 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 205 | 6,722.000 |
| 200509 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 153 | 7,205.000 |
| 200510 | 00/00/0000 | 000000 | 000000 | WHOLS | 000000000591523001 | | 0000000000 | BTL | 150 | 6,152 000 |

Once the order has been created the Orders field is populated and when it has been invoiced the Billed qty field is populated.

The Table contains data by Month, Class of Trade, Material, Number of Orders and Billed qty.

This table is used to calculate the values displayed in the ZVTRADEDATA table for Average month quantity and Average order quantity.

Watson Pharmaceuticals

Case: 1:17-md-02804-DAP Doc #: 3467-9 Filed: 09/25/20 11 of 22. PageID #: 506681

# Table ZVCUSTDATA

| Client | Customer (ship to) | Material | Base Unit | Avg.mon.Qty | Avg.Qty |
|---|---|---|---|---|---|
| 300 | 0001001533 | 000000000078010705 | BTL | 36.000 | 36.000 |
| 300 | 0001001533 | 000000000078024305 | BTL | 39.000 | 19.500 |
| 300 | 0001001533 | 000000000536000486 | BTL | 188.000 | 51.273 |
| 300 | 0001001533 | 000000000536009185 | BTL | 17.500 | 17.500 |
| 300 | 0001001533 | 000000000536011183 | BTL | 9.000 | 9.000 |
| 300 | 0001001533 | 000000000536012285 | BTL | 32.222 | 22.308 |
| 300 | 0001001533 | 000000000536012297 | BTL | 181.714 | 106.000 |
| 300 | 0001001533 | 000000000536012372 | BTL | 85.333 | 54.857 |
| 300 | 0001001533 | 000000000536016085 | BTL | 12.000 | 12.000 |
| 300 | 0001001533 | 000000000536016097 | BTL | 8.333 | 8.333 |
| 300 | 0001001533 | 000000000536035501 | BTL | 93.000 | 93.000 |
| 300 | 0001001533 | 000000000536037097 | BTL | 12.500 | 12.500 |
| 300 | 0001001533 | 000000000536041085 | BTL | 51.000 | 29.143 |
| 300 | 0001001533 | 000000000536041772 | BTL | 8.500 | 8.500 |
| 300 | 0001001533 | 000000000536060085 | | 17.167 | 20.600 |
| 300 | 0001001533 | 000000000536065085 | BTL | 12.000 | 12.000 |
| 300 | 0001001533 | 000000000536071080 | BTL | 18.000 | 12.000 |
| 300 | 0001001533 | 000000000536077085 | BTL | 32.571 | 22.800 |
| 300 | 0001001533 | 000000000536077897 | BTL | 37.091 | 37.091 |
| 300 | 0001001533 | 000000000536081095 | TUB | 8.500 | 11.333 |
| 300 | 0001001533 | 000000000536081595 | TUB | 12.000 | 12.000 |
| 300 | 0001001533 | 000000000536082585 | BTL | 34.714 | 24.300 |
| 300 | 0001001533 | 000000000536088085 | BTL | 5.000 | 2.500 |
| 300 | 0001001533 | 000000000536090197 | BTL | 24.000 | 20.000 |
| 300 | 0001001533 | 000000000536093586 | BTL | 1,335.888 | 239.104 |
| 300 | 0001001533 | 000000000536093686 | BTL | 1,668.778 | 268.196 |
| 300 | 0001001533 | 000000000536097097 | BTL | 15.000 | 15.000 |
| 300 | 0001001533 | 000000000536110095 | TUB | 46.286 | 32.400 |
| 300 | 0001001533 | 000000000536125512 | BOX | 14.000 | 14.000 |
| 300 | 0001001533 | 000000000536126012 | BOX | 9.600 | 9.600 |
| 300 | 0001001533 | 000000000536132012 | BOX | 24.000 | 24.000 |

This table captures the average monthly and average order quantity for ***ship-to customer*** and ***material*** for a rolling 12 months.
OMS only uses the Avg. mon. Qty. SOMS uses both.

Note: A batch job is scheduled to run the first of the month to update tables ZVCUSTDATA and ZVTRADEDATA. Batch job: ZNH_SD_M_TABMAINTENANCE.

The data stored in the S911 and S910 tables is used to calculate the values on the ZVCUSTDATA and ZVTRADEDATA tables for a rolling 12 months.

Watson Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ALLERGAN_MDL_03826444






# Table ZVTRADEDATA

Table Entry Edit Goto Settings Utilities Environment System Help

Data Browser: Table ZVTRADEDATA Select Entries 500

Check Table...

