# Exhibit 8







Suspicious Order Monitoring (SOM)

Scott Soltis, Tom Napoli, Mary Woods

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03824296



# Project Scope

- Complete evaluation of the current SOM system for compliance with regulatory changes, identification of existing gaps, proposal of, and upgrade to, a fully compliant automated solution.

  - Evaluation of existing system elements and recommended path forward, performed by third-party compliance consultant, Cegedim-Dendrite

- Assessment was completed by Cegedim-Dendrite in 2011

  - The deliverable for the onsite assessment and review was a report which identified gaps and other recommended changes to assist Watson in enhancing the SOM system to comply with DEA regulations and associated memorandum regarding SOM.

  - The report will be utilized as a roadmap for determining resources and course taken to enhance the current program to align with DEA regulations.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# Project Activities Completed To Date

PEOPLE·PRODUCTS·COMPANY

- Cegedim-Dendrite completed SOM system evaluation – September, 2011

- Findings and Recommendations provided to Watson – September, 2011

- Compliance Department budgeted for a 2012 System Implementation

- Cegedim-Dendrite provided recommended coefficients and constant values to Watson to incorporate into SAP

- SAP SOMS modifications completed in development environment by IT 3Q2012

- Testing completed in development environment by IT – 3Q2012

- SOM Project put "on hold" due to Actavis acquisition and integration project – October, 2012

- SOM Project re-initiated February, 2013



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03824298



# Critical Project Activities and Deliverable Dates

PEOPLE·PRODUCTS·COMPANY

| Activity | Date |
|---|---|
| Finalize Project Scope – Phase 1 | June 30th |
| Finalize User Requirements Specifications | June 30th |
| IT to review User Requirement Specifications and determine work effort and resource requirements | June 30th – July 7th |
| Core Team to finalize and agree upon Project Scope for Phase 1 and Phase 2 | July 7th to July 14th |
| Submit Sales History Data (Including Actavis skus) to Cegedim (March 2013 thru June 2013) | July 1st |
| Recalibration Work Effort to be completed by Cegedim | TBD – Follow up w/Cegedim required |
| Development of SOM Report by IT | TBD |
| Define and document new business processes | TBD (Mary & Tom) |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03824299



# Next Steps

- Provide Sales History Data to Cegedim for March thru June, 2013 (Early July)

- Finalize User Requirement Specifications

- Determine IT work effort remaining for Phase 1 agreed upon scope
  - IT to provide estimate and timeline

- Begin work effort to define new business processes



ALLERGAN_MDL_03824300