# Exhibit 11

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | 1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>United States | |
|---|---|---|
| Catie Ventura<br>To Call Writer Directly:<br>+1 202 879 5907<br>catie.ventura@kirkland.com | +1 202 879 5000<br>www.kirkland.com | Facsimile:<br>+1 202 879 5200 |

June 13, 2019

**By E-mail**

Patrick L. Oot
1155 F Street, N.W., Suite 200
Washington, DC 20004
oot@shb.com

Re:   *In re: National Prescription Opiate Litigation*, MDL No. 2804

Dear Patrick:

    I write to follow up again on our correspondence requesting suspicious order monitoring-related deliverables between BuzzeoPDMA (and related entities) and Actavis Pharma, Inc. or Watson Pharma, Inc.

    On February 5, 2019, we requested your help finding certain documents, including the deliverable (if any was actually created) referenced in the August 3, 2011 Statement of Work #1 between Watson Pharma, Inc. and BuzzeoPDMA. That Statement of Work indicates that BuzzeoPDMA would "provide Customer an onsite review and assessment of its current SOM system" and "[t]he deliverable for this onsite review will be a report that identifies any gaps or other recommended changes to assist Customer in enhancing their SOM system…" We requested copies of any such audits, assessments, or other work product for any of the Watson or Actavis companies.

    On February 15, 2019, you responded and indicated that "By February 22, 2019, barring any unforeseen circumstances, IQVIA will provide Clients with the final set of readily-accessible deliverables with Buzzeo-related entities via a secure download link and password."

    Having received no deliverables, we wrote to you on May 29, 2019 to confirm that you do not have the report referenced in Statement of Work #1 described above, or any related documents to provide. We still have not received a response.

    Plaintiffs have asked us to confirm by June 14, 2019 whether we have this report, so we ask you to please confirm whether or not you have a copy of it (or related documents) as soon as possible.

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai

# KIRKLAND & ELLIS LLP

Patrick L. Oot
June 13, 2019
Page 2

Sincerely,

*/s/ Catie Ventura*

Catie Ventura