# EXHIBIT 7

**From:** **Sharon Desh** Sharon.desh@bartlitbeck.com
**Subject:** Re: EXTERNAL-Re: Agenda items 252, 232, and 253
**Date:** June 1, 2020 at 9:48 AM
**To:** David Cohen David@SpecialMaster.Law
**Cc:** 2804 Discovery, MDL mdl2804discovery@motleyrice.com, **EXT Track1BDefendants** EXT_Track1BDefendants@jonesday.com

**\*\* External mail \*\***

Special Master Cohen,

As discussed with Plaintiffs on the phone call (which to my knowledge Mr. Mougey did not attend), these agenda items are properly removed from the agenda and both Walgreens and Cuyahoga will be producing documents shortly as a result. We disagree with Mr. Mougey's characterization, but there is no need to address that further here. I only emphasize that we reached agreement after a series of very productive and professional exchanges, and we look forward to continuing to work with Plaintiffs in this type of cooperative manner in the future.

Thank you,

Sharon

# BartlitBeck LLP

Sharon Desh | P: 312.494.4445 | C: 301.537.9638 | Sharon.Desh@BartlitBeck.com | 54 West Hubbard Street, Suite 300, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message

On May 30, 2020, at 4:00 PM, Peter Mougey <pmougey@levinlaw.com> wrote:

External E-mail

I don't mean to be Debbie Downer on a Saturday Morning, but before congrats are in order we have only made a very small step forward. The parties have agreed to weekly calls, a renewed request for WAG to yet again review withheld documents based on previous orders etc. Please stay tuned for the year-old WAG min-series re its 16k docs withheld on its PL and whether we there is change in pace and scope.

Peter

**From:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Sent:** Friday, May 29, 2020 1:30 PM
**To:** MDL 2804 <MDL2804@motleyrice.com>
**Subject:** FW: EXTERNAL-Re: Agenda items 252, 232, and 253

**CAUTION:** This email message is
**EXTERNAL.**

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Friday, May 29, 2020 6:22:48 PM
**To:** Sharon Desh <Sharon.desh@bartlitbeck.com>
**Cc:** Pearl Robertson <probertson@irpinolaw.com>; 2804 Discovery, MDL
<mdl2804discovery@motleyrice.com>; EXT Track1BDefendants
<EXT_Track1BDefendants@jonesday.com>
**Subject:** EXTERNAL-Re: Agenda items 252, 232, and 253


Congratulations and thanks, have a nice weekend.

-d


========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

---

**From:** Sharon Desh <Sharon.desh@bartlitbeck.com>
**Sent:** Friday, May 29, 2020 2:14 PM
**To:** David R. Cohen (David@SpecialMaster.law) <david@specialmaster.law>
**Cc:** Pearl Robertson <probertson@irpinolaw.com>; 2804 Discovery, MDL
<mdl2804discovery@motleyrice.com>; EXT Track1BDefendants
<EXT_Track1BDefendants@jonesday.com>
**Subject:** Agenda items 252, 232, and 253


Special Master Cohen,


By means of an update, the parties have resolved agenda items 252, 232, and 253 regarding outstanding privilege challenges.  Each party reserves the right to raise good faith requests to the other regarding redactions once the downgrades are produced.


Thank you and have a nice weekend,


Sharon

# BartlitBeck LLP

Sharon Desh | P:  312.494.4445 | C:  301.537.9638 | Sharon.Desh@BartlitBeck.com | 54 West Hubbard Street, Suite 300, Chicago, IL 60654

This message may contain confidential and privileged information.   If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***