# EXHIBIT 9

| | | | | Special Master Cohen Discovery Agenda<br>Date: 5.19.2020 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Agenda Item | Party | New / Previous / Upcoming | Subject of Dispute | Tab No. w/Doc Title | Date Added | Added By | Plaintiffs Attorney | Defendant Attorney | Notes |
| 232 | Walgreens | Previous | PEC's Challenges to Walgreens Privilege Claims | 232A - 9/25 PEC Letter Brief<br>232B - Exhibit A<br>232C - Exhibit B<br>232D - Exhibit C<br>232E - Exhibit C-1<br>232F - Exhibit C-2<br>232G - Exhibit C-3<br>232H - Exhibit C-4<br>232I - Exhibit D<br>232J - Exhibit E<br>232K - 9/25 Desh Email<br>232L - 3/21 Desh Letter<br>232M - 10/1 & 10/4 Irpino Emails to Desh<br>232N - 11/1 - 11/18 Gaddy, Irpino & Desh Email Chain<br>232O - 11/18 Desh Letter<br>232P - 9/25/19 - 3/2/20 - Notes and Correspondence<br>232Q - 3/25/20 Robertson Email<br>232R - 5/18/20 Desh Email | 5/25/19 | P | Mougey / Shkolnik / Irpino / Robertson | Desh / Swift | By means of an update for Agenda Items 232, 253, and 252, the parties have continued to work cooperatively to exchange responses to privilege challenges.  The parties have completed an initial exchange subject to objections, and are targeting this Thursday for the exchange of position papers with proposed next steps.  We will reach out if further assistance is needed. |
| 253 | Walgreens | Previous | PEC's Challenges to Walgreens Privilege Claims | 253A - 2/27/20 PEC Letter Brief<br>253B - Exhibit A<br>253C - Exhibit B<br>253D - Exhibit C<br>253E - Exhibit D<br>253F - Exhibit E<br>253G - Agreed Order Governing Privilege (Dkt 2882)<br>253H - 3/25/20 Robertson Email<br>253I - 5/18/20 Desh Email | 3/2/20 | P | Irpino / Robertson / Mougey | Desh / Swift | By means of an update for Agenda Items 232, 253, and 252, the parties have continued to work cooperatively to exchange responses to privilege challenges.  The parties have completed an initial exchange subject to objections, and are targeting this Thursday for the exchange of position papers with proposed next steps.  We will reach out if further assistance is needed. |