**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** | Judge Dan A. Polster |
| *Track One-B Cases* | |

### ORDER MODIFYING SECTION III(b)(5) OF THE REVISED TRACK ONE-B CIVIL JURY TRIAL ORDER

To facilitate the exchange of exhibit lists and objections, the Parties stipulate as follows:

1. The current, September 17, 2020 deadline for filing exhibit lists is vacated.

2. The Parties shall file exhibit lists no later than noon on Wednesday, October 21, 2020.

3. All other substantive provisions and deadlines in the Revised Track One-B Civil Jury Trial Order (Dkt. No. 3308) remain in effect and are unmodified by this order.

**IT IS SO ORDERED.**

/s/Dan Aaron Polster  9/16/20
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**