# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

————————————————————————

IN RE NATIONAL PRESCRIPTION    MDL No. 2804

OPIATE LITIGATION              Case No.

                               17-md-2804

————————————————————————

This Document Relates to:

SALMONS v. PURDUE PHARMA LP, et al

MDL Case No. 1:18-op-45268

FLANAGAN v. PURDUE PHARMA LP, et al

MDL Case No. 1:18-op-45405

DOYLE v. PURDUE PHARMA, LP, et al

MDL Case No. 1:18-op-46327

————————————————————————

Zoom Deposition of Lewis P. Rubin, M.D.

Washington, D.C.

September 10, 2020

10:05 a.m.

Reported by:  Bonnie L. Russo

Job No. 4242152

Page 2

1    Zoom Deposition of Lewis P. Rubin, M.D. held

2    at:

3

4

5

6                    O'Melveny & Myers, LLP

7                    1625 I Street, N.W.

8                    Washington, D.C.

9

10

11

12

13

14

15

16

17

18

19    Pursuant to Notice, when were present on behalf

20    of the respective parties:

21

22

Page 3

1     APPEARANCES:
2
3     On behalf of the Plaintiffs:
          THOMAS E. BILEK, ESQ.
4         THE BILEK LAW FIRM, LLP
          700 Louisiana, Suite 3950
5         Houston, Texas 77002
          tbilek@bileklaw.com
6
7     On behalf of NAS Children:
          SCOTT R. BICKFORD, ESQ.
8         MARTZELL BICKFORD & CENTOLA
          338 Lafayette Street
9         New Orleans, Louisiana 70130
          srb@mbfirm.com
10
      On behalf of Defendants Johnson & Johnson and
11    Janssen:
          HOUMAN EHSAN, ESQ.
12        ROBERT J. WINSON, ESQ.
          O'MELVENY & MYERS, LLP
13        400 S. Hope Street, 18th Floor
          Los Angeles, California 90071
14        hehsan@omm.com
          rwinson@omm.com
15              -and-
          SHARA C. VENEZIA-WALERSTEIN, ESQ.
16        O'MELVENY & MYERS, LLP
          7 Times Square
17        Times Square Tower
          New York, New York 10036
18        svenezia-walerstein@omm.com
                -and-
19        DAVE ROBERTS, ESQ.
          O'MELVENY & MYERS, LLP
20        1625 I Street, N.W.
          Washington, D.C. 20006
21        droberts2@omm.com
22

```
1       APPEARANCES (CONTINUED):
2
        On behalf of Defendant Allergan:
3           MARIA PELLEGRINA RIVERA, ESQ.
            KIRKLAND & ELLIS, LLP
4           300 N. LaSalle Street
            Chicago, Illinois 60654
5           mrivera@kirkland.com
6       On behalf of Defendant AmerisourceBergen:
            JENNIFER B. JORDAN, ESQ.
7           REED SMITH, LLP
            Three Logan Square
8           Suite 3100
            1717 Arch Street
9           Philadelphia, Pennsylvania 19103
            jennifer.jordan@reedsmith.com
10
        On behalf of Defendant Anda, Inc.:
11          KATY E. KOSKI, ESQ.
            FOLEY & LARDNER, LLP
12          111 Huntington Avenue
            Boston, Massachusetts 02199
13          kkoski@foley.com
14      On behalf of Defendant Assertio Therapeutics:
            SCOTT POWERS, ESQ.
15          BAKER BOTTS, LLP
            98 San Jacinto Boulevard, Suite 1500
16          Austin, Texas 78701
            scott.powers@bakerbotts.com
17
        On behalf of Defendant Cardinal Health, Inc.:
18          MICHAEL R. FISHMAN, ESQ.
            WILLIAMS & CONNOLLY, LLP
19          725 Twelfth Street, N.W.
            Washington, D.C. 20005
20          mfishman@wc.com
21
22
```

Page 5

```
 1      APPEARANCES (CONTINUED):
 2      On behalf of Defendants Endo Health Solutions,
        Inc., Endo Pharmaceuticals, Inc., Par
 3      Pharmaceutical, Inc., Par Pharmaceutical
        Companies, Inc.:
 4          MATTHEW SACHS, ESQ.
            ARNOLD & PORTER KAYE SCHOLER, LLP
 5          250 West 55th Street
            New York, New York 10019
 6          matthew.sachs@arnoldporter.com
 7      On behalf of Defendant HBC:
            ERIN GIBSON ALLEN, ESQ.
 8          MARCUS & SHAPIRA, LLP
            301 Grant Street, 35th Floor
 9          One Oxford Centre
            Pittsburgh, Pennsylvania 15219
10          allen@marcus-shapira.com
11      On behalf of Defendant H.D. Smith:
            ELIZABETH UNDERWOOD, ESQ.
12          BARNES & THORNBURG, LLP
            888 S. Harrison Street, Suite 600
13          Fort Wayne, Indiana 46802
            elizabeth.underwood@btlaw.com
14
        On behalf of Defendant McKesson Corporation:
15          EMILY ULLMAN, ESQ.
            COVINGTON & BURLING, LLP
16          850 Tenth Street, N.W.
            Washington, D.C. 20001
17          eullman@cov.com
18      On behalf of Defendant Prescription Supply,
        Inc.:
19          STEPHANIE B. FINEMAN, ESQ.
            FOX ROTHSCHILD, LLP
20          2700 Kelly Road, Suite 300
            Warrington, Pennsylvania 18976
21          sfineman@foxrothschild.com
22
```

1    APPEARANCES (CONTINUED):

2

     On behalf of Defendant Teva:
3        MELANIE S. CARTER, ESQ.
         LAUREN O'DONNELL, ESQ.
4        BLANKROME
         One Logan Square
5        130 North 18th Street
         Philadelphia, Pennsylvania 19103
6        mcarter@blankrome.com
         odonnell@blankrome.com

7

     On behalf of Defendant Walmart:
8        NICOLE C. HENNING, ESQ.
         JONES DAY
9        77 W. Wacker Drive, Suite 3500
         Chicago, Illinois 60601
10       nhenning@jonesday.com

11

12

13

14

     Also Present:  Laura Mank, Paralegal, Bilek Law
15   Firm, LLP

16

17

18

19

20

21

22

1                    C O N T E N T S
2        EXAMINATION OF LEWIS P. RUBIN, M.D.        PAGE
3        BY MR. BILEK                               9
4        BY MR. EHSAN                               283
5
6                        EXHIBITS
         Exhibit 1    Amended Notice of Oral        10
7                     Deposition of
                      Lewis P. Rubin, M.D.
8
         Exhibit 2    NAS Class Certification       45
9                     Expert Report of
                      Dr. Lewis Rubin
10
11       Exhibit 3    NAS Class Certification       46
                      Expert Report by
12                    Dr. Lewis Rubin
13       Exhibit 5    Article entitled "Herring     131
                      Files Suit Against Fentanyl
14                    Manufacturer Teva/Cephalon
                      for Illegal Marketing of
15                    Opioids"
16
         Exhibit 15   Maternal & Child Health       161
17                    article entitled "Five-Year
                      Outcomes Among Medicaid-Enrolled
18                    Children With In Utero
                      Opioid Exposure
19
         Exhibit 16   Author Manuscript entitled    180
20                    "Brief Report:  Maternal
                      Opioid Prescription from
21                    Preconception Through Pregnancy
                      and the Odds of Autism Spectrum
22                    Disorder and Autism Features in
                      Children"

1    EXHIBITS (CONTINUED):

2    Exhibit 17   Article entitled                166
                  "Educational Disabilities
3                 Among Children Born With
                  Neonatal Abstinence Syndrome"

4

     Exhibit 18   Article entitled "Association  214
5                 of Prenatal Opioid Exposure
                  With Precentral Gyrus Volume
6                 in Children"

7    Exhibit 19   JAMA Network Open article       190
                  entitled "Cognitive and Motor
8                 Outcomes of Children with
                  Prenatal Opioid Exposure"

9

     Exhibit 24   Article entitled "Variation     144
10                Among Neonatal Intensive Care
                  Units in Narcotic
11                Administration"

12   Exhibit 25   Frontiers in Pediatrics         226
                  Scope & Mission

13

     Exhibit 26   Frontiers in Pediatrics         241
14                article entitled "Perinatal
                  Opioid Exposure Primes the
15                Peripheral Immune System
                  Toward Hyperactivity"

16

     Exhibit 27   March of Dimes Website Page     278

17

18

     (Exhibits bound separately.)

19

20   MARKED QUESTION:
     PAGE 236, LINE 8

21

22

```
 1                    P R O C E E D I N G S

 2                        (10:05 a.m.)

 3

 4                    LEWIS P. RUBIN, M.D.,

 5      being first duly sworn, to tell the truth, the

 6      whole truth and nothing but the truth,

 7      testified as follows:

 8          EXAMINATION BY COUNSEL FOR PLAINTIFFS

 9              BY MR. BILEK:

10          Q.    Could you identify yourself for the

11      record, please.

12          A.    My name is Dr. Lewis P. Rubin.

13          Q.    Dr. Rubin, this is my first Zoom

14      deposition in my life which is probably your

15      first as well I would imagine, and so don't be

16      afraid if we have technical glitches that we

17      will have to work through it and we're just

18      going to try to do the best we can.

19              One of the things, because we are

20      doing this and I would consider it a new format

21      of a video deposition, I need to have some

22      additional agreements from you.
```

Page 10

```
 1              During a pending question, please do
 2      not check your phone or talk to counsel that is
 3      there in the -- during the question until you
 4      have answered the question and you can take a
 5      break if you need to take a break.
 6              Can we have that agreement?
 7      A.    Yes.
 8      Q.    As you understand, you are under
 9      oath today under penalties of perjury just like
10      if you were in court even though we are not
11      formally together in a deposition.  Do you
12      understand that?
13      A.    Yes.
14      Q.    And you're appearing here today
15      pursuant to a deposition notice.
16              Have you seen that deposition
17      notice?
18      A.    Yes.
19              MR. BILEK:  Could the court reporter
20      hand him Exhibit 1, please.
21              (Deposition Exhibit 1 was marked for
22      identification.)
```

1           MR. BILEK:  Now, for the rest of

2      counsel, I have my paralegal who is forwarding

3      electronically all of the copies of the

4      deposition exhibits which you can get on the

5      break.  There will be some delay on downloading

6      but she is going to try to do the best she can

7      to get those to you and as I say, hopefully,

8      this will all work both electronically, both on

9      the Veritext deposition -- I mean, the

10     deposition exhibits will appear as you need

11     them.

12           BY MR. BILEK:

13      Q.    This deposition notice asks for

14     certain documents and one of the things that --

15     if you go -- I was provided an additional

16     report this week and it appears to be very

17     similar to the old report but we're going to go

18     through that, what the differences are, but

19     there's other things, subject to that new

20     report that was sent to me, is everything that

21     you relied on and identified in that report?

22      A.    No.

1          MR. EHSAN:  Object to the form.

2          BY MR. BILEK:

3      Q.    Okay.  What in addition have you

4  relied upon that is not in your report?

5      A.    Two things.  One is that I relied on

6  my clinical experience and expertise over four

7  decades that obviously is not in the report,

8  although it's alluded to, and the second is

9  that references in the report are merely meant

10  to be illustrative or citations on very

11  particular points.  They're by no means

12  comprehensive.  I did a much more extensive

13  review of the relevant literature.

14      Q.    Well, Doctor, anything that you are

15  relying on, especially any studies or anything

16  like that that -- you have to produce that to

17  me.  You can't hide the ball.

18      A.    My understanding --

19          MR. EHSAN:  Object to the form --

20  one second, Dr. Rubin.  Object to the form.

21          Tom, the MCL is a Rule 26 compliant

22  MCL that we provided you.

Page 13

1              THE WITNESS:  That would have been

2      my answer.

3              BY MR. BILEK:

4         Q.    Okay.  Well, anything that supports

5      or you reviewed and relied on in connection

6      with your opinions have to be produced.  I

7      mean, you can't -- you cannot say, okay, there

8      is some study that I -- I am relying on and not

9      produce it to me.

10        A.    I'm sorry.  You may have

11     misunderstood my previous response, or I may

12     have misstated it.  I'm not sure.  What I said

13     is the word "review."  I did not say the word

14     "rely."  I review literature on neonatal

15     abstinence syndrome and have since the 1980s.

16     What I relied on is in that MCL, I believe it's

17     called.

18        Q.    Okay.  Thank you, Doctor.

19              You -- this appears to be your only

20     expert opinion that you have ever rendered in

21     connection -- on behalf of a pharmaceutical

22     company; is that correct?

Page 14

1      A.     I believe that's correct.

2      Q.     Why do you hesitate?

3      A.     As I said, I think that it's

4    correct.  I was scanning back in my mind.

5    There was at least one medical device suit but

6    that was not for the defendants.

7      Q.     Okay.  Who is paying you in this

8    case?

9      A.     I submit a billing at the end of

10   every month on a website and then a check is

11   generated.

12     Q.     Who does the check come from?

13     A.     It's through an organization called

14   GLG.

15     Q.     And who is GLG?

16     A.     I don't recall what the names behind

17   the initials stand for.  It's an organization

18   that seeks out experts for expert opinions in

19   different areas.  In the past, I had rendered

20   or I had done consultations, none of them had

21   been legal or medical-legal.  They contacted me

22   in reference to a legal case and that's how

1  things began.

2      Q.    Okay.  So is it like a group which

3  -- in which you solicit yourself to be

4  available as an expert?  Is this what GLG is?

5          MR. EHSAN:  Object to the form.

6          THE WITNESS:  Largely, yes, with the

7  exception to the word "solicit."  They

8  initially contacted me.  I don't solicit myself

9  for consultations or opinions.

10         BY MR. BILEK:

11     Q.    Is this the only case in which you

12  have worked through GLG?

13     A.    The only -- yes.  The only case,

14  yes.

15     Q.    And the first time that GLG

16  contacted you was in connection with this case?

17     A.    No.  They have contacted me over the

18  past several years, maybe two, maybe three, in

19  reference to, would I be willing to do a phone

20  consultation about nonlegal subjects.

21  Typically, these are investors or other groups

22  who are interested in an aspect of the medical

Page 16

1    or scientific market where people who want an

2    expert opinion about an aspect of medicine in a

3    totally nonlegal way.

4         Q.    So have you worked with them on

5    these other matters in the past?

6              MR. EHSAN:  Object to the form.

7              THE WITNESS:  Let me try and be

8    clearer.  They will send me a notice saying

9    they have a client who is interested in medical

10   devices used in neonatal ICUs, would I be

11   willing to speak with them, and then I either

12   respond yes or no and then a conference call is

13   arranged.

14             BY MR. BILEK:

15        Q.    And there have been occasions in

16   which you have said yes, I assume.

17        A.    I'm sorry.  Could you repeat the

18   question.

19        Q.    There have been occasions in which

20   you have said yes to other matters for GLG?

21        A.    Yes.

22        Q.    On how many occasions?

Page 17

1       A.    I don't recall.  It comes up once
2   every several months.
3       Q.    And these other matters, are you
4   working for pharmaceutical companies?
5       A.    I'm pretty sure that none of these
6   -- no, in fact, I can say that definitively.
7   None of these have been on the behalf of
8   pharmaceutical companies.
9       Q.    Okay.  Getting back to GLG, who do
10  you -- who are GLG's clients in this case?
11              MR. EHSAN:  Object to the form.
12  Outside the scope.
13              But if you know how to answer the
14  question, Dr. Rubin, by all means, go ahead.
15              THE WITNESS:  My best answer to that
16  is that they referred me to attorneys at
17  O'Melveny.  Beyond that, I have no knowledge.
18              BY MR. BILEK:
19      Q.    Well, who does O'Melveny represent
20  in this case?
21      A.    The case that I was asked to render
22  a report about is a case in which O'Melveny

Page 18

1       attorneys are defending attorneys for -- I was

2       told two pharmaceutical companies.

3            Q.    And what are those two

4       pharmaceutical companies?

5            A.    What I had read is that they are

6       Johnson & Johnson and Janssen.

7            Q.    Okay.  And do you have any

8       understanding of what the role was for Johnson

9       & Johnson in connection with opioids?

10                 MR. EHSAN:  Object to the form.

11                 THE WITNESS:  No, that -- I mean,

12      no, specifically, in that, you know, I don't

13      have, you know, offhand recall of which

14      pharmaceutical companies make which opioids.

15      None of that has to do with what I was asked to

16      render a report about.

17                 BY MR. BILEK:

18           Q.    Well, you understand Johnson &

19      Johnson was involved with the manufacture of

20      opioids, correct?

21           A.    My knowledge is what I just stated,

22      that they and a variety of other pharmaceutical

```
                                            Page 19
 1      companies have manufactured synthetic opioids.
 2           Q.    And -- and Johnson & Johnson is
 3      famous for their involvement with the super
 4      poppy, right?
 5                 MR. EHSAN:  Object to the form.
 6                 THE WITNESS:  I've never heard that
 7      expression.
 8                 BY MR. BILEK:
 9           Q.    You've never heard that?
10           A.    No.
11                 THE COURT REPORTER:  Could you
12      repeat that expression too for me, "the
13      super" --
14                 MR. BILEK:  Super poppy.
15                 THE COURT REPORTER:  Super coffee?
16                 THE WITNESS:  Poppy.
17                 MR. BILEK:  Poppy.
18                 BY MR. BILEK:
19           Q.    But you understood Johnson & Johnson
20      does -- is involved with the manufacture of the
21      synthetic opioids?
22           A.    Yes, I believe I have responded
```

Page 20

```
 1    twice to that.
 2         Q.    Okay.  And then what is your
 3    understanding what Janssen does in connection
 4    with opioids?
 5         A.    No more or less than my knowledge
 6    specifically of J&J.
 7         Q.    Now, you have to disclose conflict
 8    of interest in various things, right?
 9              MR. EHSAN:  Object to the form.
10              THE WITNESS:  I am sorry.  Could you
11    repeat that question.
12              BY MR. BILEK:
13         Q.    In connection with -- you have
14    obligations to various people to disclose
15    conflicts of interest; is that correct?
16              MR. EHSAN:  Object to the form.
17              THE WITNESS:  Could you better
18    define "various people"?
19              BY MR. BILEK:
20         Q.    Anyone.  Do you have any obligation
21    at all to disclose the conflict of interest?
22              MR. EHSAN:  Object to the form.
```

Page 21

1          THE WITNESS:  When there is a

2     potential conflict of interest, I always

3     declare that.

4          BY MR. BILEK:

5     Q.    Okay.  Have you told anyone that you

6     are working on behalf of Johnson & Johnson and

7     Janssen?

8     A.    Two-part answer.  First part is no.

9     The second part is, I was asked to draft a

10    report and speak to attorneys at O'Melveny.

11    Fairly late in the process, I was given a

12    document that said that the -- the firms that

13    O'Melveny is representing are J&J and Janssen

14    so -- and I am not working directly for any

15    pharmaceutical company.

16    Q.    So you say that you don't disclose

17    that you are working for any pharmaceutical

18    company because you are -- the money is being

19    funneled through O'Melveny and then through

20    your consulting group; is that correct?

21          MR. EHSAN:  Object to the form.

22    Argumentative.

Page 22

1            THE WITNESS:  I really think that's

2    twisting things.  You started off by asking me

3    if I declare conflicts of interest, to which I

4    applied -- replied, "I always declare conflicts

5    of interest."  In the future, if something

6    comes up where this particular instance could

7    be perceived as a conflict of interest -- I

8    reiterate in the future, I certainly would do

9    so.

10            But I need to clarify one thing.  I

11   was asked to draft a report about specific

12   aspects of neonatal abstinence syndrome.  That

13   is the beginning and the end of my expert

14   opinion.

15            BY MR. BILEK:

16       Q.    Got you.  I understand.  We're going

17   to get into your report.  Don't worry about

18   that.

19       A.    I'm not worried.

20       Q.    I am asking you -- okay.  What I'm

21   asking is this question:  You understand that

22   you are getting paid by Johnson & Johnson and

Page 23

1    Janssen, correct?

2         A.    No.  I don't know that for a fact.

3         Q.    You don't know that for a fact?

4         A.    No.  That would be surmising on my

5    part.

6         Q.    Has any lawyer at O'Melveny told you

7    that you are being retained into rendering

8    opinions on behalf of Johnson & Johnson and

9    Janssen?

10             MR. EHSAN:  Objection.

11             Dr. Rubin, just be careful not to

12   discuss anything that is conversations between

13   attorneys and yourself.  That's protected by

14   privilege, and I will instruct you not to

15   answer the question, but if you can answer

16   without divulging any attorney-client

17   communication, go ahead.

18             MR. BILEK:  Wait a minute.  This is

19   important because -- and it certainly -- he

20   does -- well, strike that.

21             BY MR. BILEK:

22        Q.    Let's get down to the basis of it.

Page 24

1           Are you represented by O'Melveny in

2     this case?

3           MR. EHSAN:  Tom, are you -- you are

4     now asking him for a legal opinion.  The simple

5     issue is he's already answered all your

6     questions.  What are you trying to -- I think

7     your series of questions have a bunch of

8     implied language, and I don't want to have a

9     speaking discussion with you, but if you want

10    to ask the question, ask your questions, and

11    then take his answer.

12          MR. BILEK:  I'm sorry.  Sir, first

13    of all, we're going to have to call the special

14    master.  You are getting involved -- your

15    speaking objection.  He's heard the questions

16    that I have for him, and you can object to the

17    form of the question.

18          BY MR. BILEK:

19      Q.    But going back, Dr. Rubin, are you

20    being represented by O'Melveny?  Are they your

21    lawyers?

22      A.    No.

Page 25

1              MR. EHSAN:  Object to the form.

2      Outside the scope.  Calls for a legal opinion.

3              MR. BILEK:  You're -- object to the

4      form.

5              BY MR. BILEK:

6          Q.    But you can answer the question,

7      Dr. Rubin.

8          A.    Well, I don't know the answer to

9      that.  I -- to the extent to which as a layman

10     in terms of legalities that I'm aware in

11     providing a report and speaking at this

12     deposition, I represent myself.  Beyond that, I

13     don't understand, you know, the question or its

14     implications.

15         Q.    Well, let's go back now.

16         A.    Okay.

17         Q.    The issue of who is paying you.  You

18     certainly have an understanding that you are

19     getting paid by Janssen and Johnson & Johnson,

20     correct?

21         A.    No.

22              MR. EHSAN:  Objection.

1              THE WITNESS:  You have asked me that

2       before and I keep responding in the same way,

3       which is the truthful response.  I am paid by

4       an organization that has a relationship for

5       this case with O'Melveny.

6              Beyond that -- and O'Melveny

7       attorneys are defending attorneys for these two

8       drug companies, I was told late in the process.

9       But it is purely speculation to me -- for me on

10      what the ultimate derivation of my fee is.

11             I need to reiterate.  I was asked

12      something very specific, to provide my

13      expertise for this report and now to explain --

14      I presume to explain my report in the course of

15      this deposition.  I am not representing per se

16      anybody aside from myself.  I am rendering an

17      expert opinion.

18             BY MR. BILEK:

19         Q.    Exactly.  Now, the issue of when did

20      you -- when did you have an -- reach an

21      understanding that O'Melveny represented these

22      two drug companies?

1              MR. EHSAN:  Object to the form.

2              THE WITNESS:  Probably several

3        months ago.

4              BY MR. BILEK:

5        Q.    February?

6        A.    Excuse me?

7              MR. EHSAN:  Object to the form.

8              BY MR. BILEK:

9        Q.    Was it before or after you rendered

10       your report?

11       A.    Mr. Bilek, I strive to be precise in

12       my answers.  When I say "several months," that

13       is to the best precision that I can manage.

14       Q.    And I was trying to see if I

15       could -- try to see if you recall whether it

16       was before your report or after your report?

17       A.    That's a different question.  I will

18       respond to that:  After my report.

19       Q.    Okay.  And so you rendered your

20       opinion in this case -- I mean, I am just

21       trying to understand.

22              What was your understanding of why

1     you were rendering this report?

2          A.    I was asked -- I was retained by --

3     indirectly by the firm O'Melveny in order to

4     render a report that covered specific aspects

5     of neonatal abstinence syndrome in three areas.

6     That's exactly what my report does.

7          Q.    And you didn't care who was paying

8     you?

9               MR. EHSAN:  Object to the form.

10    Argumentative.

11              THE WITNESS:  Actually, I think that

12    is kind of demeaning.

13              BY MR. BILEK:

14         Q.    We're going to get to some harder

15    issues here than that.

16              I am just trying to understand, when

17    you agreed to work for these people, you didn't

18    know who you were working for?

19         A.    Who are "these people" who you refer

20    to?

21         Q.    Johnson & Johnson and Janssen.

22         A.    I am not working directly for

Page 29

1      Johnson & Johnson or Janssen.  I have rendered

2      an expert report.  When you read my report,

3      which I'm sure you have, you will see that

4      there is no mention of any pharmaceutical

5      companies in it.  I deal with neonatal

6      abstinence syndrome.

7           Q.    Have you seen any -- have you seen

8      any literature or anything about the issue of

9      people being biased by the people that are

10     paying them?

11                MR. EHSAN:  Object to the form.

12                BY MR. BILEK:

13          Q.    Pharmaceutical companies have been

14     able to get favorable reports by paying money?

15                MR. EHSAN:  Same objection.

16                THE WITNESS:  I don't think I have,

17     but the implication clearly is that that

18     relates to me.  I hold a standard for anything

19     in which I am consulted to the highest

20     peer-review standards that I adhere to in my

21     clinical practice and in my science.  It's -- I

22     used the word before "demeaning."  I think

Page 30

1    that's turning out to be mild if you are

2    suggesting anything else in my case.

3                 BY MR. BILEK:

4        Q.    I'm not suggesting anything.  I am

5    just here asking you questions, Doctor.

6        A.    Not to my knowledge, is the response

7    to your last question.

8        Q.    Okay.  But you have not told anyone

9    that you are getting money from Janssen and

10   from Johnson & Johnson, correct?

11               MR. EHSAN:  Object to the form.

12               THE WITNESS:  Your question goes

13   back to grounds that we have been retreading

14   for the last, I think, 15 minutes.  I have told

15   you where and how I get paid.

16               In terms of discussion of anything

17   about this case, aside from discussions with

18   attorneys at O'Melveny and discussions with you

19   today, I, of course, never would discuss

20   anything.

21               BY MR. BILEK:

22       Q.    Okay.  Going back to my Exhibit 1,

Page 31

1     documents you are supposed to produce.

2              The -- you, on issue No. 5 were to

3     produce all billing records.

4              Do you see that?

5     A.    May I ask where you are looking?

6     Oh, yes.  I see it on Page 5.  That

7     documentation as well as all the rest of the

8     documentation I am told has been provided.

9     Q.    I have not received that, so if you

10    could have O'Melveny forward the billing

11    records.

12             Do you know approximately how much

13    you have billed in this case?

14    A.    From its beginning in 2019 are you

15    asking?

16    Q.    Yes.

17    A.    Okay.  When I last looked, it came

18    to somewhere between 60 and 70 hours.

19    Q.    How much do you bill per hour?

20    A.    $600.

21    Q.    So we are talking somewhere in the

22    area of 30, 40,000 you think?

Page 32

1      A.    Well, I would have to do the math

2   which requires a pencil or use of my phone.

3   You told me not to use my phone.

4      Q.    Okay.  When were you retained in

5   this case?

6      A.    Sometime in 2019.

7      Q.    Sometime in 2019.  Was it only 2019,

8   late?  Can you tell me more than that?

9      A.    As I have tried to explain, I am

10  doing my best to give you the degree of

11  precision to each of your answers.  If I knew

12  more precisely offhand in 2019, I would say so.

13  It would be several months at the most before

14  the date of my report.

15     Q.    Okay.  That's helpful.  What were

16  they telling you that -- what was the purpose

17  of your retention?

18           MR. EHSAN:  Object to the form.

19           THE WITNESS:  You started to ask one

20  question and then went into another.  Could you

21  repeat the question.

22           BY MR. BILEK:

1    Q.    What is your understanding of the

2    purpose of your retention?

3    A.    I was retained as someone who has

4    expertise, professional expertise and vast

5    experience in neonatal abstinence syndrome,

6    that being the reason I was asked to draft a

7    report that again covered three specific areas

8    about neonatal abstinence syndrome.

9    Q.    Who do you work for right now?

10    A.    Right now --

11    MR. EHSAN:  Object to the form.

12    BY MR. BILEK:

13    Q.    What hospital?  What's your primary

14    job?

15    A.    Okay.  Two different questions.

16    Which one do you want me to answer?  Who am I

17    working for right now is the first question.

18    Q.    I have already talked about working

19    for O'Melveny in this case.  What I am talking

20    about is what -- what's your -- what hospital

21    do you work for?

22    MR. EHSAN:  Object to the form.

```
                                               Page 34
 1            BY MR. BILEK:
 2       Q.    Or practice?
 3       A.    I practice at Georgetown University
 4    Hospital.
 5       Q.    Okay.  And are you employed there or
 6    are you just -- that's where you -- explain
 7    your relationship with Georgetown University
 8    Hospital?
 9       A.    So I am employed.  I am a professor
10    at Georgetown University Medical Center.
11       Q.    Now at Georgetown, do you have to
12    disclose any of your outside consulting?
13       A.    Offhand, I can't answer that with
14    precision beyond.  I am required to declare any
15    outside consulting over a certain money
16    threshold.  That's my best recollection.
17       Q.    Okay.  I've had my partner just pull
18    up the financial conflict of interest policy
19    for Georgetown University.  Have you ever
20    looked at that?
21       A.    I am not employed directly by
22    Georgetown University.
```

Page 35

1          Q.    And so are you saying that the --
2     are you doing a teaching for Georgetown?
3          A.    I am employed by MedStar Georgetown
4     University Hospital.  I have an appointment at
5     Georgetown University.
6          Q.    So under your appointment at
7     Georgetown University, are you saying that your
8     financial conflict of interest policy doesn't
9     apply to you?
10         A.    I never implied that.
11               MR. EHSAN:  Object to the form.
12               THE WITNESS:  I never implied that.
13               BY MR. BILEK:
14         Q.    Okay.  Does this financial conflict
15    of interest --
16         A.    No.  No.  Let me finish my answer.
17    You are cutting me off.  Let me finish my
18    answer.
19               My answer is that I had previously
20    stated that I conform to all conflict of
21    interest policies and I have at Georgetown
22    University.

Page 36

1       Q.   Have you disclosed to Georgetown

2   University the payments in this case?

3       A.   No.

4           MR. EHSAN:  Object to the form.

5           THE WITNESS:  Because I had not

6   received -- I need to respond to your question.

7   It's a -- it's not a no.  It's a no because.

8   It's a no because the last filing, which was

9   more than a year ago at Georgetown University

10   for my annual conflict of interest, predated

11   any payment in this case.  I certainly will be

12   declaring it the next time I file my conflict

13   of interest form.

14           BY MR. BILEK:

15       Q.   So are you saying that you have no

16   ongoing obligation to disclose conflict of

17   interest --

18           MR. EHSAN:  Object to --

19           BY MR. BILEK:

20       Q.   -- under the Georgetown University

21   policy?

22           MR. EHSAN:  Object to the form.

Page 37

1               THE WITNESS:  I do do that on an

2    ongoing basis.  However, the ongoing basis is

3    when I receive requests for updates.  It's not

4    done on a day-to-day basis.

5               BY MR. BILEK:

6       Q.    And so when do you get these

7    requests to update your disclosure of financial

8    conflict from Georgetown?

9       A.    I'm sorry.  You asked me when?

10      Q.    Yeah.  When.

11              MR. EHSAN:  Same objection.

12              THE WITNESS:  When I receive the

13   next one, I'll know.  They are at least once a

14   year.

15              BY MR. BILEK:

16      Q.    At least once a year?

17      A.    Well, they are at least once every

18   calendar year.

19      Q.    Have -- and you have been working on

20   this case for certainly almost a year now, and

21   you are saying that you have not received a

22   single request for conflict of interest from

Page 38

1    Georgetown in that period of time?

2              MR. EHSAN:  Object to the form.

3              THE WITNESS:  We are going in

4    circles.  Let me repeat.  When I last received

5    a conflict of interest request from Georgetown

6    University Medical Center, I was -- I had not

7    yet received any payments on this case.  Hence,

8    there was nothing for me to declare.  Whenever

9    -- and it's probably going to be fairly soon, I

10   receive my next annual request for a conflict

11   of interest, I will continue to be thorough.

12   And by the way, it's potential conflicts of

13   interest.

14              BY MR. BILEK:

15        Q.    And your conflict of interest form,

16   when you fill it out, who are you going to put

17   that you have a conflict of interest?  What's

18   the conflict of interest?  Is it O'Melveny, or

19   is it Janssen and Johnson & Johnson?

20              MR. EHSAN:  Object to the form.

21              THE WITNESS:  It's actually neither.

22   The conflict of interest form will ask if I

Page 39

1     have received compensation by an entity --
2     compensation beyond whatever the threshold is,
3     this is certainly beyond the threshold, and I
4     will list that.
5                  BY MR. BILEK:
6          Q.    And what entity do you intend to put
7     on there?
8          A.    I'm sorry.  Could you repeat that.
9          Q.    When you fill out your -- when you
10    disclose this to Georgetown, what entity are
11    you going to put down there?
12                 MR. EHSAN:  Object to the form.
13    Calls for speculation.
14                 THE WITNESS:  Well, since it hasn't
15    come up, I haven't decided it or haven't
16    thought about it.  It's either going to be GLG
17    with parentheses O'Melveny, or it will say
18    O'Melveny.
19                 BY MR. BILEK:
20         Q.    I think I understand.
21                 MR. EHSAN:  Objection.  Move to
22    strike.

Page 40

1              BY MR. BILEK:

2         Q.    The -- so the Georgetown conflict of

3    interest when I asked previously whether you

4    had, you know, entities that request, you know,

5    you to disclose conflict of interests, have we

6    now has established Georgetown does, is there

7    any other group that -- in which you have to

8    disclose conflict of interest?

9              MR. EHSAN:  Object to the form.

10             THE WITNESS:  Yes.  Yes.  I

11   previously answered that.

12             BY MR. BILEK:

13        Q.    Which -- who else do you have to

14   disclose conflict of interest to?

15        A.    As I previously answered, MedStar

16   Georgetown University Hospital.

17        Q.    Now, other payments by

18   pharmaceutical companies, have you had any

19   other payment from pharmaceutical companies,

20   for example, buying you lunch or paying you for

21   seminars?

22             MR. EHSAN:  Object to the form.

Page 41

1                   THE WITNESS:  Two point -- two

2       prong, not prong.  Two-part response.  One is

3       that you are assuming I am paid by a

4       pharmaceutical company.  I am paid by GLG.

5       They are paid by O'Melveny.

6                   I will say for yet another time,

7       perhaps we can ask for the record to be read

8       back for future questions on this, I will say

9       that beyond that is speculation.

10                  In terms of the second part, there

11      are national standards for physicians on what

12      they are and are not supposed to accept from

13      any pharma company, any commercial interest of

14      any kind, and I adhere scrupulously to those.

15                  BY MR. BILEK:

16          Q.    Okay.  Have you received any money,

17      in whatever form, whether to go to seminars,

18      travel expenses, lunches?  Have you received

19      any money from any pharmaceutical companies?

20          A.    The latter two --

21                  MR. EHSAN:  Object to the form.

22                  THE WITNESS:  The latter two,

Page 42

1      travel, lunches, are strictly prohibited.  And

2      to detail my previous answer, sir, no.

3                  BY MR. BILEK:

4          Q.    Okay.

5          A.    The former -- for --

6          Q.    And --

7          A.    You are cutting me off.  The former

8      part of the question.  Payment for -- could you

9      read back the first part of your question.

10         Q.    I'm trying to find whether you have

11     had any payments from any pharmaceutical

12     company --

13         A.    I'm --

14         Q.    -- ever.

15         A.    I am trying to answer.

16         Q.    I am trying --

17         A.    I am trying to answer your vague

18     questions with exactitude.

19                  May I request that we have the first

20     part of your question read back.

21                  (The record was read as requested.)

22                  THE WITNESS:  Okay.  So the

1    operative words are "to go to seminars."  I

2    have in the past attended scientific

3    conferences that have been sponsored by

4    commercial entities.  Those are not for support

5    of any product or any device.  Those are part

6    of my academic duties.

7                 BY MR. BILEK:

8         Q.    And what companies were sponsoring

9    those?  What was your understanding?

10        A.    So --

11                MR. EHSAN:  Object to the form.

12                THE WITNESS:  So the only one is

13   that I sit on an advisory board for Abbott

14   Nutrition.  That advisory board pre-COVID would

15   have meetings.  To attend those meetings, I

16   would -- Abbott Nutrition would sponsor the

17   members of the advisory board for their travel

18   to come out to attend that meeting.

19                BY MR. BILEK:

20        Q.    And so they would pay you for that?

21        A.    Yes.

22                MR. EHSAN:  Object to the form.

Page 44

1          BY MR. BILEK:

2          Q.    Have you received any -- have you

3     received any other compensation from Abbott in

4     connection with you being on the advisory

5     board?

6          A.    Not that I recall, no.

7          Q.    Okay.  Now, have you -- on any other

8     advisory boards for any other company?

9          A.    Not currently.

10         Q.    In the past?

11         A.    In the past, I have been an advisor

12    to at least two medical device companies.

13         Q.    What were those two companies?

14         A.    One is no longer in business.  I

15    believe their name was Life Technologies.  And

16    the other one, I don't recall the name.  In

17    both cases, I really should clarify.  These

18    were scientific advisory companies -- excuse

19    me, scientific advisory functions.

20         Q.    Well, were you receiving any

21    compensation in connection with those or

22    reimbursement of expenses?

Page 45

1       A.    It was so long ago I don't recall.

2   Certainly no compensation aside from perhaps

3   coverage to attend a meeting.

4       Q.    Let's move to Plaintiff's Exhibit 2.

5   I'm going to hand you Plaintiff's Exhibit 2.

6            (Deposition Exhibit 2 was marked for

7   identification.)

8            BY MR. BILEK:

9       Q.    Okay.  I'm going to represent to

10  you, this is the report that you first -- that

11  I first received back in February.

12           Do -- can you identify this document

13  for me?

14      A.    Well, I didn't receive this report

15  in February.  I wrote this report.

16      Q.    I'm not asking you whether I

17  received it in February.  What I am saying is,

18  can you identify Exhibit 2?

19      A.    Yes.  I am just trying to answer the

20  specific questions.

21           Yes.  This is my report.

22      Q.    Okay.  And I then --

Page 46

```
 1              MR. BILEK:  Could the court reporter
 2      hand him Exhibit 3, please.
 3              (Deposition Exhibit 3 was marked for
 4      identification.)
 5              BY MR. BILEK:
 6      Q.    This is the report that I just
 7      received this week.
 8              Can you identify Exhibit 3?
 9      A.    Yes --
10              MR. EHSAN:  I'm going to object to
11      the extent you are characterizing it as a new
12      report that you received.
13              Go ahead, Dr. Rubin.
14              THE WITNESS:  What I am seeing is,
15      glancing through it, exhibit -- Exhibit 2's
16      report and Exhibit 3's report appear to be
17      identical.  I only submitted one report.
18              BY MR. BILEK:
19      Q.    Okay.  Well, that's what I am
20      getting at.  This report -- have you made any
21      changes to Exhibit 2?
22              MR. EHSAN:  Object to the form.
```

Page 47

```
 1                    THE WITNESS:  If, as I understand
 2         it, you are asking me if I made any changes or
 3         amendations to the report that I first
 4         submitted, the answer to that is no.
 5                    BY MR. BILEK:
 6             Q.    Okay.  Well, that makes things
 7         simpler.
 8             A.    I hope so.
 9             Q.    Going back to Exhibit 2, the first
10         question I have is you marked this document as
11         confidential.  Why?
12                    MR. EHSAN:  Object to the form.
13         Outside the scope.
14                    THE WITNESS:  I submitted the
15         report, that addition to it was not from me.
16         It certainly is a confidential report.
17                    BY MR. BILEK:
18             Q.    Why is it a confidential report?
19             A.    From my point of view, it's
20         confidential because as I previously stated
21         towards the beginning, I haven't discussed this
22         or shared this outside of the context of
```

Page 48

1    providing this to the attorneys and discussing

2    it with you here today.  To me, that means

3    confidential.  Subject to protective order is

4    not my language.  I don't know what that means.

5         Q.    Okay.  On the confidential -- was it

6    you that put "confidential" on this report?

7         A.    I previously answered that.

8         Q.    I didn't understand your answer

9    then.

10             Did you or did you not put

11   "confidential" on it?

12        A.    For a second time, no.

13        Q.    Okay.  So -- but you do consider

14   this report confidential?

15        A.    For my definition of confidential,

16   everything about this pending legal case is, of

17   course, confidential.  It's a legal case.

18        Q.    Why?

19        A.    That's my understanding of pending

20   legal cases.

21        Q.    You think pending legal cases are

22   confidential?

Page 49

1     A.    This is getting way --

2            MR. EHSAN:  Object to the form.

3   Argumentative.

4            Dr. Rubin, just give me a second to

5   object.

6            THE WITNESS:  Yeah.  Sure.  Sure.

7   Sorry.

8            MR. EHSAN:  Object to the form.

9   Argumentative.

10           THE WITNESS:  This is getting way

11   beyond --

12           MR. BILEK:  I am getting really

13   tired of --

14           THE WITNESS:  Sorry.

15           MR. BILEK:  -- your improper

16   objections.  And I am ready to get Colin on the

17   phone right now because -- just follow the

18   rules.

19           MR. EHSAN:  There is a body of

20   federal case law that says just objecting to

21   form does not give the questioner sufficient

22   information to correct his or her question in

Page 50

1       order to ask an admissible question to be

2       submitted at trial.

3                   I am trying to do you a favor here.

4       If you don't want me to do that and that's what

5       you want and you just want me to object to the

6       form, I am happy to do that.  But I don't want

7       you to complain later saying you didn't give me

8       an opportunity to correct my question as

9       necessary.

10                  MR. BILEK:  Yes.  I -- I do not need

11      any legal help from you.  So I would prefer you

12      to follow the rule.  Thank you.  I will let you

13      know if --

14                  MR. EHSAN:  If you'd like me to just

15      object to the form and nothing else, that's

16      fine.

17                  MR. BILEK:  Thank you.

18                  BY MR. BILEK:

19          Q.    Dr. Rubin, going back to your

20      understanding of why this report should be kept

21      confidential.

22                  Is it just because you are saying

Page 51

1    that legal cases should be confidential?

2              MR. EHSAN:  Object to the form.

3              THE WITNESS:  You are getting way

4    outside of any area of expertise I have.  My

5    expertise relevant to this case is in neonatal

6    abstinence syndrome.  It is marked

7    confidential.  I did not mark it confidential.

8    That's kind of the end of my knowledge about

9    this.

10             BY MR. BILEK:

11        Q.    But you are -- you have been

12   affirmatively keeping this confidential,

13   correct?

14        A.    In the sense as you, towards the

15   beginning of the deposition, had asked me.  You

16   asked, have I discussed this with anybody, and

17   I have responded now several times.  I have

18   only discussed this with O'Melveny attorneys

19   and with you.  That is a definition of keeping

20   confidentiality.

21        Q.    Okay.  Going to your expertise in

22   this case --

Page 52

1          A.    Thank you.

2          Q.    -- how many articles have you

3     published on opioids?

4               MR. EHSAN:  Object to the form.

5               THE WITNESS:  Several.  That's the

6     best I can characterize the number, meaning a

7     few that deal with the use of opioid therapy in

8     babies hospitalized in a neonatal intensive

9     care unit.

10               BY MR. BILEK:

11          Q.    Let's go to your report, and you can

12     -- I think you have your list of publications

13     on here.  Which articles --

14          A.    My list of publications is in my CV.

15     Is that where you want me to go?

16          Q.    I think it's attached to your report

17     here, if you will look.

18          A.    No.  I know.  You said "in my

19     report."  Attached to my report, I will look.

20     Yes.

21          Q.    Doctor, I mean, this is going to be

22     a long day.  But this report is all in one

Page 53

1    thing, and it's Exhibit A.  Don't you consider,
2    like, Exhibit A part of your report?
3              MR. EHSAN:  Object to the form.
4              THE WITNESS:  I have no knowledge of
5    how exhibits are designated legally.  Would you
6    like me to go to part of my CV right now?
7              BY MR. BILEK:
8         Q.    Yes, sir.
9         A.    And what would you like me to look
10   at?
11        Q.    Which articles you published that
12   concerned opioids.
13             MR. EHSAN:  Object to the form.
14             THE WITNESS:  You will need to give
15   me several minutes.  There are a few articles.
16             BY MR. BILEK:
17        Q.    I think we have a lot -- a lot of
18   time together.
19        A.    Excuse me?  I'm sorry.
20        Q.    I think we're going to have a lot of
21   time together so --
22        A.    We're going to be heading to a lunch

Page 54

1    break for sure.

2            Okay.  So the most relevant one is

3    Reference No. 20 appearing on Page 20.

4        Q.    Okay.  You are saying that involves

5    opioids?

6        A.    Yes.  It says so right in the title.

7        Q.    Okay.  20.  What other ones have you

8    written?

9        A.    To my recollection, that is the

10   major one or that is the one that has opioids

11   were -- as it states in that article,

12   narcotics, as the principal part of the

13   article.

14           As you can see, there are numerous

15   articles that deal with neonatal intensive care

16   and aspects of it.  Off the top of my head, I

17   couldn't say which ones include the use of

18   opioids as therapies in babies.

19       Q.    What I am looking for, Doctor, is

20   anything that has to do with opioids causing

21   NAS.

22           Have you done any articles on that?

Page 55

```
 1              MR. EHSAN:  Object to the form.
 2              THE WITNESS:  Thank you for asking
 3      me the direct question.  No, I don't recall
 4      publishing anything in peer-reviewed literature
 5      about NAS.  The Reference No. 20 probably
 6      refers -- I would have to go back and reread
 7      it.  It's from 1998, but it probably refers to
 8      some of the consequences of narcotics or
 9      opioids prescribed for babies in neonatal
10      intensive care units, but it does not deal
11      specifically with NAS.
12              BY MR. BILEK:
13         Q.   Okay.  So there is no peer-reviewed
14      study that you have written on NAS being caused
15      by opioids, correct?
16              MR. EHSAN:  Object to the form.
17              THE WITNESS:  Aside from my
18      qualification about Reference 20, that is
19      correct.
20              BY MR. BILEK:
21         Q.   Okay.  You have published no study
22      on use of opioids in pregnant women?
```

Page 56

1        A.    That's correct.  I'm a

2   neonatologist, not an obstetrician.

3        Q.    You have not published any studies

4   on the clinical factors related to opioid

5   tolerance dependence or withdrawal?

6        A.    Not to my recollection.

7              MR. EHSAN:  Object to the form.

8              THE WITNESS:  Not to my

9   recollection.

10             BY MR. BILEK:

11       Q.    You have published no studies on

12  mechanisms associated with opioids, analgesia

13  tolerance or withdrawal?

14       A.    With the exception of my need to

15  reread especially Reference 20, not to my

16  recollection.  Although, you know, in different

17  review articles, that may or may not have come

18  up.

19       Q.    What article?

20             MR. EHSAN:  Object to the form.

21             THE WITNESS:  Basically in any

22  review article that discusses neonatal

Page 57

1    intensive care.

2              BY MR. BILEK:

3        Q.    You have done no studies on the

4    development in the fetal and neonatal brain

5    with or without exposure to opioids?

6              MR. EHSAN:  Object to the form.

7              THE WITNESS:  I do studies on the

8    development of brain not in relationship in my

9    own research to the question of opioids per se.

10             BY MR. BILEK:

11       Q.    You don't -- have done no studies on

12   the neurodevelopment outcome following prenatal

13   opioid exposure?

14       A.    Myself?  No.

15       Q.    Now, you have worked with Dr. Anand

16   in the past, right?

17       A.    By "worked with," he and I

18   overlapped in terms of some of our postgraduate

19   medical training, and we have, on and off,

20   known each other in the last several decades

21   although not worked directly with each other

22   since the 1980s.

1    Q.    You would agree that Dr. Anand is

2    qualified to render expert opinion on NAS?

3             MR. EHSAN:  Object to the form.

4             THE WITNESS:  Well, I'm not

5    qualified to say in any kind of legal sense

6    obviously who is or is not qualified as an

7    expert in NAS.  The only way I have to respond

8    to that question is that Dr. Anand is certainly

9    an expert on the use of opiates and opioids as

10   a treatment in newborns up through older

11   children.

12             In terms of experience with NAS, to

13   my knowledge, he doesn't deal with newborns

14   with neonatal abstinence syndrome since his

15   pediatric residency training in the 1980s.

16             BY MR. BILEK:

17   Q.    Have you read his deposition, sir?

18   A.    No.

19   Q.    Have you read his report?

20   A.    Yes.

21   Q.    Have you seen what articles he has

22   published on neonatal abstinence syndrome?

Page 59

1          A.     I don't know about comprehensively,

2     but generally, yes.

3          Q.     What is your understanding?

4          A.     That he has published articles, some

5     of which relate in part to neonatal abstinence

6     syndrome.

7          Q.     And do you consider yourself an

8     expert on neonatal abstinence syndrome?

9          A.     I think by virtue of the following

10    reasons, I do have expertise.  Those reasons

11    are that I have several decades of experience

12    taking care of possibly in the hundreds of

13    babies with NAS.  I have served as the director

14    of newborn services of neonatal intensive care

15    and so been involved with setting

16    hospital-based standards about evaluation and

17    treatment, and I was the co-chair for several

18    years in the State of Florida of a statewide

19    initiative about neonatal abstinence syndrome.

20    So in those ways, yes.

21         Q.     What was the initiative in Florida

22    that you were in charge of or involved in?

```
                                              Page 60
 1              MR. EHSAN:  Object to the form.
 2              THE WITNESS:  It's listed in my CV.
 3    I was co-chair of an initiative led by the
 4    Florida chapter of the March of Dimes and a
 5    Florida organization called, not Healthy Start,
 6    but something similar that provided services
 7    for women and children.  And this was a
 8    multi-organizational task force to work --
 9    excuse me, to work with the government of
10    Florida, the state government, at a time when
11    there had been a significant rise in the number
12    of babies with neonatal abstinence syndrome.
13              BY MR. BILEK:
14       Q.    And was there an initiative
15    undertaken?
16       A.    Could you repeat the question.
17              MR. EHSAN:  Object to the form.
18              BY MR. BILEK:
19       Q.    Did that -- what was the result?
20       A.    We had made recommendations to the
21    state attorney general and also held seminars
22    with different law enforcement and mental
```

Page 61

1    health providers throughout the state.

2        Q.    What recommendations do you recall

3    them making?

4        A.    So we generated no report.  We

5    educated the parties that I just mentioned

6    about the -- what seemed to be the immediate

7    causes of the uptake in neonatal abstinence

8    syndrome and also began to work with hospitals

9    about trying to decrease some of the variation

10   in treatment for NAS.

11       Q.    What was the recommendation as far

12   as trying to reduce the number of the

13   occurrences of NAS?

14       A.    I'm sorry.  Could you read back my

15   previous answer.

16            (The record was read as requested.)

17            THE WITNESS:  Could you read back,

18   I'm sorry, Mr. --

19            MR. BILEK:  Bilek.

20            THE WITNESS:  Sorry.  His question

21   to me.

22            THE COURT REPORTER:  The question

Page 62

1      that I just read the answer to?

2                THE WITNESS:  No.  No.  The question

3      that he just asked me after that.

4                THE COURT REPORTER:  The one he just

5      asked.

6                THE WITNESS:  Thank you.

7                (The record was read as requested.)

8                THE WITNESS:  Thank you.  With Zoom,

9      I know it's difficult on all of us.  I just

10     wanted to make sure that I heard your question

11     correctly and my previous response.

12                So I would reiterate what is in that

13     response.  We make no recommendations about

14     reducing the causes of neonatal abstinence

15     syndrome.  We educated public officials and

16     others about essentially the epidemiology of

17     it.

18                BY MR. BILEK:

19         Q.    Okay.  What was the epidemiology of

20     NAS that you were educating them?

21                MR. EHSAN:  Object to the form.

22                THE WITNESS:  We had discovered that

Page 63

1      at that time in several parts of Florida, that

2      there were -- there was, you know, what is

3      commonly called diversion of prescription-grade

4      medications, and there was also a large illicit

5      market in those medications.  Yes.

6                    BY MR. BILEK:

7          Q.    Well, was -- the issue was on the

8      NAS was -- what one of the causes that you were

9      opining was that there were -- were

10     prescriptions or one of the causes of the NAS

11     that were being diverted?

12                   MR. EHSAN:  Object to the form.

13                   THE WITNESS:  That was, I'm sorry,

14     too complicated of a question for me to parse.

15     Could you repeat it, please.

16                   BY MR. BILEK:

17         Q.    I will restate it.

18         A.    Thank you.

19         Q.    Was -- what are the causes of the

20     uptick in the NAS in Florida?  Was one of the

21     causes that that -- that prescriptions were

22     being diverted?

Page 64

```
 1              MR. EHSAN:  Object to the form.
 2              THE WITNESS:  The causes of NAS are
 3      many.  At that time, we had noted, as was noted
 4      by law enforcement, that there was an
 5      increasing number of what are commonly called
 6      pill mills where people would go in without an
 7      examination or any kind of relationship with
 8      either physician, sometimes with a pharmacist,
 9      they would be given a script for an opioid.
10      Then they would go down the road and do that
11      again and do that several times.  That's what I
12      meant by diversion.
13              There also was -- it seemed to be a
14      large black market in synthetic opioids.
15      That's over the context of, you know, a
16      continuing use of other illicit drugs, you
17      know, including heroin and especially
18      nonopioids.
19              BY MR. BILEK:
20      Q.    What I am asking is, that the fact
21      was that the diversionary market, as you called
22      it, of prescriptions was one of the causes of
```

Page 65

1    the uptick in NAS in Florida?

2              MR. EHSAN:  Object to the form.

3              THE WITNESS:  The use of opiates, of

4    certain opiates by pregnant women, where those

5    opiates were obtained illicitly was, yes, a

6    cause.

7              BY MR. BILEK:

8         Q.    And a cause was the prescription,

9    correct?

10             MR. EHSAN:  Object to the form.

11             THE WITNESS:  When you say

12   "prescription," do you mean drugs that are

13   prescription drugs, meaning that they require a

14   prescription, or are you referring to

15   prescriptions written?

16             BY MR. BILEK:

17        Q.    Prescriptions written.  The

18   prescriptions -- the writing of the

19   prescription, those prescriptions whether they

20   are being diverted through the pill mills,

21   whatever they were doing in your words, that

22   was one of the reasons that we had an uptick of

Page 66

1    NAS in Florida.

2         MR. EHSAN:  Object to the form.

3         THE WITNESS:  A reason was that

4    there were, as I previously referred to them,

5    pill mills which were certain physicians who

6    were not adhering to standards of practice or

7    ethics, medical ethics, who then were cracked

8    down upon in an initiative that happened a year

9    or two later in the State of Florida, basically

10   with licenses being taken away and with civil

11   and criminal proceedings as I recall against,

12   you know, unscrupulous providers.

13        BY MR. BILEK:

14        Q.   Well, I mean, there is no dispute

15   that the use of opioids by a pregnant woman can

16   cause NAS.

17        A.   It is one of the causes of NAS as it

18   is defined.

19        Q.   And the use of the opioid, one of

20   the manners in which that the -- she, the

21   pregnant woman, could obtain the opioid is

22   through a prescription, correct?

Page 67

1              MR. EHSAN:  Object to the form.

2              THE WITNESS:  So the accurate answer

3       to that is that pregnant women, like virtually

4       everybody else, a pregnant woman may have a

5       medical condition that warrants prescription of

6       opioids.  In that sense, yes.

7              In the second sense, the other

8       condition is that there are women who are using

9       opiates, might be heroin, it might be some

10      synthetic opioid, and they are using that

11      recreationally and also being exposed to

12      polypharmacy and all of the, you know, the

13      other attendant factors.

14             But some of these women, and we hope

15      more of these pregnant women during the

16      pregnancy come into an opioid maintenance

17      program in which they do get a prescription for

18      an opioid, it's typically one of two, and the

19      reasons for that obviously are to keep them

20      from the dangers of drug seeking behavior or

21      the dangers of withdrawing during pregnancy.

22             That's a longer answer to your

Page 68

1    question, but I'm sorry, I felt it was a bit

2    vague, and I needed to qualify.  There are

3    prescriptions and there are prescriptions.

4               BY MR. BILEK:

5        Q.    I understand.  My point is, is that

6    the prescription would be -- when a woman is

7    taking a prescribed opioid and she has a child

8    that is born with NAS, that prescription would

9    be a cause of the NAS in the child.

10              MR. EHSAN:  Object to the form.

11              THE WITNESS:  Yes.  With the

12   qualifier that the two main reasons for

13   prescribing opiates to women in the latter part

14   of pregnancy are either they have some medical

15   condition that has required or like now

16   requires opioids, or they have been essentially

17   hooked to opioids on, you know, illicitly and

18   are coming into a treatment program.

19              In both cases, yes, the proximate

20   cause of the NAS, perhaps you could say is the

21   fact that the prescription was written, but the

22   real cause is that this was required because of

Page 69

1          earlier events often preceding the pregnancy.

2                    BY MR. BILEK:

3          Q.    Now, going back to Dr. Anand, you

4          have relied on his expertise in the past,

5          correct?

6                    MR. EHSAN:  Object to the form.

7                    THE WITNESS:  I certainly admire his

8          expertise and find it useful in specific areas.

9                    BY MR. BILEK:

10          Q.    And what are those areas?

11          A.    Those areas have been the importance

12          of providing analgesia, meaning pain control,

13          to avoid physical and other stresses during

14          human development after birth.

15          Q.    And you -- have you ever cited to

16          his published work?

17          A.    I'm sorry.  Zoom.  Could you repeat

18          the question.

19          Q.    In any of your articles, have you

20          ever cited to Dr. Anand?

21          A.    I don't recall.

22          Q.    But it's certainly possible,

Page 70

1    correct?

2         A.    Lots of things are possible.  I

3    don't recall if I cited him.  I certainly don't

4    know if he cited me.

5         Q.    Okay.

6              MR. EHSAN:  Tom, I don't mean to

7    interrupt your questioning, but if there is a

8    place that's a natural break point to take a

9    break, just let me know.

10             MR. BILEK:  Okay.  We will take a

11   break right here.

12             (A short recess was taken.)

13             BY MR. BILEK:

14        Q.    I have a few clean-up questions on

15   stuff we did before.

16             Have you reviewed any of the reports

17   of the other defense experts in this case?

18        A.    No.

19        Q.    Have you reviewed any depositions at

20   all in this case?

21        A.    No.

22        Q.    Do you think there is an opioid

Page 71

1    crisis in this country now?

2              MR. EHSAN:  Object to the form.

3              THE WITNESS:  Do I think there is an

4    opioid crisis?  I -- frankly, my opinion is

5    that there is an increasing crisis in terms of

6    social inequities and an increase in drug use

7    as part of that.

8              BY MR. BILEK:

9         Q.   And part of the -- we will get to

10   your opinions on poverty and social inequality,

11   but my question is:  Is opioids part of the

12   problem?

13             MR. EHSAN:  Object to the form.

14             THE WITNESS:  I'm not sure -- I

15   don't think I know what you mean by "part of

16   the problem."  Part of which problem?

17             BY MR. BILEK:

18        Q.   I am trying to get at -- I mean, as

19   you -- are you aware of whether President Trump

20   signed an executive order saying there was an

21   opioid crisis in this country?

22        A.   I must say that I -- or I will say

Page 72

1    that for my own mental health, I don't pay as
2    much attention to what Mr. Trump says or does
3    as I have for previous presidents.
4        Q.    Agreed.   There is one thing -- we
5    may not agree on anything else today, but we
6    will agree on that.
7            My point is though that there has
8    been a rising use of opioids by people in the
9    last 20 years.
10           MR. EHSAN:  Object to the form.
11           THE WITNESS:  So my firsthand
12   knowledge of neonatal abstinence syndrome which
13   is a -- in part, a reflection, and part of that
14   is that in the time I have been practicing
15   medicine, I saw an increases in drug use in the
16   1980s.  I saw some again in the 1990s, and I
17   have seen some again during the 21st Century.
18           BY MR. BILEK:
19       Q.    And part of that increase and a big
20   part of that increased drug use is opioid use,
21   correct?
22           MR. EHSAN:  Object to the form.

1          THE WITNESS:  Opioids being defined

2     as natural and synthetic drugs of that class in

3     that broad category, yes.

4          BY MR. BILEK:

5     Q.   And would you agree that part of

6     that cause of the increased abuse of opioids is

7     in part due to the increased prescriptions

8     written for opioids?

9          MR. EHSAN:  Object to the form.

10          THE WITNESS:  My clinical experience

11     is, of course, entirely with pregnant women and

12     their babies and in those instances, I can't

13     think of an instance that would fulfill the

14     criteria of your question.

15          BY MR. BILEK:

16     Q.   Well, do you know whether -- there

17     has been studies on how many women have a

18     prescription for opioids during pregnancy.

19          Have you seen any of that evidence?

20     A.   I have --

21          MR. EHSAN:  Object to the form.

22          THE WITNESS:  I have seen studies

Page 74

1    that look at aspects of that, yes.

2            BY MR. BILEK:

3        Q.    And that in the last 20 years, that

4    there has been a huge increase in the number of

5    women that have been given prescriptions for

6    opioids during pregnancy, correct?

7            MR. EHSAN:  Object to the form.

8            THE WITNESS:  The only women whom

9    I'm aware of who during pregnancy are written

10   prescriptions for opioids are women in one of

11   the two classes that I previously mentioned,

12   specifically women who have had opioids

13   prescribed because of underlying medical

14   conditions and so that needs to be continued in

15   pregnancy, and women who were illicitly taking

16   opioids and fortunately decided to go into a

17   treatment program and in that context were

18   prescribed opioids.

19            BY MR. BILEK:

20       Q.    Do you think that part of the

21   increased use of opioids is due to increased

22   prescriptions being written for opioids?

Page 75

```
1              MR. EHSAN:  Object to the form.

2              THE WITNESS:  I have no immediate

3      knowledge of that professionally or otherwise.

4              BY MR. BILEK:

5         Q.    Are you aware of any governments

6      trying to limit or reduce the rate of

7      prescriptions for opioids?

8              MR. EHSAN:  Object to the form.

9              THE WITNESS:  I'm aware of

10     initiatives, I don't recall if they are by

11     governments, to encourage good practices with

12     prescription of pain meds.

13             BY MR. BILEK:

14        Q.    And one of the good practices is to

15     reduce the number of prescriptions written for

16     pain meds, correct?

17        A.    Again, I --

18             MR. EHSAN:  Object to the form.

19             THE WITNESS:  I have no immediate

20     knowledge of that since I'm not a pain med

21     physician.

22             BY MR. BILEK:
```

Page 76

1          Q.     Well, in Florida, did you guys come

2     to any recommendations orally that the use of

3     prescriptions for opioids should be reduced?

4               MR. EHSAN:  Object to the form.

5               THE WITNESS:  No.  Again, as I had

6     previously explained, we, along with several

7     law enforcement agencies, educated people on

8     the occurrence of unscrupulous, rare, but

9     unscrupulous practitioners who were prescribing

10    opioids to people who would walk into these

11    pill mills.

12               BY MR. BILEK:

13         Q.     So let's maybe go at it another way.

14               Do you have any opinion of whether

15    or not we should reduce the number of opioid

16    prescriptions that are being written in this

17    country?

18               MR. EHSAN:  Object to the form.

19               THE WITNESS:  I really can only

20    speak to my practice which is that I strive to

21    prescribe what is necessary and durations for

22    which it's necessary.

Page 77

1          BY MR. BILEK:

2     Q.    Well, so you have no opinion one way

3     or the other, is it fair to say, on whether

4     prescriptions for opioids should be reduced?

5               MR. EHSAN:  Object to the form.

6               THE WITNESS:  I think appropriate

7     pain control for people is very important.  I

8     think physicians should adhere to good

9     practices.  That's -- beyond that, it's --

10    beyond that, it's kind of out of my wheelhouse.

11              BY MR. BILEK:

12    Q.    So the issue of -- well, should --

13    should -- do you have any opinion whether we

14    should try to reduce the number of children

15    being born with NAS?

16    A.    I'm sorry babies are born with NAS,

17    of course.  We treat it very appropriately when

18    it happens.  Some of the cases of NAS are not

19    preventable in the sense that there are very

20    valid reasons for prescribing opioids to some

21    individuals during pregnancy.  So we can't

22    eliminate NAS that way.  It would be too

Page 78

1      dangerous.  I wish that there was less illicit

2      drug taking in the United States.

3          Q.    Well, do you wish that there were

4      less opioid prescriptions given to pregnant

5      women?

6          A.    Not necessarily, because to my

7      knowledge, speaking with practice in several

8      parts of the U.S. over four decades,

9      obstetricians prescribe, again, to my

10     knowledge, my experience, obstetricians

11     prescribe opioids to pregnant women for very

12     specific reasons.

13         Q.    Do you know how many states are

14     passing laws to limit the writing of

15     prescriptions to pregnant women?

16         A.    No.

17         Q.    Would that -- the fact that there

18     are many states that are passing laws to limit

19     the number of prescriptions being written to

20     women, would that make any difference to your

21     opinion?

22              MR. EHSAN:  Object to the form.

1           THE WITNESS:  Well, I don't think

2      the question you are posing is entirely an

3      accurate statement for the following reason:

4      To my knowledge, states and state medical

5      boards in a variety of states have enacted

6      registries in order to be able to track

7      unscrupulous physicians who are not adhering to

8      appropriate medical practice and, you know,

9      writing prescriptions for opioids for not good

10     reasons.

11           That is something that's

12     substantively different from what you are

13     stating.  And having those registries and

14     identifying those few physicians is very

15     important.

16           BY MR. BILEK:

17       Q.    Well, what about laws being passed

18     just to limit the time duration of

19     prescriptions for opioids and then the

20     requirement on those prescriptions.  Are you

21     aware of any -- any of those laws?

22           MR. EHSAN:  Object to the form.

Page 80

1              THE WITNESS:  I'm not specifically

2      aware of laws.  I am aware that aspects of both

3      of those things are part of good medical

4      practice.

5              BY MR. BILEK:

6         Q.    What, reducing the amount of

7      prescriptions, what two things?

8         A.    No.  That's not what you said, sir.

9      What you said, we could have it read back, but

10     what you asked me about are the durations and

11     something similar.

12        Q.    Okay.

13        A.    That's good practice.  You don't

14     give people a year's supply of something.

15        Q.    So one of the things that you think

16     -- that as far as prescriptions, is trying to

17     -- in an appropriate practice would be to try

18     to limit the duration of the prescriptions for

19     pain medications?

20        A.    Okay.  I again apologize --

21              MR. EHSAN:  Object to the form.

22              THE WITNESS:  Sorry.  I again

Page 81

1    apologize.  Part of that is Zoom getting you

2    garbled and part of that is I think your

3    question wound a little bit.  Could you repeat

4    it for me, please.

5              BY MR. BILEK:

6         Q.    Should -- in trying to reduce the

7    number of NAS occurrences, one of the measures

8    should be is to reduce the level of -- or not

9    the level, the duration of prescriptions for

10   opioids.

11             MR. EHSAN:  Object to the form.

12             THE WITNESS:  That's a question that

13   frankly posits something that is not based in

14   reality.  Medical reality is that legitimate

15   prescribing of opioids for pregnant women is

16   done for specific purposes and for specific

17   durations.  In terms of duration, what one does

18   not want to do is to withdraw a woman during

19   pregnancy for her sake and for the baby's sake

20   and there are very specific recommendations

21   from the American College of obstetricians and

22   -- Obstetrics and Gynecology that say, don't do

Page 82

1      that.

2              BY MR. BILEK:

3          Q.    Well, the appropriateness -- are you

4      an expert on the issue of the appropriateness

5      of withdrawing from opioids by a pregnant

6      woman?

7          A.    Yes, in the following sense.  As an

8      obstetrician, I cannot speak to individual

9      instances of standards of care, but I can do

10     two of the following things:  One is that I can

11     and I have familiarized myself throughout my

12     career with recommendations for the appropriate

13     and good care of women during pregnancy and

14     that includes drug prescribing, and the second

15     is that, I am a neonatologist, so I am dealing

16     with patients who don't have their entire lives

17     starting at the moment of birth but have an in

18     utero history, and like some other, but not

19     like most other neonatologists, I also have a

20     fairly extensive background in fetal

21     physiology, fetal management, fetal diagnosis

22     working with other specialists including

Page 83

1    obstetricians.

2           So in that sense, I am extremely

3    confident when I give you the expert opinion

4    that withdrawing a mom during pregnancy is a

5    no-no for the mom and for the fetus.

6       Q.    The -- what is the basis of your

7    opinion on that?

8       A.    A whole lot of physiology and

9    clinical experience but most pertinently, the

10   American College of Obstetrics and Gynecology

11   posts updates on clinical care and they in

12   effect are a standard of practice for

13   obstetrics.

14      Q.    Have you ever prescribed any opioids

15   to a pregnant woman?

16      A.    Since medical school, I have never

17   prescribed any drug to a pregnant woman.

18      Q.    Have you ever recommended to any

19   obstetrician -- I mean, to any -- any doctor to

20   prescribe an opioid to a pregnant woman?

21      A.    Yes.

22           MR. EHSAN:  Object to the form.

Page 84

1           BY MR. BILEK:

2      Q.    When?

3      A.    Quite a few times in the following

4      context.  Because I do fetal consultations,

5      because I have led fetal diagnoses and

6      management programs in several institutions, I

7      work collaboratively with obstetricians and

8      meet with pregnant women, some of whom are

9      taking opioids and we discuss management, the

10     care providers.  We all discuss appropriate

11     management.

12     Q.    And how many occasions have you done

13     that?

14     A.    Sorry.  My delay was thinking about

15     frequency over a long time.  Minimally, several

16     dozen times.

17     Q.    And you -- were you recommending

18     that the opioids be continued?

19     A.    My role has been looking at it from

20     the perspective of the fetus, and certainly I

21     adhere to the appropriate and standard of

22     practice which is not to withdraw a pregnant

Page 85

1    woman, instead to provide maintenance.

2         Q.    Does the maintenance stay at the

3    same rate or do you try to reduce the dose?

4         A.    Well, that depends on the situation

5    of course.  Everything is individualized and

6    discussions of exact dose of medicine and

7    obstetrician's preference for one versus

8    another, those reside with the obstetrician who

9    is actually writing the prescription.

10             The general principle is enough but

11   not too much as in all things.

12        Q.    What is enough or not too much?

13        A.    Enough to prevent withdrawal.

14        Q.    What is too much?

15        A.    Overdose.

16             MR. EHSAN:  Object to the form.

17             BY MR. BILEK:

18        Q.    Is that -- you mean death for the

19   woman, overdose at that level?  What do you

20   mean "overdose"?

21             MR. EHSAN:  Object to the form.

22             THE WITNESS:  So you are not

Page 86

1    providing just maintenance, but you are, you

2    know, inducing all of the side effects and

3    adverse effects of the opioid.

4           BY MR. BILEK:

5        Q.   So your position is that during

6    pregnancy, the woman should not reduce their

7    dose?

8        A.   I didn't say that.

9        Q.   Okay.  I mean, generally, do you

10   recommend to try to have a minimum dose of

11   opioids?

12       A.   Define "minimum."

13       Q.   I'm just asking you, Doctor.  Are

14   you looking at each individual case, would you

15   want them to have the minimum dose of the

16   opioid?

17       A.   So minimum --

18           MR. EHSAN:  Object to the form.

19           THE WITNESS:  Minimum can be used in

20   a variety of ways.  That's why I was asking.

21   To me, the minimum dose is, as I previously

22   said, enough.

Page 87

```
1              BY MR. BILEK:
2         Q.    And you have no opinion on what
3    enough is?
4         A.    That's highly individualized.
5              MR. EHSAN:  Object to the form.
6              BY MR. BILEK:
7         Q.    The -- do you think that opioids are
8    appropriate medicine for chronic pain?
9              MR. EHSAN:  Object to the form.
10             THE WITNESS:  In my practice, I
11   rarely deal were chronic pain and when I do,
12   it's in a small number of infants in a neonatal
13   intensive care unit.
14             BY MR. BILEK:
15        Q.    Do you have any opinion as to
16   whether women that are pregnant should be
17   taking opioids for chronic pain?
18             MR. EHSAN:  Object to the form.
19             THE WITNESS:  That's asking me
20   opinions about the medical management of women
21   during pregnancy and with the exception of the
22   qualifiers I had made above in terms of my
```

Page 88

1        expertise, I'm not an obstetrician.  It's not

2        an issue that comes up for me.

3                    BY MR. BILEK:

4            Q.    Why are opioids a controlled

5        substance?

6                    MR. EHSAN:  Object to the form.

7                    BY MR. BILEK:

8            Q.    What is your understanding?

9                    MR. EHSAN:  Same objection.

10                    THE WITNESS:  Well, I am also

11        trained in history and medical history, and

12        there are many historic reasons for that.  You

13        know, why are certain drugs in that category

14        and other drugs not.  Sometimes that's because

15        of the nature of the drug, that sometimes

16        that's because of the nature of the way that

17        aspects of society deal with the drug.

18                    BY MR. BILEK:

19            Q.    Well, do you have any opinion of why

20        opioids are a controlled substance?

21            A.    I have an opinion about why it makes

22        sense that they are controlled substances.

Page 89

```
 1        Q.    Okay.  What is that?
 2        A.    Because like certain other classes
 3     of drugs, there is the possibility of misuse
 4     and abuse.
 5        Q.    And one of the misuse problems with
 6     opioids is addiction, right?
 7              MR. EHSAN:  Object to the form.
 8              THE WITNESS:  Well, misuse and
 9     addiction are really quite different things.
10     One can be addicted meaning tolerant to an
11     opioid without there being any misuse.
12              BY MR. BILEK:
13        Q.    Okay.  Are opioids -- do you have
14     any understanding of whether opioids are
15     addictive?
16        A.    Yes, I do.
17        Q.    What is that opinion?
18        A.    Yes, they can be.
19        Q.    And one of the reasons why the
20     opioids has increased in this country is
21     because of their addictive nature.  Wouldn't
22     you agree?
```

Page 90

1              MR. EHSAN:  Object to the form.

2              THE WITNESS:  I don't think I have a

3       direct opinion about that.  My opinion is that

4       for a whole variety of societal and economic

5       and other reasons, that many people

6       self-medicate and opioids are one class of

7       drugs with which one can self-medicate.

8              BY MR. BILEK:

9         Q.    And one that potentially is very

10      addictive to some people, correct?

11        A.    Like certain other classes of drugs,

12      yes, it can be.

13        Q.    And for the issue for women in

14      particular, that the opioids with respect to

15      women are -- can be -- strike that.

16              Do you have any opinion of whether

17      opioids affect women differently than men?

18        A.    I'm sorry.  You got garbled.

19        Q.    Do you have any opinion of whether

20      or not opioids affect women differently than

21      men?

22              MR. EHSAN:  Object to the form.

```
                                              Page 91
 1              THE WITNESS:  Whether opioids affect
 2      women differently from men?  You are not
 3      speaking about pregnancy obviously.
 4              BY MR. BILEK:
 5      Q.    Correct.
 6      A.    Many drugs affect men and women with
 7      differences.  I'm no expert on the sex
 8      differences in metabolism or effects of
 9      specific opioids.
10      Q.    Does the opioid cross the placenta
11      barrier?
12              MR. EHSAN:  Object to the form.
13              THE COURT REPORTER:  I'm sorry.
14      Could you repeat that question.
15              THE WITNESS:  Do opioids cross --
16              MR. BILEK:  Do opioids cross the
17      placenta barrier in a pregnant woman.
18              THE WITNESS:  Placenta barrier.
19              THE COURT REPORTER:  Oh, okay.
20              MR. EHSAN:  Same objection.
21              THE WITNESS:  Many do, yes.
22              BY MR. BILEK:
```

Page 92

1          Q.    Which ones don't?

2          A.    Well, there are some synthetic ones

3     that don't, however, their metabolites do.  So

4     strictly speaking, your question asks, you

5     know, is the native drug, you know, versus

6     potentially biologically active metabolites.

7          Q.    So on the synthetics, you have --

8     what you are saying is the mechanism of

9     crossing the placenta barrier is different; is

10    that correct?

11               MR. EHSAN:  Object to the form.

12               THE WITNESS:  Different from what?

13               BY MR. BILEK:

14         Q.    The actual opioid.

15               MR. EHSAN:  Same objection.

16               THE WITNESS:  The same transport

17    mechanisms are operative.  The specifics of any

18    given drug are going to differ from any other

19    given drug.

20               BY MR. BILEK:

21         Q.    But opioids do affect the fetus,

22    correct?

Page 93

1       A.     Correct.

2       Q.     And do you know if there is any safe

3    dose for an opioid to a fetus?

4       A.     I'm sorry.  Again, repeat.  Are

5    there any --

6       Q.     Is there a safe dose for an opioid

7    to a fetus?

8            MR. EHSAN:  Object to the form.

9            THE WITNESS:  So I am trying to

10   figure out how to interpret that question.

11   Usually in terms of drugs, when one speaks of

12   safe, one speaks of within a range that does

13   not cause harm, deleterious effects.  There are

14   no proven deleterious effects of an opioid per

15   se on fetal development.

16            BY MR. BILEK:

17       Q.     You are saying opioids are safe to

18   the fetus?

19            MR. EHSAN:  Object to the form.

20            THE WITNESS:  That's a different

21   question.  The previous question was a safe

22   dose.  Now you are asking me about safe

```
 1     generally; is that correct?
 2              BY MR. BILEK:
 3         Q.   I was amazed at your answer,
 4     frankly, so I am trying to understand.
 5              We know opioids cause NAS, right?
 6              MR. EHSAN:  Object to the form.
 7              THE WITNESS:  Opioid use during the
 8     latter part of pregnancy is one of the causes
 9     of NAS, correct.
10              BY MR. BILEK:
11         Q.   And NAS is something that we --
12     people would not want their child to have,
13     correct?
14              MR. EHSAN:  Object to the form.
15              THE WITNESS:  Yes.
16              BY MR. BILEK:
17         Q.   NAS is a harm to the child?
18              MR. EHSAN:  Object to the form.
19              THE WITNESS:  Not appropriately
20     treated, no.
21              BY MR. BILEK:
22         Q.   So you say NAS is not a harm to the
```

Page 95

1    child?

2         A.    Appropriate treatment of NAS does

3    prevent harm, yes.

4         Q.    Okay.  Would NAS -- what are the

5    symptoms of a baby that is born with NAS?

6         A.    Okay.  To answer that, let me first,

7    if I may go back.  You asked me a series of

8    questions about the fetus.  Then you jumped to

9    NAS.

10             Now, NAS is the N.  That's the

11   newborn, neonatal.  It's not the fetus.  The

12   fetus does not experience the equivalent which

13   would be FAS, fetal abstinence syndrome, unless

14   the mother withdraws herself or a physician

15   inappropriately withdraws her.

16             BY MR. BILEK:

17        Q.    But if she doesn't withdraw from the

18   opioids, the potential is that the baby is

19   going to be born with NAS, correct?

20        A.    That is a potential.  Absolutely.

21        Q.    And NAS -- I want you -- you would

22   consider NAS a harm?

Page 96

1            MR. EHSAN:  Object to the form.

2            THE WITNESS:  I'm going to ask you

3      to define "harm" just so I know what you mean.

4            BY MR. BILEK:

5      Q.    Would you want your baby to be born

6      with NAS, Doctor?

7      A.    I would not want my baby to be born

8      with NAS.  However, if my wife had a condition

9      for which she required to have opioids

10     prescribed, what I wouldn't want is for her and

11     the fetus to undergo withdrawal.  What I very

12     much would want is the safe approach that we

13     deal with the treatment of the NAS once the

14     baby is born.

15     Q.    Now, so is it your opinion that

16     babies born with NAS have no long-term health

17     consequences?

18     A.    That, of course, is a very important

19     question and one that has been asked and has

20     been studied and is being studied for several

21     decades.  It's a very messy area to study.

22     Sorry for a longer response.

Page 97

1           It's messy because humans are not

2      laboratory animals where all the variables can

3      be controlled.  Instead, one needs to deal with

4      all of the different complicating factors.

5           So, yes, there have been studies

6      that show adverse effects in babies who have

7      had NAS; however, it has not been possible to

8      tease out those effects from problems of

9      maternal depression, stress which induce

10      self-medication, family violence, chaotic

11      lifestyle, polydrug use, and a host of other

12      factors.

13           Fortunately, with two other bits of

14      information that are very reassuring on this

15      topic, one is that among those many things I

16      just mentioned in women who are not exposed to

17      NAS, there are follow-ups and we know the

18      potential deleterious effects of those things

19      aside from NAS.

20           And, secondarily, there are some

21      studies in which maternal opioid prescriptions

22      has been the main factor without all of the

1     other socioeconomic, other kinds of factors,

2     and those are very reassuring that per se,

3     there are no known long-term effects of babies

4     who in utero have been exposed to opioids.

5         Q.    So your opinion is that -- and we

6     will go through this in quite some detail but I

7     just want to pin you down.

8             Your opinion is, there are no

9     long-term deleterious effects from a child

10    being born with NAS?

11            MR. EHSAN:  Object to the form.

12            THE WITNESS:  Let me requalify what

13    I answered.  What I answered is that the bulk

14    of the studies in the literature on this show

15    that deleterious consequences for babies who

16    had NAS are very difficult to tease out from

17    the context of all of these other factors, but

18    to the extent that they can be, there have been

19    no demonstrated per se opioid exposure

20    consequences.

21            BY MR. BILEK:

22        Q.    So are you saying it's uncertain or

Page 99

1      that -- or are you saying in your opinion it's

2      extremely unlikely.  What is your opinion?

3                  MR. EHSAN:  Object to the form.

4                  THE WITNESS:  When you asked me

5      about certainty, I personally think nothing in

6      life is certain.  I think the sun will come up

7      tomorrow.  I think it is very likely that it

8      will, but I can't predict that it will.  I have

9      no certainty in that sense.

10                 Similarly, in medicine and in

11     science, certainty is elusive.  Possibilities,

12     probabilities are what we deal with.  From the

13     current medical literature, medical experience,

14     it looks very unlikely.

15                 BY MR. BILEK:

16         Q.    So your opinion that it's very

17     unlikely.  What do you base that opinion upon?

18         A.    The sum of the follow-up data where

19     one can start to tease apart opioid exposure

20     from the rest of the context.

21         Q.    What scientific studies are you

22     relying on for very uncertain?

1      A.    I cited several of them in my

2    report.

3            MR. EHSAN:  Objection.

4            BY MR. BILEK:

5      Q.    Well, let's go to your report and

6    tell me which ones you are relying on.

7      A.    If I may, let me read you some of

8    the operative statements from my report from

9    the top of Page 6.

10     Q.    Doctor, Doctor, this deposition will

11   take forever if you're just going to give me

12   stuff -- I want a scientific peer-reviewed

13   study that backs up what you just said.

14     A.    Yeah.  This -- the length of this

15   deposition will be what it is, not necessarily

16   because I choose to read a statement.  Instead,

17   I will give you some of those references.

18            In my report on page -- let me

19   finish, sir.  I am giving you what you asked

20   for.  I am giving you references, would you

21   like them?

22     Q.    I would.

Page 101

1          A.     Thank you.

2                 Page 10, as I started to say, of my

3     report, Reference No. 38.

4          Q.     Page 10.

5          A.     Reference No. 39.

6          Q.     38, 39.

7          A.     40.

8          Q.     40.

9          A.     Those are the three references at

10    the time of this report that I cited, and I

11    need to say that these are not meant to be

12    comprehensive.  The citation I made were meant

13    to be illustrative.  There are other --

14         Q.     Doctor.

15         A.     You keep cutting me off.  You keep

16    cutting me off.  I am trying to let you finish.

17    Please let me finish.  If I take a breath, it

18    is for the ability of the court reporter --

19    recorder to be able to continue.  I'm sorry.

20                I said there are other references

21    perhaps that have come out after the time of

22    the report that are listed in that other

Page 102

1    document.  Thank you.  I'm done.

2         Q.   What other report, other than these

3    three, are you relying on?

4         A.   What is it called?  The ML -- three

5    letters, a list of references.  I don't have it

6    in front of me.  That includes some references

7    that are more up to date than from when I wrote

8    the report.

9         Q.   I have no idea what you are talking

10   about.

11        MR. EHSAN:  I think, Dr. Rubin, are

12   you referring to material considered list?  It

13   is attached to what has been marked as Exhibit

14   2.

15        THE WITNESS:  Thank you.  I knew the

16   M.  I didn't remember the rest.

17        Well, I, you know, there are 72

18   references there, you know, there are probably

19   at least two or three that essentially review

20   the same issues as in the three that I cited

21   for you.

22        BY MR. BILEK:

                                      Page 103

1          Q.    Doctor, at lunch, you can tell me
2     which ones of the 72 that -- after lunch, you
3     can look and try to figure out whether there
4     are anymore.
5          A.    Thank you.  Does that mean we are
6     breaking for lunch soon?
7               MR. EHSAN:  Objection.
8               BY MR. BILEK:
9          Q.    It's -- sure.  We will be breaking
10    for lunch.
11         A.    I will do that.
12         Q.    Thank you.  Now, are there studies
13    that are on the other side that say there are
14    long-term deleterious effects from NAS?
15         A.    Yes.  As I tried to clarify before,
16    there are studies that look at deleterious
17    effects that have occurred in babies who
18    received a diagnosis of NAS.  However, they
19    have not been able to state that NAS or the
20    opioid exposure was the cause of those
21    deleterious effects.
22               Instead, there are many other

Page 104

1    aspects of the condition of those babies, the

2    social condition, et cetera, and also for

3    polypharmacy, that are known to be the case.

4            So in sum, there are associations,

5    meaning true and true, but there are no causal

6    relationships.  However, when -- thank you.

7            When it's possible to tease out as I

8    previously mentioned, the effects of the

9    opioids per se or a little bit more cleanly,

10   then we can see that there has not been a

11   demonstration of deleterious long-term effects.

12      Q.   So your opinion, I mean, is that if

13   a woman is purely -- the NAS is purely caused

14   by opioids, no other drug involved, just

15   opioids, that first of all, if it's just pure

16   opioids, do you have an opinion of whether just

17   having taken opioids during pregnancy, that

18   that alone could cause NAS?

19           MR. EHSAN:  Object to the form.

20           THE WITNESS:  So that question, as I

21   heard it, sort of slid over a few things.  One

22   is that opioids without other drugs, but not

Page 105

1      stating whether it's opioids without all of the

2      other social and psychological conditions, and

3      the second kind of elision was, you started off

4      by asking me about long-term consequences, but

5      you ended your question about whether opioids

6      can cause NAS.

7                I'm trying to answer, you know, very

8      explicitly, but that question wandered too much

9      for me to know what question you were asking.

10                BY MR. BILEK:

11          Q.    If a woman only takes opioids, could

12      she have a child born with NAS?

13          A.    Yes.

14                MR. EHSAN:  Object to the form.

15                BY MR. BILEK:

16          Q.    And if that child is only exposed to

17      opioids and has NAS, are you saying that the

18      science is novel, that that child would have no

19      long-term consequences with NAS?

20                MR. EHSAN:  Object to the form.

21                THE WITNESS:  To the extent that all

22      of the other messy stuff can be teased apart in

1    free living humans, to the extent that maternal

2    depression, chaotic household, family violence,

3    removal from the household of the child,

4    poverty, et cetera, et cetera, to the extent

5    that those can be sorted out, opioid exposure

6    per se without any of the rest of the stuff has

7    not been demonstrated to have any

8    neurodevelopmental consequences for children.

9              BY MR. BILEK:

10       Q.    Is this a subject that needs more

11   study, or is it open and shut that there is no

12   long-term consequences?

13             MR. EHSAN:  Object to the form.

14             THE WITNESS:  I'm sorry.  We are

15   kind of getting back to the same thing as

16   certainty for me.  Nothing in the world is

17   certain, and nothing in the world is totally

18   open and shut, because there is no absolute

19   certainty.  But we kind of go where the -- in

20   science, one goes where the likely answers are

21   going to be.

22             If we did not have all of these

Page 107

1      decades of research on this topic, I would say,

2      boy, this is a high priority.  However, in the

3      context of, as a scientist and as a clinical

4      researcher, I would love for us to study

5      everything.  But we need to prioritize.

6             And I'm not saying that the outcomes

7      of babies with NAS is a low priority by any

8      means.  What I am saying is that there has been

9      and there is ongoing, much research in this

10     area, and as I have said, it is fortunately

11     very reassuring.

12             BY MR. BILEK:

13     Q.    So in your opinion, there is

14     adequate science research being done right now

15     on the long-term -- possible long-term effects

16     of opioid results -- opioid exposure and

17     resulting in an NAS child?

18             MR. EHSAN:  Object to the form.

19             THE WITNESS:  Yeah.  I am hung up on

20     your word "adequate" because it probably means

21     something different from what it means to me.

22     To me, adequate is that knowledge about any

Page 108

1     topic can never be absolutely adequate, but

2     again, as I said before, we have possibilities,

3     probabilities, we have unlikely things, likely

4     things.  We know enough that it looks unlikely

5     that per se opioid exposure causes long-term

6     problems for children, and we are not dealing

7     in a world where research is going to be turned

8     off or turned on in this area.  It has been and

9     it continues to be an area of investigation.

10                    BY MR. BILEK:

11         Q.    What is your understanding of what

12    the plaintiffs are seeking in this case?

13                    MR. EHSAN:  Object to the form.

14                    THE WITNESS:  I actually don't know

15    what the specifics are for that.

16                    BY MR. BILEK:

17         Q.    I mean, one of the things that the

18    plaintiffs are seeking in this case is that --

19    that NAS children should be medically monitored

20    and assessed.

21                    Is that something that you disagree

22    with?

Page 109

1          A.    I'm sorry.  Again, it's Zoom.  That

2     NAS children should be medically monitored.  I

3     didn't hear the next word.

4          Q.    And assessed.

5               THE COURT REPORTER:  And assessed.

6               THE WITNESS:  I'm sorry.

7               THE COURT REPORTER:  And assessed.

8               THE WITNESS:  Medically monitored

9     and assessed.  Well, I would say that is the

10    current state of affairs.  That already is

11    happening.

12               BY MR. BILEK:

13         Q.    You say that the children are being

14    medically assessed and monitored?  That's what

15    you are saying?

16         A.    You seem quizzical.

17               MR. EHSAN:  Object to the form.

18               THE WITNESS:  You seem quizzical.

19    That surprises me.  Yes, that is the case in

20    many instances, and here's the reason why.  It

21    is maternal and fetal exposure to opioids or

22    the diagnosis of NAS, even aside from that,

Page 110

```
 1      invokes variably developmental follow-up, child
 2      protective services, increased social services,
 3      in many, maybe theoretically all parts of the
 4      country, so that a baby who has NAS depending
 5      on where you are in the country, child services
 6      are involved, sometimes the legal aspect of
 7      that is involved.
 8                   Pediatricians are certainly aware of
 9      NAS, routine pediatric care is -- aside from
10      vaccinations, is largely a measure of
11      developmental follow-up.  So surely, all
12      infants are being medically monitored, and on
13      top of that, because of this very nonrandom
14      association of social deprivation, economic
15      deprivation, you know, potentially legal
16      matters that -- protective services, social
17      services, law enforcement variably are also
18      involved.  Yes.
19                   BY MR. BILEK:
20      Q.    So you are saying -- I mean, let me
21      just make clear for the record.
22                   You are saying that all NAS children
```

1    are currently being monitored for long-term

2    problems?

3         A.    Now you are asking a different

4    question.

5              MR. EHSAN:  Object to the form.

6              THE WITNESS:  First of all, I never

7    said "all" because who knows about all.  I said

8    in many, if not most, maybe all parts of the

9    country, these different things happen.

10             The other part is that you didn't

11   ask me before -- you didn't use the words

12   "long-term."  Now you are asking about

13   long-term.  So tell me what you mean by

14   "long-term."

15             BY MR. BILEK:

16        Q.    Well, I think that's an interesting

17   point.

18             You're -- you don't -- you are not

19   involved in the long-term care of children, are

20   you?

21        A.    Define "long-term," please.

22        Q.    You are a NICU person, and you are

Page 112

1    not responsible for children -- you don't see

2    children over, like, four months of age?

3         A.    No.  That's not true at all.

4         Q.    What is the oldest child you see

5    right now?

6         A.    So neonatologists take care of

7    hospitalized newborns.  Some of those newborns

8    are several months of age including more than

9    four months, occasionally, hopefully not too

10   often, they are close to a year of age.

11   Neonatologists also do follow-up which includes

12   developmental follow-up and that typically

13   happens to two to three years of age.

14        On top of that, I will speak about

15   myself, not about neonatology as a profession.

16   I have organized and supervised child

17   development programs in several institutions,

18   including follow-up, up through that period and

19   then transfer over into other developmental

20   pediatricians.

21        I hope that answers the question of

22   whether I see babies who are under four months

Page 113

1     of age.

2          Q.    Well, my question was:  What is the

3     oldest child you are treating right now?

4          A.    I'm not treating any child right

5     now, and that's not to be facetious.  I do

6     several weeks during the year where I am

7     primarily responsible as the attending

8     physician.  Aside from night call, I haven't

9     done that for the last three weeks, but I will

10    again within another week from now.  Again, I

11    am attempting to be --

12         Q.    Well, again --

13         A.    -- I am just attempting to be

14    precise.  I am not attempting -- I am not

15    attempting -- may I?  I am not attempting to

16    lengthen this deposition.  I am attempting to

17    clarify vague questions on occasion and I am

18    just trying to answer to the best that I can.

19         Q.    I got you.  So to the best of your

20    knowledge, what is the oldest child you have

21    treated in the last five years?

22         A.    Three years.

Page 114

1          Q.     Three years, five years, whatever.

2          A.     I just said three years.

3          Q.     Okay.  Three years.  Three years

4     old.  Okay.

5                 Now, the issue of long-term

6     assessment of NAS children.  How many in your

7     opinion are being properly long-term monitored

8     and assessed?

9                 MR. EHSAN:  Object to the form.

10                THE WITNESS:  NAS children, like all

11    children, as long as there is some consistency

12    of healthcare which unfortunately there is not

13    for everybody in the country, but when you are

14    in healthcare, you have ongoing assessment

15    throughout childhood and adolescence until the

16    time when you transition over to being cared

17    for by adult physicians.

18                BY MR. BILEK:

19         Q.     Well, let's go to the population of

20    the NAS children.  Are these primarily people

21    that are in vulnerable communities?

22         A.     You are garbled again.

```
                                              Page 115

 1              MR. EHSAN:  Object to the form.

 2              THE WITNESS:  Are these people who

 3      are in what sort of communities?

 4              BY MR. BILEK:

 5          Q.    Vulnerable -- economically

 6      vulnerable.  People lacking healthcare.

 7              MR. EHSAN:  Object to the form.

 8              THE WITNESS:  To my best

 9      recollection, somewhere in excess of 25 percent

10      of children in our country fit that

11      description.  One tries to -- many of us try

12      and do our best to assure that an individual

13      and at a societal level, that healthcare

14      services and social services are available to

15      moms and to children.  That's not an NAS issue.

16              BY MR. BILEK:

17          Q.    I understand.  Now let's talk about

18      NAS children.

19              How many do you think there are

20      disproportionate amount of NAS children in that

21      25 percent that are in the United States

22      globally?
```

1      MR. EHSAN:  Object to the form.

2      THE WITNESS:  Because drug abuse and

3  that includes opioids as well as polypharmacy

4  use for self-medication or whatever, because

5  that is more common in vulnerable populations,

6  it certainly is not exclusive to vulnerable

7  populations because it is more common, yes, it

8  will be more common exposure.

9      BY MR. BILEK:

10     Q.   Now, the -- another goal of the

11 plaintiff's case is to see a science panel

12 appointed to study possible long-term effects

13 on these NAS children especially in vulnerable

14 areas.

15     Do you understand that?

16     MR. EHSAN:  Object to the form.

17     THE WITNESS:  You just informed me

18 of that.

19     BY MR. BILEK:

20     Q.   Okay.  Assume that is true.  Is that

21 something that you think is something that

22 would be a meritorious goal?

Page 117

1              MR. EHSAN:  Object to the form.

2              THE WITNESS:  You know, to answer

3      that, I think that's -- I'm sorry.  I need to

4      turn off my phone.  I apologize.

5              I think that is not a meritorious

6      goal as much as that it is a statement of

7      the -- the currency of science in healthcare.

8      The issue of NAS, even more so the issue of

9      vulnerable children, is a high priority for the

10     professional organizations that I belong to as

11     a pediatrician, and many other organizations

12     and many other societal organizations, as well

13     as the study of child development including but

14     beyond NAS is also something that is ongoing.

15             National Institutes of Health, other

16     organizations already are focusing on this.

17     So, yes, I think it's important --

18             BY MR. BILEK:

19     Q.    Do you --

20     A.    Yes.  I think it's important, and

21     yes, I think it is already happening.

22     Q.    And do you think that that's -- so

1    you think that that's being adequately studied

2    right now by other organizations?

3        A.    Adequately gets us back to the

4    previous discussion of the word "adequately."

5    No need to rehash that probably.  When you say

6    "other organizations," other as opposed to

7    whom, just so I understand.

8        Q.    Well, you are the one that was

9    saying that these long-term -- possible

10   long-term health effects from an NAS child were

11   being studied.

12          My question was:  Is it being done

13   to a sufficient degree in your mind?

14       A.    That actually was not your question.

15          MR. EHSAN:  Object to the form.

16          THE WITNESS:  If you would like us,

17   we could read back your question.  I'll respond

18   to both questions.

19          BY MR. BILEK:

20       Q.    I would just like you to answer that

21   question, Doctor.

22       A.    You want me to answer that question.

1      Could you repeat that question.

2          Q.    Do you think that the other

3      organizations are studying NAS long-term

4      effects to an adequate degree in these -- in

5      these areas with vulnerable children?

6                  MR. EHSAN:  Object to the form.

7                  THE WITNESS:  So my response to

8      "other organizations," because I use that in a

9      restricted way, to other organizations is that

10     -- for this topic of the scientific study, I

11     mentioned NIH for one, and I said there are

12     many other organizations.  What I mean by other

13     organizations is that the academic, medical,

14     psychological, social work, behavioral

15     community already has set this as a priority.

16                  There are grants being awarded,

17     there are contracts being awarded.  There are

18     people who study this in other ways and the

19     evidence of that is the large number and

20     increasing number of follow-up studies.  In

21     that sense, I say this is already a priority

22     and it's already ongoing.

1          When you ask me about -- so that's

2     the others.  When you ask me about the word

3     "adequate," theoretically, nothing is adequate

4     because nothing is ever certain.  I go back to

5     what we know now, strongly implies that there

6     is very little, if any long-term effect by

7     opioid exposure per se, emphasize "per se," on

8     later development.

9               BY MR. BILEK:

10         Q.    So just to be clear, do you -- in

11    your expert opinion, there is sufficient

12    scientific studies going on right now?

13              MR. EHSAN:  Object to the form.

14              THE WITNESS:  Sufficient, there is a

15    lot of study going on right now.

16              BY MR. BILEK:

17         Q.    Is it -- is it -- would you like to

18    see more?

19              MR. EHSAN:  Object to the form.

20              THE WITNESS:  We can discuss the

21    principle of whether there are absolutes or

22    not.  Again, I always would like to see more,

1    but I realize that --

2              BY MR. BILEK:

3         Q.    So --

4         A.    No.  You've got to let me finish.

5    But I realize that, as I have said enumerable

6    times, we have so much evidence that shows what

7    is and isn't a cause of a later problem.

8         Q.    Now, you -- have you ever diagnosed

9    a NAS child and listed a possible cause of the

10   NAS diagnosis as opioid?

11        A.    Yes.

12        Q.    When have you done that?

13        A.    Frequently.

14        Q.    Okay.  And what -- how do you make

15   that diagnosis?

16        A.    So there are definitions of all

17   diagnoses.  A definition that is very commonly

18   accepted currently in medicine is the

19   definition that appears in what are called the

20   ICD currently 10 codes, the criteria for making

21   a diagnosis.  And because I practice according

22   to the standards of my profession, I adhere to

Page 122

1    those definitions.

2              I have lost track of the specific

3    question.  I'm sorry.

4       Q.    I said:  How do you make a diagnosis

5    of NAS resulting -- that is caused in part by

6    opioids?

7              MR. EHSAN:  Object to the form.

8              THE WITNESS:  So that's actually

9    straightforward.  Thank you for a

10   straightforward question.

11             I make the diagnosis in that

12   instance by having a baby who exhibits sign

13   symptoms consistent with the profile, the

14   behavioral repertoire of neonatal abstinence

15   syndrome, and I draw the link to the

16   possibility that maternal opioids are involved

17   by having one or both of the following:  A

18   documented or suggestive maternal history.  The

19   second is a toxicology screening either on the

20   mother or the newborn or both.

21             BY MR. BILEK:

22      Q.    And on the maternal history, is one

Page 123

1      of the things you look at is whether she had an

2      opioid --

3          A.    You are garbled again.  Whether or

4      not she had an opioid --

5          Q.    Whether or not she had an opioid

6      prescription during pregnancy?

7                MR. EHSAN:  Object to the form.

8                THE WITNESS:  Well, I certainly hope

9      that the only women who have opioid exposure

10     during pregnancy are those who have it

11     prescribed.  So certainly, that's part of the

12     history.

13               BY MR. BILEK:

14         Q.    And that would be one of the reasons

15     that -- and in making your diagnosis, that the

16     NAS is caused in part by opioids?

17               MR. EHSAN:  Object to the form.

18               THE WITNESS:  So, yes, in the

19     following sense:  Neonatal abstinence syndrome

20     is defined as a -- again, the spectrum profile,

21     repertoire of behaviors and other symptoms in

22     the newborn.  When there is not a different

Page 124

1    attributable reason from the fact that there is

2    documentation of the baby when a fetus being

3    exposed to opioids or other drugs that can

4    induce this clinical spectrum.

5              BY MR. BILEK:

6        Q.    And when opioids are prescribed, my

7    point is, that could be one of the causes of

8    the NAS?

9              MR. EHSAN:  Object to the form.

10             THE WITNESS:  Certainly.  NAS is

11   neonatal abstinence.  The abstinence has to

12   come from being abstinence of something.

13             BY MR. BILEK:

14       Q.    Right.  Now in your diagnosing, do

15   you use the Finnegan test?

16             MR. EHSAN:  Object to the form.

17             THE WITNESS:  I do, because it is by

18   far the most common screening form that is

19   utilized and has been utilized for several

20   decades in the United States.

21             BY MR. BILEK:

22       Q.    And it is widely used throughout by

Page 125

1    neonatologists?

2              MR. EHSAN:  Object to the form.

3              THE WITNESS:  Yes, that's what I

4    just said.

5              BY MR. BILEK:

6         Q.    Okay.  And the neonatologists rely

7    on this test in making an NAS diagnosis?

8         A.    Not directly, no.

9         Q.    In what sense is it not direct?

10        A.    So the specific use of the Finnegan

11   or modified Finnegan score -- it has gone

12   through a few reiterations since Laura Finnegan

13   and her colleagues published this in the

14   mid-1970s.

15             And by the way, it wasn't meant for

16   clinical use, it was meant for research use,

17   but, being there, it understandably is used for

18   clinical use.  But its specific use is for

19   initiating and monitoring therapy for NAS.

20        Q.    Well, I mean, you would agree that

21   it is part of the diagnostic tool of -- for a

22   medical provider to diagnose NAS?

Page 126

1        A.    Yes.

2              MR. EHSAN:  Object to the form.

3              BY MR. BILEK:

4        Q.    I want to turn to fentanyl.

5              MR. EHSAN:  Tom, if you are going

6    to change subjects, I know that it's still

7    early morning for us, but it's 1 p.m. Eastern

8    Time.

9              MR. BILEK:  I'm sorry.  You are so

10   right.  Let's go take a lunch break.  I am

11   forgetting -- for me, I am just starting to

12   wake up.

13             THE WITNESS:  Oh, great.  Oh, I'm

14   glad.  I'm glad to hear that.  I do have one

15   question in all seriousness, because I'll need

16   to move my car.  I brought lunch, but I did not

17   bring dinner.  Do you get the drift of my

18   question?

19             MR. BILEK:  Well, I'm going to try

20   to go, but one thing that would be very helpful

21   for me is for you to be answering the question

22   asked, but we will get into an argument again

                                                    Page 127

 1     on that --

 2                  THE WITNESS:  We won't get into an

 3     argument about that.  The clearer the question,

 4     the easier the answer.  We'll both try our

 5     best.

 6                  MR. BILEK:  Okay.

 7                  THE WITNESS:  See you after lunch.

 8                  MR. BILEK:  We will see you guys in

 9     one hour.  Thank you.

10                  (A short recess was taken.)

11                  MR. EHSAN:  Tom, I apologize, Tom.

12     Before we get going, somebody made a good point

13     during the lunch break.  Can we have an

14     agreement that an objection by me is an

15     objection for all defendants so we don't have

16     other people potentially objecting to things.

17                  MR. BILEK:  Well, we can deal with

18     that for the future.

19                  MR. EHSAN:  Okay.

20                  MR. BILEK:  Now, back on the record.

21                  BY MR. BILEK:

22          Q.    Doctor, I want to talk about

Page 128

1      fentanyl for a little bit.

2                  Are you familiar with fentanyl?

3           A.    Yes.

4           Q.    Fentanyl is what you would refer to

5      as a designer opioid?

6                  MR. EHSAN:  Object to the form.

7                  THE WITNESS:  No, I don't use -- no,

8      I don't use that term.

9                  BY MR. BILEK:

10          Q.    I'm sorry.  I am trying to remember

11     what you called -- you called them synthetic.

12     Is that the term you used?

13          A.    That's correct.

14          Q.    And generally, what is a synthetic

15     opioid?

16          A.    It's an opioid that the chemical

17     structure of which does not occur in nature but

18     is synthesized.

19          Q.    And is fentanyl more or less

20     addictive than a naturally occurring opioid?

21                 MR. EHSAN:  Object to the form.

22                 THE WITNESS:  I don't know the

Page 129

1    answer to that.  Fentanyl on a mass basis is

2    more potent.

3              BY MR. BILEK:

4       Q.    Certainly, you would agree that it

5    is a stronger opioid than the normal, natural

6    opioid?

7              MR. EHSAN:  Object to the form.

8              THE WITNESS:  A normal opioid

9    doesn't have any particular meaning.  It's

10   stronger than morphine and often things are put

11   into morphine equivalence.

12             BY MR. BILEK:

13      Q.    Stronger than morphine, how about

14   heroin?

15             THE COURT REPORTER:  I'm sorry.

16   Could you repeat that?

17             BY MR. BILEK:

18      Q.    Heroin, how does it compare to

19   heroin?

20             MR. EHSAN:  Object to the form.

21             THE WITNESS:  How does fentanyl

22   compare to heroin?

```
                                      Page 130
 1              BY MR. BILEK:
 2         Q.    Yes, sir.
 3         A.    I don't know the exact answer.  I
 4    think that depends upon the purity of the
 5    heroin.
 6         Q.    Do you know who manufactures
 7    fentanyl?
 8         A.    No, I don't.
 9         Q.    I will tell you it's -- Teva
10    manufactures fentanyl.
11              And do you live in Virginia or
12    Maryland or Washington, D.C.?  Where do you
13    live?
14              MR. EHSAN:  Object to the form.
15              THE WITNESS:  Multiple choice.  I
16    live in Washington, D.C.
17              BY MR. BILEK:
18         Q.    Washington, D.C.  Okay.
19              Well, are you aware of the State of
20    Virginia filing suit against, A, the opioid
21    manufacturers?
22         A.    Not specifically, no.
```

Page 131

1      Q.    Do you know generally that many of

2    the states have filed suits against the opioid

3    manufacturers?

4               MR. EHSAN:  Object to the form.

5               THE WITNESS:  I know at least

6    several states have.

7               MR. BILEK:  Could the court reporter

8    give Exhibit 5 to the witness, please.

9               (Deposition Exhibit 5 was marked for

10   identification.)

11              THE COURT REPORTER:  The witness has

12   Exhibit 5.

13              BY MR. BILEK:

14     Q.    Exhibit 5 is a press release

15   compiled by the Office of the Attorney General

16   for the Commonwealth of Virginia that was

17   issued on October 31, 2019.

18              And in it, I just want you to --

19   we're going to go through some of these things

20   that were going on with fentanyl.

21              And in this case, Teva

22   Pharmaceuticals is being sued, and what is

Page 132

1      being alleged is that there was an unlawful,

2      complex decades-long campaign to boost sales of

3      fentanyl.  The most --

4           A.    I'm sorry.  I'm sorry.  I'm sorry to

5      interrupt you, but it looks like you are

6      reading.  What are you reading from?  Anything

7      in this document?

8           Q.    I am reading from Exhibit 5.  We are

9      going -- we are going to assume some facts --

10          A.    Well, I'm not assuming anything

11     until you tell me what it is that you are

12     reading and where you are reading because I

13     have not seen this document before.

14          Q.    Okay.  Exhibit 5, first -- first

15     full paragraph.

16          A.    I'm sorry.  What page?  Zoom is bad.

17          Q.    First page.

18          A.    First page.

19          Q.    Okay.  And it talks about:

20     "Attorney General Mark Herring today filed suit

21     against opioid manufacturer Teva

22     Pharmaceuticals, USA, Inc., and its

Page 133

1    predecessor, Cephalon, Inc., for engaging in

2    what he alleges is an unlawful, complex,

3    decades-long campaign to boost sales of

4    fentanyl."

5           Do you see that?

6    A.   I'm reading it with you.

7    Q.   "The most potent narcotic currently

8    approved for human use by marketing its

9    rapid-acting fentanyl drugs for unapproved and

10    unsafe uses, and by knowingly and intentionally

11    downplaying the risk of its drugs while

12    overselling the benefits."

13           Do you see that?

14    A.   I do.

15           MR. EHSAN:  Object to the form.

16           BY MR. BILEK:

17    Q.   Now, first of all, do you have any

18    opinion on whether -- or have made any

19    investigation on whether Teva engaged in any

20    illegal marketing scheme?

21    A.   I don't know any of the details

22    besides what you are reading to me, but I think

Page 134

1      it's important for me to add that fentanyl is

2      not prescribed during pregnancy, you know, for

3      the purposes we have talked about.

4              I use fentanyl sometimes frequently

5      in the newborn ICU, never for treatment of

6      neonatal abstinence syndrome and the whole

7      issue of fentanyl or this is totally aside from

8      my expertise and my report.

9              This deposition is supposed to be

10     about my report and the questions that I have

11     been asked.  You are perfectly entitled to ask

12     me any question you would like but this has no

13     relevance to neonatal abstinence syndrome.

14         Q.    You are saying fentanyl won't cause

15     neonatal abstinence syndrome?

16         A.    I did not say anything close to that

17     and you know it.

18             MR. EHSAN:  Object to the form.

19             THE WITNESS:  I said that it is not

20     prescribed for women during pregnancy unless

21     they are in the hospital for some other reason.

22             And I said, if I have to repeat

Page 135

1    everything that I have said twice so that you

2    fully understand or hear what my responses are,

3    it will take us through dinner, sir.  I also

4    said that I used fentanyl but never for

5    neonatal abstinence syndrome.

6              BY MR. BILEK:

7         Q.   I am getting to this, Doctor,

8    because right now, this issue of saying that

9    fentanyl is not prescribed to women during

10   pregnancy, it simply is a fact not in evidence.

11   In fact, it's going to be contrary to what the

12   attorney general here is filing suit on.

13        A.   I did not say that.  If you continue

14   to try and put words that I did not say in my

15   mouth, this will take forever, because I will

16   ask to have every one of my statements repeated

17   back so that you can hear them more clearly.

18              I said fentanyl is not prescribed

19   for women unless they are hospitalized for some

20   other reason.  Listen to me, and we will get

21   done with this so much earlier, sir.

22        Q.   Sir, you are just -- your statement

Page 136

1    assuming that fentanyl is not being prescribed

2    to women that are of child-bearing age outside

3    of the hospital.

4              Is that what your assumption is?

5              MR. EHSAN:  Object to the form.

6              THE WITNESS:  I have stated clearly

7    what the uses for fentanyl are and aren't.  I

8    maintain that.

9              BY MR. BILEK:

10        Q.    And do you know whether Teva allowed

11   that off-label uses that it was being used

12   outside of the hospital?

13        A.    I have absolutely no idea.

14             MS. O'DONNELL:  Object to the form.

15             BY MR. BILEK:

16        Q.    And do you have any opinion as to

17   whether fentanyl can cause NAS?

18        A.    Virtually any opioid to which the

19   fetus is exposed, depending on the duration and

20   the concentration, can cause NAS.  Let me be

21   clear.  All babies who have NAS have not been

22   exposed to opioids.  All women who take opioids

Page 137

```
 1     do not have babies with NAS.  Clear?
 2               BY MR. BILEK:
 3          Q.    Sir, if you just answer my question.
 4     Clear?
 5          A.    Clear.
 6          Q.    The issue is fentanyl -- could
 7     fentanyl cause a baby to be born with NAS?
 8          A.    I just answered that.
 9          Q.    So the answer is yes?
10          A.    The answer is yes.
11               MR. EHSAN:  Object to the form.
12               BY MR. BILEK:
13          Q.    Okay.  Now, the issue of whether
14     fentanyl is being prescribed by doctors to
15     women outside of the hospital.  I'm going to --
16     I'm going to ask you to assume that it's a
17     fact.  Okay?
18          A.    That's a hypothetical because it's
19     against commonly-accepted practice.
20          Q.    Well, the evidence shows that your
21     understanding of the commonly-accepted practice
22     is wrong.  Okay?
```

Page 138

1          A.    I think that is -- sir, I think

2     that's a highly debatable point.  I do not want

3     to argue with you.  When you tell me a

4     statement of mine is wrong, at least show me

5     evidence that says it's wrong.

6               In any case, it is -- I do not take

7     care of women during pregnancy, aside from the

8     issues -- you are asking me about stuff that is

9     again, quote, outside of my wheelhouse.

10              BY MR. BILEK:

11         Q.    Well, this is my issue because I

12    think it's going to get to your wheelhouse, if

13    you just bear with me.

14         A.    I have been bearing with you since

15    9:30 this morning Eastern Time.  Let's

16    continue.

17         Q.    So this issue of the fentanyl being

18    prescribed to women, assume that's true.

19    Assume to me that the drug manufacturers knew

20    this and targeted vulnerable populations, and

21    when -- I am talking about economically

22    vulnerable populations that we have been

Page 139

1    discussing.  Let's step back.

2              You have written on a -- on socially

3    disadvantaged populations and the unique

4    obstacles that they confront, correct?

5        A.    Yes.

6              MR. EHSAN:  Object to the form.

7              BY MR. BILEK:

8        Q.    And that you -- that's one of your

9    things that you are known for, is talking about

10   social inequality and the fact that these

11   people have obstacles and need help, right?

12       A.    I am known for a lot of things.

13             MR. EHSAN:  Object to the form.

14             THE WITNESS:  I don't know how well

15   I'm known for that or not.

16             BY MR. BILEK:

17       Q.    Well, it's something --

18   that's something that is an important issue to

19   you.  Would you agree?

20       A.    Yes.

21       Q.    And the -- the disadvantaged

22   population economically and that have various

25

Page 140

1     social issues, those people are at least able

2     to overcome obstacles compared to the average

3     person in the United States.

4               Would you agree with that?

5        A.    No.  I think you're making a --

6               MR. EHSAN:  Object to the form.

7               MS. O'DONNELL:  Object to the form.

8               THE WITNESS:  I'm sorry.  No --

9               THE COURT REPORTER:  I'm sorry.  Who

10    else objected?

11              MS. O'DONNELL:  Lauren O'Donnell for

12    Teva.

13              THE COURT REPORTER:  All right.

14    Great.  Thank you, Lauren.

15              THE WITNESS:  No.  I think you're

16    making --

17              MS. O'DONNELL:  I also had that

18    prior objection.

19              THE WITNESS:  Sorry.  Anybody else

20    object?

21              No is my answer.  You are making

22    some extreme assumptions, specifically the

Page 141

1    assumptions that somebody, because of social

2    deprivation, is not capable of choice.  That's

3    the implication, is not capable of resilience.

4            I'm not disputing that people have

5    challenges, but I would never characterize a

6    group of people the way that that question

7    implies.

8            BY MR. BILEK:

9        Q.    I am not saying, Doctor, that the

10   issue is they can't overcome.  I am saying that

11   because of their social circumstances, it is

12   more difficult for them to overcome an obstacle

13   than say yourself that has -- living in

14   Washington, D.C., with the best healthcare in

15   the world.

16       A.    There are many --

17           MR. EHSAN:  Object to the form.

18           THE WITNESS:  There are many

19   disadvantaged people who live in Washington,

20   D.C., in eyesight of the best healthcare in the

21   world.

22           BY MR. BILEK:

                                        Page 142

1           Q.    And, again, these people do not --
2      they have, and I think you -- we talked to
3      them.  They have certain challenges that are
4      unique to being in poverty.
5           A.    Yes.  Poverty presents, obviously,
6      all sorts of life challenges.
7           Q.    And so for a drug manufacturer to
8      target people in certain economic
9      circumstances, in poverty, that would be
10     something in your mind that would be
11     exceptionally egregious, right?
12               MR. EHSAN:  Object to the form.
13               THE WITNESS:  A, and there is only
14     an A and B.  A, that is a hypothetical.  B,
15     that's totally out of my area of expertise or
16     knowledge.
17               BY MR. BILEK:
18          Q.    Well, I am asking you to assume that
19     that occurred.  Wouldn't you find that to be
20     exceptionally egregious behavior?
21               MR. EHSAN:  Object to the form.
22               THE WITNESS:  Pharmaceutical

Page 143

1      companies like other organizations should

2      adhere to high standards.

3                 BY MR. BILEK:

4         Q.    Right.  And that high standard

5      should be also not targeting socially

6      disadvantaged people with illegal marketing

7      schemes, correct?

8         A.    You're stating that --

9                 MR. EHSAN:  Object to the form of

10     the question.

11                THE WITNESS:  You are stating that

12     as a fact or another one of your many

13     hypotheticals?

14                BY MR. BILEK:

15        Q.    I am stating that it's a

16     hypothetical that they should not do that.  Is

17     that what you believe?

18                MR. EHSAN:  Same objection.

19                THE WITNESS:  Yeah.  Obviously, I

20     don't think people should be targeted for any

21     reason.

22                BY MR. BILEK:

1          Q.    Now, the -- going to -- well, let's

2     turn to Exhibit 24, which is -- you will

3     recognize this document.

4                (Deposition Exhibit 24 was marked

5     for identification.)

6                THE WITNESS:  First, I have to see

7     it.

8                BY MR. BILEK:

9          Q.    Can you identify this document for

10     the record, please.

11         A.    This is, if my memory serves me,

12     this is what I referred to on my CV as Page 20,

13     Reference No. 20.  It's an article, one of a

14     series of articles in a study where I

15     co-authored with others in studies of preterm

16     babies in neonatal intensive care units in --

17     in New England.

18         Q.    And one of the things -- I mean,

19     this is something that you were -- obviously,

20     you wrote, you were deeply involved in this

21     work, correct?

22                MR. EHSAN:  Object to the form.

Page 145

1            THE WITNESS:  Yes.  That should seem

2    obvious.

3            BY MR. BILEK:

4        Q.    Okay.  Let's turn to the second

5    page, first full paragraph underneath the box.

6    It says -- well, actually, the last paragraph

7    -- let's see here.

8            Actually, why don't I just have you

9    read what you -- what you wrote, the last

10   sentence of the first paragraph.

11       A.    "Reports of long-term adverse

12   behavioral effects in children of

13   narcotic-addicted mothers and in animal studies

14   are disturbing."

15       Q.    Is that -- do you take that as a

16   true statement?

17            MR. EHSAN:  Object to the form.

18            THE WITNESS:  In September of 1998,

19   when this paper was published, that is a

20   reasonable statement.  In -- what month are we

21   in?  In September of the year 2020, that

22   statement would need to be amended.

Page 146

1              BY MR. BILEK:

2        Q.    Now, we're going to talk about that.

3              So you are saying you don't

4    believe -- you don't believe your own words any

5    more in 1998, correct, you changed your mind?

6              MR. EHSAN:  Object to the form.

7              THE WITNESS:  Yeah.  A more accurate

8    way of putting that is any scientific statement

9    needs to reflect the evidence at that given

10   time.

11             BY MR. BILEK:

12       Q.    And you have decided that the

13   science since writing this article in 1998

14   reflects that there are now no long-term

15   effects from -- as a result of being -- having

16   opioid exposure and being born with NAS?

17             MR. EHSAN:  Object to the form.

18             THE WITNESS:  More evidence, better

19   evidence.  We all, even you, change our

20   opinions.

21             I am looking right now at the four

22   references upon which that statement is

Page 147

1    supposedly based.  The first of those is a
2    review article, not data.  The second of those
3    is a study in rats.  The third of those is a
4    review article about teratogens and
5    teratogenesis.  That means birth defects and
6    the study of birth defects.
7            And I can tell you that in the
8    mid-to-later 1990s, that was still an open
9    question.  It's been shut.  That opioids have
10   not been shown to induce birth defects in
11   children, and I will finish up with the last of
12   the four references which is again a review
13   article that says Methadone and heroin during
14   pregnancy or review of behavioral effects in
15   human and animal offspring.
16           Some of those are animal data which
17   have turned out not to relate to the human
18   brain and that again is a review article.
19   So --
20                BY MR. BILEK:
21       Q.    Doctor --
22       A.    You are not letting me finish again.

Page 148

1          So if I can go back and read that
2      sentence again:  "Reports of long-term
3      behavioral aspects in children of
4      narcotic-addicted mothers and in animal studies
5      are disturbing."  Yes.  Those reports are
6      disturbing.
7          The bulk of the literature didn't
8      say that there were effects.  It was disturbing
9      not to know and very specifically, it says "in
10     children of narcotic-addicted mothers."
11     Narcotic-addicted mothers being circa 1998.
12         We are talking about a time before
13     many of these synthetic opioids were ever
14     manufactured, much less marketed.  We are
15     talking about an era where it was heroin or
16     people who were on maintenance with Methadone.
17     Just to clarify what that says and what it
18     doesn't say.
19     Q.    Doctor, I understand.  What you are
20     saying is that you no longer agree with that
21     statement, correct?
22         MR. EHSAN:  Object to the form.

Page 149

1                    THE WITNESS:  I agree with -- right.

2      I agree with the statement that at the point

3      these suspicions were disturbing, and now I am

4      reassured about the effect -- and I can't

5      emphasis this too much, but I will try.

6                    That the effects of opioid exposure

7      of the fetus per se -- per se is not known to

8      have deleterious long-term effects.

9                    BY MR. BILEK:

10         Q.    Okay.  Now, is it your opinion since

11     1998, that -- 1998, there has been more studies

12     that showed that there are long-term

13     deleterious effects of opioids -- of opioids

14     causing NAS -- strike that.

15                   Would you agree or disagree or have

16     any opinion of whether the rate of evidence

17     since 1998 or whether or not there is more

18     studies or less studies that show that there

19     are long-term deleterious effects from NAS?

20                   MR. EHSAN:  Object to the form.

21                   THE WITNESS:  Okay, yes and no.  And

22     this is ground that we have gone through in the

Page 150

1      following way.  I have explained what the bulk

2      of literature is, and I have to recharacterize

3      it.

4              I have said that there are many

5      studies that show that some babies with NAS

6      have deleterious outcomes.  I have also said

7      that those studies have been often admitted by

8      the very authors have -- the authors have

9      stated that they cannot tease apart the effect

10     of the opioid or the NAS from that broader

11     context, all the social stuff, the

12     polypharmacy, the other drugs, et cetera, et

13     cetera.

14              I have finally said that there are

15     some studies that are able to do that a bit

16     more cleanly, and so yet another time, the bulk

17     or the gist of the scientific literature, as we

18     sit here in 2020, is that there is no defined

19     association of opioid use by the mother,

20     meaning, you know, if mom has been prescribed

21     that, no causal relationship with any in

22     humans, any long-term neurodevelopmental

Page 151

1    consequences.

2            That is what I have said several

3    times and that's what I'll continue to say

4    because that is an accurate assessment of the

5    medical literature.

6            BY MR. BILEK:

7        Q.    You made up your mind.  I got that.

8        A.    I have made up my mind -- I have

9    made up my mind based on evidence as in the

10   case from 1998 to 2020, as evidence comes in,

11   my opinions which are evidence-based will need

12   to change.

13       Q.    Well, I am glad you have got an open

14   mind because we're going to test that.  But

15   first, let's go to -- do you know how many

16   hours you have spent, what you billed in this

17   case, for literature review?

18       A.    Not offhand, no.

19       Q.    Let me tell you, four hours.  Do you

20   think four hours is a sufficient time for you

21   to have reviewed and figured out what all the

22   studies are?

Page 152

1          A.     That's not a true statement.

2                 MR. EHSAN:  Object to the form.

3                 THE WITNESS:  I have spent many more

4     than four hours on literature review.  If you

5     are looking at the billing that I submitted,

6     some of it may say literature review, some of

7     it may say research.  Those are close to

8     identical.  I have spent a lot more than four

9     hours.

10                BY MR. BILEK:

11         Q.     Okay.  Well, that's not what your

12    billing records say, but let's go on to --

13    instead of arguing about that.

14         A.     There is no argument.  There is no

15    argument.  What I have done is I've corrected

16    your incorrect statement that I spent four

17    hours and nothing more on literature review.

18    Presented with new evidence that I have just

19    given you, I hope you, too, will change your

20    mind.

21         Q.     Okay.  We will see.

22         A.     We will.

1       Q.    My next question I have is:  What

2    kind of evidence on long-term study would cause

3    you to be troubled that there are long-term

4    effects stemming from NAS?

5               MR. EHSAN:  Object to the form.

6               THE WITNESS:  Long-term consequences

7    from NAS.  That's a different question from

8    long-term consequences from opioid exposure.

9               BY MR. BILEK:

10      Q.    Opioid exposure, NAS.  From NAS,

11   long-term consequences for the child being born

12   with NAS due to opioid exposure?

13      A.    Two different questions.

14              MR. EHSAN:  Object to the form.

15              THE WITNESS:  Two different

16   questions deserves two answers.  The

17   consequences of NAS themselves should not be

18   deleterious in the following specific sense:

19   Pain, distress, physiologic distress, these can

20   have long-term neurodevelopmental outcomes.  A

21   well-written literature including by Dr. Anand

22   who you quoted earlier, one wants to avoid

Page 154

1    that, when that distress is due to exposure

2    that the fetus had to opioids, one treats the

3    baby with opioids, standard treatment.

4    Well-treated babies with NAS don't have to go

5    through anything that seems like withdrawal.

6                So that's my answer about NAS.  NAS

7    that is treated well and basically that means

8    NAS that is treated in the ways that are

9    currently accepted, there shouldn't be

10   long-term effects.  Effects of opioid exposure

11   per se in terms of long-term outcomes, I have

12   stated probably a dozen times since this

13   morning.  We can read back any one of those

14   answers because they are all the same.

15               BY MR. BILEK:

16       Q.    I am asking you a different

17   question.  I am asking you:  What scientific

18   evidence, what would a properly modeled study

19   that shows -- that would change your mind that

20   babies born with NAS whose mothers were

21   addicted to opioids had long-term problems?

22       A.    Okay.  The question is a study.

Page 155

1          MR. EHSAN:  Object to the form.

2          THE WITNESS:  A study of those

3    babies who have NAS but have that because they

4    were exposed to opioids in utero, correct?

5    Like I have alluded to earlier, a clean study

6    in the sense of a study that is able to account

7    for the other variables that clearly have their

8    own separate impact on long-term -- short or

9    long-term neurodevelopment.  Hard thing to do

10   unless you put pregnant women and their

11   newborns into a lab.

12          BY MR. BILEK:

13      Q.   So, but one of the things that you

14   could do is compare kids that -- on what their

15   developmental rates are that were born with NAS

16   compared to similarly-situated non-children who

17   were born without NAS.

18          MR. EHSAN:  Object to the form.

19          THE WITNESS:  What means "similarly

20   situated"?

21          BY MR. BILEK:

22      Q.   Same economic circumstances, same

Page 156

1    social environment.

2         A.    You're asking basically a two-prong

3    question.  You're asking about a study that

4    would look at babies who have NAS but have NAS

5    because their -- they were exposed as fetuses

6    to opioids and comparing that group to a

7    similar group in other ways that has not had

8    the exposure and not had NAS.

9              I have cited in my report several of

10   those articles that have tried to get out that,

11   and I repeat although it's probably a

12   perseveration at this point, to the extent that

13   that is possible to tease out, there is no

14   defined long-term effect of opioids per se, not

15   all the rest of the stuff, and to do a study

16   such as you propose is intriguing and can't be

17   done on planet earth.

18        Q.    What you are saying is, there is no

19   evidence that would ever make you think that

20   there was a -- there are -- that the long-term

21   adverse behavioral effects in children of

22   narcotic-addicted mothers would be disturbing

Page 157

1    to you?

2         A.    Okay.

3              MR. EHSAN:  Object to the form.

4              THE WITNESS:  Yeah.  You are not

5    upsetting me, sir, but you are perplexing me

6    because you keep on saying "so you mean,

7    Dr. Rubin, that" and you give a sentence that

8    not only isn't close, it's in another solar

9    system compared to what I did say.

10             I never said anything like that.  I

11   have said the way my opinions are based on data

12   and how those things change.  We have gone

13   through that a bunch of times.  If you want to

14   keep trying to make me accept that something I

15   didn't say is something you are saying I did

16   say, ain't going to happen.

17             BY MR. BILEK:

18        Q.    Well, we will just see what's going

19   to happen.

20        A.    We will.

21        Q.    The issue of -- in this report, the

22   -- if you turn to the last page.

Page 158

1          A.    I'm sorry.  Stop, sorry.  What

2     exhibit are you looking at now?

3          Q.    I am still looking at Exhibit 24.

4          A.    44?

5                THE COURT REPORTER:  24.

6                THE WITNESS:  24.

7                BY MR. BILEK:

8          Q.    24.

9          A.    Tell me where again on Exhibit 24.

10         Q.    Go to the last page.  The people

11    that you cite to and rely on.

12         A.    Okay.  I'm on the last page.

13         Q.    Who wrote the -- who did you rely on

14    in your first two footnotes?

15         A.    Dr. KS Anand.

16         Q.    Footnote No. 1:  "Relationships

17    between stress responses" -- who wrote that

18    article?

19         A.    I just answered you, KS Anand.

20         Q.    Right.  So Anand -- Dr. Anand, you

21    in the past, in your peer-reviewed literature,

22    relied upon him, correct?

Page 159

1      A.    Yes.  For specific things which is

2   what I have said the last few times.  You

3   brought Sunny Anand's name up.  Let's look at

4   the two references that you're bringing up.

5           The first of these two is called:

6   "Relationships Between Stress Responses and

7   Clinical Outcome in" Newborn -- "Newborns,

8   Infants, and Children."  That is a discussion

9   about an area of his expertise which I

10  previously mentioned, which is the importance

11  of stress and stress responses not being

12  treated, not being dealt with, and those -- and

13  the importance of that for long-term

14  deleterious consequences.

15          The gist of that article, frankly,

16  is the reasons to use opioids not -- not to use

17  opioids.  Let me go to the second one of those,

18  Anand and a co-author who I don't know.

19  "Neonatal and Pediatric Stress Responses to

20  Anesthesia and Operation."  Again, looking at

21  the stresses and the consequences of the

22  stresses that come when, during anesthesia and

Page 160

1    during surgery, infants are not appropriately

2    medicated.  Yeah.  That's an area that Dr.

3    Anand is expert in.  That's an area that we

4    relied upon him in.

5        Q.   Dr. Rubin, have you looked at Dr.

6    Anand's resume?

7        A.   I don't recall if -- when I was sent

8    his report, if a -- if his current recent CV

9    was in there or not.

10       Q.   Do you know whether -- how many

11   articles he's published on NAS?

12            MR. EHSAN:  Object to the form.

13            THE WITNESS:  On neonatal abstinence

14   syndrome as the main topic of the article, is

15   that what you are asking me?

16            BY MR. BILEK:

17       Q.   Yes, sir.

18       A.   No, I don't.

19       Q.   Let's try to go through some of

20   these studies and see what you agree with and

21   what you don't.

22            Let's go -- I guess we should go to

Page 161

1      ones you have reviewed first, and then we'll go

2      through the ones that are probably -- are new

3      to you.

4                  Let's start with -- let's go to

5      Deposition Exhibit 15.

6                  MR. BILEK:  If the court reporter

7      could hand Deposition Exhibit 15 to the

8      witness, please.

9                  MR. EHSAN:  I object and move to

10     strike the commentary before the question.

11                 (Deposition Exhibit 15 was marked

12     for identification.)

13                 BY MR. BILEK:

14     Q.    Can you identify Exhibit 15?

15     A.    It is an article published in the

16     Journal of Health Affairs in February of this

17     year entitled:  "Five Year Outcomes Among

18     Medicaid-Enrolled Children With In Utero Opioid

19     Exposure."

20     Q.    Okay.  One of the -- this is

21     something you've reviewed, right?

22     A.    You know, I've reviewed so many

Page 162

1    articles.  The title seems familiar, but I

2    cannot say here for sure whether I have

3    previously reviewed this or not.  If it appears

4    in the list, I certainly have reviewed it.

5         Q.    Okay.  The abstract, if you go to

6    the abstract, it says in about the middle of

7    the paragraph:  "Children with in utero opioid

8    exposure."

9              Do you see that?

10        A.    Yes.

11        Q.    "Children with in utero opioid

12   exposure have a lower predicted probability of

13   recommended well-child visit use at age 15

14   months compared to those with tobacco exposure

15   and those with neither exposure.  Children with

16   in utero opioid exposure had a predicted

17   probability of being diagnosed with a pediatric

18   complex chronic condition similar to that among

19   children."

20             Do you see that?

21        A.    Of course I do.

22             MR. EHSAN:  Object to the form.

Page 163

```
 1              BY MR. BILEK:
 2         Q.    Do you see that?  Am I reading that
 3    correctly?
 4         A.    I just said yes, I saw it.  Yes.
 5    You read it correctly.
 6         Q.    Thank you.  So this was looking at
 7    trying to give you comparisons still.
 8              Now, the -- their conclusions on the
 9    last page.  I want you to go to that.
10         A.    I already have.
11         Q.    Okay.  It says:  "Children diagnosed
12    with NAS have higher probability being
13    diagnosed with a pediatric complex chronic
14    condition."
15              Do you see that?
16         A.    Yes.
17         Q.    You agree with -- is that something
18    that would trouble you, the finding of this
19    study?
20         A.    I am reading that --
21              MR. EHSAN:  I object to the form,
22    and I also object to move to strike the
```

Page 164

1    prologue before the question was asked.

2              Sorry.  Go ahead.

3              BY MR. BILEK:

4         Q.    Is this conclusion --

5         A.    No.  I heard you.  I need to answer

6    that by reading it in context so the context is

7    -- allow me to read the next sentence for the

8    record:  "Although we did not detect a large

9    magnitude of association between in utero

10   opioid exposure and pediatric chronic

11   conditions, the rate of chronic conditions was

12   high among all children" -- emphasis line on

13   all -- "in our study.  Our results point to the

14   multifaceted nature of exposures including

15   substance abuse, poverty, and social

16   circumstances that shape the health of children

17   in Medicaid.  Conclusion of article."

18             So, yes, this is one of those many

19   studies that I previously described it as being

20   unfortunately real world messy.  So they were

21   not able to disassociate the exposure from all

22   of the other factors and rightfully acknowledge

Page 165

1    that these other factors make that impossible,

2    but of course, these other factors of

3    themselves can lead to deleterious

4    consequences.

5         Q.   Okay.  However, the study did find

6    that the opioid exposed children at the highest

7    levels, correct?

8              MR. EHSAN:  Object to the form.

9              THE WITNESS:  Yes.  In the sense

10   that the authors clearly state and conclude in

11   what I just read is that, A is true and B is

12   true and it is impossible to say that B is

13   caused by A because of C, D, E, F, and G that

14   all independently lead to, on a population

15   base, more complicated outcomes.

16             BY MR. BILEK:

17        Q.   So this study doesn't trouble you?

18             MR. EHSAN:  Object to the form.

19             THE WITNESS:  I don't know what you

20   mean by "trouble" me.

21             BY MR. BILEK:

22        Q.   Cause you concern that there could

Page 166

1    be long-term problems resulting from opioid

2    NAS?

3              MR. EHSAN:  Object to the form.

4              THE WITNESS:  So this study of

5    itself is -- says that, gee, that is a

6    possibility.  Doesn't seem like it's a

7    likelihood.

8              So in medicine, we rarely rely on

9    one study.  We rely on the totality of the

10   literature, and I have already several times

11   given you the summation of the totality of the

12   literature, so no, I am not troubled at all.

13             BY MR. BILEK:

14       Q.    Okay.  Let's go to Exhibit 15 -- I

15   mean, 17.

16             (Deposition Exhibit 17 was marked

17   for identification.)

18             THE WITNESS:  You have a lot of

19   exhibits here.

20             BY MR. BILEK:

21       Q.    I have a lot.

22       A.    I have a lot of clarifications for

1    any statements that are oversimplified.

2            I have Item 17 in front of me.

3        Q.    Okay.  Can you identify Plaintiff's

4    Exhibit 17?

5        A.    An article in the Journal of

6    Pediatrics from 2018 entitled:  "Educational

7    Disabilities Among Children Born With Neonatal

8    Abstinence Syndrome."

9        Q.    Have you reviewed this study before?

10       A.    I don't recall if this is one of the

11   specific ones I reviewed or not.

12       Q.    Okay.  So in this, going to the

13   background, it says:  "Neonatal abstinence

14   syndrome is a prenatal drug withdrawal

15   syndrome" --

16       A.    It doesn't say that.  It doesn't say

17   that.

18       Q.    A post-natal.  How did I do?  Well,

19   I will just have you read.  Why am I reading

20   for?  You're a better reader than I am.  I'm

21   sure you'll say that.

22       A.    I don't know about better, but I

Page 168

1    striving to be accurate.  "Neonatal Abstinence

2    Syndrome, NAS, is a post-natal drug withdrawal

3    syndrome that can occur after intrauterine

4    opioid exposure."

5        Q.    "Adverse neural behavior outcomes

6    have been documented in infants with NAS."

7              Do you see that?

8        A.    Yes.  After that comes a semicolon,

9    to continue their thought:  "However,

10   educational outcomes have not been thoroughly

11   examined.  We analyzed Tennessee data to

12   understand the need for special educational

13   services among children who are born with NAS."

14       Q.    Seems like something that could be

15   studied, right?

16             MR. EHSAN:  Object to the form.

17             THE WITNESS:  Actually, it's a good

18   demonstration, this article, of why the current

19   practices of follow-up are so important.  So

20   since you read and I read the statements in the

21   abstract that begin under background, let me

22   read the briefer part that comes under

Page 169

1      conclusions:  "Results of this novel analysis"

2      -- you know, it's novel in that it was in

3      Tennessee, but -- "results of this novel

4      analysis linking health and education data

5      revealed that children with a history of NAS

6      were significantly more likely to have a

7      subsequent educational disability."

8            Now, as I am reading this, I am

9      remembering more about this article, which yes,

10     I have reviewed, and what this article shows is

11     that the population they studied were Medicaid

12     in Tennessee.  They were as you had previously

13     described, vulnerable populations.

14           These were babies who did not have

15     purely NAS.  They had a history of NAS.  They

16     also had all of those other aspects, you know,

17     that put them at disadvantage.  And, hence,

18     that is why these kids are followed not only

19     with routine pediatric care but they are

20     followed by social services, behavioral

21     services, other services, sometimes legal

22     intervention, depends on the place.

Page 170

1              BY MR. BILEK:

2        Q.    So, but the question that was being

3    posed here was whether the opioid-exposed

4    children had more serious problems, long-term

5    problems, educational problems, right?

6              MR. EHSAN:  Object to the form.

7              THE WITNESS:  No.  That wasn't the

8    question they posed, or not specifically the

9    question they posed.  They did an analysis

10   linking health and education data to see what

11   came out.  They didn't have a prior conception

12   I would not think.

13             BY MR. BILEK:

14       Q.    Let's just go to the next page when

15   it says what they are trying to do.  And it's

16   the next big full paragraph that says:  "The

17   Tennessee Department of Health received

18   anecdotal reports from educators in Tennessee

19   that children with a history of NAS had greater

20   learning challenges and behavioral difficulties

21   in the classroom."

22             Do you see that?

1          A.    Yes.

2          Q.    So and if you go to the next

3     paragraph, it goes -- I mean, under:

4     "Methods," they talk about that there are

5     differences, and the study is being set up to

6     try to match and determine whether same

7     economic circumstances, same family

8     circumstances of the child made a difference of

9     whether or not the child had NAS as far as the

10    outcome.

11               MR. EHSAN:  Object to the form.

12               BY MR. BILEK:

13         Q.    Would you agree that that is a fair

14    characterization of what the study is trying to

15    do?

16               MR. EHSAN:  Same objection.

17               THE WITNESS:  Yeah.  I need to read

18    what they actually said versus your synopsis to

19    be careful about that.

20               BY MR. BILEK:

21         Q.    If you need to refamiliarize

22    yourself with this study, I am more than happy

Page 172

1    to go off the record and take a break and you

2    can read it again.

3         A.    Let me read it briefly while we are

4    still on.

5              MR. EHSAN:  Just for the record,

6    Tom, you put an exhibit in front of him.  You

7    are asking him questions.  He is entitled to

8    read it, and that should go on the record.  If

9    you want to call the magistrate, we are happy

10   to call the magistrate, but you are not

11   entitled to force him to read documents you put

12   in front of him off the record.

13             MR. BILEK:  Well, this is a study

14   that he put in his -- that he had reviewed.

15             MR. EHSAN:  It doesn't matter.

16             MR. BILEK:  We will do that but this

17   has been one of the most obstreperous witnesses

18   I have ever met.  But besides that, let's just

19   realize that this study does not say what he is

20   saying.  I mean, no one could read this study

21   what he is doing.  But let's go off.

22             THE WITNESS:  I have not said what

Page 173

1       the study says.  You have said what the study

2       says, and I said I need to read it for myself.

3       I am not being obstreperous.  I am trying to

4       get around vague, meandering questions.

5                   MR. EHSAN:  Dr. Rubin, just for the

6       benefit of moving things along, you don't need

7       to have a back and forth.  Read it, answer his

8       questions.  We can move on.

9                   THE WITNESS:  Thank you.

10                  Okay.  I have given it a fairly

11      quick once-through.  Ask me your question,

12      please.

13                  BY MR. BILEK:

14          Q.    This shouldn't be a once-through for

15      you.  You said you reviewed this before.

16                  MR. EHSAN:  Objection to the form.

17                  THE WITNESS:  If you want to quibble

18      with me, you are correct.  I just reread it as

19      a once-through.

20                  BY MR. BILEK:

21          Q.    Okay.  Now, the point of the study

22      was to try to figure out whether there was

Page 174

1    difference between children with NAS, opioid

2    exposed children with NAS and those without NAS

3    in the same social circumstances.  Isn't that

4    correct?

5         A.    That is correct.  That was the aim.

6         Q.    They are trying to tease out social

7    circumstances, right?

8         A.    That was the aim.

9         Q.    And so that was the goal of this

10   study, and the conclusion of the study was that

11   NAS children needed -- fared worse than the

12   non-NAS children in the same economic

13   circumstances, correct?

14        A.    I'm sorry, you said "needed, fared

15   worse."  I don't understand.

16        Q.    That the NAS children fared worse as

17   far as their educational disability.  They had

18   more educational disability than non-NAS

19   children in the same social circumstances?

20        A.    Yes.  Separating the ones who

21   received a diagnosis of NAS from babies who

22   didn't, in the study, that was true.

1      MR. EHSAN:  I object to the form.

2      Doctor, if you can give me one

3  second because of this lag, I have to wait to

4  make sure he is done before I can object, so

5  just give me one second.  Thank you.

6      BY MR. BILEK:

7  Q.    So does this study cause you any --

8  does it disturb you in any way that there may

9  be long-term additional problems for NAS

10  children versus children that are in the same

11  economic circumstance?

12      MR. EHSAN:  Object to the form.

13      THE WITNESS:  Does it disturb me?

14  I'm not sure how to answer that.

15      BY MR. BILEK:

16  Q.    Yes.

17  A.    But I will answer you about whether

18  I am disturbed by the quality of the

19  conclusions, and I am not, because to be a bit

20  more granular and accurate, let me just point

21  out several things that are said that are

22  alighted by, you know, the conclusion that you

Page 176

1    are saying that they drew.

2            First of all, in terms of follow-up,

3    let me address Page 6, middle column, second

4    paragraph.  It states:  "In Tennessee, NAS is

5    an automatically qualifying diagnosis for early

6    intervention services.  Early intervention

7    services are the precursor to special education

8    services for children under 3" -- blah blah

9    blah, and then later on on that same page, on

10   the right-hand column, second paragraph, about

11   five lines down:  "However, best estimates are

12   that TennCare" -- that's the Tennessee Medicaid

13   program -- "provides services to approximately

14   90 percent of children who are born with NAS in

15   Tennessee."

16           So that's the first part about,

17   should -- you know, do they need further

18   monitoring?  They are being further monitored.

19           Your next question is that you have

20   kept on saying what about, doesn't this show

21   the link to opioids and deleterious outcomes in

22   babies who had NAS.

Page 177

1                So let me read you continuing from

2        where I just did:  "NAS can occur after fetal

3        exposure to substances (benzodiazepines,

4        selective serotonin reuptake inhibitor and

5        alcohol) other than opioids and we were unable

6        to validate that all children with NAS in our

7        sample had in utero opioid exposure or confirm

8        that children without NAS did not have an in

9        utero opioid exposure."

10               Again, this is a paper that

11       illustrates the messiness of trying, especially

12       in a high-risk population, to sort these things

13       out.  Which is why I keep coming back to, one

14       needs to read this literature critically and

15       thoroughly and also look at the papers that

16       more successfully can separate out the opioid

17       exposure per se.  This was not designed nor did

18       it show that.

19               MR. BILEK:  Well, I move to strike

20       -- I object to your answer as being

21       nonresponsive.

22               BY MR. BILEK:

1      Q.    Now, let's go to the final paragraph

2    in the article to see whether you agree with

3    this or not.

4      A.    Okay.

5      Q.    It says:  "Furthermore, children

6    with the history of NAS were more likely to be

7    diagnosed with educational disabilities in

8    development, delay in speech, language

9    impairments."

10            Do you agree or disagree with that

11    finding?

12      A.    No, that is a true statement in

13    their study as far as it goes.  With the

14    importance, and I am not being unresponsive, I

15    am clarifying the medical literature for you.

16    They were not able to define NAS as being due

17    to opioid exposure nor were they able to sort

18    out a bunch of the issues although they tried

19    about environment and those babies who had NAS.

20      Q.    The final --

21      A.    I applaud them for their attempt.

22      Q.    Would you read the final sentence of

Page 179

1    the report, please.

2         A.    "These results further substantiate

3    the need for efforts to reduce intrauterine

4    opioid exposure and NAS."

5         Q.    Do you agree with that?

6         A.    Well, I agree with that in the

7    obvious way that illicit drug use and

8    self-medication with opioids should be -- as a

9    national policy, be decreased.  That is not to

10   say that appropriately-prescribed opioids are

11   not very appropriate in specific situations

12   that I have previously referred to, so yeah, I

13   mean, how can you argue with that.

14        Q.    Okay.  I'll move to strike as

15   nonresponsive.

16             THE WITNESS:  I'm sorry.  Can you

17   repeat.  I can't hear you and neither can the

18   reporter -- recorder.

19             BY MR. BILEK:

20        Q.    The issue that I have is that, in

21   any event, you find that the flaws in the study

22   mean that this study doesn't disturb you or

Page 180

1    cause you to believe that there are long-term

2    consequences as a result of opioid exposure.

3         A.    You have no idea --

4              MR. EHSAN:  Object to the form.

5              THE WITNESS:  You have no idea what

6    disturbs me or doesn't disturb me.  From a

7    professional point of view, this contributes to

8    me to the messiness of trying to sort these

9    issues out, which is why, as I have said

10   enumerable times, we need to look critically

11   and we need to look at studies that are able to

12   do this a little bit better depending on the

13   populations they are studying.

14              BY MR. BILEK:

15        Q.    But so, let's go to Exhibit 16.

16              MR. BILEK:  Can the court reporter

17   please hand him Exhibit 16.

18              (Deposition Exhibit 16 was marked

19   for identification.)

20              THE COURT REPORTER:  16, 1-6?

21              MR. BILEK:  16.

22              THE COURT REPORTER:  Okay.  Got it.

Page 181

1            MR. BILEK:  1-6.

2            THE COURT REPORTER:  1-6.  All

3     right.  The witness has Exhibit 16.

4            BY MR. BILEK:

5       Q.    Could you identify this document for

6     the record, please.

7       A.    It is a paper from January 2020,

8     published in Journal of Autism and

9     Developmental Disorders entitled:  "Brief

10    Report, Maternal Opioid Prescription From

11    Preconception Through Pregnancy and the Odds of

12    Autism Spectrum Disorder and Autism Features in

13    Children."

14      Q.    Have you seen this before?

15      A.    I don't recall.

16      Q.    I will state to you that it is not

17    cited in your report.

18      A.    Which is not identical to whether or

19    not I have seen it before.

20      Q.    Okay.  Well, maybe looking at it

21    will refresh your memory.  Go to the abstract.

22            It says:  "Opioid use during

1    pregnancy is associated with suboptimal

2    pregnancy outcomes.  Little is known about

3    child neurodevelopment outcomes.  We examined

4    the association between maternal opioid

5    prescriptions preconception to delivery.

6    During pregnancy and child's risk of ASD,

7    developmental delay disorder with no ASD

8    features or ASD DD with autism features in this

9    study to explore early development case

10    control.  Study of neurodevelopment."

11            Does this refresh your recollection

12    at all of whether you have read this before?

13        A.    No, it doesn't.

14        Q.    Okay.  "Pre-conception opioid

15    prescription was associated with 2.43 times the

16    odds of ASD, 95 percent confidence interval,

17    and 2.64 times the odds of ASD DD with autism

18    features compared to mothers without

19    prescriptions."

20            Do you see that?

21        A.    Of course, I do.

22            MR. EHSAN:  Tom, just one second.

Page 183

1     Under Federal Rules of Evidence 106, I do think

2     that in terms of completeness, it would be

3     important to put in the confidence interval as

4     part of what you read because they're part of

5     the sentence.

6               BY MR. BILEK:

7          Q.    Both of them are at 95 percent

8     confidence interval.

9          A.    No.   That is actually not true.   I

10    will tell you what 95 percent confidence

11    interval means.   It means the number, which is

12    not given here, and the range.   And so the

13    range in the first one is .99 to 6.02 and in

14    the second one, it's 1.10 to 6.31.

15         Q.    So you are having a problem with the

16    study.   You are saying it's not scientific

17    because you are disagreeing with the confidence

18    measures?

19              MR. EHSAN:   Objection.

20              THE WITNESS:   Is there any way to --

21    I am asking this to all the attorneys.   Is

22    there any way to prevent or I just deal with

Page 184

```
 1      it, words that are not mine being put into my
 2      mouth?
 3                  BY MR. BILEK:
 4          Q.    I am asking you a question.
 5          A.    No, you were not.
 6          Q.    I don't have to repeat everything
 7      that you say to me, sir, and really, you just
 8      need to answer questions and not try to figure
 9      out how you are going to help your client.  You
10      just need to answer the questions truthfully
11      and honestly.
12                  Do you understand that?
13                  MR. EHSAN:  I'm going to object to
14      that as argumentative, Tom.  If you want to
15      call the magistrate for that, by all means, go
16      ahead.
17                  THE WITNESS:  You really are arguing
18      with me.  What I said -- what I said --
19                  BY MR. BILEK:
20          Q.    Just answer the question.
21                  MR. EHSAN:  Just answer to the best
22      of your ability.  Either answer the question or
```

Page 185

1    tell Tom you don't understand the question.

2    That's the nature of the -- we don't need

3    commentary from anybody.

4              THE WITNESS:  No.  But what I need

5    to tell Tom is that that's not what I said,

6    that's not what I implied.  What I did say is,

7    I read you what the confidence intervals was.

8    I didn't say scientific.  I didn't say

9    nonscientific.

10             That first confidence interval means

11   it wasn't statistically significant in that

12   limited way and the other one means it's mildly

13   so.

14             But, frankly, I can't make any

15   comments about this paper without having the

16   ability to go and read through it.

17             BY MR. BILEK:

18        Q.   Would you like to take a break and

19   read through it?

20        A.   I see a cross --

21             MR. EHSAN:  Again.

22             THE WITNESS:  Sorry.

Page 186

1          MR. EHSAN:  Counsel, if we can have

2     him read it because you asked a specific

3     question, give him time to read it and ask your

4     question.  Otherwise, you can move on.  It's

5     your time.  You can do it as you wish.

6          BY MR. BILEK:

7     Q.   The big issue of this study that --

8     first of all, did -- this study came out this

9     very time that you were trying to write your

10    report that there were no long-term effects,

11    right?

12         MR. EHSAN:  Object to the form.

13         THE WITNESS:  I have said that -- I

14    mean, maybe.  I have said that, I don't recall

15    whether I have seen this study among the

16    several hundred studies I've read on NAS.  I

17    may have, I may not have.  That's a separate

18    issue from my determination about the quality

19    of the study.

20         I can't address the quality of the

21    study or accept the conclusions of a study

22    unless I have read it.  Simple.  I am looking

Page 187

1    across the table and I see a fairly large pile

2    of exhibits, many of which look like they are

3    articles.  If we are going to go through every

4    single article and I need to take time to go

5    through the articles, we will be here for a

6    long time.  I would need time to go through

7    this article.  Just tell me what to do.

8                 BY MR. BILEK:

9         Q.   Okay.  I will ask my question.  You

10   can answer what you can.

11                Looking at the study right there,

12   based on the confidence intervals, is this some

13   study that you would not consider to be

14   scientifically reliable?

15        A.   I cannot answer that --

16                MR. EHSAN:  Object to the form.

17                THE WITNESS:  -- without reading the

18   study.  The abstract -- the abstract doesn't

19   tell you enough about the study.  That's why

20   there is a paper following it.

21                BY MR. BILEK:

22        Q.   Okay.  The next question is:  If the

Page 188

1      study is scientifically reliable and is showing

2      that we have increased rates of autism with

3      opioid exposed children, that that would be a

4      concern to you, correct?

5                  MR. EHSAN:  Object to the form.

6                  THE WITNESS:  You know, yes, with a

7      necessary brief follow-up.  I don't know

8      whether they were able to sort out the effect

9      of NAS from everything else.  For one thing,

10     right in the abstract, it says it's a

11     comparison of babies born where women were

12     prescribed opioids versus women who were not

13     prescribed opioids.  Those are not two

14     comparable groups necessarily.  People are not

15     prescribed opioids for no reason.  They are

16     prescribed for a reason, so I need to read it

17     critically to comment on it.

18                  BY MR. BILEK:

19          Q.    Well, let's look at it this way.  At

20     this point, you are not willing to opine on

21     this study one way or the other.

22          A.    Correct.

```
                                        Page 189

 1              MR. EHSAN:  Objection.

 2              BY MR. BILEK:

 3         Q.   And it's fair to say that you didn't

 4    consider this opinion in drafting your report.

 5         A.   Incorrect.

 6              MR. EHSAN:  Object to the form.

 7              BY MR. BILEK:

 8         Q.   Well, you have no evidence that you

 9    did.

10         A.   You have no evidence that I didn't.

11    What I said is that I have -- you have got to

12    let me finish a brief -- you cut me off when I

13    try and answer you.

14              I am not being argumentative.  I am

15    trying to finish a sentence.  I realize that

16    Zoom makes everything much more difficult.

17              What I said is that, you can't, you

18    know, rule out that I didn't, simply because,

19    like I said, I have looked at an enormous

20    number of papers.  I frankly offhand do not

21    recall one way or the other whether this is one

22    of them.  Period.  That's all.
```

Page 190

1              MR. EHSAN:  How about we take a

2      five-minute break whenever you are ready.

3              MR. BILEK:  Okay.  Fine by me.

4              MR. EHSAN:  All right.

5              (A short recess was taken.)

6              MR. BILEK:  Court Reporter, could

7      you hand Exhibit 19 to the witness, please.

8              (Deposition Exhibit 19 was marked

9      for identification.)

10             BY MR. BILEK:

11      Q.    Can you identify this exhibit for

12      the record.

13      A.    A publication in the journal, JAMA,

14      J-A-M-A, Network Open from 2019 entitled:

15      "Cognitive and Motor Outcomes of Children With

16      Prenatal Opioid Exposure, a Systematic Review

17      and Meta-Analysis."

18      Q.    What is a meta-analysis?

19      A.    So a meta-analysis is a technique by

20      which individual studies, in this case,

21      individual clinical trials usually are

22      aggregated.  It's not a straightforward

Page 191

1    process, but aggregated trying to control for

2    differences among the studies in order to try

3    and draw a conclusion that is based on the sum

4    of the studies.

5         Q.    In order to -- in other words, to

6    get power from the number of studies, right?

7         A.    In part.

8         Q.    If you turn the page to the key

9    points.  The first is the question:  "Is

10   prenatal opioid exposure associated with

11   differences in childhood cognitive and motor

12   developments."

13             Do you see that?

14        A.    I'm sorry.  You said turn the page.

15   Which page?

16        Q.    On mine, it's -- do you see the

17   question of the report?

18        A.    Do you mean in the abstract?

19        Q.    Yes.

20        A.    Or on the key points?

21             MR. EHSAN:  For me, it's on the

22   front page if that helps.

 1                THE WITNESS:  Yes.  Key points.

 2                BY MR. BILEK:

 3        Q.    On mine -- on my printout, it is

 4     not, but whatever, it's on the front page.

 5     It's where they do questions, findings,

 6     meanings, right before the abstract.

 7        A.    I see it on my version.

 8        Q.    Okay.  Now, the -- first of all,

 9     have you reviewed this study?

10        A.    It looks familiar.  That's the most

11     I can say.

12        Q.    I will represent to you it is not

13     cited in your report.

14        A.    Okay.

15        Q.    If that helps.

16        A.    It doesn't.  Sorry.  It doesn't,

17     because I know I have read whatever is cited in

18     my report.  I don't know offhand whether I have

19     read or not read other things.  As I said, this

20     looks familiar.

21        Q.    So in this study, it says -- the

22     question is:  "Is prenatal opioid exposure

Page 193

1     associated with difference in childhood

2     cognitive and motor development."

3              Do you see that?

4        A.    Yes.

5        Q.    And the finding in this systematic

6     review and meta-analysis of 26 studies, 1,455

7     children exposed to prenatal opioids compared

8     with unexposed children, prenatal opioid

9     exposure was associated with lower cognitive

10    scores, the largest difference was between ages

11    6 months and six years.

12             Do you see that?

13       A.    Yes.

14       Q.    Do you have a problem with this

15    finding?

16       A.    I'm sorry.

17             MR. EHSAN:  Object to the form.

18             THE WITNESS:  Could you repeat it,

19    it got gabled.

20             BY MR. BILEK:

21       Q.    The simple finding.  Do you disagree

22    or have a problem with it?

Page 194

1           A.     With what?

2           Q.     The finding.

3           A.     The finding?

4           Q.     It's just one finding, yeah.

5           A.     Yeah.  I don't know, because I need

6      to look at it critically to see, you know,

7      whether that, you know, to see what it's based

8      on.

9           Q.     Okay.  Well, we see 26 studies that

10     they compiled together.

11                 Do you see that?

12          A.     Yeah, that doesn't change what I

13     just said.

14                 26 studies is nice.  But what is the

15     quality of all of the 26 studies?  You know, if

16     you put, you know, a pile of garbage and add 25

17     more piles of garbage to it, you have a larger

18     pile of garbage.  I'm not saying that these are

19     garbage studies.  I am merely saying that the

20     quality of studies throughout the literature

21     varies.  I need to look at it in order to give

22     you my view on it.

1          Q.    Well, is it fair to say that in

2     connection with your opinions in this case, you

3     didn't consider this study?

4               MR. EHSAN:  Object to the form.

5               THE WITNESS:  No.  I have said, I

6     have said and I restated that I do not recall

7     whether or not I have read this study but it

8     does look familiar.

9               BY MR. BILEK:

10         Q.    Okay.

11         A.    I can't tell you more than that.

12         Q.    Okay.  So the -- the importance that

13    they say in the abstract was the:  "Prenatal

14    opioid exposure, POE, is one of the

15    fastest-growing global health problems but its

16    association with long-term neurologic and

17    physical development remain unknown."

18         A.    I'm sorry.  Where are you reading?

19         Q.    In the abstract under:

20    "Importance."

21         A.    At the very top?

22         Q.    Yes, sir.

1      A.    Yes.  So what you just read says:

2   "Prenatal opioid exposure, POE, is one of the

3   fastest-growing global health problems, but its

4   association with long-term neurological and

5   physical development remains unknown."

6           I would not agree with that in its

7   entirety.  I would say there are some knowns

8   and some unknowns and I have given you the

9   reasons, you know, for that earlier by

10  discussing different issues in the medical

11  literature.

12     Q.    So you go to the page -- mine is

13  printed out a little differently at

14  introduction.

15          Do you see that?

16     A.    I'm in the introduction, yes.

17     Q.    "Prenatal opioid exposure is a

18  fast-growing health problem, with at least one

19  in five pregnant women in high-income countries

20  known to have used some form of opioid during

21  pregnancy."

22          Do you see that?

Page 197

1          A.     I do.

2          Q.     Isn't that an alarming number of

3     prescriptions to women that are pregnant?

4               MR. EHSAN:  Object to the form.

5               THE WITNESS:  Well, I don't know if

6     what you asked directly follows from that,

7     because it seems high to me, at least one in

8     five pregnant women in high-income countries.

9     I am looking at the reference to it.

10              The reference actually says:

11     "Prescription opioid epidemic and prenatal

12     outcomes."

13              It seems, you know, high to me, but

14     if that's what it states.

15              BY MR. BILEK:

16         Q.     I mean, you don't have any evidence

17     to disagree with that number, do you?

18         A.     I don't have any evidence to agree

19     or disagree.  I, you know, must presume, it's

20     peer-reviewed so the reference must say that.

21     I need to look at the quality of the reference.

22         Q.     In that same paragraph, it says:

Page 198

1       "Neonatal abstinence syndrome affects 75

2       percent to 90 percent of all infants with POE

3       and it's considered a major global health

4       issue."

5                Do you have any reason to disagree

6       with that statement?

7            A.    Not overall.  I think it's difficult

8       to know whether it's truly 75 to 90 percent,

9       only because not all of the time when there is

10      opioid exposure is that known at the time when

11      the child delivers, and especially if the child

12      does not have NAS.  It's not going to be

13      investigated.

14           Q.    In any event, there is certainly a

15      high level of neonatal abstinence syndrome that

16      is being caused by POE; is that correct?

17           A.    Yes.  Prenatal opioid exposure is

18      one of the causes of NAS.

19           Q.    Go down to the fourth paragraph

20      under the introduction.

21                It says:  "Nevertheless, there is

22      increasing evidence that neurodevelopmental

Page 199

1    surveillance and intervention for children with

2    POE should be as important as follow-ups for

3    children with other problems."

4            Do you see that?

5        A.    Yes.

6        Q.    Do you agree or disagree with that?

7        A.    No, I agree.  As I stated before,

8    it's important.  I stated that in the context

9    of all of the services that currently are

10   geared.

11       Q.    Let's go to the discussion.  I can't

12   really tell you the page number because mine is

13   different from yours, but it's at the first

14   paragraph of the discussion.

15       A.    Okay.

16       Q.    So the sentence of:  "Therefore, we

17   expect that up to 6.3 percent of children with

18   POE will have an IQ score of 2 SDs below normal

19   compared with 2.3 percent of children normally

20   distributed population, suggesting that

21   children with POE are three times more likely

22   to have severe intellectual disability,

Page 200

1    according to the Diagnostic and Statistical

2    Manual of Mental Disorders, Fifth Edition,

3    material."

4              Do you see that?

5        A.    I do.

6              MR. EHSAN:  Object to the form.

7              BY MR. BILEK:

8        Q.    Do you disagree with that finding?

9        A.    I cannot agree --

10             MR. EHSAN:  Object to the form.

11             THE WITNESS:  Sorry.  I cannot agree

12   or disagree without reading the body of the

13   paper.  You are asking me to look at the

14   introduction, you are asking me to look at the

15   discussion.

16             The meat of the paper is actually

17   how the studies were done, so I need to look at

18   that in order to tease out in that sentence you

19   just read:  "Therefore, we expect that up to

20   6.3 percent of children with POE with an IQ

21   score" -- da da da -- "suggesting that children

22   with POE are three times more likely to have

Page 201

1    complications," and it goes on.

2              What I can't know without looking at

3    how they did it and what the quality of the

4    studies are or whether the POE, the prenatal

5    opioid exposure is merely, as it were, a marker

6    for all of the reasons why women during

7    pregnancy take opioids or whether it's due to

8    the drug itself.

9              And on that point, the sentence

10   after what you just read says:  "This

11   difference is significant for children with POE

12   as they are already vulnerable given their

13   tenuous living circumstances and increased risk

14   of neglect and abuse, as well as their

15   propensity to have behavioral and attention

16   deficits, all of which contribute to poorer

17   academic, social and lifestyle outcomes."

18             So the crux is, how well were those

19   other things controlled for to be able to look

20   at the POE, again, the phrase per se.  I don't

21   know.

22                  BY MR. BILEK:

Page 202

```
 1        Q.    I agree you don't know and that's my
 2   point, Doctor.  You didn't analyze this when
 3   you wrote your opinion for $40,000 that that
 4   there are no long-term health consequences from
 5   a child being exposed to opioids with NAS.  You
 6   didn't do that.
 7              MR. EHSAN:  Objection.
 8              THE WITNESS:  No.  That is not a
 9   true statement nor was it true the several
10   previous times when you said it.  I will
11   reiterate for you.
12              What is cited in my report, I have
13   obviously read.  What is not cited in my
14   report, I may have read or I may not have read,
15   but I will reiterate, I did a critical review
16   of the literature.  My references are not meant
17   to be exhaustive.  They are just illustrative,
18   as I said.  I do -- this does look familiar to
19   me.
20              If there was the time, I would read
21   through the methods and results in this paper,
22   which is not a trivial thing in a meta-analysis
```

Page 203

1   and be able to render a better opinion about

2   this particular paper.

3          What I continue to say is, I

4   reviewed a lot of the literature, a lot of the

5   literature is -- of the point I just mentioned

6   about in this paper, is messy.  It's messy

7   because for real people in the real world, it's

8   difficult to sort out that fairly selected

9   group of people who -- where the fetus does

10  have a prenatal opioid exposure from all of the

11  reasons that they have that.  That's all.

12         BY MR. BILEK:

13     Q.    Let's look at it this way, Doctor.

14         How did you go about identifying

15  what documents you're going to tell me that you

16  had reviewed and which ones you didn't?

17     A.    The studies that I reviewed at the

18  time when I wrote my report, and that I thought

19  were illustrative of particular points, there

20  are many points that don't relate to this

21  issue, I cited.  You have been presented I

22  believe with a longer list of papers which is

Page 204

1    -- which are papers that I utilized

2    contributing to my opinion.  Doesn't -- as we

3    reviewed early in the morning, that's not the

4    same to say that those are the only papers I

5    have read, nor is it a legitimate conclusion

6    that because a paper is not listed, I don't

7    consider it to be helpful.  I can't comment

8    further on this paper until I read it

9    critically.

10        Q.    I am just asking you a different

11   question.  If you just answer the question that

12   I am asking.

13            The question I am trying to get at

14   is:  How did you determine what articles to say

15   that you relied on and what articles you said

16   you omitted from relying on?  How did you

17   decide that?

18            MR. EHSAN:  Object to the form.

19            THE WITNESS:  I think all physicians

20   and certainly all academic physicians do or

21   should read the literature critically.  Studies

22   that I thought were of sufficient quality, I

Page 205

1    read and paid -- well, obviously read others

2    that I didn't think were of quality, that I

3    then utilized.

4              You know, many, but I certainly

5    couldn't say under testimony that every single

6    one of the studies that I -- that are listed

7    are ones that -- now I am losing my train of

8    thought.  I'm sorry.  I was looking at

9    something here.  I can't say that that list is

10   absolutely exhaustive.  I have read plenty of

11   other studies.

12             BY MR. BILEK:

13        Q.   Let's look at it this way:  Wouldn't

14   it be fair to state, Doctor, that what you did

15   in trying to determine to tell me what document

16   you relied on are the ones that you considered

17   to be important; is that correct?

18        A.   You asked me --

19             MR. EHSAN:  Object to the form.

20             THE WITNESS:  You asked me if it's

21   fair, it's not fair.  You asked me if it's

22   correct, it's not correct.

Page 206

1          BY MR. BILEK:

2          Q.    So are you going to provide -- I

3    mean, you understand, this is not your first

4    time you have been an expert witness, right?

5          A.    Correct.

6          Q.    And you understand you are under the

7    obligation to provide me with a list of all of

8    the documents that you have reviewed or relied

9    upon in connection with your opinion, correct?

10         A.    Correct, and let me -- I'm sorry --

11   repeat something again.  This particular

12   article, I would need to read or reread and do

13   that critically in order to determine whether

14   that was one that I had relied on or not relied

15   on.  I can't answer that without, you know,

16   reading it critically.

17         Q.    But this article certainly bears on

18   the issue of whether there are long-term

19   neurological problems with children that are

20   exposed to opioids in utero, correct?

21         A.    Yes.  In the sense that "bear on"

22   means that they approached that issue.  I do

Page 207

1   not know the quality of conclusions for the

2   link -- excuse me, or whether the link between

3   the diagnosis of NAS and these problems is

4   relatable to the causation of the opioid or

5   not.

6        Q.    Going back to the sentence that you

7   were -- I thank you for reading that second

8   sentence, I think, could you agree that what

9   the authors are -- the point the authors are

10  trying to make is that many of the POE exposed

11  children are from low socioeconomic classes

12  that have extreme challenges already

13  confronting them without the opioid exposure?

14       A.    Where are you referring back to

15  again?

16       Q.    I am going back to the sentence you

17  read to me.

18       A.    I know, but I closed the paper.

19  Please tell me where it is.

20       Q.    It's discussion.  We are on

21  discussion, first paragraph, last sentence.

22       A.    Thank you.  Okay.  I have read it.

1      Q.    Okay.  Isn't the point that these

2   children are already disadvantaged before they

3   are being, you know, being -- added insult to

4   being exposed to opioids.

5          Wouldn't you agree this is a problem

6   that these mothers are already, most of them,

7   before we talk about disproportionate number of

8   them, are from very disadvantaged backgrounds?

9      A.    Yes.  But --

10         MR. EHSAN:  Object to the form.

11         THE WITNESS:  Yes.  But in your

12   question you have the speculation in the term

13   "added insult."

14         BY MR. BILEK:

15     Q.    You don't think that being exposed

16   by opioids in the womb is an added insult?

17     A.    We spent quite a few hours looking

18   at that, not looking at that.  I will again say

19   that the bulk of the literature for humans

20   looks as though -- in instances where there has

21   been prenatal opioid exposure, deleterious

22   consequences look like they are related to all

Page 209

1      of these other vulnerabilities and not per se

2      to the opioid exposure.

3          Q.    Of course, that is not what these

4      last studies have been saying, correct?

5          A.    Oh, I don't know if that's the case

6      at all.

7                MR. EHSAN:  Object to the form.

8                BY MR. BILEK:

9          Q.    Okay.  We will keep reading.

10               Let's go down to the next -- the

11     paragraph after the one that we just read the

12     sentence for.

13               It says:  "Core neurodevelopment

14     outcomes in children with POE" --

15         A.    Wait.  Hold on.  Hold on.  I'm

16     sorry.  Where in that paragraph are you?  Oh,

17     that's two paragraphs down.  I have got it.

18         Q.    "Core neurodevelopment outcomes in

19     children with POE even from an early age is not

20     novel information."

21               Do you see that?

22         A.    I do.

Page 210

1          Q.    Do you agree with that?

2                MR. EHSAN:  Objection.

3                THE WITNESS:  I cannot comment on

4     the quality of statements in this paper without

5     reading the paper critically, and when a broad

6     statement like that is made, seeing what the

7     references are.  I am not agreeing nor am I

8     disagreeing.

9                BY MR. BILEK:

10         Q.    Let's go to the conclusions.  Are

11    you there?

12         A.    Yes.

13         Q.    Why don't you read the conclusions

14    into the record, please.

15         A.    "The systematic review and

16    meta-analysis suggests that POE is negatively

17    associated with neuro-cognitive and motor

18    development."

19         Q.    Read the whole paragraph, please.

20         A.    "These differences begin from age 6

21    months and persist in adolescence.  The exact

22    cause and the association of these findings

Page 211

1    with clinical factors and environmental

2    adversities are unclear but suggest that

3    children with POE should be provided long-term

4    support and intervention beyond infancy."

5         Q.    Do you agree with that?

6         A.    Well, I agree with it to the extent

7    that the authors are acknowledging that they

8    can't tell whether the POE of itself or, as

9    they say, the other clinical factors and

10   environmental adversities are the cause.  And

11   they also say long-term support and

12   intervention beyond infancy, which currently

13   does occur.

14             Another reason I need to read this

15   report is that, it's a decent journal that it's

16   in, but I note that the authors are a medical

17   student, The rest are entirely from Australia,

18   not to demean Australia at all.  It's one

19   medical literature, but I don't -- it's not

20   clear to me what their areas of expertise are.

21   Certainly, they have areas of expertise in

22   doing a meta-analysis, but again --

1      Q.    It's kind of like your question of

2   your expertise and whether you have any

3   expertise on long-term development of children

4   with respect to opioids.

5            You haven't published a single

6   article on that, have you?

7            MR. EHSAN:  Object to the form.

8            THE WITNESS:  Yeah.  The answer is

9   that what I said is not like what you said at

10  all.

11           BY MR. BILEK:

12     Q.    Okay.  You would agree that there

13  are many experts in the world that have studied

14  the opioid as long-term -- the question of

15  long-term developmental problems.

16     A.    Yes.  And it's actually a point that

17  I made when you had asked about that because I

18  said there are many people who are doing it.

19     Q.    And you are not one of those people?

20     A.    Actively studying it, is that your

21  question?

22     Q.    Yes, sir.

Page 213

1          A.     Currently, no.

2          Q.     Have you ever studied it?

3          A.     Not in humans, no.

4          Q.     Well, okay.  What animals have you

5     studied it in?

6          A.     Well, doing reviews of animal

7     studies, not for opioids, not those animal

8     studies per se.

9          Q.     Okay.  You have reviewed some animal

10    studies, is that what you are saying?

11         A.     Yeah.  What I am saying is, I

12    legitimately hold myself out for having

13    expertise in NAS.  The fact that I haven't

14    published a peer-reviewed paper in NAS,

15    although I have in these other areas is true,

16    but aside from the point.

17               I am not demeaning anybody else's

18    expertise.  I am saying that I cannot comment

19    on work unless I have a chance to critically

20    review it.  That's what I am saying.  That's

21    all that I have been saying.

22         Q.     Well, I heard you say that you were

Page 214

1    criticizing these people in this peer-reviewed

2    literature because they hadn't -- you didn't

3    know what their expertise and I'll point out

4    you have got less expertise than probably these

5    doctors that are in the peer-reviewed article?

6              MR. EHSAN:  Object to the form.

7              THE WITNESS:  I have less expertise

8    than they probably do, almost undoubtedly, in

9    performing a meta-analysis, although I know how

10   to do one.  I don't know what their expertise

11   is in the subtleties of neonatal abstinence

12   syndrome, but frankly, this is a rabbit hole

13   that is probably not taking us anywhere.  I

14   cannot comment further about this study.

15   That's kind of where it ends.

16              BY MR. BILEK:

17        Q.    Okay.  Let's go to Exhibit 18.

18              MR. BILEK:  Can you hand him Exhibit

19   18.

20              (Deposition Exhibit 18 was marked

21   for identification.)

22              THE COURT REPORTER:  The witness has

Page 215

1    Exhibit 18.

2              MR. EHSAN:  Can I ask a question?

3    These exhibits, are they being marked as the

4    order in the way they're numbered or the way

5    they're being entered?

6              THE COURT REPORTER:  The number that

7    they have -- the number he is asking is the

8    number they are marked as.

9              MR. EHSAN:  Okay.  So they are not

10   going to be sequential.  We are going to be

11   missing exhibit numbers I presume.

12             THE COURT REPORTER:  Possibly.

13             MR. BILEK:  Exactly.  So we can't do

14   it sequentially because we're -- depending on

15   which way he goes is which way he gets an

16   exhibit.

17             MR. EHSAN:  Just want to clarify.

18   Because we're dealing with the Zoom thing for

19   the first time.  I just wanted to clarify for

20   my own -- so if someone asked me why are you

21   missing exhibits, there are no missing exhibits

22   hopefully.  It's just that the numbers skipped

Page 216

1    around.  Got it.

2              BY MR. BILEK:

3         Q.    Doctor, can you identify Exhibit 18?

4         A.    An article from 2020 in JAMA

5    Pediatrics.  It's a letter.  It's entitled --

6    it's actually June 2020:  "Association of

7    Prenatal Opioid Exposure With Precentral

8    Gyrus" -- that's G-Y-R-U-S -- "Volume in

9    Children."

10         Q.    Okay.  JAMA, is that a prestigious

11    place to publish?

12         A.    Well, it's JAMA Pediatrics.

13         Q.    JAMA Pediatrics, is that someplace

14    that is fairly prestigious?

15         A.    It's a highly-ranked journal.

16              MR. EHSAN:  Object to the form.

17              BY MR. BILEK:

18         Q.    The -- the -- first of all, what is

19    precentral gyrus volume in children?

20         A.    It's referring to the volume of a

21    specific area in the brain.

22         Q.    So what they were looking at is

1      whether the brain -- there is actual structural

2      brain differences in the opioid exposed

3      children, correct?

4            A.    Correct.

5            Q.    So the first sentence says:

6      "Prenatal opioid exposure associated with

7      delayed locomotor performance at multiple

8      stages of early child development and with

9      smaller neural anatomical structures such as

10     the basal ganglia."

11                See that first sentence?

12           A.    Yes, I do.

13           Q.    "The motor cortex which controls

14     speech and motor skills might also be

15     vulnerable to drug exposure.  But to our

16     knowledge, is yet to be assessed.  Identifying

17     risk of exposure associated with brain

18     structures is critical for prevention and

19     intervention strategies for cognitive effects

20     that can last longer after conception."

21                Do you see that?

22           A.    Yes, I do.

Page 218

1      Q.    So first of all on Exhibit 18, have
2    you ever read this article before?
3      A.    Looks familiar.  I don't recall
4    specifically.
5      Q.    This just came out -- let's see,
6    published June 8, 2020.  Is JAMA Pediatrics
7    something you routinely read?
8      A.    Articles in JAMA Pediatrics, I do
9    routinely read.  New articles about NAS, I
10   read.
11     Q.    So the issue here is -- going down
12   to the last paragraph.  The last paragraph
13   after they say that opioids changed the brain
14   earlier.
15     A.    I'm sorry.  I'm sorry.  Last
16   paragraph of what part of the paper?
17     Q.    In the discussion.  Last paragraph
18   before the footnote.
19     A.    Okay.
20     Q.    "Future research may investigate
21   whether medications for the treatment of opioid
22   use disorder, like buprenorphine" --

Page 219

1          A.     Close enough for present purposes.

2          Q.     -- "and methadone, result in similar

3     brain changes and assess whether opioid

4     exposure has a dose-dependent dose."

5                 And so the -- "has a dose-dependent

6     effect on gyri size, which was a limitation of

7     our study.  In summary, these results suggest a

8     need for clinical screening for prenatal opioid

9     exposure during pregnancy and during the life

10    span as well as the reevaluation of risks and

11    benefits of prescription opioids during

12    pregnancy."

13                Do you see that?

14         A.     Yes.

15                MR. EHSAN:  Object to the form.

16                THE WITNESS:  Thank you.

17                BY MR. BILEK:

18         Q.     Do you agree with the last sentence:

19    "In summary, these results suggest a need"?

20         A.     Well, there are several independent

21    clauses so let me go through them.

22                "These results suggest the need for

Page 220

1    clinical screening for prenatal opioid exposure

2    during pregnancy."

3              Universal screening is not currently

4    recommended.  That's taking the U.S. as an

5    aggregate, but the universal screening, meaning

6    screening every woman in pregnancy or a

7    pregnant woman when she shows up to deliver in

8    areas where prenatal opioid exposure is high or

9    just opioid rates are high, yes, that's just

10   done routinely.

11             I certainly don't disagree

12   particularly with that and during the life

13   span, I don't know what screening for prenatal

14   opioid exposure during the life span means

15   because it shows itself as NAS or not.

16             Then it goes:  "As well as

17   reevaluating the risks and benefits of

18   prescription opioids during pregnancy."

19             Opioids are prescribed currently in

20   pregnancy for very strict reasons and trying to

21   give enough but not too much.  And the further

22   characterizations of all of those things, we

Page 221

1     discussed several hours ago, so I don't

2     disagree with that.  I would just say it's

3     currently happening.

4               MR. BILEK:  Do you want to take a

5     five-minute break before our next subject?

6     It's up to you.

7               THE WITNESS:  No.

8               MR. EHSAN:  Sure.

9               THE WITNESS:  I would prefer to keep

10    on going unless you think we should take a

11    break.

12              MR. EHSAN:  Okay.

13              MR. BILEK:  Told by the witness.

14              THE WITNESS:  Before we move on to

15    another subject, you didn't ask me in this

16    paper which is a letter, you didn't ask me the

17    question -- which is up to you -- the question

18    that you have asked about each of the other

19    papers having to do with the other conclusions,

20    and so I would just note that, you know, again,

21    I applaud the authors for trying to do this

22    type of research.

Page 222

1              Volumetric, anatomic studies of

2      brain in living individuals is an exciting and

3      important area, but as I look at their methods

4      and results, I see again that in this article,

5      it is not possible to distinguish the

6      association of prenatal opioid exposure which

7      is what it states in the title, as something

8      that is potentially causative from all of the

9      other things that occur and the reasons why

10     people are prescribed opioids.

11             It's just a really, really important

12     point in this whole literature, and it is -- it

13     would lead toward mischaracterizations.  I am

14     not saying you are making a

15     mischaracterization.  It leads towards

16     mischaracterizations to look at somebody, a

17     baby, who has had prenatal opioid exposure and

18     so, oh, this problem that you have is due to

19     that, when there is so many other things that

20     can do that.  That's all.

21             BY MR. BILEK:

22        Q.    Okay.  Want to take a short break or

Page 223

1      go on to the next subject?

2           A.    No.  I'm done.  Subject or break,

3      which one?

4           Q.    That's totally up to you.

5           A.    I'm fine with continuing.

6           Q.    Okay.  Let's continue.

7                 The first question I have:  The

8      consulting group that you are directly working

9      for is, I think is GLG, is that what you said?

10          A.    That's what I said.

11          Q.    Now, GLG, did you get authorization

12     from either your employer or Georgetown to work

13     for them?

14          A.    No.  I started working with them

15     before I came to Georgetown, and I don't do any

16     work with them nor frankly, any other

17     consulting during the time when I am doing my

18     full-time job.  As a for instance, today is a

19     vacation day for me.

20          Q.    Have you checked either GLG's

21     policies on that or Georgetown's?

22          A.    I certainly read the information

Page 224

1     from GLG whenever they first contacted me, and
2     when I joined the hospital in Georgetown, I
3     read their information.  So I don't recall
4     anything that I saw that would preclude me
5     doing consulting work.
6          Q.    Okay.  First of all, what is
7     Frontiers in Pediatrics?
8          A.    It's a journal.
9          Q.    What kind of journal?
10         A.    It's a medical journal.
11         Q.    Do you -- is this something that you
12    work with?
13              MR. EHSAN:  Object to the form.
14              THE WITNESS:  By "work with," I am
15    one of the editors, and I -- as I can, I review
16    manuscripts for publication there.
17              BY MR. BILEK:
18         Q.    And, in fact, I will stop beating
19    around the bush.  You are an associate editor
20    of pediatric -- Frontiers in Pediatric, right?
21         A.    I said I'm an editor.  It's more
22    precise to say I am an associate editor.

1    Q.    Okay.  Now, do you get a salary for

2    that?

3    A.    No.

4    Q.    Okay.  Would you agree that that's a

5    prestigious journal?

6         MR. EHSAN:  Object to the form.

7         THE WITNESS:  To my knowledge, its

8    rating has increased over the last several

9    years.

10         BY MR. BILEK:

11    Q.    Is it a journal that you respect?

12    A.    I'm sorry.  Can you repeat that.

13    Q.    Do you respect the journal in what

14    you are trying to do?

15    A.    I mean, I don't respect or

16    disrespect it.  It's a legitimate medical

17    journal, scientific journal, and I judge

18    articles in it either for my review before they

19    are published or when I read them after they

20    are published.  I use the same criteria I use

21    with any article.

22    Q.    And the -- we've already established

Page 226

1     that you didn't disclose to Frontiers your

2     payments in this case, have you?

3                MR. EHSAN:  Object to the form.

4                THE WITNESS:  The thought never

5     occurred to me.

6                MR. BILEK:  So could you hand the --

7     Court Reporter, could you hand the witness

8     Exhibit 25, please.

9                (Deposition Exhibit 25 was marked

10    for identification.)

11               THE COURT REPORTER:  The witness has

12    Exhibit 25.

13               THE WITNESS:  I have it.

14               BY MR. BILEK:

15    Q.    I -- first of all, mainly, first,

16    get you to identify this.

17               Do you know -- the scope and mission

18    and policies there, do you recognize that?

19    A.    Well, they look like the standard

20    sorts of scope, mission and policies for every

21    journal.  I have to take your word from it that

22    these are the ones from Frontiers in

1    Pediatrics, yeah.  I will assume that.

2         Q.    Well, I will represent to you that

3    these are from the Frontiers in Pediatrics that

4    I took off the website.

5         A.    Okay.

6         Q.    The third paragraph says -- why

7    don't you read the third paragraph for me on

8    scope and mission?

9         A.    "Frontiers" -- meaning the

10   journal -- "unique collaborative peer-review

11   process encourages authors, editors and

12   reviewer board members to join forces in

13   improving the quality of papers.  Authors can

14   directly interact with reviewers in the

15   interactive review forum giving both authors

16   and reviewers the chance to exchange their

17   points of view in a productive dialogue.

18   Reviewers and editors are acknowledged on the

19   published paper giving authors an added level

20   of endorsement for their work.  Frontiers also

21   employ a sophisticated social networking

22   platform loop for physician, scientists to

1      network, interact and to promote their work."

2           Q.   Now, you would agree that this is a

3      good policy to have, right, it gives the

4      article a little more weight?

5           MR. EHSAN:  Object to the form.

6           THE WITNESS:  I don't really know

7      one way or the other whether it gives articles

8      a bit more weight.  I think in the era of

9      online publishing, this is one of those

10     attempts to increase transparency in

11     interactions.  I think it is a laudable goal

12     for myself, I find it unfortunately just

13     because I am not as computer savvy as I should

14     be, sometimes a little bit of a pain in the

15     butt to reviewing through this process, but I

16     admire the attempt at the process.

17           BY MR. BILEK:

18           Q.   And one of the key points here is

19     that -- of the article, it adds another

20     endorsement to the article, correct?

21           A.   That's what they say.

22           Q.   Would you agree with that?

Page 229

1       A.    I think it's helpful to unblind

2  reviewers and editors to keep it a transparent

3  process, yes.

4       Q.    Okay.  Let's go to the second page:

5  "Associate editor assignment quality."

6       A.    Excuse me.  I'm sorry.  Before we do

7  that actually, could I take a -- would you mind

8  if I took a bathroom break?

9       Q.    No.  No.  You have to go through

10  these policies first.

11       A.    I'm sorry.

12       Q.    I just asked you five minutes before

13  whether you wanted to take a break, and you

14  didn't want to go.  I understand this is

15  extremely -- going to be extremely

16  uncomfortable for you, but this is not the time

17  to talk to your lawyer.

18       A.    First of all, that is an incorrect

19  assumption.  Second of all, duty calls when

20  duty calls.  I did not need to take a break

21  five minutes ago.  I have been drinking a lot

22  of coffee and liquids.  I do need to take a

Page 230

```
 1    break now.
 2              The purpose of my break is to go to
 3    the little boy's room, sir, not to consult with
 4    attorneys.  If you want me to sit here, I'll
 5    sit here.
 6              MR. EHSAN:  If it makes you feel
 7    better, Tom, I will stay within the scope of
 8    your video.
 9              MR. BILEK:  I don't need you to
10    stay.  We will take a five-minute break, and
11    agree that he is not going to talk to any
12    lawyers in the case.
13              MR. EHSAN:  I will sit.
14              THE WITNESS:  The only reason I
15    was --
16              MR. EHSAN:  Go ahead, Doctor.  Go
17    ahead and take your bathroom break.  Please be
18    quick.
19              (A short recess was taken.)
20              BY MR. BILEK:
21       Q.    "Associate editor assignment
22    quality."
```

Page 231

1      A.    Yes.

2      Q.    Could you read Paragraph 2, please.

3      A.    Read that?  I'm sorry?

4      Q.    Yes.  Read that.

5      A.    "Associate editors oversee the peer

6   review and make the final acceptance decision

7   on manuscripts.  Editorial decision powers is

8   distributed in Frontiers because we believe

9   that many experts within a community should be

10  able to shape the direction of science for the

11  benefit of society."

12     Q.    Again, you would agree that is a

13  laudable goal, correct?

14     A.    Of course.

15     Q.    Go to Paragraph 4:

16     A.    "Associate" --

17     Q.    Yes.  Please read that.

18     A.    "Associate editors are mandated to

19  only accept or edit a manuscript if they have

20  no conflicts of interest as stated here and in

21  their review invitation and" e-mail -- excuse

22  me -- "assignment e-mails."

1      Q.    Now, would you say that if you are

2   getting paid by pharmaceutical companies, that

3   that would be considered a conflict of interest

4   with Frontiers' policy?

5             MR. EHSAN:  Object to the form.

6             THE WITNESS:  I have to answer that

7   by saying that I was retained to render an

8   expert summary, an expert opinion about

9   neonatal abstinence syndrome, not about drug

10  companies, not about anything else, neonatal

11  abstinence syndrome.  That of itself has no --

12  a priority conflict with any of my unpaid

13  duties for Frontiers in Pediatrics.

14            BY MR. BILEK:

15     Q.    So you are saying that the fact that

16  you are getting paid by pharmaceutical

17  companies is not going to be considered by

18  Frontiers as a conflict that must be disclosed?

19            MR. EHSAN:  Object to the form.

20            BY MR. BILEK:

21     Q.    That's what you are saying under

22  oath of perjury right now.

Page 233

1          A.     What I am saying under oath is --

2                 MR. EHSAN:  Same objection.

3     Argumentative.

4                 MR. BILEK:  It's not argumentative.

5     I want this witness to tell the truth.

6                 THE WITNESS:  You mean, as

7     opposed --

8                 MR. EHSAN:  Argumentative.

9                 THE WITNESS:  As opposed to

10    everything that I have been doing so far.

11                My conflicts of interest are

12    relevant conflicts of interest.  I am not being

13    paid by a pharmaceutical company to do anything

14    specifically.  I am not advising them or doing

15    anything else.  I am rendering an opinion about

16    neonatal abstinence syndrome and the causes of

17    neonatal abstinence syndrome.

18                Nothing that I am doing here raises

19    any conflict to my -- I think pretty good

20    understanding about conflicts, financial and

21    otherwise, that would have to do with any of my

22    responsibilities reviewing papers here.

Page 234

1          BY MR. BILEK:

2          Q.    Sir, the issue is not whether merely

3     -- whether you are taking a position that you

4     consider is not relating to the drug companies

5     which I'm going to disagree with, but the issue

6     is, if you are getting money from drug

7     companies, you have to disclose it to Frontiers

8     under their policy, don't you, sir?

9          A.    I would actually like you to point

10    that out to me because I don't know whether

11    that is true or not.  I clearly need to point

12    out all of my consulting work above a certain

13    threshold to my employers, but I -- you haven't

14    shown me anything that says that I need or

15    don't need to report this to this journal.

16              If you show me something that says I

17    need to report it, darn tootin, I'll report it.

18         Q.    So in this case, you understand that

19    your opinions are to help the drug companies,

20    right?

21         A.    No.

22              MR. EHSAN:  Object to the form.

Page 235

```
 1              BY MR. BILEK:
 2       Q.    Your opinion -- you're in opposition
 3    to my clients who are the guardians of these
 4    NAS children.  You are filing a report that's
 5    against their interest.  You agree with that,
 6    right?
 7              MR. EHSAN:  Object to the form.
 8              THE WITNESS:  No.
 9              BY MR. BILEK:
10       Q.    You don't think that this report is
11    going to be used by the drug company to try to
12    prevent recoveries by my client?  Is that your
13    testimony?
14              MR. EHSAN:  Object to the form.
15              THE WITNESS:  Let me reiterate.
16    Because, you know, it's not that you are
17    accusing me but you are sort of implicitly, you
18    know, giving me purposes and goals that I don't
19    have.  I was asked by -- you know, in effect,
20    four attorneys to write a report based on my
21    knowledge of neonatal abstinence syndrome.
22              That is exactly what I have done.  I
```

Page 236

1    have submitted my report, and I have discharged

2    that responsibility.  I am not in control of

3    how that report then will be utilized,

4    misutilized, whatever, by anybody else.  I

5    didn't write it.

6              BY MR. BILEK:

7         Q.   We got the Nazi at the gas chamber,

8    right?  I mean, I don't know what's going to

9    happen.

10             MR. EHSAN:  Whoa, whoa, whoa, Tom.

11    Objection.

12             Court Reporter, could you please

13    mark that?

14             That, I am going to take up with the

15    magistrate because you just accused someone

16    of -- equivalent to being a Nazi and that is

17    unacceptable.

18             No -- court reporter -- no.

19             Bonnie, please mark that and

20    highlight it because that will go in the

21    Rule 11 motion against you, Tom.  That is

22    uncalled for.

Page 237

1             MR. BILEK:  I apologize, and I
2    withdraw my comment.
3             THE WITNESS:  I will --
4             MR. BILEK:  My point is --
5             THE WITNESS:  No.  Let me say
6    something.  I will accept your apology, but I'm
7    shocked that you would say that to me as
8    somebody who lost relatives, one and two
9    generations ago in the Holocaust.  I'm kind of
10   appalled that you would say that.
11            My point is that -- no, no, no.  Let
12   me finish.  My point is that I wrote a report
13   that is a factual and evidence-based report.  I
14   didn't write a supportive document leaning one
15   way or the other on any issue.
16            BY MR. BILEK:
17      Q.    Okay.  Well, let's go on.
18      A.    I hope so.
19      Q.    Whether or not you have the duty to
20   disclose payments from drug manufacturers, you
21   agree, you didn't disclose.
22            MR. EHSAN:  Object to the form.

Page 238

1           THE WITNESS:  I adhered to my

2    understanding of Frontiers in Pediatrics.  As I

3    read through that entire statement, and if you

4    go to the last page that you -- the second to

5    last page in what you photocopied, conflict of

6    interests are discussed on the following terms:

7    "Safeguards against financial conflicts of

8    interest."

9           And so under there, it says:  "I

10   don't have the financial incentive to accept

11   articles, i.e., they are not paid for their

12   role to act as associate review editors and any

13   rewards gained is not linked to acceptances of

14   manuscripts."

15          I adhere to that.  You asked me the

16   question.  I'm answering it.  I adhere to that

17   fully.

18          It then says:  "Chief editors

19   receive an honorarium."  I'm an associate

20   editor.  I don't receive an honorarium.  I

21   adhere to their conflict of interest policy.

22          BY MR. BILEK:

Page 239

1          Q.    Well, let's look at the other thing.

2    Have you looked at GRG's website -- GLG's

3    website of what they do as an expert witness?

4          A.    No, not recently.

5          Q.    I mean, one of the things that is on

6    the front line of it is:  "Class certification,

7    retain experts to ensure or defeat class

8    certification."

9                Do you see that?

10         A.    No, I don't see that.  Of course I

11   don't see that.

12         Q.    Right.  But can you see?

13         A.    This is frankly not going to be very

14   helpful.

15               MR. EHSAN:  Doctor, I'm going to

16   object as this is an improper use of an exhibit

17   in a deposition under the federal rules, but go

18   ahead.

19               MR. BILEK:  I will say that we just

20   got the GLG exhibits today and did not comply

21   with the subpoena, but in any event, I will

22   assume that --

1           BY MR. BILEK:

2           Q.    Assume with me as a fact that on the

3      website says that the purpose is:  "To retain

4      experts to ensure or defeat class

5      certification."

6           A.    That's news to me, and because I

7      have looked at the GLG website, like a while

8      ago, this is the first time that a legal matter

9      was referred to me.  It was not referred to me

10     as a class action, and frankly, whatever

11     statements GLG has about what their purposes

12     are are totally irrelevant to my actions on

13     deciding whether I would accept this

14     consultation and how I would go about doing

15     that.

16               So don't put GLG's, you know,

17     whatever GLG says, I don't work -- I'm not an

18     employee of GLG.

19          Q.    So you don't work for GLG?

20          A.    I am not an employee.  Well, let's

21     say, I don't know if that's the exact meaning.

22     I did not review this for GLG and if I would

Page 241

1   have, it would have been entirely irrelevant.

2   I am getting paid through GLG.

3             You have variously said I am paid by

4   a bunch of different entities but I am

5   certainly paid through GLG and I am paid for

6   doing a consultation with O'Melveny attorneys.

7   My purpose in that has never been to support or

8   not to support any entity in the legal

9   procedures.

10            I was asked to do a factual report

11  about three aspects of NAS.  That's what I have

12  done.

13       Q.    Okay.  Now, let's go to --

14            MR. BILEK:  Would you hand the

15  witness, please, Exhibit 26.

16            (Deposition Exhibit 26 was marked

17  for identification.)

18            THE COURT REPORTER:  The witness has

19  Exhibit 26.

20            BY MR. BILEK:

21       Q.    Can you identify Exhibit 26 for the

22  record, please.

Page 242

1          A.    Yes.  It is an article published in
2     Frontiers in Pediatrics in June of 2020.  It is
3     entitled:  "Perinatal opioid exposure primes
4     the peripheral immune system towards
5     hyperreactivity."
6               I am listed as -- I am listed as the
7     editor.  I did not review it.  The reviewers
8     are listed, but I certainly looked at the
9     article, looked at the reviews, and I was the
10    editor.
11         Q.    And you approved the article for
12    publication.
13         A.    Yeah.  That's the meaning of what I
14    just said.
15               MR. EHSAN:  Object to the form.
16               BY MR. BILEK:
17         Q.    Did you submit the article for
18    publication as editor?
19               MR. EHSAN:  Object to the form.
20               THE WITNESS:  No.  I approved the
21    article for publication.
22               BY MR. BILEK:

Page 243

1      Q.    Did you think it should be published

2   in the Frontiers?

3      A.    So it's a pretty obvious answer to

4   the question.  If either the reviewers or I had

5   had significant problems with the revision of

6   the article, and this is the revision of the

7   article, I would not have agreed for the

8   publication or I would have taken myself off

9   being editor.

10      Q.    And this -- one of the things that

11   the Frontier says the editor endorses the

12   article, correct, and you endorsed this

13   article?

14      A.    I guess on the common meaning of

15   endorsement, yes, that's what I just said.  I

16   approved of the article and I was willing to

17   have my name listed as the editor.  Some people

18   like to do that frequently.  I am not

19   particularly looking for articles to have

20   myself listed as the editor.  I periodically

21   say yes to articles submitted to this journal.

22      Q.    Well, Exhibit 26, you agreed to have

Page 244

1    your name associated with this, correct?

2         A.    Yeah, I think we covered this

3    ground, I'm sorry.  Yes, yes.

4         Q.    And reading -- and you are very

5    familiar with this article, right?

6         A.    I'm pretty familiar with it.

7         Q.    Okay.  The first sentence says:

8    "The increased incidence of opioid use during

9    pregnancy warrants investigation to reveal the

10   impact of opioid exposure on the developing

11   fetus."

12            Do you see that?

13        A.    Yes.

14        Q.    Do you agree with that?

15        A.    Yes.  In the context of everything

16   else I have said today, that more research

17   about everything is a good thing.

18        Q.    "Particularly evidence is mounting

19   that the developmental injury can result in

20   immune priming whereby subsequent immune

21   activation elicits an exaggerated immune

22   response."

Page 245

1              Do you see that?

2         A.    You started reading from someplace

3    that is not contiguous.  Could you tell me

4    where you are reading from?

5         Q.    I was just going -- let's just go

6    and have you read instead of me.  The second

7    sentence.  Please read the second sentence.

8         A.    "Exposure during critical periods of

9    development could have enduring consequences

10   for affected individuals."

11        Q.    And read the third sentence.

12        A.    Okay.  "Particularly evidence is

13   mounting that developmental injury can result

14   in immune priming."

15        Q.    "Whereby subsequent immune activity

16   elicits an exaggerated immune response."

17        A.    Oh, yes.

18        Q.    What is -- what is your

19   understanding of what the authors and as

20   editor, you were trying to convey there?

21        A.    I am not trying to convey anything.

22   The authors are trying to convey something, and

1    what they're summarizing is a very accurate

2    statement about the importance of, let's say,

3    neuroimmunology in terms of brain development,

4    an area with which I do have some expertise.

5         Q.    Okay.  And what is the -- what is

6    the issue with neural development with

7    immunology?

8              MR. EHSAN:  Object to the form.

9              THE WITNESS:  That's a pretty broad

10   question.  They -- to try and answer that

11   relatively succinctly, the brain is not

12   entirely protected from the immune system.

13   There are immune regulatory cells in the brain.

14   They play important roles, not only in control

15   of immunity, but also in brain development and

16   brain function.

17              BY MR. BILEK:

18        Q.    And interfering with that

19   development could have long-term consequences

20   for the individual, correct?

21              MR. EHSAN:  Object to the form.

22              THE WITNESS:  I don't understand the

Page 247

1    question.  You said "interfering with that

2    development."

3              What development are you referring

4    to?

5              BY MR. BILEK:

6        Q.   Why are -- in this article, are they

7    looking at opioid exposure with the -- with the

8    peripheral immune system?

9        A.   I'm sorry.  I was asking you for

10   clarification on your previous question.  You

11   are now asking me a different question.  Do you

12   want to move on to that different question?

13       Q.   Yes, sir.

14       A.   Could you repeat that second

15   question.

16       Q.   Why are the authors investigating

17   prenatal opioid exposure and its effects on the

18   peripheral immune system?

19       A.   Well, I don't know their exact

20   motivations.

21       Q.   What is your understanding as

22   editor?

Page 248

1          A.    That they have interests and some

2     expertise in areas of brain development, in

3     areas of immunology and, you know, this is

4     certainly a clinical scenario.

5          Q.    Well, why is it important?  What's

6     your understanding, why is it important?  Why

7     are they doing this?

8          A.    Well, I think you would need to ask

9     them why they do things rather than me.  To me,

10    it is evident that they have chosen to look at

11    this for the reasons I just mentioned, and that

12    is an interesting question and I accepted being

13    the editor for.

14         Q.    What -- let's go to the

15    introduction, second page, first sentence of

16    your edited article.

17              "The incidence of opioid abuse in

18    the United States has steadily increased since

19    2000 today reaching epidemic proportions."

20              Do you see that?

21         A.    Yes.

22         Q.    Is that a statement you would now

Page 249

1    agree with?

2              MR. EHSAN:  Object to the form.

3              THE WITNESS:  Yes.  It was

4    increasing before the year 2000 as well, but,

5    you know, that is not precluded by the

6    statement.

7              BY MR. BILEK:

8         Q.    I am asking you, sir, do you agree

9    that it is reaching epidemic proportions?

10        A.    It depends on the word -- their

11   interpretation of the word "epidemic."  Opioid

12   use has been characterized as an epidemic.

13   Earlier today, you asked me about the opioid

14   crisis.  I certainly agree with the fact that

15   opioid abuse has been increasing steadily in

16   the century.  I try not to characterize that as

17   epidemic crisis or other terms that are less

18   precise.

19        Q.    The crisis which you have -- "the

20   crisis is illustrated by data demonstrating

21   that the number of opioid-related

22   hospitalizations increased by 64 percent, the

Page 250

1    number of deaths due to opioid overdose

2    increased by 27 percent between the years 2005

3    and 2014.  Mirroring the national trends,

4    opioids used by pregnant women has escalated to

5    alarming rates."

6              Are you alarmed?

7         A.    I'm sorry.  What did you ask me?  Am

8    I alarmed?  I am --

9         Q.    Yes.

10        A.    You know, you've asked me if I am

11   alarmed.  In the past, you have asked me other

12   things that are related to that.  I am a

13   neonatologist who takes care, in part, of

14   babies with neonatal abstinence syndrome.  That

15   distresses me.  Of course.

16        Q.    Well, of course you rely on --

17             THE COURT REPORTER:  I'm sorry.

18   Could you repeat that question and speak up for

19   me.

20             BY MR. BILEK:

21        Q.    "Mirroring the national trend,

22   opioid use by pregnant women has escalated to

```
                                            Page 251
 1     alarming rates."

 2              Do you agree with that?

 3     A.    Yes.

 4              MR. EHSAN:  Object to the form.

 5              BY MR. BILEK:

 6     Q.    What?

 7     A.    Yes.

 8     Q.    You do?  Okay.

 9              Let's go to the second paragraph, go

10     to the middle.  It says:  "Recent studies

11     showing an association between opioid use

12     during pregnancy and poor health outcomes for

13     both pregnant women and infants highlight

14     prenatal opioid exposure as a serious public

15     health concern."

16              Do you see that?

17     A.    I see everything that you are asking

18     me to look at, yes.

19     Q.    Do you agree with that statement?

20     A.    Sure.

21     Q.    "Opioid exposed infants represent

22     extremely vulnerable patient population with 50
```

Page 252

1    to 80 percent experienced neonatal abstinence

2    syndrome."

3            Do you see that?

4        A.    Yes.

5        Q.    Do you agree with that statement

6    that you edited?

7        A.    Well, yes.  In the same sense that

8    in terms of quantifying this, these are

9    ballparks.  A previous article that you asked

10   me about a statement that I agree or disagree,

11   quoted 75 to 90 percent.  Now it's 50 to

12   80 percent.  Certainly it's the majority.

13   Difference in different populations.

14       Q.    "The prenatal opioid exposures

15   associated with an increased risk of fetal

16   growth restriction, preterm birth, and lifelong

17   motor and cognitive deficits."

18           Do you see that?

19       A.    I do.

20       Q.    Do you now agree with that

21   statement?

22       A.    I don't agree with all of the

Page 253

1    implications of that statement, and here, I

2    should say something.

3         It was no conflict of interest for

4    me to agree to review a paper about prenatal

5    opioid exposure in Sprague Dawley rats, by the

6    way, at the same time as I had been retained to

7    write an expert report on neonatal abstinence

8    syndrome.  I have expertise in neonatal

9    abstinence syndrome, I have expertise in

10   neurodevelopment.

11        But my own interpretation is that it

12   would have been a conflict of interest for me

13   to try and sway language that I may have

14   thought was a bit imprecise in the ways that I

15   have elaborated with other people's papers.

16        It would have been a conflict of

17   interest to me to have an agenda that, oh, by

18   the way, I have written an NAS report.  It's a

19   legal proceeding, and it has to do with drug

20   companies being sued in some relationship with

21   neonatal abstinence syndrome, yes, it would

22   have been a conflict of interest to me to try

Page 254

1    and make some of that language a little bit

2    more precise in the ways that I have elaborated

3    here today.

4                I had for myself two options.  One

5    is I could say, gee, although I know a lot

6    about this topic, maybe I shouldn't review this

7    even though it's on rats, not humans.  The

8    other is that I would look critically at the

9    methods and the conclusions, specifically the

10   methods and that I would leave it to the

11   reviewers to make comments as long as they

12   generally agreed with them about specific

13   wording.

14               So what I am trying to say is that,

15   yes, I'm the editor.  Yes, my name is on here

16   and yes, I agree with this paper.  But had I

17   been one of the reviewers, I might have

18   suggested a bit more qualification granularity.

19   I hope that clarifies my stance about this

20   paper.

21        Q.    But you didn't, sir, did you?

22        A.    I didn't what?

Page 255

1        Q.    When you weren't getting paid,
2    because you are not getting paid by Frontiers.
3    You didn't change -- you didn't suggest and
4    make any changes here, did you?
5        A.    I don't understand what you just
6    asked me.
7        Q.    I think you do, sir.
8        A.    No.  No.  No.  No.  No.  If -- no.
9    No.  No.
10            If I understood what you asked me, I
11   would have said I understood.  Please, so we
12   can get done, please don't tell me -- let me
13   finish a darn sentence.  Please don't tell me
14   what I'm thinking.
15            I said I decided I had two choices.
16   One is I would say, gee, maybe this would be a
17   conflict.  I just shouldn't review it, or I
18   would review this, you know, without any hat
19   on, that I had separately done the -- done on a
20   related topic, done in expert reports.  I
21   decided to take what I considered to be the
22   high road.

Page 256

1          Q.    And this report that is being

2     published and peer-reviewed that you were the

3     editor is the truth, sir, right?

4              MR. EHSAN:  Objection to form.

5              THE WITNESS:  I'm sorry.  What

6     report are you talking about?

7              BY MR. BILEK:

8          Q.    These are things that you agreed

9     with in connection when you were editor?

10         A.    I've already said yes.

11             MR. EHSAN:  Objection.

12             THE WITNESS:  I have already said

13    yes, and I've already said, but I will repeat

14    it, that I -- is that a given sentence may or

15    may not totally agree with my opinion.  But in

16    general, it does.

17             BY MR. BILEK:

18         Q.    Now, you didn't disclose this report

19    to your lawyers, did you?

20             MR. EHSAN:  Object to the form.

21    Same objection.

22             THE WITNESS:  It's published in

Page 257

1    June.  I reviewed this in the late spring, and

2    I don't recall offhand whether I mentioned it

3    or not.

4              BY MR. BILEK:

5        Q.    Certainly, it isn't in your report

6    and you have not listed this as something that

7    you have told your lawyers that -- to tell me

8    that you reviewed or relied on this report?

9        A.    I haven't lied about anything.  I

10   resent that.

11       Q.    I said "relied."  I said "relied."

12       A.    Pardon me.  Okay.  Darn Zoom.

13             I did not cite this report -- excuse

14   me, this paper in my report for the same reason

15   that I did not cite any animal studies in my

16   report.  This is an animal study.

17       Q.    You know, Doctor, an interesting

18   point, because when you did your one article on

19   opioids, you said in 1998, you were disturbed

20   by the size of the animal studies, correct?

21       A.    Yeah.  We went through that at that

22   point.

Page 258

1      Q.    Yeah.  And so now you are saying

2    that you are not disturbed by animal studies;

3    is that right?

4      A.    No.  As usual, unfortunately, it is

5    not correct.  What I said is that I did not

6    cite any animal studies in my report.  You are

7    drawing whatever conclusions you want from

8    that.  It's a simple factual statement.

9      Q.    So the point being that the studies

10   that -- on the long-term health effect that the

11   meta-analysis that we talked about, the many 26

12   different studies that have been done and

13   long-term health consequences for NAS children,

14   those you thought you would find to be

15   extremely important and valuable, wouldn't you?

16            MR. EHSAN:  Object to the form.

17            THE WITNESS:  No.  In fact, the

18   result of your questioning me about the

19   meta-analysis is that I think it's pretty close

20   to word for word, I cannot comment one way or

21   the other without having the opportunity to

22   critically read this meta-analysis.

Page 259

1            BY MR. BILEK:

2        Q.    Let's go to the last sentence in

3    that same paragraph.  Would you read that.

4        A.    Which paragraph were we on again?

5        Q.    We are on -- in the introduction, we

6    are on the second paragraph and start with:

7    "The devastating."

8        A.    "The devastating consequences of

9    opioid exposure are the physical health and

10   developmental outcomes of exposed children

11   strengthen the need to advance scientific

12   understanding of the underpinnings of

13   opioid-induced neural injury and to advance

14   biomarker development of this patient

15   population."

16       Q.    That's contrary to your written

17   report in this case, isn't it?

18            MR. EHSAN:  Object to the form.

19            THE WITNESS:  I don't know if it's

20   contrary.  It's certainly divergent, and as I

21   read through this paper, I perhaps -- and here

22   is my speculation about my own motives:  In

Page 260

1    agreeing to edit this, I wanted to be, as it

2    were, chaster than Caesar's wife.  I wanted to

3    avoid any even unintentional slanting that I

4    would do about imprecisions in language.  So my

5    name is on it --

6                 BY MR. BILEK:

7         Q.    (Inaudible)

8         A.    No, no.  You've got to let me

9    finish.  When I take a break, it's for the

10   reporter.

11                It is -- my name is on it but I

12   cannot here say that I agree with every single

13   word in the introduction.  I much more

14   carefully reviewed the scientific methods and

15   the meat of the paper.

16        Q.    This slanting that you are talking

17   about that you didn't want to get involved in,

18   that would be contrary to what you wanted to do

19   in your written report in this case?

20        A.    You've got to repeat that question.

21   It's my fault.

22        Q.    I am asking you whether that's

Page 261

1    contrary to your position that you took in this

2    case in which you wrote a slanted report?

3              MR. EHSAN:  Object to the form.

4              THE WITNESS:  Yeah.  If I could, I

5    would object to your saying that it's a slanted

6    report.  I did not write a slanted report, and

7    I do not understand your question aside from

8    the attempt to impute my integrity.

9              BY MR. BILEK:

10        Q.    Well, let's put it this way,

11    something we can agree on.

12              Many long-term studies that were

13    contrary to your position were omitted from the

14    report.

15              MR. EHSAN:  Object to the form.

16              THE WITNESS:  My report cites a

17    small number of papers which in each case were

18    meant to be illustrative of a given point.  I

19    will say for the nth time, my references are

20    anything but comprehensive or all inclusive.

21    No conclusion should be drawn further than

22    that.

1          BY MR. BILEK:

2      Q.     I think we are done with that.

3          This article that you edited, do you

4      think other medical professionals can and

5      should rely on this?

6      A.     Rely on it --

7          MR. EHSAN:  Object to the form.

8          THE WITNESS:  Rely on it for what

9      purposes?

10         BY MR. BILEK:

11     Q.     Any purpose.  Should this be added

12     to the scientific literature that a scientist

13     in your field should rely on?

14     A.     So perhaps I can and I do not mean

15     to be patronizing, perhaps I can educate you on

16     medical literature.  In this sense.

17         In a scientific paper that is a

18     study like an animal study and you are smiling

19     when I'm saying this, I want to make sure you

20     understand.  A scientific study that is an

21     animal study looking at certain aspects has

22     appended to it an introduction less so a

Page 263

1    discussion.

2            The people that read this who are

3    clinicians and scientists focus on the

4    operative details which are the materials and

5    methods and the results.  Attorneys for their

6    own purposes may focus on the introduction.

7        Q.    Okay.  So we will skip some more of

8    those introductions.  I will leave that for the

9    jury or if you end up showing up at trial.

10           Do the health professionals pay

11   attention to discussion or is it only the

12   conclusion?  Which part is important?

13       A.    Well, that depends on the journal

14   and the journal's formats.  I mean, ideally

15   everybody looking at a paper should look at it

16   thoroughly and look at all the sections.  The

17   sections that are objective are the sections

18   with the findings from a scientific point of

19   view, that's where we really focus on.

20           The introduction is meant to tie it

21   into the broader medical literature and the

22   results in some journals but otherwise the

Page 264

1    discussion and/or conclusions are meant to

2    derive from the actual science, you know,

3    laboratory results, but also the authors'

4    efforts to interpret and speculate.  I hope

5    that answers the question.

6         Q.    Let's go to Page 8 because you said

7    that the importance is the conclusion.

8              In fact, that paragraph starts at

9    the conclusion so I assume that's the

10   importance.

11             Would you read the next couple of

12   sentences there?

13        A.    On Page 8?

14             MR. EHSAN:  Object to the form.

15             BY MR. BILEK:

16        Q.    Page 8:  "In conclusion."

17        A.    Which appears under the discussion

18   section.  Okay.  Which paragraph?  Oh, yeah.  I

19   see it.

20        Q.    "In conclusion."

21        A.    "In conclusion, we provide evidence

22   and support of the systemic inflammatory

Page 265

1    response to perinatal opioid exposure

2    characterized by immune cell reprogramming and

3    priming."

4         Q.    Continue reading.

5         A.    "This evidence may, in part,

6    contribute to the neurological injury following

7    developmental opioid exposure characterized in

8    our previous preclinical study.  The current

9    study and the treating investigations that link

10   developmental and neurological injuries

11   including cerebral palsy and Down syndrome with

12   underlying systemic inflammation resulting from

13   abnormal PBMC activity."

14        Q.    Do you agree with that?

15        A.    Agree with which aspects of it?

16        Q.    The conclusion of the study you

17   edited.

18        A.    Okay.  The entirety of what I just

19   read?  Yeah.  I agree with their results.  I am

20   interested in their connection of the

21   implications of the results to other separate

22   issues of neurodevelopment as they mention,

1    cerebral palsy and Down's syndrome, and I am

2    also cognizant of the ways in which rodent

3    animal models do and cannot relate to

4    particular aspects of human development.

5         Q.    This conclusion that is in this

6    study that you edited is contrary to what the

7    opinions that you have put in your report to

8    me, correct?

9         A.    Absolutely incorrect.

10             MR. EHSAN:  Object to the form.

11             THE WITNESS:  Absolutely incorrect.

12             BY MR. BILEK:

13        Q.    Okay.  So you are saying that this

14   is consistent?

15        A.    No.  I am saying that it doesn't --

16   well, I didn't say, but you are incorrect,

17   because this does not directly relate to the

18   specifics of my report.  In my report, in terms

19   of outcomes, I limited myself to the human

20   literature as I previously said.

21             I did not include animal literature

22   and for a very important reason.  That things

Page 267

1     that occur in neurodevelopment, brain

2     development in rodents, sometimes turn out to

3     be relevant and sometimes turn out to be

4     totally irrelevant to the human condition.

5              This is a broader issue in medicine.

6     If even, you know, even a minority of, for

7     example, cancer drugs that have shown to be

8     incredibly effective in mice had any

9     effectiveness in humans, we would be much

10    farther along in chemotherapy.  It's an

11    unfortunate state of affairs that mice or rats

12    aren't people.

13       Q.    I don't even know how to respond to

14    that.  Let's go back to the study.

15             So you would agree that this study

16    does have some -- if this study on -- the

17    animal study doesn't apply to humans, if it

18    translates to humans, this is an extremely

19    troubling finding.

20             MR. EHSAN:  Object to the form.

21             THE WITNESS:  I don't know if you

22    are too far away from your mic.  I don't know

Page 268

1   if it's the zoom.   Some of what you say keeps

2   on being garbled.   I'm sorry I, need to ask you

3   to repeat that one too.

4            BY MR. BILEK:

5        Q.    I'm sorry.   Does the fact that this

6   study had animal studies, if it does translate

7   to humans, if it does work in the same manner

8   in the humans, would you agree that this is a

9   very disturbing and troubling development for

10   the children, long-term prognosis?

11            MR. EHSAN:   Object to the form.

12            THE WITNESS:   Unfortunately, not

13   necessarily, because of the previous reasons.

14   It's very difficult to take that leap from

15   brain development and for that matter, in

16   neuroimmunology from rodent models to humans.

17   I think, you know, we don't have enough

18   evidence about neuroinflammation in general in

19   people or young children, and we certainly

20   don't have enough information in terms of the

21   way that different factors that lead towards

22   NAS, including but not restricted to opiate

Page 269

1    use, also including all of the other groups of

2    drugs that do cause NAS.

3            We don't have enough data on those.

4    When I say we don't have enough data on those,

5    again, obviously, people are not rats, people

6    are not mice.  Really hard noninvasively to get

7    ahold of those kind of data.

8            BY MR. BILEK:

9        Q.    These authors raised the red flags

10   that the opioid exposure could be a

11   contributing cause for Down's syndrome and

12   cerebral palsy, correct?

13       A.    No.  That's incorrect.  You roll

14   your eyes at me, sir, but when you say that

15   opioid use can contribute to Down syndrome, I

16   should be the one rolling my eyes.  No.  That

17   makes no sense.

18       Q.    Okay.  Opioid exposed -- exposure

19   that leads to an NAS baby, that level of opioid

20   exposure could possibly cause permanent brain

21   injury including leading to cerebral palsy or

22   to Down syndrome, and that -- if this animal

Page 270

1      study translates to humans, this is something

2      that should be studied, shouldn't it?

3          A.    Yeah --

4               MR. EHSAN:  Object to the form.

5               THE WITNESS:  If you think that

6      exposure to opioids can cause Down syndrome,

7      correcting that view will take longer than we

8      have.  It's an absurd proposition.  The

9      question of brain injury and opioid exposure in

10     humans, I have addressed.  The critical reading

11     of the literature is that to the extent we can

12     parse out all of the other really contributory

13     factors, there are no convincing data that

14     exposure to an opioid in utero per se causes

15     long-term neurodevelopment.

16               I wish I recorded that statement

17     because in the transcript, I can't even imagine

18     how many times I will have said that in that

19     way.

20               BY MR. BILEK:

21          Q.    Let me go at it this way.  Who told

22     you that that statement of yours that you

Page 271

1    needed to parse that out, who told you that was

2    important?

3        A.    Why do you assume that anybody told

4    me that was important?

5        Q.    Is that what you told O'Melveny when

6    they contacted you to be an expert witness?

7                MR. EHSAN:  Object to the form.

8                THE WITNESS:  No.

9                BY MR. BILEK:

10       Q.    When did you first tell O'Melveny

11   Myers about your opinion on that?

12       A.    I filed my report.  That has my

13   opinions.  That is the first time that the

14   attorneys saw my opinions.

15       Q.    So they had no idea of your opinions

16   prior to your report?  Is that your testimony?

17       A.    Yeah.  To my knowledge, that's

18   absolutely true.

19                MR. EHSAN:  Objection.

20                THE WITNESS:  Because the -- no, no.

21   Because the implication is that I was coached

22   or that I am a hired gun or something else that

Page 272

1      you have danced around during this time.  You

2      don't know me.  My reputation stands.  I am

3      none of those things and I never have been.

4              I was asked to address specific

5      aspects of neonatal abstinence syndrome.  I

6      have, to the best of my ability and to the best

7      of my ability, I am trying to answer your

8      questions.

9              BY MR. BILEK:

10         Q.    Now, this is the authors' first

11     study as we've discussed, and in the

12     discussion, the second paragraph --

13         A.    Hold on.  Hold on.  Sorry.  In the

14     discussion, the second paragraph, you mean Page

15     7?

16         Q.    I think on Page 6.  Page 6 --

17         A.    Ah, yes.

18         Q.    It says:  "Discussion."

19         A.    Okay.

20         Q.    Second paragraph, read that first

21     sentence, please.

22         A.    "Using the same model of perinatal

Page 273

1    opioid exposure employed in the current study,

2    we previously provided evidence of

3    neuroinflammation, microstructural brain

4    injury, persistent cognitive defects, and

5    peripheral immune activation following

6    perinatal opioid exposure."

7        Q.    So this study was confirming a

8    previous study that they did, correct?

9            MR. EHSAN:  Object to the form.

10           THE WITNESS:  This study confirms

11   and extends information about specific opioids.

12   In this case, it's Methadone.  They were given

13   to Sprague Dawley rats, yes.  And, you know

14   again, what we find out from animal models is

15   important for looking at humans.

16           I am -- I do not argue obviously

17   with their results.  I find it to be very

18   speculative of how much application these

19   results will have to humans.

20           MR. BILEK:  Let's take a break.  We

21   are getting close to the end.  Take a

22   five-minute break.

```
                                            Page 274

 1                  (A short recess was taken.)

 2                  BY MR. BILEK:

 3          Q.    In connection with Exhibit 26, did

 4     you note what the -- whether or not the authors

 5     had cited to human studies for the proposition

 6     that there were long-term cognitive effects

 7     stemming from opioid misuse by the mothers in

 8     utero?

 9                  MR. EHSAN:  Object to the form.

10                  THE WITNESS:  I have no idea what

11     Cuban study you are referring to.

12                  BY MR. BILEK:

13          Q.    The article that we have just been

14     discussing, the article in which you edited,

15     did they cite to human studies?

16          A.    I'm sorry.  It's Zoom.  I thought

17     you said Cuban, as in the island, not human as

18     in us.

19                  Now appreciating that, could you

20     repeat the question so I can understand.  I'm

21     sorry.  I am thinking Cuba and going why is he

22     asking me about Cuba.
```

Page 275

1          Q.    In support of the authors in 26,

2     cite to studies that for -- in support of the

3     proposition that there are long-term cognitive

4     effects of opioid use, correct?  They have a

5     number of footnotes.

6          A.    No, I'm not certain I would

7     characterize their statements in exactly that

8     way.  But you would need to point out specific

9     statements so I could look at it.  I am not

10    sure about your characterization of it.  Just

11    show me what it is you are referring to.

12         Q.    Do you have any information or not

13    whether or not the authors in that case cited

14    to long-term human studies?

15         A.    They cite human studies.  Again, the

16    characterization that you made to what those

17    studies say, I'm sorry, I can't take your word

18    for it.  I need to see what context and what

19    studies they are referring to.  It's a very

20    simple request.

21         Q.    We can spend a bunch of time on

22    this, but I have already done a bunch of work

Page 276

1    on this.

2              My question is:  Do you know whether

3    you cited in your report any long-term health

4    studies that are cited in Exhibit 26?

5              MR. EHSAN:  Object to the form.

6              THE WITNESS:  Okay.  Either that's

7    zoom again or you had changed topics on me and

8    I didn't realize.

9              Yes, I have cited human long-term

10   studies in my report, in my report.

11             BY MR. BILEK:

12        Q.    The report that's in Exhibit 26.

13        A.    Okay.

14        Q.    Did you cite to any of their studies

15   that they cite to that there were long-term

16   cognitive problems?

17             MR. EHSAN:  Objection.

18             THE WITNESS:  You -- you know, I

19   don't know why you don't understand this, but

20   show me what you are referring to and I will

21   respond.

22             Offhand, I do not recall whether

Page 277

1    their reference list has any overlap with the

2    illustrative references that I used in my

3    report, not this report.

4                 BY MR. BILEK:

5         Q.    I will go to another.  Let's go to

6    March of Dimes.  March of Dimes cited something

7    that you consulted for, right?

8         A.    The March of Dimes is an

9    organization that I had for many years

10   contributed to and also sat on local and

11   regional boards for the March of Dimes in

12   different locations.

13        Q.    And you would agree that the March

14   of Dimes is attempting to do laudable work to

15   assist kids, right?

16        A.    Yes.

17        Q.    And, in fact, you put the March of

18   Dimes on your resume, you're proud of your work

19   that you have done with the March of Dimes,

20   right?

21        A.    I am proud of the work that I did

22   with the March of Dimes.  The fact that I put

Page 278

1    something down on my CV is not a measure of the

2    degree of pride I have.  It is a measure of

3    being complete.  Everything that I have done

4    aside from side consulting on legal matters, I

5    have in my CV.

6         Q.    So your CV, you do endeavor to be

7    complete?

8         A.    I think as you probably realize, I

9    endeavor to be complete about everything.

10        Q.    And the illustrative that you talk

11   about with the articles would just be --

12             MR. BILEK:  Let's talk about Exhibit

13   27.

14             (Deposition Exhibit 27 was marked

15   for identification.)

16             THE COURT REPORTER:  The witness has

17   Exhibit 27.

18             THE WITNESS:  Exhibit 27 is a --

19   looks like a photocopy of either a flier or

20   something online that has the March of Dimes

21   logo and the title is:  "Caring for a baby with

22   NAS."

1            BY MR. BILEK:

2       Q.    Is this something that you have seen

3    before?

4       A.    No.

5       Q.    Were you involved at all with the

6    March of Dimes and their -- in connection with

7    NAS?

8       A.    Yes, obviously.

9       Q.    What did you do for the March of

10   Dimes in connection with NAS?

11      A.    So as I -- you know, my involvement

12   with the March of Dimes goes back to the 1980s

13   and during that time, I was a participant,

14   fund-raiser, spokesperson, scientific and

15   clinical advisor and board member at different

16   times and in different places.

17            From many of those roles, I was

18   involved with their initiatives which as you

19   say are trying to improve the care and outcomes

20   of newborns and infants.  The March of Dimes, I

21   should add, started under FDR's administration

22   and it were the dimes that were placed in order

Page 280

1      to raise money for prevention of polio.

2              In subsequent years, the March of

3      Dimes began to refocus on important problems of

4      birth defects and more recently on prematurity,

5      and they deal with all sorts of newborn

6      problems which include NAS.  I have spoken

7      with, I have lectured to March of Dimes people

8      about NAS at different times and in different

9      places, and finally, of course, which you will

10     bring up, but we previously -- and we

11     previously discussed, I was co-chair on an

12     initiative about NAS in Florida, and my

13     involvement was initially through being a board

14     member on the March of Dimes.

15          Q.    And you said that initiative had to

16     do with NAS?

17          A.    I'm sorry?

18          Q.    Your initiative in Florida with the

19     March of Dimes?

20          A.    Yes, what about it?

21          Q.    Did it have to do with NAS?

22          A.    Yeah, it was called the NAS

Page 281

1    initiative.

2        Q.    And what was the goal of the NAS

3    initiative in Florida?

4        A.    I'm sorry.  I know the hour is late.

5    You had asked me this whole line of questioning

6    in the first hour of this deposition, and I

7    explained to you in detail what I did,

8    including the fact that we provided no written

9    report and -- nor specific recommendations but

10   mostly fact-finding and education.

11       Q.    Okay.  That is my mistake.  I didn't

12   realize that is what you were referring to.

13             Could you turn to Exhibit 27?

14       A.    It's only one page.  I have turned

15   to it.

16       Q.    You got it.  We are getting close.

17             If you will go down to the paragraph

18   that says:  "As they grow older."  Could you

19   read that?

20       A.    I'm sorry.  Could you say that

21   again.  The paragraph that starts?

22       Q.    Go down to the middle of the page

Page 282

```
1        right above the box:  "As they grow older."

2             A.    "As they grow older."  Okay.  "As

3        they grow older, children who had NAS may have

4        problems with speech, language and learning."

5             Q.    Continue.

6             A.    "They may need early intervention

7        services to help them learn to walk, talk and

8        interact with others."

9             Q.    Do you agree with this statement by

10       the March of Dimes?

11                  MR. EHSAN:  Object to the form.

12                  THE WITNESS:  Well, I never did and

13       certainly now, I don't speak for the March of

14       Dimes.  I would say that strictly speaking, I

15       agree with the following sentence:  "As they

16       grow older, children who had NAS may have

17       problems with speech, language and learning."

18       I agree with that and I have given you my --

19       again, critical reading of the literature,

20       which is that, yes, NAS is a marker, and there

21       are many ways of getting to NAS.

22                  NAS may mean -- may be a consequence
```

Page 283

1      of exposure to benzodiazepines, a group of

2      drugs called SSRIs, a variety of other drugs

3      but certainly also to opiates, and problems

4      that speech, language, learning have been

5      largely attributable to the circumstances that

6      underlie women using opioids, or for that

7      matter, polypharmacy, so yes, it's not a

8      causative statement but I agree with it.

9                 The second statement, second

10     sentence:  "They may need early intervention

11     services," exactly.  These are high-risk babies

12     in vulnerable families.  That's why we always

13     try and make sure that they have early

14     intervention services.

15                 MR. BILEK:  I pass the witness.

16        EXAMINATION BY COUNSEL FOR DEFENDANTS

17              JOHNSON & JOHNSON AND JANSSEN

18              BY MR. EHSAN:

19        Q.    Dr. Rubin, realizing the time is

20     short, I will be quick.

21                 Just starting with a point that was

22     made earlier, I think -- just want to ask you a

Page 284

1    couple of questions.

2            One is, does maternal opioid use or

3    fetal exposure to opioid mean that the baby

4    will develop NAS?

5        A.    No, and for example, in two of the

6    studies that I was presented with today, of

7    which I am familiar, one said 75 to 90 percent,

8    one said 50 to something percent.

9            So yes, many, but by no means all.

10   As I previously stated, not all babies who

11   receive a diagnosis of NAS have had

12   intrauterine opioid exposure and not all

13   newborns where there was neonatal opioid

14   exposure exhibited NAS.

15       Q.    Doctor, my question was more basic

16   so I'm going to try to break down your answer.

17           First question, and just focusing on

18   my question:  Does exposure by a fetus to an

19   opioid mean that that baby will develop NAS?

20       A.    No.  It increases the risk.

21       Q.    Does the fact that a baby has a

22   diagnosis of NAS mean that baby was exposed as

Page 285

1    a fetus to opioids?

2        A.    Sometimes, but not all of the time.

3        Q.    Doctor, turning your attention to

4    exhibit -- it is No. 19, I believe.

5        A.    Yes.

6        Q.    Let me make sure I am not

7    misrepresenting that number.  You have to bear

8    with me a second.  I am dealing with the

9    technological gaps here.

10       A.    We need people who are 21 or

11   younger.

12       Q.    I think I need a faster computer.  I

13   will make the pitch for it.

14             Yes, Exhibit 19, Doctor, this is a

15   study by Su Lynn Yeoh and I might be butchering

16   the name in JAMA Network Open.

17             Do you see that one?

18       A.    Yes, the systematic review and

19   meta-analysis.

20       Q.    Yes.  Do you recall being asked a

21   series of questions about this article?

22       A.    I certainly do.

Page 286

1          Q.    Do you recall telling counsel that
2     you needed to critically evaluate the paper?
3          A.    Yes, several times.
4          Q.    If you go to page, at least on my
5     screen, paginated as 10 of 14, where the
6     conclusion is?
7          A.    Yes.
8          Q.    You were shown this conclusion.
9                Do you recall that?
10         A.    Yes.
11         Q.    If you just go immediately above,
12    what is the title of the immediate preceding
13    section?
14         A.    "Limitations."
15         Q.    And just reading the first sentence
16    for the record, please, Doctor?
17         A.    "This meta-analysis has
18    limitations."
19         Q.    And is it your understanding, and if
20    you need to read it to answer my question, by
21    all means, read it, but does that indicate to
22    you that the authors identified the limitations

Page 287

1    of their study?

2        A.    Well, it's certainly means that they

3    understood that there are certain limitations.

4    I'd need to read it to see if I can see other

5    limitations, typically all of us write that

6    there are limitations because there are in any

7    given study.

8        Q.    Let me focus your attention on the

9    third paragraph that begins:  "A key

10   limitation."

11             Do you see that?

12       A.    Yes.

13       Q.    Could you read that sentence.

14       A.    "A key limitation is that we were

15   unable to contact some authors for missing data

16   resulting in the exclusion of studies without

17   means and standard deviations.  We also had" --

18       Q.    And the next sentence.

19       A.    "We also had incomplete information

20   on rates of NAS, rates of foster care, sex,

21   parental education levels and substances used

22   in pregnancy.  In addition" --

Page 288

1          Q.     You can --

2          A.     Okay.

3          Q.     You can stop, Doctor.

4                 So would these limitations that the

5     authors identify be relevant to interpreting

6     the results?

7          A.     Well, they are critical for

8     interpreting the results.  It's the entire

9     reason why I said, for instance, and when

10    questioned about this article, is that I need

11    to be able to look at the article in order to

12    see whether the prenatal opioid exposure and

13    its links to outcomes bears on the prenatal

14    exposure per se or that broader context, and I

15    just read what several of the limitations are.

16                You know, again, that is

17    unfortunately but understandably the state of

18    many studies that have shown that when there's

19    NAS or when there is opioid exposure but

20    ignoring all of the other important factors

21    that you know there is some link.

22         Q.     Doctor, do you know how many

1    articles would come up as a result, if you were

2    to search neonatal abstinence syndrome in

3    PubMed which is the National Institutes of

4    Health medical library?

5         A.    Yeah, I actually did this a few

6    weeks ago.  It was somewhere around 2,000, plus

7    or minus a few.

8         Q.    Okay.  So Doctor, is it fair to say

9    you did not cite 2,000 articles in your report?

10        A.    That is a very fair statement.

11        Q.    And your materials considered list

12   doesn't include 2,000 articles; is that

13   correct?

14        A.    Absolutely not.

15        Q.    Doctor, you said you read the report

16   of Dr. Anand; is that correct?

17        A.    Yes, it is.

18        Q.    And that report also included

19   citations, did it not?

20        A.    Yes.

21        Q.    Sitting here today, do you have a

22   recollection of whether Dr. Anand cited all

Page 290

1    2,000 give or take articles related to NAS in

2    his report?

3         A.    No, he certainly did not.  I seem to

4    recall he had more citations than I had and a

5    longer page report than I had, but no, not a

6    lot more.

7         Q.    Would it be fair to say that when

8    writing an article for a peer-reviewed

9    publication, that even if it's a review

10   article, one does not review the complete and

11   total publications available within the English

12   language assuming you are publishing it in

13   English?

14        A.    That's certainly true.

15        Q.    One last exhibit, Doctor, and this

16   is the next to last one you were shown.

17             This is Exhibit 26 on the Frontiers

18   in Pediatrics if you can put that in front of

19   you.

20        A.    Yes.

21        Q.    Now, Doctor, you recall just a short

22   while ago, you were asked a series of questions

Page 291

1    about this article, correct?

2         A.    Yes.

3         Q.    And there was a series of questions

4    implying that opioid exposure, at least as the

5    authors noticed, or -- strike that.

6              Let me ask this question:  There was

7    a suggestion that opioid exposure could lead to

8    Down's syndrome.

9              Do you recall that question and

10   answer?

11        A.    That was a question that was posed

12   to me, yes.

13        Q.    Now, Doctor, I'm going to attempt to

14   ask you a series of questions and I apologize

15   in advance for the level of detail for the

16   court reporter, but are you familiar with the

17   disease Down syndrome?

18        A.    Extremely familiar.

19        Q.    That is a genetic disorder; is that

20   correct?

21        A.    Correct.

22        Q.    And it results from having three

Page 292

1      copies instead of two of Chromosome 21,

2      correct?

3           A.    Yes.

4           Q.    Does -- that genetic disorder occurs

5      at the moment the sperm actually fertilizes the

6      egg, correct?

7           A.    Within a very brief period after

8      that.

9           Q.    My apologies.  So very shortly after

10     fertilization occurs, correct?

11          A.    Yes.  Just trying to be precise.

12          Q.    So within the first or second

13     mitotic cycle, correct?

14          A.    Thank you for saying that, yes.

15          Q.    And I apologize again to the court

16     reporter.

17                Doctor, at the time that that event

18     occurs, is the zygote attached to the mother in

19     any way or is it floating just inside her body?

20          A.    No.  The placenta has not developed

21     yet or any attachment to the mother.

22          Q.    So would it be fair to say that at

Page 293

1    the time that Down's syndrome occurs, there is

2    no way any quantity of opioid on board the

3    mother would have any impact on that zygote?

4         A.    That's correct.

5         Q.    So would it then be fair to say that

6    given our understanding of biology as it exists

7    in 2020, that Down syndrome couldn't be related

8    to maternal opioid exposure?

9         A.    Down's syndrome is not in any way

10   related to fetal opioid exposure.

11              MR. EHSAN:  Thank you, Doctor.  No

12   further questions.

13              Anything, Tom?

14              MR. BILEK:  No.  I am finished so we

15   can go home if everybody else is done.  So

16   thank you for your time, Doctor.

17              MR. EHSAN:  Thank you, Doctor.  Be

18   safe.

19              (Whereupon, the proceeding was

20   concluded at 5:40 p.m.)

21

22

Page 294

1            CERTIFICATE OF NOTARY PUBLIC

2            I, Bonnie L. Russo, the officer before

3    whom the foregoing deposition was taken, do

4    hereby certify that the witness whose testimony

5    appears in the foregoing deposition was duly

6    sworn by me; that the testimony of said witness

7    was taken by me in shorthand and thereafter

8    reduced to computerized transcription under my

9    direction; that said deposition is a true

10   record of the testimony given by said witness;

11   that I am neither counsel for, related to, nor

12   employed by any of the parties to the action in

13   which this deposition was taken; and further,

14   that I am not a relative or employee of any

15   attorney or counsel employed by the parties

16   hereto, nor financially or otherwise interested

17   in the outcome of the action.

18

19                    _____

20                    Notary Public in and for

21                    the District of Columbia

22   My Commission expires:  August 30, 2024

```
                                                    Page 295

 1                   Veritext Legal Solutions

                        1100 Superior Ave

 2                        Suite 1820

                     Cleveland, Ohio 44114

 3                   Phone: 216-523-1313

 4   September 15, 2020

 5   To: HOUMAN EHSAN

 6   Case Name: National Prescription Opiate Litigation - NAS v.

 7   Veritext Reference Number: 4242152

 8   Witness:  Lewis P. Rubin, M.D.      Deposition Date:  9/10/2020

 9   Dear Sir/Madam:

10   Enclosed please find a deposition transcript.  Please have the witness

11   review the transcript and note any changes or corrections on the

12   included errata sheet, indicating the page, line number, change, and

13   the reason for the change.  Have the witness' signature notarized and

14   forward the completed page(s) back to us at the Production address

     shown

15

     above, or email to production-midwest@veritext.com.

16

     If the errata is not returned within thirty days of your receipt of

17

     this letter, the reading and signing will be deemed waived.

18

     Sincerely,

19

20   Production Department

21

22   NO NOTARY REQUIRED IN CA
```

Page 296

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 4242152
CASE NAME: National Prescription Opiate Litigation - NAS v.
DATE OF DEPOSITION: 9/10/2020
WITNESS' NAME: Lewis P. Rubin, M.D.

In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.

I have made no changes to the testimony
as transcribed by the court reporter.


_____        _____
Date                              Lewis P. Rubin, M.D.

Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn
Statement; and
Their execution of this Statement is of
their free act and deed.

I have affixed my name and official seal

this _____ day of_____, 20____.


_____
Notary Public
_____
Commission Expiration Date

Page 297

1                    DEPOSITION REVIEW
                 CERTIFICATION OF WITNESS
2

    ASSIGNMENT REFERENCE NO: 4242152
3   CASE NAME: National Prescription Opiate Litigation - NAS v.
    DATE OF DEPOSITION: 9/10/2020
4   WITNESS' NAME: Lewis P. Rubin, M.D.
5         In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7         I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9         I request that these changes be entered
    as part of the record of my testimony.
10

          I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____          _____
    Date                      Lewis P. Rubin, M.D.
14

          Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17        They have read the transcript;
          They have listed all of their corrections
18        in the appended Errata Sheet;
          They signed the foregoing Sworn
19        Statement; and
          Their execution of this Statement is of
20        their free act and deed.
21        I have affixed my name and official seal
22  this _____ day of_____, 20____.
23        _____
          Notary Public
24
          _____
25        Commission Expiration Date

Page 298

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 4242152

PAGE/LINE(S) /          CHANGE          /REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____        _____

Date                    Lewis P. Rubin, M.D.

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

                _____

                Notary Public


                _____

                Commission Expiration Date

**[& - 5]**                                                                                           Page 1

| **&** |
| --- |
| **&**  2:6 3:8,10,12,16 3:19 4:3,11,18 5:4 5:8,12,15 7:16 8:12 18:6,9,18 19:2,19 21:6 22:22 23:8 25:19 28:21 29:1 30:10 38:19 283:17 |

| **0** |
| --- |
| **02199**  4:12 |

| **1** |
| --- |
| **1**  7:6 10:20,21 30:22 126:7 158:16 |
| **1,455**  193:6 |
| **1-6**  180:20 181:1,2 |
| **1.10**  183:14 |
| **10**  1:17 7:6 101:2 101:4 121:20 286:5 |
| **10019**  5:5 |
| **10036**  3:17 |
| **106**  183:1 |
| **10:05**  1:18 9:2 |
| **11**  236:21 |
| **1100**  295:1 |
| **111**  4:12 |
| **11937**  294:19 |
| **130**  6:5 |
| **131**  7:13 |
| **14**  286:5 |
| **144**  8:9 |
| **15**  7:16 30:14 161:5,7,11,14 162:13 166:14 295:4 |
| **1500**  4:15 |
| **15219**  5:9 |

**16**  7:19 180:15,17 180:18,20,21 181:3
**161**  7:16
**1625**  2:7 3:20
**166**  8:2
**17**  1:5 8:2 166:15 166:16 167:2,4
**1717**  4:8
**18**  8:4 214:17,19 214:20 215:1 216:3 218:1
**180**  7:19
**1820**  295:2
**18976**  5:20
**18th**  3:13 6:5
**19**  8:7 190:7,8 285:4,14
**190**  8:7
**19103**  4:9 6:5
**1970s**  125:14
**1980s**  13:15 57:22 58:15 72:16 279:12
**1990s**  72:16 147:8
**1998**  55:7 145:18 146:5,13 148:11 149:11,11,17 151:10 257:19
**1:18**  1:8,10,11

| **2** |
| --- |
| **2**  7:8 45:4,5,6,18 46:21 47:9 102:14 199:18 231:2 |
| **2's**  46:15 |
| **2,000**  289:6,9,12 290:1 |
| **2.3**  199:19 |
| **2.43**  182:15 |
| **2.64**  182:17 |

**20**  54:3,3,7 55:5,18 56:15 72:9 74:3 144:12,13 296:16 297:22 298:22
**2000**  248:19 249:4
**20001**  5:16
**20005**  4:19
**20006**  3:20
**2005**  250:2
**2014**  250:3
**2018**  167:6
**2019**  31:14 32:6,7 32:7,12 131:17 190:14
**2020**  1:17 145:21 150:18 151:10 181:7 216:4,6 218:6 242:2 293:7 295:4
**2024**  294:22
**21**  285:10 292:1
**214**  8:4
**216-523-1313** 295:3
**21st**  72:17
**226**  8:12
**236**  8:20
**24**  8:9 144:2,4 158:3,5,6,8,9
**241**  8:13
**25**  8:12 115:9,21 194:16 226:8,9,12
**250**  5:5
**26**  8:13 12:21 193:6 194:9,14,15 241:15,16,19,21 243:22 258:11 274:3 275:1 276:4 276:12 290:17
**27**  8:16 250:2 278:13,14,17,18

**281**:13
**2700**  5:20
**278**  8:16
**2804**  1:4,5
**283**  7:4

| **3** |
| --- |
| **3**  7:11 46:2,3,8 176:8 |
| **3's**  46:16 |
| **30**  31:22 294:22 |
| **300**  4:4 5:20 |
| **301**  5:8 |
| **31**  131:17 |
| **3100**  4:8 |
| **338**  3:8 |
| **3500**  6:9 |
| **35th**  5:8 |
| **38**  101:3,6 |
| **39**  101:5,6 |
| **3950**  3:4 |

| **4** |
| --- |
| **4**  231:15 |
| **40**  101:7,8 |
| **40,000**  31:22 202:3 |
| **400**  3:13 |
| **4242152**  1:22 295:7 296:2 297:2 298:2 |
| **44**  158:4 |
| **44114**  295:2 |
| **45**  7:8 |
| **45268**  1:8 |
| **45405**  1:10 |
| **46**  7:11 |
| **46327**  1:11 |
| **46802**  5:13 |

| **5** |
| --- |
| **5**  7:13 31:2,6 131:8,9,12,14 132:8,14 |

**50**   251:22 252:11 284:8
**55th**   5:5
**5:40**   293:20

**6**

**6**   100:9 176:3 193:11 210:20 272:16,16
**6.02**   183:13
**6.3**   199:17 200:20
**6.31.**   183:14
**60**   31:18
**600**   5:12 31:20
**60601**   6:9
**60654**   4:4
**64**   249:22

**7**

**7**   3:16 272:15
**70**   31:18
**700**   3:4
**70130**   3:9
**72**   102:17 103:2
**725**   4:19
**75**   198:1,8 252:11 284:7
**77**   6:9
**77002**   3:5
**78701**   4:16

**8**

**8**   8:20 218:6 264:6 264:13,16
**80**   252:1,12
**850**   5:16
**888**   5:12

**9**

**9**   7:3
**9/10/2020**   295:8 296:3 297:3

**90**   176:14 198:2,8 252:11 284:7
**90071**   3:13
**95**   182:16 183:7,10
**98**   4:15
**99**   183:13
**9:30**   138:15

**a**

**a.m.**   1:18 9:2
**abbott**   43:13,16 44:3
**ability**   101:18 184:22 185:16 272:6,7
**able**   29:14 79:6 101:19 103:19 140:1 150:15 155:6 164:21 178:16,17 180:11 188:8 201:19 203:1 231:10 288:11
**abnormal**   265:13
**absolute**   106:18
**absolutely**   95:20 108:1 136:13 205:10 266:9,11 271:18 289:14
**absolutes**   120:21
**abstinence**   8:3 13:15 22:12 28:5 29:6 33:5,8 51:6 58:14,22 59:5,8,19 60:12 61:7 62:14 72:12 95:13 122:14 123:19 124:11,11,12 134:6,13,15 135:5 160:13 167:8,13 168:1 198:1,15 214:11 232:9,11

233:16,17 235:21 250:14 252:1 253:7,9,21 272:5 289:2
**abstract**   162:5,6 168:21 181:21 187:18,18 188:10 191:18 192:6 195:13,19
**absurd**   270:8
**abuse**   73:6 89:4 116:2 164:15 201:14 248:17 249:15
**academic**   43:6 119:13 201:17 204:20
**accept**   41:12 157:14 186:21 231:19 237:6 238:10 240:13
**acceptance**   231:6
**acceptances** 238:13
**accepted**   121:18 137:19,21 154:9 248:12
**account**   155:6
**accurate**   67:2 79:3 146:7 151:4 168:1 175:20 246:1
**accused**   236:15
**accusing**   235:17
**acknowledge** 164:22 296:11 297:16
**acknowledged** 227:18
**acknowledging** 211:7

**act**   238:12 296:14 297:20
**acting**   133:9
**action**   240:10 294:12,17
**actions**   240:12
**activation**   244:21 273:5
**active**   92:6
**actively**   212:20
**activity**   245:15 265:13
**actual**   92:14 217:1 264:2
**add**   134:1 194:16 279:21
**added**   208:3,13,16 227:19 262:11
**addicted**   89:10 145:13 148:4,10 148:11 154:21 156:22
**addiction**   89:6,9
**addictive**   89:15,21 90:10 128:20
**addition**   12:3 47:15 287:22
**additional**   9:22 11:15 175:9
**address**   176:3 186:20 272:4 295:14
**addressed**   270:10
**adds**   228:19
**adequate**   107:14 107:20,22 108:1 119:4 120:3,3
**adequately**   118:1 118:3,4
**adhere**   29:20 41:14 77:8 84:21

121:22 143:2
238:15,16,21
**adhered**  238:1
**adhering**  66:6
79:7
**administration**
8:11 279:21
**admire**  69:7
228:16
**admissible**  50:1
**admitted**  150:7
**adolescence**
114:15 210:21
**adult**  114:17
**advance**  259:11,13
291:15
**adverse**  86:3 97:6
145:11 156:21
168:5
**adversities**  211:2
211:10
**advising**  233:14
**advisor**  44:11
279:15
**advisory**  43:13,14
43:17 44:4,8,18,19
**affairs**  109:10
161:16 267:11
**affect**  90:17,20
91:1,6 92:21
**affirmatively**
51:12
**affixed**  296:15
297:21
**afraid**  9:16
**age**  112:2,8,10,13
113:1 136:2
162:13 209:19
210:20
**agencies**  76:7

**agenda**  253:17
**ages**  193:10
**aggregate**  220:5
**aggregated**  190:22
191:1
**ago**  27:3 36:9 45:1
221:1 229:21
237:9 240:8 289:6
290:22
**agree**  58:1 72:5,6
73:5 89:22 125:20
129:4 139:19
140:4 148:20
149:1,2,15 160:20
163:17 171:13
178:2,10 179:5,6
196:6 197:18
199:6,7 200:9,11
202:1 207:8 208:5
210:1 211:5,6
212:12 219:18
225:4 228:2,22
230:11 231:12
235:5 237:21
244:14 249:1,8,14
251:2,19 252:5,10
252:20,22 253:4
254:16 256:15
260:12 261:11
265:14,15,19
267:15 268:8
277:13 282:9,15
282:18 283:8
**agreed**  28:17 72:4
243:7,22 254:12
256:8
**agreeing**  210:7
260:1
**agreement**  10:6
127:14

**agreements**  9:22
**ah**  272:17
**ahead**  17:14 23:17
46:13 164:2
184:16 230:16,17
239:18
**ahold**  269:7
**aim**  174:5,8
**ain't**  157:16
**al**  1:8,9,11
**alarmed**  250:6,8
250:11
**alarming**  197:2
250:5 251:1
**alcohol**  177:5
**alighted**  175:22
**alleged**  132:1
**alleges**  133:2
**allen**  5:7,10
**allergan**  4:2
**allow**  164:7
**allowed**  136:10
**alluded**  12:8 155:5
**amazed**  94:3
**amendations**  47:3
**amended**  7:6
145:22
**american**  81:21
83:10
**amerisourceberg...**
4:6
**amount**  80:6
115:20
**analgesia**  56:12
69:12
**analysis**  169:1,4
170:9 190:17,18
190:19 193:6
202:22 210:16
211:22 214:9
258:11,19,22

285:19 286:17
**analyze**  202:2
**analyzed**  168:11
**anand**  57:15 58:1
58:8 69:3,20
153:21 158:15,19
158:20,20 159:18
160:3 289:16,22
**anand's**  159:3
160:6
**anatomic**  222:1
**anatomical**  217:9
**anda**  4:10
**anecdotal**  170:18
**anesthesia**  159:20
159:22
**angeles**  3:13
**animal**  145:13
147:15,16 148:4
213:6,7,9 257:15
257:16,20 258:2,6
262:18,21 266:3
266:21 267:17
268:6 269:22
273:14
**animals**  97:2
213:4
**annual**  36:10
83:10
**answer**  13:2 17:13
17:15 21:8 23:15
23:15 24:11 25:6
25:8 33:16 34:13
35:16,18,19 42:2
42:15,17 45:19
47:4 48:8 61:15
62:1 67:2,22 94:3
95:6 105:7 113:18
117:2 118:20,22
127:4 129:1 130:3
137:3,9,10 140:21

154:6 164:5 173:7
175:14,17 177:20
184:8,10,20,21,22
187:10,15 189:13
204:11 206:15
212:8 232:6 243:3
246:10 272:7
284:16 286:20
291:10
**answered** 10:4
24:5 40:11,15
48:7 98:13,13
137:8 158:19
**answering** 126:21
238:16
**answers** 27:12
32:11 106:20
112:21 153:16
154:14 264:5
**anybody** 26:16
51:16 140:19
185:3 213:17
236:4 271:3
**anymore** 103:4
**apart** 99:19
105:22 150:9
**apologies** 292:9
**apologize** 80:20
81:1 117:4 127:11
237:1 291:14
292:15
**apology** 237:6
**appalled** 237:10
**appear** 11:10
46:16 296:11
297:15
**appearances** 3:1
4:1 5:1 6:1
**appearing** 10:14
54:3

**appears** 11:16
13:19 121:19
162:3 264:17
294:5
**appended** 262:22
297:11,18
**applaud** 178:21
221:21
**application** 273:18
**applied** 22:4
**apply** 35:9 267:17
**appointed** 116:12
**appointment** 35:4
35:6
**appreciating**
274:19
**approach** 96:12
**approached**
206:22
**appropriate** 77:6
79:8 80:17 82:12
84:10,21 87:8
95:2 179:11
**appropriately**
77:17 94:19 160:1
179:10
**appropriateness**
82:3,4
**approved** 133:8
242:11,20 243:16
**approximately**
31:12 176:13
**arch** 4:8
**area** 31:22 51:4
96:21 107:10
108:8,9 142:15
159:9 160:2,3
216:21 222:3
246:4
**areas** 14:19 28:5
33:7 69:8,10,11

116:14 119:5
211:20,21 213:15
220:8 248:2,3
**argue** 138:3
179:13 273:16
**arguing** 152:13
184:17
**argument** 126:22
127:3 152:14,15
**argumentative**
21:22 28:10 49:3
49:9 184:14
189:14 233:3,4,8
**arnold** 5:4
**arnoldporter.com**
5:6
**arranged** 16:13
**article** 7:13,17 8:2
8:4,7,9,14 54:11
54:13 56:19,22
144:13 146:13
147:2,4,13,18
158:18 159:15
160:14 161:15
164:17 167:5
168:18 169:9,10
178:2 187:4,7
206:12,17 212:6
214:5 216:4 218:2
222:4 225:21
228:4,19,20 242:1
242:9,11,17,21
243:6,7,12,13,16
244:5 247:6
248:16 252:9
257:18 262:3
274:13,14 285:21
288:10,11 290:8
290:10 291:1
**articles** 52:2,13
53:11,15 54:15,22

56:17 58:21 59:4
69:19 144:14
156:10 160:11
162:1 187:3,5
204:14,15 218:8,9
225:18 228:7
238:11 243:19,21
278:11 289:1,9,12
290:1
**asd** 182:6,7,8,16
182:17
**aside** 26:16 30:17
45:2 55:17 97:19
109:22 110:9
113:8 134:7 138:7
213:16 261:7
278:4
**asked** 17:21 18:15
21:9 22:11 26:1
26:11 28:2 33:6
37:9 40:3 51:15
51:16 62:3,5
80:10 95:7 96:19
99:4 100:19
126:22 134:11
164:1 186:2 197:6
205:18,20,21
212:17 215:20
221:18 229:12
235:19 238:15
241:10 249:13
250:10,11 252:9
255:6,10 272:4
281:5 285:20
290:22
**asking** 22:2,20,21
24:4 30:5 31:15
45:16 47:2 55:2
64:20 86:13,20
87:19 93:22 105:4
105:9 111:3,12

138:8 142:18 154:16,17 156:2,3 160:15 172:7 183:21 184:4 200:13,14 204:10 204:12 215:7 247:9,11 249:8 251:17 260:22 274:22

**asks** 11:13 92:4

**aspect** 15:22 16:2 110:6

**aspects** 22:12 28:4 54:16 74:1 80:2 88:17 104:1 148:3 169:16 241:11 262:21 265:15 266:4 272:5

**assertio** 4:14

**assess** 219:3

**assessed** 108:20 109:4,5,7,9,14 114:8 217:16

**assessment** 114:6 114:14 151:4

**assignment** 229:5 230:21 231:22 296:2 297:2 298:2

**assist** 277:15

**associate** 224:19 224:22 229:5 230:21 231:5,16 231:18 238:12,19

**associated** 56:12 182:1,15 191:10 193:1,9 210:17 217:6,17 244:1 252:15

**association** 8:4 110:14 150:19 164:9 182:4

195:16 196:4 210:22 216:6 222:6 251:11

**associations** 104:4

**assume** 16:16 116:20 132:9 137:16 138:18,19 142:18 227:1 239:22 240:2 264:9 271:3

**assuming** 41:3 132:10 136:1 290:12

**assumption** 136:4 229:19

**assumptions** 140:22 141:1

**assure** 115:12

**attached** 52:16,19 102:13 292:18 297:7

**attachment** 292:21

**attempt** 178:21 228:16 261:8 291:13

**attempting** 113:11 113:13,14,15,15 113:16 277:14

**attempts** 228:10

**attend** 43:15,18 45:3

**attendant** 67:13

**attended** 43:2

**attending** 113:7

**attention** 72:2 201:15 263:11 285:3 287:8

**attorney** 23:16 60:21 131:15 132:20 135:12

294:15

**attorneys** 17:16 18:1,1 21:10 23:13 26:7,7 30:18 48:1 51:18 183:21 230:4 235:20 241:6 263:5 271:14

**attributable** 124:1 283:5

**august** 294:22

**austin** 4:16

**australia** 211:17 211:18

**author** 7:19 159:18

**authored** 144:15

**authorization** 223:11

**authorize** 297:11

**authors** 150:8,8 165:10 207:9,9 211:7,16 221:21 227:11,13,15,19 245:19,22 247:16 264:3 269:9 272:10 274:4 275:1,13 286:22 287:15 288:5 291:5

**autism** 7:21,22 181:8,12,12 182:8 182:17 188:2

**automatically** 176:5

**available** 15:4 115:14 290:11

**ave** 295:1

**avenue** 4:12

**average** 140:2

**avoid** 69:13 153:22 260:3

**awarded** 119:16 119:17

**aware** 25:10 71:19 74:9 75:5,9 79:21 80:2,2 110:8 130:19

| b |
|---|

**b** 4:6 5:19 142:14 142:14 165:11,12

**babies** 52:8 54:18 55:9 59:13 60:12 73:12 77:16 96:16 97:6 98:3,15 103:17 104:1 107:7 112:22 136:21 137:1 144:16 150:5 154:4,20 155:3 156:4 169:14 174:21 176:22 178:19 188:11 250:14 283:11 284:10

**baby** 95:5,18 96:5 96:7,14 110:4 122:12 124:2 137:7 154:3 222:17 269:19 278:21 284:3,19 284:21,22

**baby's** 81:19

**back** 14:4 17:9 24:19 25:15 30:13 30:22 41:8 42:9 42:20 45:11 47:9 50:19 55:6 61:14 61:17 69:3 80:9 95:7 106:15 118:3 118:17 120:4

**[back - bilek]** Page 6

127:20 135:17
139:1 148:1
154:13 173:7
177:13 207:6,14
207:16 267:14
279:12 295:14
**background** 82:20
167:13 168:21
**backgrounds**
208:8
**backs** 100:13
**bad** 132:16
**baker** 4:15
**bakerbotts.com**
4:16
**ball** 12:17
**ballparks** 252:9
**barnes** 5:12
**barrier** 91:11,17
91:18 92:9
**basal** 217:10
**base** 99:17 165:15
**based** 59:16 81:13
147:1 151:9,11
157:11 187:12
191:3 194:7
235:20 237:13
**basic** 284:15
**basically** 56:21
66:9 154:7 156:2
**basis** 23:22 37:2,2
37:4 83:6 129:1
**bathroom** 229:8
230:17
**bear** 138:13
206:21 285:7
**bearing** 136:2
138:14
**bears** 206:17
288:13

**beating** 224:18
**began** 15:1 61:8
280:3
**beginning** 22:13
31:14 47:21 51:15
**begins** 287:9
**behalf** 2:19 3:3,7
3:10 4:2,6,10,14
4:17 5:2,7,11,14
5:18 6:2,7 13:21
17:7 21:6 23:8
**behavior** 67:20
142:20 168:5
**behavioral** 119:14
122:14 145:12
147:14 148:3
156:21 169:20
170:20 201:15
**behaviors** 123:21
**believe** 13:16 14:1
19:22 44:15
143:17 146:4,4
180:1 203:22
231:8 285:4
**belong** 117:10
**benefit** 173:6
231:11
**benefits** 133:12
219:11 220:17
**benzodiazepines**
177:3 283:1
**best** 9:18 11:6
17:15 27:13 32:10
34:16 52:6 113:18
113:19 115:8,12
127:5 141:14,20
176:11 184:21
272:6,6
**better** 20:17
146:18 167:20,22
180:12 203:1

230:7
**beyond** 17:17
25:12 26:6 34:14
39:2,3 41:9 49:11
77:9,10 117:14
211:4,12
**biased** 29:9
**bickford** 3:7,8
**big** 72:19 170:16
186:7
**bilek** 3:3,4 6:14
7:3 9:9 10:19 11:1
11:12 12:2 13:3
15:10 16:14 17:18
18:17 19:8,14,17
19:18 20:12,19
21:4 22:15 23:18
23:21 24:12,18
25:3,5 26:18 27:4
27:8,11 28:13
29:12 30:3,21
32:22 33:12 34:1
35:13 36:14,19
37:5,15 38:14
39:5,19 40:1,12
41:15 42:3 43:7
43:19 44:1 45:8
46:1,5,18 47:5,17
49:12,15 50:10,17
50:18 51:10 52:10
53:7,16 55:12,20
56:10 57:2,10
58:16 60:13,18
61:19,19 62:18
63:6,16 64:19
65:7,16 66:13
68:4 69:2,9 70:10
70:13 71:8,17
72:18 73:4,15
74:2,19 75:4,13,22
76:12 77:1,11

79:16 80:5 81:5
82:2 84:1 85:17
86:4 87:1,6,14
88:3,7,18 89:12
90:8 91:4,16,22
92:13,20 93:16
94:2,10,16,21
95:16 96:4 98:21
99:15 100:4
102:22 103:8
105:10,15 106:9
107:12 108:10,16
109:12 110:19
111:15 114:18
115:4,16 116:9,19
117:18 118:19
120:9,16 121:2
122:21 123:13
124:5,13,21 125:5
126:3,9,19 127:6,8
127:17,20,21
128:9 129:3,12,17
130:1,17 131:7,13
133:16 135:6
136:9,15 137:2,12
138:10 139:7,16
141:8,22 142:17
143:3,14,22 144:8
145:3 146:1,11
147:20 149:9
151:6 152:10
153:9 154:15
155:12,21 157:17
158:7 160:16
161:6,13 163:1
164:3 165:16,21
166:13,20 170:1
170:13 171:12,20
172:13,16 173:13
173:20 175:6,15
177:19,22 179:19

180:14,16,21
181:1,4 183:6
184:3,19 185:17
186:6 187:8,21
188:18 189:2,7
190:3,6,10 192:2
193:20 195:9
197:15 200:7
201:22 203:12
205:12 206:1
208:14 209:8
210:9 212:11
214:16,18 215:13
216:2,17 219:17
221:4,13 222:21
224:17 225:10
226:6,14 228:17
230:9,20 232:14
232:20 233:4
234:1 235:1,9
236:6 237:1,4,16
238:22 239:19
240:1 241:14,20
242:16,22 246:17
247:5 249:7
250:20 251:5
256:7,17 257:4
259:1 260:6 261:9
262:1,10 264:15
266:12 268:4
269:8 270:20
271:9 272:9
273:20 274:2,12
276:11 277:4
278:12 279:1
283:15 293:14
**bileklaw.com** 3:5
**bill** 31:19
**billed** 31:13
151:16

**billing** 14:9 31:3
31:10 152:5,12
**biologically** 92:6
**biology** 293:6
**biomarker** 259:14
**birth** 69:14 82:17
147:5,6,10 252:16
280:4
**bit** 68:1 81:3 104:9
128:1 150:15
175:19 180:12
228:8,14 253:14
254:1,18
**bits** 97:13
**black** 64:14
**blah** 176:8,8,9
**blankrome** 6:4
**blankrome.com**
6:6,6
**board** 43:13,14,17
44:5 227:12
279:15 280:13
293:2
**boards** 44:8 79:5
277:11
**body** 49:19 200:12
292:19
**bonnie** 1:21
236:19 294:2
**boost** 132:2 133:3
**born** 8:3 68:8
77:15,16 95:5,19
96:5,7,14,16 98:10
105:12 137:7
146:16 153:11
154:20 155:15,17
167:7 168:13
176:14 188:11
**boston** 4:12
**botts** 4:15

**boulevard** 4:15
**bound** 8:18
**box** 145:5 282:1
**boy** 107:2
**boy's** 230:3
**brain** 57:4,8
147:18 216:21
217:1,2,17 218:13
219:3 222:2 246:3
246:11,13,15,16
248:2 267:1
268:15 269:20
270:9 273:3
**break** 10:5,5 11:5
54:1 70:8,9,11
126:10 127:13
172:1 185:18
190:2 221:5,11
222:22 223:2
229:8,13,20 230:1
230:2,10,17 260:9
273:20,22 284:16
**breaking** 103:6,9
**breath** 101:17
**brief** 7:20 181:9
188:7 189:12
292:7
**briefer** 168:22
**briefly** 172:3
**bring** 126:17
280:10
**bringing** 159:4
**broad** 73:3 210:5
246:9
**broader** 150:10
263:21 267:5
288:14
**brought** 126:16
159:3
**btlaw.com** 5:13

**bulk** 98:13 148:7
150:1,16 208:19
**bunch** 24:7 157:13
178:18 241:4
275:21,22
**buprenorphine**
218:22
**burling** 5:15
**bush** 224:19
**business** 44:14
**butchering** 285:15
**butt** 228:15
**buying** 40:20

**c**

**c** 3:15 6:8 7:1 9:1
165:13
**ca** 295:22
**caesar's** 260:2
**calendar** 37:18
**california** 3:13
**call** 16:12 24:13
113:8 172:9,10
184:15
**called** 13:17 14:13
60:5 63:3 64:5,21
102:4 121:19
128:11,11 159:5
280:22 283:2
**calls** 25:2 39:13
229:19,20
**campaign** 132:2
133:3
**cancer** 267:7
**capable** 141:2,3
**car** 126:16
**cardinal** 4:17
**care** 8:10 28:7
52:9 54:15 55:10
57:1 59:12,14
82:9,13 83:11
84:10 87:13 110:9

111:19 112:6
138:7 144:16
169:19 250:13
279:19 287:20
**cared** 114:16
**career** 82:12
**careful** 23:11
171:19
**carefully** 260:14
**caring** 278:21
**carter** 6:3
**case** 1:5,8,10,11
14:8,22 15:11,13
15:16 17:10,20,21
17:22 24:2 26:5
27:20 30:2,17
31:13 32:5 33:19
36:2,11 37:20
38:7 48:16,17
49:20 51:5,22
70:17,20 86:14
104:3 108:12,18
109:19 116:11
131:21 138:6
151:10,17 182:9
190:20 195:2
209:5 226:2
230:12 234:18
259:17 260:19
261:2,17 273:12
275:13 295:6
296:3 297:3
**cases** 44:17 48:20
48:21 51:1 68:19
77:18
**category** 73:3
88:13
**causal** 104:5
150:21
**causation** 207:4

**causative** 222:8
283:8
**cause** 65:6,8 66:16
68:9,20,22 73:6
93:13 94:5 103:20
104:18 105:6
121:7,9 134:14
136:17,20 137:7
153:2 165:22
175:7 180:1
210:22 211:10
269:2,11,20 270:6
**caused** 55:14
104:13 122:5
123:16 165:13
198:16
**causes** 61:7 62:14
63:8,10,19,21 64:2
64:22 66:17 94:8
108:5 124:7
198:18 233:16
270:14
**causing** 54:20
149:14
**cell** 265:2
**cells** 246:13
**center** 34:10 38:6
**centola** 3:8
**centre** 5:9
**century** 72:17
249:16
**cephalon** 7:14
133:1
**cerebral** 265:11
266:1 269:12,21
**certain** 11:14
34:15 65:4 66:5
88:13 89:2 90:11
99:6 106:17 120:4
142:3,8 234:12
262:21 275:6

287:3
**certainly** 22:8
23:19 25:18 36:11
37:20 39:3 45:2
47:16 58:8 69:7
69:22 70:3 84:20
110:8 116:6 123:8
123:11 124:10
129:4 162:4
198:14 204:20
205:4 206:17
211:21 220:11
223:22 241:5
242:8 248:4
249:14 252:12
257:5 259:20
268:19 282:13
283:3 285:22
287:2 290:3,14
**certainty** 99:5,9
99:11 106:16,19
**certificate** 294:1
297:11
**certification** 7:8
7:11 239:6,8
240:5 296:1 297:1
**certify** 294:4
**cetera** 104:2 106:4
106:4 150:12,13
**chair** 59:17 60:3
280:11
**challenges** 141:5
142:3,6 170:20
207:12
**chamber** 236:7
**chance** 213:19
227:16
**change** 126:6
146:19 151:12
152:19 154:19
157:12 194:12

255:3 295:12,13
297:8 298:3
**changed** 146:5
218:13 276:7
**changes** 46:21
47:2 219:3 255:4
295:11 296:7
297:7,9
**chaotic** 97:10
106:2
**chapter** 60:4
**characterization**
171:14 275:10,16
**characterizations**
220:22
**characterize** 52:6
141:5 249:16
275:7
**characterized**
249:12 265:2,7
**characterizing**
46:11
**charge** 59:22
**chaster** 260:2
**check** 10:2 14:10
14:12
**checked** 223:20
**chemical** 128:16
**chemotherapy**
267:10
**chicago** 4:4 6:9
**chief** 238:18
**child** 7:16 68:7,9
94:12,17 95:1
98:9 105:12,16,18
106:3 107:17
110:1,5 112:4,16
113:3,4,20 117:13
118:10 121:9
136:2 153:11
162:13 171:8,9

182:3 198:11,11
202:5 217:8
**child's** 182:6
**childhood** 114:15
191:11 193:1
**children** 3:7 7:18
7:22 8:3,6,8 58:11
60:7 77:14 106:8
108:6,19 109:2,13
110:22 111:19
112:1,2 114:6,10
114:11,20 115:10
115:15,18,20
116:13 117:9
119:5 145:12
147:11 148:3,10
155:16 156:21
159:8 161:18
162:7,11,15,19
163:11 164:12,16
165:6 167:7
168:13 169:5
170:4,19 174:1,2
174:11,12,16,19
175:10,10 176:8
176:14 177:6,8
178:5 181:13
188:3 190:15
193:7,8 199:1,3,17
199:19,21 200:20
200:21 201:11
206:19 207:11
208:2 209:14,19
211:3 212:3 216:9
216:19 217:3
235:4 258:13
259:10 268:10,19
282:3,16
**choice** 130:15
141:2

**choices** 255:15
**choose** 100:16
**chosen** 248:10
**chromosome**
292:1
**chronic** 87:8,11,17
162:18 163:13
164:10,11
**circa** 148:11
**circles** 38:4
**circumstance**
175:11
**circumstances**
141:11 142:9
155:22 164:16
171:7,8 174:3,7,13
174:19 201:13
283:5
**citation** 101:12
**citations** 12:10
289:19 290:4
**cite** 158:11 257:13
257:15 258:6
274:15 275:2,15
276:14,15 289:9
**cited** 69:15,20
70:3,4 100:1
101:10 102:20
156:9 181:17
192:13,17 202:12
202:13 203:21
274:5 275:13
276:3,4,9 277:6
289:22
**cites** 261:16
**civil** 66:10 296:5
297:5
**clarification**
247:10
**clarifications**
166:22

**clarifies** 254:19
**clarify** 22:10
44:17 103:15
113:17 148:17
215:17,19
**clarifying** 178:15
**class** 7:8,11 73:2
90:6 239:6,7
240:4,10
**classes** 74:11 89:2
90:11 207:11
**classroom** 170:21
**clauses** 219:21
**clean** 70:14 155:5
**cleanly** 104:9
150:16
**clear** 110:21
120:10 136:21
137:1,4,5 211:20
**clearer** 16:8 127:3
**clearly** 29:17
135:17 136:6
155:7 165:10
234:11
**cleveland** 295:2
**client** 16:9 23:16
184:9 235:12
**clients** 17:10 235:3
**clinical** 12:6 29:21
56:4 73:10 83:9
83:11 107:3 124:4
125:16,18 159:7
190:21 211:1,9
219:8 220:1 248:4
279:15
**clinicians** 263:3
**close** 112:10
134:16 152:7
157:8 219:1
258:19 273:21
281:16

**closed** 207:18
**coached** 271:21
**codes** 121:20
**coffee** 19:15
229:22
**cognitive** 8:7
190:15 191:11
193:2,9 210:17
217:19 252:17
273:4 274:6 275:3
276:16
**cognizant** 266:2
**colin** 49:16
**collaborative**
227:10
**collaboratively**
84:7
**colleagues** 125:13
**college** 81:21
83:10
**columbia** 294:21
**column** 176:3,10
**come** 14:12 39:15
43:18 56:17 67:16
76:1 99:6 101:21
124:12 159:22
289:1
**comes** 17:1 22:6
88:2 151:10 168:8
168:22
**coming** 68:18
177:13
**comment** 188:17
204:7 210:3
213:18 214:14
237:2 258:20
**commentary**
161:10 185:3
**comments** 185:15
254:11

commercial 41:13
43:4
commission
294:22 296:19
297:25 298:25
common 116:5,7,8
124:18 243:14
commonly 63:3
64:5 121:17
137:19,21
commonwealth
131:16
communication
23:17
communities
114:21 115:3
community
119:15 231:9
companies 5:3
17:4,8 18:2,4,14
19:1 26:8,22 29:5
29:13 40:18,19
41:19 43:8 44:12
44:13,18 143:1
232:2,10,17 234:4
234:7,19 253:20
company 13:22
21:15,18 41:4,13
42:12 44:8 233:13
235:11
comparable
188:14
compare 129:18
129:22 155:14
compared 140:2
155:16 157:9
162:14 182:18
193:7 199:19
comparing 156:6
comparison
188:11

comparisons
163:7
compensation
39:1,2 44:3,21
45:2
compiled 131:15
194:10
complain 50:7
complete 278:3,7
278:9 290:10
completed 295:14
completeness
183:2
complex 132:2
133:2 162:18
163:13
compliant 12:21
complicated 63:14
165:15
complicating 97:4
complications
201:1
comply 239:20
comprehensive
12:12 101:12
261:20
comprehensively
59:1
computer 228:13
285:12
computerized
294:8
concentration
136:20
conception 170:11
182:14 217:20
concern 165:22
188:4 251:15
concerned 53:12
conclude 165:10

concluded 293:20
conclusion 164:4
164:17 174:10
175:22 191:3
204:5 261:21
263:12 264:7,9,16
264:20,21 265:16
266:5 286:6,8
conclusions 163:8
169:1 175:19
186:21 207:1
210:10,13 221:19
254:9 258:7 264:1
condition 67:5,8
68:15 96:8 104:1
104:2 162:18
163:14 267:4
conditions 74:14
105:2 164:11,11
conference 16:12
conferences 43:3
confidence 182:16
183:3,8,10,17
185:7,10 187:12
confident 83:3
confidential 47:11
47:16,18,20 48:3,5
48:6,11,14,15,17
48:22 50:21 51:1
51:7,7,12
confidentiality
51:20
confirm 177:7
confirming 273:7
confirms 273:10
conflict 20:7,21
21:2 22:7 34:18
35:8,14,20 36:10
36:12,16 37:8,22
38:5,10,15,17,18
38:22 40:2,5,8,14

232:3,12,18
233:19 238:5,21
253:3,12,16,22
255:17
conflicts 20:15
22:3,4 38:12
231:20 233:11,12
233:20 238:7
conform 35:20
confront 139:4
confronting
207:13
connection 13:5
13:21 15:16 18:9
20:3,13 44:4,21
195:2 206:9 256:9
265:20 274:3
279:6,10
connolly 4:18
consequence
282:22
consequences 55:8
96:17 98:15,20
105:4,19 106:8,12
151:1 153:6,8,11
153:17 159:14,21
165:4 180:2 202:4
208:22 245:9
246:19 258:13
259:8
consider 9:20
48:13 53:1 59:7
95:22 187:13
189:4 195:3 204:7
234:4
considered 102:12
198:3 205:16
232:3,17 255:21
289:11
consistency
114:11

consistent 122:13
266:14
consult 230:3
consultation 15:20
240:14 241:6
consultations
14:20 15:9 84:4
consulted 29:19
277:7
consulting 21:20
34:12,15 223:8,17
224:5 234:12
278:4
contact 287:15
contacted 14:21
15:8,16,17 224:1
271:6
context 47:22
64:15 74:17 84:4
98:17 99:20 107:3
150:11 164:6,6
199:8 244:15
275:18 288:14
contiguous 245:3
continue 38:11
101:19 135:13
138:16 151:3
168:9 203:3 223:6
265:4 282:5
continued 4:1 5:1
6:1 8:1 74:14
84:18
continues 108:9
continuing 64:16
177:1 223:5
contracts 119:17
contrary 135:11
259:16,20 260:18
261:1,13 266:6
contribute 201:16
265:6 269:15

contributed
277:10
contributes 180:7
contributing
204:2 269:11
contributory
270:12
control 69:12 77:7
182:10 191:1
236:2 246:14
controlled 88:4,20
88:22 97:3 201:19
controls 217:13
conversations
23:12
convey 245:20,21
245:22
convincing 270:13
copies 11:3 292:1
core 209:13,18
corporation 5:14
correct 13:22 14:1
14:4 18:20 20:15
21:20 23:1 25:20
30:10 49:22 50:8
51:13 55:15,19
56:1 65:9 66:22
69:5 70:1 72:21
74:6 75:16 90:10
91:5 92:10,22
93:1 94:1,9,13
95:19 128:13
139:4 143:7
144:21 146:5
148:21 155:4
158:22 165:7
173:18 174:4,5,13
188:4,22 198:16
205:17,22,22
206:5,9,10,20
209:4 217:3,4

228:20 231:13
243:12 244:1
246:20 257:20
258:5 266:8
269:12 273:8
275:4 289:13,16
291:1,20,21 292:2
292:6,10,13 293:4
corrected 152:15
correcting 270:7
corrections 295:11
297:17
correctly 62:11
163:3,5
cortex 217:13
counsel 9:8 10:2
11:2 186:1 283:16
286:1 294:11,15
countries 196:19
197:8
country 71:1,21
76:17 89:20 110:4
110:5 111:9
114:13 115:10
county 296:10
297:15
couple 264:11
284:1
course 26:14
30:19 48:17 73:11
77:17 85:5 96:18
162:21 165:2
182:21 209:3
231:14 239:10
250:15,16 280:9
court 1:1 10:10,19
19:11,15 46:1
61:22 62:4 91:13
91:19 101:18
109:5,7 129:15
131:7,11 140:9,13

158:5 161:6
180:16,20,22
181:2 190:6
214:22 215:6,12
226:7,11 236:12
236:18 241:18
250:17 278:16
291:16 292:15
296:7
cov.com 5:17
coverage 45:3
covered 28:4 33:7
244:2
covid 43:14
covington 5:15
cracked 66:7
criminal 66:11
crisis 71:1,4,5,21
249:14,17,19,20
criteria 73:14
121:20 225:20
critical 202:15
217:18 245:8
270:10 282:19
288:7
critically 177:14
180:10 188:17
194:6 204:9,21
206:13,16 210:5
213:19 254:8
258:22 286:2
criticizing 214:1
cross 91:10,15,16
185:20
crossing 92:9
crux 201:18
cuba 274:21,22
cuban 274:11,17
currency 117:7
current 99:13
109:10 160:8

168:18 265:8
273:1
**currently**  44:9
111:1 121:18,20
133:7 154:9 199:9
211:12 213:1
220:3,19 221:3
**cut**  189:12
**cutting**  35:17 42:7
101:15,16
**cv**  52:14 53:6 60:2
144:12 160:8
278:1,5,6
**cycle**  292:13

**d**

**d**  9:1 165:13
**d.c.**  1:16 2:8 3:20
4:19 5:16 130:12
130:16,18 141:14
141:20
**da**  200:21,21,21
**danced**  272:1
**dangerous**  78:1
**dangers**  67:20,21
**darn**  234:17
255:13 257:12
**data**  99:18 147:2
147:16 157:11
168:11 169:4
170:10 249:20
269:3,4,7 270:13
287:15
**date**  32:14 102:7
295:8 296:3,9,19
297:3,13,25
298:20,25
**dave**  3:19
**dawley**  253:5
273:13
**day**  6:8 37:4,4
52:22 223:19

296:16 297:22
298:22
**days**  295:16
**dd**  182:8,17
**deal**  29:5 52:7
54:15 55:10 58:13
87:11 88:17 96:13
97:3 99:12 127:17
183:22 280:5
**dealing**  82:15
108:6 215:18
285:8
**dealt**  159:12
**dear**  295:9
**death**  85:18
**deaths**  250:1
**debatable**  138:2
**decades**  12:7
57:20 59:11 78:8
96:21 107:1
124:20 132:2
133:3
**decent**  211:15
**decide**  204:17
**decided**  39:15
74:16 146:12
255:15,21
**deciding**  240:13
**decision**  231:6,7
**declare**  21:3 22:3
22:4 34:14 38:8
**declaring**  36:12
**decrease**  61:9
**decreased**  179:9
**deed**  296:14
297:20
**deemed**  295:17
**deeply**  144:20
**defeat**  239:7 240:4
**defects**  147:5,6,10
273:4 280:4

**defendant**  4:2,6,10
4:14,17 5:7,11,14
5:18 6:2,7
**defendants**  3:10
5:2 14:6 127:15
283:16
**defending**  18:1
26:7
**defense**  70:17
**deficits**  201:16
252:17
**define**  20:18 86:12
96:3 111:21
178:16
**defined**  66:18 73:1
123:20 150:18
156:14
**definition**  48:15
51:19 121:17,19
**definitions**  121:16
122:1
**definitively**  17:6
**degree**  32:10
118:13 119:4
278:2
**delay**  11:5 84:14
178:8 182:7
**delayed**  217:7
**deleterious**  93:13
93:14 97:18 98:9
98:15 103:14,16
103:21 104:11
149:8,13,19 150:6
153:18 159:14
165:3 176:21
208:21
**deliver**  220:7
**delivers**  198:11
**delivery**  182:5
**demean**  211:18

**demeaning**  28:12
29:22 213:17
**demonstrated**
98:19 106:7
**demonstrating**
249:20
**demonstration**
104:11 168:18
**department**
170:17 295:20
**dependence**  56:5
**dependent**  219:4,5
**depending**  110:4
136:19 180:12
215:14
**depends**  85:4
130:4 169:22
249:10 263:13
**deposition**  1:15
2:1 7:7 9:14,21
10:11,15,16,21
11:4,9,10,13 25:12
26:15 45:6 46:3
51:15 58:17
100:10,15 113:16
131:9 134:9 144:4
161:5,7,11 166:16
180:18 190:8
214:20 226:9
239:17 241:16
278:14 281:6
294:3,5,9,13 295:8
295:10 296:1,3
297:1,3
**depositions**  70:19
**depression**  97:9
106:2
**deprivation**
110:14,15 141:2
**derivation**  26:10

derive  264:2
described  164:19
  169:13
description  115:11
deserves  153:16
designated  53:5
designed  177:17
designer  128:5
detail  42:2 98:6
  281:7 291:15
details  133:21
  263:4
detect  164:8
determination
  186:18
determine  171:6
  204:14 205:15
  206:13
devastating  259:7
  259:8
develop  284:4,19
developed  292:20
developing  244:10
development  57:4
  57:8 69:14 93:15
  112:17 117:13
  120:8 178:8 182:9
  193:2 195:17
  196:5 210:18
  212:3 217:8 245:9
  246:3,6,15,19
  247:2,3 248:2
  259:14 266:4
  267:2 268:9,15
developmental
  110:1,11 112:12
  112:19 155:15
  181:9 182:7
  212:15 244:19
  245:13 259:10
  265:7,10

developments
  191:12
deviations  287:17
device  14:5 43:5
  44:12
devices  16:10
diagnose  125:22
diagnosed  121:8
  162:17 163:11,13
  178:7
diagnoses  84:5
  121:17
diagnosing  124:14
diagnosis  82:21
  103:18 109:22
  121:10,15,21
  122:4,11 123:15
  125:7 174:21
  176:5 207:3
  284:11,22
diagnostic  125:21
  200:1
dialogue  227:17
differ  92:18
difference  78:20
  171:8 174:1 193:1
  193:10 201:11
  252:13
differences  11:18
  91:7,8 171:5
  191:2,11 210:20
  217:2
different  14:19
  27:17 33:15 56:16
  60:22 79:12 89:9
  92:9,12 93:20
  97:4 107:21 111:3
  111:9 123:22
  153:7,13,15
  154:16 196:10
  199:13 204:10

241:4 247:11,12
  252:13 258:12
  268:21 277:12
  279:15,16 280:8,8
differently  90:17
  90:20 91:2 196:13
difficult  62:9
  98:16 141:12
  189:16 198:7
  203:8 268:14
difficulties  170:20
dimes  8:16 60:4
  277:6,6,8,11,14,18
  277:19,22 278:20
  279:6,10,12,20,22
  280:3,7,14,19
  282:10,14
dinner  126:17
  135:3
direct  55:3 90:3
  125:9
direction  231:10
  294:9
directly  21:14
  28:22 34:21 57:21
  125:8 197:6 223:8
  227:14 266:17
director  59:13
disabilities  8:2
  167:7 178:7
disability  169:7
  174:17,18 199:22
disadvantage
  169:17
disadvantaged
  139:3,21 141:19
  143:6 208:2,8
disagree  108:21
  149:15 178:10
  193:21 197:17,19
  198:5 199:6 200:8

200:12 220:11
  221:2 234:5
  252:10
disagreeing
  183:17 210:8
disassociate
  164:21
discharged  236:1
disclose  20:7,14,21
  21:16 34:12 36:16
  39:10 40:5,8,14
  226:1 234:7
  237:20,21 256:18
disclosed  36:1
  232:18
disclosure  37:7
discovered  62:22
discuss  23:12
  30:19 84:9,10
  120:20
discussed  47:21
  51:16,18 221:1
  238:6 272:11
  280:11
discusses  56:22
discussing  48:1
  139:1 196:10
  274:14
discussion  24:9
  30:16 118:4 159:8
  199:11,14 200:15
  207:20,21 218:17
  263:1,11 264:1,17
  272:12,14,18
discussions  30:17
  30:18 85:6
disease  291:17
disorder  7:22
  181:12 182:7
  218:22 291:19
  292:4

**disorders** 181:9
200:2
**disproportionate**
115:20 208:7
**dispute** 66:14
**disputing** 141:4
**disrespect** 225:16
**distinguish** 222:5
**distress** 153:19,19
154:1
**distresses** 250:15
**distributed** 199:20
231:8
**district** 1:1,2
294:21
**disturb** 175:8,13
179:22 180:6
**disturbed** 175:18
257:19 258:2
**disturbing** 145:14
148:5,6,8 149:3
156:22 268:9
**disturbs** 180:6
**divergent** 259:20
**diversion** 63:3
64:12
**diversionary**
64:21
**diverted** 63:11,22
65:20
**division** 1:2
**divulging** 23:16
**doctor** 12:14
13:18 30:5 52:21
54:19 83:19 86:13
96:6 100:10,10
101:14 103:1
118:21 127:22
135:7 141:9
147:21 148:19
175:2 202:2

203:13 205:14
216:3 230:16
239:15 257:17
284:15 285:3,14
286:16 288:3,22
289:8,15 290:15
290:21 291:13
292:17 293:11,16
293:17
**doctors** 137:14
214:5
**document** 1:7
21:12 45:12 47:10
102:1 132:7,13
144:3,9 181:5
205:15 237:14
**documentation**
31:7,8 124:2
**documented**
122:18 168:6
**documents** 11:14
31:1 172:11
203:15 206:8
**doing** 9:20 32:10
35:2 65:21 172:21
211:22 212:18
213:6 223:17
224:5 233:10,14
233:18 240:14
241:6 248:7
**dose** 85:3,6 86:7
86:10,15,21 93:3,6
93:22 219:4,4,5
**down's** 266:1
269:11 291:8
293:1,9
**downloading** 11:5
**downplaying**
133:11
**doyle** 1:11

**dozen** 84:16
154:12
**dr** 7:9,12 9:12,13
12:20 17:14 23:11
24:19 25:7 46:13
49:4 50:19 57:15
58:1,8 69:3,20
102:11 153:21
157:7 158:15,20
160:2,5,5 173:5
283:19 289:16,22
**draft** 21:9 22:11
33:6
**drafting** 189:4
**draw** 122:15 191:3
**drawing** 258:7
**drawn** 261:21
**drew** 176:1
**drift** 126:17
**drinking** 229:21
**drive** 6:9
**droberts2** 3:21
**drug** 26:8,22
67:20 71:6 72:15
72:20 78:2 82:14
83:17 88:15,17
92:5,18,19 104:14
116:2 138:19
142:7 167:14
168:2 179:7 201:8
217:15 232:9
234:4,6,19 235:11
237:20 253:19
**drugs** 64:16 65:12
65:13 73:2 88:13
88:14 89:3 90:7
90:11 91:6 93:11
104:22 124:3
133:9,11 150:12
267:7 269:2 283:2
283:2

**due** 73:7 74:21
153:12 154:1
178:16 201:7
222:18 250:1
**duly** 9:5 294:5
**duration** 79:18
80:18 81:9,17
136:19
**durations** 76:21
80:10 81:17
**duties** 43:6 232:13
**duty** 229:19,20
237:19

**e**

**e** 3:3 4:11 7:1 9:1,1
165:13 231:21,22
**earlier** 69:1
135:21 153:22
155:5 196:9
218:14 249:13
283:22
**early** 126:7 176:5
176:6 182:9 204:3
209:19 217:8
282:6 283:10,13
**earth** 156:17
**easier** 127:4
**eastern** 1:2 126:7
138:15
**economic** 90:4
110:14 142:8
155:22 171:7
174:12 175:11
**economically**
115:5 138:21
139:22
**edit** 231:19 260:1
**edited** 248:16
252:6 262:3
265:17 266:6
274:14

edition 200:2
editor 224:19,21
  224:22 229:5
  230:21 238:20
  242:7,10,18 243:9
  243:11,17,20
  245:20 247:22
  248:13 254:15
  256:3,9
editorial 231:7
editors 224:15
  227:11,18 229:2
  231:5,18 238:12
  238:18
educate 262:15
educated 61:5
  62:15 76:7
educating 62:20
education 169:4
  170:10 176:7
  281:10 287:21
educational 8:2
  167:6 168:10,12
  169:7 170:5
  174:17,18 178:7
educators 170:18
effect 83:12 120:6
  149:4 150:9
  156:14 188:8
  219:6 235:19
  258:10
effective 267:8
effectiveness
  267:9
effects 86:2,3 91:8
  93:13,14 97:6,8,18
  98:3,9 103:14,17
  103:21 104:8,11
  107:15 116:12
  118:10 119:4
  145:12 146:15

147:14 148:8
149:6,8,13,19
153:4 154:10,10
156:21 186:10
217:19 247:17
274:6 275:4
efforts 179:3
  264:4
egg 292:6
egregious 142:11
  142:20
ehsan 3:11 7:4
  12:1,19 15:5 16:6
  17:11 18:10 19:5
  20:9,16,22 21:21
  23:10 24:3 25:1
  25:22 27:1,7 28:9
  29:11,15 30:11
  32:18 33:11,22
  35:11 36:4,18,22
  37:11 38:2,20
  39:12,21 40:9,22
  41:21 43:11,22
  46:10,22 47:12
  49:2,8,19 50:14
  51:2 52:4 53:3,13
  55:1,16 56:7,20
  57:6 58:3 60:1,17
  62:21 63:12 64:1
  65:2,10 66:2 67:1
  68:10 69:6 70:6
  71:2,13 72:10,22
  73:9,21 74:7 75:1
  75:8,18 76:4,18
  77:5 78:22 79:22
  80:21 81:11 83:22
  85:16,21 86:18
  87:5,9,18 88:6,9
  89:7 90:1,22
  91:12,20 92:11,15
  93:8,19 94:6,14,18

96:1 98:11 99:3
100:3 102:11
103:7 104:19
105:14,20 106:13
107:18 108:13
109:17 111:5
114:9 115:1,7
116:1,16 117:1
118:15 119:6
120:13,19 122:7
123:7,17 124:9,16
125:2 126:2,5
127:11,19 128:6
128:21 129:7,20
130:14 131:4
133:15 134:18
136:5 137:11
139:6,13 140:6
141:17 142:12,21
143:9,18 144:22
145:17 146:6,17
148:22 149:20
152:2 153:5,14
155:1,18 157:3
160:12 161:9
162:22 163:21
165:8,18 166:3
168:16 170:6
171:11,16 172:5
172:15 173:5,16
175:1,12 180:4
182:22 183:19
184:13,21 185:21
186:1,12 187:16
188:5 189:1,6
190:1,4 191:21
193:17 195:4
197:4 200:6,10
202:7 204:18
205:19 208:10
209:7 210:2 212:7

214:6 215:2,9,17
216:16 219:15
221:8,12 224:13
225:6 226:3 228:5
230:6,13,16 232:5
232:19 233:2,8
234:22 235:7,14
236:10 237:22
239:15 242:15,19
246:8,21 249:2
251:4 256:4,11,20
258:16 259:18
261:3,15 262:7
264:14 266:10
267:20 268:11
270:4 271:7,19
273:9 274:9 276:5
276:17 282:11
283:18 293:11,17
295:5
either 16:11 39:16
  64:8 68:14 122:19
  184:22 223:12,20
  225:18 243:4
  276:6 278:19
elaborated 253:15
  254:2
electronically 11:3
  11:8
elicits 244:21
  245:16
eliminate 77:22
elision 105:3
elizabeth 5:11
elizabeth.under...
  5:13
ellis 4:3
else's 213:17
elusive 99:11
email 295:15

emily 5:15
emphasis 149:5
164:12
emphasize 120:7
employ 227:21
employed 34:5,9
34:21 35:3 273:1
294:12,15
employee 240:18
240:20 294:14
employer 223:12
employers 234:13
enacted 79:5
enclosed 295:10
encourage 75:11
encourages 227:11
endeavor 278:6,9
ended 105:5
endo 5:2,2
endorsed 243:12
endorsement
227:20 228:20
243:15
endorses 243:11
ends 214:15
enduring 245:9
enforcement
60:22 64:4 76:7
110:17
engaged 133:19
engaging 133:1
england 144:17
english 290:11,13
enormous 189:19
enrolled 7:17
161:18
ensure 239:7
240:4
entered 215:5
297:9

entire 82:16 238:3
288:8 296:5 297:5
entirely 73:11
79:2 211:17 241:1
246:12
entirety 196:7
265:18
entities 40:4 43:4
241:4
entitled 7:13,17,19
8:2,4,7,9,14
134:11 161:17
167:6 172:7,11
181:9 190:14
216:5 242:3
entity 39:1,6,10
241:8
enumerable 121:5
180:10
environment
156:1 178:19
environmental
211:1,10
epidemic 197:11
248:19 249:9,11
249:12,17
epidemiology
62:16,19
equivalence
129:11
equivalent 95:12
236:16
era 148:15 228:8
erin 5:7
errata 295:12,16
297:7,10,18 298:1
escalated 250:4,22
especially 12:15
56:15 64:17
116:13 177:11
198:11

esq 3:3,7,11,12,15
3:19 4:3,6,11,14
4:18 5:4,7,11,15
5:19 6:3,3,8
essentially 62:16
68:16 102:19
established 40:6
225:22
estimates 176:11
et 1:8,9,11 104:2
106:4,4 150:12,12
ethics 66:7,7
eullman 5:17
evaluate 286:2
evaluation 59:16
event 179:21
198:14 239:21
292:17
events 69:1
everybody 67:4
114:13 263:15
293:15
evidence 73:19
119:19 121:6
135:10 137:20
138:5 146:9,18,19
149:16 151:9,10
151:11 152:18
153:2 154:18
156:19 183:1
189:8,10 197:16
197:18 198:22
237:13 244:18
245:12 264:21
265:5 268:18
273:2
evident 248:10
exact 85:6 130:3
210:21 240:21
247:19

exactitude 42:18
exactly 26:19 28:6
215:13 235:22
275:7 283:11
exaggerated
244:21 245:16
examination 7:2
9:8 64:7 283:16
examined 168:11
182:3
example 40:20
267:7 284:5
exception 15:7
56:14 87:21
exceptionally
142:11,20
excess 115:9
exchange 227:16
exciting 222:2
exclusion 287:16
exclusive 116:6
excuse 27:6 44:18
53:19 60:9 207:2
229:6 231:21
257:13
executed 297:10
execution 296:14
297:19
executive 71:20
exhaustive 202:17
205:10
exhibit 7:6,8,11,13
7:16,19 8:2,4,7,9
8:12,13,16 10:20
10:21 30:22 45:4
45:5,6,18 46:2,3,8
46:15,15,16,21
47:9 53:1,2
102:13 131:8,9,12
131:14 132:8,14
144:2,4 158:2,3,9

161:5,7,11,14
166:14,16 167:4
172:6 180:15,17
180:18 181:3
190:7,8,11 214:17
214:18,20 215:1
215:11,16 216:3
218:1 226:8,9,12
239:16 241:15,16
241:19,21 243:22
274:3 276:4,12
278:12,14,17,18
281:13 285:4,14
290:15,17
**exhibited** 284:14
**exhibits** 7:6 8:1,18
11:4,10 53:5
122:12 166:19
187:2 215:3,21,21
239:20
**exists** 293:6
**expect** 199:17
200:19
**expenses** 41:18
44:22
**experience** 12:6
33:5 58:12 59:11
73:10 78:10 83:9
95:12 99:13
**experienced** 252:1
**expert** 7:9,11
13:20 14:18 15:4
16:2 22:13 26:17
29:2 58:2,7,9 59:8
82:4 83:3 91:7
120:11 160:3
206:4 232:8,8
239:3 253:7
255:20 271:6
**expertise** 12:6
26:13 33:4,4 51:4

51:5,21 59:10
69:4,8 88:1 134:8
142:15 159:9
211:20,21 212:2,3
213:13,18 214:3,4
214:7,10 246:4
248:2 253:8,9
**experts** 14:18
70:17 212:13
231:9 239:7 240:4
**expiration** 296:19
297:25 298:25
**expires** 294:22
**explain** 26:13,14
32:9 34:6
**explained** 76:6
150:1 281:7
**explicitly** 105:8
**explore** 182:9
**exposed** 67:11
97:16 98:4 105:16
124:3 136:19,22
155:4 156:5 165:6
170:3 174:2 188:3
193:7 202:5
206:20 207:10
208:4,15 217:2
251:21 259:10
269:18 284:22
**exposure** 7:18 8:5
8:8,14 57:5,13
98:19 99:19
103:20 106:5
107:16 108:5
109:21 116:8
120:7 123:9
146:16 149:6
153:8,10,12 154:1
154:10 156:8
161:19 162:8,12
162:14,15,16

164:10,21 168:4
177:3,7,9,17
178:17 179:4
180:2 190:16
191:10 192:22
193:9 195:14
196:2,17 198:10
198:17 201:5
203:10 207:13
208:21 209:2
216:7 217:6,15,17
219:4,9 220:1,8,14
222:6,17 242:3
244:10 245:8
247:7,17 251:14
253:5 259:9 265:1
265:7 269:10,18
269:20 270:6,9,14
273:1,6 283:1
284:3,12,14,18
288:12,14,19
291:4,7 293:8,10
**exposures** 164:14
252:14
**expression** 19:7,12
**extends** 273:11
**extensive** 12:12
82:20
**extent** 25:9 46:11
98:18 105:21
106:1,4 156:12
211:6 270:11
**extreme** 140:22
207:12
**extremely** 83:2
99:2 229:15,15
251:22 258:15
267:18 291:18
**eyes** 269:14,16
**eyesight** 141:20

**f**

**f** 165:13
**facetious** 113:5
**fact** 17:6 23:2,3
64:20 68:21 78:17
124:1 135:10,11
137:17 139:10
143:12 213:13
224:18 232:15
240:2 249:14
258:17 264:8
268:5 277:17,22
281:8,10 284:21
**factor** 97:22
**factors** 56:4 67:13
97:4,12 98:1,17
164:22 165:1,2
211:1,9 268:21
270:13 288:20
**facts** 132:9
**factual** 237:13
241:10 258:8
**fair** 77:3 171:13
189:3 195:1
205:14,21,21
289:8,10 290:7
292:22 293:5
**fairly** 21:11 38:9
82:20 173:10
187:1 203:8
216:14
**familiar** 128:2
162:1 192:10,20
195:8 202:18
218:3 244:5,6
284:7 291:16,18
**familiarized** 82:11
**families** 283:12
**family** 97:10 106:2
171:7

famous 19:3
far 61:11 80:16
  124:18 171:9
  174:17 178:13
  233:10 267:22
fared 174:11,14,16
farther 267:10
fas 95:13
fast 196:18
faster 285:12
fastest 195:15
  196:3
fault 260:21
favor 50:3
favorable 29:14
fdr's 279:21
features 7:22
  181:12 182:8,8,18
february 27:5
  45:11,15,17
  161:16
federal 49:20
  183:1 239:17
fee 26:10
feel 230:6
felt 68:1
fentanyl 7:13
  126:4 128:1,2,4,19
  129:1,21 130:7,10
  131:20 132:3
  133:4,9 134:1,4,7
  134:14 135:4,9,18
  136:1,7,17 137:6,7
  137:14 138:17
fertilization
  292:10
fertilizes 292:5
fetal 57:4 82:20,21
  82:21 84:4,5
  93:15 95:13
  109:21 177:2

252:15 284:3
  293:10
fetus 83:5 84:20
  92:21 93:3,7,18
  95:8,11,12 96:11
  124:2 136:19
  149:7 154:2 203:9
  244:11 284:18
  285:1
fetuses 156:5
field 262:13
fifth 200:2
figure 93:10 103:3
  173:22 184:8
figured 151:21
file 36:12
filed 131:2 132:20
  271:12
files 7:13
filing 36:8 130:20
  135:12 235:4
fill 38:16 39:9
final 178:1,20,22
  231:6
finally 150:14
  280:9
financial 34:18
  35:8,14 37:7
  233:20 238:7,10
financially 294:16
find 42:10 69:8
  142:19 165:5
  179:21 228:12
  258:14 273:14,17
  295:10
finding 163:18
  178:11 193:5,15
  193:21 194:2,3,4
  200:8 267:19
  281:10

findings 192:5
  210:22 263:18
fine 50:16 190:3
  223:5
fineman 5:19
finish 35:16,17
  100:19 101:16,17
  121:4 147:11,22
  189:12,15 237:12
  255:13 260:9
finished 293:14
finnegan 124:15
  125:10,11,12
firm 3:4 6:15 28:3
firms 21:12
first 9:5,13,15
  15:15 21:8 24:12
  33:17 42:9,19
  45:10,11 47:3,9
  95:6 104:15 111:6
  132:14,14,17,18
  133:17 144:6
  145:5,10 147:1
  151:15 158:14
  159:5 161:1 176:2
  176:16 183:13
  185:10 186:8
  191:9 192:8
  199:13 206:3
  207:21 215:19
  216:18 217:5,11
  218:1 223:7 224:1
  224:6 226:15,15
  229:10,18 240:8
  244:7 248:15
  271:10,13 272:10
  272:20 281:6
  284:17 286:15
  292:12
firsthand 72:11

fishman 4:18
fit 115:10
five 7:17 113:21
  114:1 161:17
  176:11 190:2
  196:19 197:8
  221:5 229:12,21
  230:10 273:22
flags 269:9
flanagan 1:9
flaws 179:21
flier 278:19
floating 292:19
floor 3:13 5:8
florida 59:18,21
  60:4,5,10 63:1,20
  65:1 66:1,9 76:1
  280:12,18 281:3
focus 263:3,6,19
  287:8
focusing 117:16
  284:17
foley 4:11
foley.com 4:13
follow 49:17 50:12
  97:17 99:18 110:1
  110:11 112:11,12
  112:18 119:20
  168:19 176:2
  188:7 199:2
followed 169:18
  169:20
following 57:12
  59:9 79:3 82:7,10
  84:3 122:17
  123:19 150:1
  153:18 187:20
  238:6 265:6 273:5
  282:15
follows 9:7 197:6

**footnote** 158:16 218:18

**footnotes** 158:14 275:5

**force** 60:8 172:11

**forces** 227:12

**foregoing** 294:3,5 296:13 297:18

**forever** 100:11 135:15

**forgetting** 126:11

**form** 12:1,19,20 15:5 16:6 17:11 18:10 19:5 20:9 20:16,22 21:21 24:17 25:1,4 27:1 27:7 28:9 29:11 30:11 32:18 33:11 33:22 35:11 36:4 36:13,22 38:2,15 38:20,22 39:12 40:9,22 41:17,21 43:11,22 46:22 47:12 49:2,8,21 50:6,15 51:2 52:4 53:3,13 55:1,16 56:7,20 57:6 58:3 60:1,17 62:21 63:12 64:1 65:2 65:10 66:2 67:1 68:10 69:6 71:2 71:13 72:10,22 73:9,21 74:7 75:1 75:8,18 76:4,18 77:5 78:22 79:22 80:21 81:11 83:22 85:16,21 86:18 87:5,9,18 88:6 89:7 90:1,22 91:12 92:11 93:8 93:19 94:6,14,18

96:1 98:11 99:3 104:19 105:14,20 106:13 107:18 108:13 109:17 111:5 114:9 115:1 115:7 116:1,16 117:1 118:15 119:6 120:13,19 122:7 123:7,17 124:9,16,18 125:2 126:2 128:6,21 129:7,20 130:14 131:4 133:15 134:18 136:5,14 137:11 139:6,13 140:6,7 141:17 142:12,21 143:9 144:22 145:17 146:6,17 148:22 149:20 152:2 153:5,14 155:1,18 157:3 160:12 162:22 163:21 165:8,18 166:3 168:16 170:6 171:11 173:16 175:1,12 180:4 186:12 187:16 188:5 189:6 193:17 195:4 196:20 197:4 200:6,10 204:18 205:19 208:10 209:7 212:7 214:6 216:16 219:15 224:13 225:6 226:3 228:5 232:5 232:19 234:22 235:7,14 237:22 242:15,19 246:8 246:21 249:2

251:4 256:4,20 258:16 259:18 261:3,15 262:7 264:14 266:10 267:20 268:11 270:4 271:7 273:9 274:9 276:5 282:11

**formally** 10:11

**format** 9:20

**formats** 263:14

**former** 42:5,7

**fort** 5:13

**forth** 173:7

**fortunately** 74:16 97:13 107:10

**forum** 227:15

**forward** 31:10 295:14

**forwarding** 11:2

**foster** 287:20

**four** 12:6 78:8 112:2,9,22 146:21 147:12 151:19,20 152:4,8,16 235:20

**fourth** 198:19

**fox** 5:19

**foxrothschild.com** 5:21

**frankly** 71:4 81:13 94:4 159:15 185:14 189:20 214:12 223:16 239:13 240:10

**free** 106:1 296:14 297:20

**frequency** 84:15

**frequently** 121:13 134:4 243:18

**front** 102:6 167:2 172:6,12 191:22

192:4 239:6 290:18

**frontier** 243:11

**frontiers** 8:12,13 224:7,20 226:1,22 227:3,9,20 231:8 232:4,13,18 234:7 238:2 242:2 243:2 255:2 290:17

**fulfill** 73:13

**full** 132:15 145:5 170:16 223:18

**fully** 135:2 238:17

**function** 246:16

**functions** 44:19

**fund** 279:14

**funneled** 21:19

**further** 176:17,18 179:2 204:8 214:14 220:21 261:21 293:12 294:13

**furthermore** 178:5

**future** 22:5,8 41:8 127:18 218:20

---

**g**

**g** 9:1 165:13 216:8

**gabled** 193:19

**gained** 238:13

**ganglia** 217:10

**gaps** 285:9

**garbage** 194:16,17 194:18,19

**garbled** 81:2 90:18 114:22 123:3 268:2

**gas** 236:7

**geared** 199:10

**gee** 166:5 254:5 255:16

**general** 60:21
85:10 131:15
132:20 135:12
256:16 268:18
**generally** 59:2
86:9 94:1 128:14
131:1 254:12
**generated** 14:11
61:4
**generations** 237:9
**genetic** 291:19
292:4
**georgetown** 34:3,7
34:10,11,19,22
35:2,3,5,7,21 36:1
36:9,20 37:8 38:1
38:5 39:10 40:2,6
40:16 223:12,15
224:2
**georgetown's**
223:21
**getting** 17:9 22:22
24:14 25:19 30:9
46:20 49:1,10,12
51:3 81:1 106:15
135:7 232:2,16
234:6 241:2 255:1
255:2 273:21
281:16 282:21
**gibson** 5:7
**gist** 150:17 159:15
**give** 32:10 49:4,21
50:7 53:14 80:14
83:3 100:11,17
131:8 157:7 163:7
175:2,5 186:3
194:21 220:21
290:1
**given** 21:11 64:9
74:5 78:4 92:18
92:19 146:9

152:19 166:11
173:10 183:12
196:8 201:12
256:14 261:18
273:12 282:18
287:7 293:6
294:10
**gives** 228:3,7
**giving** 100:19,20
227:15,19 235:18
**glad** 126:14,14
151:13
**glancing** 46:15
**glg** 14:14,15 15:4
15:12,15 16:20
17:9 39:16 41:4
223:9,11 224:1
239:20 240:7,11
240:17,18,19,22
241:2,5
**glg's** 17:10 223:20
239:2 240:16
**glitches** 9:16
**global** 195:15
196:3 198:3
**globally** 115:22
**go** 11:15,17 17:14
23:17 25:15 41:17
43:1 46:13 52:11
52:15 53:6 55:6
64:6,10 74:16
76:13 95:7 98:6
100:5 106:19
114:19 120:4
126:10,20 131:19
148:1 151:15
152:12 154:4
158:10 159:17
160:19,22,22
161:1,4 162:5
163:9 164:2

166:14 170:14
171:2 172:1,8,21
178:1 180:15
181:21 184:15
185:16 187:3,4,6
196:12 198:19
199:11 203:14
209:10 210:10
214:17 219:21
223:1 229:4,9,14
230:2,16,16
231:15 236:20
237:17 238:4
239:17 240:14
241:13 245:5
248:14 251:9,9
259:2 264:6
267:14 270:21
277:5,5 281:17,22
286:4,11 293:15
**goal** 116:10,22
117:6 174:9
228:11 231:13
281:2
**goals** 235:18
**goes** 30:12 106:20
171:3 178:13
201:1 215:15
220:16 279:12
**going** 9:18 11:6,17
22:16 24:13,19
28:14 30:22 38:3
38:9,16 39:11,16
45:5,9 46:10 47:9
50:19 51:21 52:21
53:20,22 69:3
92:18 95:19 96:2
100:11 106:21
108:7 120:12,15
126:5,19 127:12
131:19,20 132:9,9

135:11 137:15,16
138:12 144:1
146:2 151:14
157:16,18 167:12
184:9,13 187:3
198:12 203:15
206:2 207:6,16
215:10,10 218:11
221:10 229:15
230:11 232:17
234:5 235:11
236:8,14 239:13
239:15 245:5
274:21 284:16
291:13
**good** 75:11,14
77:8 79:9 80:3,13
82:13 127:12
168:17 228:3
233:19 244:17
**government** 60:9
60:10
**governments** 75:5
75:11
**grade** 63:3
**grant** 5:8
**grants** 119:16
**granular** 175:20
**granularity**
254:18
**great** 126:13
140:14
**greater** 170:19
**grg's** 239:2
**ground** 149:22
244:3
**grounds** 30:13
**group** 15:2 21:20
40:7 141:6 156:6
156:7 203:9 223:8
283:1

**groups** 15:21 188:14 269:1
**grow** 281:18 282:1 282:2,3,16
**growing** 195:15 196:3,18
**growth** 252:16
**guardians** 235:3
**guess** 160:22 243:14
**gun** 271:22
**guys** 76:1 127:8
**gynecology** 81:22 83:10
**gyri** 219:6
**gyrus** 8:5 216:8,19

**h**

**h.d.** 5:11
**hand** 10:20 45:5 46:2 161:7 176:10 180:17 190:7 214:18 226:6,7 241:14
**happen** 111:9 157:16,19 236:9
**happened** 66:8
**happening** 109:11 117:21 221:3
**happens** 77:18 112:13
**happy** 50:6 171:22 172:9
**hard** 155:9 269:6
**harder** 28:14
**harm** 93:13 94:17 94:22 95:3,22 96:3
**harrison** 5:12
**hat** 255:18
**hbc** 5:7

**head** 54:16
**heading** 53:22
**health** 4:17 5:2 7:16 61:1 72:1 96:16 117:15 118:10 161:16 164:16 169:4 170:10,17 195:15 196:3,18 198:3 202:4 251:12,15 258:10,13 259:9 263:10 276:3 289:4
**healthcare** 114:12 114:14 115:6,13 117:7 141:14,20
**healthy** 60:5
**hear** 109:3 126:14 135:2,17 179:17
**heard** 19:6,9 24:15 62:10 104:21 164:5 213:22
**hehsan** 3:14
**held** 2:1 60:21
**help** 50:11 139:11 184:9 234:19 282:7
**helpful** 32:15 126:20 204:7 229:1 239:14
**helps** 191:22 192:15
**henning** 6:8
**hereto** 294:16
**heroin** 64:17 67:9 129:14,18,19,22 130:5 147:13 148:15
**herring** 7:13 132:20

**hesitate** 14:2
**hide** 12:17
**high** 107:2 117:9 143:2,4 164:12 177:12 196:19 197:7,8,13 198:15 220:8,9 255:22 283:11
**higher** 163:12
**highest** 29:19 165:6
**highlight** 236:20 251:13
**highly** 87:4 138:2 216:15
**hired** 271:22
**historic** 88:12
**history** 82:18 88:11,11 122:18 122:22 123:12 169:5,15 170:19 178:6
**hold** 29:18 209:15 209:15 213:12 272:13,13
**hole** 214:12
**holocaust** 237:9
**home** 293:15
**honestly** 184:11
**honorarium** 238:19,20
**hooked** 68:17
**hope** 3:13 47:8 67:14 112:21 123:8 152:19 237:18 254:19 264:4
**hopefully** 11:7 112:9 215:22
**hospital** 33:13,20 34:4,8 35:4 40:16

59:16 134:21 136:3,12 137:15 224:2
**hospitalizations** 249:22
**hospitalized** 52:8 112:7 135:19
**hospitals** 61:8
**host** 97:11
**houman** 3:11 295:5
**hour** 31:19 127:9 281:4,6
**hours** 31:18 151:16,19,20 152:4,9,17 208:17 221:1
**household** 106:2,3
**houston** 3:5
**huge** 74:4
**human** 69:14 133:8 147:15,17 266:4,19 267:4 274:5,15,17 275:14,15 276:9
**humans** 97:1 106:1 150:22 208:19 213:3 254:7 267:9,17,18 268:7,8,16 270:1 270:10 273:15,19
**hundred** 186:16
**hundreds** 59:12
**hung** 107:19
**huntington** 4:12
**hyperactivity** 8:15
**hyperreactivity** 242:5
**hypothetical** 137:18 142:14 143:16

**hypotheticals**
143:13

**i**

**i.e.**  238:11
**icd**  121:20
**icu**  134:5
**icus**  16:10
**idea**  102:9 136:13
180:3,5 271:15
274:10
**ideally**  263:14
**identical**  46:17
152:8 181:18
**identification**
10:22 45:7 46:4
131:10 144:5
161:12 166:17
180:19 190:9
214:21 226:10
241:17 278:15
**identified**  11:21
286:22
**identify**  9:10
45:12,18 46:8
144:9 161:14
167:3 181:5
190:11 216:3
226:16 241:21
288:5
**identifying**  79:14
203:14 217:16
**ignoring**  288:20
**illegal**  7:14 133:20
143:6
**illicit**  63:4 64:16
78:1 179:7
**illicitly**  65:5 68:17
74:15
**illinois**  4:4 6:9
**illustrated**  249:20

**illustrates**  177:11
**illustrative**  12:10
101:13 202:17
203:19 261:18
277:2 278:10
**imagine**  9:15
270:17
**immediate**  61:6
75:2,19 286:12
**immediately**
286:11
**immune**  8:15
242:4 244:20,20
244:21 245:14,15
245:16 246:12,13
247:8,18 265:2
273:5
**immunity**  246:15
**immunology**
246:7 248:3
**impact**  155:8
244:10 293:3
**impairments**
178:9
**implication**  29:17
141:3 271:21
**implications**  25:14
253:1 265:21
**implicitly**  235:17
**implied**  24:8 35:10
35:12 185:6
**implies**  120:5
141:7
**implying**  291:4
**importance**  69:11
159:10,13 178:14
195:12,20 246:2
264:7,10
**important**  23:19
77:7 79:15 96:18
117:17,20 134:1

139:18 168:19
183:3 199:2,8
205:17 222:3,11
246:14 248:5,6
258:15 263:12
266:22 271:2,4
273:15 280:3
288:20
**impossible**  165:1
165:12
**imprecise**  253:14
**imprecisions**
260:4
**improper**  49:15
239:16
**improve**  279:19
**improving**  227:13
**impute**  261:8
**inappropriately**
95:15
**inaudible**  260:7
**incentive**  238:10
**incidence**  244:8
248:17
**include**  54:17
266:21 280:6
289:12
**included**  289:18
295:12
**includes**  82:14
102:6 112:11
116:3
**including**  64:17
82:22 112:8,18
117:13 153:21
164:14 265:11
268:22 269:1,21
281:8
**inclusive**  261:20
**income**  196:19
197:8

**incomplete**  287:19
**incorporated**
297:12
**incorrect**  152:16
189:5 229:18
266:9,11,16
269:13
**increase**  71:6
72:19 74:4 228:10
**increased**  72:20
73:6,7 74:21,21
89:20 110:2 188:2
201:13 225:8
244:8 248:18
249:22 250:2
252:15
**increases**  72:15
284:20
**increasing**  64:5
71:5 119:20
198:22 249:4,15
**incredibly**  267:8
**independent**
219:20
**independently**
165:14
**indiana**  5:13
**indicate**  286:21
**indicating**  295:12
**indirectly**  28:3
**individual**  82:8
86:14 115:12
190:20,21 246:20
**individualized**
85:5 87:4
**individuals**  77:21
222:2 245:10
**induce**  97:9 124:4
147:10
**induced**  259:13

inducing  86:2
inequality  71:10
  139:10
inequities  71:6
infancy  211:4,12
infants  87:12
  110:12 159:8
  160:1 168:6 198:2
  251:13,21 279:20
inflammation
  265:12
inflammatory
  264:22
information  49:22
  97:14 209:20
  223:22 224:3
  268:20 273:11
  275:12 287:19
informed  116:17
inhibitor  177:4
initially  15:8
  280:13
initials  14:17
initiating  125:19
initiative  59:19,21
  60:3,14 66:8
  280:12,15,18
  281:1,3
initiatives  75:10
  279:18
injuries  265:10
injury  244:19
  245:13 259:13
  265:6 269:21
  270:9 273:4
inside  292:19
instance  22:6
  73:13 122:12
  223:18 288:9
instances  73:12
  82:9 109:20

208:20
institutes  117:15
  289:3
institutions  84:6
  112:17
instruct  23:14
insult  208:3,13,16
integrity  261:8
intellectual  199:22
intend  39:6
intensive  8:10
  52:8 54:15 55:10
  57:1 59:14 87:13
  144:16
intentionally
  133:10
interact  227:14
  228:1 282:8
interactions
  228:11
interactive  227:15
interest  20:8,15,21
  21:2 22:3,5,7
  34:18 35:8,15,21
  36:10,13,17 37:22
  38:5,11,13,15,17
  38:18,22 40:3,8,14
  41:13 231:20
  232:3 233:11,12
  235:5 238:8,21
  253:3,12,17,22
interested  15:22
  16:9 265:20
  294:16
interesting  111:16
  248:12 257:17
interests  40:5
  238:6 248:1
interfering  246:18
  247:1

interpret  93:10
  264:4
interpretation
  249:11 253:11
interpreting  288:5
  288:8
interrupt  70:7
  132:5
interval  182:16
  183:3,8,11 185:10
intervals  185:7
  187:12
intervention
  169:22 176:6,6
  199:1 211:4,12
  217:19 282:6
  283:10,14
intrauterine  168:3
  179:3 284:12
intriguing  156:16
introduction
  196:14,16 198:20
  200:14 248:15
  259:5 260:13
  262:22 263:6,20
introductions
  263:8
investigate  218:20
investigated
  198:13
investigating
  247:16
investigation
  108:9 133:19
  244:9
investigations
  265:9
investors  15:21
invitation  231:21
invokes  110:1

involved  18:19
  19:20 24:14 59:15
  59:22 104:14
  110:6,7,18 111:19
  122:16 144:20
  260:17 279:5,18
involvement  19:3
  279:11 280:13
involves  54:4
iq  199:18 200:20
irrelevant  240:12
  241:1 267:4
island  274:17
issue  24:5 25:17
  26:19 29:8 31:2
  63:7 77:12 82:4
  88:2 90:13 114:5
  115:15 117:8,8
  134:7 135:8 137:6
  137:13 138:11,17
  139:18 141:10
  157:21 179:20
  186:7,18 198:4
  203:21 206:18,22
  218:11 234:2,5
  237:15 246:6
  267:5
issued  131:17
issues  28:15
  102:20 138:8
  140:1 178:18
  180:9 196:10
  265:22
item  167:2

## j

j  3:12 190:14
j&j  20:6 21:13
jacinto  4:15
jama  8:7 190:13
  216:4,10,12,13
  218:6,8 285:16

janssen  3:11 18:6
20:3 21:7,13 23:1
23:9 25:19 28:21
29:1 30:9 38:19
283:17
january  181:7
jennifer  4:6
jennifer.jordan
4:9
job  1:22 33:14
223:18
johnson  3:10,10
18:6,6,8,9,18,19
19:2,2,19,19 21:6
21:6 22:22,22
23:8,8 25:19,19
28:21,21 29:1,1
30:10,10 38:19,19
283:17,17
join  227:12
joined  224:2
jones  6:8
jonesday.com
6:10
jordan  4:6
journal  161:16
167:5 181:8
190:13 211:15
216:15 224:8,9,10
225:5,11,13,17,17
226:21 227:10
234:15 243:21
263:13
journal's  263:14
journals  263:22
judge  225:17
jumped  95:8
june  216:6 218:6
242:2 257:1
jury  263:9

**k**

katy  4:11
kaye  5:4
keep  26:2 67:19
101:15,15 157:6
157:14 177:13
209:9 221:9 229:2
keeping  51:12,19
keeps  268:1
kelly  5:20
kept  50:20 176:20
key  191:8,20
192:1 228:18
287:9,14
kids  155:14
169:18 277:15
kind  28:12 41:14
51:8 58:5 64:7
77:10 105:3
106:15,19 153:2
212:1 214:15
224:9 237:9 269:7
kinds  98:1
kirkland  4:3
kirkland.com  4:5
kkoski  4:13
knew  32:11
102:15 138:19
know  17:13 18:12
18:13 23:2,3 25:8
25:13 28:18 31:12
37:13 40:4,4 48:4
50:13 52:18 56:16
59:1 62:9 63:2
64:15,17 66:12
67:12 68:17 70:4
70:9 71:15 73:16
78:13 79:8 86:2
88:13 92:5,5 93:2
94:5 96:3 97:17
102:17,18 105:7,9

108:4,14 110:15
117:2 120:5 126:6
128:22 130:3,6
131:1,5 133:21
134:2,17 136:10
139:14 148:9
150:20 151:15
159:18 160:10
161:22 165:19
167:22 169:2,16
175:22 176:17
188:6,7 189:18
192:17,18 194:5,6
194:7,15,16 196:9
197:5,13,19 198:8
201:2,21 202:1
205:4 206:15
207:1,18 208:3
209:5 214:3,9,10
220:13 221:20
226:17 228:6
234:10 235:16,18
235:19 236:8
240:16,21 247:19
248:3 249:5
250:10 254:5
255:18 257:17
259:19 264:2
267:6,13,21,22
268:17 272:2
273:13 276:2,18
276:19 279:11
281:4 288:16,21
288:22
knowingly  133:10
knowledge  17:17
18:21 20:5 30:6
51:8 53:4 58:13
72:12 75:3,20
78:7,10 79:4
107:22 113:20

142:16 217:16
225:7 235:21
271:17
known  57:20 98:3
104:3 139:9,12,15
149:7 182:2
196:20 198:10
knowns  196:7
knows  111:7
koski  4:11
ks  158:15,19

**l**

l  1:21 294:2
lab  155:11
label  136:11
laboratory  97:2
264:3
lacking  115:6
lafayette  3:8
lag  175:3
language  24:8
48:4 178:8 253:13
254:1 260:4 282:4
282:17 283:4
290:12
lardner  4:11
large  63:4 64:14
119:19 164:8
187:1
largely  15:6
110:10 283:5
larger  194:17
largest  193:10
lasalle  4:4
late  21:11 26:8
32:8 257:1 281:4
laudable  228:11
231:13 277:14
laura  6:14 125:12
lauren  6:3 140:11
140:14

**[law - long]** Page 25

law 3:4 6:14 49:20
60:22 64:4 76:7
110:17
laws 78:14,18
79:17,21 80:2
lawyer 23:6
229:17
lawyers 24:21
230:12 256:19
257:7
layman 25:9
lead 165:3,14
222:13 268:21
291:7
leading 269:21
leads 222:15
269:19
leaning 237:14
leap 268:14
learn 282:7
learning 170:20
282:4,17 283:4
leave 254:10 263:8
lectured 280:7
led 60:3 84:5
legal 14:21,21,22
24:4 25:2 48:16
48:17,20,21 50:11
51:1 58:5 110:6
110:15 169:21
240:8 241:8
253:19 278:4
295:1 298:1
legalities 25:10
legally 53:5
legitimate 81:14
204:5 225:16
legitimately
213:12
length 100:14

lengthen 113:16
letter 216:5
221:16 295:17
letters 102:5
letting 147:22
level 81:8,9 85:19
115:13 198:15
227:19 269:19
291:15
levels 165:7
287:21
lewis 1:15 2:1 7:2
7:7,9,12 9:4,12
295:8 296:4,9
297:4,13 298:20
library 289:4
licenses 66:10
lied 257:9
life 9:14 44:15
99:6 142:6 219:9
220:12,14
lifelong 252:16
lifestyle 97:11
201:17
likelihood 166:7
limit 75:6 78:14,18
79:18 80:18
limitation 219:6
287:10,14
limitations 286:14
286:18,22 287:3,5
287:6 288:4,15
limited 185:12
266:19
line 8:20 164:12
239:6 281:5
295:12 297:7
298:3
lines 176:11
link 122:15 176:21
207:2,2 265:9

288:21
linked 238:13
linking 169:4
170:10
links 288:13
liquids 229:22
list 39:4 52:12,14
102:5,12 162:4
203:22 205:9
206:7 277:1
289:11
listed 60:2 101:22
121:9 204:6 205:6
242:6,6,8 243:17
243:20 257:6
297:7,17
listen 135:20
listing 297:7
literature 12:13
13:14 29:8 55:4
98:14 99:13 148:7
150:2,17 151:5,17
152:4,6,17 153:21
158:21 166:10,12
177:14 178:15
194:20 196:11
202:16 203:4,5
204:21 208:19
211:19 214:2
222:12 262:12,16
263:21 266:20,21
270:11 282:19
litigation 1:5
295:6 296:3 297:3
little 81:3 104:9
120:6 128:1
180:12 182:2
196:13 228:4,14
230:3 254:1
live 130:11,13,16
141:19

lives 82:16
living 106:1
141:13 201:13
222:2
llp 2:6 3:4,12,16
3:19 4:3,7,11,15
4:18 5:4,8,12,15
5:19 6:15
local 277:10
locations 277:12
locomotor 217:7
logan 4:7 6:4
logo 278:21
long 45:1 52:22
84:15 96:16 98:3
98:9 103:14
104:11 105:4,19
106:12 107:15,15
108:5 111:1,12,13
111:14,19,21
114:5,7,11 116:12
118:9,10 119:3
120:6 132:2 133:3
145:11 146:14
148:2 149:8,12,19
150:22 153:2,3,6,8
153:11,20 154:10
154:11,20 155:8,9
156:14,20 159:13
166:1 170:4 175:9
180:1 186:10
187:6 195:16
196:4 202:4
206:18 211:3,11
212:3,14,15
246:19 254:11
258:10,13 261:12
268:10 270:15
274:6 275:3,14
276:3,9,15

longer  44:14 67:22
  96:22 148:20
  203:22 217:20
  270:7 290:5
look  52:17,19 53:9
  74:1 103:3,16
  123:1 156:4 159:3
  177:15 180:10,11
  187:2 188:19
  194:6,21 195:8
  197:21 200:13,14
  200:17 201:19
  202:18 203:13
  205:13 208:22
  222:3,16 226:19
  239:1 248:10
  251:18 254:8
  263:15,16 275:9
  288:11
looked  31:17
  34:20 160:5
  189:19 239:2
  240:7 242:8,9
looking  31:5 54:19
  84:19 86:14
  146:21 152:5
  158:2,3 159:20
  163:6 181:20
  186:22 187:11
  197:9 201:2 205:8
  208:17,18 216:22
  243:19 247:7
  262:21 263:15
  273:15
looks  99:14 108:4
  132:5 192:10,20
  208:20 218:3
  278:19
loop  227:22
los  3:13

losing  205:7
lost  122:2 237:8
lot  53:17,17,20
  83:8 120:15
  139:12 152:8
  166:18,21,22
  203:4,4 229:21
  254:5 290:6
lots  70:2
louisiana  3:4,9
love  107:4
low  107:7 207:11
lower  162:12
  193:9
lp  1:8,9,11
lunch  40:20 53:22
  103:1,2,6,10
  126:10,16 127:7
  127:13
lunches  41:18 42:1
lynn  285:15

**m**

m  102:16 190:14
m.d.  1:15 2:1 7:2,7
  9:4 295:8 296:4,9
  297:4,13 298:20
madam  295:9
magistrate  172:9
  172:10 184:15
  236:15
magnitude  164:9
mail  231:21
mails  231:22
main  68:12 97:22
  160:14
maintain  136:8
maintenance
  67:16 85:1,2 86:1
  148:16
major  54:10 198:3

majority  252:12
making  61:3
  121:20 123:15
  125:7 140:5,16,21
  222:14
manage  27:13
management
  82:21 84:6,9,11
  87:20
mandated  231:18
mank  6:14
manner  268:7
manners  66:20
manual  200:2
manufacture
  18:19 19:20
manufactured
  19:1 148:14
manufacturer
  7:14 132:21 142:7
manufacturers
  130:21 131:3
  138:19 237:20
manufactures
  130:6,10
manuscript  7:19
  231:19
manuscripts
  224:16 231:7
  238:14
march  8:16 60:4
  277:6,6,8,11,13,17
  277:19,22 278:20
  279:6,9,12,20
  280:2,7,14,19
  282:10,13
marcus  5:8,10
maria  4:3
mark  51:7 132:20
  236:13,19

marked  8:20
  10:21 45:6 46:3
  47:10 51:6 102:13
  131:9 144:4
  161:11 166:16
  180:18 190:8
  214:20 215:3,8
  226:9 241:16
  278:14
marker  201:5
  282:20
market  16:1 63:5
  64:14,21
marketed  148:14
marketing  7:14
  133:8,20 143:6
martzell  3:8
maryland  130:12
mass  129:1
massachusetts
  4:12
master  24:14
match  171:6
material  102:12
  200:3
materials  263:4
  289:11
maternal  7:16,20
  97:9,21 106:1
  109:21 122:16,18
  122:22 181:10
  182:4 284:2 293:8
math  32:1
matter  172:15
  240:8 268:15
  283:7
matters  16:5,20
  17:3 110:16 278:4
matthew  5:4
matthew.sachs  5:6

mbfirm.com  3:9
mcarter  6:6
mckesson  5:14
mcl  12:21,22
  13:16
md  1:5
mdl  1:4,8,10,11
mean  11:9 13:7
  18:11 27:20 52:21
  65:12 66:14 70:6
  71:15,18 83:19
  85:18,20 86:9
  96:3 103:5 104:12
  108:17 110:20
  111:13 119:12
  125:20 144:18
  157:6 165:20
  166:15 171:3
  172:20 179:13,22
  186:14 191:18
  197:16 206:3
  225:15 233:6
  236:8 239:5
  262:14 263:14
  272:14 282:22
  284:3,19,22
meandering  173:4
meaning  52:6
  65:13 69:12 89:10
  104:5 129:9
  150:20 220:5
  227:9 240:21
  242:13 243:14
meanings  192:6
means  12:11 17:14
  48:2,4 107:8,20,21
  147:5 154:7
  155:19 183:11,11
  184:15 185:10,12
  206:22 220:14
  284:9 286:21

287:2,17
meant  12:9 64:12
  101:11,12 125:15
  125:16 202:16
  261:18 263:20
  264:1
measure  110:10
  278:1,2
measures  81:7
  183:18
meat  200:16
  260:15
mechanism  92:8
mechanisms  56:12
  92:17
med  75:20
medicaid  7:17
  161:18 164:17
  169:11 176:12
medical  14:5,21
  15:22 16:9 34:10
  38:6 44:12 57:19
  66:7 67:5 68:14
  74:13 79:4,8 80:3
  81:14 83:16 87:20
  88:11 99:13,13
  119:13 125:22
  151:5 178:15
  196:10 211:16,19
  224:10 225:16
  262:4,16 263:21
  289:4
medically  108:19
  109:2,8,14 110:12
medicate  90:6,7
medicated  160:2
medication  97:10
  116:4 179:8
medications  63:4
  63:5 80:19 218:21

medicine  16:2
  72:15 85:6 87:8
  99:10 121:18
  166:8 267:5
meds  75:12,16
medstar  35:3
  40:15
meet  84:8
meeting  43:18
  45:3
meetings  43:15,15
melanie  6:3
member  279:15
  280:14
members  43:17
  227:12
memory  144:11
  181:21
men  90:17,21 91:2
  91:6
mental  60:22 72:1
  200:2
mention  29:4
  265:22
mentioned  61:5
  74:11 97:16 104:8
  119:11 159:10
  203:5 248:11
  257:2
merely  12:9
  194:19 201:5
  234:2
meritorious
  116:22 117:5
messiness  177:11
  180:8
messy  96:21 97:1
  105:22 164:20
  203:6,6
met  172:18

meta  190:17,18,19
  193:6 202:22
  210:16 211:22
  214:9 258:11,19
  258:22 285:19
  286:17
metabolism  91:8
metabolites  92:3,6
methadone  147:13
  148:16 219:2
  273:12
methods  171:4
  202:21 222:3
  254:9,10 260:14
  263:5
mfishman  4:20
mic  267:22
mice  267:8,11
  269:6
michael  4:18
microstructural
  273:3
mid  125:14 147:8
middle  162:6
  176:3 251:10
  281:22
midwest  295:15
  298:1
mild  30:1
mildly  185:12
mills  64:6 65:20
  66:5 76:11
mind  14:4 118:13
  142:10 146:5
  151:7,8,9,14
  152:20 154:19
  229:7
mine  138:4 184:1
  191:16 192:3
  196:12 199:12

minimally 84:15
minimum 86:10
  86:12,15,17,19,21
minority 267:6
minus 289:7
minute 23:18
  190:2 221:5
  230:10 273:22
minutes 30:14
  53:15 229:12,21
mirroring 250:3
  250:21
mischaracterizat...
  222:15
mischaracterizat...
  222:13,16
misrepresenting
  285:7
missing 215:11,21
  215:21 287:15
mission 8:12
  226:17,20 227:8
misstated 13:12
mistake 281:11
misunderstood
  13:11
misuse 89:3,5,8,11
  274:7
misutilized 236:4
mitotic 292:13
ml 102:4
model 272:22
modeled 154:18
models 266:3
  268:16 273:14
modified 125:11
mom 83:4,5
  150:20
moment 82:17
  292:5

moms 115:15
money 21:18
  29:14 30:9 34:15
  41:16,19 234:6
  280:1
monitored 108:19
  109:2,8,14 110:12
  111:1 114:7
  176:18
monitoring 125:19
  176:18
month 14:10
  145:20
months 17:2 27:3
  27:12 32:13 112:2
  112:8,9,22 162:14
  193:11 210:21
morning 126:7
  138:15 154:13
  204:3
morphine 129:10
  129:11,13
mother 95:14
  122:20 150:19
  292:18,21 293:3
mothers 145:13
  148:4,10,11
  154:20 156:22
  182:18 208:6
  274:7
motion 236:21
motivations
  247:20
motives 259:22
motor 8:7 190:15
  191:11 193:2
  210:17 217:13,14
  252:17
mounting 244:18
  245:13

mouth 135:15
  184:2
move 39:21 45:4
  126:16 161:9
  163:22 173:8
  177:19 179:14
  186:4 221:14
  247:12
moving 173:6
mrivera 4:5
multi 60:8
multifaceted
  164:14
multiple 130:15
  217:7
myers 2:6 3:12,16
  3:19 271:11

### n

n 4:4 7:1,1 9:1
  95:10
n.w. 2:7 3:20 4:19
  5:16
name 9:12 44:15
  44:16 159:3
  243:17 244:1
  254:15 260:5,11
  285:16 295:6
  296:3,4,15 297:3,4
  297:21
names 14:16
narcotic 8:10
  133:7 145:13
  148:4,10,11
  156:22
narcotics 54:12
  55:8
nas 3:7 7:8,11
  54:21 55:5,11,14
  58:2,7,12 59:13
  61:10,13 62:20
  63:8,10,20 64:2

65:1 66:1,16,17
68:8,9,20 77:15,16
77:18,22 81:7
94:5,9,11,17,22
95:2,4,5,9,10,19
95:21,22 96:6,8,13
96:16 97:7,17,19
98:10,16 103:14
103:18,19 104:13
104:18 105:6,12
105:17,19 107:7
107:17 108:19
109:2,22 110:4,9
110:22 114:6,10
114:20 115:15,18
115:20 116:13
117:8,14 118:10
119:3 121:9,10
122:5 123:16
124:8,10 125:7,19
125:22 136:17,20
136:21 137:1,7
146:16 149:14,19
150:5,10 153:4,7
153:10,10,12,17
154:4,6,6,8,20
155:3,15,17 156:4
156:4,8 160:11
163:12 166:2
168:2,6,13 169:5
169:15,15 170:19
171:9 174:1,2,2,11
174:12,16,18,21
175:9 176:4,14,22
177:2,6,8 178:6,16
178:19 179:4
186:16 188:9
198:12,18 202:5
207:3 213:13,14
218:9 220:15
235:4 241:11

253:18 258:13
268:22 269:2,19
278:22 279:7,10
280:6,8,12,16,21
280:22 281:2
282:3,16,20,21,22
284:4,11,14,19,22
287:20 288:19
290:1 295:6 296:3
297:3
**natal** 167:18 168:2
**national** 1:4 41:11
117:15 179:9
250:3,21 289:3
295:6 296:3 297:3
**native** 92:5
**natural** 70:8 73:2
129:5
**naturally** 128:20
**nature** 88:15,16
89:21 128:17
164:14 185:2
**nazi** 236:7,16
**necessarily** 78:6
100:15 188:14
268:13
**necessary** 50:9
76:21,22 188:7
**need** 9:21 10:5
11:10 22:10 26:11
36:6 50:10 53:14
56:14 101:11
107:5 117:3 118:5
126:15 139:11
145:22 151:11
164:5 168:12
171:17,21 173:2,6
176:17 179:3
180:10,11 184:8
184:10 185:2,4
187:4,6 188:16

194:5,21 197:21
200:17 206:12
211:14 219:8,19
219:22 229:20,22
230:9 234:11,14
234:15,17 248:8
259:11 268:2
275:8,18 282:6
283:10 285:10,12
286:20 287:4
288:10
**needed** 68:2
174:11,14 271:1
286:2
**needs** 74:14 97:3
106:10 146:9
177:14
**negatively** 210:16
**neglect** 201:14
**neither** 38:21
162:15 179:17
294:11
**neonatal** 8:3,10
13:14 16:10 22:12
28:5 29:5 33:5,8
51:5 52:8 54:15
55:9 56:22 57:4
58:14,22 59:5,8,14
59:19 60:12 61:7
62:14 72:12 87:12
95:11 122:14
123:19 124:11
134:6,13,15 135:5
144:16 159:19
160:13 167:7,13
168:1 198:1,15
214:11 232:9,10
233:16,17 235:21
250:14 252:1
253:7,8,21 272:5
284:13 289:2

**neonatologist** 56:2
82:15 250:13
**neonatologists**
82:19 112:6,11
125:1,6
**neonatology**
112:15
**network** 8:7
190:14 228:1
285:16
**networking**
227:21
**neural** 168:5
217:9 246:6
259:13
**neuro** 210:17
**neurodevelopment**
57:12 155:9 182:3
182:10 209:13,18
253:10 265:22
267:1 270:15
**neurodevelopme...**
106:8 150:22
153:20 198:22
**neuroimmunology**
246:3 268:16
**neuroinflammati...**
268:18 273:3
**neurologic** 195:16
**neurological** 196:4
206:19 265:6,10
**never** 19:6,9 30:19
35:10,12 83:16
108:1 111:6 134:5
135:4 141:5
157:10 226:4
241:7 272:3
282:12
**nevertheless**
198:21

**new** 3:9,17,17 5:5
5:5 9:20 11:19
46:11 144:17
152:18 161:2
218:9
**newborn** 59:14
95:11 122:20
123:22 134:5
159:7 280:5
**newborns** 58:10
58:13 112:7,7
155:11 159:7
279:20 284:13
**news** 240:6
**nhenning** 6:10
**nice** 194:14
**nicole** 6:8
**nicu** 111:22
**night** 113:8
**nih** 119:11
**non** 155:16 174:12
174:18
**noninvasively**
269:6
**nonlegal** 15:20
16:3
**nonopioids** 64:18
**nonrandom**
110:13
**nonresponsive**
177:21 179:15
**nonscientific**
185:9
**normal** 129:5,8
199:18
**normally** 199:19
**north** 6:5
**northern** 1:2
**notarized** 295:13
**notary** 294:1,20
295:22 296:10,18

297:15,23 298:23
**note** 211:16
221:20 274:4
295:11
**noted** 64:3,3
**notice** 2:19 7:6
10:15,17 11:13
16:8
**noticed** 291:5
**novel** 105:18
169:1,2,3 209:20
**nth** 261:19
**number** 52:6
60:11 61:12 64:5
74:4 75:15 76:15
77:14 78:19 81:7
87:12 119:19,20
183:11 189:20
191:6 197:2,17
199:12 208:7
215:6,7,8 249:21
250:1 261:17
275:5 285:7 295:7
295:12
**numbered** 215:4
**numbers** 215:11
215:22 297:7
**numerous** 54:14
**nutrition** 43:14,16

**o**

**o** 7:1 9:1
**o'donnell** 6:3
136:14 140:7,11
140:11,17
**o'melveny** 2:6
3:12,16,19 17:17
17:19,22 21:10,13
21:19 23:6 24:1
24:20 26:5,6,21
28:3 30:18 31:10
33:19 38:18 39:17

39:18 41:5 51:18
241:6 271:5,10
**oath** 10:9 232:22
233:1
**object** 12:1,19,20
15:5 16:6 17:11
18:10 19:5 20:9
20:16,22 21:21
24:16 25:1,3 27:1
27:7 28:9 29:11
30:11 32:18 33:11
33:22 35:11 36:4
36:18,22 38:2,20
39:12 40:9,22
41:21 43:11,22
46:10,22 47:12
49:2,5,8 50:5,15
51:2 52:4 53:3,13
55:1,16 56:7,20
57:6 58:3 60:1,17
62:21 63:12 64:1
65:2,10 66:2 67:1
68:10 69:6 71:2
71:13 72:10,22
73:9,21 74:7 75:1
75:8,18 76:4,18
77:5 78:22 79:22
80:21 81:11 83:22
85:16,21 86:18
87:5,9,18 88:6
89:7 90:1,22
91:12 92:11 93:8
93:19 94:6,14,18
96:1 98:11 99:3
104:19 105:14,20
106:13 107:18
108:13 109:17
111:5 114:9 115:1
115:7 116:1,16
117:1 118:15
119:6 120:13,19

122:7 123:7,17
124:9,16 125:2
126:2 128:6,21
129:7,20 130:14
131:4 133:15
134:18 136:5,14
137:11 139:6,13
140:6,7,20 141:17
142:12,21 143:9
144:22 145:17
146:6,17 148:22
149:20 152:2
153:5,14 155:1,18
157:3 160:12
161:9 162:22
163:21,22 165:8
165:18 166:3
168:16 170:6
171:11 175:1,4,12
177:20 180:4
184:13 186:12
187:16 188:5
189:6 193:17
195:4 197:4 200:6
200:10 204:18
205:19 208:10
209:7 212:7 214:6
216:16 219:15
224:13 225:6
226:3 228:5 232:5
232:19 234:22
235:7,14 237:22
239:16 242:15,19
246:8,21 249:2
251:4 256:20
258:16 259:18
261:3,5,15 262:7
264:14 266:10
267:20 268:11
270:4 271:7 273:9
274:9 276:5

282:11
**objected** 140:10
**objecting** 49:20
127:16
**objection** 23:10
24:15 25:22 29:15
37:11 39:21 88:9
91:20 92:15 100:3
103:7 127:14,15
140:18 143:18
171:16 173:16
183:19 189:1
202:7 210:2 233:2
236:11 256:4,11
256:21 271:19
276:17
**objections** 49:16
**objective** 263:17
**obligation** 20:20
36:16 206:7
**obligations** 20:14
**obstacle** 141:12
**obstacles** 139:4,11
140:2
**obstetrician** 56:2
82:8 83:19 85:8
88:1
**obstetrician's** 85:7
**obstetricians** 78:9
78:10 81:21 83:1
84:7
**obstetrics** 81:22
83:10,13
**obstreperous**
172:17 173:3
**obtain** 66:21
**obtained** 65:5
**obvious** 145:2
179:7 243:3
**obviously** 12:7
58:6 67:19 91:3

**[obviously - opioid]** Page 31

142:5 143:19
144:19 202:13
205:1 269:5
273:16 279:8
**occasion** 113:17
**occasionally** 112:9
**occasions** 16:15,19
16:22 84:12
**occur** 128:17
168:3 177:2
211:13 222:9
267:1
**occurred** 103:17
142:19 226:5
**occurrence** 76:8
**occurrences** 61:13
81:7
**occurring** 128:20
**occurs** 292:4,10,18
293:1
**october** 131:17
**odds** 7:21 181:11
182:16,17
**odonnell** 6:6
**offhand** 18:13
32:12 34:13
151:18 189:20
192:18 257:2
276:22
**office** 131:15
**officer** 294:2
**official** 296:15
297:21
**officials** 62:15
**offspring** 147:15
**oh** 31:6 91:19
126:13,13 209:5
209:16 222:18
245:17 253:17
264:18

**ohio** 1:2 295:2
**okay** 12:3 13:4,7
13:18 14:7 15:2
17:9 18:7 20:2
21:5 22:20 25:16
27:19 30:8,22
31:17 32:4,15
33:15 34:5,17
35:14 41:16 42:4
42:22 44:7 45:9
45:22 46:19 47:6
48:5,13 51:21
54:2,4,7 55:13,21
62:19 70:5,10
80:12,20 86:9
89:1,13 91:19
95:4,6 114:3,4
116:20 121:14
125:6 127:6,19
130:18 132:14,19
137:13,17,22
145:4 149:10,21
152:11,21 154:22
157:2 158:12
161:20 162:5
163:11 165:5
166:14 167:3,12
173:10,21 178:4
179:14 180:22
181:20 182:14
187:9,22 190:3
192:8,14 194:9
195:10,12 199:15
207:22 208:1
209:9 212:12
213:4,9 214:17
215:9 216:10
218:19 221:12
222:22 223:6
224:6 225:1,4
227:5 229:4

237:17 241:13
244:7 245:12
246:5 251:8
257:12 263:7
264:18 265:18
266:13 269:18
272:19 276:6,13
281:11 282:2
288:2 289:8
**old** 11:17 114:4
**older** 58:10 281:18
282:1,2,3,16
**oldest** 112:4 113:3
113:20
**omitted** 204:16
261:13
**omm.com** 3:14,14
3:18,21
**once** 17:1 37:13,16
37:17 96:13
173:11,14,19
**ones** 54:7,17 92:1
92:2 100:6 103:2
161:1,2 167:11
174:20 203:16
205:7,16 226:22
**ongoing** 36:16
37:2,2 107:9
114:14 117:14
119:22
**online** 228:9
278:20
**op** 1:8,10,11
**open** 8:7 106:11
106:18 147:8
151:13 190:14
285:16
**operation** 159:20
**operative** 43:1
92:17 100:8 263:4

**opiate** 1:5 268:22
295:6 296:3 297:3
**opiates** 58:9 65:3,4
65:5 67:9 68:13
283:3
**opine** 188:20
**opining** 63:9
**opinion** 13:20 16:2
22:14 24:4 25:2
26:17 27:20 58:2
71:4 76:14 77:2
77:13 78:21 83:3
83:7 87:2,15
88:19,21 89:17
90:3,3,16,19 96:15
98:5,8 99:1,2,16
99:17 104:12,16
107:13 114:7
120:11 133:18
136:16 149:10,16
189:4 202:3 203:1
204:2 206:9 232:8
233:15 235:2
256:15 271:11
**opinions** 13:6
14:18 15:9 23:8
71:10 87:20
146:20 151:11
157:11 195:2
234:19 266:7
271:13,14,15
**opioid** 7:18,20 8:5
8:8,14 52:7 56:4
57:13 64:9 66:19
66:21 67:10,16,18
68:7 70:22 71:4
71:21 72:20 76:15
78:4 83:20 86:3
86:16 89:11 91:10
92:14 93:3,6,14
94:7 97:21 98:19

| | | | |
|---|---|---|---|
| 99:19 103:20 | 293:2,8,10 | 283:6 285:1 | 51:4 136:2,12 |
| 106:5 107:16,16 | **opioids** 7:15 18:9 | **opportunity** 50:8 | 137:15 138:9 |
| 108:5 120:7 | 18:14,20 19:1,21 | 258:21 | **overall** 198:7 |
| 121:10 123:2,4,5,9 | 20:4 52:3 53:12 | **opposed** 118:6 | **overcome** 140:2 |
| 128:5,15,16,20 | 54:5,10,18,20 55:9 | 233:7,9 | 141:10,12 |
| 129:5,6,8 130:20 | 55:15,22 56:12 | **opposition** 235:2 | **overdose** 85:15,19 |
| 131:2 132:21 | 57:5,9 58:9 64:14 | **options** 254:4 | 85:20 250:1 |
| 136:18 146:16 | 66:15 67:6 68:16 | **oral** 7:6 | **overlap** 277:1 |
| 149:6 150:10,19 | 68:17 71:11 72:8 | **orally** 76:2 | **overlapped** 57:18 |
| 153:8,10,12 | 73:1,6,8,18 74:6 | **order** 28:3 48:3 | **oversee** 231:5 |
| 154:10 161:18 | 74:10,12,16,18,21 | 50:1 71:20 79:6 | **overselling** 133:12 |
| 162:7,11,16 | 74:22 75:7 76:3 | 191:2,5 194:21 | **oversimplified** |
| 164:10 165:6 | 76:10 77:4,20 | 200:18 206:13 | 167:1 |
| 166:1 168:4 170:3 | 78:11 79:9,19 | 215:4 279:22 | **oxford** 5:9 |
| 174:1 177:7,9,16 | 81:10,15 82:5 | 288:11 | **p** |
| 178:17 179:4 | 83:14 84:9,18 | **organization** | **p** 1:15 2:1 7:2,7 |
| 180:2 181:10,22 | 86:11 87:7,17 | 14:13,17 26:4 | 9:1,4,12 295:8 |
| 182:4,14 188:3 | 88:4,20 89:6,13,14 | 60:5 277:9 | 296:4,9 297:4,13 |
| 190:16 191:10 | 89:20 90:6,14,17 | **organizational** | 298:20 |
| 192:22 193:8 | 90:20 91:1,9,15,16 | 60:8 | **p.m.** 126:7 293:20 |
| 195:14 196:2,17 | 92:21 93:17 94:5 | **organizations** | **page** 7:2 8:16,20 |
| 196:20 197:11 | 95:18 96:9 98:4 | 117:10,11,12,16 | 31:6 54:3 100:9 |
| 198:10,17 201:5 | 104:9,14,15,16,17 | 118:2,6 119:3,8,9 | 100:18 101:2,4 |
| 203:10 207:4,13 | 104:22 105:1,5,11 | 119:12,13 143:1 | 132:16,17,18 |
| 208:21 209:2 | 105:17 109:21 | **organized** 112:16 | 144:12 145:5 |
| 212:14 216:7 | 116:3 122:6,16 | **orleans** 3:9 | 157:22 158:10,12 |
| 217:2,6 218:21 | 123:16 124:3,6 | **outcome** 57:12 | 163:9 170:14 |
| 219:3,8 220:1,8,9 | 136:22,22 147:9 | 159:7 171:10 | 176:3,9 191:8,14 |
| 220:14 222:6,17 | 148:13 149:13,13 | 294:17 | 191:15,22 192:4 |
| 242:3 244:8,10 | 154:2,3,21 155:4 | **outcomes** 7:17 8:8 | 196:12 199:12 |
| 247:7,17 248:17 | 156:6,14 159:16 | 107:6 150:6 | 229:4 238:4,5 |
| 249:11,13,15,21 | 159:17 176:21 | 153:20 154:11 | 248:15 264:6,13 |
| 250:1,22 251:11 | 177:5 179:8,10 | 161:17 165:15 | 264:16 272:14,16 |
| 251:14,21 252:14 | 188:12,13,15 | 168:5,10 176:21 | 272:16 281:14,22 |
| 253:5 259:9,13 | 193:7 201:7 202:5 | 182:2,3 190:15 | 286:4 290:5 |
| 265:1,7 269:10,15 | 206:20 208:4,16 | 197:12 201:17 | 295:12,14 297:7 |
| 269:18,19 270:9 | 212:4 213:7 | 209:14,18 251:12 | 298:3 |
| 270:14 273:1,6 | 218:13 219:11 | 259:10 266:19 | **paginated** 286:5 |
| 274:7 275:4 284:2 | 220:18,19 222:10 | 279:19 288:13 | **paid** 22:22 25:19 |
| 284:3,12,13,19 | 250:4 257:19 | **outside** 17:12 25:2 | 26:3 30:15 41:3,4 |
| 288:12,19 291:4,7 | 270:6 273:11 | 34:12,15 47:13,22 | 41:5 205:1 232:2 |

232:16 233:13
238:11 241:2,3,5,5
255:1,2
**pain** 69:12 75:12
75:16,20 77:7
80:19 87:8,11,17
153:19 228:14
**palsy** 265:11 266:1
269:12,21
**panel** 116:11
**paper** 145:19
177:10 181:7
185:15 187:20
200:13,16 202:21
203:2,6 204:6,8
207:18 210:4,5
213:14 218:16
221:16 227:19
253:4 254:16,20
257:14 259:21
260:15 262:17
263:15 286:2
**papers** 177:15
189:20 203:22
204:1,4 221:19
227:13 233:22
253:15 261:17
**par** 5:2,3
**paragraph** 132:15
145:5,6,10 162:7
170:16 171:3
176:4,10 178:1
197:22 198:19
199:14 207:21
209:11,16 210:19
218:12,12,16,17
227:6,7 231:2,15
251:9 259:3,4,6
264:8,18 272:12
272:14,20 281:17
281:21 287:9

**paragraphs**
209:17
**paralegal** 6:14
11:2
**pardon** 257:12
**parental** 287:21
**parentheses** 39:17
**parse** 63:14
270:12 271:1
**part** 21:8,8,9 23:5
41:2,10 42:8,9,20
43:5 53:2,6 54:12
59:5 68:13 71:7,9
71:11,15,16 72:13
72:13,19,20 73:5,7
74:20 80:3 81:1,2
94:8 111:10 122:5
123:11,16 125:21
168:22 176:16
183:4,4 191:7
218:16 250:13
263:12 265:5
297:9
**participant** 279:13
**particular** 12:11
22:6 90:14 129:9
203:2,19 206:11
266:4
**particularly**
220:12 243:19
244:18 245:12
**parties** 2:20 61:5
294:12,15
**partner** 34:17
**parts** 63:1 78:8
110:3 111:8
**pass** 283:15
**passed** 79:17
**passing** 78:14,18
**patient** 251:22
259:14

**patients** 82:16
**patronizing**
262:15
**pay** 43:20 72:1
263:10
**paying** 14:7 25:17
28:7 29:10,14
40:20
**payment** 36:11
40:19 42:8
**payments** 36:2
38:7 40:17 42:11
226:2 237:20
**pbmc** 265:13
**pediatric** 58:15
110:9 159:19
162:17 163:13
164:10 169:19
224:20,20
**pediatrician**
117:11
**pediatricians**
110:8 112:20
**pediatrics** 8:12,13
167:6 216:5,12,13
218:6,8 224:7
227:1,3 232:13
238:2 242:2
290:18
**peer** 29:20 55:4,13
100:12 158:21
197:20 213:14
214:1,5 227:10
231:5 256:2 290:8
**pellegrina** 4:3
**penalties** 10:9
**pencil** 32:2
**pending** 10:1
48:16,19,21
**pennsylvania** 4:9
5:9,20 6:5

**people** 16:1 20:14
20:18 28:17,19
29:9,9 64:6 72:8
76:7,10 77:7
80:14 90:5,10
94:12 114:20
115:2,6 119:18
127:16 139:11
140:1 141:4,6,19
142:1,8 143:6,20
148:16 158:10
188:14 203:7,9
212:18,19 214:1
222:10 243:17
263:2 267:12
268:19 269:5,5
280:7 285:10
**people's** 253:15
**perceived** 22:7
**percent** 115:9,21
176:14 182:16
183:7,10 198:2,2,8
199:17,19 200:20
249:22 250:2
252:1,11,12 284:7
284:8
**perfectly** 134:11
**performance**
217:7
**performing** 214:9
**perinatal** 8:14
242:3 265:1
272:22 273:6
**period** 38:1
112:18 189:22
292:7
**periodically**
243:20
**periods** 245:8
**peripheral** 8:15
242:4 247:8,18

273:5
**perjury**  10:9
  232:22
**permanent**  269:20
**perplexing**  157:5
**perseveration**
  156:12
**persist**  210:21
**persistent**  273:4
**person**  111:22
  140:3
**personally**  99:5
  296:11 297:15
**perspective**  84:20
**pertinently**  83:9
**pharma**  1:8,9,11
  41:13
**pharmaceutical**
  5:3,3 13:21 17:4,8
  18:2,4,14,22 21:15
  21:17 29:4,13
  40:18,19 41:4,19
  42:11 142:22
  232:2,16 233:13
**pharmaceuticals**
  5:2 131:22 132:22
**pharmacist**  64:8
**philadelphia**  4:9
  6:5
**phone**  10:2 15:19
  32:2,3 49:17
  117:4 295:3
**photocopied**  238:5
**photocopy**  278:19
**phrase**  201:20
**physical**  69:13
  195:17 196:5
  259:9
**physician**  64:8
  75:21 95:14 113:8
  227:22

**physicians**  41:11
  66:5 77:8 79:7,14
  114:17 204:19,20
**physiologic**
  153:19
**physiology**  82:21
  83:8
**pile**  187:1 194:16
  194:18
**piles**  194:17
**pill**  64:6 65:20
  66:5 76:11
**pin**  98:7
**pitch**  285:13
**pittsburgh**  5:9
**place**  70:8 169:22
  216:11
**placed**  279:22
**placenta**  91:10,17
  91:18 92:9 292:20
**places**  279:16
  280:9
**plaintiff's**  45:4,5
  116:11 167:3
**plaintiffs**  3:3 9:8
  108:12,18
**planet**  156:17
**platform**  227:22
**play**  246:14
**please**  9:11 10:1
  10:20 46:2 63:15
  81:4 101:17
  111:21 131:8
  144:10 161:8
  173:12 179:1
  180:17 181:6
  190:7 207:19
  210:14,19 226:8
  230:17 231:2,17
  236:12,19 241:15
  241:22 245:7

255:11,12,13
  272:21 286:16
  295:10,10
**plenty**  205:10
**plus**  289:6
**poe**  195:14 196:2
  198:2,16 199:2,18
  199:21 200:20,22
  201:4,11,20
  207:10 209:14,19
  210:16 211:3,8
**point**  41:1 47:19
  68:5 70:8 72:7
  111:17 124:7
  127:12 138:2
  149:2 156:12
  164:13 173:21
  175:20 180:7
  188:20 201:9
  202:2 203:5 207:9
  208:1 212:16
  213:16 214:3
  222:12 234:9,11
  237:4,11,12
  257:18,22 258:9
  261:18 263:18
  275:8 283:21
**points**  12:11 191:9
  191:20 192:1
  203:19,20 227:17
  228:18
**policies**  35:21
  223:21 226:18,20
  229:10
**policy**  34:18 35:8
  36:21 179:9 228:3
  232:4 234:8
  238:21
**polio**  280:1
**polydrug**  97:11

**polypharmacy**
  67:12 104:3 116:3
  150:12 283:7
**poor**  251:12
**poorer**  201:16
**poppy**  19:4,14,16
  19:17
**population**  114:19
  139:22 165:14
  169:11 177:12
  199:20 251:22
  259:15
**populations**  116:5
  116:7 138:20,22
  139:3 169:13
  180:13 252:13
**porter**  5:4
**posed**  170:3,8,9
  291:11
**posing**  79:2
**position**  86:5
  234:3 261:1,13
**posits**  81:13
**possibilities**  99:11
  108:2
**possibility**  89:3
  122:16 166:6
**possible**  69:22
  70:2 97:7 104:7
  107:15 116:12
  118:9 121:9
  156:13 222:5
**possibly**  59:12
  215:12 269:20
**post**  167:18 168:2
**postgraduate**
  57:18
**posts**  83:11
**potent**  129:2 133:7
**potential**  21:2
  38:12 95:18,20

97:18
**potentially** 90:9
92:6 110:15
127:16 222:8
**poverty** 71:10
106:4 142:4,5,9
164:15
**power** 191:6
**powers** 4:14 231:7
**practice** 29:21
34:2,3 66:6 76:20
78:7 79:8 80:4,13
80:17 83:12 84:22
87:10 121:21
137:19,21
**practices** 75:11,14
77:9 168:19
**practicing** 72:14
**practitioners** 76:9
**pre** 43:14 182:14
**preceding** 69:1
286:12
**precentral** 8:5
216:7,19
**precise** 27:11
113:14 224:22
249:18 254:2
292:11
**precisely** 32:12
**precision** 27:13
32:11 34:14
**preclinical** 265:8
**preclude** 224:4
**precluded** 249:5
**preconception**
7:21 181:11 182:5
**precursor** 176:7
**predated** 36:10
**predecessor** 133:1
**predict** 99:8

**predicted** 162:12
162:16
**prefer** 50:11 221:9
**preference** 85:7
**pregnancy** 7:21
67:16,21 68:14
69:1 73:18 74:6,9
74:15 77:21 81:19
82:13 83:4 86:6
87:21 91:3 94:8
104:17 123:6,10
134:2,20 135:10
138:7 147:14
181:11 182:1,2,6
196:21 201:7
219:9,12 220:2,6
220:18,20 244:9
251:12 287:22
**pregnant** 55:22
65:4 66:15,21
67:3,4,15 73:11
78:4,11,15 81:15
82:5 83:15,17,20
84:8,22 87:16
91:17 155:10
196:19 197:3,8
220:7 250:4,22
251:13
**prematurity** 280:4
**prenatal** 8:5,8
57:12 167:14
190:16 191:10
192:22 193:7,8
195:13 196:2,17
197:11 198:17
201:4 203:10
208:21 216:7
217:6 219:8 220:1
220:8,13 222:6,17
247:17 251:14
252:14 253:4

288:12,13
**prescribe** 76:21
78:9,11 83:20
**prescribed** 55:9
68:7 74:13,18
83:14,17 96:10
123:11 124:6
134:2,20 135:9,18
136:1 137:14
138:18 150:20
179:10 188:12,13
188:15,16 220:19
222:10
**prescribing** 68:13
76:9 77:20 81:15
82:14
**prescription** 1:4
5:18 7:20 63:3
65:8,12,13,14,19
66:22 67:5,17
68:6,8,21 73:18
75:12 85:9 123:6
181:10 182:15
197:11 219:11
220:18 295:6
296:3 297:3
**prescriptions**
63:10,21 64:22
65:15,17,18,19
68:3,3 73:7 74:5
74:10,22 75:7,15
76:3,16 77:4 78:4
78:15,19 79:9,19
79:20 80:7,16,18
81:9 97:21 182:5
182:19 197:3
**present** 2:19 6:14
219:1
**presented** 152:18
203:21 284:6

**presents** 142:5
**president** 71:19
**presidents** 72:3
**press** 131:14
**prestigious** 216:10
216:14 225:5
**presume** 26:14
197:19 215:11
**preterm** 144:15
252:16
**pretty** 17:5 233:19
243:3 244:6 246:9
258:19
**prevent** 85:13
95:3 183:22
235:12
**preventable** 77:19
**prevention** 217:18
280:1
**previous** 13:11
42:2 61:15 62:11
72:3 93:21 118:4
202:10 247:10
252:9 265:8
268:13 273:8
**previously** 35:19
40:3,11,15 47:20
48:7 66:4 74:11
76:6 86:21 104:8
159:10 162:3
164:19 169:12
179:12 266:20
273:2 280:10,11
284:10
**pride** 278:2
**primarily** 113:7
114:20
**primary** 33:13
**primes** 8:14 242:3
**priming** 244:20
245:14 265:3

**principal** 54:12
**principle** 85:10
  120:21
**printed** 196:13
**printout** 192:3
**prior** 140:18
  170:11 271:16
**prioritize** 107:5
**priority** 107:2,7
  117:9 119:15,21
  232:12
**privilege** 23:14
**probabilities**
  99:12 108:3
**probability**
  162:12,17 163:12
**probably** 9:14
  27:2 38:9 55:5,7
  102:18 107:20
  118:5 154:12
  156:11 161:2
  214:4,8,13 278:8
**problem** 71:12,16
  71:16 121:7
  183:15 193:14,22
  196:18 208:5
  222:18
**problems** 89:5
  97:8 108:6 111:2
  154:21 166:1
  170:4,5,5 175:9
  195:15 196:3
  199:3 206:19
  207:3 212:15
  243:5 276:16
  280:3,6 282:4,17
  283:3
**procedure** 296:5
  297:5
**procedures** 241:9

**proceeding** 253:19
  293:19
**proceedings** 66:11
**process** 21:11 26:8
  191:1 227:11
  228:15,16 229:3
**produce** 12:16
  13:9 31:1,3
**produced** 13:6
**product** 43:5
**production** 295:14
  295:15,20
**productive** 227:17
**profession** 112:15
  121:22
**professional** 33:4
  117:10 180:7
**professionally**
  75:3
**professionals**
  262:4 263:10
**professor** 34:9
**profile** 122:13
  123:20
**prognosis** 268:10
**program** 67:17
  68:18 74:17
  176:13
**programs** 84:6
  112:17
**prohibited** 42:1
**prologue** 164:1
**promote** 228:1
**prong** 41:2,2
  156:2
**propensity** 201:15
**properly** 114:7
  154:18
**proportions**
  248:19 249:9

**propose** 156:16
**proposition** 270:8
  274:5 275:3
**protected** 23:13
  246:12
**protective** 48:3
  110:2,16
**proud** 277:18,21
**proven** 93:14
**provide** 26:12
  85:1 206:2,7
  264:21
**provided** 11:15
  12:22 31:8 60:6
  211:3 273:2 281:8
**provider** 125:22
**providers** 61:1
  66:12 84:10
**provides** 176:13
**providing** 25:11
  48:1 69:12 86:1
**proximate** 68:19
**psychological**
  105:2 119:14
**public** 62:15
  251:14 294:1,20
  296:10,18 297:15
  297:23 298:23
**publication**
  190:13 224:16
  242:12,18,21
  243:8 290:9
**publications** 52:12
  52:14 290:11
**publish** 216:11
**published** 52:3
  53:11 55:21 56:3
  56:11 58:22 59:4
  69:16 125:13
  145:19 160:11
  161:15 181:8

212:5 213:14
  218:6 225:19,20
  227:19 242:1
  243:1 256:2,22
**publishing** 55:4
  228:9 290:12
**pubmed** 289:3
**pull** 34:17
**purdue** 1:8,9,11
**pure** 104:15
**purely** 26:9
  104:13,13 169:15
**purity** 130:4
**purpose** 32:16
  33:2 230:2 240:3
  241:7 262:11
**purposes** 81:16
  134:3 219:1
  235:18 240:11
  262:9 263:6
**pursuant** 2:19
  10:15
**put** 38:16 39:6,11
  48:6,10 129:10
  135:14 155:10
  169:17 172:6,11
  172:14 183:3
  184:1 194:16
  240:16 261:10
  266:7 277:17,22
  290:18
**putting** 146:8

| q |
|---|

**qualification**
  55:18 254:18
**qualified** 58:2,5,6
**qualifier** 68:12
**qualifiers** 87:22
**qualify** 68:2
**qualifying** 176:5

**quality** 175:18
186:18,20 194:15
194:20 197:21
201:3 204:22
205:2 207:1 210:4
227:13 229:5
230:22
**quantifying** 252:8
**quantity** 293:2
**question** 8:20 10:1
10:3,4 16:18
17:14 20:11 22:21
23:15 24:10,17
25:6,13 27:17
30:7,12 32:20,21
33:17 36:6 42:8,9
42:20 47:10 49:22
50:1,8 55:3 57:9
58:8 60:16 61:20
61:22 62:2,10
63:14 68:1 69:18
71:11 73:14 79:2
81:3,12 91:14
92:4 93:10,21,21
96:19 104:20
105:5,8,9 111:4
112:21 113:2
118:12,14,17,21
118:22 119:1
122:3,10 126:15
126:18,21 127:3
134:12 137:3
141:6 143:10
147:9 153:1,7
154:17,22 156:3
161:10 164:1
170:2,8,9 173:11
176:19 184:4,20
184:22 185:1
186:3,4 187:9,22
191:9,17 192:22

204:11,11,13
208:12 212:1,14
212:21 215:2
221:17,17 223:7
238:16 243:4
246:10 247:1,10
247:11,12,15
248:12 250:18
260:20 261:7
264:5 270:9
274:20 276:2
284:15,17,18
286:20 291:6,9,11
**questioned** 288:10
**questioner** 49:21
**questioning** 70:7
258:18 281:5
**questions** 24:6,7
24:10,15 30:5
33:15 41:8 42:18
45:20 70:14 95:8
113:17 118:18
134:10 153:13,16
172:7 173:4,8
184:8,10 192:5
272:8 284:1
285:21 290:22
291:3,14 293:12
**quibble** 173:17
**quick** 173:11
230:18 283:20
**quite** 84:3 89:9
98:6 208:17
**quizzical** 109:16
109:18
**quote** 138:9
**quoted** 153:22
252:11

**r**

**r** 3:7 4:18 9:1
216:8
**rabbit** 214:12
**raise** 280:1
**raised** 269:9
**raiser** 279:14
**raises** 233:18
**range** 93:12
183:12,13
**ranked** 216:15
**rapid** 133:9
**rare** 76:8
**rarely** 87:11 166:8
**rate** 75:6 85:3
149:16 164:11
**rates** 155:15 188:2
220:9 250:5 251:1
287:20,20
**rating** 225:8
**rats** 147:3 253:5
254:7 267:11
269:5 273:13
**reach** 26:20
**reaching** 248:19
249:9
**read** 18:5 29:2
41:7 42:9,20,21
58:17,19 61:14,16
61:17 62:1,7 80:9
100:7,16 118:17
145:9 148:1
154:13 163:5
164:7 165:11
167:19 168:20,20
168:22 171:17
172:2,3,8,11,20
173:2,7 177:1,14
178:22 182:12
183:4 185:7,16,19
186:2,3,16,22

188:16 192:17,19
192:19 195:7
196:1 200:19
201:10 202:13,14
202:14,20 204:5,8
204:21 205:1,1,10
206:12 207:17,22
209:11 210:13,19
211:14 218:2,7,9
218:10 223:22
224:3 225:19
227:7 231:2,3,4,17
238:3 245:6,7,11
258:22 259:3,21
263:2 264:11
265:19 272:20
281:19 286:20,21
287:4,13 288:15
289:15 296:5,6,12
297:5,6,17
**reader** 167:20
**reading** 132:6,6,8
132:12,12 133:6
133:22 163:2,20
164:6 167:19
169:8 187:17
195:18 200:12
206:16 207:7
209:9 210:5 244:4
245:2,4 265:4
270:10 282:19
286:15 295:17
**ready** 49:16 190:2
**real** 68:22 164:20
203:7,7
**reality** 81:14,14
**realize** 121:1,5
172:19 189:15
276:8 278:8
281:12

**realizing** 283:19
**really** 22:1 44:17
  49:12 76:19 89:9
  184:7,17 199:12
  222:11,11 228:6
  263:19 269:6
  270:12
**reason** 33:6 66:3
  79:3 109:20 124:1
  134:21 135:20
  143:21 188:15,16
  198:5 211:14
  230:14 257:14
  266:22 288:9
  295:13 297:8
  298:3
**reasonable** 145:20
**reasons** 59:10,10
  65:22 67:19 68:12
  77:20 78:12 79:10
  88:12 89:19 90:5
  123:14 159:16
  196:9 201:6
  203:11 220:20
  222:9 248:11
  268:13
**reassured** 149:4
**reassuring** 97:14
  98:2 107:11
**recall** 14:16 17:1
  18:13 27:15 44:6
  44:16 45:1 55:3
  61:2 66:11 69:21
  70:3 75:10 160:7
  167:10 181:15
  186:14 189:21
  195:6 218:3 224:3
  257:2 276:22
  285:20 286:1,9
  290:4,21 291:9

**receipt** 295:16
**receive** 37:3,12
  38:10 45:14
  238:19,20 284:11
**received** 31:9 36:6
  37:21 38:4,7 39:1
  41:16,18 44:2,3
  45:11,17 46:7,12
  103:18 170:17
  174:21
**receiving** 44:20
**recess** 70:12
  127:10 190:5
  230:19 274:1
**recharacterize**
  150:2
**recognize** 144:3
  226:18
**recollection** 34:16
  54:9 56:6,9,16
  115:9 182:11
  289:22
**recommend** 86:10
**recommendation**
  61:11
**recommendations**
  60:20 61:2 62:13
  76:2 81:20 82:12
  281:9
**recommended**
  83:18 162:13
  220:4
**recommending**
  84:17
**record** 9:11 41:7
  42:21 61:16 62:7
  110:21 127:20
  144:10 164:8
  172:1,5,8,12 181:6
  190:12 210:14
  241:22 286:16

294:10 297:9
**recorded** 270:16
**recorder** 101:19
  179:18
**records** 31:3,11
  152:12
**recoveries** 235:12
**recreationally**
  67:11
**red** 269:9
**reduce** 61:12 75:6
  75:15 76:15 77:14
  81:6,8 85:3 86:6
  179:3
**reduced** 76:3 77:4
  294:8
**reducing** 62:14
  80:6
**reed** 4:7
**reedsmith.com**
  4:9
**reevaluating**
  220:17
**reevaluation**
  219:10
**refamiliarize**
  171:21
**refer** 28:19 128:4
**reference** 14:22
  15:19 54:3 55:5
  55:18 56:15 101:3
  101:5 144:13
  197:9,10,20,21
  277:1 295:7 296:2
  297:2
**referenced** 296:11
  297:15
**references** 12:9
  100:17,20 101:9
  101:20 102:5,6,18
  146:22 147:12

159:4 202:16
  210:7 261:19
  277:2
**referred** 17:16
  66:4 144:12
  179:12 240:9,9
**referring** 65:14
  102:12 207:14
  216:20 247:3
  274:11 275:11,19
  276:20 281:12
**refers** 55:6,7
**reflect** 146:9
**reflection** 72:13
**reflects** 146:14
**refocus** 280:3
**refresh** 181:21
  182:11
**regional** 277:11
**registries** 79:6,13
**regulatory** 246:13
**rehash** 118:5
**reimbursement**
  44:22
**reiterate** 22:8
  26:11 62:12
  202:11,15 235:15
**reiterations**
  125:12
**relatable** 207:4
**relate** 59:5 147:17
  203:20 266:3,17
**related** 56:4
  208:22 249:21
  250:12 255:20
  290:1 293:7,10
  294:11
**relates** 1:7 29:18
**relating** 234:4
**relationship** 26:4
  34:7 57:8 64:7

150:21 253:20
**relationships**
104:6 158:16
159:6
**relative** 294:14
**relatively** 246:11
**relatives** 237:8
**release** 131:14
**relevance** 134:13
**relevant** 12:13
51:5 54:2 233:12
267:3 288:5
**reliable** 187:14
188:1
**relied** 11:21 12:4,5
13:5,16 69:4
158:22 160:4
204:15 205:16
206:8,14,14 257:8
257:11,11
**rely** 13:14 125:6
158:11,13 166:8,9
250:16 262:5,6,8
262:13
**relying** 12:15 13:8
99:22 100:6 102:3
204:16
**remain** 195:17
**remains** 196:5
**remember** 102:16
128:10
**remembering**
169:9
**removal** 106:3
**render** 17:21
18:16 28:4 58:2
203:1 232:7
**rendered** 13:20
14:19 27:9,19
29:1

**rendering** 23:7
26:16 28:1 233:15
**repeat** 16:17 19:12
20:11 32:21 38:4
39:8 60:16 63:15
69:17 81:3 91:14
93:4 119:1 129:16
134:22 156:11
179:17 184:6
193:18 206:11
225:12 247:14
250:18 256:13
260:20 268:3
274:20
**repeated** 135:16
**repertoire** 122:14
123:21
**replied** 22:4
**report** 7:9,11,20
11:16,17,20,21
12:4,7,9 17:22
18:16 21:10 22:11
22:17 25:11 26:13
26:14 27:10,16,16
27:18 28:1,4,6
29:2,2 32:14 33:7
45:10,14,15,21
46:6,12,16,16,17
46:20 47:3,15,16
47:18 48:6,14
50:20 52:11,16,19
52:19,22 53:2
58:19 61:4 100:2
100:5,8,18 101:3
101:10,22 102:2,8
134:8,10 156:9
157:21 160:8
179:1 181:10,17
186:10 189:4
191:17 192:13,18
202:12,14 203:18

211:15 234:15,17
234:17 235:4,10
235:20 236:1,3
237:12,13 241:10
253:7,18 256:1,6
256:18 257:5,8,13
257:14,16 258:6
259:17 260:19
261:2,6,6,14,16
266:7,18,18
271:12,16 276:3
276:10,10,12
277:3,3 281:9
289:9,15,18 290:2
290:5
**reported** 1:21
**reporter** 10:19
19:11,15 46:1
61:22 62:4 91:13
91:19 101:18
109:5,7 129:15
131:7,11 140:9,13
158:5 161:6
179:18 180:16,20
180:22 181:2
190:6 214:22
215:6,12 226:7,11
236:12,18 241:18
250:17 260:10
278:16 291:16
292:16 296:7
**reports** 29:14
70:16 145:11
148:2,5 170:18
255:20
**represent** 17:19
25:12 45:9 192:12
227:2 251:21
**represented** 24:1
24:20 26:21

**representing**
21:13 26:15
**reprogramming**
265:2
**reputation** 272:2
**requalify** 98:12
**request** 37:22 38:5
38:10 40:4 42:19
275:20 297:9,11
**requested** 42:21
61:16 62:7
**requests** 37:3,7
**require** 65:13
**required** 34:14
68:15,22 96:9
295:22
**requirement**
79:20
**requires** 32:2
68:16
**reread** 55:6 56:15
173:18 206:12
**research** 57:9
107:1,9,14 108:7
125:16 152:7
218:20 221:22
244:16
**researcher** 107:4
**resent** 257:10
**reside** 85:8
**residency** 58:15
**resilience** 141:3
**respect** 90:14
212:4 225:11,13
225:15
**respective** 2:20
**respond** 16:12
27:18 36:6 58:7
118:17 267:13
276:21

responded 19:22
51:17
responding 26:2
response 13:11
26:3 30:6 41:2
62:11,13 96:22
119:7 244:22
245:16 265:1
responses 135:2
158:17 159:6,11
159:19
responsibilities
233:22
responsibility
236:2
responsible 112:1
113:7
rest 11:1 31:7
99:20 102:16
106:6 156:15
211:17
restate 63:17
restated 195:6
restricted 119:9
268:22
restriction 252:16
result 60:19
146:15 180:2
219:2 244:19
245:13 258:18
289:1
resulting 107:17
122:5 166:1
265:12 287:16
results 107:16
164:13 169:1,3
179:2 202:21
219:7,19,22 222:4
263:5,22 264:3
265:19,21 273:17
273:19 288:6,8

291:22
resume 160:6
277:18
retain 239:7 240:3
retained 23:7 28:2
32:4 33:3 232:7
253:6
retention 32:17
33:2
retreading 30:13
returned 295:16
reuptake 177:4
reveal 244:9
revealed 169:5
review 12:13
13:13,14 29:20
56:17,22 102:19
147:2,4,12,14,18
151:17 152:4,6,17
190:16 193:6
202:15 210:15
213:20 224:15
225:18 227:10,15
231:6,21 238:12
240:22 242:7
253:4 254:6
255:17,18 285:18
290:9,10 295:11
296:1 297:1
reviewed 13:5
55:4,13 70:16,19
100:12 151:21
158:21 161:1,21
161:22 162:3,4
167:9,11 169:10
172:14 173:15
192:9 197:20
203:4,16,17 204:3
206:8 213:9,14
214:1,5 256:2
257:1,8 260:14

290:8
reviewer 227:12
reviewers 227:14
227:16,18 229:2
242:7 243:4
254:11,17
reviewing 228:15
233:22
reviews 213:6
242:9
revision 243:5,6
rewards 238:13
right 19:4 20:8
33:9,10,17 49:17
53:6 54:6 57:16
70:11 89:6 94:5
107:14 112:5
113:3,4 118:2
120:12,15 124:14
126:10 135:8
139:11 140:13
142:11 143:4
146:21 149:1
158:20 161:21
168:15 170:5
174:7 176:10
181:3 186:11
187:11 188:10
190:4 191:6 192:6
206:4 224:20
228:3 232:22
234:20 235:6
236:8 239:12
244:5 256:3 258:3
277:7,15,20 282:1
rightfully 164:22
rise 60:11
rising 72:8
risk 133:11 177:12
182:6 201:13
217:17 252:15

283:11 284:20
risks 219:10
220:17
rivera 4:3
road 5:20 64:10
255:22
robert 3:12
roberts 3:19
rodent 266:2
268:16
rodents 267:2
role 18:8 84:19
238:12
roles 246:14
279:17
roll 269:13
rolling 269:16
room 230:3
rothschild 5:19
routine 110:9
169:19
routinely 218:7,9
220:10
rubin 1:15 2:1 7:2
7:7,9,12 9:4,12,13
12:20 17:14 23:11
24:19 25:7 46:13
49:4 50:19 102:11
157:7 160:5 173:5
283:19 295:8
296:4,9 297:4,13
298:20
rule 12:21 50:12
189:18 236:21
rules 49:18 183:1
239:17 296:5
297:5
russo 1:21 294:2
rwinson 3:14

| | | | |
|---|---|---|---|
| **s** | 147:13 148:9,17 | **scientists** 227:22 | 272:20 283:9,9 |
| **s** 3:13 5:12 6:3 7:1 | 162:6 163:11 | 263:3 | 285:8 292:12 |
| 9:1 216:8 295:14 | 166:5 167:13 | **scope** 8:12 17:12 | **secondarily** 97:20 |
| 297:8,8 298:3 | 170:15,16 173:1,2 | 25:2 47:13 226:17 | **section** 264:18 |
| **sachs** 5:4 | 178:5 181:22 | 226:20 227:8 | 286:13 |
| **safe** 93:2,6,12,17 | 188:10 192:21 | 230:7 | **sections** 263:16,17 |
| 93:21,22 96:12 | 196:1 197:10,22 | **score** 125:11 | 263:17 |
| 293:18 | 198:21 201:10 | 199:18 200:21 | **see** 27:14,15 29:3 |
| **safeguards** 238:7 | 209:13 217:5 | **scores** 193:10 | 31:4,6 54:14 |
| **sake** 81:19,19 | 227:6 234:14,16 | **scott** 3:7 4:14 | 104:10 112:1,4,22 |
| **salary** 225:1 | 238:9,18 240:3,17 | **scott.powers** 4:16 | 116:11 120:18,22 |
| **sales** 132:2 133:3 | 243:11 244:7 | **screen** 286:5 | 127:7,8 133:5,13 |
| **salmons** 1:8 | 251:10 272:18 | **screening** 122:19 | 144:6 145:7 |
| **sample** 177:7 | 281:18 | 124:18 219:8 | 152:21 157:18 |
| **san** 4:15 | **scanning** 14:4 | 220:1,3,5,6,13 | 160:20 162:9,20 |
| **sat** 277:10 | **scenario** 248:4 | **script** 64:9 | 163:2,15 168:7 |
| **savvy** 228:13 | **scheme** 133:20 | **scrupulously** | 170:10,22 178:2 |
| **saw** 72:15,16 | **schemes** 143:7 | 41:14 | 182:20 185:20 |
| 163:4 224:4 | **scholer** 5:4 | **sds** 199:18 | 187:1 191:13,16 |
| 271:14 | **school** 83:16 | **se** 26:15 57:9 | 192:7 193:3,12 |
| **saying** 16:8 35:1,7 | **science** 29:21 | 93:15 98:2,19 | 194:6,7,9,11 |
| 36:15 37:21 45:17 | 99:11 105:18 | 104:9 106:6 108:5 | 196:15,22 199:4 |
| 50:7,22 54:4 | 106:20 107:14 | 120:7,7 149:7,7 | 200:4 209:21 |
| 71:20 92:8 93:17 | 116:11 117:7 | 154:11 156:14 | 217:11,21 218:5 |
| 98:22 99:1 105:17 | 146:13 231:10 | 177:17 201:20 | 219:13 222:4 |
| 107:6,8 109:15 | 264:2 | 209:1 213:8 | 239:9,10,11,12 |
| 110:20,22 118:9 | **scientific** 16:1 | 270:14 288:14 | 244:12 245:1 |
| 134:14 135:8 | 43:2 44:18,19 | **seal** 296:15 297:21 | 248:20 251:16,17 |
| 141:9,10 146:3 | 99:21 100:12 | **search** 289:2 | 252:3,18 264:19 |
| 148:20 156:18 | 119:10 120:12 | **second** 12:8,20 | 275:18 285:17 |
| 157:6,15 172:20 | 146:8 150:17 | 21:9 41:10 48:12 | 287:4,4,11 288:12 |
| 176:1,20 183:16 | 154:17 183:16 | 49:4 67:7 82:14 | **seeing** 46:14 210:6 |
| 194:18,19 209:4 | 185:8 225:17 | 105:3 122:19 | **seeking** 67:20 |
| 213:10,11,18,20 | 259:11 260:14 | 145:4 147:2 | 108:12,18 |
| 213:21 222:14 | 262:12,17,20 | 159:17 175:3,5 | **seeks** 14:18 |
| 232:7,15,21 233:1 | 263:18 279:14 | 176:3,10 182:22 | **seen** 10:16 29:7,7 |
| 258:1 261:5 | **scientifically** | 183:14 207:7 | 58:21 72:17 73:19 |
| 262:19 266:13,15 | 187:14 188:1 | 229:4,19 238:4 | 73:22 132:13 |
| 292:14 | **scientist** 107:3 | 245:6,7 247:14 | 181:14,19 186:15 |
| **says** 49:20 54:6 | 262:12 | 248:15 251:9 | 279:2 |
| 72:2 138:5 145:6 | | 259:6 272:12,14 | |

**selected** 203:8
**selective** 177:4
**self** 90:6,7 97:10
  116:4 179:8
**semicolon** 168:8
**seminars** 40:21
  41:17 43:1 60:21
**send** 16:8
**sense** 51:14 58:5
  67:6,7 77:19 82:7
  83:2 88:22 99:9
  119:21 123:19
  125:9 153:18
  155:6 165:9
  206:21 252:7
  262:16 269:17
**sent** 11:20 160:7
**sentence** 145:10
  148:2 157:7 164:7
  178:22 183:5
  189:15 199:16
  200:18 201:9
  207:6,8,16,21
  209:12 217:5,11
  219:18 244:7
  245:7,7,11 248:15
  255:13 256:14
  259:2 272:21
  282:15 283:10
  286:15 287:13,18
**sentences** 264:12
**separate** 155:8
  177:16 186:17
  265:21
**separately** 8:18
  255:19
**separating** 174:20
**september** 1:17
  145:18,21 295:4
**sequential** 215:10

**sequentially**
  215:14
**series** 24:7 95:7
  144:14 285:21
  290:22 291:3,14
**serious** 170:4
  251:14
**seriousness** 126:15
**serotonin** 177:4
**served** 59:13
**serves** 144:11
**services** 59:14
  60:6 110:2,2,5,16
  110:17 115:14,14
  168:13 169:20,21
  169:21 176:6,7,8
  176:13 199:9
  282:7 283:11,14
**set** 119:15 171:5
**setting** 59:15
**severe** 199:22
**sex** 91:7 287:20
**sfineman** 5:21
**shape** 164:16
  231:10
**shapira** 5:8
**shapira.com** 5:10
**shara** 3:15
**shared** 47:22
**sheet** 295:12 297:7
  297:10,18 298:1
**shocked** 237:7
**short** 70:12 127:10
  155:8 190:5
  222:22 230:19
  274:1 283:20
  290:21
**shorthand** 294:7
**shortly** 292:9
**show** 97:6 98:14
  138:4 149:18

150:5 176:20
  177:18 234:16
  275:11 276:20
**showed** 149:12
**showing** 188:1
  251:11 263:9
**shown** 147:10
  234:14 267:7
  286:8 288:18
  290:16 295:14
**shows** 121:6
  137:20 154:19
  169:10 220:7,15
**shut** 106:11,18
  147:9
**side** 86:2 103:13
  278:4
**sign** 122:12
**signature** 294:19
  295:13
**signed** 71:20
  296:13 297:18
**significant** 60:11
  185:11 201:11
  243:5
**significantly** 169:6
**signing** 295:17
**similar** 11:17 60:6
  80:11 156:7
  162:18 219:2
**similarly** 99:10
  155:16,19
**simple** 24:4
  186:22 193:21
  258:8 275:20
**simpler** 47:7
**simply** 135:10
  189:18
**sincerely** 295:18
**single** 37:22 187:4
  205:5 212:5

260:12
**sir** 24:12 42:2 53:8
  58:17 80:8 100:19
  130:2 135:3,21,22
  137:3 138:1 157:5
  160:17 184:7
  195:22 212:22
  230:3 234:2,8
  247:13 249:8
  254:21 255:7
  256:3 269:14
  295:9
**sit** 43:13 150:18
  230:4,5,13
**sitting** 289:21
**situated** 155:16,20
**situation** 85:4
**situations** 179:11
**six** 193:11
**size** 219:6 257:20
**skills** 217:14
**skip** 263:7
**skipped** 215:22
**slanted** 261:2,5,6
**slanting** 260:3,16
**slid** 104:21
**small** 87:12
  261:17
**smaller** 217:9
**smiling** 262:18
**smith** 4:7 5:11
**social** 71:6,10
  104:2 105:2 110:2
  110:14,16 115:14
  119:14 139:10
  140:1 141:1,11
  150:11 156:1
  164:15 169:20
  174:3,6,19 201:17
  227:21

socially 139:2 143:5
societal 90:4 115:13 117:12
society 88:17 231:11
socioeconomic 98:1 207:11
solar 157:8
solicit 15:3,7,8
solutions 5:2 295:1 298:1
somebody 127:12 141:1 222:16 237:8
someplace 216:13 245:2
soon 38:9 103:6
sophisticated 227:21
sorry 13:10 16:17 20:10 24:12 37:9 39:8 49:7,14 53:19 61:14,18,20 63:13 68:1 69:17 77:16 80:22 84:14 90:18 91:13 93:4 96:22 101:19 106:14 109:1,6 117:3 122:3 126:9 128:10 129:15 132:4,4,4,16 140:8 140:9,19 158:1,1 164:2 174:14 179:16 185:22 191:14 192:16 193:16 195:18 200:11 205:8 206:10 209:16 218:15,15 225:12 229:6,11 231:3

244:3 247:9 250:7 250:17 256:5 268:2,5 272:13 274:16,21 275:17 280:17 281:4,20
sort 104:21 115:3 177:12 178:17 180:8 188:8 203:8 235:17
sorted 106:5
sorts 142:6 226:20 280:5
span 219:10 220:13,14
speak 16:11 21:10 76:20 82:8 112:14 250:18 282:13
speaking 24:9,15 25:11 78:7 91:3 92:4 282:14
speaks 93:11,12
special 24:13 168:12 176:7
specialists 82:22
specific 22:11 26:12 28:4 33:7 45:20 69:8 78:12 81:16,16,20 91:9 122:2 125:10,18 153:18 159:1 167:11 179:11 186:2 216:21 254:12 272:4 273:11 275:8 281:9
specifically 18:12 20:6 55:11 74:12 80:1 130:22 140:22 148:9 170:8 218:4 233:14 254:9

specifics 92:17 108:15 266:18
spectrum 7:21 123:20 124:4 181:12
speculate 264:4
speculation 26:9 39:13 41:9 208:12 259:22
speculative 273:18
speech 178:8 217:14 282:4,17 283:4
spend 275:21
spent 151:16 152:3,8,16 208:17
sperm 292:5
spoken 280:6
spokesperson 279:14
sponsor 43:16
sponsored 43:3
sponsoring 43:8
sprague 253:5 273:13
spring 257:1
square 3:16,17 4:7 6:4
srb 3:9
ssris 283:2
stages 217:8
stance 254:19
stand 14:17
standard 29:18 83:12 84:21 143:4 154:3 226:19 287:17
standards 29:20 41:11 59:16 66:6 82:9 121:22 143:2

stands 272:2
start 60:5 99:19 161:4 259:6
started 22:2 32:19 101:2 105:3 223:14 245:2 279:21
starting 82:17 126:11 283:21
starts 264:8 281:21
state 59:18 60:10 60:21 61:1 66:9 79:4 103:19 109:10 130:19 165:10 181:16 205:14 267:11 288:17 296:10 297:15
stated 18:21 35:20 47:20 136:6 150:9 154:12 199:7,8 231:20 284:10
statement 79:3 100:16 117:6 135:22 138:4 145:16,20,22 146:8,22 148:21 149:2 152:1,16 178:12 198:6 202:9 210:6 238:3 246:2 248:22 249:6 251:19 252:5,10,21 253:1 258:8 270:16,22 282:9 283:8,9 289:10 296:13,14 297:19,19
statements 100:8 135:16 167:1 168:20 210:4

[statements - suite]                                                                 Page 44

240:11 275:7,9
**states**  1:1 54:11
  78:2,13,18 79:4,5
  115:21 124:20
  131:2,6 140:3
  176:4 197:14
  222:7 248:18
**statewide**  59:18
**stating**  79:13
  105:1 143:8,11,15
**statistical**  200:1
**statistically**
  185:11
**stay**  85:2 230:7,10
**steadily**  248:18
  249:15
**stemming**  153:4
  274:7
**step**  139:1
**stephanie**  5:19
**stop**  158:1 224:18
  288:3
**straightforward**
  122:9,10 190:22
**strategies**  217:19
**street**  2:7 3:8,13
  3:20 4:4,8,19 5:5
  5:8,12,16 6:5
**strengthen**  259:11
**stress**  97:9 158:17
  159:6,11,11,19
**stresses**  69:13
  159:21,22
**strict**  220:20
**strictly**  42:1 92:4
  282:14
**strike**  23:20 39:22
  90:15 149:14
  161:10 163:22
  177:19 179:14
  291:5

**strive**  27:11 76:20
**striving**  168:1
**stronger**  129:5,10
  129:13
**strongly**  120:5
**structural**  217:1
**structure**  128:17
**structures**  217:9
  217:18
**student**  211:17
**studied**  96:20,20
  118:1,11 168:15
  169:11 212:13
  213:2,5 270:2
**studies**  12:15 56:3
  56:11 57:3,7,11
  73:17,22 97:5,21
  98:14 99:21
  103:12,16 119:20
  120:12 144:15
  145:13 148:4
  149:11,18,18
  150:5,7,15 151:22
  160:20 164:19
  180:11 186:16
  190:20 191:2,4,6
  193:6 194:9,14,15
  194:19,20 200:17
  201:4 203:17
  204:21 205:6,11
  209:4 213:7,8,10
  222:1 251:10
  257:15,20 258:2,6
  258:9,12 261:12
  268:6 274:5,15
  275:2,14,15,17,19
  276:4,10,14 284:6
  287:16 288:18
**study**  13:8 55:14
  55:21 96:21
  100:13 106:11

107:4 116:12
  117:13 119:10,18
  120:15 144:14
  147:3,6 153:2
  154:18,22 155:2,5
  155:6 156:3,15
  163:19 164:13
  165:5,17 166:4,9
  167:9 171:5,14,22
  172:13,19,20
  173:1,1,21 174:10
  174:10,22 175:7
  178:13 179:21,22
  182:9,10 183:16
  186:7,8,15,19,21
  186:21 187:11,13
  187:18,19 188:1
  188:21 192:9,21
  195:3,7 214:14
  219:7 257:16
  262:18,18,20,21
  265:8,9,16 266:6
  267:14,15,16,17
  268:6 270:1
  272:11 273:1,7,8
  273:10 274:11
  285:15 287:1,7
**studying**  119:3
  180:13 212:20
**stuff**  70:15 100:12
  105:22 106:6
  138:8 150:11
  156:15
**su**  285:15
**subject**  11:19 48:3
  106:10 221:5,15
  223:1,2
**subjects**  15:20
  126:6
**submit**  14:9
  242:17

**submitted**  46:17
  47:4,14 50:2
  152:5 236:1
  243:21
**suboptimal**  182:1
**subpoena**  239:21
**subscribed**  296:10
  297:14 298:21
**subsequent**  169:7
  244:20 245:15
  280:2
**substance**  88:5,20
  164:15
**substances**  88:22
  177:3 287:21
**substantiate**  179:2
**substantively**
  79:12
**subtleties**  214:11
**successfully**
  177:16
**succinctly**  246:11
**sued**  131:22
  253:20
**sufficient**  49:21
  118:13 120:11,14
  151:20 204:22
**suggest**  211:2
  219:7,19,22 255:3
**suggested**  254:18
**suggesting**  30:2,4
  199:20 200:21
**suggestion**  291:7
**suggestive**  122:18
**suggests**  210:16
**suit**  7:13 14:5
  130:20 132:20
  135:12
**suite**  3:4 4:8,15
  5:12,20 6:9 295:2

suits  131:2
sum  99:18 104:4
  191:3
summarizing
  246:1
summary  219:7
  219:19 232:8
summation  166:11
sun  99:6
sunny  159:3
super  19:3,13,14
  19:15
superior  295:1
supervised  112:16
supply  5:18 80:14
support  43:4
  211:4,11 241:7,8
  264:22 275:1,2
supportive  237:14
supports  13:4
supposed  31:1
  41:12 134:9
supposedly  147:1
sure  13:12 17:5
  29:3 49:6,6 54:1
  62:10 71:14 103:9
  162:2 167:21
  175:4,14 221:8
  251:20 262:19
  275:10 283:13
  285:6
surely  110:11
surgery  160:1
surmising  23:4
surprises  109:19
surveillance  199:1
suspicions  149:3
svenezia  3:18
sway  253:13
sworn  9:5 294:6
  296:10,13 297:14

297:18 298:21
symptoms  95:5
  122:13 123:21
syndrome  8:3
  13:15 22:12 28:5
  29:6 33:5,8 51:6
  58:14,22 59:6,8,19
  60:12 61:8 62:15
  72:12 95:13
  122:15 123:19
  134:6,13,15 135:5
  160:14 167:8,14
  167:15 168:2,3
  198:1,15 214:12
  232:9,11 233:16
  233:17 235:21
  250:14 252:2
  253:8,9,21 265:11
  266:1 269:11,15
  269:22 270:6
  272:5 289:2 291:8
  291:17 293:1,7,9
synopsis  171:18
synthesized
  128:18
synthetic  19:1,21
  64:14 67:10 73:2
  92:2 128:11,14
  148:13
synthetics  92:7
system  8:15 157:9
  242:4 246:12
  247:8,18
systematic  190:16
  193:5 210:15
  285:18
systemic  264:22
  265:12

## t

t  7:1,1
table  187:1
take  10:4,5 24:11
  70:8,10 100:11
  101:17 112:6
  126:10 135:3,15
  136:22 138:6
  145:15 172:1
  185:18 187:4
  190:1 201:7 221:4
  221:10 222:22
  226:21 229:7,13
  229:20,22 230:10
  230:17 236:14
  255:21 260:9
  268:14 270:7
  273:20,21 275:17
  290:1
taken  66:10 70:12
  104:17 127:10
  190:5 230:19
  243:8 274:1 294:3
  294:7,13
takes  105:11
  250:13
talk  10:2 115:17
  127:22 146:2
  171:4 208:7
  229:17 230:11
  278:10,12 282:7
talked  33:18 134:3
  142:2 258:11
talking  31:21
  33:19 102:9
  138:21 139:9
  148:12,15 256:6
  260:16
talks  132:19
target  142:8

targeted  138:20
  143:20
targeting  143:5
task  60:8
tbilek  3:5
teaching  35:2
tease  97:8 98:16
  99:19 104:7 150:9
  156:13 174:6
  200:18
teased  105:22
technical  9:16
technique  190:19
technological
  285:9
technologies  44:15
tell  9:5 32:8 100:6
  103:1 111:13
  130:9 132:11
  138:3 147:7
  151:19 158:9
  183:10 185:1,5
  187:7,19 195:11
  199:12 203:15
  205:15 207:19
  211:8 233:5 245:3
  255:12,13 257:7
  271:10
telling  32:16 286:1
tenncare  176:12
tennessee  168:11
  169:3,12 170:17
  170:18 176:4,12
  176:15
tenth  5:16
tenuous  201:13
teratogenesis
  147:5
teratogens  147:4
term  96:16 98:3,9
  103:14 104:11

105:4,19 106:12
107:15,15 108:5
111:1,12,13,14,19
111:21 114:5,7
116:12 118:9,10
119:3 120:6 128:8
128:12 145:11
146:14 148:2
149:8,12,19
150:22 153:2,3,6,8
153:11,20 154:10
154:11,21 155:8,9
156:14,20 159:13
166:1 170:4 175:9
180:1 186:10
195:16 196:4
202:4 206:18
208:12 211:3,11
212:3,14,15
246:19 258:10,13
261:12 268:10
270:15 274:6
275:3,14 276:3,9
276:15
**terms** 25:10 30:16
41:10 57:18 58:12
71:5 81:17 87:22
93:11 154:11
176:2 183:2 238:6
246:3 249:17
252:8 266:18
268:20
**test** 124:15 125:7
151:14
**testified** 9:7
**testimony** 205:5
235:13 271:16
294:4,6,10 296:6,7
297:6,9,12
**teva** 6:2 7:14
130:9 131:21

132:21 133:19
136:10 140:12
**texas** 3:5 4:16
**thank** 13:18 50:12
50:17 52:1 55:2
62:6,8 63:18
101:1 102:1,15
103:5,12 104:6
122:9 127:9
140:14 163:6
173:9 175:5 207:7
207:22 219:16
292:14 293:11,16
293:17
**theoretically**
110:3 120:3
**therapeutics** 4:14
**therapies** 54:18
**therapy** 52:7
125:19
**thing** 22:10 53:1
72:4 106:15
126:20 155:9
188:9 202:22
215:18 239:1
244:17
**things** 9:19 11:14
11:19 12:5 15:1
20:8 22:2 47:6
70:2 80:3,7,15
82:10 85:11 89:9
97:15,18 104:21
108:3,4,17 111:9
123:1 127:16
129:10 131:19
139:9,12 144:18
155:13 157:12
159:1 173:6
175:21 177:12
192:19 201:19
220:22 222:9,19

239:5 243:10
248:9 250:12
256:8 266:22
272:3
**think** 14:3 22:1
24:6 28:11 29:16
29:22 30:14 31:22
39:20 48:21 52:12
52:16 53:17,20
59:9 70:22 71:3
71:15 73:13 74:20
77:6,8 79:1 80:15
81:2 87:7 90:2
99:5,6,7 102:17
111:16 115:19
116:21 117:3,5,17
117:20,21,22
118:1 119:2 130:4
133:22 138:1,1,12
140:5,15 142:2
143:20 151:20
156:19 170:12
183:1 198:7
204:19 205:2
207:8 208:15
221:10 223:9
228:8,11 229:1
233:19 235:10
243:1 244:2 248:8
255:7 258:19
262:2,4 268:17
270:5 272:16
278:8 283:22
285:12
**thinking** 84:14
255:14 274:21
**third** 147:3 227:6
227:7 245:11
287:9
**thirty** 295:16

**thomas** 3:3
**thornburg** 5:12
**thorough** 38:11
**thoroughly** 168:10
177:15 263:16
**thought** 39:16
168:9 203:18
204:22 205:8
226:4 253:14
258:14 274:16
**three** 4:7 15:18
28:5 33:7 101:9
102:3,4,19,20
112:13 113:9,22
114:1,2,3,3 199:21
200:22 241:11
291:22
**threshold** 34:16
39:2,3 234:13
**tie** 263:20
**time** 15:15 36:12
38:1 41:6 48:12
53:18,21 60:10
63:1 64:3 72:14
79:18 84:15
101:10,21 114:16
126:8 138:15
146:10 148:12
150:16 151:20
186:3,5,9 187:4,6
187:6 198:9,10
202:20 203:18
206:4 215:19
223:17,18 229:16
240:8 253:6
261:19 271:13
272:1 275:21
279:13 283:19
285:2 292:17
293:1,16

times  3:16,17
  51:17 64:11 84:3
  84:16 121:6 151:3
  154:12 157:13
  159:2 166:10
  180:10 182:15,17
  199:21 200:22
  202:10 270:18
  279:16 280:8
  286:3
tired  49:13
title  54:6 162:1
  222:7 278:21
  286:12
tobacco  162:14
today  10:9,14
  30:19 48:2 72:5
  132:20 223:18
  239:20 244:16
  248:19 249:13
  254:3 284:6
  289:21
told  18:2 21:5 23:6
  26:8 30:8,14 31:8
  32:3 221:13 257:7
  270:21 271:1,3,5
tolerance  56:5,13
tolerant  89:10
tom  12:21 24:3
  70:6 126:5 127:11
  127:11 172:6
  182:22 184:14
  185:1,5 230:7
  236:10,21 293:13
tomorrow  99:7
tool  125:21
tootin  234:17
top  54:16 100:9
  110:13 112:14
  195:21

topic  97:15 107:1
  108:1 119:10
  160:14 254:6
  255:20
topics  276:7
total  290:11
totality  166:9,11
totally  16:3 106:17
  134:7 142:15
  223:4 240:12
  256:15 267:4
tower  3:17
toxicology  122:19
track  79:6 122:2
train  205:7
trained  88:11
training  57:19
  58:15
transcribed  296:7
transcript  270:17
  295:10,11 296:5
  296:12 297:5,11
  297:17
transcription
  294:8
transfer  112:19
transition  114:16
translate  268:6
translates  267:18
  270:1
transparency
  228:10
transparent  229:2
transport  92:16
travel  41:18 42:1
  43:17
treat  77:17
treated  94:20
  113:21 154:4,7,8
  159:12

treating  113:3,4
  265:9
treatment  58:10
  59:17 61:10 68:18
  74:17 95:2 96:13
  134:5 154:3
  218:21
treats  154:2
trend  250:21
trends  250:3
trial  50:2 263:9
trials  190:21
tried  32:9 103:15
  156:10 178:18
tries  115:11
trivial  202:22
trouble  163:18
  165:17,20
troubled  153:3
  166:12
troubling  267:19
  268:9
true  104:5,5 112:3
  116:20 138:18
  145:16 152:1
  165:11,12 174:22
  178:12 183:9
  202:9,9 213:15
  234:11 271:18
  290:14 294:9
truly  198:8
trump  71:19 72:2
truth  9:5,6,6 233:5
  256:3
truthful  26:3
truthfully  184:10
try  9:18 11:6 16:7
  27:15 77:14 80:17
  85:3 86:10 103:3
  115:11 126:19
  127:4 135:14

149:5 160:19
  171:6 173:22
  184:8 189:13
  191:2 235:11
  246:10 249:16
  253:13,22 283:13
  284:16
trying  24:6 27:14
  27:21 28:16 42:10
  42:15,16,17 45:19
  50:3 61:9,12
  71:18 75:6 80:16
  81:6 93:9 94:4
  101:16 105:7
  113:18 128:10
  157:14 163:7
  170:15 171:14
  173:3 174:6
  177:11 180:8
  186:9 189:15
  191:1 204:13
  205:15 207:10
  220:20 221:21
  225:14 245:20,21
  245:22 254:14
  272:7 279:19
  292:11
turn  117:4 126:4
  144:2 145:4
  157:22 191:8,14
  267:2,3 281:13
turned  108:7,8
  147:17 281:14
turning  30:1 285:3
twelfth  4:19
twice  20:1 135:1
twisting  22:2
two  12:5 15:18
  18:2,3 21:8 26:7
  26:22 33:15 41:1
  41:1,2,20,22 44:12

44:13 66:9 67:18
68:12 74:11 80:7
82:10 97:13
102:19 112:13
153:13,15,16
156:2 158:14
159:4,5 188:13
209:17 237:8
254:4 255:15
284:5 292:1
**type** 221:22
**typically** 15:21
67:18 112:12
287:5

**u**

**u** 216:8
**u.s.** 78:8 220:4
**ullman** 5:15
**ultimate** 26:10
**unable** 177:5
287:15
**unacceptable**
236:17
**unapproved** 133:9
**unblind** 229:1
**uncalled** 236:22
**uncertain** 98:22
99:22
**unclear** 211:2
**uncomfortable**
229:16
**undergo** 96:11
**underlie** 283:6
**underlying** 74:13
265:12
**underneath** 145:5
**underpinnings**
259:12
**understand** 10:8
10:12 18:18 22:16
22:21 25:13 27:21

28:16 39:20 47:1
48:8 68:5 94:4
115:17 116:15
118:7 135:2
148:19 168:12
174:15 184:12
185:1 206:3,6
229:14 234:18
246:22 255:5
261:7 262:20
274:20 276:19
**understandably**
125:17 288:17
**understanding**
12:18 18:8 20:3
25:18 26:21 27:22
33:1 43:9 48:19
50:20 59:3 88:8
89:14 108:11
137:21 233:20
238:2 245:19
247:21 248:6
259:12 286:19
293:6
**understood** 19:19
255:10,11 287:3
**undertaken** 60:15
**underwood** 5:11
**undoubtedly**
214:8
**unexposed** 193:8
**unfortunate**
267:11
**unfortunately**
114:12 164:20
228:12 258:4
268:12 288:17
**unintentional**
260:3
**unique** 139:3
142:4 227:10

**unit** 52:9 87:13
**united** 1:1 78:2
115:21 124:20
140:3 248:18
**units** 8:10 55:10
144:16
**universal** 220:3,5
**university** 34:3,7
34:10,19,22 35:4,5
35:7,22 36:2,9,20
38:6 40:16
**unknown** 195:17
196:5
**unknowns** 196:8
**unlawful** 132:1
133:2
**unpaid** 232:12
**unresponsive**
178:14
**unsafe** 133:10
**unscrupulous**
66:12 76:8,9 79:7
**update** 37:7
**updates** 37:3
83:11
**ups** 97:17 199:2
**upsetting** 157:5
**uptake** 61:7
**uptick** 63:20 65:1
65:22
**usa** 132:22
**use** 32:2,3 52:7
54:17 55:22 58:9
64:16 65:3 66:15
66:19 71:6 72:8
72:15,20,20 74:21
76:2 94:7 97:11
111:11 116:4
119:8 124:15
125:10,16,16,18
125:18 128:7,8

133:8 134:4
150:19 159:16,16
162:13 179:7
181:22 218:22
225:20,20 239:16
244:8 249:12
250:22 251:11
269:1,15 275:4
284:2
**useful** 69:8
**uses** 133:10 136:7
136:11
**usual** 258:4
**usually** 93:11
190:21
**utero** 7:18 82:18
98:4 155:4 161:18
162:7,11,16 164:9
177:7,9 206:20
270:14 274:8
**utilized** 124:19,19
204:1 205:3 236:3

**v**

**v** 1:8,9,11 295:1
296:3 297:3
**vacation** 223:19
**vaccinations**
110:10
**vague** 42:17 68:2
113:17 173:4
**valid** 77:20
**validate** 177:6
**valuable** 258:15
**variables** 97:2
155:7
**variably** 110:1,17
**variation** 8:9 61:9
**varies** 194:21
**variety** 18:22 79:5
86:20 90:4 283:2

various  20:8,14,18
    139:22
variously  241:3
vast  33:4
venezia  3:15
veritext  11:9
    295:1,7 298:1
veritext.com.
    295:15
version  192:7
versus  85:7 92:5
    171:18 175:10
    188:12
video  9:21 230:8
view  47:19 180:7
    194:22 227:17
    263:19 270:7
violence  97:10
    106:2
virginia  130:11,20
    131:16
virtually  67:3
    136:18
virtue  59:9
visit  162:13
volume  8:5 216:8
    216:19,20
volumetric  222:1
vulnerabilities
    209:1
vulnerable  114:21
    115:5,6 116:5,6,13
    117:9 119:5
    138:20,22 169:13
    201:12 217:15
    251:22 283:12

**w**

w  6:9
wacker  6:9
wait  23:18 175:3
    209:15

waived  295:17
wake  126:12
walerstein  3:15,18
walk  76:10 282:7
walmart  6:7
wandered  105:8
want  16:1 24:8,9
    33:16 50:4,5,6
    52:15 81:18 86:15
    94:12 95:21 96:5
    96:7,10,12 98:7
    100:12 118:22
    126:4 127:22
    131:18 138:2
    157:13 163:9
    172:9 173:17
    184:14 215:17
    221:4 222:22
    229:14 230:4
    233:5 247:12
    258:7 260:17
    262:19 283:22
wanted  62:10
    215:19 229:13
    260:1,2,18
wants  153:22
warrants  67:5
    244:9
warrington  5:20
washington  1:16
    2:8 3:20 4:19 5:16
    130:12,16,18
    141:14,19
way  16:3 26:2
    38:12 49:1,10
    51:3 58:7 76:13
    77:2,22 88:16
    119:9 125:15
    141:6 146:8 150:1
    157:11 175:8
    179:7 183:20,22

185:12 188:19,21
    189:21 203:13
    205:13 215:4,4,15
    215:15 228:7
    237:15 253:6,18
    258:20 261:10
    268:21 270:19,21
    275:8 292:19
    293:2,9
wayne  5:13
ways  59:20 86:20
    119:18 154:8
    156:7 253:14
    254:2 266:2
    282:21
wc.com  4:20
we've  225:22
    272:11
website  8:16 14:10
    227:4 239:2,3
    240:3,7
week  11:16 46:7
    113:10
weeks  113:6,9
    289:6
weight  228:4,8
went  32:20 257:21
west  5:5
wheelhouse  77:10
    138:9,12
whoa  236:10,10
    236:10
widely  124:22
wife  96:8 260:2
williams  4:18
willing  15:19
    16:11 188:20
    243:16
winson  3:12
wish  78:1,3 186:5
    270:16

withdraw  81:18
    84:22 95:17 237:2
withdrawal  56:5
    56:13 85:13 96:11
    154:5 167:14
    168:2
withdrawing
    67:21 82:5 83:4
withdraws  95:14
    95:15
witness  13:1 15:6
    16:7 17:15 18:11
    19:6,16 20:10,17
    21:1 22:1 26:1
    27:2 28:11 29:16
    30:12 32:19 35:12
    36:5 37:1,12 38:3
    38:21 39:14 40:10
    41:1,22 42:22
    43:12 46:14 47:1
    47:14 49:6,10,14
    51:3 52:5 53:4,14
    55:2,17 56:8,21
    57:7 58:4 60:2
    61:17,20 62:2,6,8
    62:22 63:13 64:2
    65:3,11 66:3 67:2
    68:11 69:7 71:3
    71:14 72:11 73:1
    73:10,22 74:8
    75:2,9,19 76:5,19
    77:6 79:1 80:1,22
    81:12 85:22 86:19
    87:10,19 88:10
    89:8 90:2 91:1,15
    91:18,21 92:12,16
    93:9,20 94:7,15,19
    96:2 98:12 99:4
    102:15 104:20
    105:21 106:14
    107:19 108:14

**[witness - years]** Page 50

| | | | |
|---|---|---|---|
| 109:6,8,18 111:6 | 237:3,5 238:1 | 109:3 118:4 120:2 | **written** 54:8 55:14 |
| 114:10 115:2,8 | 239:3 241:15,18 | 226:21 249:10,11 | 65:15,17 68:21 |
| 116:2,17 117:2 | 242:20 246:9,22 | 258:20,20 260:13 | 73:8 74:9,22 |
| 118:16 119:7 | 249:3 256:5,12,22 | 275:17 | 75:15 76:16 78:19 |
| 120:14,20 122:8 | 258:17 259:19 | **wording** 254:13 | 139:2 153:21 |
| 123:8,18 124:10 | 261:4,16 262:8 | **words** 43:1 65:21 | 253:18 259:16 |
| 124:17 125:3 | 266:11 267:21 | 111:11 135:14 | 260:19 281:8 |
| 126:13 127:2,7 | 268:12 270:5 | 146:4 184:1 191:5 | **wrong** 137:22 |
| 128:7,22 129:8,21 | 271:6,8,20 273:10 | **work** 9:17 11:8 | 138:4,5 |
| 130:15 131:5,8,11 | 274:10 276:6,18 | 28:17 33:9,21 | **wrote** 45:15 102:7 |
| 134:19 136:6 | 278:16,18 282:12 | 60:8,9 61:8 69:16 | 144:20 145:9 |
| 139:14 140:8,15 | 283:15 294:4,6,10 | 84:7 119:14 | 158:13,17 202:3 |
| 140:19 141:18 | 295:8,10 296:1,4 | 144:21 213:19 | 203:18 237:12 |
| 142:13,22 143:11 | 296:11 297:1,4,15 | 223:12,16 224:5 | 261:2 |
| 143:19 144:6 | **witnesses** 172:17 | 224:12,14 227:20 | **y** |
| 145:1,18 146:7,18 | **witness'** 295:13 | 228:1 234:12 | |
| 149:1,21 152:3 | **woman** 66:15,21 | 240:17,19 268:7 | **y** 216:8 |
| 153:6,15 155:2,19 | 67:4 68:6 81:18 | 275:22 277:14,18 | **yeah** 37:10 49:6 |
| 157:4 158:6 | 82:6 83:15,17,20 | 277:21 | 100:14 107:19 |
| 160:13 161:8 | 85:1,19 86:6 | **worked** 15:12 16:4 | 143:19 146:7 |
| 165:9,19 166:4,18 | 91:17 104:13 | 57:15,17,21 | 157:4 160:2 |
| 168:17 170:7 | 105:11 220:6,7 | **working** 17:4 21:6 | 171:17 179:12 |
| 171:17 172:22 | **womb** 208:16 | 21:14,17 28:18,22 | 194:4,5,12 212:8 |
| 173:9,17 175:13 | **women** 55:22 60:7 | 33:17,18 37:19 | 213:11 227:1 |
| 179:16 180:5 | 65:4 67:3,8,14,15 | 82:22 223:8,14 | 242:13 244:2 |
| 181:3 183:20 | 68:13 73:11,17 | **world** 106:16,17 | 257:21 258:1 |
| 184:17 185:4,22 | 74:5,8,10,12,15 | 108:7 141:15,21 | 261:4 264:18 |
| 186:13 187:17 | 78:5,11,15,20 | 164:20 203:7 | 265:19 270:3 |
| 188:6 190:7 192:1 | 81:15 82:13 84:8 | 212:13 | 271:17 280:22 |
| 193:18 195:5 | 87:16,20 90:13,15 | **worried** 22:19 | 289:5 |
| 197:5 200:11 | 90:17,20 91:2,6 | **worry** 22:17 | **year** 7:17 36:9 |
| 202:8 204:19 | 97:16 123:9 | **worse** 174:11,15 | 37:14,16,18,20 |
| 205:20 206:4 | 134:20 135:9,19 | 174:16 | 66:8 112:10 113:6 |
| 208:11 210:3 | 136:2,22 137:15 | **wound** 81:3 | 145:21 161:17,17 |
| 212:8 214:7,22 | 138:7,18 155:10 | **write** 186:9 235:20 | 249:4 |
| 219:16 221:7,9,13 | 188:11,12 196:19 | 236:5 237:14 | **year's** 80:14 |
| 221:14 224:14 | 197:3,8 201:6 | 253:7 261:6 287:5 | **years** 15:18 59:18 |
| 225:7 226:4,7,11 | 250:4,22 251:13 | **writing** 65:18 | 72:9 74:3 112:13 |
| 226:13 228:6 | 283:6 | 78:14 79:9 85:9 | 113:21,22 114:1,1 |
| 230:14 232:6 | **word** 13:13,13 | 146:13 290:8 | 114:2,3,3 193:11 |
| 233:5,6,9 235:8,15 | 15:7 29:22 107:20 | | 225:9 250:2 277:9 |
| | | | 280:2 |

| | |
|---|---|
| **yeoh** | 285:15 |
| **york** | 3:17,17 5:5,5 |
| **young** | 268:19 |
| **younger** | 285:11 |

| **z** |
|---|

| | |
|---|---|
| **zoom** | 1:15 2:1 |
| | 9:13 62:8 69:17 |
| | 81:1 109:1 132:16 |
| | 189:16 215:18 |
| | 257:12 268:1 |
| | 274:16 276:7 |
| **zygote** | 292:18 |
| | 293:3 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.