# EXHIBIT A

# THE BILEK LAW FIRM, L.L.P.
## ATTORNEYS AT LAW

BANK OF AMERICA BLDG.  
700 LOUISIANA, SUITE 3950  
HOUSTON, TEXAS 77002-2859

THOMAS E. BILEK  
tbilek@bileklaw.com  
(713) 227-7720

September 17, 2020

## VIA ELECTRONIC MAIL

Lewis P. Rubin, M.D.  
c/o Houman Ehsan  
O'Melveny & Myers LLP  
400 South Hope Street, 18th Floor  
Los Angeles, California  90071

Dr. Rubin:

    I will like to repeat again the heartfelt apology that I made to you at your recent deposition. And, I will also like to thank you for accepting that apology when I made it.

    I have never lost my temper with, nor attempted to insult personally, a witness during a deposition. And, it was not my intention that day. Regardless, I used very bad judgment in making an analogy to your conduct as a witness that was inflammatory.

    I have spent this morning doing necessary reflection and reading on the topic of the extreme care we all must take in invoking the horrors perpetrated by the Nazi party of Germany in the 1930s and 40s, and the resultant genocide of the Jewish peoples of Europe. I find Elie Wiesel's instruction most helpful: " I never compare anything to the Holocaust."

    It is important that peoples of conscience not in any way diminish the atrocities of the Holocaust by comparing the actions leading to it or the result of to anything other than a genocide. I obviously feel very strongly about my obligations to the NAS Guardians and to the NAS-diagnosed children they care for, as well as the absolute necessity for the elevated and additional medical monitoring and surveillance of those children. Regardless, what I said did not make me a better advocate, and I am embarrassed by having made such an inappropriate response to your testimony.

    Again, let me repeat my unequivocal apology, assure you that I have learned my lesson, and thank you in advance for your kindness in accepting my apology, both then and now.

Kind regards,

Thomas E. Bilek

TEB/llm