UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | |
| "*Track One B*" | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

**WALGREENS' WITNESS LIST**

Defendant Walgreen Co. ("Walgreens") hereby discloses the following witnesses whom it may call to testify at trial. Walgreens separately joins the Pharmacy Defendants' Joint Witness List and reserves the right to offer the testimony of the witnesses listed there.

Walgreens specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Walgreens further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. Walgreens reserves the right to call any of these witnesses in its case in chief. Walgreens further incorporates all reservations in the Pharmacy Defendants' Joint Witness list.

In addition to the witnesses identified below, Walgreens may call to testify at trial live or by deposition any witness identified on any other party's witness list, including witness lists provided by Plaintiffs and other Defendants, including any party that settles, is severed, or is dismissed.

A. **Expert Witnesses**

1. <u>Gregory Anderson</u>, Consultant.

    <u>Areas of Testimony:</u> Mr. Anderson is expected to testify about the subject matter of his expert report.

2. <u>Laurence C. Baker, Ph.D.</u>, Professor of Health Research and Policy; Chair, Department of Health Research and Policy, Stanford University School of Medicine.

    <u>Areas of Testimony:</u> Professor Baker is expected to testify about the subject matter of his expert report.

3. <u>Robert L. Brunner</u>, Vice President, Charles Rivers Associates.

    <u>Areas of Testimony:</u> Mr. Brunner is expected to testify about the subject matter of his expert report.

4. <u>Robert M. Parrado, BPharm., R.Ph.</u>, President & CEO, Parrado Pharmacy Consultants, Inc.

    <u>Areas of Testimony:</u> Mr. Parrado is expected to testify about the subject matter of his expert report.

B. **Fact Witnesses**

1. <u>Deborah Bish</u>, Walgreens – Function Manager.[1]

    <u>Areas of Testimony:</u> Ms. Bish is expected to testify concerning her duties, responsibilities, and experiences at the Perrysburg Distribution Center.

2. <u>Nathan Goik</u>, Walgreens – Pharmacist.

---

[1] Ms. Bish is a former employee who will testify by deposition.

> Areas of Testimony: Mr. Goik is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

3. Justin Joseph, Walgreens – General Manager II.

   > Areas of Testimony: Mr. Joseph is expected to testify concerning his duties, responsibilities, and experiences at the Perrysburg Distribution Center.

4. Steve Kneller, Walgreens – General Manager.

   > Areas of Testimony: Mr. Kneller is expected to testify concerning his duties, responsibilities, and experiences at the Perrysburg Distribution Center.

5. Debra Lieske, Walgreens – Pharmacy Manager.

   > Areas of Testimony: Ms. Lieske is expected to testify concerning her duties, responsibilities, and experiences a pharmacist and pharmacy manager.

6. Natalie Pancoe, Walgreens – Pharmacist.

   > Areas of Testimony: Ms. Pancoe is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

7. Natasha Polster, Walgreens - Vice President of Pharmacy Quality, Compliance, and Patient Safety.

   > Areas of Testimony: Ms. Polster is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist,

       pharmacy manager, Vice President of Pharmacy Quality,

       Compliance, and Patient Safety, and other roles at Walgreens.

8. <u>Jaime Whited</u>, Walgreens – Area Healthcare Specialist.

       <u>Areas of Testimony:</u> Mr. Whited is expected to testify concerning his duties, responsibilities, and experiences as an Area healthcare supervisor, pharmacist, and pharmacy manager.

9. <u>Laurie Zaccaro</u>, Walgreens – Asset Protection Manager.

       <u>Areas of Testimony:</u> Ms. Zaccaro is expected to testify concerning her duties, responsibilities, and experiences as an Asset Protection Manager.

10. <u>Claire Brennan</u>, DEA Section Chief.[2]

       Areas of Testimony: DEA's investigations of Walgreens distribution centers.

11. <u>Dr. Brendan Astley</u>.[3]

       Areas of Testimony: Dr. Astley is expected to testify concerning matters related to his background, employment, experiences, including the prescribing of opioid medications, and the claims in this litigation.

12. <u>Dr. Teresa Dews</u>.

       Areas of Testimony: Dr. Dews is expected to testify concerning matters related to her background, employment, experiences,

---

[2] This testimony at trial will likely be by deposition.
[3] Walgreens has not had contact with Drs. Astley, Dews, Grantham, Hass, Keppler, or Warren in connection with this case.

    including the prescribing of opioid medications, and the claims in this litigation.

13.  <u>Dr. Anne Grantham</u>.

    Areas of Testimony: Dr. Grantham is expected to testify concerning matters related to her background, employment, experiences, including the prescribing of opioid medications, and the claims in this litigation.

14.  <u>Dr. Andrew Hass, Jr</u>.

    Areas of Testimony: Dr. Hass is expected to testify concerning matters related to his background, employment, experiences, including the prescribing of opioid medications, and the claims in this litigation.

15.  <u>Dr. Louis Keppler</u>.

    Areas of Testimony: Dr. Keppler is expected to testify concerning matters related to his background, employment, experiences, including the prescribing of opioid medications, and the claims in this litigation.

16.  <u>Dr. Van Warren</u>.

    Areas of Testimony: Dr. Warren is expected to testify concerning matters related to his background, employment, experiences, including the prescribing of opioid medications, and the claims in this litigation.

Dated: September 21, 2020             Respectfully submitted,

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: brian.swanson@bartlitbeck.com
Email: kate.swift@bartlitbeck.com
Email: sharon.desh@bartlitbeck.com
Email: sten.jernudd@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com

*Counsel for Walgreen Co.*

## CERTIFICATE OF SERVICE

I hereby certify that, this 21st day of September 2020, the foregoing was served via CM/ECF to all counsel of record.

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr

*Counsel for Walgreen Co.*