**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** *Track One-B Cases* | Judge Dan A. Polster |

## CVS INDIANA, L.L.C. AND CVS Rx SERVICES, INC.'S WITNESS LIST

Pursuant to the Revised Track One-B Civil Jury Trial Order, Dkt. No. 3308, CVS Indiana, L.L.C. and CVS Rx Services, Inc. (collectively "CVS"), hereby disclose the following witnesses who may testify at trial, either live or by designation, on their behalf.[1]

In serving this witness list, CVS specifically reserves the right to amend, supplement, or otherwise modify these disclosures, including if new or modified information is provided at any point.  CVS also reserves the right to supplement and/or amend its list as the result of ongoing depositions in this action.  CVS further reserves the right to supplement and/or amend its list with any witness identified on any party's witness lists, including Plaintiffs' lists, as well as any party who later settles or is severed or dismissed.  CVS further reserves the right to conduct a direct examination of any witness called by a Plaintiff and/or to call additional witnesses not identified on this list, either live or by designation, that are submitted as part of current or future witness lists and/or deposition designations by any other party.  CVS further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions and to call additional witnesses, either live or by designation, to rebut Plaintiffs' case.

---

[1] CVS separately joins Defendants' Joint Trial Witness List and reserves the right to offer the testimony of the witnesses listed there.

## **WITNESSES**[2, 3]

**A.     Expert Witnesses**

1.     William Choi – Managing Director, AlixPartners, LLC.  Dr. Choi is expected to testify about the subject matter of his expert report and on matters concerning his knowledge, skill, experience, education, and training.

2.     Craig Garthwaite – Professor, Kellogg School of Management, Northwestern University.  Dr. Garthwaite is expected to testify about the subject matter of his expert report and on matters concerning his knowledge, skill, experience, education, and training.

3.     Robert Hill – Independent Consultant; DEA (former).  Mr. Hill is expected to testify about the subject matter of his expert report and on matters concerning his knowledge, skill, experience, education, and training.

4.     Sonya Kwon – Senior Managing Director, Ankura Consulting Group, Complex Data and Statistical Analysis Practice.  Ms. Kwon is expected to testify about the subject matter of her report and on matters concerning her knowledge, skill, experience, education, and training.

**B.     Fact Witnesses**

1.     Christa Altobelli – Pharmacist and District Leader.  Ms. Altobelli is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

---

[2] Unless specifically noted, CVS reserves the right to call any witness live at trial.  CVS additionally reserves the right to present the deposition testimony of any witness listed herein, where permitted by any applicable rules, orders of the Court, or agreement of the parties.

[3] By including former employees on this witness list, CVS does not admit or otherwise concede each such potential witness is under CVS's control.  Nor does CVS admit or concede that it is able to require former employees to appear for trial in this case, by subpoena or otherwise.

2. <u>Brendan Astley, M.D.</u>[+] – Dr. Astley is expected to testify concerning matters related to his background; employment; experiences, including the prescribing of opioid medications; and the claims in this litigation.

3. <u>Kelly Baker</u>[*] – SOM Analyst (former).  Mr. Baker is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

4. <u>Aaron Burtner</u>* – SOM Manager/Analyst (former).  Mr. Burtner is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

5. <u>Julie Deal</u> – Pharmacy Manager.  Ms. Deal is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

6. <u>Teresa Dews, M.D.</u>[+] – Dr. Dews is expected to testify concerning matters related to her background; employment; experiences, including the prescribing of opioid medications; and the claims in this litigation.

7. <u>Anne Grantham, M.D.</u>[+] – Dr. Grantham is expected to testify concerning matters related to her background; employment; experiences, including the prescribing of opioid medications; and the claims in this litigation.

8. <u>Andrew Haas, Jr., M.D.</u>[+] – Dr. Haas is expected to testify concerning matters related to his background; employment; experiences, including the prescribing of opioid medications; and the claims in this litigation.

---

[+] Witnesses with a + are third parties with whom CVS has had no contact in connection with this case.
[*] Witnesses with an * are individuals for whom CVS previously affirmatively designated testimony.

9. <u>Nicole Harrington</u> – Senior Director, Pharmacy Services. Ms. Harrington is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

10. <u>Shauna Helfrich</u> – SOM Analyst. Ms. Helfrich is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

11. <u>Pamela Hinkle</u> – Senior Manager, Logistics Compliance. Ms. Hinkle is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

12. <u>Louis Keppler, M.D.</u>[+] – Dr. Keppler is expected to testify concerning matters related to his background; employment; experiences, including the prescribing of opioid medications; and the claims in this litigation.

13. <u>Annette Lamoureux</u> – SOM Manager, Regulatory Compliance Logistics Planning. Ms. Lamoureux is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

14. <u>Gary Millikan</u>* – Operations/Production Manager, Indianapolis Distribution Center (former). Mr. Millikan is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

15. <u>John Mortelliti</u> – Director, Loss Prevention. Mr. Mortelliti is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

16. <u>Mark Nicastro</u>* – Director, Indianapolis Distribution Center (former). Mr. Nicastro is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

17. <u>Yasmin Parker</u> – Pharmacist. Ms. Parker is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

18. <u>John Robinson</u> – Director, Asset Protection. Mr. Robinson is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

19. <u>Dean Vanelli</u> – Senior Director, Outbound Transportation. Mr. Vanelli is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

20. <u>Van Warren, M.D.</u>[+] – Dr. Warren is expected to testify concerning matters related to his background; employment; experiences, including the prescribing of opioid medications; and the claims in this litigation.

Date: September 21, 2020  Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-4106
edelinsky@zuckerman.com
smiller@zuckerman.com
gbush@zuckerman.com

*Counsel for CVS Indiana, L.L.C., and CVS Rx Services, Inc.*

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2020, the foregoing was served via the Court's ECF system to all counsel of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky