# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Track 1B Cases* | MDL NO. 2804<br><br>Civ. No. 1:17-md-02804-DAP<br><br>JUDGE POLSTER |

## PHARMACY DEFENDANTS' JOINT WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26 and this Court's Revised Track One-B Civil Jury Trial Order (Dkt. No. 3308), the Pharmacy Defendants listed below hereby disclose the following witnesses who may testify at trial on their behalf.[1]  This joint defense witness list is made on behalf of the following Pharmacy Defendants:  CVS Indiana, LLC and CVS Rx Services, Inc.; Discount Drug Mart, Inc.; Giant Eagle, Inc., and HBC Service Company; Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center; Walgreen Co.; Walmart Inc. This joint defense witness list is in addition to those witnesses identified on the named Pharmacy

---

[1] Pharmacy Defendants serve this joint list for purposes of efficiency and to avoid burdening the Court with overlapping or potentially duplicative witness lists. Inclusion of any particular witness, including expert witnesses, on this list does not indicate that every Pharmacy Defendant intends to individually offer that listed witness.  Expert witnesses and fact witnesses marked with an asterisk are those for whom Pharmacy Defendants have designated video deposition testimony, although Pharmacy Defendants reserve the right to call any such expert or fact witnesses live at trial.

Defendants' Individual Witness Lists and in addition to witnesses that may be played as part of these Pharmacy Defendants' videotaped designations or counter-designations.

In serving this joint witness list, Pharmacy Defendants specifically reserve the right to amend, supplement, or otherwise modify these disclosures, including if new or modified information is provided at any point.  Pharmacy Defendants reserve the right to supplement and/or amend this witness list as the result of ongoing depositions in this action.  Pharmacy Defendants also reserve the right to supplement and/or to amend this list with any witnesses identified on any party's witness lists, including witness lists provided by Plaintiffs and individual Defendants, and including any party who later settles or is severed or dismissed. Pharmacy Defendants further reserve the right to conduct a direct examination of any witness called by a Plaintiff and/or to call additional witnesses not identified on this list, either live or by designation, that are submitted as part of current or future lists and/or deposition designations by any other party.  Pharmacy Defendants reserve the right to call any of these witnesses and any of Plaintiffs' 30(b)(6) witnesses whose testimony is designated as live witnesses in their case in chief.  Pharmacy Defendants further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions and to call additional witnesses, either live or by designation, to rebut Plaintiffs' case.

A.   **Expert Witnesses**

1.   Gregory K. Bell Ph.D., M.B.A., Group Vice President and Life Sciences Practice Leader, Charles River Associates.

Areas of Testimony:  Dr. Bell is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

2. <u>Matt Bialecki CPA, CFF, CGMA</u>, Managing Director of Alvarez & Marsal Disputes and Investigations, LLC.

> <u>Areas of Testimony</u>:  Mr. Bialecki is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

3. <u>Sheldon Bradshaw</u>, Partner, King & Spaulding LLP; Chief Counsel, FDA (former).

> <u>Areas of Testimony</u>: Mr. Bradshaw is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

4. <u>Larry N. Holifield</u>, Co-Founder and Director Corporate Integrity Services LLC.

> <u>Areas of Testimony</u>:  Mr. Holifield is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

5. <u>David A. Kessler, M.D.</u>,* Senior Advisor, TPG Capital.

> <u>Areas of Testimony</u>:  Dr. Kessler is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

6.      <u>Anna Lembke, M.D.</u>,* Associate Professor; Chief of the Addiction

Medicine Dual Diagnosis Clinic; Medical Director of Addiction Medicine;

and Program Director of the Addiction Fellowship in the Department of

Psychiatry and Behavioral Sciences, Stanford University School of

Medicine.

<u>Areas of Testimony</u>:  Dr. Lembke is expected to testify about the

opinions detailed in her expert report and on matters concerning

her knowledge, skill, experience, education, and training.

7.      <u>Kevin Murphy, Ph.D.</u>, George J. Stigler Distinguished Service Professor

of Economics in the Department of Economics and Booth School of

Business at The University of Chicago.

