**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| NATIONAL PRESCRIPTION | * | CASE NO. 1:17CV2804 |
| OPIATE LITIGATION | * | |
| *RELATES TO TRACK 1B CASES* | * | JUDGE POLSTER |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

*****************************************

**PLAINTIFFS' JOINT FINAL TRIAL WITNESS LIST**

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| 1. | Prevoznik. Thomas | DEA, Associate Section Chief for Pharmaceutical Investigations Section of Diversion Control Division | Mr. Prevoznik is expected to testify concerning his duties and responsibilities as the Associate Section Chief for the Pharmaceutical Investigations Section of the Diversion Control Diversion at DEA and related to his prevent relevant employment. |
| 2. | Rannazzisi, Joseph | DEA, Former Head of Office of Diversion Control | Mr. Rannazzissi is expected to testify concerning his duties and responsibilities as the former Head of Office of Diversion Control, DEA and related to his previous relevant employment. |
| 3. | Wright, Kyle | DEA, Staff Coordinator Regulatory Section | Mr. Wright is expected to testify concerning matters related to his duties and responsibilities as a Staff Coordinator Regulatory Section at DEA and related to his previous relevant employment. |
| 4. | Gray, John | HDA, President and CEO | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment |
| 5. | Courtwright, David, Dr. | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 6. | Cutler, David | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 7. | Keller, Lacey | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters |

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| | | | concerning his/her knowledge, skill, experience, education and training |
| 8. | Keyes, Katherine | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 9. | Lembke, Anna, Dr. | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 10. | McCann, Craig | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 11. | McGuire, Thomas | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 12. | Rafalski, Jim | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 13. | Young, Nancy | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 14. | Keenan, Maggie | Cuyahoga County, Director of Office of Budget Management | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 15. | Williams, Calvin | Cleveland, Chief of Diversion | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 16. | Gilson, M.D., Thomas Dr. | Cuyahoga County, Medical Examiner | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 17. | Weiskittel, Cynthia | Cuyahoga County Director of the Division of Children and Family Services | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| 18. | Parfejewiec, Walter | Director of the Cuyahoga Office of Budget Management | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 19. | Marks, Aaron | Stella Maris, Board Member; U.S. Attorney, OHND Opiate Task Force | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment as well as matters he/she testified to at his/her deposition, including but not limited to activities within the community. |
| 20. | Papp, M.D., Joan Dr. | Attending Physician at MetroHealth Medical Center: Founder of Project DAWN: Member of the Cuyahoga Opiate Task Force | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 21. | Gingell, Gary Cmmdr. | Cleveland Police Commander | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 22. | Tucker, Clarence | Summit- Fire Chief for the City of Akron | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 23. | Smith, M.D., Doug Dr. | Summit- Chief Clinical Officer, Summit County ADM | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 24. | Skoda, Donna | Summit- Health Commissioner, SCPH | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 25. | Nelsen, Brian | Chief of Staff, Summit County | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 26. | Johnson, Greta | Summit- Assistant Chief of Staff and Public Information Officer; Summit | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| | | County Executive's Office | |
| 27. | Howard, Orlando | St. Vincent Charity Medical Center | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 28. | McNeil, Greg | Founder and President of Cover2 Resources, Inc. | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 29. | Devlin, Frank | CVS- Director of Logistics, Loss Prevention | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 30. | Helfrich, Shaun | CVS-SOMS Analyst; SOMS Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 31. | Mortelliti, John | CVS-CVS Health Director of Asset Protection Supply Chain; Lumberton DC Supervisor of Loss Prevention | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 32. | Propatier, Amy | CVS-Logistics Rx Services Manager and CVS DEA Compliance Coordinator | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 33. | Vernazza, Mark | CVS-CVS Pharmacy Inc., Senior Legal Counsel | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 34. | Burtner, Aaron | CVS-SOM Manager and Loss Prevention Analyst | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 35. | Duggar, Terrence | CVS- DC Logistics and Loss Prevention Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 36. | Baker, Kelly | CVS-SOMS Analyst | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 37. | Hinkle, Sherri | CVS- Indianapolis DC Picker and Packer; Inventory Control | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 38. | Wilson, Ellen | CVS- Indianapolis DC Picker and Packer; Inventory Control | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 39 | Briscoe, Jason | DDM-Director of Pharmacy Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| 40. | Tsipakis, James | HBC/Giant Eagle- Executive Vice President Pharmacy/Health and Wellness | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 41. | Hart, Janet | RiteAid- Director, Government Affairs | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 42. | Polster, Tasha | Walgreens - Vice President of Pharmacy Quality, Compliance, and Patient Safety. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 43. | Martin, Barbara | Walgreens – Manager, Inventory Management / Manager - Rx Supply Chain, Stores | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 44. | Bratton, Ed | Walgreens – Manager, Pharmaceutical Integrity (Southern Operation (FL)) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 45. | Peterson, Douglas | Walgreens – Manager, IT Supply Chain | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 46. | Stahmann, Eric | Walgreens – Manager, Pharmaceutical Integrity | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 47. | Kaleta, Ed | Walgreens – Divisional VP, Federal Government Relations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 48. | Bish, Deb | Walgreens – Function Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 49. | Tomson, George | Walgreens- Sr. Manager, Professional Affairs, Pharmacy & Healthcare | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 50. | Diebert, Jennifer | Walgreens - SAIL Coordinator and CII Process Manager at Walgreens Distribution Center | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 51. | Whited, James | Walgreens - Healthcare Supervisor Cleveland/Akron at Walgreens | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 52. | Hiland, Susanne | Walmart - Director, Pharmacy Professional | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| | | Services and Government Relations; Senior Director, Health & Wellness Regulatory Affairs; Senior Director, Health & Wellness Professional Relations & Clinical Quality Assurance; Senior Director, Health & Wellness Quality Assurance & Clinical Services; Senior Director, Health & Wellness Professional Relations & Practice Clinical Services | |

In serving this witness list, Plaintiffs specifically reserve the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Plaintiffs also reserve the right to supplement and/or to amend its lists with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. Plaintiffs further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. Plaintiffs reserve the right to amend and/or supplement its witness list based on testimony and witness disclosures presented by Defendants. Plaintiffs reserve the right to invoke any and all reservations set forth by Defendants in their witness list disclosures.

Dated: September 21, 2020

Respectfully Submitted,

_s/ W. Mark Lanier_______________

W. Mark Lanier
LANIER LAW FIRM
10940 W. Sam Houston Pkwy N,
Suite 100

Houston, Texas 77064
(713) 659-5200
713) 659-2204 Fax
wml@lanierlawfirm.com
*Trial Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 Fax
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*

Donald A. Migliori
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9600
(843) 216-9290 Fax
dmigliori@motleyrice.com
*Counsel for Plaintiff Summit County, Ohio*

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 Fax
hunter@napolilaw.com
*Counsel for Plaintiff Cuyahoga County,Ohio*

Frank L. Gallucci, III, Esq. (0072680)
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 2222
Cleveland, Ohio 44113
(216) 861-0804
fgallucci@pglawyer.com
*Counsel for Plaintiff Cuyahoga County, Ohio*