UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

THIS DOCUMENT RELATES TO:

*"Track Three Cases"*[1]

MDL No. 2804

Case No. 17-md-2804

Judge Dan Aaron Polster

## STIPULATION OF DISMISSAL AS TO CERTAIN WALMART DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned stipulate that Wal-Mart Stores East, LP, WSE Management, LLC, WSE Investment LLC, and Walmart Stores East, Inc. are hereby dismissed with prejudice from the Track 3 Cases, with each party to bear its own fees and costs. Walmart Inc. agrees and stipulates that it will not dispute liability or damages on the ground that the dismissed Walmart entities, rather than Walmart Inc., are not named defendants in the Track 3 Cases.

---

[1] The Track Three cases are *County of Lake, Ohio v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45032 (N.D. Ohio); and *County of Trumbull, Ohio v. Purdue Pharma, L.P. et al.,* Case No. 1:18-op-45079 (N.D. Ohio).

September 21, 2020

<div style="columns:2">

*/s/Peter H. Weinberger (consent)*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone:  (216) 696-3232
Fax:  (216) 696-3924
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/ *Frank Gallucci (consent)*
Frank Gallucci
Plevin & Gallucci Company, L.P.A.
55 Public Square
Suite 2222
Cleveland, Ohio 44113
(216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

/s/ *Hunter J. Shkolnik (consent)*
Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

/s/ *Tara A. Fumerton*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
         tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

           /s/ *Tara A. Fumerton*
           Tara Fumerton

           *Attorney for Walmart Inc.*