# EXHIBIT 1

Case: 1:17-md-02804-DAP Doc #: 3496-2 Filed: 09/21/20 2 of 5. PageID #: 502433
Case: 1:17-md-02804-DAP Doc #: 1576 Filed: 04/26/19 1 of 100. PageID #: 44462

1

```
 1                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION

 3

 4    IN RE:                           Case No. 1:17-md-2804
      NATIONAL PRESCRIPTION            Cleveland, Ohio
 5    OPIATE LITIGATION
                                       Wednesday, April 24, 2019
 6                                     11:05 a.m.

 7

 8

 9

10                       TRANSCRIPT OF CONFERENCE
                  BEFORE SPECIAL MASTER DAVID R. COHEN
11

12

13    APPEARANCES:            David Rosenblum Cohen,
                              Special Master
14                            Law Office of Dave R. Cohen
                              24400 Chagrin Blvd., Ste.300
15                            Cleveland, Ohio   44122
                              216-8331-0001
16

17

18    (Appearances continued to Page 2.)

19

20

21    Official Court Reporter:  Heidi Blueskye Geizer
                                Certified Realtime Reporter
22                              United States District Court
                                801 West Superior Avenue
23                              7-178 U.S. Court House
                                Cleveland, Ohio   44113
24                              216-357-7092

25    Proceedings recorded by mechanical stenography, transcript
      produced by computer-aided transcription.
```

Case: 1:17-md-02804-DAP Doc #: 3496-2 Filed: 09/21/20 3 of 5. PageID #: 502434
Case: 1:17-md-02804-DAP Doc #: 1576-2 Filed: 04/26/19 2 of 100. PageID #: 44465

2

```
 1      APPEARANCES:  (Continued)

 2      For the Plaintiffs:         Peter H. Weinberger
                                    Hunter J. Shkolnik
 3                                  Donald A. Migliori
                                    W. Mark Lanier
 4                                  Paul T. Farrell, Jr.
                                    Paul J. Hanly, Jr.
 5                                  Salvatore C. Badala
                                    Elizabeth J. Cabraser
 6                                  David I. Ackerman
                                    Jayne Conroy
 7                                  Evan M. Janush
                                    Sterling Cluff
 8

 9      For the Defendants:         Mark S. Cheffo
                                    Steven A. Reed
10                                  Donna M. Welch
                                    Charles C. Lifland
11                                  Carole M. Rendon
                                    Mark H. Lynch
12                                  Neelum J. Wadhwani
                                    Kaspar J. Stoffelmayr
13                                  Elisa P. McEnroe
                                    James B. Matthews III
14                                  Paul B. Hynes, Jr.

15

16      For Interested Party        James R. Bennett, II
        U.S. Department             Renee A. Bacchus
17      of Justice Drug             Assistant U.S. Attorneys
        Enforcement                 801 Superior Avenue, W, Ste. 400
18      Administration:             Cleveland, OH 44113
                                    216-622-3988
19

20                     -  -  -  -  -

21

22

23

24

25
```

Case: 1:17-md-02804-DAP Doc #: 3496-2 Filed: 09/21/20 4 of 5. PageID #: 502435
Case: 1:17-md-02804-DAP Doc #: 1576-2 Filed: 04/26/19 3 of 100. PageID #: 44464

3

```
1      MORNING SESSION, WEDNESDAY, APRIL 24, 2019  11:05 A.M.
2                THE COURT:  Okay.  Everybody, thank you for
3    being here.  Here is the plan.  I received Tuesday
4    mid-morning an agenda which was only 3,000 pages as opposed
5    to the 8,000-page agenda that I usually get, and I did
6    manage last night staying up until a little past midnight to
7    get through all of the items on the agenda that are listed
8    as new.  There are also a number of items on the agenda that
9    have been on prior agendas, and my goal today before we
10   separate is to at least get to every item that is new and
11   address it, and rule on it to the extent that I can.
12        As to the items that are not new, most of them are
13   items that have already become ripe and I just haven't
14   gotten to, as you know, and I continue to work on those.
15   And unfortunately, as I've said before, this is really kind
16   of a triage, and new things come up that need attention
17   which sometimes keep me from getting to things that are
18   older but ripe, and I know that, and continue to try to get
19   to that stuff; but I am going to try and get to today
20   everything that is listed as new and help you get past those
21   issues.
22        And as I said, the first one I want to address is
23   agenda item number 190, which has to do with task force
24   members and defendants for additional time with those task
25   force members in deposition, and also addressing the law
```

1 remains, you know, plaintiffs sent out that request: Some
2 defendants responded, some did not. And I need to set a
3 deadline for a response from every defendant.
4     It seems like to the extent that many defendants
5 already did that, that doesn't need to be a lot longer.
6     So I'm just pulling up my calendar --
7         MR. WEINBERG: We would ask by close of
8 business on Friday.
9         MR. LYNCH: Special Master Cohen, we ask until
10 the 29th, and we got agreement on that from --
11         SPECIAL MASTER COHEN: That's fine. You have
12 until the 29th, the close of business on the 29th. I need
13 every defendant to respond in as much detail as they can to
14 plaintiffs' request that a status report essentially be
15 provided with regard to SOMS audit reports.
16     And with regard to those SOMS audit reports, that any
17 defendant already knows that they're not going to be
18 producing, A, you can put it in a privilege log; B, submit
19 it to me within the next three or four days. And if they
20 want to provide context and explanation I'm happy to receive
21 that, and it can even follow it. It doesn't have to come at
22 the same time as the audit reports themselves.
23     Let me add something --
24         MR. REED: I apologize, but I missed that.
25 What is it that you're looking for from us in the next three