EXHIBIT 3

**Mark Crawford**

| | |
|---|---|
| **From:** | Mark Crawford |
| **Sent:** | Monday, June 25, 2018 2:58 PM |
| **To:** | Hillyer, Rebecca J.; Feinstein, Wendy West |
| **Cc:** | Shephard, Jr., Richard G.; Steven Skikos; Tom Egler; Andrea Bierstein; Jacobs, Evan K.; Dylan Jensen; Dudzinski, Jane |
| **Subject:** | RE: Opioids: Teva Discovery Issues |
| **Attachments:** | Drug Names to be incorporated into Teva Search Terms 6.25.2018.docx; Plaintiffs' Search Terms for Teva Documents 6.25.2018.docx |

Thanks Rebecca, we look forward to working towards resolving the remaining issues in our June 21 letter and in our email below during our 1 p.m. EST, 10 a.m. PST call tomorrow. We can use the following dial-in for the call:

Conference Bridge Telephone Number: (415)757-6079
Bridge Number: 1016
User Pin: 2270

Also, attached are Plaintiffs' search terms for discussion in our call tomorrow – these are similar to Plaintiffs' terms sent to other Defendants. While there is substantial overlap with the terms you proposed, we believe this list captures the concepts relevant to the case, and ask that you include them in any searches.  We can discuss these as part of our ongoing meet and confer process. To facilitate that process, we would like to know the following:

- Whether you can search two-letter words or are such words treated as noise words.
- Whether any date filters that are being applied both during collection and review of documents.
- Whether you can use "fuzzy" searches to capture misspellings.
- Whether you can perform "/n" searches.
- Whether an exclamation point ("!") captures all terms that have the same root that precedes the asterisk.  Does your search engine use * and ~, and do they have the same functionality as an exclamation point.

Mark

**From:** Hillyer, Rebecca J. [mailto:rebecca.hillyer@morganlewis.com]
**Sent:** Friday, June 22, 2018 2:26 PM
**To:** Mark Crawford <mcrawford@skikos.com>; Feinstein, Wendy West <wendy.feinstein@morganlewis.com>
**Cc:** Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Steven Skikos <sskikos@skikos.com>; Tom Egler <TomE@rgrdlaw.com>; Andrea Bierstein <abierstein@simmonsfirm.com>; Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Dylan Jensen <djensen@skikos.com>; Dudzinski, Jane <jane.dudzinski@morganlewis.com>
**Subject:** RE: Opioids: Teva Discovery Issues

Mark, in anticipation of a call next week, we just wanted to briefly respond to your letter.

- Temporal scope of prior productions (post-April 11 productions): Although we continue to disagree with your interpretation of the CMO, we will produce to you prior productions pursuant to the CMO made before June 11.

- Transcripts: We do not believe there is a dispute, as we indicated we will provide you transcripts in response to the relevant RFP and will produce transcripts to the extent they are part of prior productions we are producing.

1

- Temporal scope of other discovery: This issue remains in dispute.

- Geographic scope of discovery: We do not believe there is a dispute on this issue.  However, we remind you that Teva is not producing documents that are not related to the United States.

- Scope of products: We maintain our arguments on this issue but, in the interest of reaching compromise and resolution, we are willing to produce discovery concerning all of Teva's Schedule II opioid products.  Thus, we believe this resolves the dispute as to this issue.

- Marketing definition: As we read your definition of "marketing," it would include all communications that fall outside what Teva understands to be "marketing" or "sales."  For example, discussions around pricing of generics opioids with distributors would fall under your definition.  To the extent such documents are otherwise responsive to your RFPs, we will produce those; however, we do not believe such documents fall under what Teva understands to be "marketing" or "sales."  Perhaps we need to further meet-and-confer about this, to determine if there is anything actually in dispute on this issue.

- List of Production of Prior Productions: We can provide you with an update when we talk next week.

- Production of Prior Productions: We can provide you with an update when we talk next week.

