# EXHIBIT 8

Highly Confidential - Subject to Further Confidentiality Review

```
  1                UNITED STATES DISTRICT COURT

  2                 NORTHERN DISTRICT OF OHIO

  3                      EASTERN DIVISION

  4

  5    -----------------------------) MDL No. 2804

  6    IN RE NATIONAL PRESCRIPTION   )

  7    OPIATE LITIGATION             )

  8                                  ) Case No. 17-md-2804

  9    This document relates to:     )

 10    All Cases                     )

 11    -----------------------------) Hon Dan A. Polster

 12

 13                      HIGHLY CONFIDENTIAL

 14         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

 15

 16             The 30(b)(6) videotaped deposition of

 17    ALLERGAN by and through MARY WOODS, called for

 18    examination, taken pursuant to the Federal Rules of

 19    Civil Procedure of the United States District Courts

 20    pertaining to the taking of depositions, taken before

 21    JULIANA F. ZAJICEK, a Registered Professional Reporter

 22    and a Certified Shorthand Reporter, at Lieff Cabraser

 23    Heimann & Bernstein, 8th Floor, 250 Hudson Street, New

 24    York, New York, on January 9, 2019, at 9:10 a.m.
```

Highly Confidential - Subject to Further Confidentiality Review

 1      A.     Yes.

 2      Q.     All right.

 3             All right.  So let's move on to Exhibit

 4  No. 8.  Could you pick that up inside the compendium

 5  Exhibit 25, and look through it, and as you are

 6  looking through it, I'll note it is a

 7  four-page document, Allergan_MDL_03641386 through

 8  1389.

 9             When you are ready, can you tell me what

10  this appears to you to be?

11      A.     Yes.  This is a corporate standard

12  operating procedure.  So this is filed with the entire

13  corporation.  It is a high-level procedure regarding

14  suspicious orders of controlled drugs.

15      Q.     All right. And with regard to this

16  document, you say it's filed with the corporation.

17             What is the difference between this and

18  what we were talking about before, Exhibit 3?

19      A.     Sure.

20             The ones under Exhibit 3 -- and the ones

21  that are identified as operational procedure documents

22  are typically a derivative of a corporate standard

23  operating procedure.  So the corporate standard

24  operating procedures are actually come -- are -- are