# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
| *APPLIES TO ALL CASES* | Hon. Dan A. Polster |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Plaintiffs have filed a Motion for leave to file under seal file Exhibits F and G to the Plaintiffs' Response in Opposition to Walgreens's Objection to Modified Discovery Ruling No. 23 ("Plaintiffs' Opposition").

Plaintiffs request that, to ensure there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders, the Court permit Plaintiffs to file under seal Exhibits F and G to the Plaintiffs' Opposition.

1. Plaintiffs' Motion for Leave to File Exhibits Under Seal is hereby GRANTED; and

2. Defendants are hereby directed to state within three (3) business days whether they will assert any redactions to Exhibits F and G to the Plaintiffs' Opposition.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE