# EXHIBIT E

| * [10/22/18 log, no Bates key] | Control Number | Production - Beginning Bates | Production - Ending Bates | Author | Recipients | Cc or Bcc [Logs 7/3/18-11/9/18] CC [Logs 11/21/18-3/16/20] | PL_Cc_or_Bcc [10/22/18 log] BCC [Logs 11/21/18-3/16/20] | Date | Subject | Privilege Description | Privilege Type | Custodian [start in 11/9/18 log] | SOM-related? [start in 3/16/20 log] | PEC Challenges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | E00000182 | WAGMDL00707642 | WAGMDL00707653 | | | | | 8/1/2018 | DEA update Jan2013.pptx | Presentation reflecting legal advice regarding litigation. | Attorney Client; Work Product | Walgreens | | Challenge - documents are related to business matters, and the redacted communication includes numerous non-attorneys. Further the purpose for the communication is not directed at an attorney for the purpose of seeking legal advice. Redacted attachments should also be produced. |
| * | E04190311 | WAGMDL00493670 | WAGMDL00493678 | | | | | 10/19/18 3:15 PM | 20090506 Trumbull Fax to Honoway re PSE Suppliers.pdf | Email communication reflecting legal advice regarding controlled substance ordering. | Attorney Client; Work Product | Perrysburg | | Privilege claimed is overly broad and seeks to protect information that is related to business matters, not legal matters. Redactions are overbroad and inconsistent with Special Master Cohen's privilege rulings. |
| * | E04190341 | WAGMDL00493725 | WAGMDL00493726 | | | | | 10/19/18 4:41 PM | 20150508 Hensley Email re Answer to Monitoring.pdf | Email communication reflecting legal advice regarding controlled substance ordering. | Attorney Client; Work Product | Perrysburg | | Challenge at 754934-935 communication is sent to many individuals, many who are non-attorneys and the matter is related to business. Redactions are overbroad and inconsistent with Special Master Cohen's privilege rulings. |
| * | E04200860 | WAGMDL00709231 | WAGMDL00709233 | | | | | 10/31/2013 | 622491.txt | Email communication providing information necessary to render legal advice regarding controlled substance ordering. | Attorney Client | Crawford, Kermit | | Entry does not include an attorney, does not sufficiently describe privilege claimed, and does not appear to include accurate metadata. Further, document is full withheld, privilege is overbroad. |
| * | E04434425 | WAGMDL00709439 | WAGMDL00709447 | | | | | 12/4/2018 | Walgreens 019.pdf | Memorandum reflecting legal advice regarding dispensing prescriptions. | Attorney Client | Walgreens | | Entry does not include an attorney, does not sufficiently describe privilege claimed, and does not appear to include accurate metadata. Further, document is full withheld, privilege is overbroad. |
| * | E04434561 | WAGMDL00709507 | WAGMDL00709558 | | | | | 12/26/18 11:02 AM | 1. Other Stuff.pdf | Report reflecting legal advice regarding DEA inquiry. | Attorney Client | Perrysburg | | Entry does not include an attorney, does not sufficiently describe privilege claimed, and does not appear to include accurate metadata. Further, document is full withheld, privilege is overbroad. |
| * | E04435066 | WAGMDL00752192 | WAGMDL00752194 | "Trumbull, Tammy" <"/o=walgreens/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=c68e62cd-1f70-4929-8a74- | "Phillips, Audrey" <audrey.phillips@walgreens.com> | | | 5/30/12 9:29 AM | RE: Suspicious Drug process | Email communication requesting legal advice regarding controlled substance ordering. | Attorney Client | Perrysburg | | Challenge - redactions are not made based on atty advice, no attorney is identified on log, distribution group is large and is not made for or by an attorney. |
| * | E04435068 | WAGMDL00752198 | WAGMDL00752200 | "Trumbull, Tammy" <"/o=walgreens/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=c68e62cd-1f70-4929-8a74- | "Kneller, Steve" <steve.kneller@walgreens.com> | PerrysburgDCM-MO-IO <perrysburgdcm-mo-io@walgreens.com> | | 5/29/12 10:03 AM | RE: Suspicious Drug process | Email communication requesting legal advice regarding controlled substance ordering. | Attorney Client | Perrysburg | | Challenge - redactions are not made based on atty advice, no attorney is identified on log, distribution group is large and is not made for or by an attorney. (multiple redactions) |
