# EXHIBIT 1

**BartlitBeck**<sub>LLP</sub>

Sharon Desh
Sharon.Desh@BartlitBeck.com

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
Main: (312) 494-4400
Direct: (312) 494-4444

BartlitBeck.com

October 10, 2018

**BY E-MAIL**

Anthony Irpino
Irpino, Avin & Hawkins
2216 Magazine Street
New Orleans, Louisiana 70130

  **Re**: *MDL 2804 Walgreens Clawback*

Dear Anthony:

  This letter follows your conversation with Kate Swift on October 5, 2018 and your email of October 8, 2018 regarding Walgreens' claim of privilege over 12 documents.

  You request two additional pieces of information: the attorney involved with each document, and the reason why that attorney's involvement makes the document privileged.

  Walgreens responds as follows:

  ***WAGMDL00254655, WAGMDL00257246, WAGMDL00257636, WAGMDL00257713:***
These are draft documents created for the purpose of seeking advice from Walgreens' counsel Patty Zagami.  Redline edits were sent to Ms. Zagami for her review, and Ms. Zagami subsequently provided feedback.  Ms. Zagami's advice was related to Walgreens' efforts to comply with laws and regulations regarding dispensing practices through Walgreens' development of a target good faith dispensing policy.

  ***WAGMDL00256978:*** This is a draft document edited by Walgreens' counsel Patty Zagami containing legal guidance and analysis related to Walgreens' efforts to comply with laws and regulations regarding dispensing practices through implementation of Walgreens' good faith dispensing policy.

  ***WAGMDL00256731:*** This is a draft document incorporating the legal guidance and analysis provided by Walgreens' counsel Patty Zagami in WAGMDL00256798 related to Walgreens' efforts to comply with laws and regulations regarding dispensing practices through implementation of Walgreens' good faith dispensing policy.

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
Page 2

*WAGMDL00254657:* This is a draft document created in connection with Walgreens' counsel Patty Zagami and for the purpose of seeking advice from Ms. Zagami related to Walgreens' efforts to comply with laws and regulations regarding dispensing practices through implementation of Walgreens' good faith dispensing policy.

*WAGMDL00255420, WAGMDL00254680, WAGMDL00259221, WAGMDL00255421:* These are documents, including drafts, created in connection with Walgreens' counsel Patty Zagami and for the purpose of seeking advice from Ms. Zagami and other Walgreens' counsel related to Walgreens' efforts to comply with laws and regulations regarding dispensing practices through development of Walgreens' good faith dispensing policy.

*WAGMDL00259256:* This is a document created for the purpose of seeking advice from Walgreens' counsel related to legal requirements involved in implementing Walgreens' naloxone program, and includes reference to outstanding issues for legal department's review.

We have now provided you the information necessary to confirm Walgreens' designation of these documents as privileged. Please withdraw your challenge.

Thank you,

Sharon Desh