# EXHIBIT 3

# BartlitBeck LLP

Sharon Desh
Sharon.Desh@BartlitBeck.com

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
main: (312) 494-4400
direct: (312) 494-4445

BartlitBeck.com

January 29, 2019

Anthony Irpino
Irpino, Avin Hawkins
2216 Magazine Street
New Orleans, LA 70130

     Re: *MDL 2804 – Privilege De-designations*

Dear Anthony,

     As discussed, Walgreens has independently reviewed its privilege log and produced the following documents pursuant to a reduced privilege claim.

| Control Number | Beginning Bates | Production Volume |
|---|---|---|
| EM00135077 | WAGMDL00658513 | WAGMDL020 |
| EM00175256 | WAGMDL00658782 | WAGMDL020 |
| EM00402503 | WAGMDL00674283 | WAGMDL021 |
| EM00614148 | WAGMDL00674321 | WAGMDL021 |
| EM00030985 | WAGMDL00710358 | WAGMDL025 |
| EM00360410 | WAGMDL00710579 | WAGMDL025 |
| EM00014060 | WAGMDL00710291 | WAGMDL025 |
| EM00614498 | WAGMDL00710605 | WAGMDL025 |
| EM00312918 | WAGMDL00710472 | WAGMDL025 |
| EM00336476 | WAGMDL00710552 | WAGMDL025 |
| EM00024603 | WAGMDL00710294 | WAGMDL025 |
| EM00336205 | WAGMDL00710498 | WAGMDL025 |
| EM00336209 | WAGMDL00710525 | WAGMDL025 |
| EM00028395 | WAGMDL00710321 | WAGMDL025 |
| EM00072252 | WAGMDL00710364 | WAGMDL025 |
| EM00162014 | WAGMDL00710400 | WAGMDL025 |
| EM00186457 | WAGMDL00710436 | WAGMDL025 |
| E00004681 | WAGMDL00747844 | WAGMDL026 |

**BartlitBeck** LLP

1/29/2019

Page 2 of 3

| Control Number | Beginning Bates | Production Volume |
| --- | --- | --- |
| E00004714 | WAGMDL00747864 | WAGMDL026 |
| E00005844 | WAGMDL00747899 | WAGMDL026 |
| E00005847 | WAGMDL00747924 | WAGMDL026 |
| EM03056130 | WAGMDL00750647 | WAGMDL026 |
| EM03056137 | WAGMDL00750667 | WAGMDL026 |
| EM03057363 | WAGMDL00750697 | WAGMDL026 |
| EM00123464 | WAGMDL00750244 | WAGMDL026 |
| EM00402552 | WAGMDL00750560 | WAGMDL026 |
| EM00402914 | WAGMDL00750584 | WAGMDL026 |
| EM00121749 | WAGMDL00750201 | WAGMDL026 |
| EM00009217 | WAGMDL00749670 | WAGMDL026 |
| EM00277005 | WAGMDL00750486 | WAGMDL026 |
| EM00044014 | WAGMDL00750151 | WAGMDL026 |
| EM00043540 | WAGMDL00750131 | WAGMDL026 |
| EM00348763 | WAGMDL00750529 | WAGMDL026 |
| EM04222686 | WAGMDL00750728 | WAGMDL026 |
| EM04231992 | WAGMDL00750747 | WAGMDL026 |
| EM00044124 | WAGMDL00750174 | WAGMDL026 |
| EM00156783 | WAGMDL00750322 | WAGMDL026 |
| EM00007462 | WAGMDL00749648 | WAGMDL026 |
| EM00122977 | WAGMDL00750224 | WAGMDL026 |
| EM00347869 | WAGMDL00750509 | WAGMDL026 |
| EM02592667 | WAGMDL00750628 | WAGMDL026 |
| EM00026565 | WAGMDL00750052 | WAGMDL026 |
| EM00161609 | WAGMDL00750348 | WAGMDL026 |
| EM00037812 | WAGMDL00750095 | WAGMDL026 |
| EM00180545 | WAGMDL00750430 | WAGMDL026 |
| EM00144007 | WAGMDL00750286 | WAGMDL026 |

BartlitBeck LLP

1/29/2019

Page 3 of 3

| Control Number | Beginning Bates | Production Volume |
|---|---|---|
| EM00179627 | WAGMDL00750394 | WAGMDL026 |
| EM00010008 | WAGMDL00749693 | WAGMDL026 |
| EM01939552 | WAGMDL00757168 | WAGMDL027 |
| EM00402537 | WAGMDL00757165 | WAGMDL027 |

Thank you,

Sharon Desh