# **EXHIBIT 4**

# BartlitBeck LLP

Sharon Desh
Sharon.Desh@BartlitBeck.com

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
main: (312) 494-4400
direct: (312) 494-4445

BartlitBeck.com

February 18, 2019

Anthony Irpino
Irpino, Avin Hawkins
2216 Magazine Street
New Orleans, LA 70130

Re: *MDL 2804 – Privilege De-designations*

Dear Anthony,

Following my correspondence of January 29, Walgreens provides the below additional list of documents that have been produced pursuant to a reduced privilege claim.

| Control Number | Beginning Bates | Production Volume |
|---|---|---|
| EM00019966 | WAGMDL00773941 | WAGMDL030 |
| EM00019990 | WAGMDL00773950 | WAGMDL030 |
| EM00020676 | WAGMDL00773966 | WAGMDL030 |
| EM00021230 | WAGMDL00773978 | WAGMDL030 |
| EM00021708 | WAGMDL00773981 | WAGMDL030 |
| EM00042853 | WAGMDL00773982 | WAGMDL030 |
| EM00042931 | WAGMDL00773983 | WAGMDL030 |
| EM00066796 | WAGMDL00773990 | WAGMDL030 |
| EM00068517 | WAGMDL00773999 | WAGMDL030 |
| EM00069510 | WAGMDL00774006 | WAGMDL030 |
| EM00069580 | WAGMDL00774009 | WAGMDL030 |
| EM00090880 | WAGMDL00774010 | WAGMDL030 |
| EM00090971 | WAGMDL00774011 | WAGMDL030 |
| EM00151813 | WAGMDL00774025 | WAGMDL030 |
| EM00181852 | WAGMDL00774059 | WAGMDL030 |
| EM00182079 | WAGMDL00774066 | WAGMDL030 |
| EM00182181 | WAGMDL00774077 | WAGMDL030 |
| EM00182280 | WAGMDL00774095 | WAGMDL030 |

BartlitBeck LLP

2/18/2019
Page 2 of 2

| Control Number | Beginning Bates | Production Volume |
|---|---|---|
| EM00320503 | WAGMDL00774103 | WAGMDL030 |
| EM00320705 | WAGMDL00774105 | WAGMDL030 |
| EM00330825 | WAGMDL00774107 | WAGMDL030 |
| EM00916304 | WAGMDL00774113 | WAGMDL030 |
| EM00916305 | WAGMDL00774123 | WAGMDL030 |
| EM00929163 | WAGMDL00774134 | WAGMDL030 |
| EM00929164 | WAGMDL00774144 | WAGMDL030 |
| EM00932025 | WAGMDL00774155 | WAGMDL030 |
| EM01924801 | WAGMDL00774160 | WAGMDL030 |
| EM01924802 | WAGMDL00774170 | WAGMDL030 |
| EM01924906 | WAGMDL00774181 | WAGMDL030 |
| EM01924907 | WAGMDL00774191 | WAGMDL030 |
| EM02400402 | WAGMDL00774201 | WAGMDL030 |
| EM02400843 | WAGMDL00774202 | WAGMDL030 |
| EM02400882 | WAGMDL00774203 | WAGMDL030 |
| E00001544 | WAGMDL00774297 | WAGMDL031 |
| EM00004445 | WAGMDL00774349 | WAGMDL031 |
| EM00043029 | WAGMDL00774436 | WAGMDL031 |
| EM00345935 | WAGMDL00774699 | WAGMDL031 |
| EM02380934 | WAGMDL00774723 | WAGMDL031 |
| EM02380935 | WAGMDL00774724 | WAGMDL031 |

Thank you,

Sharon Desh