# EXHIBIT 6

**From:** Sharon Desh Sharon.desh@bartlitbeck.com
**Subject:** Re: tweak
**Date:** September 11, 2020 at 2:42 PM
**To:** David R. Cohen (David@SpecialMaster.Law) David@SpecialMaster.Law
**Cc:** Pearl Robertson probertson@irpinolaw.com, Sal Badala SBadala@napolilaw.com

Thank you for letting us know.  We will wait to submit documents for in camera review until our objection has been finally resolved, and have no objection to Cuyahoga doing the same.

I hope everyone has a nice weekend.

## BartlitBeck LLP

Sharon Desh | P:  312.494.4445 | C:  301.537.9638 | Sharon.Desh@BartlitBeck.com | 54 West Hubbard Street, Suite 300, Chicago, IL 60654

This message may contain confidential and privileged information.   If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message

> On Sep 10, 2020, at 8:44 PM, David R. Cohen (David@SpecialMaster.Law) <David@SpecialMaster.Law> wrote:
>
> Hi, I think I am going to file a minor tweak to DR-23, but won't be able to do that until this weekend.  I believe it will have no effect on WAG's objection, but I will give WAG (and Ps) a bit more time to file an amended objection once I file the revision.
>
> -d
>
> ========================
> This email sent from:
> David R. Cohen Co. LPA
> 24400 Chagrin Blvd., Suite 300
> Cleveland, OH 44122
> 216-831-0001 tel
> 866-357-3535 fax
> www.SpecialMaster.law