# **EXHIBIT 8**

**From:** **Pearl Robertson** probertson@irpinolaw.com
**Subject:** RE: EXTERNAL-Re: Agenda items 252, 232, and 253
**Date:** May 30, 2020 at 4:37 PM
**To:** Sharon Desh  Sharon.desh@bartlitbeck.com

Agree.

**From:** Sharon Desh <Sharon.desh@bartlitbeck.com>
**Sent:** Saturday, May 30, 2020 5:29 PM
**To:** Pearl Robertson <probertson@irpinolaw.com>
**Cc:** Sal Badala <SBadala@napolilaw.com>
**Subject:** Fwd: EXTERNAL-Re: Agenda items 252, 232, and 253

Pearl,

You will not be surprised to hear that I don't appreciate this note from Mougey.  It is not an accurate representation of our call and, moreover, is contrary to the productive dialogue I feel we have finally been able to reach.  To my knowledge Peter was not even on the call we had, so I don't know why he felt the need (or felt he had the knowledge) to send this email.

I will restrain myself from responding to the list serve, as I think we all know to take these emails with a grain of salt.  In the future, however, I would appreciate Plaintiffs trying to work amongst themselves to be respectful of the agreements we have made.  It is notes like this that make cooperation hard, but I know we are all trying - and will try to do better.

Thanks,

Sharon

**BartlitBeck** LLP

Sharon Desh | P:  312.494.4445 | C:  301.537.9638 | Sharon.Desh@BartlitBeck.com | 54 West Hubbard Street, Suite 300, Chicago, IL 60654

This message may contain confidential and privileged information.   If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message

> Begin forwarded message:
>
> **From:** Peter Mougey <pmougey@levinlaw.com>
> **Subject: EXTERNAL-Re: Agenda items 252, 232, and 253**
> **Date:** May 30, 2020 at 4:00:45 PM CDT
> **To:** David Cohen <David@SpecialMaster.Law>, David Cohen <david@davidrcohen.com>, "xALLDEFENDANTS-MDL2804-Service@arnoldporter.com" <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>
>
> External E-mail

I don't mean to be Debbie Downer on a Saturday Morning, but before congrats are in order we have only made a very small step forward.  The parties have agreed to weekly calls, a renewed request for WAG to yet again review withheld documents based on previous orders etc.  Please stay tuned for the year-old WAG min-series re its 16k docs withheld on its PL and whether we there is change in pace and scope.

Peter

**From:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Sent:** Friday, May 29, 2020 1:30 PM
**To:** MDL 2804 <MDL2804@motleyrice.com>
**Subject:** FW: EXTERNAL-Re: Agenda items 252, 232, and 253

> **CAUTION:** This email message is **EXTERNAL.**

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Friday, May 29, 2020 6:22:48 PM
**To:** Sharon Desh <Sharon.desh@bartlitbeck.com>
**Cc:** Pearl Robertson <probertson@irpinolaw.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; EXT Track1BDefendants <EXT_Track1BDefendants@jonesday.com>
**Subject:** EXTERNAL-Re: Agenda items 252, 232, and 253

Congratulations and thanks, have a nice weekend.
-d

========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

**From:** Sharon Desh <Sharon.desh@bartlitbeck.com>
**Sent:** Friday, May 29, 2020 2:14 PM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Pearl Robertson <probertson@irpinolaw.com>; 2804

Discovery, MDL <mdl2804discovery@motleyrice.com>; EXT Track1BDefendants <EXT_Track1BDefendants@jonesday.com>
**Subject:** Agenda items 252, 232, and 253

Special Master Cohen,

By means of an update, the parties have resolved agenda items 252, 232, and 253 regarding outstanding privilege challenges.  Each party reserves the right to raise good faith requests to the other regarding redactions once the downgrades are produced.

Thank you and have a nice weekend,

Sharon

## BartlitBeck LLP

Sharon Desh | P:  312.494.4445 | C:  301.537.9638 | Sharon.Desh@BartlitBeck.com | 54 West Hubbard Street, Suite 300, Chicago, IL 60654

This message may contain confidential and privileged information.   If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message

---

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files   |   Leave group   |   Learn more about Office 365 Groups

Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com