UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 19-4097/4099

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION.

---

ALBANY COUNTY, NEW YORK, Negotiation Class's Class Representatives; CO-LEAD NEGOTIATION CLASS COUNSEL; CO-NEGOTIATION CLASS COUNSEL,

    Plaintiffs - Appellees,

CITY OF NORTH ROYALTON, OHIO; CITY OF EAST CLEVELAND, OHIO; CITY OF MAYFIELD HEIGHTS, OHIO; CITY OF LYNDHURST, OHIO; CITY OF HURON, OHIO; CITY OF WICKLIFFE, OHIO,

    Plaintiffs - Appellants (19-4099),

    v.

MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN DRUG CORPORATION; PRESCRIPTION SUPPLY, INC.; DISCOUNT DRUG MART, INC.; WALMART, INC.; WALGREEN COMPANY; WALGREEN EASTERN CO., INC.; CVS PHARMACY, INC.; CVS INDIANA, LLC; CVS RX SERVICES, INC.; RITE AID OF MARYLAND, INC., dba Rite Aid of Mid-Atlantic Customer Support Center,

    Defendants - Appellants (19-4097).

**FILED**
Sep 24, 2020
DEBORAH S. HUNT, Clerk

Before: MOORE, CLAY, and McKEAGUE, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's order certifying a negotiation class is REVERSED and REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk