UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*"Track One B"* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

# DEFENDANTS' PROPOSED ADDITIONAL QUESTIONS FOR *VOIR DIRE*

I.

**Defendants' Proposed Additional Questions for Court's *Voir Dire* Examination**

Pursuant to the Court's directive in its Revised Track One-B Civil Jury Trial Order (Dkt. No. 3308 at III(b)(3)), Defendants request that the Court consider adding the following questions to the Court's *voir dire* examination of the jury panel:

1. Do you have any negative opinions about drug distributors, pharmaceutical companies, or pharmacies?

2. This case is being brought by Cuyahoga County and Summit County against companies, most of which are from outside of the State of Ohio – Based on this information, would anyone on the jury panel tend to start out favoring the Counties in this case?

3. If the Counties fail to prove their case, would you be able to return a verdict in favor of the Defendants even though you may live in one of the Counties?

4. Is there anyone on the jury panel who thinks that opioid medications can never be used safely?

5. Have you heard, read, or seen anything about lawsuits against any of the following entities? [Read a list of Track 1 Defendants.]

6.      Having now heard something about this lawsuit, is there anyone here who has any experience, knowledge, opinions or feelings that may be relevant to the issues in this case? Please explain what those are.

7.      Do you think that even though the burden is on the Plaintiff Counties to prove their case, the Defendant companies should have to prove they did nothing wrong?

8.      Would it be difficult for you to follow a law that stated that corporations and the parties suing the corporations must be treated equally in a lawsuit?

9.      Do you think that since there are multiple Defendants here in this lawsuit then that probably means those who are being sued likely did something wrong?

10.     There are several separate and distinct Defendants named in this case – is there anyone here who would have difficulty considering the evidence, if any, as to each separate defendant rather than grouping the Defendants together when considering the questions you will be asked to decide in this case?

11.     Do you believe that the fact that the Counties brought this lawsuit against these Defendants and are here today for trial means that there must be at least some merit to Plaintiffs' allegations?

## II.

## Covid Questions

The questionnaires completed by the prospective jurors contain specific inquiries related to the COVID 19 pandemic and possible impact on the prospective jurors. Defendants believe that there should be some follow-up question during *voir dire*, if for no other reason than to bring the questionnaire answers up to date. At a minimum, Defendants suggest the following inquiry:

When you responded to the written questionnaire that you answered by mail, you were asked a number of questions about whether the COVID-19 pandemic had impacted you, your family or people close to you. In the time since you answered those questions, has there been any change, including whether you have contracted COVID-19 or been exposed to it or are otherwise suffering hardships as a result?

Dated:  October 2, 2020	Respectfully submitted,

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten A. Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
(312) 494-4440  (Fax)
kaspar.stoffelmayr@bartlitbeck.com
brian.swanson@bartlitbeck.com
kate.swift@bartlitbeck.com
sharon.desh@bartlitbeck.com
sten.jernudd@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
(303) 592-3100
(303) 592-3140
alex.harris@bartlitbeck.com

*Attorneys for Defendant Walgreen Co.*


*/s/ Eric R. Delinsky* (consent)
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 778-1800
(202) 822-4106 (Fax)
edelinsky@zuckerman.com
smiller@zuckerman.com

*Attorneys for CVS Indiana, L.L.C. and CVS Rx Services, Inc.*

        */s/ Timothy D. Johnson* (consent)
        Timothy D. Johnson (0006686)
        CAVITCH FAMILO & DURKIN, CO. LPA
        Twentieth Floor
        1300 East Ninth Street
        Cleveland, Ohio  44114
        (216)621-7860
        (216)621-3415 Fax
        tjohnson@cavitch.com

        *Attorney for Defendant Discount Drug Mart, Inc.*


        */s/ Robert M. Barnes* (consent)
        Robert M. Barnes
        Scott D. Livingston
        Joshua A. Kobrin
        MARCUS & SHAPIRA, LLP
        35th Floor, One Oxford Centre
        301 Grant Street
        Pittsburgh, PA 15219
        (412) 471-3490
        (412) 391-8758 (Fax)
        rbarnes@marcus-shapira.com
        livingston@marcus-shapira.com
        kobrin@marcus-shapira.com

        *Attorneys for Giant Eagle, Inc., and HBC Service Company*


        */s/ Kelly A. Moore* (consent)
        Kelly A. Moore
        Morgan, Lewis & Bockius LLP
        101 Park Avenue
        New York, NY 10178
        (212) 309-6612
        (212) 309-6001 (Fax)
        kelly.moore@morganlewis.com

        John P. Lavelle, Jr., Esq.
        Morgan, Lewis & Bockius LLP
        1701 Market Street
        Philadelphia, PA 19103-2921
        (215) 963-5917
        (215) 963-5001 (Fax)

john.lavelle@morganlewis.com

*Attorneys for Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center*


*/s/  John M. Majoras* (consent)
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939
(202) 626-1700 (Fax)
jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
(312) 269-4335
(312) 782-8585 (Fax)
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

5

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2020 a copy of the foregoing has been served via CM/ECF to all counsel of record.

                                                                                       */s/ Kaspar J. Stoffelmayr*
                                                                                       Kaspar J. Stoffelmayr
                                                                                       BARTLIT BECK LLP
                                                                                       54 West Hubbard Street
                                                                                       Chicago, IL 60654
                                                                                       (312) 494-4400
                                                                                       (312) 494-4440 (Fax)
                                                                                       kaspar.stoffelmayr@bartlitbeck.com