# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.*<br>Case No. 1:19-OP-45459<br><br>*Michelle Frost v. Endo Health Solutions Inc. et al.*<br>Case No. 1:18-OP-46327<br><br>*Salmons v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45268 | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## [PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants have filed a consent motion for leave to exceed the 40-page limit for their Memorandum to in Opposition to NAS Plaintiffs' Motion for Class Certification. Defendants have requested a 65-page limit in order to respond fully to Plaintiffs' 65-page memorandum in support of their motion. Plaintiffs do not object.

1. Defendants' Consent Motion For Leave to Exceed Page Limit is hereby GRANTED; and
2. Defendants may file a memorandum in opposition of up to 65 pages.

IT IS SO ORDERED.

DATED: _____        _____
                                     THE HONORABLE DAN AARON POLSTER
                                     UNITED STATES DISTRICT JUDGE