UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------x
| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | : MDL No. 2804 |
| | : |
| | : Case No. 1:17-md-02804 |
| | : |
| This document relates to: | : Judge Dan Aaron Polster |
| | : |
| *Municipality of Juncos, Puerto Rico v. Purdue Pharma L.P. et al*, Case No. 1:18-op-45994 | : **MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR DEFENDANT UNITHER MANUFACTURING LLC** |
| | : |
| *Mennonite General Hospital, Inc. et al v. Purdue Pharma, L.P. et al,* Case No. 1:19-op-45109 | : |
| | : |

------------------------------------x

Under Local Rule 83.9, Patterson Belknap Webb & Tyler LLP and Rachel B. Sherman (collectively, "Patterson counsel") of that firm, move for leave of Court to substitute as counsel of record for Defendant Unither Manufacturing LLC ("Unither") in place of attorneys Audrey K. Bentz, Crystal L. Maluchnik, and Steven G. Janik of Janik L.L.P.  Patterson counsel certifies that they have provided written notice of this substitution to Unither, which has consented to the substitution.  Patterson counsel also certify that by the CM/ECF service of this filing, they have notified all parties to the case of this substitution.  Unither and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to Unither's counsel at Patterson Belknap Webb & Tyler LLP.

Dated: October 8, 2020

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Rachel B. Sherman*
      Rachel B. Sherman
1133 Avenue of the Americas
New York, New York  10036
T:  (212) 336-2000 / F:  (212) 336-2222
E:  rsherman@pbwt.com

JANIK LLP

By: */s/ Steven G. Janik*
      Steven G. Janik
      Audrey K. Bentz
      Crystal L. Maluchnik

9200 South Hills Blvd
Cleveland, OH 44147
T: (440) 838-7600 / F: (440) 838-7601
E: steven.janik@janiklaw.com

*Attorneys for Defendant
Unither Manufacturing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, I electronically filed the foregoing motion with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated: October 8, 2020

>　　　　　　　　　　　　　　　　　　*/s/ Rachel B. Sherman*
>　　　　　　　　　　　　　　　　　　PATTERSON BELKNAP WEBB & TYLER LLP
>　　　　　　　　　　　　　　　　　　1133 Avenue of the Americas
>　　　　　　　　　　　　　　　　　　New York, New York  10036
>　　　　　　　　　　　　　　　　　　T:  (212) 336-2000 / F:  (212) 336-2222
>　　　　　　　　　　　　　　　　　　E:  rsherman@pbwt.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | : | MDL No. 2804 |
| | : | |
| | : | Case No. 1:17-md-02804 |
| | : | |
| This document relates to: | : | Judge Dan Aaron Polster |
| | : | |
| *Municipality of Juncos, Puerto Rico v. Purdue Pharma L.P. et al*, Case No. 1:18-op-45994 | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| | : | |
| *Mennonite General Hospital, Inc. et al v. Purdue Pharma, L.P. et al*, Case No. 1:19-op-45109 | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant Unither Manufacturing LLC, by and through the undersigned, hereby substitutes Rachel B. Sherman of Patterson Belknap Webb & Tyler LLP; 1133 Avenue of the Americas, New York, NY 10036 (212.336.2000) as attorney of record in place and instead of present counsel:  Audrey K. Bentz, Crystal L. Maluchnik, and Steven G. Janik of Janik L.L.P., 9200 South Hills Blvd, Suite 300 Cleveland, OH 44147.

Dated: October 8, 2020

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Rachel B. Sherman*
      Rachel B. Sherman
1133 Avenue of the Americas
New York, New York  10036
T:  (212) 336-2000 / F:  (212) 336-2222
E:  rsherman@pbwt.com

JANIK LLP

By: */s/ Steven G. Janik*
      Steven G. Janik
      Audrey K. Bentz
      Crystal L. Maluchnik

9200 South Hills Blvd
Cleveland, OH 44147
T: (440) 838-7600 / F: (440) 838-7601
E: steven.janik@janiklaw.com

*Attorneys for Defendant
Unither Manufacturing LLC*

1