UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | : | MDL No. 2804 |
| | : | |
| | : | Case No. 1:17-md-02804 |
| | : | |
| This document relates to: | : | Judge Dan Aaron Polster |
| | : | |
| *Municipality of Juncos, Puerto Rico v. Purdue Pharma L.P. et al*, Case No. 1:18-op-45994 | : : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| | : | |
| *Mennonite General Hospital, Inc. et al v. Purdue Pharma, L.P. et al*, Case No. 1:19-op-45109 | : : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant Unither Manufacturing LLC, by and through the undersigned, hereby substitutes Rachel B. Sherman of Patterson Belknap Webb & Tyler LLP; 1133 Avenue of the Americas, New York, NY 10036 (212.336.2000) as attorney of record in place and instead of present counsel: Audrey K. Bentz, Crystal L. Maluchnik, and Steven G. Janik of Janik L.L.P., 9200 South Hills Blvd, Suite 300 Cleveland, OH 44147.

Dated:       October 8, 2020

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By:    */s/ Rachel B. Sherman*
           Rachel B. Sherman
1133 Avenue of the Americas
New York, New York  10036
T:  (212) 336-2000 / F:  (212) 336-2222
E:  rsherman@pbwt.com

JANIK LLP

By:    */s/ Steven G. Janik*
           Steven G. Janik
           Audrey K. Bentz
           Crystal L. Maluchnik

9200 South Hills Blvd
Cleveland, OH 44147
T: (440) 838-7600 / F: (440) 838-7601
E: steven.janik@janiklaw.com

*Attorneys for Defendant
Unither Manufacturing LLC*

1