**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL NO. 2804** |
| | **Case No. 17-MD-2804** |
| **THIS DOCUMENT RELATES TO:** | **Judge Dan Aaron Polster** |
| *Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.*, Case No. 1:19-OP-45459 | |
| *Michelle Frost v. Endo Health Solutions Inc., et al.*, Case No. 1:18-OP-46327 | |
| *Salmons v. Purdue Pharma L.P., et al.*, Case No. 1:18-OP-45268 | |

**APPENDIX IN SUPPORT OF ASSERTIO THERAPEUTICS, INC. (f/k/a DEPOMED INC.)'S OPPOSITION TO NAS GUARDIANS' <u>MOTION FOR CLASS CERTIFICATION</u>**

Date: October 9, 2020                         Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Kevin M. Sadler*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701
    (512) 322-2500 (Telephone)
    (512) 322-2501 (Facsimile)

ATTORNEYS FOR DEFENDANT ASSERTIO
THERAPEUTICS, INC. F/K/A DEPOMED, INC.

## CERTIFICATE OF SERVICE

    I certify that I caused a true and correct copy of the foregoing document to be electronically filed on October 9, 2020, which will transmit service electronically through the Court's CM/ECF system to all counsel of record.

    */s/ Kevin M. Sadler*
    Kevin M. Sadler

| **Exhibit** | **Title** | **Appendix** |
|---|---|---|
| Exhibit A | Declaration of J. Kenneth Borgerding | pp. 1-3 |
| Exhibit B | Child R.R. Birth Certificate | pp. 4-5 |
| Exhibit C | Child C.G. Birth Certificate | pp. 6-7 |
| Exhibit D | Child E.G. Birth Certificate | pp. 8-9 |
| Exhibit E | Sept. 1, 2020 Deposition of Ashley Poe | pp. 10-19 |
| Exhibit F | Child D.F. Medical Records | pp. 20-21 |
| Exhibit G | Jan. 24, 2020 Deposition of ▮ | pp. 22-34 |
| Exhibit H | Frost Fact Sheet | pp. 35-52 |
| Exhibit I | Feb. 10, 2020 Deposition of Michelle Frost | pp. 53-58 |

Case: 1:17-md-02804-DAP Doc #: 3522-1 Filed: 10/09/20 4 of 7. PageID #: 503441

Case: 1:17-md-02804-DAP  Doc #: 3522-1  Filed:  10/09/20  4 of 7.  PageID #: 503441

# EXHIBIT A

App. 1

# EXHIBIT A

I, J. Kenneth Borgerding, being duly sworn, depose and say:

1. I served at Assertio Therapeutics, Inc. f/k/a Depomed, Inc., since June 2018, as its Chief Compliance Officer and V.P. of Legal Affairs, and since January 1, 2020, I continue to work for Assertio on a contract basis.

2. Assertio is a pharmaceutical company that commercialized only two opioid medications, Lazanda and Nucynta (both brand-name drugs). Assertio acquired both medications after they were developed and approved by the FDA. Specifically, Assertio acquired the right to market Lazanda from Archimedes Pharma in July 2013 and transferred its right to market Lazanda to Elefsee Pharmaceuticals International, LTD in November 2017. Assertio likewise acquired the right to market Nucynta and Nucynta ER ("Nucynta") from Janssen Pharmaceuticals in April 2015, began marketing the Nucynta line in June 2015, and transferred its right to market Nucynta in December 2017 to Collegium Pharmaceuticals, Inc.

3. Assertio obtains market-share data from third parties, on which Assertio relies in the conduct of its business. Based on my review of such data, during the time period Assertio participated in the opioid market, the market share of Lazanda and Nucynta—in terms of total prescriptions—was as follows:

|  | Lazanda 2013-2017 | Nucynta/ER 2015-2017 |
|---|---|---|
| Alabama | .00004% | .6% |
| Alaska | .00029% | .3% |
| Arizona | .00436% | .3% |
| Arkansas | .00002% | .5% |
| California | .00504% | .4% |
| Colorado | .00097% | .5% |
| Delaware | .00044% | .6% |
| Florida | .00246% | .5% |
| Georgia | .00143% | .5% |
| Illinois | .00145% | .4% |
| Indiana | .00007% | .4% |
| Kentucky | .00000% | .2% |
| Louisiana | .00004% | .2% |
| Maryland | .00285% | .6% |

1

| | | |
|---|---|---|
| Massachusetts | .00034% | .2% |
| Michigan | .00032% | .2% |
| Minnesota | .00072% | .1% |
| Mississippi | .00000% | .3% |
| Missouri | .00016% | .3% |
| Montana | .00000% | .2% |
| Nevada | .00420% | .4% |
| New Mexico | .00000% | .2% |
| New York | .00254% | .8% |
| North Carolina | .00056% | .7% |
| North Dakota | .00000% | .4% |
| Ohio | .00043% | .5% |
| Pennsylvania | .00062% | .4% |
| South Carolina | .00012% | .7% |
| Tennessee | .00005% | .3% |
| Texas | .00167% | .4% |
| Utah | .00012% | .4% |
| Virginia | .00025% | .6% |
| Washington | .00052% | .3% |
| West Virginia | .00000% | .2% |
| Wisconsin | .00005% | .3% |
| **Nationwide** | **.00132%** | **.4%** |

The foregoing information is true and correct based on my personal knowledge and/or review of Assertio corporate records.

_____
J. Kenneth Borgerding
08 JAN 2020

**SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority on this 8th day of January 2020:

_____
NOTARY PUBLIC

Official Seal
Jennifer A Hipelius
Notary Public State of Illinois
My Commission Expires 12/05/2022

2

App. 3

# EXHIBITS B-I

**CONFIDENTIAL - CONTAINS MEDICAL INFORMATION**