**APPENDIX A:  KEY PLAINTIFF FACTS**

| Guardians | Child | State of Residence | Opioids Taken During Pregnancy | Other NAS-Linked Substances Used During Pregnancy | Pharmacies Where Opioid Prescriptions Filled During Pregnancy |
|---|---|---|---|---|---|
| Jacqueline and Roman Ramirez | R.R. | CA | ████████ | ███ | ████ |
| Melissa Barnwell | C.G., E.G. | CA | ████████ | ████ | ████ |
| Michelle Frost | D.F. | OH | ████████ | ███ | ████ |
| Ashley Poe | P.P. | OH | ████████ | ████ | ██ |

\* Not named as a Defendant

**APPENDIX A:  KEY PLAINTIFF FACTS**

| Guardians | Child | Child's Year of Birth | "Opioid-Related NAS" Diagnosis | *Any* NAS or Withdrawal Syndrome Diagnosis | Other Opioid Medications Used by Child | Alleged Opioid-Related Injuries |
|---|---|---|---|---|---|---|
| Jacqueline and Roman Ramirez | R.R. | ██ | ██ | ██ | ██████ | ████████ |
| Melissa Barnwell | C.G., E.G. | ████ | ██ | ██ | ████ | ████████ |
| Michelle Frost | D.F. | ██ | ██ | ██ | ████ | ████████ |
| Ashley Poe | P.P.R.P. | ██ | ██ | ██ | ██████ | ████████ |

