**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804** |
| This document relates to: | **Case No. 17-md-2804** |
| *Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.* Case No. 1:19-OP-45459 | **Judge Dan Aaron Polster** |
| *Michelle Frost v. Endo Health Solutions Inc. et al.* Case No. 1:18-OP-46327 | |
| *Salmons v. Purdue Pharma L.P., et al.* Case No. 1:18-OP-45268 | |

**DECLARATION OF EMILY ULLMAN IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO NAS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Emily Ullman, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am an attorney at the law firm of Covington & Burling LLP, counsel for Defendant
    McKesson Corporation.  I am a member in good standing of the bars of the State of New
    York and the District of Columbia.  I have personal knowledge of the facts set forth in
    this Declaration, which I make to place before the Court documents and information
    relevant to its determination of Defendants' Opposition to NAS Plaintiffs' Motion for
    Class Certification.

2.  Attached hereto as **Exhibit 1** is a true and accurate copy of the Expert Report of Dr.
    Lewis Rubin.

3.  Attached hereto as **Exhibit 2** is a true and accurate copy of the Expert Report of Dr.
    Henry C. Lee, dated February 20, 2020.

4.  Attached hereto as **Exhibit 3** is a true and accurate copy of the Expert Report of Dr. Tricia Wright, dated February 21, 2020.

5.  Attached hereto as **Exhibit 4** is a true and accurate copy of the Expert Report of Christina A. Porucznik, dated February 21, 2020.

6.  Attached hereto as **Exhibit 5** is a true and accurate copy of excerpts from the deposition transcript of Dr. Charles V. Howard, dated January 27, 2020.

7.  Attached hereto as **Exhibit 6** is a true and accurate copy of excerpts from the deposition transcript of Jacqueline Ramirez, dated February 5, 2020.

8.  Attached hereto as **Exhibit 7** is a true and accurate copy of Vons Pharmacy Store No. 2436 Records bearing Bates Stamps RamirezR00064-101.

9.  Attached hereto as **Exhibit 8** is a true and accurate copy of Vons Pharmacy Store No. 2678 Records bearing Bates Stamps RamirezR00049-63.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of the Ramirez Delivery Room/Newborn Record bearing Bates Stamp RamirezR000225.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of the R.R. Neonatology Consult bearing Bates Stamp RamirezR000223.

12. Attached hereto as **Exhibit 11** is a true and accurate copy of the R.R. Discharge Summary bearing Bates Stamps RamirezR000245-247.

13. Attached hereto as **Exhibit 12** is a true and accurate copy of the R.R. Neonatal Abstinence Scoring System bearing Bates Stamps RamirezR000179-185.

14. Attached hereto as **Exhibit 13** is a true and accurate copy of the NAS Plaintiff Fact Sheet for Jacqueline and Roman Ramirez.

15. Attached hereto as **Exhibit 14** is a true and accurate copy of a letter dated March 19, 2019, from the Tri-Counties Regional Center, bearing Bates Stamp Ramirez-000136.

16. Attached hereto as **Exhibit 15** is a true and accurate copy of the R.R. Notice of Denial of Eligibility bearing Bates Stamps Ramirez-000109-114.

17. Attached hereto as **Exhibit 16** is a true and accurate copy of the R.R. ███████ ███████████████ bearing Bates Stamps Ramirez-000115-126.

18. Attached hereto as **Exhibit 17** is a true and accurate copy of the R.R. Vons Pharmacy Prescription Records bearing Bates Stamps ████████████_Vons Pharmacy_Pharmacy_001-008.

19. Attached hereto as **Exhibit 18** is a true and accurate copy of the R.R. Walgreens Pharmacy Prescription Records bearing Bates Stamps Ramirez-000377-378.

20. Attached hereto as **Exhibit 19** is a true and accurate copy of Excerpts from the deposition transcript of Melissa Barnwell, dated February 7, 2020.

21. Attached hereto as **Exhibit 20** is a true and accurate copy of the NAS Plaintiff Fact Sheet Supplemental Information for Melissa Barnwell.

22. Attached hereto as **Exhibit 21** is a true and accurate copy of E.G. Discharge Summary bearing Bates Stamps Barnwell-002748-49.

23. Attached hereto as **Exhibit 22** is a true and accurate copy of C.G. Pediatric Progress Notes Bates Stamps Barnwell-000213-214.

24. Attached hereto as **Exhibit 23** is a true and accurate copy of the South Court Pharmacy Records bearing Bates Stamps Melissa P. Barnwell_South Court Pharmacy_Pharmacy_001-043.

25. Attached hereto as **Exhibit 24** is a true and accurate copy of the Declaration of William Boyd, dated October 5, 2020.

