# EXHIBIT 6

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL