# **EXHIBIT 7**

# SUBMITTED VIA EMAIL
# PENDING FILING UNDER SEAL