# **<u>EXHIBIT 8</u>**

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL