# EXHIBIT 9

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL