# **EXHIBIT 10**

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL