# EXHIBIT 11

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL