# EXHIBIT 12

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL