# EXHIBIT 13

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL