# EXHIBIT 14

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL