# EXHIBIT 15

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL