# EXHIBIT 16

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL