# EXHIBIT 17

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL