# **<u>EXHIBIT 18</u>**

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL