# EXHIBIT 19

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL