# EXHIBIT 20

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL