# EXHIBIT 21

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL