# **EXHIBIT 22**

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL