# EXHIBIT 23

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL