# EXHIBIT 24

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL