# **<u>EXHIBIT 25</u>**

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL