# **EXHIBIT 26**

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL