# EXHIBIT 27

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL