# **EXHIBIT 28**

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL