# EXHIBIT 29

SUBMITTED VIA EMAIL
PENDING FILING UNDER SEAL