# EXHIBIT 30

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL