# EXHIBIT 31

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL