# **EXHIBIT 32**



DEFENDANT'S
EXHIBIT

16

Doyle

PENGAD 800-831-6989

ROSS COUNTY, OHIO
COMMON PLEAS COURT
JUVENILE DIVISION



FILED

AUG 19 2019

J. Jeffrey Benson, Judge
Common Pleas Court, Juvenile Division
ROSS COUNTY, OHIO

KYLE FROST
30 Coventry Dr.
CHILLICOTHE, OH 45601
DOB: 12/18/91
SS# XXX-XX-8749

CASE NO.2018 PA0100

Plaintiff,

JUDGE BENSON

MAGISTRATE DROTLEFF

-vs-

ERIN DOYLE
604 Sherman Park
Chillicothe, OH 45601
DOB: 2/6/84
SS# XXX-XX-9371

Defendant

**IN RE:** Asher Frost DOB: 8/8/16 and Dustin Frost DOB: 09/4/17
### EX PARTE ORDER

This matter came before the court on Proposed Intervenor's

Complaint for Custody and Motion for Ex Parte custody.

Upon Motion of Proposed Intervenor and for good cause shown, it is

hereby ORDERED as follows:

1) Paternal Grandmother, Michelle Frost's Motion to Intervene is

   granted.

2) Paternal Grandmother, Michelle Frost, is granted Ex Parte

   Custody of the minor children stated above;

3) Defendants shall have parenting time upon the agreement of the parties.

4) This matter shall be set for hearing on the _21_ day of _August_ , 2019 at _9:00_ (am)/pm.

SO ORDERED.

_____          _____
DATE                     JUDGE/MAGISTRATE

cc: Kyle Frost, Plaintiff
Michele Frost, Intervener
Anna Villarreal, Atty for Inter
Brian Doyle, Defendant
Sierra Cooper, Atty for Defendant