# **EXHIBIT 33**



DEFENDANT'S EXHIBIT 18 Doyle

IN THE COURT OF COMMON PLEAS
ROSS COUNTY, OHIO
JUVENILE DIVISION

FILED SEP 13 2019

KYLE FROST,

    Plaintiff

CASE NO. 2018PA0100

VS.

JUDGE: BENSON
MAGISTRATE: DROTLEFF

### TEMPORARY CUSTODY ORDER

ERIN DOYLE, et al.,

    Defendants.

---

This matter came on for an Ex Parte hearing on September 11, 2019.

Present in the courtroom were Michelle Frost with her attorney, Anna Villarreal; Erin Doyle, pro se; and Kyle Frost, pro se.

The parties have reached an agreement as follows:

1. Michelle Frost will continue as temporary custodian for the minor children, Asher Frost, DOB: 8/8/16 and Dustin Frost, DOB: 9/4/17.
2. Mother's parenting time will be at a minimum Ross County Standard Companionship schedule retrieving parent/custodian transportation or as otherwise agreed.
3. Mother will maintain drug counseling and testing.

This matter will be set for a status conference on the _____ day of December, 2019.

**UNTIL FURTHER ORDER OF THE COURT.**

_____
MAGISTRATE DROTLEFF

Prepared By:

_____
ANNA VILLARREAL (SC# #0077279)
Attorney for Michelle Frost
2 W. Main Street
Chillicothe, Ohio 45601
(740) 772-4466

*Erin Doyle*
*Kyle Frost*
*Sierra Cooper*
*Anna Villarreal*