# **EXHIBIT 34**



DEFENDANT'S EXHIBIT 20 Doyle

# IN THE COMMON PLEAS COURT OF ROSS COUNTY, OHIO
## JUVENILE DIVISION

FILED OCT 30 2019
J. Jeffrey Benson, Judge
Common Pleas Court, Juvenile Division
ROSS COUNTY, OHIO

Kyle Frost,

    Plaintiff,

vs.

Erin Doyle,

    Defendant.

Case No. 2018PA0100

JUDGE BENSON

MAGISTRATE DROTLEFF

## ENTRY

Upon Motion of Defendant, ERIN DOYLE, and for good cause shown, the Temporary Custody Order filed September 13, 2019 is hereby vacated.

Defendant's Motion to Vacate and Motion for Hearing shall be set for **HEARING** -- PRE-TRIAL on the 8th day of January, 2020 at 1:00 A.M./P.M.

_____
MAGISTRATE STEVEN E. DROTLEFF

CC: Erin Doyle, Defendant Mother
Kyle Frost, Plaintiff Father, pro se
Michelle Frost, Intervenor

Attorney for Intervenor, Anna Villarreal (0077279)