# **EXHIBIT 35**



IN THE COURT OF COMMON PLEAS
ROSS COUNTY, OHIO
JUVENILE DIVISION

KYLE FROST,

        Plaintiff               CASE NO. 2018PA0100

VS.                                  JUDGE: BENSON
                                    MAGISTRATE: DROTLEFF

ERIN DOYLE, et al.,

        Defendants.              **ENTRY**

==============================

    Upon Motion of Counsel for Intervenor and for good cause shown, it is hereby the ORDER of the Court that Intervenor's Motion for Reconsideration is granted; Intervenor shall remain temporary custodian until this matter can be set for further hearing.

It is the FURTHER ORDER of the Court that _Michele Rout_ is appointed as Guardian Ad Litem, and Intervenor and Defendant/Mother shall deposit the sum of $_250.00_ each, with the Juvenile Court Clerk. It is further ordered that a pre-trial is set on March 4, 2020 at 2:45 PM.

                                        MAGISTRATE ~~DROTLEFF~~

CC: Kyle Frost
     Erin Doyle
     Michele Rout
     Michelle Frost
     Anna Villarreal