# EXHIBIT 36

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL