# **EXHIBIT 37**

## SUBMITTED VIA EMAIL
## PENDING FILING UNDER SEAL