# EXHIBIT 38

## SUBMITTED VIA EMAIL
## PENDING FILING UNDER SEAL