# EXHIBIT 39

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL