# EXHIBIT 40

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL