# EXHIBIT 42

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL