# EXHIBIT 43

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL