# **EXHIBIT 44**

## SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL