# **<u>EXHIBIT 45</u>**

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL