# **EXHIBIT 46**



# OPIOID JUSTICE ™

## Recent Legal Actions

### Recent Legal Actions on behalf of opioid-exposed babies and children

The worst part of America's growing opioid addiction epidemic is the unintended victims: Men and women who became unwitting users because they were simply following their doctor's orders on use of prescribed medications. Here are some articles compiled by our medical experts which explore the statistical scope of this crisis.

Class actions filed on behalf of children who will need life-long medical and other specialized care because of opioid-addicted pregnant moms.

These cases seek to create a court-administered, continually-replenishing, dedicated no-limit nation-wide fund to provide for the short and long-term treatment of NAS affected infants who will require lifelong medical and therapeutic assistance. The financial responsibility for this fund is put on the prescription opioid manufacturers, distributors and retailers named in the suits rather than on cash-strapped government budgets and taxpayers.

Opioid Justice attorney Celeste Brustowicz Interview

# Aggressive legal actions on behalf of NAS Babies taken: June 2019 releases

# NAS Press Release Nov. 29, 2018

# NGO Amicus Brief supporting NAS Baby MDL

# August 30 Filing to Vacate MDL

By clicking above, I agree to receive telephone calls and text messages at the telephone number provided above/below (including any mobile number provided) regarding potential claims from the law firm and the firm's representatives. I understand that consent is not a condition to receive the services and that I may revoke my consent at any time. I also have read and agree to your Privacy Policy.

The attorney who will be working with you has access to the knowledge and skills of Opioid Justice and may request particular assistance from Opioid Justice. However, only the attorneys assigned to your case and identified in the retainer agreement will be responsible for your case. Prior results are no indication of future outcomes.

Attorney Advertisement. Do not make medical decisions based on an advertisement; consult a physician. Non-attorney spokesperson. Photographs and pictorials may not be of actual clients, places or events. Choosing a lawyer is an important decision that should not be made based solely on an advertisement. We do not represent that the legal services to be performed by our team of lawyers exceeds the quality of legal services performed by other lawyers. Prior results do not guarantee similar outcomes. No file will be opened without a signed contract. We have the right to accept or reject any case.

Responsible Attorney Kevin Thompson, 2030 Kanawha Boulevard, East Charleston, WV 25311. Some work assigned to other attorneys in CA, IL, MO, TN, NY, WV and others. Not available in all states. Florida cases cannot be accepted. For other states, cases may be associated with law firms in other jurisdictions. BACKGROUND INFORMATION AVAILABLE UPON REQUEST.

© Opioid Justice | 2020

Terms of Service | Privacy Policy

Case: 1:17-md-02804-DAP Doc #: 3523-48 Filed: 10/09/20 5 of 5. PageID #: 503716



Opioid Justice attorney Stephen Wussow interview

See video

# Recent press coverage of NAS baby filings

# NAS MDL Updates

# Amended NAS suits showing birth defect links