# EXHIBIT 50

# SUBMITTED VIA EMAIL PENDING FILING UNDER SEAL