UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.*, Case No. 1:19-OP-45459<br><br>*Michelle Frost v. Endo Health Solutions Inc., et al.*, Case No. 1:18-OP-46327<br><br>*Salmons v. Purdue Pharma L.P., et al.*, Case No. 1:18-OP-45268 | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**ASSERTIO THERAPEUTICS, INC. (f/k/a DEPOMED INC.)'S MOTION FOR LEAVE TO FILE UNDER SEAL ASSERTIO'S OPPOSITION TO NAS GUARDIANS' MOTION FOR CLASS CERTIFICATION AND ACCOMPANYING EXHIBITS**

Defendant Assertio Therapeutics, Inc. (f/k/a Depomed, Inc.) ("Assertio") respectfully moves this Court for leave to file under seal unredacted versions of its Opposition to NAS Guardians' Motion for Class Certification (the "Opposition") and exhibits attached thereto (Docs. 3522 and 3522-1).

Prior to Assertio's filing the Opposition and supporting exhibits, liaison counsel for Defendants contacted Special Master Cohen regarding the proper procedure for filing documents containing potentially confidential information, including Plaintiffs' personal and medical information.  Special Master Cohen directed Defendants to concurrently file redacted copies with the Court and email unredacted copies to the Special Master and Plaintiffs' counsel, and then file unredacted copies under seal if Plaintiffs determined the medical information should remain confidential.  Plaintiffs have reviewed Assertio's Opposition and the exhibits attached thereto and

1

request that the information contained therein remain confidential.  Sealing the documents will also ensure compliance with Case Management Order No. 2: Protective Order.  *See*  Doc. 441.

Accordingly, Assertio seeks leave of the Court to file unredacted versions of the Opposition and the following exhibits under seal:

- Exhibit B: Child R.R. Birth Certificate
- Exhibit C: Child C.G. Birth Certificate
- Exhibit D: Child E.G. Birth Certificate
- Exhibit E: Excerpts from the Sept. 1, 2020 Deposition of Ashley Poe
- Exhibit F: Child D.F. Medical Records
- Exhibit G: Excerpts from the Jan. 24, 2020 Deposition of Child D.F.'s Birth Mother
- Exhibit H: Fact Sheet of Michelle Frost
- Exhibit I: Excerpts from the Feb. 10, 2020 Deposition of Michelle Frost

Date: October 16, 2020                             Respectfully submitted,

**BAKER BOTTS L.L.P.**

By:  */s/ Kevin M. Sadler*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701
    (512) 322-2500 (Telephone)
    (512) 322-2501 (Facsimile)

ATTORNEYS FOR DEFENDANT ASSERTIO THERAPEUTICS, INC. F/K/A DEPOMED, INC.

## CERTIFICATE OF SERVICE

    I certify that I caused a true and correct copy of the foregoing document to be electronically filed on October 16, 2020, which will transmit service electronically through the Court's CM/ECF system to all counsel of record.

    */s/  Kevin M. Sadler*
    Kevin M. Sadler