# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 17-MD-2804 |
| *Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.*, Case No. 1:19-OP-45459 | Judge Dan Aaron Polster |
| *Michelle Frost v. Endo Health Solutions Inc., et al.*, Case No. 1:18-OP-46327 | |
| *Salmons v. Purdue Pharma L.P., et al.*, Case No. 1:18-OP-45268 | |

### [PROPOSED] ORDER GRANTING DEFENDANT ASSERTIO THERAPEUTICS, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL ASSERTIO'S OPPOSITION TO NAS GUARDIANS' MOTION FOR CLASS CERTIFICATION

Defendant Assertio Therapeutics, Inc. ("Assertio") moves for leave to file under seal its Opposition to NAS Guardians' Motion for Class Certification (the "Opposition") and exhibits attached thereto.

The Motion states that the procedure whereby Defendants would file redacted copies of documents containing potentially confidential information on the public docket and then seek leave to file unredacted copies for sealing was approved by Special Master Cohen and is necessary to ensure compliance with Case Management Order No. 2: Protective Order, Doc. 441.

Assertio's Motion for Leave to File Under Seal Assertio's Opposition to NAS Guardians' Motion for Class Certification is hereby GRANTED.

    IT IS SO ORDERED.

Dated: _____     _____
                                                                                         HON. DAN AARON POLSTER
                                                                                        UNITED STATES DISTRICT JUDGE