Motion granted.  /s/Dan Aaron Polster 10/16/20

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.*, Case No. 1:19-OP-45459<br><br>*Michelle Frost v. Endo Health Solutions Inc., et al.*, Case No. 1:18-OP-46327<br><br>*Salmons v. Purdue Pharma L.P., et al.*, Case No. 1:18-OP-45268 | **MDL NO. 2804**<br><br>**Case No. 17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

### ASSERTIO THERAPEUTICS, INC. (f/k/a DEPOMED INC.)'S MOTION FOR LEAVE TO FILE UNDER SEAL ASSERTIO'S OPPOSITION TO NAS GUARDIANS' MOTION FOR CLASS CERTIFICATION AND ACCOMPANYING EXHIBITS

Defendant Assertio Therapeutics, Inc. (f/k/a Depomed, Inc.) ("Assertio") respectfully moves this Court for leave to file under seal unredacted versions of its Opposition to NAS Guardians' Motion for Class Certification (the "Opposition") and exhibits attached thereto (Docs. 3522 and 3522-1).

Prior to Assertio's filing the Opposition and supporting exhibits, liaison counsel for Defendants contacted Special Master Cohen regarding the proper procedure for filing documents containing potentially confidential information, including Plaintiffs' personal and medical information.  Special Master Cohen directed Defendants to concurrently file redacted copies with the Court and email unredacted copies to the Special Master and Plaintiffs' counsel, and then file unredacted copies under seal if Plaintiffs determined the medical information should remain confidential.  Plaintiffs have reviewed Assertio's Opposition and the exhibits attached thereto and