UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.*<br>Case No. 1:19-OP-45459<br><br>*Michelle Frost v. Endo Health Solutions Inc. et al.*<br>Case No. 1:18-OP-46327<br><br>*Salmons v. Purdue Pharma L.P., et al.*[1]<br>Case No. 1:18-OP-45268 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**DEFENDANTS' MOTION TO FILE UNDER SEAL OPPOSITION TO
NAS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
AND ACCOMPANYING EXHIBITS**

Defendants respectfully move this Court for leave to file under seal unredacted versions of their Opposition to NAS Plaintiffs' Motion for Class Certification and selected exhibits attached thereto.[2]

Prior to filing the Opposition brief and exhibits, Defendants contacted Special Master Cohen regarding the proper procedure for filing documents containing potentially confidential information, including Plaintiffs' personal and medical information.  Ex. A.  Special Master

---

[1] Defendants list *Salmons* here because it is included in the caption of Plaintiffs' Motion, even though no plaintiff in *Salmons* is proposed as a representative of any class.  The fourth case included in the caption to Plaintiffs' motion, *Flanagan v. Purdue Pharma, L.P.*, has since been dismissed.

[2] Several defendants named in this litigation are not subject to the Court's personal jurisdiction. This opposition is filed subject to and without waiving all defenses, including but not limited to lack of personal jurisdiction, failure of service of process, and ineffective service of process.

Cohen directed Defendants to concurrently file redacted copies with the Court and email Plaintiffs' counsel unredacted copies for review, and then file unredacted copies under seal if Plaintiffs determined the medical information should remain confidential. *Id.* Plaintiffs have now reviewed the documents and request that the information contained therein remain confidential.

In addition, two of the expert reports attached as Exhibits 44 and 50 to Defendants' motion include discussion of confidential information produced by certain manufacturers regarding their marketing activities. These experts both relied upon and cited to documents and testimony identified as confidential in Track One, and the confidentiality should be maintained in their reports at this stage of the litigation.

Accordingly, Defendants seek leave of the Court to file unredacted versions of the Opposition brief and the following exhibits under seal:

- **Exhibit 6:** excerpts from the deposition transcript of Jacqueline Ramirez, dated February 5, 2020.

- **Exhibit 7:** Vons Pharmacy Store No. 2436 Records bearing Bates Stamps RamirezR00064-101.

- **Exhibit 8:** Vons Pharmacy Store No. 2678 Records bearing Bates Stamps RamirezR00049-63.

- **Exhibit 9:** Ramirez Delivery Room/Newborn Record bearing Bates Stamp RamirezR000225.

- **Exhibit 10:** R.R. Neonatology Consult bearing Bates Stamp RamirezR000223.

- **Exhibit 11:** R.R. Discharge Summary bearing Bates Stamps RamirezR000245-247.

- **Exhibit 12:** R.R. Neonatal Abstinence Scoring System bearing Bates Stamps RamirezR000179-185.

- **Exhibit 13:** NAS Plaintiff Fact Sheet for Jacqueline and Roman Ramirez.

- **Exhibit 14:** Letter dated March 19, 2019, from the Tri-Counties Regional Center, bearing Bates Stamp Ramirez-000136.

- **Exhibit 15:** R.R. Notice of Denial of Eligibility bearing Bates Stamps Ramirez-000109-114.

- **Exhibit 16:** Bates Stamps Ramirez-000115-126.

- **Exhibit 17:** R.R. Vons Pharmacy Prescription Records.

- **Exhibit 18:** R.R. Walgreens Pharmacy Prescription Records bearing Bates Stamps Ramirez-000377-378.

- **Exhibit 19:** Excerpts from the deposition transcript of Melissa Barnwell, dated February 7, 2020.

- **Exhibit 20:** NAS Plaintiff Fact Sheet Supplemental Information for Melissa Barnwell.

- **Exhibit 21:** E.G. Discharge Summary bearing Bates Stamps Barnwell-002748-49.

