UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
| *APPLIES TO ALL CASES* | Hon. Dan A. Polster |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL OPPOSITION TO NAS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND ACCOMPANYING EXHIBITS**

Defendants have filed a motion for leave to seal the unredacted version of their Memorandum to in Opposition to NAS Plaintiffs' Motion for Class Certification and selected exhibits thereto, which contain confidential information protected by Case Management Order No. 2: Protective Order, Doc. 441. In a procedure approved by Special Master Cohen, Plaintiffs have reviewed the unredacted material and indicated they wish to keep it confidential and filed under seal. Accordingly, and for good cause shown, Defendants' motion for leave to file under seal is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____         _____

THE HONORABLE DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE