Motion granted.  /s/Dan Aaron Polster 10/19/20

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.*<br>Case No. 1:19-OP-45459<br><br>*Michelle Frost v. Endo Health Solutions Inc. et al.*<br>Case No. 1:18-OP-46327<br><br>*Salmons v. Purdue Pharma L.P., et al.*[1]<br>Case No. 1:18-OP-45268 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANTS' MOTION TO FILE UNDER SEAL OPPOSITION TO NAS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND ACCOMPANYING EXHIBITS

Defendants respectfully move this Court for leave to file under seal unredacted versions of their Opposition to NAS Plaintiffs' Motion for Class Certification and selected exhibits attached thereto.[2]

Prior to filing the Opposition brief and exhibits, Defendants contacted Special Master Cohen regarding the proper procedure for filing documents containing potentially confidential information, including Plaintiffs' personal and medical information.  Ex. A.  Special Master

---

[1] Defendants list *Salmons* here because it is included in the caption of Plaintiffs' Motion, even though no plaintiff in *Salmons* is proposed as a representative of any class.  The fourth case included in the caption to Plaintiffs' motion, *Flanagan v. Purdue Pharma, L.P.*, has since been dismissed.

[2] Several defendants named in this litigation are not subject to the Court's personal jurisdiction. This opposition is filed subject to and without waiving all defenses, including but not limited to lack of personal jurisdiction, failure of service of process, and ineffective service of process.