## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 17-md-2804
Judge Dan A. Polster

This Document Relates to:

*Clark County, NV v. Purdue Pharma et. al.*
NV 2:19-cv-01616

## NOTICE OF APPEARANCE BY WILLIAM J. AUBEL

**PLEASE TAKE NOTICE** that William J. Aubel, Esq. of the law firm of Flaherty Sensabaugh Bonasso, PLLC, hereby enters his appearance as counsel on behalf of Masters Pharmaceutical, Inc.

Dated: October 21, 2020

Respectfully Submitted,

**/s/ William J. Aubel**
William J. Aubel (WV Bar No. 13097)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street (25301)
Post Office Box 3843
Charleston, WV 25338-3843
304.205.6374
waubel@flahertylegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies on October 21, 2020, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ William J. Aubel