UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 17-md-2804
Judge Dan A. Polster

This Document Relates to:

*Clark County, NV v. Purdue Pharma et. al.*
NV 2:19-cv-01616

## NOTICE OF APPEARANCE BY MICHAEL BONASSO

**PLEASE TAKE NOTICE** that Michael Bonasso, Esq. of the law firm of Flaherty Sensabaugh Bonasso, PLLC, hereby enters his appearance as counsel on behalf of Masters Pharmaceutical, Inc.

Dated: October 21, 2020

Respectfully Submitted,

/s/ Michael Bonasso
Michael Bonasso (WV Bar No. 394)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street (25301)
Post Office Box 3843
Charleston, WV 25338-3843
304.347.4259
mbonasso@flahertylegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies on October 21, 2020, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Michael Bonasso