BEFORE THE UNITED STATES JUDICIAL
ON
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION
MDL No. 2804

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure, on behalf of Defendants, Morris & Dickson Co., L.L.C., I hereby certify that on the 23rd day of October, 2020, a true and correct copy of the foregoing was served, via ECF or by depositing same in the United States Mail properly addressed and with sufficient postage affixed to the following parties:

El Reno City of v. Cephalon Inc., et al (5:20-cv-00852) WD Oklahoma

Shreveport, Louisiana on this 23rd day of October, 2020.

           WIENER, WEISS & MADISON
           A Professional Corporation

           By: s/Frank H. Spruiell, Jr.

            Frank H. Spruiell, Jr. #1611
            Russell R. Dickson #37660
            330 Marshall Street, Suite 1000
            P.O. Box 21990
            Shreveport, LA  71120-1990
            (318) 213-9281
            Fax: (318) 424-5128

           ATTORNEYS FOR MORRIS &
           DICKSON CO., INC.