UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P. et al.*, Case No. 18-op-45079;<br><br>*The County of Lake, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45032<br><br>Track 3 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**RESPONSE TO SPECIAL MASTER COHEN OCTOBER 26, 2020 REQUEST**

CVS Pharmacy, Inc., CVS Rx Services, Inc., Ohio CVS Stores, L.L.C., CVS Indiana, L.L.C., Giant Eagle/HBC Service Co., Rite Aid of Maryland, Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., and Walmart Inc. (hereinafter "Pharmacy Defendants") hereby respond to Special Master Cohen's e-mail request of October 26, 2020. That e-mail is attached as Ex. A.

Pharmacy Defendants maintain their objection that Plaintiffs have not identified any statute or regulation either (1) that legally could give rise to a claim for public nuisance under Ohio law; or (2) the violation of which has allegedly caused any unreasonable interference with a public right.[1] Pharmacy Defendants also object to simply quoting statutory and regulatory language to the jury rather than the giving them the elements of any violation and allowing them

---

[1] CVS believes that 1301.71(a) is not applicable and thus does not believe that the jury should be instructed regarding any portion of 1301.71(a). Consequently, CVS does not join the other Pharmacy Defendants in proposing the inclusion of 1301.71(a). However, because Plaintiffs have included that regulation in their submission, CVS agrees that, should this Court quote any portion of 1301.71(a), it should quote the entirety of the subsection as proposed in Ex. B.

to determine if such violation occurred.  The meaning of the statutes and regulations is a question of law, which must be decided by this Court, and it would be error to leave that inquiry to the jury.  By complying with the Special Master's request, the Pharmacy Defendants do not waive these or any other objections, as the Special Master himself acknowledged.  *See* Ex. A.

If the Court overrules the Pharmacy Defendants' objections and quotes statutes and regulations to the jury, the full list of statutes and regulations attached as Exhibit B should be provided to the jury.  Pharmacy Defendants anticipate that they will need to add additional language after Plaintiffs provide the list of statutes on which they plan to base their claims, and expressly reserve their right to do so.

Dated:  November 6, 2020　　　　Respectfully submitted,

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten A. Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: brian.swanson@bartlitbeck.com
Email: kate.swift@bartlitbeck.com
Email: sharon.desh@bartlitbeck.com
Email: sten.jernudd@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com

*Attorneys for Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co.*

*/s/ Eric R. Delinsky* (consent)
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel:  (202) 778-1800
Fax:  (202) 822-4106
edelinsky@zuckerman.com
smiller@zuckerman.com

*Attorneys for CVS Indiana, L.L.C. and CVS Rx Services, Inc.*

*/s/ Robert M. Barnes* (consent)
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle, Inc., and HBC Service Company*

*/s/ Kelly A. Moore* (consent)
Kelly A. Moore, Esq.
kelly.moore@morganlewis.com
Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
T: 212-309-6612
F: 212-309-6001

John P. Lavelle, Jr., Esq.
John.lavelle@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
T: 215-963-5917
F: 215-963-5001

*Attorneys for Rite Aid of Maryland*

*/s/   John M. Majoras* (consent)
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: (202) 879-3939
Fax: (202) 626-1700
E-mail: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*