# **EXHIBIT 3**

```
 1              UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3   _____
     IN RE NATIONAL PRESCRIPTION     : MDL No. 2804
 4                                   :
     OPIATE LITIGATION               :
 5                                   : Case No. 17-md-2804
     This document relates to        :
 6                                   : Judge Dan Aaron Polster
     Salmons v. Purdue Pharma        :
 7   L.P., et al.                    :
     MDL Case No. 1:18-op-45268;     :
 8                                   :
     Flanagan v. Purdue Pharma       :
 9   L.P., et al.                    .
     MDL Case No. 1:18-op-45405;     :
10                                   :
     Doyle v. Purdue Pharma L.P.,    :
11   et al.                          :
     MDL Case No. 1:18-op-46327      :
12
13
                       DEPOSITION OF
14
                    HENRY C. LEE, M.D.
15
                      March 10, 2020
16
                     Chicago, Illinois
17
18
19
20
21
22
23
24
```

Page 66

1  THE WITNESS: I think -- I don't want to
2  question Dr. Anand's qualifications or how many
3  babies he's seen.
4  I just know that this is part of my
5  clinical practice, to see babies in general and
6  in my practice of taking care of babies with
7  NAS, but both diagnosing them but also caring
8  for them during the times of their symptoms and
9  treating them for that condition.
10 BY MR. BILEK:
11    Q.    And what methods did you use in
12 diagnosing your 50 children?
13    A.    So in general, my practice is you align
14 with the policies and practice of the colleagues that
15 I practice with, and so at our institution, we use
16 the Finnegan score to diagnose NAS.
17    Q.    And you would agree with me on that
18 Finnegan score you found is widely used in the state
19 of California?
20    A.    It is -- the Finnegan score or a modified
21 version of that is the most common way that most
22 hospitals and their practitioners use to identify and
23 diagnose NAS.
24    Q.    When we talk about most common, we are

Page 67

1  talking about 96 percent that you found in
2  California, correct?
3            MR. HENRY:  Object to form.
4            THE WITNESS:  Yeah.  I mean, I know that
5       I'm an author on that study, but I don't
6       remember the exact percentages.  I think that
7       sounds reasonable.  I'd have to have it in front
8       of me to be 100 percent sure.
9  BY MR. BILEK:
10      Q.    Do you know when the -- have any
11 information on how prevalent doctors use the Finnegan
12 score in other parts of the country?
13      A.    I'm not -- I have to admit to you, I am
14 not -- don't have a photographic memory.  So I do
15 think that there is a study that is similarly
16 reflecting practice across the country.  And from
17 what I remember, I think it was, again, the most
18 common way.  It wasn't the only way, but Finnegan or
19 modified Finnegan score is a common tool that's used
20 across the country.
21           MR. BILEK:  Let's take a short -- we've
22      been going for an hour and a half.  Let's take a
23      five-minute break.
24

Page 109

1  association that they found.
2      Q.   So one of the issues is -- with these NAS
3  children is whether there are long-term problems
4  confronting them, correct?
5      A.   That could be an issue that can be
6  studied.
7      Q.   Well, let's look at the big picture here.
8           If there are studies that say they have
9  long-term problems, right, I mean, let's use that
10 hypothetical such as this.  We'll get to some more.
11 I've got more for you.
12          But the issue of, if there is, wouldn't
13 it make sense as a scientist to monitor these
14 children to see how we can help them?
15          MR. HENRY:  Object to the form of the
16     question.
17          THE WITNESS:  I think I'm agreeing -- I
18     would agree that we should be concerned about
19     the health of all of our children including
20     those who are exposed to opioids.
21 BY MR. BILEK:
22     Q.   And as a scientist, one of the things
23 that would be helpful in trying to figure out these
24 long-term problems with these children is -- one is

Page 111

1  know, my personal, I guess, thoughts on what
2  should be researched.
3  You know, it has to be taken into
4  the broader context of all of our health care
5  spending and research funding.
6  BY MR. BILEK:
7  Q. Well, let's put it this way:
8  Are you opposed to the appointment of a
9  scientific panel to monitor health effects for
10 children born with NAS?
11 MR. HENRY: Object to the form of the
12 question.
13 THE WITNESS: I guess if somebody
14 proposed that, I wouldn't oppose that.
15 BY MR. BILEK:
16 Q. Would you be opposed to -- do you think
17 there should be more studies of what the long-term
18 effects are for opioid-exposed children born with NAS
19 as a result of their mothers taking opioids?
20 A. Again, I think there's a reasonable
21 scientific inquiry into those types of questions, as
22 there are many other questions that I guess that we
23 have in medicine.
24 Q. Would it be helpful, right, as a

Page 112

1  scientist, you'd like to know more, right?  You're a
2  doctor.  You'd like to know what's going to confront
3  these children in the future?
4       A.    I mean, I think, again, this is one part
5  of my practice, to take care of babies with NAS, and,
6  you know, they're -- if there was more research in
7  this area, I think certainly I wouldn't question the
8  pursuit of such research.
9       Q.    And the issue of having the children to
10 be monitored in order to optimize the result, is that
11 something that you could agree would be a good thing
12 to do?
13      A.    I do think that, you know, for example,
14 this study that we just looked at, and I'm not
15 reviewing it comprehensively right now, but they were
16 able to do that research using the data and the means
17 that they had to study this question.
18      Q.    Well, they found that NAS children
19 have -- are facing complex chronic conditions in the
20 future, right?
21           MS. HENNING:  Object --
22           MR. HENRY:  Object to the form of the
23      question.
24

