# EXHIBIT 8


# CARING FOR A BABY WITH NAS



## WHAT ARE THE SIGNS AND SYMPTOMS OF NAS?

Babies born with neonatal abstinence syndrome (also called NAS) can have health problems at birth and may need treatment in a hospital. They may have low birthweight and jaundice (when the eyes and skin look yellow). They also may have signs and symptoms like:

- Problems with breathing, feeding and sleeping
- Being fussy, crying a lot and having a high-pitched cry
- Body shakes and seizures
- Fever

As they grow older, children who had NAS may have problems with speech, language and learning. They may need early intervention services to help them learn to walk, talk and interact with others.

> **NAS is a group of conditions caused when a baby withdraws from certain drugs he's exposed to in the womb before birth. NAS most often happens when a baby's mother takes opioids during pregnancy.**

## CARING FOR A BABY WITH NAS

1. After birth, your baby may need to stay in the hospital for treatment.

2. Make sure your baby gets ongoing care from a health care provider. Don't try to treat NAS on your own.



3. Try these things to help calm your baby:
   - Keep your baby's room quiet and the lights dim.
   - Give your baby skin-to-skin care. Put your baby only in a diaper and lay him on your bare chest.
   - If possible, breastfeed your baby.
   - Read to your baby.

4. Always put your baby on his back to sleep to reduce the risk of sudden infant death syndrome (also called SIDS).

5. If you're worried about your baby's development, tell her provider. Ask about early intervention services. To find services, visit: cdc.gov/ncbddd/actearly

**MARCHOFDIMES.ORG/NAS**

March of Dimes materials are for information purposes only and are not to be used as medical advice. Always seek medical advice from your health care provider. Our materials reflect current scientific recommendations at time of publication. Check marchofdimes.org for updated information.
© 2018 March of Dimes

EXHIBIT 0027