# EXHIBIT 10

Discover Thomson Reuters ...     Directory of sites   Login   Contact   Support

 **REUTERS** World   Business   Markets   Breakingviews   Video   More

WESTLAW NEWS    SEPTEMBER 23, 2020 / 4:51 PM / UPDATED 2 MONTHS AGO

# Purdue Pharma settlement proceeds to go to opioid abatement programs, states say

By Maria Chutchian     1 MIN READ    

States that previously declined to settle claims that Purdue Pharma LP helped fuel the national opioid crisis through deceptive marketing of its drugs have agreed to spend any funds they receive through the drugmaker's bankruptcy exclusively on programs designed to slow the crisis.

The agreement was announced Wednesday in a status report from mediators in Purdue's Chapter 11 case, which is pending before the U.S. Bankruptcy Court for the Southern District of New York. The OxyContin maker, represented by Davis Polk & Wardwell, has proposed a settlement it says is worth $10 billion to resolve

thousands of lawsuits brought by state and local governments, among others, which led to the company's bankruptcy in September 2019.

To read the full story on Westlaw Today, click here: bit.ly/33YdJ1c

Our Standards: *The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**