# EXHIBIT 12

Filed Under Seal Pursuant to Protective Order dated 5/15/2018 (DE 441)