# EXHIBIT 13



-----Original Message-----
**From:** Sackler, Dr Richard
**Sent:** Friday, April 13, 2001 4:14 PM
**To:** Goldenheim, Paul
**Subject:** RE: mtg at aps

Meeting with the leaders of the APS, APF, and other pain societies.

This is the meeting that Campbell and Foley wanted to happen at the APS, but we declined.

I want it to be in Stamford if possible, or NYC as a fallback. Our goal is to bind these organizations more closely to us than heretofore, but also to align them with our expanded mission and to see that the fate of our product(s) are inextricably bound up with the trajectory of the pain movement.

Richard S. Sackler, M.D.
President, Purdue Pharma, L.P

A screenshot of email correspondence published in the multi-district opioid litigation.



EXHIBIT 0049