# APPENDIX 1

# Exhibit A1-A3

# Exhibit B

# Exhibit C

Filed Under Seal Pursuant to Protective Order dated 5/15/2018 (DE 441)