UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL NO. 2804** |
| | **Case No. 17-MD-2804** |
| **THIS DOCUMENT RELATES TO:** | **Judge Dan Aaron Polster** |
| *Salmons v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45268; | **NOTICE OF SERVICE** |
| *Flanagan v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45405 | |
| *Doyle v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46327 | |
| *Artz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45459 | |

On November 13, 2020, a link to a file sharing platform, Google Drive, was provided to opposing counsel via email to access documents filed under seal relating to NAS Opioid Plaintiffs' Reply in Further Support of their Motion for Class Certification filed November 13, 2020 (Doc. # 3555). The above referenced email was sent to the following email addresses at 4:39 p.m. on November 13, 2020:

angela.vicari@arnoldporter.com
sean.morris@arnoldporter.com

ghobart@cov.com
eullman@cov.com

THenry@blankrome.com
MCarter@blankrome.com

tmtabacchi@jonesday.com
tfumerton@jonesday.com

rnicholas@reedsmith.com

maria.durant@hoganlovells.com
sara.silva@hoganlovells.com

jmatthews@foley.com
kkoski@foley.com
kmatic@foley.com

daniel.jarcho@alston.com
cari.dawson@alston.com
jenny.hergenrother@alston.com

donna.welch@kirkland.com

Brien.OConnor@ropesgray.com
Andrew.OConnor@ropesgray.com

1

kaspar.stoffelmayr@bartlitbeck.com
kate.swift@bartlitbeck.com
sharon.desh@bartlitbeck.com
alex.harris@bartlitbeck.com

emainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

kelly.moore@morganlewis.com
elisa.mcenroe@morganlewis.com

edelinsky@zuckerman.com
smiller@zuckerman.com

/s/ Marc E. Dann
Marc E. Dann (0039425)
Emily C. White (0085662)
Dann Law
P.O. Box 6031040
Cleveland, OH 44115
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

*Putative Class Liaison Counsel for Guardians of NAS Children*

Thomas E. Bilek
Kelly Cox Bilek
The Bilek Law Firm, L.L.P.
700 Louisiana, Ste. 3950
Houston, TX 77002
Telephone: (713) 227-7720
tbilek@bileklaw.com
kbilek@bileklaw.com

*Putative Class Co-Lead Counsel for Guardians of NAS Children*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on November 13, 2020 with the Clerk of Court and served upon all parties via CM/ECF at the party's registered email address.

/s/ *Marc E. Dann*
Marc E. Dann (0039425)