UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>THE BOARD OF COUNTY COMMISSIONERS FOR ALLEN COUNTY, KANSAS AND JERRY HATHAWAY, ALLEN COUNTY ATTORNEY,<br><br>V.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Case No. 1:20-op-45151-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO PADDOCK LABORATORIES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Board Of County Commissioners for Allen County, Kansas and Jerry Hathaway, Allen County Attorney (collectively, "Allen County") by and through its undersigned counsel, voluntarily dismisses defendant Paddock Laboratories, LLC from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees, and reserving to Allen County all rights as to all others. Paddock Laboratories, LLC has not answered Plaintiffs' complaint and has not moved for summary judgment.

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

*/s/ Timothy West*
J. Scott Bertram, MO Bar #23715
Ben Bertram, MO Bar #56945
Tim West, MO Bar #52187
2345 Grand Blvd, Suite 1925
Kansas City, MO 64108
Telephone: (816) 558-3441
jsbertram@bertramgraf.com
benbertram@bertramgraf.com
tim@bertramgraf.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

/s/ Timothy R. West
*Attorney for Plaintiff*
