# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.* Case No. 1:19-OP-45459 | Judge Dan Aaron Polster |
| *Michelle Frost v. Endo Health Solutions Inc. et al.* Case No. 1:18-OP-46327 | |
| *Salmons v. Purdue Pharma L.P., et al.* Case No. 1:18-OP-45268 | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO NAS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants respectfully request leave to file a short, eight-page surreply in response to NAS Plaintiffs' Reply in Support of Their Consolidated Motion for Class Certification, Dkt. 3555. The proposed surreply and accompanying exhibit are attached hereto as Exhibit 1.

There is good cause to grant Defendants leave to file a surreply. Surreplies are appropriate when "new submissions and/or arguments are included in a reply brief, and a nonmovant's ability to respond to the new evidence has been vitiated." *Key v. Shelby County*, 551 F. App'x 262, 265 (6th Cir. 2014) (quoting *Seay v. Tenn. Valley Auth.*, 339 F.3d 454, 481 (6th Cir. 2003)); *see Wilson v. Adrock*, 2019 WL 5866585, at *1 (E.D. Ky. May 21, 2019) (same). Courts in this district routinely grant requests to file surreplies where new issues are raised on reply. *See, e.g.*, *Eldridge v. Cardif Life Ins. Co.*, 266 F.R.D. 173, 175 (N.D. Ohio 2010) ("This Court grants leave to file a sur-reply to afford a party an opportunity to address new

issues raised for the first time in the reply."); *Ferguson v. Lorillard Tobacco Co., Inc.*, 475 F. Supp. 2d 725, 728 n.4 (N.D. Ohio 2007) (same); *Elliott Co. v. Liberty Mut. Ins. Co.*, 239 F.R.D. 479, 480 n.1 (N.D. Ohio 2006) (same).

Here, Plaintiffs requested and were granted leave to file an overlength reply in support of their motion for class certification.  Dkt. 3554, Order (Nov. 13, 2020).  In the motion for leave, Plaintiffs expressly acknowledged that they wanted the extra pages in order to present and discuss additional evidence not addressed in their opening brief, including material that was allegedly "developed after the filing of the Class Certification Motion."  Dkt. 3554 at 2-3. Plaintiffs also stated in their email to Special Master Cohen regarding the request that they were "amenable to allowing Defendants to file a 10 page sur-reply."  Ex. 2, Email from Marc Dann to David R. Cohen (Nov. 13, 2020).

As Plaintiffs admit, they have both made new arguments and submitted new evidence in their reply brief.  Among those items are three that Defendants seek to address in their narrowly-tailored surreply:

- Plaintiffs now offer a new class definition, (Dkt. 3555 at 2-3);

- Plaintiffs now offer a new declaration from their expert, Dr. Anand, that presents new opinions on a critical issue based on a new review of medical records (Dkt. 3557);

- Plaintiffs offer a new request for the certification of an issue class (Dkt. 3555 at 39-40).

Accordingly, Defendants request that the Court grant their motion for leave to file Exhibit 1 as a surreply.

/s/ Mark H. Lynch
Geoffrey E. Hobart
Mark H. Lynch
Sonya D. Winner
Emily S. Ullman
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
swinner@cov.com
eullman@cov.com

Counsel for McKesson Corporation

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

Counsel for Walmart Inc.

/s/ Enu Mainigi
WILLIAMS & CONNOLLY LLP
Enu A. Mainigi
Steven M. Pyser
Ashley W. Hardin
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
spyser@wc.com
ahardin@wc.com

Counsel for Defendant Cardinal Health, Inc.

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

Counsel for CVS Health Corporation; CVS
Rx Services, Inc.; CVS Indiana, LLC

/s/ John J. Haggerty
John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Tel.: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

Counsel for Prescription Supply Inc.

