# EXHIBIT 2

**Ullman, Emily**

| | |
|---|---|
| **From:** | Marc Dann <mdann@dannlaw.com> |
| **Sent:** | Friday, November 13, 2020 3:38 PM |
| **To:** | Ullman, Emily; David R. Cohen (David@SpecialMaster.Law) |
| **Cc:** | Kelly Bilek; Thomas Bilek |
| **Subject:** | NAS Guardians Reply Brief |
| **Attachments:** | In Re- National Prescription Opiate Litigation 2020-11-13 3554 Motion for leave to exceed page limitations to Reply in Support of NAS Guardians Motion for Class Ce.pdf; NAS Guardians 2020 11 13 FINAL Reply to Opposition to Class Certification.pdf |

[EXTERNAL]

Emily and Special Master Cohen:

I apologize for the delays today.

We have been in communication with the Clerks office regarding the difficulties in this filing.

Attached please Reply Brief in Support of Class Certification and the motion to exceed page limits that we are in the process of filing with court right now.  We will circulate the unredacted exhibits as soon as we are done filing.

As Tom Bilek discussed with Emily we are amenable to allowing the Defendants to file a 10 page sur-reply in light of our request to exceed page limits.  I can assure both of you that we did everything in our power to reduce the size of this brief and we were able to keep it to 40 pages.

Marc


Marc Dann
DannLaw

*Mailing address:* P.O. Box 6031040, Cleveland OH  44103
*Office location:* 2728 Euclid Ave, Suite 300, Cleveland OH 44115

1

216-452-1026 Direct
216-373-0536 Fax
216-373-0539 Office
330-651-3131 Cell
mdann@dannlaw.com

DannLaw...we are here for you now and we will be here for you when this is over.

Admitted to Practice Law in the State of Ohio, The United States District Courts of the Northern and Southern District of Ohio, the Northern District of Illinois, the Northern District of Indiana and the Sixth Circuit Court of Appeals.



**Cleveland Columbus Cincinnati Chicago New York New Jersey**

**877-475-8100**

2