UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268;<br><br>*Flanagan v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45405<br><br>*Doyle v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327<br><br>*Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459 | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF NON OPPOSITION TO REQUEST TO FILE SUR-REPLYS** |

NAS Opioid Plaintiffs hereby inform the court that they do not oppose the two pending requests by Defendants to file a Sur-reply in response to Plaintiffs' Reply Brief in support of Class Certification and motion for appointment of Class Counsel.

While Plaintiffs vigorously disagree with the factual allegations contained in the proposed sur-replies, Plaintiffs agree that the consideration of this motion would benefit from full briefing.

Respectfully submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Emily C. White (0085662)
Dann Law
P.O. Box 6031040
Cleveland, OH 44115
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

*Putative Class Liaison Counsel for Guardians of NAS Children*

1

        Thomas E. Bilek
        Kelly Cox Bilek
        The Bilek Law Firm, L.L.P.
        700 Louisiana, Ste. 3950
        Houston, TX 77002
        Telephone: (713) 227-7720
        tbilek@bileklaw.com
        kbilek@bileklaw.com

        *Putative Class Co-Lead Counsel for Guardians of NAS Children*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on November 24, 2020 with the Clerk of Court and served upon all parties via CM/ECF at the party's registered email address.

        /s/ *Marc E. Dann*
        Marc E. Dann (0039425)