# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>BOARD OF EDUCATION OF CHICAGO PUBLIC SCHOOLS, DISTRICT 299, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CEPHALON, INC., *et al.*<br><br>    Defendants. | MDL No. 2804<br><br>Case No. 1:19-op-46042-DAP<br><br>[Consolidated with 1:19-op-45913-DAP]<br><br>Judge Dan Aaron Polster |

## DISTRIBUTOR DEFENDANTS' MOTION TO JOIN IN PHARMACY DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT

Distributor Defendants McKesson Corporation, AmerisourceBergen Drug Corporation, AmerisourceBergen Corporation, and Cardinal Health, Inc. respectfully join in the opposition filed by the Pharmacy Defendants to the motion for leave to file a first amended consolidated complaint filed by Plaintiff Chicago Public Schools. *See* ECF No. 3566 (Case 17-02804); ECF No. 6 (Case 19-46042).

For the reasons set forth in the Pharmacy Defendants' opposition, ECF No. 3566 (Case 17-02804), the Court should deny the motion for leave to amend the complaint.

Dated: November 24, 2020                                      Respectfully submitted,

/s/ Mark H. Lynch
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*


/s/ Enu Mainigi
WILLIAMS & CONNOLLY LLP
Enu A. Mainigi
Steven M. Pyser
Ashley W. Hardin
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Defendant Cardinal Health, Inc.*


/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 24, 2020, the foregoing was served via the Court's ECF system to all counsel of record.

/s/ *Mark H. Lynch*
Mark H. Lynch