UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>BOARD OF EDUCATION OF CHICAGO PUBLIC SCHOOLS, DISTRICT 299, *et al.*<br><br>    Plaintiffs<br><br>v.<br><br>CEPHALON, INC., *et al.*<br><br>    Defendants. | MDL No. 2804<br><br>Case No. 1:19-op-46042-DAP<br><br>[Consolidated with 1:19-op-45913-DAP]<br><br>Judge Dan Aaron Polster |

**MANUFACTURER DEFENDANTS' JOINDER IN PHARMACY DEFENDANTS'
OPPOSITION TO MOTION FOR LEAVE
TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT**

Manufacturer Defendants[1] hereby join the Pharmacy Defendants' opposition to Plaintiff Chicago Public Schools' motion for leave to file a first amended consolidated complaint. The Court should deny Plaintiff's motion without prejudice because it defies the Court's moratorium "on all substantive [non-bellwether] filings." ECF #70, at 2; ECF #130 (Case 17-02804), at 2. Plaintiff's motion proposes adding new parties, causes of action, and factual allegations, and is therefore a "substantive filing" barred by the moratorium. Granting Plaintiff's motion would encourage other plaintiffs to similarly defy the moratorium, and would thereby compromise the moratorium's goals of streamlining litigation, preventing an unmanageable proliferation of docket activity, and allowing the court and parties to focus on active bellwether litigation. Plaintiff's

---

[1] Manufacturer Defendants include Janssen Pharmaceuticals, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis Pharma, Inc., Actavis LLC, Allergan Limited, Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.

motion also comes long past the deadline for amendments as of right, and Plaintiff fails to identify good cause for its untimeliness.

The Manufacturer Defendants hereby join, adopt, and incorporate by reference the legal arguments made and authorities cited by the Pharmacy Defendants to the extent those legal arguments and authorities concern claims brought against the Manufacturer Defendants, and respectfully request that the Court deny Plaintiff's motion.

Dated: November 24, 2020

Respectfully submitted,

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

 /s/ Jonathan L. Stern
Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington DC 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
Jonathan.Stern@arnoldporter.com

*Attorney for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

/s/ Eric W. Sitarchuk
Eric W. Sitarchuk
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5840
Fax: (215) 963-5001
eric.sitarchuk@morganlewis.com

*Attorney for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc.*

/s/ Donna M. Welch
Donna M. Welch, P.C.
Kirkland & Ellis LLP
300 N LaSalle
Chicago, Illinois 60654
T: (3 12) 862-2424
F: (312) 862-2200
E: dwelch@kirkland.com

*Counsel for Defendant Allergan Limited f/k/a Allergan plc f/k/a Actavis plc*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, a copy of the foregoing **JOINDER IN PHARMACY DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 24, 2020

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*