UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | No. 1:17-md-2804 |
| This Document Relates To: | Judge Dan A. Polster |
| *The City and County of San Francisco, California and The People of the State of California v. Purdue Pharma L.P., et al.*, Case No. 1:19-op-45022-DAP | |

JOINT STIPULATION OF DESIGNATION OF REMAND RECORD
PURSUANT TO JPML RULE 10.4(a)

4844-1730-9907.v1

Pursuant to Rule 10.4(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff the People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera ("Plaintiff"), and Defendants Cephalon, Inc., Teva Pharmaceuticals USA, Inc.,[1] Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc.,[2] Johnson & Johnson, Janssen Pharmaceuticals, Inc. (formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica, Inc.), Noramco, Inc., Allergan Limited (formerly known as Allergan plc, formerly known as Actavis plc), Allergan Finance, LLC (formerly known as Actavis, Inc., formerly known as Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., Actavis Pharma, Inc. (formerly known as Watson Pharma, Inc.), Actavis LLC, Allergan Sales, LLC, Allergan USA, Inc., Warner Chilcott Company, LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Kadian LLC, Actavis Totowa LLC, Actavis South Atlantic LLC, Actavis Laboratories UT, Inc. (formerly known as Watson Laboratories, Inc. – Salt Lake City), Actavis Laboratories FL, Inc. (formerly known as Watson Laboratories, Inc. – Florida), AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, Anda, Inc., and Walgreen Co. (collectively, "Defendants"),[3] hereby submit the parties' joint stipulation of the contents of the record to be remanded to the U.S. District Court for the Northern District of California and state as follows:

---

[1] Teva Pharmaceuticals Industries Ltd. continues to contest and object to personal jurisdiction and is exploring options regarding the denial of its motion to dismiss and as a result has not joined this stipulation. In the event that it is ultimately determined to be a party to this litigation, over its objections to personal jurisdiction, it will be bound by these designations.

[2] Endo International plc, a Defendant currently seeking reconsideration of the order denying its motion to dismiss for lack of personal jurisdiction, has not joined this stipulation. In the event the transferor court denies the motion for reconsideration, it will also be bound by these designations.

[3] Action against certain Defendants named by Plaintiff – namely, the Purdue Defendants (Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company, Inc., Richard S. Sackler, Jonathan D. Sackler, Mortimer D.A. Sackler, Kathe A. Sackler, Ilene Sackler Lefcourt, Beverly Sackler, Theresa Sackler, David A. Sackler, the Trust for the Benefit of Members of the Raymond

- 1 -

This action was filed in the United States District Court for the Northern District of California and transferred to this Court for consolidated proceedings as part of *In re Nat'l Prescription Opiate Litig.*, Case No. 1:17-md-2804 (N.D. Ohio).  ECF No. 1281.  On November 20, 2019, this Court filed a Suggestion of Remand with the JPML, which included the suggestion that this action be remanded to the United States District Court for the Northern District of California.  JPML ECF No. 6242.[4]  The same day, the JPML issued a Conditional Remand Order remanding this action.  JPML ECF No. 6257.  On November 27, 2019, certain defendants filed a notice of opposition to the Conditional Remand Order of this action.  JPML ECF No. 6354.  On February 5, 2020, after consideration of briefing in support of and opposed to that opposition, the JPML remanded this action to the United States District Court for the Northern District of California.  JPML ECF No. 7033.

Pursuant to JPML Rule 10.4(a) and the above-referenced remand order, the parties hereby designate the following items for inclusion in the record on remand:

A. As required by JPML Rule 10.4(b), all entries in the Northern District of California individual case docket for *City and County of San Francisco, et al. v. Purdue Pharma L.P., et al.*, Case No. 3:18-cv-07591-CRB;

B. All entries in the Northern District of Ohio's individual case docket for *City and County of San Francisco, et al. v. Purdue Pharma L.P., et al.*, Case No. 1:19-op-45022 from the date of transfer forward; and

C. The documents and docket entries from the Master MDL Docket, No. 1:17-md-2804 (N.D. Ohio) dated prior to the remand of this action on February 5, 2020, that are jointly stipulated or designated solely by Plaintiff and listed on Attachment A

---

Sackler Family, and Rhodes Pharmaceuticals L.P.), Insys Therapeutics, Inc., Mallinckrodt plc, Mallinckrodt LLC, and SpecGx LLC – is presently stayed pursuant to ongoing bankruptcy proceedings.  Consequently, they are not among the parties that join this stipulation.

[4] References to "JPML ECF No." are to the docket entries in *In re Nat'l Prescription Opiate Litig.*, MDL No. 2804 (J.P.M.L.).

- 2 -

4844-1730-9907.v1

hereto, provided that all parties reserve all rights and objections to documents not jointly designated.[5]

Plaintiff further designates certain documents and docket entries listed on Attachment A that post-date the remand of this action on February 5, 2020.  Defendants object and do not stipulate to the designation of these documents and reserve all rights.

