IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The City of Columbus v. Purdue Pharma L.P. et al.* | ) MDL Case No. 1:17-md-02804-DAP<br>)<br>) Member Case No. 1:18-op-45048-DAP<br>)<br>) JUDGE DAN AARON POLSTER<br>)<br>) |

## **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Please take notice that Jan L. Roller of the law firm of Giffen & Kaminski, LLC, 1300 East Ninth Street, Suite 1600, Cleveland, OH 44114, hereby enters her appearance as lead counsel of record in the above-captioned action for Defendants The Drug Store Pharmacy Inc. and The Drug Store Clinic Pharmacy Inc. (incorrectly named in the Short Form for Supplementing Complaint as "Drug Store Pharmacy, a/k/a The Drug Store Clinic and Pharmacy").

Respectfully submitted,

*/s/ Jan L. Roller*
Jan L. Roller (0008171)
Kathleen A. Nitschke (0073397)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
E-Mail: jroller@thinkgk.com
knitschke@thinkgk.com
***Counsel for Defendants The Drug Store Pharmacy Inc. and The Drug Store Clinic Pharmacy Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing *Notice of Appearance of Counsel* was filed electronically this 7th day of December 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

        */s/ Jan L. Roller*
        Jan L. Roller (0008171)
        **Counsel for Defendants The Drug Store Pharmacy Inc. and The Drug Store Clinic Pharmacy Inc.**