Motion is denied without prejudice pursuant to the Court's moratorium on substantive filings and Case Management Order One. Doc. #: 130; Doc. #: 232.  /s/Dan Aaron Polster 12/9/20

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **MDL 2804** |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | **Case No. 1:19-op-46042-DAP** |
| **BOARD OF EDUCATION OF CHICAGO PUBLIC SCHOOLS, DISTRICT 299,[1] MIAMI-DADE COUNTY PUBLIC SCHOOL DISTRICT, BALTIMORE PUBLIC SCHOOL DISTRICT, ROCHESTER PUBLIC SCHOOL DISTRICT, MINNETONKA PUBLIC SCHOOL DISTRICT, EAST AURORA PUBLIC SCHOOLS, DISTRICT 131, THORNTON HIGH SCHOOLS, DISTRICT 205, THORNTON FRACTIONAL HIGH SCHOOLS, DISTRICT 215, JOLIET PUBLIC SCHOOLS, DISTRICT 86, FAYETTE COUNTY PUBLIC SCHOOLS, LARUE COUNTY PUBLIC SCHOOLS, BULLITT COUNTY PUBLIC SCHOOLS, BREATHITT COUNTY PUBLIC SCHOOLS, ESTILL COUNTY PUBLIC SCHOOLS, HARRISON COUNTY PUBLIC SCHOOLS, HART COUNTY PUBLIC SCHOOLS, JEFFERSON COUNTY PUBLIC SCHOOLS, JOHNSON COUNTY PUBLIC SCHOOLS, LAWRENCE COUNTY PUBLIC SCHOOLS, MARTIN COUNTY PUBLIC SCHOOLS, MENIFEE COUNTY PUBLIC SCHOOLS, OWSLEY COUNTY PUBLIC SCHOOLS, WOLFE COUNTY PUBLIC SCHOOLS, BANGOR SCHOOL DEPARTMENT, CAPE ELIZABETH SCHOOL DISTRICT, MAINE REGIONAL SCHOOL UNIT ("RSU") 10, MAINE RSU 13, MAINE RSU 25, MAINE RSU 26, MAINE RSU 29, MAINE RSU 34, MAINE RSU 40, MAINE RSU 50, MAINE RSU 57, MAINE RSU 60, MAINE RSU 71,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **[Consolidated with 1:19-op-45913-DAP]**  **Judge Dan Aaron Polster** |

---

[1] For the purpose of brevity, each Plaintiff hereafter will omit the preceding "Board of Education" from their name.