# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIOID LITITGATION,** | CASE NO. 1:17-MD-2804-DAP <br> HON. DAN AARON POLSTER |
| **THIS DOCUMENT RELATES TO:** *The City of Grand Rapids, Michigan, et al. v. Purdue Pharma, L.P. et al.*, **Originally Filed in the United States District Court, Western District of Michigan, Case No., Case 1:18-cv-00327** | **<u>NOTICE OF WITHDRAWAL</u>** |

Please take notice that Elizabeth Welch of The Welch Law Firm, PLC, hereby gives notice of her withdrawal as co-counsel for Plaintiff, The City of Grand Rapids, Michigan. The original cause of action, *The City of Grand Rapids, Michigan, et al. v. Purdue Pharma, L.P. et al.*, was filed in the United States District Court, Western District of Michigan, Case No., Case 1:18-cv-00327. Please direct all orders, pleadings, motions, correspondences and other material pertaining to this matter to Paul F. Novak and Ellen Relkin, counsel for Kent County Michigan.

Dated:  December 21, 2020

Respectfully submitted,

/s/ Paul F. Novak
**WEITZ & LUXENBERG, P.C.**
Fisher Building
3011 West Grand Boulevard, 24th Floor
Detroit, MI 48202
Email:  pnovak@weitzlux.com
Tel:  (313) 800-4170

Ellen Relkin
**WEITZ & LUXENBERG, P.C.**
700 Broadway, 5th Floor
New York, NY 10003
Email:  erelkin@weitzlux.com
Tel:  212-558-5715

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system this 21st day of December, 2020:

                                         */s/ Paul F. Novak*
                                         Paul F. Novak (MI Bar No. P39524)
                                         *Attorney for the City of Grand Rapids, Michigan*