# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) | **MDL 2804** |
| ) | |
| ) | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | **Judge Dan Aaron Polster** |
| *All Cases* ) | |
| ) | **NOTICE** |
| ) | |

Special Master Cathy Yanni has advised the Court that as a result of other commitments, she has found it necessary to resign as one of the Special Masters in the Opioid MDL, effective December 31, 2020.   The Court thanks Special Master Yanni for her service over the past three years.

 **/s/ Dan Aaron Polster  December 21, 2020_**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**