# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) | MDL 2804 |
| ) | |
| ) | Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | Judge Dan Aaron Polster |
| *All Cases* ) | |
| ) | **ORDER** |
| ) | |

The Court has carefully reviewed again the three documents highlighted in Walgreens' Motion for Clarification and Reconsideration With Respect to Certain Privilege Claims, Doc. #3591, and reaffirms its initial decision.

The Court declines to address the other matters raised in the Motion.

**IT IS SO ORDERED.**

  **/s/ Dan Aaron Polster  December 31, 2020**
  **DAN AARON POLSTER**
  **UNITED STATES DISTRICT JUDGE**