EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF VIDEOTAPED TRIAL PRESERVATION DEPOSITION
## OF DAVID KESSLER, M.D.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the oral videotaped trial preservation deposition of Plaintiffs' expert David Kessler, M.D. on January 13, 2021 at 9:00 a.m. Eastern Standard Time. The trial preservation deposition will proceed remotely, via zoom, with access instructions to be provided separately.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for use at trial, or for such other purposes as are permitted under the Federal Rules and Case Management Orders entered by the Court. Court reporting services and video recording services will be provided by Golkow Global Litigation Services (scheduling@golkow.com).

Dated: January 6, 2021

*/s/ Paul J. Hanly, Jr.*
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr.
FARRELL LAW
422 Ninth Street
Huntington, WV 25701
(304) 654-8281
paul@farrell.law

*Plaintiffs' Co-Lead Counsel*

/s/ *Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th[th] day of January, 2021, the foregoing has been served via electronic mail to all counsel of record at xalldefendants-mdl2804-service@arnoldporter.com and mdl2804@motleyrice.com.

/s/ *Peter H. Weinberger*
Peter H. Weinberger

2