# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-4097/19-4099

_____

Filed: January 06, 2021

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION          1:17md2804 - DAP
------------------------------

ALBANY COUNTY, NY, Negotiation Class's Class Representatives; CO-LEAD NEGOTIATION CLASS COUNSEL; CO-NEGOTIATION CLASS COUNSEL

    Plaintiffs Appellees [19-4097 and 19-4099]

CITY OF NORTH ROYALTON, OH; CITY OF EAST CLEVELAND, OH; CITY OF MAYFIELD HEIGHTS, OH; CITY OF LYNDHURST OH; CITY OF HURON, OH; CITY OF WICKLIFFE, OH

    Plaintiffs Appellants [19-4099]

v.

MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN DRUG CORPORATION; PRESCRIPTION SUPPLY, INC.; DISCOUNT DRUG MART, INC.; WALMART, INC.; WALGREEN COMPANY; WALGREEN EASTERN CO., INC.; CVS PHARMACY, INC.; CVS INDIANA, LLC; CVS RX SERVICES, INC.; RITE AID OF MARYLAND, INC., dba Rite Aid of Mid-Atlantic Customer Support Center

    Defendants Appellants [19-4097]

## MANDATE

  Pursuant to the court's disposition that was filed 09/24/2020 the mandate for this case hereby issues today.  Reversed and Remanded


COSTS: None