# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*All Cases* | MDL NO. 2804<br><br>HON. JUDGE DAN A. POLSTER |

## SMALL DISTRIBUTOR DEFENDANTS' JOINDER IN OPPOSITIONS TO PEC'S MOTION FOR LEAVE TO TAKE TRIAL PRESERVATION DEPOSITION OF DAVID KESSLER, M.D.

Henry Schein, Inc., Henry Schein Medical Systems, Inc., Insource, Inc., General Injectables & Vaccines, Inc., H.D. Smith LLC, f/k/a. H. D. Smith Wholesale Drug Co., Prescription Supply Inc., and Anda, Inc. (collectively, the "Small Distributor Defendants") file this Joinder in the Distributors' *Opposition to PEC's Motion for Leave to Take Trial Preservation Deposition of David Kessler, M.D.* (Doc. No. 3597, the "Distributors' Opposition") and *Manufacturing Defendants' Opposition to Plaintiffs' Executive Committee's Emergency Motion for Leave to Take Trial Preservation Deposition of David Kessler* (Doc. No. 3598, the "Manufacturers' Opposition") (collectively, the "Oppositions").

The Plaintiffs' Executive Committee ("PEC") has sought leave to take a "trial preservation" deposition of Plaintiffs' manufacturer marketing expert, Dr. David Kessler. Certain defendants in the MDL filed the Oppositions on January 8, 2021.

The Small Distributor Defendants join the Oppositions and adopt and incorporate them by reference. For the reasons set forth by other defendants in the Oppositions, it would be unfair, inappropriate, and unduly prejudicial to allow Dr. Kessler to disclose any expert opinions

regarding Distributors for the first time in a "trial preservation deposition" untethered to any particular case.

For the reasons given in the Oppositions (incorporated here by reference), which the Small Distributor Defendants join, the PEC's Motion should be denied. Alternatively, if the PEC is allowed to take a trial preservation deposition, Dr. Kessler should be precluded from offering expert testimony regarding the Small Distributor Defendants during any such deposition, and plaintiffs should be precluded from using any such testimony against the Small Distributor Defendants in any future proceeding.

Dated: January 8, 2021

Respectfully submitted,

/s/ William E. Padgett
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:   (317) 236-1313
Fax:   (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendant H. D. Smith, LLC, f/k/a. H. D. Smith Wholesale Drug Co.*

/s/ John J. Haggerty
John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Tel.: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Prescription Supply Inc.*

/s/ John P. McDonald
John P. McDonald
Texas Bar No. 13549090
jpmcdonald@lockelord.com
Lauren M. Fincher
Texas Bar No. 24069718
lfincher@lockelord.com
Brandan J. Montminy
Texas Bar No. 24088080
brandan.montminy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

*Attorneys for Henry Schein, Inc. Henry Schein Medical Systems, Inc., Insource, Inc., and General Injectables & Vaccines, Inc.*

/s/ *James W. Matthews*
James W. Matthews
Katy E. Koski
Ana M. Francisco
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: 617.342.4000
Fax: 617.342.4001
Email: jmatthews@foley.com
kkoski@foley.com
afrancisco@foley.com

*Counsel for Defendant Anda, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

/s/ *Brandan J. Montminy*
Brandan Montminy