# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*All Cases* | MDL NO. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### MANUFACTURING DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' EXECUTIVE COMMITTEE'S EMERGENCY MOTION FOR LEAVE TO TAKE TRIAL PRESERVATION DEPOSITION OF DAVID KESSLER

Manufacturing Defendants respectfully request that the Court hold oral argument on Plaintiffs' motion for leave to conduct an emergency "trial preservation deposition" of Dr. David Kessler on January 13, 2021 (ECF No. 3594).

Dated:  January 8, 2021

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
Kirkland & Ellis LLP
300 N LaSalle
Chicago, Illinois 60654
T: (3 12) 862-2424
F: (312) 862-2200
E: dwelch@kirkland.com

*Counsel for Defendants Allergan Limited f/k/a Allergan plc f/k/a Actavis plc, Allergan Finance LLC, Allergan Sales, LLC and Allergan USA, Inc.*

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

<u>*/s/ Jonathan L. Stern*</u>
Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington DC 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
Jonathan.Stern@arnoldporter.com

*Attorney for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

<u>*/s/ Eric W. Sitarchuk*</u>
Eric W. Sitarchuk
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5840
Fax: (215) 963-5001
eric.sitarchuk@morganlewis.com
*Attorney for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, a copy of Manufacturing Defendants' request for oral argument on Plaintiffs' motion for leave to conduct an emergency "trial preservation deposition" of Dr. David Kessler was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>By: /s/ Donna M. Welch</u>
Donna M. Welch