# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SULLIVAN COUNTY<br><br>v.<br><br>PURDUE PHARMA L.P., ET AL. | Case No. 1:17-md-02804-DAP<br><br>Member Case No. 1:19-op-45704-DAP<br><br>DAN AARON POLSTER<br>U.S. DISTRICT JUDGE |

## NOTICE OF APPEARANCE BY ABBY TUCKER

PLEASE TAKE NOTICE that Abby Tucker, Esquire, of the law firm of Wadleigh, Starr & Peters, P.L.L.C., hereby enters her appearance as counsel on behalf of Dr. Eric L. Knight.

        Respectfully submitted,

        DR. ERIC L. KNIGHT

        By his attorneys,

        WADLEIGH, STARR & PETERS, P.L.L.C.

Dated: January 13, 2021.        By /s/ Abby Tucker
                                              Aby Tucker – NH Bar No. 268040
                                              95 Market Street
                                              Manchester, NH 03101
                                              (603-669-4140
                                              atucker@wadleighlaw.com

I certify that I have this day transmitted a copy of the foregoing to all counsel of record through the Court's electronic filing system.

/s/ Abby Tucker
Abby Tucker