**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **Case No. 1:17-md-02804-DAP** |
| **THIS DOCUMENT RELATES TO:**<br><br><br>**SULLIVAN COUNTY**<br><br>v.<br><br>**PURDUE PHARMA L.P., ET AL.** | **Member Case No. 1:19-op-45704-DAP**<br><br><br>**DAN AARON POLSTER**<br>**U.S. DISTRICT JUDGE** |

## NOTICE OF APPEARANCE BY TODD J. HATHAWAY

PLEASE TAKE NOTICE that Todd J. Hathaway, Esquire, of the law firm of Wadleigh, Starr & Peters, P.L.L.C., hereby enters his appearance as counsel on behalf of Dr. Eric L. Knight.

Respectfully submitted,

DR. ERIC L. KNIGHT

By his attorneys,

WADLEIGH, STARR & PETERS, P.L.L.C.

Dated:  January 13, 2021.          By /s/ Todd J. Hathaway
                                   Todd J. Hathaway – NH Bar No. 12102
                                   95 Market Street
                                   Manchester, NH   03101
                                   (603-669-4140
                                   thathaway@wadleighlaw.com

I certify that I have this day transmitted a copy of the foregoing to all counsel of record through the Court's electronic filing system.

/s/ Todd J. Hathaway
Todd J. Hathaway