IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SULLIVAN COUNTY<br><br>v.<br><br>PURDUE PHARMA L.P., ET AL. | Case No. 1:17-md-02804-DAP<br><br>Member Case No. 1:19-op-45704-DAP<br><br>DAN AARON POLSTER<br>U.S. DISTRICT JUDGE |

## NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES THE UNDERSIGNED and hereby gives notice, pursuant to LR 83.9, that he will appear in this matter and substitute himself for Pierre A. Chabot in the representation of Dr. Eric L. Knight in this matter, and Attorney Chabot will no longer represent Dr. Knight. Dr. Knight continues to be represented by other counsel from this same law firm in addition to myself, and has been separately notified of this substitution.

    Respectfully submitted,

    DR. ERIC L. KNIGHT

    By his attorneys,

    WADLEIGH, STARR & PETERS, P.L.L.C.

Dated: January 13, 2021.    By /s/ Todd J. Hathaway
    Todd J. Hathaway – NH Bar No. 12102
    95 Market Street
    Manchester, NH  03101
    (603-669-4140
    thathaway@wadleighlaw.com

2

     I certify that I have this day transmitted a copy of the foregoing to all counsel of record through the Court's electronic filing system.

                                               /s/ Todd J. Hathaway
                                               Todd J. Hathaway