## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JACKSON COUNTY, MISSOURI** | ) | |
| **Plaintiff,** | ) | |
| | ) | **MDL No. 17-MD 2804** |
| **Vs.** | ) | |
| | ) | **Case No. 18-OP-45965** |
| **PURDUE PHARMA L.P., et al.,** | ) | |
| **Defendants.** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Drew W. Rogers hereby withdraws his appearance as counsel for plaintiff, Jackson County, Missouri in the above-captioned matter and in further support states as follows:

1.  Mr. Rogers is leaving the employ of Williams Dirks Dameron LLC to join another law firm.

2.  Mr. Rogers' last day of employment with Williams Dirks Dameron LLC will be January 13, 2021. Upon his departure from Williams Dirks Dameron LLC, he will have no relationship with Jackson County, Missouri and no additional interest in the matter at hand.

3.  No parties will be prejudiced by his withdrawal and Jackson County, Missouri will continue to be represented by other attorneys from Williams Dirks Dameron LLC and other counsel noted below.

WHEREFORE, Mr. Rogers respectfully requests the court grant his leave to withdraw as counsel for Jackson County, Missouri.

DATE: January 13, 2021

Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

By: /s/ Drew W. Rogers

By: /s/ Matthew A. Dameron
Matthew L. Dameron (MO Bar No. 52093)
Michael A. Williams (MO Bar No. 47538)

Eric L. Dirks (MO Bar No. 54921)
Amy R. Jackson (MO Bar No.70144)
Drew W. Rogers (MO Bar No. 70711)
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:    (816) 945-7110
Facsimile:    (816) 945-7118
matt@williamsdirks.com
mwilliams@williamsdirks.com
dirks@williamsdirks.com
amy@williamsdirks.com
drogers@williamsdirks.com

**OFFICE OF THE COUNTY COUNSELOR**
R. Travis Willingham #56756
Chief Deputy County Counselor
Jackson County Courthouse
415 East Twelfth Street, Suite 200
Kansas City, Missouri 64106
Telephone:    (816) 881-3442
Facsimile:    (816) 881-3398
twillingham@jacksongov.org

**SIMMONS HANLY CONROY LLC**
Paul J. Hanly, Jr.
Jayne Conroy
112 Madison Avenue
New York, New York 10016
Telephone:    (212) 784-6400
phanly@simmonsfirm.com
jconroy@simmonsfirm.com

Sarah Burns (MO Bar No. 56554)
One Court Street
Alton, Illinois 62002
Telephone:    (618) 259-2222
sburns@simmonsfirm.com

**HARDWICK LAW FIRM LLC**
Herbert E. Hardwick (MO Bar No. 39663)
Hardwick Law Firm, LLC
2405 Grand Blvd., Suite 800
Kansas City, Missouri 64108
Telephone:    (816) 221-9445
Facsimile:    (816) 221-1132

1

hhardwick@hardwicklaw.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware
(MO Bar No. 54150)
Erin D. Lawrence (MO Bar No. 63021)
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Telephone:     (816) 492-2826
Brandon@boulware-law.com
Erin@boulware-law.com

***Counsel for the Jackson County Entities***

## CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2021, the foregoing was filed electronically with the Clerk of  the Court to be served by operation of the Court's electronic filing system to all counsel of record.

           /s/ Matthew L. Dameron
           Counsel for Jackson County Entities

2