1          UNITED STATES OF AMERICA
2        FOR THE NORTHERN DISTRICT OF OHIO
              EASTERN DIVISION

3                - - - - -

4   _____
                                     )
5   IN RE:  NATIONAL PRESCRIPTION     )
    OPIATE LITIGATION                 )
6                                     )    Case No.
    THIS DOCUMENT RELATES TO:         )    1:17-MD-2804
7                                     )
    Case Track 3                      )    Honorable
8                                     )    Dan A. Polster
    _____)
9

10               - - - - -

11   TRANSCRIPT OF PROCEEDINGS OF TELEPHONE STATUS

12    HEARING BEFORE JUDGE DAN A. POLSTER, JUDGE OF

13    SAID COURT, ON MONDAY, JANUARY 13TH, 2021,

14         COMMENCING AT 5:00 O'CLOCK P.M.

15               - - - - -

16

17   Court Reporter:        GEORGE J. STAIDUHAR
                            801 W. SUPERIOR AVE.,
18                          SUITE 7-184
                            CLEVELAND, OHIO 44113
19                          (216) 357-7128

20               - - - - -

21

22

23

24

25

```
 1              P R O C E E D I N G S
 2              THE COURT:  All right.  Good afternoon.  Dan
 3    Polster calling in.
 4              JUDICIAL ASSISTANT:  Hi, Judge.
 5              THE COURT:  Okay.
 6              JUDICIAL ASSISTANT:  I have made sure we
 7    have lead counsel from every entity.  George is on and
 8    ready along with Magistrate Judge Ruiz and the Special
 9    Master.  You can go ahead and get started.
10              THE COURT:  Okay.  Thank you very much.
11              All right.  Good afternoon, everyone.
12    Happy New Year, and I hope everyone has a very safe and
13    healthy 2021.
14              This is our monthly status call-in MDL
15    1:17MD2804.  I appreciate the thorough joint status
16    report that was filed yesterday.  There doesn't seem to
17    be anything burning on the agenda.
18              I am just curious, the status report lists
19    three state cases that are set for trial in February and
20    March.
21              Are those cases actually likely to go to
22    trial?  Does anyone have any knowledge about those?  I
23    think there was one, a February trial, state of Arizona,
24    and then March trials in Arkansas and California.
25              MR. STOFFELMAYR:  Judge, Kasper Stoffelmayr.
```

1    I could just say for the pharmacy Defendants we are not

2    in any of those cases, so I cannot answer your question

3    unfortunately.

4              THE COURT:  Oh, all right.

5              Does anyone from the PEC know whether those

6    are likely to go?

7              MR. WEINBERGER:  Your Honor, this is Pete

8    Weinberger.  I don't know the status of those trial

9    dates. (Inaudible.)

10             THE COURT:  Okay.

11             MR. WEINBERGER:  But I advised (Inaudible)

12   if anybody else from the PEC has any knowledge

13   (Inaudible).

14             COURT REPORTER:  Judge, he is not coming

15   through very clearly, Mr. Weinberger.

16             THE COURT:  All right.  Well, all right.

17   And I know Judge Gargiulo is planning to have his trial

18   as soon as trials are opened in New York.  Okay.

19             Have the parties been meeting at all

20   recently with Judge Gandhi?  I don't want to know what

21   transpired obviously, but I am just curious if the

22   parties have been meeting.

23             MS. TABACCHI:  Your Honor, this is Tina

24   Tabacchi from Jones Day.  I can report that Judge Gandhi

25   does continue to be engaged with the parties, and I am

1    aware of conversation this week and last week.

2              THE COURT:  Okay.  Good.  Very good.  Thank

3    you, Tina.

4              MR. RICE:  Um, Judge, this is Joe.  The only

5    conversations we have had with Judge Gandhi are all

6    related to one Defendant -- excuse me -- two Defendants,

7    and we have been led to believe that there is only two

8    Defendants that are engaged in continuing discussions in

9    that regard.

10             THE COURT:  Okay.  Well, two is better than

11   none.  I mean, I would just prefer for everyone to

12   utilize Judge Gandhi's services.  All right.

13             I didn't have anything else really other

14   than setting a date of our February meeting.  I didn't

15   see anything, any real action item that anyone was

16   raising that needed my attention.  But if anyone has got

17   something, they can bring it forth now.

18             (No response.)

19             THE COURT:  Okay.  Well, I'm glad we had it.

20   I think it is a good idea to have these monthly meetings

21   because it gives everyone an opportunity to raise

22   anything.  I am suggesting Wednesday, February 10th.

23             We had been at the very beginning of the

24   month.  We had this one later because of New Years.

25   Unless there is a real problem with February 10th, I

1   think Wednesdays have worked.  I would suggest February

2   10th at noon and then a joint status report noon on

3   Tuesday, February 9th.

4            And I appreciate everyone working, you know,

5   constructively to come up with a litigating schedule for

6   the October trial, and I certainly expect that if the

7   case doesn't resolve, that we will be able to have that

8   trial in October.

9            I will be profoundly disappointed if the

10  pandemic isn't in a situation where we would be able to

11  do it.  I certainly expect it will be.  So I -- okay.

12  Well, I appreciate everyone working cooperatively through

13  this difficult case, and I will check with everyone next

14  February.

15            Thank you.

16            MR. WEINBERGER:  Thank you, Judge.

17            (Others said good bye.)

18            (Telephone conference concluded at 12:09

19  p.m.)

20                    - - - - -

21                C E R T I F I C A T E

22            I, George J. Staiduhar, Official Court

23  Reporter in and for the United States District Court,

24  for the Northern District of Ohio, Eastern Division,

25  do hereby certify that the foregoing is a true

1    and correct transcript of the proceedings herein.

2

3

4

5                            s/George J. Staiduhar
                             George J. Staiduhar,
6                            Official Court Reporter

7                            U.S. District Court
                             801 W. Superior Ave., Suite 7-184
8                            Cleveland, Ohio 44113
                             (216) 357-7128
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25