UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804<br><br>HON. DAN A. POLSTER |

**NOTICE OF ATTORNEY CHANGE OF ADDRESS AND LAW FIRM**

Please take notice that the address and law firm at which the following attorneys for Defendant Prime Therapeutics, LLC are to receive notices and the service of papers in these proceedings has changed. The updated law firm and address is as follows:

>Robert J. Gilbertson
>Matthew D. Forsgren
>FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP
>Capella Tower
>225 South 6th Street, Suite 1750
>Minneapolis, MN 55402
>(612) 865-8827
>BGilbertson@ForsgrenFisher.com
>MForsgren@ForsgrenFisher.com

Date:  January 19, 2021	s/Robert J Gilbertson
**FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP**
Robert J. Gilbertson, Reg. No. 0022361X
Matthew D. Forsgren, Reg. No. 0246694
Capella Tower
225 South 6th Street, Suite 1750
Minneapolis, MN 55402
(612) 865-8827
BGilbertson@ForsgrenFisher.com
MForsgren@ForsgrenFisher.com

*Attorneys for Defendant Prime Therapeutics, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon all counsel of record via the Court's electronic filing system this 19th day of January, 2021.

s/Robert J Gilbertson
Robert J. Gilbertson