UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION | ) | MDL 2804 |
| | ) | |
| OPIATE LITIGATION | ) | Case No. 1:17-md-2804 |
| | ) | |
| *This Document Relates to*: | ) | Hon. Dan Aaron Polster |
| | ) | |
| *Track Three Cases* | ) | |
| | ) | |

## UNOPPOSED MOTION TO DISMISS RITE AID CORPORATION

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs Lake County and Trumbull County hereby move to dismiss Defendant Rite Aid Corporation from the Track Three cases without prejudice.  Rite Aid Corporation does not oppose this motion.

On June 16, 2020, Rite Aid Corporation filed a motion under Rule 12(b)(2) to dismiss the complaints in the Track Three cases for lack of personal jurisdiction.  (Doc. 3338.)  If this Rule 21 motion is granted, the Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction will become moot.

WHEREFORE, Plaintiffs Lake County and Trumbull County respectfully request that the Court grant this motion and dismiss Rite Aid Corporation from the Track Three cases without prejudice.

Date: January 21, 2021        Respectfully submitted,

                                                        Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL LAW
422 Ninth Street
Huntington, WV 25701
(304) 654-8281
paul@farrell.law

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Ste 100
Houston, TX 77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*

*/s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Frank Gallucci (0072680)
Plevin & Gallucci
55 Public Square, Suite 2222
Cleveland, Ohio 44113
fgallucci@pglawyer.com
Phone: (216) 861-0804

Hunter J. Shkolnik
Salvatore C. Badala
Joseph L. Ciaccio
Napoli Shkolnik PLLC
360 Lexington Avenue
New York, New York 10017
hunter@napolilaw.com
sbadala@napolilaw.com
jciaccio@napolilaw.com
 Phone: (212) 397-1000

*Counsel for Lake and Trumbull Counties*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. The foregoing will be served on counsel of record.

> /s/Peter H. Weinberger
> Peter H. Weinberger
> *Plaintiffs' Liaison Counsel*