# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-MD-2804 ) ) JUDGE DAN A. POLSTER ) ) MAGISTRATE JUDGE DAVID A. RUIZ ) ) ) **NOTICE OF TERMINATION** ) **OF CO-COUSNEL** ) |

Notice is hereby given that Lynne H. Buck, Assistant United States Attorney, withdraws as counsel of record for United States Department of Justice, Drug Enforcement Administration. AUSA James R. Bennett II and AUSA Renée A. Bacchus will remain as counsel on this case.

    Respectfully submitted,

    BRIDGET M. BRENNAN
    Acting United States Attorney

By:   /s/ *Lynne H. Buck*
    Lynne H. Buck (#0014166)
    Assistant United States Attorney
    United States Court House
    801 West Superior Ave., Suite 400
    Cleveland, Ohio 44113
    216-622-3712
    216-522-4982 (Facsimile)
    lynne.buck@usdoj.gov

Attorney for United States Department of Justice, Drug Enforcement Administration