Case No. 21-3041

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

_____

In re: ENDO HEALTH SOLUTIONS, INC.; ENDO PHARMACEUTICALS, INC.; PAR PHARMACAUTICAL, INC; PAR PHARMACEUTICALS COMPANIES, INC; TEVA PHARMACEUTICALS, USA, INC.; CEPHALON, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. fka WATSON PHARMA, INC.

        Petitioners

Upon consideration of the petitioners' motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: January 28, 2021