1           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF OHIO
2                EASTERN DIVISION

3   ------------------------------------X
    **IN RE: NATIONAL PRESCRIPTION**      : *Case No. 1:17-md-2804*
4   **OPIATE LITIGATION**                 : *Cleveland, Ohio*
                                          :
5                                         :
    **THIS DOCUMENT RELATES TO:**         : *Wednesday,*
6                                         : *February 10, 2021*
    *Case Track 3*                        : *12:10 p.m.*
7                                         :
                                          :
8   ------------------------------------X

9

10    TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS

11        BEFORE THE HONORABLE DAN AARON POLSTER

12             UNITED STATES DISTRICT JUDGE

13                    - AND -

14         BEFORE THE HONORABLE DAVID A. RUIZ

15           UNITED STATES MAGISTRATE JUDGE

16

17   SPECIAL MASTER:         DAVID R. COHEN

18

19
     Court Reporter:         Donnalee Cotone, RMR, CRR, CRC
20                           United States District Court
                             801 West Superior Avenue
21                           Court Reporters 7-189
                             Cleveland, Ohio 44113
22                           donnalee_cotone@ohnd.uscourts.gov

23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer-aided transcription.

1    **APPEARANCES (*ALL PARTICIPANTS APPEARING TELEPHONICALLY*):**

2

3          On behalf of Plaintiffs:

4

5                    **PETER H. WEINBERGER, ESQ.**
                     Spangenberg, Shibley & Liber
                     1001 Lakeside Avenue, Suite 1700
6                    1900 East Ninth Street
                     Cleveland, Ohio 44114
7                    216-696-3232
                     pweinberger@spanglaw.com

8
                     **HUNTER J. SHKOLNIK, ESQ.**
9                    *(TRACK 3 PLAINTIFFS' COUNSEL)*
                     Napoli Shkolnik PLLC
10                   400 Broadhollow Road, Suite 305
                     Melville, New York 11747
11                   212-397-1000
                     hunter@napolilaw.com

12
                     **FRANK L. GALLUCCI, III, ESQ.**
13                   *(TRACK 3 PLAINTIFFS' COUNSEL)*
                     Plevin & Gallucci Company, L.P.A.
14                   55 Public Square, Suite 2222
                     Cleveland, Ohio 44113
15                   fgallucci@pglawyer.com

16
                     **JOSEPH F. RICE, ESQ.**
17                   Motley Rice LLC
                     28 Bridgeside Boulevard
18                   Mount Pleasant, South Carolina 29465
                     843-216-9140
19                   jrice@motleyrice.com

20
                     **PAUL T. FARRELL, JR., ESQ.**
21                   Greene, Ketchum, Farrell, Bailey & Tweel LLP
                     419 Eleventh Street
22                   Huntington, West Virginia 25701
                     304-525-9115
23                   paul@greeneketchum.com

24

25

1    **APPEARANCES (*ALL PARTICIPANTS APPEARING TELEPHONICALLY*):**

2

3         On behalf of Plaintiffs (Continued):

4              **W. MARK LANIER, ESQ.**
               The Lanier Law Firm
5              6810 FM 1960 West
               Houston, Texas 77069
6              813-659-5200
               wml@lanierlawfirm.com

7

8              **STEVEN SKIKOS, ESQ.**
               Skikos, Crawford, Skikos & Joseph, LLP
9              One Sansome Street, Suite 2830
               San Francisco, California  94104,
10             (415) 546-7300
               sskikos@skikos.com

11

12             **TROY RAFFERTY, ESQ.**
               Levin, Papantonio, Thomas, Mitchell, Rafferty &
13             Proctor, P.A.
               316 South Baylen Street, Suite 600
14             Pensacola, Florida 32502
               850-435-7500
15             trafferty@levinlaw.com

16

17

18

19

20

21

22

23

24

25

1      **APPEARANCES (*ALL PARTICIPANTS APPEARING TELEPHONICALLY*):**

2

3          On behalf of Defendants Walgreen Co. and Walgreen
          Eastern Co. and Walgreens Boots Alliance, Inc.

4          ("Walgreens"):

5                **KASPAR J. STOFFELMAYR, ESQ.**
                (*CHAIN PHARMACY LIAISON COUNSEL*)

6                   - and -
                **KATHERINE M. SWIFT, ESQ.**

7                Bartlit Beck LLP
                54 West Hubbard Street, Suite 300

8                Chicago, Illinois  60654
                312-494-4400

9                kaspar.stoffelmayr@bartlitbeck.com
                kate.swift@bartlitbeck.com

