**BEFORE THE UNITED STATES JUDICIAL**
**ON**
**MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION
MDL No. 2804

**PROOF OF SERVICE**

  In compliance with Rule 4.1(a) of the Rules of Procedure, on behalf of Defendants, Morris & Dickson Co., L.L.C., I hereby certify that on the 23rd day of October, 2020, a true and correct copy of the foregoing was served, via ECF or by depositing same in the United States Mail properly addressed and with sufficient postage affixed to the following parties:

 St. Bernard Parish School Board v. Allergan Limited, et al,

  #2:21-cv-00010 (ED LA)

Shreveport, Louisiana on this 11th day of February, 2021.

        WIENER, WEISS & MADISON
        A Professional Corporation

        By: <u>s/Frank H. Spruiell, Jr</u>.

         Frank H. Spruiell, Jr. #1611
         Russell R. Dickson #37660
         330 Marshall Street, Suite 1000
         P.O. Box 21990
         Shreveport, LA  71120-1990
         (318) 213-9281
         Fax: (318) 424-5128

        ATTORNEYS FOR MORRIS &
        DICKSON CO., INC.