SUPPLEMENTAL DECLARATION OF DR. KANWLAJEET ANAND IN SUPPORT OF THE NAS GUARDIANS'S REPLY IN RECONSIDERATION THEIR MOTION FOR CLASS CERTIFICATION

# Filed Under Seal Pursuant to Protective Order dated 5/15/2018 (DE 441)