# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
| This document relates to: | Hon. Dan A. Polster |
| *Jennifer Artz, et al. v. Endo Health Solutions Inc., et al.* <br> Case No. 1:19-OP-45459 | |
| *Michelle Frost v. Endo Health Solutions Inc. et al.* <br> Case No. 1:18-OP-46327 | |
| *Salmons v. Purdue Pharma L.P., et al.* <br> Case No. 1:18-OP-45268 | |

## ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL OPPOSITION TO NAS PLAINTIFFS' MOTION FOR RECONSIDERATION

Defendants have filed a motion for leave to seal the unredacted version of their Memorandum to in Opposition to NAS Plaintiffs' Motion for Reconsideration, which contains confidential information protected by Case Management Order No. 2: Protective Order, Doc. 441. Plaintiffs have indicated that they wish to keep the material in question confidential and filed under seal. Accordingly, and for good cause shown, Defendants' motion for leave to file under seal is hereby GRANTED.

IT IS SO ORDERED.

DATED:   3/1/21                                     /s/Dan Aaron Polster
                                                    THE HONORABLE DAN AARON POLSTER
                                                    UNITED STATES DISTRICT JUDGE