# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | CASE NO. 1:17-MD-2804 |
| | Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO: ) "*All Cases*" ) ) ) | **ORDER** |

On June 14, 2018, the Court entered an order assigning workload in this MDL. *See* docket no. 549. The Order stated that Special Master Cathy Yanni would focus on "working with the Tribes." *Id.* at 1. In light of Special Master Yanni's recent resignation, *see* docket no. 3588, the Court assigns Special Master David R. Cohen to take over this role.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**DATED**: March 9, 2021