UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION** | ) | |
| **OPIOID LITIGATION** | ) | **MDL NO. 2804** |
| | ) | **Case No:  1:17-MDL-2804** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| Rockingham County vs. Purdue Pharma, L.P., et al. | ) | |
| N.H. Case No: 218-2018-CV-0110 | ) | |
| | ) | |
| Belknap County v. Purdue Pharma, L.P., et al. | ) | |
| N.H. Case No: 211-2018-CV-00240 | ) | |
| | ) | |
| Chesire County vs. Purdue Pharma, L.P., et al. | ) | |
| N.H. Case No: 213-2018-CV-00168 | ) | |
| | ) | |
| City of Belmont v. Purdue Pharma, L.P., et al. | ) | |
| N.H. Case No. 211-2018-CV-00241 | ) | |
| | ) | |
| City of Claremont v. Purdue Pharma, L.P., et al. | ) | |
| N.H. Case No. 220-2018-CV-00127 | ) | |
| | ) | |
| Grafton County v. Purdue Pharma Inc., et al. | ) | |
| N.H. Case No. 215-2018-CV-00323 | ) | |
| | ) | |
| Strafford County v. Purdue Pharma, L.P., et al. | ) | |
| N.H. Case No. 219-2018-CV-00364 | ) | |
| | ) | |
| Sullivan County v. Purdue Pharma, L.P., et al. | ) | |
| N.H. Case No: 220-2018-CV-00128 | ) | |

## SUGGESTION OF DEATH

We, the attorneys for the Defendant, Michael Dipre, M.D., do hereby suggest upon the

record the death of the defendant, Michael Dipre, M.D.

MICHAEL DIPRE, M.D.,

/s/ Lori K. Vaulding

_____

James A. Bello, BBO #633550
jbello@morrisonmahoney.com
Lori K. Vaulding, BBO #678404
lvaulding@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181/Phone: 617-439-7500

100231895

## **CERTIFICATE OF SERVICE**

I hereby certify that on the below stated date, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Signed at Boston, Massachusetts this 12th day of March, 2021.

/s/ Lori K. Vaulding

_____

Lori K. Vaulding

100231895