# EXHIBIT C

1            UNITED STATES DISTRICT COURT

         FOR THE NORTHERN DISTRICT OF OHIO

2                   EASTERN DIVISION

3

   IN RE: NATIONAL              )

4  PRESCRIPTION                 )   MDL No. 2804

   OPIATE LITIGATION            )

5  _____    )   Case No.

                                )   1:17-MD-2804

6                               )

   THIS DOCUMENT RELATES   )   Hon. Dan A.

7  TO ALL CASES            )   Polster

8

              THURSDAY, JUNE 11, 2020

9

                       - - -

10

11        Remote videoconferenced hearing

12  held before Special Master David Cohen

13  commencing at 2:05 p.m. EST, on the above

14  date, before Carrie A. Campbell, Registered

15  Diplomate Reporter and Certified Realtime

16  Reporter.

17

18

19

20                     - - -

21

         GOLKOW LITIGATION SERVICES

22     877.370.3377 ph | 917.591.5672 fax

              deps@golkow.com

23

24

25

June 11, 2020

```
 1              A P P E A R A N C E S:
                  (OF SPEAKING PARTIES)
 2

 3

        MOTLEY RICE LLC
 4      BY:  DAVID ACKERMAN
                 dackerman@motleyrice.com
 5               LINDA SINGER
                 lsinger@motleyrice.com
 6      401 Ninth Street NW, Suite 1001
        Washington, DC 20004
 7      (202) 232-5504
 8
        and
 9

10      FARRELL LAW
        BY:  PAUL FARRELL, JR.
11               paul@farrell.law
        422 Ninth Street, 3rd Floor
12      Huntington, West Virginia  25701
        (304) 523-7285
13

14      and
15
        KELLER ROHRBACK LLP
16      BY:  DEREK W. LOESER
                 dloeser@kellerrohrback.com
17      1201 Third Avenue, Suite 3200
        Seattle, Washington 98101
18      (206) 623-1900
19
        and
20

21      SPANGENBERG SHIBLEY & LIBER LLP
        BY:  PETER WEINBERGER
22               pweinberger@spanglaw.com
        1001 Lakeside Avenue East
23      Cleveland, Ohio 44114
        (216) 600-0114
24

25      and
```

June 11, 2020

```
 1       CARELLA BYRNE CECCHI BRODY AGNELLO,
         P.C.
 2       BY:  ZACHERY S. BOWER
               ZBower@carellabyrne.com
 3       5 Becker Farm Road
         Roseland, New Jersey 07068
 4       (973) 994-1700
         Counsel for Plaintiffs
 5

 6
         JONES DAY
 7       BY:  TARA A. FUMERTON
               tfumerton@jonesday.com
 8       77 West Wacker
         Chicago, Illinois 60601-1692
 9       (312) 782-3939
         Counsel for Walmart
10

11

12       BARTLIT BECK LLP
         BY:  KATERINE M. SWIFT
13             kswift@bartlit-beck.com
         54 West Hubbard Street, Suite 300
14       Chicago, Illinois 60654
         (312) 494-4400
15       Counsel for Walgreens

16

17       ZUCKERMAN SPAEDER LLP
         BY:  PAUL B. HYNES, JR.
18             phynes@zuckerman.com
         1800 M Street NW, Suite 1000
19       Washington, DC  20036-5807
         (202) 778-1800
20       Counsel for CVS Indiana, LLC, and
         CVS RX Services, Inc.
21

22     (Additional appearances provided upon
                     request.)
23

24

25
```

June 11, 2020

1          you applied search terms to a

2          central -- central source and came up

3          with an Oklahoma document there.  You

4          wouldn't produce it if it's a

5          category 2 document.

6                    So I actually think that that's

7          a reasonable approach to discovery in

8          Track 3, which is to take the search

9          terms, you've already gathered the

10         documents, there's no burden on

11         gathering them, the only thing that

12         you're doing is running the search

13         terms as against those documents just

14         as you were running the search terms

15         as against any other document source,

16         and then going through and doing your

17         privilege review, your relevance

18         review, I suppose your determining of

19         whether it's a category 1 or a

20         category 2 document and producing it.

21                    MR. LOESER:  And just to be

22         clear, Special Mater Cohen, if it's a

23         hit on a category 1 document, then it

24         should be produced, even if it has

25         nothing to do with Ohio.  And for us,

June 11, 2020

```
1        that's one of the major concerns, is

2        that that screen that should be used

3        should not screen out category 1

4        documents.  If it's category 2, okay,

5        it's screened to Ohio, but the

6        national scope documents, which, you

7        know, in the ProPublica article is all

8        talking about the national scope

9        issues.  If those documents are hit by

10       the search terms, they should

11       absolutely be produced.

12              MS. FUMERTON:  So, Special

13       Master Cohen, a couple comments on

14       that.  One is that I do think --

15              MR. LOESER:  I'm sorry, Tara.

16       Special Master Cohen, is that

17       consistent with what you're saying, or

18       are we misreading that?

19              SPECIAL MASTER COHEN:  No, that

20       seems consistent.  And arguably the

21       documents that you're referring to

22       that are category 1 documents that hit

23       on search terms that were included

24       within the federal government document

25       group should have been identified
```

June 11, 2020

1   anyway.  They should have been

2   produced by virtue of normal

3   discovery, unless there was some

4   reason they just weren't within the

5   universe of documents that were

6   searched.

