# EXHIBIT G

## (Subject to Pending Motion For Leave To File Under Seal)