## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION ) | |
| OPIATE LITGATION ) | |
| ) | |
| _____ ) | CASE NO. 1:17-MD-2804 |
| ) | |
| **This document relates to:** ) | HON. DAN A. POLSTER |
| ) | |
| *All Cases* ) | |

## NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION

The attorney listed below files this change of firm name and email address for Plaintiffs. The attorney listed below respectfully requests that his firm name and contact information be updated to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney at the following address and/or through the Court ECF filing system, as registered:

> Michael J. Fuller, Jr. (Ohio Bar No. 90250)
> **FARRELL & FULLER**
> 1311 Ponce De Leon, Suite 202
> San Juan, PR 00907
> T: 939-293-8244
> F: 601-261-2481
> Email: mike@farrellfuller.com

All filings should henceforth be served upon counsel.

> Respectfully submitted,
>
> *s/ Michael J. Fuller, Jr.*
> Michael J. Fuller, Jr. (Ohio Bar No. 90250)
> **FARRELL & FULLER**
> 1311 Ponce De Leon, Suite 202
> San Juan, PR 00907
> T: 939-293-8244
> F: 601-261-2481
> Email: mike@farrellfuller.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 30, 2021, that a copy of the Notice of Change of Firm Name and Contact Information was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    */s/ Michael J. Fuller, Jr.*
          Michael J. Fuller, Jr. (Ohio Bar No. 90250)
          **FARRELL & FULLER**
          1311 Ponce De Leon, Suite 202
          San Juan, PR 00907
          T: 939-293-8244
          F: 601-261-2481
          Email: mike@farrellfuller.com