# EXHIBIT 4

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 9590 9266 9904 2115 3368 50 | A. Signature ☐ Agent ☐ Addressee X _____ <br> B. Received by (Printed Name) Brandon Worley  C. Date of Delivery 11/7/18 <br> D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br><br> CVH 218-0089. <br><br> WORLEY, BRANDON <br> 4462 ROCK RIDGE LN <br> AKRON, OH 44333 | 3. Service Type <br> ☒ Certified Mail <br> ☐ Certified Mail Restricted Delivery <br> Reference Information |
| 2. Certified Mail (Form 3800) Article Number <br> 9414 7266 9904 2115 3368 57 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Re |

# NOBLE COUNTY
## COMMON PLEAS COURT
350 COURTHOUSE
CALDWELL, OH 43724
PHONE: 740-732-4408
FAX: 740-732-5604

Noble County Ohio By The Noble
210 Courthouse
Caldwell, Oh 43724

VS

Cardinal Health Inc.
4400 Easton Commons Way Sut125
Columbus, Oh 43219

SUMMONS

RULE (4)
Case No: 218-0089

To the above named defendant:

    You are hereby summoned that a complaint (copy of which is hereto attached and made a part hereof) has been filed against you in this court by the plaintiff named herein.
    You are required to serve upon the Plaintiff's attorney or upon the Plaintiff if he/she has no attorney of record, a copy of your answer to the complaint within twenty-eight (28) days after the service of this summons upon you, exclusive of the date of service. Said answer must be filed with this Court within three (3) days after service on Plaintiff's attorney.
    The name and address of the plaintiff's attorney is as follows:

    Ethan Vessels
    309 Second Street
    Marietta, OH 45750
    740-374-5346

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Karen S. Starr
Clerk of Courts

Heather Saling
Deputy Clerk