# EXHIBIT 5

IN THE COURT OF COMMON PLEAS
GENERAL DIVISION – WASHINGTON COUNTY
205 PUTNAM STREET
MARIETTA, OH 45750

WASHINGTON COUNTY COMMISSIONERS et al vs. CARDINAL HEALTH INC et al

To:    File Copy

CASE NO. 18PT000241

To the within named defendant:

You are hereby summoned that a complaint (a copy of which is hereby attached and made a part hereof) has been filed against you in this court by the plaintiff named herein. You are required to serve upon the Plaintiff's Attorney, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service on Plaintiff's Attorney. Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

SUMMONS ON COMPLAINT

MARK KERENYI
Judge, Common
Pleas Court

Papers Attached:
COMPLAINT STAMPED 11/7/18

The name and address of the Plaintiff's Attorney is as follows:

ATTY ETHAN T VESSELS
309 SECOND STREET
MARIETTA OH 45750

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

BRENDA L WOLFE
Clerk of Courts, By

Deputy
Dated: 11/14/18

Original Summons to:

CARDINAL HEALTH INC
KROGER LIMITED PARTNERSHIP II
MIAMI LUKEN INC
PURDUE PHARMA LP
PURDUE PHARMA INC
PURDUE FREDERICK COMPANY INC
TEVA PHARMACEUTICALS USA INC
CEPHALON INC
JOHNSON & JOHNSON
JANSSEN PHARMACEUTICALS INC
ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC
JANSSEN PHARMACEUTICA INC
ENDO HEALTH SOLUTIONS INC
ENDO PHARMACEUTICALS INC

ALLERGAN PLC
ACTAVIS PHARMA INC
WATSON LABORATORIES INC
ACTAVIS LLC
MYLAN BERTEK PHARMACEUTICALS INC
ALLERGAN FINANCE LLC
RITE AID OF OHIO INC
WALGREEN CO
MCKESSON CORPORATION
AMERISOURCEBERGEN DRUG CORPORATION
CVS INDIANA LLC
WAL MART STORES EAST LP
BRANDON WORLEY