# EXHIBIT 6

IN THE COURT OF COMMON PLEAS OF MEIGS COUNTY, OHIO

# SUMMONS

MEIGS COUNTY, OHIO
    Plaintiff

Case No. 18-CV-083

-VS-

BRANDON WORLEY
4462 ROCK RIDGE LN.
AKRON, OH 44333
    Defendant

To the above-named Defendant:

You are hereby summoned that a complaint (a copy of which is attached and made a part hereof) has been filed against you in this Court by the Plaintiff(s) named herein.

You are required to serve upon the Plaintiff's Attorney or upon the Plaintiff if he has no attorney of record, a copy of your answer to the complaint within twenty-eight (28) days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

The name and address of the Plaintiff's Attorney is as follows:

    Ethan Thomas Vessels
    309 Second Street
    Marietta, OH 45750

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

SAMANTHA MUGRAGE, CLERK OF COURTS

By: _____
    Deputy Clerk

Issued: November 8, 2018

**Certified Article Number**
9414 7266 9904 2100 8968 16
**SENDER'S RECORD**

9590 9266 9904 2100 8968 19