# EXHIBIT 7



11/09/2018 US POSTAGE $013
ZIP 041M11

FILED
COMMON PLEAS COURT
2019 MAR 15 AM 10: 41
SAMANTHA RUDRAGE
CLERK OF COURTS
MEIGS COUNTY, OHIO

11/23/18

18-CV-082
9 414 7266 9904 2100 8968 16

BRANDON WORLEY
4462 ROCK RIDGE LN.
AKRON, OH 44333

WORL462  443332054-1918   11/19/18
NOTIFY SENDER OF NEW ADDRESS
WORLEY
1837 GERDA TER
ORLANDO FL 32804-5952

WORL837  32804-RFS-1B18   01/17/19
NOTIFY SENDER OF NEW ADDRESS
WORLEY
4462 ROCK RIDGE LN
AKRON OH 44333-4717

noticed
1-23  1-29

-R-T-S-  443332060-1N   03/10/19
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

10 8968 19

AKRON, OH 44333

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Label 107, February 2006
www.usps.com

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____  ☐ Agent  ☐ Address
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
Reference Information
9 414 7266 9904 2100 8968 16

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2100 8968 16

PS Form 3811, Facsimile, July 2015
Domestic Return Receipt

18-CV-083

# CourtVIEW

Home  Search  Results  Calendar                                      Log on

## 18-CV-083 MEIGS COUNTY, OHIO vs. CARDINAL HEALTH, INC. et al ICC

|  |  |  |  |
|---|---|---|---|
|  |  | Tracking No: RM4444444444400047095 |  |
|  |  | Receipt: 28111  Date: 01/07/2019 |  |
| 01/07/2019 | ITEMIZED BILL | ITEMIZED BILL<br>  MEIGS  COUNTY, OHIO  c/o Attorney was sent bill for $504.00.<br>Printed on 01/07/2019  14:10:41.48. | Image |
| 03/15/2019 | FAILURE OF SERVICE | FAILURE OF SERVICE<br>Method   : CERTIFIED MAIL<br>Issued   : 11/08/2018<br>Service  : SUMMONS ISSUED<br>Served   :<br>Return  : 03/15/2019<br>On       : WORLEY, BRANDON<br>Signed By :<br><br>Reason   : FAILURE OF SERVICE<br>Comment  : UNCLAIMED, UNABLE TO FORWARD<br><br>Tracking #: 9414726699042100896816 | Image |