# EXHIBIT A

# BELLWETHER SELECTION METRICS

| | County | State | Population | Pills per Cap / Year | Rx 3 Market Share | Walgreens | | CVS | | Walmart | | Rite Aid | | Kroger | | Regional | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Oxy & Hydro Dosage Units | Market Share | Oxy & Hydro Dosage Units | Market Share | Oxy & Hydro Dosage Units | Market Share | Oxy & Hydro Dosage Units | Market Share | Oxy & Hydro Dosage Units | Market Share | Largest Regional Pharmacy | Oxy & Hydro Dosage Units | Market Share |
| P1 | Santa Fe | NM | 143,738 | 44.67 | 46.9% | 16,922,450 | 29.3% | 4,297,540 | 7.4% | 5,857,150 | 10.1% | 0 | 0.0% | 4,273,520 | 7.4% | Albertsons | 4,553,780 | 7.9% |
| P2 | Montgomery | OH | 536,344 | 44.77 | 39.7% | 38,495,020 | 17.8% | 35,149,820 | 16.3% | 12,147,740 | 5.6% | 25,902,800 | 12.0% | 43,787,120 | 20.3% | Meijer | 5,887,840 | 2.7% |
| P3 | Boyd | KY | 49,233 | 85.98 | 40.7% | 0 | 0.0% | 5,184,620 | 13.6% | 10,325,620 | 27.1% | 4,565,420 | 12.0% | 3,318,880 | 8.7% | #N/A | 0 | 0.0% |
| P4 | Escambia | FL | 300,822 | 50.32 | 60.9% | 35,150,130 | 25.8% | 35,093,220 | 25.8% | 12,677,770 | 9.3% | 0 | 0.0% | 1,751,020 | 1.3% | Winn-Dixie | 5,175,630 | 3.8% |
| P5 | Tarrant | TX | 1,811,672 | 31.79 | 58.8% | 136,474,400 | 26.3% | 112,326,430 | 21.7% | 55,960,240 | 10.8% | 0 | 0.0% | 30,325,730 | 5.9% | Albertsons | 22,623,750 | 4.4% |
| D1 | Cobb | GA | 693,181 | 24.11 | 44.5% | 29,199,010 | 19.4% | 28,657,360 | 19.1% | 9,020,150 | 6.0% | 1,786,130 | 1.2% | 16,128,260 | 10.7% | Publix | 17,839,040 | 11.9% |
| D2 | Ingham | MI | 282,118 | 37.05 | 23.5% | 12,682,180 | 13.5% | 5,623,230 | 6.0% | 3,757,260 | 4.0% | 20,896,590 | 22.2% | 4,947,530 | 5.3% | Meijer | 10,658,600 | 11.3% |
| D3 | Big Stone | MN | 5,236 | 30.76 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | #N/A | 0 | 0.0% |
| D4 | Sussex | NJ | 148,372 | 27.53 | 17.9% | 767,650 | 2.1% | 3,732,760 | 10.2% | 2,084,460 | 5.7% | 2,897,070 | 7.9% | 0 | 0.0% | Eckerd | 4,669,420 | 12.7% |
| D5 | Durham | NC | 271,118 | 25.59 | 37.4% | 4,886,940 | 7.8% | 14,792,840 | 23.7% | 3,701,780 | 5.9% | 1,861,970 | 3.0% | 7,009,430 | 11.2% | Kerr | 9,236,470 | 14.8% |

Source: ARCOS Data 2006-2014

| |
|---|
| Plaintiff Submission |
| Defendant Submission |