# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | |
| | CASE NO.: 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ) | CASE NO.: 18-op-00382 |
| ) | |
| Montgomery County Alabama ) ) | MOTION TO WITHDRAW AS COUNSEL |
| and ) ) | |
| PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS, INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS, PLS; WATSON PHARMACEUTICALS, INC. f/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS, LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; MALLINCKRODT, PLC; MALLINCKRODT LLC; MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN DRUG CORPORATION; ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Tyrone C. Means and Means Gillis Law, PC and hereby give notice of withdrawal as counsel for Montgomery County, Alabama in the above-styled case. In support thereof, said attorney respectfully advises the Court that there exist a potential conflict. Further, that Tommy Gallion and lawyers of the Beasley Allen firm will continue representation of Montgomery County, Alabama in his stead.

WHEREFORE, premises considered, said attorney respectfully requests the Court to enter an order allowing said attorney and firm to withdraw as counsel for Montgomery County, Alabama.

This ___31st___ day of March 2021.

Respectfully submitted,

/s/ *Tyrone C. Means*
Tyrone C. Means (MEA003)

**OF COUNSEL:**

**MEANS GILLIS LAW, P.C.**
60 Commerce Street, Suite 200
P.O. Box 5058
Montgomery, Alabama 36103-5058
tcmeans@meansgillislaw.com
Phone: (334) 270-1033
Fax:     (334) 260-9396

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading has been served to all counsel of record via the court's efile system.

      /s/ **_Tyrone C. Means_**
      Tyrone C. Means (MEA003)

**OF COUNSEL:**

**MEANS GILLIS LAW, P.C.**
60 Commerce Street, Suite 200
P.O. Box 5058
Montgomery, Alabama 36103-5058
tcmeans@meansgillislaw.com
Phone: (334) 270-1033
Fax:    (334) 260-9396