# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : | MDL 2804 |
| *This document relates to:* | : : | Case No. 17-md-2804 |
| *Track One Cases* | : : : | Hon. Dan Aaron Polster |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly withdraw my appearance on behalf of Nonparty Paul Andrew Pyfer in the above-captioned matter.

    Respectfully submitted,

SAUL EWING ARNSTEIN & LEHR LLP

 s/ Albert F. Moran
Albert F. Moran, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA, 19102-2186
T: (215) 972-8561
F: (215) 972-4172
Albert.Moran@saul.com

*Attorney for Nonparty Paul Andrew Pyfer*

Date:  April 2, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing *Withdrawal of Appearance* was served on all counsel of record via the Court's electronic filing system.

                                                                  s/ Albert F. Moran
                                                                  Albert F. Moran, Esq.

Dated:  April 2, 2021