# EXHIBIT B

**Preliminary List of 301 MDL Cases Naming Walgreens Despite Zero Market Share in ARCOS Data**

| Name | Market Share | MDL Case No. |
|---|---|---|
| Accomack County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45715 |
| County of Adams, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45093 |
| Adams County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45140 |
| County of Alcona, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45340 |
| County of Alger, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45360 |
| Allamakee County, Iowa v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-45983 |
| Alleghany County, Virigina v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45700 |
| The Board of County Commissioners for Allen County, Kansas and Jerry Hathaway, Allen County Attorney v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45151 |
| Amherst County, Virignia v. Mallinckrodt PLC, et al. | 0.00% | 1:20-op-45046 |
| Amite County, Mississippi v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45097 |
| Androscoggin County, State of Maine v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45205 |
| County of Antrim, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45354 |
| Appling County, Georgia v. Endo Health Solutions, Inc., et al. | 0.00% | 1:20-op-45081 |
| County of Arenac, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45341 |
| Aroostook County, State of Maine v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45183 |
| Board of County Commissioners of Atoka County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45001 |
| County of Bailey, Texas v. Cephalon, Inc., et al. | 0.00% | 1:20-op-45264 |
| County of Baraga, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45361 |
| Board of Commissioners of Barber County, Kansas v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45785 |
| County of Bayfield, Wisconsin v. Purdue Pharma L.P., et al. | 0.00% | 1:17-op-45168 |
| Ben Hill County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45505 |
| Benton County v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46201 |
| County of Benzie, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45356 |
| Boone County Commission v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:17-op-45061 |
| Botetourt County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | 1:20-op-45064 |
| Fiscal Court of Boyd County, on behalf of Boyd County v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:17-op-45084 |
| Brantley County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45714 |
| County of Buffalo, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45141 |
| Burnett County, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45131 |
| Butts County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45490 |
| Board of County Commissioners of Caddo County, State of Oklahoma v. Purdue Pharma, L.P. | 0.00% | 1:19-op-46156 |
| County of Calaveras California v. AmerisourceBergen Drug Corp., et al. | 0.00% | 1:18-op-45645 |
| The People of the State of Illinois, The People of Calhoun County, and County of Calhoun v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46294 |
| Candler County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45165 |
| Candler County Hospital Authority v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45167 |
| County of Cass, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45868 |
| Board of County Commissioners of the County of Catron, New Mexico v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-45320 |
| Chariton County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45790 |
| Charlotte County, Virginia v. Purude Pharma, L.P., et al. | 0.00% | 1:19-op-45851 |

**Preliminary List of 301 MDL Cases Naming Walgreens Despite Zero Market Share in ARCOS Data**

| Name | Market Share | MDL Case No. |
|---|---|---|
| Charlton County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45713 |
| Board of County Commissioners of Choctaw County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45257 |
| Board of County Commissioners of Cimarron County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45021 |
| Clark County, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45150 |
| County of Clay v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-45169 |
| Clay County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45194 |
| Clinch County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45197 |
| Clinch County Hospital Authority v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45453 |
| Board of County Commissioners of Coal County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45149 |
| Board of County Commissioners of the County of Colfax v. Allergan PLC f/k/a Actavis PLC, et al. | 0.00% | Transfer to MDL Pending |
| Cook County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45284 |
| Coos County, New Hampshire v. Teva Pharmaceuticals USA, Inc., et al. | 0.00% | 1:19-op-46136 |
| Covington County, Mississippi v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45417 |
| Cumberland County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-46153 |
| Dade County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-46099 |
| Dawson County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45210 |
| Board of County Commissioners of Dewey County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45801 |
| City of Devils Lake v. Purdue Pharma L.P., et al. | | 1:19-op-45637 |
| Dickenson County v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45252 |
| Dickinson County, Kansas, and Andrea Purvis, Dickinson County Attorney v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45379 |
| Dinwiddie County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:20-op-45291 |
| Dixie County, Florida v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45604 |
| Dooly County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45712 |
| County of Duval v. Purdue Pharma LP, et al. | 0.00% | 1:19-op-45861 |
| Early County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45180 |
| Fiscal Court of Edmonson County, on Belalf of Edmonson County v. Endo Health Solutions Inc., et al. | 0.00% | 1:20-op-45084 |
| Board of County Counselors for Elk County, Kansas and Joe Lee, Elk County Attorney v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45382 |
| Fiscal Court of Estill County, o/b/o of Estill County, Kentucky v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46126 |
| Estill County Emergency Medical Services, Kentucky v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46237 |
| Evans County, Georgia v. Endo Health Solutions, Inc., et al. | 0.00% | 1:20-op-45080 |
| Fayette County Commission v. Cardinal Health, Inc., et al. | 0.00% | 1:17-op-45062 |
| City of Connersville and Fayette County v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45159 |
| Floyd County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45698 |
| Forest County, Wisconsin v. Purdue Pharma L.P., et al. | 0.00% | 1:17-op-45134 |
| The People of the State of Illinois, The People of the Franklin County, and County of Franklin v. Teva Pharmaceutical Industries, Ltd., et al. | 0.00% | 1:20-op-45194 |

