# EXHIBIT C

**Preliminary List of 224 MDL Cases Naming Walmart Despite Zero Mark Share in ARCOS Data**

| # | Short Case Name | Market Share | Docket Number |
|---|---|---|---|
| 1 | Carlton et al v. West Virginia Board of Pharmacy et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45057) |
| 2 | Sparks v. West Virginia Board of Pharmacy | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45058) |
| 3 | Livinggood v. West Virginia Board of Pharmacy et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45059) |
| 4 | County Commission of Lincoln County v. West Virginia Board of Pharmacy et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45060) |
| 5 | County of Mora v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45080) |
| 6 | Adams County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45093) |
| 7 | Oconto County v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45120) |
| 8 | Washburn County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45123) |
| 9 | Florence County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45125) |
| 10 | Price County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45126) |
| 11 | Burnett County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45131) |
| 12 | Forest County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45134) |
| 13 | Marquette County v. Purdue Pharma, L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45136) |
| 14 | Trempealeau County v. Purdue Pharma LP.,et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45138) |
| 15 | Waushara County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45139) |
| 16 | Buffalo County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45141) |
| 17 | Clark County v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45150) |
| 18 | Pierce County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45165) |
| 19 | Bayfield County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:17-op-45168) |
| 20 | County of Plumas v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45649) |
| 21 | Amite County, Mississippi v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45097) |
| 22 | County of Crawford, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45105) |
| 23 | Leelanau, County of v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45111) |

**Preliminary List of 224 MDL Cases Naming Walmart Despite Zero Mark Share in ARCOS Data**

| | | | |
|---|---|---|---|
| 24 | Manistee, County of v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45113) |
| 25 | Candler County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45165) |
| 26 | County of Clay v. Purdue Pharma LP et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45169) |
| 27 | Municipality of Loiza, Puerto Rico v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45177) |
| 28 | Pierce County v. Purdue Pharma LP et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45195) |
| 29 | Lamar County, Alabama et al v. Purdue Pharma LP et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45210) |
| 30 | Williams, Sheriff of E. Carroll Parish v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45259) |
| 31 | Oglethorpe County Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45262) |
| 32 | Irwin County Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45283) |
| 33 | Madison County Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45296) |
| 34 | Calhoun Cty. Comm'n v. AmerisourceBergen Drug Corp., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45312) |
| 35 | County of Alcona, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45340) |
| 36 | County of Arenac, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45341) |
| 37 | County of Montmorency, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45347) |
| 38 | County of Antrim, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45354) |
| 39 | County of Benzie, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45356) |
| 40 | County of Osceola, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45357) |
| 41 | County of Oceana, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45359) |
| 42 | County of Alger, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45360) |
| 43 | County of Baraga, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45361) |
| 44 | County of Luce, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45362) |
| 45 | County of Lake, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45366) |
| 46 | Banks County, GA v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45378) |
| 47 | Twiggs County Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45379) |

| | | | |
|---|---|---|---|
| 48 | Town of Glenville v. AmerisourceBergen Drug Corp., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45384) |
| 49 | Adkins v. Purdue Pharma, L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45386) |
| 50 | Jones County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45424) |
| 51 | Warren County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45425) |
| 52 | Butts County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45490) |
| 53 | Jasper County Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45504) |
| 54 | Lincoln County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45508) |
| 55 | Hancock County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45535) |
| 56 | Harrison County Board of Commissioners v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45547) |
| 57 | Taliaferro County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45562) |
| 58 | Tattnall County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45574) |
| 59 | County of Mariposa, et al v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45618) |
| 60 | County of Mono v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45626) |
| 61 | County of Nevada v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45628) |
| 62 | County of Modoc v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45641) |
| 63 | County of Calaveras et al v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45645) |
| 64 | County of Inyo, et al v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45646) |
| 65 | County of Trinity v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45650) |
| 66 | County Commission of Clay County v. Purdue Pharma, L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45670) |
| 67 | Dooly County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45712) |
| 68 | Charlton County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45713) |
| 69 | Brantley County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45714) |
| 70 | Johnson County, Georgia v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45716) |
| 71 | Municipality of Yabucoa, Puerto Rico v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45731) |

| | | | |
|---|---|---|---|
| 72 | Issaquena County, Mississippi v. McKesson Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45764) |
| 73 | The Board of Commissioners of the County of Franklin v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45827) |
| 74 | County of Cass, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45868) |
| 75 | County of Iron, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45888) |
| 76 | County of Ontongon, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45893) |
| 77 | County of Presque Isle, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45894) |
| 78 | Municipality of Rio Grande, Puerto Rico v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45895) |
| 79 | County of Charlevoix, Michigan v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45897) |
| 80 | Burton et al v. Purdue Pharma, L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45941) |
| 81 | Allamakee Cty. v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45983) |
| 82 | Municipality of Juncos, Puerto Rico v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-45994) |
| 83 | Town of Lake Providence, Louisiana v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46002) |
| 84 | Municipality of Vega Alta, Puerto Rico v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46011) |
| 85 | Jefferson County v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46023) |
| 86 | The County of Zavala v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46036) |
| 87 | Scott County Board of Supervisors v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46074) |
| 88 | St. James Parish v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46087) |
| 89 | Pulaski County v. Purdue Pharma LP et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46110) |
| 90 | Fiscal Court of Estill County v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46126) |
| 91 | People of the State of Illinois, the People of Schuyler County, et al v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46147) |
| 92 | People of the State of Illinois, the People of Johnson County, et al v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46148) |
| 93 | Ripley County v. Purdue Pharma L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46155) |
| 94 | Osage County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46191) |
| 95 | Reynolds County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46193) |

