UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>"Track Three Cases" | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL THEIR OPPOSITION TO WALMART INC.'S OBJECTION TO SPECIAL MASTER COHEN'S ORDER ON AGENDA ITEM 304 REGARDING GEOGRAPHIC SCOPE (DKT. 3655)

Pursuant to Northern District of Ohio Local Rule 5.2, Plaintiffs respectfully seek leave from the Court to submit under seal their Opposition to Walmart Inc.'s Objection to Special Master Cohen's Order on Agenda Item 304 Regarding Geographic Scope (Dkt. 3655).

Plaintiffs respectfully request the option to proceed in this manner so there are no inadvertent disclosures of confidential information subject to CMO No. 2 or the ARCOS Protective Order.

WHEREFORE, Plaintiffs respectfully request the Honorable Court to grant Plaintiffs' Motion for Leave to File Under Seal Their Opposition.

Dated: April 5, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Paul J. Hanly, Jr.
　　　　　　　　　　　　　　　　　　SIMMONS HANLY CONROY
　　　　　　　　　　　　　　　　　　112 Madison Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　(212) 784-6400
　　　　　　　　　　　　　　　　　　(212) 213-5949 (fax)
　　　　　　　　　　　　　　　　　　phanly@simmonsfirm.com

Motion granted. /s/Dan Aaron Polster　4/6/21