# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *"Track Three Cases"* | ) ) ) ) ) ) ) | SPECIAL MASTER COHEN  **ORDER CLARIFYING DOCKET NO. 3395** |

In an Order entered at docket no. 3395, the Court granted the Pharmacy Defendants' motion to compel the Ohio Board of Pharmacy ("OBOP") to produce certain data from its OARRS Database.

This Order makes clear that OBOP's production of the data to the Track Three parties was made pursuant to Ohio Rev. Code. §4729.80(A)(2).

**IT IS SO ORDERED.**

/s/ *David R. Cohen*
DAVID R. COHEN
SPECIAL MASTER

**Dated:** April 13, 2021