# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL OF COUNSEL
## FOR DEFENDANT CARDINAL HEALTH, INC.

PLEASE TAKE NOTICE that Kevin M. Jonke hereby withdraws as counsel for Defendant Cardinal Health, Inc.  Effective April 17, 2021, Mr. Jonke will no longer be associated with Wachtell, Lipton, Rosen & Katz and will not continue to represent Cardinal Health, Inc. in this litigation.  All other attorneys representing Cardinal Health, Inc. will remain as counsel.


Dated:  New York, New York
      April 16, 2021

Respectfully submitted,

*/s/  Kevin M. Jonke*
Kevin M. Jonke
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd Street
New York, NY 10019
Tel.:  (212) 403-1000
KMJonke@wlrk.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I electronically filed the foregoing notice with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated:  New York, New York
       April 16, 2021

Respectfully submitted,

*/s/  Kevin M. Jonke*
Kevin M. Jonke
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd Street
New York, NY 10019
Tel.:  (212) 403-1000
KMJonke@wlrk.com