UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Noble County, Ohio by the Noble County Commissioners v. Cardinal Health, Inc., et al.* | MDL Case No. 17-md-2804<br><br>Northern District of Ohio Case No. 1:19-op-45096<br><br>[Removed from the Noble County Court of Common Pleas, Case No. 2:18-0089]<br><br>Hon. Dan Aaron Polster |

**STIPULATION OF DISMISSAL WITH PREJUDICE ONLY**
**AS TO DEFENDANT BRANDON WORLEY**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Noble County, Ohio by the Noble County Commissioners ("Noble County"), and Defendant Brandon Worley hereby stipulate and agree, as reflected by the signatures of their respective counsel below, that any and all of Plaintiff's claims **ONLY** as to Defendant Brandon Worley stated in Noble County's complaint in *Noble County, Ohio by the Noble County Commissioners v. Cardinal Health, Inc, et al.,* Noble County Court of Common Pleas, Case No. 2:18-0089, are hereby dismissed with prejudice.

Dated:   April 16, 2021

/s/ Ethan Vessels
Ethan Vessels  (0076277)
FIELDS, DEHMLOW & VESSELS
A LIMITED LIAILITY COMPANY
309 Second Street
Marietta, Ohio 45750
(740) 374-5346
(740) 374-5349 (facsimile)
E-Mail  ethan@fieldsdehmlow.com
*Attorneys for Plaintiff*

/s/ Paul A. Werner
Paul A. Werner
SHEPARD, MULLIN, RICHTER & HAMPTON, LLP
2009 Pennsylvania Ave., N.W. Suite 100
Washington, D.C. 20006-6801
(202) 747-1900
(202) 747-1901 (facsimile)
E-mail *pwerner@sheppardmullin.com*
*Attorneys for Defendant Brandon Worley*

CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Stipulation of Dismissal **ONLY** as to Defendant Brandon Worley was served electronically via the CM/ECF system which provides an electronic service notification to all counsel of record registered as CM/ECF users.

DATED: April 16, 2021
/s/ Paul A. Werner
Paul A. Werner