# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL Case No. 17-md-2804 |
| This document relates to: | Northern District of Ohio Case No. 1:19-op-45230 |
| *Washington County, Ohio by its Commissioners, et al. v. Cardinal Health, Inc., et al.,* OHS/2:18-01706 | [Removed from the Washington County Court of Common Pleas, Case No. 18-pt-241] |
| | Hon. Dan Aaron Polster |

## STIPULATION OF DISMISSAL WITH PREJUDICE **ONLY** AS TO DEFENDANT BRANDON WORLEY

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Washington County, Ohio by its Commissioners ("Washington County"), and City of Marietta, Ohio ("Marietta") (together, "Plaintiffs"), and Defendant Brandon Worley hereby stipulate and agree, as reflected by the signatures of their respective counsel below, that any and all of Plaintiffs' claims **ONLY** as to Defendant Brandon Worley stated in Plaintiffs' complaint in *Washington  County, Ohio by its Commissioners, et al. v. Cardinal Health, Inc, et al.,* Washington County Court of Common Pleas, Case No. 18-pt-241,  are hereby dismissed with prejudice.

Dated:   April 16, 2021

*/s/ Ethan Vessels*
Ethan Vessels  (0076277)
FIELDS, DEHMLOW & VESSELS
A LIMITED LIAILITY COMPANY
309 Second Street
Marietta, Ohio 45750
(740) 374-5346
(740) 374-5349 (facsimile)
E-Mail  ethan@fieldsdehmlow.com
*Attorneys for Plaintiffs*

*/s/ Paul A. Werner*
Paul A. Werner
SHEPARD, MULLIN, RICHTER & HAMPTON, LLP
2009 Pennsylvania Ave., N.W. Suite 100
Washington, D.C. 20006-6801
(202) 747-1900
(202) 747-1901 (facsimile)
E-mail *pwerner@sheppardmullin.com*
*Attorneys for Defendant Brandon Worley*

<u>CERTIFICATE OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Stipulation of Dismissal **ONLY** as to Defendant Brandon Worley was served electronically via the CM/ECF system which provides an electronic service notification to all counsel of record registered as CM/ECF users.

DATED: April 16, 2021                    */s/ Paul A. Werner*
                                         Paul A. Werner