IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

STATE OF FLORIDA, OFFICE OF THE
ATTORNEY GENERAL, DEPARTMENT
OF LEGAL AFFAIRS,

    Plaintiff,

v.

PURDUE PHARMA L.P.,
PURDUE PHARMA, INC., THE
PURDUE FREDERICK COMPANY, INC.,
ENDO HEALTH SOLUTIONS INC.,
ENDO PHARMACEUTICALS INC.,
JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON, CEPHALON, INC.,
TEVA PHARMACEUTICALS USA, INC.,
ALLERGAN FINANCE, LLC,
ACTAVIS PHARMA, INC., ACTAVIS LLC,
INSYS THERAPEUTICS, INC.,
AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH,
INC., MCKESSON CORPORATION,
MALLINCKRODT LLC, WALGREEN CO.,
CVS HEALTH CORPORATION, and
CVS PHARMACY, INC.,

    Defendants.

Case No. 2018-CA-001438

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S AMENDED FIRST MOTION TO COMPEL DIRECTED TO WALGREEN CO.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND SECOND SET OF REQUESTS FOR PRODUCTION**

**THIS CAUSE** is before the Court on Plaintiff's Amended First Motion to Compel Directed to Walgreen Co.'s Objections and Responses to Plaintiff's First Set of Interrogatories and Second Set of Requests for Production, filed October 13, 2020 ("Plaintiff's Motion"). Upon consideration of the parties' briefing, status reports, and arguments held on October 27, 2020, and November 10, 2020, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion is **GRANTED IN PART, AND DENIED IN PART,** as follows. Walgreen Co. ("Walgreens") is hereby ordered to produce dispensing data for (a) the data fields listed in Appendix 1 to this Order, (b) the drugs listed in Appendix 2 to this Order, and (c) for the time period 1996 to present, subject to the following: Walgreens shall redact the content of all narrative inputs in fields 40, 43, and 44 in Appendix 1.

2. Walgreens shall produce the dispensing data within 90 days of the entry of this Order.

3. Walgreens shall provide a Status Report to the Court by November 24, 2020, with an update on the status of its efforts to produce the dispensing data.

**DONE AND ORDERED** in Chambers at New Port Richey, Pasco County, Florida, this 20th day of Nov, 2020.

Honorable Kimberly Sharpe Byrd
Circuit Court Judge

Copy to R. Frank Melton, II, Esq. who will provide all counsel with copies via email.

## APPENDIX 1

| | Plaintiff's Dispensing Data Field Requests to Walgreens |
|---|---|
| 1 | Drug name |
| 2 | NDC number |
| 3 | Date filled |
| 4 | Quantity dispensed |
| 5 | Dosage form |
| 6 | Days' supply |
| 7 | Prescriber's name |
| 8 | Prescriber's DEA number |
| 9 | Dispensing pharmacist |
| 10 | Patient's zip code |
| 11 | Patient ID # (Unique ID) |
| 12 | Quantity prescribed |
| 13 | Number of refills authorized (if any) |
| 14 | Diagnostic code |
| 15 | Method of payment |
| 16 | Patient paid amount |
| 17 | Whether prescription covered by third-party payer |
| 18 | Control / Non-Control ratio |
| 19 | Pharmacy DEA # |
| 20 | Pharmacy Store # |
| 21 | Pharmacy address (at the zip code level or finer) |
| 22 | Prescriber address (at the zip code level or finer) |
| 23 | Prescription date written |
| 24 | Refill indicator (whether the Rx is a refill or the original) |
| 25 | Prescriber specialty |
| 26 | Rejection indicator (whether the pharmacy rejected to fill) |
| 27 | Prescriber's NPI number |
| 28 | Patient DOB year (or age) |
| 29 | DEA override |
| 30 | DEA schedule (same as control/non-control) |
| 31 | Dispense Hour |
| 32 | Dispense Minute |
| 33 | Drop Off Hour |
| 34 | Drop Off Minute |
| 35 | Prescription number |
| 36 | Drug price (the regular sale price without markup or discount) |

| 37 | Cost of drug to the pharmacy |
|---|---|
| 38 | Amount charged to third-party payer |
| 39 | Medicaid payment |
| 40 | All data fields related to patient counseling, including but not limited to whether counseling was required, requested, and/or provided |
| 41 | Identification type for person picking up |
| 42 | Issuing authority of ID for person picking up |
| 43 | Relationship of person picking up prescription to patient (e.g., patient, parent/legal guardian, spouse, caregiver, mail order, etc.) |
| 44 | All data fields related to prescription consult activity, including but not limited to consult request comments, consult resolution comments, and prescription comments |
| 45 | Partial fill indicator |
| 47 | Dispensing as written indicator |
| 49 | Prescriber license status |
| 50 | State prescriber licensed in |
| 52 | Prescription image available indicator |
| 58 | Identification of person verifying fill of controlled substance |
| 60 | Name of pharmacist who filled prescription |
| 61 | Indicator whether drug was compounded |
| 70 | Indicator or data sufficient to show that pharmacist complied with Fla. Stat. § 465.026 in filling or refilling transferred prescription |
| 71 | Indicator whether only controlled substances were prescribed for patient |

## APPENDIX 2

| | Plaintiff's Requested Drug List to CVS for Dispensing Data | |
|---|---|---|
| | **Drug Category** | **Base Drug** |
| 1 | Benzodiazepines | alprazolam |
| 2 | Benzodiazepines | chlordiazepoxide |
| 3 | Benzodiazepines | clobazam |
| 4 | Benzodiazepines | clonazepam |
| 5 | Benzodiazepines | clorazepate |
| 6 | Benzodiazepines | diazepam |
| 7 | Benzodiazepines | estazolam |
| 8 | Benzodiazepines | flurazepam |
| 9 | Benzodiazepines | lorazepam |
| 10 | Benzodiazepines | midazolam |
| 11 | Benzodiazepines | oxazepam |
| 12 | Benzodiazepines | quazepam |
| 13 | Benzodiazepines | temazepam |
| 14 | Benzodiazepines | triazolam |
| 15 | Muscle relaxers | carisoprodol |
| 16 | Muscle relaxers | cyclobenzaprine |
| 17 | Muscle relaxers | orphenadrine |
| 18 | Muscle relaxers | tizanidine |
| 19 | Opioid | codeine |
| 20 | Opioid | dihydrocodeine |
| 21 | Opioid | fentanyl |
| 22 | Opioid | hydrocodone |
| 23 | Opioid | hydromorphone |
| 24 | Opioid | levorphanol |
| 25 | Opioid | meperidine |
| 26 | Opioid | morphine |
| 27 | Opioid | opium |
| 28 | Opioid | oxycodone |
| 29 | Opioid | oxymorphone |
| 30 | Opioid | tapentadol |
| 31 | Opioid | buprenorphine |
| 32 | Opioid | methadone |
| 33 | Opioid Treatment | naloxone |
| 34 | Sleep aid | eszopiclone |
| 35 | Sleep aid | ramelteon |
| 36 | Sleep aid | suvorexant |

| 37 | Sleep aid | trazodone |
| --- | --- | --- |
| 38 | Sleep aid | zaleplon |
| 39 | Sleep aid | zolpidem tartrate |