# EXHIBIT A

| | |
|---|---|
| **Subject:** | Re: EXTERNAL-CVS Zero Market Share Cases |
| **Date:** | Tuesday, April 20, 2021 at 1:31:34 PM Mountain Daylight Time |
| **From:** | Rice, Joe |
| **To:** | External User - Steven Herman |
| **CC:** | Weinberger, Peter H., David R. Cohen (David@SpecialMaster.Law), External User - Eric Delinsky, External User - Sasha Miller, External User - Tina Tabacchi, External User - Kelly Moore, Alex Harris |
| **Attachments:** | image001.png |

We are reaching out to all MDL filed cases and the firms that filed them. I am sure that will over lap with some state filed cases. To best of my knowledge after checking with others we do not have a list of addresses for state filed cases. Let's see what happens on the federal cases and then we can decide what if anything to do on state filed cases.

Joseph Rice | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9159 | f. 843.216.9290 | jrice@motleyrice.com

> On Apr 20, 2021, at 3:15 PM, Herman, Steven <SHerman@zuckerman.com> wrote:
>
> **EXTERNAL**
>
> Joe,
>
> It would require considerable work for us to assemble the counsel information you seek, and our understanding is that plaintiffs possess email list serves and other devices that make this task considerably easier for them.  At the very least, plaintiffs should be able to identify with ease which cases involve members of the PEC on the lists provided by CVS and the other pharmacies.  If you still need assistance after vetting the cases/firms with the PEC and employing the other tools already available to the PEC, let's discuss.  I've spoken with counsel for Rite Aid, Walmart, and Walgreens (who are copied on this email), and, if you identify the firms where you need assistance, we would be open to dividing up the work with you, on that narrower pool, to locate contact information for those firms.
>
> Best Regards,
> Steve
>
> <image001.png>   **Steven Herman**
>                  **Zuckerman Spaeder LLP**
>                  **SHerman@zuckerman.com**
>
> 1800 M STREET NW, SUITE 1000 •  WASHINGTON,  DC 20036-5807
> 202.778.1883 direct • 202.822.8106 fax
>
> ► Download vCard | zuckerman.com
>
> This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the

sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Rice, Joe <jrice@motleyrice.com>
**Sent:** Monday, April 19, 2021 11:04 PM
**To:** Herman, Steven <SHerman@zuckerman.com>; Weinberger, Peter H. <PWeinberger@spanglaw.com>
**Cc:** 'David R. Cohen (David@SpecialMaster.Law)' <david@specialmaster.law>; Delinsky, Eric <edelinsky@zuckerman.com>; Miller, Sasha <smiller@zuckerman.com>
**Subject:** RE: EXTERNAL-CVS Zero Market Share Cases

**EXTERNAL**

Steve thanks for this but when I opened attachment it does not contain contact information for plaintiff's counsel. Please provide that so we can reach out to help resolve this issue. I am sure when you capture the information on a suit it includes address or email or location for plaintiff's counsel.

**Joseph Rice** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9159 | f. 843.216.9290 | jrice@motleyrice.com

**From:** Herman, Steven <SHerman@zuckerman.com>
**Sent:** Monday, April 19, 2021 8:10 PM
**To:** Rice, Joe <jrice@motleyrice.com>; Weinberger, Peter H. <PWeinberger@spanglaw.com>
**Cc:** 'David R. Cohen (David@SpecialMaster.Law)' <david@specialmaster.law>; Delinsky, Eric <edelinsky@zuckerman.com>; Miller, Sasha <smiller@zuckerman.com>
**Subject:** EXTERNAL-CVS Zero Market Share Cases

**EXTERNAL**

Dear Joe and Pete,

We write pursuant to Judge Polster's order directing the pharmacy defendants to identify cases in which they have been named as a defendant where they have zero-percent market share. ECF No. 3688.  Attached to this e-mail are two lists of cases that we have identified where, based on our investigation, CVS has no market share in the relevant jurisdiction.  Pursuant to Judge Polster's order, we request that you dismiss these cases with prejudice.

We continue to evaluate cases to identify additional ones that should be dismissed, pursuant to

Judge Polster's order, and we reserve the right to bring any such cases to your attention as they are identified.

Thank you for your assistance with this process.

Sincerely,
Steve Herman

|  |  |
|---|---|
| <image001.png> | **Steven Herman**<br>**Zuckerman Spaeder LLP**<br>**SHerman@zuckerman.com** |

1800 M STREET NW, SUITE 1000  •   WASHINGTON,  DC 20036-5807
202.778.1883 direct • 202.822.8106 fax

► **Download vCard** | **zuckerman.com**

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.