# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Track Three Cases* | **MDL No. 2804**<br><br>**Case No. 17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**[Proposed] Order Granting Pharmacy Defendants' Motion for Leave to File Under Seal Their Motion to Strike Untimely Identified Prescriptions That Plaintiffs Contend Caused Harm for Which They Seek Relief and Certain Exhibits**

Pharmacy Defendants move for leave to file under seal unredacted versions of their Motion to Strike and certain Exhibits to that Motion. Pharmacy Defendants' motion quotes from the transcript of the Court's December 4, 2019, status conference, which is under seal. The motion also cites and discusses excerpts from two of Plaintiffs' expert reports, which are marked Confidential under the Court's protective order. Pages from the December 2019 transcript as well as the two expert reports are also marked as Exhibits 1, 4, 5, and 7.

Pharmacy Defendants' motion to file unredacted versions of their Motion and Exhibits 1, 4, 5, and 7 under seal is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated: __, 2021

 _____
 THE HONORABLE DAN AARON POLSTER
 UNITED STATES DISTRICT JUDGE