Motion granted.  /s/Dan Aaron Polster 5/4/21

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Track Three Cases* | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**Pharmacy Defendants' Motion for Leave to File Under Seal
Their Motion to Strike Untimely Identified Prescriptions That Plaintiffs
Contend Caused Harm for Which They Seek Relief and Certain Exhibits**

Pharmacy Defendants respectfully move this Court for leave to file under seal unredacted versions of their Motion to Strike and certain Exhibits to that Motion.  Pharmacy Defendants' motion quotes from the transcript of the Court's December 4, 2019, status conference, which is under seal.  The motion also cites and discusses excerpts from two of Plaintiffs' expert reports, which are marked Confidential under the Court's protective order.  Pages from the December 2019 transcript as well as the two expert reports are also marked as Exhibits 1, 4, 5, and 7.

Accordingly, Pharmacy Defendants request that the Court grant permission for Defendants to file unredacted versions of their Motion and Exhibits 1, 4, 5, and 7 under seal.

Dated:  May 3, 2021

Respectfully submitted,

/s/   *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com