## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) | MDL No.: 2804<br><br>Case No.: 1:17-MD-02804<br><br>Judge Dan Aaron Polster |
| **THIS DOCUMENT RELATES TO ALL CASES** | | |

### NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS
### FOR MARK H. TROUTMAN AND SHAWN JUDGE

PLEASE TAKE NOTICE that Mark H. Troutman and Shawn Judge, co-counsel for Plaintiff Clinton County Board of Commissioners, hereby provide notice that they are no longer affiliated with ISAAC WILES & BURKHOLDER, LLC, formerly ISAAC WILES BURKHOLDER & TEETOR, LLC, and are now affiliated with the law firm GIBBS LAW GROUP LLP. They will continue to represent Plaintiff in this matter, and both will continue to reside and work in central Ohio. The updated contact information for the undersigned counsel is as follows:

> Mark H. Troutman (0076390)
> **GIBBS LAW GROUP LLP**
> 505 14th Street, Suite 1110
> Oakland, CA 94612
> Telephone: (510) 350-9700
> Facsimile: (510) 350-9248
> mht@classlawgroup.com

       Shawn Judge (0069493)
       **GIBBS LAW GROUP LLP**
       505 14th Street, Suite 1110
       Oakland, CA 94612
       Telephone: (510) 350-9700
       Facsimile: (510) 350-9701
       skj@classlawgroup.com

Please amend your service list and direct further communications accordingly.

Dated: May 6, 2021        Respectfully submitted,

          */s/Mark H. Troutman*
          Mark H. Troutman (0076390), Trial Attorney
          Shawn Judge (0069493)
          **GIBBS LAW GROUP LLP**
          505 14th Street, Suite 1110
          Oakland, CA 94612
          Telephone: (510) 350-9700
          Facsimile: (510) 350-9701
          mht@classlawgroup.com
          skj@classlawgroup.com

          *Attorneys for Plaintiff Clinton County Board of Commissioners*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, a copy of the foregoing Notice of Change of Firm Affiliation and Change of Address was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/Mark H. Troutman*
Mark H. Troutman (0076390), Trial Attorney
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mht@classlawgroup.com

*Attorney for Plaintiff*
