# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | Case No. 1:17-MD-2804 |
| *This document relates to:* | Hon. Dan A. Polster |
| *Track Three Cases* | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Pursuant to Local Rule 5.2, Plaintiffs seek leave to file Exhibits 2 and 3 to Plaintiffs' Opposition to Pharmacy Defendants' Motion to Strike Untimely Identified Prescriptions that Plaintiffs Contend Caused Harm for Which They Seek Relief ("Plaintiffs' Opposition").

Local Rule 5.2 states: "No document will be accepted for filling under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents." Loc. R. 5.2. Exhibits 2 and 3 to Plaintiffs' Opposition contain information that has been subject to Protective and Confidentiality Orders, including Case Management Order No. 2 and the amendment thereto (ECF Nos. 441 & 1357). This information is subject to this Court's Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (ECF No. 1813).

Plaintiffs do not believe the information warrants remaining under seal but seek to comply with all applicable Orders concerning information that has been marked or designated as confidential.

Plaintiffs respectfully request to proceed in this manner so there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders.

WHEREFORE, Plaintiffs respectfully request the Honorable Court to grant Plaintiffs' Motion for Leave to File Exhibits Under Seal and to direct Defendants to indicate within three (3) business days whether they will assert any redactions.

Dated: May 6, 2021                                  Respectfully submitted,

                                                Paul J. Hanly, Jr.
                                                SIMMONS HANLY CONROY
                                                112 Madison Avenue, 7th Floor
                                                New York, NY 10016
                                                (212) 784-6400
                                                (212) 213-5949 (fax)
                                                phanly@simmonsfirm.com

                                                Joseph F. Rice
                                                MOTLEY RICE LLC
                                                28 Bridgeside Blvd.
                                                Mt. Pleasant, SC 29464
                                                (843) 216-9000
                                                (843) 216-9290 (Fax)
                                                jrice@motleyrice.com

                                                Paul T. Farrell, Jr.
                                                FARRELL & FULLER LLC
                                                1311 Ponce de Leone Ave., Suite 202
                                                San Juan, PR 00907
                                                (304)654-8281
                                                paul@farrellfuller.com

                                                *Plaintiffs' Co-Lead Counsel*

                                                W. Mark Lanier
                                                M. Michelle Carreras
                                                LANIER LAW FIRM
                                                10940 W. Sam Houston Pkwy N., Ste 100
                                                Houston, TX  77064
                                                (713) 659-5200
                                                (713) 659-2204 (Fax)
                                                wml@lanierlawfirm.com

                                                *Trial Counsel*

                */s/Peter H. Weinberger*
                Peter H. Weinberger
                SPANGENBERG SHIBLEY & LIBER
                1001 Lakeside Avenue East, Suite 1700
                Cleveland, OH 44114
                (216) 696-3232
                (216) 696-3924 (Fax)
                pweinberger@spanglaw.com
                *Plaintiffs' Liaison Counsel*

                Frank L. Gallucci
                PLEVIN & GALLUCCI CO., L.P.A.
                55 Public Square, Suite 222
                Cleveland, OH 44113
                (216) 861-0804
                (216) 861-5322 (Fax)
                FGallucci@pglawyer.com

                Hunter J. Shkolnik
                NAPOLI SHKOLNIK
                360 Lexington Ave., 11th Floor
                New York, NY 10017
                (212) 397-1000
                (646) 843-7603 (Fax)
                hunter@napolilaw.com

                *Counsel for Plaintiffs Lake County and*
                *Trumbull County, Ohio*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 6th day of May 2021, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                */s/Peter H. Weinberger*
                Peter H. Weinberger