# EXHIBIT 1

Plaintiffs' Identification of Red Flags Categories and
Computations Arising out of Those Red Flags or Combinations of Those Red Flags

| Red Flags Disclosed in June 2020 Submission and again in April 2021 Catizone and McCann Expert Reports | Highlighted Computations of Red Flags from Catizone's Report April 16, 2021** | Computation Number from McCann April 2021 Report | Computation Description from McCann April 2021 Report  Blue = 27 Computations Disclosed in June 2020  Green = 16 Additional Computations disclosed in April 2021 |
|---|---|---|---|
| Doctor Shopping | * | 2 | An opioid was dispensed to a patient who traveled more than 25 miles to visit their prescriber. The distance here is calculated from the center of the patient's zip code to the center of prescriber's zip code. |
| | * | 3 | Patient was dispensed opioid prescriptions with overlapping days of supply that were written by two or more prescribers. |
| | | 17 | A patient was dispensed an opioid prescription written by a prescriber located more than 25 miles from the patient and the patient was also dispensed either (i) at least 1 other opioid prescription written by the same prescriber on a different day within 30 days of the original opioid prescription or (ii) a benzodiazepine or muscle relaxer prescription written by the same prescriber on the same day as the original opioid prescription was written. |
| | | 18 | A patient was dispensed opioid prescriptions written by at least 2 different prescribers such that all the opioid prescriptions were written in a 20-day period and at least one of the prescribers is located more than 25 miles from the patient. |
| | | 19 | A patient was dispensed opioid prescriptions written by at least 3 different prescribers such that all the opioid prescriptions were written in a 45-day period and at least one of the prescribers is located more than 25 miles from the patient. |
| | | 20 | A patient was dispensed opioid prescriptions written by at least 3 different prescribers such that all the opioid prescriptions were written in a 45-day period. |
| | | 21 | A patient was dispensed opioid prescriptions written by at least 3 different prescribers such that all the opioid prescriptions were written in a 60-day period and these prescribers are located in at least 3 different zip codes. |
| Pharmacy Shopping | * | 1 | An opioid was dispensed to a patient who traveled more than 25 miles to visit the pharmacy. The distance here is calculated from the center of the patient's zip code to the center of the pharmacy's zip code. |
| | * | 4 | Patient was dispensed opioid prescriptions with overlapping days of supply at two or more pharmacies. |
| | | 22 | A patient was dispensed opioid prescriptions by at least 2 different pharmacies such that all the opioid prescriptions were dispensed in a 20-day period and at least one of the pharmacies is located more than 25 miles from the patient. |
| | | 23 | A patient was dispensed at least 3 opioid prescriptions by at least 2 different pharmacies such that all the opioid prescriptions were dispensed in a 45-day period and at least one of the pharmacies is located more than 25 miles from the patient. |
| | | 24 | A patient was dispensed opioid prescriptions by at least 2 different pharmacies such that all the opioid prescriptions were dispensed in a 45-day period and the pharmacies are located in different zip codes. |

**Highlighted Computations are the 11 Catizone Computations that largely subsume the other 5 Catizone Computations.
e.g. #7 subsumes #5

## Plaintiffs' Identification of Red Flags Categories and Computations Arising out of Those Red Flags or Combinations of Those Red Flags

