UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| In RE: National Prescription Opiate Litigation | ) ) ) ) ) | MDL 2804<br>Case No. 1:17-MD-2804 |

**AFFIDAVIT OF SALIH, FORMERLY KNOWN AS**
<u>**CECIL LA'ROY HALL**</u>

I, Salih, who was formerly known as Cecil La'Roy Hall, hereby declare and affirm, that I am of sound mind and make this affidavit based on my own experience, information and belief, and state the following:

1. I am a recovering person who suffers from the disease of chemical dependency to opiates.
2. In 2004, I suffered severe pain, and was prescribed Vicodin, OxyContin and Percocet as treatment for my pain. While simultaneously, I was being treated for Hepatitis C Virus with a drug called interferon. On December 1, 2005, I was incarcerated and sentenced to a Ten (10) year term for criminal behavior that was caused by an opiate addiction, and the neuro-psychiatric side effects of the drug called Interferon.
3. I was released from prison in 2015, and while on work release I was injured at work and once again treated for my pain with drugs, an abundance of opiate.
4. I am currently disabled due to permanent nerve damage, depression, my chemical dependence and a host of issues associated with these limitations.
5. I am an actual victim of the behavior of the defendants as described in this case, and am entitle to redress for my damages.

Dated: 5/13/21

_____
Salih
464 Bethune Drive
Wilmington, DE 19801
302-761-0731

Sworn and subscribed before me, a Notary Public, this __13th__ day of __May__, 2021.

_____
Notary Public

*[Notary Seal: MICHELLE DINEEN SAMUELS, MY COMMISSION EXPIRES March 19, 2024, NOTARY PUBLIC, STATE OF DELAWARE]*