UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DISTRICT

|  |  |  |
|---|---|---|
| In Re: National Prescription Litigation | ) ) ) ) ) | Appeal No. _____ <br> MDL 2804 <br> Case No: 1:17-MD-2804 |

FILED
MAY 17 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

### NOTICE OF APPEAL

**NOTICE** is hereby given that the Petitioners / Plaintiffs, Salih, formerly known as Cecil La"Roy Hall, Mark Brown, Jason Hall, Jerome Roberts, Waltona Winchester, and Jackie Brooks, hereby appeal to the UNITED States Court of Appeals for the Sixth Federal Judicial Circuit, the order by District Judge Dan Aaron Polster, dated, April 29, 2021, denying their motion for intervention of right as the real party in interest, pursuant to Federal Rules of Civil Procedure, Rule 24(a)(2).

Dated: 5-13-21

_____
Salih
464 Bethune Drive
Wilmington, DE 19801
302-761-0731

_____
Mark Brown
839 N. Tattnall Street
Wilmington, DE 19801

_____
Jason Hall
1401 Maryland Avenue
Apartment # D-13
Wilmington, DE 19805

_Jerome Roberts_
Jerome Roberts
110 W. 20th Street
Wilmington, DE 19801

_Waltona Winchester_
Waltona Winchester
451 Morehouse Drive
Wilmington, DE 19801

_Jackie R. Brooks_
Jackie Brooks
77 Oakmont Drive
New Castle, DE 19720