Smith
404 Bathurse Dr.
Wilm, DE 19801

Chief Judge Patricia A. Gaughan
Carl B. Stokes US Court House
801 West Superior Avenue
Cleveland, OH 44113



USPS TRACKING #

9500 1148 5131 1134 4280 96