# EXHIBIT A

| | |
|---|---|
| **From:** | David R. Cohen (David@SpecialMaster.Law) |
| **To:** | do Amaral, Paulina; "Fumerton, Tara A."; "Tracks6to10Defendants@bbhps.com"; Herman (External), Steven |
| **Cc:** | MDL 2804; Peter H. Weinberger (pweinberger@spanglaw.com) |
| **Subject:** | Re: [EXTERNAL] FW: EXTERNAL-Scheduling for New Tracks (ECF No. 3688) |
| **Date:** | Wednesday, May 5, 2021 6:11:12 PM |
| **Attachments:** | image002.png |

Yes that is fine

========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

---

**From:** do Amaral, Paulina <Pdoamaral@lchb.com>
**Sent:** Wednesday, May 5, 2021 5:19 PM
**To:** 'Fumerton, Tara A.' <tfumerton@JonesDay.com>; 'Tracks6to10Defendants@bbhps.com' <Tracks6to10Defendants@bbhps.com>; Herman (External), Steven <sherman@zuckerman.com>
**Cc:** MDL 2804 <MDL2804@motleyrice.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; Peter H. Weinberger (pweinberger@spanglaw.com) <pweinberger@spanglaw.com>
**Subject:** RE: [EXTERNAL] FW: EXTERNAL-Scheduling for New Tracks (ECF No. 3688)

Thanks for your quick response, Tara.  That's fine with Plaintiffs.  Special Master Cohen, Is this acceptable to the Court?

Paulina

**Paulina do Amaral**
**Partner**
pdoamaral@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Fumerton, Tara A. <tfumerton@JonesDay.com>
**Sent:** Wednesday, May 5, 2021 1:15 PM
**To:** do Amaral, Paulina <Pdoamaral@lchb.com>; 'Tracks6to10Defendants@bbhps.com'

&lt;Tracks6to10Defendants@bbhps.com&gt;; Herman (External), Steven &lt;sherman@zuckerman.com&gt;
**Cc:** MDL 2804 &lt;MDL2804@motleyrice.com&gt;; 'David@SpecialMaster.Law' &lt;David@SpecialMaster.Law&gt;; Peter H. Weinberger (pweinberger@spanglaw.com) &lt;pweinberger@spanglaw.com&gt;
**Subject:** RE: [EXTERNAL] FW: EXTERNAL-Scheduling for New Tracks (ECF No. 3688)

Hi, Paulina. The pharmacy defendants do not have an objection to the extension you request. We would, however, request that the deadline for the submission of the associated CMOs be shifted to June 3, 2021, since May 28, 2021 is the current deadline for the pharmacy defendants to submit expert reports and May 31, 2021 is Memorial Day. Would that be acceptable to plaintiffs?

Thanks,

Tara

Tara A. Fumerton (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
77 West Wacker Drive
Chicago, IL 60601-1692
Office +1.312.269.4335
tfumerton@jonesday.com

---

**From:** do Amaral, Paulina &lt;Pdoamaral@lchb.com&gt;
**Sent:** Tuesday, May 4, 2021 8:50 PM
**To:** 'Tracks6to10Defendants@bbhps.com' &lt;Tracks6to10Defendants@bbhps.com&gt;; Herman (External), Steven &lt;sherman@zuckerman.com&gt;
**Cc:** MDL 2804 &lt;MDL2804@motleyrice.com&gt;; 'David@SpecialMaster.Law' &lt;David@SpecialMaster.Law&gt;; Peter H. Weinberger (pweinberger@spanglaw.com) &lt;pweinberger@spanglaw.com&gt;
**Subject:** RE: [EXTERNAL] FW: EXTERNAL-Scheduling for New Tracks (ECF No. 3688)

** External mail **

Good Evening Counsel,

Due to the press of other business, the Bellwether Plaintiffs identified in Judge Polster's Order, ECF No. 3688, request a one week extension to **May 19, 2021** of the deadline by which they must amend their complaints. If that change is acceptable to you (and of course to the Court), the date for submission of the associated CMOs, currently set for May 21, would also likely need to shift to May 28, 2021.

Please let us know if you will *not* be able to provide us with a response by close of business tomorrow, Wednesday, May 5, 2021, as it is our intent to seek relief from Special Master Cohen and the Court if we are not able to agree.

Thank you.

Paulina do Amaral

**Paulina do Amaral**
**Partner**
pdoamaral@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Herman, Steven <SHerman@zuckerman.com>
**Sent:** Monday, April 19, 2021 10:35:22 PM
**To:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; 'David R. Cohen (David@SpecialMaster.Law)' <david@specialmaster.law>
**Cc:** 'Tracks6to10Defendants@bbhps.com' <Tracks6to10Defendants@bbhps.com>
**Subject:** EXTERNAL-Scheduling for New Tracks (ECF No. 3688)

**EXTERNAL**

Dear Counsel and Special Master Cohen,

Pursuant to Judge Polster's Order, ECF No. 3688, the parties were instructed to submit a proposal for a schedule for the new bellwether cases by April 28, 2021.  The same order gives Plaintiffs leave to amend their complaints.  While we object to further amendments, the Pharmacy Defendants request that the parties agree (assuming it is acceptable to the Court) that the Plaintiffs will set a date by which they amend their complaints (if at all), and then the parties will submit a proposed scheduling order for those cases two weeks after that date.  We think that such a modification will make scheduling discussions more productive, as the Pharmacy Defendants are not in a position to agree to a schedule in advance of knowing which pharmacies will be defendants, what claim is being asserted, and what remedies are sought.

Best Regards,
Steve



**Steven Herman**
**Zuckerman Spaeder LLP**
SHerman@zuckerman.com

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1883 direct • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential

and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files   |   Leave group   |   Learn more about Microsoft 365 Groups

Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.
Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.