# EXHIBIT B

# Anthony Irpino

| | |
|---|---|
| **From:** | ohndecf@ohnd.uscourts.gov |
| **Sent:** | Friday, May 15, 2020 1:40 PM |
| **To:** | OHNDdb_CleECF@ohnd.uscourts.gov |
| **Subject:** | Activity in Case 1:17-md-02804-DAP In Re: National Prescription Opiate Litigation Order on Motion for order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Northern District of Ohio

## Notice of Electronic Filing

The following transaction was entered on 5/15/2020 at 2:38 PM EDT and filed on 5/15/2020

| | |
|---|---|
| **Case Name:** | In Re: National Prescription Opiate Litigation |
| **Case Number:** | 1:17-md-02804-DAP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Order [non-document] granting Plaintiffs' Motion for leave to file under seal. Defendants are directed to indicate to Plaintiffs or before May 20, 2020 whether they will assert any redactions to Plaintiffs proposed Amendments by Interlineation (Related Doc # [3293]). Judge Dan Aaron Polster on 5/15/20.(P,R)**

**1:17-md-02804-DAP Notice has been electronically mailed to:**

Eric H. Zagrans     eric@zagrans.com

Michael N. Ungar     mungar@ulmer.com, mcrick@ulmer.com

James Allison Lowe     jlowe@lewlaw.com

John T. Murray     john@lesliemurraylaw.com, elizabeth@lesliemurraylaw.com, jmurray160@yahoo.com, marissa@lesliemurraylaw.com

Michelle L. Kranz     michelle@toledolaw.com, angela@toledolaw.com, paige@toledolaw.com, sheila@toledolaw.com

David W. Zoll     david@toledolaw.com, angela@toledolaw.com, cara@toledolaw.com, paige@toledolaw.com,