Motion granted. Defendants are directed to indicate to Plaintiffs on or before May 24, 2021 whether they will assert any redactions. /s/Dan Aaron Polster 5/18/21

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*County of Tarrant, Texas v. Purdue Pharma L.P., et al.*, Case No. 1:18-OP-45274;<br><br>*Durham County, North Carolina v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:19-OP-45346;<br><br>*Board of County Commissioners of the County of Santa Fe, New Mexico v. Purdue Pharma L.P., et al.*, Case No. 1:18-OP-45776;<br><br>*Cobb County, Georgia v. Purdue Pharma L.P., et al.*, Case No. 1:18-OP-45817;<br><br>*Montgomery County, Ohio Board of County Commissioners, et al. v. Cardinal Health, Inc., et al.*, Case No. 1:18-OP-46326 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINTS UNDER SEAL** |

Civil Local Rule 5.2 provides that "[n]o document will be accepted for filing under seal unless a … prior court order authorizes the filing of sealed documents." The Court has ordered that the five above-captioned cases be remanded for bellwether proceedings. Minute Order (Apr. 22, 2021); Order (Apr. 9, 2021), Dkt. 3688. Per the Parties' agreement approved by Special Master Cohen,[1] the deadline to supplement and amend the complaints in the five bellwether cases is May 19, 2021. Plaintiffs seek the Court's leave to file their supplemental and amended complaints

---

[1] See Email from SM Cohen to do Amaral (May 5, 2021), attached hereto as Exhibit A.