# **EXHIBIT 2**

```
                  IN THE DISTRICT COURT OF THE UNITED STATES
 1                   FOR THE NORTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
 2

 3
        IN RE:                            Case No. 1:17-MD-2804
 4      NATIONAL PRESCRIPTION             Cleveland, Ohio
        OPIATE LITIGATION
 5                                        May 7, 2021
                                          1:04 p.m.
 6

 7


 8                              - - - - -

 9

10         TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

11            BEFORE THE HONORABLE DAN A. POLSTER,

12              UNITED STATES DISTRICT JUDGE, AND

13       DAVID A. RUIZ, UNITED STATES MAGISTRATE JUDGE.

14

15                              - - - - -

16

17

18

19

20      Official Court Reporter: Susan Trischan,RMR,CRR,FCRR,CRC
                                  7-189 U.S. Court House
21                                801 West Superior Avenue
                                  Cleveland, Ohio  44113
22                                216-357-7087
                                  Susan_Trischan@ohnd.uscourts.gov
23

24

25
```

|  |  |
|---|---|
| 1 | defendants -- what discovery produced in this case |
| 2 | revealed regarding the defendants' knowledge of the |
| 3 | importance, breadth and criteria that should be used for |
| 4 | a red flag system based upon DEA enforcement actions and |
| 13:10:05  5 | other DEA publications published by the DEA in, for |
| 6 | example, the *Federal Register*. |
| 7 | So -- |
| 8 | THE COURT: Well -- |
| 9 | MR. WEINBERGER: That, so the timeline, |
| 13:10:19 10 | again, back to what I said initially, the timeline was |
| 11 | when we got into the intensive deposition and document |
| 12 | discovery that, you know, occurred about -- or culminated |
| 13 | or terminated about three or four weeks before we |
| 14 | produced the expert reports of Carmen Catizone and Craig |
| 13:10:44 15 | McCann. |
| 16 | THE COURT: All right. Look, it's not for |
| 17 | me to dictate or tell the plaintiffs what case to bring |
| 18 | or what case to try, and it's not for me to dictate how |
| 19 | the plaintiffs defend the plaintiffs' case. |
| 13:11:04 20 | That's -- that's up to all of you. |
| 21 | The case implicating one million -- |
| 22 | MR. WEINBERGER: Judge, I'm sorry, at least |
| 23 | from my perspective, you are breaking up significantly. |
| 24 | THE COURT: I'm doing the best I can. |
| 13:11:23 25 | The case implicating one million |

|  |  |
|---:|---|
| 1 | prescriptions is not the same as a case implicating two |
| 2 | million prescriptions, and there's no way that it's fair |
| 3 | for the plaintiffs to change their case at this late date |
| 4 | and not give the defendants a time -- time to, you know, |
| 13:11:43  5 | develop a defense. |
| 6 | So I'm not going to do that. |
| 7 | You know, I know the plaintiffs are saying |
| 8 | this case isn't about individual prescriptions, and it's |
| 9 | not, but the defendants have a right to know what |
| 13:11:58 10 | the -- what prescriptions the plaintiffs believe are |
| 11 | suspect and should have been, you know, kicked out, |
| 12 | monitored, flagged, whatever, by a valid system or at |
| 13 | least some checks, some inquiry. |
| 14 | And this is now a totally different case. |
| 13:12:18 15 | So -- |
| 16 | MR. WEINBERGER: Can I -- I'm sorry, Your |
| 17 | Honor. |
| 18 | THE COURT: Go ahead. |
| 19 | MR. WEINBERGER: Can I respond? Can I |
| 13:12:24 20 | respond? |
| 21 | THE COURT: You can. |
| 22 | MR. WEINBERGER: So -- |
| 23 | THE COURT: I've made my conclusion, but go |
| 24 | ahead. |
| 13:12:28 25 | MR. WEINBERGER: Well, I appreciate that, |