# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : : | MDL No. 2804 CASE NO. 1:17-MD-2804 |
| **Lake County and Trumbull County, OH Case** | : | |

SECOND SUPPLEMENTAL EXPERT REPORT OF

CRAIG J. MCCANN, PH.D., CFA

May 19, 2021

## V.     Unique Doctors and Patients

6.     The Combination Red Flagged Prescriptions were written by at least 15,788 unique prescribers. After writing the initial prescription identified in the Combination Red Flagged Prescriptions, these same prescribers wrote 3,144,183 additional prescriptions for opioids, 733,452 additional prescriptions for benzodiazepines, and 408,356 additional prescriptions for muscle relaxers that were dispensed by these Defendants, as reflected in the produced dispensing data.

7.     The Combination Red Flag Prescriptions dispensed by Defendant CVS were dispensed to 29,273 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 328,313 additional prescriptions for opioids, 64,501 additional prescriptions for benzodiazepines, and 41,827 additional prescriptions for muscle relaxers by these CVS stores.

8.     The Combination Red Flag Prescriptions dispensed by Defendant Giant Eagle / HBC Service Company were dispensed to 31,115 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 351,679 additional prescriptions for opioids, 144,824 additional prescriptions for benzodiazepines, and 68,378 additional prescriptions for muscle relaxers by these Giant Eagle stores.

9.     The Combination Red Flag Prescriptions dispensed by Defendant Rite Aid were dispensed to 21,434 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 468,155 additional

prescriptions for opioids, 103,486 additional prescriptions for benzodiazepines, and 56,506 additional prescriptions for muscle relaxers by these Rite Aid stores.

10. The Combination Red Flag Prescriptions dispensed by Defendant Walgreens were dispensed to 25,448 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 424,828 additional prescriptions for opioids, 93,677 additional prescriptions for benzodiazepines, and 57,170 additional prescriptions for muscle relaxers by these Walgreens stores.

11. The Combination Red Flag Prescriptions dispensed by Defendant Wal-Mart were dispensed to 8,773 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 91,549 additional prescriptions for opioids, 18,018 additional prescriptions for benzodiazepines, and 13,421 additional prescriptions for muscle relaxers by these Wal-Mart stores.

## VI. Conclusion

12. I have summarized certain Combination Red Flagged Prescriptions.

13. I continue to review documents and gather information and reserve the right to update my analysis and opinions based upon that further review of documents and based on any new information - including, possibly, reports of other experts - I may receive.

_____
Craig J. McCann

Signature of Expert