IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No.: 2804<br><br>Case No.: 2:17-cv-1024<br><br>Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO ALL CASES | | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS FOR MARK H. TROUTMAN AND SHAWN JUDGE

PLEASE TAKE NOTICE that Mark H. Troutman and Shawn Judge, co-counsel for Plaintiff Butler County Board of Commissioners, hereby provide notice that they are no longer affiliated with ISAAC WILES & BURKHOLDER, LLC, formerly ISAAC WILES BURKHOLDER & TEETOR, LLC, and are now affiliated with the law firm GIBBS LAW GROUP LLP. They will continue to represent Plaintiff in this matter, and both will continue to reside and work in central Ohio. The updated contact information for the undersigned counsel is as follows:

        Mark H. Troutman (0076390)
        **GIBBS LAW GROUP LLP**
        505 14th Street, Suite 1110
        Oakland, CA 94612
        Telephone: (510) 350-9700
        Facsimile: (510) 350-9701
        mht@classlawgroup.com

        Shawn Judge (0069493)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
skj@classlawgroup.com

Please amend your service list and direct further communications accordingly.

Dated: May 27, 2021                Respectfully submitted,

         _/s/Mark H. Troutman_
Mark H. Troutman (0076390), Trial Attorney
Shawn Judge (0069493)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mht@classlawgroup.com
skj@classlawgroup.com

*Attorneys for Plaintiff Butler County Board of Commissioners*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, a copy of the foregoing Notice of Change of Firm Affiliation and Change of Address was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/Mark H. Troutman
Mark H. Troutman (0076390), Trial Attorney
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mht@classlawgroup.com

*Attorney for Plaintiff*