Exhibit 1
Declaration of Jayne Conroy

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>**All Cases** | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

### DECLARATION OF JAYNE CONROY

I, Jayne Conroy of the law firm of Simmons Hanly Conroy LLC ("SHC") submit this declaration in support of my appointment as the successor Co-Lead Counsel for the Plaintiffs' Executive Committee.

**Professional Experience and Leadership in MDL Litigation**

1. I am a name and managing partner of Simmons Hanly Conroy LLC, based in Alton, IL, which also has offices in New York, NY, Chicago, IL, San Francisco, CA, Los Angeles, CA and St. Louis, MO. I also have the privilege of serving in the firm's complex and mass tort litigation group. My office is in New York City and I am a long-standing member in good standing of the bars of the states of New York and Massachusetts, as well as the District of Columbia. I am also admitted to practice in the federal district courts of New York, Massachusetts and the District of Columbia.

2. I have been personally appointed to serve as co-lead counsel, steering committee member, and executive committee member and in other leadership roles in numerous complex multi-district litigations and class actions. I focus my practice in the areas of mass tort, sexual abuse, products liability, and consumer fraud, and I have an

1

Exhibit 1
Declaration of Jayne Conroy

established track record of helping lead some of the most complex and important MDLs and class actions on behalf of injured plaintiffs and consumers.  For the purposes of this declaration, I will list some of the most relevant cases where I have served in a court-appointed leadership position:

- Court-appointed member of the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.)

- Court-appointed member of Plaintiffs' Steering Committee in *In re: Syngenta AG MIR162 Corn Litigation*, MDL 2591 (D. Kan.)

- Court-appointed member of Plaintiffs' Steering Committee in In re: Actos Products Liability Litigation, MDL 2299 (W.D. La.)

- Court-appointed member of Plaintiffs' Steering Committee in *In re: Pelvic Repair System Products Liability Litigation*, MDL 2325, 2326 & 2327 (S.D. W. Va.)

- Court-appointed member of Plaintiffs' Executive Committee in *In re: DePuy Pinnacle Hip Implant Products Liability Litigation*, MDL 2244 (N.D. Tex.)

- Co-chair of Environmental Testing Committee in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 Litigation*, MDL 2179 (E.D. La.)

- Court-appointed member of Lead Counsel Committee for Economic Loss Claims in *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Product Liability Litigatio*n, MDL 2151 (C.D. Cal.)

- Court-appointed co-chair of Plaintiffs' Law and Briefing Committee in *In re: Yazmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL 2100 (S.D. Ill.)

- Court-appointed member of Discovery and Science Committees, Trial Team and Common Benefit Allocation Committee in *In re: Bextra and Celebrex Products Liability Litigation*, MDL 1699 (N.D. Cal.) and New York State Coordinated Proceedings

- Court-appointed member of Plaintiffs' Executive Committee in *In re: Zyprexa Litigation*, MDL 1596 (E.D.N.Y.)

Exhibit 1
Declaration of Jayne Conroy

**Opioid Litigation Experience**

3. My 30 plus years of experience in mass torts has included the initiation, discovery, trial and appeal of thousands of cases, including bellwethers, class actions and individual cases. I have been intricately involved in the negotiation, settlement discussions, and ultimate resolution of mass tort MDLs, major class action MDLs, and numerous other class actions and individual cases.

4. I have participated in all aspects of MDL 2804 since its inception, including discovery matters, settlement negotiations, and trial preparation. Additionally, my experience with opioid litigation predates this MDL, and that experience played a significant role in identifying and investigating the claims at issue in this litigation.

5. In 2003, I, along with several members of my firm, commenced truly ground-breaking opioid litigation against Purdue Pharma LLP and Abbott Laboratories, Inc., for damages suffered by more than 5,000 clients prescribed the prescription opioid OxyContin. At the time, SHC[1] was the only major plaintiffs' firm in the country to prosecute such claims. We were not dissuaded from waging expensive and time-consuming litigation, even though other plaintiffs' firms derisively suggested that the firm was wasting its time pursuing such "problematic" claims against two major drug companies. Following a three-plus-year battle that included extensive documentary

---

[1] At the time we commenced the OxyContin litigation against Purdue, SHC did not exist in its current form. The cases were brought and litigated jointly by the New York law firm Hanly & Conroy, of which I was a founding partner, and the Illinois-based Simmons Firm. The two firms later merged to form SHC.

3

Exhibit 1
Declaration of Jayne Conroy

discovery, numerous depositions and dispositive motions, including the separate filing by SHC of more than 1,200 cases in various courts across the nation, Purdue Pharma settled all 5,000+ of the clients' claims for $75 million.

6. On August 31, 2016, my firm, representing Suffolk County, New York, commenced one of the first lawsuits in the country brought by a governmental entity against the manufacturers of opioids to recover the costs of the opioid epidemic. SHC filed scores of opioid claims on behalf of cities and counties around the country in 2016 and 2017, well before the creation of this MDL. Our knowledge from the prior OxyContin litigation was a crucial foundation in formulating these claims.

7. In July, 2017, the New York State Litigation Coordinating Panel created coordinated proceedings for governmental-entity opioid cases in New York state courts. SHC was one of the law firms named as co-lead counsel.

8. In these MDL proceedings, one of my partners serves as co-lead of the Law & Briefing Committee. Our firm has also taken a leading role in legal briefing in the New York state-court coordinated proceedings. We are as familiar as any law firm in the country with the applicable law in these cases.

**The Resources of SHC**

9. SHC consists of 70 lawyers and approximately 175 technical and paralegal support members. Simmons Hanly Conroy is one of the largest plaintiffs' law firms in the nation involved in asbestos and complex, multiparty litigation on a national level. As we did during my former partner Paul Hanly's tenure as Co-Lead Counsel, my law firm and I stand ready to devote all necessary resources to this litigation. SHC's history

4

Exhibit 1
Declaration of Jayne Conroy

with similar litigation further demonstrates our ability and willingness to devote the resources necessary to financially support this litigation.

10. I respectfully request that the Court appoint me to serve as Co-Lead Counsel in this MDL with Joseph F. Rice and Paul T. Farrell, Jr.

11. Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2021.

                                                                                               Jayne Conroy
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com