Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

**OFFICIAL BUSINESS**

RETURN SERVICE REQUESTED

FILED
JUN 0 4 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Jason Hall
1401 Maryland Avenue
Wilmington, DE. 198-5

1:17md 2804

NIXIE

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

NEOPOST
05/19/2021
US POSTAGE $000