UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | | |
| The County Board of Arlington County, Virginia v. Mallinckrodt PLC, et al., E.D. Virginia, C.A. No. 1:19-01446 | ) ) ) | MDL No. 2804 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*The County Board of Arlington County*) on May 13, 2021.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *The County Board of Arlington County* filed a notice of opposition to the proposed transfer order. Plaintiff has withdrawn its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-195" filed on May 13, 2021, is LIFTED. The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel