UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| This document relates to: | CASE NO.: 1:17-md-02804 |
| Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. v. Purdue Pharma L.P., et. al.<br>Case No. 1:18-op-4136-DAP | JUDGE DAN AARON POLSTER<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff, SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT d/b/a SARASOTA MEMORIAL HEALTH CARE SYSTEM, INC. ("SCPHD"), by and thorough its undersigned counsel, moves this Court for an order allowing David A. Wallace to appear in this Court *pro hac vice* as counsel in the above-styled matter. In support thereof, SCPHD states as follows:

1. The Court's April 11, 2018 Case Management Order One (CMO 1) provides that "[n]o party may file any motion not expressly authorized by this Order absent further Order of this Court or express agreement of the parties." *See* CMO 1 §6(g).

2. David A. Wallace and his law firm the Bentley Law Firm, P.A. have been retained to represent SCPHD as counsel in all proceedings conducted in the above-styled matter.

3. SCPHD is a special taxing district and a subdivision of the state of Florida.

4. SCPHD has brought claims for violations of the Florida Deceptive and Unfair Trade Practices Act (FDUPTA), Public Nuisance, Negligence, Unjust Enrichment, Common Law Fraud and violation of the RICO Act.

5. SCPHD has a vital interest in, and a real need for financial relief from the Defendants.

1

6. David A. Wallace is a member in good standing of the United States District Court, Middle District of Florida, United States Court of Appeals, Eleventh Circuit, and the United States Supreme Court.

7. David A. Wallace is familiar with and will be governed by the Local Rules of the United States District Court, Northern District of Ohio and the Code of Professional Responsibility.

**WHEREFORE**, SCPHD respectfully requests this Honorable Court to enter an order admitting David A. Wallace to practice before this Court *pro hac vice*.

Dated: June 8, 2021.                    **BENTLEY LAW FIRM, P.A.**

_____
**MORGAN R. BENTLEY, ESQ.**
Florida Bar No. 0962287
mbentley@thebentleylawfirm.com
**DAVID A. WALLACE, ESQ.**
Florida Bar No. 0608386
dwallace@thebentleylawfirm.com
783 South Orange Avenue, Third Floor
Sarasota, Florida  34236
Telephone: (941) 556-9030 Facsimile: (941) 312-5316
Secondary Email: mdiven@thebentleylawfirm.com
*Attorneys for Plaintiff Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System*

**WILLIAM E. ROBERTSON, JR., ESQ.**
Florida Bar No. 436607
bill@robertsonlaw.com
P.O. Box 49405
Sarasota, Florida 34230-6405
Telephone: (941) 374-9008
Facsimile: (941) 365-5828
*Attorney for Plaintiff Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| This document relates to: | CASE NO.: 1:17-md-02804 |
| Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. v. Purdue Pharma L.P., et. al.<br>Case No. 1:18-op-4136-DAP | JUDGE DAN AARON POLSTER<br><br>**<u>AFFIDAVIT OF DAVID A. WALLACE, ESQ. IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION</u>** |

I, **DAVID A. WALLACE, ESQ.**, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hoc vice* for Plaintiff, Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc.

I, David A. Wallace, Esq., being duly sworn, do hereby depose and say as follows:

1. 1 am a partner at the Bentley Law Firm P.A.

2. My business address is 783 South Orange Ave., Third Floor, Sarasota, Florida 34236.

3. I have been a member in good standing of the State Bar of Florida since 1986.

4. My Florida State Bar No. is 0608386.

5. A current certificate of good standing from the State of Florida, Supreme Court, is attached to this Affidavit as Exhibit A.

6. I have not been the subject of any disciplinary action by the bar or courts of Florida.

7. I have not been denied admission to the courts of any state or to any federal court.

8. I have read, know and understand the Local Rules of Court the United States District Court for the Northern District of Florida.

9. I have completed the Tutorial of the United States District Court for the Northern District of Ohio.

WHEREFORE, based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

By: _____
DAVID A. WALLACE

SWORN TO AND SUBSCRIBED before me this 8th day of June 2021, by **David A. Wallace**, who is personally known to me or who has produced _____ as identification. If no type of identification is indicated, the above-named person is personally known to me.

_____
Signature of Notary Public

LAURA MORRIS
Print Name of Notary Public

My Commission Expires:



Notary Public State of Florida
Laura Morris
My Commission GG 094732
Expires 06/25/2021



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )          In Re:  0608386
                              David Appleman Wallace
                              Bentley Law Firm, P.A.
                              783 S Orange Ave Ste 300
                              Sarasota, FL 34236-4702

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 24, 1986**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>8th</u> day of **June, 2021**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-137750