UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Montgomery County Board of County Commissioners & the State of Ohio Ex. Rel. Mathias H. Heck, Jr., Prosecuting Attorney v. Cardinal Health, Inc. et al.*,<br>Case No. 1:18-op-46326-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PHARMACY DEFENDANTS' MOTION TO DISMISS
SUPPLEMENTAL COMPLAINT**

Pharmacy Defendants[1] move to dismiss with prejudice the Supplemental and Amended Complaint, Doc. 3738, to the extent that it purports to state a common law claim for public nuisance. For the reasons stated in the accompanying memorandum of law, Plaintiffs lack standing to bring their claims and otherwise fail to state a claim upon which relief can be

---

[1] Walgreens Boots Alliance, Inc.; and Walgreen Co.; CVS Health Corporation; CVS Indiana, L.L.C.; CVS Rx Services, Inc.; CVS TN Distribution, LLC; CVS Pharmacy, Inc.; Ohio CVS Stores, LLC; and Oakwood CVS, Inc.; The Kroger Co.; Kroger Limited Partnership I; and Kroger Limited Partnership II; Rite Aid Corp.; Rite Aid Hdqtrs. Corp.; Rite Aid of Ohio, Inc.; and Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center; Walmart Inc., f/k/a Wal-Mart Stores, Inc.; Wal-Mart Stores East, LP; Wal-Mart Stores East, LLC f/k/a Wal-Mart Stores East, Inc.; WSE Management, LLC; WSE Investment LLC; Sam's East, Inc.; and Sam's West, Inc.

Pursuant to the proposed case management order, Plaintiffs and Defendants have agreed that, following a meet-and-confer process, jurisdictional motions to dismiss, if necessary, will be filed by August 13, 2021. Defendants file this motion without waiver of and expressly reserving the right to make any such arguments.

Pursuant to Rule 12(a)(1)(A)(ii) and by agreement of the parties, Meijer will file any motion to dismiss or joinder (other than on jurisdictional grounds) by August 6, 2021, which is the date set for Meijer's response under the Rule 4 Waiver of Service.

granted. This Motion only addresses the public nuisance claims; arguments addressing other causes of action will be briefed at a later time and are expressly preserved.

Dated:  June 18, 2021                                   Respectfully submitted,

/s/    *Tara A. Fumerton*
Tara A. Fumerton
Tina M. Tabacchi
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc., f/k/a Wal-Mart Stores, Inc.; Wal-Mart Stores East, LP; WSE Management, LLC; WSE Investment LLC; and Wal-Mart Stores East, Inc.*

/s/    *Alexandra W. Miller* (consent)
Alexandra W. Miller
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: smiller@zuckerman.com
E-mail: edelinsky@zuckerman.com

*Attorneys for CVS Health Corporation; CVS Pharmacy, Inc.; CVS Indiana, L.L.C.; CVS Rx Services, Inc.; CVS TN Distribution, LLC; Ohio CVS Stores LLC; and Oakwood CVS, Inc.*

/s/    *Ronda L. Harvey* (consent)
Ronda L. Harvey Esq. (WVSB 6326)
Fazal A. Shere, Esq. (WVSB 5433)
Jennifer B. Hagedorn (WVSB 8879)

2

BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
Phone: (304) 347-1100
Fax: (304) 343-2867
E-mail: rharvey@bowlesrice.com
E-mail: fshere@bowlesrice.com
E-mail: jhagedorn@bowlesrice.com

*Attorneys for Defendants The Kroger Co.; Kroger Limited Partnership I; and Kroger Limited Partnership II*


/s/     *Kelly A. Moore* (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-4824
Fax: (215) 963-5001
E-mail: john.lavelle@morganlewis.com

*Attorneys for Rite Aid Corp.; Rite Aid Hdqtrs. Corp.; Rite Aid of Ohio, Inc.; and Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center*


/s/     *Kaspar J. Stoffelmayr* (consent)
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten A. Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654

Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: brian.swanson@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com
E-mail: sharon.desh@bartlitbeck.com
E-mail: sten.jernudd@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
E-mail: alex.harris@bartlitbeck.com

*Attorneys for Walgreens Boots Alliance, Inc.; and Walgreen Co.*

4

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on June 18, 2021.

/s/ *Tara A. Fumerton*
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Counsel for Walmart Inc.*