# EXHIBIT A

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Statewide: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| 33,521 | 42.59% | 4,978,800 |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Age Group



| | | |
|---|---|---|
| 0-19 | 8.97% | 258,880 |
| 20-29 | 33.63% | 522,300 |
| 30-39 | 40.65% | 600,488 |
| 40-49 | 46.99% | 651,800 |
| 50-59 | 55.52% | 856,103 |
| 60-64 | 66.20% | 527,266 |
| 65-69 | 74.91% | 499,556 |
| 70-74 | 79.82% | 416,949 |
| 75-79 | 76.47% | 273,446 |
| 80+ | 74.48% | 372,012 |

**View Count By**
Select to view counts by daily or cumulative
Daily Total



Residency Not Reported
6,700

Residents of Other States - Vaccinated in Ohio
130,645

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

**Ex. A, Page 1**

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-15



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Statewide: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**22,225**

Vaccine Completed** By Population
**42.29%**

Vaccine Completed**, Total
**4,943,253**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,535**

Residents of Other States - Vaccinated in Ohio
**129,722**

### Key Metrics
Select to view key demographic groups
Ethnicity



| | | |
|---|---|---|
| Not Hispanic or Latino | 34.81% | 3,904,904 |
| Unknown | NA | 894,173 |
| Hispanic or Latino | 30.65% | 144,176 |

### View Count By
Select to view counts by daily or cumulative
Daily Total



* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine. A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

**Ex. A, Page 2**

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-15

**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Statewide: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**22,225**

Vaccine Completed** By Population
**42.29%**

Vaccine Completed**, Total
**4,943,253**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,535**

Residents of Other States - Vaccinated in Ohio
**129,722**

### Key Metrics
Select to view key demographic groups
Race

| | | |
|---|---|---|
| White | 40.86% | 3,903,405 |
| Unknown | NA | 216,651 |
| Other | NA | 235,421 |
| Black or African American | 25.74% | 392,683 |
| Asian | 54.18% | 157,926 |
| American Indian Alaska Nati.. | 33.15% | 11,273 |
| Native Hawaiian Pacific Islan.. | 56.09% | 3,957 |
| Multiracial | 7.88% | 21,937 |

### View Count By
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# **State of Ohio** | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-15



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## **Statewide:** Vaccine Status
By Total and % of Population



| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **22,225** | **42.29%** | **4,943,253** |

### **Click County to Filter Metrics**
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Sex

| Female | 44.64% | 2,659,847 |
|---|---|---|
| Male | 38.42% | 2,201,449 |
| Unknown | NA | 81,957 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



| Residency Not Reported | Residents of Other States - Vaccinated in Ohio |
|---|---|
| **6,535** | **129,722** |

* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Ashland County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**183**

Vaccine Completed** By Population
**29.78%**

Vaccine Completed**, Total
**15,927**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

### Key Metrics
Select to view key demographic groups


Age Group

| Age Group | % | Count |
|---|---|---|
| 0-19 | 3.45% | 476 |
| 20-29 | 16.83% | 1,178 |
| 30-39 | 23.15% | 1,362 |
| 40-49 | 27.23% | 1,612 |
| 50-59 | 37.65% | 2,569 |
| 60-64 | 49.75% | 1,896 |
| 65-69 | 60.92% | 1,955 |
| 70-74 | 69.51% | 1,730 |
| 75-79 | 66.68% | 1,307 |
| 80+ | 71.28% | 1,842 |

### View Count By
Select to view counts by daily or cumulative
Cumulative Total





\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Ashland County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**183**

Vaccine Completed** By Population
**29.78%**

Vaccine Completed**, Total
**15,927**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Ethnicity



| | | |
|---|---|---|
| Not Hispanic or Latino | 23.89% | 12,585 |
| Unknown | NA | 3,157 |
| Hispanic or Latino | 22.95% | 185 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Ashland County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****
**183**

Vaccine Completed** By
Population
**29.78%**

Vaccine Completed**, Total
**15,927**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Race

| | | |
|---|---|---|
| White | 26.38% | 13,647 |
| Unknown | NA | 1,360 |
| Other | NA | 524 |
| Black or African American | 19.70% | 91 |
| Asian | 68.91% | 266 |
| American Indian Alaska Nati.. | 9.46% | 14 |
| Native Hawaiian Pacific Islan.. | 18.42% | 7 |
| Multiracial | 2.52% | 18 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Ashland County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| 183 | 29.78% | 15,927 |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**

**Key Metrics**
Select to view key demographic groups
Sex



| | | |
|---|---|---|
| Female | 32.88% | 8,942 |
| Male | 26.01% | 6,837 |
| Unknown | NA | 148 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
6,700

