UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Three Cases* | MDL 2804<br><br>Case No. 1:17-MD-2804<br><br>Judge Dan Aaron Polster<br><br>**ORDER REGARDING PHARMACY DEFENDANTS' MOTION FOR RECONSIDERATION** |

On June 2, 2021, the Court indicated that, to ensure the safety of everyone involved in the upcoming Track Three trial, it was inclined to allow only individuals who are fully-vaccinated against COVID-19 to serve as jurors. The Court asked the parties for their positions on this topic; Plaintiffs agreed, while Defendants asked for more time to consider it. Having heard nothing from Defendants, the Court issued a Civil Jury Trial Order for the Track Three Cases on June 14, 2021 providing that "the Court will only allow individuals who have been fully vaccinated against COVID-19 to serve as jurors." Doc. 3758 at 3.

On June 21, 2021, Pharmacy Defendants filed a motion for reconsideration (Doc. 3763), arguing in part that this provision would create substantial risk that a jury pool drawn solely from vaccinated persons would violate the requirement that a jury represent a fair cross-section of the local community. Doc. 3763 at 6–8. On June 22, 2021, Plaintiffs filed a response stating they do not oppose Pharmacy Defendants' motion for reconsideration. Doc. 3763.

Pharmacy Defendants make good points. Accordingly, the motion for reconsideration is **GRANTED**. The Court will not automatically disqualify prospective jurors who are not

vaccinated. The Court will later discuss with counsel the extent to which they may inquire about vaccination status on the jury questionnaire and at voir dire.

    **IT IS SO ORDERED.**

                                                **/s/ Dan Aaron Polster  June 23, 2021**
                                                **DAN AARON POLSTER**
                                                **UNITED STATES DISTRICT JUDGE**