# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION ) ) ) | MDL NO. 2804<br>Case No. 1:17-md-02804 |
| THIS DOCUMENT RELATES TO: ) ) | |
| *Henry County, Georgia v. Purdue Pharma, LP et al.*<br>Case No. 1:18-op-46310-DAP ) ) ) | |

## SUGGESTION OF DEATH

Undersigned counsel hereby suggests upon the record the death of Defendant Narendra Nagareddy, M.D.

Respectfully submitted, this 6th day of July, 2021.

> */s/ Anthony L. Cochran*
> Anthony L. Cochran
> Georgia Bar No. 172425
> SMITH, GAMBRELL & RUSSELL, LLP
> 1230 Peachtree Street, NE, Suite 3100
> Atlanta, Georgia  30309
> (404) 815-3799 (telephone)
> (404) 685-7099 (facsimile)
> acochran@sgrlaw.com
>
> *Attorneys for Defendant*
> *Narendra Nagareddy, M.D.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

>  */s/ Anthony L. Cochran*
> Anthony L. Cochran
> Georgia Bar No. 172425
> SMITH, GAMBRELL & RUSSELL, LLP
> 1230 Peachtree Street, NE, Suite 3100
> Atlanta, Georgia  30309
> (404) 815-3799 (telephone)
> (404) 685-7099 (facsimile)
> acochran@sgrlaw.com
>
> *Attorneys for Defendant*
> *Narendra Nagareddy, M.D.*