**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *Montgomery County Board of County Commissioners, et al. v. Cardinal Health, Inc., et al.* (N.D. Ohio Case No. 18-op-46326) | Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff Montgomery County Board of County Commissioners hereby moves to dismiss Defendant CVS Health Corporation from *Montgomery County Board of County Commissioners, et al. v. Cardinal Health, Inc., et al.* (N.D. Ohio Case No. 18-op-46326) without prejudice. CVS Health Corporation does not oppose this motion.

WHEREFORE, Plaintiff Montgomery County respectfully requests that the Court grant this motion and dismiss CVS Health Corporation from the *Montgomery County Board of County Commissioners* case without prejudice.

Date: July 8, 2021

Respectfully submitted,

*/s/* Mathias H. Heck, Jr.
Mathias H. Heck, Jr., (0014171)
Montgomery County Prosecuting Attorney
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 225-5599
Fax Number: (937) 225-4822
E-mail: heckm@mcohio.org

Attorney for Montgomery County

*/s/* Ward C. Barrentine
Ward C. Barrentine, (0074366)
Chief Assistant Prosecuting Attorney - Civil Division
Montgomery County Prosecutor's Office
301 West Third Street
4th Floor, Suite 461
Dayton, Ohio 45422
Telephone: (937) 496-7797
E-mail: BarrentinW@mcohio.org
Attorney for Montgomery County

MOTLEY RICE, LLC
/s/ Linda Singer
Linda Singer
Elizabeth Smith
Motley Rice LLC
401 9thStreet NW
Suite 1001
Washington, DC 20004
(202) 386-9626
lsinger@motleyrice.com
esmith@motleyrice.com
Pro hac vices to be submitted
Attorney for Montgomery County

Michael Elsner
Lisa Saltzburg
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
(843) 216-9000
melsner@motleyrice.com
lsaltzburg@motleyrice.com
Pro hac vices to be submitted
Attorneys for Montgomery County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. The foregoing will be served on counsel of record.

*/s Lisa Saltzburg*