**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

THIS DOCUMENT RELATES TO:

*"Track Seven : Montgomery County, OH"*[1]

|

**MDL No. 2804**
**Case No. 17-md-2804**

**Judge Dan Aaron Polster**

## STIPULATION OF DISMISSAL AS TO CERTAIN WALMART DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned stipulate that Wal-Mart Stores East, LP, Wal-Mart Stores East, LLC, Wal-Mart Stores East, Inc., WSE Management, LLC, WSE Investment LLC, Sam's East, Inc., and Sam's West, Inc. are hereby dismissed with prejudice from the Track Seven case, with each party to bear its own fees and costs. Walmart Inc. agrees and stipulates that it will not dispute liability or damages on the ground that the dismissed Walmart entities, rather than Walmart Inc., are not named defendants in the Track Seven case.

---

[1] The Track Seven case is *The Montgomery Cnty. Bd. of Cnty. Comm'rs, et al. v. Cardinal Health, Inc., et al.*, Case No. 1:18-op-46326-DAP (N.D. Ohio).

July 9, 2021

/s/ Mathias H. Heck, Jr.
Mathias H. Heck, Jr. (0014171)
Montgomery County Prosecuting Attorney
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 225-5599
Fax Number: (937) 225-4822
E-mail: heckm@mcohio.org

*Attorney for Montgomery County*

/s/ Ward C. Barrentine
Ward C. Barrentine (0074366)
Chief Assistant Prosecuting Attorney - Civil Division
Montgomery County Prosecutor's Office
301 West Third Street
4th Floor, Suite 461
Dayton, Ohio 45422
Telephone: (937) 496-7797
E-mail: BarrentinW@mcohio.org

*Attorney for Montgomery County*

/s/ Linda Singer
Linda Singer
Elizabeth Smith
Motley Rice LLC
401 9th Street NW
Suite 1001
Washington, DC 20004
(202) 386-9626
E-mail: lsinger@motleyrice.com
        esmith@motleyrice.com

Michael Elsner
Lisa Saltzburg
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
(843) 216-9000
E-mail: melsner@motleyrice.com
        lsaltzburg@motleyrice.com

*Attorneys for Montgomery County*

/s/ Tara Fumerton
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
        tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 9, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

            __/s/ *Tara Fumerton*_____
            Tara A. Fumerton

            Counsel for Walmart Inc.