```
        RE: Case No. 19-0783                DATE: 10/18/2019
        COA #: 01-19-00550-CV              TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.


```
                    MS. HEATHER  DAVIS
                    SIMON GREENSTONE PANATIER, P.C.
                    1201 ELM ST STE 3400
                    DALLAS, TX  75270-2126
                    * DELIVERED VIA E-MAIL *
```

```
        RE: Case No. 19-0783                DATE: 10/18/2019
        COA #: 01-19-00550-CV               TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.


                        MR. W. MARK LANIER
                        THE LANIER LAW FIRM, P.C.
                        10940 W. SAM HOUSTON PKWY. N.
                        SUITE 100
                        HOUSTON, TX  77064-5768
                        * DELIVERED VIA E-MAIL *

```
         RE: Case No. 19-0783                    DATE: 10/18/2019
         COA #: 01-19-00550-CV                   TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                         MR. RUSSELL  RODEN
                         ASSISTANT DISTRICT ATTORNEY
                         133 N. RIVERFRONT BOULEVARD., LB 19
                         12770 COIT RD
                         DALLAS, TX  75207
                         * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0783                    DATE: 10/18/2019
COA #: 01-19-00550-CV                   TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                 MS. KATHRYN J. GILLIAM
                 DISTRICT ATTORNEY
                 P. O. BOX 413
                 MARLIN, TX  76661-0229
                 * DELIVERED VIA E-MAIL *

RE: Case No. 19-0783                    DATE: 10/18/2019
COA #: 01-19-00550-CV                   TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

 

DISTRICT CLERK  HARRIS COUNTY
HARRIS COUNTY CIVIL COURTHOUSE
P.O. BOX 4651
HOUSTON, TX  77210
* DELIVERED VIA E-MAIL *

RE: Case No. 19-0783        DATE: 10/18/2019
COA #: 01-19-00550-CV        TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

              MS. NOELLE MARIE REED
              SKADDEN ARPS SLATE MEAGHER & FLOM LLP
              1000 LOUISIANA, SUITE 6800
              HOUSTON, TX  77002
              * DELIVERED VIA E-MAIL *

RE: Case No. 19-0783                    DATE: 10/18/2019
COA #: 01-19-00550-CV                   TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        MR. MICHAEL H. BERNICK
                        REED SMITH LLP
                        811 MAIN STREET, SUITE 1700
                        HOUSTON, TX  77002
                        * DELIVERED VIA E-MAIL *

```
          RE: Case No. 19-0783                DATE: 10/18/2019
          COA #: 01-19-00550-CV               TC#: 2018-63587
   STYLE: IN RE DISTRIBUTORS
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MR. TYLER  DOYLE
                    SMYSER KAPLAN & VESELKA, L.L.P.
                    700 LOUISIANA, SUITE 2300
                    HOUSTON, TX  77002-2740
                    * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0783                    DATE: 10/18/2019
COA #: 01-19-00550-CV                   TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

                MR. RICHARD  DODD
                RICHARD A. DODD LLC
                312 SOUTH HOUSTON AVENUE
                CAMERON, TX  76520
                * DELIVERED VIA E-MAIL *

```
        RE: Case No. 19-0783              DATE: 10/18/2019
        COA #: 01-19-00550-CV            TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                    JODEE  NEIL
                    SIMON GREENSTONE PANATIER, PC
                    1201 ELM ST STE 3400
                    DALLAS, TX  75270-2126
                    * DELIVERED VIA E-MAIL *

FILE COPY

