# EXHIBIT E

**OPIOIDS MDL 2804**
**PEC Proposed CT7-11 Bellwether Schedule –July 6, 2021**

| General | CT7 Montgomery County, OH | CT8 Tarrant County, TX | CT9 Cobb County, GA | CT10 Durham County, NC | CT11 Santa Fe County, NM |
|---|---|---|---|---|---|
| **MTDs** (*pro forma* for previously decided MTDs) for New or Jurisdictional MTDs | Fri, 6/18/21 and 8/13/21 | Fri, 8/27/21 | Mon, 9/13/21 | Mon, 9/13/21 | Mon, 9/13/21 |
| **MTDs** – Opp | Mon, 9/13/21 | Mon, 9/27/21 | Mon, 10/25/21 | Mon, 10/25/21 | Mon, 10/25/21 |
| **MTDs** – Replies | Mon, 9/27/21 | Mon, 10/11/21 | Fri, 11/12/21 | Fri, 11/12/21 | Fri, 11/12/21 |
| | | | | | |
| Answers | At least 60 days after service | At least 60 days after service | At least 60 days after service | At least 60 days after service | At least 60 days after service |
| Third Party Complaints | 14 days after service of answers | 14 days after service of answers | 14 days after service of answers | 14 days after service of answers | 14 days after service of answers |
| | | | | | |
| Notes Fields Meet and Confer deadline | 8/15/21 (Mon 8/16/21) | Mon, 8/30/21 | Mon, 9/13/21 | Mon, 10/11/21 | Mon, 11/08/21 |
| County Specific Dispensing Data Production Deadline for New Defs | Fri, 8/27/21 | Fri, 9/10/21 | Fri, 9/24/21 | Fri, 10/22/21 | Fri, 11/19/21 |
| Plf ID Red Flagged Rxs – For CT3 Defs | Fri, 9/24/21 | Fri, 10/8/21 | Fri, 10/22/21 | Fri, 11/19/21 | Fri, 12/17/21 |
| State-wide Dispensing Data Production Deadline for New Defs | Tues, 9/28/21 | Tues, 10/12/21 | Tues, 10/26/21 | Tues, 11/23/21 | Tues, 12/21/21 |
| Plf ID Red Flagged Rxs – | Two weeks after production | Two weeks after production | Two weeks after production | Two weeks after production | Two weeks after |

1

2270545.2

| General | CT7 Montgomery County, OH | CT8 Tarrant County, TX | CT9 Cobb County, GA | CT10 Durham County, NC | CT11 Santa Fe County, NM |
|---|---|---|---|---|---|
| For New Defs | of state-wide dispensing data is complete | of state-wide dispensing data is complete | of state-wide dispensing data is complete | of state-wide dispensing data is complete | production of state-wide dispensing data is complete |
| Plf Amendmt to ID Red Flagged Rxs Deadline | Three weeks after last ruling on Red-Flag Daubert and Dispositive motions or November 1, whichever is later | Three weeks after last ruling on Red-Flag Daubert and Dispositive motions or Mon, 11/15/21, whichever is later | Three weeks after last ruling on Red-Flag Daubert and Dispositive motions or Wed, 12/1/21, whichever is later | Three weeks after last ruling on Red-Flag Daubert and Dispositive motions or Wed., 12/15/21, whichever is later | Three weeks after last ruling on Red-Flag Daubert and Dispositive motions or Wed., 1/5/22, whichever is later |
|  |  |  |  |  |  |
| Plfs ID Document Custodians/Defs Id Search terms | Wed, 9/15/21 | Thurs, 9/30/21 | Fri, 10/15/21 | Mon, 11/15/21 | Wed, 12/15/21 |
| Def ID Document Custodians | Fri, 10/1/21 | Fri, 10/15/21 | Mon, 11/1/21 | Wed, 12/1/21 | Tues, 1/4/22 |
|  |  |  |  |  |  |
| Deadline to serve Written Discovery (including 3d party discovery) | Fri, 10/15/21 | Fri, 10/29/21 | Fri, 12/3/22 | Tues, 1/4/22 | Fri, 2/4/22 |
| Document Discovery substantially complete | Fri, 3/11/22 | Fri, 3/25/22 | Fri, 4/8/22 | Fri, 5/6/22 | Fri, 6/3/22 |
| Deadline to Serve 3d Party subpoenas | Fri, 4/8/21 | Fri, 4/22/22 | Fri, 5/6/22 | Fri, 6/3/22 | Fri, 7/1/22 |
| **Close of Party Fact Discovery** | Fri, 5/6/22 | Fri, 5/20/22 | Fri, 6/3/22 | Fri, 7/1/22 | Fri, 8/29/22 |
| Close of 3d Party Fact Discovery | Fri, 5/27/22 | Fri, 6/10/22 | Fri, 6/24/22 | Fri, 7/22/22 | Fri, 8/19/22 |
|  |  |  |  |  |  |
| **Experts** –Plfs Reports | Fri, 6/24/22 | Mon, 7/11/22 | Mon, 7/25/22 | Fri, 8/19/22 | Fri, 9/16/22 |
| Exp – Plfs – Deps deadline | Mon, 7/11 – Mon 7/25/22 | Mon, 7/25-Mon, 8/8/22 | Fri, 8/12-Fri, 8/26/22 | Tues, 9/6-Tues 9/20/22 | Mon, 10/3-Mon, 10/17/22 |
| Exp –Defs Reports | Fri, 8/5/22 | Fri, 8/19/22 | Tues, 9/6/22 | Thurs, 10/6/22 | Fri, 11/4/22 |

2

| General | CT7 Montgomery County, OH | CT8 Tarrant County, TX | CT9 Cobb County, GA | CT10 Durham County, NC | CT11 Santa Fe County, NM |
|---|---|---|---|---|---|
| Exp Defs – Deps deadline | Mon, 8/22-Mon, 9/9/22 | Fri, 9/9-Fri, 9/23/22 | Tues, 9/27-Tues, 10/11/22 | Fri, 10/21-Fri, 11/4/22 | Fri, 11/18-Thurs, 12/8/22 |
|  |  |  |  |  |  |
| **Dispositive** & Daubert – Motions | Fri, 9/16/22 | Fri, 9/30/22 | Tues, 10/18/22 | Mon, 11/14/22 | Fri, 12/16/22 |
| Dispositive – Opps | Fri, 10/14/22 | Mon, 10/31/22 | Thurs, 11/17/22 | Wed, 12/14/22 | Fri, 1/20/22 |
| Dispositive - Replies | Fri, 10/28/22 | Mon, 11/14/22 | Thurs, 12/1/22 | Wed, 12/28/22 | Fri, 2/3/22 |
|  |  |  |  |  |  |

3

2270545.2