IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:     NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | **Master Docket No. 1:17-MD-02804-DAP** |
| *Roxie Whitley et al. v. Purdue Pharma LP et al.* Case No. 1:18-op-45598 | **Hon. Judge Dan A. Polster** |
| and | |
| *Green County Fiscal Court v. AmerisourceBergen Drug Corp. et al.* Case No. 1:18-op-46272 | |
| and | |
| *City of Henderson, Kentucky v. Purdue Pharma, LP, et al.* Care No, 1:20-op-45062 | |

## NOTICE OF WITHDRAWAL

Please take notice that Julia M. Kavanagh of Hall Booth Smith, P.C., hereby gives notice of her withdrawal as counsel of record for Defendant Fred's Stores of Tennessee, Inc. in the above-captioned matters.  Attorneys of record Jennifer S. Harrison and John E. Hall, Jr. of Hall Booth Smith, P.C. will continue representation of Defendant Fred's Stores of Tennessee, Inc. in these matters.

This 23rd day of July 2021.

Respectfully submitted,

HALL BOOTH SMITH, P.C.

By: /s/ Julia M. Kavanagh
Jennifer S. Harrison, BPR #22831
Julia M. Kavanagh, BPR #28144
40 South Main Street, Suite 2800
Memphis, Tennessee 38103
(901) 620-4990 (Telephone)
(901) 620-4982 (Facsimile)
jharrison@hallboothsmith.com
jkavanagh@hallboothsmith.com

-and-

John E. Hall, Jr., BPR# 22415
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000 (Telephone)
(404) 954-5020 (Facsimile)
jhall@hallboothsmith.com

*Attorneys for Defendant, Fred's Stores of Tennessee, Inc.*

2