# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.*,<br>   Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*,<br>   Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

## PHARMACY DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY BASED ON TRACK ONE <u>ARGUMENTS</u>

Plaintiffs Lake County, Ohio and Trumbull County, Ohio are proffering certain expert opinions and testimony in Track Three from many of the same experts offered in Track One.[1] These experts are: Caleb Alexander, David Cutler, Lacey Keller, Katherine Keyes, Anna Lembke, Craig McCann, James Rafalski, and Nancy Young ("Track One Experts").  The Track One Experts are relying on methodologies that are similar or identical to the methodologies they relied on in Track One, and their opinions remain unreliable, irrelevant, flawed, and unhelpful to the trier of fact.  For reasons previously briefed in the Track One, the Court should exclude testimony from the Track One Experts pursuant to Rule 702 of the Federal Rules of Evidence.

The Pharmacy Defendants are "mindful that the Court intends to adhere to all rulings made in Track 1." *See, e.g.*, No. 17-md-2804, Dkt. No. 3325 at 1 n.2.  Pharmacy Defendants therefore incorporate by reference all *Daubert* arguments made by Defendants in Track One and rely on the Court's rulings to the extent it granted any previous *Daubert* motions.

However, the Pharmacy Defendants also respectfully submit that this Court erred to the extent it rejected previously raised *Daubert* arguments and hereby incorporate them to preserve them for appellate review.  *See* No. 17-md-2804, Dkt. No. 1858 (Defendants' Motion to Exclude the "Gateway Hypothesis" Causation Opinions of Anna Lembke and Katherine Keyes); Dkt. No. 1865 (Defendants' Motion to Exclude Testimony of Caleb Alexander, Katherine Keyes, and Nancy Young Relating to Abatement Costs and Efforts); Dkt. No. 1868 (Defendants' Motion to Exclude the Marketing Causation Opinions of Anna Lembke and Katherine Keyes); Dkt. No. 1900 (Defendants' Motion to Exclude James Rafalski's Opinions and Proposed Testimony); Dkt. No. 1901 (Defendants' Motion to Exclude David Cutler's Opinions and Proposed Testimony);

---

[1] "Track One" consisted of two cases: *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 and *The County of Cuyahoga v. Purdue Pharma L.P., et al.*, Case No. 1:18-op-45004.

2

Dkt. No. 1906 (Defendants' Motion to Exclude Craig McCann's Opinions and Proposed Testimony); Dkt. No. 1914 (Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony). *See also* Dkt. No. 2492 (Order Denying Defendants' Motion to Exclude Lacy Keller); Dkt. No. 2494 (Order on Defendants' Motions to Exclude James Rafalski and Craig McCann); Dkt. No. 2518 (Order Denying Defendants' Motions to Exclude Katherine Keyes and Anna Lembke); Dkt. No. 2519 (Order Denying Defendants' Motion to Exclude Expert Testimony Regarding Abatement Costs and Efforts); Dkt. No. 2542 (Order Denying Defendants' Motion to Exclude David Cutler); Dkt. No. 2549 (Order Granting in Part Defendants' Motion to Exclude Marketing Causation Opinions of Anna Lembke and Katherine Keyes).

    For the reasons identified above, the Court should exclude testimony of Caleb Alexander, David Cutler, Lacey Keller, Katherine Keyes, Anna Lembke, Craig McCann, James Rafalski, and Nancy Young in their entirety.

Dated:  July 23, 2021                    Respectfully submitted,

/s/    *John M. Majoras*
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Email: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*


/s/    *Alexandra W. Miller* (consent)
Alexandra W. Miller
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: smiller@zuckerman.com
E-mail: edelinsky@zuckerman.com

*Attorneys for CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS Pharmacy, Inc., CVS TN Distribution, L.L.C., and Ohio CVS Stores, L.L.C.*

3

/s/    *Robert M. Barnes* (consent)
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre 301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Email: rbarnes@marcus-shapira.com
Email: livingston@marcus-shapira.com
Email: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle and HBC Service Company*


/s/    *Kelly A. Moore* (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Email: elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*

4

/s/    *Kaspar J. Stoffelmayr* (consent)
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten A. Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: brian.swanson@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com
E-mail: sharon.desh@bartlitbeck.com
E-mail: sten.jernudd@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado  80202
Phone: (303) 592-3100
Fax: (303) 592-3140
E-mail: alex.harris@bartlitbeck.com

*Attorneys for Walgreens Boots Alliance, Inc., Walgreen Co. and Walgreen Eastern Co., Inc.*

5

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on July 23, 2021.

                                    /s/ *John M. Majoras*
                                    John M. Majoras
                                    JONES DAY
                                    51 Louisiana Avenue, N.W.
                                    Washington, DC 20001
                                    Telephone: (202) 879-3939
                                    Email: jmmajoras@jonesday.com

                                    *Counsel for Walmart Inc.*