UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to**:<br><br>*Track Three Cases* | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

## NOTICE OF SERVICE OF DEFENDANTS HBC SERVICE COMPANY AND GIANT EAGLE, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendants HBC Service Company and Giant Eagle, Inc. (together, "Giant Eagle") hereby provide notice that on July 23, 2021, they served unredacted copies of the following documents on all Parties, the Court, and Special Master Cohen:

- Giant Eagle's Motion for Summary Judgment on the Counties' Public Nuisance Claim (Count XI) ("Motion for Summary Judgment")

- [Proposed] Order Granting Giant Eagle's Motion for Summary Judgment (attached as Exhibit 1 to Giant Eagle's Motion for Summary Judgment)

- Giant Eagle's Brief in Support of Motion for Summary Judgment (attached as Exhibit 2 to Giant Eagle's Motion for Summary Judgment)

- Declaration of Daniel J. Stuart (attached as Exhibit 3 to Giant Eagle's Motion for Summary Judgment), along with corresponding Summary Judgment Exhibits 1-46.

- Summary Sheet for Giant Eagle's Motion for Summary Judgment, which is attached hereto as Exhibit 1.

A1620817

Dated:  July 23, 2021 Respectfully submitted,

/s/ *Robert M. Barnes*
Robert M. Barnes
*rbarnes@marcus-shapira.com*
Scott D. Livingston
*livingston@marcus-shapira.com*
Joshua A. Kobrin
*kobrin@marcus-shapira.com*
Daniel J. Stuart
*stuart@marcus-shapira.com*

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Defendants HBC Service Company and Giant Eagle, Inc.*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on July 23, 2021.

>Judge Dan A. Polster
>*Dan_Polster@ohnd.uscourts.gov*
>
>Special Master David R. Cohen
>*david@specialmaster.law*
>
>Counsel for Plaintiffs
>*mdl2804discovery@motleyrice.com*
>
>Counsel for CT3 Defendants
>*ext-track3defendants@groups.jonesday.com*

>*/s/ Robert M. Barnes*
>Robert M. Barnes