# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 <br> Case No. 17-md-2804 <br> **Judge Dan Aaron Polster** |
| **This document relates to:** | |
| *Track Three Cases* | |

## NOTICE OF SERVICE OF CERTAIN DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OFFERED BY JAMES RAFALSKI

Defendants Giant Eagle, Inc. and HBC Service Company, Rite Aid,[1] and Walmart Inc. ("Moving Defendants") hereby provide notice that on July 23, 2021, they served unredacted copies of the following documents on all Parties, the Court, and Special Master Cohen:

- Certain Defendants' *Daubert* Motion to Exclude the Opinions Offered by James Rafalski;

- [Proposed] Order Granting Certain Defendants' *Daubert* Motion to Exclude the Opinions Offered by James Rafalski;

- Certain Defendants' Memorandum in Support of Its *Daubert* Motion to Exclude the Opinions Offered by James Rafalski;

- Declaration of Brian C. Hill, along with the corresponding Exhibits; and

- Summary Sheet for Certain Defendants' *Daubert* Motion to Exclude the Opinions Offered by James Rafalski (also attached hereto as Exhibit A).

Dated: July 23, 2021            Respectfully submitted,

                                        */s/ Scott D. Livingston*
                                        Robert M. Barnes
                                        Scott D. Livingston
                                        Joshua A. Kobrin
                                        MARCUS & SHAPIRA LLP

---

[1] Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center.

35th Floor, One Oxford Centre 301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Email: rbarnes@marcus-shapira.com
Email: livingston@marcus-shapira.com
Email: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle and HBC Service Company*

*/s/ Tara A. Fumerton* (consent)
Tara A. Fumerton
Tina M. Tabacchi
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

*/s/ Kelly A. Moore* (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

*/s/ Elisa P. McEnroe* (consent)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Email: elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on July 23, 2021.

                                                                */s/ Scott D. Livingston*