UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804 |
| *Appanoose County, et al. v. Allergan PLC, et al.* Case No. 1:21-op-45051 | ) ) ) ) | **Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that attorney Francis A. Citera of Greenberg Traurig, LLP, hereby enters his appearance as counsel of record on behalf of Defendant Supervalu, Inc. in the above-captioned action.

Dated:  July 26, 2021                             Respectfully Submitted,

By: */s/ Francis A. Citera*
One of Defendant's Attorneys

Francis A. Citera
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com

*Counsel for Supervalu, Inc.*

1

## **CERTIFICATE OF SERVICE**

I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing Notice of Appearance of Francis A. Citera, to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this 26th Day of July, 2021.

                                              */s/ Francis A. Citera*
                                              Francis A. Citera