UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### **PLAINTIFFS EXECUTIVE COMMITTEE'S MOTION TO APPOINT CERTIFIED PUBLIC ACCOUNTANT TO SERVE AS ESCROW AGENT FOR COMMON BENEFIT FEE FUND**

Pursuant to the Court's "Order Establishing Common Benefit Fee Fund and Directing Certain Payments" (Doc #3794), the Plaintiffs' Executive Committee respectfully moves this Court for an order appointing Mr. Greggory Dantio as the certified public accountant to serve as the CPA and Escrow Agent for the MDL 2804 Common Benefit Fee Fund.

Mr. Dantio is a shareholder with the accounting firm of Dantio, Grabo & Company located at 835 Sharon Drive, Suite 100, Westlake, Ohio. The firm provides accounting, compilation and review of financial statements, and tax services to closely held businesses and trusts and currently provides accounting and tax preparation services to an independent trust that administers qualified settlement funds under section 468B of the Internal Revenue Code.

Mr. Dantio has been a certified public accountant for 40 years, and a shareholder with his firm since 1985. Mr. Dantio is a member of Ohio Society of Certified Public Accountants and the American Institute of Certified Public Accountants.

The 2021 billing rates for Dantio, Grabo & Company are as follows: CPA shareholders: $195.00 per hour; other CPAs (non-shareholders): $140.00-170.00 per hour; administrative assistants: $80.00 per hour.

The Court may recall that it appointed Mr. Dantio to a similar role in the Gadolinium Based Contrast Agents Product Liability Litigation (MDL No. 1909) and that Mr. Dantio fulfilled his duties and obligations in all respects in that prior case.

For the foregoing reasons, Plaintiffs Executive Committee submits that Mr. Dantio is well-qualified to serve as Escrow Agent and CPA for the Common Benefit Fee Fund and hereby respectfully requests that the Court appoint him to this position. Plaintiffs' Liaison Counsel has opened an account with PNC Bank to hold those funds which Mr. Dantio, if appointed, will monitor and supervise.  He will keep detailed records of all deposits and withdrawals (pursuant to further orders of the Court) and will prepare tax returns and other tax filings. A proposed order is attached hereto as Exhibit A for the Court's consideration.

Dated:  July 26, 2021	Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr.
FARRELL & FULLER, LLC
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

/s/Peter H. Weinberger
Peter H. Weinberger
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

/s/Peter H. Weinberger
Peter H. Weinberger