**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This Document Relates To: | Judge Dan Aaron Polster |
| *Track Three Cases* | |

## PHARMACY DEFENDANTS' WITNESS LIST DISCLOSURE

Pursuant to this Court's Second Revised Case Management Order for Track Three (Dkt. No. 3735), the Pharmacy Defendants listed below hereby disclose the following witnesses who may testify at trial on their behalf. This witness list is made on behalf of CVS Pharmacy, Inc., CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., and Ohio CVS Stores, L.L.C.; Giant Eagle, Inc. and HBC Service Company; Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center, and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center; Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.; and Walmart Inc. (collectively the "Pharmacy Defendants").

The witnesses identified below include the 50 "most likely" witnesses that the Pharmacy Defendants disclosed on July 1, 2021, in accordance with the Second Revised Case Management Order for Track Three (Dkt. 3735). The Pharmacy Defendants, which are comprised of five corporate families and fifteen corporate entities, objected to the Court's order that they file a joint list disclosing their 50 "most likely" witnesses. *See, e.g.*, Dkt. No. 3773. By identifying the joint 50 "most likely" witnesses below, the Pharmacy Defendants do not waive their objections.

The witnesses listed below also include additional witnesses whom the Pharmacy Defendants are likely to call at trial and whom the Pharmacy Defendants also disclosed on July 1, 2021. As we are months away from trial, are in the middle of conducting prescription-level

discovery, and the Pharmacy Defendants' case will necessarily respond to Plaintiffs' case, the Pharmacy Defendants reserve the right to call any witness they deem necessary to present at trial. That includes, without limitation, any witness disclosed by the Pharmacy Defendants on June 15, 2021 (as amended on June 17, 2021) pursuant to the Court's Second Revised Case Management Order (Dkt. No. 3735) and any other witnesses that are necessary for the Pharmacy Defendants to present their case or respond to Plaintiffs' case.  *See* Exhibit A (Pharmacy Defendants' Corrected Witness List); Exhibit B (CVS Witness List); Exhibit C (Giant Eagle Witness List); Exhibit D (Rite Aid Witness List); Exhibit E (Walgreens Witness List); and Exhibit F (Walmart Witness List).

Pursuant to this Court's Track Three Second Revised Case Management Order (Dkt. No. 3735), the Pharmacy Defendants reserve the right to supplement and/or amend this list with additional fact witnesses "to address 'notes fields' information" once "production of the 'notes fields' information" is completed.

In serving these joint lists, the Pharmacy Defendants specifically reserve the right to amend, supplement, or otherwise modify these disclosures, including if new or different information is provided at any point.  This includes without limitation any information identified, disclosed, or produced as a result of on-going discovery related to specific prescriptions and other unresolved factual issues.  The Pharmacy Defendants reserve the right to supplement and/or amend these lists as the result of ongoing and future depositions or productions in this action.  The Pharmacy Defendants also reserve the right to call any witness listed on Plaintiffs' "most likely" list that Plaintiffs provided on June 24, 2021, or any witness listed on Plaintiffs' witness list that was served on June 15, 2021.  The Pharmacy Defendants understand that the purpose of the "most likely" list is to estimate time for trial, and therefore no good cause should be needed to call any

witness on Plaintiff's "most likely" list.  The Pharmacy Defendants reserve the right to call any witness live or to designate testimony from any witness, as allowed by any applicable rule and this Court's orders.  The Pharmacy Defendants further reserve the right to supplement and/or to amend either of the lists that are being provided in response to rulings of the Court on pretrial motions and to call additional witnesses, either live or by designation, to rebut Plaintiffs' case, or if any party settles or is severed from this action.

## I.      Pharmacy Defendants' Expert Witnesses

Pharmacy Defendants also reserve the right to call live any expert disclosed by Plaintiffs, or to play by designation deposition testimony by such witnesses. The following expert witnesses are all expected to testify about the subject matter and opinions detailed in their expert report(s) and deposition testimony, and on matters concerning their knowledge, skill, experience, education, and training.

