# **EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Track Three Cases* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan A. Polster |

## CVS'S WITNESS LIST

Pursuant to the Second Revised Case Management Order for Track Three (Doc. 3735), Defendants CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., CVS Pharmacy, Inc., and Ohio CVS Stores, L.L.C. (collectively "CVS") hereby disclose the following witnesses who may testify at trial, either live or by designation, on their behalf. CVS separately joins the Pharmacy Defendants' Joint Trial Witness List and reserves the right to offer the testimony of the witnesses listed there.

In serving this witness list, CVS reserves the right to amend, supplement, or otherwise modify these disclosures, including if new or modified information is provided at any point. This includes without limitation any information identified, disclosed, or produced as a result of on-going discovery related to specific prescriptions. CVS reserves the right to supplement and/or amend this list as a result of ongoing and future depositions or productions in this action. CVS also reserves the right to supplement and/or amend this list with any witness identified on any other party's witness list, including Plaintiffs' lists, as well as any party who later settles or is severed or dismissed. CVS further reserves the right to conduct a direct examination of any witness called by Plaintiffs and/or to call additional witnesses not identified on this list, either live or by designation, that are submitted as part of current or future witness lists and/or deposition

designations by any other party. CVS further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions and to call additional witnesses, either live or by designation, to rebut Plaintiffs' case.

## WITNESSES[1, 2]

**A.     Expert Witnesses**

In accordance with Section G.3 of the Second Revised Case Management Order for Track Three (Doc. 3735), CVS will disclose its expert witnesses on or before June 25, 2021. CVS's experts are expected to testify about the opinions detailed in their reports and deposition testimony, and on matters concerning their knowledge, skill, experience, education, and training.

**B.     Fact Witnesses**

1.     <u>John Aivazis</u> – District Leader. Mr. Aivazis is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

2.     <u>Kelly Baker</u> – SOM Analyst (former). Mr. Baker is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

3.     <u>Chris Blum</u> – Director, Prescriptive Authority Standards. Mr. Blum is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

---

[1] Unless specifically noted, CVS reserves the right to call any witness live at trial. CVS additionally reserves the right to present the deposition testimony of any witness listed herein, where permitted by any applicable rules, orders of the Court, or agreement of the parties.

[2] By including former employees on this witness list, CVS does not admit or otherwise concede each such potential witness is under CVS's control. Nor does CVS admit or concede that it is able to require former employees to appear for trial in this case, by subpoena or otherwise.

4.     <u>Daniel Blore</u> – Pharmacist.  Mr. Blore is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

5.     <u>Jessica Brkic</u> – Pharmacist.  Ms. Brkic is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

6.     <u>Aaron Burtner</u> – SOM Manager / Analyst (former).  Mr. Burtner is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

7.     <u>Linda Cimbron</u> – Director of Licensing.  Ms. Cimbron is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

8.     <u>Chris Clarke</u> – Pharmacist.  Mr. Clark is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

9.     <u>Kenneth Cook</u> – Pharmacist.  Mr. Cook is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

10.    <u>Michael Cramer</u> – Pharmacist.  Mr. Cramer is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

11. <u>Greg Curic</u> – Pharmacist.  Mr. Curic is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

12. <u>Tom Davis</u> – Senior Director, Pharmacy Professional Services.  Mr. Davis is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

13. <u>Janice Gherardi</u> – Pharmacist.  Ms. Gherardi is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

14. <u>Joseph Grimes</u> – Advisor, Pharmacy Professional Practice.  Mr. Grimes is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

15. <u>Nicole Harrington</u> – Senior Director, Pharmacy Professional Services.  Ms. Harrington is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

16. <u>Tara Hartman</u> – Pharmacist.  Ms. Hartman is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

17. <u>Shauna Helfrich</u> – SOM Analyst.  Ms. Helfrich is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

18. <u>Pamela Hinkle</u> – Senior Manager, Logistics Compliance. Ms. Hinkle is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

19. <u>Navid Hojatti</u> – Divisional Professional Practice Leader. Mr. Hojatti is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

20. <u>Charles Kandrac</u> – Pharmacist  Mr. Kandrac is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

21. <u>Matthew Kovach</u> – Pharmacist. Mr. Kovach is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

22. <u>Chris Ivanoski</u> – Director, Pharmacy Professional Practice (former). Mr. Ivanoski is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

23. <u>Annette Lamoureux</u> – SOM Manager, Regulatory Compliance Logistics Planning. Ms. Lamoureux is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

24. <u>Amanda Letourneau</u> – Advisor, Pharmacy Professional Practice. Ms. Letourneau is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

25. <u>Gary Millikan</u> – Operations / Production Manager, Indianapolis Distribution Center (former). Mr. Millikan is expected to testify concerning matters related to his background;

employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

26. John Mortelliti – Director, Loss Prevention. Mr. Mortelliti is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

27. Shane Morrow – Pharmacist. Mr. Morrow is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

28. Mark Nicastro – Director, Indianapolis Distribution Center (former). Mr. Nicastro is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

29. Adam O'Hara – Director of Industrial Engineering. Mr. O'Hara is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

30. John Robinson – Director, Asset Protection. Mr. Robinson is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

31. Laura Smith – Senior Strategic Account Executive, CVS Caremark. Ms. Smith is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

32. Jared Tancrelle – Vice President, Store Operations. Mr. Tancrelle is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

33. <u>Papatya Tankut</u> – Vice President, Pharmacy Affairs.  Ms. Tankut is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

34. <u>Michelle Travassos</u> – Advisor, Pharmacy Professional Practice.  Ms. Travassos is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

35. <u>Kristin Trevelline</u> – Pharmacist.  Ms. Trevelline is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

36. <u>Dean Vanelli</u> – Senior Director, Outbound Transportation.  Mr. Vanelli is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

37. <u>Amy Winchell</u> – District Leader.  Ms. Winchell is expected to testify concerning matters related to her background; employment, including her duties, responsibilities, and experiences; and the claims in this litigation.

38. <u>Brian Zakrajsek</u> – Pharmacist.  Mr. Zakrajsek is expected to testify concerning matters related to his background; employment, including his duties, responsibilities, and experiences; and the claims in this litigation.

39. <u>Crystal Pike</u> – Managing Principal, Analysis Group.  Ms. Pike is expected to testify concerning matters related to her background; her employment, including her duties, responsibilities, experiences, and consulting work with CVS; and the claims in this litigation.

40. <u>Kenneth Weinstein</u> – Managing Principal, Analysis Group.  Mr. Weinstein is expected to testify concerning matters related to his background; his employment, including his

duties, responsibilities, experiences, and consulting work with CVS, and the claims in this litigation.

41. <u>Terrence Woodworth</u> – Owner, Drug and Chemical Advisory Group. Mr. Woodworth is expected to testify concerning matters related to his background; his employment, including his duties, responsibilities, experiences, and consulting work with CVS, and the claims in this litigation.

Date: June 15, 2021

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
edelinsky@zuckerman.com
smiller@zuckerman.com
gbush@zuckerman.com

*Counsel for CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., CVS Pharmacy, Inc., and Ohio CVS Stores, L.L.C.*