# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATED TO:<br><br>*Track Three Cases* | **MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster** |

## GIANT EAGLE, INC.'S AND HBC SERVICE COMPANY'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26 and this Court's Track Three Civil Jury Trial Order (Dkt. No. 3758), Giant Eagle, Inc., and HBC Service Company ("Giant Eagle") list and hereby disclose the following witnesses who may testify at trial on its behalf. Giant Eagle separately joins the Pharmacy Defendants' Joint Witness List and reserves the right to call and/or offer the testimony of the witnesses listed there on its behalf.[1]

In serving this witness list, Giant Eagle specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Giant Eagle also reserves the right to supplement and/or to amend its list with any witnesses identified on any party's witness lists, including Plaintiffs' lists, as well as any party who later settles or is severed or dismissed. Giant Eagle further reserves the right to conduct a direct examination of any witness called by the Plaintiffs and/or to call additional witnesses not identified on this list that are submitted as part of current or future witness lists by any other party. Giant Eagle reserves the right to supplement and/or to amend this witness list in response to rulings

---

[1] Giant Eagle separately joins Defendants' Joint Trial Witness List and reserves the right to offer the testimony of the witnesses listed there.

of the Court on pretrial motions. Giant Eagle reserves the right to call any of these witnesses as live witnesses in its case in chief.

## WITNESSES[2]

**A.  Expert Witnesses**

Giant Eagle expects to call expert witnesses, who are expected to testify about the subject matter of their reports, as well as their education, experience, and knowledge.  Pursuant to the Court's Scheduling Order, Dkt. No. 3735, Giant Eagle will disclose its expert witnesses on or before June 25, 2021.

**B.  Fact Witnesses[3]:**

1.  <u>Adrienne Baldini</u>, Giant Eagle Director of Pharmacy Central Services.  Ms. Baldini is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations at Giant Eagle.

2.  <u>Thomas Barringer</u>, Giant Eagle Pharmacy Team Member.  Mr. Barringer is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

3.  <u>Fred Bencivengo</u>, Giant Eagle Director of Retail Pharmacy Operations and former Ohio Pharmacy District Leader. Mr. Bencivengo is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations at Giant Eagle.

---

[2] Unless specifically noted, Giant Eagle reserves the right to call any witness live at trial. Giant Eagle additionally reserves the right to present the deposition testimony of any witness listed herein, where permitted by any applicable rules, orders of the Court, or agreement of the parties.

[3] By including former employees on this witness list, Giant Eagle does not admit or otherwise concede each such potential witness is under Giant Eagle's control.  Nor does Giant Eagle admit or concede that it is able to require former employees to appear for trial in this case, by subpoena or otherwise.

4. <u>Mike Bianco, Jr.</u>, Giant Eagle Director of Pharmacy Contracting. Mr. Bianco is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations and controls at Giant Eagle.

5. <u>Jonathan Bowman</u>, Giant Eagle Pharmacy Team Member. Mr. Bowman is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

6. <u>Greg Carlson</u>, former Giant Eagle Vice President. Mr. Carlson is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations at Giant Eagle.

7. <u>Michael Chappell</u>, Giant Eagle Vice President. Mr. Chappell is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations at Giant Eagle.

8. <u>George Chunderlik</u>, former Giant Eagle Manager. Mr. Chunderlik is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited, to Giant Eagle's corporate-level pharmacy operation and compliance with the Controlled Substances Act and its regulations.

9. <u>Brandon Davis</u>, Giant Eagle Pharmacy Team Member. Mr. Davis is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

10. <u>Joseph Depasquale</u>, Giant Eagle Pharmacy Team Leader. Mr. Depasquale is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

11. <u>Mark Doerr</u>, former Giant Eagle Senior Vice-President. Mr. Doerr is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations at Giant Eagle.

12. <u>Walter Durr</u>, Giant Eagle Warehouse Manager. Mr. Durr is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, Giant Eagle's warehouse operations and controls.

13. <u>Jennifer Edwards</u>, Giant Eagle Pharmacy Team Member. Ms. Edwards is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

14. <u>Angela Garofalo</u>, Giant Eagle Ohio Pharmacy District Leader. Ms. Garofalo is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, controls for orders placed to Giant Eagle warehouses and the operations and controls at Giant Eagle pharmacies.

15. <u>Paul Griesacker</u>, Giant Eagle Pharmacy Team Member. Mr. Griesacker is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

16. <u>Randy Heiser,</u> former Giant Eagle Vice President. Mr. Heiser is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations at Giant Eagle.

