# **EXHIBIT E**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| "*Track Three*" | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

### WALGREENS' WITNESS LIST

Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc. ("Walgreens") hereby disclose the following witnesses that Walgreens may call to testify at trial. Walgreens separately joins the Pharmacy Defendants' Joint Witness List and reserves the right to offer the testimony of the witnesses listed there.

Walgreens specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Walgreens further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions and/or ongoing discovery. Walgreens reserves the right to call any pharmacists, field leaders, and prescribers identified in discovery responses and Walgreens' prior disclosures, as well as any pharmacists, field leaders, and prescribers that Walgreens may identify through ongoing "notes" discovery. Walgreens reserves the right to call any of these witnesses in its case in chief. Walgreens further reserves the right to call trial witnesses not included in this disclosure in rebuttal to Plaintiffs' case. In addition to the witnesses identified below, Walgreens may call to testify at trial live or by deposition any witness identified on any other party's witness list, including witness lists provided by Plaintiffs and other Defendants, including any party that settles, is severed, or is dismissed.

Walgreens further incorporates all reservations in the Pharmacy Defendants' Joint Witness list.  By providing this list, Walgreens does not admit or otherwise concede that any potential witness is under its control, or that it is able to require former employees to appear for trial in this case, by subpoena or otherwise.

### A. Expert Witnesses

1. In accordance with Section G.3 of the Second Revised Case Management Order for Track Three (Doc. 3735), Walgreens will disclose its expert witnesses on or before June 25, 2021.

### B. Fact Witnesses

1. <u>Deborah Bish</u>, Walgreens – Former Function Manager.[1]

   Areas of Testimony: Ms. Bish is expected to testify concerning her duties, responsibilities, and experiences at the Perrysburg Distribution Center.

2. <u>Gregory Boccieri</u>, Walgreens – Pharmacist.

   Areas of Testimony: Mr. Boccieri is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist.

3. <u>Adam Bodak</u>, Walgreens – Pharmacist.

   Areas of Testimony: Mr. Bodak is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist.

4. <u>John Borchert</u>, Walgreens – District Manager

   Areas of Testimony: Mr. Borchert is expected to testify concerning his duties, responsibilities, and experiences as a District Manager.

---

[1] Ms. Bish is a former employee who will testify by deposition.

5. <u>Melanie Boron</u>, Walgreens – Pharmacist.

   Areas of Testimony: Ms. Boron is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

6. <u>Claire Brennan</u>, DEA Section Chief.[2]

   Areas of Testimony: Ms. Brennan is expected to testify concerning DEA's investigations of Walgreens distribution centers.

7. <u>Richard Culbertson</u>, Walgreens – Pharmacist.

   Areas of Testimony: Mr. Culbertson is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

8. <u>Julie Demay</u>, Walgreens – Pharmacist.

   Areas of Testimony: Ms. Demay is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

9. <u>Cathy Dill</u>, Walgreens – Pharmacist.

   Areas of Testimony: Ms. Dill is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

10. <u>Diane Duer, Walgreens – Pharmacist.</u>

    Areas of Testimony: Ms. Duer is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

---

[2] This testimony at trial is expected to be by deposition.

11. <u>Robert Fetty</u>, Walgreens – Pharmacist.

    Areas of Testimony: Mr. Fetty is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

12. <u>Sara (McAllister) Garwood</u>, Walgreens – Pharmacist.

    Areas of Testimony:  Ms. Garwood is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

13. <u>Kiley Grafton</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Grafton is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

14. <u>Dale Graham</u>, Walgreens – Pharmacist.

    Areas of Testimony: Mr. Graham is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist.

15. <u>Brent Groscost</u>, Walgreens – Pharmacist.

    Areas of Testimony: Mr. Groscost is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

16. <u>Rebecca Hamilton</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Hamilton is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

17. <u>Kathryn Honkala</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Honkala is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

18. <u>Justin Joseph</u>, Walgreens – General Manager.

    Areas of Testimony: Mr. Joseph is expected to testify concerning his duties, responsibilities, and experiences at the Perrysburg Distribution Center.

19. <u>Brian Joyce</u>, Walgreens – Former District Manager.

    Areas of Testimony: Mr. Joyce is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and District Manager.

20. <u>Steve Kneller</u>, Walgreens – Former General Manager.[3]

    Areas of Testimony: Mr. Kneller is expected to testify concerning his duties, responsibilities, and experiences at the Perrysburg Distribution Center.

21. <u>Erin McKinney</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. McKinney is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

22. <u>Heidi Medvecky</u>, Walgreens – Pharmacist.

---

[3] Mr. Kneller is a former employee who will testify by deposition.

    Areas of Testimony: Ms. Medvecky is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

23. <u>Christine Miller</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Miller is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

24. <u>Natasha Polster</u>, Walgreens - Vice President of Pharmacy Quality, Compliance, and Patient Safety.

    Areas of Testimony: Ms. Polster is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist, pharmacy manager, Vice President of Pharmacy Quality, Compliance, and Patient Safety, and other roles at Walgreens.

25. <u>Joseph Prignano</u>, Walgreens – Director, Ohio Pharmacy Operations.

    Areas of Testimony: Mr Prignano is expected to testify concerning his duties, responsibilities, and experiences as Director, Ohio Pharmacy Operations.

26. <u>Kelli Schafer</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Schafer is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

27. <u>Karen Snoddy</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Snoddy is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

28. <u>Magdalene Stimac</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Stimac is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

29. <u>Amy Stossel</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Stossel is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

30. <u>Karen Weamer</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Weamer is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

31. <u>Rebekah Wellington</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Wellington is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

32. <u>Jaime Whited</u>, Walgreens – Area Healthcare Supervisor.

    Areas of Testimony: Mr. Whited is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist, pharmacy manager, and Area Healthcare Supervisor.

33. <u>Hayley Wolfe</u>, Walgreens – Pharmacist.

    Areas of Testimony: Ms. Wolfe is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist.

34. <u>Laurie Zaccaro</u>, Walgreens – Asset Protection Manager.

    Areas of Testimony: Ms. Zaccaro is expected to testify concerning her duties, responsibilities, and experiences as an Asset Protection Manager.

35. <u>Teresa Zienka</u>, Walgreens – Pharmacist.

Areas of Testimony: Ms. Zienka is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

Dated: June 15, 2021

Respectfully submitted,

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: brian.swanson@bartlitbeck.com
Email: kate.swift@bartlitbeck.com
Email: sharon.desh@bartlitbeck.com
Email: sten.jernudd@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*