# EXHIBIT F

FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track Three Cases"*[1] | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## WALMART INC.'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26 and this Court's Track Three Second Revised Case Management Order (Dkt. No. 3735), Walmart Inc. lists below and hereby discloses the following witnesses who may testify at trial on its behalf, either live or by designation. Walmart separately joins the Pharmacy Defendants' Joint Witness List and reserves the right to offer the testimony of the witnesses listed there.

In serving this witness list, Walmart specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Walmart also reserves the right to supplement and/or to amend its lists with any witnesses identified on any party's witness lists, including Plaintiffs' lists, as well as any party who later settles or is severed or dismissed. Walmart further reserves the right to conduct a direct examination of any witness called by the Plaintiffs and/or to call additional witnesses not identified on this list that are submitted as part of current or future witness lists by any other party. Walmart reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions and to call witnesses, either live or by designation, to rebut Plaintiffs' case. Walmart reserves the right to call any witness live at trial and to present the

---

[1] The Track Three Cases are: *County of Lake, Ohio v. Purdue Pharma, et al.*, Case No. 18-op-45032 and *County of Trumbull, Ohio v. Purdue Pharma, et al.*, Case No. 18-op-45079.

deposition testimony of any witness listed herein, where permitted by any applicable rules, orders of the Court, or agreement of the parties.

### A. Expert Witnesses

In accordance with Section G.3 of the Second Revised Case Management Order for Track Three (Doc. 3735), Walmart will disclose its expert witnesses on or before June 25, 2021. Walmart's experts are expected to testify about the opinions detailed in their reports and deposition testimony, and on matters concerning their knowledge, skill, experience, education, and training.

### B. Fact Witnesses[2]

1. <u>Jeff Abernathy</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Mr. Abernathy is expected to testify concerning his duties, responsibilities, and experiences at Distribution Center No. 6045 and as a member of the Pharmacy Order Monitoring team.

2. <u>Greg Beam</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Mr. Beam is expected to testify concerning his duties, responsibilities, and experiences as the Director of Global Investigations, and other roles at Walmart.

3. <u>Paul Beahm</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Mr. Beahm is expected to testify concerning his duties, responsibilities, and experiences as the Senior Vice President of Health & Wellness Operations, and other roles at Walmart.

---

[2] By including former employees on this witness list, Walmart does not admit or otherwise concede each such potential witness is under Walmart's control. Nor does Walmart admit or concede that it is able to require former employees to appear for trial in this case, by subpoena or otherwise.

4. <u>Nicole Chammas</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Ms. Chammas is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

5. <u>George Chapman</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Mr. Chapman is expected to testify concerning his duties, responsibilities, and experiences as a Senior Director in Health & Wellness Practice Compliance, and other roles at Walmart.

6. <u>JoLynn Coleman</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Ms. Coleman is expected to testify concerning her duties, responsibilities, and experiences as a Senior Buyer in Pharmacy Merchandising.

7. <u>Chad Ducote</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Mr. Ducote is expected to testify concerning his duties, responsibilities, and experiences as a Senior Director in Health & Wellness Supply Chain.

8. <u>Kristin Gentry</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Ms. Gentry is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

9. <u>Tim Harris</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Mr. Harris is expected to testify concerning his duties, responsibilities, and experiences as a Senior Director in Health & Wellness Distribution, and other roles at Walmart.

10. <u>Susanne Hiland</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Ms. Hiland is expected to testify concerning her duties, responsibilities, and experiences as a Senior Director in Health & Wellness Professional Relations & Clinical Quality Assurance, and other roles at Walmart.

11. <u>Miranda Johnson</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Ms. Johnson is expected to testify concerning her duties, responsibilities, and experiences as the Director of Controlled Substances in Health & Wellness Practice Compliance.

12. <u>Amanda Kashiwsky</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Ms. Kashiwsky is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

13. <u>McKenzie Kotnik</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Ms. Kotnik is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

14. <u>Daniel Kovach</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Mr. Kovach is expected to testify concerning his duties, responsibilities, and experiences as a Walmart pharmacist.

15. <u>Patsy Little</u>, Walmart Associate.

