**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
|    NATIONAL PRESCRIPTION | * | CASE NO. 1:17CV2804 |
|    OPIATE LITIGATION | * | |
| *RELATES TO TRACK 3 CASES* | * | JUDGE POLSTER |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

*********************************************

**PLAINTIFFS' WITNESS LIST**

| Witness | Title | Description/Purpose |
|---|---|---|
| Prevoznik, Thomas | DEA, Associate Section Chief for Pharmaceutical Investigations Section of Diversion Control Division | Mr. Prevoznik is expected to testify concerning his duties and responsibilities as the Associate Section Chief for the Pharmaceutical Investigations Section of the Diversion Control Diversion at DEA and related to his prevent relevant employment. |
| Rannazzisi, Joseph | DEA, Former Head of Office of Diversion Control | Mr. Rannazzisi is expected to testify concerning his duties and responsibilities as the former Head of Office of Diversion Control, DEA and related to his previous relevant employment. |
| Ashley, Demetra | DEA, Former Acting Assistant Administrator | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Cutler, David | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Keyes, Katherine | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Lembke, Anna, Dr. | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| McCann, Craig | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |

1

| | | |
|---|---|---|
| Alexander, Caleb | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Rafalski, Jim | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Young, Nancy | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Malone, Daniel | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Catizone, Carmen | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Fraser, Kim | Lake County, ADAMHS Board, Executive Director | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Walters, Ronald | Lake County Sheriff's Office- Det. Capt. | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Caraway, April | Trumbull County MHRB – Executive Director | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Villanueva, Tony | Trumbull County TAG – Commander | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Blasko, Melanie | Third Party, Lake Geauga Recovery Centers – CEO | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

| McCallion, Nicole | Third Party, Foster Parent | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
|---|---|---|
| Difrangia, William | Third Party, OH Board of Pharmacy | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Lau, Curtis | Third Party, Lake County ADAMHS Board Member | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Anderson, Kim | Third Party, Ohio Medical Board | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Tokarski, Justin | Third Party, Tata Consulting | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| TBD | Third Party, Medispan | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| TBD | Third Party, NACDS | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mortelliti, John | CVS-CVS Health Director of Asset Protection Supply Chain; Lumberton DC Supervisor of Loss Prevention | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Propatier, Amy | CVS-Logistics Rx ServicesManager and CVS DEA Compliance Coordinator | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Vernazza, Mark | CVS-CVS Pharmacy Inc., Senior Legal Counsel | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| | | |
|---|---|---|
| Burtner, Aaron | CVS-SOM Manager and Loss Prevention Analyst | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Baker, Kelly | CVS-SOMS Analyst | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Davis, Thomas | CVS Corporate Vice President Professional Services, Senior Director Pharmacy Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Grimes, Joseph | CVS Pharmacy Professional Practices, Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Hartman, Tara | CVS Pharmacy CT3 Pharmacist | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Harrington, Nicole | CVS Pharmacy Professional Services Senior Director Pharmacy Professional Services | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Tenkut, Papatya | CVS Corporate Pharmacy Professional Practice | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Travassos, Michelle | CVS Corporate Pharmacy Professional Practice | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Aivazis, John | CVS Pharmacy CT3 Pharmacist | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Chunderlik, George | HBC/Giant Eagle- Corporate and/or Regional Employee; Manager, Pharmacy Training and Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| | | |
|---|---|---|
| Tsipakis, James | HBC/Giant Eagle- Executive Vice President Pharmacy/Health and Wellness | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Jacobson, Scott | Rite Aid- Corporate Personnel; VP Pharmacy Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Hart, Janet | RiteAid- Director, Government Affairs | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Joyce, Brian | Walgreens Pharmacy Supervisor/ District Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Demay, Julie | Walgreens- Pharmacist, Pharmacy Manager for CT3 stores | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Provost-Gorman, Kristie | Walgreens Director Strategic Planning and Analytics Loss Prevention | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Kneller, Steve | Walgreens General Manager; Director of Distribution | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Creek, Cheryl | Walgreens Director Pharmacy Ops Optimization | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Malusa, Sherry | Walgreens- Sr. Director Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Polster, Tasha | Walgreens – Vice Presidentof Pharmacy Quality, Compliance, and Patient Safety. | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Martin, Barbara | Walgreens – Manager, Inventory Management / Manager – Rx Supply Chain, Stores | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| --- | --- | --- |
| Bratton, Edward | Walgreens – Manager, Pharmaceutical Integrity (Southern Operation (FL)) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Bish, Debra | Walgreens – Function Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Swords, Rex | Walgreens – VP, PharmacyRetail Operations and Planning | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Nelson, Brad | Walmart- Director, Health and Wellness Practice Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Militello, Lori | Walmart CT3 Pharmacist | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mosher-Parker, Elizabeth | Walmart, Digital Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Abernathy, Jeff | Walmart- Operations Manager (DC 6045); Manager, Pharmacy Order Monitoring; Operations Manager (DC 6045) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Johnson, Miranda | Walmart- Director, Controlled Substances, Health & Wellness Practice Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mack, Deborah | Walmart - Director of Pharmacy Practice Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| McMillon, Doug | Walmart- President and Chief Executive Officer | Expected to testify concerning matters related to his/her employment and claims in this litigation |
|---|---|---|
| Hiland, Susanne | Walmart - Director, Pharmacy Professional Services and Government Relations; Senior Director, Health & Wellness Regulatory Affairs; Senior Director, Health & Wellness Professional Relations & Clinical Quality Assurance; Senior Director, Health & Wellness Quality Assurance & Clinical Services; Senior Director, Health & Wellness Professional Relations & Practice Clinical Services | Expected to testify concerning matters related to his/her employment and claims in this litigation |

In serving this witness list, Plaintiffs reserve the right to amend this list subject to any further discovery depositions of defendant employees that are still being scheduled, such as those allowed by Special Master Cohen's sanction order regarding Walmart. Plaintiffs reserve the right to invoke any and all reservations set forth by Defendants in their witness list disclosures

Respectfully Submitted,

_s/ W. Mark Lanier_____
W. Mark Lanier
LANIER LAW FIRM
10940 W. Sam Houston Pkwy N,
Suite 100
Houston, Texas 77064
(713) 659-5200
713) 659-2204 Fax
wml@lanierlawfirm.com
*Trial Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232

(216) 696-3924 Fax
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*


Jayne  Conroy
Laura S. Fitzpatrick
SIMMONS HANLY CONROY
112 Madison Ave.
New York, NY 10016
(212) 784-6400
(212) 213-5949 Fax
jconroy@simmonsfirm.com
lfitzpatrick@simmonsfirm.com
*Plainitffs' Co-lead Counsel*

Hunter J. Shkolnik
Salvatore C. Badala
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 Fax
hunter@napolilaw.com
sbadala@napolilaw.com
*Counsel for Plaintiffs Lake and Trumbull Counties, Ohio*

Frank L. Gallucci, III, Esq. (0072680)
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 2222
Cleveland, Ohio  44113
(216) 861-0804
fgallucci@pglawyer.com
*Counsel for Plaintiffs Lake and Trumbull Counties Ohio*

8

9