# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO.: 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: | JUDGE POLSTER |
| *"City of Palm Bay, Florida"* *(MDFL Case No. 6:18-CV-01554)* | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT RUSSELL PORTENOY

Pursuant to Rule 41(a)(1) Fed.R.Civ.P., the Plaintiff hereby dismisses defendant RUSSELL PORTENOY from this case, including all claims asserted against him, with each party to bear its own fees and costs.  This dismissal does not pertain to any other defendants or claims.

ROMANO LAW GROUP
P.O. Box 21349
West Palm Beach, FL  33416-1349
Tel: (561) 533-6700
Fax: (561) 533-1285
Service@RomanoLawGroup.com
Eric@RomanoLawGroup.com
John@RomanoLawGroup.com
Todd@RomanoLawGroup.com
*Attorneys for Plaintiff, City of Palm Bay, Florida*
*(MDFL Case No. 6:18-CV-01554)*

By:_____
   ERIC ROMANO
   Florida Bar No.: 120091
   JOHN F. ROMANO
   Florida Bar No.: 175700
   TODD A. ROMANO
   Florida Bar No.: 178100

## CERTIFICATE OF SERVICE

     I hereby certify that on July 27, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of records by, and may be obtained through, the Court CM/ECF system.

                    **ROMANO LAW GROUP**
                    P.O. Box 21349
                    West Palm Beach, FL  33416-1349
                    Tel: (561) 533-6700
                    Fax: (561) 533-1285
                    Service@RomanoLawGroup.com
                    Eric@RomanoLawGroup.com
                    John@RomanoLawGroup.com
                    Todd@RomanoLawGroup.com
                    Attorneys for Plaintiff

By: _____
     ERIC ROMANO
     Florida Bar No.: 120091
     JOHN F. ROMANO
     Florida Bar No.: 175700
     TODD A. ROMANO
     Florida Bar No.: 178100