Plaintiff PEC Cross-Notice of Remote Deposition
and Non-Retained Expert Witness Disclosure of
Dr. Rahul Gupta

# Exhibit 1
## Gupta Curriculum Vitae

# Rahul Gupta, MD, MPH, MBA, FACP

8244 Native Violet Drive, Lorton, VA 22079
304.590.3998 | rahulgupta.health@gmail.com | @DrGuptaMD

## Professional Experience

***Chief Medical & Health Officer***                              Nov 2018 – Present
***Senior Vice President***

***Interim Chief Scientific Officer***                            May 2020 – Present
March of Dimes, Inc
Arlington, VA

- Provides national and global strategic oversight and leadership for March of Dimes' mission-related programs and the achievement of its health services, clinical, medical, research and advocacy-related goals
- Leads investments in discovery, translational and social science research across the globe.
- Serves as primary leadership contact with World Health Organization (WHO) and Pan American Health Organization (PAHO), in support of institution's Non-State Actor status and membership

***Commissioner and State Health Officer***                       Jan 2015 – Nov 2018
Bureau for Public Health
West Virginia Department of Health and Human Resources

- Served two Governors as the chief executive, administrative and fiscal officer covering more than 130 program lines with direct responsibility for over $270 million annual budget with approximately 750 employees
- Served as State's Chief Health Officer and a member of senior executive leadership team at the Department of Health and Human Resources, an organization with more than 6,000 employees and over $5 billion annual budget
- Led the state's opioid crisis response efforts creating nationally recognized framework for reduction in overdose deaths
- Oversaw state's Emergency Medical Services with licensing and regulations of over 9,000 professionals, and EMS agencies (for profit and nonprofit) as well as the trauma system designation for hospitals
- Led the development of state's Zika action plan and its preparedness efforts during the Ebola Virus Disease Outbreak
- Served as Secretary and Ex Officio member of the West Virginia Board of Medicine

**Exhibit 1**

***Adjunct Professor*** 2019 – Present
Department of Medicine
Georgetown University Medical Center, Washington D.C.

***Visiting Faculty*** 2015 – Present
T.H. Chan School of Public Health,
Harvard University, Boston, MA

***Adjunct Professor*** 2015 – Present
Department of Health Policy, Management and Leadership,
School of Public Health, West Virginia University

- Served as Chair of the School of Public Health's Leadership Council, an external advisory committee to the Dean

***Visiting Lecturer*** 2014 – Present
Department of Environmental Health and Engineering
Bloomberg School of Public Health,
John Hopkins University, Baltimore, MD

***Global Health Research Portfolio*** 2014 – Present
Institute for Health Metrics Evaluation,
Global Burden of Disease Collaborator Network
University of Washington, Seattle, WA

***Secretary, West Virginia Board of Medicine*** 2015 – 2018

***President, West Virginia State Medical Association*** 2016 – 2017

As elected leader of the largest physician advocacy organization in the state, oversaw 30 component physician societies and partnered with organizations and coalitions including the American Medical Association to provide leadership within the physician community at state and national levels in understanding and adopting health care systems transformation

***Associate Professor*** 2011 – Present
University of Charleston School of Pharmacy

***Clinical Teaching Faculty***         2010 – 2019
Charleston Area Medical Center, Charleston, WV

***Volunteer Physician***          2009 – Present
Health Right Charitable Clinic, Charleston, WV

- A free clinic serving more than 25,000 patients from 34 south-central West Virginia counties accounting for approximately 80,000 visits annually

***Executive Director and Health Officer***
Kanawha-Charleston Health Department, Charleston, WV  Mar 2009 – Dec 2014
Putnam County Health Department, Winfield, WV   July 2013 – Dec 2014

- Served as the chief executive and heath official for the largest local health department in state of West Virginia
- Nationally recognized for leadership in management of the West Virginia Water Crisis in January 2014 (Elk River Chemical Spill) leading to an unprecedented 'do not use' order placed for 300,000 West Virginians. Included partnerships with CDC/ATSDR and NIH to conduct follow up evaluation studies providing relevant scientific data on the potential human exposure impact to the area residents
- Became the first health department (KCHD) in state to apply for and subsequently receive national accreditation via Public Health Accreditation Board
- Led the charge in grassroots efforts and with Senator Rockefeller to expand Medicaid in state following PPACA
- Led West Virginia's efforts to support the passage of Patient Protection and Affordable Care Act and subsequently expanding Medicaid in state
- Served as elected NACCHO Board and Executive Committee member

***Clinical Assistant Professor***       2010 – 2015
West Virginia University School of Medicine, Charleston Campus

***Assistant Professor of Medicine***      2007 – 2009
Meharry Medical College, Nashville, TN
Vanderbilt University, Nashville, TN
Veterans Administration, Nashville, TN

***Assistant Professor of Medicine***      2004 – 2007
University of Alabama-Birmingham, Huntsville, AL

***Primary Care Physician (Private Practice)***   2000 – 2004
Florala Medical Clinic, Florala, AL

3

**Professional Training**

**_Internship and Residency Training, Internal Medicine_**        1996 – 1999
St Joseph Hospital/Northwestern University, Chicago, IL

