UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACK THREE | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**DEFENDANTS' PROPOSED QUESTIONS FOR VOIR DIRE**

Pursuant to the Court's directive (Dkt. 3758 at II(b)(3)), Defendants request that the Court consider adding the following questions to the Court's *voir dire* examination of the jury panel:

1. Have any of you had a negative experience with any pharmacy?

2. This is a case brought by Lake County and Trumbull County; if the counties fail to prove their case, would you be able to find against them even though you may live in one of those counties?

3. Do you think that even though the burden is on the plaintiffs to prove their case, the defendants should have to prove they did nothing wrong?

4. Is there anyone on the jury panel who thinks that opioid medications cannot ever be used safely?

5. Having now heard something about this lawsuit, is there anyone who has any experience, knowledge, opinions or feelings that may be relevant to the issues in this case?

6. There are several separate and distinct defendants named in this case – when considering the questions you will be asked to decide, is there anyone here who would have difficulty

2

considering the evidence as to each separate defendant, or who would be unwilling or unable to give separate consideration to each defendant, rather than grouping the defendants together?

Dated: August 9, 2021          Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
kate.swift@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co. and Walgreen Eastern Co., Inc.*

/s/ Robert M. Barnes
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
(412) 471-3490
rbarnes@marcus-shapira.com
livingston@marcus-shapira.com
kobrin@marcus-shapira.com

*Counsel for Giant Eagle, Inc. and HBC Service Company*

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6612
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5917

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC  20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, LLC, CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
(312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

3

elisa.mcenroe@morganlewis.com

*Counsel for Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing motion was served via the Court's ECF system to all counsel of record on August 9, 2021.

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
