# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Trumbull, Ohio v. CVS Health Corp., et al.,* Case No. 1:18-op-45079<br><br>*County of Lake, Ohio v. CVS Health Corp., et al.,* Case No. 1:18-op-45032 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## ENTRY OF APPEARANCE

Please enter the appearance of John K. Gisleson, Esquire, of Morgan, Lewis & Bockius LLP, as counsel on behalf of Defendants Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center, Rite Aid Hdqtrs. Corp., and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center in the above-captioned actions.

Dated:  August 11, 2021 		Respectfully submitted,

<div style="margin-left: 40%;">

*/s/ John K. Gisleson*
John K. Gisleson, Esquire
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA  15219-6401
(412) 560-3300 (telephone)
(412) 560-7001 (facsimile)
john.gisleson@morganlewis.com

*Counsel for Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center, Rite Aid Hdqtrs. Corp., and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*

</div>