# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**

**THIS DOCUMENT RELATES TO:**

*All actions*

MDL NO. 2804
Case No. 17-md-2804
Judge Dan Aaron Polster

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel requests leave of this Court to withdraw as counsel on behalf of Defendant H.D. Smith Wholesale Drug Co. for the following reasons:

1. Other Barnes & Thornburg lawyers are fully engaged in the representation of the Defendant.

2. The undersigned has transitioned to other responsibilities related to this matter.

For the reasons set forth above, Larry A. Mackey respectfully moves this Court for leave to withdraw as counsel for Defendant H.D. Smith Wholesale Drug Co..

/s/ *Larry A. Mackey*
Larry A. Mackey, No. 11740-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 231-1313
Fax: (317) 231-7433
Email: Larry.Mackey@btlaw.com

Attorney for Defendant H.D. Smith Wholesale Drug Co.

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Motion to Withdraw Appearance was served on August 11, 2021 via the Court's electronic filing system on all counsel of record in the above-captioned action.

                                                            /s/ *Larry A. Mackey*
                                                            Larry A. Mackey

20732583v1