# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*All actions* | MDL NO. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## ORDER ON MOTION TO WITHDRAW APPEARANCE

This matter comes before the Court on the Motion to Withdraw Appearance filed by Larry Mackey.

The Court, being duly advised, hereby GRANTS the Motion and ORDERS that the appearance of Larry Mackey is hereby withdrawn as counsel of record for Defendant H.D. Smith Wholesale Drug Co..

Dated: _____     _____
　　　　　　　　　　　　　　　　　　Judge, United States District Court for the
　　　　　　　　　　　　　　　　　　Northern District of Ohio, Eastern Division

Copies to:

All Counsel of Record