**IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | Case No. 17-d-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| Track Three Cases | |

## *IN LIMINE* EVIDENTIARY STIPULATIONS

Plaintiffs, the Lake and Trumbull County Governments, and the Pharmacy Defendants in the Track Three trial hereby stipulate and agree that neither party, their counsel, nor their witnesses shall offer evidence or argument of the following in the presence of the jury:

1. Any reference to the parties' or counsels' use of jury consultants or mock juries or related trial resources;

2. Any comment or inference that bolsters the unchallenged character (*e.g.*, honest) or traits (*e.g.*, generous) of any party's current or former employees, managers, consultants, witnesses, experts, agents, or fiduciaries preemptively (*e.g., "Do you know Mr. X?  Yes, he is a good person of impeccable integrity."*);

3. Any reference to any party possessing or maintaining liability insurance, to the coverage limits of any such insurance, or the possibility that this litigation might cause an increase in the cost of purchasing or maintaining such insurance;

4. Any reference to or mention of any settlement demands, offers, or negotiations between plaintiffs and any defendant participating in the trial;

5. Any reference to or mention of the refusal of a party to enter into a stipulation prior to or during trial or any request in the presence of the jury for a new stipulation or revision to an existing stipulation;

6. Any reference to the religious views of any witnesses in an attempt to attack or support the witness's credibility.

7. Any reference to jurors' self-interest in the outcome of the litigation based on the jurors' status as taxpayers.

8. Any references to any counsel's other current or former (a) clients (by name or by type) or how they obtained them or may obtain future clients, (b) legal and other work, (c) specialization or practice experience, or (d) financial status or resources.  This includes counsel's law firms and staff members.

9. Any reference to personal matters of an expert or the expert's family, such as divorce proceedings, that have no bearing on the witness's qualifications, opinions, or credibility.

Dated:  August 12, 2021

                                      Respectfully submitted,

| /s/  *Kaspar J. Stoffelmayr* | /s/  *Jayne Conroy* |
|---|---|
| Kaspar J. Stoffelmayr | Jayne Conroy |
| Brian C. Swanson | SIMMONS HANLY CONROY |
| Katherine M. Swift | 112 Madison Avenue, 7th Floor |
| Sharon Desh | New York, NY 10016 (212) 784-6400 |
| Sten A. Jernudd | (212) 213-5949 (fax) |
| BARTLIT BECK LLP | jconroy@simmonsfirm.com |
| 54 West Hubbard Street | |
| Chicago, Illinois 60654 | /s/  *Joseph F. Rice* |
| Phone: (312) 494-4400 | Joseph F. Rice |
| kaspar.stoffelmayr@bartlitbeck.com | MOTLEY RICE LLC |
| brian.swanson@bartlitbeck.com | 28 Bridgeside Blvd. |
| kate.swift@bartlitbeck.com | Mt. Pleasant, SC 29464 (843) 216-9000 |
| sharon.desh@bartlitbeck.com | (843) 216-9290 (Fax) |
| sten.jernudd@bartlitbeck.com | jrice@motleyrice.com |

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Phone: (303) 592-3100
alex.harris@bartlitbeck.com

*Attorneys for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

/s/    John M. Majoras
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

/s/    Alexandra W. Miller
Alexandra W. Miller
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
smiller@zuckerman.com
edelinsky@zuckerman.com

*Attorneys for CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS Pharmacy, Inc., CVS TN Distribution, L.L.C., and Ohio CVS Stores, L.L.C.*

/s/  Paul T. Farrell, Jr.
Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

/s/  W. Mark Lanier
W. Mark Lanier
The Lanier Law Firm
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*

/s/ Peter H. Weinberger
 Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114 (216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/  Frank L. Gallucci
Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113 (216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

3

/s/ Robert M. Barnes
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre 301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
rbarnes@marcus-shapira.com
livingston@marcus-shapira.com
kobrin@marcus-shapira.com

*Attorneys for Giant Eagle, Inc. and HBC Service Company*

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017 (212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

4

5

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

/s/Peter H. Weinberger
Peter H. Weinberger

*Plaintiffs' Liaison Counsel*