# EXHIBIT A

National/OH/Lake County and Trumbull County, OH
2006 – 2014
All Sellers
All Dispensers
14 Drugs

Case: 1:17-md-02804-DAP   Doc #: 3830-1   Filed: 08/12/21   2 of 14.   PageID #: 516452

| Drug Name | Drug Code | U.S. Total Shipments in Dosage Unit | | Average Annual Shipment per Cap | State of Ohio Total Shipments in Dosage Unit | | Average Annual Shipment per Cap | Lake/Trumbull Total Shipments in Dosage Unit | | Average Annual Shipment per Cap | Lake County, OH Total Shipments in Dosage Unit | | Average Annual Shipment per Cap | Trumbull County, OH Total Shipments in Dosage Unit | | Average Annual Shipment per Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrocodone | 9193 | 71,513,949,560 | 52.7% | 25.72 | 2,544,868,567 | 43.8% | 24.51 | 109,796,212 | 47.3% | 27.75 | 37,625,304 | 37.3% | 18.21 | 72,170,908 | 55.0% | 38.16 |
| Oxycodone | 9143 | 39,443,638,048 | 29.1% | 14.19 | 2,312,717,726 | 39.8% | 22.28 | 91,026,565 | 39.2% | 23.00 | 47,029,135 | 46.6% | 22.76 | 43,997,430 | 33.5% | 23.27 |
| **Subtotal** | | 110,957,587,609 | 81.8% | 39.91 | 4,857,586,293 | 83.6% | 46.79 | 200,822,777 | 86.5% | 50.75 | 84,654,439 | 83.9% | 40.98 | 116,168,338 | 88.6% | 61.43 |
| Morphine | 9300 | 6,160,024,567 | 4.5% | 2.22 | 215,669,019 | 3.7% | 2.08 | 6,567,754 | 2.8% | 1.66 | 3,559,184 | 3.5% | 1.72 | 3,008,570 | 2.3% | 1.59 |
| Codeine | 9050 | 5,542,104,687 | 4.1% | 1.99 | 226,269,982 | 3.9% | 2.18 | 7,560,943 | 3.3% | 1.91 | 3,703,501 | 3.7% | 1.79 | 3,857,442 | 2.9% | 2.04 |
| Hydromorphone | 9150 | 2,508,931,874 | 1.8% | 0.90 | 78,347,139 | 1.3% | 0.75 | 1,915,472 | 0.8% | 0.48 | 1,263,788 | 1.3% | 0.61 | 651,684 | 0.5% | 0.34 |
| Fentanyl | 9801 | 827,665,591 | 0.6% | 0.30 | 39,138,267 | 0.7% | 0.38 | 1,334,349 | 0.6% | 0.34 | 660,762 | 0.7% | 0.32 | 673,587 | 0.5% | 0.36 |
| Oxymorphone | 9652 | 603,913,954 | 0.4% | 0.22 | 34,610,220 | 0.6% | 0.33 | 1,037,160 | 0.4% | 0.26 | 532,460 | 0.5% | 0.26 | 504,700 | 0.4% | 0.27 |
| Tapentadol | 9780 | 341,800,982 | 0.3% | 0.12 | 20,520,079 | 0.4% | 0.20 | 898,560 | 0.4% | 0.23 | 607,540 | 0.6% | 0.29 | 291,020 | 0.2% | 0.15 |
| Meperidine | 9230 | 277,898,650 | 0.2% | 0.10 | 6,768,450 | 0.1% | 0.07 | 270,875 | 0.1% | 0.07 | 117,075 | 0.1% | 0.06 | 153,800 | 0.1% | 0.08 |
| Dihydrocodeine | 9120 | 35,923,889 | 0.0% | 0.01 | 1,961,439 | 0.0% | 0.02 | 125,454 | 0.1% | 0.03 | 52,522 | 0.1% | 0.03 | 72,932 | 0.1% | 0.04 |
| Levorphanol | 9220L | 12,966,499 | 0.0% | 0.00 | 175,800 | 0.0% | 0.00 | 1,300 | 0.0% | 0.00 | 900 | 0.0% | 0.00 | 400 | 0.0% | 0.00 |
| Opium, Powdered | 9639 | 6,413,324 | 0.0% | 0.00 | 441,612 | 0.0% | 0.00 | 13,320 | 0.0% | 0.00 | 8,688 | 0.0% | 0.00 | 4,632 | 0.0% | 0.00 |
| **Total Non-Treatment Drug** | | 127,275,231,624 | 93.8% | 45.78 | 5,481,488,299 | 94.4% | 52.80 | 220,547,964 | 95.1% | 55.74 | 95,160,859 | 94.4% | 46.06 | 125,387,105 | 95.6% | 66.31 |
| **Treatment Drug** | | | | | | | | | | | | | | | | |
| Buprenorphine | 9064 | 1,798,413,522 | 1.3% | 0.65 | 87,735,668 | 1.5% | 0.85 | 2,777,912 | 1.2% | 0.70 | 1,325,788 | 1.3% | 0.64 | 1,452,124 | 1.1% | 0.77 |
| Methadone | 9250B | 6,591,133,464 | 4.9% | 2.37 | 238,977,238 | 4.1% | 2.30 | 8,706,100 | 3.8% | 2.20 | 4,362,300 | 4.3% | 2.11 | 4,343,800 | 3.3% | 2.30 |
| **Grand Total** | | 135,664,778,610 | 100.0% | 48.79 | 5,808,201,206 | 100.0% | 55.95 | 232,031,976 | 100.0% | 58.64 | 100,848,947 | 100.0% | 48.81 | 131,183,029 | 100.0% | 69.37 |

