# EXHIBIT A







## RESPONSIBILITIES

- EDUCATE OTHERS re:
  "REGULATORY COMPLIANCE ISSUES"
- PRESENTATIONS
  "influential in negotiating reduced civil penalties and mitigating extensive compliance agreements"   TRUE or FALSE
- PRIMARILY RESPONSIBLE FOR MITIGATING REGULATORY RISK in critical parts of CVS's pharmacy business

## EXPERIENCE
"LIFER"

+27 YEARS AT CVS

1994 Graduate pharm. school

2012 DIRECTOR OF PHARMACY PROFESSIONAL PRACTICE STANDARDS
— A NEW DEPT. & POSITION

2016 SENIOR DIR. of PHARMACY Professional Services


Nicole Harrington

**GIMMIES**

### THE OPIOID EPIDEMIC
- You repeatedly post on the "opioid epidemic"
- ~~Your~~ CVS group makes presentations on the "opioid epidemic" — N. Harrington doesn't understand it.
- Epidemics don't happen overnight
  SPECIFICALLY REGARDING OPIOIDS

### "CORRESPONDING RESPONSIBILITY"
- THIS IS A KEY PHRASE FOR OPIOID DISPENSERS
- PHARMACISTS ARE THE LAST LINE OF DEFENSE BETWEEN ILLEGITIMATE PRESCRIPTIONS AND OUR COMMUNITY
  N. Harrington "NO"
  Document draft says yes
  Training material says yes
  N. Harrington says yes 2016

### RED FLAGS
🚩 A PHARMACIST MUST IDENTIFY IF THE OPIOID PRESCRIPTION HAS BEEN ISSUED FOR A LEGITIMATE PURPOSE  Doc tells "all pharmacists" TRUE
  N. Harrington → DISAGREE
🚩 REFUSE TO FILL A PRESCRIPTION WHICH HAS RED FLAGS PRESENT THAT CANNOT BE RESOLVED
  AGREED
🚩 ALL CONTROLLED SUBSTANCE PRESCRIPTIONS MUST BE REVIEWED FOR THE PRESENCE OF RED FLAGS
  AGREED
🚩 ALL RED FLAGS MUST BE RESOLVED & DOCUMENTED PRIOR TO FILLING THE PRESCRIPTION
  AGREED
🚩 IF ANY RED FLAGS ARE UNABLE TO BE RESOLVED, A PHARMACIST MUST REFUSE TO FILL THE PRESCRIPTION
  Agreed

### TOOLS
- Training  TRUE: CVS Co. training
                  School training
                  Personal training
- PMP's  "Prescription Monitoring Program"
  STATE DATABASE w/ Rx fulfillment Info.
- Many more

  



Nicole Harrington



CVS FAILURES

IT WOULD BE NAIVE TO THINK THAT CVS DID ALL IT COULD TO REDUCE THE GROWTH OF THIS TRAGIC PROBLEM
  N. Harrington disagrees

CVS & PURDUE

WERE HAND-IN-HAND ON OPIOID ISSUES AS EARLY AS 2001

BE READY AT TRIAL PLEASE

CVS GOT CAUGHT REPEATEDLY
2010-15 Florida failure
2012    Holiday case
2011-13 Oklahoma case
2012-14 Texas case
2013-15 Mass. case
2010-15 Rhode Island
2013-15 Texas case
2008-12-16 Maryland case
2011-16 Mass. case
2016    Conn. case
2017    California case
2018    Alabama case
2018    N.Y. case
2019    Rhode Island case

FAILURE BEHAVIORS

TILL 2012 Incentive plans based on pills including opioids

TILL 2013 "Wait time" calculations included opiates