# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
 3
    IN RE: NATIONAL              )
 4  PRESCRIPTION                 )  MDL No. 2804
    OPIATE LITIGATION            )
 5  _____     )  Case No.
                                 )  1:17-MD-2804
 6                               )
    THIS DOCUMENT RELATES TO: )     Hon. Dan A.
 7  CASE TRACK THREE             )  Polster
 8
                 FRIDAY, MAY 14, 2021
 9
      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10              CONFIDENTIALITY REVIEW
11                      - - -
12          Remote videotaped deposition of
13  Nicole Harrington, held at the location of
14  the witness in Nashua, New Hampshire,
15  commencing at 9:07 a.m. Eastern Time, on the
16  above date, before Carrie A. Campbell,
17  Registered Diplomate Reporter, Certified
18  and Realtime Reporter.
19
20
21                      - - -
22
              GOLKOW LITIGATION SERVICES
23        877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
25
```

```
 1            reflection of a title that USA Today
 2            wrote.
 3  QUESTIONS BY MR. LANIER:
 4       Q.   Wait, that title is a
 5  reflection of a title USA Today wrote?
 6       A.   Yes, these are -- {audio
 7  interruption} news articles.  The titles were
 8  by USA Today.
 9       Q.   Well, is USA Today writing your
10  LinkedIn page, or did you write it?
11       A.   That was just a hyperlinked
12  article that I attached to the LinkedIn page.
13       Q.   Yeah.  The key there is that
14  you attached.  USA Today isn't hacking into
15  your LinkedIn account using this stuff and
16  posting, are they?
17            MR. HYNES:  Objection.  Form.
18            THE WITNESS:  No.  No, but they
19       wrote the article and they wrote the
20       title to the article.  I was -- {audio
21       interruption} -- for the word choice.
22  QUESTIONS BY MR. LANIER:
23       Q.   All right.  So can we at least
24  agree like this, that you repeatedly post on
25  the opioid epidemic using those words?
```

1             MR. HYNES:  Objection.  Form.
2    QUESTIONS BY MR. LANIER:
3        Q.    Fair?
4        A.    There are a few postings that
5    have that language in it -- {audio
6    interruption} the one that we referenced --
7        Q.    You are --
8        A.    -- was not written by me.  It
9    was --
10       Q.    You were cutting in and out.
11            MR. HYNES:  Yeah, you're
12       breaking up.
13   QUESTIONS BY MR. LANIER:
14       Q.    Make sure we're clear.
15             Can we at least agree that you
16   post on the opioid epidemic, sometimes with
17   your own words, sometimes using words from
18   other people that you grab and post, fair?
19            MR. HYNES:  Objection.  Form.
20            THE WITNESS:  So I post on many
21       topics.  The words "opioid epidemic,"
22       as we've talked about, appears in the
23       language on some of those posts,
24       whether it's language that I've
25       written or it's language from others.

```
 1                THE WITNESS:  Thank you.
 2                I see that that language -- I
 3        see that that language is accurate to
 4        what's written on the page.
 5   QUESTIONS BY MR. LANIER:
 6        Q.    Okay.  So within the context of
 7   this, you do not agree, and I need to make
 8   that note on here, Nicole Harrington
 9   disagrees.
10                So you, Nicole Harrington,
11   believe that CVS did all it could to reduce
12   the growth of this tragic problem, correct?
13        A.    Within the scope of our area of
14   responsibility, yes.
15        Q.    All right. Okay.  Then I want
16   to divide this up into three different areas
17   to reference now.
18                First, how familiar are you
19   with the relationship that CVS had with
20   Purdue, the manufacturer of OxyContin?
21        A.    I am not very familiar with
22   that.
23        Q.    So I'm going to suggest to you
24   that I believe CVS and Purdue were
25   hand-in-hand on opioid issues going back as
```

```
 1   far as 2001.
 2              You don't have great
 3   familiarity with that right now; is that fair
 4   to say?
 5              MR. HYNES:  Objection.
 6        Objection to form.  Objection.
 7        Foundation.  Objection to counsel
 8        testifying.
 9              THE WITNESS:  I'm not familiar
10        with the relationship between CVS and
11        Purdue, to the best of my
12        recollection.
13   QUESTIONS BY MR. LANIER:
14        Q.    But wouldn't you agree to the
15   extent that you're in charge of regulating --
16   not regulating, of -- let's get the words
17   just right.
18              To the extent your
19   responsibilities include educating others on
20   regulatory compliance issues and making
21   presentations that might be influential in
22   negotiating reduced civil penalties,
23   mitigating regulatory risks, don't you think
24   that the relationship the company has with
25   manufacturers of opiates might be important
```