# EXHIBIT C
## (Subject to Pending Motion For Leave To File Under Seal)