# EXHIBIT D

## (Subject to Pending Motion For Leave To File Under Seal)