# EXHIBIT E



Julie DeMay

TEXTS: Now references are online
— No specific texts — use online resources

PHARMACY SCHOOL

Duquesne Univ.
2005

"PHARM. D"
Doctor's Deg. in Pharm.

School
6yrs
Pharmaceutics
"How drugs work... side effects...
logistics of medications...
mechanisms of actions
drug interactions"
Law classes — Esp. Penns. law
Also DEA & general practice

Ex 1



DeMay Exhibit
1
3/2/21 Carrie Campbell, RDR



Julie DeMay





Julie DeMay

RED FLAGS OF FILLING OPIOID Rx — "THERE MIGHT BE SOME SORT OF DIVERSION"
- PATIENT OUT OF AREA
- Dr. OUT OF AREA
- MULTIPLE Rx FROM MULTIPLE DOCS
- OVERLAPPING Rx's (TOO SOON OR TOO MANY)
- FEELING SOMETHING NOT RIGHT

DEA # for store
Registrant System

(OPIOID)

DANGERS OF OPIOIDS
- Drowsiness
- Body gets used to it so can't always stop suddenly
- Interactions w/ other medicines : Exm w/ drugs that suppress Central Nervous System ("CNS")

MANUFACTURE
↳ DISTRIBUTE
  ↳ Dr's WRITE Rx
    ↳ PATIENTS TAKE Rx TO PHARMACY WHO FILLS IT
      ↳ PHARM. WORK DEPT
OPIOIDS → IN USE
"LAST LINE OF DEFENSE"



**Julie DeMay**

DOCTORS — GOOD WORKING RELATIONSHIPS W/ AREA DOCTORS

PAIN Mgmt doc's write majority

Syed Akhter-Zaidi — Pain Mgt no longer practicing

Samuel Nigro — NO MEMORY

Dean PAHR — PAIN MANAgmt. spoke w/ office often (if ? re diagnosis code or dosage change or add. med. for surgery recovery)



Julie DeMay

PHARMACIST: Good ↑ONES JOB
AND BAD↑ONES Job — "NOT PAYING ATTENTION TO DETAIL AS THEY SHOULD"

Corp. level Responsible to make sure no problem w/ TOO MUCH WORK, NOT ENOUGH time — Corp. sets budget store makes requests

WALGREENS w/ PHARM.

KNOWN → SOME EVEN AT WALGREENS

Cuts corners — BAD THING YES EVEN AT WALGREENS

Poor time management — BAD THING AT TIMES YES EVEN AT WALGREENS



P-WAG-03790

Ex 2

DATE 11/27/17  FILL DATE 11/28/17
Redacted - Confidential PHI
OH 440952561
OXYCODONE 5MG IMMEDIATE REL TABS
QTY 120  NO REFILLS
TAKE 1 TO 2 TABLETS BY MOUTH
EVERY 6 HOURS AS NEEDED FOR PAIN
PATIENT PH  Redacted - Confidential PI
NDC 00406-0552-01
MFG MALLINCKRODT
DAW N CLASS C2
GSAU  NNN  $21.13
PAY CODE 0  PERXMPD

DEAN PAHR, DO
9485 MENTOR A
MENTOR, OH 44060
PH (440) 205-5799
DEA# BP3090901

Walgreens

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL00963995

P-WAG-03790

*Handwritten annotations at top:*
CHECK SHOULD BE YES-
IF A NO, DO DUE DILIGENCE
TYPICALLY DOCUMENTED

FOR 3 TARGETED MEDS
- use for ethical reasonable work

# Target Drug Good Faith Dispensing Checklist

## Steps for Technician to Complete

**Patient Name:** Redacted - Confidential PHI

Please select drug & provide strength (tablets/capsules only):

Oxycodone ✓ Hydromorphone ___ Methadone ___ Other (optional - district specific) ___

| # | Check boxes that apply to assist the pharmacist in determining if the prescription should be filled. Attach checklist to hard copy of Rx. | Yes | No |
|---|---|---|---|
| 1 | Valid government photo ID copied and attached to hard copy of Rx. For eRx, attach copy at pick-up. ID is optional for Hospice, oncology, bedside delivery, sickle cell patients, and patients known to the pharmacy staff, unless it is required by state regulations. | ☑ | ☐ |
| 2 | No prior GFD refusal for this exact prescription in patient comments in IC+ profile. If so, prescription must not be dispensed. | ☑ | ☐ |
| 3 | Patient has received this prescription from Walgreens before. | ☑ | ☐ |
| 4 | This prescription is from the same prescriber for the same medication as the previous fill. | ☑ | ☐ |
| 5 | 3rd Party Insurance is billed (If cash or a cash discount card, use caution). NOT NEC. A RED FLAG | ☑ | ☐ |
| 6 | Patient does not appear intoxicated or under the influence of illicit drugs. | ☑ | ☐ |

I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures to validate the information above:

*important?*

**Technician Initials** _VAK_

## Steps for Pharmacist to Complete

| # | | Yes | No |
|---|---|---|---|
| 7 | If available in your state, PDMP has been reviewed. Prescription is being filled on time. If your state regulates early refills of controlled substance prescriptions, follow your state's regulations. | ☑ | ☐ |
| 8 | Patient and/or prescriber address is within geographical proximity to pharmacy; any variances can be reasonably explained. | ☑ | ☐ |
| 9 | Chronic prescription use can be explained and is supported by documentation (ICD 10 code or diagnosis consistent with chronic pain condition). YES IMPORTANT | ☑ | ☐ |
| 10 | Per CDC recommendation, naloxone was offered to the patient in case of an emergency for prescriptions ≥ 50 Morphine Milligram Equivalents (MME). *Please refer to the Internal Patient Talking Points #10-16 | ☑ | ☐ |

Refer to Opioid Dosage Calculator and CDC handout "Calculating Total Daily Dose of Opioids for Safer Dosage"

If in your professional judgment a call to the prescriber's clinical staff is warranted, document conversation in notes section. If no call is required, complete this form with your signature.

*(For Hospice, oncology, and sickle cell patients only: RPh may fill the prescription without verification provided the elements of Good Faith Dispensing are met.)*

**Notes:**

I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures and my professional judgment to review this prescription and I have:

**Dispensed:** ☑  **Pharmacist signature** _ISO H_

**Refused:** ☐ - (RPh must inform patient of refusal and make a copy of the Rx for the refusal file folder)

Proprietary & Confidential. This Checklist and the information contained herein is a Trade Secret of Walgreen Co.

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL00963997