# EXHIBIT F

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3
     IN RE: NATIONAL              )
 4   PRESCRIPTION                 )   MDL No. 2804
     OPIATE LITIGATION            )
 5   _____     )   Case No.
                                  )   1:17-MD-2804
 6                                )
     THIS DOCUMENT RELATES TO:    )   Hon. Dan A.
 7   CASE TRACK THREE             )   Polster
 8
                TUESDAY, MARCH 2, 2021
 9
       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10               CONFIDENTIALITY REVIEW
11                       - - -
12          Remote videotaped deposition of
13   Julie DeMay, held at the location of the
14   witness in Eastlake, Ohio, commencing at
15   10:03 a.m. Eastern Time, on the above date,
16   before Carrie A. Campbell, Registered
17   Diplomate Reporter and Certified Realtime
18   Reporter.
19
20
21                       - - -
22
               GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

1  store level, the store manager is able to ask
2  for additional hours.  If there are certain
3  projects or if we're hiring or training new
4  employees or if there are other things going
5  on such as right now, we're in the middle of
6  a pandemic, so we are, you know, able to
7  request additional assistance with things
8  like that.
9        Q.    Okay.  That makes good sense.
10             So the corporate sets the
11 budget, but the store can make requests; is
12 that right?
13       A.    Yes.
14       Q.    All right. Excellent.  This
15 area is done.
16             Now we're going to talk about
17 opioids.
18             Okay?
19       A.    Okay.
20       Q.    Tell me what are the dangers of
21 opioids.
22             MR. HARRIS:  Objection to form.
23             THE WITNESS:  Well, there are
24       certain side effects.  Is that
25       something that you're looking for?

Highly Confidential - Subject to Further Confidentiality Review

```
 1   QUESTIONS BY MR. LANIER:
 2        Q.    Sure, side effects sound
 3   dangerous, unless it's like it makes you
 4   laugh.  I'm not sure that would be a
 5   dangerous side effect, but any that you think
 6   are important and dangerous side -- important
 7   and dangerous aspects of opioid usage?
 8        A.    Well, typically if we're going
 9   to dispense an opioid to a patient, we would
10   let them know that there are, you know,
11   specific side effects that may affect them
12   such as drowsiness.  You can -- it's
13   something that you don't want to just stop
14   suddenly because your body can get used to
15   that medication.  So it's something that if
16   you're going to discontinue, you need to try
17   to wean yourself off of it.
18        Q.    All right.  I want to -- let's
19   stop for a moment because I want to make sure
20   I've got your things right on here.
21              First of all, it can cause
22   drowsiness.
23              Second of all, your body gets
24   used to it so you can't always stop suddenly.
25              Can you -- do I have those
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   right?
 2        A.    Yes.
 3        Q.    All right.  Can you think of
 4   any other dangers of opioids?
 5        A.    Well, they can have
 6   interactions with other medications.
 7        Q.    Can you give me an example?
 8        A.    Any other type of medications
 9   that may suppress the central nervous system
10   may increase the drowsiness effect or your
11   ability to, you know, operate, like,
12   machinery, do things like that.
13        Q.    All right.  So an example of
14   that would be with drugs that affect or
15   suppress the central nervous system?
16        A.    Yes, uh-huh.
17        Q.    And central nervous system is
18   abbreviated CNS?
19        A.    Correct.
20        Q.    I'll write it out this time,
21   and next time we may do CNS.
22              All right.  Can you think of
23   any other dangers of opioids?
24        A.    There may be other things
25   that's -- you know, some patients may get --
```

Highly Confidential - Subject to Further Confidentiality Review

1  I'm just trying to think of other things that
2  we usually warn patients of whenever they're
3  taking them.
4           Those are, you know, the
5  main -- the main things that we usually let
6  them know of.
7       Q.   All right.  Can't think of
8  anything else right now.
9           I know -- so, look, I cheated.
10 I looked some things up.  You've dispensed in
11 your career right at 1.7 million opiate
12 doses.
13          So as someone who's distributed
14 almost 2 million opioid doses, can you think
15 of any other dangers than the ones that I've
16 written down here that we've talked about?
17          MR. HARRIS:  Objection to form.
18          THE WITNESS:  Like I said, not
19     off the top of my head.  Those are
20     the --
21 QUESTIONS BY MR. LANIER:
22      Q.   Okay.
23      A.        -- main points that we'll let
24 patients know of, but there are different
25 things that may arise, and they can certainly

