# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.,*<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.,*<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING RITE AID DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL THEIR MOTION IN LIMINE TO EXCLUDE EXHIBIT P-20533 AND EXHIBIT A THERETO

Rite Aid Defendants[1] seek leave of this Court to file under seal unredacted versions of their Motion in Limine to Exclude Exhibit P-20533 and Exhibit A thereto ("Motion for Leave to File Under Seal").  The Motion for Leave to File Under Seal states that filing under seal is necessary to comply with Case Management Order No. 2: Protective Order, ECF Doc. 441, because the Motion in Limine and Exhibit A contain information that is subject to the Protective Order.

**ORDERED** that Rite Aid Defendants' Motion for Leave to File Under Seal Their Motion in Limine to Exclude Exhibit P-20533 and Exhibit A Thereto is **GRANTED**.

_____
Hon. Dan A. Polster
United States District Judge

---

[1] Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center.