UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.,*<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.,*<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### DECLARATION OF KELLY A. MOORE
### IN SUPPORT OF RITE AID DEFENDANTS'
### MOTION IN LIMINE TO EXCLUDE EXHIBIT P-20533

I, Kelly A. Moore, declare as follows:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP and counsel to Defendant Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center (together, "Rite Aid Defendants").

2. I make this declaration to place before the Court certain materials relied on in Rite Aid Defendants' Memorandum in Support of Their Motion in Limine to Exclude Exhibit P-20533.

3. Attached as **Exhibit A** is a true and correct copy of Plaintiffs' Exhibit P-20533 (Rite_Aid_OMDL_0128106-413).

4. Attached as **Exhibit B** is a true and correct copy of excerpts of Anne Lembke's May 28, 2021 Track 3 Deposition.

2

     5.     Attached as **Exhibit C** is a true and correct copy of excerpts of Carmen Catizone's June 15-16, 2021 Track 3 Deposition.

     6.     I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August, 2021.

     /s/ Kelly A. Moore

Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com