# Exhibit C

Page 1

1      IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF OHIO
2                 EASTERN DIVISION
3             CAUSE NO. 17-md-2804
                  MDL NO. 2804
4
    IN RE: NATIONAL                )
5   PRESCRIPTION OPIATE             )
    LITIGATION                      )
6                                   )
    THIS DOCUMENT RELATES TO:       )
7   TRACK THREE CASES               )
8
            REMOTE VIDEO DEPOSITION OF
9         CARMEN A. CATIZONE, MS, RPh, DPh
                    VOLUME I
10
11
12        The deposition upon oral examination of
    CARMEN A. CATIZONE, MS, RPh, DPh, a witness produced
13  and sworn before me, Amy Doman, Registered Merit
    Reporter, Certified Realtime Reporter, Certified
14  Shorthand Reporter, Notary Public in and for the County
    of Hamilton, State of Indiana, taken on behalf of the
15  Defendants, in Mount Pleasant, South Carolina,
    scheduled to begin at 8:10 A.M., on Tuesday,
16  June 15, 2021, pursuant to the Federal Rules of Civil
    Procedure.
17
18
19
20
21
22
23
24
25

Page 75

1       in connection with this matter?
2  A    No.
3  Q    Did you review the expert report of Craig McCann?
4  A    Yes.
5  Q    Did you review any other expert reports submitted
6       in connection with this matter?
7  A    No.
8  Q    In a number of places in Exhibit 6, you listed
9       defendants, quote, dispensing data samples, so for
10      example, the Walmart dispensing data sample.  What
11      is that referring to?
12 A    The dispensing data that McCann's group provided to
13      me in his report.
14 Q    Did you review any data that Mr. McCann provided
15      other than what he put in his report?
16          MR. ELSNER:  Objection.
17 A    No.
18    BY MS. FUMETON:
19 Q    So did you review any specific prescriptions?
20 A    No.
21 Q    So you just reviewed the result, the aggregate
22      numbers of his analysis; is that accurate?
23          MR. ELSNER:  Objection.
24 A    Yes.
25    BY MS. FUMETON:

Page 76

1  Q   You haven't looked at any specific prescriptions in
2      connection with this matter, correct?
3  A   I have looked at a few of those prescriptions.
4  Q   In what context?
5  A   In the context of Mr. McCann's report where he
6      noted that information was inaccurate, missing, or
7      made up concerning the doctor DEA and the doctor's
8      address, and information that was there about
9      whether doctors should be arrested or not or were
10     arrested, I did review a small number of scripts
11     that validated what Mr. McCann had in his report.
12 Q   How would we identify what small number of scripts
13     you validated?
14         MR. ELSNER:  Objection.
15 A   I would say I would look up maybe 10 to 20
16     prescriptions that were part of that notation in
17     Mr. McCann's report.
18   BY MS. FUMETON:
19 Q   And those are the only specific prescriptions that
20     you reviewed in connection with this -- with your
21     report, correct?
22         MR. ELSNER:  Objection.
23         (Stenographer requested clarification.)
24 A   Correct.  Sorry.
25   BY MS. FUMETON:

Page 186

1  Q   You have no -- you don't know whether the
2      defendants' pharmacists failed to comply with their
3      professional and legal responsibilities, do you?
4          MR. ELSNER:  Objection.
5  A   Every red flag that wasn't resolved and a
6      prescription dispensed, my answer would be they did
7      not meet that, but I can't identify that to an
8      individual prescription, sir.
9    BY MR. BUSH:
10 Q   Have you reviewed in the data that has been
11     produced by Mr. McCann following your red flag
12     analysis how many prescribers have prescriptions
13     flagged under your methodologies?
14         MR. ELSNER:  Objection.
15 A   No, sir.
16   BY MR. BUSH:
17 Q   Have you reviewed how many unique patients had
18     prescriptions that flagged under your
19     methodologies?
20 A   No, sir.
21 Q   You're aware that the DEA has said that the
22     overwhelming majority of American physicians who
23     provide controlled substances do so for legitimate
24     medical purposes?
25 A   I wasn't aware of that statement, sir.

