# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.,*<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.,*<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

## [PROPOSED] ORDER GRANTING RITE AID DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EXHIBIT P-20533

Upon consideration of Rite Aid Defendants' Motion in Limine to Exclude Exhibit P-20533 and any opposition thereto, it is hereby:

**ORDERED** that Rite Aid Defendants' Motion in Limine to Exclude Exhibit P-20533 is **GRANTED**.

_____
Hon. Dan A. Polster
United States District Judge