# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804** |
| | Case No. 17-MD-2804 |
| This document relates to: | **Judge Dan Aaron Polster** |
| *Track Three Cases* | |

**[Proposed] Order Granting Defendants' Motion for Leave to File Under Seal Their Motion *in Limine* to Preclude Evidence or Argument About Alleged Misconduct After 2010**

Defendants move for leave to file under seal unredacted versions of their Motion *in Limine* to Preclude Evidence or Argument About Alleged Misconduct After 2010 and certain Exhibits to that Motion. Defendants' motion cites and discusses excerpts from two of Plaintiffs' expert reports, which are marked Confidential under the Court's protective order. Pages from the two expert reports are also marked as Exhibits 1 and 2.

Defendants' motion to file unredacted versions of their Motion and Exhibits 1 and 2 under seal is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated: August __, 2021

_____
THE HONORABLE DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE