# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION  )
OPIATE LITIGATION             )
                              )  MDL No. 2804
THIS DOCUMENT RELATES TO:     )  Case No. 17-md-2804
                              )
Track Three Cases             )
    Defendant.

VIDEOTAPED DEPOSITION OF DAVID M. CUTLER
Conducted via Zoom
Boston, Massachusetts
Wednesday, June 2nd, 2021

REPORTED BY: GREG S. WEILAND, CSR, RMR, CRR
JOB NO.: 4621602

Page 83

1      part of -- due to the misconduct of the
2      defendants.
3  BY MR. WRIGHT:
4      Q.  Do the additional factors that you're able
5  to use for the county-level regression also make
6  that a more reliable analysis?
7          MR. KO:  Object to the form.
8          THE WITNESS:  Again, I don't think -- I
9      don't like the word "reliable" because I
10     don't -- that's not an economic or a
11     statistical word that I understand.
12         It is the case that I can control for more
13     right-hand side variables in the county models.
14     That is one reason why one would prefer
15     county-level models.  But, as I noted, there
16     are other reasons why one would prefer
17     state-level models, like, for example, one can
18     look at all the areas of a state and not just
19     the larger counties.
20         So it's not -- I do not look at this --
21     you know, if you ask me as a scholar, I think
22     it's stronger when an individual scholar shows
23     results that are true across different
24     dimensions than when they look -- just look at
25     only one.  So if someone shows me that the

Page 84

```
 1        result is true at the county level and is true
 2        at the state level and is true using various
 3        controls and so on and so forth, then I say
 4        that package together gives me much more
 5        confidence in the results than if they had just
 6        shown me one specification.
 7   BY MR. WRIGHT:
 8        Q.   In examining the relationship between
 9   shipments and mortality, you were just referring to
10   taking into a number of -- or taking into
11   consideration a number of other factors.
12             Do you agree that it is insufficient to
13   opine that shipments caused mortality purely based
14   on a correlation between an increase in shipments
15   and an increase in mortality?
16             MR. KO:  Object to the form.
17             THE WITNESS:  I think what you're asking
18        is if two variables are correlated, does that
19        automatically mean that one causes the other.
20        As a statistical matter, it is incorrect to say
21        that if two variables are correlated one
22        automatically causes the other.
23             So that -- so one of the things that I
24        teach my students and that I myself practice in
25        my research is that correlation does not imply
```

Page 85

1  causality.  What differentiates the analysis
2  here are many, many things.  Among them, the
3  inclusion of controls for many different
4  theories, other theories; the fact that those
5  controls do not meaningfully influence the
6  impact of the variable here, which is the
7  shipments of opioids; the relationship between
8  many different types of harms; the magnitude of
9  the coefficient being reasonable in light of --
10 I'm not going to say theory but kind of
11 previous work and discussion; the fact that the
12 results are consistent with a theory that's
13 been laid out; along with other results in the
14 literature where people have also looked at
15 this question and uniformly conclude, using a
16 variety of different methodologies, that the
17 shipments of opioids are related to the harms
18 that have resulted from excess -- from the
19 opioid epidemic.
20       So all of those things together tell a
21 story of causality well beyond just what a
22 correlation between two variables could say.
23 BY MR. WRIGHT:
24     Q.   So you agree it's important to examine
25 other potential causal factors rather than just two

Page 86

1  things that correlate?
2      A.   Any time that one observes a correlation
3  between variables, if you want to tell a causal
4  story, you have to look at the range of reasons why
5  they might be correlated.  And in this particular
6  case, obviously I include controls for quite a
7  number of different reasons why these may be
8  correlated.  That is a very, very important thing to
9  do.  That is what any reasonable scholar would do in
10 looking at things.
11         And again, it's not just that.  It's also
12 that one looks at is there a theoretical
13 relationship to believe it; if you look at other
14 different variables, does one observe a relationship
15 where you'd expect it and not where you wouldn't
16 expect it; does the data comport with other results
17 of the literature, what about people who have tried
18 looking at it in other ways and with other types of
19 variation.
20         So all of those together add up to a story
21 of causation.
22     Q.   All right.  You've identified different
23 phases of the opioid crisis, correct?
24     A.   That's correct.  I identify three phases
25 of the opioid epidemic.

