# **EXHIBIT 5**

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF OHIO
3                      EASTERN DIVISION
4
5   IN RE: NATIONAL PRESCRIPTION    )
    OPIATE LITIGATION               )
6                                   ) MDL No. 2804
    THIS DOCUMENT RELATES TO:       ) Case No. 17-md-2804
7                                   )
    Track Three Cases               )
8
9
10
11
12
13
14       VIDEOTAPED DEPOSITION OF GINA BUCCINO-THOMAS
15                   Conducted via Zoom
16                      Warren, Ohio
17              Tuesday, December 1st, 2020
18
19
20
21
22
23
24  REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR
25  JOB NO.:      4339668

Page 63

1     entailed or what happened or who's involved or
2     where the pills were going, so I can't answer
3     that.
4  BY MS. SWIFT:
5     Q.   Do you think that it's possible that
6  Overholt's pharmacy was filling these prescriptions
7  for large quantities of prescription opioids for a
8  legitimate purpose?
9          MS. SACKS:  Objection.
10         THE WITNESS:  I didn't say that, no.  I
11    didn't --
12 BY MS. SWIFT:
13    Q.   Do you believe that -- sorry, go ahead.
14    A.   I said I didn't have enough information.
15 I didn't -- I don't know any of the background for
16 this, the investigation.  I don't know why they were
17 filling the medicines.  I don't know.
18    Q.   You would need to know more than just the
19 quantity, the volume of the prescriptions, to know
20 whether there was anything wrong with what this
21 pharmacy was doing; is that fair?
22    A.   I mean, I would have to know a lot more
23 than just taking a paragraph out of, you know, an
24 extensive article like this, yes.  I'd need to know
25 more.

Page 64

1  Q. And that paragraph talks about the volume
2  of the prescriptions for opioids that that pharmacy
3  was filling, correct?
4      MS. SACKS: Objection.
5      THE WITNESS: Correct.
6  BY MS. SWIFT:
7  Q. You would need to know more than the
8  volume of prescriptions the pharmacy was filling
9  before you could say whether that pharmacy was doing
10 anything wrong?
11 A. I'd have to know more about the facts of
12 the case, not just the volume of pills that it was
13 filling. There has to be more.
14     I'm sure this was a thorough
15 investigation, so I would have to know more before I
16 can say -- give a definitive answer.
17 Q. Turn back to Page 1 in this article, the
18 very first paragraph --
19 A. Sorry, Page 1?
20 Q. Yes.
21 A. Okay.
22 Q. The very first paragraph talks about
23 problems in Trumbull County from drug abuse and
24 provides examples in the next couple of paragraphs.
25     Are you with me?

Page 65

1       A.    Yes.
2       Q.    The first example is about a dazed
3  Austintown truck driver with unprescribed pills in
4  his body who killed three Marine Corps recruits,
5  correct?
6       A.    Yes, that's what it says.
7       Q.    The next example is about another
8  Austintown man whose combination of unprescribed
9  drugs and alcohol led to a head-on crash in
10 Newton Township that killed a couple on their way
11 home from an anniversary dinner, correct?
12      A.    Correct.
13      Q.    Would you agree with me that the use of
14 pills that aren't prescribed by a doctor contributes
15 to the opioid problem in Trumbull County, as we see
16 in these examples?
17            MS. SACKS:  Objection.
18            THE WITNESS:  Okay.  I'm sorry, I just
19      reread that paragraph.
20            What was your question?
21 BY MS. SWIFT:
22      Q.    Would you agree with me that the use of
23 pills that are not prescribed by a doctor
24 contributes to the harm in Trumbull County?
25            MS. SACKS:  Objection.