# EXHIBIT 6

```
                                                          Page 368
 1         IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4
                ~~~~~~~~~~~~~~~~~~~~
 5
    IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
 6  OPIATE LITIGATION
 7                                   Case No. 17-md-2804
 8                                   Judge Dan Aaron
    This document relates to:        Polster
 9
10  The County of Cuyahoga v. Purdue
    Pharma L.P., et al.
11  Case No. 18-OP-45090
12  City of Cleveland, Ohio v. Purdue
    Pharma L.P., et al
13  Case No. 18-OP-45132
14  The County of Summit, Ohio, et al.
    v. Purdue Pharma L.P., et al.
15  Case No. 17-OP-45004
16              ~~~~~~~~~~~~~~~~~~~~
17                   Volume II
                Continued deposition of
18               LORI BAKER-STELLA
19
                   May 23, 2019
20                  10:40 a.m.
21
                    Taken at:
22                Ulmer & Berne
            1660 W. 2nd Street, Suite 1100
23               Cleveland, Ohio
24
25        Renee L. Pellegrino, RPR, CLR
```

Page 411

1  to do?
2              MR. BENNETT:  Objection.  Vague.
3              You can answer.
4       A.    It's not difficult to do, but we
5  have special investigative tools of how to get
6  that information.
7       Q.    And those tools, without getting
8  into what they are, apparently they take a while
9  to implement and apply and think about and
10 figure out whether they're giving you the
11 conclusion it's medical judgment versus
12 non-medical judgment?
13             MR. BENNETT:  Objection.  Form.
14             You can answer.
15      A.    Yes.
16      Q.    And at some level it requires the
17 input of a medical expert?
18             MR. LEDLIE:  Object to the form.
19             MR. BENNETT:  Objection.  Scope.
20             You can answer.
21      A.    Yes.
22      Q.    Have you worked on investigations at
23 TDS that are outside the state of Ohio?
24             MR. BENNETT:  Objection.  Scope.
25             You can answer that question yes or

Page 412

```
 1  no only.
 2       A.    Yes.
 3       Q.    How frequently does that occur?
 4             MR. BENNETT:  You can answer that.
 5       A.    Recently it's been just within, but,
 6  you know, we have had it happen but not anything
 7  like most recent.
 8       Q.    So like today the cases you're
 9  working on are all within Ohio?
10             MR. BENNETT:  Objection.  Scope.
11             If you can answer that question yes
12  or no only.  And, also, objection, vague.
13       A.    As I say, we have a lot of cases, so
14  I'm trying to -- I'm trying to think.  I think
15  there's a few still outside.
16       Q.    Have you ever concluded that a
17  doctor was overprescribing based solely on
18  looking at how many prescriptions the doctor was
19  writing?
20             MR. BENNETT:  Objection.  Scope.
21             You can answer that question.
22             THE WITNESS:  We might get into
23  technique.
24             MR. BENNETT:  You can answer that
25  question yes or no only.  You are authorized to
```

Page 413

1  answer that question yes or no only if you can.
2       A.   That is a tool that we use.  That's
3  only one -- that's not one thing that I would
4  just focus in and say we're taking him.
5       Q.   And my question is, the number of
6  prescriptions alone isn't sufficient to reach a
7  judgment about whether there's overprescribing
8  or not?
9            MR. LEDLIE:  Object to the form.
10      Q.   Do you agree with that?
11           MR. BENNETT:  Objection.  Scope.
12           You can answer yes or no only.
13      A.   Yes.
14      Q.   Have you ever requested a search
15 warrant for a doctor based solely on the amount
16 of prescriptions that the doctor was writing?
17           MR. BENNETT:  You can answer that
18 question.
19      A.   I don't believe I have.
20                 -  -  -  -  -
21           (Thereupon, Baker-Stella Deposition
22            Exhibit 7, E-Mail String Dated
23            December 9, 2016 Bates Numbered
24            SUMMIT_001233825, was marked for
25            purposes of identification.)

Page 414

1                    - - - - -
2          Q.   Detective Baker-Stella, Exhibit 7 is
3    an e-mail from you to Joseph Black dated
4    December 9th, 2016.  It bears the Bates label
5    SUMMIT_001233825.
6               Have you seen this before?
7          A.   I remember this e-mail.
8          Q.   Who is Joseph Black?  Who's Joe
9    Black?
10         A.   Joe Black is a deputy assigned to
11   our patrol division.
12         Q.   When you say "our patrol division"
13   --
14         A.   Summit County Sheriff's Office
15   patrol division.
16         Q.   And in the first sentence he says
17   he -- of his e-mail to you, he says, "I have a
18   script case that started as an identity theft
19   case sent back to me to handle from DB."
20              Do you know what DB stands for?
21         A.   Yes.  That is our detective bureau.
22         Q.   And do you know whether this case
23   resulted in a conviction?
24         A.   Yes, it did.
25         Q.   And who was the person that was