**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Track Three Trial* | Case No: 1:17-MD-2804 |

**WALMART'S MOTION TO SEAL PORTIONS OF THEIR MOTION *IN LIMINE*
TO PRECLUDE THE USE OF MISLEADING HANDWRITTEN NOTES AND
PREVENT THEM FROM BEING ADMITTED AS EVIDENCE**

Pursuant to MDL CMO-2 (Dkt. 441), Defendant Walmart Inc. respectfully moves this Court for leave to seal two exhibits supporting a motion *in limine* and to also redact portions of the motion that refer to those exhibits, which are being filed concurrently herewith.

Specifically, Walmart seeks leave to seal exhibits concerning Brad Nelson's March 23, 2021 deposition, which contain portions of the deposition that Walmart has designated Confidential or Highly Confidential pursuant to MDL CMO-2, or purported summaries of same. Moreover, because Defendants' motion relies, in part, on Nelson's transcript, Walmart also seeks leave to redact portions of the Defendants' motion that describe or quote portions of Nelson's testimony.

Accordingly, Walmart requests that the Court grant permission for Defendants to file excerpts of Nelson's March 23, 2021 (Exhibit C) and an exhibit generated during that deposition (Exhibit D) entirely under seal and to redact portions of their motion relying on those exhibits.

Motion granted.  /s/Dan Aaron Polster 8/13/21