Motion granted.  /s/Dan Aaron Polster 8/13/21

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.,*<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.,*<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**RITE AID DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL
THEIR MOTION IN LIMINE TO EXCLUDE
<u>EXHIBIT P-20533 AND EXHIBIT A THERTO</u>**

Rite Aid Defendants[1] seek leave of this Court to file under seal unredacted versions of their Motion in Limine to Exclude Exhibit P-20533 ("Motion in Limine") and Exhibit A thereto.

Local Civil Rule 5.2 provides that "[n]o document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

Paragraph 62 of this Court's Case Management Order No. 2: Protective Order, ECF Doc. 441, issued on May 15, 2018, (the "Protective Order") states:

> Only Confidential or Highly Confidential portions of relevant documents are subject to sealing. To the extent that a brief, memorandum, or pleading references any document designated as Confidential or Highly Confidential, then the brief, memorandum or pleading shall refer the Court to the particular exhibit filed under seal without disclosing the contents of any confidential information. If, however, the confidential information must be intertwined within

---

[1] Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center.

DB1/ 123631663.1