# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Track Three Cases* | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>**Judge Dan Aaron Polster** |

### Defendants' Motion for Leave to File Under Seal
### Their Motion *in Limine* to Preclude Evidence or Argument
### About Alleged Misconduct After 2010

Defendants respectfully move this Court for leave to file under seal unredacted versions of their Motion *in Limine* to Preclude Evidence or Argument About Alleged Misconduct After 2010.  Defendants' motion cites and discusses excerpts from two of Plaintiffs' expert reports, which are marked Confidential under the Court's protective order.  Pages from the two expert reports are also marked as Exhibits 1 and 2.

Accordingly, Pharmacy Defendants request that the Court grant permission for Defendants to file unredacted versions of their Motion and Exhibits 1 and 2 under seal.

Dated:  August 12, 2021

Respectfully submitted,

/s/  *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten A. Jernudd
Bartlit Beck LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
brian.swanson@bartlitbeck.com
kate.swift@bartlitbeck.com

Motion granted.  /s/Dan Aaron Polster 8/13/21