IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, | MDL: 2804<br>CASE NO. 1:17-MD-2804<br>Judge Dan Aaron Polster |
| This document relates to: | |
| *Carole Tudhope and John Tudhope v AmerisourceBergen Drug Corporation, et al.* | **NOTICE OF CHANGE OF ADDRESS<br>AND EMAIL ADDRESS** |
| Case No. 1:19-op-45235-DAP | |

TO THE COURT AND ALL ATTORNEYS OF RECORD: Pursuant to Local Rule of this Court, please take notice that effective immediately, Diane Waters, counsel for Gregory Buhler, D.O., has moved to WALLACE SAUNDERS located at 10111 W. 87th Street, Overland Park, Kansas 66212. Her new email address is dwaters@wallacesaunders.com.

    Respectfully submitted,

/s/*Diane L. Waters*
Diane Waters, MO 46255
Wallace Saunders
10111 West 87th Street
Overland Park, KS 66212
Telephone:   (913) 888-1000
Facsimile:   (913) 888-1065
*ATTORNEYS FOR GREGORY BUHLER, D.O.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record. Date: August  17 , 2021

>*/s/Diane L. Waters*
>Diane L. Waters, MO 46255
>Wallace Saunders
>10111 West 87th Street
>Overland Park, KS 66212
>Telephone:	(913) 888-1000
>Facsimile:	(913) 888-1065
>ATTORNEYS FOR GREGORY BUHLER, D.O.