# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804<br>Case No. 17-md-2804<br>**Judge Dan Aaron Polster** |
| **This document relates to:** | |
| *Track Three Cases* | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OFFERED BY CALEB ALEXANDER

Upon consideration of Defendants' *Daubert* Motion to Exclude the Opinions Offered by Caleb Alexander and any opposition thereto, it is hereby:

**ORDERED** that Defendants' *Daubert* Motion to Exclude the Opinions Offered by Caleb Alexander is **GRANTED**.

_____
Hon. Dan A. Polster
United States District Judge