UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>**Judge Dan Aaron Polster** |

**DECLARATION IN SUPPORT OF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OFFERED BY CALEB ALEXANDER**

Pursuant to 28 U.S.C. § 1746, I, Brian C. Hill, hereby declare as follows:

1. I am a partner at the office of Marcus & Shapira LLP, counsel for Giant Eagle, Inc. ("Giant Eagle") in the above-captioned action.

2. I submit this Declaration on behalf of Defendants in support of Defendants' *Daubert* Motion to Exclude the Opinions Offered by Caleb Alexander and for the purpose of transmitting to the Court true and correct copies of the documents attached hereto.

3. The table below reflects the documents attached to Defendants' Memorandum in Support of Their *Daubert* Motion to Exclude the Opinions Offered by Caleb Alexander, and each listed document is a true and correct copy thereof.

| Exhibit | Description |
|---|---|
| 1 | Caleb Alexander Report Excerpt, April 16, 2021 |
| 2 | Caleb Alexander Deposition Excerpts, May 27, 2021 |

I have read the above declaration and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 23, 2021

Respectfully submitted,

*/s/ Brian C. Hill*
Brian C. Hill