# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to**:<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DANIEL C. MALONE

Upon consideration of Defendants' Motion to Exclude the Opinions and Testimony of Daniel C. Malone and any opposition thereto, it is hereby **ORDERED** that Defendants' Motion to Exclude the Opinions and Testimony of Daniel C. Malone is **GRANTED.**

All opinions and testimony of Daniel C. Malone are **EXCLUDED IN THEIR ENTIRETY.**

_____
The Honorable Dan A. Polster
United States District Judge