# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Track Three Cases* | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

## DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DR. KATHERINE KEYES

Pursuant to Rules 402, 403, and 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), Defendants[1] move to exclude certain opinions and testimony of Dr. Katherine Keyes: (1) her marketing opinions and testimony as to Defendants; (2) her opinions and testimony that prescription opioids are "responsible" for harms from illicit synthetic opioids; and (3) her misleading, confusing, and unfairly prejudicial testimony regarding causation (e.g., overdoses from illicit synthetic opioids are "attributable" to prescription opioids). For the reasons stated in the accompanying Memorandum in Support, this Court should exclude these opinions and related testimony. In addition to the Memorandum in Support, Defendants submit a Proposed Order, and a Declaration with accompanying exhibits with this Motion.

---

[1] CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS Pharmacy, Inc., CVS TN Distribution, L.L.C., Ohio CVS Stores, L.L.C., Giant Eagle, HBC Service Company, Walmart Inc., Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Right Aid Mid-Atlantic Customer Support Center, Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center, Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.

Dated: July 23, 2021 	 Respectfully submitted,

	*/s/ Eric R. Delinsky*
	Eric R. Delinsky
	Alexandra W. Miller
	ZUCKERMAN SPAEDER LLP
	1800 M Street, NW
	Suite 1000
	Washington, DC 20036
	Phone: (202) 778-1800
	E-mail: smiller@zuckerman.com
	E-mail: edelinsky@zuckerman.com

	*Attorneys for CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS Pharmacy, Inc., CVS TN Distribution, L.L.C., and Ohio CVS Stores, L.L.C.*

	/s/ *Robert M. Barnes* (consent)
	Robert M. Barnes
	Scott D. Livingston
	Joshua A. Kobrin
	MARCUS & SHAPIRA LLP
	35th Floor, One Oxford Centre 301 Grant Street
	Pittsburgh, PA 15219
	Phone: (412) 471-3490
	Email: rbarnes@marcus-shapira.com
	Email: livingston@marcus-shapira.com
	Email: kobrin@marcus-shapira.com

	*Attorneys for Giant Eagle and HBC Service Company*

/s/   *Kelly A. Moore* (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
E-mail: kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Email: elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*

s/   *John M. Majoras* (consent)
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Email: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

3

/s/  *Kaspar J. Stoffelmayr* (consent)
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten A. Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: brian.swanson@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com
E-mail: sharon.desh@bartlitbeck.com
E-mail: sten.jernudd@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado  80202
Phone: (303) 592-3100
E-mail: alex.harris@bartlitbeck.com

*Attorneys for Walgreens Boots Alliance, Inc., Walgreen Co. and Walgreen Eastern Co., Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via email to all counsel of record on July 23, 2021.

>/s/   Eric R. Delinsky
>Eric R. Delinsky