UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to**:<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**DECLARATION OF STEVEN N. HERMAN IN SUPPORT OF THE PHARMACY
DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS
AND TESTIMONY OF DR. KATHERINE KEYES**

# EXHIBIT 4

*Confidential – Subject to Protective Order*

# EXPERT REPORT OF KATHERINE KEYES, PHD

**December 19, 2019**

***In Re Opioid Litigation*, 400000/2017**

Relating to Case Nos. County of Suffolk, 400001/2017; County of Nassau, 400008/2017; and New York State, 400016/2018

*Confidential – Subject to Protective Order*

(ARCOS), which tracks prescription distribution and sales, indicate that prescription opioids were dispensed at a range of 96 mg per person in 1997, and increased to 700 mg per person by 2007 (greater than 600% increase).[12,13] In 1995, the year OxyContin entered the market, the number of opioid prescriptions filled in the United States increased by 8 million, and continued to increase over the next two decades before peaking in the fourth quarter of 2010 at 62 million prescriptions dispensed.[14,15] From 1997 to 2002, prescriptions for OxyContin for non-cancer pain increased from approximately 670,000 in 1997 to about 6.2 million in 2002.[16] The increase in opioid prescribing was driven by a multitude of factors, including direct marketing to physicians using data that underestimated opioid use disorder risks in patients, which I will detail in Section B. Evidence shows that pharmaceutical marketing of prescription drugs increases prescribers' likelihood of prescribing the marketed drug in the future.[17,18] That is also true for prescription opioids; as a result, increasing marketing of opioid drugs led to increased sales of the marketed drugs.[19–21]

As discussed in detail below, based on the available evidence, including multiple studies, the rapid increase in total opioid prescribing levels after the introduction of OxyContin in 1996 correlates with marketing of opioids to physicians which downplayed the risks of harms associated with prescribing, including opioid use disorder and overdose.

Evidence published in 2019 indicates that the number of opioid prescriptions filled has declined in recent years,[22] and yet the number of opioid prescriptions filled remains high—and significantly higher than it was in the mid-1990s. Data from outpatient prescribing records from IQVIA Xponent database, covering 59,400 pharmacies (representing 92% of retail prescriptions dispensed in the United States) reflects trends from 2006 through 2017 in milligrams of prescribed opioids, duration per prescription, high dosage prescription fills (defined as a dosage equal to or greater than 90 MMEs per day), prescriptions filled for 3 days or fewer and 30 days or longer, and extended-released/long-acting formulation prescriptions. While there are overall declines in opioid prescribing, and high dose prescribing, the volume of opioids prescribed remains high and prescription length continues to increase. Opioid prescriptions per person in the total United States increased annually at an average rate of 6.9% per year until 2010, and decreased at an average rate of 3.8% per year from 2010 through 2015. In 2017, there remained a high level of opioid prescribing in the United States, with 191,218,266 prescriptions dispensed, leading authors to conclude that still in 2017 "pharmacies filled enough opioid prescriptions to theoretically provide every US resident with 5 mg of hydrocodone bitartrate every 4 hours around the clock for 3 weeks."[22] Hydrocodone bitartrate has several formulations, including hydrocodone bitartrate with acetaminophen commonly known as Vicodin. Focusing on New York in particular, evidence indicates that from 2006 through 2010, the increase in MME per person was higher than the national average, with an annual percentage increase of 8.7% (nationally the average annual increase was 6.9%); from 2010-2015, MME per person in New York State decreased 2.7% (nationally, the average annual decrease was 3.8%, indicating a slower decrease in New York State compared to the United States average), and from 2016-2017, the average annual decrease was 11.2% (closer to the national average annual decrease of 10.7%).[22] These dynamics over time are also apparent within Nassau and Suffolk Counties. Based on IQVIA data published by county by the CDC,[23] the opioid prescribing rate in Nassau County increased from 46.0 to 51.1 prescriptions per 100 persons from 2006 to 2011; thereafter, prescribing decreased similarly to the rest of New York State, with the rate per 100 persons of 36.0 in the most recent year of data available, 2017. In Suffolk County, prescribing increased from 61.0 per 100 persons to 70.2 prescriptions per 100 persons in 2011. Thereafter prescribing declined similarly to the national and New York State overall, to 45.4 per 100 persons in 2017.

