UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to**:<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**DECLARATION OF STEVEN N. HERMAN IN SUPPORT OF THE PHARMACY DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DR. KATHERINE KEYES**

EXHIBIT 7

Highly Confidential - Subject to Further Confidentiality Review

```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
                                  - - -

        IN RE:  NATIONAL              :   HON. DAN A.
        PRESCRIPTION OPIATE           :   POLSTER
        LITIGATION                    :
                                      :
        APPLIES TO ALL CASES          :   NO.
                                      :   1:17-MD-2804
                                      :

                        - HIGHLY CONFIDENTIAL -

            SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

                                  - - -

                             April 29, 2019
                                  - - -


                        Videotaped deposition of
        KATHERINE KEYES, Ph.D., taken pursuant to
        notice, was held at the law offices of
        Lieff Cabraser, LLP, 250 Hudson Street,
        New York, New York beginning at 9:08
        a.m., on the above date, before Michelle
        L. Gray, a Registered Professional
        Reporter, Certified Shorthand Reporter,
        Certified Realtime Reporter, and Notary
        Public.

                                  - - -

                     GOLKOW LITIGATION SERVICES
                 877.370.3377 ph | 917.591.5672 fax
                            deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1  Q. Fair to say you didn't
2  consider any studies outside of the ones
3  cited in your report, correct?
4  A. I believe you've been
5  provided with all the material that I
6  evaluated to make my opinions.
7  Q. Okay. In considering -- or
8  in writing your report, did you consider
9  whether -- what physicians learn in
10 medical school impacts their prescribing
11 decision with respect to opioids?
12 A. Where physicians were in
13 medical school or what --
14 Q. Did you consider whether
15 what physicians learned in medical school
16 impacted their decisions to write
17 opioids?
18 A. So I do epidemiological
19 literature review and data analysis. It
20 is at a population level. And the
21 population level data indicates that
22 often what physicians were told, they
23 were misinformed about the risks and
24 benefits of opioids.

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.    And were they -- who were
 2   they told by?
 3          A.    The available literature
 4   that I have cited in this report points
 5   to materials that were received by the
 6   manufacturers.
 7          Q.    Okay.  And so in forming
 8   your opinion, you didn't consider what
 9   physicians learned in medical school, did
10   you?
11          A.    People that teach in medical
12   school are also physicians.  So they
13   are -- they are not developing their --
14   what they teach de novo.
15          Q.    And in forming your opinion,
16   you didn't consider whether formularies
17   or third-party payor guidelines could
18   affect physicians' prescribing decisions,
19   did you?
20                MS. RELKIN:  Objection to
21          form.
22                THE WITNESS:  Can you give
23          me an example of formularies and
24          third-party payor guidelines?
```