UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to**:<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**DECLARATION OF STEVEN N. HERMAN IN SUPPORT OF THE PHARMACY DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DR. KATHERINE KEYES**

# EXHIBIT 23

**OpenPaymentsData.CMS.gov**

🔍 Search Open Payments

Home    Search Tool    Summary Data    Data Explorer    Download Data    About        Sign In

# About Open Payments Data

Open Payments is a national transparency program that collects and publishes information about financial relationships between the health care industry (i.e. drug and device companies) and providers (i.e. physicians and teaching hospitals). These relationships may involve payments to providers for things such as research, meals, travel, gifts, or speaking fees. One of the ways that the Centers for Medicare & Medicaid Services (CMS) provides data to the public is through this search tool, which allows the public to search for physicians and teaching hospitals receiving payments, as well as companies that have made payments.

The purpose of the program is to provide the public with a more transparent healthcare system. All information available on the Open Payments database is open to personal interpretation and if there are questions about the data, healthcare consumers should speak directly to the healthcare provider for a better understanding. More information about the program can be found on the CMS Open Payments website.

There you can get an overview of the data that is collected and displayed and learn more about what is included in the data. For other Open Payments related questions, contact the Open Payments team at openpayments@cms.hhs.gov.

## Frequently Asked Questions

Q:  What can I do to get better search results?
A:  Try refining your search by:
- Trying alternative spellings (e.g., Jon vs. John, Marc vs. Mark),
- Adding or removing search criteria,
- Checking for spelling errors, and/or
- Eliminating leading or trailing spaces on search strings.

Q:  How can I download the data?
A:  To download the datasets, go to the Dataset Downloads page on cms.gov/openpayments.

Q:  Who should use the "Explore the Data" function?

A: This function is meant for advanced users who would like to understand the underlying datasets that power this site. This feature has advanced data filtering, sorting, and export capabilities, allowing users to export subsets of data for more in-depth analysis.

Q: Why do I sometimes experience a delay when waiting for search results?

A: The engine is searching through large datasets with millions of rows. Depending on the criteria, some results may take a few moments to load. We appreciate your patience.

**OpenPaymentsData.CMS.gov** A federal government website managed by the Centers for Medicare & Medicaid Services, 7500 Security Boulevard, Baltimore, MD 21244

SIGN UP FOR EMAIL UPDATES    Data.CMS.gov    OpenPaymentsData.CMS.gov

Data.Medicare.gov    Data.Medicaid.gov    Data.HealthCare.gov    FOIA    No Fear Act

Privacy Policy    Privacy settings    CMS contact info    Help with file formats & plug-ins