UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to**:<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**DECLARATION OF STEVEN N. HERMAN IN SUPPORT OF THE PHARMACY
DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS
<u>AND TESTIMONY OF DR. KATHERINE KEYES</u>**

EXHIBIT 33

| Year | County | Population | Rx opioids including synthetic: T40.2, T40.3, T40.4 Deaths | Crude Rate | Rx opioids not including synthetic: T40.2, T40.3 Deaths | Crude Rate | T40.2-T40.4 minus T40.2 and T40.3 (Deaths that had only T40.4 as a contributing Rx opioid) | % of T40.2-T40.4 deaths that only have T40.4 as a contributing Rx opioid | Estimated number of Rx opioid overdose deaths | All opioids: T40.1, T40.2, T40.3, T40.4* All deaths due to opioids | Deaths due directly to Rx opioids | Deaths due to non-Rx opioids | Deaths due to non-Rx opioids attributable to Rx opioids | Estimated crude rate of Rx opioid overdose death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | National | 279040168 | 4030 | 1.444 | 3442 | 1.234 | 588 | 0.145905707 | 4030 | | | | | 1.444 |
| 2000 | National | 281421906 | 4400 | 1.563 | 3785 | 1.345 | 615 | 0.139772727 | 4400 | | | | | 1.563 |
| 2001 | National | 284968955 | 5528 | 1.94 | 4770 | 1.674 | 758 | 0.137120116 | 5528 | | | | | 1.94 |
| 2002 | National | 287625193 | 7456 | 2.592 | 6483 | 2.254 | 973 | 0.130498927 | 7456 | | | | | 2.592 |
| 2003 | National | 290107933 | 8517 | 2.936 | 7461 | 2.572 | 1056 | 0.123987319 | 8517 | | | | | 2.936 |
| 2004 | National | 292805298 | 9857 | 3.366 | 8577 | 2.929 | 1280 | 0.129856954 | 9857 | | | | | 3.366 |
| 2005 | National | 295516599 | 10928 | 3.698 | 9612 | 3.253 | 1316 | 0.120424597 | 10928 | | | | | 3.698 |
| 2006 | National | 298379912 | 13723 | 4.599 | 11589 | 3.884 | 2134 | 0.155505356 | 13723 | | | | | 4.599 |
| 2007 | National | 301231207 | 14408 | 4.783 | 12796 | 4.248 | 1612 | 0.111882288 | 14408 | | | | | 4.783 |
| 2008 | National | 304093966 | 14800 | 4.867 | 13149 | 4.324 | 1651 | 0.111554054 | 14800 | | | | | 4.867 |
| 2009 | National | 306771529 | 15597 | 5.084 | 13523 | 4.408 | 2074 | 0.13297429 | 15597 | | | | | 5.084 |
| 2010 | National | 308745538 | 16651 | 5.393 | 14583 | 4.723 | 2068 | 0.124196745 | 16651 | | | | | 5.393 |
| 2011 | National | 311591917 | 16917 | 5.429 | 15140 | 4.859 | 1777 | 0.105042265 | 16917 | | | | | 5.429 |
| 2012 | National | 313914040 | 16007 | 5.099 | 14240 | 4.536 | 1767 | 0.110389205 | 16007 | | | | | 5.099 |
| 2013 | National | 316128839 | 16235 | 5.136 | 14145 | 4.474 | 2090 | | 15550 | | | | | 4.919 |
| 2014 | National | 318857056 | 18893 | 5.925 | 14838 | 4.653 | 4055 | | 16243 | | | | | 5.094 |
| 2015 | National | 321418820 | 22598 | 7.031 | 15281 | 4.754 | 7317 | | 16686 | | | | | 5.191 |
| 2016 | National | 323127513 | 32445 | 10.041 | 17087 | 5.288 | 15358 | | 18492 | | | | | 5.723 |
| 2017 | National | 325719178 | 40051 | 12.296 | 17029 | 5.228 | 23022 | | 18434 | | | | | 5.659 |
| 2018 | National | 327167434 | 40893 | 12.499 | 14975 | 4.577 | 25918 | | 16380 | | | | | 5.007 |
| 2019 | National | 328239523 | 44622 | 13.594 | 14139 | 4.308 | 30483 | | 15544 | | | | | 4.736 |
