# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to**:<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DR. KATHERINE KEYES

Having considered Defendants' Motion to Exclude Certain Opinions and Testimony of Dr. Katherine Keyes, Plaintiffs' Opposition, and Defendants' Reply, it is **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**

Dated: _____  _____
                                                                          The Honorable Dan A. Polster