# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan A. Polster |
| THIS DOCUMENT RELATES TO:<br>*Track Three Cases* | | |

### [PROPOSED] ORDER GRANTING HBC SERVICE COMPANY'S AND GIANT EAGLE INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL THEIR <u>MOTION FOR SUMMARY JUDGMENT</u>

Upon consideration of the Motion for Leave to File Under Seal Their Motion for Summary Judgment, filed by Defendants HBC Service Company ("HBC") and Giant Eagle, Inc. ("Giant Eagle") ("Defendants' Motion"), and the parties' submissions in connection therewith,

**IT IS ORDERED** that Defendants' Motion is **GRANTED,** and HBC and Giant Eagle are hereby permitted to file under seal unredacted versions of their Brief in Support of Motion for Summary Judgment and Exhibits 11, 32, 33, 34, 35, 36 and 38.

BY THE COURT:

_____, J.
Honorable Dan Aaron Polster
United States District Court Judge

A1629805.1