UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) | MDL No. 2804 |
| | ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) | |
| *Track Three Cases* | ) | Judge Dan A. Polster |

**DEFENDANTS HBC SERVICE COMPANY AND GIANT EAGLE INC.'S
MOTION FOR SUMMARY JUDGMENT ON THE LAKE COUNTY'S AND
<u>TRUMBULL COUNTY'S PUBLIC NUISANCE CLAIM (COUNT XI)</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the attached Brief in Support, the undersigned moves for summary judgment on the public nuisance claim asserted on behalf of Plaintiffs Lake County and Trumbull County in Track Three.

Dated:  July 23, 2021

Respectfully submitted,

<u>/s/ *Robert M. Barnes*          </u>
Robert M. Barnes
*rbarnes@marcus-shapira.com*
Scott D. Livingston
*livingston@marcus-shapira.com*
Joshua A. Kobrin
*kobrin@marcus-shapira.com*
Daniel J. Stuart
*stuart@marcus-shapira.com*

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Defendants HBC Service Company
and Giant Eagle, Inc.*

A1620626

## CERTIFICATE OF SERVICE

I certify that on July 23, 2021, the foregoing was served via e-mail to the following:

Judge Dan A. Polster
*Dan_Polster@ohnd.uscourts.gov*

Special Master David R. Cohen
*david@specialmaster.law*

Counsel for Plaintiffs
*mdl2804discovery@motleyrice.com*

Counsel for CT3 Defendants
*ext-track3defendants@groups.jonesday.com*

                                       */s/ Robert M. Barnes*
                                       Robert M. Barnes