UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan A. Polster |
| THIS DOCUMENT RELATES TO:<br>*Track Three Cases* | | |

**[PROPOSED] ORDER GRANTING HBC SERVICE COMPANY'S AND
GIANT EAGLE INC.'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Motion for Summary Judgment filed by Defendants HBC Service Company ("HBC") and Giant Eagle, Inc. ("Giant Eagle") ("Defendants' Motion"), and the parties' submissions in connection therewith,

**IT IS ORDERED** that Defendants' Motion is **GRANTED** and judgment is hereby entered in favor of HBC and Giant Eagle Inc.  Plaintiffs' public nuisance claim against HBC and Giant Eagle is hereby DISMISSED WITH PREJUDICE.

_____, J.
Honorable Dan Aaron Polster
United States District Court Judge

A1621007