# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *Track Three Cases* | | Judge Dan A. Polster |

## DECLARATION IN SUPPORT OF HBC SERVICE COMPANY AND GIANT EAGLE, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Daniel J. Stuart, hereby declare as follows:

1.  I am a partner at the office of Marcus & Shapira LLP, counsel for Giant Eagle, Inc. ("Giant Eagle") in the above-captioned action.

2.  I submit this Declaration on behalf of Giant Eagle, of which HBC Service Company ("HBC") is a division, in support of HBC's and Giant Eagle's Motion for Summary Judgment and for the purpose of transmitting to the Court true and correct copies of the documents attached hereto.

3.  The table below reflects the documents attached to Giant Eagle's Brief in Support of Summary Judgment, and each listed document is a true and correct copy thereof.

| | |
|---|---|
| SJ-Ex. 1 | 10-26-2009 DEA Report of Investigation: HBC Schedule III-V |
| SJ-Ex. 2 | 5-20-2011 DEA Report of Investigation: HBC List I chemicals |
| SJ-Ex. 3 | 5-20-2011 DEA Report of Investigation: HBC Schedule III-V |
| SJ-Ex. 4 | 8-13-2013 DEA Report of Investigation: HBC Schedule III-V |
| SJ-Ex. 5 | 12-3-2014 DEA Report of Investigation: HBC Schedule III-V |
| SJ-Ex. 6 | 1-11-2016 DEA Report of Investigation: GERX Schedule II-V |
| SJ-Ex. 7 | 5-26-2017 DEA Report of Investigation: GERX Schedule II-V |
| SJ-Ex. 8 | DEA Diversion Investigators Manual Excerpts |
| SJ-Ex. 9 | Lewis Colosimo Deposition Excerpts, March 15, 2021 |
| SJ-Ex. 10 | James Rafalski Deposition Excerpts, Vol.I (June 10, 2021), Vol. II (June 11, 2021) |
| SJ-Ex. 11 | Ohio Board of Pharmacy Reports |
| SJ-Ex. 12 | Carmen Catizone Deposition Excerpts, Vol. I (June 15, 2021), Vol. II (June 16, 2021) |
| SJ-Ex. 13 | Trey Edwards Deposition Excerpts, Dec. 11, 2020 |
| SJ-Ex. 14 | George Pavlich Deposition Excerpts, December 14, 2020 |
| SJ-Ex. 15 | William DiFrangia Deposition Excerpts, January 14, 2021 |

A1621019

| | |
|---|---|
| SJ-Ex. 16 | Damian Blakeley Deposition Excerpts, December 7, 2020 |
| SJ-Ex. 17 | DEA 30(b)(6) Deposition Excerpts (T. Prevoznik), Vol. I (April 17, 2019), Vol. II (April 18, 2019), Vol III (May 17, 2019) |
| SJ-Ex. 18 | Walter Durr Deposition Excerpts, January 22, 2019 |
| SJ-Ex. 19 | Giant Eagle 30(b)(6) Deposition Excerpts (J. Tsipakis), December 13, 2018 |
| SJ-Ex. 20 | Greg Carlson Deposition Excerpts, January 8, 2019 |
| SJ-Ex. 21 | George Chunderlik Deposition Excerpts, January 16, 2019 |
| SJ-Ex. 22 | Anthony Mollica Deposition Excerpts, January 4, 2019 |
| SJ-Ex. 23 | Drug Enforcement Agency 30(b)(6) Deposition Excerpts (K. Wright), Vol. I (February 28, 2019) |
| SJ-Ex. 24 | DEA 30(b)(6) Deposition Excerpts (J. Rannazzisi), Vol. II (May 15, 2019) |
| SJ-Ex. 25 | DEA 30(b)(6) Deposition Excerpts (S. Harper-Avilla), April 11, 2019 |
| SJ-Ex. 26 | "Aggregate Production Quota History for Selected Substances" |
| SJ-Ex. 27 | Eugene Tommasi Deposition Excerpts, December 18, 2018 |
| SJ-Ex. 28 | Rich Shaheen Deposition Excerpts, March 5, 2021 |
| SJ-Ex. 29 | Demetra Ashley Deposition Excerpts, March 15, 2019 |
| SJ-Ex. 30 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibit 2 |
| SJ-Ex. 31 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibits 8A-8C |
| SJ-Ex. 32 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibit 9 |
| SJ-Ex. 33 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibit 10 |
| SJ-Ex. 34 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibit 11 |
| SJ-Ex. 35 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibit 12 |
| SJ-Ex. 36 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibits 13A-B |
| SJ-Ex. 37 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibits 16A-B |
| SJ-Ex. 38 | EXPERT REPORT OF SANDRA K.B. KINSEY, R.Ph, MBA., JULY 9, 2021 - Exhibit 19 |
| SJ-Ex. 39 | Giant Eagle 30(b)(6) Deposition Excerpts (J. Tsipakis), May 5, 2021 |
| SJ-Ex. 40 | Email to Michael Chappell and others from Kelly Chappell, Re: "Kelly Chappell - DEA Investigator Meeting", GE_TL00002048-00002050 |
| SJ-Ex. 41 | Joseph Millward Deposition Excerpts, December 20, 2018 |
| SJ-Ex. 42 | Carmen Catizone December 12, 2017 Testimony to U.S. Senate Committee on the Judiciary |
| SJ-Ex. 43 | DEA 30(b)(6) Deposition Excerpts (C. Brennan), November 13, 2020 |
| SJ-Ex. 44 | Emily Mooney Deposition Excerpts, April 16, 2021 |
| SJ-Ex. 45 | Demetra Ashley Deposition Excerpts, March 11, 2021 |
| SJ-Ex. 46 | GERX Sign-in sheet showing DEA 2020 inspection |

I have read the above declaration and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 23, 2021    */s/ Daniel J. Stuart*
                        Daniel J. Stuart