Table ZVTRADEDATA
Displayed Fields: 6 of 6 Fixed Columns

| Client | Class of Trade | Material | Base Unit | Avg.mon.Qty | Avg.Qty |
|---|---|---|---|---|---|
| 300 | WHOLS | 000000000078008405 | | 0.000 | 0.000 |
| 300 | WHOLS | 000000000078010308 | BTL | 185.000 | 16.818 |
| 300 | WHOLS | 000000000078010705 | BTL | 3,272.888 | 31.051 |
| 300 | WHOLS | 000000000078024305 | BTL | 2,417.488 | 23.470 |
| 300 | WHOLS | 000000000536000486 | BTL | 1,213.833 | 107.103 |
| 300 | WHOLS | 000000000536001583 | BTL | 1,837.667 | 56.858 |
| 300 | WHOLS | 000000000536002583 | BTL | 2,592.917 | 85.953 |
| 300 | WHOLS | 000000000536009185 | BTL | 3,582.588 | 55.399 |
| 300 | WHOLS | 000000000536011183 | BTL | 2,131.083 | 43.715 |
| 300 | WHOLS | 000000000536012285 | BTL | 2,955.583 | 56.566 |
| 300 | WHOLS | 000000000536012297 | BTL | 9,868.333 | 206.700 |
| 300 | WHOLS | 000000000536012372 | BTL | 6,269.583 | 151.683 |
| 300 | WHOLS | 000000000536016085 | BTL | 1,538.917 | 28.885 |
| 300 | WHOLS | 000000000536016097 | BTL | 2,358.258 | 58.151 |
| 300 | WHOLS | 000000000536035501 | BTL | 324.288 | 40.025 |
| 300 | WHOLS | 000000000536035510 | BTL | 45.182 | 10.574 |
| 300 | WHOLS | 000000000536037097 | BTL | 3,624.167 | 90.416 |
| 300 | WHOLS | 000000000536041059 | BTL | 894.833 | 49.944 |
| 300 | WHOLS | 000000000536041085 | BTL | 1,488.167 | 33.505 |
| 300 | WHOLS | 000000000536041772 | BTL | 81.500 | 14.052 |
| 300 | WHOLS | 000000000536041891 | TUB | 79.833 | 17.107 |
| 300 | WHOLS | 000000000536051085 | BTL | 480.750 | 30.047 |
| 300 | WHOLS | 000000000536051097 | BOX | 1,548.917 | 79.094 |
| 300 | WHOLS | 000000000536059085 | BTL | 1,938.750 | 45.087 |
| 300 | WHOLS | 000000000536060085 | BTL | 2,795.417 | 80.637 |
| 300 | WHOLS | 000000000536065085 | BTL | 7,596.917 | 72.294 |
| 300 | WHOLS | 000000000536071080 | BTL | 2,483.888 | 84.070 |
| 300 | WHOLS | 000000000536077085 | BTL | 3,698.258 | 101.091 |
| 300 | WHOLS | 000000000536077097 | BTL | 6,388.417 | 103.985 |
| 300 | WHOLS | 000000000536081095 | TUB | 2,238.833 | 91.365 |
| 300 | WHOLS | 000000000536081595 | TUB | 1,659.333 | 59.976 |

Selection restricted to 500 hits    WO2 (1) (300)    uscasrv0126    INS

Start | SAP Logon Pad 620 | Data Browser: Ta... | SAP - Production Su... | My Documents | Karen Johnson - Inb... | OMS and SOMS.ppt | 4:01 PM

ZVTRADEDATA table is used for SOMS only. This table captures the Average month quantity and Average order quantity for ***class of trade*** and ***material*** for rolling 12 months.

Note: A batch job is scheduled to run the first of the month to update tables ZVCUSTDATA and ZVTRADEDATA. Batch job: ZNH_SD_M_TABMAINTENANCE.

The data stored in the S911 and S910 tables is used to calculate the values on the ZVCUSTDATA and ZVTRADEDATA tables for a rolling 12 months.

Watson Pharmaceuticals





# SOMS Logic

- **Override average quantity on ship-to customer/material (from ZZOMS)**

- **Logic retrieves benchmark data for:**
  - Ship-to customer / material from table ZVCUSTDATA
  - Class of trade / material from table ZVTRADEDATA
  - Month-to-date billed quantity for customer/material from table S911
  - Class of trade multiplier from ZVMULDEA is based on class of trade of the sold-to customer

- **Sequence for retrieving benchmark data:**
  1. Customer Average per Month
  2. Customer Average per Order
  3. Class of Trade Average per Month
  4. Class of Trade Average per Order

- **Delivery blocks values for SOMS are:**
  - Suspect CUS Av/mth (12)
  - Suspect CUS Av/ord (13)
  - Suspect COT Av/mth(10)
  - Suspect COT Av/ord(11)



11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826446

# SOMS logic flow chart





**SOMS (Suspicious Order Management System) Logic flow**



**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826447

# SOMS Block





Sales Order is blocked for Suspect Class of Trade Average per Month.