<u>Areas of Testimony</u>:  Dr. Murphy is expected to testify about the

opinions detailed in his expert report and on matters concerning his

knowledge, skill, experience, education, and training.

8.      <u>Meredith B. Rosenthal, Ph.D.</u>,* C. Boyden Gray Professor of Health

Economics and Policy, Harvard T.H. Chan School of Public Health.

<u>Areas of Testimony</u>:  Dr. Rosenthal is expected to testify about the

opinions detailed in her expert report and on matters concerning

her knowledge, skill, experience, education, and training.

9.      <u>Edgar Ross</u>, Director of the Pain Management Fellowship Program,

Brigham and Women's Hospital.

Areas of Testimony:  Dr. Ross is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

10.   Mark Schumacher, MD, PhD,* Professor, Pain Medicine Division Chief, Department of Anesthesia and Perioperative Care, University of California, San Francisco.

Areas of Testimony:  Dr. Schumacher is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

**B.   Fact Witnesses**

1.   Demetra Ashley,* Former Acting Assistant Administrator to the Diversion Control Center.

Areas of Testimony:  Ms. Ashley is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as the Former Acting Assistant Administrator to the Diversion Control Center, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

2.   Hylton Baker, Captain, Sheriff's Department, Summit County, Former Commander of Summit County Drug Unit.

Areas of Testimony:  Mr. Baker is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as a Sheriff's Department Police Officer and as a Former

Commander of Summit County Drug Unit, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

3.   <u>Lori Baker-Stella</u>, Detective, Summit County Sheriff's Office Drug Unit & Task Force Officer, DEA.

<u>Areas of Testimony</u>:  Ms. Baker-Stella is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Detective, Summit County Sheriff's Office Drug Unit and Task Force Officer, DEA, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

4.   <u>Shane Barker</u>, Captain, Sheriff's Office, Summit County.

<u>Areas of Testimony</u>:  Mr. Barker is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Captain, Sheriff's Office, Summit County, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

5.   <u>Julie Barnes</u>, Executive Director of Children's Services, Summit County.

<u>Areas of Testimony</u>:  Ms. Barnes is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities

as Executive Director of Children's Services, Summit County, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

6. <u>Demir Bingol</u>,* Former Senior Product Director, Endo Pharmaceuticals.

<u>Areas of Testimony</u>:  Mr. Bingol is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his former duties and responsibilities as Senior Product Director at Endo Pharmaceuticals, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

7. <u>Gary Brack</u>, MetroHealth's Interim Director of Ambulatory Care at Cuyahoga County Jail.

<u>Areas of Testimony</u>:  Mr. Brack is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Interim Director of Ambulatory Care at Cuyahoga County Jail, and/or related to his previous relevant employment.

8. <u>Vince Caraffi</u>, Supervisor at Cuyahoga County Board of Health; Former Chair of Cuyahoga County Opiate Task Force.

<u>Areas of Testimony</u>:  Mr. Caraffi is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Supervisor at Cuyahoga County Board of Health and as the

Former Chair of Cuyahoga County Opiate Task Force, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

9.   <u>Brandy Carney</u>, Chief Public Safety and Justice Officer, Cuyahoga County.

> <u>Areas of Testimony</u>: Ms. Carney is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Chief Public Safety and Justice Officer, Cuyahoga County, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

10.  <u>Margaret Carr</u>,* Director of Employee Benefits for Summit County.

> <u>Areas of Testimony</u>: Ms. Can is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as the Director of Employee Benefits for Summit County, her previous employment, the topics for which she was designated as a 30(b)(6) witness, and/or related to her previous deposition testimony in this action.

11.  <u>Jerry Craig</u>, Executive Director Summit County ADAMHS Board.

> <u>Areas of Testimony</u>: Mr. Craig is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities

as Executive Director of the Summit County ADAMHS Board, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

12.     <u>Christina Delos Reyes</u>, Former Chief Clinical Officer of Alcohol & Drug Addiction Services Board (ADAMHS), Cuyahoga County.