- Custodians: We maintain our view that it is not our obligation to add additional custodians when you have declined to suggest any.  Nevertheless, we will send a letter shortly, proposing additional custodians for your consideration.

- Interrogatory 1: We can provide you with an update when we talk next week.

- "Custodian" Collection: We can discuss this when we talk next week.

- 30(b)(6) Deposition Notice: We can discuss this when we talk next week.

- Insurance: You are correct.

- Actavis Discovery Response: We can provide you with an update when we talk next week.

- RFPs and Interrogatories: We can provide you with an update when we talk next week.

Have a good weekend,
Becca

**Rebecca J. Hillyer**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5160 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
rebecca.hillyer@morganlewis.com | www.morganlewis.com
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Hillyer, Rebecca J.
**Sent:** Friday, June 22, 2018 9:13 AM
**To:** 'Mark Crawford' <mcrawford@skikos.com>; Feinstein, Wendy West <wendy.feinstein@morganlewis.com>
**Cc:** Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Steven Skikos <sskikos@skikos.com>; Tom Egler <TomE@rgrdlaw.com>; Andrea Bierstein <abierstein@simmonsfirm.com>; Jacobs, Evan K. <evan.jacobs@morganlewis.com>; Dylan Jensen <djensen@skikos.com>
**Subject:** RE: Opioids: Teva Discovery Issues

Mark, we are tied up today and Monday.  How about Tuesday at 1pm eastern?

Thanks,
Becca

**Rebecca J. Hillyer**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5160 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
rebecca.hillyer@morganlewis.com | www.morganlewis.com
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Mark Crawford <mcrawford@skikos.com>
**Sent:** Thursday, June 21, 2018 11:49 AM
**To:** Hillyer, Rebecca J. <rebecca.hillyer@morganlewis.com>; Feinstein, Wendy West
<wendy.feinstein@morganlewis.com>
**Cc:** Shephard, Jr., Richard G. <richard.shephard@morganlewis.com>; Steven Skikos <sskikos@skikos.com>; Tom Egler
<TomE@rgrdlaw.com>; Andrea Bierstein <abierstein@simmonsfirm.com>; Jacobs, Evan K.
<evan.jacobs@morganlewis.com>; Dylan Jensen <djensen@skikos.com>
**Subject:** Opioids: Teva Discovery Issues
**Importance:** High

[EXTERNAL EMAIL]
Hi Wendy: Please see the attached letter on the 6 issues identified by Special Master Cohen and other discovery issues
as to the Teva Defendants. We request a further meet and confer call as to the outstanding issues identified in the letter
either Friday or Monday – please provide us with available times.


Mark


**Mark Crawford** | Partner
**SKIKOS CRAWFORD SKIKOS & JOSEPH**
One Sansome Street, 28th Floor, San Francisco, CA 94104
Telephone: 415.546.7300 | Fax: 415.546.7301 |
Cell: 415.760.0663
mcrawford@skikos.com


DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

DRUG NAMES/REFERENCES TO BE INCORPORATED IN SEARCH TERMS

All items on this list should be incorporated in search terms where "list drugs" is indicated with the connector OR between each item.

1. *codone
2. *Contin
3. *morphone
4. "ER/LA"
5. "ER-LA"
6. "extended release"
7. "long acting opioid"
8. "long acting"
9. "rapid onset opioid"
10. "short acting opioid"
11. Actiq
12. Actiq*
13. Actic
14. bupren*
15. Butran*
16. Delaud*
17. Dilaud*
18. durages*
19. exalg*
20. fentan*
21. fentin*
22. Fentora
23. Fintora
24. Hising*
25. hydromorph*
26. Hysing*
27. Kadean
28. Kadean
29. Kadian
30. LAO
31. methadone
32. methadose
33. morphine w/2 sulfate
34. naltrex*
35. Norco
36. nucinta
37. nucynta
38. nucynta
39. nusynta
40. opana*
41. opiate*