| * | E04435143 | WAGMDL00752433 | WAGMDL00752435 | vanove | | | | 7/22/2011 | PB Responses.xls | Report describing substance of requests for legal advice regarding controlled substance distribution. legal advice regarding controlled substance | Attorney Client | Perrysburg | | Privilege is not supported. Redactions are overly broad and description appears to assert privilege over several different redactions. |
| | E04435245 | | | joseph | | | | 1/4/2019 | Perrysburg DEA Visit..pdf | Email communication providing information necessary to render legal advice regarding DEA inquiry. | Attorney Client | Perrysburg | | Entry does not include an attorney, does not sufficiently describe privilege claimed, and does not appear to include accurate metadata. Further, document is full withheld, privilege is overbroad. |
| * | E04435250 | WAGMDL00752762 | WAGMDL00752765 | | | | | 1/7/19 1:39 PM | 05. DEA Visit - 2017 (6-2-17).pdf | Email communication providing information necessary to render legal advice regarding DEA inquiry. | Attorney Client; Work Product | Perrysburg | | Entry does not include an attorney, does not sufficiently describe privilege claimed, and does not appear to include accurate metadata. Further, document is full withheld, privilege is overbroad. |
| * | E04435251 | WAGMDL00752766 | WAGMDL00752816 | | | | | 1/7/19 1:39 PM | 06. 2013 DEA (Feb 5th).pdf | Draft reflecting request for legal advice and legal advice regarding DEA inquiry. | Attorney Client; Work Product | Perrysburg | | Privilege is not supported. Redactions are overly broad and description appears to assert privilege over several different redactions. |
| * | E04435252 | WAGMDL00752817 | WAGMDL00752857 | | | | | 1/7/19 1:39 PM | 07. DEA - Feb 2013.pdf | Draft reflecting request for legal advice and legal advice regarding DEA inquiry. | Attorney Client; Work Product | Perrysburg | | Redactions are overly broad and vague. No attorney is identified and documents relate to business matters and/or appear shared with third parties. Privilege is not supported. |
| * | E04435256 | WAGMDL00753257 | WAGMDL00753323 | | | | | 1/7/19 1:39 PM | 11. DEA Inspection April 2009.pdf | Memorandum reflecting request for legal advice and legal advice regarding DEA inquiry. | Attorney Client; Work Product | Perrysburg | | Redactions are overly broad and throughout the document covering various pages. No attorney is identified in the description and the communications show that numerous non-attorneys are involved in the communications. Materials relate to business matters/needs. Privilege is not supported. |

| | | | | | | | | Date | Document | Privilege Description | Privilege Type | Custodian | | Challenge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | E04435258 | WAGMDL00753463 | WAGMDL00753475 | | | | | 1/7/19 1:39 PM | 13. DEA Visit - April 2009.pdf | Memorandum reflecting request for legal advice and legal advice regarding DEA inquiry. | Attorney Client; Work Product | Perrysburg | | Redactions are overly broad. Communication clearly shows that the responses were sent to/or intended for the DEA. No attorney is identified. Privilege is not supported. |
| * | E04435259 | WAGMDL00753476 | WAGMDL00753641 | | | | | 1/7/19 1:39 PM | 14. DEA Info 2006.pdf | Draft reflecting request for legal advice and legal advice regarding DEA inquiry. | Attorney Client; Work Product | Perrysburg | | Redactions are overly broad and include various documents that relate to business matters. No attorney is identified. Privilege is not supported. |
| * | E04435264 | WAGMDL00753975 | WAGMDL00753995 | | | | | 1/7/19 1:39 PM | 04. DEA Correspondence.pdf | Email communication requesting and providing legal advice regarding DEA inquiry. | Attorney Client | Perrysburg | | Redactions cover materials that sound in business and relate to business decisions. Privilege asserted is overly broad and vague. Privilege is not supported. |