26. Attached hereto as **Exhibit 25** is a true and accurate copy of C.G. Discharge Summary bearing Bates Stamps Barnwell-000160-161.

27. Attached hereto as **Exhibit 26** is a true and accurate copy of C.G. Neonatal Abstinence Scoring System bearing Bates Stamp Barnwell-000658.

28. Attached hereto as **Exhibit 27** is a true and accurate copy of E.G. ROI Packet bearing Bates Stamp Barnwell-002565.

29. Attached hereto as **Exhibit 28** is a true and accurate copy of excerpts from the deposition transcript of Erin Doyle, dated January 24, 2020.

30. Attached hereto as **Exhibit 29** is a true and accurate copy of D.F. Discharge Summary bearing Bates Stamps Frost-000018-39.

31. Attached hereto as **Exhibit 30** is a true and accurate copy of excerpts from the deposition transcript of Michelle Frost, dated February 10, 2020.

32. Attached hereto as **Exhibit 31** is a true and accurate copy of excerpts from D.F. Inpatient Discharge Summary bearing Bates Stamps Frost-000106, 108, 118, 121-22, 124-127, 130.

33. Attached hereto as **Exhibit 32** is a true and accurate copy of the Ex Parte Order filed on August 19, 2019, in the Ross County, Ohio Common Pleas Court - Juvenile Division.

34. Attached hereto as **Exhibit 33** is a true and accurate copy of the Temporary Custody Order filed on September 13, 2019, in the Ross County, Ohio Common Pleas Court - Juvenile Division.

35. Attached hereto as **Exhibit 34** is a true and accurate copy of the Entry Vacating the Temporary Custody Order filed on October 30, 2019, in the Ross County, Ohio Common Pleas Court - Juvenile Division.

36. Attached hereto as **Exhibit 35** is a true and accurate copy of the Entry Granting the Motion for Reconsideration filed on January 8, 2020, in the Ross County, Ohio Common Pleas Court - Juvenile Division.

37. Attached hereto as **Exhibit 36** is a true and accurate copy of excerpts from the deposition transcript of Ashley Poe, dated September 1, 2020.

38. Attached hereto as **Exhibit 37** is a true and accurate copy of P.P.R.P. Discharge Summary bearing Bates Stamp ████████ Medical Records-000110.

39. Attached hereto as **Exhibit 38** is a true and accurate copy of the NAS Plaintiff Fact Sheet Supplemental Information for Ashley Poe.

40. Attached hereto as **Exhibit 39** is a true and accurate copy of P.P.R.P. Progress Notes bearing Bates Stamp Poe-005216-17.

41. Attached hereto as **Exhibit 40** is a true and accurate copy of excerpts from P.P.R.P. Medical Records bearing Bates Stamps ████████ Medical Records-000213, -000553, -000568, -000774-779.

42. Attached hereto as **Exhibit 41** is a true and accurate copy of excerpts from the deposition transcript of Dr. Kanwaljeet Anand, dated January 28, 2020.

43. Attached hereto as **Exhibit 42** is a true and accurate copy of D.F. Berger Hospital Records bearing Bates Stamps Frost-000151, 154.

44. Attached hereto as **Exhibit 43** is a true and accurate copy of C.G. Pediatric Discharge Notes bearing Bates Stamps Barnwell-000163 & -000166.

5

45. Attached hereto as **Exhibit 44** is a true and accurate copy of the Expert Report of Sean Nicholson, dated February 21, 2020.

46. Attached hereto as **Exhibit 45** is a true and accurate copy of NAS Plaintiff Fact Sheet of Jennifer Artz.

47. Attached hereto as **Exhibit 46** is a true and accurate copy of Plaintiffs' counsel's "Opioid Justice" advertising webpage.

48. Attached hereto as **Exhibit 47** is a true and accurate copy of Janet A. DiPietro, "Baby and the Brain: Advances in Child Development," Annual Review of Public Health, Vol. 21 (2000).

49. Attached hereto as **Exhibit 48** is a true and accurate copy of Jason E. Glenn, "The Birth of the Crack Baby and the History that 'Myths' Make," Institute for the Medical Humanities, University of Texas Medical Branch (2006).

50. Attached hereto as **Exhibit 49** is a true and accurate copy of Lorenn Walker, "The 'Drug Baby' Myth and its Consequences on Children," Journal of Child and Youth Care, Vol. 13, No. 4 (1999).

51. Attached hereto as **Exhibit 50** is a true and accurate correct copy of the Expert Report of Pradeep K. Chintagunta, dated February 26, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Emily S. Ullman
Emily S. Ullman