- **Exhibit 22:** C.G. Pediatric Progress Notes Bates Stamps Barnwell-000213-214.

- **Exhibit 23:** South Court Pharmacy Records bearing Bates Stamps Melissa P. Barnwell_South Court Pharmacy_Pharmacy_001-043.

- **Exhibit 24:** Declaration of William Boyd, dated October 5, 2020.

- **Exhibit 25:** C.G. Discharge Summary bearing Bates Stamps Barnwell-000160-161.

3

- **Exhibit 26:** C.G. Neonatal Abstinence Scoring System bearing Bates Stamp Barnwell-000658.

- **Exhibit 27:** E.G. ROI Packet bearing Bates Stamp Barnwell-002565.

- **Exhibit 28:** Excerpts from the deposition transcript of Erin Doyle, dated January 24, 2020.

- **Exhibit 29:** D.F. Discharge Summary bearing Bates Stamps Frost-000018-39.

- **Exhibit 30:** Excerpts from the deposition transcript of Michelle Frost, dated February 10, 2020.

- **Exhibit 31:** Excerpts from D.F. Inpatient Discharge Summary bearing Bates Stamps Frost-000106, 108, 118, 121-22, 124-127, 130.

- **Exhibit 36:** Excerpts from the deposition transcript of Ashley Poe, dated September 1, 2020.

- **Exhibit 37:** P.P.R.P. Discharge Summary.

- **Exhibit 38:** NAS Plaintiff Fact Sheet Supplemental Information for Ashley Poe.

- **Exhibit 39:** P.P.R.P. Progress Notes bearing Bates Stamp Poe-005216-17.

- **Exhibit 40:** Excerpts from P.P.R.P. Medical Records.

- **Exhibit 42:** D.F. Berger Hospital Records bearing Bates Stamps Frost-000151, 154.

- **Exhibit 43:** C.G. Pediatric Discharge Notes bearing Bates Stamps Barnwell-000163 & -000166.

- **Exhibit 44:** Expert Report of Sean Nicholson, dated February 21, 2020.

- **Exhibit 45:** NAS Plaintiff Fact Sheet of Jennifer Artz.

- **Exhibit 50:** Expert Report of Pradeep K. Chintagunta, dated February 26, 2020.

October 16, 2020                                         Respectfully Submitted,

                                                                                  /s/ Mark H. Lynch
Geoffrey E. Hobart
Mark H. Lynch
Sonya D. Winner
Emily S. Ullman
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
swinner@cov.com
eullman@cov.com

*Counsel for McKesson Corporation*

| /s/ Tina M. Tabacchi | /s/ Enu Mainigi |
|---|---|
| Tina M. Tabacchi | WILLIAMS & CONNOLLY LLP |
| Tara A. Fumerton | Enu A. Mainigi |
| JONES DAY | Steven M. Pyser |
| 77 West Wacker | Ashley W. Hardin |
| Chicago, IL 60601 | 725 Twelfth Street, N.W. |
| Phone: (312) 269-4335 | Washington, DC 20005 |
| Fax: (312) 782-8585 | Telephone: (202) 434-5000 |
| E-mail: tmtabacchi@jonesday.com | Fax: (202) 434-5029 |
| E-mail: tfumerton@jonesday.com | emainigi@wc.com |
| | spyser@wc.com |
| *Counsel for Walmart Inc.* | ahardin@wc.com |
| | *Counsel for Defendant Cardinal Health, Inc.* |

| | |
|---|---|
| */s/ Eric R. Delinsky* | */s/ John J. Haggerty* |
| Eric R. Delinsky | John J. Haggerty |
| Alexandra W. Miller | FOX ROTHSCHILD LLP |
| ZUCKERMAN SPAEDER LLP | 2700 Kelly Road, Suite 300 |
| 1800 M Street, NW | Warrington, PA 18976-3624 |
| Suite 1000 | Tel.: (215) 345-7500 |
| Washington, DC  20036 | Fax: (215) 345-7507 |
| Phone: (202) 778-1800 | jhaggerty@foxrothschild.com |
| Fax: (202) 822-8106 | |
| E-mail: edelinsky@zuckerman.com | *Counsel for Prescription Supply Inc.* |
| E-mail: smiller@zuckerman.com | |