Page 129

1  herein, owing to the combination of inherited
2  epigenetic changes, poor parental education, and then
3  there are these other issues such as -- and they also
4  include the child's home environment as factors that
5  will affect things like brain volume.
6      Q.    Let's go to conclusions.  So they sum it
7  all up for you here in something simple.  See that?
8      A.    I do see that.
9      Q.    Could you read that, please?
10     A.    This systematic review and meta-analysis
11 suggests that POE is negatively associated with
12 neurocognitive and motor development.  These
13 differences begin from age six months and persist in
14 adolescence.  The exact cause and the association of
15 these findings with clinical factors and
16 environmental adversities are unclear but suggest
17 that children with POE should be provided long-term
18 support and intervention beyond infancy.
19     Q.    Do you agree with that?
20     A.    I think I generally agree with this
21 sentiment that, first of all, that this association
22 of prenatal opioid exposure is associated with -- in
23 some studies with motor delay.  And as the authors
24 have noted, it's, again, summarized here, but these

Page 158

1  MR. BILEK: Let's take a lunch break.
2  (Luncheon recess taken from
3  12:47 p.m. to 1:30 p.m.)
4  A F T E R N O O N   S E S S I O N
5  BY MR. BILEK:
6  Q. I think this is noncontroversial, but my
7  partner over here told me that we may not have
8  established this. Opioids can cause NAS, correct?
9  Opioid exposure causes NAS?
10  MR. HENRY: Object to the form of the
11  question.
12  THE WITNESS: I agree that opioid
13  exposure during pregnancy can cause NAS in the
14  baby.
15  BY MR. BILEK:
16  Q. Okay. And as -- we have been going kind
17  of back and forth, but what I'm going to try to do
18  is -- and, again, this is not to be argumentative or
19  anything, it's just I want to understand.
20  Is it your opinion that it is uncertain
21  whether long-term effects can accrue as a result of
22  being born with NAS?
23  A. I think there have been studies on the
24  potential relationship of opioid exposure and NAS

Page 161

1      give my opinions on some questions, and that's
2      what I've done in my report.
3  BY MR. BILEK:
4      Q.    Well, the issue of medical monitoring for
5  children born with NAS, is that something that you
6  have an opinion of whether that should be conducted?
7           MR. HENRY:  Object to the form of the
8      question.
9           THE WITNESS:  It's hard for me to answer
10     that, I guess, general question.  Medical
11     monitoring, I think, if that's referring to a
12     specific program, I can't really speak to
13     because I'm not sure what it means.  I do think
14     that in our society all children should be
15     followed by their pediatricians for both their
16     health and their monitoring of development.
17          So in that sense, I think --
18     actually, not just children with -- who have
19     been diagnosed with NAS but all children,
20     hopefully, in our society, which I think is
21     something we can continue to work on, every
22     child should have medical monitoring throughout
23     their childhood, including those who have NAS
24     diagnosed as a baby.

Page 166

1  study.
2  This is a survey study where an
3  individual person answered questions about hospital
4  practices for their unit.  We did not ultimately
5  validate whether what they said actually occurred at
6  those hospitals, but that's just the type of study
7  that this was, was to get a general overview of the
8  treatment patterns and strategies and policies that
9  hospitals had across the state in regard to NAS
10 management.
11     Q.    And relying on what these people told you
12 on what their practice was, you would consider that
13 to be a scientifically reasonable thing to do, right,
14 as a researcher?
15     A.    Yeah.  So we thought it was a reasonable
16 study to do, and that's why we conducted it.  And we
17 published the findings.
18     Q.    So go to page 465.  Okay.  You talk about
19 infant NAS assessment, and what you found was:
20           96 percent of respondents reported using
21 the Finnegan scoring tool, correct?
22     A.    That's correct.
23     Q.    So when you did a survey about this in
24 California, you found that the Finnegan scoring was

Page 168

1  for infants affected by NAS, correct?
2      A.     That is correct.
3      Q.     And then at the end you go:
4             Additionally, longer-term health and
5  neurodevelopment outcomes can be tracked to help
6  establish these strategies as best practice rather
7  than relying on short-term inpatient health outcomes
8  alone.
9             What do you mean by that?
10     A.     I think, just as these other researchers
11 have done in the studies that, you know, you have
12 presented today and also in my report, we can
13 continue to study whether NAS or other associated
14 factors may be related to outcomes that are beyond
15 the newborn period.
16     Q.     In fact, you recommended that longer-term
17 health and neurodevelopment outcomes should be
18 tracked, right?
19     A.     Well, it says:
20            Long-term health and neurodevelopment
21 outcomes can be tracked.
22            And I think, yeah, just as, you know, we
23 have discussed already, I think we can always improve
24 our practice.  And so further research, I think for

Page 175

1     A.    I don't know how many, but some did have
2  prescriptions for opioids in babies that I treated
3  for NAS.
4     Q.    Were the ones that -- on the NAS, did you
5  have any that were -- did not involve opioids that...
6     A.    There would be patients that I took care
7  of who -- as far as we could tell from the history
8  and assessments that we would do, that they had not
9  been on opioids.
10    Q.    And how many of those were there?
11    A.    Again, it's hard for me to know the
12  number over the course of my practice, but there were
13  some.
14    Q.    The -- and you would consider -- if they
15  had a prescription during pregnancy, you would
16  consider that to be opioid exposure, correct?
17    A.    If they had a prescription to opioids and
18  the constellation of symptoms were consistent with
19  what we know about NAS, we would call that NAS.
20         MR. BILEK:  I pass the witness.
21         MR. HENRY:  I have no questions of this
22     witness.
23              Anybody else?
24         MS. ULLMAN:  No.