/s/ Angela R. Vicari
Andrew Solow
Angela R. Vicari
ARNOLD & PORTER KAYE SCHOLER
LLP
250 W. 55th St.
New York, NY 10019
Telephone: (212) 836-7408
Facsimile: (212) 836-6495
andrew.solow@arnoldporter.com
angela.vicari@arnoldporter.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., NW
Washington DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Jonathan.Stern@arnoldporter.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER
LLP
777 South Figueroa Street, 44 Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
sean.morris@arnoldporter.com

*Counsel for Endo Pharmaceuticals Inc., Endo
Health Solutions Inc., Par Pharmaceutical,
Inc. and Par Pharmaceutical Companies, Inc.*

/s/ Daniel G. Jarcho
Daniel G. Jarcho
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Tel: (202) 239-3254
Fax: (202) 239-333
Email: daniel.jarcho@alston.com

Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Hergenrother
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
Email: cari.dawson@alston.com
jenny.hergenrother@alston.com

*Counsel for Noramco, Inc.*

/s/ David J. Burman
David J. Burman
Abha Khanna
Nitika Arora
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA  98101-3099
(206) 359-8000
dburman@perkinscoie.com

*Counsel for Costco Wholesale Corporation*

/s/ Donna M. Welch
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan Limited
(f/k/a Allergan plc) (appearing specially),
Allergan Finance, LLC (f/k/a Actavis, Inc.
f/k/a Watson Pharmaceuticals, Inc.),
Allergan, Inc., Allergan Sales, LLC, and
Allergan USA, Inc.*

/s/ James W. Matthews
James W. Matthews
Katy E. Koski
Ana M. Francisco
Graham D. Welch
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel:    617.342.4000
Fax:    617.342.4001
Email: jmatthews@foley.com
        kkoski@foley.com
        afrancisco@foley.com
        gwelch@foley.com

*Counsel for Defendant Anda, Inc.*

/s/ Robert M. Barnes
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
Matthew R. Mazgaj
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com
Email:  mazgaj@marcus-shapira.com

*Attorneys for HBC Service Company*

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr.
Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
E-mail: john.lavelle@morganlewis.com
        elisa.mcenroe@morganlewis.com

Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc.*

/s/ Charles C. Lifland
Charles C. Lifland
Richard B. Goetz
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*Attorneys for Defendants Johnson &
Johnson; Janssen Pharmaceuticals, Inc.;
Ortho-McNeil-Janssen Pharmaceuticals, Inc.
n/k/a Janssen Pharmaceuticals, Inc.; and
Janssen Pharmaceutica, Inc. n/k/a Janssen
Pharmaceuticals, Inc.*

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Sharon Desh
Sten A. Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: sharon.desh@bartlitbeck.com
Email: sten.jernudd@bartlitbeck.com

*Counsel for Defendants Walgreens Boots
Alliance, Inc., Walgreen Co., and Walgreen
Eastern Co.*

/s/ Rebecca C. Mandel
Rebecca C. Mandel
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Phone: (202) 637-5488
Fax: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Counsel for Mylan Pharmaceuticals Inc.**

**Joining as to the *Salmons* case only

/s/ Terry M. Henry
Terry M. Henry, Esquire
Lauren E. O'Donnell, Esquire
Melanie S. Carter, Esquire
Justina L. Byers, Esquire
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
Tel.:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
ODonnell@blankrome.com
MCarter@blankrome.com
Byers@blankrome.com

*Attorneys for Defendants,
Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc.,
Cephalon, Inc.; Watson Laboratories, Inc.,
Actavis LLC and Actavis Pharma, Inc.
f/k/a Watson Pharma, Inc.*

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug
Corporation and AmerisourceBergen
Corporation*

/s/ William E. Padgett
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:      (317) 236-1313
Fax:      (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC,
f/k/a. H. D. Smith Wholesale Drug Co.; H. D.
Smith Holdings, LLC and H. D. Smith
Holding Company*

/s/ Andrew J. O'Connor
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel: (617) 235-4650
Brien.OConnor@ropesgray.com
Andrew.OConnor@ropesgray.com

*Counsel for Mallinckrodt LLC, SpecGx LLC,
and specially appearing for Mallinckrodt plc*

/s/ Maria R. Durant
Maria R. Durant
Sara E. Silva
Safa W. Osmani
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
Tel: (617) 371-1000
Fax: (617) 371-1037
maria.durant@hoganlovells.com
sara.silva@hoganlovells.com
safa.osmani@hoganlovells.com

*Counsel for Indivior Inc.*