The parties reserve all rights to challenge the relevance, admissibility, applicability, and/or legal effect of any document, docket entry, or filing designated herein.  Further, while the parties were diligent in reviewing the dockets and making these designations, the parties reserve the right to present to the transferor court any documents or filings that were inadvertently excluded from this designation, and all other parties reserve all objections to such documents.

DATED:  December 2, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED
HADIYA K. DESHMUKH

s/ Aelish M. Baig
AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com
hdeshmukh@rgrdlaw.com

---

[5] Defendants do not agree that the inclusion of a docket entry from the Master MDL Docket means that it applies or governs in this case.

- 3 -

DENNIS J. HERRERA
City Attorney
RONALD P. FLYNN
YVONNE R. MERE
OWEN J. CLEMENTS
SARA J. EISENBERG
JAIME M. HULING DELAYE
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: 415/554-3944
415/437-4644 (fax)
owen.clements@sfcityatty.org

ROBBINS GELLER RUDMAN
 & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
THOMAS E. EGLER
CARISSA J. DOLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

- 4 -

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
ELIZABETH J. CABRASER
RICHARD M. HEIMANN
KEVIN R. BUDNER
MICHAEL LEVIN-GESUNDHEIT
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com
rheimann@lchb.com
kbudner@lchb.com
mlevin@lchb.com

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
PAULINA DO AMARAL
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
212/355-9592 (fax)
pdoamaral@lchb.com

RENNE PUBLIC LAW GROUP
LOUISE RENNE
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone:  415/848-7240
415/848-7230 (fax)
lrenne@publiclawgroup.com

ANDRUS ANDERSON LLP
JENNIE LEE ANDERSON
AUDREY SIEGEL
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:  415/986-1400
415/986-1474 (fax)
jennie@andrusanderson.com
audrey.siegel@andrusanderson.com

SANFORD HEISLER SHARP, LLP
KEVIN SHARP
611 Commerce Street, Suite 3100
Nashville, TN  37203
Telephone:  615/434-7000
615/434-7020 (fax)
ksharp@sanfordheisler.com

- 5 -

4844-1730-9907.v1

        SANFORD HEISLER SHARP, LLP
        EDWARD CHAPIN
        655 West Broadway, Suite 1700
        San Diego, CA 92101
        Telephone: 619/577-4253
        619/577-4250 (fax)
        echapin2@sanfordheisler.com

        CASEY GERRY SCHENK FRANCAVILLA
          BLATT & PENFIELD LLP
        DAVID S. CASEY, JR.
        GAYLE M. BLATT
        ALYSSA WILLIAMS
        110 Laurel Street
        San Diego, CA 92101-1486
        Telephone: 619/238-1811
        619/544-9232 (fax)
        dcasey@cglaw.com
        gmb@cglaw.com
        awilliams@cglaw.com

        WEITZ & LUXENBERG P.C.
        ELLEN RELKIN
        PAUL PENNOCK
        700 Broadway
        New York, NY 10003
        Telephone: 212/558-5500
        212/344-5461 (fax)
        erelkin@weitzlux.com
        ppennock@weitzlux.com


        WEITZ & LUXENBERG P.C.
        MELINDA DAVIS NOKES
        1880 Century Park East
        Los Angeles, CA 90067
        Telephone: 310/247-0921
        310/786-9927 (fax)
        mnokes@weitzlux.com

        Attorneys for Plaintiff The People of the State of
        California, acting by and through San Francisco
        City Attorney Dennis J. Herrera

By: */s/ Steven J. Boranian*         By: */s/ Sonya D. Winner*
    Steven J. Boranian (Bar No. 174183)     Sonya D. Winner (Bar No. 200348)
    Luke S. Porter (Bar No. 323847)         Nathan E. Shafroth (Bar No. 232505)
    REED SMITH LLP                     Isaac D. Chaput (Bar No. 326923)
    101 Second Street, Suite 1800          Covington & Burling LLP
    San Francisco, CA 94105              COVINGTON & BURLING LLP