10

11         On behalf of Defendants CVS Indiana, L.L.C., CVS Rx
         Services, Inc., CVS TN Distribution, L.L.C., CVS

12        Pharmacy, Inc., and Ohio CVS Stores, L.L.C. ("CVS"):

13                **ERIC R. DELINSKY, ESQ.**
                **SASHA MILLER, ESQ.**

14                Zuckerman Spaeder
                1800 M Street, NW

15                Washington, DC 20036
                202-778-1831

16                edelinsky@zuckerman.com
                smiller@ zuckerman.com

17         On behalf of Defendants HBC Service Company, an
         unincorporated operating division of Giant Eagle,

18        Inc. ("HBC/Giant Eagle"):

19                **ROBERT M. BARNES, ESQ.**
                **JOSH A. KOBRIN, ESQ.**

20                **SCOTT D. LIVINGSTON, ESQ.**
                Marcus & Shapira

21                35th Floor
                One Oxford Centre

22                301 Grant Street
                Pittsburgh, PA 15219

23                412-471-3490
                rbarnes@marcus-shapira.com

24                kobrin@marcus-shapira.com
                livingston@marcus-shapira.com

25

1    **APPEARANCES (*ALL PARTICIPANTS APPEARING TELEPHONICALLY*):**

2

3        On behalf of Defendants Rite Aid of Maryland, Inc.
         d/b/a Mid-Atlantic Customer Support Center, Rite Aid
4        of Ohio, Inc. and Rite Aid Hdqtrs. Corp. ("Rite Aid"):

5            **KELLY A. MOORE ESQ.**
             Morgan, Lewis & Bockius
6            101 Park Avenue
             New York, NY 10178
7            212-309-6612
             kelly.moore@morganlewis.com

8

9        On behalf of Defendant Walmart, Inc.:

10           **TINA M. TABACCHI, ESQ.**
             **TARA A. FUMERTON, ESQ.**
11           **JOHN M. MAJORAS, ESQ.**
             Jones Day
12           77 West Wacker
             Suite 3500
13           Chicago, Illinois 60601
             312-782-3939
14           ttabacchi@jonesday.com
             tfumerton@jonesday.com
15           jmajoras@jonesday.com

16

17   ALSO PRESENT:        A. Scott Loge, Law Clerk
                          Carrie Roush, Career Law Clerk
18

19

20

21

22

23

24

25

1          AFTERNOON SESSION, WEDNESDAY, FEBRUARY 10, 2021

2                    (Proceedings commenced at 12:10 p.m. p.m.)

3                             - - -

4                    MR. SHKOLNIK:   Hi.   This is Hunter Shkolnik.

12:10:24  5    I didn't get on the roll call.  I apologize.

6                    JUDICIAL ASSISTANT:  Very good.

7             Thank you, Hunter

8                    THE COURT:  All right.  Good afternoon.

9                    JUDICIAL ASSISTANT:  Hi, Judge.  Everyone is

12:11:04 10   on.

11                   THE COURT:  What?

12                   JUDICIAL ASSISTANT:  Everyone is on.  You're

13   ready to go.

14                   THE COURT:  All right.  All right.  Good

12:11:09 15   afternoon, everyone.  I hope everyone is staying safe.

16        I reviewed the joint status report.  I appreciate the

17   information.  There doesn't seem to be anything requiring

18   any action.

19        I certainly hope and expect we'll be able to have our

12:11:38 20   trial in October, that the pandemic will have abated

21   sufficiently, enough people will have vaccinations, and

22   we'll be able to go forward.

23        So I didn't have anything really on my agenda, and

24   there's nothing that jumps out in the report.

12:12:01 25        So is there anything that anyone wants to bring up --

1      if they want to bring up?

2                  MR. STOFFELMAYR:  Judge, Kaspar Stoffelmayer

3      for the defendants.

4           Not from our side.  Thank you.

12:12:17 5                  THE COURT:  Thanks, Kaspar.

6                  MR. WEINBERGER:  Your Honor, this is

7      Pete Weinberger.

8           I don't think there's anything we need to raise with

9      you at this point, Your Honor.

12:12:25 10                  THE COURT:  Okay.  Well, I always ask, because

11     that's the purpose of these calls.

12          So I think it's a good idea to have the monthly

13     check-ins.  If they're short, they're short.  But there may

14     be something that we need to do.

12:12:41 15          Wednesdays seem to be a good day.  I'm looking at

16     Wednesday, March 10th.  I have some things in the noon hour,

17     but I guess I'm suggesting 1:30 on March 10th.  And getting

18     a status report at noon the preceding day, March 9th, seems

19     to be fine.

12:13:09 20                  UNIDENTIFIED VOICE:  Thank you, Judge.

21                  THE COURT:  So Wednesday, 3-10, at 1:30, and

22     then noon on the 9th.

23          All right.  Well, thanks.  It was short, but things

24     are moving along okay.  And everyone, stay safe.

12:13:19 25

1          THE COURT: I'll talk to you next month.

2     Bye-bye.

3          COUNSEL EN MASSE:  Thank you.

4                    - - -

5          (Proceedings adjourned at 12:13 p.m.)

6                **C E R T I F I C A T E**

7

8          I certify that the foregoing is a correct transcript

9     from the record of proceedings in the above-entitled matter.

10

11     */s/ Donnalee Cotone            11th of February, 2021*
       DONNALEE COTONE, RMR, CRR, CRC                    DATE
12     Realtime Systems Administrator

13

14

15

16

17

18

19

20

21

22

23

24

25