7          MS. FUMERTON:  Yeah, just a

8   couple of comments.  And here's my

9   concern, and perhaps, Special Master

10  Cohen, you're not concerned by this.

11         But when you say you don't see

12  how it could reveal information, it

13  would reveal custodians, for example,

14  that the DOJ may have particular

15  interest in for whatever reason.  That

16  is going to give insight into that

17  issue because it's going to reveal

18  potentially based on the source how

19  you produce metadata, you know, what

20  custodian the DOJ particularly was

21  interested in and for whatever reason

22  was interested in them, right.  I

23  mean, there hasn't been a lawsuit

24  that's filed.  Again, this is a

25  confidential, ongoing investigation.

June 11, 2020

```
1            There are different theories that are

2            being espoused that was revealed in

3            the leak letter, I'm not sharing

4            anything inappropriate there, but it's

5            not a public nuisance theory that

6            plaintiffs are -- that the DOJ is

7            pursuing here.

8                 And so it would reveal

9            additional information about the

10           ongoing government investigation if

11           you required us to do this, and what I

12           would say is it's unnecessary.

13           Because based on all of your other

14           rulings, plaintiffs are going to get

15           the custodians, it's going to be

16           expanded to the entire state of Ohio,

17           which was not the case before, and

18           it's going to be related to

19           dispensing, which it was not before.

20                So plaintiffs keep saying that

21           this stuff should have been produced

22           before, again, it's a different

23           targeted investigation, it's not the

24           same scope as plaintiffs' claims, and

25           so I disagree that necessarily it
```

June 11, 2020

```
 1        would have revealed -- even for

 2        category 1 documents that it should

 3        have been produced given that it's a

 4        different scope and a different

 5        target.

 6               So, again, with your limiters,

 7        which I agree with at the very minimum

 8        would be appropriate, I still think

 9        that doing this would reveal

10        information about the DOJ ongoing

11        investigation if you were requiring us

12        to do it.

13               SPECIAL MASTER COHEN:  You

14        know, Tara, the DOJ investigation

15        would have been focused, I imagine, on

16        specific pharmacists which are

17        probably category 2 documents from

18        different places, from Oklahoma.  And

19        you wouldn't be producing those

20        pursuant to what we just talked about,

21        rather you would be producing

22        category 1 documents from perhaps

23        custodians that weren't named in the

24        MDL but they're category 1 documents.

25        A category 1 document is by definition
```

June 11, 2020

1          a -- you know, a nonspecific

2          jurisdictional type of document that

3          applies to an overriding policy or

4          procedure.

5                  And so I'm not -- I take -- I

6          understand your argument, but I don't

7          think I agree that it's likely that

8          the documents you would produce

9          pursuant to such a search would

10         identify, quote/unquote, targets of

11         the investigation because we're not

12         talking about pharmacists' specific

13         documents that you would be producing.

14                 MS. FUMERTON:  Well, a couple

15         comments on that.

16                 One, I mean, assuming again, a

17         running objection.  I see where you're

18         going with it.  I would at a minimum

19         want to exclude sort of the obvious

20         stuff.  For example, you know, they

21         talked about the million pages, that

22         was really like 850,000.  I mean, I'm

23         not quibbling there, but also the MDL

24         production was reproduced, you know,

25         expert reports, deposition

June 11, 2020

1              transcripts, individual custodians

2              that are pharmacists or market

3              managers in Oklahoma -- again, I'm

4              using that an example because I don't

5              want anyone to quote me on the

6              Oklahoma later, that's just an

7              example -- that we wouldn't have to

8              run any sort of additional search term

9              through those because those would sort

10             of on their face be silly to run.

11                    But I do think you're going to

12             potentially reveal information about

13             the ongoing investigation if you

14             require us to do this.  And so I

15             would --

16                    SPECIAL MASTER COHEN:  I'm

17             sympathetic to that, as you know.  So

18             here's how I want you to proceed.  I

19             think it is appropriate for you to run

20             the search terms, let's call it the

21             federal document database, which are,

22             as you say, is duplicative of, for

23             example, the MDL documents.  Obviously

24             you don't have to run them against the

25             MDL documents you've already run.

June 11, 2020

```
 1              To the extent that those hits

 2         are clearly category 2 documents or

 3         anywhere other than Ohio, then they

 4         don't need to be produced just as any

 5         other category 2 documents for

 6         anywhere outside of Ohio from any

 7         other source don't need to be

 8         produced.

 9              MR. FARRELL:  Judge, can I

10         raise an issue here real quick?  I

11         don't know if Carrie can let screen

12         share.  I actually have DR 2 up on my

13         screen with the difference between

14         category 1 and category 2, and I

15         know --

16              SPECIAL MASTER COHEN:  Paul,

17         you're interrupting me.  Let me

18         finish.  I know the difference between

19         2 and 3.  We'll come back to your

20         point, but let me just finish.

21              And, Tara, you would produce

22         those documents, especially the

23         category 1 documents, which frankly is

24         the focus.  You would produce those

25         category 1 documents and obviously you
```