**Preliminary List of 301 MDL Cases Naming Walgreens Despite Zero Market Share in ARCOS Data**

| Name | Market Share | MDL Case No. |
| --- | --- | --- |
| The Board of Commissioners of the County of Franklin, Indiana v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45827 |
| County of Freestone v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45985 |
| Board of Commissioners of Fulton County, OH v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45440 |
| Board of County Commissioners of Garvin County, State of Oklahoma v. Purdue Pharma, L.P. | 0.00% | 1:18-op-46304 |
| Gasconade County, Missouri v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-46190 |
| Gilchrist County, Florida v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45605 |
| Giles County v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45236 |
| Glascock County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45175 |
| Goochland County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | 1:20-op-45175 |
| Gooding County, Idaho v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45404 |
| Board of County Commissioners for Grant County, Kansas, and Jessic Akers, Grant County Attorney v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45394 |
| City of Ulysses, Grant County, Kansas v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45392 |
| County of Green Lake, Wisconsin, County of Taylor County, Wisconsin, and County of Vilas, Wisconsin v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45832 |
| Greene County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45203 |
| Greensville County, Virginia v. Purude Pharma L.P., et al. | 0.00% | 1:19-op-45848 |
| Board of County Commissioners for Greenwood County, Kansas and Joe Lee, Greenwood County Attorney v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45384 |
| Board of County Commissioners of Greer County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45256 |
| Habersham County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45559 |
| Hamilton County, Florida v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45589 |
| Hancock County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45535 |
| Board of County Commissioners of Harper County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45757 |
| Board of County Commissioners of Haskell County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45002 |
| Board of County Commissioners of the County of Hidalgo, New Mexico v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-46069 |
| County of Houghton, Michigan v. Purdue Pharma L.P., et al | 0.00% | 1:18-op-45866 |
| Board of County Commissioners of Hughes County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45258 |
| County of Inyo, California v. Amerisourcebergen Drug Corp., et al. | 0.00% | 1:18-op-45646 |
| County of Iosco, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45343 |
| County of Iron, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45888 |
| Irwin County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45283 |
| Isle of Wight County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | 1:20-op-45145 |
| County of Jackson, Wisconsin v. Purdue Pharma L.P., et al. | 0.00% | 1:17-op-45121 |
| Jasper County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45504 |
| Jeff Davis County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45237 |
| Board of County Commissioners of Jefferson County, Oklahoma v. Purdue | 0.00% | 1:19-op-46170 |
| Jefferson County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45201 |
| County of Jim Hogg v. Purdue Pharma LP, et al. | 0.00% | 1:19-op-46160 |
| Johnson County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45716 |
| The People of the State of Illinois, The People of Johnson County, and County of Johnson v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46148 |