| | | | |
|---|---|---|---|
| 96 | Maries County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46194) |
| 97 | Montgomery County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46197) |
| 98 | Ozark County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46198) |
| 99 | Benton County v. Purdue Pharma LP | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46201) |
| 100 | Caldwell Parish v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46218) |
| 101 | Red River Parish v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46222) |
| 102 | Catahoula Parish Police Jury v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46225) |
| 103 | Owsley County Fiscal Court v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46235) |
| 104 | Red River Fire Protection District v. AmerisourceBergen Drug Corporation et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46258) |
| 105 | Ripley Cty., Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46262) |
| 106 | Lewis Cty., Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46263) |
| 107 | Shelby Cty., Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46264) |
| 108 | People of the State of Illinois, People of Calhoun Cty., et al. v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46294) |
| 109 | Moniteau Cty., Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:18-op-46352) |
| 110 | Camden County v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45001) |
| 111 | Noble County, Ohio v. Cardinal Health, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45096) |
| 112 | City of Hyden v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45101) |
| 113 | City of Manchester v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45138) |
| 114 | Wilkes County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45171) |
| 115 | Towns County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45172) |
| 116 | McIntosh County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45173) |
| 117 | Glascock County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45175) |
| 118 | Pulaski County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45176) |
| 119 | Pike County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45179) |

| | | | |
|---|---|---|---|
| 120 | Early County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45180) |
| 121 | Seminole County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45181) |
| 122 | Sagadahoc County v. Purdue Pharma, L.P. et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45189) |
| 123 | Lincoln Cty., State of Maine v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45190) |
| 124 | Clay County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45194) |
| 125 | Long County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45196) |
| 126 | Clinch County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45197) |
| 127 | Screven County, Georgia v. Purdue Pharma, L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45198) |
| 128 | Jefferson County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45201) |
| 129 | Randolph County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45202) |
| 130 | Greene County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45203) |
| 131 | Meigs County, Ohio v. Cardinal Health, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45229) |
| 132 | Steve McCain, duly elected Sheriff of Grant Parish v. Purdue Pharma LP, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45244) |
| 133 | Pittsylvania County (VA) v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45247) |
| 134 | Dickenson County (VA) v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45252) |
| 135 | Cty. Comm'n of Monroe Cty., Florida v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45273) |
| 136 | Grant Parish, Louisiana v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45277) |
| 137 | Montgomery County, Georgia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45292) |
| 138 | Waldo Cty. v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45309) |
| 139 | Board of County Commissioners of the County of Catron, New Mexico v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45320) |
| 140 | Wabaunsee County, Kansas and Tim Liesmann, Wabaunsee County Attorney v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45377) |
| 141 | Dickinson County, Kansas, and Andrea Purvis, Dickinson County Attorney v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45379) |
| 142 | City of Elkhardt, Morton County, Kansas v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45380) |
| 143 | Board of County Commissioners for Elk County, Kansas; and Joe Lee, Elk County Attorney v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45382) |

| | | | |
|---|---|---|---|
| 144 | Board of Commissioners for Greenwood County, Kansas and Joe Lee, Greenwood County Attorney v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45384) |
| 145 | Board of County Commissioners for Stanton County, Kansas, and David Black, Stanton County Attorney v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45388) |
| 146 | City of Manter, Stanton County, Kansas v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45389) |
| 147 | Board of County Commissioners for Meade County, Kansas; and Laura Lewis, Meade County Attorney v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45390) |
| 148 | City of Ulysses, Grant County, Kansas v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45392) |
| 149 | Board of County Commissioners for Morton County, Kansas and Eric Witcher, Morton County Attorney v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45393) |
| 150 | Shannon County, Missouri v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45401) |
| 151 | Gooding County, Idaho v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45404) |
| 152 | Knox County, Missouri v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45406) |
| 153 | Camas County, Idaho v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45407) |
| 154 | Schuyler County, Missouri v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45408) |
| 155 | Covington County, Mississippi v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45417) |
| 156 | Town of Centerville, Tennessee v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45425) |
| 157 | Town of Fort Deposit, Alabama v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45427) |
| 158 | City of Hopewell, Virginia v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45433) |
| 159 | Hamilton County, Florida v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45589) |
| 160 | Union County, Florida v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45603) |
| 161 | Dixie Cty., Florida v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45604) |
| 162 | Gilchrist County, Florida v. Purdue Pharma L.P. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45605) |
| 163 | City of Bismarck v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45629) |
| 164 | Burleigh County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45630) |
| 165 | Dunn County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45631) |
| 166 | McLean County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45632) |