| Category | | # | Description |
|---|---|---|---|
| **Pattern Prescribing** | * | 12 | An opioid was dispensed to at least 4 different patients on the same day and the opioid prescriptions were for the same base drug, strength and dosage form and were written by the same prescriber. |
| | | 13 | An opioid was dispensed to at least 3 different patients within an hour and the opioid prescriptions were for the same base drug, strength and dosage form and were written by the same prescriber. |
| | | 25 | An opioid was dispensed to at least 4 different patients on the same day and the opioid prescriptions were for the same base drug, strength and dosage form and were written by the same prescriber. |
| | | 26 | An opioid was dispensed to at least 3 different patients within an hour and the opioid prescriptions were for the same base drug, strength and dosage form and were written by the same prescriber. |
| | | 27 | An opioid was dispensed on the same day by the same pharmacy to at least 2 different patients from the same zip code, which was more than 25 miles away from the pharmacy, and the opioid prescriptions were for the same base drug, strength and dosage form and were paid for using cash. |
| | | 28 | An opioid was dispensed on the same day by the same pharmacy to at least 2 different patients from the same zip code, which was more than 25 miles away from the pharmacy, and the opioid prescriptions were for the same base drug, strength and dosage form and were written by the same prescriber. |
| **Excessive Dispensing (by frequency or volume)** | | 10 | Patient was dispensed an opioid prescription of over 200 MME per day before 2018 or over 50 MME per day after January 1, 2018. |
| | * | 11 | Patient was dispensed an opioid prescription of over 200 MME per day before 2018 or over 90 MME per day after January 1, 2018. |
| | * | 14 | An opioid prescription was refilled more than 5 days before the patient's previous prescription should have run out. |
| | * | 15 | A patient was dispensed more than 210 "days of supply" of all opioids combined in a 6-month period. |
| | | 29 | An opioid prescription was refilled more than 5 days before the patient's previous opioid prescription should have run out. For this test, I was asked to flag only the refill and not the original prescription. |
| | | 30 | Another opioid prescription was filled more than 5 days before a patient's previous opioid prescription should have run out and the two opioid prescriptions were for the same base drug, strength and dosage form. For this test, I was asked to flag only the subsequent prescription. |
| | | 31 | The "days of supply" in any 6-month period for any individual drug/strength/dosage form of opioid dispensed to a patient was greater than 210 days. For this test, I was asked to calculate separately for each drug/strength/dosage form of opioid the patient received. |
| | | 32 | A patient was dispensed more than 90 dosage units of the same opioid base drug, strength and dosage form at least twice in a 20-day period and the patient paid cash for at least one of the prescriptions. |
| | | 33 | More than 1 immediate-release opioid and more than 1 extended- release opioid were dispensed to the same patient in a 20-day period. |
| | | 34 | At least 3 opioid prescriptions of the same base drug, strength and dosage form were written to the same patient by the same prescriber on the same day. |
| | | 35 | A patient received opioid prescriptions from the same prescriber on at least 4 dates within a 45-day period. |
| | | 36 | A prescriber wrote opioid prescriptions to at least 2 patients over a 5-day period, and each patient is located more than 25 miles away from the prescriber. |
| | | 37 | An opioid prescription that was written by a top 5% prescriber of an opioid drug (same base drug, strength and dosage form), this opioid drug accounted for more than 50% of the opioids prescribed by this prescriber, and more than 50% of the patients receiving this opioid drug from this prescriber paid cash at least once. |

**\*\*Highlighted Computations are the 11 Catizone Computations that largely subsume the other 5 Catizone Computations. e.g. #7 subsumes #5

Plaintiffs' Identification of Red Flags Categories and
Computations Arising out of Those Red Flags or Combinations of Those Red Flags

| | | | | |
|---|---|---|---|---|
| **Suspicious Combinations** | | | 5 | Patient was dispensed an opioid, a benzodiazepine and a muscle relaxer for overlapping days of supply. |
| | | | 6 | Patient was dispensed an opioid, a benzodiazepine and a muscle relaxer on the same day and all the prescriptions were written by the same prescriber. |
| | | * | 7 | Patient was dispensed an opioid and a benzodiazepine within 30 days of one another. |
| | | | 8 | Patient was dispensed an opioid and a benzodiazepine on the same day and both prescriptions were written by the same prescriber. |
| | | * | 9 | Patient was dispensed two short acting opioid drugs on the same day. |
| | | | 38 | An opioid and a [benzodiazepine or muscle relaxer] were dispensed to a patient on the same day and both prescriptions were written by the same prescriber. |
| | | | 39 | An opioid, a benzodiazepine and a muscle relaxer were dispensed to a patient on the same day and all the prescriptions were written by the same prescriber. |
| | | | 40 | 3 or more opioid prescriptions were dispensed to a patient on the same day. |
| | | | 41 | An opioid and a [benzodiazepine or muscle relaxer] were dispensed to a patient within a single day on two different days within a 30-day period. |
| | | | 42 | At least 2 opioid prescriptions and at least 2 [benzodiazepine or muscle relaxer] prescriptions were dispensed to a patient within a 14-day period. |
| | | | 43 | At least 3 opioid prescriptions were dispensed to a patient within a 30-day period; and the patient paid cash for each of these prescriptions and had no other non-cash payment transactions for controlled substances during the same 30-day period; and this patient was dispensed at least 2 [benzodiazepine or muscle relaxer] prescriptions in the same 30 day period. |
| **Cash Payment** | | * | 16 | A patient was dispensed an opioid and paid cash. |
| | | | | Note: Computations 27, 32, 27, and 43, already listed above, are also computations of the Cash Payment Red Flag |

**\*\*Highlighted Computations are the 11 Catizone Computations that largely subsume the other 5 Catizone Computations.
e.g. #7 subsumes #5**