Residents of Other States - Vaccinated in Ohio
130,645

* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Ashtabula County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**195**

Vaccine Completed** By Population
**37.76%**

Vaccine Completed**, Total
**36,716**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Age Group



| Age Group | % | Count |
|---|---|---|
| 0-19 | 6.15% | 1,440 |
| 20-29 | 22.28% | 2,507 |
| 30-39 | 29.45% | 3,220 |
| 40-49 | 37.46% | 4,305 |
| 50-59 | 48.27% | 6,664 |
| 60-64 | 60.68% | 4,402 |
| 65-69 | 74.00% | 4,593 |
| 70-74 | 75.81% | 3,695 |
| 75-79 | 71.78% | 2,523 |
| 80+ | 74.99% | 3,367 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16

CSV

**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Ashtabula County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****
**195**

Vaccine Completed** By
Population
**37.76%**

Vaccine Completed**, Total
**36,716**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**

**Key Metrics**
Select to view key demographic groups
Ethnicity

| | | |
|---|---|---|
| Not Hispanic or Latino | 27.46% | 25,516 |
| Unknown | NA | 10,138 |
| Hispanic or Latino | 24.59% | 1,062 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Ashtabula County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| 195 | 37.76% | 36,716 |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Race



| | | |
|---|---|---|
| White | 35.54% | 32,157 |
| Unknown | NA | 2,005 |
| Other | NA | 1,179 |
| Black or African American | 25.98% | 965 |
| Asian | 32.49% | 154 |
| American Indian Alaska Nati... | 17.89% | 56 |
| Native Hawaiian Pacific Islan... | 35.56% | 16 |
| Multiracial | 8.30% | 184 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine. A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups. Data reported to the Ohio Department of Health. All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16

**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Ashtabula County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****
**195**

Vaccine Completed** By
Population
**37.76%**

Vaccine Completed**, Total
**36,716**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**

Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Sex

| | | |
|---|---|---|
| Female | 39.18% | 18,875 |
| Male | 32.43% | 15,916 |
| Unknown | NA | 1,925 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Crawford County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****

**61**

Vaccine Completed** By
Population

**33.60%**

Vaccine Completed**, Total

**13,941**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Age Group



| Age Group | % | Count |
|-----------|------|-------|
| 0-19 | 3.26% | 320 |
| 20-29 | 17.63% | 844 |
| 30-39 | 22.71% | 1,004 |
| 40-49 | 29.37% | 1,470 |
| 50-59 | 41.81% | 2,330 |
| 60-64 | 55.36% | 1,668 |
| 65-69 | 66.75% | 1,809 |
| 70-74 | 72.71% | 1,572 |
| 75-79 | 73.87% | 1,230 |
| 80+ | 72.58% | 1,694 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the "Vaccine Started" category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the "Vaccine Completed" category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Crawford County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****
**61**

Vaccine Completed** By
Population
**33.60%**

Vaccine Completed**, Total
**13,941**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Ethnicity



| | | |
|---|---|---|
| Not Hispanic or Latino | 25.91% | 10,558 |
| Unknown | NA | 3,240 |
| Hispanic or Latino | 19.19% | 143 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

Ex. A, Page 14

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Crawford County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| 61 | 33.60% | 13,941 |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Race

| | | |
|---|---|---|
| White | 32.41% | 12,990 |
| Unknown | NA | 431 |
| Other | NA | 348 |
| Black or African American | 14.70% | 66 |
| Asian | 27.64% | 68 |
| American Indian Alaska Nati.. | 12.61% | 14 |
| Native Hawaiian Pacific Islan.. | 4.26% | 2 |
| Multiracial | 3.94% | 22 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Crawford County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **61** | **33.60%** | **13,941** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Residency Not Reported**
6,700

**Residents of Other States - Vaccinated in Ohio**
130,645

**Key Metrics**
Select to view key demographic groups
Sex



| | | |
|---|---|---|
| Female | 36.09% | 7,661 |
| Male | 30.63% | 6,207 |
| Unknown | NA | 73 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Cuyahoga County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| 3,202 | 47.13% | 582,137 |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Age Group



| Age Group | % | Count |
|---|---|---|
| 0-19 | 11.24% | 31,839 |
| 20-29 | 38.98% | 66,427 |
| 30-39 | 47.42% | 75,807 |
| 40-49 | 52.44% | 73,105 |
| 50-59 | 60.31% | 98,986 |
| 60-64 | 69.51% | 61,079 |
| 65-69 | 76.38% | 56,127 |
| 70-74 | 81.09% | 45,454 |
| 75-79 | 75.60% | 29,618 |
| 80+ | 71.05% | 43,695 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



| Residency Not Reported | Residents of Other States - Vaccinated in Ohio |
|---|---|
| 6,700 | 130,645 |