```
       RE: Case No. 19-0783                  DATE: 10/18/2019
       COA #: 01-19-00550-CV                 TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MR. MATTHEW  RALEY
                    BAKERHOSTETLER
                    811 MAIN ST STE 1100
                    HOUSTON, TX  77002-6111
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0783                DATE: 10/18/2019
        COA #: 01-19-00550-CV               TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        MR. CHARLES STANTON PERRY
                        REED SMITH LLP
                        811 MAIN STREET
                        SUITE 1700
                        HOUSTON, TX  77002
                        * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 19-0783                    DATE: 10/18/2019
        COA #: 01-19-00550-CV                    TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.


```
                        MS. DARA LYNN GRISBEE HEGAR
                        THE LANIER LAW FIRM
                        P.O. BOX 691448
                        HOUSTON, TX  77269-1448
                        * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 19-0783     DATE: 10/18/2019
  COA #: 01-19-00550-CV     TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

  Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




       MS. JANE M. N. WEBRE
       SCOTT DOUGLASS & MCCONNICO LLP
       303 COLORADO STREET, SUITE 2400
       AUSTIN, TX  78701-2589
       * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 19-0783              DATE: 10/18/2019
        COA #: 01-19-00550-CV            TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

     Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MS. MICHELLE S. STRATTON
                    SMYSER KAPLAN & VESELKA, LLP
                    700 LOUISIANA STREET, SUITE 2300
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0783              DATE: 10/18/2019
        COA #: 01-19-00550-CV            TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                    MR. DAVID ISAAK
                    GERGER & CLARKE
                    1001 FANNIN STREET, SUITE 1950
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *
```

```
        RE: Case No. 19-0783           DATE: 10/18/2019
        COA #: 01-19-00550-CV          TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MS. MARY  BALASTER
                    REED SMITH LLP
                    811 MAIN ST STE 1700
                    HOUSTON, TX  77002-6110
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0783              DATE: 10/18/2019
        COA #: 01-19-00550-CV             TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

    Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MS. DUSTANNA HYDE RABE
                    HOPKINS COUNTY ATTORNEY
                    128 JEFFERSON STREET, SUITE B
                    SULPHUR SPRINGS, TX  75482
                    * DELIVERED VIA E-MAIL *
```

                RE: Case No. 19-0783                    DATE: 10/18/2019
                COA #: 01-19-00550-CV                   TC#: 2018-63587
        STYLE: IN RE DISTRIBUTORS

            Today the Supreme Court of Texas denied the Emergency
        Motion to Temporarily Stay and denied the petition for writ
        of mandamus in the above-referenced case.




                            MR. REID WM. MARTIN
                            MARTIN WALKER, P.C.
                            THE ARCADIA THEATER
                            121 N. SPRING AVENUE
                            TYLER, TX  75702
                            * DELIVERED VIA E-MAIL *

RE: Case No. 19-0783                    DATE: 10/18/2019
COA #: 01-19-00550-CV                    TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                    MR. CRAIG  SMYSER
                    SMYSER KAPLAN & VESELKA, L.L.P.
                    700 LOUISIANA, SUITE 2300
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *

RE: Case No. 19-0783                    DATE: 10/18/2019
COA #: 01-19-00550-CV                   TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

  Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.


       MR. MICHAEL W. MENGIS
       BAKER & HOSTETLER LLP
       811 MAIN ST., SUITE 1100
       HOUSTON, TX  77002
       * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 19-0783              DATE: 10/18/2019
        COA #: 01-19-00550-CV            TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MR. JOHN FLETCHER WALKER III
                    MARTIN WALKER, P.C.
                    121 N SPRING AVE
                    TYLER, TX  75702-7225
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0783               DATE: 10/18/2019
        COA #: 01-19-00550-CV             TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                    MR. JOHN L. DAGLEY
                    BUCK KEENAN LLP
                    2229 SAN FELIPE ST., SUITE 1000
                    HOUSTON, TX  77019-5648
                    * DELIVERED VIA E-MAIL *
```

```
        RE: Case No. 19-0783              DATE: 10/18/2019
        COA #: 01-19-00550-CV            TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS
```

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MR. JEFFREY BLAKE SIMON
                    SIMON EDDINS & GREENSTONE LLP
                    1201 ELM STREET
                    SUITE 3400
                    DALLAS, TX  75270
                    * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0783                     DATE: 10/18/2019
COA #: 01-19-00550-CV                    TC#: 2018-63587
STYLE: IN RE DISTRIBUTORS

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        MR. LARRY  TAYLOR JR.
                        THE COCHRAN FIRM
                        3400 CARLISLE ST STE 550
                        DALLAS, TX  75204-0354
                        * DELIVERED VIA E-MAIL *

RE: Case No. 19-0785                    DATE: 10/18/2019
COA #: 01-19-00551-CV                    TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                MR. KENNETH W. STARR
                KIRKLAND & ELLIS LLP
                655 FIFTEENTH STREET, NW
                WASHINGTON,, DC  20005

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    DR. NICOLAS  PADRON
                    REG. NO. 44575-177
                    FPC CAMP UNIT GB
                    PO BOX 26010
                    BEAUMONT, TX  77720
```