1.      Gregory Anderson

2.      Laurence Baker, PhD

3.      Robert Brunner

4.      Kimberly Burns, RPh, JD

5.      William Choi, PhD

6.      Nancy Coffey

7.      Craig Garthwaite, PhD

8.      Jessica Geiger, PharmD, MS

9.      Mark Glickman, PhD

10.     Phyllis Grauer, PharmD, RPh

11.     Matthew Greimel

12.   <u>Laura Happe, PharmD, MPH</u>

13.   <u>Robert Hill</u>

14.   <u>Anupam Jena, MD, PhD</u>

15.   <u>Daniel Kessler, PhD</u>

16.   <u>David Kessler, MD</u>

17.   <u>Sandra Kinsey, RPh</u>

18.   <u>Kevin Murphy, PhD</u>

19.   <u>Robert Parrado, BPharm, RPh</u>

20.   <u>Meredith Rosenthal, PhD</u>

21.   <u>Edgar Ross, MD</u>

22.   <u>Joseph Sabino, MS, RPh</u>

23.   <u>Mark Schumacher, MD, PhD</u>

24.   <u>Krista Tongring, JD</u>

25.   <u>Robert Wailes, MD</u>

II.     **Pharmacy Defendants' 50 "Most Likely" Fact Witnesses**

     A.     **Joint Pharmacy Defendants' Fact Witnesses**

          1.     <u>Kimberly Anderson</u>, Chief Legal Officer, Ohio State Medical Board.

               <u>Areas of Testimony</u>: Ms. Anderson is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

          2.     <u>Demetra Ashley</u>, Former Acting Assistant Administrator to the Diversion Control Center.

               <u>Areas of Testimony</u>:  Ms. Ashley is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

          3.     <u>Chris Begley</u>, Sergeant, Lake County Narcotics Agency.

               <u>Areas of Testimony</u>: Mr. Begley is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

4. <u>Damian Blakeley</u>, Special Agent, Lake County Narcotics Agency.

> <u>Areas of Testimony</u>: Mr. Blakeley is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

5. <u>Daniel Blaney-Koen</u>, Senior Attorney, American Medical Association.

> <u>Areas of Testimony</u>: Mr. Blaney-Koen is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

6. <u>John Bucchieri</u>, Doctor, Lake Health.

> <u>Areas of Testimony</u>: Dr. Bucchieri is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition.

7.    <u>Brian Dombek</u>, Special Agent, Lake County Narcotics Agency.

> <u>Areas of Testimony</u>: Mr. Dombek is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

8.    <u>William "Trey" Edwards</u>, Agent, Ohio Board of Pharmacy.

> <u>Areas of Testimony</u>: Mr. Edwards is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

9.    <u>Janice Granieri</u>, Doctor, Cleveland Clinic.

> <u>Areas of Testimony</u>:  Dr. Granieri is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; and relevant employment, including her experiences, duties, and responsibilities at the Cleveland Clinic and as a doctor generally.

10.    <u>Michelle Idada</u>, Physician's Assistant, Cleveland Clinic.

> <u>Areas of Testimony</u>:  Ms. Idada is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; and relevant employment, including her experiences, duties, and responsibilities.

11.    <u>Thomas James</u>, Coroner, Trumbull County.

<u>Areas of Testimony</u>: Mr. James is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

12.    <u>Beth Krause</u>, Director of Pharmacy, Lake Health.

<u>Areas of Testimony</u>: Ms. Krause is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

13.    <u>George Pavlich</u>, Agent, Ohio Board of Pharmacy.

<u>Areas of Testimony</u>: Mr. Pavlich is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

14.     Thomas Prevoznik, Associate Section Chief for the Pharmaceutical Investigations Section of the Diversion Control Division, DEA.

> Areas of Testimony:   Mr. Prevoznik is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

15.     Mark Schickendantz, Doctor, Cleveland Clinic.

> Areas of Testimony:   Dr. Schickendantz is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities at the Cleveland Clinic and as a doctor generally.

16.     Theresa Toigo, Associate Director for Drug Safety Operations, United States Food and Drug Administration.

> Areas of Testimony:  Ms. Toigo is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

17.     Kyle Wright, Staff Coordinator Regulatory Section, DEA.

      Areas of Testimony:  Mr. Wright is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

**B.     CVS Witnesses**

1.     John Aivazis, District Leader.

      Areas of Testimony:  Mr. Aivazis is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; the claims in this litigation; and/or his deposition testimony.

2.     Kenneth Cook, Pharmacist.

      Areas of Testimony:  Mr. Cook is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

3.     Nicole Harrington, Senior Director, Pharmacy Professional Services.

      Areas of Testimony:   Ms. Harrington is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; the claims in this litigation; and/or her deposition testimony.

4.      <u>John Mortelliti</u>, Director, Loss Prevention.

<u>Areas of Testimony</u>:  Mr. Mortelliti is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; the claims in this litigation; and/or his deposition testimony.