17. <u>Jeffrey High</u>, Giant Eagle Pharmacy Team Member. Mr. High is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

18. <u>Alyssa Hohlfelder</u>, Giant Eagle Pharmacy Team Leader. Ms. Hohlfelder is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

19. <u>Daniel Janovick</u>, Giant Eagle Pharmacy Team Leader. Mr. Janovick is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

20. <u>John Judin</u>, Giant Eagle Pharmacy Team Leader. Mr. Judin is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

21. <u>Jordan Kriz</u>, Giant Eagle Pharmacy Team Member. Ms. Kriz is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

22. <u>Michael Madgar</u>, Giant Eagle Pharmacy Team Leader. Mr. Madgar is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

23. <u>Hilary Markowski</u>, Giant Eagle Pharmacy Team Leader. Ms. Markowski is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

24. <u>Barbara McAnany</u>, Giant Eagle Pharmacy Team Member. Ms. McAnany is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

25. <u>Robert McClune</u>, Giant Eagle Vice President. Mr. McClune is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to,

Giant Eagle's automated SOM systems, distribution operations, warehouse operations, and corporate-level pharmacy operations.

26. <u>Emily Mooney</u>, Giant Eagle Pharmacy Team Leader. Ms. Mooney is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

27. <u>Christopher Miller</u>, 30(b)(6) witness and Giant Eagle Senior Manager. He is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations, including compliance, as well as pharmacy operations at Giant Eagle.

28. <u>Joseph Millward</u>, former Giant Eagle Senior Manager. Mr. Millward is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations, including compliance, at Giant Eagle.

29. <u>Anthony Mollica</u>, former Giant Eagle Vice President. Mr. Mollica is expected to testify about corporate-level pharmacy operations at Giant Eagle.

30. <u>Philip Raub</u>, Giant Eagle Senior Manager, Pharmacy Supply Chain Optimization. Mr. Raub is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, corporate-level pharmacy operations at Giant Eagle, including inventory, compliance, and distribution.

31. <u>Denise Reidy</u>, Giant Eagle Pharmacy Team Leader. Ms. Reidy is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

32. <u>Todd Roahrig</u>, Giant Eagle Ohio Pharmacy District Leader. Mr. Roahrig is expected to testify concerning matters related to the claims and defenses in this action, including,

but not limited to, controls for orders placed to Giant Eagle warehouses and the operations and controls at Giant Eagle pharmacies.

33. <u>Matthew Rogos</u>, former Giant Eagle Warehouse Manager. Mr. Rogos is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, Giant Eagle's warehouse operations and controls.

34. <u>Michael Rozic</u>, Giant Eagle Pharmacy Team Member. Mr. Rozic is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

35. <u>Tina Rozic</u>, Giant Eagle Pharmacy Team Member. Ms. Rozic is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

36. <u>Richard Shaheen</u>, Giant Eagle Senior Manager. Mr. Shaheen is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, due diligence on pharmacy orders at Giant Eagle.

37. <u>Holly Taylor</u>, Giant Eagle Pharmacy Team Leader. Ms. Taylor is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

38. <u>Gene Tommasi</u>, former Giant Eagle Vice President. Mr. Tommasi is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, distribution and retail operations at Giant Eagle.

39. <u>James Tsipakis</u>, Giant Eagle 30(b)(6) Corporate Representative, as well as Giant Eagle Executive Vice President and President of Pharmacy. Mr. Tsipakis is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to,

Giant Eagle's corporate-level pharmacy operations.

40. <u>Todd Tuttle</u>, Giant Eagle Pharmacy Team Member. Mr. Tuttle is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

41. <u>Matt Walker</u>, Giant Eagle Pharmacy Team Member. Mr. Walker is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

42. <u>Fred Weaver</u>, Giant Eagle Pharmacy Team Leader. Mr. Weaver is expected to testify concerning matters related to the claims and defenses in this action, including, but not limited to, operations at Giant Eagle pharmacies.

Dated: June 15, 2021                     */s/ Joshua A. Kobrin*
                                         Robert M. Barnes
                                         Scott D. Livingston
                                         Joshua A. Kobrin
                                         MARCUS & SHAPIRA, LLP
                                         35th Floor, One Oxford Centre
                                         301 Grant Street
                                         Pittsburgh, PA 15219
                                         Phone: (412) 471-3490
                                         Fax: (412) 391-8758
                                         E-mail: rbarnes@marcus-shapira.com
                                         E-mail: livingston@marcus-shapira.com
                                         E-mail: kobrin@marcus-shapira.com

                                         *Attorneys for Giant Eagle, Inc., and HBC Service Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2021, the foregoing was served via electronic mail on counsel of record in this case via the following distribution lists:

mdl2804discovery@motleyrice.com

EXT-TRACK3DEFENDANTS@GROUPS.JONESDAY.COM

*/s/ Joshua A. Kobrin*
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: kobrin@marcus-shapira.com

*Attorney for Giant Eagle, Inc., and HBC Service Company*