    <u>Areas of Testimony</u>: Ms. Little is expected to testify concerning her duties, responsibilities, and experiences as a Senior Buyer in Pharmacy Merchandising.

16. <u>Dena McClamroch</u>, Walmart Associate.

> <u>Areas of Testimony</u>: Ms. McClamroch is expected to testify concerning her duties, responsibilities, and experiences as a Manager of the Pharmacy Order Monitoring team.

17. <u>Lori Militello</u>, Walmart Associate

> <u>Areas of Testimony</u>: Ms. Militello is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

18. <u>Mike Mullin</u>, Walmart Associate

> <u>Areas of Testimony</u>: Mr. Mullin is expected to testify concerning his duties, responsibilities, and experiences at Distribution Center No. 6045 and Distribution Center No. 6001.

19. <u>Brad Nelson</u>, Walmart Associate.

> <u>Areas of Testimony</u>: Mr. Nelson is expected to testify concerning his duties, responsibilities, and experiences as a Director in Health & Wellness Practice Compliance, and other roles at Walmart.

20. <u>John Oldfather</u>, Walmart Associate.

> <u>Areas of Testimony</u>: Mr. Oldfather is expected to testify concerning his duties, responsibilities, and experiences as an Investigator in Global Investigations.

21. <u>Roxy Reed</u>, Walmart Associate.

> <u>Areas of Testimony</u>: Ms. Reed is expected to testify concerning her duties, responsibilities, and experiences as a Senior Manager in Health & Wellness Practice Compliance, and other roles at Walmart.

22. <u>Caroline Riogi</u>, Walmart Associate.

>  <u>Areas of Testimony</u>: Ms. Riogi is expected to testify concerning her duties, responsibilities, and experiences as a Director in Health & Wellness Practice Compliance, and other roles at Walmart.

23. <u>Roger Schultheis</u>, Walmart Associate.

>  <u>Areas of Testimony</u>: Mr. Schultheis is expected to testify concerning his duties, responsibilities, and experiences as a Divisional Health & Wellness Director, and other roles at Walmart.

24. <u>Kristy Spruell</u>, Walmart Associate.

>  <u>Areas of Testimony</u>: Ms. Spruell is expected to testify concerning her duties, responsibilities, and experiences as a Senior Manager in Logistics, and other roles at Walmart.

25. <u>Rachel Street</u>, Walmart Associate.

>  <u>Areas of Testimony</u>: Ms. Street is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

26. <u>Karina Strozewski</u>, Walmart Associate.

>  <u>Areas of Testimony</u>: Ms. Strozewski is expected to testify concerning her duties, responsibilities, and experiences as a Walmart pharmacist.

27. <u>Ramona Sullins</u>, Walmart Associate.

>  <u>Areas of Testimony</u>: Ms. Sullins is expected to testify concerning her duties, responsibilities, and experiences as a Senior Manager in Health & Wellness Distribution, and other roles at Walmart.

28. Darren Townzen, Walmart Associate.

   Areas of Testimony: Mr. Townzen is expected to testify concerning his knowledge of and experience with Walmart's relevant databases and systems, as well as data produced by Walmart in this case.

29. Shelly Tustison, Walmart Associate.

   Areas of Testimony: Ms. Tustison is expected to testify concerning her duties, responsibilities, and experiences as a Director in Health & Wellness Practice Compliance, and other roles at Walmart.

30. Steven Wasil, Walmart Associate.

   Areas of Testimony: Mr. Wasil is expected to testify concerning his duties, responsibilities, and experiences as a Walmart pharmacist.


Dated:  June 15, 2021                    Respectfully submitted,

                                         */s/ Tara A. Fumerton*
                                         John M. Majoras
                                         JONES DAY
                                         51 Louisiana Avenue, N.W.
                                         Washington, DC 20001
                                         Telephone: (202) 879-3939
                                         Email: jmmajoras@jonesday.com

                                         Tina M. Tabacchi
                                         Tara A. Fumerton
                                         JONES DAY
                                         77 West Wacker Drive
                                         Chicago, Illinois 60601
                                         Telephone:  (312) 782-3939
                                         Email:  tmtabacchi@jonesday.com
                                                 tfumerton@jonesday.com

                                         *Counsel for Walmart Inc.*