**_Subspecialty Training, Chest Disease and Tuberculosis_**        1994 – 1996
University of Delhi, Delhi, IND

**Education**

- **_Global Master of Business Administration_** (_MBA_ – Innovation & Technology Management), London School of Business and Finance (2014 – 2016). Graduated with Merit
- **_State Health Leadership Initiative_**, Kennedy School of Government, Harvard University (July 2015)
- **_Master of Public Health_** (_MPH_ - Healthcare Organization & Policy), University of Alabama-Birmingham (2005 – 06). Magna Cum Laude
- **_Post Graduate Diploma in Tuberculosis and Chest Diseases_** (_DTCD_), University of Delhi (1994 - 1996)
- **_Doctor of Medicine_** (_MBBS_), University College of Medical Sciences, University of Delhi (1988 – 1993)
- **_Undergraduate (1-year),_** Biological Sciences, University of Delhi (1987-1988)

**Board Certification and Medical licensure**

- Certified - American Board of Internal Medicine (1999) #192358; Recertified 2009, 2020
- West Virginia Medical License #23581 (Active)
- Inactive Medical Licenses: Tennessee, Alabama, Florida, and Illinois

**Additional languages spoken**

- Hindi, Urdu, Punjabi, Dogri

**Professional Society Memberships**

- Alpha Omega Alpha Medical Honor Society
- American College of Physicians (ACP), Fellow
- American Public Health Association (APHA)
- Association of State and Territorial Health Officials (ASTHO)
- American Medical Association (AMA)

- American College of Preventive Medicine
- American Association of Physicians of Indian Origin (AAPI)
- American College of Preventive Medicine (ACPM)
- National Association of County and City Health Officials (NACCHO, 2009-2015)
- AMA Minority Affairs Consortium (AMA-MAC)
- National Minority Quality Forum

## Editorial Duties

***Serving as Peer Reviewer:***
- American Journal of Medicine
- Cleveland Clinic Journal of Medicine
- Annals of Family Medicine
- American Board of Internal Medicine
- Journal of General Internal Medicine
- Journal of School Health
- Environmental Health Perspectives
- Preventing Chronic Diseases
- Maternal and Child Health Journal
- Marshall Journal of Medicine

***On Editorial Board (Past):***
- Internal Medicine Alert – Journal Review Source
- Edorium Journal of Clinical Research – Editor-in-Chief
- Patient Care Medical Journal
- ModernMedicine.com
- Radius Health Magazine

***External Reviewer:***
National Academies of Sciences, Engineering and Medicine

## Service on Governing Boards and Select Committee Membership (2015 - Present)

1. Member, National Advisory Council for Healthcare Research and Quality
2. Member, Promotion & System Change Subcommittee, Driving Value through the Next Generation of Quality Committee, National Quality Forum Task Force
3. Advisory Board, America's Health Rankings
4. Task Force on Research Specific to Pregnant Women and Lactating Women (ad hoc), Advisory Committee to the Secretary of Health and Human Services (established via the 21st Century Cures Act)
5. The National Academies of Sciences, Engineering, and Medicine Committee on the Review of Specific Programs in the Comprehensive Addiction and Recovery Act (CARA)

6. Steering Committee for the National Center for Fatality Review and Prevention
7. Advisor, Knowledge Synthesis Committee, Evidence Based Preparedness project, Emergency Preparedness Research, Evaluation and Practice Program, Harvard TH Chan School of Public Health
8. Board of Directors, National Public Health Accreditation Board
9. Steering Committee, National Quality Forum on Population Health
10. Steering Committee, Institute for Health Metrics Evaluation
11. Board of Trustees, SAFE Project US
12. Board of Trustees, National Youth Science Foundation
13. Member, Advisory Board, WV Herbert Henderson Office of Minority Affairs (p)
14. Health Financing Experts Team, Global Burden of Disease Collaborator Network
15. Health of Women and Children Advisory Committee, America's Health Rankings
16. Governor's Advisory Council on Substance Use Disorder (p)
17. Governor's Task Force, Public Employees Insurance Agency (p)
18. Chairman, WV Public Water Supply System Study Commission (p)
19. Board of Directors, ASTHO (p)
20. Alternate Delegate – 2017, American Medical Association (p)
21. Leadership Council Chair, West Virginia University School of Public Health (p)
22. Public and Population Health Advisory Group, National Academy for State Health Policy (p)
23. Chair, ASTHO Prevention Policy Committee (p)
24. Chair, ASTHO Tobacco Forum (p)
25. WV Water Development Authority (p)
26. Chair, Public Health Advisory Council (p)
27. Chair, Medical Cannabis Advisory Board (p)
28. Board of Directors, WV Poison Control Center (p)
29. WV Infrastructure and Jobs Development Council (p)
30. Appalachian States Low-level Radioactive Waste Commission (p)
31. Government Affairs Committee, ASTHO (p)
32. WV Childhood Immunization Advisory Committee (p)
33. Early Intervention Interagency Coordinating Council (p)
34. Advisory Board, WV Center for End-of-Life Care (p)
35. Interagency Council on Osteoporosis (p)
36. State Women's Commission (p)
37. State Board of Sanitarians (p)
38. State Emergency Response Commission (p)
39. WV Air Quality Board (p)
40. State Advisory Committee on Cancer and Tumor Registry (p)
41. WV Fatality & Mortality Review Team Member Oversight (p)
42. State Sewage Advisory board (p)
43. WV Commission for Deaf and Hard of Hearing (p)
44. State Groundwater Coordinating Committee (p)
45. WV Solid Waste Management Board (p)
46. Health Innovation Collaborative (p)