Data source: Source: ARCOS

State of Ohio
1997 – 2020
All Sellers
All Buyers
Oxycodone and Hydrocodone

Case: 1:17-md-02804-DAP  Doc #: 3830-1  Filed: 08/12/21  3 of 14.  PageID #: 516453




Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).

State of Ohio
1997 – 2020
All Sellers
All Buyers
Drug: Oxycodone

Case: 1:17-md-02804-DAP  Doc #: 3830-1  Filed: 08/12/21  4 of 14.  PageID #: 516454





Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).





## Map of Lake County, OH and Trumbull County, OH



Source: www.zeemaps.com

Zip Code 440, 444, 445
1997 – 2020
All Sellers
All Buyers
Oxycodone and Hydrocodone



Opioid Drug Distribution to Zip Code 440, 444, 445

Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).

Zip Code 440, 444, 445
1997 – 2020
All Sellers
All Buyers
Drug: Oxycodone



Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).

Zip Code 440, 444, 445
1997 – 2020
All Sellers
All Buyers
Drug: Hydrocodone

Case: 1:17-md-02804-DAP  Doc #: 3830-1  Filed:  08/12/21  9 of 14.  PageID #: 516459



Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).

National/OH/Lake County and Trumbull County, OH
2006 - 2014
All Sellers
All Dispensers (ARCOS)
Oxycodone and Hydrocodone

| Region | U.S. | | | State of Ohio | | | Lake/Trumbull | | | Lake County, OH | | | Trumbull County, OH | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Population | 308,923,291 | | | 11,535,237 | | | 439,668 | | | 229,550 | | | 210,118 | | |
| Buyer Business Activity | Total Dosage Unit | % | Annual Dosage Unit per Cap | Total Dosage Unit | % | Annual Dosage Unit per Cap | Total Dosage Unit | % | Annual Dosage Unit per Cap | Total Dosage Unit | % | Annual Dosage Unit per Cap | Total Dosage Unit | % | Annual Dosage Unit per Cap |
| Chain Pharmacy | 61,680,021,561 | 55.6% | 22.18 | 3,117,870,985 | 64.2% | 30.03 | 147,308,270 | 73.4% | 37.23 | 68,452,500 | 80.9% | 33.13 | 78,855,770 | 67.9% | 41.70 |
| Retail Pharmacy | 38,869,875,000 | 35.0% | 13.98 | 1,318,811,472 | 27.1% | 12.70 | 50,761,550 | 25.3% | 12.83 | 15,178,070 | 17.9% | 7.35 | 35,583,480 | 30.6% | 18.82 |
| **Retail and Chain Pharmacy Total** | **100,549,896,561** | **90.6%** | **36.16** | **4,436,682,457** | **91.3%** | **42.74** | **198,069,820** | **98.6%** | **50.06** | **83,630,570** | **98.8%** | **40.48** | **114,439,250** | **98.5%** | **60.52** |
| Hospital/Clinic | 3,514,608,103 | 3.2% | 1.26 | 156,676,167 | 3.2% | 1.51 | 2,585,075 | 1.3% | 0.65 | 894,805 | 1.1% | 0.43 | 1,690,270 | 1.5% | 0.89 |
| Hosp/Clinic-VA | 2,044,865,650 | 1.8% | 0.74 | 73,346,520 | 1.5% | 0.71 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| M/O Pharmacy | 1,725,512,572 | 1.6% | 0.62 | 169,531,300 | 3.5% | 1.63 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Pharmacy - Fed | 1,600,384,279 | 1.4% | 0.58 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Other* | 1,522,320,443 | 1.4% | 0.55 | 21,349,849 | 0.4% | 0.21 | 167,882 | 0.1% | 0.04 | 129,064 | 0.2% | 0.06 | 38,818 | 0.0% | 0.02 |
| **Grand Total** | **110,957,587,609** | **100.0%** | **39.91** | **4,857,586,293** | **100.0%** | **46.79** | **200,822,777** | **100.0%** | **50.75** | **84,654,439** | **100.0%** | **40.98** | **116,168,338** | **100.0%** | **61.43** |