Highly Confidential - Subject to Further Confidentiality Review

1   call us and we can counsel them on one-off,
2   individual things.
3        Q.    And I guess if you need to,
4   you've always got an ability to look stuff up
5   on the Internet like you were talking about
6   when I was talking to you about schooling and
7   things like that, that references are now
8   readily available online, right?
9        A.    Yes.
10       Q.    I mean, if I were to say to
11  you, Ms. DeMay, would you please write me a
12  paper on all of the dangers of opioids,
13  instead of doing it from your memory, you
14  could go online and check, right?
15       A.    Yes.
16       Q.    All right.  That's fair.
17             Now, I want to stay on the
18  subject of opioids, but I'm going to move
19  from dangers for a moment and I want to talk
20  a little bit about what's called the
21  registrant system.
22             Does that mean anything to you
23  in terms of opioids?
24       A.    I haven't heard that term
25  recently, but I'm not familiar.

Highly Confidential - Subject to Further Confidentiality Review

1      Q.     All right.  Let me give you a
2   little background information and see if this
3   is something that you and I have an ability
4   to discuss.  If we need to use different
5   terms, we will.
6             Okay?
7             The federal government requires
8   anyone, the DEA requires anyone, who is going
9   to be involved in the production and
10  distribution and selling chain of opiates,
11  whether it's taking the raw materials and
12  manufacturing the opiate or giving it to a
13  distributor, selling it to a distributor to
14  sell, or even give it to a dispenser like a
15  Walgreens as a dispenser to sell through
16  their pharmacy or something like that, all of
17  those people or entities, I should say, are
18  required to be registered.  I think it
19  includes even doctors who write the
20  prescriptions for the opioids; they're
21  required to be registered to work in the
22  opioid market, if you will.
23            Does any of that ring a bell to
24  you at all?
25            MR. HARRIS:  Objection.

Highly Confidential - Subject to Further Confidentiality Review

```
 1            THE WITNESS:  I mean, I know
 2       that each individual store has a DEA
 3       number that we register with the
 4       State.  And that's just on our license
 5       to dispense.
 6  QUESTIONS BY MR. LANIER:
 7       Q.      So you know that each
 8  individual store is registered to dispense
 9  opioids, narcotics?
10       A.      (Witness nods head.)
11       Q.      All right.  Now, if we -- if
12  you go back into your schooling but also into
13  your experience, you know that in this
14  process, you do have people who manufacture
15  the pills, right?
16       A.      Yes.
17       Q.      And you do have people who
18  distribute the pills to stores?
19       A.      Yes.
20       Q.      And you do have doctors who
21  write prescriptions, right?
22       A.      Yes.
23       Q.      And then you have patients who
24  get the prescription, though the patients
25  themselves aren't registered, but they have a
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    prescription, right?
 2         A.    Yes.
 3         Q.    And the patients will generally
 4    take the prescription to a pharmacy who fills
 5    it.
 6               Correct?
 7         A.    Yes.
 8         Q.    And then at that point the
 9    opioids are out from under the system and out
10    in the public or in the private, with an
11    individual, right?
12               MR. HARRIS:  Objection to form.
13               THE WITNESS:  It should be with
14         the patient who is prescribed that
15         prescription.
16    QUESTIONS BY MR. LANIER:
17         Q.    Yeah.
18               I mean, sometimes like moms
19    will pick up prescriptions for their kids or
20    something like that, right?
21         A.    Yes, they can.
22         Q.    Yeah.
23               And sometimes I think some
24    doctors will even write an opiate for a child
25    perhaps who's had dental treatment or
```

Highly Confidential - Subject to Further Confidentiality Review

1  something like that maybe?
2        A.    If it's something that's
3  necessary for the child.
4        Q.    Yeah.
5              So when you say it will be in
6  the hands of the person, it'll at least be
7  out in use, fair?
8              MR. HARRIS:  Objection to form.
9              THE WITNESS:  By law, it's to
10       be used by the person who the
11       prescription was written for.
12 QUESTIONS BY MR. LANIER:
13       Q.    Yeah.
14             Now, in terms of this
15 registrant's system, the people that have to
16 be registered with the DEA, like your store,
17 what is the last line of defense to keep
18 these opiates from falling into the wrong
19 hands?
20             MR. HARRIS:  Objection to form.
21             THE WITNESS:  Well, the
22       pharmacists have a corresponding
23       responsibility, along with the
24       doctors, to make sure that they're
25       being prescribed for the correct use

Highly Confidential - Subject to Further Confidentiality Review

1      and for the patients.
2  QUESTIONS BY MR. LANIER:
3      Q.    Well, that's a great point.
4      Doctors not only write the
5  prescription, but the pharmacists have to
6  make sure that it's a properly written
7  prescription, that it's for the right usage,
8  right?
9      MR. HARRIS:  Objection to form.
10     THE WITNESS:  We don't have
11    access to a patient's medical history.
12    The only thing we have is, you know, a
13    diagnosis code, but the doctor is the
14    one who is prescribing it for the
15    correct use.
16  QUESTIONS BY MR. LANIER:
17     Q.    Yeah, but you specifically just
18  said, I thought -- this was something I
19  didn't understand necessarily.
20     The pharmacists have a
21  corresponding responsibility along with the
22  doctors to make sure that they're being
23  prescribed for the correct use and for the
24  patients; is that correct?
25     A.    Correct.