Page 343

1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
2                      EASTERN DIVISION
3                   CAUSE NO. 17-md-2804
                       MDL NO. 2804
4
         IN RE: NATIONAL              )
5        PRESCRIPTION OPIATE          )
         LITIGATION                   )
6                                     )
         THIS DOCUMENT RELATES TO:    )
7        TRACK THREE CASES            )
8
9              REMOTE VIDEO DEPOSITION OF
              CARMEN A. CATIZONE, MS, RPh, DPh
10                      VOLUME II
11
12
13
            The deposition upon oral examination of
14   CARMEN A. CATIZONE, MS, RPh, DPh, a witness produced
     and sworn before me, Amy Doman, Registered Merit
15   Reporter, Certified Realtime Reporter, Certified
     Shorthand Reporter, Notary Public in and for the
16   County of Hamilton, State of Indiana, taken on behalf
     of the Defendants, in Mount Pleasant, South Carolina,
17   scheduled to begin at 8:00 a.m., on Wednesday,
     June 16, 2021, pursuant to the Federal Rules of
18   Civil Procedure.
19
20
21
22
23
24
25

Page 462

1           and Rite Aid, or what she would be instructed to
2           say to pharmacists in her role.
3      BY MR. GISLESON:
4   Q   Was there anyone else at Rite Aid with whom you had
5           a discussion whether Rite Aid pharmacists had to
6           document resolution of red flags?
7   A   Former employee of Rite Aid, Michael Podgurski.
8   Q   What position did he have?
9   A   I believe he was at one time, Janet Hart's boss.
10  Q   What was that discussion?
11  A   Same discussion as with Janet Hart.
12  Q   Anything different or in addition?
13  A   I think there was pretty extensive discussion and
14          pretty significant.
15  Q   When did that discussion secure?
16  A   Again, right after Rite Aid was taken to task by
17          the state boards of pharmacy for its imposition of
18          metrics to fill prescriptions in a certain amount
19          of time, sir.
20  Q   Did you do any analysis of Rite Aid's staffing at
21          its pharmacies in Lake or Trumbull Counties?
22  A   No, sir.
23  Q   Did you do an analysis of staffing at any other
24          chain pharmacy in Lake or Trumbull County to
25          determine whether that staffing was adequate?

Page 463

```
 1   A    No, sir.
 2   Q    Did you do any analysis for any chain pharmacy in
 3        this case to determine whether any time limits or
 4        time guarantees relating to filling opioid
 5        prescription medications interfered with their
 6        exercise of corresponding responsibility?
 7   A    I'm sorry.  Did you say other pharmacies outside of
 8        Rite Aid?
 9   Q    Any pharmacies.  Any of the chain pharmacies in
10        this case.  Did you do any analysis to determine
11        whether any time limits or time guarantees relating
12        to filling opioid medications interfered with their
13        exercise of corresponding responsibility?
14   A    The analysis was information that NABP and I
15        received firsthand from pharmacists in those
16        chains, information from the American Pharmacists
17        Association, which is included in my report, and
18        then the resolution passed by the members of NABP
19        that asked NABP to look at the situation because of
20        reports state boards of pharmacy were hearing that
21        those metrics were interfering with the
22        pharmacists' ability to conduct their due
23        diligence.
24   Q    Can you identify any prescription listed among your
25        flagged prescriptions for which a pharmacist failed
```

Page 464

1    to clear a red flag because that pharmacist was
2    under time pressure?
3        MR. ELSNER: Objection.
4  A  I can't identify individual prescriptions but,
5    again, my report talks about the impact that had
6    based on the aggregate data.
7  BY MR. GISLESON:
8  Q  Is it true that when the Ohio Board of Pharmacy
9    does an inspection of a pharmacy in Lake or
10   Trumbull County, that one of the issues that's
11   evaluated is staffing levels?
12 A  I don't know if that's restricted to just Lake and
13   Trumbull County, sir. I think it's a metric that
14   they look at all pharmacies.
15 Q  All pharmacies throughout Ohio?
16 A  I believe so, sir.
17 Q  Do you also understand that the Ohio Board of
18   Pharmacy, when doing an inspection, also evaluates
19   whether improper dispensing occurred?
20 A  I'm not specifically aware, but believe that would
21   be one of the tenets, again, that the board of
22   pharmacy would look at.
23 Q  Does the board of pharmacy also look at whether
24   pharmacists for a particular pharmacy have access
25   to OARRS to request reports when needed?