Page 87

1    Q.   And Phase 2 you've identified is when it
2  became more widely recognized of the potential harms
3  of opioids?
4         MR. KO:  Object to the form,
5     mischaracterizes the report.
6         THE WITNESS:  Phase 2 I think of as not
7     just greater awareness but also actions on the
8     part of public and private sector agents,
9     governments, health insurers, public
10    policymakers, private actors and so on, to try
11    to limit the harms associated with it.
12        So I don't think of Phase 2 as just a sort
13    of awakening, now we have a problem, but I
14    think of it as a series of actions that were
15    taken.
16 BY MR. WRIGHT:
17   Q.   But you would agree with the statement
18 that from 2008 to 2012 harms from prescription
19 opioids came to be more widely recognized?
20        MR. KO:  Object to the form.
21        THE WITNESS:  I believe that the harms
22    became more widely recognized over the course
23    of the 2000s, and the actions -- so they did
24    become more widely recognized, and the actions
25    also became much more common over that time

Page 101

1 between shipments prior to 2010 and the change in
2 mortality?
3         MR. KO:  Object to the form.
4         THE WITNESS:  Which -- so I want -- I just
5    want to be a little bit specific here.  So I do
6    two of them.  In Appendix Exhibit 9.4, I look
7    at the change from 2009-'10 to 2018-'19; and
8    then in Appendix Exhibit 9.5, I look at the
9    change from 1993 to '95 to 2018-2019.
10        I think it would help, if you could, to
11   ask the question about one or the other,
12   although I could answer about both, but I think
13   it would be helpful to talk about one or the
14   other.
15 BY MR. WRIGHT:
16    Q.   Let's focus on 9.4, the change from
17 2009-'10 to 2018-2019.
18    A.   Okay.
19    Q.   Is that a reasonable approach to examine
20 the relationship between the shipments prior to 2010
21 and the change in mortality in 2018 to 2019?
22    A.   Yes, the change from 2009 to 2010, yes,
23 this is a reasonable way to examine the relationship
24 between shipments '97 to 2010 and the change in
25 mortality 2009-'10 to 2018-'19.

Page 102

1     Q.    And in your impact analysis, you rely on
2  the indirect regression to model the change in
3  mortality for the 2018 to 2019 period, correct?
4           MR. KO:  Object to the form.
5           THE WITNESS:  That is correct.  I rely
6      upon the indirect model for the period after
7      2010.
8  BY MR. WRIGHT:
9     Q.    And why do you rely on the indirect model
10 for that period rather than this direct regression
11 analysis as reflected in Exhibit 9.4?
12    A.    So first off, of course, one thing to note
13 about Exhibit 9.4 is it shows a positive and very
14 statistically significant and large relationship
15 between shipments per capita per day and the change
16 in the illicit mortality rate.  So no conclusion
17 about the nature of the results or about the
18 substantive findings of the results would change
19 independently -- excuse me, if one did that.
20          The reason why I prefer the indirect model
21 there is because so many other things are going on
22 in 29 -- between 2009-'10 and 2018-2019 that it's
23 difficult to capture them all in a regression model.
24          So, for example, you have areas where
25 heroin was white powder versus black tar, and that

Page 103

1  will be different across the areas.  You have areas
2  where fentanyl supply lines were stronger and
3  weaker.
4           And so unlike the earlier direct analysis
5  where it's easier to identify all of the variables
6  to include, here it's much more difficult to
7  identify the variables that need to be included.
8  And so, again, as we were talking about, because you
9  can't include them all, you wind up having
10 measurement error on some of the variables, and you
11 wind up having sort of less -- you feel less, just
12 less precision in the estimates.
13          And so whereas the indirect model is
14 really capturing, it's -- the indirect model is
15 really answering the question, you know, what
16 happened economically and socially over this time
17 period and, therefore, would one have -- what would
18 one have expected the illicit mortality rate to be.
19          And so it's a kind of a less structural
20 way of estimating it when you're not sure exactly
21 how to specify all of the structure.
22      Q.  The factors that you identified that make
23 the analysis more difficult for this later time
24 period, 2018 to 2019, your point is that you cannot
25 account for those in the direct regression?