### B. Risks of opioid use disorder following medical use of prescription opioids follow a "dose-response" pattern

Early studies cited in marketing materials to physicians underestimated the addiction potential of prescription opioids, and included claims that risks of opioid use disorders are rare among those prescribed opioids. Much of the material provided to physicians on the risks of opioid use disorders after medical prescription of opioids, however, was based on studies that were inadequate epidemiologically, such as Porter and Jick (1980),[24] which did not examine risk of use disorder or dependence based on dose or length of use of opioids, and did not use validated or objective assessments of opioid use disorder. Further, the doses,

*Confidential – Subject to Protective Order*

1.32 to 1.53 per 1,000 births,[101,102] Nassau County information is consistent with the instrumental variable analysis that suggests a causal role for opioid supply on opioid related harm.

The supply of opioids was also facilitated by pharmaceutical promotional activity to physicians. While I did not evaluate the specific marketing materials of the manufacturers, I did evaluate peer-reviewed epidemiological studies that document the association between marketing with sales, which is germane to my expertise. Epidemiological evidence using statistical methods is routinely used to assess the association between exposure to pharmaceutical marketing and sales efforts with changes in prescribing, and has reliably found across many studies in many populations that exposure to pharmaceutical marketing and sales is significantly associated with increases in prescribing of the marketed drugs. Indeed, available epidemiological evidence using rigorous quasi-experimental designs, such as difference-in-difference models, as well as controlling for numerous potential confounders, has consistently documented an association between the industry payments, meals, sales outreach to physicians, as well a pharmaceutical promotions, with increases in requests to add specific products to hospital formularies[103] as well as increases in rates of prescribing the marketed produce .[104–107] These broader literatures provide a consistent evidence base when examining the associations between opioid marketing and opioid sales. Empirical evidence has demonstrated that industry payments to physicians as part of the marketing of prescription opioids were associated with increased opioid prescriptions,[108] and that 1 in 12 physicians in the US, and 1 in 5 family physicians, received opioid-related marketing.[18,108–110] Hadland et al. (2019)[111] used data form the Centers for Medicare & Medicaid Service Open Payments database to assess the monetary value in payments to physicians for opioid products in all US counties over time, as well as data on dispensing of opioids in available counties in the US, and examined the spatial and temporal correlations with prescription opioid deaths as designed in the vital statistics records. The authors used a rigorous statistical model that included controls for a range of county-level factors such as economic environment (e.g., unemployment, income, income inequality), as well as demographics. Results demonstrated that even with statistical controls in place, each one standard deviation increase in payments to physicians was associated with statistically significant increases in prescription opioid overdose, including when marketing was assessed by marketing value in dollars per capita (each standard deviation increase associated with 1.09 times the rate of death), number of payments to physicians per capita (each standard deviation increase associated with 1.18 times the rate of death), and number of physicians receiving marketing per capita (each standard deviation increase associated with 1.12 times the rate of death). Further, these authors conducted mediation analysis to quantitatively demonstrate that the association between marketing to physicians and prescription opioid overdose was mediated by (that is, explained by) the increase in opioid prescribing and increased distribution. However, it is important to note that payments to physicians are only one type of promotional activity, and accounted for only a proportion of the overall promotion strategy for opioid pharmaceuticals. These results confirm through independent epidemiological analysis that outreach and payments to physicians through the pharmaceutical companies was an important way in which the distribution of opioids across the United States was facilitated.