| 1999 | Ohio | 11335454 | 99 | 0.87336599 | 81 | 0.714572173 | 18 | 0.181818182 | 99 | | | | | 0.873 |
| 2000 | Ohio | 11353140 | 152 | 1.338836657 | 122 | 1.07459258 | 30 | 0.197368421 | 152 | | | | | 1.339 |
| 2001 | Ohio | 11387404 | 222 | 1.949522472 | 179 | 1.571912264 | 43 | 0.193693694 | 222 | | | | | 1.95 |
| 2002 | Ohio | 11407889 | 286 | 2.507037016 | 238 | 2.086275559 | 48 | 0.167832168 | 286 | | | | | 2.507 |
| 2003 | Ohio | 11434788 | 260 | 2.273763187 | 224 | 1.958934438 | 36 | 0.138461538 | 260 | | | | | 2.274 |
| 2004 | Ohio | 11452251 | 376 | 3.283197338 | 313 | 2.733087146 | 63 | 0.167553191 | 376 | | | | | 3.283 |
| 2005 | Ohio | 11463320 | 418 | 3.646413081 | 335 | 2.922364551 | 83 | 0.198564593 | 418 | | | | | 3.646 |
| 2006 | Ohio | 11481213 | 503 | 4.381070188 | 406 | 3.536211723 | 97 | 0.192842942 | 503 | | | | | 4.381 |
| 2007 | Ohio | 11500468 | 534 | 4.643289299 | 448 | 3.895493644 | 86 | 0.161048689 | 534 | | | | | 4.643 |
| 2008 | Ohio | 11515391 | 569 | 4.941213025 | 481 | 4.177018392 | 88 | 0.154657293 | 569 | | | | | 4.941 |
| 2009 | Ohio | 11528896 | 462 | 4.007322123 | 388 | 3.365456675 | 74 | 0.16017316 | 462 | | | | | 4.007 |
| 2010 | Ohio | 11536504 | 757 | 6.561779894 | 654 | 5.668961758 | 103 | 0.136063408 | 757 | | | | | 6.562 |
| 2011 | Ohio | 11544951 | 818 | 7.085348392 | 710 | 6.149874521 | 108 | 0.13202934 | 818 | | | | | 7.085 |
| 2012 | Ohio | 11544225 | 696 | 6.02898852 | 605 | 5.240715596 | 91 | 0.130747126 | 696 | | | | | 6.029 |
| 2013 | Ohio | 11570808 | 730 | 6.308980324 | 603 | 5.211390596 | 127 | | 672 | | | | | 5.808 |
| 2014 | Ohio | 11594163 | 1171 | 10.09990976 | 694 | 5.985770599 | 477 | | 763 | | | | | 6.581 |
| 2015 | Ohio | 11613423 | 1800 | 15.49930628 | 780 | 6.716366053 | 1020 | | 849 | | | | | 7.311 |
| 2016 | Ohio | 11614373 | 2875 | 24.75381151 | 867 | 7.464888548 | 2008 | | 936 | | | | | 8.059 |

| Year | State | County | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | Ohio | | 11658609 | 3983 | 34.16359533 | 947 | 8.122752894 | 3036 | | | | 8.715 |
| 2018 | Ohio | | 11689442 | 3066 | 26.22879689 | 571 | 4.884749845 | 2495 | | | | 5.475 |
| 2019 | Ohio | | 11689100 | 3327 | 28.462 | 477 | 4.081 | 2850 | | | | 4.671 |
| 1999 | | Lake County, OH | 227605 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2000 | | Lake County, OH | 227511 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2001 | | Lake County, OH | 227648 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2002 | | Lake County, OH | 227747 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2003 | | Lake County, OH | 227232 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2004 | | Lake County, OH | 227829 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2005 | | Lake County, OH | 227647 | 11 | 4.832042592 | NA | NA | NA | 10 | 11 | 1 | 4.832 |
| 2006 | | Lake County, OH | 228203 | 14 | 6.134888674 | 10 | 4.382063338 | 4 | 12 | 11 | 3 | 6.135 |
| 2007 | | Lake County, OH | 228930 | 14 | 6.115406456 | 11 | 4.804962216 | 3 | 17 | 14 | 2 | 6.115 |
| 2008 | | Lake County, OH | 229904 | 15 | 6.524462384 | 12 | 5.219569907 | 3 | 22 | 14 | 4 | 6.524 |
| 2009 | | Lake County, OH | 229954 | 11 | 4.783565409 | 10 | 4.348695826 | 1 | 19 | 15 | 2 | 4.784 |