Header delivery block.

**Watson** Pharmaceuticals.

13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826448

# Releasing a SOMS block







To release a SOMS block one of the following Reason codes is entered in the SOMS Release code field using transaction VA02.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Watson Pharmaceuticals.

ALLERGAN_MDL_03826449

# Transaction VA14L
# to view orders blocked for SOMS



Enter values 10 thru 13 in the Delivery block header field

15



ALLERGAN_MDL_03826450

# VA14L - continued



A list of orders blocked for SOMs is displayed. This transaction also allows changes to the order.

16



ALLERGAN_MDL_03826451

# Printing the SOMS Investigation Form

Select Menu Path: Sales document> Issue Output to using transaction VA02.

Watson Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826452

# SOMS Investigation Form







Class of Trade Average per Order, Class of Trade Average per Month, Customer Average per Order, Customer Average per Month and Month to Date values displayed on the SOMS Investigation Form are rounded to the next higher value. This form is used to document the authorization of SOMS Release code prior to actually entering Release code on the order.

18

Watson Pharmaceuticals.

ALLERGAN_MDL_03826453

# Purchasing Benchmark for the Suspicious Order Monitoring System (SOMS) Transaction ZVSUS



Program  Edit  Goto  System  Help

Purchasing Benchmark for the Suspicious Order Monitoring System (SOMS)

| Selection Criteria | | | | |
|---|---|---|---|---|
| Plant | us01 | to | us01 | |
| Document date | 12/01/2005 | to | 12/15/2005 | |
| Release Reason code | | to | | |
| Variant | | | | |

ZVSUS  uscasrv0126  INS

Start | SAP Logon Pad 620 | Purchasing Benchmar... | SAP Easy Access | Microsoft PowerPoint - [... | 4:25 PM

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826454

# ZVSUS - continued

List Edit Goto Settings System Help

**Purchasing Benchmark for the Suspicious Order Monitoring System (SOMS)**

Selections

System W02 Watson Pharmaceuticals (Laboratories), Inc Page 1 of
Todays Date / Current Time 07/14/2006 16 25 50 SOMS Release Activity
User KJOHNSON