<u>Areas of Testimony</u>:  Ms. Delos Reyes is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her former duties and responsibilities as Chief Clinical Officer of Alcohol & Drug Addiction Services Board (ADAMHS), Cuyahoga County, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

13.     <u>William Denihan</u>, Former Chief Executive Officer, ADAMHS Board of Cuyahoga County.

<u>Areas of Testimony</u>:  Mr. Denihan is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his former duties and responsibilities as Chief Executive Officer, ADAMHS Board of Cuyahoga County, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

14.     <u>James Doroz</u>,* Director, Business Intelligence, Insys Therapeutics.

Areas of Testimony: Mr. Doroz is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Director, Business Intelligence at Insys Therapeutics, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

15. Chad Garner,* Director of OARRS for the Ohio Board of Pharmacy.

Areas of Testimony: Mr. Garner is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Director of OARRS for the Ohio Board of Pharmacy, related to OARRS data and its uses, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

16. Donald Gerome, Captain, Sheriff's Department, Cuyahoga County.

Areas of Testimony: Mr. Gerome is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his former duties and responsibilities as Captain, Sheriff's Department, Cuyahoga County, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

17. Brad Gessner, Chief Assistant Prosecutor, Criminal Division, Summit County.

Areas of Testimony:  Mr. Gessner is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Chief Assistant Prosecutor (Criminal Division), Summit County, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

18.    Thomas Gilson,* Chief Medical Examiner, Cuyahoga County.

Areas of Testimony:  Mr. Gilson is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Chief Medical Examiner for Cuyahoga County, his previous relevant employment, the topics for which he was designated as a 30(b)(6) witness, and/or related to his previous deposition testimony in this action.

19.    Merle Gordon, Director of the Cleveland Department of Public Health.

Areas of Testimony:  Ms. Gordon is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Director of the Cleveland Department of Public Health, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

20.    Eric Griffin,* the Director of Compliance and Enforcement for the Ohio State Board of Pharmacy.

11

Areas of Testimony:  Mr. Griffin is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Director of Compliance and Enforcement for the Ohio State Board of Pharmacy, related to Ohio Board of Pharmacy regulations and investigations as applied to prescribers and pharmacists, and/or related to his previous deposition testimony in this action.

21.     Gary Guenther,* Chief Investigator, Summit County Medical Examiner's Office.

Areas of Testimony:  Mr. Guenther is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Chief Investigator with the Summit County Medical Examiner's Office, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

22.     James Gutierrez,* Assistant Prosecutor of Cuyahoga County Prosecutor's Office.

Areas of Testimony:  Mr. Gutierrez is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Assistant Prosecutor of Cuyahoga County Prosecutor's Office, his previous relevant employment, the topics

12

for which he was designated as a 30(b)(6) witness, and/or related to his previous deposition testimony in this action.

23. <u>David Haddox</u>,* Former Vice President of Health Policy, Purdue Pharmaceuticals.

> <u>Areas of Testimony</u>:  Mr. Haddox is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as a Vice President of Health Policy, and/or related to his previous deposition testimony in this action.

24. <u>Gregory Hall</u>, Cuyahoga County Board of Health Board Member.

> <u>Areas of Testimony</u>:  Mr. Hall is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as a Board Member on the Cuyahoga County Board of Health, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

25. <u>Orman Hall</u>, Executive Director of the Fairfield County ADAMHS Board, Former Chair of Governor's Opiate Action Team.

> <u>Areas of Testimony</u>:  Mr. Hall is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Director of the ADAMHS Board, Former Chair of the

Governor's Opiate Action Team, and/or related to his previous relevant employment.

26.     Stacy Harper-Avilla,* Section Chief on Quotas, DEA.

Areas of Testimony:  Ms. Harper-Avilla is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Section Chief on Quotas at DEA, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

27.     June Howard,* Chief, Targeting and Analysis Unit, DEA.

Areas of Testimony:  Ms. Howard is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Chief, Targeting and Analysis Unit, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

28.     Mark Hurst, Director of the Ohio Department of Mental Health and Addiction Services.

Areas of Testimony:  Mr. Hurst is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Director of the State Department of Mental Health and

14

Addiction Services, and/or related to his previous relevant
employment.