42. opiod
43. opoid
44. opioid*
45. Oxy*
46. perca*
47. perco*
48. roxeco*
49. roxico*
50. subsis
51. subsys
52. tapent*
53. Targin*
54. Xartem*
55. Xartim*

**PLAINTIFFS' PROPOSED SEARCH TERMS FOR TEVA/CEPHALON DOCUMENTS**

Throughout terms:
SAO: short acting opioid
LAO: long acting opioid
ROO: rapid onset opioid
ER-LA, ER/LA: extended release, long acting

1. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (jama OR nejm or article or story or journal)

2. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (*Gravely* OR *Porter* OR *Jick* or *Krebs*)

3. (neonatal OR infant* OR newborn* OR bab*) w/3 (withdrawal OR dependen*))

4. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("black market" or illegal or street or dealer or stolen or theft or "false prescription" or "fake prescription")

5. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("Disease Control" OR "CDC")

6. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (death* OR dying OR dead OR dies OR mortalit* OR fatal* OR toxic* OR coma or kill* OR (life w/3 threat*))

7. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (epidemic OR crisis OR catastrophe OR "public safety" OR "public health")

8. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (addict* OR hook* OR junk* OR dop* OR abus* OR kick* OR habit* OR overus*)

9. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND advisory

10. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (overdos* OR OD}

11. (SAO OR LAO OR ROO OR ER OR opioid* OR opiate* OR [list drugs]) AND ("ER visit*" OR hospital* OR rehab* OR detox OR intervention* OR emergency OR clinic)

12. (SAO OR LAO OR ROO OR ER OR opioid* OR opiate* OR [list drugs]) AND (recreational OR illicit OR illegal OR heroin OR herin OR herion OR meth* OR

amps OR crank OR dope OR dopium OR cocaine OR coke OR OR blow OR opium OR crystal OR hash* OR ecstasy OR ghb OR ketamine OR "special k" OR pcp OR "angel dust" OR gorilla OR lean OR "357" OR bananas OR beans OR whites OR percs OR "hillbilly heroin")

13. (SAO OR LAO OR ROO OR ER OR opioid* OR opiate* OR [list drugs]) AND (hiv OR aids)

14. NDS

15. "Pharmaceutical Data Services" OR PDS

16. "PRA Health"

17. SDI

18. "Source Healthcare"

19. "Wolters Kluwer"

20. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("adverse event* or adv event" or AERS or FAERS OR PV OR Pharmacovig*)

21. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND Arclight

22. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (IMS OR IQVIA)

23. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND Quintiles*

24. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND Scriptline

25. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND Verispan

26. SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND "(formulary or "P&T" or "tier" or "preferred" or "United Health")

27. "blue highway"

28. "oxy express"

29. "Bureau of Narcotic Enforcement" or "BNE"

30. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (chew* OR inject* OR insufflat* OR snort OR grind OR ground OR illicit OR cook* OR dissolv* OR crush* OR break* OR inhal* OR heat* OR soak* OR manipul* OR shoot* OR intraven* OR IV OR "route of administration")

31. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND interstate

32. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND migrat*

33. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (bonus* OR compensat* OR lie* OR lying OR Liar* OR jail OR (lock* w/2 up) OR prison)

34. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (convict* OR liabilit* OR liabl* OR sue* OR violat* OR kill* OR wrong* OR victim* OR idiot* OR fine* OR punish* OR penal* OR license* OR DOJ OR plea* OR judgment* OR feds OR "attorney* general*" OR subpoena)

35. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (whistle*blower OR hid* OR hiding* OR secret OR "cover up" OR conceal* OR scam* OR "witch hunt" OR crime* OR criminal* OR uncomfortabl* OR fault OR misgiving* OR worrie* OR worry OR trouble* OR problem*)

36. hyperalgesia

37. (Dr w/3 Fine) OR (Perry w/2 Fine)

38. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND SWOT

39. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("("South Carolina" or "SC" or "Fort Jackson")

40. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("continuing medical education" OR "medical education" OR CME* OR fund* OR grant* OR sponsor* OR collab* OR research* OR "investigator initiated" OR IIR)

41. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ((patient* w/5 advoca*) OR (peer* w/5 program*) OR speaker* OR bureau* OR advisor* OR symposi*)

42. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("key opinion leader*" OR kol* OR "thought leader*" OR present* OR program* OR train*)

43. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (sponsorship* OR "business plan*" OR campaign* OR dinner* OR lunch* OR honorari* OR incent* OR gift* OR bonus* OR graft* OR brib*)

44. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND Medscape

45. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND *(Fanciullo OR Fishman OR Haddox OR Pergolizzi OR Portenoy OR Saper OR Webster)

46. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("market share" OR marketshare OR (share/5 market) OR (leader /5 market))

47. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("return on investment" OR ROI OR budget* OR "business plan" OR strateg* OR meeting* OR minutes* OR agenda* OR payor* OR project* OR (growth w/5 plan) OR snapshot* OR report*)

48. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (chargeback* OR discount* OR rebate* OR assistance OR coupon)

49. "Academy of Integrative Pain Management" OR AIPM

50. "Alcohol Drug Abuse Directors" OR NASADAD

51. "Alliance for Patient Access" OR APA

52. "American Academy of Pain Medicine" OR AAPM

53. "American Chronic Pain Association" OR ACPA

54. "American Geriatrics Society" OR AGS

55. "American Osteopathic Association"

56. "American Pain Foundation" OR APF

57. "American Pain Society" OR APS

58. "American Society for Pain Management Nursing" OR ASPMN

59. "American Society of Addiction Medicine" OR ASAM OR ILSAM

60. "Anti-Drug Coalition" OR CADCA

61. "board of pharmacy" OR "boards of pharmacy"

62. "College on Problems of Drug Dependence" OR "CPDD"

63. "Federation of State Medical Boards" OR "FSMB"

64. "Healthcare Distribution Alliance" OR "HDA"

65. "Healthcare Distribution Management Association" OR "HDMA"

66. "Joint Commission" OR JCAHO OR JHACO

67. "National Association of Drug Diversion Investigators" OR NADDI

68. "National Initiative on Pain Control" OR NIPC

69. "National Pain Foundation" OR NPF

70. "Pain and Policy Studies Group" OR PPSG

71. "Pain Care Forum" OR PCF

72. "Society of Interventional Pain" OR ASIPP

73. "U.S. Pain Foundation" OR "US Pain Foundation" OR USPF

74. "Will Rowe"

75. "Woodberry Associates"

76. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND "front group"

77. *Panchal*

78. "American Association for the Treatment of Opioid Dependence" OR AATOD

79. "Physicians for Responsible Opioid Prescribing" OR PROP

80. Dreamland

81. Kolodny

82. Lembke

83. "Law Enforcement Executive Development" OR (FBI w/2 LEEDA)

84. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (Mitigation OR REMS OR "Risk MAP" or RiskMap or "patient guidelines" or informed or consent or IC or IRB or IB or "investigator brochure")

85. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("dear doctor" OR "dear health*" or "Dear HCP" or PIR or "information response")

86. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("prescription* monitor* program*" OR PMP OR PDMP)

87. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (citizen w/5 petition*)

88. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (complain* OR (incident w/5 report*))

89. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (DDMAC OR OPDP or minutes or "FDA contact" or "Type B" or "Type C" or "contact record" or "warning letter" or "untitled letter" or "incomplete response" or "complete response" OR label OR "black box")

90. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (DEA or "Drug Enforcement Administration" OR Narcs)

91. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (doctor w/5 shop*)

92. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (effective w/2 control*)

93. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (PhRMA w/5 Code)

94. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (warning w/2 letter*)

95. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND congress*

96. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND diver*

97. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND investigat*

98. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND lobby*

99.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND senat*

100.  (SAO OR LAO OR ROO OR ER OR opioid* OR opiate* OR [list drugs]) AND "controlled substances act" OR csa OR 1301