| * | E04435271 | WAGMDL00754930 | WAGMDL00755128 | | | | | 1/7/2019 | 11. Control Issues.pdf | Email communication reflecting request for legal advice and legal advice regarding controlled substance ordering. | Attorney Client | Perrysburg | | Redaction covers an email that is directed to many non-attorneys and relates to a business decision. The claim of privilege is inconsistent with the Court's prior rulings. Privilege is not supported. |
| | E04435293 | | | | | | | 1/7/2019 | 15. DEA Mini Audit.pdf | Report reflecting legal advice regarding DEA inquiry. | Attorney Client; Work Product | Perrysburg | | No attorney is identified. Also, no recipients are named; subject indicates the topic is a business matter. Privilege is vague and overbroad. |
| | E04435306 | | | Erica Casimiro | | | | 1/7/2019 | Walgreens scan log.xlsx | Chart reflecting legal advice regarding record retention. | Attorney Client; Work Product | Perrysburg | | No attorney is identified. Also, no recipients are named; subject indicates the topic is a business matter. Privilege is vague and overbroad. |
| * | E04435487 | WAGMDL00757193 | WAGMDL00757211 | | | | | 1/22/2019 | 001.pdf | Report describing substance of requests for legal advice regarding controlled substance distribution. legal advice regarding controlled substance distribution. | Attorney Client | Perrysburg | | Redaction is overly broad and vague as its related to a business matter that is ruled not privileged by the Court and is sent to many non-attorneys. The matter of controlled substance ordering is a business function, not a legal matter. Privilege is not supported. |
| * | E04435492 | WAGMDL00757222 | WAGMDL00757229 | | | | | 1/22/2019 | 006.pdf | Report describing substance of requests for legal advice regarding controlled substance distribution. legal advice regarding controlled substance distribution. | Attorney Client | Perrysburg | | Redaction is overly broad and vague as the document(s) relates to a business matter, not a legal matter. The materials are sent to many non-attorneys and there is no apparent attorney advice sought or received. Privilege is not supported. |
| * | E04435493 | WAGMDL00757230 | WAGMDL00757234 | | | | | 1/22/2019 | 007.pdf | Report describing substance of requests for legal advice regarding controlled substance distribution. legal advice regarding controlled substance distribution. | Attorney Client | Perrysburg | | No attorney is identified; redactions cover more information than is necessary and are inconsistent with the Court's rulings on privilege. Privilege is not supported. |
| * | E04435508 | WAGMDL00757172 | WAGMDL00757187 | | | | | 1/22/2019 11:43:00 AM May 25, 2012 | 001.pdf | Memorandum reflecting legal advice regarding compliance policies. | Attorney Client | Perrysburg | | Redaction is overly broad and vague as the document(s) relates to a business matter, not a legal matter. The materials are sent to many non-attorneys and there is no apparent attorney advice sought or received. Privilege is not supported. |
| * | E04435655 | WAGMDL00757641 | WAGMDL00757646 | | | | | 1/24/2019 7:00:00 PM Aug. 13, 2012 | Miscellaneous.pdf | Email communication reflecting legal advice regarding controlled substance ordering. | Attorney Client | Perrysburg | | Challenge - related to business, includes numerous non-attorneys, does not appear directed for the purpose of seeking legal advice. Need attachment. Privilege is not supported. |
| * | E04435666 | WAGMDL00757762 | WAGMDL00757773 | | | | | 1/24/19 7:01 PM | Updates and New Info.pdf | Memorandum reflecting legal advice regarding controlled substance ordering. | Attorney Client | Perrysburg | | Privilege asserted is overly broad and covers information related to a business need. No attorney is identified and the communications are between non-attorneys, privilege is not supported. |