*Counsel for CVS Health Corporation; CVS Rx Services, Inc.; CVS Indiana, LLC*

*/s/ Angela R. Vicari*
Andrew Solow
Angela R. Vicari
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
Telephone: (212) 836-7408
Facsimile: (212) 836-6495
andrew.solow@arnoldporter.com
angela.vicari@arnoldporter.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Jonathan.Stern@arnoldporter.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44 Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
sean.morris@arnoldporter.com

*Counsel for Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Tel: (202) 239-3254
Fax: (202) 239-333
Email: daniel.jarcho@alston.com

Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Hergenrother
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
Email: cari.dawson@alston.com
jenny.hergenrother@alston.com

*Counsel for Noramco, Inc.*

7

/s/ David J. Burman
David J. Burman
Abha Khanna
Nitika Arora
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
(206) 359-8000
dburman@perkinscoie.com

*Counsel for Costco Wholesale Corporation*

/s/ Donna M. Welch
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan Limited (f/k/a Allergan plc) (appearing specially), Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan, Inc., Allergan Sales, LLC, and Allergan USA, Inc.*

/s/ Robert M. Barnes
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
Matthew R. Mazgaj
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com
Email: mazgaj@marcus-shapira.com

*Attorneys for HBC Service Company*

8

/s/ James W. Matthews
James W. Matthews
Katy E. Koski
Ana M. Francisco
Graham D. Welch
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel:    617.342.4000
Fax:    617.342.4001
Email: jmatthews@foley.com
         kkoski@foley.com
         afrancisco@foley.com
         gwelch@foley.com

*Counsel for Defendant Anda, Inc.*

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*Attorneys for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr.
Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
E-mail: john.lavelle@morganlewis.com
         elisa.mcenroe@morganlewis.com

Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc.*

/s/ Rebecca C. Mandel
Rebecca C. Mandel
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Phone: (202) 637-5488
Fax: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Counsel for Mylan Pharmaceuticals Inc.**

*Joining as to the *Salmons* case only

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Sharon Desh
Sten A. Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: sharon.desh@bartlitbeck.com
Email: sten.jernudd@bartlitbeck.com

*Counsel for Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co.*

*/s/ Terry M. Henry*
Terry M. Henry, Esquire
Lauren E. O'Donnell, Esquire
Melanie S. Carter, Esquire
Justina L. Byers, Esquire
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
Tel.:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
ODonnell@blankrome.com
MCarter@blankrome.com
Byers@blankrome.com

*Attorneys for Defendants,*
*Teva Pharmaceutical Industries Ltd.,*
*Teva Pharmaceuticals USA, Inc.,*
*Cephalon, Inc.; Watson Laboratories, Inc.,*
*Actavis LLC and Actavis Pharma, Inc.*
*f/k/a Watson Pharma, Inc.*

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

*/s/ Maria R. Durant*
Maria R. Durant
Sara E. Silva
Safa W. Osmani
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
Tel: (617) 371-1000
Fax: (617) 371-1037
maria.durant@hoganlovells.com
sara.silva@hoganlovells.com
safa.osmani@hoganlovells.com

*Counsel for Indivior Inc.*

10

*/s/ William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:     (317) 236-1313
Fax:    (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC, f/k/a. H. D. Smith Wholesale Drug Co.; H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

## CERTIFICATE OF SERVICE

I, Mark H. Lynch, hereby certify that on the 16th day of October, 2020 *Defendants' Motion to File Under Seal Opposition to NAS Plaintiffs' Motion For Class Certification and Accompanying Exhibits* was served via the Court's ECF system to all counsel of record.

/s/ *Mark H. Lynch*
Mark H. Lynch