- 6 -

| | |
|---|---|
| Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br>sboranian@reedsmith.com<br>lporter@reedsmith.com | Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: + 1 (415) 591-6000<br>Facsimile: + 1 (415) 591-6091 |
| Eric J. Buhr (Bar No. 217528)<br>Sarah B. Johansen (Bar No. 313023)<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Telephone: (213) 457-8000<br>Facsimile: (213) 457-8080<br>ebuhr@reedsmith.com<br>sjohansen@reedsmith.com | *Attorneys for Defendant*<br>*McKesson Corporation*<br><br>By: */s/ Neelum J. Wadhwani*<br>  Neelum J. Wadhwani (Bar No. 247948)<br>  Enu A. Mainigi (pro hac vice)<br>  WILLIAMS & CONNOLLY LLP<br>  725 Twelfth Street, NW<br>  Washington, DC  20005<br>  Tel:  (202) 434-5000<br>  Fax:  (202) 434-5029<br>  nwadhwani@wc.com<br>  emainigi@wc.com |
| *Attorneys for Defendant*<br>*AmerisourceBergen Drug Corporation* | |
| | Edward W. Swanson, SBN 159859<br>August Gugelmann, SBN 240544<br>SWANSON & McNAMARA LLP<br>300 Montgomery Street, Suite 1100<br>San Francisco, California 94104<br>Telephone: (415) 477-3800<br>Facsimile: (415) 477-9010<br>ed@smllp.law<br>august@smllp.law<br><br>*Attorneys for Defendant*<br>*Cardinal Health, Inc.* |
| By: */s/ Zachary W. Byer*<br>  Zachary W. Byer (S.B. #301382)<br>  KIRKLAND & ELLIS LLP<br>  555 South Flower Street<br>  Los Angeles, CA 90071<br>  Tel: (213) 680-8400<br>  zachary.byer@kirkland.com<br><br>  Jennifer G. Levy, P.C. (pro hac vice)<br>  KIRKLAND & ELLIS LLP<br>  1301 Pennsylvania Ave., N.W.<br>  Washington, D.C. 20004<br>  Tel: (202) 879-5000 | By: */s/ Elizabeth A. Sperling*<br>  Elizabeth A. Sperling (CA Bar No. 231474)<br>  ALSTON & BIRD LLP<br>  333 South Hope Street, 16th Floor<br>  Los Angeles, CA 90071<br>  Telephone: (213) 576-1000<br>  Fax: (213) 576-1100<br>  elizabeth.sperling@alston.com<br><br>  Daniel G. Jarcho (pro hac vice)<br>  ALSTON & BIRD LLP<br>  950 F Street, NW<br>  Washington, DC 20004 |

- 7 -

4844-1730-9907.v1

Fax: (202) 879-5200
jennifer.levy@kirkland.com

Donna Welch, P.C. (pro hac vice)
Timothy W. Knapp, P.C. (pro hac vice)
Karl Stampfl (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
donna.welch@kirkland.com
tknapp@kirkland.com
karl.stampfl@kirkland.com

*Attorneys for Defendants Allergan Limited (f/k/a Allergan plc f/k/a Actavis plc), Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan Sales, LLC and Allergan USA, Inc.*

By: */s/ Amy R. Lucas*
Amy R. Lucas (S.B. #264034)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Tel: (310) 553-6700
Fax: (310) 246-6779
alucas@omm.com

Charles C. Lifland (S.B. #108950)
Sabrina H. Strong (S.B. #200292)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com
sstrong@omm.com

Amy J. Laurendeau (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900

Telephone: (202) 239-3300
Daniel.jarcho@alston.com

Cari K. Dawson (pro hac vice)
Jenny A. Hergenrother (pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
cari.dawson@alston.com
jenny.hergenrother@alston.com

*Attorneys for Defendant Noramco, Inc.*

By: */s/ Zachary Hill*
Zachary Hill (S.B. #275886)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
zachary.hill@morganlewis.com

Eric W. Sitarchuk*
Rebecca J. Hillyer*
MORGAN, LEWIS & BOCKIUS LLP
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com
1701 Market Street
Philadelphia, 19103-2921
Tel: +1.215.963.5000
Fax: +1.215.963.5001

Wendy West Feinstein (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd.Fl.
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
wendy.feinstein@morganlewis.com

*Attorneys for Defendants
Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis LLC, Watson Laboratories, Inc., and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

*Denotes national counsel, pro hac vice forthcoming

- 8 -

4844-1730-9907.v1

Fax: (949) 823-6994
alaurendeau@omm.com

Stephen D. Brody (pro hac vice)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
sbrody@omm.com

*Attorneys for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc.*

By: */s/ Alan R. Ouellette*
Alan R. Ouellette (CA Bar No. 272745)
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile:  (415) 434-4507
aouellette@foley.com

James W. Matthews (Pro Hac Vice)
Ana M. Francisco (Pro Hac Vice)
Katy E. Koski (Pro Hac Vice)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199-7610
Telephone:     (617) 342-4000
Facsimile:     (617) 342-4000
jmatthews@foley.com
francisco@foley.com
kkoski@foley.com

*Attorneys for Defendant Anda, Inc.*

By: */s/ Sean O. Morris*
Sean O. Morris
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
Sean.Morris@arnoldporter.com
John.Lombardo@arnoldporter.com

*Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

By: */s/ Charles J. Stevens*
Charles J. Stevens (SBN 106981)
cstevens@gibsondunn.com
Joshua D. Dick (SBN 268853)
jdick@gibsondunn.com
Kelsey J. Helland (SBN 298888)
khelland@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

Kaspar Stoffelmayr (admitted pro hac vice)
kaspar.stoffelmayr@bartlitbeck.com
Katherine M. Swift (admitted pro hac vice)
kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone:  312.494.4400
Facsimile:  312.494.4440

Alex Harris (admitted pro hac vice)
alex.harris@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  303.592.3100

- 9 -

4844-1730-9907.v1

Facsimile:  303.592.3140

*Attorneys for Defendant Walgreen Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*s/ Aelish M. Baig*
Aelish M. Baig

4844-1730-9907.v1