**Preliminary List of 301 MDL Cases Naming Walgreens Despite Zero Market Share in ARCOS Data**

| Name | Market Share | MDL Case No. |
|---|---|---|
| Board of County Commissioners of Johnston County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45765 |
| County of Kauai v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45862 |
| King and Queen County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | 1:20-op-45138 |
| Board of County Commissioners of Kiowa County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45755 |
| County of Knox v. Walgreens Boots Alliance | 0.00% | 1:19-op-45822 |
| County of Knox, Nebraska v. McKesson Corp., et al. | 0.00% | 1:18-op-45555 |
| Knox County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45406 |
| County of Lake, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45366 |
| City of Lisbon v. Purdue Pharma L.P., et al. | | 1:19-op-45761 |
| Board of County Commissioners of Latimere County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45003 |
| County of Laurens, Georgia v. AmerisourceBergen Drug Corp., et al. | 0.00% | 1:18-op-45945 |
| Lawrence County, Kentucky v. AmeriscourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-46184 |
| Board of County Commissioners of Le Flore County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45067 |
| Lee County, Georgia v. AmerisourceBergen Drug Corp, et al. | 0.00% | 1:18-op-46171 |
| Lee County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45251 |
| County of Leelanau, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45111 |
| Lewis County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46263 |
| Liberty County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45200 |
| Board of County Commissioners of Lincoln County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45128 |
| Lincoln County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45508 |
| Lincoln County, Maine v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45190 |
| Logan County Commission v. Cardinal Health, Inc., et al. | 0.00% | 1:18-op-45000 |
| Long County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45196 |
| Board of County Commissioners of Love County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45000 |
| County of Luce, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45362 |
| Lumpkin County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45211 |
| County of Lycoming, Pennsylvania v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45655 |
| Madison County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45296 |
| Madison County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45702 |
| Board of County Commissioners of Major County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45990 |
| Maries County, Missouri v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-46194 |
| County of Mariposa California v. AmerisourceBergen Drug Corp., et al. | 0.00% | 1:18-op-45618 |
| County of Marquette, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45136 |
| Board of County Commissioners of McCurtain County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45259 |
| McIntosh County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45173 |
| Board of County Commissioners of Meade County, Kansas and Laura Lewis, Meade County Attorney v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45390 |
| Mecklenburg County, Virginia v. Purude Pharma, L.P., et al. | 0.00% | 1:20-op-45174 |
| Meeker County, Minnesota v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45343 |
| Meigs County, Ohio v. Cardinal Health, Inc., et al. | 0.00% | 1:19-op-45229 |
| Miller County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45274 |

**Preliminary List of 301 MDL Cases Naming Walgreens Despite Zero Market Share in ARCOS Data**

| Name | Market Share | MDL Case No. |
|---|---|---|
| County of Modoc California v. Amerisourcebergen Drug Corp., et al. | 0.00% | 1:18-op-45641 |
| Moniteau County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46352 |
| County of Mono, California v. Amerisourcebergen Drug Corp., et al. | 0.00% | 1:18-op-45626 |
| City of Bloomington and Monroe County v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45235 |
| Montgomery County, Georgia v. Purude Pharma, L.P., et al. | 0.00% | 1:19-op-45292 |
| Montgomery County, Missouri v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-46197 |
| County of Montmorency, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45347 |
| County of Mora v. Purdue Pharma L.P., et al. | 0.00% | 1:17-op-45080 |
| Morgan County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45367 |
| City of Elkhardt, Morton County, Kansas v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45380 |
| Board of County Commissioners for Morton County, Kansas and Eric Witcher, Morton County Attorney | 0.00% | 1:19-op-45393 |
| Board of County Commissioners of Noble County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45129 |
| City of Bismarck v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45629 |
| Noble County, Ohio by the Noble County Commissioners v. Cardinal Health, Inc., et al. | 0.00% | 1:19-op-45096 |
| Northampton County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | 1:20-op-45144 |
| County of Northumberland, Pennsylvania v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45555 |
| Northumberland County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45688 |
| County of Oceana, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45359 |
| Oconee County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45219 |
| County of Oconto, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45120 |
| Oglethorpe County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45262 |
| Board of County Commissioners of Okfuskee County, Oklahoma v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45005 |
| County of Ontonogon, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45893 |
| The Board of County Commissioners of Osage County, State of Oklahoma v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46322 |
| County of Osceola, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45357 |
| Fiscal Court of Owsley County, on behalf of Owsley County v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46235 |
| Ozark County, Missouri v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-46198 |
| Page County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45275 |
| Patrick County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-46149 |
| Board of County Commissioners of Pawnee County, State of Oklahoma v. Purdue Pharma, L.P. | 0.00% | 1:18-op-46320 |
| Pemiscot County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45733 |
| County of Pike v. Teva Pharmaeuticals USA, Inc., et al. | 0.00% | 1:18-op-45368 |
| Pike County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45179 |
| Pittsylvania County v. Purdue Pharma et al. | 0.00% | 1:19-op-45247 |
| County of Plumas, California v. Amerisourcebergen Drug Corp., et al. | 0.00% | 1:18-op-45649 |
| Polk County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-45046 |
| County of Presque Isle, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45894 |
| County of Price, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45126 |
| Prince George County, Virginia v. Purude Pharma, L.P., et al. | 0.00% | 1:19-op-45929 |