| | | | |
|---|---|---|---|
| 167 | *Williams County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45633) |
| 168 | *Mountrail County v. Purdue Pharma L.P, et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45634) |
| 169 | *Mercer County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45635) |
| 170 | *City of Devils Lake v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45637) |
| 171 | *Walsh County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45638) |
| 172 | *Towner County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45639) |
| 173 | *Barnes County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45640) |
| 174 | *Ramsey County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45641) |
| 175 | *Sargent County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45642) |
| 176 | *Benson County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45643) |
| 177 | *Richland County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45644) |
| 178 | *Ransom County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45645) |
| 179 | *Rolette County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45646) |
| 180 | *Grand Forks County v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45647) |
| 181 | *Pembina County, North Dakota v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45674) |
| 182 | *Wells County, North Dakota v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45682) |
| 183 | *Pierce County, North Dakota v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45683) |
| 184 | *Northumberland County, Virginia v. Mallinckrodt PLC, et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45688) |
| 185 | *Floyd County, Virginia v. Mallinckrodt PLC, et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45698) |
| 186 | *Alleghany County, Virginia v. Mallinckrodt PLC, et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45700) |
| 187 | *Madison County, Virginia v. Mallinckrodt PLC, et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45702) |
| 188 | *LaMoure Cty. v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45760) |
| 189 | *City of Lisbon v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45761) |
| 190 | *Ward Cty. v. Purdue Pharma L.P., et al.* | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45762) |

**Preliminary List of 224 MDL Cases Naming Walmart Despite Zero Mark Share in ARCOS Data**

| | | | |
|---|---|---|---|
| 191 | Stark Cty. v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45763) |
| 192 | Board of Comm'rs of Barber Cty., Kansas v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45785) |
| 193 | Chariton County, Missouri v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45790) |
| 194 | Charlotte County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45851) |
| 195 | County of Duval v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45861) |
| 196 | Wise Cty. Bd. of Supervisors v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45907) |
| 197 | County of Somerset, Maryland v. Cephalon, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45911) |
| 198 | Eddy Cty. v. Teva Pharmaceuticals USA, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45917) |
| 199 | Foster Cty. v. Teva Pharmaceuticals USA, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45918) |
| 200 | Dickey Cty. v. Teva Pharmaceuticals USA, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45919) |
| 201 | Prince George County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45929) |
| 202 | County of Freestone v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-45985) |
| 203 | Bd. of Cty. Comm'rs of the Cty. of Hidalgo, New Mexico v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-46069) |
| 204 | Dade County, Georgia v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-46099) |
| 205 | Toney Edwards, in his Capacity as Sheriff on Behalf of the Catahoula Parish Sheriff's Office v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-46125) |
| 206 | Rickey A. Jones, in his Capacity as Sheriff on Behalf of the Tensas Parish Sheriff's Office v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-46126) |
| 207 | McKenzie County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-46134) |
| 208 | Allegany County v. Purdue Pharma LP, et al., | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-46151) |
| 209 | Cumberland County, Virginia v. Purdue Pharma, L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-46153) |
| 210 | County of Jim Hogg, Texas v. Purdue Pharma LP, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:19-op-46160) |
| 211 | Board of County Commissioners of Okfuskee County v. Purdue Pharma L.P., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45005) |
| 212 | Botetourt County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45064) |
| 213 | Evans County, Georgia v. Endo Health Solutions, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45080) |

| | | | |
|---|---|---|---|
| 214 | The Fiscal Court of Edmonson County, on Behalf of Edmonson County v. Endo Health Solutions Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45084) |
| 215 | Big Stone County, v. Teva Pharmaceuticals USA, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45102) |
| 216 | King and Queen County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45138) |
| 217 | Northampton County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45144) |
| 218 | Isle of Wight County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45145) |
| 219 | Goochland County, Virginia v. Mallinckrodt PLC, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45175) |
| 220 | Assumption Parish Police Jury v.Allergan PLC, f/k/a Actavis PLC f/k/a Allergan Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45205) |
| 221 | Leland Falcon in his capacity as Officer Ex Officio of the Assumption Parish Sheriff's Office v. Allergan Plc. f/k/a Actavis Plc. f/k/a Allergan Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45206) |
| 222 | County of Bailey, Texas v. Cephalon, Inc., et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45264) |
| 223 | Dinwiddie County, Virginia v. Purdue Pharma L.P.; et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:20-op-45291) |
| 224 | St. James Parish School Board v. AmerisourceBergen Drug Corporation, et al. | 0.00% | U.S. Dist. Ct., N.D. Ohio (1:21-op-45034) |