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Cuyahoga County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****

**3,202**

Vaccine Completed** By
Population

**47.13%**

Vaccine Completed**, Total

**582,137**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Ethnicity



| | | |
|---|---|---|
| Not Hispanic or Latino | 38.90% | 450,360 |
| Unknown | NA | 104,917 |
| Hispanic or Latino | 34.73% | 26,860 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine. A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups. Data reported to the Ohio Department of Health. All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated: 2021-06-16**



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Cuyahoga County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **3,202** | **47.13%** | **582,137** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Race

| | | |
|---|---|---|
| White | 51.50% | 404,039 |
| Unknown | NA | 15,068 |
| Other | NA | 33,549 |
| Black or African American | 26.59% | 100,241 |
| Asian | 59.39% | 24,622 |
| American Indian Alaska Nati.. | 45.57% | 1,472 |
| Native Hawaiian Pacific Islan.. | 74.62% | 391 |
| Multiracial | 9.70% | 2,755 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Cuyahoga County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****

**3,202**

Vaccine Completed** By
Population

**47.13%**

Vaccine Completed**, Total

**582,137**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Sex



| | | |
|---|---|---|
| Female | 49.21% | 317,940 |
| Male | 44.02% | 259,277 |
| Unknown | NA | 4,920 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Geauga County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**263**

Vaccine Completed** By Population
**47.74%**

Vaccine Completed**, Total
**44,707**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Age Group



| Age Group | % | Count |
|---|---|---|
| 0-19 | 12.09% | 2,821 |
| 20-29 | 36.00% | 3,497 |
| 30-39 | 44.11% | 3,877 |
| 40-49 | 49.99% | 5,307 |
| 50-59 | 59.14% | 8,327 |
| 60-64 | 71.01% | 5,187 |
| 65-69 | 76.93% | 4,815 |
| 70-74 | 78.02% | 3,975 |
| 75-79 | 81.16% | 2,989 |
| 80+ | 82.08% | 3,912 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16

**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Geauga County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****
**263**

Vaccine Completed** By
Population
**47.74%**

Vaccine Completed**, Total
**44,707**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Residency Not Reported**
6,700

**Residents of Other States -
Vaccinated in Ohio**
130,645

**Key Metrics**
Select to view key demographic groups
Ethnicity



| | | |
|---|---|---|
| Not Hispanic or Latino | 40.03% | 36,869 |
| Unknown | NA | 7,116 |
| Hispanic or Latino | 46.97% | 722 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

**Ex. A, Page 22**

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Geauga County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **263** | **47.74%** | **44,707** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Race

| | | |
|---|---|---|
| White | 45.56% | 41,349 |
| Unknown | NA | 799 |
| Other | NA | 1,344 |
| Black or African American | 44.80% | 521 |
| Asian | 60.48% | 381 |
| American Indian Alaska Nati.. | 46.46% | 59 |
| Native Hawaiian Pacific Islan.. | 52.94% | 9 |
| Multiracial | 25.41% | 245 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



| Residency Not Reported | Residents of Other States - Vaccinated in Ohio |
|---|---|
| **6,700** | **130,645** |

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16

**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Geauga County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**263**

Vaccine Completed** By Population
**47.74%**

Vaccine Completed**, Total
**44,707**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**

### Key Metrics
Select to view key demographic groups
Sex

| | | |
|---|---|---|
| Female | 50.71% | 23,894 |
| Male | 44.07% | 20,507 |
| Unknown | NA | 306 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total

Individuals***
40K
20K
0K

Dec 18, 20 — Jun 12, 21

Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Lake County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****
**671**

Vaccine Completed** By
Population
**48.52%**

Vaccine Completed**, Total
**111,662**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Age Group



| Age Group | % | Count |
|---|---|---|
| 0-19 | 11.07% | 5,573 |
| 20-29 | 37.90% | 10,280 |
| 30-39 | 46.21% | 12,526 |
| 40-49 | 50.93% | 13,811 |
| 50-59 | 59.65% | 19,692 |
| 60-64 | 69.43% | 12,539 |
| 65-69 | 78.26% | 11,666 |
| 70-74 | 80.43% | 9,737 |
| 75-79 | 77.12% | 6,725 |
| 80+ | 78.30% | 9,113 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Lake County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **671** | **48.52%** | **111,662** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Residency Not Reported**
6,700