FILE COPY

```
          RE: Case No. 19-0785              DATE: 10/18/2019
          COA #: 01-19-00551-CV             TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                         DR. RICHARD  ANDREWS
                         INMATE #53451-177
                         FCI-CAMP
                         PO BOX 9000
                         SEAGOVILLE, TX  75159
```

FILE COPY

```
        RE: Case No. 19-0785                DATE: 10/18/2019
        COA #: 01-19-00551-CV               TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                        DR. THEODORE  OKECHUKU
                        REG. NO. 59813-060
                        FCI TEXARKANA FEDERAL CORRECTIONAL
                        INSTITUTION
                        4001 LEOPARD DRIVE
                        TEXARKANA, TX  75505
```

RE: Case No. 19-0785                          DATE: 10/18/2019
COA #: 01-19-00551-CV                          TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        DR. HOWARD GREGG DIAMOND
                        REGISTER NO. 27213-078
                        FCI OAKDALE I
                        FEDERAL CORRECTIONAL INSTITUTION PO
                        BOX 5000
                        OAKDALE, LA  71463

RE: Case No. 19-0785                    DATE: 10/18/2019
COA #: 01-19-00551-CV                  TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                    MS. KATHRYN J. GILLIAM
                    DISTRICT ATTORNEY
                    P. O. BOX 413
                    MARLIN, TX  76661-0229
                    * DELIVERED VIA E-MAIL *

RE: Case No. 19-0785                    DATE: 10/18/2019
    COA #: 01-19-00551-CV                TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                    MR. MICHAEL W. MENGIS
                    BAKER & HOSTETLER LLP
                    811 MAIN ST., SUITE 1100
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *

RE: Case No. 19-0785                    DATE: 10/18/2019
    COA #: 01-19-00551-CV               TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

      Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        ASHER  GRIFFIN
                        SCOTT DOUGLASS & MCCONNICO LLP
                        303 COLORADO ST STE 2400
                        AUSTIN, TX  78701-4654
                        * DELIVERED VIA E-MAIL *

            RE: Case No. 19-0785                DATE: 10/18/2019
            COA #: 01-19-00551-CV              TC#: 2018-63587
    STYLE: IN RE PURDUE PHARMA, L.P.

        Today the Supreme Court of Texas denied the Emergency
    Motion to Temporarily Stay and denied the petition for writ
    of mandamus in the above-referenced case.




                        MR. JOHN FLETCHER WALKER III
                        MARTIN WALKER, P.C.
                        121 N SPRING AVE
                        TYLER, TX  75702-7225
                        * DELIVERED VIA E-MAIL *

```
          RE: Case No. 19-0785              DATE: 10/18/2019
          COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MR. W. MARK LANIER
                    THE LANIER LAW FIRM, P.C.
                    10940 W. SAM HOUSTON PKWY. N.
                    SUITE 100
                    HOUSTON, TX  77064-5768
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
  STYLE: IN RE PURDUE PHARMA, L.P.
```

        Today the Supreme Court of Texas denied the Emergency
  Motion to Temporarily Stay and denied the petition for writ
  of mandamus in the above-referenced case.




```
                         MR. REID WM. MARTIN
                         MARTIN WALKER, P.C.
                         THE ARCADIA THEATER
                         121 N. SPRING AVENUE
                         TYLER, TX  75702
                         * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV             TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MR. TYLER  DOYLE
                    SMYSER KAPLAN & VESELKA, L.L.P.
                    700 LOUISIANA, SUITE 2300
                    HOUSTON, TX  77002-2740
                    * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0785                    DATE: 10/18/2019
COA #: 01-19-00551-CV                    TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        MS. JANE M. N. WEBRE
                        SCOTT DOUGLASS & MCCONNICO LLP
                        303 COLORADO STREET, SUITE 2400
                        AUSTIN, TX  78701-2589
                        * DELIVERED VIA E-MAIL *

RE: Case No. 19-0785                           DATE: 10/18/2019
COA #: 01-19-00551-CV                          TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                JOHN  ELLIS
                SCOTT DOUGLASS & MCCONNICO LLP
                303 COLORADO ST STE 2400
                AUSTIN, TX  78701-4654
                * DELIVERED VIA E-MAIL *

FILE COPY