5.      <u>Shane Morrow</u>, Pharmacist.

<u>Areas of Testimony</u>:  Mr. Morrow is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

6.      <u>Dean Vanelli</u>, Senior Director, Outbound Transportation.

<u>Areas of Testimony</u>:  Mr. Vanelli is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; the claims in this litigation; and/or his deposition testimony.

7.      <u>Amy Winchell</u>, District Leader / Pharmacy Supervisor.

<u>Areas of Testimony</u>:  Ms. Winchell is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

C.      **Giant Eagle Witnesses**

1.      <u>Gregory Carlson</u>, former Vice President Pharmacy Operations, Giant Eagle, Inc.

> <u>Areas of Testimony</u>:  Mr. Carlson is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

2.      <u>Lewis Colosimo</u>, Group Supervisor, DEA.

> <u>Areas of Testimony</u>:  Mr. Colosimo is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

3.      <u>Walter Durr</u>, Operations Manager, Giant Eagle, Inc.

> <u>Areas of Testimony</u>:  Mr. Durr is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

4.      <u>Angela Garofalo</u>, Pharmacy District Leader, Giant Eagle, Inc.

<u>Areas of Testimony</u>:  Ms. Garofalo is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; and relevant employment, including her experiences, duties, and responsibilities.

5.      <u>Emily Mooney</u>, Pharmacy Team Leader, Giant Eagle, Inc.

<u>Areas of Testimony</u>:  Ms. Mooney is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

6.      <u>James Tsipakis in his Individual Capacity and as Corporate Representative for Giant Eagle</u>, Executive Vice President Pharmacy/Health and Wellness, Giant Eagle, Inc.

<u>Areas of Testimony</u>:  Mr. Tsipakis is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony as corporate representative.

13

### D. Rite Aid Witnesses

1. <u>Christopher Belli</u>, Rite Aid – Operations Senior Manager.

   <u>Areas of Testimony</u>: Mr. Belli is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as an Operations Senior Manager, his previous relevant employment and/or his previous deposition testimony in the MDL.

2. <u>Keith Frost</u>, Rite Aid – Manager of Centralized Products.

   <u>Areas of Testimony</u>: Mr. Frost is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as a Manager of Centralized Products, related to his previous relevant employment, and/or his previous deposition testimony in the MDL.

3. <u>Amanda Glover</u>, Rite Aid – Vice President, Regulatory Affairs.

   <u>Areas of Testimony</u>: Ms. Glover is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties, responsibilities, and experiences as Vice President of Regulatory Affairs.

4.    <u>Kirsten Gosnik</u>, Rite Aid – Former Region Pharmacy Leader.

<u>Areas of Testimony</u>: Ms. Gosnik is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties, responsibilities, and experiences as a pharmacist, Pharmacy District Manager, Regional Healthcare Leader, Region Pharmacy Leader, and other roles at Rite Aid, and/or her previous deposition testimony in the MDL.

5.    <u>Janet Hart</u>, Rite Aid – Director, Government Affairs.

<u>Areas of Testimony</u>: Ms. Hart is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as the Director of Government Affairs, her other previous relevant employment and experience, and/or her previous deposition testimony in the MDL.

6.    <u>Brandan Mehaffie</u>, Rite Aid – Director, Pharmacy Asset Protection.

<u>Areas of Testimony</u>: Mr. Mehaffie is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties, responsibilities, and experiences as Director of Pharmacy Asset Protection.

**E.    Walgreens Witnesses**

1.    <u>Deborah Bish</u>, Walgreens – Former Function Manager.

<u>Areas of Testimony</u>: Ms. Bish is expected to testify concerning her duties, responsibilities, and experiences at the Perrysburg Distribution Center.

2.      Claire Brennan, DEA Section Chief.

Areas of Testimony: Ms. Brennan is expected to testify concerning DEA's investigations of Walgreens distribution centers.

3.      Cheryl Creek, Walgreens – Director, Pharmacy Systems and Operations.

Areas of Testimony: Ms. Creek is expected to testify concerning her duties, responsibilities, and experiences as a Director of Pharmacy Systems and Operations.

4.      Julie Demay, Walgreens – Pharmacist.

Areas of Testimony: Ms. Demay is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

5.      Natasha Polster, Walgreens – Vice President of Pharmacy Quality, Compliance, and Patient Safety.

Areas of Testimony: Ms. Polster is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist, pharmacy manager, Vice President of Pharmacy Quality, Compliance, and Patient Safety, and other roles at Walgreens.