**Additional past Service on Select Committees and Boards (2009-2014)**

1. Board of Directors, NACCHO
2. Chair, Immunization workgroup committee, National Association of County and City Health Officials (NACCHO)
3. Executive Committee member (2013-14), NACCHO
4. Chair, Workgroup to review and consider the U.S. Chemical Safety and Hazard Investigation Board Recommendations (2008), WV Public Water Supply System Study Commission
5. Chair, Public Health workgroup, West Virginians for Affordable Health Care
6. Chair, Membership Committee, Connecting Communities
7. Chair, Carbon Monoxide Multi-Agency Task Force
8. Chair, H1N1 Influenza Pandemic Multi-Agency Task Force
9. Co-Chair, Public Health sector, Physical Activity Plan
10. Member, Congressional Action Network, NACCHO
11. Past Chair, WV Association of Local Health Departments Health Reform Committee
12. Board of Directors, WV Community Voices Inc.
13. Board of Directors, Kanawha County Emergency Ambulance Authority
14. Board of Directors, Kanawha Dental Council
15. Board of Directors, State Medical Political Action Committee
16. Board of Directors, Medical Professionals Health Program
17. President, Kanawha Medical Society
18. Advisory Committee for Recovery Point of Charleston
19. Community Engagement and Research Core, Translational Science Institute, West Virginia University
20. Board member, West Virginians for Affordable Healthcare
21. Community Partnership Board, Prevention Research Center, West Virginia University
22. Steering Committee, Kanawha Coalition for Community Health Improvement
23. Steering Committee, WV Connecting Communities
24. Steering Committee, WV Summer Policy Institute
25. Community Services Committee (2010-12), United Way of Central West Virginia
26. State Delegate, State Medical Association
27. Governance Committee, United Way of Central West Virginia
28. Health Administration Section, American Public Health Association (APHA)
29. Health Reform workgroup, NACCHO
30. H7N9 and MERS CoV workgroup, NACCHO/CDC
31. Institutional Review Board, Charleston Health Education and Research Institute
32. Kanawha County PPACA Task Force
33. Kanawha County School Wellness Committee
34. Kanawha-Putnam Emergency Planning Committee
35. Kanawha County Substance Abuse Task Force
36. Media Champions Network, NACCHO
37. Legislative committee, WV State Medical Association
38. MPH Advisory Board, West Virginia University

7

39. Public Relations Committee, NACCHO
40. Research Advisory Committee, West Virginia State University
41. School Adolescent Pregnancy Task Force
42. Treasurer, WV Community Voices
43. West Virginia Immunization Network
44. Public Health Futures Committee
45. State Bureau for Public Health's Public Health Partnership Oversight Committee
46. State Bureau for Public Health Threat Preparedness Oversight Committee
47. State Bureau for Public Health's Vaccine Planning Advisory Committee for 2009 H1N1 vaccine
48. School Based Health Assembly
49. State Advisory Committee, TB Control Program


## Select Awards/Honors

1. Named "Public Official of the Year" 2018 by Governing Magazine (to be announced November 2018)
2. Featured in the NOVA PBS documentary, "Addiction"
3. Named "West Virginians of the Year" 2017 by Charleston Gazette-Mail - the state's largest Pulitzer winning newspaper.
4. 2017 Civil Rights Day Award by West Virginia Human Rights Commission for outstanding contributions in the areas of civil rights, human rights and the betterment of citizens
5. Featured in the Netflix documentary, What Lies Upstream, 2017
6. Moderator, Town Hall with Presidential Candidate, Secretary Hilary Clinton, May, 2016, Charleston, WV.
7. 2016 Howell Special Meritorious Service to Public Health Award by the Southern Health Association
8. Successfully advocated to the Obama administration to fund the National Academy of Sciences (2016) to conduct a review of the health impacts of surface mining in United States
9. Featured in documentary, Blood on the Mountain, 2016
10. 2015 Milton and Ruth Roemer Prize Awardee for Creative Local Public Health Work by the American Public Health Association
11. 2015 Jay Rockefeller Awardee for Lifetime achievement, West Virginians for Affordable Healthcare
12. 2014 West Virginia Senate Resolution 54: Recognition of public health efforts in state by the West Virginia Legislature
13. Promising Practice Award by NACCHO for Change the Future WV "Fresh Fruit and Vegetable Initiative", 2014
14. 2013 Marie Fallon Award for Public Health Leadership, NALBOH
15. Model Practice Award, NACCHO, 2013: Dollars and Sense of School Clinics
16. Model Practice Award, NACCHO, 2013: Social Marketing in public health
17. Promising Practice Award by NACCHO for "Kanawha County CLEAN", 2012
18. Promising Practice Award by NACCHO for sustaining New Programs in Public Health: "A Work in Progress", 2012

8

19. Promising Practice Award by NACCHO for utilizing Public-Private partnerships to Build Sustainable Community Resilience, 2011
20. Promising Practice Recognition by University of Minnesota's Center for Infectious Disease Research and Policy, February 2011
21. Promising Practice Award by NACCHO for sustaining New Programs in Public Health: "A Work in Progress", 2011
22. Buck Shot Award for Community Outreach by the WV Immunization Network, Jan 2011
23. NACCHO's Leadership Award for Healthy Communities Policy Academy, July 2010
24. Promising Practice Award by NACCHO for the H1N1 influenza Task Force and community partnership efforts in Kanawha County, May 2010
25. Promising Practice Award by NACCHO for Social Marketing Campaign on tobacco control efforts in Kanawha County, May 2010
26. Organizational Leadership Award, State Health Education Council, April 2010
27. Sustainability Planning for Tobacco Control grant by CDC/NACCHO, Jan 2010
28. Buck Shot Award for Community Outreach by the WV Immunization Network, Jan 2010
29. NACCHO award for Sustaining Local Tobacco Control Programs Initiative, October 2009
30. Tobacco Control Award for Clean Indoor Air Regulation by the Coalition for a Tobacco-Free West Virginia, October 2009
31. Awarded Best Teaching Faculty by the graduating medical student class of 2006, UAB – HRMC
32. Awarded Best Internal Medicine Teaching Faculty by the graduating class of residents, 2006, UAB – HRMC
33. Awarded Best Teaching Faculty by the graduating medical student class of 2005, UAB – HRMC
34. Awarded Best Internal Medicine Teaching Faculty by the graduating class of residents, 2005, UAB – HRMC
35. Elected to Alpha Omega Alpha (AOA) Medical Honor Society, 2005
36. Awarded AMA Young Physicians (YPS) Policy Promotion Grant, 2002