*Other includes Practitioner, Hosp/Clinic- Mil, Central Fill Pharmacy, Hosp/Clinic Fed, Practitioner-DW/30, Practitioner-DW/100, Practitioner-DW/275, MLP-Physician Assistant, Pharmacy- Mil, MLP-Nurse Practitioner, MLP-Nurse Practitioner-DW/30, MLP-Physician Assistant-DW/30, MLP-Naturopathic Physician, Teaching Institution, MLP-Optometrist, Practitioner-Military, Canine Handler, Comp/Maint/Detox, MLP-Animal Shelter, MLP-Ambulance Service, Maint & Detox, Automated Dispensing System, Detoxification, Maintenance, MLP-Physician Assistant-DW/100, Chain Hosp/Clinic, MLP-Nurse Practitioner-DW/100, MLP-Dept Of State, MLP-Military, Compound/Detox, Compound/Maint
Data Source: ARCOS (2006 – 2014), U.S. Census Bureau

National/OH/Lake County and Trumbull County, OH  
2006 - 2014  
All Sellers  
Retail and Chain Pharmacies (ARCOS)  
Oxycodone and Hydrocodone

Case: 1:17-md-02804-DAP  Doc #: 3830-1  Filed: 08/12/21  11 of 14.  PageID #: 516461

## Pharmacy Market Share by Dosage Unit

| Region | U.S. | | | State of Ohio | | | Lake/Trumbull | | | Lake County, OH | | | Trumbull County, OH | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Population | 308,923,291 | | | 11,535,237 | | | 439,668 | | | 229,550 | | | 210,118 | | |
| Pharmacies | Total Dosage Unit | % | Annual Dosage Unit per Cap | Total Dosage Unit | % | Annual Dosage Unit per Cap | Total Dosage Unit | % | Annual Dosage Unit per Cap | Total Dosage Unit | % | Annual Dosage Unit per Cap | Total Dosage Unit | % | Annual Dosage Unit per Cap |
| Walgreen Co | 17,056,533,483 | 17.0% | 6.13 | 617,348,410 | 13.9% | 5.95 | 31,511,510 | 15.8% | 7.96 | 15,864,250 | 18.9% | 7.68 | 15,647,260 | 13.6% | 8.27 |
| CVS | 13,304,695,269 | 13.2% | 4.79 | 734,209,710 | 16.5% | 7.07 | 28,316,710 | 14.2% | 7.16 | 17,177,220 | 20.4% | 8.31 | 11,139,490 | 9.7% | 5.89 |
| Wal-Mart | 7,424,757,210 | 7.4% | 2.67 | 303,619,070 | 6.8% | 2.92 | 11,736,730 | 5.9% | 2.97 | 7,335,100 | 8.7% | 3.55 | 4,401,630 | 3.8% | 2.33 |
| Rite Aid | 5,369,464,135 | 5.3% | 1.93 | 436,793,330 | 9.8% | 4.21 | 35,235,710 | 17.7% | 8.90 | 9,727,450 | 11.6% | 4.71 | 25,508,260 | 22.2% | 13.49 |
| HBC (Giant Eagle) | 416,620,010 | 0.4% | 0.15 | 190,933,120 | 4.3% | 1.84 | 30,197,470 | 15.2% | 7.63 | 10,796,780 | 12.8% | 5.23 | 19,400,690 | 16.9% | 10.26 |
| Other Chain Pharmacies | 18,107,951,455 | 18.0% | 6.51 | 834,967,345 | 18.8% | 8.04 | 11,140,900 | 5.6% | 2.82 | 8,057,860 | 9.6% | 3.90 | 3,083,040 | 2.7% | 1.63 |
| **Chain Pharmacies Total** | **61,680,021,561** | **61.3%** | **22.18** | **3,117,870,985** | **70.3%** | **30.03** | **148,139,030** | **74.5%** | **37.44** | **68,958,660** | **82.0%** | **33.38** | **79,180,370** | **69.0%** | **41.87** |
| **Retail Pharmacies Total** | **38,869,875,000** | **38.7%** | **13.98** | **1,318,811,472** | **29.7%** | **12.70** | **50,761,550** | **25.5%** | **12.83** | **15,178,070** | **18.0%** | **7.35** | **35,583,480** | **31.0%** | **18.82** |
| **Total** | **100,549,896,561** | **100.0%** | **36.16** | **4,436,682,457** | **100.0%** | **42.74** | **198,900,580** | **100.0%** | **50.27** | **84,136,730** | **100.0%** | **40.73** | **114,763,850** | **100.0%** | **60.69** |

HBC (Giant Eagle) only operates in 4 states, and only 22 counties in state of Ohio.
Data Source: ARCOS (2006 - 2014), Defendant Transactional Data, U.S. Census Bureau