Highly Confidential - Subject to Further Confidentiality Review

1  Q. Okay. Now, so but I want to go
2  back to this question I had about the last
3  line of defense.
4  Would you agree with me that
5  the pharmacy is the last line of defense in
6  making sure that opioids don't go out in use
7  improperly?
8  MR. HARRIS: Objection to form.
9  QUESTIONS BY MR. LANIER:
10  Q. Among these registrants?
11  MR. HARRIS: Objection to form.
12  THE WITNESS: If you mean last
13  line of defense as in we're the last
14  person to touch the prescription
15  before it gets dispensed to the
16  patient, then we are the last person
17  who sees that.
18  QUESTIONS BY MR. LANIER:
19  Q. Okay. Now, what are the red
20  flags associated with opioids?
21  And I'm going to write it in
22  black but we'll make the flag red because
23  otherwise it wouldn't make sense to me.
24  So what are the red flags of
25  filling an opioid prescription?

Highly Confidential - Subject to Further Confidentiality Review

```
 1                MR. HARRIS:  Objection to form.
 2                THE WITNESS:  There can be
 3        several different types of red flags.
 4        You know, in training with pharmacy
 5        school and, you know, drugs of abuse
 6        and with the Walgreens programs that
 7        they've given us, the red flags that
 8        are usually noted are, you know, a
 9        patient might be filling out of the
10        area or a doctor could be from out of
11        the area.
12   QUESTIONS BY MR. LANIER:
13        Q.   All right.  So we'll do patient
14   out of area, doctor out of area.
15                Can you think of any others?
16        A.   Multiple prescriptions -- you
17   know, controlled prescriptions for multiple
18   different doctors.
19        Q.   Multiple RX from multiple
20   doctors.
21                All right.  Any more?
22        A.   Filling, you know,
23   prescriptions that are overlapping with each
24   other.
25        Q.   Can you tell me what you mean
```

1   by that?
2        A.    Either too soon or multiple
3   prescriptions for the same type of
4   medications.
5        Q.    Too soon or too many.
6              All right.  Can you think of
7   any other red flags, Ms. DeMay?
8        A.    I mean, like I said, there
9   could be other red flags that just might come
10  up along the way.  Sometimes you just get a
11  feeling that something's not right, you
12  can't -- you're left to your, you know,
13  professional judgment and your own instincts
14  a lot of times.
15       Q.    Yeah, I mean, like some fella
16  shows up at the counter and he asks for the
17  opioid prescription to be filled, and while
18  you're filling it or dealing with him, he's
19  talking on his cell phone saying, "yeah, I'm
20  getting the pills now; we'll be able to sell
21  them in about 30 minutes."  I mean, that's an
22  obvious red flag that your instinct is coming
23  up with, but it's probably not one that's set
24  out in the textbooks, you know, so I
25  understand that there's also just that

Highly Confidential - Subject to Further Confidentiality Review

```
 1    instinct.
 2              Can you think of any other red
 3    flags right now that your training has taught
 4    you about or that you train others about?
 5              MR. HARRIS:  Objection to form.
 6              THE WITNESS:  Not off the top
 7         of my head right now.  Like I said, it
 8         usually will come up for individual
 9         prescriptions, you'll get that sense
10         or you'll have to use your judgment.
11    QUESTIONS BY MR. LANIER:
12         Q.   Okay.  Next subject.  Doctors,
13    how well do you know the doctors that write
14    opioid prescriptions that are taken to your
15    store to be filled?
16         A.   I feel like we have a pretty
17    good working relationship with most of the
18    doctors in our area, including the ones that
19    write for opioids.
20         Q.   So do you know them off the top
21    of your head, or do you have to look them up,
22    or how does that work?
23         A.   Just the doctors who write the
24    opioids?
25         Q.   Yes, that's my main concern
```

```
 1                    CERTIFICATE
 2
 3           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Julie DeMay, was duly
     sworn by me to testify to the truth, the
 6   whole truth and nothing but the truth.
 7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
             I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
16
             _____
17           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
18           Certified Realtime Reporter
             Notary Public
19
20
21
22
23           Dated:  March 8, 2021
24
25
```