Page 104

1           MR. KO:  Object to the form.
2           THE WITNESS:  It's much -- it's much more
3      difficult to account for those in the direct
4      regression.  Not all of them are able to be
5      readily measured even.
6  BY MR. WRIGHT:
7      Q.   How do you account for them in the
8  indirect regression?
9      A.   What the indirect regression does is it
10 says let me look at what I would have expected would
11 have happened to illicit mortality.
12          So let me go back a second.  One of the
13 big issues is, of course, that as economic and
14 social times get worse, people use drugs more.  So
15 that's a very common thing, and it's very, very
16 clear in the data that in areas of the country, in
17 time periods where things are getting worse, people
18 will use drugs more.
19          Then what I then -- what the indirect
20 model then says is, okay, what happened to those
21 economic and social conditions, so can I explain any
22 of the change in deaths due to illicit opioids from
23 those economic and social conditions.
24          What the basic fact is is that from
25 2010 -- remember, 2010 is right about The Great

Page 105

1  Recession.  From 2010 through the end of the 2010s,
2  2018-'19, the economy got better, not by a ton but
3  it got better, and social factors tended to get a
4  little bit better.  So what the indirect model says
5  is if you think bad times raise drug deaths, which
6  they do, and the economy gets better, you should
7  have expected a reduction in deaths due to illegal
8  drugs.
9        And so it's very clear I don't have to put
10  a lot of assumptions on exactly everything going on.
11  It just says tell me about those economic and social
12  factors, what's going on with them and what they
13  would predict, and it's clear that they would
14  predict an improvement in the situation because the
15  economy got better.  And, of course, the actual data
16  is that the mortality rate got worse.  It rose
17  enormously.  And so that's a statement that --
18  that's just a very nonstructural statement that says
19  there's no way you can explain this with something
20  other than the fact that so many people were
21  addicted to opioids because there's just nothing
22  about the economic and the social structure that's
23  going to tell you that opioid mortality rates should
24  have soared.
25        Q.   But the indirect regression does not have

Page 154

1      That delta is reflected in Row M, correct?
2      A.   That is correct.  Row M is showing the
3  difference between the actual and the predicted.
4      Q.   And part of your methodology is to
5  attribute that incremental change in mortality
6  entirely to the shipments prior to 2010; is that
7  correct?
8           MR. KO:  Object to the form.
9           THE WITNESS:  The shipments here are
10      really a proxy for the addiction that's built
11      up.  So it's really attributing it to the stock
12      of addicted people, which is a product of the
13      shipments.
14  BY MR. WRIGHT:
15      Q.   A product of the shipments prior to 2010?
16      A.   That's correct.
17      Q.   If there were no shipments prior to 2010,
18  what would this -- how would that change this?
19      A.   An area with no shipments, the easiest way
20  that this would change it is that there would
21  literally be no pills.  So the second block of
22  Exhibit 51 would be zero because there would be no
23  pills.
24           And the -- there would be no --
25  defendants' percent of total MME would be zero

Page 155

1 because they wouldn't have supplied any harmful
2 pills.  So that would have shown up in Row N as
3 being zero.  So we would get zero for the 2009-'10,
4 zero for 2018-'19, and therefore zero over the
5 entire time period.
6     Q.   Is it correct that your methodology does
7 not take into consideration any distribution or
8 dispensing after 2010?
9     A.   When I do the indirect analysis, most of
10 that is on -- most of that is for deaths due to
11 illegal opioids.  The thing that we know is that
12 legal opioids, of course, fell enormously in those
13 areas.  And the shift, as we spoke about in
14 Exhibit -- was it Exhibit -- the shift that we spoke
15 about was to illegal opioids.
16     So the -- once people are no longer really
17 in those quantities receiving illegal opioids,
18 there's a different dynamic at work.  And,
19 therefore, you wouldn't want to relate the deaths
20 due to illegal opioids to the shipments of legal
21 opioids after the crackdown on the shipping occurs.
22     Let me just make sure I find the correct
23 figure to refer to.
24     MR. KO:  I think you were referring to
25     Exhibit 27.