Finally, a working paper authored by Powell et al. (2015)[112] examined the introduction of the Medicare Prescription Drug Benefit (Part D) program in 2006 as a potential driver of the opioid supply among those aged 65+. This paper is particularly relevant given the quasi-experimental design of using an exposure with exogenous variation, and a new law passed heterogeneously across states, to assess changes in the opioid supply. "Exogenous variation" is a term that is commonly used in epidemiological and economics literature to mean that there is no possibility that confounding factors such as increased prevalence of pain, or increased risk factors for addiction, could explain changes in the exposure. Thus, changes in the Medicare system cannot be caused by users of that system, and as for that reason, associations between changes in the Medicare system and changes in opioid supply are more likely to be causal. Using data from 1999 through 2016, the authors documented that the Medicare expansion affected the opioid supply, with states that had a relatively larger proportion of individuals gaining access to prescription drug coverage exhibiting an increase in opioid supply based on ARCOS data. Further, the authors examined correlations with drug overdose deaths (specifically those with codes that indicate prescription opioid poisoning), as well as substance abuse

*Confidential – Subject to Protective Order*

**References**

1.  Negussie Y, Geller. Getting to Zero Alcohol-Impaired Driving Fatalities: A Comprehensive Approach to a Persistent Problem. Negussie Y, Geller A, Teutsch SM, eds. January 2018. doi:10.17226/24951
2.  Centers for Disease Control and Prevention. Multiple Cause of Death 1999-2017. Vital Statistics Cooperative Program. *Natl Cent Heal Stat.* 2018.
3.  Centers for Disease Control and Prevention. Opioid overdose - commonly used terms. 2019. https://www.cdc.gov/drugoverdose/opioids/terms.html.
4.  Hughes A, Williams M, Lipari RN, Bose J, Copello EAP, Kroutil LA. Prescription Drug Use and Misuse in the United States: Results from the 2015 National Survey on Drug Use and Health. *NSDUH Data Rev.* 2016. https://www.samhsa.gov/data/report/prescription-drug-use-and-misuse-united-states-results-2015-national-survey-drug-use-and.
5.  Slavova S, O'Brien DB, Creppage K, et al. Drug Overdose Deaths: Let's Get Specific. *Public Health Rep.* 2015;130(4):339-342. doi:10.1177/003335491513000411
6.  Keyes KM, Galea S. *Epidemiology Matters: A New Introduction to Methodological Foundations.* Oxford University Press; 2014.
7.  Callaham ML, Baxt WG, Waeckerle JF, Wears RL. Reliability of editors' subjective quality ratings of peer reviews of manuscripts. *JAMA.* 1998;280(3):229-231.