| 2010 | | Lake County, OH | 230041 | 25 | 10.86762794 | 23 | 9.998217709 | 2 | 13 | 11 | 1 | 10.868 |
| 2011 | | Lake County, OH | 229885 | 31 | 13.48500337 | 27 | 11.74500294 | 4 | 32 | 25 | 7 | 13.485 |
| 2012 | | Lake County, OH | 229582 | 26 | 11.32492965 | 25 | 10.88935544 | 1 | 39 | 31 | 8 | 11.325 |
| 2013 | | Lake County, OH | 229857 | 19 | 8.266008866 | 19 | 8.266008866 | 0 | 42 | 26 | 9 | 9.571 |
| 2014 | | Lake County, OH | 229230 | 22 | 9.597347642 | 18 | 7.852375344 | 4 | 37 | 22 | 8 | 9.161 |
| 2015 | | Lake County, OH | 229245 | 31 | 13.52265044 | 17 | 7.415647015 | 14 | 45 | 21 | 13 | 9.161 |
| 2016 | | Lake County, OH | 228614 | 80 | 34.99348246 | 18 | 7.873533554 | 62 | 46 | 20 | 14 | 8.724 |
| 2017 | | Lake County, OH | 230117 | 81 | 35.19948548 | 19 | 8.25666943 | 62 | 87 | 21 | 35 | 9.186 |
| 2018 | | Lake County, OH | 230514 | 62 | 26.8964141 | 13 | 5.639570699 | 49 | 86 | 22 | 34 | 9.56 |
| 2019 | | Lake County, OH | 230149 | 68 | 29.546 | 15 | 6.517516913 | 53 | 63 | 16 | 25 | 6.941 |
| 2019 | | Lake County, OH | | | | | | | 68 | 18 | 27 | 7.821 |
| 1999 | | Trumbull County, OH | 226084 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2000 | | Trumbull County, OH | 225116 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2001 | | Trumbull County, OH | 223991 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2002 | | Trumbull County, OH | 222484 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2003 | | Trumbull County, OH | 220889 | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 2004 | | Trumbull County, OH | 219540 | 17 | 7.743463606 | 15 | 6.832467887 | 2 | 19 | 17 | 2 | 7.743 |
| 2005 | | Trumbull County, OH | 217926 | 14 | 6.42419904 | 12 | 5.50645632 | 2 | 14 | 14 | 0 | 6.424 |
| 2006 | | Trumbull County, OH | 216185 | 20 | 9.251335662 | 18 | 8.326202095 | 2 | 20 | 20 | 0 | 9.251 |
| 2007 | | Trumbull County, OH | 214296 | 30 | 13.99932803 | 27 | 12.59939523 | 3 | 33 | 30 | 2 | 13.999 |
| 2008 | | Trumbull County, OH | 212191 | 17 | 8.011649881 | 14 | 6.597829314 | 3 | 22 | 17 | 5 | 8.012 |
| 2009 | | Trumbull County, OH | 211290 | NA | NA | NA | NA | NA | 16 | NA | 3 | 14.74 |
| 2010 | | Trumbull County, OH | 210312 | 31 | 14.74000533 | 26 | 12.36258511 | 5 | 35 | 31 | 4 | 14.74 |
| 2011 | | Trumbull County, OH | 209264 | 19 | 9.079440324 | 17 | 8.123709764 | 2 | 38 | 19 | 10 | 9.079 |
| 2012 | | Trumbull County, OH | 207406 | NA | NA | NA | NA | NA | 19 | NA | NA | NA |
| 2013 | | Trumbull County, OH | 206442 | 14 | 6.781565767 | 11 | 5.328373102 | 3 | 29 | 14 | 8 | 6.782 |
| 2014 | | Trumbull County, OH | 205175 | 22 | 10.72255392 | 20 | 9.747776289 | 2 | 49 | 23 | 14 | 11.21 |
| 2015 | | Trumbull County, OH | 203751 | 47 | 23.06737145 | 21 | 10.30669788 | 26 | 82 | 24 | 31 | 11.779 |
| 2016 | | Trumbull County, OH | 201825 | 83 | 41.12473678 | 17 | 8.423138858 | 66 | 94 | 20 | 40 | 9.91 |
| 2017 | | Trumbull County, OH | 200380 | 97 | 48.40802475 | 16 | 7.98482825 | 81 | 110 | 19 | 49 | 9.482 |
| 2018 | | Trumbull County, OH | 198627 | 69 | 34.73847966 | 15 | 7.551843405 | 54 | 71 | 18 | 28 | 9.062 |
| 2019 | | Trumbull County, OH | 197974 | 88 | 44.45 | 10 | 5.051168335 | 78 | 89 | 13 | 41 | 6.567 |