Plant Release Reason Code Release Code Description

US81 01 Increased supply to new or existing customer/patient

| Sold To # | Ship To # | Ship To Name | Sales Order # | Item # | Material # | Description | Order Type | |
|---|---|---|---|---|---|---|---|---|
| 1060079 | 1060079 | GENERAL INJECTABLES & VACCINE | 128365 | 000010 | 88591885385 | HYDROCODONE/APAP 10/325MG TAB 500 | C | 100 |
| 1060079 | 1060079 | GENERAL INJECTABLES & VACCINE | 128365 | 000020 | 00591054005 | HYDROCODONE/APAP 10/500MG TAB 500 | C | 100 |
| 1060079 | 1060079 | GENERAL INJECTABLES & VACCINE | 128897 | 000010 | 00591085305 | HYDROCODONE/APAP 10/325MG TAB 500 | C | 200 |
| 1060079 | 1060079 | GENERAL INJECTABLES & VACCINE | 128897 | 000020 | 00591054005 | HYDROCODONE/APAP 10/500MG TAB 500 | C | 200 |
| 1075478 | 1039056 | D&K HLTHCR RESOURCES/KY | 128288 | 000030 | 00591562005 | DIAZEPAM 10MG TAB 500 | C | 18 |
| 1201047 | 1030704 | J M BLANCO INC | 128782 | 000010 | 52544095801 | FIORICET/CODEINE 50/325/40/30MG CAP 100 | C | 8 |
| 1201049 | 1061223 | ANDA PHARMACEUTICALS INC | 126094 | 000100 | 00591054001 | HYDROCODONE/APAP 10/500MG TAB 100 | C | 4,84 |
| 1201049 | 1061223 | ANDA PHARMACEUTICALS INC | 126094 | 000150 | 00591050301 | HYDROCODONE/APAP 10/650MG TAB 100 | C | 5,10 |
| 1201049 | 1061223 | ANDA PHARMACEUTICALS INC | 126094 | 000220 | 00591034901 | HYDROCODONE/APAP 5/500MG TAB 100 | C | 1344 |
| 1201049 | 1131869 | ANDA INC | 128906 | 000100 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 5,47 |
| 1201049 | 1061223 | ANDA PHARMACEUTICALS INC | 128915 | 000090 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 4,92 |
| 1201049 | 1061223 | ANDA PHARMACEUTICALS INC | 128915 | 000230 | 00591321901 | BUTAL/ASA/CAFF 50/325/40MG CAP 100 | C | 144 |
| 1201086 | 1201086 | BLOODWORTH WHOLESALE DRUGS | 126995 | 000020 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 432 |
| 1201086 | 1201086 | BLOODWORTH WHOLESALE DRUGS | 127776 | 000010 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 144 |
| 1201120 | 1307782 | CARDINAL HEALTH | 127683 | 000420 | 00591322801 | HYDROCODONE/APAP 10/750MG TAB 100 | C | 192 |
| 1201120 | 1307782 | CARDINAL HEALTH | 127849 | 000260 | 00591322801 | HYDROCODONE/APAP 10/750MG TAB 100 | C | 156 |
| 1201120 | 1307782 | CARDINAL HEALTH | 128953 | 000040 | 00591085305 | HYDROCODONE/APAP 10/325MG TAB 500 | C | 636 |
| 1201301 | 1061826 | HENRY SCHEIN, INC | 128078 | 000050 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 24 |
| 1201364 | 1201364 | KING DRUG CO OF FLORENCE | 128532 | 000480 | 00591322379 | TESTOSTERONE CYP INJ 200MG/ML 10ML V1 1 | C | 12 |
| 1201364 | 1201364 | KING DRUG CO OF FLORENCE | 128533 | 000180 | 00591039501 | PENTAZOCINE/NALOX HCL 50/0.5MG TAB 100 | C | 6 |
| 1201368 | 1201368 | KINRAY INC | 128919 | 000980 | 00591085305 | HYDROCODONE/APAP 10/325MG TAB 500 | C | 120 |
| 1201399 | 1044381 | MCKESSON-CENTRAL DEPOT | 126235 | 000010 | 52544053901 | NORCO 10/325MG TAB 100 | C | 3,64 |
| 1201399 | 1040807 | MCKESSON-MEMPHIS | 126237 | 000010 | 00591074401 | ESTAZOLAM 1MG TAB 100 | C | 19 |
| 1201399 | 1044381 | MCKESSON-CENTRAL DEPOT | 127705 | 000010 | 52544053901 | NORCO 10/325MG TAB 100 | C | 4176 |
| 1201399 | 1002081 | MCKESSON-NEW CASTLE | 127751 | 000030 | 00591336570 | LORAZEPAM 2MG/ML INJ 10ML VIAL 10X10ML | C | 60 |
| 1201399 | 1040807 | MCKESSON-MEMPHIS | 127769 | 000010 | 00591074401 | ESTAZOLAM 1MG TAB 100 | C | 1 |
| 1201423 | 1070093 | MEDCO HEALTH SOLUTIONS-NV | 128336 | 000040 | 00591320301 | HYDROCODONE/APAP 7.5/325MG TAB 100 | C | 560 |

ZVSUS uscasrv0126 INS

Start SAP LogonPad620 Purchasing Benchmar... SAP Easy Access Microsoft PowerPoint - [... 4:26 PM

This report is captures the SOMS Release Activity by Plant, Document date range and Release code values with pertinent information (Sold-to, Ship-to, Ship-to name, Sales Order #, Material, Description, etc..)