29.     Ronald Jackson,* Former National Sales Director & Former Regional
Director, Endo Pharmaceuticals.

> Areas of Testimony:  Mr. Jackson is expected to testify concerning
> matters related to the claims and defenses in this action, including
> but not limited to matters related to his former duties and
> responsibilities as National Sales Director and Regional Director at
> Endo Pharmaceuticals, his previous relevant employment, the
> topics for which he was designated as a 30(b)(6) witness, and/or
> his previous deposition testimony in this action.

30.     Greta Johnson,* Assistant Chief of Staff, Summit County Executive's
Office.

> Areas of Testimony:  Ms. Johnson is expected to testify concerning
> matters related to the claims and defenses in this action, including
> but not limited to matters related to her duties and responsibilities
> as the Assistant Chief of Staff, Summit County Executive Offices,
> her previous relevant employment, the topics for which she was
> designated as a 30(b)(6) witness, and/or related to her previous
> deposition testimony in this action.

31.     Robert Kaiko,* Former VP, Worldwide Clinical Research & VP, R&D
Portfolio, Purdue Pharmaceuticals.

15

Areas of Testimony:  Mr. Kaiko is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his former duties and responsibilities as VP, Worldwide Clinical Research at Purdue Pharmaceuticals, his duties and responsibilities as VP, R&D Portfolio at Purdue Pharmaceuticals, his previous relevant employment, and/or related to his previous deposition testimony in this action.

32.     Claire Kaspar, Forensic Toxicologist at the Cuyahoga County Medical Examiner's Office.

Areas of Testimony:  Ms. Kasper is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Forensic Toxicologist at the Cuyahoga County Medical Examiner's Office, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

33.     Maggie Keenan, Director of the Cuyahoga Office of Budget and Management.

Areas of Testimony:  Ms. Keenan is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Director of the Cuyahoga Office of Budget and Management, her previous relevant employment, the topics for which she was

designated as a 30(b)(6) witness, and/or related to her previous deposition testimony in this action.

34.　Lisa Kohler, Chief Medical Examiner, Summit County.

Areas of Testimony:  Ms. Kohler is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Chief Medical Examiner of Summit County, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

35.　Donald Kyle,* Vice President, Discovery Research & Non-Clinical Sciences, Purdue Pharmaceuticals.

Areas of Testimony:  Mr. Kyle is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Vice President, Discovery Research & Non-Clinical Sciences, Purdue Pharmaceuticals, his previous relevant employment, the topics for which he was designated as a 30(b)(6) witness, and/or his previous deposition testimony in this action.

36.　Louis LaMarca, Clinical Director for Community Assessment & Treatment Services.

Areas of Testimony:  Mr. LaMarca is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and

responsibilities as Clinical Director for Community Assessment &
Treatment Services, related to his previous relevant employment,
and/or related to his previous deposition testimony in this action.

37.     <u>Patrick Leonard</u>, Detective in the Akron Police Department and Diversion
Detective in the DEA Tactical Diversion Task Force.

<u>Areas of Testimony</u>:  Mr. Leonard is expected to testify concerning
matters related to the claims and defenses in this action, including
but not limited to matters related to his duties and responsibilities
as a police officer in both the Akron Police Department and the
DEA Task Force, and/or related to his previous deposition
testimony in this action.

38.     <u>Allisyn Leppla</u>, Former Program Manager, Cuyahoga County Board of
Health; Former member of the Cuyahoga County Opiate Task Force.

<u>Areas of Testimony</u>:  Ms. Leppla is expected to testify concerning
matters related to the claims and defenses in this action, including
but not limited to matters related to her former duties and
responsibilities as the Program Manager for the Cuyahoga County
Board of Health, as a former member of the Cuyahoga County
Opiate Task Force, related to her previous relevant employment,
and/or related to her previous deposition testimony in this action.