101.  Grassley OR Baucus OR Hatch OR Wyden OR McCaskill

102.  suspicious OR SOM

103.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) w/10 (relief OR pain OR use OR function)

104.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND "daily"

105.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (effect* OR efficac*)

106.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("around the clock" OR ((24 w/2 hour) OR (twenty w/2 four w/2 hour) )

107.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("field sales team" OR "sales rep*" OR pamphlet* OR brochure* OR "sales sheet*" OR video OR journal* OR reprint* OR article* OR publication* OR manual*)

108.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("fifth vital" OR "5th vital")

109.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("improved function" OR (level w/5 function))

110.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("promotional review committee" OR PRC OR "legal review" OR "medical legal")

111.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ((nonopioid* OR nonopiate* OR (non w/2 (opioid* OR opiate*))

112.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (*arthriti* OR rheumat* OR anykylosing OR spondylit* OR spondyloarthri*)

113.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (abus* OR addict*)

114. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (ADF OR (deter*))

115. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (elderly OR geriatric* OR seniors OR "senior citizens")

116. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (exaggerate* w/5 fear* OR scar* OR terr*)

117. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (inflam* OR "diabetic" OR DM OR DPN OR disc* OR "back pain")

118. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (key w/5 message* OR (action w/5 plan*))

119. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (marketing OR adverti* OR unbrand* OR brand* OR present* OR conference* OR exhibition* OR (video w/2 conferenc*) OR videoconferenc* OR poster* OR "trade show*" OR "visual aid*" OR handout* OR "hand out*" OR flyer* OR factsheet* OR "fact sheet*" OR "visual aid* OR "leave behind" OR one sheet*")

120. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (med* w/2 (necessary OR unnecessary))

121. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (media OR magazine OR spread)

122. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (mild/5 pain)

123. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (mislead* OR deceive* OR misled OR misrep* OR deceiv* OR decept*)

124. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (nonsteroidal* OR "NSAID*" OR Tylenol OR Advil OR Aleve OR acetaminophen OR ibuprofen OR aspirin OR naproxen)

125. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (omit* OR omission*)

126. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (overprescrib* OR overdos* OR (doctor* w/5 shop*) OR alias* OR (drug* w/5 seek*) OR (multi* w/5 prescri*) OR (multi* w/5 physician*) OR (refill* w/5 histor*) OR crime* OR criminal* OR illicit)

127. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (oxycodone OR morphine OR hydrocodone OR hydromorphone OR hydromorphone OR buprenorphine OR fentanyl OR tapentadol OR oxymorphose OR codeine OR norco OR [list drugs not included in first clause])

128. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (prescribe* w/5 guide*)

129. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (quality w/2 life)

130. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (sciatic* OR (nerve* w/5 pain*) OR radiculo* OR (nerve* w/5 (imping* OR press*))

131. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (script* w/10 (market* OR sale* OR rep*))

132. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (study OR studies OR trial* OR experiment* OR analys* OR research* OR investigat* OR conduct* OR author* OR scientific OR empirical OR statistic* OR observational OR cohort OR epi*)

133. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (suspect* OR fake* OR faking OR stole* OR steal* OR scam* OR "street value" OR (drug* w/5 deal*))

134. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (toleran* OR withdraw*)

135. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND "call note*"

136. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ceiling

137. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND chronic

138. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND crush*

139. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND danger*

140. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND dependen*

141. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND euphori*

142. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND fibromyalgia

143. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND fraud

144. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND headache

145. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND myth*

146. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND pain

147. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND predispose*

148. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND presentation*

149. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND press

150. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND risk*

151. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND safe*

152. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND stigma*

153. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND tamper*

154. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND withdrawal

155. (SAO OR LAO OR ROO OR ER OR opioid* OR opiate* OR [list drugs]) AND ("non-cancer" OR "non cancer")