| * | E04436075 | WAGMDL00771951 | WAGMDL00772215 | | | | | 2/4/2019 | 06. 614 Jupiter DC DEA Review Third Quarter Fiscal 2010 Index 1 of 2.pdf | Report describing substance of requests for legal advice regarding controlled substance distribution. legal advice regarding controlled substance distribution. | Attorney Client | Walgreens | | Privilege claimed is overly broad and seeks to protect information that is related to business matters, not legal matters. Redactions are overbroad and inconsistent with Special Master Cohen's privilege rulings. |
| * | E04436083 | WAGMDL00773030 | WAGMDL00773314 | | | | | 2/4/2019 | 05. 70020 Perrysburg DC DEA Review Fiscal 2013 Index 1 of 2.pdf | Report describing substance of requests for legal advice regarding controlled substance distribution. legal advice regarding controlled substance distribution. | Attorney Client | Walgreens | | Privilege claimed is overly broad and seeks to protect information that is related to business matters, not legal matters. Redactions are overbroad and inconsistent with Special Master Cohen's privilege rulings. |
| | E04436520 | | | | | | | 2/22/2019 | 17.pdf | Report providing information necessary to render legal advice regarding DEA inquiry. | Attorney Client; Work Product | Jupiter | | Privilege asserted is overly broad and not supported. No author, recipient, or attorney identified. Privilege is not supported. |
| | E04436579 | | | | | | | 2/22/2019 | 76.pdf | Memorandum providing information necessary to render legal advice regarding DEA inquiry. | Attorney Client; Work Product | Jupiter | | Privilege asserted is overly broad and not supported. No author, recipient, or attorney identified. Privilege is not supported. |
| * | EM00141424 | WAGMDL00818453 | WAGMDL00818455 | "Polster, Tasha" <tasha.polster@walgreens.com> | "Makris, Maria" <maria.makris@walgreens.com>; "Mills, Steven" <steven.mills@walgreens.com> | "Daugherty, Patricia" <patricia.daugherty@walgreens.com> "Dymon, Christopher" <christopher.dymon@walgreens.com> | | 2/6/13 5:11 AM | FW: DEA at Perrysburg Now | Email chain requesting and reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Daugherty, Patty | Yes | Communication is related to business advice, rather than legal advice. Privilege is not supported. |

| * | EM00443110 | WAGMDL00659802 | WAGMDL00659827 | | | | | 6/2/18 3:13 PM | Final Draft Walgreens Presentation to DEA.pdf | Presentation reflecting legal advice regarding DEA inquiry. | Attorney Client; Work Product | Martin, Barb | | Presentation is a final draft that includes speaker notes that are redacted and not likely to seek or restate privilege advice.  No attorney is identified, no sender or recipient is identified, and the author is not disclosed in the log, on the document or in the metadata.  Privilege is not supported. |
| * | EM00511188 | WAGMDL00580316 | WAGMDL00580318 | "Murray Jr, Denman D." <denman.murray@walgreens.com> | "Bleser, Michael P." <mike.bleser@walgreens.com>; "Martin, Barbara A." <barb.martin@walgreens.com> | | | 4/10/2012 | RE: Update - Response From HealthCare LP | Email communication reflecting request for legal advice and legal advice regarding controlled substance ordering. | Attorney Client | Martin, Barb | | Redactions are overly broad and cover materials that is not from or to an attorney and related to a business matter.  The redaction covers the entirety of a suspicious order reporting update, which is not consistent with the Court's ruling on suspicious orders.  Privilege is not supported. |
| * | EM00511818 | WAGMDL00660341 | WAGMDL00660342 | "Polster, Tasha" <tasha.polster@walgreens.com> | "Martin, Barb" <barb.martin@walgreens.com> | | | 11/3/12 3:13 PM | FW: SOM | Email communication reflecting legal advice regarding DEA inquiry. | Attorney Client; Work Product | Martin, Barb | | Redactions are overly broad and inconsistent with the Court's rulings on suspicious order monitoring. Further, the matter relates to business, not legal issues, privilege is not supported. |
| * | EM02380932 | WAGMDL00589675 | WAGMDL00589679 | Denny Murray | | | | 6/13/2012 | Rx Supply Chain Integrity v1.pptx | Presentation reflecting request for legal advice and legal advice regarding controlled substance ordering. | Attorney Client | Murray, Denman | | Presentation is authored by a non-attorney and shared by and among many non-attorneys.  The redactions covers full slides and bullet points that relate to business responsibilities.  Further, the transmittal email does not indicate that the presentation is a draft or seeking farther edits from an attorney.  Privilege is not supported. |