**Preliminary List of 301 MDL Cases Naming Walgreens Despite Zero Market Share in ARCOS Data**

| Name | Market Share | MDL Case No. |
|---|---|---|
| Pulaski County v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46110 |
| Pulaski County, Missouri v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-46192 |
| Randolph County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45202 |
| Reynolds County, Missouri v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-46193 |
| Ripley County v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46155 |
| Ripley County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46262 |
| Rockbridge County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45694 |
| County of Roosevelt, New Mexico v. Purdue Pharma L.P., et al | 0.00% | 1:18-op-46343 |
| County of Rusk, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45116 |
| Commissioners of St. Mary's County, Maryland v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46334 |
| County of Sanilac, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45352 |
| The People of the State of Illinois, The People of Schuyler County, and County of Johnson v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46147 |
| Schuyler County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45408 |
| Screven County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45198 |
| Board of County Commissioners of Seminole, State of Oklahoma v. Purdue | 0.00% | 1:19-op-45260 |
| Seminole County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45181 |
| Shannon County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45401 |
| Shelby County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46264 |
| Shenandoah County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-46150 |
| Sibley County, Minnesota v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45333 |
| Board of County Commissioners of the County of Sierra, New Mexico v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-45322 |
| Board of County Commissioners of the County of Socorro, New Mexico v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-45323 |
| County of Somerset, Maryland v. Cephalon, Inc., et al. | 0.00% | 1:19-op-45911 |
| Somerset County, State of Maine v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45186 |
| City of Manter, Stanton County, Kansas v. Pudue Pharma L.P., et al. | 0.00% | 1:19-op-45389 |
| The Board of County Commissioners for Stanton County, Kansas, and David Black, Stanton County Attorney | 0.00% | 1:19-op-45388 |
| Stone County, Mississippi v. McKesson Corporation, et al. | 0.00% | 1:20-op-45168 |
| Sullivan County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45704 |
| Tattnall County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45574 |
| Board of County Commissioners of Texas County v. Purdue Pharma L.P., et al. | 0.00% | 1:20-op-45061 |
| Board of County Commissioners of Tillman County v. Cephalon, Inc., et al. | 0.00% | 1:20-op-45185 |
| Toombs County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45576 |
| Towns County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45172 |
| County of Trempealeau, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45138 |
| County of Trinity , California v. Amerisourcebergen Drug Corp., et al. | 0.00% | 1:18-op-45650 |
| County of Tuolumne , California v. Amerisourcebergen Drug Corp., et al. | 0.00% | 1:18-op-45619 |
| County of Tuscarawas, Ohio; and The State of Ohio ex rel. Prosecuting Attorney of Tuscarawas County, Ryan Styer v. Pudue Pharma LP et al. | 0.00% | 1:19-op-45098 |
| County of Tuscola, Michigan v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-45870 |
| Twiggs County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45379 |