**Residents of Other States - Vaccinated in Ohio**
130,645

**Key Metrics**
Select to view key demographic groups
Ethnicity



| | | |
|---|---|---|
| Not Hispanic or Latino | 41.75% | 91,591 |
| Unknown | NA | 16,976 |
| Hispanic or Latino | 28.69% | 3,095 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Lake County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| 671 | 48.52% | 111,662 |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
6,700

Residents of Other States - Vaccinated in Ohio
130,645

**Key Metrics**
Select to view key demographic groups
Race

| | | |
|---|---|---|
| White | 47.32% | 99,805 |
| Unknown | NA | 1,648 |
| Other | NA | 4,630 |
| Black or African American | 28.48% | 3,143 |
| Asian | 54.58% | 1,896 |
| American Indian Alaska Nati.. | 46.82% | 228 |
| Native Hawaiian Pacific Islan.. | 90.48% | 57 |
| Multiracial | 6.10% | 255 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Lake County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**671**

Vaccine Completed** By Population
**48.52%**

Vaccine Completed**, Total
**111,662**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Sex



| | | |
|---|---|---|
| Female | 51.94% | 61,210 |
| Male | 44.47% | 49,937 |
| Unknown | NA | 515 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total





\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Lorain County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **1,112** | **45.98%** | **142,447** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups

Age Group



| Age Group | % | Count |
|---|---|---|
| 0-19 | 11.06% | 8,341 |
| 20-29 | 33.22% | 12,120 |
| 30-39 | 41.73% | 15,057 |
| 40-49 | 50.76% | 19,565 |
| 50-59 | 59.10% | 25,445 |
| 60-64 | 70.19% | 15,463 |
| 65-69 | 77.08% | 14,561 |
| 70-74 | 83.73% | 12,684 |
| 75-79 | 83.81% | 8,470 |
| 80+ | 76.44% | 10,741 |

**View Count By**
Select to view counts by daily or cumulative

Cumulative Total



| Residency Not Reported | Residents of Other States - Vaccinated in Ohio |
|---|---|
| **6,700** | **130,645** |

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16

**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Lorain County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****
**1,112**

Vaccine Completed** By
Population
**45.98%**

Vaccine Completed**, Total
**142,447**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Ethnicity



Not Hispanic or Latino        40.88%        113,501

Unknown        NA        19,906

Hispanic or Latino        28.09%        9,040

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16

**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Lorain County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change
from Last 24 Hours****
**1,112**

Vaccine Completed** By
Population
**45.98%**

Vaccine Completed**, Total
**142,447**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**

**Key Metrics**
Select to view key demographic groups
Sex

| | | |
|---|---|---|
| Female | 48.72% | 76,689 |
| Male | 41.88% | 63,833 |
| Unknown | NA | 1,925 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine. A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups. Data reported to the Ohio Department of Health. All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Lorain County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **1,112** | **45.98%** | **142,447** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States -
Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Race

| | | |
|---|---|---|
| White | 45.19% | 120,633 |
| Unknown | NA | 3,719 |
| Other | NA | 7,594 |
| Black or African American | 24.64% | 6,850 |
| Asian | 53.38% | 2,245 |
| American Indian Alaska Nati.. | 29.06% | 347 |
| Native Hawaiian Pacific Islan.. | 51.10% | 116 |
| Multiracial | 9.95% | 943 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Medina County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| 602 | 47.99% | 86,261 |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Key Metrics**
Select to view key demographic groups
Age Group



| Age Group | % | Count |
|---|---|---|
| 0-19 | 12.04% | 5,242 |
| 20-29 | 39.28% | 7,451 |
| 30-39 | 44.70% | 9,509 |
| 40-49 | 51.77% | 12,066 |
| 50-59 | 60.04% | 16,009 |
| 60-64 | 70.67% | 9,037 |
| 65-69 | 77.33% | 8,435 |
| 70-74 | 82.59% | 7,397 |
| 75-79 | 83.78% | 5,037 |
| 80+ | 83.12% | 6,078 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



| Residency Not Reported | Residents of Other States - Vaccinated in Ohio |
|---|---|
| 6,700 | 130,645 |

* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

**State of Ohio** | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Medina County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **602** | **47.99%** | **86,261** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Ethnicity



| | | |
|---|---|---|
| Not Hispanic or Latino | 40.21% | 70,621 |
| Unknown | NA | 14,180 |
| Hispanic or Latino | 35.31% | 1,460 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the "Vaccine Started" category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the "Vaccine Completed" category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Medina County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| 602 | 47.99% | 86,261 |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
6,700