```
          RE: Case No. 19-0785              DATE: 10/18/2019
          COA #: 01-19-00551-CV            TC#: 2018-63587
    STYLE: IN RE PURDUE PHARMA, L.P.
```

        Today the Supreme Court of Texas denied the Emergency
    Motion to Temporarily Stay and denied the petition for writ
    of mandamus in the above-referenced case.

```
                         MS. MARY  BALASTER
                         REED SMITH LLP
                         811 MAIN ST STE 1700
                         HOUSTON, TX  77002-6110
                         * DELIVERED VIA E-MAIL *
```

```
        RE: Case No. 19-0785                    DATE: 10/18/2019
        COA #: 01-19-00551-CV                    TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                    DISTRICT CLERK   HARRIS COUNTY
                    HARRIS COUNTY CIVIL COURTHOUSE
                    P.O. BOX 4651
                    HOUSTON, TX   77210
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
          RE: Case No. 19-0785              DATE: 10/18/2019
          COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                         MR. JEFFREY BLAKE SIMON
                         SIMON EDDINS & GREENSTONE LLP
                         1201 ELM STREET
                         SUITE 3400
                         DALLAS, TX  75270
                         * DELIVERED VIA E-MAIL *

RE: Case No. 19-0785                           DATE: 10/18/2019
    COA #: 01-19-00551-CV                        TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                    MS. HEATHER  DAVIS
                    SIMON GREENSTONE PANATIER, P.C.
                    1201 ELM ST STE 3400
                    DALLAS, TX  75270-2126
                    * DELIVERED VIA E-MAIL *

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MS. REBECCA L. PHILLIPS
                    THE LANIER LAW FIRM
                    10940 W. SAM HOUSTON  PARKWAY
                    SUITE 100
                    HOUSTON, TX  77064
                    * DELIVERED VIA E-MAIL *
```

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                         MS. SHERINE ELIZABETH THOMAS
                         TRAVIS COUNTY ATTORNEY'S OFFICE
                         P. O. BOX 1748
                         AUSTIN, TX  78767
                         * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                    JODEE  NEIL
                    SIMON GREENSTONE PANATIER, PC
                    1201 ELM ST STE 3400
                    DALLAS, TX  75270-2126
                    * DELIVERED VIA E-MAIL *
```

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MS. DUSTANNA HYDE RABE
                    HOPKINS COUNTY ATTORNEY
                    128 JEFFERSON STREET, SUITE B
                    SULPHUR SPRINGS, TX  75482
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785                 DATE: 10/18/2019
        COA #: 01-19-00551-CV               TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.


```
                    MS. KRISTIN ELIZABETH  ADLER
                    SMYSER KAPLAN & VESELKA, L.L.P.
                    717 TEXAS ST STE 2800
                    HOUSTON, TX  77002-2761
                    * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0785                    DATE: 10/18/2019
    COA #: 01-19-00551-CV                TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        MR. STEPHEN E. MCCONNICO
                        SCOTT DOUGLASS & MCCONNICO, L.L.P.
                        303 COLORADO STREET, SUITE 2400
                        AUSTIN, TX  78701-2589
                        * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 19-0785                    DATE: 10/18/2019
        COA #: 01-19-00551-CV                   TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        MS. SHARON KAY  TALLEY
                        TRAVIS COUNTY ATTORNEY
                        PO BOX 1748
                        AUSTIN, TX  78767-1748
                        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 19-0785                    DATE: 10/18/2019
    COA #: 01-19-00551-CV                TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                    MR. LARRY  TAYLOR JR.
                    THE COCHRAN FIRM
                    3400 CARLISLE ST STE 550
                    DALLAS, TX  75204-0354
                    * DELIVERED VIA E-MAIL *

RE: Case No. 19-0785          DATE: 10/18/2019
COA #: 01-19-00551-CV        TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.


                MS. NOELLE MARIE REED
                SKADDEN ARPS SLATE MEAGHER & FLOM LLP
                1000 LOUISIANA, SUITE 6800
                HOUSTON, TX  77002
                * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                        JEFFREY  BLAKE SIMON
                        SIMON EDDINS & GREENSTONE
                        3232 MCKINNEY AVENUE, SUITE 610
                        DALLAS, TX  75204-8583
                        * DELIVERED VIA E-MAIL *
```

```
        RE: Case No. 19-0785                DATE: 10/18/2019
            COA #: 01-19-00551-CV               TC#: 2018-63587
    STYLE: IN RE PURDUE PHARMA, L.P.
```