6.      Amy Stossel, Walgreens – Pharmacist.

Areas of Testimony: Ms. Stossel is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

7.      Jaime Whited, Walgreens – Area Healthcare Supervisor.

Areas of Testimony: Mr. Whited is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist, pharmacy manager, and Area Healthcare Supervisor.

**F.      Walmart Witnesses**

1.      Chad Ducote, Walmart Associate.

Areas of Testimony: Mr. Ducote is expected to testify concerning his duties, responsibilities, and experiences as a Senior Director in Health & Wellness Supply Chain.

2.      Susanne Hiland, Walmart Associate.

Areas of Testimony: Ms. Hiland is expected to testify concerning her duties, responsibilities, and experiences as a Senior Director in Health & Wellness Professional Relations & Clinical Quality Assurance, and other roles at Walmart.

3.      Lori Militello, Walmart Associate.

Areas of Testimony: Ms. Militello is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

4.      Mike Mullin, Walmart Associate.

Areas of Testimony: Mr. Mullin is expected to testify concerning his duties, responsibilities, and experiences at Distribution Center No. 6045 and Distribution Center No. 6001.

5.    <u>Caroline Riogi</u>, Walmart Associate.

<u>Areas of Testimony</u>: Ms. Riogi is expected to testify concerning her duties, responsibilities, and experiences as a Director in Health & Wellness Practice Compliance, and other roles at Walmart.

6.    <u>Roger Schultheis</u>, Walmart Associate.

<u>Areas of Testimony</u>: Mr. Schultheis is expected to testify concerning his duties, responsibilities, and experiences as a Divisional Health & Wellness Director, and other roles at Walmart.

7.    <u>Darren Townzen</u>, Walmart Associate.

<u>Areas of Testimony</u>: Mr. Townzen is expected to testify concerning his knowledge of and experience with Walmart's relevant databases and systems, as well as data produced by Walmart in this case.

**III.**   **Pharmacy Defendants' Additional Fact Witnesses Likely To Be Called At Trial**

    **A.**   **Joint Pharmacy Defendants' Fact Witnesses**

        1.   <u>Jenny Azouri</u>, Prosecutor, Lake County.

                <u>Areas of Testimony</u>: Ms. Azouri is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

        2.   <u>Stephen Baum</u>, Doctor, Lake Health.

                <u>Areas of Testimony</u>:  Dr. Baum is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition.

        3.   <u>Frank Beck</u>, Dentist, Mercy Health.

                <u>Areas of Testimony</u>: Dr. Beck is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition.

4.    <u>Jeffrey Belle</u>, Detective, Lake County Sheriff's Office.

> <u>Areas of Testimony</u>:  Mr. Belle is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

5.    <u>Jason Briscoe</u>, Director, Pharmacy Operations, Discount Drug Mart.

> <u>Areas of Testimony</u>:  Mr. Briscoe is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

6.    <u>Gina Buccino-Arnaut</u>, Prosecutor, Trumbull County.

> <u>Areas of Testimony</u>: Ms. Buccino-Arnaut is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or his deposition testimony.

7.     William DiFrangia, Agent, Ohio Board of Pharmacy.

        Areas of Testimony: Mr. DiFrangia is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

8.     Joseph Dragovich, Deputy Sheriff, Trumbull County.

        Areas of Testimony: Mr. Dragovich is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

9.     Daniel Fitzpatrick, Doctor, Mercy Health.

        Areas of Testimony: Dr. Fitzpatrick is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

10.     David Frisone, Former Director, Lake County Narcotics Agency.

        Areas of Testimony:  Mr. Frisone is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

11.    <u>Chad Garner</u>, Director of OARRS for the Ohio Board of Pharmacy.

> <u>Areas of Testimony</u>:  Mr. Garner is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including experiences, duties, and responsibilities=; OARRS data and its uses; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

12.    <u>Joseph Gioello</u>, Owner and Pharmacist, Troutman Drug Company.

> <u>Areas of Testimony</u>:  Mr. Gioello is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

13.    <u>Reuben Gobezie</u>, Doctor.

> <u>Areas of Testimony</u>:  Dr. Gobezie is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

14.     Eric Griffin, Director of Compliance and Enforcement for the Ohio State
Board of Pharmacy.

>    Areas of Testimony:  Mr. Griffin is expected to testify concerning
>    matters related to the claims and defenses in this action, including
>    but not limited to matters related to his background; relevant
>    employment, including experiences, duties, and responsibilities;
>    Ohio Board of Pharmacy regulations and investigations as applied
>    to prescribers and pharmacists; the topics for which he was
>    designated as a 30(b)(6) witness; and/or his deposition testimony.