## Clinical Research

*Principal Investigator –*

1. Parental attitudes affecting compliance with the recommendation for two doses of 2009 pandemic influenza A (H1N1) vaccine in children less than 10 years of age in the West Virginia (2011).

2. Relationship of Clean Indoor Air Regulation and Incidence of Hospital Admissions for Acute Coronary Syndrome in Kanawha County, West Virginia (2010-11).

3.  A multicenter, randomized, double-blind, placebo-controlled efficacy controlled study of esomeprazole in patients with sleep disturbances associated with GERD, Protocol Number D961AC00001 (2003-2004).

4.  A multicenter, randomized, double-blind, double-dummy, parallel group efficacy study of esomeprazole vs. lansoprazole for the healing of erosive esophagitis (EE), Protocol Number 322 (2002-2004).

5.  A multicenter, randomized, double-blind, double-dummy, parallel-group comparison of remission rates for treatment with esomeprazole vs. lansoprazole in healed EE, Protocol Number 325 (2002-2004).

6.  A multicenter, randomized, placebo-controlled, double-blind, parallel group trail to evaluate efficacy and tolerability of Zomig nasal spray in adults with migraine, Protocol Number 311CUS/0022 (2002-2003).

7.  A comparative efficacy and safety of NEXIUM delayed-released capsules vs. Ranitidine for the healing of NSAID associated gastric ulcers, Protocol Number 285 (2002-2003).

8.  A comparative efficacy and safety of NEXIUM vs. Placebo for the prevention of gastric ulcers associated with daily NSAID use, Protocol Number 289 (2002-2003).

9.  The ZANADU study - A multicenter, randomized, open-label comparison of the effects of zolmitriptan and usual migraine care on work loss, productivity, and patient preference (2002-2003).

10. The TREAT Study - A multicenter, randomized, open-label study of Ketek – Phase III trial (2001-2003).

11. A randomized, parallel group evaluation of implementing HIT-6 test in general practice on the quality of headache care (2002).

12. The SMART study - A double-blind, placebo-controlled, study of asthma outcomes with and without pharmacotherapy with salmeterol (2001-2002).

13. The SUMMIT Study - Diagnosis of migraine by imitrex therapy of self or physician diagnosed sinus headache (2001-2002).

14. FluStar study - the trends and prevalence of seasonal influenza across the United States (2001).

15. ZORRO - Phase IV Study of safety and tolerability of Abacavir (2000).

## Published Manuscripts

1.  Global Burden of Disease Cancer Collaboration. Global, Regional, and National Cancer Incidence, Mortality, Years of Life Lost, Years Lived With Disability, and Disability-Adjusted Life-Years for 29 Cancer Groups, 1990 to 2017: A Systematic Analysis for the Global Burden of Disease Study. JAMA Oncol. 2019 Dec; 5(12): 1749–1768.

2.  Piltch-Loeb R, Savoia E, Wright N, Gupta R, Stoto MA. Facilitated Look-Back Analysis of Public Health Emergencies to Enhance Preparedness: A Brief Report of a Chemical Spill in Charleston, West Virginia. J Public Health Manag Pract. 2018 Nov/Dec;24(6):E1-E5.

3.  GBD 2016 Neurology Collaborators. Global, regional, and national burden of neurological disorders, 1990–2016: a systematic analysis for the Global Burden of Disease Study 2016. Lancet Neurol. 2019 May;18(5):459-480.

4.  GBD Tuberculosis Collaborators. Global, regional, and national burden of tuberculosis, 1990-2016: results from the Global Burden of Diseases, Injuries, and Risk Factors 2016 Study. Lancet Infect Dis. 2018 Dec;18(12):1329-1349.

5.  GBD 2017 Mortality Collaborators. Global, regional, and national age-sex-specific mortality and life expectancy, 1950–2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet.  2018 Nov 10;392(10159): 1684–1735.

6.  GBD 2017 Causes of Death Collaborators. Global, regional, and national age-sex-specific mortality for 282 causes of death in 195 countries and territories, 1980–2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10; 392(10159): 1736–1788.

7.  GBD 2017 Population and Fertility Collaborators. Population and fertility by age and sex for 195 countries and territories, 1950-2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10;392(10159):1995-2051.

8.  GBD 2017 SDG Collaborators. Measuring progress from 1990 to 2017 and projecting attainment to 2030 of the health-related Sustainable Development Goals for 195 countries and territories: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10;392(10159):2091-2138.

9.  GBD 2016 Healthcare Access and Quality Collaborators. Measuring performance on the Healthcare Access and Quality Index for 195 countries and territories and selected subnational locations: a systematic analysis from the Global Burden of Disease Study 2016. *Lancet.* 2018 Jun 2;391(10136):2236-2271.

11

10. Evans ME, Labuda SM, Hogan V, Gupta R, et al. Notes from the Field: HIV Infection Investigation in a Rural Area - West Virginia, 2017. *MMWR Morb Mortal Wkly Rep.* 2018 Mar 2;67(8):257-258.