## Oxycodone and Hydrocodone Dispensed
### in Dosage Unit

| Region | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|
| **Average Population** | 439,668 | | 229,550 | | 210,118 | |
| **Defendants** | Total Dosage Unit | Annual Dosage Unit per Cap | Total Dosage Unit | Annual Dosage Unit per Cap | Total Dosage Unit | Annual Dosage Unit per Cap |
| CVS | 39,039,873 | 6.38 | 23,505,230 | 7.36 | 15,534,643 | 5.31 |
| HBC (Giant Eagle) | 42,256,160 | 6.86 | 15,842,300 | 4.93 | 26,413,860 | 8.98 |
| Rite Aid | 51,530,098 | 8.42 | 13,751,012 | 4.31 | 37,779,086 | 12.92 |
| Walgreens | 48,304,660 | 7.80 | 22,173,944 | 6.86 | 26,130,716 | 8.83 |
| Wal-Mart | 14,118,046 | 2.60 | 9,024,028 | 3.19 | 5,094,018 | 1.97 |
| **Total** | **195,248,837** | **31.53** | **84,296,514** | **26.08** | **110,952,323** | **37.49** |

*Notes:*

Data Source: Chain Pharmacy Defendants' Dispensing Data.

| Defendant | Date Period |
|---|---|
| CVS | 1/2006 - 11/2019 |
| HBC (Giant Eagle) | 1/2006 - 12/2019 |
| Rite Aid | 1/2006 - 11/2019 |
| Walgreens | 1/2006 - 1/2020 |
| Wal-Mart | 1/2006 - 4/2018 |

## Oxycodone Dispensed
### in Dosage Unit

| Region | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|
| **Average Population** | **439,668** | | **229,550** | | **210,118** | |
| | Total Dosage Unit | Annual Dosage Unit per Cap | Total Dosage Unit | Annual Dosage Unit per Cap | Total Dosage Unit | Annual Dosage Unit per Cap |
| **Defendants** | | | | | | |
| CVS | 17,840,444 | 2.92 | 13,007,492 | 4.07 | 4,832,952 | 1.65 |
| HBC (Giant Eagle) | 15,534,964 | 2.52 | 7,701,372 | 2.40 | 7,833,592 | 2.66 |
| Rite Aid | 23,843,001 | 3.90 | 8,818,397 | 2.76 | 15,024,604 | 5.14 |
| Walgreens | 24,055,757 | 3.88 | 13,055,332 | 4.04 | 11,000,425 | 3.72 |
| Wal-Mart | 6,847,257 | 1.26 | 5,210,503 | 1.84 | 1,636,754 | 0.63 |
| **Total** | **88,121,423** | **14.23** | **47,793,096** | **14.78** | **40,328,327** | **13.63** |

*Notes:*

Data Source: Chain Pharmacy Defendants' Dispensing Data.

| Defendant | Date Period |
|---|---|
| CVS | 1/2006 - 11/2019 |
| HBC (Giant Eagle) | 1/2006 - 12/2019 |
| Rite Aid | 1/2006 - 11/2019 |
| Walgreens | 1/2006 - 1/2020 |
| Wal-Mart | 1/2006 - 4/2018 |

## Hydrocodone Dispensed
### in Dosage Unit

| Region | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|
| **Average Population** | 439,668 | | 229,550 | | 210,118 | |
| **Defendants** | Total Dosage Unit | Annual Dosage Unit per Cap | Total Dosage Unit | Annual Dosage Unit per Cap | Total Dosage Unit | Annual Dosage Unit per Cap |
| CVS | 21,199,429 | 3.47 | 10,497,738 | 3.29 | 10,701,691 | 3.66 |
| HBC (Giant Eagle) | 26,721,196 | 4.34 | 8,140,928 | 2.53 | 18,580,268 | 6.32 |
| Rite Aid | 27,687,097 | 4.53 | 4,932,615 | 1.54 | 22,754,482 | 7.78 |
| Walgreens | 24,248,903 | 3.92 | 9,118,612 | 2.82 | 15,130,291 | 5.11 |
| Wal-Mart | 7,270,789 | 1.34 | 3,813,525 | 1.35 | 3,457,264 | 1.33 |
| **Total** | **107,127,414** | **17.30** | **36,503,418** | **11.29** | **70,623,996** | **23.87** |

*Notes:*

Data Source: Chain Pharmacy Defendants' Dispensing Data.

| Defendant | Date Period |
|---|---|
| CVS | 1/2006 - 11/2019 |
| HBC (Giant Eagle) | 1/2006 - 12/2019 |
| Rite Aid | 1/2006 - 11/2019 |
| Walgreens | 1/2006 - 1/2020 |
| Wal-Mart | 1/2006 - 4/2018 |