Page 156

1            THE WITNESS:  Thank you, Mr. Ko.
2            I wanted the other one, not the heroin
3       one.  I wanted just the general picture of
4       the --
5            MR. KO:  That was the one that Jason
6       showed you?
7            THE WITNESS:  Yes, please.
8  BY MR. WRIGHT:
9       Q.   I think you've --
10      A.   Exhibit 11, thank you.
11      Q.   We're sort of going on a tangent here.
12  But let's break this down a little bit.
13           For the direct regression analysis that
14  you do for the change in opioid mortality through
15  the 2009 and 2010 period, shipments or dispensing
16  after 2010 by the defendants are irrelevant to that
17  analysis, correct?
18           MR. KO:  Object to the form.
19           THE WITNESS:  They're not relevant, that's
20      correct.  Ex post shipments would not be
21      relevant to deaths up to that point.
22  BY MR. WRIGHT:
23      Q.   And the indirect regression analysis that
24  you utilize, shipments or dispensing are not a
25  variable included in that analysis, correct?

Page 157

1  A. The past shipments are in there, to the
2  extent that they're related to the death rate in
3  2009-'10. So they're there implicitly because I'm
4  starting from the 2009-'10 death rate due to illicit
5  opioids, and then I'm forecasting that forward.
6  Q. But that doesn't consider any distribution
7  or dispensing after 2010?
8  A. That's correct. The dispensing or
9  distribution afterwards doesn't matter. I would
10 have personally expected that it would be the
11 opposite fact afterwards; that is, given past
12 shipments, if you had more in the future, maybe you
13 had less deaths. But it's not in there.
14 Q. And for Exhibit 51, when you go through
15 Scenario 1, there's -- no part of this methodology
16 is taking into consideration or depends upon the
17 distribution or dispensing of the defendants after
18 2010?
19           MR. KO: Object to the form.
20           THE WITNESS: In my judgment, that's not
21     relevant for this because at that point we're
22     really looking at deaths due to illegal
23     opioids, and the issue is the built-up demand
24     for the illegal opioids, not the continuing
25     smaller flow of the legal opioid prescriptions.

Page 158

1  BY MR. WRIGHT:
2       Q.   But to be clear, the distribution and
3  dispensing after 2010 is not factored in any way and
4  may not be considered, as you just indicated, for
5  your methodology as reflected in Exhibit 51?
6       A.   I believe that the appropriate methodology
7  does not have that in that, that's correct.
8       Q.   And that is true when you do the same
9  analysis for McCann's Scenario 3, which is reflected
10 in Exhibit 12.3 or Appendix Exhibit 12.3, correct?
11      A.   That is correct.  In Scenario 3, it's
12 generally done in a similar fashion.
13      Q.   Now going back to Row E, the predicted
14 mortality as reflected in Exhibit 51, and as you've
15 already stated, that would -- that result would only
16 occur if there were no shipments of opioids into the
17 Track 3 counties prior to 2010, correct?
18      A.   I'm sorry, say that again.
19      Q.   The figures in Row E for the predicted
20 mortality, those figures would only be -- would
21 occur if there were no shipments of opioids to the
22 Track 3 counties prior to 2010?
23      A.   No.
24           MR. KO:  Object to the form.
25           THE WITNESS:  No -- I'm sorry, that --

Page 159

1       yes, that is correct.  That is the -- let me
2       just -- I just want to look at -- I just want
3       to make sure I say it correctly, so give me
4       just one moment to look through it.
5            That is correct.  Row E, and I just wanted
6       to confirm that in the report, Row E is the
7       mortality expected in the absence of any
8       shipments of prescription opioids.
9  BY MR. WRIGHT:
10       Q.   And one way there would have been no
11  shipments of opioids to the Track 3 counties is if
12  the DEA had, for instance, prohibited any of the
13  relevant opioids being shipped to those two
14  counties?
15            MR. KO:  Object to the form.
16            THE WITNESS:  I don't want to agree to
17       that because I'm not sure what authority the
18       DEA has.  Anything that would have led to no
19       shipments of opioids would have led to that
20       predicted mortality in the area.
21  BY MR. WRIGHT:
22       Q.   So McCann only flags prescriptions and
23  distribution from 2006 to 2010, correct?
24       A.   That's correct.  Dr. McCann looks at data
25  from 2006 to 2010.