8.  DeVito NJ, Goldacre B. Catalogue of bias: publication bias. *BMJ Evidence-Based Med.* December 2018. doi:10.1136/bmjebm-2018-111107
9.  Goldacre B, Drysdale H, Marston C, et al. COMPare: Qualitative analysis of researchers' responses to critical correspondence on a cohort of 58 misreported trials. *Trials.* 2019;20(1):124. doi:10.1186/s13063-019-3172-3
10. Fontanarosa P, Bauchner H. Conflict of Interest and Medical Journals. *JAMA.* 2017;317(17):1768-1771. doi:10.1001/jama.2017.4563
11. Ahn R, Woodbridge A, Abraham A, et al. Financial ties of principal investigators and randomized controlled trial outcomes: cross sectional study. *BMJ.* 2017;356:i6770. doi:10.1136/bmj.i6770
12. Paulozzi LJ, Baldwin GT, Franklin GM, et al. CDC Grand Rounds: Prescription Drug Overdoses—a U.S. Epidemic. *Morb Mortal Wkly Rep.* 2012;61(01):10-13.
13. US Department of Justice; Drug Enforcement Administration. Automation of Reports and Consolidated Orders System (ARCOS). https://www.deadiversion.usdoj.gov/arcos/index.html.
14. Dart RC, Surratt HL, Cicero TJ, et al. Trends in Opioid Analgesic Abuse and Mortality in the United States. *N Engl J Med.* 2015;372(3):241-248. doi:10.1056/NEJMsa1406143
15. Volkow ND. *America's Addiction to Opioids: Heroin and Prescription Drug Abuse.*; 2014.
16. Van Zee A. The Promotion and Marketing of OxyContin: Commercial Triumph, Public Health Tragedy. *Am J Public Health.* 2009;99(2):221-227. doi:10.2105/AJPH.2007.131714
17. Fickweiler F, Fickweiler W, Urbach E. Interactions between physicians and the pharmaceutical industry generally and sales representatives specifically and their association with physicians' attitudes and prescribing habits: a systematic review. *BMJ Open.* 2017;7(9):e016408. doi:10.1136/bmjopen-2017-016408
18. DeJong C, Aguilar T, Tseng C-W, Lin GA, Boscardin WJ, Dudley RA. Pharmaceutical Industry–Sponsored Meals and Physician Prescribing Patterns for Medicare Beneficiaries. *JAMA Intern Med.* 2016;176(8):1114-1122. doi:10.1001/jamainternmed.2016.2765
19. Hadland SE, Cerda M, Li Y, Krieger MS, Marshall BDL. Association of pharmaceutical industry marketing of opioid products to physicians with subsequent opioid prescribing. *JAMA Intern Med.* 2018;178(6):861-863. doi:10.1001/jamainternmed.2018.1999
20. Hadland SE, Krieger MS, Marshall BDL. Industry payments to physicians for opioid products, 2013–2015. *Am J Public Health.* 2017;107(9):1493-1495. doi:10.2105/AJPH.2017.303982
21. Hadland SE, Rivera-Aguirre A, Marshall BDL, Cerdá M. Association of pharmaceutical industry marketing of opioid products with mortality from opioid-related overdoses. *JAMA Netw Open.* 2019;2(1):e186007-e186007. doi:10.1001/jamanetworkopen.2018.6007
22. Schieber LZ, Guy GPJ, Seth P, et al. Trends and patterns of geographic variation in opioid prescribing