Watson Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# ZVSUS - continued

List Edit Goto Settings System Help

**Purchasing Benchmark for the Suspicious Order Monitoring System (SOMS)**

Selections

Watson Pharmaceuticals (Laboratories), Inc. Page 1 of 2
SOMS Release Activity

| # Item # | Material # | Description | Order Type | Qty | Released Qty | Released Date | User Released | Goods Issue Date |
|---|---|---|---|---|---|---|---|---|
| customer/patient | | | | | | | | |
| 000010 | 00591085305 | HYDROCODONE/APAP 10/325MG TAB 500 | C | 100.000 | 100.000 | 12/14/2005 | JLUU | 12/16/2005 |
| 000020 | 00591054005 | HYDROCODONE/APAP 10/500MG TAB 500 | C | 100.000 | 100.000 | 12/14/2005 | JLUU | 12/16/2005 |
| 000010 | 00591085305 | HYDROCODONE/APAP 10/325MG TAB 500 | C | 200.000 | 200.000 | 12/16/2005 | CWALDEN | 12/19/2005 |
| 000020 | 00591054005 | HYDROCODONE/APAP 10/500MG TAB 500 | C | 200.000 | 200.000 | 12/16/2005 | CWALDEN | 12/19/2005 |
| 000030 | 00591562005 | DIAZEPAM 10MG TAB 500 | C | 18.000 | 18.000 | 12/14/2005 | LSHAFFER | 12/16/2005 |
| 000010 | 52544095801 | FIORICET/CODEINE 50/325/40/30MG CAP 100 | C | 8.000 | 8.000 | 12/16/2005 | LSHAFFER | 12/19/2005 |
| 000100 | 00591054001 | HYDROCODONE/APAP 10/500MG TAB 100 | C | 4,848.00 | 2,424.800 | 12/05/2005 | CWALDEN | 12/07/2005 |
| 000150 | 00591050301 | HYDROCODONE/APAP 10/650MG TAB 100 | C | 5,100.00 | 2,550.800 | 12/05/2005 | CWALDEN | 12/07/2005 |
| 000220 | 00591034901 | HYDROCODONE/APAP 5/500MG TAB 100 | C | 1344.000 | 1,344.000 | 12/05/2005 | CWALDEN | 12/07/2005 |
| 000100 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 5,472.80 | 1,824.000 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000090 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 4,920.00 | 1,640.800 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000230 | 00591321901 | BUTAL/ASA/CAFF 50/325/40MG CAP 100 | C | 144.000 | 144.000 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000020 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 432.000 | 432.000 | 12/08/2005 | CWALDEN | 12/12/2005 |
| 000010 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 144.000 | 144.000 | 12/12/2005 | CWALDEN | |
| 000420 | 00591322801 | HYDROCODONE/APAP 10/750MG TAB 100 | C | 192.000 | 192.000 | 12/12/2005 | CWALDEN | |
| 000260 | 00591322801 | HYDROCODONE/APAP 10/750MG TAB 100 | C | 156.000 | 156.000 | 12/13/2005 | CWALDEN | 12/15/2005 |
| 000040 | 00591085305 | HYDROCODONE/APAP 10/325MG TAB 500 | C | 636.000 | 636.000 | 12/16/2005 | CWALDEN | 12/19/2005 |
| 000050 | 00591078301 | DIETHYLPROPION HCL 25MG TAB 100 | C | 24.000 | 24.000 | 12/14/2005 | LSHAFFER | 12/15/2005 |
| 000480 | 00591322379 | TESTOSTERONE CYP INJ 200MG/ML 10ML V1 1 | C | 12.000 | 12.000 | 12/15/2005 | LSHAFFER | 12/20/2005 |
| 000180 | 00591039501 | PENTAZOCINE/NALOX HCL 50/0.5MG TAB 100 | C | 6.000 | 6.000 | 12/15/2005 | LSHAFFER | 12/17/2005 |
| 000980 | 00591085305 | HYDROCODONE/APAP 10/325MG TAB 500 | C | 120.000 | 120.000 | 12/16/2005 | CWALDEN | 12/20/2005 |
| 000010 | 52544053901 | NORCO 10/325MG TAB 100 | C | 3,648.00 | 360.000 | 12/05/2005 | JLUU | 12/08/2005 |
| 000010 | 00591074401 | ESTAZOLAM 1MG TAB 100 | C | 19.000 | 19.000 | 12/05/2005 | LSHAFFER | 12/06/2005 |
| 000010 | 52544053901 | NORCO 10/325MG TAB 100 | C | 4176.000 | 4,176.000 | 12/12/2005 | CWALDEN | 12/14/2005 |
| 000030 | 00591336570 | LORAZEPAM 2MG/ML INJ 10ML VIAL 10X10ML | C | 60.000 | 60.000 | 12/12/2005 | CWALDEN | 12/13/2005 |
| 000010 | 00591074401 | ESTAZOLAM 1MG TAB 100 | C | 1.000 | 1.000 | 12/12/2005 | LSHAFFER | 12/13/2005 |
| 000040 | 00591320301 | HYDROCODONE/APAP 7.5/325MG TAB 100 | C | 560.000 | 560.000 | 12/14/2005 | CWALDEN | 12/15/2005 |

ZVSUS uscasrv0126 INS

Start | SAP Logon Pad620 | Purchasing Benchmar... | SAP Easy Access | Microsoft PowerPoint - [... | 4:27 PM

Page 2 to capture all the data displayed within the Report.

Watson Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03826456