39.     <u>David Lin</u>,* Former Vice President of Marketing, Global Franchise
Organization, Janssen Pharmaceuticals.

18

Areas of Testimony:  Mr. Lin is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his former duties and responsibilities as Vice President of Marketing, Global Franchise Organization, Janssen Pharmaceuticals, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

40.     Michael Mapes,* Former DEA Diversion Investigator.

Areas of Testimony:  Mr. Mapes is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his former duties and responsibilities as a DEA Diversion Investigator, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

41.     Keith Martin,* Assistant Special Agent, DEA.

Areas of Testimony:  Mr. Martin is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as an Assistant Special Agent at DEA, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

42.    Kenneth Mills, Former Jail Director, Cuyahoga County.

    Areas of Testimony:  Mr. Mills is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as the Former Jail Director in Cuyahoga Office, and/or related to his previous relevant employment.

43.    Maurice Mulcahy,* Former District Manager, Purdue Pharmaceuticals.

    Areas of Testimony:  Mr. Mulcahy is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his former duties and responsibilities as District Manager for Purdue Pharmaceuticals, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

44.    Chris Murray, Director of Cuyahoga Office of the Treasury.

    Areas of Testimony:  Mr. Murray is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as the Director of Cuyahoga Office of the Treasury, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

45.    Brian Nelsen, Summit County's Director of Budget and Finance.

    Areas of Testimony:  Mr. Nelsen is expected to testify concerning matters related to the claims and defenses in this action, including

but not limited to matters related to his duties and responsibilities as Summit County's Director of Budget and Finance, his previous relevant employment, the topics for which he was designated as a 30(b)(6) witness, and/or related to his previous deposition testimony in this action.

46.     Martha Newman, Program Officer 4, Program Coordinator, Cuyahoga County Sheriff's Department, Corrections Center.

Areas of Testimony:  Ms. Newman is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities within the Cuyahoga County Sheriff's Department, Corrections Center, her previous relevant employment, the topics for which she was designated as a 30(b)(6) witness, and/or related to her previous deposition testimony in this action.

47.     Scott Osiecki, Chief of External Affairs, ADAMHS Board of Cuyahoga County.

Areas of Testimony:  Mr. Osiecki is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as the Chief of External Affairs, ADAMHS Board of Cuyahoga County, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

21

48.     Joan Papp, Director of the Office of Opioid Safety at MetroHealth;

Member of Cuyahoga County Opiate Task Force.

> Areas of Testimony:  Ms. Papp is expected to testify concerning
> matters related to the claims and defenses in this action, including
> but not limited to matters related to her duties and responsibilities
> as the Director of the Office of Opioid Safety at MetroHealth, as a
> member of the Cuyahoga County Opiate Task Force, related to her
> previous relevant employment, and/or related to her previous
> deposition testimony in this action.

49.     Walter Parfejewiec, Director of Health and Human Services, Cuyahoga

County.

> Areas of Testimony:  Mr. Parfejewiec is expected to testify
> concerning matters related to the claims and defenses in this
> action, including but not limited to matters related to his duties and
> responsibilities as the Director of Health and Human Services,
> Cuyahoga County, related to his previous relevant employment,
> and/or related to his previous deposition testimony in this action.

50.     Shelly Patena, Detective, City of Cleveland Police, Narcotics Unit.

> Areas of Testimony:  Ms. Patena is expected to testify concerning
> matters related to the claims and defenses in this action, including
> but not limited to matters related to her duties and responsibilities
> as Detective (Narcotics Unit), City of Cleveland, related to her

previous relevant employment, and/or related to her previous

deposition testimony in this action.

51.   Steve Perch, Toxicologist, Summit County.

Areas of Testimony:  Mr. Perch is expected to testify concerning

matters related to the claims and defenses in this action, including

but not limited to matters related to his duties and responsibilities

as a toxicologist in Summit County, related to his previous relevant

employment, and/or related to his previous deposition testimony in

this action.