156. (SAO OR LAO OR ROO OR ER OR opioid* OR opiate* OR [list drugs]) AND ((use* OR using OR usage) w/10 ("long term" OR "short term" OR extend* OR "steady state")

157. chronic w/30 ("non-cancer pain" OR "non cancer pain")

158. legitimate w/10 (pain OR patient* OR medical OR use* OR treatment* OR scien*)

159. opioid* w/5 screen*

160. pain* AND ("off label" OR offlabel OR "prior auth*" OR unapprov* OR reimburs* OR disput* OR reject* OR "step therapy" OR indicat* OR first*line OR (not w/5 support*))

161. pseudoaddict* OR (pseudo w/2 addict*) OR "pseudo-addict* OR toler* or depend*"

162. undertreat* w/10 pain

163. "region zero"

164. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) w/10 (physician* OR doctor* OR MD*)

165. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND "focus group"

166. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("off label" OR offlabel OR "prior auth*" OR reimburs* OR dispute* OR reject* OR "step therapy" OR "first*line")

167. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ("worker* comp*" OR "labor pop*" OR union)

168. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ((core OR high) w/2 prescriber*)

169. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ((health* w/3 plan*) OR (insur*))

170. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND ((target* w/5 list) OR webinar* OR panel*)

171. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (PCP OR PCPs OR rheumatol* OR neurol* OR nurse* OR RN OR "primary care" OR "pain doctor*" OR "pain specialist*" OR anesthes*)

172. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (prescrib* OR zip*)

173. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (provider* OR prescriber* OR doctor* OR physician* OR nurse* OR MD*) w/10 (decid* OR choos* OR chos* OR select* OR determin* OR favor* OR prefer*)

174. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (survey OR attitude* OR opinion* OR perception* OR perceive*)

175. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (vet*)

176. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND detail*

177. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND doctor

178. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND (whale OR target* or "high volume" or "high prescrib*" OR (high w/3 prescriber))

179. pill w/2 mill*

180. emergingsolutionsinpain*

181. inthefaceofpain*

182. letstalkpain*

183. painedu*

184. painknowledge*

185. partnersagainstpain*

186. prescriberesponsibly*

187. smartmovessmartchoices*

188. ("867" OR "852"OR "850" OR wholesale* OR inventory* OR sale*) w/20 (data* OR "EDI" OR report* OR trac*OR detail* OR scorecard* OR base*)

189. "chargeback" OR  "Charge back" OR "charge-back"

190. (Distribut* OR trad*) w/20 (chain* OR network* OR partner* OR system* OR partner*)

191. (Sale* OR volume OR rebate*) w/20 (promotion OR agree* OR program* OR incentive* OR allowance* OR adjustment* OR discount*)

192. risk w/20 (ship* OR fill* OR deliver*)

193. manufacturer w/5 *marketing*

194. (suspicious OR above OR average OR unusual OR irregular OR atypical OR abnormal OR aberrant OR anomalous OR devia* OR notable OR disproportion*) w/50 (order* OR movement* OR volume* OR siz* OR frequen* OR sale* OR demand OR request* OR purchase* OR buy* OR flag* OR alert* OR release* OR pattern* OR trend* OR activit* OR forecast* OR detect* OR exception*)

195. "OI" or (Order w/5 interest)

196. "CSMP"OR "SOM" OR ((monitor* OR identif* OR detect* OR discover* OR track*) w/20 (program* OR system* protocol* OR procedure*))

197. (assign* OR monitor* OR allocat* OR impos* OR confer* OR task* OR diligence OR flag* OR review* OR document* OR existing OR customer*) w/20 (threshold* OR baseline* OR forecast*)

198. diversion OR divert*

199. "KYC" OR "know your customer" OR (diligence w/5 customer)

200. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR [list drugs]) AND Cardinal* OR Amerisource* OR McKesson* OR "HD Smith*" OR "H.D. Smith*" OR "Discount Drug*" OR "Prescription supply*" OR CVS OR "HBC" OR "Rite Aid*" OR "Walgreen*" OR "Walmart" OR "Wal-mart"

201. Valuecentric* OR Valuetrak*

202. Quota

203. "APQ" OR "annual production quota"

204. "prescriber-identifiable data" OR (prescriber w/5 data)

205. net w/5 disposal

206. utilization w/5 report

207. "Aggregate Production Quota"

208. (asses* or establish* or medical or scientific or research or industrial) w/10 (need)

209.  (individual or appl* or manufact*) w/5 "quota"

210.  trend* s/5 "net disposal"

211.  "projected demand"

212.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR [list drugs]) AND ("govt affairs" or "government aff*)

213.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR [list drugs]) AND (Narcan OR Naloxone OR Amitiza OR lubiprostone OR
naloxegol OR movantik OR methylnaltrexone OR relistor OR naldemedine OR
symproic)

214.  noncancer

215.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR [list drugs]) AND (release OR onset OR duration)

216.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR [list drugs]) AND (opiophob* OR downstream OR threshhold)

217.  (SAO OR LAO OR ROO OR ER OR opioid* OR opiate* OR [list drugs]) AND
(generic OR ANDA OR unbranded OR "non-branded")

218.  (SAO OR LAO OR ROO OR ER OR opioid* OR opiate* OR [list drugs]) AND
"schedule ii"

219.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR [list drugs]) AND ("pain specialist*" OR anesthesiolog* OR "physical
medicine" OR "physical therap*" OR "rehab* OR "palliative")

220.  (fentan* OR Fentora) AND (oravescent OR buccal)

221.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR [list drugs]) AND ("American Indian" OR "Native American" OR Eskimo
OR tribe OR tribal OR "Indian Nation" OR "638 contract*")

222.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR [list drugs]) AND (Navajo OR Osage OR Puyallup OR Yakama OR
Flathead OR "Wind River" OR Muscogee OR Cheyenne OR Blackfeet)

223.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR [list drugs]) AND ("Indian Health Services" OR IHS)

224.  (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate*
OR Actiq OR Fentora) AND ("breakthrough pain" OR "BTP")

225. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR Actiq OR Fentora) AND ("Veterans' Administration" OR "V.A.")

226. (SAO OR LAO OR ROO OR "ER-LA" OR "ER/LA" OR opioid* OR opiate* OR Actiq OR Fentora) AND McCaskill

227. "Opioid Medications and REMS" w/3 "Patient's Guide"

228. "Treatment Options" w/3 "Management of Breakthrough Pain"

229. "Treatment Options" w/3 "Guide for People Living with Pain"

230. "Pharmacologic* Management of Breakthrough or Incident Pain"

231. "Breakthrough Pain" w/3 "Treatment Rationale"

232. "Opioid-Based Management of Persistent and Breakthrough Pain"

233.

234. "addiction w/10 exposure w/10 "opioid therapy" w/10 uncommon

235. "Responsible Opioid Prescribing"

236. "Optimizing Opioid Treatment for Breakthrough Pain"

237. "Impact of Breakthrough Pain" w/10 "Patients with Chronic" w/10 "Noncancer Pain"

238. "Fentora should not be used to treat any type of short-term pain"

239. "judicious use of opioids" w/15 "facilitate" w/15 "safe management" w/15 "chronic pain"

240. (opioid OR opiate OR Actiq OR Fentora) AND "pain is pain"

241. (opioid* OR opiate*) AND "fueling an epidemic"

242. ("$425 million" OR "$375 million" OR "$116 million" OR $425,000,000 OR $375,000,000 OR $116,000,000) AND (fine OR penalty OR criminal OR guilty OR settlement)

243. Michael w/2 Brennan

244. (opioid* OR opiate* OR Actiq OR Fentora) AND "2011 Special Report"'

245. (opioid* OR opiate* OR actiq OR Fentora) AND "addiction rare"