| * | EM04697232 | WAGMDL00745755 | WAGMDL00745757 | "Hansen, Suzanne" <suzanne.hansen@walgreens.com> | "Crawford, Kermit" <kermit.crawford@walgreens.com>; "Wagner, Mark" <mark.wagner@walgreens.com> | "Lovejoy, David" <david.lovejoy@walgreens.com>; "Gates, Rick" <rick.gates@walgreens.com>; "Slone, Reuben" <reuben.slone@walgreens.com>; | | 5/26/12 10:32 AM | FW: INFO: Suspicious Drug process | Email communication reflecting request for legal advice and legal advice regarding controlled substance ordering. | Attorney Client | Crawford, Kermit | | Redaction is overly broad and vague as its related to a business matter that is ruled not privileged by the Court and is sent to many non-attorneys. The matter of controlled substance ordering is a business function, not a legal matter. Privilege is not supported. |
| * | EM04761845 | WAGMDL00746806 | WAGMDL00746808 | kermit.crawford@walgreens.com | "Hansen, Suzanne" <suzanne.hansen@walgreens.com> | | | 5/28/12 8:07 PM | Re: INFO: Suspicious Drug process | Email communication reflecting request for legal advice and legal advice regarding controlled substance ordering. | Attorney Client | Crawford, Kermit | | Redaction is overly broad and vague as its related to a business matter that is ruled not privileged by the Court and is sent to many non-attorneys. The matter of controlled substance ordering is a business function, not a legal matter. Privilege is not supported. |
| * | EM04761893 | WAGMDL00746809 | WAGMDL00746811 | "Crawford, Kermit" </o=walgreens/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=74b59bb4-73aa-4e2e-911e-03e2154329a6">; | "Wagner, Mark" <mark.wagner@walgreens.com> | | | 5/26/12 10:41 AM | Re: Fwd: INFO: Suspicious Drug process | Email communication reflecting request for legal advice and legal advice regarding controlled substance ordering. | Attorney Client | Crawford, Kermit | | Redaction is overly broad and vague as its related to a business matter that is ruled not privileged by the Court and is sent to many non-attorneys. The matter of controlled substance ordering is a business function, not a legal matter. Privilege is not supported. |
| * | EM00197484; EM00250399; EM02381423 | WAGMDL00842128; WAGMDL00842340; WAGMDL00842589 | WAGMDL00842153; WAGMDL00842365; WAGMDL00842614 | | | | | 4/26/2018 8:02 | DEA market leadership Jan2013.pptx | Document reflecting legal advice regarding the litigation or issues related thereto. | Attorney Client;Work Product | Mills, Steve | Yes | Presentation is authored by a non-attorney and presented by a non-attorney. The redactions cover speaker notes, which are not likely to request legal advice.  Further, the transmittal email does not indicate that the presentation is a draft or seeking farther edits from an attorney.  Privilege is not supported. |
| * | EM05295820 | WAGMDL00845904 | WAGMDL00845904 | "Joseph, Justin" </o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=walgreens.onmicrosoft.com-54052-joseph, justin s. ( jjos9ec1ccfd"> | "Sylvester, Scott" <scott.sylvester@walgreens.com> | | | 2/19/2020 15:38 | RE: C2 in Perrysburg | Email chain reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Joseph, Justin | | Redaction covers the entirety of the initiating email content. The subject "C2 in Perrysburg" is related to a business matter, not a legal matter and there is no attorney identified on the communication or on the log. Privilege is not supported. |
| * | EM00511951 | WAGMDL00851274 | WAGMDL00851276 | "Khanna, Rakesh" </o=walgreens/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=bd61ca3a-ccfb-4e54-8472-733f212b22da"> | "Pinon, Dwayne A." <dwayne.pinon@walgreens.com>; "Martin, Barbara A." <barb.martin@walgreens.com> | "Yelvington, Ora M." <ora.yelvington@walgreens.com> | | 12/4/2009 8:16 | Re: Fw: DEA Suspicious Order Reports | Email chain requesting and reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Martin, Barb | Yes | Subject matter relates to a business function/decision necessary to conduct business. The redacted document is not produced.  Privilege is overly broad and vague. |