**Preliminary List of 301 MDL Cases Naming Walgreens Despite Zero Market Share in ARCOS Data**

| Name | Market Share | MDL Case No. |
|---|---|---|
| Board of County Commissioners of the County of Union v. Allergan PLC f/k/a Actavis PLC, et al. | 0.00% | Transfer to MDL Pending |
| Union County, Florida v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45603 |
| Union County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46284 |
| Board of County Commissioners of Wabaunsee County, Kansas and Tim Liesmann, Wabaunsee County Attorney v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45377 |
| Warren County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45425 |
| County of Washburn, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45123 |
| Washington County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-45563 |
| Washington County, State of Maine v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45185 |
| County of Waushara, Wisconsin v. Purdue Pharma, L.P., et al. | 0.00% | 1:17-op-45139 |
| Wayne County Commission v. Rite Aid of Maryland, Inc., et al. | 0.00% | 1:17-op-45052 |
| Wilkes County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45171 |
| Wise County Board of Supervisors v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-45907 |
| Board of County Commissioners of Woods County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45987 |
| Wyoming, Pennsylvania v. Cepohalon, Inc., et al. | 0.00% | 1:20-op-45087 |
| County of Zavala, Texas v. Purdue Pharma L.P., et al. | 0.00% | 1:18-op-46036 |
| Barnes County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45640 |
| Benson County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45643 |
| Burleigh County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45630 |
| Dickey County v. Teva Pharmaceuticals USA, Inc., et al. | 0.00% | 1:19-op-45919 |
| Dunn County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45631 |
| Eddy County v. Teva Pharmaceuticals USA, Inc., et al. | 0.00% | 1:19-op-45917 |
| Foster County v. Teva Pharmaceuticals USA, Inc., et al. | 0.00% | 1:19-op-45918 |
| Grand Forks County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45647 |
| LaMoure County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45760 |
| McKenzie County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-46134 |
| McLean County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45632 |
| Mercer County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45635 |
| Mountrial County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45634 |
| Pembina County v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45674 |
| Pierce County v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45683 |
| Ramsey County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45641 |
| Ransom County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45645 |
| Richland County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45644 |
| Rolette County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45646 |
| Sargent County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45642 |
| Stark County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45763 |
| Towner County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45639 |
| Walsh County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45638 |
| Ward County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45762 |
| Wells County v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op45682 |
| Williams County v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45633 |
| City of Vienna, West Virginia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-45042 |

**Preliminary List of 301 MDL Cases Naming Walgreens Despite Zero Market Share in ARCOS Data**

| Name | Market Share | MDL Case No. |
|---|---|---|
| City of Smithers, West Virginia v. AmerisourceBergen Drug Corp., et al. | 0.00% | 1:19-op-45042 |
| Assumption Parish Police Jury v. Allergan PLC, et al. | 0.00% | 1:20-op-45205 |
| Leland Falcon, Sheriff of Assumption Parish, in His Capicity as Officer Ex Officio of the Assumption Parish Sheriff's Office v. Allergan PLC, et al. | 0.00% | 1:20-op-45206 |
| Caldwell Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46218 |
| Cameron Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-45628 |
| Catahoula Parish Police Jury v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46225 |
| Toney Edwards, in his capacity as Sheriff on behalf of the Catahoula Parish Sheriff's Office v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-46125 |
| Clairborne Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46180 |
| Concordia Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46213 |
| Kenneth Hedrick, in his capacity as Sheriff on behalf of the Concordia Parish Sheriff's Office v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-46124 |
| East Carroll Parish Police Jury v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45453 |
| East Carroll Parish Sheriff's Office v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-45259 |
| Evangeline Parish Police Jury v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45450 |
| Evangeline Parish Sheriff's Office v. Purdue Pharma, L.P., et al. | 0.00% | 1:18-op-45189 |
| Franklin Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46214 |
| Grant Parish, Louisiana, by and through its duly elected Police Jury v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45277 |
| Jackson Parish Police Jury v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46257 |
| Lasalle Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46163 |
| Red River Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46258 |
| Gary Gilley, duly elected Sheriff of Richland Parish, in his capacity as Officer Ex Officio of the Richland Parish Law Enforcement District v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45007 |
| Richland Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46234 |
| St. James Parish, Louisiana v. AmerisourceBergen Drug Corp., et al. | 0.00% | 1:18-op-46087 |
| St. James Parish School Board v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:21-op-45034 |
| Rickey A Jones, in his capacity as Sheriff on behalf of the Tensas Parish Sheriff's Office v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:19-op-46126 |
| Union Parish v. AmerisourceBergen Drug Corporation, et al. | 0.00% | 1:18-op-46183 |
| West Carroll Parish Police Jury v. Purdue Pharma, L.P., et al. | 0.00% | 1:19-op-45454 |
| West Carroll Parish Sheriff's Office v. Purdue Pharma, L.P. | 0.00% | 1:18-op-45260 |
| R. Chris Nevils, duly elected District Attorney of Winn Parish, Louisiana v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45296 |
| Winn Parish, Louisiana, by and through its duly elected Police Jury v. Purdue Pharma L.P., et al. | 0.00% | 1:19-op-45295 |