Residents of Other States - Vaccinated in Ohio
130,645

**Key Metrics**
Select to view key demographic groups
Race

| White | 45.77% | 78,630 |
|---|---|---|
| Unknown | NA | 1,967 |
| Other | NA | 3,275 |
| Black or African American | 32.81% | 883 |
| Asian | 50.26% | 1,171 |
| American Indian Alaska Nati.. | 31.54% | 117 |
| Native Hawaiian Pacific Islan.. | 65.96% | 31 |
| Multiracial | 7.46% | 187 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Medina County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|:---:|:---:|:---:|
| **602** | **47.99%** | **86,261** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Sex



| Female | 51.30% | 46,543 |
| Male | 44.09% | 39,251 |
| Unknown | NA | 467 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Richland County: Vaccine Status
By Total and % of Population

Vaccine Completed**, Change from Last 24 Hours****
**211**

Vaccine Completed** By Population
**31.58%**

Vaccine Completed**, Total
**38,259**

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Age Group



| Age Group | % | Count |
|---|---|---|
| 0-19 | 3.92% | 1,132 |
| 20-29 | 15.66% | 2,436 |
| 30-39 | 23.06% | 3,329 |
| 40-49 | 30.77% | 4,430 |
| 50-59 | 40.96% | 6,397 |
| 60-64 | 53.31% | 4,462 |
| 65-69 | 65.78% | 4,791 |
| 70-74 | 69.10% | 4,178 |
| 75-79 | 66.88% | 2,849 |
| 80+ | 67.00% | 4,255 |



**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Richland County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|:---:|:---:|:---:|
| **211** | **31.58%** | **38,259** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Residency Not Reported**
6,700

**Residents of Other States - Vaccinated in Ohio**
130,645

**Key Metrics**
Select to view key demographic groups
Ethnicity



| | | |
|:---|:---:|---:|
| Not Hispanic or Latino | 23.00% | 27,293 |
| Unknown | NA | 10,558 |
| Hispanic or Latino | 16.38% | 408 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
** Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
***A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
****The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Richland County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|---|---|---|
| **211** | **31.58%** | **38,259** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



**Residency Not Reported**
6,700

**Residents of Other States - Vaccinated in Ohio**
130,645

**Key Metrics**
Select to view key demographic groups
Race

| White | 30.12% | 31,761 |
|---|---|---|
| Unknown | NA | 2,759 |
| Other | NA | 1,189 |
| Black or African American | 17.54% | 2,038 |
| Asian | 38.07% | 367 |
| American Indian Alaska Nati.. | 24.75% | 73 |
| Native Hawaiian Pacific Islan.. | 40.00% | 24 |
| Multiracial | 1.73% | 48 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.

# State of Ohio | COVID-19 Vaccine Dashboard

**Last Updated:** 2021-06-16



**View By**
Select to view by Vaccine Started or Completed
Vaccine Completed**

## Richland County: Vaccine Status
By Total and % of Population

| Vaccine Completed**, Change from Last 24 Hours**** | Vaccine Completed** By Population | Vaccine Completed**, Total |
|:---:|:---:|:---:|
| **211** | **31.58%** | **38,259** |

### Click County to Filter Metrics
Counties are colored by % of Population with Vaccine Completed**



Residency Not Reported
**6,700**

Residents of Other States - Vaccinated in Ohio
**130,645**

**Key Metrics**
Select to view key demographic groups
Sex



| | | |
|---|---|---|
| Female | 34.36% | 20,478 |
| Male | 26.50% | 16,312 |
| Unknown | NA | 1,469 |

**View Count By**
Select to view counts by daily or cumulative
Cumulative Total



\* Indicates that an individual has received at least one valid dose of COVID-19 vaccine.
\*\* Indicates that an individual has received all recommended COVID-19 vaccine doses and is considered fully immunized; specific requirements (number of doses, spacing, age restrictions) may vary depending on COVID-19 vaccine brand.
\*\*\*A person is counted in the 'Vaccine Started' category on the day that they receive their first valid dose of COVID-19 vaccine.  A person is counted in the 'Vaccine Completed' category on the day that they get their final recommended valid dose of COVID-19 vaccine. All dates on this dashboard indicate the date the vaccine was administered.
\*\*\*\*The number of confirmed valid vaccines identified by ODH over the last 24 hours ending at 6 am daily. Although most vaccines are identified within 24 hours of the vaccine administration date, some may take longer to be reported.

Population data as reported by the US Census Bureau. There are no population estimates for "Unknown" or "Other" demographic groups, so there is no percentage of population for those groups.  Data reported to the Ohio Department of Health.  All data displayed are preliminary and subject to change as more information is reported to ODH.