        Today the Supreme Court of Texas denied the Emergency
    Motion to Temporarily Stay and denied the petition for writ
    of mandamus in the above-referenced case.




                        MS. CRYSTAL  ROBLES
                        SMYSER KAPLAN & VESELKA, L.L.P.
                        700 LOUISIANA ST STE 2300
                        HOUSTON, TX  77002-2740
                        * DELIVERED VIA E-MAIL *

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MS. HANNAH  SIBISKI
                    ARNOLD & PORTER LLP
                    700 LOUISIANA ST., SUITE 1600
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785                  DATE: 10/18/2019
        COA #: 01-19-00551-CV                 TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

      Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MR. DAVID A. ESCAMILLA
                    TRAVIS COUNTY ATTORNEY
                    P.O. BOX 1748
                    AUSTIN, TX  78767-1748
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
      RE: Case No. 19-0785                    DATE: 10/18/2019
      COA #: 01-19-00551-CV                   TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

      Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    RYAN  FITE
                    P.O. BOX 12548
                    CAPITOL STATION
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                    MR. J. WESLEY HILL
                    WARD, SMITH & HILL, PLLC
                    1507 BILL OWENS PARKWAY
                    LONGVIEW, TX  75604
                    * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0785                    DATE: 10/18/2019
COA #: 01-19-00551-CV                   TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                    MS. REBECCA RUTH WEBBER
                    HENDLER FLORES LAW PLLC
                    1301 W. 25TH STREET
                    SUITE 400
                    AUSTIN, TX  78705
                    * DELIVERED VIA E-MAIL *

FILE COPY

```
            RE: Case No. 19-0785            DATE: 10/18/2019
            COA #: 01-19-00551-CV            TC#: 2018-63587
     STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                        MR. STEPHEN D. BRODY
                        O'MELVENY & MYERS LLP
                        1625 EYE STREET, NW
                        WASHINGTON, DC  20006
                        * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MS. MICHELLE S. STRATTON
                    SMYSER KAPLAN & VESELKA, LLP
                    700 LOUISIANA STREET, SUITE 2300
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0785                    DATE: 10/18/2019
COA #: 01-19-00551-CV                    TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        MR. JOHN L. DAGLEY
                        BUCK KEENAN LLP
                        2229 SAN FELIPE ST., SUITE 1000
                        HOUSTON, TX  77019-5648
                        * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

      Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MR. MATTHEW  RALEY
                    BAKERHOSTETLER
                    811 MAIN ST STE 1100
                    HOUSTON, TX  77002-6111
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV             TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                    MR. RUSSELL  RODEN
                    ASSISTANT DISTRICT ATTORNEY
                    133 N. RIVERFRONT BOULEVARD., LB 19
                    12770 COIT RD
                    DALLAS, TX  75207
                    * DELIVERED VIA E-MAIL *

```
        RE: Case No. 19-0785                    DATE: 10/18/2019
        COA #: 01-19-00551-CV                   TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.


```
                        MR. MICHAEL H. BERNICK
                        REED SMITH LLP
                        811 MAIN STREET, SUITE 1700
                        HOUSTON, TX  77002
                        * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0785                          DATE: 10/18/2019
COA #: 01-19-00551-CV                          TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

        Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                        MS. DARA LYNN GRISBEE HEGAR
                        THE LANIER LAW FIRM
                        P.O. BOX 691448
                        HOUSTON, TX  77269-1448
                        * DELIVERED VIA E-MAIL *

FILE COPY

```
          RE: Case No. 19-0785              DATE: 10/18/2019
          COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

     Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MR. JOHN LAURENS WILKES
                    JONES DAY
                    717 TEXAS AVENUE, SUITE 3300
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *
```

RE: Case No. 19-0785          DATE: 10/18/2019
COA #: 01-19-00551-CV         TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                 MS. NANCY  L. PATTERSON
                 MORGAN, LEWIS & BOCKIUS LLP
                 1000 LOUISIANA STREET, SUITE 4000
                 HOUSTON, TX  77002
                 * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 19-0785              DATE: 10/18/2019
    COA #: 01-19-00551-CV           TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

                              SCOTT MARTIN  HENDLER
                              HENDLER FLORES LAW, PLLC
                              1301 W 25TH ST STE 400
                              AUSTIN, TX  78705-4236
                              * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MR. RICHARD  SCHECHTER
                    RICHARD SCHECHTER
                    1 GREENWAY PLAZA, SUITE 740
                    HOUSTON, TX  77046-1102
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785                    DATE: 10/18/2019
        COA #: 01-19-00551-CV                    TC#: 2018-63587
 STYLE: IN RE PURDUE PHARMA, L.P.
```

     Today the Supreme Court of Texas denied the Emergency
 Motion to Temporarily Stay and denied the petition for writ
 of mandamus in the above-referenced case.




                        MR. RICHARD  DODD
                        RICHARD A. DODD LLC
                        312 SOUTH HOUSTON AVENUE
                        CAMERON, TX  76520
                        * DELIVERED VIA E-MAIL *

RE: Case No. 19-0785                          DATE: 10/18/2019
COA #: 01-19-00551-CV                         TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.

    Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




                      MR. EDGAR J. GARRETT JR.
                      FAIRES & GARRETT
                      1109  MAIN STREET
                      COMMERCE, TX  75428
                      * DELIVERED VIA E-MAIL *

FILE COPY

```
         RE: Case No. 19-0785                    DATE: 10/18/2019
             COA #: 01-19-00551-CV                 TC#: 2018-63587
      STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                         RAZVAN  UNGUREANU
                         SMYSER KAPLAN & VESELKA, LLP
                         717 TEXAS ST STE 2800
                         HOUSTON, TX  77002-2761
                         * DELIVERED VIA E-MAIL *
```

```
          RE: Case No. 19-0785                    DATE: 10/18/2019
          COA #: 01-19-00551-CV                   TC#: 2018-63587
   STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency Motion to Temporarily Stay and denied the petition for writ of mandamus in the above-referenced case.

```
                    MR. CRAIG  SMYSER
                    SMYSER KAPLAN & VESELKA, L.L.P.
                    700 LOUISIANA, SUITE 2300
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *
```

```
        RE: Case No. 19-0785                    DATE: 10/18/2019
        COA #: 01-19-00551-CV                   TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MR. DENNIS C. REICH
                    REICH & BINSTOCK, L.L.P.
                    4265 SAN FELIPE, SUITE 1000
                    HOUSTON, TX  77056-2999
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV             TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

     Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                    MR. DAVID ISAAK
                    GERGER & CLARKE
                    1001 FANNIN STREET, SUITE 1950
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *
```

```
          RE: Case No. 19-0785                    DATE: 10/18/2019
          COA #: 01-19-00551-CV                   TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

      Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.




```
                    MR. CHARLES STANTON PERRY
                    REED SMITH LLP
                    811 MAIN STREET
                    SUITE 1700
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV             TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                     MARIA LUISA  FLORES
                     HENDLER FLORES LAW PLLC
                     1301 W 25TH ST STE 400
                     AUSTIN, TX  78705-4236
                     * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 19-0785              DATE: 10/18/2019
        COA #: 01-19-00551-CV            TC#: 2018-63587
STYLE: IN RE PURDUE PHARMA, L.P.
```

       Today the Supreme Court of Texas denied the Emergency
Motion to Temporarily Stay and denied the petition for writ
of mandamus in the above-referenced case.

```
                      MR. CHARLES C. LIFLAND
                      O'MELVENY & MYERS, LLP
                      400 SOUTH HOPE STREET, 18TH FLOOR
                      LOS ANGELES, CA  90071
                      * DELIVERED VIA E-MAIL *
```