15.     Heidi Gullett, Doctor.

>    Areas of Testimony: Dr. Gullett is expected to testify concerning
>    matters related to the claims and defenses in this action, including
>    but not limited to matters related to her background; relevant
>    employment, including her experiences, duties, and responsibilities;
>    and/or her deposition testimony.

16.     Stacy Harper-Avilla, Section Chief on Quotas, DEA.

>    Areas of Testimony:  Ms. Harper-Avilla is expected to testify
>    concerning matters related to the claims and defenses in this action,
>    including but not limited to matters related to her background;
>    relevant employment, including her experiences, duties, and
>    responsibilities; the topics for which she was designated as a
>    30(b)(6) witness; and/or her deposition testimony.

17.    <u>Mark Komar</u>, Coroner, Lake County.

      <u>Areas of Testimony</u>:  Mr. Komar is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

18.    <u>Dan Kosanovich</u>, Special Agent, Lake County Narcotics Agency.

      <u>Areas of Testimony</u>:  Mr. Kosanovich is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

19.    <u>David Krahe</u>, Doctor, Cleveland Clinic.

      <u>Areas of Testimony</u>: Dr. Krahe is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

20.    <u>Franklin Manios</u>, Owner and Pharmacist, Franklin Pharmacy, Inc.

      <u>Areas of Testimony</u>:  Mr. Manios is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

21.   <u>Michael Mapes</u>, Former DEA Diversion Investigator.

   <u>Areas of Testimony</u>:  Mr. Mapes is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

22.   <u>Kathleen Meszaros</u>, Chief Investigator, Trumbull County Coroner's Office.

   <u>Areas of Testimony</u>: Ms. Meszaros is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

23.   <u>Edwards Myers</u>, Doctor.

   <u>Areas of Testimony</u>:  Dr. Myers is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

24.   <u>Fady Nageeb</u>, Doctor, Cleveland Clinic.

   <u>Areas of Testimony</u>: Dr. Nageeb is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

25.     <u>Dean Pahr</u>, Doctor, Lake Health.

Areas of Testimony:  Dr. Pahr is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

26.     <u>Pamela Phillips</u>, Deputy Auditor, Lake County.

Areas of Testimony: Mr. Phillips is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

27.     <u>Joseph Rannazzisi</u>, Former Head of Office of Diversion Control, DEA.

Areas of Testimony:  Mr. Rannazzisi is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

28.     <u>Karim Razmjouie</u>, Doctor, University Hospitals.

Areas of Testimony: Dr. Razmjouie is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

29.     <u>Richard Sackler, M.D.</u>, Former President and Co-Chairman of the Board, Purdue Pharmaceuticals.

>    <u>Areas of Testimony</u>: Dr. Sackler is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

30.     <u>Derek Siegle</u>, Executive Director of the Ohio High Intensity Drug Trafficking Area ("HIDTA").

>    <u>Areas of Testimony</u>:  Mr. Siegle is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

31.     <u>Edward Ting</u>, Owner and Pharmacist, Main Discount Drug and Champion Discount Pharmacy.

>    <u>Areas of Testimony</u>: Mr. Ting is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

32.     Steven Turoczi, Doctor, Cleveland Clinic.

Areas of Testimony: Dr. Turoczi is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

33.     Tony Villanueva, Commander, Trumbull Action Group.

Areas of Testimony: Mr. Villanueva is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

34.     Luis Villaplana, Chief Medical Officer, Meridian Healthcare.

Areas of Testimony:   Dr. Villaplana is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

35.     Van Warren, Doctor, University Hospitals.

Areas of Testimony: Dr. Warren is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

36.     George "Pat" Willis, Former Community Liaison, Lake County Narcotics Agency.

> Areas of Testimony: Mr. Willis is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

37.     Daniel Yocum, Owner and Pharmacist, Newton Falls Pharmacy and Champion Discount Pharmacy.

> Areas of Testimony: Mr. Yocum is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties and responsibilities.

**B.      CVS Witnesses**

1.      Jessica Brkic, Pharmacist.

> Areas of Testimony: Ms. Brkic is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

2.　　　<u>Aaron Burtner</u>, SOM Manager / Analyst (former).