11. Wan S, Teichman PG, Latif D, Boyd J, Gupta R. Healthcare provider perceptions of the role of interprofessional care in access to and outcomes of primary care in an underserved area. *J Interprof Care.* 2018 Mar;32(2):220-223.

12. Massey J, Kilkenny M, Batdorf S, Sanders SK, Ellison D, Halpin J, Gladden RM, Bixler D, Haddy L, Gupta R. Opioid Overdose Outbreak - West Virginia, August 2016. *MMWR Morb Mortal Wkly Rep.* 2017 Sep 22;66(37):975-980.

13. GBD 2015 Neurological Disorders Collaborator Group. Global, regional, and national burden of neurological disorders during 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* Neurol. 2017 Nov;16(11):877-897.

14. GBD 2016 DALYs and HALE Collaborators. Global, regional, and national disability-adjusted life-years (DALYs) for 333 diseases and injuries and healthy life expectancy (HALE) for 195 countries and territories, 1990–2016: a systematic analysis for the Global Burden of Disease Study 2016. *Lancet.* 2017 Sep 16; 390(10100): 1260–1344.

15. GBD 2016 Disease and Injury Incidence and Prevalence Collaborators. Global, regional, and national incidence, prevalence, and years lived with disability for 328 diseases and injuries for 195 countries, 1990–2016: a systematic analysis for the Global Burden of Disease Study 2016. *Lancet.* 2017 Sep 16; 390(10100): 1211–1259.

16. GBD 2016 Mortality Collaborators. Global, regional, and national under-5 mortality, adult mortality, age-specific mortality, and life expectancy, 1970–2016: a systematic analysis for the Global Burden of Disease Study 2016. *Lancet.* 2017 Sep 16; 390(10100): 1084–1150.

17. Burden of musculoskeletal disorders in the Eastern Mediterranean Region, 1990–2013: findings from the Global Burden of Disease Study 2013. Ann Rheum Dis. 2017 Aug; 76(8): 1365–1373.

18. GBD 2015 Healthcare Access and Quality Collaborators. Healthcare Access and Quality Index based on mortality from causes amenable to personal health care in 195 countries and territories, 1990–2015: a novel analysis from the Global Burden of Disease Study 2015. *Lancet.* 2017 Jul 15; 390(10091): 231–266.

19. Global Burden of Disease Health Financing Collaborator Network. Evolution and patterns of global health financing 1995–2014: development assistance for health,

and government, prepaid private, and out-of-pocket health spending in 184 countries. *Lancet.* 2017 May 20; 389(10083): 1981–2004.

20. Global Burden of Disease Health Financing Collaborator Network. Future and potential spending on health 2015–40: development assistance for health, and government, prepaid private, and out-of-pocket health spending in 184 countries. Lancet. 2017 May 20; 389(10083): 2005–2030.

21. GBD 2015 Tobacco Collaborators. Smoking prevalence and attributable disease burden in 195 countries and territories, 1990-2015: a systematic analysis from the Global Burden of Disease Study 2015. *Lancet.* 2017 May 13;389(10082):1885-1906.

22. Young SA, Gupta R, Neccuzi J. New Schedule for Administering HPV Vaccinations. *W V Med J.* 2017 Mar-Apr;113(2):26-7

23. GBD 2015 Maternal Mortality Collaborators. Global, regional, and national levels of maternal mortality, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1775-1812.

24. GBD 2015 Child Mortality Collaborators. Global, regional, national, and selected subnational levels of stillbirths, neonatal, infant, and under-5 mortality, 1980-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1725-1774.

25. GBD 2015 Risk Factors Collaborators. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1659-1724.

26. GBD 2015 DALYs and HALE Collaborators. Global, regional, and national disability-adjusted life-years (DALYs) for 315 diseases and injuries and healthy life expectancy (HALE), 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1603-1658.

27. GBD 2015 Disease and Injury Incidence and Prevalence Collaborators. Global, regional, and national incidence, prevalence, and years lived with disability for 310 diseases and injuries, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1545-1602.

28. GBD 2015 Mortality and Causes of Death Collaborators. Global, regional, and national life expectancy, all-cause mortality, and cause-specific mortality for 249 causes of death, 1980-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1459-1544.

29.  GBD 2015 SDG Collaborators. Measuring the health-related Sustainable Development Goals in 188 countries: a baseline analysis from the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1813-1850.

30.  Schade CP, <u>Gupta R</u>, Jha A, Wright N. Persistent distress after water contamination. *WV Med J.* 2016;112(5):40-46.

31.  GBD 2015 HIV Collaborators. Estimates of global, regional, and national incidence, prevalence, and mortality of HIV, 1980-2015: the Global Burden of Disease Study 2015. *Lancet HIV.* 2016;3(8):e361-87.

32.  GBD 2013 Risk Factors Collaborators. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet.* 2015;386(10010):2287-323.

33.  GBD 2013 DALYs and HALE Collaborators. Global, regional, and national disability-adjusted life years (DALYs) for 306 diseases and injuries and healthy life expectancy (HALE) for 188 countries, 1990-2013: quantifying the epidemiological transition. *Lancet.* 2015;386(10009):2145-91..

34.  Savoia E, Stoto MA, <u>Gupta R</u>, Wright N, Viswanath K. Public response to the 2014 chemical spill in West Virginia: knowledge, opinions and behaviours. *BMC Public Health.* 2015;15:790..

35.  Global Burden of Disease Study 2013 Collaborators. Global, regional, and national incidence, prevalence, and years lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet.* 2015;386(9995):743-800..