*Confidential – Subject to Protective Order*

83. *Treatment Episode Data Set (TEDS): 2005-2015. National Admissions to Substance Abuse Treatment Services*. Rockville, MD: Substance Abuse and Mental Health Services Administration; 2017.
84. Han B, Compton WM, Jones CM, Cai R. Nonmedical Prescription Opioid Use and Use Disorders Among Adults Aged 18 Through 64 Years in the United States, 2003-2013. *JAMA*. 2015;314(14):1468-1478. doi:10.1001/jama.2015.11859
85. Keyes KM, Rutherford C, Popham F, Martins SS, Gray L. How Healthy Are Survey Respondents Compared with the General Population?: Using Survey-linked Death Records to Compare Mortality Outcomes. *Epidemiology*. 2018;29(2):299-307. doi:10.1097/EDE.0000000000000775
86. Albizu-Garcia CE, Caraballo JN, Caraballo-Correa G, Hernandez-Viver A, Roman-Badenas L. Assessing need for medication-assisted treatment for opiate-dependent prison inmates. *Subst Abus*. 2012;33(1):60-69. doi:10.1080/08897077.2011.620462
87. Chandler RK, Fletcher BW, Volkow ND. Treating drug abuse and addiction in the criminal justice system: improving public health and safety. *JAMA*. 2009;301(2):183-190. doi:10.1001/jama.2008.976
88. Baggett TP. Overdose Fatality and Surveillance as a Method for Understanding Mortality Trends in Homeless Populations—Reply. *JAMA Intern Med*. 2013. doi:10.1001/jamainternmed.2013.7766
89. *Number and Age-Adjusted Rates of Drug-Poisoning Deaths Involving Opioid Analgesics and Heroin: United States, 1999–2014.*; 2015. https://www.cdc.gov/nchs/data/health_policy/AADR_drug_poisoning_involving_OA_Heroin_US_2000-2014.pdf.
90. Scholl L, Seth P, Kariisa M, Wilson N, Baldwin G. Drug and Opioid-Involved Overdose Deaths— United States, 2013–2017. *Morb Mortal Wkly Rep*. 2019;67(5152):1419-1427.
91. Hedegaard H, Miniño AM, Warner M. Drug Overdose Deaths in the United States, 1999-2017: data tables for figures. NCHS Data Brief. https://www.cdc.gov/nchs/data/databriefs/db329_tables-508.pdf#page=4. Published 2018.
92. Hedegaard H, Miniño AM, Warner M. *Drug Overdose Deaths in the United States, 1999-2017.*; 2018.
93. Fischer B, Nakamura N, Urbanoski K, Rush B, Rehm J. Correlations between population levels of prescription opioid use and prescription-opioid-related substance use treatment admissions in the USA and Canada since 2001. *Public Health*. 2012;126(9):749-751. doi:10.1016/j.puhe.2012.04.010
94. Paulozzi LJ, Ryan GW. Opioid Analgesics and Rates of Fatal Drug Poisoning in the United States. *Am J Prev Med*. 2006;31(6):506-511. doi:10.1016/j.amepre.2006.08.017
95. Paulozzi LJ, Mack KA, Jones CM. Vital Signs: Risk for Overdose from Methadone Used for Pain Relief—United States, 1999-2010. *Morb Mortal Wkly Report2*. 2012;61.
96. Wisniewski AM, Purdy CH, Blondell RD. The epidemiologic association between opioid prescribing, non-medical use, and emergency department visits. *J Addict Dis*. 2008;27(1):1-11. doi:10.1300/J069v27n01_01
97. Ghertner R. U.S. county prevalence of retail prescription opioid sales and opioid-related hospitalizations from 2011 to 2014. *Drug Alcohol Depend*. 2019;194:330-335. doi:https://doi.org/10.1016/j.drugalcdep.2018.10.031
98. Brandenburg MA. Prescription opioids are associated with population mortality in US deep south middle-age non-hispanic whites: an ecological time series study. *Front Public Heal*. 2019;7:252. https://www.frontiersin.org/article/10.3389/fpubh.2019.00252.
99. The Washington Post. Drilling into the DEA's pain pill database. *The Washington Post*. https://www.washingtonpost.com/graphics/2019/investigations/dea-pain-pill-database/. Published 2019.
100. Ko JY, Patrick SW, Tong VT, Patel R, Lind JN, Barfield WD. Incidence of neonatal abstinence syndrome—28 States, 1999–2013. *MMWR Morb Mortal Wkly Rep*. 2016;65(31):799-802.
101. RAND Corporation. Simulation of county neonatal abstinence syndrome (NAS) rates tool. 2019. https://www.rand.org/pubs/tools/TL327/tool.html#rates-by-year-.
102. New York State Department of Health. New York State opioid data dashboard - county level. 2019. https://www.health.ny.gov/statistics/opioid/.
103. Chren MM, Landefeld CS. Physicians' behavior and their interactions with drug companies. A controlled study of physicians who requested additions to a hospital drug formulary. *JAMA*.