52.   Victor Perez, Former Chief Prosecutor of the City of Cleveland.

Areas of Testimony:  Mr. Perez is expected to testify concerning

matters related to the claims and defenses in this action, including

but not limited to matters related to his duties and responsibilities

as the former Chief Prosecutor of the City of Cleveland, related to

his previous relevant employment, and/or related to his previous

deposition testimony in this action.

53.   Jackie Pollard, Assistant Director of Community Health, Summit County

Public Health.

Areas of Testimony:  Ms. Pollard is expected to testify concerning

matters related to the claims and defenses in this action, including

but not limited to matters related to her duties and responsibilities

as the Assistant Director of Community Health, Summit County

Public Health, related to her previous relevant employment, and/or

related to her previous deposition testimony in this action.

54. <u>Thomas Prevoznik</u>,* Associate Section Chief for the Pharmaceutical

Investigations Section of the Diversion Control Division, DEA.

> <u>Areas of Testimony</u>:  Mr. Prevoznik is expected to testify
>
> concerning matters related to the claims and defenses in this
>
> action, including but not limited to matters related to his duties and
>
> responsibilities as the Associate Section Chief for the
>
> Pharmaceutical Investigations Section of the Diversion Control
>
> Diversion at DEA, related to his prevent relevant employment,
>
> and/or related to his previous deposition testimony in this action.

55. <u>John Prince</u>, Cleveland Police Detective, DEA Tactical Diversion Squad.

> <u>Areas of Testimony</u>:  Detective Prince is expected to testify
>
> concerning matters related to the claims and defenses in this
>
> action, including but not limited to matters related to his duties and
>
> responsibilities as a police officer in the Cleveland Police
>
> Department, as a detective on DEA's Tactical Diversion Squad,
>
> related to his previous relevant employment, and/or related to his
>
> previous deposition testimony in this action.

56. <u>Joseph Rannazzisi</u>,* Former Head of Office of Diversion Control, DEA.

> <u>Areas of Testimony</u>:  Mr. Rannazzisi is expected to testify
>
> concerning matters related to the claims and defenses in this
>
> action, including but not limited to matters related to his duties and

24

responsibilities as the Former Head of Office of Diversion Control, DEA, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

57.     Patricia Rideout,* Former Director of Cuyahoga County Department of Children and Family Services.

Areas of Testimony:  Ms. Rideout is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as the Former Director of Cuyahoga County Department of Children and Family Services, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

58.     Kathe Sackler,* Board Member, Purdue Pharmaceuticals.

Areas of Testimony:  Ms. Sackler is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Board Member for Purdue Pharmaceuticals, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

59.     Richard Sackler, M.D,* Former President and Co-Chairman of the Board, Purdue Pharmaceuticals.

Areas of Testimony:  Dr. Sackler is expected to testify concerning matters related to the claims and defenses in this action, including

but not limited to matters related to his duties and responsibilities as the President and Co-Chairman of the Board for Purdue Pharmaceuticals, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

60. <u>John Saros</u>,* Former Executive Director of Summit County Department of Children Services.

> <u>Areas of Testimony</u>: Mr. Saros is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as the Former Director of Summit County Department of Children Services, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

61. <u>Hugh Shannon</u>,* Administrator for the Cuyahoga County Medical Examiner's Office.

> <u>Areas of Testimony</u>: Mr. Shannon is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as the Administrator of the Cuyahoga County Medical Examiner's Office, his previous relevant employment, the topics for which he was designated as a 30(b)(6) witness, and/or related to his previous deposition testimony in this action.

62. <u>Derek Siegle</u>, Executive Director of the Ohio High Intensity Drug Trafficking Area ("HIDTA").