| * | EM00511862 | WAGMDL00851271 | WAGMDL00851273 | "Murray Jr, Denman D." </o=walgreens/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=a34d4efc-0f4b-4e9a-b913-5e3a67008cea"> | "Martin, Barbara A." <barb.martin@walgreens.com> | | | 5/18/2011 11:26 | Re: Fw: CS / PSE Reporting - Version 2 | Email chain requesting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Martin, Barb | Yes | Subject matter relates to a business function/decision necessary to conduct business. The redacted document is not produced.  Privilege is overly broad and vague. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EM00510897 | | | "Kaur, Manmeet" <manmeet.kaur@walgreens.com> | "Provost, Kristie" <kristie.provost@walgreens.com>; "Yelvington, Ora" <ora.yelvington@walgreens.com>; "Merritello Jr, John" <john.merritello@walgreens.com>; "Murray Jr, Denman" <denman.murray@walgreens.com>; "Dungca, Ferdinand" <ferdinand.dungca@walgreens.com>; "Stukel, Raymond" <raymond.stukel@walgreens.com>; "Chirica, Manuela" <manuela.chirica@walgreens.com>; "Teega, Rajitha" <rajitha.teega@walgreens.com>; "Bamberg, Steve" <stephen.bamberg@walgreens.com>; "Bhana, Sanjay" <sanjay.bhana@walgreens.com>; "Thoss, Sue" <sue.thoss@walgreens.com>; "Pinon, Dwayne'" <dwayne.pinon@walgreens.com>; "Umbleby, Mike" <mike.umbleby@walgreens.com>; "Martin, Barb" <barb.martin@walgreens.com> | | 6/1/2012 10:43 | FW: Meeting Notes for Suspicious Ordering Phase 5- 5/31/2012 | Email requesting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Martin, Barb | Yes | Numerous non-attorneys are included in the list of recipients and the subject line indicates that weekly meetings were held related to a business matter - suspicious orders.  Withholding such documents is inconsistent with Special Master Cohen's Rulings and unsupported by the claim of privilege.  Privilege is not warranted. |
| EM02793342 | | | "Pinon, Dwayne" <"/o=walgreens/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn-f1b b4831-163f-4a70-80c0- 76eda66f2b9c"> | "Pinon, Dwayne'" <dwayne.pinon@walgreens.com>; "Coughlin, Dan" <dan.coughlin@walgreens.com>; "Thoss, Sue" <sue.thoss@walgreens.com>; "Hansen, Suzanne" <suzanne.hansen@walgreens.com>; "Tisdell, Lorinda" <lorinda.tisdell@walgreens.com>; "Bhana, Sanjay" <sanjay.bhana@walgreens.com>; "Bleser, Mike" <mike.bleser@walgreens.com>; "Murray Jr, Denman" <denman.murray@walgreens.com>; "Amos, Ken" <ken.amos@walgreens.com>; "Svihra, Ed" <ed.svihra@walgreens.com>; "Kotlarczyk  Jr, John" <john.kotlarczyk@walgreens.com>; "Domzalski, Chris" <chris.domzalski@walgreens.com>; "Zagami, Patty" <patty.zagami@walgreens.com> | "Malusa, Sherry" <sherry.malusa@walgreens.com>; "Provost, Kristie" <kristie.provost@walgreens.com>; "Kowalski, Bruce" <bruce.kowalski@walgreens.com> | 6/5/2012 14:20 | Suspicious Controlled Substance Order Monitoring | Email reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Bleser, Mike | Yes | Numerous non-attorneys are included in the list of recipients and the subject line indicates that weekly meetings were held related to a business matter - suspicious orders.  Withholding such documents is inconsistent with Special Master Cohen's Rulings and unsupported by the claim of privilege.  Privilege is not warranted. |
| EM02381092 | | | "Kaur, Manmeet" <manmeet.kaur@walgreens.com> | "Provost, Kristie" <kristie.provost@walgreens.com>; "Dungca, Ferdinand" <ferdinand.dungca@walgreens.com>; "Stukel, Raymond" <raymond.stukel@walgreens.com>; "Zagami, Patty'" <patty.zagami@walgreens.com>; "Yelvington, Ora" <ora.yelvington@walgreens.com>; "Teega, Rajitha" <rajitha.teega@walgreens.com>; "Chirica, Manuela" <manuela.chirica@walgreens.com>; "Bhana, Sanjay" <sanjay.bhana@walgreens.com>; "Martin, Barb" <barb.martin@walgreens.com>; "Bancroft, Wayne" <wayne.bancroft@walgreens.com>; "Murray Jr, Denman" <denman.murray@walgreens.com>; "Merritello Jr, John" <john.merritello@walgreens.com>; "Thoss, Sue" <sue.thoss@walgreens.com>; "Umbleby, Mike" <mike.umbleby@walgreens.com>; "Pinon, Dwayne'" <dwayne.pinon@walgreens.com> | "Bamberg, Steve" <stephen.bamberg@walgreens.com> | 6/15/2012 10:18 | Susp Orders - OrdRev Use Cases | Email and attachment(s) requesting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Murray, Denman | Yes | Numerous non-attorneys are included in the list of recipients and the subject line indicates that weekly meetings were held related to a business matter - suspicious orders.  