         <u>Areas of Testimony</u>:  Mr. Burtner is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; the claims in this litigation; and/or his deposition testimony.

3.　　　<u>Linda Cimbron</u>, Director of Licensing.

         <u>Areas of Testimony</u>:  Ms. Cimbron is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

4.　　　<u>Tom Davis</u>, Senior Director, Pharmacy Professional Services.

         <u>Areas of Testimony</u>:  Mr. Davis is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; the claims in this litigation; and/or his deposition testimony.

5.　　　<u>Tara Hartman</u>, Pharmacist.

         <u>Areas of Testimony</u>:  Ms. Hartman is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; the claims in this litigation; and/or her deposition testimony.

6.      <u>Pamela Hinkle</u>, Senior Manager, Logistics Compliance.

> <u>Areas of Testimony</u>:  Ms. Hinkle is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; the claims in this litigation; and/or her deposition testimony.

7.      <u>Matthew Kovach</u>, Pharmacist.

> <u>Areas of Testimony</u>:  Mr. Kovach is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

8.      <u>Gary Millikan</u>, Operations/Production Manager, Indianapolis Distribution Center (former).

> <u>Areas of Testimony</u>:  Mr. Millikan is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; the claims in this litigation; and/or his deposition testimony.

9.      <u>Mark Nicastro</u>, Director, Indianapolis Distribution Center (former).

> <u>Areas of Testimony</u>:  Mr. Nicastro is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; the claims in this litigation; and/or his deposition testimony.

10.    John Robinson, Director, Asset Protection.

Areas of Testimony:  Mr. Robinson is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

11.    Laura Smith, Senior Strategic Account Executive, CVS Caremark.

Areas of Testimony:  Ms. Smith is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

12.    Jared Tancrelle, Vice President, Store Operations.

Areas of Testimony:  Mr. Tancrelle is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

**C.    Giant Eagle Witnesses**

1.    Randy Heiser, former Vice President, Pharmacy, Giant Eagle, Inc.

Areas of Testimony:  Mr. Heiser is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

2.    John Judin, Pharmacy Team Leader, Giant Eagle, Inc.

Areas of Testimony:  Mr. Judin is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and/or relevant employment, including his experiences, duties, and responsibilities.

3.    Robert McClune, Vice President, Giant Eagle, Inc.

Areas of Testimony:  Mr. McClune is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

4.    Christopher Miller, Senior Manager, Pharmacy Quality & Compliance, Giant Eagle, Inc.

Areas of Testimony:  Mr. Miller is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or the topics for which he was designated as a 30(b)(6) witness.

5.     Joseph Millward, former Sr. Manager, Pharmacy Quality and Compliance, Giant Eagle, Inc.

      Areas of Testimony:  Mr. Millward is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

6.     Matthew Rogos, former Operations Manager, Giant Eagle, Inc.

      Areas of Testimony:  Mr. Rogos is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

7.     Richard Shaheen, Pharmacy Security Senior Manager, Giant Eagle, Inc.

      Areas of Testimony:  Mr. Shaheen is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

8.    <u>Holly Taylor</u>, Pharmacy Team Leader, Giant Eagle, Inc.

Areas of Testimony:  Ms. Taylor is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; and/or relevant employment, including her experiences, duties, and responsibilities.

9.    <u>Fred Weaver</u>, Pharmacy Team Leader, Giant Eagle, Inc.

Areas of Testimony:  Mr. Weaver is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and/or relevant employment, including his experiences, duties, and responsibilities.

**D.    Rite Aid Witnesses**

1.    <u>Kimberly Birklin</u>, Rite Aid – DEA Coordinator.

Areas of Testimony: Ms. Birklin is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties, responsibilities, and experiences at Rite Aid distribution centers.

2.    <u>Richard Chapman</u>, Rite Aid – Vice President, Logistics.

Areas of Testimony: Mr. Chapman is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as a Vice President of Logistics, his previous relevant employment, and/or related to his previous deposition testimony in the MDL.

3.    <u>Erin Desmond</u>, Rite Aid – Pharmacist.

<u>Areas of Testimony</u>: Ms. Desmond is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties, responsibilities, and experiences as a Rite Aid pharmacist.

4.    <u>Scott Jacobson</u>, Rite Aid – Vice President, Pharmacy Operations.

<u>Areas of Testimony</u>: Mr. Jacobson is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Vice President, Pharmacy Operations, his other previous relevant employment and experience, and/or his previous deposition testimony in the MDL.