36.  Whelton AJ, McMillan L, Connell M, Kelley KM, Gill JP, White KD, <u>Gupta R</u>, et al. Residential Tap Water Contamination Following the Freedom Industries Chemical Spill: Perceptions, Water Quality, and Health Impacts. *Environ. Sci. Technol.* 2015;49(2):813–823.

37.  Schade CP, Wright N, <u>Gupta R</u>, Latif DA, Jha A, Robinson J. Self-reported household impacts of large-scale chemical contamination of the public water supply, Charleston, West Virginia, USA. *PLoS One.* 2015;10(5):e0126744.

38.  GBD 2013 Mortality and Causes of Death Collaborators. Global, regional, and national age-sex specific all-cause and cause-specific mortality for 240 causes of death, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet.* 2015;385(9963):117-71.

39.  <u>Gupta R</u>. Treating Diabetes May Impact Thyroid Status. Abstract and Commentary. *Internal Medicine Alert.* 2014;36(23):177-178.

14

40.   Gupta R. Who is shopping for you? Abstract and Commentary. *Internal Medicine Alert*. 2014;36(21):161-163.

41.   Gupta R. Do telephone- and internet-based communications with patients increase office visits? Abstract and Commentary. *Internal Medicine Alert*. 2014;36(19):145-147.

42.   Global, regional, and national incidence and mortality for HIV, tuberculosis, and malaria during 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2014;384(9947):1005-70.

43.   Global, regional, and national levels and causes of maternal mortality during 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2014;384(9947):980-1004.

44.   Global, regional, and national levels of neonatal, infant, and under-5 mortality during 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2014 Sep 13;384(9947):957-79.

45.   Gupta R. Should the physician go where the Sun does not? Abstract and Commentary. *Internal Medicine Alert*. 2014;36(16):121-122.

46.   Sawhney M, Wright N, Gupta R. Comprehensive Tobacco Control Policies in West Virginia – Going From Intersection to Integration. *WV Med J*. 2014;110(4):22-28.

47.   Gupta R. For seniors, regular exercise provides disability benefits. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(13):99-100.

48.   Gupta R. Primary nonadherence to prescription drugs widespread. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(11):83-84.

49.   Gupta R. Another ill of prescription opioids. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(9):68-69.

50.   Gupta R. When two is better than one. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(8):57-58.

51.   Gupta R. Best prescription strategy for acute sore throat. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(7):49-51.

52.   Gupta R. Do compression stockings prevent post-thrombotic syndrome? Abstract and Commentary. *Internal Medicine Alert*. 2014;36(5):33-34.

53.   Gupta R. Safety of testosterone questioned. Abstract and Commentary. *Internal Medicine Alert*. 2013;35(23):177-179.

54. Gupta R. The many emotions of the heart. Abstract and Commentary. *Internal Medicine Alert*. 2013:35(21):162-164.

55. Gupta R. ARBs in diabetes – Some good, some better. Abstract and Commentary. *Internal Medicine Alert*. 2013:35(20):155-156.

56. Gupta R. Is it 'Low T' or 'Low E' or both? Abstract and Commentary. *Internal Medicine Alert*. 2013:35(19):145-147.

57. Gupta R. Fluoroquinolones and the risk of acute kidney injury – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(17):129-130.

58. Gupta R. Role of fish oil in secondary cardiovascular prevention – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(15):113-114.

59. Gupta R. Healthy physicians equal healthy patients – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(10):73-74.

60. Gupta R. Does MRI have your patient's back? – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(8):57-59.

61. Gupta R, Alkhateeb FA, Latif DA, Farley KN. Parental attitudes affecting compliance with the recommendation for two doses of 2009 pandemic influenza A (H1N1) vaccine in children less than 10 years of age in the West Virginia. *WV Med J*. 2013;109(2):10-14.

62. Gupta R. Not everything that can be counted counts – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(7):51-52.

63. Gupta R. Does persistent subclinical hypothyroidism put the elderly at cardiovascular risk? – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(3):17-18.

64. Gupta R. Daily coffee consumption-A new frontier in diabetes prevention – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(1):1-3.

65. Gupta R. Patients should take a break from being sedentary – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(24):188-189.

66. Gupta R. Some antihypertensives may raise lip cancer risk – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(20):153-154.

67. Gupta R. Risk of falls and major bleeds when on oral anticoagulants – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(18):139-140.

68. <u>Gupta R</u>. Studying the issue of off-label prescribing in primary care – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(15):115-116.

69. <u>Gupta R</u>. Eyeing another risk from bisphosphonates – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(13):99-100.

70. <u>Gupta R</u>. Antipsychotics and the risk of myocardial infarction in elderly with dementia – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(11):81-82.

71. <u>Gupta R</u>. Short-term prescriptions for analgesics can lead to long-term use – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(9):67-69.

72. <u>Gupta R</u>. The changing paradigm in estimating the risk of cardiovascular disease – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(7):50-52.

73. <u>Gupta R</u>. The changing heart rate may hold the key to life – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(3):20-21.

74. <u>Gupta R</u>. Early referral of the chronic kidney disease patient is good practice – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(2):9-11.

75. <u>Gupta R</u>. Enhancing Community Partnerships during a Public Health Emergency: The School-Located Vaccination Clinics Model in Kanawha County, WV during the 2009 Influenza A (H1N1) Pandemic. *WV Med J*. 2011;107(6):28-34.

76. <u>Gupta R</u>. Recommending the appropriate physical activity to your patients – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(22):169-170.