48

*Confidential – Subject to Protective Order*

1994;271(9):684-689.
104. Spurling GK, Mansfield PR, Montgomery BD, et al. Information from pharmaceutical companies and the quality, quantity, and cost of physicians' prescribing: a systematic review. *PLoS Med.* 2010;7(10):e1000352. https://doi.org/10.1371/journal.pmed.1000352.
105. Carey CM, Lieber EMJ, Miller S. Drug firms' payments and physicians' prescribing behavior in Medicare Part D. 2017:1-55.
106. Larkin I, Ang D, Steinhart J, et al. Association between academic medical center pharmaceutical detailing policies and physician prescribing. *JAMA.* 2017;317(17):1785-1795. doi:10.1001/jama.2017.4039
107. DeJong C, Aguilar T, Tseng C-W, Lin GA, Boscardin WJ, Dudley RA. Pharmaceutical industry–sponsored meals and physician prescribing patterns for Medicare beneficiaries. *JAMA Intern Med.* 2016;176(8):1114-1122. doi:10.1001/jamainternmed.2016.2765
108. Hadland SE, Cerda M, Li Y, Krieger MS, Marshall BDL. Association of Pharmaceutical Industry Marketing of Opioid Products to Physicians With Subsequent Opioid Prescribing. *JAMA Intern Med.* 2018;178(6):861-863. doi:10.1001/jamainternmed.2018.1999
109. Yeh JS, Franklin JM, Avorn J, Landon J, Kesselheim AS. Association of Industry Payments to Physicians With the Prescribing of Brand-name Statins in Massachusetts. *JAMA Intern Med.* 2016;176(6):763-768. doi:10.1001/jamainternmed.2016.1709
110. Hadland SE, Krieger MS, Marshall BDL. Industry Payments to Physicians for Opioid Products, 2013–2015. *Am J Public Health.* 2017;107(9):1493-1495. doi:10.2105/AJPH.2017.303982
111. Hadland SE, Rivera-Aguirre A, Marshall BDL, Cerda M. Association of Pharmaceutical Industry Marketing of Opioid Products With Mortality From Opioid-Related Overdoses. *JAMA Netw Open.* 2019;2(1):e186007. doi:10.1001/jamanetworkopen.2018.6007
112. Powell D, Pacula RL, Taylor E. How Increasing Medical Access to Opioids Contributes to the Opioid Epidemic: Evidence from Medicare Part D. *NBER Work Pap Ser.* 2015;No. 21072. doi:10.3386/w21072
113. New York State Department of Health. New York State - County opioid quarterly report. 2019. https://health.ny.gov/statistics/opioid/data/pdf/nys_oct19.pdf.
114. Colon-Berezin C, Nolan M, Blachman-Forshay J, Paone D. Overdose deaths involving fentanyl analogs — New York City, 2000-2017. *MMWR Morb Mortal Wkly Rep.* 2019;68(2):37-40.
115. Wexelblatt SL, McAllister JM, Nathan AT, Hall ES. Opioid Neonatal Abstinence Syndrome: An Overview. *Clin Pharmacol Ther.* 2018;103(6):979-981. doi:10.1002/cpt.958
116. Hall ES, McAllister JM, Wexelblatt SL. Developmental Disorders and Medical Complications Among Infants with Subclinical Intrauterine Opioid Exposures. *Popul Health Manag.* 2019;22(1):19-24. doi:10.1089/pop.2018.0016
117. Patrick SW, Schumacher RE, Benneyworth BD, Krans EE, McAllister JM, Davis MM. Neonatal Abstinence Syndrome and Associated Health Care Expenditures: United States, 2000-2009Trends in Neonatal Abstinence Syndrome. *JAMA.* 2012;307(18):1934-1940. doi:10.1001/jama.2012.3951
118. Villapiano NLG, Winkelman TNA, Kozhimannil KB, Davis MM, Patrick SW. Rural and Urban Differences in Neonatal Abstinence Syndrome and Maternal Opioid Use, 2004 to 2013. *JAMA Pediatr.* 2017;171(2):194-196. doi:10.1001/jamapediatrics.2016.3750
119. Ko JY, Patrick SW, Tong VT, Patel R, Lind JN, Barfield WD. Incidence of Neonatal Abstinence Syndrome—28 States, 1999–2013. *Morb Mortal Wkly Rep.* 2016;65(31):799-802.
120. American College of Obstetricians and Gynecologists. Opioid use and opioid use disorder in pregnancy. Committee opinion No. 711. *Obstet Gynecol.* 2017;130:e81-e94.
121. Maguire DJ, Taylor S, Armstrong K, et al. Long-term outcomes of infants with neonatal abstinence syndrome. *Neonatal Netw.* 2016;35(5):277-286. doi:10.1891/0730-0832.35.5.277
122. Harder HJ, Murphy AZ. Early life opioid exposure and potential long-term effects. *Neurobiol Stress.* 2019;10:100156. doi:10.1016/j.ynstr.2019.100156
123. New York State Department of Health. New York State community health indicator reports (CHIRS). 2019.
124. Substance Abuse and Mental Health Services Administration. Comparison of 2015-2016 and 2016-