       Areas of Testimony:  Mr. Siegle is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as the Executive Director of Ohio HIDTA, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

63.    Donna Skoda, Health Commissioner, Summit County Public Health.

       Areas of Testimony:  Ms. Skoda is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Health Commissioner, Summit County Public Health, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

64.    Doug Smith, Chief Clinical Officer for Summit County's ADAMHS Board.

       Areas of Testimony:  Mr. Smith is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Chief Clinical Officer for Summit County's ADAMHS Board, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

65.    Julie Snyder,* Vice President of Marketing, Allergan PLC.

Areas of Testimony:  Ms. Snyder is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Vice President of Marketing at Allergan PLC, her previous relevant employment, the topics for which she was designated as a 30(b)(6) witness, and/or her previous deposition testimony in this action.

66.    Persis Sosiak, Commissioner of Health, Cleveland Department of Public Health.

Areas of Testimony:  Mr. Sosiak is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Commissioner of Health, Cleveland Department of Public Health, related to her previous relevant employment, and/or related to her previous deposition testimony in this action.

67.    Matthew Strait,* Senior Policy Advisor, DEA

Areas of Testimony:  Mr. Strait is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Senior Policy Advisor for DEA, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

68.    Donald Tush,* former Senior Diversion Investigator, DEA

Areas of Testimony:  Mr. Tush is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as a former Senior Diversion Investigator for DEA, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

69.     Kristin Vitanza-Squires,* Former Senior Marketing Director, Endo Pharmaceuticals.

Areas of Testimony:  Ms. Vitanza-Squires is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her former duties and responsibilities as Senior Marketing Director at Endo Pharmaceuticals, her previous relevant employment, the topics for which she was designated as a 30(b)(6) witness, and/or her previous deposition testimony in this action.

70.     Kevin Vorderstrasse,* Senior Director, Product Management Analytics, Mallinckrodt.

Areas of Testimony:  Mr. Vorderstrasse is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Senior Director, Product Management Analytics at Mallinckrodt, his previous relevant employment, the topics for

which he was designated as a 30(b)(6) witness, and/or related to his previous deposition testimony in this action.

71.     Holly Woods,* Director of Human Resources for Benefits and Compensation for Cuyahoga County.

   Areas of Testimony:  Ms. Woods is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as the Director of Human Resources for Benefits and Compensation for Cuyahoga County, her previous relevant employment, the topics for which she was designated as a 30(b)(6) witness, and/or related to her previous deposition testimony in this action.

72.     Kyle J. Wright,* Staff Coordinator Regulatory Section, DEA

   Areas of Testimony:  Mr. Wright is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as a Staff Coordinator Regulatory Section at DEA, related to his previous relevant employment, and/or related to his previous deposition testimony in this action.

Dated:     September 21, 2020   Respectfully Submitted,

*/s/ Kelly A. Moore*      */s/ Kaspar Stoffelmayr* (consent)
Kelly A. Moore       Kaspar Stoffelmayr
MORGAN, LEWIS & BOCKIUS LLP  Katherine M. Swift
101 Park Avenue       BARTLIT BECK LLP
New York, NY 10178      54 West Hubbard Street

Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-4824
Fax: (215) 963-5001
E-mail: john.lavelle@morganlewis.com

*Attorneys for Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center*

/s/ Alexandra W. Miller (consent)
Alexandra W. Miller
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: smiller@zuckerman.com
E-mail: edelinsky@zuckerman.com

*Attorneys for CVS Indiana, LLC. and CVS Rx Services, Inc.*

/s/ Timothy D. Johnson (consent)
Timothy D. Johnson
Gregory E. O'Brien
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, OH 44114
Phone: (216) 621-7860
Fax: (216) 621-3415
Email: tjohnson@cavitch.com
Email: gobrien@cavitch.com

*Attorneys for Discount Drug Mart, Inc.*

Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

*Attorneys for Walgreen Co.*

/s/ Tara A. Fumerton (consent)
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

/s/ Robert M. Barnes (consent)
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle, Inc., and HBC Service Company*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via the Court's

ECF system to all counsel of record in this case on September 21, 2020.

*/s/ Kelly A. Moore*
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

*Attorney for Rite Aid of Maryland, Inc.,*
*d/b/a Mid-Atlantic Customer Support Center*