Withholding such documents is inconsistent with Special Master Cohen's Rulings and unsupported by the claim of privilege.  Privilege is not warranted. |
| EM00511635 | | | "Pinon, Dwayne'" <dwayne.pinon@walgreens.com> | "Murray Jr, Denman" <denman.murray@walgreens.com>; "Martin, Barb" <barb.martin@walgreens.com>; "Svihra, Ed" <ed.svihra@walgreens.com>; "Ranick, Marcie" <marcie.ranick@walgreens.com>; "Umbleby, Mike" <mike.umbleby@walgreens.com>; "Thoss, Sue" <sue.thoss@walgreens.com>; "Bhana, Sanjay" <sanjay.bhana@walgreens.com> | | 7/9/2012 13:22 | FL DBPR v Jupiter | Email reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client;Work Product | Martin, Barb | Yes | Privilege claimed is overly broad and vague.  The document(s) is fully withheld despite the fact the subject indicates that the materials included/concerned/discussed relate to public records.  Privilege is not supported. |
| EM00511243 | | | "Yelvington, Ora" <ora.yelvington@walgreens.com> | "Bamberg, Steve" <stephen.bamberg@walgreens.com>; "Kaur, Manmeet" <manmeet.kaur@walgreens.com>; "Chirica, Manuela" <manuela.chirica@walgreens.com>; "Merritello Jr, John" <john.merritello@walgreens.com>; "Murray Jr, Denman" <denman.murray@walgreens.com>; "Provost, Kristie" <kristie.provost@walgreens.com>; "Bhana, Sanjay" <sanjay.bhana@walgreens.com>; "Teega, Rajitha" <rajitha.teega@walgreens.com>; "Dungca, Ferdinand" <ferdinand.dungca@walgreens.com>; "Stukel, Raymond" <raymond.stukel@walgreens.com>; "Umbleby, Mike" <mike.umbleby@walgreens.com>; "Martin, Barb" <barb.martin@walgreens.com>; "Thoss, Sue" <sue.thoss@walgreens.com>; "Pinon, Dwayne'" <dwayne.pinon@walgreens.com>; "Bancroft, Wayne" <wayne.bancroft@walgreens.com> | | 8/1/2012 8:28 | RE: Weekly Suspicious Ordering Meetings - Attached Agenda | Email chain and attachment(s) requesting and reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Martin, Barb | Yes | Numerous non-attorneys are included in the list of recipients and the subject line indicates that weekly meetings were held related to a business matter - suspicious orders.  Withholding such documents is inconsistent with Special Master Cohen's Rulings and unsupported by the claim of privilege.  Privilege is not warranted. |

| Mark | Doc ID | WAGMDL Begin | WAGMDL End | From | To | CC | Date | Subject | Description | Privilege | Custodian | Priv. | Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EM00510536 | | | "Bamberg, Steve" <stephen.bamberg@walgreens.com> | "Merritello Jr, John" <john.merritello@walgreens.com>; "Murray Jr, Denman" <denman.murray@walgreens.com>; "Provost, Kristie" <kristie.provost@walgreens.com>; "Bhana, Sanjay" <sanjay.bhana@walgreens.com>; "Stukel, Raymond" <raymond.stukel@walgreens.com>; "Umbleby, Mike" <mike.umbleby@walgreens.com>; "Martin, Barb" <barb.martin@walgreens.com>; "Thoss, Sue" <sue.thoss@walgreens.com>; "Pinon, Dwayne" <dwayne.pinon@walgreens.com>; "Bancroft, Wayne" <wayne.bancroft@walgreens.com>; "Zagami, Patty" <patty.zagami@walgreens.com>; "Tiemeyer, Joseph" <joseph.tiemeyer@walgreens.com>; "Ranick, Marcie" <marcie.ranick@walgreens.com>; "Stahmann, Eric" <eric.stahmann@walgreens.com> | "Kaur, Manmeet" <manmeet.kaur@walgreens.com>; "Yelvington, Ora" <ora.yelvington@walgreens.com>; "Chirica, Manuela" <manuela.chirica@walgreens.com>; "Teega, Rajitha" <rajitha.teega@walgreens.com>; "Powell, Jerel" <jerel.powell@walgreens.com>; "Kaur, Pritpal" <pritpal.kaur@walgreens.com>; "Rahman, Mohammed" <mohammed.rahman@walgreens.com> | 10/19/2012 15:56 | DEA Suspicious Ordering Phase 5 Status as of 10/15/2012 | Email requesting and reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Martin, Barb | Yes | The subject matter fits squarely within Court rulings related to privilege, specifically, that Suspicious Ordering processes or policies are not privileged and should not be withheld. Moreover, communication includes several non-attorneys, indicating that the withheld information is not closely held attorney advice and is likely related to a business decision. Privilege is not supported. |