5.    <u>Raja Machana</u>, Rite Aid – Pharmacist.

<u>Areas of Testimony</u>: Mr. Machana is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties, responsibilities, and experiences as a Rite Aid pharmacist.

6.    <u>Kristina McKenzie</u>, Rite Aid – Pharmacist.

<u>Areas of Testimony</u>: Ms. McKenzie is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties, responsibilities, and experiences as a Rite Aid pharmacist.

7. <u>Kevin Mitchell</u>, Rite Aid – Senior Director, Regulatory Compliance.

> <u>Areas of Testimony</u>: Mr. Mitchell is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as Senior Director of Regulatory Compliance, his previous relevant employment, and/or his previous deposition testimony in the MDL.

8. <u>Katherine Moldovan</u>, Rite Aid – Region Pharmacy Leader.

> <u>Areas of Testimony</u>: Ms. Moldovan is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties, responsibilities, and experiences as a pharmacist, Pharmacy District Manager, Regional Healthcare Leader, Region Pharmacy Leader, and other roles at Rite Aid.

9. <u>Sophia Novack</u>, Rite Aid – Director, Pharmacy Loss Prevention.

> <u>Areas of Testimony</u>: Ms. Novack is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as Director of Pharmacy Loss Prevention, her previous relevant employment, and/or her previous deposition testimony in the MDL.

10. <u>Mark Obert</u>, Rite Aid – Regional Retail Leader.

> <u>Areas of Testimony</u>: Mr. Obert is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties, responsibilities, and experiences as an Asset Protection District Leader and Region Retail Leader.

11. <u>Andrew Palmer</u>, Rite Aid – Group Vice President, Compliance, Privacy, and Internal Assurance Services.

> <u>Areas of Testimony</u>: Mr. Palmer is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as the Group Vice President of Compliance, Privacy, and Internal Assurance Services, his previous relevant employment, and/or his previous deposition testimony in the MDL.

12. <u>Larry Ringgold</u>, Rite Aid – DEA Coordinator for Security.

> <u>Areas of Testimony</u>: Mr. Ringgold is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as the DEA Coordinator for Security, his previous relevant employment, and/or his previous deposition testimony in the MDL.

13.  <u>Ashley Thomas</u>, Rite Aid – Pharmacist.

> <u>Areas of Testimony</u>: Ms. Thomas is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties, responsibilities, and experiences as a Rite Aid pharmacist.

14.  <u>Donald Tush</u>, DEA Diversion Investigator.

> <u>Areas of Testimony</u>: Mr. Tush is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his duties and responsibilities as a Diversion Investigator for DEA, his previous relevant employment, and/or his previous deposition testimony in the MDL.

15.  <u>Marian Wood</u>, Rite Aid – DEA Coordinator.

> <u>Areas of Testimony</u>: Ms. Wood is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her duties and responsibilities as a DEA Coordinator, her previous relevant employment, and/or related to her previous deposition testimony in the MDL.

**E.  Walgreens Witnesses**

1.  <u>Richard Culbertson</u>, Walgreens – Pharmacist.

> <u>Areas of Testimony</u>: Mr. Culbertson is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

2.      Diane Duer, Walgreens – Pharmacist.

Areas of Testimony: Ms. Duer is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

3.      Robert Fetty, Walgreens – Pharmacist.

Areas of Testimony: Mr. Fetty is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

4.      Sara (McAllister) Garwood, Walgreens – Pharmacist.

Areas of Testimony: Ms. Garwood is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

5.      Kiley Grafton, Walgreens – Pharmacist.

Areas of Testimony: Ms. Grafton is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

6.      Justin Joseph, Walgreens – General Manager.

Areas of Testimony: Mr. Joseph is expected to testify concerning his duties, responsibilities, and experiences at the Perrysburg Distribution Center.

7.      Brian Joyce, Walgreens – Former District Manager.

Areas of Testimony: Mr. Joyce is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and District Manager.

8.    Steve Kneller, Walgreens – Former General Manager.

Areas of Testimony: Mr. Kneller is expected to testify concerning his duties, responsibilities, and experiences at the Perrysburg Distribution Center.

9.    Rebekah Wellington, Walgreens – Pharmacist.

Areas of Testimony: Ms. Wellington is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

10.    Laurie Zaccaro, Walgreens – Asset Protection Manager.

Areas of Testimony: Ms. Zaccaro is expected to testify concerning her duties, responsibilities, and experiences as an Asset Protection Manager.