77. <u>Gupta R</u>. Vitamin E is not the Panacea for this ill – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(21):164-165.

78. McCabe B, <u>Gupta R</u>. The Importance of a School of Public Health to West Virginia. *WV Med J*. 2011;107(5):8-10.

79. <u>Gupta R</u>. Replacing warfarin for atrial fibrillation treatment – A foregone conclusion! – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(20):153-155.

80. <u>Gupta R</u>. Constipation, Cardiovascular Disease, and the Connection – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(18):137-138.

81. Radcliffe R, Meites E, Briscoe J, <u>Gupta R</u>, et al. Severe methicillin-susceptible Staphylococcus aureus infections associated with epidural injections at an outpatient pain clinic. *Am J Infect Control*. 2012;40(2):144-9.

82. <u>Gupta R</u>. Family history and cancer: The need to update – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(15):115-117.

83. <u>Gupta R</u>, Shah M, Reese CM. Steroid Induced Spinal Epidural Lipomatosis - Case study and literature review. *WV Med J.* 2011;107(4):20-22.

84. <u>Gupta R</u>. Does being obese matter if you have Medicare? – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(14):105-106.

85. <u>Gupta R</u>. That cup of Joe affects your prostate cancer risk – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(11):82-84.

86. <u>Gupta R</u>, Luo J, Anderson RH, et al. Clean Indoor Air Regulation and Incidence of Hospital Admissions for Acute Coronary Syndrome in Kanawha County, West Virginia. *Prev Chr Dis.* 2011;8(4):A77. http://www.cdc.gov/pcd/issues/2011/jul/10_0200.htm

87. <u>Gupta R</u>. What would you do, Doc? – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(10):73-75.

88. <u>Gupta R</u>. The short and long of measuring blood pressure in your office – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(6):41-43.

89. <u>Gupta R</u>. make no bones about nitroglycerin – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(6):44-46.

90. <u>Gupta R</u>. For thyroid, right medication at the right time makes a difference – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(2):9-11.

91. <u>Gupta R</u>. The Expanding Role of Sanitarians in Public Health Emergencies. *Dom Prep J.* 2011;7(5):9-12. http://www.domesticpreparedness.com/pub/docs/DPJMay11.pdf

92. <u>Gupta R</u>. Your patients live longer when discharged with home care after hemiarthroplasty – Abstract and Commentary. *Internal Medicine Alert*. 2010:32(19):147-148.

93. <u>Gupta R</u>. One screening question to help identify drug use – Abstract and Commentary. *Internal Medicine Alert*. 2010:32(17):109-110.

94. <u>Gupta R</u>. Beta blockers as cardiopulmonary agents: Benefits may not be limited to CVD – Abstract and Commentary. *Internal Medicine Alert*. 2010:32(16):123-124.

95. <u>Gupta R</u>. High dose vitamin D and risk of falls – Abstract and Commentary. *Internal Medicine Alert*. 2010:32(13):100-101.

96. <u>Gupta R</u>. How much physical activity to avoid weight gain? – Abstract and Commentary. *Internal Medicine Alert*. 2010:32(10):77-78.

97. <u>Gupta R</u>. Prevent retail clinics from taking over your practice – Abstract and Commentary. *Internal Medicine Alert*. 2010:32(8):60-61.

98. <u>Gupta R</u>, Isaac B, Briscoe J. A local health department's school-located vaccination clinics experience with H1N1 pandemic influenza vaccine. *J Sch Health*. 2010;80(7):325.

99. <u>Gupta R</u>. Unaware of best practices for low back pain management? You're not alone – Abstract and Commentary. *Internal Medicine Alert*. 2010:32(7):50-51.

100. <u>Gupta R</u>, Farley K. Using Community-Based Partnerships to Conduct School-Located H1N1Vaccination Clinics. *NACCHO Exchange*. 2010;9(2):8-9.

101. <u>Gupta R</u>. Chest CT Angiography for diagnosing pulmonary embolism – Too much info? – Abstract and Commentary. *Internal Medicine Alert*. 2010:32(3):188-189:21-21.

102. <u>Gupta R</u>. Planning for H1N1 Influenza Pandemic – Are our hospitals Ready? – Abstract and Commentary. *Internal Medicine Alert*. 2009:31(24):188-189.

103. <u>Gupta R</u>. Which Seasonal Flu Vaccine Is More Efficacious — The Shot or the Nasal Spray?– Abstract and Commentary. *Internal Medicine Alert*. 2009:31(22):169-171.

104. <u>Gupta R</u>. Do Physicians Believe in Shared Decision Making for Prostate Cancer Screening?– Abstract and Commentary. *Internal Medicine Alert*. 2009:31(21):161-163.

105. <u>Gupta R</u>. Can the internet control your asthma?– Abstract and Commentary. *Internal Medicine Alert*. 2009;31(18):140-141.

106. <u>Gupta R</u>. How to Get More Smokers to Quit? – Abstract and Commentary. *Internal Medicine Alert*. 2009;31(13):97-98.

107. <u>Gupta R</u>. Statins in Primary Prevention of Cardiovascular Disease — Are We Ready?– Abstract and Commentary. *Internal Medicine Alert*. 2009;31(8):57-59.

108. <u>Gupta R</u>. Gene based Medicine – primetime yet? – Abstract and Commentary. *Internal Medicine Alert*. 2009;31(6):42-43.

109. <u>Gupta R</u>. Role of long-term secondary prevention after MI – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(24):186-188.

110. <u>Gupta R</u>. An update on tiotropium for COPD – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(21):163-165.

111. <u>Gupta R</u>. The effect of race, culture and values on the patient-physician relationship – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(19):147-148.