| | EM00206972 | | | "Madarasz, Anika" <anika.madarasz@walgreens.com> | "Zagami, Patty" <patty.zagami@walgreens.com>; "Pinon, Dwayne" <dwayne.pinon@walgreens.com>; "Provost, Kristie" <kristie.provost@walgreens.com>; "Stukel, Raymond" <raymond.stukel@walgreens.com>; "Svihra, Ed" <ed.svihra@walgreens.com>; "Ranick, Marcie" <marcie.ranick@walgreens.com>; "Merritello Jr, John" <john.merritello@walgreens.com>; "Murray Jr, Denman" <denman.murray@walgreens.com>; "Martin, Barb" <barb.martin@walgreens.com>; "Polster, Tasha" <tasha.polster@walgreens.com>; "Thoss, Sue" <sue.thoss@walgreens.com>; "Mills, Steven" <steven.mills@walgreens.com> | | 11/29/2012 8:00 | FW: White board of Order of Interest / SO process discussion | Email chain and attachment(s) requesting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Mills, Steve | Yes | The subject matter fits squarely within Court rulings related to privilege, such that SO process is not a proper claim of privilege and such documents must be produced. Moreover, communication includes several non-attorneys, indicating that the withheld information is not closely held attorney advice and is likely related to a business decision. Privilege is not supported. |
| * | EM00509206 | WAGMDL00850160 | WAGMDL00850161 | "Martin, Barb" </o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=walgreens.omnicrosoft.com-54052-martin, barbara a. ( bam9eabdc27"> | "Madarasz, Anika" <anika.madarasz@walgreens.com> | | 12/5/2012 9:28 | FW: DEA Suspicious Ordering Phase 5 Status as of 10/15/2012 | Email chain with Dwayne Pinon and Patricia Zagami requesting and reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client | Martin, Barb | Yes | Subject matter relates to a business function/decision necessary to conduct business. The redacted document is not produced. Privilege is overly broad and vague. |
| | EM00247615 | | | Steven P. Mills | | | 2/12/2013 10:24 | Perrysburg DEA Fax Template.xlsx | Document reflecting legal advice regarding the investigation and/or issues related thereto. | Attorney Client;Work Product | Mills, Steve | Yes | Subject/document title does not support the privilege claim. A fax template is likely a final product used to disseminate information to others, and does not warrant privilege. No attorney is identified, privilege is not supported. |
| * | EM00247614 | WAGMDL00847774 | WAGMDL00847777 | "Mills, Steven" </o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=walgreens.omnicrosoft.com-54052-mills, steven p. ( spmills )813"> | "Dymon, Christopher" <christopher.dymon@walgreens.com> | | 2/12/2013 10:25 | RE: Drug Reports | Email chain with Patricia Zagami requesting and reflecting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client;Work Product | Mills, Steve | Yes | Subject matter relates to a business function/decision necessary to conduct business. The redacted document is not produced. Privilege is overly broad and vague. |
| * | EM02356528 | WAGMDL00851368 | WAGMDL00851372 | "Bleser, Mike" <mike.bleser@walgreens.com> | "Abraham, Breanne" <breanne.abraham@walgreens.com> | "Foreman, Jeffrey" <jeffrey.foreman@walgreens.com>; "Pike, Matt" <matt.pike@walgreens.com>; "Rurka, David" <david.rurka@walgreens.com>; "Murray, Denman" <denman.murray@walgreens.com>; "Reiter, David" <david.reiter@walgreens.com> | 2/22/2013 14:00 | RE: Cardinal and DEA/Kaufman Call to Kermit | Email chain requesting legal advice regarding the subject matter conveyed in the email subject line. | Attorney Client;Work Product | Murray, Denman | Yes | Subject matter relates to a business function/decision necessary to conduct business. The redacted document is not produced. Privilege is overly broad and vague. |