**F.    Walmart Witnesses**

1.    Jeff Abernathy, Walmart Associate.

Areas of Testimony: Mr. Abernathy is expected to testify concerning his duties, responsibilities, and experiences at Distribution Center No. 6045 and as a member of the Pharmacy Order Monitoring team.

2.    Paul Beahm, Walmart Associate.

Areas of Testimony: Mr. Beahm is expected to testify concerning his duties, responsibilities, and experiences as the Senior Vice President of Health & Wellness Operations, and other roles at Walmart.

3.       <u>Greg Beam</u>, Walmart Associate.

<u>Areas of Testimony</u>: Mr. Beam is expected to testify concerning his duties, responsibilities, and experiences as the Director of Global Investigations, and other roles at Walmart.

4.       <u>Nicole Chammas</u>, Walmart Associate.

<u>Areas of Testimony</u>: Ms. Chammas is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

5.       <u>Kristin Gentry</u>, Walmart Associate.

<u>Areas of Testimony</u>: Ms. Gentry is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

6.       <u>Miranda Johnson</u>, Walmart Associate.

<u>Areas of Testimony</u>: Ms. Johnson is expected to testify concerning her duties, responsibilities, and experiences as the Director of Controlled Substances in Health & Wellness Practice Compliance.

7.       <u>Amanda Kashiwsky</u>, Walmart Associate.

<u>Areas of Testimony</u>: Ms. Kashiwsky is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

8.      <u>McKenzie Kotnik</u>, Walmart Associate.

       <u>Areas of Testimony</u>: Ms. Kotnik is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

9.      <u>Daniel Kovach</u>, Walmart Associate.

       <u>Areas of Testimony</u>: Mr. Kovach is expected to testify concerning his duties, responsibilities, and experiences as a Walmart pharmacist.

10.     <u>John Oldfather</u>, Walmart Associate.

       <u>Areas of Testimony</u>: Mr. Oldfather is expected to testify concerning his duties, responsibilities, and experiences as an Investigator in Global Investigations.

11.     <u>Roxy Reed</u>, Walmart Associate.

       <u>Areas of Testimony</u>: Ms. Reed is expected to testify concerning her duties, responsibilities, and experiences as a Senior Manager in Health & Wellness Practice Compliance, and other roles at Walmart.

12.     <u>Rachel Street</u>, Walmart Associate.

       <u>Areas of Testimony</u>: Ms. Street is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

13.    <u>Karina Strozewski</u>, Walmart Associate.

<u>Areas of Testimony</u>: Ms. Strozewski is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

14.    <u>Shelley Tustison</u>, Walmart Associate.

<u>Areas of Testimony</u>: Ms. Tustison is expected to testify concerning her duties, responsibilities, and experiences as a Director in Health & Wellness Practice Compliance, and other roles at Walmart.

15.    <u>Steven Wasil</u>, Walmart Associate.

<u>Areas of Testimony</u>: Mr. Wasil is expected to testify concerning his duties, responsibilities, and experiences as a Walmart pharmacist.

Dated:     July 26, 2021

Respectfully Submitted,

*/s/ Kelly A. Moore (consent)*
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-4824
Fax: (215) 963-5001
E-mail: john.lavelle@morganlewis.com

*Attorneys for Rite Aid Hdqtrs. Corp., Rite Aid*
*of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a*
*Mid-Atlantic Customer Support Center, and*
*Eckerd Corp. d/b/a Rite Aid Liverpool*
*Distribution Center*

*/s/ Kaspar Stoffelmayr (consent)*
Kaspar Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

*Attorneys for Walgreens Boots Alliance, Inc.,*
*Walgreen Co., and Walgreen Eastern Co.,*
*Inc.*

*/s/ Alexandra W. Miller (consent)*
Alexandra W. Miller
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: smiller@zuckerman.com
E-mail: edelinsky@zuckerman.com

*Attorneys for CVS Pharmacy, Inc., CVS*
*Indiana, L.L.C.. CVS Rx*
*Services, Inc., CVS TN Distribution, L.L.C.,*
*and Ohio CVS Pharmacy, L.L.C.*

*/s/ Tara A. Fumerton*
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Email: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

<u>/s/ Robert M. Barnes (consent)</u>
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle, Inc., and HBC*
*Service Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Witness List was filed electronically this 26th day of July 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties.

*/s/ Tara A. Fumerton*
Tara A. Fumerton

*Counsel for Walmart Inc.*