112. <u>Gupta R</u>, Wargo KA, Eiland E. Utility of Fluoroquinolones in the critically ill. *J Pharm Prac*. 2008;21:346-355.

113. <u>Gupta R</u>, Wargo KA. Review article – Nosocomial Pneumonia. *J Pharm Prac*. 2008;21:380-389.

114. <u>Gupta R</u>. Could PSA screening be harmful? – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(17):129-131.

115. <u>Gupta R</u>. Should women quit smoking now or wait? – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(12):91-92.

116. <u>Gupta R</u>, Pivovirov I, Wakefield DN. New Rash, Old Foe – AGEP. *Am J Med*. 2008;121(3):193-5.

117. <u>Gupta R</u>. Can your patient's socio-economic statuses have an adverse effect on you? – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(4):28-29.

118. Gupta S, <u>Gupta R</u>. Lead Toxicity – Photo Quiz. *Am Fam Phys*. 2007; 76(9):1361-63.

119. <u>Gupta R</u>. An update on the new CDC HIV guidelines – Review Article. *Patient Care J*. 2007;21-28.

120. <u>Gupta R</u>. Overdose from an acetaminophen preparation; Case & Comment. *Patient Care J*. 2006;57-58.

121. <u>Gupta R</u>, Gupta S. Reversible posterior leucoencephalopathy syndrome. *Int Med J*. 2006;36:62-63.

122. <u>Gupta R</u>, Wargo KA. Neuroleptic Malignant Syndrome: No longer exclusively a neuroleptic phenomenon – A literature review. *J Pharm Tech*. 2005;21:262-70.

123. <u>Gupta R</u>, Wargo KA. Rifampin-induced thrombotic thrombocytopenic purpura. *Ann Pharmacother*. 2005;39(10):1761-2.

124. <u>Gupta R</u>, Gupta S. Atopic Dermatitis – Case Report and Photo Quiz. *Am Fam Phys* 2003;67(11):2363-5.

125. <u>Gupta R</u>. Left Wrist pain – A case report.  *Consultant.* 2003.

126. <u>Gupta R</u>. Oncologic emergencies:  Superior vena cava syndrome. *Cleve Clin J Med.* 2002;69:744.

127. <u>Gupta R</u>, Gupta S. Strategies in the treatment of migraine - Letter.  *Mayo Clin Proc.* 2002;77:876.

128. <u>Gupta R</u>. The effect of explicit financial incentives on physician behavior.  *Arch Intern Med.* 2002;162:612.

129. <u>Gupta R</u>. Aortic Dissection – Photo Clinic.  *Consultant*. 2001;41:1533.

130. <u>Gupta R</u>. Easing the burden of blood pressure monitoring.  *Post Grad Med.* 2000;108:62.

131. <u>Gupta R</u>. Forearm and facial edema in a 64 year-old man – A case report.  *Patient Care*. 2000;34:74-75.

*Additional Publications:*

132. <u>Gupta R</u>. Overcoming America's Opioid Epidemic Will Need Action Not Words. Editorial. *Marshall J Med*. 2018;4(1):2.

133. <u>Gupta R</u>, Young SA. Comprehensive medical exemption process for immunizations protects patients. *WV Med J*. 2016;112(1):18-19.

134. Atkins AD, <u>Gupta R</u>. Public Health Impact Task Force: West Virginia's Call to Action. *WV Med J*. 2015;111(6):11.

135. <u>Gupta R</u>, Douglas J. Food safety during power outages. *WV Med J*. 2015;111(5):50-51.

136. <u>Gupta R</u>, Neccuzi JJ. Pediatric patients need your help. *WV Med J*. 2015;111(4):47.

137. <u>Gupta R</u>, Rockwell SL. Stroke – A time critical condition. *WV Med J*. 2015;111(3):43.

138. Whelton AJ, <u>Gupta R</u>. What we've learned from the WV water crisis. *PE*. August/September 2014. NSPE.

139. Scherger JE, <u>Gupta R</u>. Response to the letter to the editor on early referral for chronic kidney disease patients. *Internal Medicine Alert*. 2012:34(8):63.

140. <u>Gupta R</u>. Headaches – What are they? *Radius Magazine*. Winter 2006 issue.

141. <u>Gupta R</u>. Insured but not protected. Let's get efficient in healthcare delivery instead of blaming inadequate insurance. *Health Aff* – eLetter, June 2005.

142. <u>Gupta R</u>. No single hour guideline fits all resident training situations. *Am Med News* – February 14, 2005.

143. <u>Gupta R</u>. Medicine needs a different approach. *West J Med.* eLetter April 2002.

144. <u>Gupta R</u>. Graduate Medical Education – Response to medical debate. *Medical Crossfire*. June 2001:3:25-26.

145. <u>Gupta R</u>. A role for vendors in DM programs. *Managed Care*. September 2001:10.

146. <u>Gupta R</u>. On winning over the difficult patient. *Med Econ.* Jan 08, 2001, online publication.

***Textbook Author:***

- Community and Population Heath: Book Chapter 3, Taylor & Francis. Catalog: K28947; ISBN: 978-1-4987-6305-9.

- Adverse Drug Reactions – Chapter; Essential Family Medicine, 3rd Edition by Robert E. Rakel, MD – ISBN: 1416023771.

- Headaches – Chapter; Essential Family Medicine, 3rd Edition by Robert E. Rakel, MD – ISBN: 1416023771.

- Abstract Notes on Pathology; First Edition 1995, reprints 2000, 2002, 2006 ISBN: 818597506.