SJ-EXHIBIT 11

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  2 of 738. PageID #: 531375

02-11-02A10:33 RCVD

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-1097150 F
NAME: GIANT EAGLE
R.P.: 
ADDR: 7960 PLAZA BLVD.
MENTOR, OHIO

CAT:
CNTY: LAKE                CLASS: III  05

PHONE (INCLUDE AREA CODE): 440-602-4013
TIME IN: 1:00 P.M.   TIME OUT: P.M.
TYPE: 05 (RETAIL)   FED.#: B06013697   EXC. DATE: 0-02
HOURS OPEN: 8:00-10:00 (DAILY)  (SAT.) 9:00  (SUN. & HOLIDAYS) 8:00 - 8:00 200?
RESPONSIBLE PERSON: R.PH. TOM FRENCH   TITLE/I.D. NO.   INIT. USED

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.PH. DOUG NORRIS | | #03-2-1337 | | | |
| R.PH. TOM FLENCH | | (#1075) (RPT) | | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

(LAST INSPECT 1998)

1) OK (POSTED IN PHARMACY)

GIANT EAGLE PHARMACY #196
7960 PLAZA BLVD.
MENTOR, OH 44060
(440) 602-4013

2) OK

3) IBM COMPUTER SYSTEM IN HOUSE ONLY COMPUTER GENERATES A DAILY LOG, WHICH IS SIGNED BY DISPENSING PHARMACIST.

4) FULLY BARRICADED STORE (MOTION DETECTORS)

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** TO THE STATE BOARD OF PHARMACY **WITHIN 20 DAYS** FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

PERSON IN CHARGE   DATE SIGNED: 1-29-02   INSPECTOR

PHA-0610 (Rev. 06/01)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801821

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: *02-1087150*
NAME:
R.P.:
ADDR: *PAGE #2 OF*

| PHONE (INCLUDE AREA CODE) | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|

TYPE *(OS)*  FED.#  EXP. DATE

| HOURS OPEN | (DAILY) | (SAT.) | (SUN. & HOLIDAYS) |
|---|---|---|---|

CAT:  CLASS:
CNTY:

| RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED |
|---|---|---|

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. RxBLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEA INVENTORY
30. PHONED SCHII Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

5) OK

6) PHARM-SECURITY (LOCK BOX)

7) OK (THEFTS- NONE)

8) OK

↑ 2 OUTDATES LOCATED - REMOVED

9) OK (NO FOOD TO BE KEPT IN REFRIG)

10) DEA 222 ORDER FORMS
29) DEA INVENTORY - 5-01-01
WHOLESALER - McKESSON (CLOSING)
APPROX DAILY Rx - 75
LAST Rx - 6037075

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

**IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY* TO THE STATE BOARD OF PHARMACY *WITHIN 20 DAYS* FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.**

PERSON IN CHARGE          DATE SIGNED *1-29-02*          INSPECTOR

PHA-0610 (Rev. 06/01)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801824

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 6 of 738. PageID #: 531379

02-28-05P03:18 RCVD

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-108750F
NAME: GIANT EAGLE
R.P.:
ADDR: 7960 PLAZA BLVD.
MENTOR, OHIO

AREA CODE / TELEPHONE NUMBER: 440-602-4013
TIME IN: 1:55 P.M.
TIME OUT: 2:30 P.M.
TYPE: 05 (RETAIL)
FED.#: BG 6013659
EXP. DATE: 1-31-05

HOURS OPEN (DAILY): 9:00-9:00P (SAT.) 9:00 (SUN. & HOLIDAYS) 8:00P

CAT: CORE
CNTY: LAKE
CLASS: 05

RESPONSIBLE PERSON: R.PH. DOUG URBANIAK
TITLE/I.D. NO.: INIT. USED

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| R.PH. DOUG. URBANIAK | | #03-3-1068 | | | |
| R.PH. TONY ROJC | | #03-2-1565 | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING (temp pt)
3-9-04

1) OK (POSTED IN 2001 STORE) (LAST INSPECT)

2) OK (2005 **GIANT EAGLE PHARMACY #0196** **7960 PLAZA BOULEVARD** **MENTOR, OH 44060** **440-602-4013**

3) IBM COMPUTER SYSTEM PDX SOFTWARE COMPUTER SYSTEM ON LINE (2 WEE AGO) TO ALL OTHER GIANT EAGLE PHARMACYS

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE        DATE SIGNED 2/23/05        SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801811

GIANT EAGLE PHARMACY #0196
7960 PLAZA BOULEVARD
MENTOR, OH 44060
440-802-4013

Highly Confidential Subject to Protective
Order

BOP_MDL2801812

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  8 of 738.  PageID #: 531381

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: | 02408715O | | | | P.M. | | P.M. |
| NAME: | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | PAGE 2 OF 3 | 05 | | | | | |
| ADDR: | | HOURS        (DAILY)        (SAT.) OPEN | | | | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D. CARDS | |
| 3. RECORDSYSTEM | |
| 4. BARRICADE | COMPUTER GENERATES A |
| 5. MIN. STANDARDS | |
| 6. SECURITY | DAILY LOG which IS |
| 7. LIBRARY | |
| 8. CLEANLINESS | SIGNED BY DISPENSING |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | PHARMACIST. |
| 11. IMPROPERDISPENSING | |
| 12. INSUFFICIENTSUPERVISION | |
| 13. INVENTORYRECORDS | |
| 14. DRUGDESTRUCTION | |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | 4) BARRICADE REPORT |
| 17. SAMPLES | |
| 18. NON-REGCOMPOUNDING | WRITTEN (APPROVED) |
| 19. RxBLANKS | |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | 5) OK |
| 22. DRUGLABELS | |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERICMFG. | |
| 26. RxFILES | |
| 27. RxCOPIES | 6) STATE ALARMS SYSTEM |
| 28. RxINT/DATE | |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | 7) OK |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| | | |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | 2/23/0_ DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)        WHITE - OFFICE COPY        YELLOW - INSPECTOR COPY        GREEN - DISTRIBUTOR COPY        PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801813

Highly Confidential Subject to Protective
Order

BOP_MDL2801814

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-108750
NAME:
R.P.: PAGE 3 OF
ADDR:

CAT:  CLASS: 3
CNTY:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | FED.# | | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| RESPONSIBLE PERSON | | | TITLE/I.D. NO. | INIT. USED | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

8) OK

9) OK

10) DEA 222 ORDER FORMS IN ORDER -

THEFTS IN LAST 5YRS NONE.

APPROX DAILY RX - 75

WHOLESALER - McKESSON

29) DEA INVENTORY - 5-1-03

LAST RX # - 609670 (OPENING)

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE        DATE SIGNED 2/23/05        SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801816

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 2-23-05 | T.D.D.D. #: 02-1087150 |
| BOARD AGENT: FJ BOD1 | D.E.A. #: B66013697 |

**YES   NO**   (CHECK ONE)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

☑ ☐   Key in sealed envelope in safe.

☑ ☐   All items requiring R.Ph. supervision are inside barricade.

☑ ☐   Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

☑ ☐   Minimum of seven (7) feet in height.

☑ ☐   Fully enclosed.

☑ ☐   Suitable locks are provided.

☑ ☐   Prescription department cannot be entered when locked without obvious damage to barricade.

☐ ☐   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

*BARRICADE APPROVED*

### ELECTRONICS:

☐ ☐   This is a company-owned system.
If no, leased from who? _____

☑ ☐   This is a ☑ HARDWIRE / ☐ WIRELESS / ☐ BOTH system.  *(check one)*

☐ ☑   There is a functional emergency "hold up" button.

☑ ☐   System is in operation at all times when R.Ph. is not present.

☑ ☐   Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
① STATE ALARMS ② MA      ③ R.PA.

☑ ☐   Only pharmacists possess access code to prescription room.

☑ ☐   System was tested this date.  Date system was last tested? _____

☐ ☑   Slot is provided for drop-in prescriptions.

☑ ☐   Suitable notice of operating hours to public is posted.

☑ ☐   Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

BOP_MDL2801817

Highly Confidential Subject to Protective
Order

BOP_MDL2801818

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____        $2/23/05$  $2:30$ P.m
(Signature of R.Ph./Owner)                        (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____        _____
(Signature of Board Agent)                              (Title)

**Comments:**

PHA-0611 (Rev. 06/98)                    ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

BOP_MDL2801819

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: 05- RETAIL
DDD#: 02-1087150
NAME:
R.P.: GIANT EAGLE #196
ADDR: 7960 PLAZA BLVD

III MENTOR OHIO
CAT: LAKE CLASS: 05
CNTY: LAKE

AREA CODE / TELEPHONE NUMBER: 440-602-4013
TIME IN: 2:00 P.M.
TIME OUT: 3:15 P.M.
TYPE: 05-RETAIL
FED.#: BG6013697
EXP. DATE: -08
HOURS OPEN: 9:00 – 9:00  M/F  SAT 9:00 – 9:00  6:00  SUN  5:00
FAX NUMBER: 440-602-4057
EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| RPH. ANTHONY RUTE | | #03-21569 | OHIO PHARMACY BOARD | | |
| RPH. MARK FERENCAK | | | MAY 27 2008 | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☒ Comp P ☐

1) OK (2008 POSTED IN PHARMACY) (LAST INSPECT

GIANT EAGLE PHARMACY #0196
7960 PLAZA BOULEVARD
MENTOR, OH 44060
440-602-4013

2) OK (2008)

3) IBM COMPUTER - ON LINE TO ALL OTHER GIANT EAGLE PHARMACIES COMPUTER GENERATES A DAILY LOG WHICH IS SIGNED BY DISPENSING RPH.

7-17-08

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____ 5/15/08 _____ 05-15-08
SIGNATURE OF PERSON IN CHARGE          DATE          SIGNATURE OF INSPECTOR          DATE

PHA-0610 (Rev.10/07)  WHITE - OFFICE COPY  YELLOW - INSPECTOR COPY  PINK - INDIVIDUAL COPY  GOLDENROD - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126  –  TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M / P.M | TIME OUT | A.M. / P.M. |
| DDD#: | 02/087150 | | | | | | | | |
| NAME: | | | | | | | | | |
| R.P.: | | | | | | | | | |
| ADDR: | PAGE 2 OF | | | TYPE 05 | FED.# | | | EXP. DATE | |
| | | | | HOURS OPEN | | | | | |
| CAT: | | CLASS: 3 | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☑   P ☐

4) BARRICADE REPORT WRITTEN (APPROVED)

5) OK

6) STATE ALARMS

7) OK (NEEDS THE JUNE 2007 UPDATES)

8) OK

9) OK

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 5/15/08 DATE | SIGNATURE OF INSPECTOR | 05-15-08 DATE |

PHA-0610 (Rev.10/07)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GOLDENROD - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801756

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|
| DDD#: | | | | | A.M / P.M | A.M / P.M |
| NAME: | 02-1097150 | | | | | |
| R.P.: | | | TYPE | FED.# | | EXP. DATE |
| ADDR: | PAGE 3 of 3 | | 05 | | | |
| | | | HOURS OPEN | | | |
| CAT: | CLASS: | | FAX NUMBER | | EMAIL | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F [X]  P [ ]

(6) DEA 222 ORDER FORMS IN ORDER

WHOLESALER - McKESSON
APPROX DAILY RX - 100
LAST BT - 6/12/22
THEFTS - NONE

(29) DEA INVENTORY - 05-01-07 (OPENING)

[ ] PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_signature_ 5/15/08
SIGNATURE OF PERSON IN CHARGE   DATE

_signature_ 05-15-08
SIGNATURE OF INSPECTOR   DATE

PHA-0610 (Rev.10/07)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GOLDENROD - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

BOP_MDL2801758

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 22 of 738. PageID #: 531395

# OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 05-15-08 | T.D.D.D. #: 02-1087150 |
|---|---|
| BOARD AGENT: FTJB001 | D.E.A. #: BG6013697 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

___ X Key in sealed envelope in safe.
X ___ All items requiring R.Ph. supervision are inside barricade.
X ___ Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

X ___ Minimum of seven (7) feet in height.     ← PHYSICAL
X ___ Fully enclosed.     AND ELECTRONIC
X ___ Suitable locks are provided.     BARRICADE
X ___ Prescription department cannot be entered when locked without obvious damage to barricade.     APPROVED
X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:**

___ X This is a company-owned system. If no, leased from who? _STATE ALARMS_
X ___ This is a X HARDWIRE / ___ WIRELESS / ___ BOTH system. (check one)
___ X There is a functional emergency "hold up" button.
X ___ System is in operation at all times when R.Ph. is not present.
___ ___ Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? (1) STATE (2) MPD (3) R.Ph.
X ___ Only pharmacists possess access code to prescription room.
X ___ System was tested this date. Date system was last tested? _____
___ X Slot is provided for drop-in prescriptions.
X ___ Suitable notice of operating hours to public is posted.
X ___ Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)     *(continued on Page Two > >)*

Highly Confidential Subject to Protective Order     BOP_MDL2801759

Highly Confidential Subject to Protective
Order

BOP_MDL2801760

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

#### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____    5/15/08    3PM
(Signature of R.Ph./Owner)                          (Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____    _____
(Signature of Board Agent)                          (Title)

**Comments:**

GIANT EAGLE PHARMACY #0196
7960 PLAZA BOULEVARD
MENTOR, OH  44060
440-602-4013

PHA-0611 (Rev. 04/04)                               ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

BOP_MDL2801762

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

**TYPE:** TERM DISTR ☞ RETAIL PHARMACY
**DDD#:** 02-1087150 GIANT (NEW)
**NAME:** RINI-REGO    EAGLE dba
**R.P.:** MARLENE G. KHOREY  RPH
**ADDR:** 7960 PLAZA BLVD.
MENTOR, OH 44060

**PHONE (INCLUDE AREA CODE):** 440-602-4013
**TIME IN:** 9:00 A.M.
**TIME OUT:** 9:30 P.M.
**TYPE:** 05 (RETAIL)
**FED #:** PENDING
**HOURS OPEN:** 9:00 - 10:00 (DAILY) 9:00 - 9:00 (SAT.) 9:00 - 5:00 (SUN. & HOLIDAYS)
**RESPONSIBLE PERSON:** R.P.H. MARY BETH SALISBERY

**CAT:** THREE     **CLASS:** 05
**CNTY:** LAKE CO. (43)-FB 07/29/98 SP

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| R.P.H. MARLENE KHOREY | | #031-21344 | | | |
| R.P.H. MARY BETH SALISBERY | | | | | SEP 11 1998 |
| R.P.H. DOUG NORRIS | | | | | |

1. LICENSING — 1) OK (DELIVERED THIS DATE)
2. I.D. CARDS
3. RECORD SYSTEM — PARTIAL INSPECTION
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY — 2) OK
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION — 3) TERM COMPUTER- IN HOUSE ONLY PDX SOFTWARE
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION — 4) BARRICADE REPORT WRITTEN
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES — 5) OK
16. ILLEGAL PURCHASES
17. SAMPLES — 6) FIRM SECURITY COMPANY
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S — 7) ORDERED
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES — 8) OK (NEW PHARMACY)
25. GENERIC MFG. Com 9/98
26. Rx FILES — 9) OK
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA — WHOLESALER- McKESSON/CARDNAL
34. EMERGENCY KIT — STORE TO OPEN 09-13-98
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING
Comp 9/17/98

**PINK SHEET ISSUED FOR NUMBER(S):** _____  **DATE:** _____

**PERSON IN CHARGE:** Marlene Khorey  **DATE** 9/2/98  **INSPECTOR:** _____

PHA-0610 (Rev. 03/97)  WHITE - OFFICE COPY  YELLOW - INSPECTOR COPY  GREEN - DISTRIBUTOR COPY  PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801830

# OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

DATE _9-2-98_          T.D.D.D. NO. _02-108715C_

AGENT _FTFaRl_          D.E.A. NO. _Public_

### RULE 4729-9-11 REQUIREMENTS

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

_____ .

CHECK ONE:

| YES | NO | |
|-----|-----|---|
| X | | Key in sealed envelope in safe. |
| X | | All items requiring R.Ph. supervision are inside barricade. |
| X | | Prescription department may not be entered when barricade is in use. |
| X | | **(A) Physical Barricade:** |
| X | | (1) Minimum of seven (7) feet in height. |
| X | | (2) Fully enclosed. |
| X | | (3) Suitable locks are provided. |
| X | | (4) Prescription department cannot be entered when locked without obvious damage to barricade. |
| X | | (5) No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed. |
| X | | **(B) Electronics:** |
| | X | (1) This is a company-owned system. If no, leased from whom? _FTcm SEcuriTY_ |
| X | | (2) This is a [circle one] hardwire/wireless/both system. |
| X | | (3) There is a functional emergency "hold up" button. |
| X | | (4) System is in operation at all times when R.Ph. is not present. |
| X | | (5) Items in prescription room may not be removed when system is operating without activating the alarm. Where does alarm sound or who does it alert? _O. FTcm Security  2. MonitoR 3ss  3. R.PH._ |
| X | | (6) Only R.Ph.s possess access code to prescription room. |
| X | | (7) System was tested this date. When was system last tested? (Date) _09-02-98_ |

PHA-0611 (Rev. 01/90)                    **(CONTINUED ON REVERSE)**

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801832

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 30 of 738. PageID #: 531403

CHECK ONE:

| YES | NO | |
|-----|-----|---|
| | X | Slot is provided for drop-in prescriptions. |
| ✓ | | Suitable notice of operating hours to public is posted. |
| ✓ | | Notice of emergency service is posted. |

---

I, _C. H. MARCELL LITTLE_ R.Ph./Owner, have been informed of and understand the following requirements:

(1) No prescription item may be sold when the prescription depart-ment is closed.

(2) No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

(3) No prescription may be left outside the barricade for customer pick-up.

(4) No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

(5) No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in com-pliance with Rules 4729-17-03 and 4729-17-07 of the Ohio Admini-strative Code.

(6) Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

(7) All dangerous drugs are to be stored within a barricaded area.

| _Marcell Littler_ | _9-2-98_     _9.25 Am_ |
|-------------------|------------------------|
| (Signature of R.Ph./Owner) | (Date/Time) |

---

I, _Ernie J. Bai_ , COMPLIANCE AGENT, FIND THIS BARRICADE TO COMPLY WITH ALL REQUIREMENTS OF RULE 4729-9-11 OF THE OHIO ADMINISTRATIVE CODE.

COMMENTS:

(PLACE STORE STICKER HERE)

Highly Confidential Subject to Protective Order

BOP_MDL2801833



Highly Confidential Subject to Protective
Order

BOP_MDL2801834

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-1087150 F
NAME: GIANT EAGLE PHARMACY
R.P.:
ADDR: 7960 PLAZA BLVD.
MENTOR, OHIO

PHONE (INCLUDE AREA CODE): 440-602-4013
TIME IN: 12:40 P.M.
TIME OUT: 3:00 P.M.
TYPE: OS (RETAIL)
FED.#: 9-30
FED.#: RG6013697
EXP. DATE:
HOURS OPEN (DAILY): 8:00-10:00P
(SAT.): 8:00-6:00P
(SUN. & HOLIDAYS): 9:00-6:00P

CAT: III
CNTY: LAKE
CLASS: OS
RESPONSIBLE PERSON: R.PH. MARY BETH SALISBURY
TITLE/I.D. NO.:
INIT. USED:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.PA. DOUG NORRIS | | #03-211337 | | "DN" | |
| R.PA. MARY BETH SALISBURY | | #21226 | (SFCT) | "MBH" | |

DEC 10 1998

1. LICENSING — 1) OK (POSTED IN PHARMACY)
2. I.D. CARDS — 2) OK
3. RECORD SYSTEM — 3) IBM COMPUTER SYSTEM IN HOUSE ONLY. PDX SOFTWARE. COMPUTER GENERATES A DAILY PRINT-OUT WHICH IS SIGNED BY DISPENSING PHARMACIST.
4. BARRICADE — 4) BARRICADE OK (REPORT WRITTEN EARLIER ON OPENING AND DELIVERY OF LICENSE.
5. MIN. STANDARDS — 5) OK
6. SECURITY — 6) PHARM SECURITY SYSTEMS
7. LIBRARY — 7) OK (LAW BOOK IN STORE)
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

PINK SHEET ISSUED FOR NUMBER(S): _____ DATE: _____

PERSON IN CHARGE: _____ DATE 12-3-98
INSPECTOR: _____

PHA-0610 (Rev. 03/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801826

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  34 of 738.  PageID #: 531407

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|
| DDD#: | 02 1087150 | TYPE | | FED.# | | EXP. DATE | |
| NAME: | | | | | | | |
| R.P.: | PAGE 2 OF 2 | | | | | | |
| ADDR: | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 8) OK (NEW STORE) |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | 9) OK |
| 6. SECURITY | |
| 7. LIBRARY | |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | (11) DEA 222 ORDER |
| 11. IMPROPER DISPENSING | Forms IN ORDER. |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 18. NON-REG COMPOUNDING | |
| 19. Rx BLANKS | |
| 20. IMPROPER Rx'S | |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | 29) DEA INVENTORY - |
| 24. OTC/SYRINGES | 09-27-98 - (ON OPENING |
| 25. GENERIC MFG. | |
| 26. Rx FILES | |
| 27. Rx COPIES | 37) COUNSELING Box AT |
| 28. Rx INT/DATE | FRONT COUNTER FOR REFUSALS. |
| 29. DEA INVENTORY | WHOLESALER - McKESSON |
| 30. PHONED SCH II Rx | THEFTS - NONE |
| 31. REFILLS - 6MO/5X | APPROX DAILY RX - 35-50 |
| 32. REFILLS - INT/DATE | |
| 33. REFILLS - UA | |
| 34. EMERGENCY KIT | |
| 35. CONTINGENCY KIT | |
| 36. NON-REG DISPENSING | |
| 37. COUNSELING | |

DBA RINI-REGO #0196  7960 PLAZA BLVD.
MENTOR, OH 44060
GIANT EAGLE (PHARMACY) NABP 3665671  **440-602-4013**
6003486 12/02/98  12/02/98  DN

PINK SHEET ISSUED FOR NUMBER(S): _____  DATE: _____

PERSON IN CHARGE _____  DATE 12-3-98  INSPECTOR _____

PHA-0610 (Rev. 03/97)   WHITE · OFFICE COPY   YELLOW · INSPECTOR COPY   GREEN · DISTRIBUTOR COPY   PINK · INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801827

Highly Confidential Subject to Protective
Order

BOP_MDL2801828

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 36 of 738. PageID #: 531409

JAN 21 2015

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| | |
|---|---|
| TYPE: RTPC | |
| DDD#: 02108 7150 | AREA CODE / TELEPHONE NUMBER: 440-602-4013 — TIME IN 1:30 PM — TIME OUT 3:00 PM |
| NAME: Giant Eagle #0196 | TYPE: RTPC — FED. # BG6013697 — EXP. DATE 9/30/17 |
| R.P.: | |
| ADDR: Anthony Rojc    1 of 4 | HOURS OPEN M-F 9-9 Sat 9-6 Sun 9-5 |
| 7960 Plaza Blvd. | |
| Mentor, OH 44060 | FAX NUMBER 440-602-4051 — EMAIL |
| CAT: III    CLASS: | |
| CNTY: 43 | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Charles Heppner | | 03112354 | GIANT EAGLE PHARMACY #0196 7960 PLAZA BOULEVARD MENTOR, OH 44060 440-602-4013 | | |
| Anthony Rojc | | 15691 | | | |

| | | |
|---|---|---|
| 1. LICENSING | OK | 1.) OSBP + DEA licenses current + posted. Wall |
| 2. I.D. CARDS | | licenses conspicuously posted. |
| 3. RECORD SYSTEM | N 1/27/15 | |
| 4. BARRICADE | | 2.) OK |
| 5. MIN. STANDARDS | | |
| 6. SECURITY | | 3.) PDX Enterprise Pharmacy System dispensing |
| 7. LIBRARY | | software version 2.5.08.009 Build 2508.89 |
| 8. CLEANLINESS | | Five total terminals handle data entry of prescription |
| 9. REFRIGERATION | | and patient profile information. Dispensing system |
| 10. ACCOUNTABILITY | | equipped with biometric fingerprint scanners for |
| 11. IMPROPER DISPENSING | | RPh.s + techs. Employees also issued unique |
| 12. INSUFFICIENT SUPERVISION | | individual barcodes which deactivate at end of day. |
| 13. INVENTORY RECORDS | | Data backed up offsite. Patient profile information |
| 14. DRUG DESTRUCTION | | stored for several years. |
| 15. ILLEGAL SALES | | 4.) Fully enclosed barricade. No drive thru. |
| 16. ILLEGAL PURCHASES | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☒    Partial ☐

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | | |
|---|---|---|---|
| _signature_ | 1-7-2015 | _signature_ | 1/7/2015 |
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev. 04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801803



Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| DDD#: 021087150 | | | | | | |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | 2 of 4 | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐     Partial ☐

5.) Pharmacy properly equipped to carry out practice of pharmacy. Staff appropriately wearing identifying ID tags.

6.) No documented thefts or significant losses in past year. Any significant loss of a dangerous drug must be reported to OSBP immediately upon discovery.

7.) RPh able to access Ohio drug laws + rules online via OSBP website.

8.) Pharmacy kept clean + orderly.

9.) Refrigerator maintained at appropriate temperature.

10.) DEA 222 forms properly executed upon receiving order from McKesson. Forms affixed to order.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 1-7-2015 | SIGNATURE OF INSPECTOR | DATE 1/7/15 |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY, 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 026087150 | | | | | P.M | | P.M. |
| NAME: | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: | 3 of 4 | HOURS OPEN | | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☐

invoice and signed in by RPh. 222 compared to C-II inventory log book

13.) C-II perpetual inventory log maintained.

20.) Filed in Rx's have full name of prescriber agent. Hydocet Rx# was inappropriately faxed by Dr. Lele since it is now C-II. RPh informed MD and documented change in prescription to Cheratussin. New Rx filed as Rx# 4030684.

21.) Outdates pulled monthly. Box for control and non control outdates kept away from active stock. Very limited amount of return to stock vials on shelves.

23.) Approximately 900 Rx's/week.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 1-7-2015 DATE | SIGNATURE OF INSPECTOR | 1/7/15 DATE |
|---|---|---|---|

PHA-0610 (Rev. 04/11)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 - TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|
| DDD#: 021087/50 | | | | P.M | | P.M |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | 4 of 4 | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 26.) 4 part filing system - 2's, 4's, 6's, 8's (OTC) |
| 2. I.D. CARDS | 28.) RPhs properly initialing hard copy Rx's |
| 3. RECORD SYSTEM | to show positive ID on new RXS filled. |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | 29.) Last DEA inventory completed 5/1/2014 |
| 6. SECURITY | at business open by RPh. Rojc. Ultram added |
| 7. LIBRARY | to inventory in August. |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | 32.) Daily prescription log report prints out. Signed |
| 10. ACCOUNTABILITY | after review by dispensing RPh. to show positive |
| 11. IMPROPER DISPENSING | ID on refill RXS dispensed. |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | 37.) Techs offer counseling to customers at check out. |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | RX# 6259860 dispensed today |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |

Full ☐   Partial ☐

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | | |
|---|---|---|---|
| _(signature)_ | 1-7-2015 | _(signature)_ | 1/7/15 |
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

BOP_MDL2801810

FEB - 1 2012

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|---|---|
| DDD#: 021087150 | | 440-602-4013 | 3:30 A.M. | 5:15 A.M. |
| NAME: Giant Eagle #0196 | | TYPE | FED. # | EXP. DATE |
| R.P.: | 1 of 3 | | BG6013697 | 9/30/14 |
| ADDR: Anthony Rojc | | HOURS | | |
| 7960 Plaza Blvd. | | OPEN M-F 9 9 Sat 9-6 Sun 9-5 | | |
| Mentor, OH 44060 | | | | |
| CAT: III   CLASS: | | FAX NUMBER | EMAIL | |
| CNTY: Lake | | 440-602-4051 | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Arye Lebowitz | | 03213165 | GIANT EAGLE PHARMACY #0196 7960 PLAZA BLVD. MENTOR, OH 44060    BG6013697 | | |
| Anthony Rojc | | 15691 | (440)602-4013 | | |

|   | |
|---|---|
| 1. LICENSING   2/1/12 | 1.) OSBP + DEA licenses current + posted. 2.) OK |
| 2. I.D. CARDS   yof | 3.) PDX software version 4.7.00  ~~three~~ four terminals |
| 3. RECORD SYSTEM | for data entry and patient profile searches. |
| 4. BARRICADE | All Giant Eagle stores connected online for |
| 5. MIN. STANDARDS | Rx transfers. RPh uses unique bar code for |
| 6. SECURITY | Rx verification - sign in each day and new |
| 7. LIBRARY   Comp | bar code issued. Daily dispensing authentication |
| 8. CLEANLINESS | log prints out listing all Rxs dispensed. |
| 9. REFRIGERATION  2-2t-12 | 4.) Fully enclosed barricade. Barricade inspection |
| 10. ACCOUNTABILITY | report completed. 5.) OK 6.) Electronic alarm |
| 11. IMPROPER DISPENSING | backs up physical barricade. 7.) RPh has |
| 12. INSUFFICIENT SUPERVISION | ability to access OSBP website and Ohio drug |
| 13. INVENTORY RECORDS | laws and rules. 8.) OK 9.) OK |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/SX | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |

Full ☒   Partial ☒

Comp ✓   1-3-13

☒ PINK SHEET ISSUED FOR NUMBER(S): ___29___

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED. → include biennial inventory

| SIGNATURE OF PERSON IN CHARGE | DATE 1-25-12 | SIGNATURE OF INSPECTOR | DATE 1/25/12 |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

BOP_MDL2801772

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: | | | | | | | | | |
| NAME: | 021087150 | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | 2 of 3 | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

10.) Store maintains 2012 Pharmacy Controlled Drugs Record Box which contains records of accountability including CII-V invoices, unexecuted 222 forms, inventory, power of atty forms and theft/loss documents. McKesson + Anda used as wholesalers. 13.) CII log book maintained. Inventory conducted monthly. 21.) Boxes on floor with bold labels for outdates. 23.) CII Rx's checked. Rx's properly contain prescriber DEA, quantity in alpha + numeric format 26.) 4 part filing system - 2's for C-II's, 4's for CII-V, 6's for legend drugs, 8's for OTC meds written as a prescription.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE        1-25-12    DATE

SIGNATURE OF INSPECTOR        1/25/12    DATE

PHA-0610 (Rev.04/11)    WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

BOP_MDL2801774

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: 021087150 | | | | | | P.M. | | P.M. |
| NAME: | | | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | 3 of 3 | | | HOURS OPEN | | | | |
| | | | | FAX NUMBER | | EMAIL | | |
| CAT: | | CLASS: | | | | | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐   P ☐

28.) Hard copy Rx's installed by person who selects medication and RPh. who verifies Rx.

* 29) Biennial inventory only includes hand counts for C-II meds. CIII-V meds are not included in the inventory conducted 5/1/2011. A complete inventory of all controlled medications must be conducted immediately and a copy included with the pink sheet written response. 32) Daily authorization by signed documenting positive ID on refill Rxs.

Approx 150 Rxs/day 65% new
Rx # 6196057 processed today

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____  25 12         _____  1/25/12
SIGNATURE OF PERSON IN CHARGE      DATE    SIGNATURE OF INSPECTOR      DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801776

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 1/25/2012 | T.D.D.D. #: 021087150 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG6013697 |

YES NO    (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___  Key in sealed envelope in safe.

✓ ___  All items requiring R.Ph. supervision are inside barricade.

✓ ___  Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

✓ ___  Minimum of seven (7) feet in height.

✓ ___  Fully enclosed.

✓ ___  Suitable locks are provided.

✓ ___  Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

___ ✓  This is a company-owned system.
         If no, leased from who? _State Alarm_

___ ___  This is a ✓ HARDWIRE / ___ WIRELESS / ___ BOTH system.  *(check one)*

✓ ___  There is a functional emergency "hold up" button.

✓ ___  System is in operation at all times when R.Ph. is not present.

✓ ___  Items in prescription room may not be removed when system is operating without activating the alarm.
         If yes, where does alarm sound or who does it alert?
         _Audible + RPh called at home_

✓ ___  Only pharmacists possess access code to prescription room.

___ ✓  System was tested this date.  Date system was last tested? _____

___ ✓  Slot is provided for drop-in prescriptions.

✓ ___  Suitable notice of operating hours to public is posted.

___ ___  Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

BOP_MDL2801777

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

_____
1-15-12
(Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

_____
Agent
(Title)

**Comments:**

Fully enclosed barricade with electric alarm backup. Two roll down steel bar gates with key lock. Steel entry door with key lock. No drive thru. Three total sets of keys including floater set locked in manager office.

Barricade Approved.

**GIANT EAGLE PHARMACY #0196**
7960 PLAZA BLVD.
MENTOR, OH 44060          BG6013697
**(440)602-4013**

AA PLACE STORE STICKER/STAMP HERE AA

PHA-0611 (Rev. 04/04)

Highly Confidential Subject to Protective Order

# FAX COVER SHEET

## GIANT EAGLE PHARMACY #0196
## 7960 Plaza Blvd
## Mentor OH 44060

## Phone 440-602-4013
## Fax 440-602-4051

**To:** _LYNNE KOLAS_

**Fax:** _412 968 ~~1010~~ 1552_

**Reason:** _Copy of Last inspection_

## Page 1 of ___4___

CONFIDENTIAL

GE_TL00008176

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY: 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|---|---|
| DDD#: 021087150 | | 440-602-4013 | 3:30 | 5:15 |

TYPE: Giant Eagle #0196
R.P.: Anthony Rojc
ADDR: 7960 Plaza Blvd.
Mentor, OH 44060
1 of 3

TYPE: BG-6013697   EXP. DATE 9/30/14

HOURS OPEN: M-F 9-9  Sat 9-6  Sun 9-5

CAT: II   CLASS:
CNTY: Lake

FAX NUMBER: 440-602-4051   EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Arye Lebowitz | | 03-13165 | | | |
| Anthony Rojc | | 15691 | | | |

1) OSBP + DEA licenses current + posted 2) OK
3) PDX software version 4.7.00 four terminals
for data entry and patient profile searches.
All Giant Eagle stores connected online for
Rx transfers. RPh uses unique bar code for
Rx verification - sign in each day and new
bar code issued. Daily dispensing authentication
log prints out listing all Rx's dispensed.
4) Fully enclosed barricade. Barricade inspection
just completed. 5) OK 6) Electronic alarm
backs up physical barricade. 7) RPh has
ability to access OSBP website and Ohio drug
laws and rules. 8) OK 9) OK

PINK SHEET ISSUED FOR NUMBER(S): 29

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

05/27/2011 15:46 FAX 14406024051 GIANT EAGLE PHARMACY ☑003

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 ~ TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: | | | | | | | | |
| NAME: | 02087150 | | TYPE | FED.# | | EXP. DATE | | |
| R.P.: | | | | | | | | |
| ADDR: | 2 of 3 | | HOURS OPEN | | | | | |
| | | | FAX NUMBER | | EMAIL | | | |
| CAT: | CLASS: | | | | | | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS—6MO/5X
32. REFILLS—INT/DATE
33. REFILLS—UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐     Partial ☐

a.) Store maintains 2012 Pharmacy Controlled Drugs Record Box which contains records of accountability including CII-V invoices, executed 222 forms, inventory, power of atty forms and theft / loss documents. McKesson + Anda used as wholesalers. (3.) C-II log book maintained, Inventory conducted monthly. 2.) Boxes on floor with bold labels for outdates. 23.) CII Rx's checked. Rx's properly contain prescriber DEA, quantity in alpha + numeric format 26.) 4 part filing system - 2's for C-II's, 4's for C-III-V, 10's for legend drugs. 8's for OTC meds written as a prescription.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, THE DISTRIBUTOR SHALL CORRECT ITEM(S) INDICATED AND RETURN THE PINK COPY, WITH DETAILS OF THE CORRECTIVE ACTIONS TAKEN, TO THE BOARD OFFICE WITHIN 20 DAYS FROM DATE ISSUED.

_____  1-25-12        _____  1/25/12
SIGNATURE OF PERSON IN CHARGE        DATE        SIGNATURE OF INSPECTOR        DATE

PHA-0610 (Rev.04/11)    WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

CONFIDENTIAL
GE_TL00008178

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 021087150
NAME:
R.P.:
ADDR:

3 of 3

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
| --- | --- | --- | --- | --- |

TYPE    FED. #    EXP. DATE

HOURS OPEN

FAX NUMBER    EMAIL

CAT:
CNTY:

CLASS:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

28.) Hard copy RX's initialed by person who selects medication and RPh who verifies RX. *29) Biennial inventory only includes hard copies for C-II meds. CIII-V meds are not included in the inventory conducted 5/1/2011. A complete inventory of all controlled medications must be conducted immediately and a copy included with the pink sheet written response. 32.) Only authentication to be used documenting positive ID on refill RXs

Approx 150 RX's/day, 60% new
RX # 6196057 processed today

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    7-25-12   DATE    SIGNATURE OF INSPECTOR    7/25/12   DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 56 of 738. PageID #: 531429

OCT - 8 2009

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: RTPC
DDD#: 02108 7150
NAME:
R.P.: Giant Eagle
ADDR: Tony Rojc
7960 Plaza Blvd.
Mentor, OH 44060

1 of 3

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|
| 440-602-4013 | 2:30 | P.M. | 4:00 | P.M. |

TYPE | FED. # | EXP. DATE
Retail Clerk | BG6013657 | 9/30/2011

HOURS OPEN M-F 9-9 Sat 9-6 Sun 9-5

CAT: III    CLASS: 05
CNTY: Lake

FAX NUMBER: 440-602-4051    EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Anthony Rojc | AJR | 0321 5291 | **GIANT EAGLE PHARMACY #0196**<br>**7960 PLAZA BOULEVARD**<br>**MENTOR, OH 44060**<br>**440-602-4013** | | |
| Arye Lebowitz | AXL | 13165 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☒ Conf    P ☐ ℔
10-14-09

1.) OSBP and DEA licenses current and posted.
2.) OK. 3.) PDX software version 4.6.08 4 terminals
for data entry, verification. Giant Eagle stores
connected via on line, real time system for RX
transfer and patient profile lookup. Data backup
on secure tapes in cash office changed daily
Patient profiles date back over 12 months.
Daily dispensing authentication log prints out
documenting all RXs verified that day.
4.) Fully enclosed barricade - see completed barricade
inspection report. 5.) OK 6.) Electronic barricade
backs up physical barricade. Recent theft involving
pharmacy tech. OSBP case #09-1556 properly

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____    10/1/09        _____    10/1/09
SIGNATURE OF PERSON IN CHARGE    DATE        SIGNATURE OF INSPECTOR    DATE

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801763



Highly Confidential Subject to Protective
Order

BOP_MDL2801764

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 58 of 738. PageID #: 531431

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|
| DDD#: 021087150 | | | | P.M. | | P.M. |
| NAME: | 2 of 3 | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING<br>2. I.D. CARDS<br>3. RECORD SYSTEM<br>4. BARRICADE<br>5. MIN. STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPER DISPENSING<br>12. INSUFFICIENT SUPERVISION<br>13. INVENTORY RECORDS<br>14. DRUG DESTRUCTION<br>15. ILLEGAL SALES<br>16. ILLEGAL PURCHASES<br>17. SAMPLES<br>20. IMPROPER Rx's<br>21. OUTDATED DRUGS<br>22. DRUG LABELS<br>23. Rx INFORMATION<br>24. OTC/SYRINGES<br>26. Rx FILES<br>27. Rx COPIES<br>28. Rx INT/DATE<br>29. DEA INVENTORY<br>30. PHONED C-II Rx<br>31. REFILLS-6MO/5X<br>32. REFILLS-INT/DATE<br>33. REFILLS-UA<br>37. COUNSELING<br>38. PSE SALES<br>39. OARRS<br>40. CONFIDENTIALITY<br><br>F ☐        P ☐ | reported when discovered. 7.) RPh. demonstrated ability to access Ohio Drug laws and rules on OSBP website. 8.) etc. 9.) OK 10.) DEA 222 forms properly executed upon receiving C-II order from McKesson. Limited C-II orders made - approx 2 per month. No wholesale sales being made. 21.) Shelves checked for outdates - none found. 23.) C-IV-U files checked. Rx's properly contain full name and address of patients. Phone in Rx's properly contain agent full name 26.) 3 part filing system in place 28.) Hard copy Rx's properly initialed by dispensing RPh. 29.) Last DEA biennial inventory completed 5/1/09 at |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 10/1/09 DATE | SIGNATURE OF INSPECTOR | 10/1/09 DATE |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801765

Highly Confidential Subject to Protective
Order

BOP_MDL2801766

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 02108750 | | | | | P.M. | | P.M. |
| NAME: | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: 3 of 3 | | HOURS OPEN | | | | | |
| CAT: CLASS: | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING<br>2. I.D. CARDS<br>3. RECORD SYSTEM<br>4. BARRICADE<br>5. MIN. STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPER DISPENSING<br>12. INSUFFICIENT SUPERVISION<br>13. INVENTORY RECORDS<br>14. DRUG DESTRUCTION<br>15. ILLEGAL SALES<br>16. ILLEGAL PURCHASES<br>17. SAMPLES<br>20. IMPROPER Rx's<br>21. OUTDATED DRUGS<br>22. DRUG LABELS<br>23. Rx INFORMATION<br>24. OTC/SYRINGES<br>26. Rx FILES<br>27. Rx COPIES<br>28. Rx INT/DATE<br>29. DEA INVENTORY<br>30. PHONED C-II Rx<br>31. REFILLS-6MO/5X<br>32. REFILLS-INT/DATE<br>33. REFILLS-UA<br>37. COUNSELING<br>38. PSE SALES<br>39. OARRS<br>40. CONFIDENTIALITY<br>F ☐ P ☐ | Close of business. 32.) Daily dispensing verification log signed by dispensing RPh. Log lists all Rxs filled showing positive ID for refill Rxs dispensed. 39.) RPh. signed up for OARRS during inspection - application notarized by this agent.<br><br>Approx. 125 Rxs/day 50% new<br>RX# 4017468 filled today |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 10/1/09 | SIGNATURE OF INSPECTOR | DATE 10/1/09 |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801768

# OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 10/1/09 | T.D.D.D. #: 021087150 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG6013697 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

X ___ Key in sealed envelope in safe.

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:**

___ X This is a company-owned system.
If no, leased from who? _____State Alarm_____

X ___ This is a ___ HARDWIRE / X WIRELESS / ___ BOTH system. *(check one)*

X ___ There is a functional emergency "hold up" button.

X ___ System is in operation at all times when R.Ph. is not present.

X ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
_____Audible alarm + R.Ph. called at home_____

X ___ Only pharmacists possess access code to prescription room.

___ X System was tested this date. Date system last tested? _____

___ X Slot is provided for drop-in prescriptions.

X ___ Suitable notice of operating hours to public is posted.

___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 63 of 738. PageID #: 531436

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

_____10/1/09_____
(Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

_____Agent_____
(Title)

**Comments:**

Fully enclosed barricade - 2 roll down steel gates with key locks, steel entry door. 3 total sets of keys - one for each RPh plus one floater set in lock box. 2 motion sensors - electronic alarm backs up physical barricade.

Barricade Approved.

GIANT EAGLE PHARMACY #0196
7960 PLAZA BOULEVARD
MENTOR, OH 44060
AA PLACE STORE AUTHORIZATION STAMP HERE AA
440-602-4013

PHA-0611 (Rev. 04/04)

Highly Confidential Subject to Protective Order

BOP_MDL2801770

Case: 1:17-md-02804-DAP Doc #: 3852-14 filed: 08/17/21 64 of 738 PageID #: 531437



November 4, 2015

Ohio Board of Pharmacy
77 South High Street
Room 1702
Columbus, OH 43215-6126

To Whom It May Concern:

The following is Giant Eagle's response to the citation issued following the Board of Pharmacy audit on 10/15/2015 at Giant Eagle Pharmacy #0196, TDDD # RTPC.021087150-03.

11-1: Are the pharmacists performing a prospective drug utilization review? The patient in question had been receiving prescriptions at this location for over 1 year. The 2 mg Clonazepam RX was written for a small quantity of 21 tablets from an emergency room physician. It appeared to me that this was a short-term increase in dose over the 1 mg strength that the patient was currently taking until the patient could follow up with their regular physician. Based on the patient's past dispensing history for multiple medical conditions I did not suspect a pattern of abuse. The patient's prescriptions are paid for by a third-party carrier and the claim in question did not reject for early fill of duplicate therapy. Going forward I will make a more concerted effort to more thoroughly investigate the duplicate therapy DUR alerts which are at my disposal in our current pharmacy application. I will also utilize OARRS on a more consistent and frequent basis and document not only on the hard copy of the RX, but also in the computer system, to determine if a pattern of abuse or inappropriate use of control medications is occurring.

18.1- Does the pharmacist rely solely on the dispensing software to perform the DUR for prescription dispensing? In the future, I will continue to use the dispensing software, as well as written resources such as Facts & Comparisons, insurance response, and OARRS when processing control medications or medications that could have a potential for abuse or misuse. I will also use my professional judgement and expertise and make sure that I am properly documenting these action at time of dispensing using our current dispensing software.

39-1: Does the pharmacist have access to OARRS to request reports when needed? Yes. In connection with investigating this matter, Giant Eagle confirmed that it had successfully captured all prescriptions from each retail location that were designated to be sent to the state of Ohio in compliance with their PMP reporting requirements. All records were then electronically transmitted to OARRS with the understanding that absent notification from OARRS that the transaction was rejected, it had successfully loaded into their database. In connection with this investigation regarding an unreported transaction, we discovered an issue with the program which formats the data into the ASP 4.2 format. Although fills that occurred after the initial partial fill were

reported electronically to OARRS, since they were not transmitted with the correct partial/completion designations, the data apparently failed to properly load into OARRS. The system corrections will be completed no later than November 13, 2015. Once corrections to the system are complete, all data previously submitted, but which did not properly load into OARRS will be resubmitted. This process will be completed no later than December 4, 2015.

39-2: Are the pharmacists requesting OARRS reports when appropriate? I will definitely increase efforts to utilize OARRS following the guidelines of The State Board of Pharmacy when appropriate and/or otherwise alerted to do so by our current pharmacy software.

Respectfully,

Charles J. Heppner, RPh
Giant Eagle Pharmacy #0196

Highly Confidential Subject to Protective Order

BOP_MDL2796617



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 021087150

# Giant Eagle Pharmacy 0196

## 7960 Plaza Blvd.
## Mentor, OH 44060
## Lake County

# Retail Pharmacy - Large Chain
# Category Three
# Full Inspection
# Standard Retail Pharmacy Inspection Guide

# October 15, 2015

# Written Response Required

Highly Confidential Subject to Protective Order

BOP_MDL2796695

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  66 of 738.  PageID #: 531439

# Written Response Required Details

**11) Improper Dispensings**

    1) Are the pharmacist performing a prospective Drug Utilization Review?

**18.1) DUR software**

    1) Does the pharmacist rely solely on the dispensing software to perform the DUR for prescription dispensing?

**39) OARRS**

    2) Are the pharmacists requesting OARRS reports when appropriate?

**42) Requested Records**

    1) Requested Records

Highly Confidential Subject to Protective Order

BOP_MDL2796696

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 67 of 738. PageID #: 531440



# License 021087150 - Giant Eagle Pharmacy 0196    Full

## State of Ohio Board of Pharmacy
77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** William Trey Edwards
**Start** 10/15/2015 9:59 AM
**End** 10/15/2015 12:51 PM

## Organization

**Name**
Giant Eagle Pharmacy 0196

**License Type**
Retail Pharmacy - Large Chain

**Category**
Category Three

**License Number**
021087150

**Business Type**
Large Chain Pharmacy - 12 Or More Outlets

**DEA Number**
BG6013697

**Responsible Person**
Anthony John Rojc, R.Ph.

**Hours of Operation**
M-F 9a-9p, Sat 9a-7p, Sun 9a-5p

## Contact

**Address**
7960 Plaza Blvd.
Mentor, OH 44060
Lake County

**Primary Number**

**Fax Number**
(440) 602-4051

**Website**

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
|---|---|---|---|---|---|
| Charles Heppner, R.Ph. | | Pharmacist | 03112354 | (440) 602-4013 | chuck.heppner@roadrunner.com |
| Anthony John Rojc, R.Ph. | A.J.R. | | 03215691 | | rocketrxman@yahoo.com |

**1.1) The OSBP License**

**1) Is the pharmacy TDDD license readily retrievable for inspection?**
Yes

**2) Is the Pharmacy TDDD license current and up to date?**
Yes

**3) Has the pharmacy TDDD license been signed by the Responsible Pharmacist?**
Yes

**4) Have any changes in the pharmacy's ownership, business name, category, or address occurred without notification to the Board of Pharmacy?**
No

**1.2) The Responsible Person**

**1) Is there a current Responsible Person for the TDDD license?**
Yes

**1.3) The DEA Certificate**

**1) Is the pharmacy's DEA certificate current?**
Yes

**2) Is the pharmacy's DEA certificate posted for inspection?**
Yes

**2.1) RPh Wall Certificates**

**1) Are the pharmacists OSBP wall certificates posted within the pharmacy?**
Yes

Printed: 10/15/2015 12:54 PM

Highly Confidential Subject to Protective Order

BOP_MDL2796697

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 68 of 738. PageID #: 531441

**2.2) ID Cards**

**1) Have all pharmacists and Pharmacy Interns signed their Board of Pharmacy wallet license?**

Yes

**2) Are the pharmacists or pharmacy Interns practicing pharmacy without having their ID card on their person?**

No

**2.3) Unlicensed Practice Issues**

**1) Has the practice of pharmacy been performed by any lapsed or unlicensed individual?**

No

**3.1) Record Availability**

**1) Can the pharmacy produce a detailed patient profile for the past 12 months immediately upon request?**

Yes

<u>Observation</u>
Profile obtained for patient in case 2015-1729.

**2) Can the pharmacy produce three (3) years of dispensing records within three (3) business days?**

Yes

**3.3.1) Basic Questions Pertaining To The ARKS**

**1) What is the name of the Alternative Record Keeping System (ARKS) being used by the pharmacy?**

<u>Observation</u>
EPS - Enterprise Pharmacy System

**2) What is the operating system for the ARKS?**

Windows

<u>Observation</u>
Windows

**3) Is the ARKS pharmacy owned, or provided by a third-party vendor?**

Third-party vendor

**4) What is the current version of the ARKS?**

<u>Observation</u>
02.06.01.011

**3.3.2) Purged ARKS Data**

**3) Does the pharmacy backup its ARKS?**

Yes

**3.3.3) Stand Alone ARKS**

**1) Is the ARKS a "Stand Alone" system maintained at the licensed pharmacy?**

No

**2) How many total ARKS dispensing terminals are there?**

5

<u>Observation</u>
5 terminals

**3) Are there any ARKS dispensing terminals outside the pharmacy barricade?**

No

**4) Can access to dispensing data, and/or dispensing functions, be made from any location outside the pharmacy barricade?**

No

Highly Confidential Subject to Protective Order

BOP_MDL2796698

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed:  08/17/21  69 of 738.  PageID #: 531442

### 3.3.4) Shared ARKS

**1) Is the shared ARKS "a real time online system", and used for the review and transfer of dispensing data?**

Yes

<u>Observation</u>

Yes

**2) Does the pharmacy's real time online ARKS prevent a patient from receiving more dispensings than authorized by the original prescription?**

Yes

### 3.3.5) ARKS Downtime

**1) In the event that the ARKS experiences "downtime", is the pharmacy's dispensing process compliant with 4729-5-27(K)?**

Yes

### 3.3.6) ARKS Record Accuracy

**1) Are required records of accountability being kept complete and accurate in the ARKS?**

Yes

### 3.3.7) True Edit Trails

**1) Can dispensing data be permanently removed (deleted) from the ARKS?**

No

<u>Observation</u>

It is not possible to permanently remove (delete) dispensing data from the ARKS.

**2) Does the pharmacy's ARKS maintain a "True Edit Trail" of changes made to all required dispensing data?**

Yes

<u>Observation</u>

The pharmacy's ARKS maintains a "True Edit Trail" of changes made to all required dispensing data.

**3) Can deleted or edited dispensing data be retrieved for inspection by the OSBP?**

Yes

<u>Observation</u>

Deleted or edited dispensing data can be retrieved for inspection by the OSBP.

### 3.3.8) ARKS Security

**1) Does the ARKS control the level of access based on duties (Technician vs. Pharmacist)?**

Yes

<u>Observation</u>

The ARKS controls access levels based on pharmacy duties (Technician vs. Pharmacist).

**2) Are on-duty pharmacists controlling and supervising ARKS access and use?**

Yes

<u>Observation</u>

The on-duty pharmacists are controlling and supervising the ARKS access and use.

**3) When logging into the ARKS, what is the security access to dispensing functions?**

Username & Password

Fingerprint

### 3.4) Traditional Paper Positive Identification

**1) What is the method of positive ID, for the act of dispensing?**

Manually initialing (or signing), and dating, original Rx's?

Manually signing and dating a daily computerized printout containing refill dispensing data?

### 3.5) ePositive Identification

**1) Is a paperless positive ID system being used that has not been made approvable by the Board of Pharmacy?**

No

Highly Confidential Subject to Protective Order

BOP_MDL2796699

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  70 of 738.  PageID #: 531443

### 3.6) Other Areas Requiring Positive ID

**1) Is there positive ID for the practice of pharmacy at data entry?**

Yes

**2) Is there positive ID of the practice of pharmacy for DUR?**

Yes

**3) Is there positive ID for the act of dispensing?**

Yes

**5) Is there positive ID of the Pharmacist or Intern who administered an adult immunization?**

Yes

### 5) Minimum Standards

**1) Is the phone number for poison control readily accessible in the pharmacy?**

Yes

**2) Does the pharmacy have the proper equipment to conduct the practice of pharmacy?**

Yes

**3) Does the pharmacy have enough drug stock fill most prescription requests?**

Yes

**4) Does the pharmacy have the containers necessary to dispense a variety of medication types and sizes?**

Yes

**5) Is there adequate space and fixtures within the pharmacy barricade to effectively operate a retail pharmacy?**

Yes

**6) Are the pharmacy operating hours posted in plain view for the public to see?**

Yes

**7) Is there evidence to indicate a problem with staffing levels?**

No

**8) Are the pharmacy employees wearing name tags with their job title?**

Yes

### 6) Security

**1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?**

Yes

**2) Are all of the pharmacy's drug stocks kept within the pharmacy barricade?**

Yes

**5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?**

No

**6) Drug Theft or Loss Statement**

Observation

Any theft or significant loss of drugs must be reported, by telephone, to the Board of Pharmacy and local law enforcement immediately upon discovery. If a controlled substance the DEA must be notified as well using a DEA-106 form.

### 7) Library

**1) Does the pharmacy have an up to date "Drug Laws of Ohio" book, or an online resource to access the required information?**

Yes

**2) Does the pharmacist have access to the paper/electronic references necessary to appropriately practice pharmacy?**

Yes

### 8) Cleanliness

**1) Is the pharmacy clean and well lit?**

Yes

### 9) Refrigeration

**1) Are all pharmacy refrigerators and/or freezers is good working order with an adequate system in place to ensure that the medications stored within are stored at appropriate temperatures?**

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796700

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 71 of 738. PageID #: 531444

**10.1) Drug Ordering Procedeures**

**1) Is the pharmacy using paper DEA-222 order forms, or are they using an electronic DEA-222 ordering system being used?**

Electronic DEA-222 ordering system is being used.

<u>Observation</u>
Began using e222's in May 2015.

**10.3) Electronic C-II drug order receipt**

**1) When using an electronic drug ordering system, is the pharmacy creating a record of receipt that is electronically linked to the original order?**

Yes

**10.4) Wholesale information**

**1) Who are the wholesale drug distributors utilized by this pharmacy?**

<u>Observation</u>
McKesson is the primary wholesaler and Anda is used occasionally.

Highly Confidential Subject to Protective Order

BOP_MDL2796701

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  72 of 738.  PageID #: 531445

**11) Improper Dispensings**

* **1) Are the pharmacist performing a prospective Drug Utilization Review? Written Response Required**

No

Observation

Rx# 4031657 was filled on 9/25/2015 for clonazepam 2mg #21. The prescription was filled for the total quantity of 21 tablets using two different NDC's. The patient had previously filled a prescription (Rx# 4031577) for clonazepam 1mg #90 on 9/3/2015. This prescription was still current and active at the time Rx# 4031657 was filled. The pharmacist received a DUR warning for therapeutic duplication and completed a DUR override without taking any documented steps to resolve the issue. Neither of the prescribers were called, an OARRS report was not run and there is no documentation that the patient was counseled about taking an increased dose of the medication.

Corrective Action

**(OAC 4729-5-20)**

(A) Prior to dispensing any prescription, a pharmacist shall review the patient profile for the purpose of identifying:

(1) Over-utilization or under-utilization;

(2) Therapeutic duplication;

(3) Drug-disease state contraindications;

(4) Drug-drug interactions;

(5) Incorrect drug dosage;

(6) Drug-allergy interactions;

(7) Abuse/misuse;

(8) Inappropriate duration of drug treatment;

(9) Food-nutritional supplements-drug interactions.

(B) Upon recognizing any of the above, a pharmacist, using professional judgment, shall take appropriate steps to avoid or resolve the potential problem. These steps may include requesting and reviewing an OARRS report or another state's report if applicable and available, and/or consulting with the prescriber and/or counseling the patient.

(C) Prospective drug utilization review shall be performed using predetermined standards consistent with, but not limited to, any of the following:

(1) Peer-reviewed medical literature (that is, scientific, medical, and pharmaceutical publications in which original manuscripts are rejected or published only after having been critically reviewed by unbiased independent experts);

(2) American hospital formulary service drug information;

(3) United States pharmacopoeia drug information;

(4) American medical association evaluations.

(D) Prior to dispensing a prescription, at a minimum, a pharmacist shall request and review an OARRS report covering at least a one year time period and/or another state's report, where applicable and available, if a pharmacist becomes aware of a person currently:

(1) Receiving reported drugs from multiple prescribers;

(4) Requesting the dispensing of reported drugs from a prescription issued by a prescriber with whom the pharmacist is unfamiliar (i.e. prescriber is located out-of-state or prescriber is outside the usual pharmacy geographic prescriber care area); or.

(3) Abusing or misusing reported drugs (i.e. over-utilization, early refills, appears overly sedated or intoxicated upon presenting a prescription for a reported drug, or an unfamiliar patient requesting a reported drug by specific name, street name, color, or identifying marks);

(2) Receiving reported drugs for more than twelve consecutive weeks;

**2) Is the pharmacy using the correct NDC number when dispensing drugs?**

Yes

**12) Insufficient Supervision**

**1) Is there pharmacist supervision of the dangerous drugs and other pharmacy employees at all times while the pharmacy is open and operating?**

Yes

**2) Are only pharmacists performing tasks requiring professional judgment?**

Yes

**13) Inventory Records**

**1) Are all records and invoices pertaining to the pharmacy's drug stock on hand for review?**

Yes

**2) Does the pharmacy keep a perpetual C-II drug inventory?**

Yes, the pharmacy keeps a perpetual C-II drug inventory and it appears to be accurate.

Highly Confidential Subject to Protective Order

BOP_MDL2796702

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  73 of 738.  PageID #: 531446

**16) Illegal Purchases**

   **1) Verify Licenses of Distributors/Wholesalers**

     Yes

**17) Samples**

   **1) Is there any evidence of prescription drug samples in the pharmacy?**

     No

     <u>Observation</u>
     No prescription drug samples found.

**18.1) DUR software**

   \* **1) Does the pharmacist rely solely on the dispensing software to perform the DUR for prescription dispensing? Written Response Required**

     Yes

     <u>Observation</u>
     R.Ph. who filled Rx# 4031657 stated he relied on the insurance billing function on the computer to determine if the prescription was ok to fill. When the insurance denied the claim to process, he overrode the software DUR. When a DUR warning appears, i.e. therapeutic duplication, the R.Ph. must take appropriate steps to resolve the DUR issue, if necessary, such as contacting the provider, running an OARRS report or counseling the patient.

     <u>Corrective Action</u>
     **(OAC 4729-5-20)**
     (A) Prior to dispensing any prescription, a pharmacist shall review the patient profile for the purpose of identifying:
     (1) Over-utilization or under-utilization;
     (2) Therapeutic duplication;
     (3) Drug-disease state contraindications;
     (4) Drug-drug interactions;
     (5) Incorrect drug dosage;
     (6) Drug-allergy interactions;
     (7) Abuse/misuse;
     (8) Inappropriate duration of drug treatment;
     (9) Food-nutritional supplements-drug interactions.
     (B) Upon recognizing any of the above, a pharmacist, using professional judgment, shall take appropriate steps to avoid or resolve the potential problem. These steps may include requesting and reviewing an OARRS report or another state's report if applicable and available, and/or consulting with the prescriber and/or counseling the patient.
     (C) Prospective drug utilization review shall be performed using predetermined standards consistent with, but not limited to, any of the following:
     (1) Peer-reviewed medical literature (that is, scientific, medical, and pharmaceutical publications in which original manuscripts are rejected or published only after having been critically reviewed by unbiased independent experts);
     (2) American hospital formulary service drug information;
     (3) United States pharmacopoeia drug information;
     (4) American medical association evaluations.
     (D) Prior to dispensing a prescription, at a minimum, a pharmacist shall request and review an OARRS report covering at least a one year time period and/or another state's report, where applicable and available, if a pharmacist becomes aware of a person currently:
     (1) Receiving reported drugs from multiple prescribers;
     (4) Requesting the dispensing of reported drugs from a prescription issued by a prescriber with whom the pharmacist is unfamiliar (i.e. prescriber is located out-of-state or prescriber is outside the usual pharmacy geographic prescriber care area); or.
     (3) Abusing or misusing reported drugs (i.e. over-utilization, early refills, appears overly sedated or intoxicated upon presenting a prescription for a reported drug, or an unfamiliar patient requesting a reported drug by specific name, street name, color, or identifying marks);
     (2) Receiving reported drugs for more than twelve consecutive weeks;

**19) Errors in Dispensing**

   **1) How are dispensing errors being documented by the pharmacy?**

     Errors are documented as an electronic report? (Document observations)

**20) Improper Rx's**

   **1) Are the prescriptions on file written in compliance with 4729-5-30?**

     Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796703

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 74 of 738. PageID #: 531447

**26) Prescription Files**

    **1) Are the prescriptions dispensed by the pharmacy being filed in three separate files?**

      Yes

    **2) Are the prescription files in good order and are prescriptions being filed in a timely manner?**

      Yes

**28) Rx's Initialed & Dated**

    **1) Are pharmacists initialing and dating prescriptions when required?**

      Yes

**29) Annual Drug Inventory**

    **1) Has an annual drug inventory been completed within the specified time period?**

      Yes

      <u>Observation</u>

      Effective January 1, 2015, Ohio Administrative Code Rule 4729-9-14 requires each prescriber or
      terminal distributor of dangerous drugs to take inventory of all stocks of controlled substances
      on hand every year following the date on which the initial inventory is taken. This is a change
      from the previous version of the rule that required a controlled substance inventory every two
      years.
      Last inventory completed 5/1/2015 before business open by Anthony Rojc, R.Ph.

**32) Refills (Initialed & Dated)**

    **1) Are the pharmacist signing the daily printouts? This also includes initialling bound refill logs.**

      Yes

**37) Counseling**

    **1) Is Patient counseling being offered with every prescription?**

      Yes

**39) OARRS**

    **1) Does the pharmacist have access to OARRS to request reports when needed?**

      Yes

   * **2) Are the pharmacists requesting OARRS reports when appropriate? Written Response Required**

      No

      <u>Observation</u>

      The patient associated with case 2015-1729 started filling prescriptions for controlled substances at this pharmacy on
      8/1/2015. Since that time the patient has filled ten prescriptions from five different prescribers for controlled substances.
      There is no record of anyone at this pharmacy ever running an OARRS report on him.
      A search of the OARRS database indicates that R.Ph. Heppner has not run a single OARRS report since July 24, 2015. R.Ph.
      Rojc has only run two reports during that time. The pharmacy has filled hundreds of prescriptions for controlled substances
      during that time.

      <u>Corrective Action</u>
      **(OAC 4729-5-20)**
      (D) Prior to dispensing a prescription, at a minimum, a pharmacist shall request and review an OARRS report covering at least
      a one year time period and/or another state's report, where applicable and available, if a pharmacist becomes aware of a
      person currently:
      (1) Receiving reported drugs from multiple prescribers;
      (2) Receiving reported drugs for more than twelve consecutive weeks;
      (3) Abusing or misusing reported drugs (i.e. over-utilization, early refills, appears overly sedated or intoxicated upon
      presenting a prescription for a reported drug, or an unfamiliar patient requesting a reported drug by specific name, street
      name, color, or identifying marks);
      (4) Requesting the dispensing of reported drugs from a prescription issued by a prescriber with whom the pharmacist is
      unfamiliar (i.e. prescriber is located out-of-state or prescriber is outside the usual pharmacy geographic prescriber care area);
      or.
      (5) Presenting a prescription for reported drugs when the patient resides outside the usual pharmacy geographic patient
      population.After obtaining an initial OARRS report on a patient, a pharmacist shall use professional judgment based on
      prevailing standards of practice in deciding the frequency of requesting and reviewing further OARRS reports and/or other
      states' reports for that patient.In the rare event a report is not immediately available, the pharmacist shall use professional
      judgment in determining whether it is appropriate and in the patient's best interest to dispense the prescription prior to
      receiving and reviewing a report.

Highly Confidential Subject to Protective
Order

BOP_MDL2796704

### 42) Requested Records

* **1) Requested Records Written Response Required**

<u>Observation</u>
**(OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**
(G) All computerized record keeping systems must be capable of providing immediate retrieval (via CRT display and hard copy printout or other mutually agreeable transfer medium) of patient profile information for all prescriptions filled within the previous twelve months and retrieval within three working days, excluding weekends and holidays, of all prescriptions dispensed within the previous three years. This information shall include at least, but is not limited to, the following data: The below listed original prescriptions were removed from the pharmacy related to case 2015-1729. A hand written receipt was left with R.Ph. Heppner for each prescription.
Rx# 4031456
Rx# 4031476
Rx# 4031477
Rx# 2009861
Rx# 4031576
Rx# 4031577
Rx# 4031657
Rx# 4031696

<u>Corrective Action</u>
The pharmacy must produce, within three (3) business days (in a mutually acceptable format), any records of accountability or dispensing, to the Board of Pharmacy upon request.
*Please provide dispensing data for all controlled substances filled at this pharmacy between 8/1/2015-10/14/2015. This information can be emailed to Agent Edwards at trey.edwards@pharmacy.ohio.gov

### 44) Inspection Affirmation

**1) Inspection Affirmation**

<u>Observation</u>
As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 20 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required.

## Summary

**Written Response Required**

The Organization shall correct items and return a written response, with details on the corrective action(s) taken, to the board office within 20 days from date issued.

Reviewed by Charles Heppner, R.Ph.

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796705



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 021087150

# Giant Eagle Pharmacy 0196

7960 Plaza Blvd.
Mentor, OH 44060
Lake County

# Retail Pharmacy - Large Chain
# Category Three
# Partial Inspection
# Standard Retail Pharmacy Inspection Guide

# October 15, 2015

# Written Response Required

Highly Confidential Subject to Protective
Order

BOP_MDL2796739

# Written Response Required Details

**39) OARRS**

    1) Does the pharmacist have access to OARRS to request reports when needed?

Highly Confidential Subject to Protective Order

BOP_MDL2796740

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 78 of 738. PageID #: 531451



# License 021087150 - Giant Eagle Pharmacy 0196

Partial

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** William Trey Edwards
**Start** 10/15/2015 1:38 PM
**End** 10/15/2015 2:03 PM

## Organization

**Name**
Giant Eagle Pharmacy 0196

**License Type**
Retail Pharmacy - Large Chain

**Category**
Category Three

**License Number**
021087150

**Business Type**
Large Chain Pharmacy - 12 Or More Outlets

**DEA Number**
BG6013697

**Responsible Person**
Anthony John Rojc, R.Ph.

**Hours of Operation**
M-F 9a-9p, Sat 9a-7p, Sun 9a-5p

## Contact

**Address**
7960 Plaza Blvd.
Mentor, OH 44060
Lake County

**Primary Number**
(440) 602-4013

**Fax Number**
(440) 602-4051

**Website**

## Personnel

| Name | Initials | Position | I.D. No. | Phone | Email |
|------|----------|----------|----------|-------|-------|
| Charles Heppner, R.Ph. | | Pharmacist | 03112354 | (440) 602-4013 | chuck.heppner@roadrunner.com |
| Anthony John Rojc, R.Ph. | A.J.R. | | 03215691 | | rocketrxman@yahoo.com |

Highly Confidential Subject to Protective Order

BOP_MDL2796741

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 79 of 738. PageID #: 531452

### 39) OARRS

**\* 1) Does the pharmacist have access to OARRS to request reports when needed? Written Response Required**

Yes

<u>Observation</u>

This issue is an addendum to the Full Inspection completed earlier this date.
Regarding Rx# 4031657, this prescription was filled using two separate NDC numbers. Eleven (11) tablets were filled under NDC 00603295021 and ten (10) tablets were filled under NDC 00228300511. Only the quantity of ten (10) tablets was reported to the OARRS database. The other quantity of eleven (11) appears on the daily printout as well as on the patient profile, however it was not properly reported to OARRS.

<u>Corrective Action</u>

Giant Eagle must correct their software to ensure that individual prescriptions filled with multiple NDC numbers are properly reported to the OARRS database. See OAC 4729-37-04 below:

4729-37-04 Information required for submission.

(A) Pharmacies pursuant to paragraphs (A) and (B) of rule 4729-37-03 of the Administrative Code that dispense drugs identified in rule 4729-37-02 of the Administrative Code to outpatients residing in this state must report the following dispensing information to the board of pharmacy:

(1) Pharmacy drug enforcement administration registration number. If not applicable, another mutually acceptable identifier;
(2) Pharmacy name;
(3) Pharmacy address;
(4) Pharmacy telephone number;
(5) Patient full name;
(6) Patient residential address;
(7) Patient telephone number;
(8) Patient date of birth;
(9) Patient gender;
(10) Prescriber's full name (first name and last name)
(11) Prescriber's drug enforcement administration registration number. If not applicable, another mutually acceptable identifier;
(12) Date prescription was issued by the prescriber;
(13) Date the prescription was dispensed by the pharmacy;
(14) Indication of whether the prescription dispensed is new or a refill;
(15) Number of the refill being dispensed;
(16) National drug code of the actual drug dispensed;
(17) Quantity of drug dispensed;
(18) Number of days' supply of drug dispensed;
(19) Serial or prescription number assigned to the prescription order;
(20) Source of payment for the prescription that indicates one of the following: private pay (cash), medicaid, medicare, commercial insurance, or workers' compensation ;
(21) Pharmacy national provider identification (NPI) number; and
(22) Prescriber's national provider identification (NPI) number, unless the prescriber is a licensed veterinarian as defined in section 4741.01 of the Revised Code.

(B) Prescribers pursuant to paragraph (E) of rule 4729-37-03 of the Administrative Code that personally furnish drugs identified in rule 4729-37-02 of the Administrative Code to outpatients must report the following dispensing information to the board of pharmacy:

(1) Prescriber drug enforcement administration registration number. If not applicable, another mutually acceptable identifier;
(2) Prescriber full name (first and last name);
(3) Prescriber address;
(4) Prescriber telephone number;
(5) Patient full name;
(6) Patient residential address;
(7) Patient telephone number;
(8) Patient date of birth;
(9) Patient gender;
(10) Date the drug was personally furnished by the prescriber;
(11) National drug code of the actual drug dispensed;
(12) Quantity of drug dispensed;
(13) Number of days' supply of drug dispensed; and
(14) Source of payment for the prescription that indicates one of the following: private pay (cash), medicaid, medicare, commercial insurance, or workers' compensation.

Highly Confidential Subject to Protective Order

BOP_MDL2796742

### Summary

**Written Response Required**

The Organization shall correct items and return a written response, with details on the corrective action(s) taken, to the board office within 20 days from date issued.

**Reviewed by** Charles Heppner, R.Ph.

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796743



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 021087150

# Giant Eagle Pharmacy #0196

7960 Plaza Blvd.
Mentor, OH 44060
Lake County

# Terminal - Pharmacy - Category 3

# Retail Pharmacy Inspection

# April 9, 2019

Highly Confidential Subject to Protective
Order

BOP_MDL2796349

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 82 of 738. PageID #: 531455



# License 021087150 - Giant Eagle Pharmacy #0196   Full

## State of Ohio Board of Pharmacy
77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Kimberly Hollingshead
**Start** 4/9/2019 1:27 PM
**End** 4/9/2019 2:14 PM

## Organization

| | | |
|---|---|---|
| **Name** | **License Type** | **Category** |
| Giant Eagle Pharmacy #0196 | Terminal - Pharmacy - Category 3 | |
| **License Number** | **Business Type** | **DEA Number** |
| 021087150 | IL - Large Chain Retail (12+ Outlets) | BG6013697 |
| **Responsible Person** | **Hours of Operation** | |
| Hilary Markowski | Mon-Fri: 9a-9p; Sat: 9a-7p; Sun: 9a-5p | |

## Contact

| | | | |
|---|---|---|---|
| **Address** | **Primary Number** | **Fax Number** | **Website** |
| 7960 Plaza Blvd. | (440) 602-4013 | (440) 602-4051 | |
| Mentor, OH 44060 | | | |
| Lake County | | | |

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
|---|---|---|---|---|---|
| Hilary Markowski | | Pharmacist | 03225388 | | |

### 1.1) SOBP License

#### 1) Is the pharmacy TDDD license readily retrievable for inspection?
Yes

Observation
This is a partial inspection of approve a new pharmacy location for Giant Eagle #0196. The store is moving into a new location at 8383 Tyler Blvd, Mentor, OH 44060. The store number will change from #0196 to #1282 with the move as well. The pharmacy is scheduled to move to the new location: May 9, 2019. Pharmacy will be closing at 3pm on the day of the move and will reopen at the new location at 9am the next morning.
When move officially occurs the official information will be:
Giant Eagle Pharmacy #1282
8383 Tyler Blvd
Mentor, OH 44060
Responsible Person: Hilary Markowski, PharmD
When pharmacy receives last shipment of medications and last dispensing of medication at current location, notify board of pharmacy that they pharmacy is officially moving to new location.

#### 2) Is the Pharmacy TDDD license current and up to date?
Yes

### 1.2) Responsible Person

#### 1) Is there a current Responsible Person for the TDDD license?
Yes

#### 2) Have changes in the pharmacy's "Responsible Person" been properly reported to the SOBP?
Yes

Observation
The pharmacy will have a change of responsible person effective the same day as the move. On the date of move the responsible person will change to Hilary Markowski, PharmD.
A change of responsible person will need to be filed for the change of responsible person:
pharmacy.ohio.gov> Licensing/CE > Terminal Distributor> Forms> General > Change of Responsible Person Form

Highly Confidential Subject to Protective Order

BOP_MDL2796350

**1.3) DEA Certificate**

**1) Is the pharmacy's DEA certificate current?**

Yes

<u>Observation</u>

DEA license is at the current location. DEA registration will be moved to the new location.

**3.1) Physical Barricade**

**1) Does the pharmacy have a fully enclosed barricade or an open air barricade?**

Fully Enclosed Barricade

<u>Observation</u>

Pharmacy is fully enclosed with one large window on the front face. There is a 2 lane drive thru window (the far lane has a tube system and will be used for drop-off of prescriptions only.) There is a consultation room that is not attached to the pharmacy that has one entry door on the front face. The consultation room will be used for MTM and vaccination.

**2) Are adequate locks provided for the pharmacy barricade?**

Yes

**3) Are all of the keys (except for floater keys) to the pharmacy barricade under pharmacist control?**

Yes

**4) If the pharmacy has the "floater" keys, are they secure and tamper evident?**

Yes

**5) Does the Responsible Pharmacist routinely check the floater key to ensure continual security and tamper evidence?**

Yes

**6) When in use, does the pharmacy barricade secure all items requiring pharmacist supervision?**

Yes

**7) When the barricade is in use can the pharmacy be entered without making obvious damage to the barricade?**

No

**8) Was the barricade, or changes to the barricade, put into use before receiving Board of Pharmacy approval?**

No

**9) When the pharmacy is closed, do any non-pharmacist personnel have access to any items. products, or equipment stored within the pharmacy barricade?**

No

**10) Does the pharmacy have a "drop box" where new prescription and/or refill prescription orders can be deposited  when no pharmacist is present?**

No

Highly Confidential Subject to Protective Order

BOP_MDL2796351

Case: 1:17-md-02804-DAP   Doc #: 3862-14   Filed: 08/17/21   84 of 738.   PageID #: 531457

### 3.2) Electronic Barricade

**1) Was the pharmacy alarm tested during this inspection?**

Yes

Observation

Alarm was tested during inspection and detected entry into the pharmacy immediately

**2) Who owns the pharmacy alarm system?**

The Pharmacy

**3) Who monitors the pharmacy alarm and what is their phone number?**

Observation

State Alarm

**4) Does anyone other than a pharmacist have the code or the key to the alarm system?**

No

**5) Does each pharmacist have their own individualized alarm code?**

Yes

**6) Who assigns and/or deactivates the alarm codes when necessary?**

Observation

Giant Eagle Loss Prevention

**7) Do the alarm codes get changed every so many days or do they always stay the same?**

Observation

Codes stay the same

**8) Is the alarm a hard wired alarm, wireless, or both?**

Hard wired into the pharmacy.

**9) Does the alarm detect entry into the pharmacy?**

Yes

**10) Can the alarm system be bypassed when in use?**

No

**11) Does the pharmacy have documentation on alarm testing?**

Yes

Observation

Alarm was tested this day April 9, 2019.

## 5) *Security*

**3) Are all records of accountability that are stored outside of the pharmacy barricade but within the same physical location secure and tamper evident?**

No

Observation

Pharmacy does not yet have a defined area for storage outside the pharmacy barricade

## 28) *Annual Drug Inventory*

**1) Has an annual drug inventory been completed within the specified time period?**

Yes

Observation

An complete inventory will take place on official date of move by the previous responsible person and new responsible person. This inventory will act as the closing inventory of the previous store and opening inventory of new store, as well as, the change of responsible person inventory. This will also count as the Annual Controlled Drug Inventory for 2019.

Highly Confidential Subject to Protective Order

BOP_MDL2796352

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 85 of 738. PageID #: 531458

### 41) Points of Emphasis

**1) The below listed items are some select points to remember while overseeing and conducting the practice of pharmacy.**

<u>Observation</u>
1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

### 45) Inspection Affirmation

**1) Inspection Affirmation**

<u>Observation</u>
As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent/Inspector, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 30 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required. Responses can be emailed (with a copy of the inspection report) to writtenresponse@pharmacy.ohio.gov or they may be mailed to 77 South High Street, 17th Floor, Columbus, Ohio 43215.

## Summary

*No Issue Found*

**Reviewed by** Hilary Markowski     *Hilary Markowski*

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796353



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 021087150

# Giant Eagle Pharmacy #0196

7960 Plaza Blvd.
Mentor, OH 44060
Lake County

# Retail Pharmacy-Large Chain
# Category Three
# Retail Pharmacy Inspection

# January 30, 2017

# Written Response Required

Highly Confidential Subject to Protective
Order

BOP_MDL2796317

# Written Response Required Details

**40) Confidentiality**

    1) Are there any known issues pertaining to patient confidentiality?

Highly Confidential Subject to Protective Order

BOP_MDL2796318

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 88 of 738. PageID #: 531461



# License 021087150 - Giant Eagle Pharmacy #0196    Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Katie Stabi, R.Ph.
**Start** 1/30/2017 2:30 PM
**End** 1/30/2017 3:45 PM

## Organization

**Name**
Giant Eagle Pharmacy #0196

**License Type**
Retail Pharmacy-Large Chain

**Category**
Category Three

**License Number**
021087150

**Business Type**
Large Chain Pharmacy - 12 or More Outlets

**DEA Number**
BG6013697

**Responsible Person**
Anthony John Rojc, RPH

**Hours of Operation**
M-F 9-9, Sat 9-6, Sun 9-5

## Contact

**Address**
7960 Plaza Blvd.
Mentor, OH 44060
Lake County

**Primary Number**
(440) 602-4013

**Fax Number**
(440) 602-4051

**Website**

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
|---|---|---|---|---|---|
| Anthony John Rojc, RPH | | | 03215691 | (440) 974-8967 | rocketrxman@yahoo.com |

**1.1) The OSBP License**

    **1) Is the pharmacy TDDD license readily retrievable for inspection?**

    Yes

    **2) Is the Pharmacy TDDD license current and up to date?**

    Yes

    **3) Has the pharmacy TDDD license been signed by the Responsible Pharmacist?**

    Yes

    **4) Have any changes in the pharmacy's ownership, business name, category, or address occurred without notification to the Board of Pharmacy?**

    No

**1.2) The Responsible Person**

    **1) Is there a current Responsible Person for the TDDD license?**

    Yes

**1.3) The DEA Certificate**

    **1) Is the pharmacy's DEA certificate current?**

    Yes

    Observation
    BG6013697 Exp 9/30/17

    **2) Is the pharmacy's DEA certificate posted for inspection?**

    Yes

**2.1) RPh Wall Certificates**

    **1) Are the pharmacists OSBP wall certificates posted within the pharmacy?**

    Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796319

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 89 of 738. PageID #: 531462

### 3.1) Record Availability

**1) Can the pharmacy produce a detailed patient profile for the past 12 months immediately upon request?**

Yes

**2) Can the pharmacy produce three (3) years of dispensing records within three (3) business days?**

Yes

### 3.3.1) Basic Questions Pertaining To The ARKS

**1) What is the name of the Alternative Record Keeping System (ARKS) being used by the pharmacy?**

<u>Observation</u>
Enterprise Pharmacy System (EPS)/PDX

**3) Is the ARKS pharmacy owned, or provided by a third-party vendor?**

Third-party vendor

### 3.3.6) ARKS Record Accuracy

**1) Are required records of accountability being kept complete and accurate in the ARKS?**

Yes

### 3.4) Traditional Paper Positive Identification

**1) What is the method of positive ID, for the act of dispensing?**

The Pharmacy uses a paperless process that was made approvable by the OSBP.

<u>Observation</u>
Observed pharmacy positive ID process is electronic with biometric ID at data entry, DUR, product verification, and counseling.

### 3.5) ePositive Identification

**1) Is a paperless positive ID system being used that has not been made approvable by the Board of Pharmacy?**

No

### 3.6) Other Areas Requiring Positive ID

**1) Is there positive ID for the practice of pharmacy at data entry?**

Yes

**2) Is there positive ID of the practice of pharmacy for DUR?**

Yes

**3) Is there positive ID for the act of dispensing?**

Yes

**4) Is there positive ID for patient counseling?**

Yes

**5) Is there positive ID of the Pharmacist or Intern who administered an adult immunization?**

Yes

<u>Observation</u>
Discussed immunization process and protocol. Positive ID is done by wet ink signature.

Highly Confidential Subject to Protective Order

BOP_MDL2796320

Case: 1:17-md-02804-DAP   Doc #: 3862-14   Filed: 08/17/21   90 of 738.   PageID #: 531463

**5) Minimum Standards**

  **1) Is the phone number for poison control readily accessible in the pharmacy?**

    Yes

  **2) Does the pharmacy have the proper equipment to conduct the practice of pharmacy?**

    Yes

  **3) Does the pharmacy have enough drug stock fill most prescription requests?**

    Yes

  **4) Does the pharmacy have the containers necessary to dispense a variety of medication types and sizes?**

    Yes

  **5) Is there adequate space and fixtures within the pharmacy barricade to effectively operate a retail pharmacy?**

    Yes

  **6) Are the pharmacy operating hours posted in plain view for the public to see?**

    Yes

  **7) Is there evidence to indicate a problem with staffing levels?**

    No

  **8) Are the pharmacy employees wearing name tags with their job title?**

    Yes

**6) Security**

  **1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?**

    Yes

  **2) Are all of the pharmacy's drug stocks kept within the pharmacy barricade?**

    Yes

  **5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?**

    No

  **6) Drug Theft or Loss Statement**

    <u>Observation</u>

    Any theft or significant loss of drugs must be reported, by telephone, to the Board of Pharmacy and local law enforcement immediately upon discovery. If a controlled substance the DEA must be notified as well using a DEA-106 form.

**7) Library**

  **1) Does the pharmacy have an up to date "Drug Laws of Ohio" book, or an online resource to access the required information?**

    Yes

  **2) Does the pharmacist have access to the paper/electronic references necessary to appropriately practice pharmacy?**

    Yes

    <u>Observation</u>

    Discussed electronic access to Facts and Comparisons and Ohio Drug Laws

**8) Cleanliness**

  **1) Is the pharmacy clean and well lit?**

    Yes

**9) Refrigeration**

  **1) Are all pharmacy refrigerators and/or freezers in good working order with an adequate system in place to ensure that the medications stored within are stored at appropriate temperatures?**

    Yes

    <u>Observation</u>

    Observed refrigerator with drugs only and thermometer. Refrigerator is checked twice a day. All data is logged electronically and maintained at Giant Eagle Corporate.

Highly Confidential Subject to Protective Order

BOP_MDL2796321

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  91 of 738.  PageID #: 531464

**10.1) Drug Ordering Procedeures**

> **1) Is the pharmacy using paper DEA-222 order forms, or are they using an electronic DEA-222 ordering system being used?**
>
> Electronic DEA-222 ordering system is being used.
>
> <u>Observation</u>
> Discussed both RPh have power of attorney to order.

**10.4) Wholesale information**

> **1) Who are the wholesale drug distributors utilized by this pharmacy?**
>
> <u>Observation</u>
> McKesson and Anda

**13) Inventory Records**

> **2) Does the pharmacy keep a perpetual C-II drug inventory?**
>
> Yes, the pharmacy keeps a perpetual C-II drug inventory and it appears to be accurate.
>
> <u>Observation</u>
> Discussed a monthly inventory is completed on controlled substances. Observed the perpetual inventory and monthly inventory completed.

**22) Drug Labels**

> **1) Are the pharmacy prescription labels in compliance with OAC 4729-5-16?**
>
> Yes

**24) OTC's & Syringes**

> **1) Does the pharmacy store over the counter medications within the pharmacy barricade?**
>
> Yes
>
> **2) Are syringes stored in the pharmacy and kept out of obvious public view?**
>
> Yes

**26) Prescription Files**

> **1) Are the prescriptions dispensed by the pharmacy being filed in three separate files?**
>
> Yes
>
> <u>Observation</u>
> Observed the pharmacy keeps four files for prescriptions.

**29) Annual Drug Inventory**

> **1) Has an annual drug inventory been completed within the specified time period?**
>
> Yes
>
> <u>Observation</u>
> Inventory completed 5/1/16 at opening of business

**30.1) Phoned in/oral prescriptions**

> **1) Are only pharmacists and supervised pharmacy interns taking oral prescriptions?**
>
> Yes
>
> <u>Observation</u>
> Observed pharmacist taking oral prescriptions.
>
> **2) Are emergency C-II prescriptions being dispensed appropriately?**
>
> No
>
> <u>Observation</u>
> Discussed with RP that emergency CII prescriptions are not filled at this pharmacy.

**34.1) Requirements to administer immunizations**

> **1) Do all pharmacists or pharmacy interns who are administering immunizations meet the requirements to administer them?**
>
> Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796322

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 92 of 738. PageID #: 531465

### 34.4) Positive Identification

**1) Is there positive identification of the pharmacist and/or pharmacy Intern who provided an immunization?e pharmacist during data entry verification and DUR review?**

Yes

### 34.5) Record keeping requirements

**1) Are immunization records properly maintained?**

Yes

### 35.1) Pharmacy Interns

**1) Does the pharmacy currently employ pharmacy Interns?**

No

### 36) Qualified Pharmacy Technicians (QPT)

**1) Does anyone other than a pharmacist or Qualified Pharmacy Technician package, label, or compound dangerous drugs while working in the pharmacy?**

No

**2) Do all Qualified Pharmacy Technicians meet the minimum standards set forth in OAC 4729-4-02 and 4729-4-03?**

Yes

**3) Have criminal records checks been performed on all pharmacy technicians intending to preform qualified tech duties?**

Yes

Observation
Discussed that FBI/BCI background checks were performed.

### 37) Counseling

**1) Is Patient counseling being offered with every prescription?**

Yes

**2) Is the refusal of counseling by the patient or caregiver being documented?**

Yes

Observation
Discussed the refusal or acceptance of counseling is documented by patient/caregiver signing at prescription pick-up.

### 39) OARRS

**1) Does the pharmacist have access to OARRS to request reports when needed?**

Yes

**2) Are the pharmacists requesting OARRS reports when appropriate?**

Yes

Observation
Discussed OARRS reports and frequency of running them. Observed the "When to Check OARRS-Pharmacists" posted at the pharmacist terminal as a reminder of when OARRS should be checked.

**3) Are any of the Pharmacists using delegates to request OARRS reports?**

No

### 40) Confidentiality

**\* 1) Are there any known issues pertaining to patient confidentiality? Written Response Required**

Yes

Observation
It was reported to SOBP that responsible person Anthony Rojc, R.Ph. improperly accessed an individual's prescription profile. This person was not a patient at this pharmacy. During the course of this inspection this issue was discussed with R.Ph. Rojc. The incident is being investigated as SOBP case #2016-2488.

Corrective Action
Please respond with corrective action to be taken to ensure patient PHI is not improperly accessed in the future.

Highly Confidential Subject to Protective Order

BOP_MDL2796323

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 93 of 738. PageID #: 531466

### 42) Points of Emphasis

**1) The below listed items are some select points to remember while overseeing and conducting the practice of pharmacy.**

<u>Observation</u>
1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

### 44) OSBP Personnel

**1) The following OSBP personnel were present during this inspection.**

<u>Observation</u>
Inspection completed with Agent Trey Edwards

### 45) Inspection Affirmation

**1) Inspection Affirmation**

<u>Observation</u>
As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 30 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required. Responses can be emailed (with a copy of the inspection report) to writtenresponse@pharmacy.ohio.gov or they may be mailed to 77 South High Street, 17th Floor, Columbus, Ohio 43215.

## Summary

**Written Response Required**

The Organization shall correct items and return a written response, with details on the corrective action(s) taken, to the board office within 20 days from date issued.

**Reviewed by** Anthony John Rojc, RPH

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796324

01-21-03A09:09 RCVD

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-1158550 F
NAME: GIANT EAGLE PH #216
R.P.:
ADDR: 30320 LAKESHORE BLVD
Willowick, Ohio

PHONE (INCLUDE AREA CODE): 440-944-6963

TIME IN: 1:15 P.M.
TIME OUT: 2:40 P.M.

TYPE: 05 (RETAIL)
FED #: BG6555217   EXP. DATE: 03

HOURS OPEN (DAILY): 8:00-10:00
(SAT): 9:00-9:00
(SUN & HOLIDAYS): 9:00-5:00

CAT: LAKE
CLASS: 05
CNTY:        III

RESPONSIBLE PERSON: R.Ph. CHRISTINE GANT
TITLE/I.D. NO.
INIT. USED

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.Ph. JOE BANNER | | # 03-3-20268 | | | |
| R.Ph. CHRISTINE GANT | | # 21764 | | | |
| R.Ph. DAVE STREE (BEROW) | | # 03-2-10154 | | | |

(LAST INSPECT)

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING Comp

1) POSTED IN PHARMACY 1999

GIANT EAGLE PHARMACY #216
30320 LAKE SHORE DRIVE
WILLOWICK, OHIO 44095
440-944-6963

2) OK

3) IBM COMPUTER SYSTEM IN HOUSE ONLY - PDX SOFTWARE COMPUTER PRINTS-OUT A DAILY LOG. SIGNED BY DISPENSING PHARMACIST(S)

4) OK (APPROVED IN 1999 - METAL DATE.)

5) OK

1-29-03 R
☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY* TO THE STATE BOARD OF PHARMACY *WITHIN 20 DAYS* FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

PERSON IN CHARGE

DATE SIGNED: 1/14/03

INSPECTOR

PHA-0610 (Rev. 06/01)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801885

Highly Confidential Subject to Protective
Order

BOP_MDL2801886

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | | PHONE (INCLUDE AREA CODE) | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 02-1158550 | | | | | | | |
| NAME: | | | TYPE | | FED.# | | EXP. DATE |
| R.P.: PAGE 2 OF 2 | | | | | | | |
| ADDR: | | | HOURS OPEN | (DAILY) | (SAT.) | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D.CARDS | |
| 3. RECORDSYSTEM | 6) STATE ALARM SYSTEM |
| 4. BARRICADE | |
| 5. MIN.STANDARDS | |
| 6. SECURITY | |
| 7. LIBRARY | 7) OK |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | |
| 11. IMPROPERDISPENSING | |
| 12. INSUFFICIENTSUPERVISION | 8) OK (NEW IN 1999) |
| 13. INVENTORYRECORDS | |
| 14. DRUGDESTRUCTION | |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | |
| 17. SAMPLES | 9) OK |
| 18. NON-REGCOMPOUNDING | |
| 19. RxBLANKS | |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERICMFG. | 10) DEA 222 ORDER FORMS |
| 26. RxFILES | IN ORDER |
| 27. RxCOPIES | |
| 28. RxINT/DATE | 29) DEA INVENTORY - 5-1-01 (OPENING) |
| 29. DEAINVENTORY | WHOLESALER - McKESSON |
| 30. PHONEDSCHIIRx | APPROX. DAILY Rx - 90 |
| 31. REFILLS-6MO/5X | LAST Rx # - 6026850 |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY* TO THE STATE BOARD OF PHARMACY *WITHIN 20 DAYS* FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

| PERSON IN CHARGE | DATE SIGNED 1/14/03 | INSPECTOR |
|---|---|---|

PHA-0610 (Rev. 06/01)      WHITE - OFFICE COPY      YELLOW - INSPECTOR COPY      GREEN - DISTRIBUTOR COPY      PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801888

OHIO PHARMACY BO...

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

JAN 3 0 2006

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1158550 F
NAME: GIANT EAGLE 216
R.P.:
ADDR: 30320 LAKESHORE BLVD.
WILLOWICK, OHIO

CAT: LAKE
CNTY: LAKE          CLASS: 05

AREA CODE / TELEPHONE NUMBER: 440-944/6963
TIME IN: 10:45 P.M.
TIME OUT: 12:45 P.M.
TYPE: 05 (RETAIL)
FED.#: BG655541
EXP. DATE: 9-30-08
HOURS OPEN (DAILY): 9:00 - 9:00 P
(SAT.) 9:00 - 9:00P
(SUN. & HOLIDAYS) 5:00 P
RESPONSIBLE PERSON: R. PH. CURTIS
TITLE/I.D. NO.: LAY
INIT. USED:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R. PH. CURTIS | LAN | #03-3-16971 | | | |
| R. PH. LEBOWITZ (ARXE) | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

1) OK (POSTED IN STORE)  2006  (LAST INSPECT -2003)

2) OK  2006

GIANT EAGLE PHARMACY #216
30320 LAKE SHORE DRIVE
WILLOWICK, OHIO 44095
440-944-6963

3) IBM COMPUTER SYSTEM ON LINE TO ALL OTHER GIANT EAGLE PHARMACIES. SOFTWARE COMPUTER GENERATES A DAILY PRINT-OUT WHICH IS SIGNED BY DISPENSING R. PH.

Comp. 2-3-06 RP

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE: Curtis
DATE SIGNED: 1/25/6
SIGNATURE OF INSPECTOR:

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801890

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: DDD#: | 024158550 | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|
| NAME: R.P.: ADDR: | DOE 2 OF | | TYPE OS RETAIL | FED.# | | | EXP. DATE | |
| | | | HOURS OPEN | (DAILY) (SAT.) | | | (SUN. & HOLIDAYS) | |
| CAT: CNTY: | CLASS: 3 | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

4) BARRICADE REPORT WRITTEN (APPROVED) NEW PHARMACY AND BARRICADE UNDER CONSTRUCTION WILL BE INSPECTED IN A FEW WEEKS.

5) OK

6) STATE ALARMS

7) OK UPDATED TO 4-04 NEEDS JAN. 05 UPDATE TO BE PUT IN

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | 1-26 DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)      WHITE - OFFICE COPY      YELLOW - INSPECTOR COPY      GREEN - DISTRIBUTOR COPY      PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN ↘ | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 02-158550 | | | | | P.M. | | P.M. |
| NAME: | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: PAGE 3 OF 3 | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D.CARDS | INTO BOOK |
| 3. RECORDSYSTEM | |
| 4. BARRICADE | |
| 5. MIN.STANDARDS | |
| 6. SECURITY | 8) OK (STORE BEING |
| 7. LIBRARY | |
| 8. CLEANLINESS | REMODELED, PHARMACY TO |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | MOVE TO NEW LOCATION |
| 11. IMPROPERDISPENSING | |
| 12. INSUFFICIENTSUPERVISION | FEB. 2006) |
| 13. INVENTORYRECORDS | |
| 14. DRUGDESTRUCTION | 9) OK ( 1 IN USE) |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | 10) DEA 222 ORDER FORMS |
| 17. SAMPLES | |
| 18. NON-REGCOMPOUNDING | IN ORDER |
| 19. RxBLANKS | |
| 20. IMPROPERRx'S | 29) DEA INVENTORY — |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | WHOLESALER — McKESSON |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | APPROX. DAILY RX — 175 |
| 25. GENERICMFG. | |
| 26. RxFILES | LAST RX # — 606657 |
| 27. RxCOPIES | |
| 28. RxINT/DATE | |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| | | |
|---|---|---|
| Curtis Pa | 1/25/6 | S.J. ___ |
| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

# OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

### (O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 01-25-06 | T.D.D.D. #: 02-1159550 |
|---|---|
| BOARD AGENT: (JSOO) | D.E.A. #: BG6555417 |

**YES  NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in sealed envelope in safe.

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

(BARRICADE APPROVED)

## ELECTRONICS:

___ X This is a company-owned system. If no, leased from who? ___STATE ALARMS___

X ___ This is a X HARDWIRE / ___ WIRELESS / ___ BOTH system. *(check one)*

___ X There is a functional emergency "hold up" button.

X ___ System is in operation at all times when R.Ph. is not present.

X ___ Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? ___① STATE ALARMS  ② WPD  ③ RPH___

X ___ Only pharmacists possess access code to prescription room.

X ___ System was tested this date. Date system was last tested? ___

___ X Slot is provided for drop-in prescriptions.

X ___ Suitable notice of operating hours to public is posted.

X ___ Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801896

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____          _____
(Signature of R.Ph./Owner)          (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

GIANT EAGLE PHARMACY #218
30320 LAKE SHORE DRIVE
WILLOWICK, OHIO 44095
440-944-8963

**Comments:**

STORE PHARMACY IN PROCESS OF MOVING ACROSS THE STORE. NEW LOCATION BEING BUILT, BARRICADE AND ALARM SYSTEM WILL BE INSPECTED AND APPROVED AT A LATER TIME/DATE

PHA-0611 (Rev. 04/04)

∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801898

OHIO PHARMACY BO

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT FEB 13 2006

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1158550 P
NAME: GIANT EAGLE #216
R.P.: 30320 LAKESHORE
ADDR: WILLOWICK OHIO OS
CAT: ___ CLASS: II
CNTY: ___

AREA CODE / TELEPHONE NUMBER: 440-944-6963
TIME IN: 1:00 P.M.
TIME OUT: 2:00 P.M.
TYPE: (RETAIL) 3665554
FED.# EXP. DATE
HOURS (DAILY) (SAT.) 9:00 (SUN. & HOLIDAYS) 8:00
OPEN 9:00 - 9:00P 5:00P
RESPONSIBLE PERSON: R.PH. CURTIS
TITLE/I.D. NO.: LA
INIT. USED

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.PH. CURTIS | | LA | 03-3-16971 | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

— PARTIAL INSPECTION —

1) OK
2) OK
3) IBM COMPUTER SYSTEM ON LINE TO ALL OTHER GIANT EAGLE PHARMACY.
4) BARRICADE REPORT WRITTEN (PHYSICAL ALARM APPROVED ONLY)

3-10-06

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          DATE SIGNED 2/6/6          SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801900

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 110 of 738. PageID #: 531483

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 2-6-06 | T.D.D.D. #: 02-1158550 |
|---|---|
| BOARD AGENT: | D.E.A. #: BG6555417 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in sealed envelope in safe.

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

*PHYSICAL BARRICADE APPROVED ONLY*

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

___ ___ This is a company-owned system.     *NOT APPROVED*
If no, leased from who? _____

___ ___ This is a ___ HARDWIRE / ___ WIRELESS / ___ BOTH system. *(check one)*

___ ___ There is a functional emergency "hold up" button.

___ ___ System is in operation at all times when R.Ph. is not present.

___ ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?

_____

___ ___ Only pharmacists possess access code to prescription room.

___ ___ System was tested this date. Date system was last tested? _____

___ ___ Slot is provided for drop-in prescriptions.

___ ___ Suitable notice of operating hours to public is posted.

___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

BOP_MDL2801901

Highly Confidential Subject to Protective
Order

BOP_MDL2801902

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____        2/6/6        1400
(Signature of R.Ph./Owner)                      (Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____        AGENT
(Signature of Board Agent)                      (Title)

**Comments:**

PHYSICAL ~~ALARM~~ BARRICADE
APPROVED ONLY STATE ALARM
SYSTEM
NEED TO INSTALL A SEPARATE
PHONE LINE FOR ALARM SYSTEM
(2 MOTION DETECTORS)

PHA-0611 (Rev. 04/04)                 ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801904

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 114 of 738. PageID #: 531487

OCT 2 8 1999

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 - PHONE 614/466-4143; FAX 614/752-4836

| TYPE: TERM DISTR  P | RETAIL PHARMACY | PHONE (INCLUDE AREA CODE) | TIME IN A.M. | TIME OUT A.M. |
|---|---|---|---|---|
| DDD#: 02-1158550 | (NEW) | 440-944-6963 | 10:50 P.M. | 11:15 P.M. |
| NAME: GIANT EAGLE PHARMACY #216 | | TYPE | FED.# | EXP. DATE |
| R.P.: MARLENE G. KHOREY  RPH | | OS (RETAIL) | PENDING | |
| ADDR: 30320 LAKE SHORE BLVD. | | HOURS OPEN 8:00 (DAILY) 10:00P | 8:00 (SAT) 9:00P | 8:00 (SUN. & HOLIDAYS) 5:00P |
| WILLOWICK, OH 44095 | | | | |
| CAT: THREE         CLASS: 05 | | RESPONSIBLE PERSON R.PH. CHRISTINE GANT | TITLE/I.D. NO. | INIT. USED |
| CNTY: LAKE CO. (43)-FB 09/15/99 SP | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.PH. CHRISTINE GANT | | | | | |
| R.PH. RPH MARLENE KHOREY #03-1-21344 | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

PARTIAL INSPECTION —

1) OK (NEW LICENSE DELIVERED THIS DATE)
2) OK
3) IBM COMPUTER - IN HOUSE ONLY - PDX SOFTWARE
4) BARRICADE REPORT WRITTEN (APPROVED)
5) OK
6) STATE ALARMS
7) OK
8) OK (NEW STORE)
9) OK

STORE TO OPEN ON NOV. 99

☐ PINK SHEET ISSUED FOR NUMBER(S): _____  DATE: _____

PERSON IN CHARGE  _Marlene G Khorey_  DATE 10/21/99

INSPECTOR  _____

PHA-0610 (Rev. 12/97)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801879

Highly Confidential Subject to Protective
Order

BOP_MDL2801880

# OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

10-21-99

DATE _02-1158550_          T.D.D.D. NO. _02-1158550_

AGENT _FJROD¡_          D.E.A. NO. _PENDING_

### RULE 4729-9-11 REQUIREMENTS

LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

_____ .

CHECK ONE:

| YES | NO | |
|-----|-----|---|
| X | | Key in sealed envelope in safe. (LOCK BOX) |
| X | | All items requiring R.Ph. supervision are inside barricade. |
| X | | Prescription department may not be entered when barricade is in use. |
| | | (A) Physical Barricade: |
| X | | (1) Minimum of seven (7) feet in height. |
| X | | (2) Fully enclosed. |
| X | | (3) Suitable locks are provided. |
| X | | (4) Prescription department cannot be entered when locked without obvious damage to barricade. |
| X | | (5) No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed. |
| | | (B) Electronics: |
| | X | (1) This is a company-owned system. If no, leased from whom? _STATE ALARMS_ |
| X | | (2) This is a [circle one] hardwire/wireless/both system. |
| X | | (3) There is a functional emergency "hold up" button. |
| X | | (4) System is in operation at all times when R.Ph. is not present. |
| X | | (5) Items in prescription room may not be removed when system is operating without activating the alarm. Where does alarm sound or who does it alert? ① STATE ALARMS ② WILLOWICK P.D. ③ R.PH. |
| X | | (6) Only R.Ph.s possess access code to prescription room. |
| | | (7) System was tested this date. NUMBERS When was system last tested? (Date) |

BARRICADE APPROVED

PHA-0611 (Rev. 01/90)          **(CONTINUED ON REVERSE)**

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801882

CHECK ONE:

| YES | NO | |
|-----|----|--|
| | X | Slot is provided for drop-in prescriptions. |
| | | Suitable notice of operating hours to public is posted. |
| | | Notice of emergency service is posted. |

---

I, _R.PH. MARLENE KITLEY_ (R.Ph./Owner, have been informed of and understand the following requirements:

(1) No prescription item may be sold when the prescription department is closed.

(2) No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

(3) No prescription may be left outside the barricade for customer pick-up.

(4) No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

(5) No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Rules 4729-17-03 and 4729-17-07 of the Ohio Administrative Code.

(6) Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

(7) All dangerous drugs are to be stored within a barricaded area.

_Marlene Kitley_  _10/21/99_
(Signature of R.Ph./Owner)   (Date/Time)

---

I, _Frank J. Bolo_ , COMPLIANCE AGENT, FIND THIS BARRICADE TO COMPLY WITH ALL REQUIREMENTS OF RULE 4729-9-11 OF THE OHIO ADMINISTRATIVE CODE.

COMMENTS:

(PLACE STORE STICKER HERE)

Highly Confidential Subject to Protective Order

BOP_MDL2801883

Highly Confidential Subject to Protective
Order

BOP_MDL2801884

JAN - 4 2000

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

**TYPE:**
**DDD#:** 02-1158550 F
**NAME:** GIANT EAGLE #216
**R.P.:**
**ADDR:** 30320 LAKESHORE BLVD.
WILLOWICK, OHIO.

**CAT:** LAKE
**CNTY:** LAKE **CLASS:** III 05

**PHONE (INCLUDE AREA CODE):** 440-9446963
**TIME IN:** 11:15 A.M./P.M.
**TIME OUT:** 12:30 P.M.
**TYPE:** OS (RETAIL) BGSS517
**FED.#:**
**EXP. DATE:** 30-01
**HOURS OPEN (DAILY):** 800-10:00P
**(SAT):** 8:00 - (SUN. & HOLIDAYS): 8:00 - 6:00
**RESPONSIBLE PERSON:** R.PH. CHRISTINE GANT
**TITLE/I.D. NO.:**
**INIT. USED:**

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|-----------|-----------|-----------------|-----------|-----------|-----------------|
| R.PH. CHRISTINE GANT | #03-3-21764 | | | "CXG" | |
| R.PH. LISA DOWLING | #19427 (CERT) | | | "LED" | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

— FIRST FULL INSPECTION —

1) OK (POSTED IN STORE)

GIANT EAGLE PHARMACY #216
30320 LAKE SHORE DRIVE
WILLOWICK, OHIO 44095
440-944-6953

2) OK

3) IBM COMPUTER SYSTEM IN HOUSE ONLY! RX SOFTWARE

4) BARRICADE REPORT WRITTEN IN OCT. 1999 AND APPROVED - FULL BARRICADE

5) OK

☐ PINK SHEET ISSUED FOR NUMBER(S): _____ DATE: _____

**PERSON IN CHARGE**
**DATE** 12/24/99
**INSPECTOR** S. J. Bolo

PHA-D610 (Rev. 12/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801875

Highly Confidential Subject to Protective
Order

BOP_MDL2801876

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

**OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836**

| TYPE: | | |
|---|---|---|
| DDD#: | 02-1158550 | |

NAME:
R.P.: PAGE 2 OF 2
ADDR:

| PHONE (INCLUDE AREA CODE) | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|
| TYPE | | FED.# | | EXP. DATE |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) |

CAT:            CLASS:
CNTY:

| RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED |
|---|---|---|

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | GIANT EAGLE PHARMACY #216 | | |
| | | | 30320 LAKE SHORE BLVD | | |
| | | | WILLOWICK, OHIO 44095 | | |
| | | | 440-941-9963 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

6) STATE ALARM SYSTEM.

7) OK

8) OK (NEW STORE OPENED ON 12-20-99 FOR BUSINESS)

9) OK

10) DEA 222 ORDER FORMS

29) DEA INVENTRY - 12-20-99
WHOLESALER - MCKESSON/CARDINAL
APROX. DAILY RX - 12
LAST RX # - 6000090

☐ PINK SHEET ISSUED FOR NUMBER(S): _____   DATE: _____

PERSON IN CHARGE          DATE 12/29/99          INSPECTOR

**PHA-0610 (Rev. 12/97)**     WHITE · OFFICE COPY     YELLOW · INSPECTOR COPY     GREEN · DISTRIBUTOR COPY     PINK · INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801878

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 0 2158550
NAME: Giant Eagle #216
R.P.: Michael Chappell
ADDR: 30320 Lakeshore Blvd.
Willowck, OH 44095
1 of 3

CAT: 14      CLASS:
CNTY: Lake

AREA CODE / TELEPHONE NUMBER: 440-944-6963
TIME IN: 12:15 A.M. (PM)
TIME OUT: 2:45 A.M. (PM)
TYPE:
FED. #: B66555417   EXP. DATE: 9/30/11
HOURS OPEN: M-F 9-9  Sat 9-7  Sun 9-5
FAX NUMBER: 440-944-5098   EMAIL:

RECEIVED APR 14 2011

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Nathaniel Gudz | | 03329397 | Renee Sevastos | BY: | |
| Matthew Rupert | | 30544 | | | |
| Michael Chappell | | | | | |

GIANT EAGLE PHARMACY #216
30320 LAKE SHORE DRIVE
WILLOWICK, OHIO 44095
440-944-6963

- 1. LICENSING  4/20/11
- 2. I.D. CARDS  yep
- 3. RECORD SYSTEM
- 4. BARRICADE
- 5. MIN. STANDARDS  ok
- 6. SECURITY  cleared by
- 7. LIBRARY
- 8. CLEANLINESS  inspection
- 9. REFRIGERATION
- 10. ACCOUNTABILITY  4/26/11
- 11. IMPROPER DISPENSING  RC
- 12. INSUFFICIENT SUPERVISION
- 13. INVENTORY RECORDS
- 14. DRUG DESTRUCTION
- 15. ILLEGAL SALES
- 16. ILLEGAL PURCHASES
- 17. SAMPLES
- 18. IMPROPER Rx's
- 21. OUTDATED DRUGS
- 22. DRUG LABELS
- 23. Rx INFORMATION
- 24. OTC/SYRINGES
- 25. Rx FILES
- 27. Rx COPIES
- 28. Rx INT/DATE
- ★ 29. DEA INVENTORY
- 30. PHONED C-II Rx
- 31. REFILLS-6MO/5X
- 32. REFILLS-INT/DATE
- 33. REFILLS-UA
- 37. COUNSELING
- 38. PSE SALES
- 39. OARRS  Comp
- 40. CONFIDENTIALITY  4/28/11
- F [X]   P [ ]  yep

1.) OSBP and DEA licenses current and posted. 2.) RPh. Rupert's ID card is getting laminated. 3.) PDX software, version 4.6.09  4 total terminals handle data entry, DUR warnings, patient profile searches. Daily prescription authentication logs and daily audit listings print out. Data backed up on tapes which are changed daily. Vaccination records kept on file - H1N1 and Zostavax 4.) Fully enclosed barricade - barricade inspection report completed. 5.) OK 6.) Electronic alarm backs up physical barricade. No known thefts or significant losses. 7.) RPh has ability to access Ohio laws and rules via OSBP website. 8.) OK 9.) OK

☑ PINK SHEET ISSUED FOR NUMBER(S): 29

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_Matthew Rupert_   4-14-11
SIGNATURE OF PERSON IN CHARGE   DATE

_Will Chl_   4/14/2011
SIGNATURE OF INSPECTOR   DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801916

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 126 of 738. PageID #: 531499

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| DDD#: 021158550 | | | | | | |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | 2 of 3 | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
25. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐   P ☐

10.) All records of accountability are to be kept complete and accurate and on site available for inspection for at least 3 years. DEA 222 forms affixed to order invoice when C-II order received from McKesson. II-J invoices and pick sheets maintained in order. (3.) Perpetual C-II log book maintained, separate log book for Oxycodone/APAP 5-325  20.) No e-signature controls found.  23.) C-II-J files checked. Hard copy Rx's properly contains full patient name + residential address, prescriber DEA #, quantity in alpha and numeric format. 26.) 4 part filing system. 28.) Hard copy Rx's properly initialed by dispensing RPh.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| _____ | 4-14-11 | _____ | 4/14/2011 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801917

Highly Confidential Subject to Protective
Order

BOP_MDL2801918

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 128 of 738. PageID #: 531501

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| DDD#: 0211 58550 | | | | | | |
| NAME: R.P.: ADDR: 3 of 3 | | TYPE | FED. # | | EXP. DATE | |
| | | HOURS OPEN | | | | |
| CAT: CLASS: CNTY: | | FAX NUMBER | EMAIL | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐  P ☐

*29.) Biennial inventory could not be located. Please locate and forward copy to OSBP with pink copy of this inspection form. If inventory has not been completed you are to perform complete CII-V inventory and forward to OSBP as soon as possible. 32.) daily audit 18thly and dispensing authentication logs document all Rx's filled. Signed reports document positive ID on refill Rx's dispensed. 37.) offer to counsel documented in consultation log book.

No wholesale sales

RX# 6270949 filled today

approx 325 Rx/day 60% new

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| _signature_ | 4-14-11 | _signature_ | 4/14/2011 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801919

Highly Confidential Subject to Protective
Order

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 4/14/2011 | T.D.D.D. #: 02658550 |
|---|---|
| BOARD AGENT: | D.E.A. #: BG6555417 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ __   Key in sealed envelope in safe. (*lock box*)

✓ __   All items requiring R.Ph. supervision are inside barricade.

✓ __   Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

✓ __   Minimum of seven (7) feet in height.

✓ __   Fully enclosed.

✓ __   Suitable locks are provided.

✓ __   Prescription department cannot be entered when locked without obvious damage to barricade.

✓ __   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:  *Backup to physical barricade*

__ ✓   This is a company-owned system. If no, leased from who? ___ *State Alarm*

✓ __   This is a ___ HARDWIRE / ___ WIRELESS / ✓ BOTH system. *(check one)*

__ ✓   There is a functional emergency "hold up" button.

✓ __   System is in operation at all times when R.Ph. is not present.

✓ __   Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? *Audible alarm in store  RPh called at home*

✓ __   Only pharmacists possess access code to prescription room.

__ ✓   System was tested this date. Date system was last tested? _____

__ ✓   Slot is provided for drop-in prescriptions.

✓ __   Suitable notice of operating hours to public is posted.

__ __   Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____         4-14-11
(Signature of R.Ph./Owner)                        (Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____         Agent
(Signature of Board Agent)                        (Title)

**Comments:**

Fully enclosed barricade with electronic alarm back up. 4 total sets of keys including floater set in lock box. Automatic electric steel gate at counter area. Steel frame glass door with key entry. Two sliding glass windows remain locked. There is a storage/break room within barricaded area - only accessible through pharmacy.
Barricade Approved

PHA-0611 (Rev. 04/04)                    ^^ PLACE STORE STICKER/STAMP HERE ^^

GIANT EAGLE PHARMACY #216
30320 LAKE SHORE DRIVE
WILLOWICK, OHIO 44095
440-944-6963

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG [~~~] ~ECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, R [~~~] -6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 0 21158550
NAME: Giant Eagle #216
R.P.:
ADDR: Michael Chappell, RPL.
30370 Lakeshore Blvd.
Willowick, OH 44095
CAT: III   CLASS:
CNTY: Lake

no response
12-7-12

[~~~]NE NUMBER: 6963   TIME IN: 3:00 P.M.   TIME OUT: 3:15 P.M.
FED. #: BG6555417   EXP. DATE: 9/30/11

HOURS OPEN:
FAX NUMBER:   EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Michael Chappell | | 03329098 | | | |
| Matt Rupert | | 30544 | | | |

RECEIVED
MAY - 5 2011
BY: ..................

1. LICENSING   5/5/11
2. I.D. CARDS
3. RECORD SYSTEM   4/2/
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐ Comp   P ☒
5-70-1/78

☑ PINK SHEET ISSUED FOR NUMBER(S): 12

A full pharmacy inspection was completed at this site on 4/14/2011. At that time no biennial controlled substance inventory could be located. The responsible person, Michael Chappell, R.Ph. assumed supervisory duties on 12/28/2010 therefore a complete controlled substance inventory should have been completed at that time.

A complete controlled substance inventory must be completed as soon as possible by a responsible person who will be responsible for supervision and control and will maintain all drug records as required. OAC 4729-5-11

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE   4-26-11 DATE   SIGNATURE OF INSPECTOR   4-26-11 DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801914

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

TYPE: RTPC
DDD#: 021158550
NAME: Giant Eagle #216
R.P.: Brenden Davis
ADDR: 30320 Lakeshore
Willowick, OH 44095

CAT: # CLASS:
CNTY: 43

1 of 4

AREA CODE / TELEPHONE NUMBER: 440-944-6963
TIME IN: 11:00 A.M.
TIME OUT: 12:30 P.M.

TYPE: RTPC
FED #: B06553417
EXP. DATE: 9/30/14

HOURS OPEN: M-F 9-9  Sat 9-7  Sun 9-5

FAX NUMBER: 4-944-5098
EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Heather Poropat | | 03321712 | GIANT EAGLE PHARMACY #216 | | |
| Lauren Walker | | 0331957 | 30320 LAKE SHORE DRIVE | | |
| Brenden Davis | | 27573 | WILLOWICK, OHIO 44095 | | |
| | | | 440-944-6963 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS  5/30/14
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C–II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☒  Partial ☐

1) OSBP + DEA license current and posted. Wall licenses conspicuously posted.

2) OK

3) Mckesson Enterprise version 25.06.08 dispensing software. Seven terminals used for data entry and Rx processing. All Giant Eagle pharmacies connected via real time online system for patient profile searches and Rx transfers. New Mckesson EPS system equipped with biometric fingerprint readers to be used to show positive ID during acts of dispensing. System not yet approved for paperless positive ID.

4) Fully enclosed barricade with electronic alarm.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE: Heather Poropat  DATE: 5/7/14
SIGNATURE OF INSPECTOR: _____  DATE: 5/7/14

PHA-0610 (Rev.04/11)  WHITE – OFFICE COPY  YELLOW – INSPECTOR COPY  PINK – INDIVIDUAL COPY  GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

BOP_MDL2801924

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|---|---|
| DDD#: 02 1158550 | | | | | A.M. | | A.M. |
| NAME: | | | | | P.M. | | P.M. |
| R.P.: | | TYPE | | FED. # | | EXP. DATE | |
| ADDR: | 2 of 4 | | | | | | |
| | | HOURS OPEN | | | | | |
| | | FAX NUMBER | | EMAIL | | | |
| CAT: | CLASS: | | | | | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 5.) OK |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | 6.) Electronic alarm backs up physical barricade. |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | No known thefts or significant losses. |
| 6. SECURITY | |
| 7. LIBRARY | 7.) RPh able to access Ohio drug laws and rules |
| 8. CLEANLINESS | on OSBP website. |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | 8.) OK |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | 9.) OK - temperature log maintained. |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | 10.) Records of accountability include C.II-V |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | invoices, inventory records and DEA 222 forms |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | maintained in controlled drugs record box. |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | DEA 222 forms properly executed upon receiving |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | order from McKesson. Orders checked in by RPh. |
| 26. Rx FILES | |
| 27. Rx COPIES | No wholesale sales. CII-V orders received from |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS–6MO/5X | |
| 32. REFILLS–INT/DATE | |
| 33. REFILLS–UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |

Full ☐    Partial ☐

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | | |
|---|---|---|---|
| _(signature)_ | 5/7/14 | _(signature)_ | 5/7/14 |
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801926

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|
| DDD#: 021158550 | | | | P.M. | | P.M. |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: 3 of 4 | | HOURS OPEN | | | | |
| | | FAX NUMBER | | EMAIL | | |
| CAT: | CLASS: | | | | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

Mckesson and Grant Eagle Werehouse.

13.) Perpetual log book maintained for CII's.
seperate book for Oxycodone/APAP 5/325 mg.
New log book started when biennial inventory
competed 5/1/14.

21.) Outdates stored in tote away from active
drug stock - sent back quarterly. Shelves spot
checked for outdates - none found

22.) Return to stock vials labeled appropriately

23.) CII V RXS checked - properly document
prescriber name + DEA, patient full name and
residential address, quantity in alpha and
numeric format. CII-V phone in RXS

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 5/7/14 DATE | SIGNATURE OF INSPECTOR | 5/7/14 DATE |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801928

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE:<br>DDD#: 021158550<br>NAME:<br>R.P.:<br>ADDR: 34.54 | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
| | TYPE | FED. # | | | EXP. DATE | |
| | HOURS<br>OPEN | | | | | |
| CAT:          CLASS:<br>CNTY: | FAX NUMBER | | EMAIL | | | |

| PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. | PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING<br>2. I.D. CARDS<br>3. RECORD SYSTEM<br>4. BARRICADE<br>5. MIN. STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPER DISPENSING<br>12. INSUFFICIENT SUPERVISION<br>13. INVENTORY RECORDS<br>14. DRUG DESTRUCTION<br>15. ILLEGAL SALES<br>16. ILLEGAL PURCHASES<br>17. SAMPLES<br>20. IMPROPER Rx's<br>21. OUTDATED DRUGS<br>22. DRUG LABELS<br>23. Rx INFORMATION<br>24. OTC/SYRINGES<br>26. Rx FILES<br>27. Rx COPIES<br>28. Rx INT/DATE<br>29. DEA INVENTORY<br>30. PHONED C-II Rx<br>31. REFILLS-6MO/5X<br>32. REFILLS-INT/DATE<br>33. REFILLS-UA<br>37. COUNSELING<br>38. PSE SALES<br>39. OARRS<br>40. CONFIDENTIALITY<br>Full ☐     Partial ☐ | properly document full name of prescriber agent<br>26.) 4 part filing system<br>28.) Original hard copy RX's properly initialed/dated by dispensing RPh.<br>29.) Last biennial inventory completed 5/1/14 by RPh Davis at business close.<br>32.) Daily log report documents all RX's dispensed including refills. Report is verified and signed by RPh to show positive ID on refill RX's.<br>37.) This agent observed techs. offering counseling at Register<br><br>RPh#4096236 processed today 2100 RX's/week |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| _____ 5/7/14 | _____ 5/7/14 |
|---|---|
| SIGNATURE OF PERSON IN CHARGE            DATE | SIGNATURE OF INSPECTOR            DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801930

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 142 of 738. PageID #: 531515

OHIO PHARMACY BOARD

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

JUN - 1 2009

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| | |
|---|---|
| TYPE: RTPC | |
| DDD#: 0211585-50 | |
| NAME: Giant Eagle #216 | |
| R.P.: Latoya Ross, RPh. | |
| ADDR: 30320 Lakeshore Blvd. | |
| Willowick, OH 44095 | |
| CAT: IV    CLASS: 05 | |
| CNTY: Lake 43 | |

| AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|
| 440-944-6963 | 2:30 PM | 4:00 PM |

TYPE: Retail Chain   FED. #: BG-6555417   EXP. DATE 9/30/2011

HOURS OPEN: M-F 9-9, Sat. 9-7, Sun 9-5

FAX NUMBER: 440-944-5098   EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Latoya Ross, RPh. | LKR | 03124826 | GIANT EAGLE PHARMACY #216 | | |
| Frank Szep, RPh. | FS | 03126659 | 30320 LAKE SHORE DRIVE | | |
| Patricia Crane, RPh. | PCR | 11312 | WILLOWICK, OHIO 44095 440-944-6963 | | |

| | |
|---|---|
| ① LICENSING | |
| ② I.D. CARDS | |
| ③ RECORD SYSTEM | |
| ④ BARRICADE | |
| ⑤ MIN. STANDARDS | |
| ⑥ SECURITY | |
| ⑦ LIBRARY | |
| ⑧ CLEANLINESS | |
| ⑨ REFRIGERATION | |
| ⑩ ACCOUNTABILITY | |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | |
| ⑬ INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | |
| ㉓ Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| ㉖ Rx FILES | |
| 27. Rx COPIES | |
| ㉘ Rx INT/DATE | |
| ㉙ DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/SX | |
| ㉜ REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| �37 COUNSELING | |
| 38. PSE SALES | |
| ㉙ OARRS | |
| 40. CONFIDENTIALITY | |
| F ☒ Comp P ☐ | |

1.) OSBP and PEA licenses current and posted. 2.) OK
3.) PDX software version 4.6.08. All Giant Eagle
stores connected via real time on line dispensing
software system. 5 computer workstations for
data entry, DUR + final processing. Patient profile
recall dates back at least 2 years. Separate daily
dispensing authentication log prints out for
each RPh. listing all prescriptions verified by
that RPh. 4.) See completed barricade inspection
report. Barricade Approved 5.) OK. 6.) Electronic
alarm backs up physical barricade. No known thefts
or significant losses in past 2 years. You are to
always provide adequate and effective security

6-3-07

☐ PINK SHEET ISSUED FOR NUMBER(S):

**IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.**

| SIGNATURE OF PERSON IN CHARGE | DATE 5/21/09 | SIGNATURE OF INSPECTOR | DATE 5-21-09 |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801905

Highly Confidential Subject to Protective
Order

BOP_MDL2801906

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | DDD#: 021158550 |
|---|---|
| NAME: | |
| R.P.: | 2 of 3 |
| ADDR: | |

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|

| TYPE | FED. # | EXP. DATE |
|---|---|---|

HOURS OPEN

FAX NUMBER    EMAIL

CAT:    CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐    P ☐

to deter and detect diversion of dangerous drugs.
7.) RPh. demonstrated ability to access OSBP drug
laws and rules on line.  8.) ok   9.) Refrigerator
is too warm - dial adjusted to make colder.
10.) DEA 222 forms properly executed upon receiving
C-II order. Forms affixed to invoice. Mckesson and
Anda are wholesalers for C-II purchases. No wholesale
sales being made. All records of accountability are
to be kept complete and accurate on site available
for inspection for at least 3 years. 13.) Perpetual
C-II log book maintained a) Biennial controlled substance
inventory completed 5/1/09 at open of business.
23.) RXs properly contain full name and address of

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 5/21/09 DATE | SIGNATURE OF INSPECTOR | 5-21-09 DATE |
|---|---|---|---|

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801907

Highly Confidential Subject to Protective
Order

BOP_MDL2801908

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 146 of 738. PageID #: 531519

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|---|---|---|
| DDD#: | 0211585570 | | | | | A.M. | | A.M. |
| NAME: | | | | | | P.M. | | P.M. |
| R.P.: | | | TYPE | FED. # | | | EXP. DATE | |
| ADDR: | 3 of 3 | | | | | | | |
| | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING<br>2. I.D. CARDS<br>3. RECORD SYSTEM<br>4. BARRICADE<br>5. MIN. STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPER DISPENSING<br>12. INSUFFICIENT SUPERVISION<br>13. INVENTORY RECORDS<br>14. DRUG DESTRUCTION<br>15. ILLEGAL SALES<br>16. ILLEGAL PURCHASES<br>17. SAMPLES<br>20. IMPROPER Rx's<br>21. OUTDATED DRUGS<br>22. DRUG LABELS<br>23. Rx INFORMATION<br>24. OTC/SYRINGES<br>26. Rx FILES<br>27. Rx COPIES<br>28. Rx INT/DATE<br>29. DEA INVENTORY<br>30. PHONED C-II Rx<br>31. REFILLS-6MO/5X<br>32. REFILLS-INT/DATE<br>33. REFILLS-UA<br>37. COUNSELING<br>38. PSE SALES<br>39. OARRS<br>40. CONFIDENTIALITY<br>F ☐     P ☐ | patients Phone in Rx's properly document full name of doctor agent. C-II-V files checked Approx 300 Rx's/day 50% new. RX# 6184870 is new today. 26.) 3 part filing system in place. 28.) RPh's properly signing/initialing new hard copy Rx's 32.) RPh's sign Daily Authentication Log which documents all Rx's verified by each RPh. 37.) Third party / counseling log documents offer to counsel. At drive thru customers sign offer to counsel form. 39.) RPh. signed up for OARRS during inspection. |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| | | | |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | 5/21/09<br>DATE | SIGNATURE OF INSPECTOR | 5-21-09<br>DATE |

PHA-0610 (Rev.03/08)  WHITE - OFFICE COPY  YELLOW - INSPECTOR COPY  PINK - INDIVIDUAL COPY  GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801909

Highly Confidential Subject to Protective
Order

BOP_MDL2801910

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 148 of 738. PageID #: 531521

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 5/21/09 | T.D.D.D. #: 021158550 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG6555417 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___  Key in sealed envelope in safe.

X ___  All items requiring R.Ph. supervision are inside barricade.

X ___  Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

X ___  Minimum of seven (7) feet in height.

X ___  Fully enclosed.

X ___  Suitable locks are provided.

X ___  Prescription department cannot be entered when locked without obvious damage to barricade.

X ___  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

___ X  This is a company-owned system.
         If no, leased from who? ___State Alarm___

X ___  This is a ___ HARDWIRE / ___ WIRELESS / X BOTH system. *(check one)*

X ___  There is a functional emergency "hold up" button.

X ___  System is in operation at all times when R.Ph. is not present.

X ___  Items in prescription room may not be removed when system is operating without activating the alarm.
         If yes, where does alarm sound or who does it alert?
         ___Audible alarm and Rph called at home___

X ___  Only pharmacists possess access code to prescription room.

___ X  System was tested this date. Date system was last tested? _____

___ X  Slot is provided for drop-in prescriptions.

X ___  Suitable notice of operating hours to public is posted.

___ ___  Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

BOP_MDL2801911

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____ 5/21/09      5/21/09   3:54
(Signature of R.Ph./Owner)          (Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____          _Agent_
(Signature of Board Agent)          (Title)

**Comments:**

Fully enclosed barricade. Steel rolldown gate, two motion sensors. 3 sets of keys + one floater set in lock box in cashier office. Electronic alarm backs up barricade. Steel/glass entry door is auto locking.

Barricade Approved

PHA-0611 (Rev. 04/04)

GIANT EAGLE PHARMACY #216
30320 LAKE SHO  DRIVE
^^ PLACE STORE STICKER/STAMP HERE ^^
440-944-6963

Highly Confidential Subject to Protective Order

OHIO PHARMACY BOARD

JAN 2 2 2007

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1374850P
NAME: GIANT EAGLE
R.P.: 
ADDR: 6079 ANDREWS RD.
MENTOR-ON-THE-LAKE OHIO

CAT: 
CNTY: LAKE

AREA CODE / TELEPHONE NUMBER: 440-306-0011
TIME IN: 10:15 A.M.
TIME OUT: 11:45 A.M.
TYPE: 05 (RETAIL)
FED.#: BG0262343
EXP. DATE:
HOURS OPEN (DAILY): 9:00-9:00  (SAT.) 9:00  (SUN. & HOLIDAYS) 7:00A 5:00P 5:00P
RESPONSIBLE PERSON: R.P.H. DOUG NORRIS
TITLE/I.D. NO.:
INIT. USED:

CLASS: 05

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.P.H. DOUG | | NORRIS | I 11337 (CERT) | | |
| R.P.H. AMAND | | PIET | #03-3-2690S | | |
| R.P.H. SHARON | | LANCE | (NEW) | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING Comp
1-29-07

— PARTIAL INSPECTION —

1) OK (2007 POSTED IN STORE)

2) OK

3) IBM COMPUTER SYSTEM ON LINE TO ALL OTHER GIANT EAGLE PHARMACIES PDX SOFTWARE SYSTEM COMPUTER GENERATES A DAILY PRINT-OUT — SIGNED BY DISPENSING RPH

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE

DATE SIGNED: 01/10/07

SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802610

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1374850
NAME:
R.P.: PAGE 2 OF 5
ADDR:

CAT:  CLASS: 05
CNTY:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE 05 (RETAIL) FED.# | | | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE — 4) OK
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY — 5) OK
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS — 6)
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS — 7) OK
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG. — 8) OK
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X — 9) OK
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE       01/10/07       SIGNATURE OF INSPECTOR
DATE SIGNED

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802612

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1374850
NAME:
R.P.: PAGE 3 OF 5
ADDR:

CAT:
CNTY:
CLASS:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|
| | | | A.M. | | A.M. |
| | | | P.M. | | P.M. |
| TYPE OS (RETAIL) FED.# | | | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

STORE (NON-PHARMACY) EMPLOYEES MET WITH ON DUTY PHARMACIST WHO STATED THAT CUSTOMER CONCERNS MAY HAVE APPEARED TO BE CORRECT. RPH STATED THAT GIANT EAGLE RECENTLY TOOK OVER NEIGHBORING TOPS PHARMACY, AND THEY RECENTLY DOUBLED AMOUNT OF RX'S DISPENSED PER DAY FROM 150 TO 300. THEY ARE IN PROCESS OF HIRING 2

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          DATE SIGNED  01/10/07          SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1374850
NAME:
R.P.:
ADDR: PAGE 4 OF

TYPE: 05 (Chain) FED.#

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
|---|---|---|---|---|---|
| TYPE: | FED.# | | | EXP. DATE | |

| HOURS OPEN | (DAILY) | (SAT.) | (SUN. & HOLIDAYS) |
|---|---|---|---|

CAT:  CLASS: S
CNTY:

| RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED |
|---|---|---|

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

RECEIVED COMPLAINT FROM GIANT EAGLE CUSTOMER IN DEC. 2006 STATING THAT THE PHARMACY WAS EXTREMELY BUSY BUT IT SEEMED TO CUSTOMER THAT THERE WERE TOO MANY PEOPLE IN PHARMACY, AND THAT SOME OF THEM APPEARED TO NOT TO BE PHARMACY TECHS OR PHARMACISTS, THAT MAY HAVE BEEN OTHER

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE     01/10/07     SIGNATURE OF INSPECTOR
                                  DATE SIGNED

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802615

Highly Confidential Subject to Protective
Order

BOP_MDL2802616

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 02-1374 850 | | | | | | | |
| NAME: | | TYPE OS | FED.# | | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: PBOB SOFS | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: | RESPONSIBLE PERSON | | | TITLE/I.D. NO. | | INIT. USED |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| 1. LICENSING | | ADDITIONAL PHARMACY TECHS |
| 2. I.D.CARDS | | ALSO PHARMACY SUPERVISOR |
| 3. RECORDSYSTEM | | |
| 4. BARRICADE | | KNOWS OF THEIR CONCERNS |
| 5. MIN.STANDARDS | | |
| 6. SECURITY | | AND HIRED A THIRD |
| 7. LIBRARY | | PHARMACISTS, AND ARE |
| 8. CLEANLINESS | | |
| 9. REFRIGERATION | | TRAINING TECHS WITH GIANT |
| 10. ACCOUNTABILITY | | EAGLE PHARMACY TECH |
| 11. IMPROPERDISPENSING | | |
| 12. INSUFFICIENTSUPERVISION | | TRAINER THEY (GE) ALSO |
| 13. INVENTORYRECORDS | | |
| 14. DRUGDESTRUCTION | | HAVE NEW $4.00 GENERICS |
| 15. ILLEGALSALES | | AND FREE ANTIBOTICS PLUS |
| 16. ILLEGALPURCHASES | | |
| 17. SAMPLES | | FUEL PERKS (FREE GAS/DISCOUNTS) |
| 18. NON-REGCOMPOUNDING | | |
| 19. RxBLANKS | | NEW COMPUTER SYSTEM IS IN |
| 20. IMPROPERRx's | | PLANNING STAGES. |
| 21. OUTDATEDDRUGS | | |
| 22. DRUGLABELS | | |
| 23. RxINFORMATION | | |
| 24. OTC/SYRINGES | | |
| 25. GENERICMFG. | | |
| 26. RxFILES | | |
| 27. RxCOPIES | | |
| 28. RxINT/DATE | | |
| 29. DEAINVENTORY | | |
| 30. PHONEDSCHIIRx | | |
| 31. REFILLS-6MO/5X | | |
| 32. REFILLS-INT/DATE | | |
| 33. REFILLS-UA | | |
| 34. EMERGENCYKIT | | |
| 35. CONTINGENCYKIT | | |
| 36. NON-REGDISPENSING | | |
| 37. COUNSELING | | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| | | |
|---|---|---|
| _____ | 01/10/07 | _____ |
| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

04-29-03 AU8:58 RCVD

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

TYPE: TERM DISTR  RETAIL PHARMACY
DDD#: 02-1374850  (NEW)
NAME: GIANT EAGLE PHARMACY
R.P.: DOUGLAS NORRIS RPH
ADDR: 6079 ANDREWS ROAD
MENTOR-ON-THE-LAKE, OH 44060

PHONE (INCLUDE AREA CODE): 440-306-0011

TIME IN: 12:10 P.M.  TIME OUT: 1:10 P.M.

TYPE: 05 (RETAIL)  FED.#: PENDING  EXP. DATE:

HOURS OPEN (DAILY): 9:00 - 9:00P  (SAT.): 9:00  (SUN. & HOLIDAYS): 1:00P

CAT: THREE  CLASS: 05
CNTY: LAKE CO. (43)-FB  04/11/03 SP

RESPONSIBLE PERSON: R.P. DOUG NORRIS  TITLE/I.D. NO.:  INIT. USED:

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| R.P.A. DOUG NORRIS #03-2-11337 | | | | | |
| R.P.A. BOB KYTREE | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING Conf

1) OK (NEW LICENSE DELIVERED THIS DATE) (FULL INSPECT)

2) OK

3) IBM COMPUTER SYSTEM IN HOUSE ONLY. COMPUTER GENERATES A DAILY LOG WHICH IS SIGNED BY DISPENSING PHARMACIST. PDX SOFTWARE

4) BARRICADE REPORT WRITTEN (APPROVED)

5-5-03

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** TO THE STATE BOARD OF PHARMACY **WITHIN 20 DAYS** FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

PERSON IN CHARGE: DOUG NORRIS  DATE SIGNED: 4-23-03  INSPECTOR:

PHA-0610 (Rev. 06/01)  WHITE - OFFICE COPY  YELLOW - INSPECTOR COPY  GREEN - DISTRIBUTOR COPY  PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802629

Highly Confidential Subject to Protective Order

BOP_MDL2802630

Case: 1:17-md-02804-DAP Doc #: 3062-14 Filed: 08/17/21 162 of 738. PageID #: 531535

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

**STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 · PHONE 614/466-4143; FAX 614/752-4836**

TYPE:
DDD#: *02-1374850*

NAME

R.P.:

ADDR: *PAGE 2 OF 2*

CAT:

CNTY:

CLASS: *2*

| PHONE (INCLUDE AREA CODE) | | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
| TYPE *OS (RETAIL)* | | | FED # | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | | |
| RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D.CARDS | |
| 3. RECORDSYSTEM | |
| 4. BARRICADE | 5) OK |
| 5. MIN.STANDARDS | |
| 6. SECURITY | |
| 7. LIBRARY | |
| 8. CLEANLINESS | (6) STATE ALARM SYSTEM |
| 9. REFRIGERATION | (BARRICADE REPORT |
| 10. ACCOUNTABILITY | WRITTEN) |
| 11. IMPROPERDISPENSING | |
| 12. INSUFFICIENTSUPERVISION | |
| 13. INVENTORYRECORDS | |
| 14. DRUGDESTRUCTION | |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | |
| 17. SAMPLES | 7) OK |
| 18. NON-REGCOMPOUNDING | |
| 19. RxBLANKS | |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | 8) OK (NEW STORE) SET |
| 23. RxINFORMATION | TO OPEN FOR BUSINESS |
| 24. OTC/SYRINGES | ON MAY 12, 2003. |
| 25. GENERICMFG. | |
| 26. RxFILES | 9) OK |
| 27. RxCOPIES | |
| 28. RxINT/DATE | WHOLESALER — McKESSON |
| 29. DEAINVENTORY | 29) DEA INVENTORY (IN |
| 30. PHONEDSCHIIRx | OPENING OF STORE) |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S):

**IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY* TO THE STATE BOARD OF PHARMACY *WITHIN 20 DAYS* FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.**

PERSON IN CHARGE *Doug Norris*          DATE SIGNED *4-23-03*          INSPECTOR

PHA-0610 (Rev. 06/01)          WHITE · OFFICE COPY          YELLOW · INSPECTOR COPY          GREEN · DISTRIBUTOR COPY          PINK · INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802631

Highly Confidential Subject to Protective
Order

BOP_MDL2802632

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

### (O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 4-23-03 | T.D.D.D. #: 02-1374850 |
|---|---|
| BOARD AGENT: FRANK BODI | D.E.A. #: Pending |

**YES   NO**   (CHECK ONE)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

- [x] [ ] Key in sealed envelope in safe.   (LOCK BOX)
- [x] [ ] All items requiring R.Ph. supervision are inside barricade.
- [x] [ ] Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

- [x] [ ] Minimum of seven (7) feet in height.
- [x] [ ] Fully enclosed.
- [x] [ ] Suitable locks are provided.
- [x] [ ] Prescription department cannot be entered when locked without obvious damage to barricade.
- [x] [ ] No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

*BARRICADE APPROVED*

### ELECTRONICS:

- [ ] [x] This is a company-owned system. If no, leased from who? _STATE ALARMS_
- [x] [ ] This is a [x] HARDWIRE / [ ] WIRELESS / [ ] BOTH system. *(check one)*
- [x] [ ] There is a functional emergency "hold up" button. _3 ALARMS_
- [x] [ ] System is in operation at all times when R.Ph. is not present.
- [x] [ ] Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? (1) STATE ALARMS (2) MENTOR-ON-LAKE P.D. (3) R.A
- [x] [ ] Only pharmacists possess access code to prescription room.
- [x] [ ] System was tested this date. Date system was last tested? _____
- [ ] [x] Slot is provided for drop-in prescriptions.
- [x] [ ] Suitable notice of operating hours to public is posted.
- [x] [ ] Notice of emergency service is posted.

*Doug Norris*

PHA-0611 (Rev. 06/98)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

BOP_MDL2802634

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_SIGNED ON PAGE #_     _4-23-03_
(Signature of R.Ph./Owner)        (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_[signature]_       _AGENT_
(Signature of Board Agent)        (Title)

**Comments:**

PHA-0611 (Rev. 06/98)            ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

BOP_MDL2802636

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1374850 F

AREA CODE / TELEPHONE NUMBER: 440-306-0011
TIME IN: 1230 P.M.
TIME OUT: 1:45 P.M.

NAME:
R.P.: GIANT EAGLE
ADDR: 6079 Andrews Rd.
Mentor on the Lake OH

TYPE: 05 (RETAIL)
FED #: B6826234?
EXP. DATE: 1-30-05

HOURS OPEN (DAILY): 9:00-9:00P
(SAT): 9:00P
(SUN. & HOLIDAYS): 9:00-6:00P

CAT:
CNTY: LAKE
CLASS: 05

RESPONSIBLE PERSON: RPH. DOUG NORRIS
TITLE/I.D. NO.
INIT. USED

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| RPH - DOUG NORRIS | | #03-211337 | | | |
| RPH - AMANDA PIET | | | | | |

OHIO PHARMACY BOARD

SEP - 5 2006

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING   Comp

LAST INSPECT 2003

1) OK (2006), POSTED

8) OK (2006)

Giant Eagle Pharamcy #1217
6079 Andrews Road
Mentor on the Lake, Ohio 44060

3) IBM COMPUTER SYSTEM ON LINE TO ALL OTHER GIANT EAGLE PHARMACIES PDX SOFTWARE. COMPUTER GENERATES A DAILY PRINT-OUT WHICH IS SIGNED BY DISPENSING R.PH.

9-11-06 AS

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE
DATE SIGNED: 8/23/06
SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802619

Highly Confidential Subject to Protective
Order

BOP_MDL2802620

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 170 of 738. PageID #: 531543

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: | 02-1374850 | | | | | | | | |
| NAME: | | | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | PAGE 2 OF 3 | | | | | | | | |
| ADDR: | | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | | CLASS: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D.CARDS | |
| 3. RECORDSYSTEM | |
| 4. BARRICADE | 4) BARRICADE REPORT WRITTEN (APPROVED) |
| 5. MIN.STANDARDS | |
| 6. SECURITY | |
| 7. LIBRARY | |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | |
| 11. IMPROPERDISPENSING | |
| 12. INSUFFICIENTSUPERVISION | |
| 13. INVENTORYRECORDS | 5) OK |
| 14. DRUGDESTRUCTION | |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | |
| 17. SAMPLES | |
| 18. NON-REGCOMPOUNDING | |
| 19. RxBLANKS | 6) STATE ALARM COMPANY |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | 7) OK (UPDATED TO |
| 25. GENERICMFG. | |
| 26. RxFILES | |
| 27. RxCOPIES | |
| 28. RxINT/DATE | |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | 8) OK |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED 8-23-06 | SIGNATURE OF INSPECTOR |
|---|---|---|

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802621

Highly Confidential Subject to Protective
Order

BOP_MDL2802622

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| TYPE: DDD#: 02-1374850 | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| NAME: R.P.: PAGE 3 | TYPE OS | FED.# | | | EXP. DATE | |
| ADDR: 3 OF | HOURS (DAILY) OPEN | (SAT.) | | (SUN. & HOLIDAYS) | | |
| CAT: CLASS: 3 CNTY: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

9) OK (2 IN STORE ONE FOR DRUGS ONLY AND ONE FOR FOOD ONLY)

10) DEA 222 ORDER FORMS IN ORDER -

29) DEA INVENTORY - 5-1-05 (OPENING)
APPROX. DAILY RX - 160
LAST RX # - 6044532
THEFTS - NONE
WHOLESALER - McKESSON

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 8-23-05 DATE SIGNED | SIGNATURE OF INSPECTOR |
|---|---|---|

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802624

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 09-23-06 | T.D.D.D.#: 02-1374850 |
|---|---|
| BOARD AGENT: (TBD) | D.E.A.#: BG8262343 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in sealed envelope in safe.

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

*BARRICADE APPROVED*

## ELECTRONICS:

___ X This is a company-owned system.
If no, leased from who? _____ STATE ALARMS _____

X ___ This is a  X HARDWIRE / ___ WIRELESS / ___ BOTH system. *(check one)*

___ X There is a functional emergency "hold up" button.

X ___ System is in operation at all times when R.Ph. is not present.

X ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
(1) STATE ALARMS   (2) MGR   (3) R.PH

X ___ Only pharmacists possess access code to prescription room.

X ___ System was tested this date. Date system was last tested? _____

___ X Slot is provided for drop-in prescriptions.

X ___ Suitable notice of operating hours to public is posted.

X ___ Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

BOP_MDL2802625

Highly Confidential Subject to Protective
Order

BOP_MDL2802626

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____          1:40   8/23/06
(Signature of R.Ph./Owner)                        (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____          _____
(Signature of Board Agent)                        (Title)

**Comments:**

Giant Eagle Pharamcy #1217
6079 Andrews Road
Mentor on the Lake, Ohio 44060

PHA-0611 (Rev. 04/04)                    ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802628

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 178 of 738. PageID #: 531551

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: RTRC
DDD#: 02137485O
NAME: Giant Eagle # 1217
R.P.: Lance Smith, RPh.
ADDR: Lance Smith, RPh.
6079 Andress Rd.
Metor on the Lake, OH 44060
CAT: ☑     CLASS:
CNTY: 43

1 of 4

AREA CODE / TELEPHONE NUMBER: 440-306-0011
TIME IN: 1:30 P.M.
TIME OUT: 3:15 P.M.
TYPE: RTPC
FED. #: BG8262343
EXP. DATE: 9/30/14
HOURS OPEN: M-F 9-9  Sat 9-8  Sun 9-5
FAX NUMBER: 440-306-0022
EMAIL:

PERSON GIANT EAGLE #1217
6079 Andrews Rd.
Mentor on the Lake
Ohio 44060
phone 440-306-0011
fax 440-306-0022

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Todd Merkowski | | 0322587 | | | |
| Rudy Kozan | | 03110873 | | | |
| Lisa Krajnak | | 0332177 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☑     Partial ☐

1.) OSBP - DEA licenses current + posted.

2.) OK

3.) PDX version 4.7.00 dispensing software.
Giant Eagle is currently implementing new windows
based Rapid Fill software - not yet at this site.
Five computer terminals handle data entry,
patient profile information, DUR verification.
Daily dispensing authentication log prints out.
Signed by dispensing RPh. Daily Cognitive services
report lists all Rxs with DUR issues and
RPh who resolved issue.

4.) Fully enclosed barricade - Barricade inspection
report completed.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF
THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE     DATE 2/5/13
SIGNATURE OF INSPECTOR     DATE 2/5/13

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective
Order

BOP_MDL2802589

Highly Confidential Subject to Protective Order

BOP_MDL2802590

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 021334850 | | | | | P.M. | | P.M. |
| NAME: | | TYPE | | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: | 2 ʃ 4 | HOURS OPEN | | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

5.) Ok

6.) Electronic alarm backs up physical barricade. Only RPh's possess alarm codes - 4 full time RPh's. No recent thefts or significant losses.

7.) RPh. able to access Ohio drug laws and rules on OSBP website.

8.) Ok - pharmacy currently being remodeled.

9.) Two mini refrigerators and one mini freezer - all at proper temperature.

10.) Controlled drug box contains records of accountability. CII invoices maintained in monthly folders. CII invoices attached to DEA 222 forms. Forms properly executed

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_____  2/5/13          _____  2/5/13
SIGNATURE OF PERSON IN CHARGE        DATE          SIGNATURE OF INSPECTOR        DATE

PHA-0610 (Rev.04/11)    WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802591

Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 182 of 738. PageID #: 531555

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02137850
NAME:
R.P.:
ADDR:

3 54

CAT:                CLASS:
CNTY:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | FED. # | | | EXP. DATE | |
| HOURS OPEN | | | | | |
| FAX NUMBER | | EMAIL | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☐      Partial ☐

upon receiving order from Mckesson - primary wholesaler for controls.

(3.) Two perpetual CII log books maintained. Monthly inventory counts conducted.

21.) Outdates stored in box in storage room. Approaching outdates marked with colored stickers.

23.) CII files checked. RXs properly contain prescriber DEA, quantity in alpha + numeric format. CIII-V RXs checked - phone in RXs properly list prescriber agent full name

24.) Syringes stored on rear wall out of customer access.

26.) 4 part filing system.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          2/5/13          DATE
SIGNATURE OF INSPECTOR          2/5/13          DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802593

Highly Confidential Subject to Protective
Order

BOP_MDL2802594

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 184 of 738. PageID #: 531557

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: 021374850 | | | | | | | | |
| NAME: | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | 4 of 4 | | | | | | | |
| | | | HOURS<br>OPEN | | | | | |
| CAT: | CLASS: | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. | PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐     Partial ☐

28.) Original hard copy RX's initialed by verifying RPh and individual who pulls medication from shelf.

29.) Last biennial inventory completed at business open on 5/1/12 by RPh Smith.

31.) RX# 4044379 checked for # of authorized refills - ok.

32.) Daily Authentication log signed by dispensing RPh. Log lists all new and refill RX's - positive ID on refill RX's dispensed.

37.) Third party counseling log signed by customers verifying offer to counsel.

3000 RX's/week    RX# 6405128 processed today

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 2/5/13 | SIGNATURE OF INSPECTOR | 2/5/13 |
|---|---|---|---|
| | DATE | | DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802595

Highly Confidential Subject to Protective
Order

BOP_MDL2802596

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE:  2/5/2013 | T.D.D.D. #:  021374850 |
|---|---|
| BOARD AGENT:  Edwards | D.E.A. #:  B68262343 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___   Key in sealed envelope in safe.

✓ ___   All items requiring R.Ph. supervision are inside barricade.

✓ ___   Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

✓ ___   Minimum of seven (7) feet in height.

✓ ___   Fully enclosed.

✓ ___   Suitable locks are provided.

✓ ___   Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

___ ✓   This is a company-owned system.
If no, leased from who? _____ State Alarm

___ ___   This is a ✓ HARDWIRE / ___ WIRELESS / ___ BOTH system.  *(check one)*

✓ ___   There is a functional emergency "hold up" button.

✓ ___   System is in operation at all times when R.Ph. is not present.

✓ ___   Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
_____ Audible alarm + R8h called at home

✓ ___   Only pharmacists possess access code to prescription room.

___ ✓   System was tested this date.  Date system was last tested? _____

___ ✓   Slot is provided for drop-in prescriptions.

✓ ___   Suitable notice of operating hours to public is posted.

___ ___   Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)                                        *(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

BOP_MDL2802597

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

2-5-13
(Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

Agent
(Title)

**Comments:**

Fully enclosed barricade with electronic alarm back up. Wall beside drop off/waiting area recently modified - extra counter and cabinet space added where patient waiting area had been. Same gate and locks still in use. Wall shortened by approx 18 inches. Construction took place after hours with RPh. present.

Barricade Approved.

PHA-0611 (Rev. 04/04)

GIANT EAGLE #1217
6079 Andrews Rd.
Mentor on the Lake
Ohio 44060
phone 440-306-0011
fax 440-306-0022

∧∧ PLACE STORE STICKER UPPER HERE ∧∧

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 188 of 738. PageID #: 531561

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: RTPC
DDD#: 021374850
NAME: Giant Eagle
R.P.:
ADDR: Lance Smith, RPh.
6079 Andrews Rd.
Mentor on the Lake, OH 44060
CAT: IY    CLASS: 05
CNTY: Lake - 43

AREA CODE / TELEPHONE NUMBER: 440·306-0011
TIME IN: 3:00 PM
TIME OUT: 4:15 PM
TYPE: Retail Chain    FED. #: BG8262343    EXP. DATE:
HOURS OPEN: M-F 9-9   Sat 9-6   Sun 9-5
FAX NUMBER: 440-306-0022    EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Lance Smith | | 03228007 | Jordan Staley | | 06007688 |
| Douglas Norris | | 03211337 | | | |
| Scott Nuti | | 03112480 | Giant Eagle Pharamcy #1217 6079 Andrews Road Mentor on the Lake, Ohio 44060 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☒ Comp P ☐

1.) OSBP and DEA licenses current and posted.
2.) ok   3.) PDX software version 4·6·08   six
terminals capable of performing all dispensing functions.
Patient profile recall dates back at least 12 months.
Barcode verification and unique password used to
complete DUR and final verification. All Giant
Eagle's connected on real time online system
for patient profile searches and Rx transfers.
Data backup performed on secure tapes each day.
RPh's sign Daily Authentication log which lists
each Rx verified by each RPh.   4.) Fully enclosed
barricade - see completed barricade inspection
report.   5.) ok   6.) No thefts or significant

7-27-09

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE: 7-13-09
SIGNATURE OF INSPECTOR    DATE: 7/13/09

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802599

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 021374850
NAME:
R.P.: *2 of 4*
ADDR:

AREA CODE / TELEPHONE NUMBER

| TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |

TYPE | FED. # | EXP. DATE

HOURS OPEN

FAX NUMBER | EMAIL

CAT: | CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
25. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS·6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐  P ☐

losses in past few years. You are always to provide adequate and effective security to deter and detect diversion of dangerous drugs. 7) RPh demonstrated ability to access OSBP website and Ohio Drug Laws & Rules. 8.) OK 9.) OK 10.) DEA 222 forms properly executed upon receipt of C-II order. McKesson and Anda are wholesalers for C-II purchases. No wholesale sales being made. All records of accountability must be kept complete and accurate and onsite available for inspection for 3 years. 14.) RPh inquired about destroying outdated/damaged controlled substances that cannot be sent back

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE | DATE 7-13-09

SIGNATURE OF INSPECTOR | DATE 7/13/09

PHA-0610 (Rev.03/08)   WHITE · OFFICE COPY   YELLOW · INSPECTOR COPY   PINK · INDIVIDUAL COPY   GREEN · DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 192 of 738. PageID #: 531565

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02137 4850

| AREA CODE / TELEPHONE NUMBER | TIME IN | | TIME OUT | |
|---|---|---|---|---|
| | | A.M. | | A.M. |
| | | P.M. | | P.M. |

NAME:
R.P.:
ADDR:           3 . 54

| TYPE | FED. # | EXP. DATE |
|---|---|---|

HOURS
OPEN

CAT:          CLASS:
CNTY:

FAX NUMBER          EMAIL

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
25. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐          P ☐

to Capital Returns. RPh. advised to send a letter listing medications to be destroyed to OSBP to request a one time destruction. 21.) Approaching outdates clearly marked with yellow circle stickers on bottle. 23) C-III-J files checked RX's properly contain patient full name and address. Phone in RX's properly document full name of doctor agent. 26.) 3 part filing system in place. 28.) Original hard copy RX's properly initialed by verifying RPh. 29.) Last biennial inventory completed 5/1/09 at open of business. 32.) Daily Authorization logs print out for each dispensing RPh. Logs are signed by verifying RPh. showing

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| _signature_ | 7-13-09 | _signature_ | 7/13/09 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.03/08)   WHITE · OFFICE COPY   YELLOW · INSPECTOR COPY   PINK · INDIVIDUAL COPY   GREEN · DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802603

Highly Confidential Subject to Protective Order

BOP_MDL2802604

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 194 of 738. PageID #: 531567

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|---|---|---|
| DDD#: | 021374850 | | | | | A.M. P.M. | | A.M. P.M. |
| NAME: | | | TYPE | | FED. # | | EXP. DATE | |
| R.P.: | 4 of 4 | | | | | | | |
| ADDR: | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | FAX NUMBER | | | EMAIL | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING<br>2. I.D. CARDS<br>3. RECORD SYSTEM<br>4. BARRICADE<br>5. MIN. STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPER DISPENSING<br>12. INSUFFICIENT SUPERVISION<br>13. INVENTORY RECORDS<br>14. DRUG DESTRUCTION<br>15. ILLEGAL SALES<br>16. ILLEGAL PURCHASES<br>17. SAMPLES<br>20. IMPROPER Rx's<br>21. OUTDATED DRUGS<br>22. DRUG LABELS<br>23. Rx INFORMATION<br>24. OTC/SYRINGES<br>26. Rx FILES<br>27. Rx COPIES<br>28. Rx INT/DATE<br>29. DEA INVENTORY<br>30. PHONED C-II Rx<br>31. REFILLS-6MO/SX<br>32. REFILLS-INT/DATE<br>33. REFILLS-UA<br>37. COUNSELING<br>38. PSE SALES<br>39. OARRS<br>40. CONFIDENTIALITY<br><br>F ☐   P ☐ | Positive ID on refill Rxs dispensed. 37.) Bound 4th party/ counseling log documents offer to counsel. 39.) RPh's signed up for OARRS.<br><br>Approx. 350 Rxs/day (60% new) RX# 673424 is new today. |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

**IF BOX IS CHECKED, _THE DISTRIBUTOR_ SHALL CORRECT ITEM(S) INDICATED AND _RETURN THE PINK COPY_, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE _WITHIN 20 DAYS_ FROM DATE ISSUED.**

| SIGNATURE OF PERSON IN CHARGE | DATE 7-13-09 | SIGNATURE OF INSPECTOR | DATE 7/13/09 |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802605

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 196 of 738. PageID #: 531569

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

OHIO PHARMACY BOARD

| DATE: 7/13/09 | T.D.D.D. #: 0213748S0 | JUL 2 2 2009 |
|---|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG8262343 | |

**YES   NO**   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in sealed envelope in safe.

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:  Backup to physical barricade

___ X This is a company-owned system.
If no, leased from who? ___ State Alarm

X ___ This is a ___ HARDWIRE / X WIRELESS / ___ BOTH system. *(check one)*

X ___ There is a functional emergency "hold up" button.

X ___ System is in operation at all times when R.Ph. is not present.

X ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
___ RPh. called at home

X ___ Only pharmacists possess access code to prescription room.

___ X System was tested this date. Date system was last tested? _____

___ X Slot is provided for drop-in prescriptions.

X ___ Suitable notice of operating hours to public is posted.

___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)                    *(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

BOP_MDL2802607

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  197 of 738.  PageID #: 531570

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

### I have been informed of and understand the following requirements:

1.  No prescription item may be sold when the prescription department is closed.

2.  No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3.  No prescription may be left outside the barricade for customer pick-up.

4.  No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5.  No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6.  Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7.  All dangerous drugs are to be stored within the barricaded area.

_____          7-13-09
(Signature of R.Ph./Owner)                        (Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____          Agent
(Signature of Board Agent)                        (Title)

**Comments:**

Fully enclosed barricade. Steel gate encloses front of pharmacy. Electronic alarm backs up barricade. 2 Motion sensors  3 sets of keys plus one floater set.

Barricade Approved

**Giant Eagle Pharamcy #1217**
**6079 Andrews Road**
**Mentor on the Lake, Ohio  44060**
∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

PHA-0611 (Rev. 04/04)

Highly Confidential Subject to Protective Order

BOP_MDL2802608



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 021374850

# Giant Eagle Pharmacy 1217

6079 Andrews Road
Mentor-on-the-lake, OH 44060
Lake County

## Retail Pharmacy - Large Chain

## Category Three

## Full Inspection

# August 10, 2015

Highly Confidential Subject to Protective
Order

BOP_MDL2796625

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 199 of 738. PageID #: 531572



# License 021374850 - Giant Eagle Pharmacy 1217 — Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** William Trey Edwards
**Start** 8/10/2015 12:45 PM
**End** 8/10/2015 1:50 PM

## Organization

| **Name** | **License Type** | **Category** |
| Giant Eagle Pharmacy 1217 | Retail Pharmacy - Large Chain | Category Three |

| **License Number** | **Business Type** | **DEA Number** |
| 021374850 | Large Chain Pharmacy - 12 Or More Outlets | BG8262343 |

**Responsible Person**
Todd J. Markowski, R.Ph.

**Hours of Operation**

## Contact

| **Address** | **Primary Number** | **Fax Number** | **Website** |
| 6079 Andrews Road | (440) 306-0011 | (440) 306-0022 | |
| Mentor-on-the-lake, OH 44060 | | | |
| Lake County | | | |

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
|---|---|---|---|---|---|
| Denise Gardner, R.Ph. | DR | Pharmacist | 03326998 | | |
| Todd J. Markowski, R.Ph. | T.J.M. | | 03225387 | (440) 257-0307 | toddmarkowski@oh.rr.com |
| Jordan Staley, R.Ph. | JS | Pharmacist | | | |

Highly Confidential Subject to Protective Order

BOP_MDL2796626

Case: 1:17-md-02804-OAP  Doc #: 3862-14  Filed:  08/17/21  200 of 738.  PageID #: 531573

**1) Physical barricade**

    **1) Does the pharmacy have a fully enclosed barricade or an open air barricade?**

    Fully enclosed barricade

    **2) Are adequate locks provided for the pharmacy barricade?**

    Yes

    **3) Are all of the keys (except for floater keys) to the pharmacy barricade under pharmacist control?**

    Yes

    **4) If the pharmacy has the "floater" keys, are they secure and tamper evident?**

    Yes

    <u>Observation</u>

    Locked in lock box with key only access.

    **5) When in use, does the pharmacy barricade secure all items requiring pharmacist supervision?**

    Yes

    <u>Observation</u>

    Locked cage in stock room for old records.

    **6) When the barricade is in use can the pharmacy be entered without making obvious damage to the barricade?**

    No

    **7) Was the barricade put into use before receiving Board of Pharmacy approval?**

    No

    **8) When the pharmacy is closed, do any non-pharmacist personnel have access to any items. products, or equipment stored within the pharmacy barricade?**

    No

    **9) Does the pharmacy have a "drop box" where new prescription and/or refill prescription orders can be deposited  when no pharmacist is present?**

    No

Highly Confidential Subject to Protective Order

BOP_MDL2796627

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  201 of 738.  PageID #: 531574

### 2) Electronic barricade

#### 1) Who owns the pharmacy alarm system?

The alarm company.

<u>Observation</u>
State Alarm

#### 2) Who monitors the pharmacy alarm and what is their phone number?

<u>Observation</u>
State Alarm 1-888-726-8111

#### 3) Does anyone other than a pharmacist have the code or the key to the alarm system?

No

<u>Observation</u>
No issues found.

#### 4) Does each pharmacist have their own individualized alarm code?

Yes

#### 5) Is the alarm a hard wired alarm, wireless, or both?

Hard wired.

#### 6) Does the alarm detect entry into the pharmacy?

Yes

<u>Observation</u>
No issues found.

#### 7) Can the alarm system be bypassed when in use?

No

<u>Observation</u>
No issues found.

#### 8) Was the pharmacy alarm tested during this inspection?

The pharmacy alarm was not tested on this date. Document the date it was last tested.

<u>Observation</u>
Week of June 29 when power went out.

### 3) RPh/Owner Statement of Understanding

#### 1) I have been informed of and understand the following requirements:

<u>Observation</u>
1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

## Summary

**No Issue Found**

The Organization does not have any items to correct according to this inspection.

Reviewed by Todd J. Markowski, R.Ph.

_____
(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796628



## State of Ohio Board of Pharmacy

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 021374850
# Giant Eagle Pharmacy 1217

6079 Andrews Road
Mentor-on-the-lake, OH 44060
Lake County

# Retail Pharmacy - Large Chain
# Category Three
# Full Inspection

# August 10, 2015

# Written Response Required

Highly Confidential Subject to Protective Order

BOP_MDL2802639

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 203 of 738. PageID #: 531576

# Written Response Items

### 19) Errors in Dispensing

1) How are dispensing errors being documented by the pharmacy?

Highly Confidential Subject to Protective
Order

BOP_MDL2802640

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 204 of 738. PageID #: 531577



# License 021374850 - Giant Eagle Pharmacy 1217    Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** William Trey Edwards
**Start** 8/10/2015 1:55 PM
**End** 8/10/2015 4:01 PM

## Organization

**Name**
Giant Eagle Pharmacy 1217

**License Type**
Retail Pharmacy - Large Chain

**Category**
Category Three

**License Number**
021374850

**Business Type**
Large Chain Pharmacy - 12 Or More Outlets

**DEA Number**
BG8262343

**Responsible Person**
Todd J. Markowski, R.Ph.

**Hours of Operation**

## Contact

**Address**
6079 Andrews Road
Mentor-on-the-lake, OH 44060
Lake County

**Primary Number**
(440) 306-0011

**Fax Number**
(440) 306-0022

**Website**

## Personnel

| Name | Initials | Position | I.D. No. | Phone | Email |
|---|---|---|---|---|---|
| Denise Gardner, R.Ph. | DR | Pharmacist | 03326998 | | |
| Todd J. Markowski, R.Ph. | T.J.M. | | 03225387 | (440) 257-0307 | toddmarkowski@oh.rr.com |
| Jordan Staley, R.Ph. | JS | Pharmacist | 03232968 | | |

### 1.1) The OSBP License

**1) Is the pharmacy TDDD license readily retrievable for inspection?**
Yes

**2) Is the Pharmacy TDDD license current and up to date?**
Yes

**3) Has the pharmacy TDDD license been signed by the Responsible Pharmacist?**
Yes

**4) Have any changes in the pharmacy's ownership, business name, category, or address occurred without notification to the Board of Pharmacy?**
No

### 1.2) The Responsible Person

**1) Is there a current Responsible Person for the TDDD license?**
Yes

**2) Have changes in the pharmacy's "Responsible Person" been properly reported to the OSBP?**
Yes

### 1.3) The DEA Certificate

**1) Is the pharmacy's DEA certificate current?**
Yes

**2) Is the pharmacy's DEA certificate posted for inspection?**
Yes

### 2.1) RPh Wall Certificates

**1) Are the pharmacists OSBP wall certificates posted within the pharmacy?**
Yes

Highly Confidential Subject to Protective Order

BOP_MDL2802641

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 205 of 738. PageID #: 531578

**2.2) ID Cards**

**1) Have all pharmacists and Pharmacy Interns signed their Board of Pharmacy wallet license?**
Yes

**2) Are the pharmacists or pharmacy Interns practicing pharmacy without having their ID card on their person?**
No

**2.3) Unlicensed Practice Issues**

**1) Has the practice of pharmacy been performed by any lapsed or unlicensed individual?**
No

**3.1) Record Availability**

**1) Can the pharmacy produce a detailed patient profile for the past 12 months immediately upon request?**
Yes

**2) Can the pharmacy produce three (3) years of dispensing records within three (3) business days?**
Yes

**3.2) Manual Record Keeping Systems**

**1) Is the pharmacy operating with a true Manual record keeping system?**
No

**2) Are dispensing labels being created?**
Yes

**3.3.1) Basic Questions Pertaining To The ARKS**

**1) What is the name of the Alternative Record Keeping System (ARKS) being used by the pharmacy?**

Observation
Enterprise Pharmacy System

**2) What is the operating system for the ARKS?**

Windows

Observation
Windows

**3) Is the ARKS pharmacy owned, or provided by a third-party vendor?**

Third-party vendor

**4) What is the current version of the ARKS?**

Observation
2.06.00.010

**3.3.2) Purged ARKS Data**

**3) Does the pharmacy backup its ARKS?**

Yes

Observation
Backed up at corporate HQ

**3.3.3) Stand Alone ARKS**

**1) Is the ARKS a "Stand Alone" system maintained at the licensed pharmacy?**
No

**2) How many total ARKS dispensing terminals are there?**

13

Observation
13 terminals

**3) Are there any ARKS dispensing terminals outside the pharmacy barricade?**

No

**4) Can access to dispensing data, and/or dispensing functions, be made from any location outside the pharmacy barricade?**

Yes

Observation
Giant Eagle Central Fill counts, labels and ships some prescriptions. DUR and verification completed at this store.

Highly Confidential Subject to Protective Order

BOP_MDL2802642

### 3.3.4) Shared ARKS

**1) Is the shared ARKS "a real time online system", and used for the review and transfer of dispensing data?**

Yes

Observation
Yes

**2) Does the pharmacy's real time online ARKS prevent a patient from receiving more dispensings than authorized by the original prescription?**

Yes

### 3.3.5) ARKS Downtime

**1) In the event that the ARKS experiences "downtime", is the pharmacy's dispensing process compliant with 4729-5-27(K)?**

Yes

### 3.3.6) ARKS Record Accuracy

**1) Are required records of accountability being kept complete and accurate in the ARKS?**

Yes

### 3.3.7) True Edit Trails

**1) Can dispensing data be permanently removed (deleted) from the ARKS?**

No

Observation
It is not possible to permanently remove (delete) dispensing data from the ARKS.

**2) Does the pharmacy's ARKS maintain a "True Edit Trail" of changes made to all required dispensing data?**

Yes

Observation
The pharmacy's ARKS maintains a "True Edit Trail" of changes made to all required dispensing data.

**3) Can deleted or edited dispensing data be retrieved for inspection by the OSBP?**

Yes

Observation
Deleted or edited dispensing data can be retrieved for inspection by the OSBP.

### 3.3.8) ARKS Security

**1) Does the ARKS control the level of access based on duties (Technician vs. Pharmacist)?**

Yes

Observation
The ARKS controls access levels based on pharmacy duties (Technician vs. Pharmacist). Access level of pharmacists, Qualified Technicians, and support staff are unique based on their level of authority/responsibility.

**2) Are on-duty pharmacists controlling and supervising ARKS access and use?**

Yes

Observation
The on-duty pharmacists are controlling and supervising the ARKS access and use.

**3) When logging into the ARKS, what is the security access to dispensing functions?**

Username & Password
Fingerprint

Observation
User name and password required to obtain NDC barcode reader to count medications. Fingerprint used for verification.

### 3.4) Triditional Paper Positive Identification

**1) What is the method of positive ID, for the act of dispensing?**

Manually initialing (or signing), and dating, original Rx's?
Manually signing and dating a daily computerized printout containing refill dispensing data?

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 207 of 738. PageID #: 531580

### 3.5) ePositive Identification

**1) Is a paperless positive ID system being used that has not been made approvable by the Board of Pharmacy?**

No

**2) Is there documentation the pharmacy's paperless positive ID system was made approvable by the Board of Pharmacy?**

No

**3) Have any changes been made to the pharmacy's paperless positive ID system, from what was originally made approvable?**

No

### 3.6) Other Areas Requiring Positive ID

**1) Is there positive ID for the practice of pharmacy at data entry, DUR, act of dispensing, and counseling?**

Yes

### 5) Minimum Standards

**1) Is the phone number for poison control readily accessible in the pharmacy?**

Yes

**2) Does the pharmacy have the proper equipment to conduct the practice of pharmacy?**

Yes

**3) Does the pharmacy have enough drug stock fill most prescription requests?**

Yes

**4) Does the pharmacy have the containers necessary to dispense a variety of medication types and sizes?**

Yes

**5) Is there adequate space and fixtures within the pharmacy barricade to effectively operate a retail pharmacy?**

Yes

**6) Are the pharmacy operating hours posted in plain view for the public to see?**

Yes

**7) Is there evidence to indicate a problem with staffing levels?**

No

**8) Are the pharmacy employees wearing name tags with their job title?**

Yes

### 6) Security

**1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?**

Yes

**2) Are all of the pharmacy's drug stocks kept within the pharmacy barricade?**

Yes

**3) Are all records of accountability that are stored outside of the pharmacy barricade but within the same physical location either secure or tamper evident?**

Yes

**4) Does the Pharmacy have an off site facility for the storage of records of accountability?**

No, all records are stored at the same physical location as the pharmacy.

**5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?**

No

Observation
Not to the RPh.'s knowledge.

#### 6) Drug Theft or Loss Statement

Observation
Any theft or significant loss of drugs must be reported, by telephone, to the Board of Pharmacy and local law enforcement immediately upon discovery. If a controlled substance the DEA must be notified as well using a DEA-106 form.

Highly Confidential Subject to Protective Order

BOP_MDL2802644

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 208 of 738. PageID #: 531581

## 7) Library

**1) Does the pharmacy have an up to date "Drug Laws of Ohio" book, or an online resource to access the required information?**

Yes

**2) Does the pharmacist have access to the paper/electronic references necessary to appropriately practice pharmacy?**

Yes

## 8) Cleanliness

**1) Is the pharmacy clean and well lit?**

Yes

## 9) Refrigeration

**1) Are all pharmacy refrigerators and/or freezers is good working order with an adequate system in place to ensure that the medications stored within are stored at appropriate temperatures?**

Yes

## 10.1) Drug Ordering Procedeures

**1) Is the pharmacy using paper DEA-222 order forms, or are they using an electronic DEA-222 ordering system being used?**

Electronic DEA-222 ordering system is being used.

## 10.3) Electronic C-II drug order receipt

**1) When using an electronic drug ordering system, is the pharmacy creating a record of receipt that is electronically linked to the original order?**

Yes

## 10.4) Wholesale information

**1) Who are the wholesale drug distributors utilized by this pharmacy?**

Observation
Mckesson, Anda, Giant Eagle warehouse.

## 11) Improper Dispensings

**1) Are the pharmacist performing a prospective Drug Utilization Review?**

Yes

**2) Is the pharmacy using the correct NDC number when dispensing drugs?**

No

## 12) Insufficient Supervision

**1) Is there pharmacist supervision of the dangerous drugs and other pharmacy employees at all times while the pharmacy is open and operating?**

Yes

**2) Are only pharmacists performing tasks requiring professional judgment?**

Yes

## 13) Inventory Records

**1) Are all records and invoices pertaining to the pharmacy's drug stock on hand for review?**

Yes

**2) Does the pharmacy keep a perpetual C-II drug inventory?**

Yes, the pharmacy keeps a perpetual C-II drug inventory and it appears to be accurate.

## 14) Drug Destruction

**1) Has the pharmacy complied with OAC 4729-9-06 in order to destroy controlled substances?**

Yes

**2) Does the pharmacy have dangerous drugs to be destroyed?**

Yes

Observation
R.Ph. inquired about proper procedure to destroy accumulated broken/partial tablets. He will send a letter to OSBP requesting a one time destruction.

Highly Confidential Subject to Protective Order

BOP_MDL2802645

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 209 of 738. PageID #: 531582

### 15) Illegal Sales

**1) Is the Pharmacy making occasional wholesale drug sales?**

No, they are not making any wholesale drug sales pursuant to 4729-9-10.

**2) Have any drugs that were returned to stock been returned to the pharmacy stock bottles?**

No

**3) Are non-prescription schedule V controlled in accordance with OAC 4728-11-09?**

Yes

### 16) Illegal Purchases

**1) Verify Licenses of Distributors/Wholesalers**

Yes

### 17) Samples

**1) Is there any evidence of prescription drug samples in the pharmacy?**

No

Observation
No prescription drug samples found.

### 18.1) DUR software

**1) Does the pharmacist rely solely on the dispensing software to perform the DUR for prescription dispensing?**

No

### 19) Errors in Dispensing

\* **1) How are dispensing errors being documented by the pharmacy? Written Response Required**

Errors are documented in a paper report? (Document observations)

Errors are documented as an electronic report? (Document observations)

Observation
STARS incident reporting completed online initially upon discovery of an error with the facts of the error. A more detailed paper incident report is then completed.
Rx# 6504021 was filled initially on 7-18-14. The prescription was entered into the computer correctly however the GPI (generic product identifier) code was the same for both products which led to the incorrect emollient product to be dispensed and refilled a total of six times.

Corrective Action
Please respond in writing with the corrective action taken to resolve this issue and what will be done to ensure this type of error does not occur in the future.

**2) Have the frequency of errors caused a standard of practice issue for the pharmacy with a pharmacist or the pharmacy as a whole? Warning**

Yes

Observation
Corporate has put the store on a voluntary "action plan" to address recent errors that have occurred, mostly by a pharmacist who is no longer at this location.

Corrective Action
Action plan began on 7/30/2015 with intervention of pharmacy district manager.

**3) Has the pharmacy experienced any drug losses due to dispensing errors?**

No

### 20) Improper Rx's

**1) Are the prescriptions on file written in compliance with 4729-5-30?**

Yes

Highly Confidential Subject to Protective Order      BOP_MDL2802646

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 210 of 738. PageID #: 531583

### 21) Outdated Drugs

#### 1) Are there expired medications on the pharmacy shelves?

No

Observation
Shelves spot checked, no outdated drugs found. Approaching outdates marked with colored stickers.

#### 2) Are the known expired drugs segregated from the pharmacy drug stock?

Yes

Observation
Expired meds segregated in a bin in storage closet away from active drug stock.

### 22) Drug Labels

#### 1) Are the pharmacy prescription labels in compliance with OAC 4729-5-16?

Yes

#### 2) Is OAC 4729-5-16(C) being followed when applicable?

Yes

### 23.1) Signature

#### 1) Are all issued prescriptions including fax to fax prescriptions manually signed by the prescriber?

Yes

### 23.2) DEA Number

#### 1) Is the prescriber's DEA registration number written or pre-printed on all controlled substance prescriptions?

Yes

### 23.3) Prescription refills

#### 1) Are the prescribers specifying the number of refills or the period of time for which the prescription may be refilled?

Yes

### 23.4) APN prescriptions

#### 1) Do prescriptions written by Advanced Practical Nurses have their Certificate to prescribe (CTP) number written on them?

Yes

### 23.5) Prescriber's Agent

#### 1) Is the first and last name of the prescriber's Agent written on phoned in prescriptions when applicable?

Yes

### 24) OTC's & Syringes

#### 1) Does the pharmacy store over the counter medications within the pharmacy barricade?

Yes

#### 2) Are syringes stored in the pharmacy and kept out of obvious public view?

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2802647

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 211 of 738. PageID #: 531584

**25.1) Non-sterile compounding**

**1) Is pharmacy dispensing prescriptions that require non-sterile compounding?**

Yes

**2) Does the pharmacy have references appropriate to compounding?**

Yes

**3) What types of non-sterile compounds are prepared by the pharmacy?**

Pharmacy will reconstitute an oral antibiotic

Pharmacy compounds medications prepared from a kit

Pharmacy mixes three or more ingredients to make a single product

Observation

BMX oral anesthetic compounded.

**4) Does the pharmacy have the appropriate equipment to perform non-sterile compounding?**

Yes

**5) Is there appropriate record keeping in place?**

Yes

**6) Do compounded products have proper labels?**

Yes

**25.2) Sterile Compounding**

**1) Is the pharmacy performing sterile compounding?**

No

**2) Does the pharmacy have appropriate references for sterile compounding?**

No

**3) Does the pharmacy have a policy and procedure on sterile compounding?**

No

**25.3) Repackaging**

**1) Is the pharmacy pre-packaging medications (non-patient specific) prior to dispensing?**

No

**26) Prescription Files**

**1) Are the prescriptions dispensed by the pharmacy being filed in three separate files?**

Yes

**2) Are the prescription files in good order and are prescriptions being filed in a timely manner?**

Yes

**27.1) Transferring Prescriptions**

**1) Is anyone other than pharmacists or supervised pharmacy interns taking transferred prescriptions?**

No

**2) Are prescription copies properly transferred for Nonrefillable Rxs marked "For Information Purposes Only"?**

No

**3) Does the transferring pharmacist write "void" on the face of the original prescription as well record of the where, when and to whom the prescription was transferred to?**

No

Observation

Prescription is automatically invalidated within dispensing software when prescription is transferred.

**28) Rx's Initialed & Dated**

**1) Are pharmacists initialing and dating prescriptions when required?**

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2802648

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 212 of 738. PageID #: 531585

## 29) Annual Drug Inventory

### 1) Has an annual drug inventory been completed within the specified time period?

Yes

Observation
Effective January 1, 2015, Ohio Administrative Code Rule 4729-9-14 requires each prescriber or terminal distributor of dangerous drugs to take inventory of all stocks of controlled substances on hand every year following the date on which the initial inventory is taken. This is a change from the previous version of the rule that required a controlled substance inventory every two years.
Completed 5/1/15 prior to business opening by R.Ph. Markowski

## 30.1) Phoned in/oral prescriptions

### 1) Are only pharmacists and supervised pharmacy interns taking oral prescriptions?

Yes

## 32) Refills (Initialed & Dated)

### 1) Are the pharmacist signing the daily printouts? This also includes initialling bound refill logs.

Yes

## 37) Counseling

### 1) Is Patient counseling being offered with every prescription?

Yes

### 2) Is the refusal of counseling by the patient or caregiver being documented?

Yes

## 38) Pseudoephedrine Sales

### 1) Is the pharmacy selling more than nine (9) grams of pseudoephedrine to any individual per 30 days?

No

## 39) OARRS

### 1) Does the pharmacist have access to OARRS to request reports when needed?

Yes

### 2) Are the pharmacists requesting OARRS reports when appropriate?

Yes

### 3) Are any of the Pharmacists using delegates to request OARRS reports?

No

## 44) Inspection Affirmation

### 1) Inspection Affirmation

Observation
As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 20 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required.

## Summary

**Written Response Required**

The Organization shall correct items and return a written response, with details on the corrective action(s) taken, to the board office within 20 days from date issued.

**Reviewed by** Todd J. Markowski, R.Ph.

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2802649

036121

2015 SEP -1 AM 11:36

RECEIVED
OHIO BOARD OF PHARMACY

Highly Confidential Subject to Protective
Order

BOP_MDL2802650

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02137485O    1 of 5
NAME: Giant Eagle Pharmacy #1217
R.P.: Lance Smith
ADDR: 6079 Andrews Rd.
Mentor on the Lake, OH 44060

CAT: III    CLASS:
CNTY: Lake

AREA CODE / TELEPHONE NUMBER: 440-306-0011
TIME IN: 1:30 P.M.
TIME OUT: 4:00 P.M.
TYPE:    FED. #: BG-8262343    EXP. DATE: 9/30/2011
HOURS OPEN: M-F 9-9   Sat 9-7   Sun 9-5
FAX NUMBER: 440-306-0022    EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Lance Smith | | 03228007 | GIANT EAGLE PHARMACY #1217 6079 ANDREWS ROAD MENTOR-ON-LAKE, OH 44060 (440)306-0011 | | RECEIVED NOV 2 4 2010 BY |
| Emily Mooney | | 0309229 | | | |
| Jonathan Krause | | 03124228 | | | |

| | | |
|---|---|---|
| 4. LICENSING | 11/24/10 | 1.) OSBP + DEA licenses current and posted. 2.) Ok |
| 5. I.D. CARDS | | |
| 3. RECORD SYSTEM | USB | RPh. Krause indicated he recently contacted OSBP |
| 4. BARRICADE | | because he has not received his new 2011 card. |
| 5. MIN. STANDARDS | OK | |
| 6. SECURITY | | 3.) PDX software system version 4.6.08 5 terminals |
| 7. LIBRARY | 12-1-10 | for data entry, Rx verification, patient profile |
| 8. CLEANLINESS | PB | searches. Giant Eagle has real time online system |
| 9. REFRIGERATION | | for Rx transfers and patient profile searches. |
| 10. ACCOUNTABILITY | | Per PDM Adrienne Anthony store will be implementing |
| 11. IMPROPER DISPENSING | | new dispensing software in July 2011. 4.) Barricade |
| 12. INSUFFICIENT SUPERVISION | | inspection report completed. 5.) OK 6.) Electronic |
| 13. INVENTORY RECORDS | | alarm backs up physical barricade. No known |
| 14. DRUG DESTRUCTION | | thefts or significant losses in at least the past |
| 15. ILLEGAL SALES | | year. 7.) RPh. has ability to access OSBB website |
| 16. ILLEGAL PURCHASES | | |
| 17. SAMPLES | | |
| 20. IMPROPER Rx's | | |
| 21. OUTDATED DRUGS | | |
| 22. DRUG LABELS | | |
| 23. Rx INFORMATION | | |
| 24. OTC/SYRINGES | | |
| 26. Rx FILES | | |
| 27. Rx COPIES | | |
| 28. Rx INT/DATE | | |
| 29. DEA INVENTORY | | |
| 30. PHONED C-II Rx | | |
| 31. REFILLS-6MO/SX | | |
| 32. REFILLS-INT/DATE | | |
| 33. REFILLS-UA | | |
| 37. COUNSELING | | |
| 38. PSE SALES | Comp 11/30/10 | |
| 39. OARRS | Yes | |
| 40. CONFIDENTIALITY | | |

F ☒   P ☐

☒ PINK SHEET ISSUED FOR NUMBER(S): 9, 11

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE: 11-15-10

SIGNATURE OF INSPECTOR    DATE: 11/15/10

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: | 021374850 | | | | P.M. | | P.M. |
| NAME: | | 2 of 5 | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: | | | HOURS OPEN | | | | |
| | | | FAX NUMBER | | EMAIL | | |
| CAT: | CLASS: | | | | | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐     P ☐

and Ohio rules and laws. 8.) OK. *9.) 2 small refrigerators - unit on right side registers freezing. Products in rear of refrigerator have ice particles on packaging. Several boxes are damp. Agent Edwards contacted PDM Bencivengo. He said he will address the situation 10.) DEA 222 forms properly executed by RPh. upon receiving CII order from McKesson or Anda. Pharmacy does not complete any wholesale sales. *11.) RX # 6241564 was dispensed improperly on 10/7/10 RX was written for Rynatan susp. but was dispensed for Nystatin oral susp. Incident was reviewed

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 11-15-10 DATE | SIGNATURE OF INSPECTOR | 11/15/10 DATE |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802576

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 021374850
NAME:
R.P.:
ADDR:

3 of 5

| AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|
| | | | A.M. | | A.M. |
| | | | P.M. | | P.M. |
| TYPE | FED. # | | | EXP. DATE | |
| HOURS OPEN | | | | | |
| FAX NUMBER | | | EMAIL | | |

CAT:
CNTY:
CLASS:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐    P ☐

with RPh. Smith. He indicates RX was entered incorrectly. Although he checked RX the error was not identified. Since the error occurred the store has implemented a new workflow system which has improved efficiency. RPh. is aware he must do his best to ensure this type of error does not occur. 13.) 2 manual perpetual C-II log books are maintained. 14.) RPh. inquired about destruction of narcotics that have been returned by customers. From this point forward you are not to accept medications returned from patients for destruction. You may personally witness a destruction completed

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_SIGNATURE OF PERSON IN CHARGE_     11-15-10 _DATE_     _SIGNATURE OF INSPECTOR_     11/15/10 _DATE_

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802577

Highly Confidential Subject to Protective
Order

BOP_MDL2802578

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
| DDD#: 021374850 | | | | | P.M. | | P.M. |
| NAME: | | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | 4 of 5 | | | | | | |
| ADDR: | | | HOURS OPEN | | | | |
| CAT: | CLASS: | | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

by a patient or caregiver or instruct them to destroy the medication themselves or take to an approved facility. For medications currently on hand send a letter to OSBP requesting a one time destruction - be sure to list medications to be destroyed.

21.) Approaching outdates marked with color coded S-S (Fives) sticker system.

23) Dangerous drug file examined. Rx's properly document prescriber full name and patient full name & residential address 26.) 4 part filing system.
2's-CII, 4's CIII-V, 6's-dangerous drugs. 8's - OTC
28.) Hard copy Rx's properly initialed by verifying

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE 11-15-10    SIGNATURE OF INSPECTOR    DATE 11/15/10

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802580

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 021374850 | | | | | P.M. | | P.M. |
| NAME: | | TYPE | | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: 5 of 5 | | HOURS OPEN | | | | | |
| | | FAX NUMBER | | EMAIL | | | |
| CAT: CLASS: | | | | | | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

RPh. 29) Last biennial inventory completed 5-1-09 at open of business by RPh. Smith. 32) NDC verification reports document verifying RPh. on refill Rx's - signed by daily RPh. 32.) Daily 3rd party consultation log signed by customer verifying offer to counsel.

Approx 450 Rx's/day 55% new Rx # 6248405 was filled new today

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____ 11-15-10          _____ 11/15/2010
SIGNATURE OF PERSON IN CHARGE   DATE    SIGNATURE OF INSPECTOR   DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 11/15/2010 | T.D.D.D. #: 0213748520 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG8262343 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

☑ ___ Key in sealed envelope in safe.

☑ ___ All items requiring R.Ph. supervision are inside barricade.

☑ ___ Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

☑ ___ Minimum of seven (7) feet in height.

☑ ___ Fully enclosed.

☑ ___ Suitable locks are provided.

☑ ___ Prescription department cannot be entered when locked without obvious damage to barricade.

☑ ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

___ ☑ This is a company-owned system. If no, leased from who? _State Alarm_

☑ ___ This is a ___ HARDWIRE / ___ WIRELESS / ☑ BOTH system. *(check one)*

☑ ___ There is a functional emergency "hold up" button.

☑ ___ System is in operation at all times when R.Ph. is not present.

☑ ___ Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? _Audible alarm + RPh. called at home_

☑ ___ Only pharmacists possess access code to prescription room.

___ ☑ System was tested this date. Date system was last tested? _____

___ ☑ Slot is provided for drop-in prescriptions.

☑ ___ Suitable notice of operating hours to public is posted.

___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

**(continued on Page Two > >)**

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 225 of 738. PageID #: 531598

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____          _____
(Signature of R.Ph./Owner)                                          (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____          _____
(Signature of Board Agent)                                             (Title)

## Comments:

Fully enclosed barricade - steel gate encloses entire front of pharmacy. Locked glass window near waiting area - never used. Electronic alarm backs up physical barricade. Four total sets of keys - one for each R.Ph. plus floater set.

Barricade Approved

GIANT EAGLE PHARMACY #1217
6079 ANDREWS ROAD          BG8262343
MENTOR-ON-LAKE, OH 44060
(440)306-0011

PHA-0611 (Rev. 04/04)

Highly Confidential Subject to Protective Order

BOP_MDL2802584

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02137850    1 of 5
NAME: Giant Eagle Pharmacy #1217
R.P.: Lance Smith
ADDR: 6079 Andrews Rd.
Mentor on the Lake, OH 44060

CAT: III    CLASS:
CNTY: Lake

AREA CODE / TELEPHONE NUMBER: 440-306-0011
TIME IN: 1:30 P.M.
TIME OUT: 4:00 P.M.

TYPE:    FED. #: BG8262343    EXP. DATE: 9/30/2011

HOURS OPEN: M-F 9-9   Sat 9-7   Sun 9-5

FAX NUMBER: ∞

EMAIL: ∞

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Lance Smith | | 03228007 | | ∞ | |
| Emily Mooney | | 0369229 | | | |
| Jonathan Krause | | 03124228 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☒    P ☐

1.) OSBP + DEA licenses current and posted. 2.) OK
RPh. Krause indicated he recently contacted OSBP
because he has not received his new 2011 card.
3.) PDX software system, version 4.6.00 - 5 terminals
for data entry, Rx verification, patient profile
searches. Giant Eagle has real time online system
for Rx transfers and patient profile searches.
Per PDM Adrienne Anthony, store will be implementing
new dispensing software in July 2011. 4.) Barricade
inspection report completed. 5.) OK. 6.) Electronic
alarm backs up physical barricade. No known
thefts or significant losses in at least the past
year. 7.) RPh. has ability to access OSBB website

☒ PINK SHEET ISSUED FOR NUMBER(S): 9, 11

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE: 11-15-10
SIGNATURE OF INSPECTOR    DATE: 11/15/10

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Copy to WE + File.
CER 12/10/2010

Highly Confidential Subject to Protective Order

BOP_MDL2802585



Highly Confidential Subject to Protective
Order

11-24-2010

To: Ohio State Board of Pharmacy

Corrective actions taken for Dangerous Drug Distributor Inspection (11-15-10):

9. Refrigeration

     All drugs that may have experienced temperatures outside of stable range were quarantined so as to avoid accidental dispensing. The remaining items within the refrigerator were better spaced and organized. The refrigerator will be closely monitored to ensure that it is operating properly, and if it is determined that any malfunction is present, the unit will be replaced immediately.

11. Improper dispensing

     Prescription #6241564 was improperly dispensed on October 7th, 2010, as the prescription was written for Rynatan oral suspension but Nystatin oral suspension was dispensed instead. The error occurred at data entry, but was missed at data verification. In the time since the error occurred, we have implemented a new workflow system that improves efficiency and organization. This new workflow system has reduced stress within our work environment, allowing better focus for all team members. The pharmacist performing the data verification has limited interruptions which allows for completion of each task in an orderly fashion. Giant Eagle also has a "No Defects Passed Forward" policy, in which a prescription is to be reviewed by the data entry tech before transmitting a prescription, again by the person at the filling station, and finally by the data verification pharmacist. This policy has been in place for some time, but will be reviewed once again with the entire pharmacy staff. In addition, it will be a discussion point in the next quarterly quality control meeting. I have also changed my personal technique when performing the 7-point check, by checking a prescription from bottom to top to enhance focus on each individual data element of the prescription. Continual quality control is of the utmost importance in our pharmacy and we will take every measure possible in attempt to avoid future incidents.

Lance Smith
Pharmacy Manager
Giant Eagle Pharmacy #1217
6079 Andrews Road
Mentor On The Lake, Ohio
44060

Highly Confidential Subject to Protective Order



2000 DEC - 1 PM 12: 05

7835f7

Highly Confidential Subject to Protective
Order

BOP_MDL2802588



101 Kappa Drive, RIDC Park • Pittsburgh, Pennsylvania 15238 • Phone 412.963.6200 • GiantEagle.com

April 2, 2015

Ohio Board of Pharmacy
77 South High Street
Room 1702
Columbus, OH 43215-6126

Re: Ohio Board of Pharmacy Audit 03-24-2015
Pink Sheet Citation issued for numbers: 11 (Improper Dispensing)

To Whom It May Concern:

The following is Giant Eagle's response to the citation issued following the Board of Pharmacy audit on 03/24/2015 at Giant Eagle Pharmacy #1217, TDDD # RTPC.021252750-03.

**Item 11** – Partial inspection regarding an error in dispensing on 1/9/2014. The pharmacist dispensed Potassium Chloride instead of Potassium Citrate based on technician data entry error of drug name. RX# 6468711 (original RX has been removed and a copy left at the pharmacy). The prescription was filled five (5) times incorrectly due to original error. The pharmacy computer screen does not always show the original prescription when a DUR is shown to the pharmacist at RPH verification on a refill.

Pharmacy Investigation:
On 1/9/2014 the patient received a prescription for potassium chloride rather than potassium citrate as originally prescribed by the physician. Upon discovery, the pharmacist contacted the prescribing physician to obtain direction on how to proceed with the patient. At the prescribing physician's request, the pharmacy generated a new prescription for potassium citrate. The patient declined on three (3) separate occasions to pick up the corrected medication due to her out of pocket cost.

Pharmacy Corrective Action:
All Pharmacy Team Members at Giant Eagle Pharmacy #1217 have been apprised of this error during the most recent CQI (Continuous Quality Improvement) meeting to reiterate the difference in potassium salt forms and to double check that the correct chemical salt form is selected at the date entry step of the prescription. In addition, the pharmacy has posted a reference from the Pharmacist's Letter Professional Journal that lists the various potassium salt forms and the corresponding brand and generic name of each product. Each team member is required to review this information.

Please contact me if you have any further questions

Respectfully,

Todd Markowski, RPh
Pharmacy Team Leader
Giant Eagle Pharmacy #1217
A0907297.1

Highly Confidential Subject to Protective Order

BOP_MDL2802651





Highly Confidential Subject to Protective
Order

BOP_MDL2802652

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: RTCP @ 1374550
NAME: Giant Eagle 1217
R.P.: Todd Markowski; RPh
ADDR: 6079 Andrews Road
Mentor-on-the-Lake, OH 44060

AREA CODE / TELEPHONE NUMBER: 440-306-0011
TIME IN: 12:15 P.M.    TIME OUT: 8:15 P.M.
TYPE: Retail Chain Phcy    FED. #: Reg 82623Y3    EXP. DATE: 9 2017
HOURS OPEN: 9 9 M-F   9-6 Sat   9-5 Sun
FAX NUMBER:    EMAIL:

CAT: III    CLASS: RTCP
CNTY: Lake

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Rudi Logan RPh | | 13-10873 | | | |
| Todd Markowski, RPh | | 03-225387 | | | |
| Jordan Sincci RPh | | 03-2-38968 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☑

Handwritten notes:
PAI nat inspection regarding error in dispensing on 9-14. RPh TM dispensed Potassium Chloride instead of Potassium Citrate based on Technician data entry error of drug name. Rx 6468711 (original Rx removed, now (EFT) INCORRECTLY) - Prescription was refilled five times due to original error. Computer system doesn't always show the original Rx when a dur is shown to RPh at RPh verification on refills

☐ PINK SHEET ISSUED FOR NUMBER(S): 11

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE: 3-24-15
SIGNATURE OF INSPECTOR    DATE: 3/24/15

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

OK JLW
File (copy) 9-14
4-10-15
JLW

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802654

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: RTCP 02-1374850
NAME: Giant Eagle 1217
R.P.: Todd Matkowski RPh
ADDR: 6079 Andrews Road
Mentor-on-the-Lake, OH 44060

AREA CODE / TELEPHONE NUMBER: 440-306-0011
TIME IN: 12:15 P.M.
TIME OUT: 2:15 P.M.

TYPE: Retail Chem Phcy
FED. #: BG 8262343
EXP. DATE: 9-30-17

HOURS OPEN: 9-9 M-F   9-6 Sat   9-5 Sun

FAX NUMBER:
EMAIL:

CAT: III
CNTY: Lake
CLASS: RTCP

OHIO PHARMACY
APR 07 2015

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Rudy Kozan RPh | | 03-110873 | | | |
| Todd Matkowski RPh | | 03-225357 | | | |
| Jordan Staley RPh | | 03-232968 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM  ×2 4/1/15
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☑

Partial inspection regarding error in dispensing on 1-9-14. RPh TM dispensed Potassium Chloride instead of Potassium Citrate based on Technician data entry error of drug name. Rx 6468711 (original Rx removed, copy left) Prescription was refilled five times (incorrectly) due to original error. Computer system does not always show the original Rx when a dur is shown to RPh at RPh verification on refills.

PINK SHEET ISSUED FOR NUMBER(S): 11

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE: 3-24-15
SIGNATURE OF INSPECTOR    DATE: 3/24/15

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

OK JTW 4/8/15

Highly Confidential Subject to Protective Order

BOP_MDL2802655

Highly Confidential Subject to Protective
Order

BOP_MDL2802656



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 021374850

# Giant Eagle Pharmacy #1217

6079 Andrews Road
Mentor-on-the-lake, OH 44060
Lake County

## Pharmacy
## Category Three
## Retail Pharmacy Inspection

## August 23, 2017

Highly Confidential Subject to Protective
Order

BOP_MDL2796369

Case: 1:17-md-02804-OAP  Doc #: 3662-14  Filed: 08/17/21  237 of 738.  PageID #: 531610



# License 021374850 - Giant Eagle Pharmacy #1217

Full

## State of Ohio Board of Pharmacy

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Michael Reese
**Start** 8/23/2017 9:43 AM
**End** 8/23/2017 11:01 AM

## Organization

**Name**
Giant Eagle Pharmacy #1217

**License Type**
Pharmacy

**Category**
Category Three

**License Number**
021374850

**Business Type**
Large Chain Pharmacy - 12 or More Outlets

**DEA Number**
BG8262343

**Responsible Person**
Todd J. Markowski, RPH

**Hours of Operation**

## Contact

**Address**
6079 Andrews Road
Mentor-on-the-lake, OH 44060
Lake County

**Primary Number**
(440) 306-0011

**Fax Number**
(440) 306-0022

**Website**

## Personnel

| Name | Initials | Position | I.D. No. | Phone | Email |
|------|----------|----------|----------|-------|-------|
| Todd J. Markowski, RPH | | | 03225387 | (440) 257-0307 | toddmarkowski@oh.rr.com |

### 1.1) OSBP License

**1) Is the pharmacy TDDD license readily retrievable for inspection?**

Yes

**2) Is the Pharmacy TDDD license current and up to date?**

Yes

**3) Has the pharmacy TDDD license been signed by the Responsible Pharmacist?**

Yes

**4) Have any changes in the pharmacy's ownership, business name, category, or address occurred without notification to the Board of Pharmacy?**

No

Highly Confidential Subject to Protective Order

BOP_MDL2796370

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 238 of 738. PageID #: 531611

### 4.1) Physical Barricade

**1) Does the pharmacy have a fully enclosed barricade or an open air barricade?**

Fully Enclosed Barricade

**2) Are adequate locks provided for the pharmacy barricade?**

Yes

**3) Are all of the keys (except for floater keys) to the pharmacy barricade under pharmacist control?**

Yes

**4) If the pharmacy has the "floater" keys, are they secure and tamper evident?**

Yes

**5) When in use, does the pharmacy barricade secure all items requiring pharmacist supervision?**

Yes

**6) When the barricade is in use can the pharmacy be entered without making obvious damage to the barricade?**

No

**7) Was the barricade, or changes to the barricade, put into use before receiving Board of Pharmacy approval?**

No

**8) When the pharmacy is closed, do any non-pharmacist personnel have access to any items. products, or equipment stored within the pharmacy barricade?**

No

### 5) *Minimum Standards*

**1) Is the phone number for poison control readily accessible in the pharmacy?**

Yes

**2) Does the pharmacy have the proper equipment to conduct the practice of pharmacy?**

Yes

**3) Does the pharmacy have enough drug stock fill most prescription requests?**

Yes

**4) Does the pharmacy have the containers necessary to dispense a variety of medication types and sizes?**

Yes

**5) Is there adequate space and fixtures within the pharmacy barricade to effectively operate a retail pharmacy?**

Yes

**6) Are the pharmacy operating hours posted in plain view for the public to see?**

Yes

**7) Is there evidence to indicate a problem with staffing levels?**

No

**8) Are the pharmacy employees wearing name tags with their job title?**

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796371

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  239 of 738.  PageID #: 531612

**6) *Security***

**1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?**

Yes

**2) Are all of the pharmacy's drug stocks kept within the pharmacy barricade?**

Yes

**3) Are all records of accountability that are stored outside of the pharmacy barricade but within the same physical location secure and tamper evident?**

Yes

**4) Does the Pharmacy have an off site facility for the storage of records of accountability?**

Yes, The pharmacy has an offsite record storage facility and it has been approved by the OSBP.

**5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?**

No

**6) Drug Theft or Loss Statement**

Observation

Any theft or loss of dangerous drugs must be reported by law to the Ohio State Board of Pharmacy and local law enforcement immediately upon discovery. Notify the DEA if controlled substances were involved. Theft or loss must be reported verbally to the Ohio State Board of Pharmacy (614-466-4143) or a local Pharmacy Board Employee immediately upon discovery and in writing to the Ohio State Board of Pharmacy (dea106reporting@pharmacy.ohio.gov) within 30 days of the discovery of the theft or loss.

**7) Library**

**1) Does the pharmacy have an up to date "Drug Laws of Ohio" book, or an online resource to access the required information?**

Yes

**2) Does the pharmacist have access to the paper/electronic references necessary to appropriately practice pharmacy?**

Yes

**8) *Cleanliness***

**1) Is the pharmacy clean and well lit?**

Yes

**9) *Refrigeration***

**1) Are all pharmacy refrigerators and/or freezers in good working order with an adequate system in place to ensure that the medications stored within are stored at appropriate temperatures?**

Yes

**12) *Insufficient Supervision***

**1) Is there pharmacist supervision of the dangerous drugs and other pharmacy employees at all times while the pharmacy is open and operating?**

Yes

**29) *Annual Drug Inventory***

**1) Has an annual drug inventory been completed within the specified time period?**

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796372

### 39) *OARRS*

**1) Does the pharmacist have access to OARRS to request reports when needed?**

Yes

**2) Are the pharmacists requesting OARRS reports when appropriate? Warning**

No

Observation
Patient profile obtained for target of 2016-2017, and found that no OARRS report was noted to have been accessed.

Corrective Action
RPh advised of section 4729-5-20 of OAC, specifically running OARRS as it relates to abuse/misuse. Upon further review of patient profile Agent Reese learned that RPh at time identified script was early and contacted "doctor." Its possible OARRS was accessed however not noted. Insurance denied fill and cash paid. RPh advised to keep accurate notes as well within the patient profile program.

**3) Are any of the Pharmacists using delegates to request OARRS reports?**

No

### 42) Points of Emphasis

**1) The below listed items are some select points to remember while overseeing and conducting the practice of pharmacy.**

Observation
1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the
re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

### 45) Inspection Affirmation

**1) Inspection Affirmation**

Observation
As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 30 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required. Responses can be emailed (with a copy of the inspection report) to writtenresponse@pharmacy.ohio.gov or they may be mailed to 77 South High Street, 17th Floor, Columbus, Ohio 43215.

## Summary

Warning

Reviewed by Todd J. Markowski, RPH

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796373

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

FEB - 5 2007

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|---|---|
| DDD#: | 02-1223950 | 440-944-9389 | 1:00 P.M. | 2:30 P.M. |
| NAME: | GIANT EAGLE #7225 | TYPE FED.# | | EXP DATE 30-00 |
| R.P.: | | 05 (RETAIL) RG6914801 | | |
| ADDR: | 27505 CHARDON RD. | HOURS OPEN (DAILY) | 9:00 9:00 (SAT.) 9:00 | (SUN. & HOLIDAYS) 6:00 5:00 |
| | WILLOUGHBY HILLS, OH | RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED |
| CAT: | CLASS: 05 | RPh. DENISE BYRD | | |
| CNTY: | LAKE | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| RPh. DENISE | BYRD | | #26/0 (CERT.) | | |
| RPh. ANNITA | OLIVER | | #03-2-23058 | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING Comp

1) OK (POSTED IN LAST INSPECT
PHARMACY. 2007 2004)

2) OK (2006)

3) IBM COMPUTER ON LINE TO ALL OTHER GIANT EAGLE PHARMACIES. SOFTWARE COMPUTER GENERATES DAILY PRINT-OUT, WHICH IS SIGNED BY DISPENSING RPH.

Giant Eagle Pharmacy #1225
27505 Chardon Road
Willoughby Hills, Ohio 44092
Phone: (440) 944-9389
Fax: (440) 944-9397

2-8-0

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| Annie | RPh | 1-26-2007 | |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3062-14 Filed: 08/17/21 242 of 738. PageID #: 531615

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 02-1223950 | | | | | | | P.M. | | P.M. |
| NAME: | | | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: POOE | | | | 05 (RETAIL) | | | | | |
| ADDR: 2 OF 3 | | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | | CLASS: 3 | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D.CARDS | |
| 3. RECORDSYSTEM | |
| 4. BARRICADE | 4) BARRICADE INSPECTION |
| 5. MIN.STANDARDS | REPORT WRITTEN |
| 6. SECURITY | |
| 7. LIBRARY | |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | |
| 11. IMPROPERDISPENSING | 5) OK |
| 12. INSUFFICIENTSUPERVISION | |
| 13. INVENTORYRECORDS | |
| 14. DRUGDESTRUCTION | |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | 6) STATE ALARMS |
| 17. SAMPLES | |
| 18. NON-REGCOMPOUNDING | |
| 19. RxBLANKS | |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | 7) OK (UPDATED TO |
| 22. DRUGLABELS | MAY 2006) |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERICMFG. | |
| 26. RxFILES | |
| 27. RxCOPIES | 8) OK |
| 28. RxINT/DATE | |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | 9) OK (ONE IN USE) |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | NO FOOD TO BE STORED |
| 36. NON-REGDISPENSING | THERE |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____          1-26-2007          _____
SIGNATURE OF PERSON IN CHARGE          DATE SIGNED          SIGNATURE OF INSPECTOR

0610 (Rev. 02/02)      WHITE - OFFICE COPY      YELLOW - INSPECTOR COPY      GREEN - DISTRIBUTOR COPY      PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1223950
NAME:
R.P.: POOE
ADDR: 3 OF

CAT:                    CLASS: 3
CNTY:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE: O5 | FED.# | | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| RESPONSIBLE PERSON | | | TITLE/I.D. NO. | | INIT. USED |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

(1) DEA 222 ORDER
Forms IN ORDER

29) DEA INVENTURY -
05-01-05 (OPENING)

WHOLESALER - mcKESSON
APPROX DAILY Rx - 75
LAST Rx # 6060977
THEFTS - NONE

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          1-26-2007          SIGNATURE OF INSPECTOR
                                        DATE SIGNED

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

## OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 01-26-07 | T.D.D.D. # 02-1223950 |
|---|---|
| BOARD AGENT: FTB00i | D.E.A. # BG6914801 |

YES   NO   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___  Key in sealed envelope in safe.

X ___  All items requiring R.Ph. supervision are inside barricade.

X ___  Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

X ___  Minimum of seven (7) feet in height.

X ___  Fully enclosed.

X ___  Suitable locks are provided.

*( BARRICADE APPROVED )*

X ___  Prescription department cannot be entered when locked without obvious damage to barricade.

X ___  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

___ X  This is a company-owned system. If no, leased from who? _____ STATE   ALARMS

X ___  This is a _X_ HARDWIRE / ___ WIRELESS / ___ BOTH system. (check one)

___ X  There is a functional emergency "hold up" button.

X ___  System is in operation at all times when R.Ph. is not present.

X ___  Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? (1) STATE  (2) WHAD  (3) R-PH.

X ___  Only pharmacists possess access code to prescription room.

X ___  System was tested this date. Date system was last tested? _____

___ X  Slot is provided for drop-in prescriptions.

X ___  Suitable notice of operating hours to public is posted.

X ___  Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

BOP_MDL2802370

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

_1-26-2007     2:15p_
(Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11.

_____
(Signature of Board Agent)

_____
(Title)

**Comments:**

Giant Eagle Pharmacy #1225
27505 Chardon Road
Willoughby Hills, Ohio 44092
Phone: (440) 944-9389
Fax: (440) 944-9391

PHA-0611 (Rev. 04/04)

*^^ PLACE STORE STICKER/STAMP HERE ^^*

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802372

*C/O ROBERT COLE

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT
OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE: DDD#: 02 (223950 P
NAME: 154 GIANT EAGLE #1125
R.P.:
ADDR: 27505 CHARDON RD
WILLOUGHBY HILLS OH
CLASS: 05
CAT:
CNTY: LAKE

PHONE (INCLUDE AREA CODE): 440-944-9387
TIME IN: 1:15 P.M.
TIME OUT: 1:45 P.M.
TYPE: 05 (RETAIL)
FED.#: BG691901  EXP. DATE: 9-30-08
HOURS OPEN (DAILY): 9:00 - 9:00P
(SAT): 9:00  (SUN. & HOLIDAYS): 7:00 - 5:00
RESPONSIBLE PERSON: R.P.A. DENISE BYRD
TITLE/I.D. NO.

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.PH. DENISE BYRD | | 03-212610 | | | |
| R.PH. ISAAC BLAIR | | | | | |

OHIO PHARMACY BOARD

SEP 2 7 2006

1. LICENSING — 9-27-06
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS — OK
6. SECURITY
7. LIBRARY — 10-6-06
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

(PARTIAL INSPECT)

1) PINK SHEET ISSUED SINCE RESPONSIBLE PHARMACIST R.PH. DENISE BYRD'S PHARMACIST LICENSE WAS NOT RENEWED BY 9-15-06. R.PH. BYRD DID NOT WORK DURING THIS PERIOD, LICENSE WAS RENEWED ON 9-

Giant Eagle Pharmacy #1225
27505 Chardon Road
Willoughby Hills, Ohio 44092
Phone: (440) 944-9359
Fax: (440) 944-9389

2) OK (CURRENT 09-19-06)

3) IBM COMPUTER — ON LINE TO ALL OTHER GIANT EAGLE PHARMACIES

Comp 10-3-06

PINK SHEET ISSUED FOR NUMBER(S): #1 (20 DAYS)   DATE: 9-22-06

Denise A Byrd   DATE 9/22/06
PERSON IN CHARGE

INSPECTOR

PHA 0610 (Rev. 03/97)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 248 of 738. PageID #: 531621

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | | | PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 02-1223950 | | | | | | | | | |
| NAME: | | | | TYPE OSC (RETAIC) | | FED.# | | EXP. DATE | |
| R.P.: ADOEZ OF | | | | | | | | | |
| ADDR: | | | | HOURS OPEN | (DAILY) (SAT.) | | (SUN. & HOLIDAYS) | | |
| CAT: | | CLASS: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM     4) OK
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS     5) OK
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS     6) STATE ALARMS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES     7) OK
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS     8) OK
23. Rx INFORMATION     9) OK
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

PINK SHEET ISSUED FOR NUMBER(S): _____ DATE: _____

PERSON IN CHARGE _____ DATE 9/22/06     INSPECTOR _____

PHA-0610 (Rev. 03/97)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802364

Denise Byrd RPh  #03212610
Giant Eagle Pharmacy
27505 Chardon Road
Willoughby Hills, Ohio 44092
October 3,2006

Dear Sirs:

In response to the Dangerous Drug Distributor Inspection report issued 09-22-2006,
I was late renewing my pharmacist license for 2006-2007.  My license were renewed on
9-19-2006.  I did not work from 9-15-2006 through 9-19-2006 , I returned to work on 9-
20-2006.

Denise D. Byrd

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

**TYPE:**
DDD#: 02122 3950
NAME: Grant Eagle #1225          1 of 3
R.P.: Kim Buckley
ADDR: 27505 Chardon Rd.
Willoughby Hills, OH 44092

CAT: IV          CLASS:
CNTY: Lake

| AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|
| 440-944-9389 | 9:45 P.M. | 11:30 P.M. |

TYPE: Retail Chain      FED #: BG6914801      EXP. DATE: 9/30/2011
HOURS OPEN: M-F 9-9  Sat 9-6  Sun 9-5
FAX NUMBER: 440-944-9391      EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|
| Kimberly Buckley | KNH | 0333734 |
| Daryl Heiser | DKH | 13793 |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|
| GIANT EAGLE Pharmacy  GIANT EAGLE PHARMACY #1225  27505 CHARDON ROAD  WILLOUGHBY HLS, OH 44092  BG6914B01  (440)944-9387 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. IMPROPER Rx's
19. OUTDATED DRUGS
20. DRUG LABELS
21. Rx INFORMATION
22. OTC/SYRINGES
23. Rx FILES
24. Rx COPIES
25. Rx INT/DATE
26. DEA INVENTORY
27. PHONED C-II Rx
28. REFILLS-6MO/5X
29. REFILLS-INT/DATE
30. REFILLS-UA
31. COUNSELING
32. PSE SALES
33. OARRS
34. CONFIDENTIALITY
F ☑ Comp  P ☐

1.) OSBP licenses current and posted. DEA license shows an address of the store as Wickliff - please contact DEA to have this changed to reflect correct city of Willoughby Hills. 2.) Ok 3) PDX software version 4.6.08  4 total terminals capable of handling data entry, DUR verification, patient profile searches and RX transfers. System is not real time so only one transfer permitted. 4.) Fully enclosed barricade - barricade inspection report completed. 5.) ok  6.) Electronic alarm backs up physical barricade. No known thefts or significant losses in past 2 years. 7.) RPh. able to look up Ohio drug laws and rules

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          DATE: 2-16-11
SIGNATURE OF INSPECTOR          DATE: 2/16/11

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 252 of 738. PageID #: 531625

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02122 3950
NAME:
R.P.:
ADDR:

2 of 3

CAT:                          CLASS:
CNTY:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|
| | | | P.M. | | P.M. |
| TYPE | FED. # | | | EXP. DATE | |
| HOURS OPEN | | | | | |
| FAX NUMBER | | EMAIL | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐        P ☐

On OSBP website 8.) OK 9.) OK 10.) DEA
222 forms properly executed upon receiving C-II
order from McKesson. Giant Eagle has recently
implemented a "Controlled Drugs Record Box" to
store controlled invores, 222 forms, biennial inventory,
power of attorney forms, inspection reports
29.) R.PH. Buckley became responsible person on
12/20/2009. Biennial inventory completed on that
date at close of business. 13.) Manual perpetual
inventory maintained for C-II meds. G.E. required
monthly audit performed. 20.) CIII ✓ files checked
One e-fax controlled RX found with electronic
signature. RPh properly converted RX to a

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 2/16/11 DATE | SIGNATURE OF INSPECTOR | 2/16/11 DATE |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802379

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|-------|--|--|--|------------------------------|--|---------|------|----------|------|
| DDD#: 021223950 | | | | | | | P.M. | | P.M. |
| NAME: | | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | 3 of 3 | | | | | | |
| ADDR: | | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|-----------|-----------|-----------------|-----------|-----------|-----------------|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐   P ☐

verbal order   21.) Shelves checked - no outdates found.  23.) C III-V files properly contain full name of patient, address, prescriber DEA number. Phone in RXs properly document agent first and last name.  26.) 4 part filing system   28.) Original hard copy RXs initialed/dated by dispensing RPh  32.) Daily Dispensing Authentication log prints out listing all RXs dispensed. This shows positive ID when signed by dispensing RPh.  37.) Consultation log signed by patient documenting offer to counsel.
- No wholesale sales
Rx# 6152243 dispensed today
200 RXs/day   65% new

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 2-16-11 DATE | SIGNATURE OF INSPECTOR | 2/16/11 DATE |
|-------------------------------|--------------|------------------------|--------------|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 254 of 738. PageID #: 531627

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 2/16/2011 | T.D.D.D.#: 021223950 |
|---|---|
| BOARD AGENT: Edwards | D.E.A.#: BG6914801 |

YES   NO   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___ Key in sealed envelope in safe. (or lockbox)

___ ✓ All items requiring R.Ph. supervision are inside barricade. Secure locked cage

✓ ___ Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

✓ ___ Minimum of seven (7) feet in height.

✓ ___ Fully enclosed.

✓ ___ Suitable locks are provided.

✓ ___ Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

___ ✓ This is a company-owned system. If no, leased from who? State Alarm

✓ ___ This is a ___ HARDWIRE / ___ WIRELESS / ✓ BOTH system. (check one)

✓ ___ There is a functional emergency "hold up" button.

✓ ___ System is in operation at all times when R.Ph. is not present.

✓ ___ Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert?
Audible alarm, RPh called at home

✓ ___ Only pharmacists possess access code to prescription room.

___ ✓ System was tested this date. Date system was last tested? ___

✓ ___ Slot is provided for drop-in prescriptions.

✓ ___ Suitable notice of operating hours to public is posted.

___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)                    (continued on Page Two >>)

Highly Confidential Subject to Protective Order                    BOP_MDL2802381

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

2-11-11
_____
(Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

Agent
_____
(Title)

## Comments:

Fully enclosed barricade with electronic alarm backup. Two sets of keys in possession of pharmacists plus one floater set in lock box. Roll down steel gate and pull across steel gate fully enclose pharmacy. No drive thru.

Barricade Approved



GIANT EAGLE PHARMACY #1225
27905 CHARDON ROAD    BG6914BO1
WILLOUGHBY HLS, OH 44092
(440)944-9387

PHA-0611 (Rev. 04/04)

∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

BOP_MDL2802382

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| TYPE: RTPC | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|---|
| DDD#: 02122 3950 | 440-944-9389 | 2:45 PM | 4:00 PM |
| NAME: Giant Eagle #1225 | TYPE FED.# | | EXP. DATE |
| R.P.: Kathrin Finkelstein    1 of 3 | Retail Chain   BG6914801 | | 9/30/2011 |
| ADDR: 27505 Chardon Rd. | HOURS | | |
| Willoughby Hills, OH 44092 | OPEN M-F 9-9   Sat 9-6   Sun 9-5 | | |
| | FAX NUMBER | EMAIL | |
| CAT: III    CLASS: 05 | 440-9449391 | | JUN - 1 2009 |
| CNTY: Lake-43 | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Kimberly Hall, RPh. | KNH | 03328734 | Store #1225    BG6914801 | | |
| Kathrin Finkelstein RPh. | KFI | 25062 | 27505 CHARDON ROAD    OH 44092   (440)944-9387 | | |

| | |
|---|---|
| ① LICENSING | 1.) OSBP and DEA licenses are current and posted. |
| ② I.D. CARDS | 2.) OK  3.) PDX software version 4.608  4 terminals |
| ③ RECORD SYSTEM | capable of handling all dispensing functions. All |
| ④ BARRICADE | Giant Eagle stores connected on real time system |
| ⑤ MIN. STANDARDS | |
| ⑥ SECURITY | for patient profile searches and Rx transfers. Patient |
| ⑦ LIBRARY | profiles date back at least 2 years. Daily |
| ⑧ CLEANLINESS | Dispensing Authentication log documents each |
| ⑨ REFRIGERATION | Rx verified that day. Separate logs for each |
| ⑩ ACCOUNTABILITY | dispensing RPh. 4.) Fully enclosed barricade. see |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | completed barricade inspection report. 5.) OK |
| ⑬ INVENTORY RECORDS | 6.) No known thefts or losses. You are always to |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | provide adequate and effective security to deter and |
| 16. ILLEGAL PURCHASES | detect diversion of dangerous drugs. Any theft or |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | |
| ㉓ Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| ㉕ Rx FILES | |
| 27. Rx COPIES | |
| ㉘ Rx INT/DATE | |
| ㉙ DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/5X | |
| ㉜ REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| ㊴ OARRS | |
| 40. CONFIDENTIALITY | |
| F ☒ Comp  P ☐ | |

6-3-09

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR    5/19/09    DATE |

PHA-0610 (Rev.03/98)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: DDD#: | 021723950 | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| NAME: R.P.: ADDR: | 2 of 3 | | | TYPE | FED. # | | | EXP. DATE | |
| | | | | HOURS OPEN | | | | | |
| CAT: CNTY: | CLASS: | | | FAX NUMBER | | EMAIL | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

significant loss must be reported to law enforcement
or OSBP. 7.) RPh demonstrated ability to access
Ohio Drug laws and rules on OSBP website. 8.) OK
9.) OK  10.) DEA 222 forms properly executed upon
receipt of C-II order from McKesson. No wholesale
sales being made. All records of accountability are to
be kept complete and accurate and available for OSBP
inspection for 3 years. 13.) Perpetual C-II inventory
maintained in Log book. 23.) Patient name and
address properly documented on RX, Phone in RXS
properly document full first and last name of M.D.
agent. Pharmacy fills approx 150 RXr/day  60%
refill. RX#6108977 is new today 26.) 3 part filing

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| _____ | | _____ | 5/19/09 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | 02122 3950 | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
| DDD#: | | | | | | | |
| NAME: | | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | 3 .f 3 | | | | | | |
| ADDR: | | | HOURS OPEN | | | | |
| CAT: CNTY: | CLASS: | | FAX NUMBER | | EMAIL | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐    P ☐

System in place 28.) RPh is properly initialing all new original RX's 29.) Last Brennial inventory complete 5/1/09 at open of business 32.) Daily Dispensing Authentication log documents all RX's that have been verified - new and refill. Log is signed by each daily dispensing RPh. 37.) Bound third party / counseling log book documents all offers to counsel. 39) RPh aware of OARRS, however has not signed up. Go to www.ohiopmp.gov to sign up.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE                DATE            SIGNATURE OF INSPECTOR          5/19/09  DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY     PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 5/19/09 | ~~I.D.D.~~ DEA #: BG6914801 |
|---|---|
| BOARD AGENT: Edwards | ~~D.E.A~~ TDDD #: 021223950 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in sealed envelope in safe.

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

___ X This is a company-owned system.
If no, leased from who? _Stale Alarm_

Ø ___ This is a ___ HARDWIRE / ___ WIRELESS / _X_ BOTH system. *(check one)*

X ___ There is a functional emergency "hold up" button.

Ø ___ System is in operation at all times when R.Ph. is not present.

Ø ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?

_____

X ___ Only pharmacists possess access code to prescription room.

___ X System was tested this date. Date system was last tested? _____

Ø ___ Slot is provided for drop-in prescriptions.

X ___ Suitable notice of operating hours to public is posted.

___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

BOP_MDL2802376

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT
(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____     5·19·09     4:00 PM
(Signature of R.Ph./Owner)     (Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____     Agent
(Signature of Board Agent)     (Title)

**Comments:**

Fully enclosed barricade with 1 roll down steel gate and one gate that pulls across register area. Three motion sensors. Two sets of keys, one for each RPh + one floater set locked in store safe.

Barricade Approved.



PHA-0611 (Rev. 04/04)

Store #1225
27505 CHARDON ROAD
WICKLIFFE, OH 44092
(440)944-9387

Highly Confidential Subject to Protective Order

OHIO PHARMACY

NOV 12 2013

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| | | |
|---|---|---|
| TYPE: RTPC | AREA CODE / TELEPHONE NUMBER | TIME IN 1:00 A.M. (P.M) TIME OUT 3:00 A.M. P.M. |
| DDD#: 02122 3950 | 440-944-9389 | |
| NAME: Grand Eagle #1225   1 of 4 | TYPE RTPC   FED # BG 69 4801 | EXP. DATE 9/30/14 |
| R.P.: Matthew Walker, RPL. | | |
| ADDR: 27505 Chardon Rd. | HOURS OPEN M-F 9-9  Sat 9-6  Sun 9-5 | |
| Willoughby Hills, OH 44092 | FAX NUMBER 440-944-9391 EMAIL | |

CAT: III   CLASS:
CNTY: 43

Giant Eagle Pharmacy #1225
27505 Chardon Road
Willoughby Hills Ohio 44092
Phone: (440) 944-9389
Fax: (440) 944-9391

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|---|
| Daryl Heiser | | 03213793 | | | | |
| Matthew Walker | | 31956 | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☒   Partial ☐

1) OSBP and DEA licenses current and posted.

2) OK

3) McKesson/PDX Enterprise dispensing system, EPS version 25.05.012 This pharmacy began using this new dispensing system in July 2013. DUR issues may only be resolved by RPh. New system has biometric fingerprint scanner, used at final act of verification. System gives a warning tone when techs or RPh scan incorrectly or when too much time has lapsed during fill process. Data is backed up at corporate HQ. Giant Eagle stores are all connected for patient profile searches, however system is not yet approved

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | 10·30·13 DATE | SIGNATURE OF INSPECTOR   10/30/13 DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-OAP Doc #: 3862-14 Filed: 08/17/21 262 of 738. PageID #: 531635

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
| DDD#: 02122379950 | | | | | | | | | |
| NAME: | | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: 2 of 4 | | | | HOURS<br>OPEN | | | | | |
| | | | | FAX NUMBER | | EMAIL | | | |
| CAT: | CLASS: | | | | | | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. | PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

as real time system. Five terminals handle data entry. No wholesale sales completed.

4.) Fully enclosed barricade with electronic alarm backup. Barricade inspection report completed.

5.) OK.

6.) Electronic alarm - State Alarm - backs up physical barricade. No known thefts or significant losses since RPh Hesser has worked here - 4 years.

7.) RPh is able to access OSBP website and Ohio laws and rules.

8.) OK.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          10-30-13          SIGNATURE OF INSPECTOR          10/30/13
                                        DATE                                           DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802384

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 263 of 738. PageID #: 531636

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 021223150
NAME:
R.P.:
ADDR:

3 of 4

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | FED. # | | EXP. DATE | | |
| HOURS OPEN | | | | | |
| FAX NUMBER | | EMAIL | | | |

CAT:          CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C–II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐      Partial ☐

9.) OK. Temperature log maintained

10.) Records of accountability stored in controlled drug record box. DEA 222 forms properly executed upon receiving C-II order from Mckesson. Order forms affixed to invoice and maintained in proper order.

13.) Discrepancy of twenty two (22) hydrocodone/APAP 10/325 mg noted on 10/1/13 narcotic audit. If this is deemed to be a theft or significant loss a DEA-106 form must be completed.

21.) Approaching outdates marked with round colored stickers. Return to stock vials appropriately reflect NDC # and expiration date.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 10-30-13 DATE | SIGNATURE OF INSPECTOR | 10/30/13 DATE |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802385

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | | | |
|---|---|---|---|---|---|---|
| DDD#: 021223950 | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: 4 of 4 | | HOURS<br>OPEN | | | | |
| | | FAX NUMBER | | EMAIL | | |
| CAT: | CLASS: | | | | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. | PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
22. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐     Partial ☐

23) C II Rxs properly contain prescriber DEA, patient residential address and quantity in alpha + numeric format.

26) 4 part filing system

28) RPh must continue to manually initial new hard copy Rxs to show positive ID until EPS system is fully approved for paperless positive ID.

29) Last biennial inventory completed 6/3/13 when RPh Walker took over as responsible person.

32) Daily log reports signed by RPh for positive ID on refill Rxs.

39) RPh's actively use OARRS.

Rx# 4022605 processed today. Approx 200 Rx/day

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          DATE 10-30-13

SIGNATURE OF INSPECTOR          DATE 10/30/13

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 10/30/2013 | T.D.D.D. #: 02122 3950 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG691480 |

YES  NO   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___  Key in sealed envelope in safe.

✓ ___  All items requiring R.Ph. supervision are inside barricade.

✓ ___  Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

✓ ___  Minimum of seven (7) feet in height.

✓ ___  Fully enclosed.

✓ ___  Suitable locks are provided.

✓ ___  Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

___ ✓  This is a company-owned system.
        If no, leased from who? ___ State Alarm

✓ ___  This is a ✓ HARDWIRE / ___ WIRELESS / ___ BOTH system. *(check one)*

✓ ___  There is a functional emergency "hold up" button.

✓ ___  System is in operation at all times when R.Ph. is not present.

✓ ___  Items in prescription room may not be removed when system is operating without activating the alarm.
        If yes, where does alarm sound or who does it alert?
        Audible alarm & RPh called.

✓ ___  Only pharmacists possess access code to prescription room.

___ ✓  System was tested this date. Date system was last tested? _____

___ ✓  Slot is provided for drop-in prescriptions.

✓ ___  Suitable notice of operating hours to public is posted.

___ ___  Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____     _10-30-13  7:45 PM_
(Signature of R.Ph./Owner)                      (Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____     _Agent_
(Signature of Board Agent)                      (Title)

**Comments:**

Fully enclosed barricade. Roll down steel gate at
RX processing area. Pull across steel gate at pick up
and drop off area. Electronic alarm backs up physical
barricade. Three total sets of keys are for each RPh
plus floater set.

Barricade Approved

**Giant Eagle Pharmacy #1225**
27505 Chardon Road
Willoughby Hills Ohio 44092
Phone (440) 944-9389
Fax (440) 944-9391

PHA-0611 (Rev. 04/04)                    ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective
Order

BOP_MDL2802388

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  267 of 738. PageID #: 531640

Giant Eagle Pharmacy
#1405
48 Vienna Ave.
Niles, Ohio 44446

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 · TEL 614-466-4143; FAX 614-752-4836

TYPE: TDDD
DDD#: 02QC73750
NAME: Giant Eagle #1405
R.P.: Timothy C. Kaylor (R.Ph.)
ADDR: 48 Vienna Ave
Niles, OH 44446

CAT: III          CLASS: 05
CNTY: T8/Trumbull

AREA CODE / TELEPHONE NUMBER: 330-652-1260
TIME IN: 10:30 A.M.
TIME OUT: 12:05 P.M.

TYPE: Retail Chain
FED. #: 86 2891693
EXP. DATE: 09-30-14

HOURS OPEN: Mon-Fri 9a-9p   SAT 9a-7p   SUN 9a-5p

FAX NUMBER: 330-652-1260
EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Roy W. Palumbo III (R.Ph) | | 03330118 | Jeffery C. High (R.Ph.) | | 26354 |
| Johnathan M. Bowman (R.Ph) | | 03328708 | Jeffrey T. Sweder (R.Ph.) | | 03122301 |
| Timothy C. Kaylor (R.Ph) | | 29972 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING   Comp 12/13/12
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☒      Partial ☐

1. State and federal licenses are current and posted for inspection.

2. R.Ph.'s Palumbo and Bowman are carrying valid signed I.D. cards.

3. This site uses PDX computer software version 2.5.01.040. Pharmacy has 13 terminals for data functions. The computer software maintains a true and accurate edit trail. Once an Rx has been dispensed it can not be deleted. Giant Eagle pharmacy is online with all other Giant Eagle pharmacies for purposes of patient profiles, Rx transfers and prescriber data. This site prints out a daily dispensing Authentication Log JT3 Log Report that contains all Rx's dispensed that date,

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          DATE: 11/30/12
SIGNATURE OF INSPECTOR          DATE: 11-30-12

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799984

Highly Confidential Subject to Protective
Order

BOP_MDL2799985

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 - TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02061315C
NAME: Giant Eagle #1405
R.P.:
ADDR:

2 of 3

CAT:
CNTY: 78/Trumbull          CLASS:

AREA CODE / TELEPHONE NUMBER

| TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |

TYPE              FED. #              EXP. DATE

HOURS OPEN

FAX NUMBER              EMAIL

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | 3 cont' | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

The daily log reports are signed by dispensing R Ph's as reviewed. In addition to the daily log a DUR override report is generated daily and maintained with the daily logs.

4. Barricade inspection report completed this date. Physical barricade approved.

5. Minimum standards met

6. The theft of drugs is a felony and must be reported to the Board of Pharmacy immediately upon discovery via telephone If a controlled substance the DEA must be notified.

7. Site uses the internet to access laws OAC, ORC, and CFR. 8. OK / 9. OK

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          11/30/12 DATE          SIGNATURE OF INSPECTOR          11-30-12 DATE

PHA-0610 (Rev.04/11)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799987

—

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 271 of 738. PageID #: 531644

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| DDD#: 02267375O | | | | | | |
| NAME: Giant Eagle #4O3 | 3 of 3 | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: 78 / Trumbull | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 10. DEA 222 forms are properly executed as reviewed |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | 21. Outdates are removed from stock as reviewed |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | 22. Drug labels contain proper information as reviewed |
| 6. SECURITY | |
| 7. LIBRARY | 23. C-II thru V files reviewed are properly |
| 8. CLEANLINESS | displaying quantity in alpha numeric format + DEA #'S. |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | Phar in RX's properly document agents full name. |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | 29. DEA inventory "Annual drug inventory" Controlled |
| 13. INVENTORY RECORDS | Conducted |
| 14. DRUG DESTRUCTION | on CS-27-12 at the close of business by R.Ph. |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | Timothy C. Kaylor. |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | 37. All R.Ph's at this site are registered to use OARRS |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | Wholesalers: McKesson + Amda |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | daily RX average 650 / 35% are refills |
| 25. Rx FILES | |
| 26. Rx COPIES | |
| 27. Rx INT/DATE | |
| 28. DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/SX | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |

Full ☐    Partial ☐

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 11/30/12 DATE | SIGNATURE OF INSPECTOR | 11-30-12 DATE |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799988

Highly Confidential Subject to Protective Order

BOP_MDL2799989

# OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

### (O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 11-30-12 | T.D.D.D. # 020075750 |
|---|---|
| BOARD AGENT **John Bonish** | D.E.A. # BS2891693 |

YES  NO   (Place an X on the appropriate line for each statement below)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

X  ___  Key in sealed envelope in safe.

X  ___  All items requiring R.Ph. supervision are inside barricade.

X  ___  Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

X  ___  Minimum of seven (7) feet in height.

X  ___  Fully enclosed.

X  ___  Suitable locks are provided.

X  ___  Prescription department cannot be entered when locked without obvious damage to barricade.

X  ___  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:** Act as a backup to physical Barricade

___  X  This is a company-owned system.
If no, leased from who? _State Alarm ( 888-726-8111)_

X  ___  This is a ___ HARDWIRE / _X_ WIRELESS / ___ BOTH system. *(check one)*

X  ___  There is a functional emergency "hold up" button.

X  ___  System is in operation at all times when R.Ph. is not present.

___  ___  Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
Not tested. Physical barricade provides automatic tamper evident setting

X  ___  Only pharmacists possess access code to prescription room.

___  X  System was tested this date. Date system was last tested? _____

___  X  Slot is provided for drop-in prescriptions.

X  ___  Suitable notice of operating hours to public is posted.

X  ___  Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799991

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____     _____  12:05P
(Signature of R.Ph./Owner)                                    11/20/12
                                            (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____     _____
(Signature of Board Agent)                           Agent
                                                     (Title)

## Comments:

*∧∧ PLACE STORE STICKER/STAMP HERE ∧∧*

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799993



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020673750

# Giant Eagle Pharmacy #1405

48 Vienna Avenue
Niles, OH 44446
Trumbull County

# Terminal - Pharmacy - Category 3

# Property Receipt

# September 18, 2019

Highly Confidential Subject to Protective Order

BOP_MDL2796412



# License 020673750 - Giant Eagle Pharmacy #1405    Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** William DiFrangia
**Start** 9/18/2019 12:58 PM
**End** 9/18/2019 1:17 PM

## Organization

| **Name**                    | **License Type**                     | **Category**          |
| Giant Eagle Pharmacy #1405  | Terminal - Pharmacy - Category 3     |                       |

| **License Number**          | **Business Type**                    | **DEA Number**        |
| 020673750                   | IL - Large Chain Retail (12+ Outlets)| BG2891693             |

| **Responsible Person**      | **Hours of Operation**               |                       |
| John Stephen Judin, JR, RPH |                                      |                       |

## Contact

| **Address**                 | **Primary Number**   | **Fax Number**    | **Website** |
| 48 Vienna Avenue            | (412) 968-1610       | (330) 652-1260    |             |
| Niles, OH 44446             |                      |                   |             |
| Trumbull County             |                      |                   |             |

## Personnel

| **Name**                    | **Initials** | **Position** | **I.D. No.** | **Phone**        | **Email**         |
| --------------------------- | ------------ | ------------ | ------------ | ---------------- | ----------------- |
| John Stephen Judin, JR, RPH |              | Pharmacist   | 03225114     | (614) 353-6318   | judin.1@osu.edu   |
| R.Ph. Michael Rozic         |              | Pharmacist   | 03118816     |                  |                   |

### 1) List of Property/Records Obtained

#### 1) List of Property/Records obtained from the terminal distributor.

<u>Observation</u>
Prescriber Last Name Rx Number Drug Name Qty
Skiffey 4583792 HYDROCODON-ACETAMINOPHEN 5-325 20
Skiffey 4584129 HYDROCODON-ACETAMINOPHEN 5-325 20
Skiffey 4585347 VICODIN 5-300 MG TABLET 20
Skiffey 4585693 DIAZEPAM 5 MG TABLET 2
Skiffey 4585694 VICODIN 5-300 MG TABLET 8
Skiffey 4586404 VICODIN 5-300 MG TABLET 16
Skiffey 4588277 TRAMADOL HCL 50 MG TABLET 8
Skiffey 4588386 TRAMADOL HCL 50 MG TABLET 8
Skiffey 4588779 TRAMADOL HCL 50 MG TABLET 12
Skiffey 4589730 TRAMADOL HCL 50 MG TABLET 16
Skiffey 4590096 TRAMADOL HCL 50 MG TABLET 16
Skiffey 4590327 TRAMADOL HCL 50 MG TABLET 16
Skiffey 4590741 ACETAMINOPHEN-COD #3 TABLET 12

### 4) Property Receipt/Return Affirmation

#### 1) Property Receipt Affimation

<u>Observation</u>
As the on duty employee, I confirm this receipt for property or records obtained or returned by the State of Ohio Board of Pharmacy. I also confirm that if records have been requested, I will supply those records within three (3) working days or I will notify the person who can supply the records within that time period.

Highly Confidential Subject to Protective Order

BOP_MDL2796413

License 020673750 - Giant Eagle Pharmacy #1405

## Summary

**No Issue Found**

**Reviewed by** R.Ph. Michael Rozic

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796414



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020673750

# Giant Eagle Pharmacy #1405

48 Vienna Avenue
Niles, OH 44446
Trumbull County

# Terminal - Pharmacy - Category 3

# Retail Pharmacy Inspection

# August 31, 2020

Highly Confidential Subject to Protective
Order

BOP_MDL2796421

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  281 of 738.  PageID #: 531654



# License 020673750 - Giant Eagle Pharmacy #1405  Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Kimberly Hollingshead
**Start**  8/31/2020 2:31 PM
**End**  8/31/2020 3:49 PM

## Organization

**Name**
Giant Eagle Pharmacy #1405

**License Type**
Terminal - Pharmacy - Category 3

**Category**

**License Number**
020673750

**Business Type**
IL - Large Chain Retail (12+ Outlets)

**DEA Number**
BG2891693

**Responsible Person**
John Stephen Judin, JR, RPH

**Hours of Operation**
Mon-Fri: 8a-8p; Satu & Sun: 9a-5p

## Contact

**Address**
48 Vienna Avenue
Niles, OH 44446
Trumbull County

**Primary Number**
(412) 968-1610

**Fax Number**
(330) 652-1260

**Website**

## Personnel

| Name | Initials | Position | I.D. No. | Phone | Email |
|------|----------|----------|----------|-------|-------|
| Jonathan Michael Bowman, RPH | | Pharmacist | 03328708 | (330) 637-3760 | jmbowman7@gmail.com |
| Hannah Colburn | | Pharmacy Intern | 060001485 | | |
| John Stephen Judin, JR, RPH | | Pharmacist | 03225114 | (614) 353-6318 | judin.1@osu.edu |
| Rachael Ann Lane | | Registered Pharmacy Technician | 09213640 | (330) 978-2912 | rlane11@kent.edu |
| Scott Allen Petzak | | Registered Pharmacy Technician | 09202029 | (330) 979-7491 | spetzak@hotmail.com |
| Laurie Warino | | Pharmacy Intern | 060001541 | | |

**1.1) SOBP License**

**1) Is the pharmacy TDDD license readily retrievable for inspection?**
Yes

**2) Is the Pharmacy TDDD license current and up to date?**
Yes

**3) Has the pharmacy TDDD license been signed by the Responsible Pharmacist?**
Yes

**1.2) Responsible Person**

**1) Is there a current Responsible Person for the TDDD license?**
Yes

**1.3) DEA Certificate**

Highly Confidential Subject to Protective Order

BOP_MDL2796422

Case: 1:17-md-02804-OAP  Doc #: 3062-14  Filed:  08/17/21  282 of 738.  PageID #: 531655

**1) Is the pharmacy's DEA certificate current?**

Yes

<u>Observation</u>
Certificate is current and expires 9-30-2020

**2) Is the pharmacy's DEA certificate posted for inspection?**

Yes

## 2.1) Record Availability

**1) Can the pharmacy produce a detailed patient profile for the past 12 months immediately upon request?**

Yes

**2) Can the pharmacy produce three (3) years of dispensing records within three (3) business days?**

Yes

## 2.3.1) Basic Questions Pertaining to the Dispensing Software

**1) What is the name of the Dispensing software being used by the pharmacy?**

<u>Observation</u>
EPS Workflow

**2) What is the current version of the Dispensing Software?**

<u>Observation</u>
Version: 2020.05 P24 Universal
Build: EPS_2020_05_23

**3) Is the dispensing software pharmacy owned, or provided by a third-party vendor?**

Pharmacy owned

## 2.3.2) Purged Dispensing Data

**1) Has the pharmacy PURGED required records?**

No required data has been purged within the past three (3) years.

**3) Does the pharmacy backup its dispensing software?**

Yes

## 2.3.3) Stand Alone System

**2) How many total dispensing terminals are there?**

10

<u>Observation</u>
10 terminals

**3) Are there any dispensing terminals outside the pharmacy barricade?**

No

## 2.3.4) Shared Dispensing Software

**1) Is the shared dispensing software "a real time online system", and used for the review and transfer of dispensing data?**

Yes

<u>Observation</u>
Yes

**2) Does the pharmacy's real time online system prevent a patient from receiving more dispensings than authorized by the original prescription?**

Yes

## 2.3.6) Dispensing Record Accuracy

**1) Are required records of accountability being kept complete and accurate in the dispensing software?**

Yes

<u>Observation</u>
Reviewed random prescriptions with associated backtags. Information on backtag was found to match the information on the prescription

## 2.3.7) True Edit Trails

Highly Confidential Subject to Protective
Order

BOP_MDL2796423

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  283 of 738.  PageID #: 531656

**1) Can dispensing data be permanently removed (deleted) from the dispensing software?**

No

<u>Observation</u>

It is not possible to permanently remove (delete) dispensing data from the ARKS.

**2) Does the pharmacy's dispensing software maintain a "True Edit Trail" of changes made to all required dispensing data?**

Yes

<u>Observation</u>

The pharmacy's ARKS maintains a "True Edit Trail" of changes made to all required dispensing data.

**3) Can deleted or edited dispensing data be retrieved for inspection by the OSBP?**

Yes

<u>Observation</u>

Deleted or edited dispensing data can be retrieved for inspection by the OSBP.

**2.3.8) Dispensing Software Security**

**1) Does the dispensing software control the level of access based on duties (Technician vs. Pharmacist)?**

Yes

<u>Observation</u>

The ARKS controls access levels based on pharmacy duties (Technician vs. Pharmacist).

**2) Are on-duty pharmacists controlling and supervising dispensing software access and use?**

Yes

<u>Observation</u>

The on-duty pharmacists are controlling and supervising the ARKS access and use.

**3) When logging into the dispensing software, what is the security access to dispensing functions?**

Fingerprint

**2.4) Traditional Paper Positive Identification**

**1) What is the method of positive ID, for the act of dispensing?**

The Pharmacy uses a paperless process that was made approvable by the OSBP.

**2.5) ePositive Identification**

**1) Is a paperless positive ID system being used that has not been made approvable by the Board of Pharmacy?**

No

**2) Is there documentation the pharmacy's paperless positive ID system was made approvable by the Board of Pharmacy?**

Yes

**3) Have any changes been made to the pharmacy's paperless positive ID system, from what was originally made approvable?**

No

**2.6) Other Areas Requiring Positive ID**

**1) Is there positive ID for the practice of pharmacy at data entry?**

Yes

**2) Is there positive ID of the practice of pharmacy for DUR?**

Yes

**3) Is there positive ID for the act of dispensing?**

Yes

**4) Is there positive ID for patient counseling?**

Yes

**5) Is there positive ID of the Pharmacist or Intern who administered an adult immunization?**

Yes

**3.1) Physical Barricade**

Highly Confidential Subject to Protective Order

BOP_MDL2796424

**1) Does the pharmacy have a fully enclosed barricade or an open air barricade?**

Fully Enclosed Barricade

<u>Observation</u>
Pharmacy is fully enclosed with one large window on the front face

**2) Are adequate locks provided for the pharmacy barricade?**

Yes

**3) Are all of the keys (except for floater keys) to the pharmacy barricade under pharmacist control?**

Yes

**4) If the pharmacy has the "floater" keys, are they secure and tamper evident?**

Yes

**5) Does the Responsible Pharmacist routinely check the floater key to ensure continual security and tamper evidence?**

Yes

**6) When in use, does the pharmacy barricade secure all items requiring pharmacist supervision?**

Yes

**7) When the barricade is in use can the pharmacy be entered without making obvious damage to the barricade?**

No

**8) Was the barricade, or changes to the barricade, put into use before receiving Board of Pharmacy approval?**

No

**9) When the pharmacy is closed, do any non-pharmacist personnel have access to any items. products, or equipment stored within the pharmacy barricade?**

No

**10) Does the pharmacy have a "drop box" where new prescription and/or refill prescription orders can be deposited  when no pharmacist is present?**

No

**3.2) Electronic Barricade**

**1) Was the pharmacy alarm tested during this inspection?**

No

**2) Who owns the pharmacy alarm system?**

The Pharmacy

**3) Who monitors the pharmacy alarm and what is their phone number?**

<u>Observation</u>
State Alarm

**4) Does anyone other than a pharmacist have the code or the key to the alarm system?**

No

**5) Does each pharmacist have their own individualized alarm code?**

Yes

**9) Does the alarm detect entry into the pharmacy?**

Yes

**10) Can the alarm system be bypassed when in use?**

No

**4) *Minimum Standards***

Highly Confidential Subject to Protective Order

BOP_MDL2796425

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  285 of 738. PageID #: 531658

**1) Is the phone number for poison control readily accessible in the pharmacy?**

Yes

**2) Does the pharmacy have the proper equipment to conduct the practice of pharmacy?**

Yes

**3) Does the pharmacy have enough drug stock fill most prescription requests?**

Yes

**4) Does the pharmacy have the containers necessary to dispense a variety of medication types and sizes?**

Yes

**5) Is there adequate space and fixtures within the pharmacy barricade to effectively operate a retail pharmacy?**

Yes

**6) Are the pharmacy operating hours posted in plain view for the public to see?**

Yes

**7) Is there evidence to indicate a problem with staffing levels?**

No

**8) Are the pharmacy employees wearing name tags with their job title?**

Yes

**5) *Security***

**1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?**

Yes

**2) Are all of the pharmacy's drug stocks kept within the pharmacy barricade?**

Yes

**3) Are all records of accountability that are stored outside of the pharmacy barricade but within the same physical location secure and tamper evident?**

Yes

**4) Does the Pharmacy have an off site facility for the storage of records of accountability?**

No, all records are stored at the same physical location as the pharmacy.

**5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?**

No

**6) Drug Theft or Loss Statement**

Observation

Any theft or loss of dangerous drugs must be reported by law to the State of Ohio Board of Pharmacy and local law enforcement immediately upon discovery.

Notify the DEA if controlled substances were involved.

Theft or loss must be reported to the Board using the Boards on-line portal or by notifying a local Pharmacy Board Employee or by calling 614-466-4143 immediately upon discovery.

In addition to the initial notification requirements, a licensee is required to submit a detailed report of the theft or significant loss to the Board using the online portal within thirty days following the discovery of such theft or significant loss. https://www.pharmacy.ohio.gov/Licensing/dea106.aspx

**6) Library**

**1) Does the pharmacy have an up to date "Drug Laws of Ohio" book, or an online resource to access the required information?**

Yes

**2) Does the pharmacist have access to the paper/electronic references necessary to appropriately practice pharmacy?**

Yes

**7) *Cleanliness***

**1) Is the pharmacy clean and well lit?**

Yes

**8) *Refrigeration***

Highly Confidential Subject to Protective Order

BOP_MDL2796426

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  286 of 738.  PageID #: 531659

**1) Are all pharmacy refrigerators and/or freezers in good working order with an adequate system in place to ensure that the medications stored within are stored at appropriate temperatures?**

Yes

**9.1) Drug Ordering Procedeures**

**1) Is the pharmacy using paper DEA-222 order forms, or are they using  an electronic DEA-222 ordering system being used?**

Electronic DEA-222 ordering system is being used.

**9.3) Electronic C-II drug order receipt**

**1) When using an electronic drug ordering system, is the pharmacy creating a record of receipt that is electronically linked to the original order?**

Yes

**9.4) Wholesale information**

**1) Who are the wholesale drug distributors utilized by this pharmacy?**

Observation
Cardinal Health and Giant Eagle Distribution Center

**10) Improper Dispensings**

**1) Is there evidence to indicate that a prescription has been dispensed improperly?**

No

**2) Are the pharmacist performing a prospective Drug Utilization Review?**

Yes

**3) Is the pharmacy using the correct NDC number when dispensing drugs?**

Yes

**11) *Insufficient Supervision***

**1) Is there pharmacist supervision of the dangerous drugs and other pharmacy employees at all times while the pharmacy is open and operating?**

Yes

**2) Are only pharmacists performing tasks requiring professional judgment?**

Yes

**15) Illegal Purchases**

**1) Verify Licenses of Distributors/Wholesalers**

Yes

**20) *Outdated Drugs***

**1) Are there expired medications within the pharmacy's active drug stock?**

No

**2) Are the known expired drugs segregated from the pharmacy drug stock?**

Yes

**21) Drug Labels**

**1) Are the pharmacy prescription labels in compliance with OAC 4729-5-16?**

Yes

**22.1) Signature**

**1) Are issued prescriptions including fax to fax prescriptions manually signed by the prescriber?**

Yes

**22.2) DEA Number**

**1) Is the prescriber's DEA registration number written or pre-printed on all controlled substance prescriptions?**

Yes

**22.3) Prescription refills**

**1) Are the prescribers specifying the number of refills or the period of time for which the prescription may be refilled?**

Yes

**22.4) APN prescriptions**

Highly Confidential Subject to Protective Order

BOP_MDL2796427

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 287 of 738. PageID #: 531660

**1) Do prescriptions written by Advanced Practical Nurses have their Certificate to prescribe (CTP) number written on them?**

Yes

**22.5) Prescriber's Agent**

**1) Is the first and last name of the prescriber's Agent written on phoned in prescriptions when applicable?**

Yes

**23) OTC's & Syringes**

**1) Does the pharmacy store over the counter medications within the pharmacy barricade?**

Yes

**2) Are syringes stored in the pharmacy and kept out of obvious public view?**

Yes

**24.1) Non-sterile compounding**

**1) The pharmacy performs the following types of non-sterile compounding:**

<u>Observation</u>
Pharmacy performs minimal compounding. Pharmacy will print off a compounding log using their computer software and sign the compounding log using wet-ink signature. The compounding log then gets scanned back into the computer software

**25) Prescription Files**

**1) Are the prescriptions dispensed by the pharmacy being filed in three separate files?**

Yes

**2) Are the prescription files in good order and are prescriptions being filed in a timely manner?**

Yes

**28) *Annual Drug Inventory***

**1) Has an annual drug inventory been completed within the specified time period?**

Yes

<u>Observation</u>
Annual Controlled Drug Inventory was completed 5-1-2020 at end of day

**35) *Qualified Pharmacy Technicians (QPT)***

**1) Does anyone other than a pharmacist, pharmacy intern, or Qualified Pharmacy Technician package, label, or compound dangerous drugs while working in the pharmacy?**

No

**2) Do all Qualified Pharmacy Technicians meet the minimum standards set forth in OAC 4729-4-02 and 4729-4-03?**

Yes

<u>Observation</u>
*Technician credentials were verified through eLicense.*

**3) Have criminal records checks been performed on all pharmacy technicians intending to preform qualified tech duties?**

Yes

**4) Are Qualified Tech's BCI & FBI background checks available for review?**

Yes

**36) Counseling**

**1) Is Patient counseling being offered with every prescription?**

Yes

**37) Pseudoephedrine Sales**

**1) Is the pharmacy selling more than nine (9) grams of pseudoephedrine to any individual per 30 days?**

No

**38) *OARRS***

Highly Confidential Subject to Protective Order

BOP_MDL2796428

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  288 of 738.  PageID #: 531661

**1) Does the pharmacist have access to OARRS to request reports when needed?**

Yes

Observation

Pharmacy's dispensing software has a hard stop to make pharmacy run an OARRS report. If the hard stop is overridden then the pharmacy must state why the hard stop was overridden

**2) Are the pharmacists requesting OARRS reports when appropriate?**

Yes

**3) Is the Pharmacy software integrated with OARRS?**

Yes

**4) Are any of the Pharmacists using delegates to request OARRS reports?**

No

**5) When should a pharmacist request an OARRS report?**

Observation

1. The first time you fill a prescription for a new or different controlled substance, you must run an OARRS report. First hydrocodone? Run it. Next day new RX for testosterone? Run it again. A week later another hydrocodone? Not required, but a good idea.

2. If you don't have a documented record of having run an OARRS report in the past year, run it. This creates your baseline.

3. A prescriber is located outside the usual pharmacy geographic area.

4. A patient is from outside the usual pharmacy geographic area.

5. A pharmacist has reason to believe the patient has received prescriptions for controlled substances from more than one prescriber in the preceding three months, unless the prescriptions are from prescribers who practice at the same physical location (i.e. same group practice).

6. Patient is exhibiting signs of potential abuse or diversion. (This includes, but is not limited to, over-utilization, early refills, appears overly sedated or intoxicated upon presenting a prescription, or an unfamiliar patient requesting a reported drug by specific name, street name, color, or identifying marks.)

7. If in doubt, run the OARRS report. You don't know what you don't know. It's OK to say no. You might just save a life.

**6) Corresponding Responsibility**

Observation

Remember: To be valid, a prescription must be issued for a legitimate medical purpose by a prescriber acting in the usual course of his/her practice. The responsibility for the proper prescribing is upon the prescriber; however a corresponding responsibility also rests with the pharmacist who dispenses the prescription. An order purporting to be a prescription issued not in the usual course of bona fide treatment is not a prescription and the person knowingly dispensing such a purported prescription shall be subject to the penalties of law. Pharmacists shall use professional judgment when making a determination about the legitimacy of a prescription. A pharmacist is not required to dispense a prescription of doubtful, questionable, or suspicious origin [OAC 4729-5-20(G) 4729-5-30(A) & 4729-5-21(A)].

**39) Confidentiality**

**1) Are there any known issues pertaining to patient confidentiality?**

No

**41) Points of Emphasis**

Highly Confidential Subject to Protective Order

BOP_MDL2796429

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  289 of 738.  PageID #: 531662

**1) The below listed items are some select points to remember while overseeing and conducting the practice of pharmacy.**

Observation

1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

## 42) Addiction and Mental Health Resources

### 1) Addiction and Mental Health Resources

Observation

The State of Ohio Board of Pharmacy encourages all licensed pharmacy employees who may be struggling with addiction and/or mental health issues to seek help. The following are resources to get help:

Pharmacists Rehabilitation Organization - www.ohiopro.com

Glenbeigh - www.glenbeigh.com

Maryhaven - www.maryhaven.com

Questhouse - www.questhouse.com

Ohio Dept. of Mental Health and Addiction services - mha.ohio.gov
Phone 877-275-6364

## 44) Additional Findings

### 1) Return to Stock:

Observation

Observed several return to stock (RTS) bottles on the pharmacy shelving. The bottles were found to have the original dispensing label with a RTS label over top.
The RTS label was found to contain the following information:
- Medication name/strength
- NDC
- RPh Initials
- Store information
- Initial Fill Quantity
- Initial Fill Date
- Calculated Use By Date ** ** Use by date is based off of Giant Eagle Policy 10-003 which sets the date at 180 days from initial fill

This is compliant with Ohio Administrative Code 4729-5-14 Return to Stock in a Pharmacy

## 46) Inspection Affirmation

### 1) Inspection Affirmation

Observation

As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent/Inspector, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 30 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required. Responses can be emailed (with a copy of the inspection report) to writtenresponse@pharmacy.ohio.gov or they may be mailed to 77 South High Street, 17th Floor, Columbus, Ohio 43215.

Highly Confidential Subject to Protective Order

BOP_MDL2796430

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 290 of 738. PageID #: 531663

### Summary

**No Issue Found**

**Reviewed by** John Stephen Judin, JR, RPH

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796431

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-673 750
NAME: Giant Eagle Pharmacy #1405
R.P.:
ADD: 48 Vienna Ave.
Niles, Ohio 44446

PHONE 216 / 652 / 2158
TIME IN 1100
TIME OUT 1:5 PM
TYPE 05
FED. # BG 2891693
EXP. DATE 9-97
HOURS OPEN 9-9 (DAILY)
(SAT.)
9-6 (SUN. & HOLIDAYS)

CNTY: TRUMBULL

RESPONSIBLE PERSON: RICK JEREN
TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Jeffrey Michael Mymo | RPh. #20651 | JAN 16 1996 | |
| | | | |
| | | | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#1- The new 1996 license is posted
#2- Current
#3- IBM hardware w/ PDX pharmacy software.
The pharmacy has two computer patient dispensing
monitors. All patient profile information is processed
by the computer. No separate profile records.
All original prescriptions are in the three
file required system.
#4- The pharmacy has a full physical barricade
with a back up pharmacist access only security
alarm system. The pharmacy has three
wall sensors & the access door / service window
have hardwire contacts.
#5-OK        #6- RPharmacist only have Key/code
control. A relief pharmacist key is secured in a
"gold Box" which is obtained by RPh only
#7- The Law Book is current through March 1995
as required with updates.

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

x _____ RPh   DATE 1-10-96   _____ INSPECTOR

PERSON IN CHARGE

PHA 0610   (REV. 01/93)

White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

BOP_MDL2799944

Highly Confidential Subject to Protective
Order

BOP_MDL2799945

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-673750
NAME:
R.P.:
ADD:

pg. 2

CNTY:

| PHONE | | | TIME IN | | A.M. P.M. | TIME OUT | A.M. P.M. |
| TYPE | | | FED. # | | | EXP. DATE | |
| HOURS OPEN | (DAILY) | | (SAT.) | | (SUN. & HOLIDAYS) | | |
| RESPONSIBLE PERSON: | | | | | TITLE | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#8-OK        #9-OK- All products current
#

Case # 95-2085 ) Complaintant Betty Yerick
            829 Lafayette Niles Oh
Patient advised OSBP Executive Director Frank
Wickham RPh MS that she did not receive
the medication prescribed for her. The original
prescription was pulled from file and it
was a telephone Rx. The dispensing RPH (Jeff
Myznes) recorded the Rx as Tagamet 800 TABS
#35 with (6) refills. He recorded the information
as prescribed by DR. Huzar with his medical
Agent Barb. The prescription had a separate
note by the dispensing RPH attached which
noted: ✓ "This lady had an Rx called in from her M.D. for Tagamet.
It was called in Tagamet 800 T QD #35. She called & said
She gets the 300 & we made a mistake. I took the call
& I remember her specifically saying 800. She said
(the patient) she wasn't coming back because of it."

PINK SHEET ISSUED (circle one)     YES     NO     DATE _____

X _____ RPH   date 1-10-96   _____
PERSON IN CHARGE                                  INSPECTOR

PHA 0610   (REV. 01/93)     White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

BOP_MDL2799946

Highly Confidential Subject to Protective
Order

BOP_MDL2799947

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-673750
NAME:
R.P.:
ADD:

Pg. 3

CNTY:

| PHONE | | TIME IN | A.M. P.M. | TIME OUT | A.M P.M |
| TYPE | | FED. # | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| RESPONSIBLE PERSON: | | | TITLE | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

Based on the recorded information by PPh Mymo & the actual telephone Rx, it is not possible to determine where the error occured. Agent Parlich will contact DR. huzar and check on his recorded information. If they have 300 m noted I will suggest that DR. huzar consider allowing the patient split the 800 m tablet & take 400 m versus the 300 m.
Recieved PPh Teresa for - ORIGINAL Rx - Betty yerick Patient profile - " "

#14 - Completed on this date See attached - 4)

DEA - Biennial inventory - 5-19-95 Close of Business

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

X _Kurt Jeres, RPh_   DATE 1-10-96   _Parlich_
PERSON IN CHARGE                                  INSPECTOR

A 0610 (REV. 01/93)        White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799949

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 297 of 738. PageID #: 531670

OSBP

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

**FROM:** *(Include Name, Street, City, State and ZIP Code in space provided below).*

Giant Eagle Pharmacy
48 Vienna Ave
Niles, Ohio 44446

02-673750

**Signature of applicant or authorized agent**

**Registrant's DEA Number**
BG 2891693

**Registrant's Telephone Number**
216·652·2158

**NOTE:** CERTIFIED MAIL (Return Receipt Requested) IS REQUIRED FOR SHIPMENTS OF DRUGS VIA U.S. POSTAL SERVICE. See Instructions on reverse of form.

| | NAME OF DRUG OR PREPARATION Registrants will fill in Columns 1, 2, 3, and 4 Only. | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|---|
| | | | | | DISPOSITION | QUANTITY | |
| | | | | | | GMS. | MGS. |
| | | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| 1 | Duragesic 25 μg/hr Patch System | 2 | 5 | | | | |
| 2 | Decomisal Pediatric Syrup | 1 | 150 mL | | | | |
| 3 | Decomisal Expectorant Syrup | 1 | 473 mL | Destroyed | | | |
| 4 | Decomisal Expectorant Syrup | 1 | 200 mL | at site | | | |
| 5 | Decomisal Pediatric Syrup | 1 | 473 mL | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

DEA Form — 41          Previous edition dated 7/84 is usable.          • See Instructions on reverse side.

Highly Confidential Subject to Protective Order

BOP_MDL2799950

| FOR DEA USE ONLY | | NAME OF DRUG OR PREPARATION | CONTENTS | | | DISPOSITION | QUANTITY | |
|---|---|---|---|---|---|---|---|---|
| Con-trolled Sub-stance Con-tent (Number of grams, tablets, ounces or other units per con-tainer) | | | Number of Con-tainers | Grams, tablet, ounces or other units (Number) | Grams (Each Unit) | | QUANTITY GMS. | MGS. |
| 7 | 6 | 1 | 3 | 5 | 4 | 5 | 6 | 7 |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received in _2_ packages purporting to contain the drugs listed on this inventory and have been: **(1)** Forwarded tape-sealed without opening; **(2)** Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE 1-16 19 76

DESTROYED BY: _[signature]_

WITNESSED BY: _____

\*\* *Strike out lines not applicable.*

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 8 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/3 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any further inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or certified mail (return receipt requested) to Special Agent in Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

**AUTHORITY:** Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).

**PURPOSE:** To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.

**ROUTINE USES:** This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users and for the purposes stated:

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

**EFFECT:** Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Drug Enforcement Administration, Records Management Section, Washington, D.C. 20537; and to the Office of Management and Budget, Paperwork Reduction Project No. 1117-0007, Washington, D.C. 20503.

*U.S. Government Printing Office: 1989-241-707/00906*

Highly Confidential Subject to Protective Order

BOP_MDL2799951

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: *TERMINAL DISTRIBUTOR*
DDD#:
NAME: *GIANT EAGLE Pharmacy #1405*
R.P.: *48 VIENNA*
ADDR: *NILES, OHIO    44446*
*# 02-0673750*

AREA CODE / TELEPHONE NUMBER
*330-652-2158*

TIME IN *945* A.M.
TIME OUT *12 30* P.M.

TYPE *RETAIL CHAIN*    FED.#
EXP. DATE *9-08*
*BG 2891693*

HOURS OPEN *9-9 M-FRI    9-7 SATURDAY    9-5 SUNDAY*

CAT: *III*    CLASS: *05*
CNTY: *TRUMBULL*

FAX NUMBER
*330-652-1260*

EMAIL OHIO PHARMACY BOARD

FEB 2 0 2008

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| *STEPHANIE A. KROMER* | *RPh* | *22461* → *Resp. Person Pharmacist* | | | |
| *DENNIS NISBETT* | *RPh* | *03-3-14302* | *Angela Chahine* | *RPh* | *03-1-18789* |
| *SANDRA SEIKEL* | *RPh* | *03-3-23816* | *Amy Gardner* | *RPh* | *03-2-26382* |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☒ *Temp*  P ☐

*The State & Federal licenses are current.*

*The pharmacy has PDx software with six dispensing computers*

*The pharmacy moved into this new pharmacy within the same business store on 2-11-08. (see Barricade Report)*

*The pharmacy has 4 motion sensors - Tested this date - & one contact sensor. The State Alarm access pad is actuated by the RPh with specific codes for each RPh. A relief RPh code & Key is secured in a metal security box with # access to the RPh only. The physical barricade is floor to roof outside walls & one wrap around metal gate secured with 4 pole points in the floor & Key lock to a metal wall frame. Gate tested & approved on this date. RPh's advised no problems securing the gate on 2-11-08*

☐ PINK SHEET ISSUED FOR NUMBER(S): ____ *2-28-08*

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

*Stephanie A Kromer*
SIGNATURE OF PERSON IN CHARGE

*2/12/08*
DATE

*Parlick*
SIGNATURE OF INSPECTOR

*2-12-08*
DATE

PHA-0610 (Rev. 08/07)    WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    GREEN – DISTRIBUTOR COPY    PINK – INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799975

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 02·0673750  Pg. 2 | | | | | | | | | |
| NAME: | | | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | | | | | | | | | |
| | | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐   P ☐

The Ohio Drug Law Book is current June 2007.
The pharmacy has one refrig unit specific for pharmacy only medications & it is located within the building.
C-II drugs are secured in three metal cabinets with Key lock by RPh. The C-II drugs are documented in a Perpetual log – (well maintained as viewed on this date)
Only the RPh counts & documents in the log C-II dispense & invoice receipt of C-II drugs. The DEA 222 forms are attached to McKesson invoice as receipted – The RPh signs & initials the receipted 222 forms as received & completed on a specific written date.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 2/12/08 | SIGNATURE OF INSPECTOR | DATE 2-12-08 |
|---|---|---|---|

PHA-0610 (Rev. 08/07)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   GREEN – DISTRIBUTOR COPY   PINK – INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799977

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: 02-0673750 Pg.3 | | | | | | | | |
| NAME: | | | | TYPE | FED.# | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | | | | HOURS OPEN | | | | |
| CAT: CNTY: | | CLASS: | | FAX NUMBER | | EMAIL | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING —
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐   P ☐

The DEA 222 forms are filed by date order w/invoices in a separate file cabinet from C-II stock.

Blank 222 forms are well maintained & in use order.

Outdates - via Capital Returns

The Biennial Inventory was completed on 5-1-07 as an opening of Business

Daily log reports are RPh signature reviewed.

Original prescriptions are filed in Call folders.

The insurance/counsel log maintains confidential accountable w/ Rx & date only signature.

The maintains an over log of partial dispensing.

RPh's document a ✓ on the original prescriptions as their check station dispensing with manual initials noted

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_Stephanie Manuel_  2/12/08          _Pavlich_  2-12-08
SIGNATURE OF PERSON IN CHARGE   DATE     SIGNATURE OF INSPECTOR   DATE

PHA-0610 (Rev. 08/07)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   GREEN – DISTRIBUTOR COPY   PINK – INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799979

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE:<br>DDD#:<br>NAME:<br>R.P.:<br>ADDR: | 02-0673750 Pg.4 | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | TYPE | FED.# | | | EXP. DATE | |
| | | | | HOURS OPEN | | | | | |
| CAT:    CLASS:<br>CNTY: | | | | FAX NUMBER | | EMAIL | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | Allergies are stamp noted on original Rx |
| 2. I.D.CARDS | |
| 3. RECORDSYSTEM | |
| 4. BARRICADE | |
| 5. MIN.STANDARDS | |
| 6. SECURITY | |
| 7. LIBRARY | Rx Daily - weekly 3300 |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | |
| 11. IMPROPERDISPENSING | |
| 12. INSUFFICIENTSUPERVISION | |
| 13. INVENTORYRECORDS | |
| 14. DRUGDESTRUCTION | |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | |
| 17. SAMPLES | |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | |
| 26. RxFILES | |
| 27. RxCOPIES | |
| 28. RxINT/DATE | |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |
| F ☐      P ☐ | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_Stephanie C. Kimmie_       2/12/08       _Parkish_  2-12-08
SIGNATURE OF PERSON IN CHARGE       DATE       SIGNATURE OF INSPECTOR       DATE

PHA-0610 (Rev. 08/07)       WHITE – OFFICE COPY       YELLOW – INSPECTOR COPY       GREEN – DISTRIBUTOR COPY       PINK – INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799981

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT
### (O.A.C. RULE 4729-9-11 REQUIREMENTS)

*Approved Reviewed*

| DATE. 2-12-2008 | T.D.D.D. #: 02-0673750 |
|---|---|
| BOARD AGENT: G. PAVLICH | D.E.A. #: BG 2891693  *expires 9-2008* |

YES   NO   (CHECK ONE)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

☑ ☐  Key in sealed envelope in safe. *METAL BOX with # CODE ACCESS for relief RPh*

☑ ☐  All items requiring R.Ph. supervision are inside barricade. *other than sealed records in ceiling ATTIC of store.*

☑ ☐  Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

☐ ☐  Minimum of seven (7) feet in height.

☑ ☐  Fully enclosed. *Floor to Roof physical walls with one metal wrap around gate with four pole lock concealed*

☑ ☐  Suitable locks are provided. *in the floor & key lock secured to wall*

☑ ☐  Prescription department cannot be entered when locked without obvious damage to barricade.

☑ ☐  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:**

☐ ☐  This is a company-owned system. If no, leased from who? _____ *STATE ALARM*

☑ ☐  This is a ☐ HARDWIRE / ☐ WIRELESS / ☑ BOTH system. *(check one)*  *4 motion sensors w/ 1 hardwire contact plate at the gate*

☑ ☐  There is a functional emergency "hold up" button. *on pad behind*

☑ ☐  System is in operation at all times when R.Ph. is not present.

☑ ☐  Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? *Alarm Co, Niles P.D., Resp. Person RPh, Staff Pharmacist*

☑ ☐  Only pharmacists possess access code to prescription room.

☑ ☐  System was tested this date. Date system was last tested? *2-12-2008*

☐ ☑  Slot is provided for drop-in prescriptions.

☑ ☐  Suitable notice of operating hours to public is posted.

☑ ☐  Notice of emergency service is posted.

PHA-0611 (Rev 06/98)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT
(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

| _Sandra Seikel RPh_ | _2-12-08_ |
|---|---|
| (Signature of R.Ph./Owner) | (Date and Time of Signature) |

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

| | |
|---|---|
| (Signature of Board Agent) | (Title) |

**Comments:**

PHA-0611 (Rev. 06/98)                    ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 309 of 738. PageID #: 531682

07-29-02A09:14 RCVD

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-0673750F
NAME: GIANT EAGLE PHARMACY #1405
R.P.:
ADDR: 48 VIENNA AVE.
NILES, OHIO 44446

PHONE (INCLUDE AREA CODE): 330-652-2158
TIME IN: 1 00 P.M.
TIME OUT: 3 30 P.M.
TYPE: CHAIN
RETAIL
HOURS OPEN: 9-9 (DAILY) MON-SAT (SAT.)  (SUN. & HOLIDAYS) 9-6
FED.#: BG-2891693
EXP. DATE: 9-02

CAT: III
CNTY: TRUMBULL
CLASS: 05
03-3-24101

RESPONSIBLE PERSON: TODD M. TUTTLE
TITLE/I.D. NO.: RPh
03-3 INIT. USED
19833

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| KIM HEATHY RPh | | | | | |
| KRISTEN Lee JANSEN | | RPh 19040 | FULL INSPECTION — | | |
| SANDRA RESTAINO | | RPh 23816 | NEW PHARMACY - moved from | | |
| PENNY SPROLLO | | RPh. | within the SAME BUILDING | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

STATE & FEDERAL Licenses ARE CURRENT

ID Card is CURRENT

The pharmacy HAS Two Computer - Dispensing Computer STATIONS with A third to be ADDED. PDX SOFTWARE. The pharmacy effective Sunday night - 7-21-02 Now HAS ALL PHarmacy profile records from PHAR MOR #1 5985 MINES RD, Niles, OHIO 44446 330-399-1662. CURRENTly only the original HARD file prescriptions 2 yrs review & the electronic -computer profile 1998 can be pulled from this location. The STOCK INVENTORY of Legend & Controlled from PHAR MOR will be Properly paper Transferred AS discussed with this Agent. Keys To the PHAR MOR drug stock is SECURED with R.Pharmacist only conTrol Access. MAINTAIN All inventory Transfer records AS your TOTAL STOCK AccounTAbility STANDARD for the OSBA

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** TO THE STATE BOARD OF PHARMACY **WITHIN 20 DAYS** FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

_Sandra Restaino_
PERSON IN CHARGE

7-22-02
DATE SIGNED

_Pavlick_
INSPECTOR

PHA-0610 (Rev. 06/01)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799962

Highly Confidential Subject to Protective
Order

BOP_MDL2799963

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | | PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: 02-0673750 | | Pg.2 | | | | | | |
| NAME: | | | TYPE | | FED.# | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|
| 1. LICENSING<br>2. I.D.CARDS<br>3. RECORDSYSTEM<br>4. BARRICADE<br>5. MIN.STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPERDISPENSING<br>12. INSUFFICIENTSUPERVISION<br>13. INVENTORYRECORDS<br>14. DRUGDESTRUCTION<br>15. ILLEGALSALES<br>16. ILLEGALPURCHASES<br>17. SAMPLES<br>18. NON-REGCOMPOUNDING<br>19. RxBLANKS<br>20. IMPROPERRx'S<br>21. OUTDATEDDRUGS<br>22. DRUGLABELS<br>23. RxINFORMATION<br>24. OTC/SYRINGES<br>25. GENERICMFG.<br>26. RxFILES<br>27. RxCOPIES<br>28. RxINT/DATE<br>29. DEAINVENTORY<br>30. PHONEDSCHIIRx<br>31. REFILLS-6MO/5X<br>32. REFILLS-INT/DATE<br>33. REFILLS-UA<br>34. EMERGENCYKIT<br>35. CONTINGENCYKIT<br>36. NON-REGDISPENSING<br>37. COUNSELING | under 4729-5-28 OAC.<br>— NEW Physical & Electronic Barricade →<br>Inspected on this DATE. Completed the Barricade<br>Inspection Form - PHA-0611 See Attached.<br>The physical Barricade has wall structure from<br>Floor to Ceiling. The pharmacy has one<br>CRANK-DOWN metal curtain that is RPh secured<br>within the pharmacy. The check-out & access door<br>ARE SECURED by a RPh AT the END of the<br>DAY by a WRAP Around metal grate. The<br>grate is floor post secured (3 posts) & Key<br>locked by the RPh into the wall frame.<br>Only RPh's have Key Access with A RELIEF<br>RPh Key SECURED in AS RPh SECURED "GOLD<br>Box". The pharmacy Also has A STAND-Alone<br>ALARM security system with TWO HARD WIRE |

☐ PINK SHEET ISSUED FOR NUMBER(S):

*IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** TO THE STATE BOARD OF PHARMACY **WITHIN 20 DAYS** FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.*

| | | |
|---|---|---|
| _Sandra Restaino_ | 7-22-02 | _Pavlick_ |
| PERSON IN CHARGE | DATE SIGNED | INSPECTOR |

PHA-0610 (Rev. 06/01)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

BOP_MDL2799964

Highly Confidential Subject to Protective
Order

BOP_MDL2799965

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | | PG3- | PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: | 02-0673750 | | | | | | | | |
| NAME: | | | | TYPE | | FED.# | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | | CLASS: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING<br>2. I.D. CARDS<br>3. RECORDSYSTEM<br>4. BARRICADE<br>5. MIN. STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPERDISPENSING<br>12. INSUFFICIENTSUPERVISION<br>13. INVENTORYRECORDS<br>14. DRUGDESTRUCTION<br>15. ILLEGALSALES<br>16. ILLEGALPURCHASES<br>17. SAMPLES<br>18. NON-REGCOMPOUNDING<br>19. RxBLANKS<br>20. IMPROPERRx'S<br>21. OUTDATEDDRUGS<br>22. DRUGLABELS<br>23. RxINFORMATION<br>24. OTC/SYRINGES<br>25. GENERICMFG.<br>26. RxFILES<br>27. RxCOPIES<br>28. RxINT/DATE<br>29. DEAINVENTORY<br>30. PHONEDSCHIIRx<br>31. REFILLS-6MO/5X<br>32. REFILLS-INT/DATE<br>33. REFILLS-UA<br>34. EMERGENCYKIT<br>35. CONTINGENCYKIT<br>36. NON-REGDISPENSING<br>37. COUNSELING | SENSORS AND three WALL MOUNTED wireless SENSORS, RPh Code Access To the ALARM system. ALL RECORDS ARE SECURED within the pharmacy or within A RPh CONTROLLED, RECORDS only, Access CAge within this building.<br><br>The pharmacy CURRENTLY has pATIENT profiles from the PIMR MOR PDX system within their Dispensing system WINDOW Access computer HARD DRIVE. Upon request for A TRANSfer, or NEW Dispensing the RPh will TRANSfer that RX or create a NEW RX# within the GimT Eagle PDX software for that specific drug & pATIENT. The NEW pATIENT RX & software profile Are then MAINTAINED As NORMAL within GimT Systems.<br><br>THE Pharmacy MAINTAINS A C-II PERPETUAL INVENTORY |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** TO THE STATE BOARD OF PHARMACY **WITHIN 20 DAYS** FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

| Sandra Restaino | 7·22·02 | Parhel |
|---|---|---|
| PERSON IN CHARGE | DATE SIGNED | INSPECTOR |

PHA-0610 (Rev. 06/01)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799967

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 · PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | PHONE (INCLUDE AREA CODE) | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| DDD#: 02-0673750    pg.4. | | | | | |
| NAME: | TYPE | | FED.# | | EXP. DATE |
| R.P.: | | | | | |
| ADDR: | HOURS OPEN | (DAILY) | (SAT.) | (SUN. & HOLIDAYS) | |
| CAT: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED |
| CNTY: CLASS: | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Wholesaler — McKesson Co. NEWCASTLE, PA. | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxBLANKS
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

of ALL AccounTable NARCOTic STOCK.
OuTdATes Are disposed OF VIA Capitol RETURNS.
The perpetual log is RPh controlled & WELL MAINTAINED
SPOT INVENTORY CHECKS & BALANCE Are clearly NOTED
The log NOTES DISP. DATE, Rx#, DISP qTY, qTY remaining,
and RPh initials.
— REVIEWED the originAL Rx files - A three series
Legend, C-III-V, CII system is USED.
— NOTE - The mANUALly written Address of the
pATIENT is NOT required to be written on the
Face of the Rx (Your CompuTer Affixed label has
this InformATion Already NOTED once it is Affixed)
— RPh's are properly dispense CNP prescriptions
As indicated in the FormAT of Rx's reviewed
with affixed labels.
— The RPh's are properly NOTing the Telephone FormAT.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** TO THE STATE BOARD OF PHARMACY **WITHIN 20 DAYS** FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

| Sandra Restaino | 7-22-02 | Parkeck |
|---|---|---|
| PERSON IN CHARGE | DATE SIGNED | INSPECTOR |

PHA-0610 (Rev. 06/01)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799968

Highly Confidential Subject to Protective
Order

BOP_MDL2799969

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | | PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: Pg. 5 | | | | | | P.M. | | P.M. |
| NAME: 02- 0673750 | | | TYPE | | FED.# | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| 1. LICENSING | The pharmacy weekly NEW/Refill TOTAL previous | |
| 2. I.D. CARDS | to the Taken-over of the Phar-Mor files | |
| 3. RECORDSYSTEM | WAS 1600 to 1700 prescription Dispensing. | |
| 4. BARRICADE | | |
| 5. MIN.STANDARDS | | |
| 6. SECURITY | | |
| 7. LIBRARY | | |
| 8. CLEANLINESS | | |
| 9. REFRIGERATION | | |
| 10. ACCOUNTABILITY | Reviewed the Pharmacy standard for Counseling | |
| 11. IMPROPERDISPENSING | patients on Dispensed medication & documentation | |
| 12. INSUFFICIENTSUPERVISION | within their signature sheets. | |
| 13. INVENTORYRECORDS | | |
| 14. DRUGDESTRUCTION | | |
| 15. ILLEGALSALES | | |
| 16. ILLEGALPURCHASES | | |
| 17. SAMPLES | | |
| 18. NON-REGCOMPOUNDING | | |
| 19. RxBLANKS | | |
| 20. IMPROPERRx'S | | |
| 21. OUTDATEDDRUGS | | |
| 22. DRUGLABELS | | |
| 23. RxINFORMATION | | |
| 24. OTC/SYRINGES | | |
| 25. GENERICMFG. | | |
| 26. RxFILES | | |
| 27. RxCOPIES | | |
| 28. RxINT/DATE | | |
| 29. DEAINVENTORY | | |
| 30. PHONEDSCHIIRx | | |
| 31. REFILLS-6MO/5X | | |
| 32. REFILLS-INT/DATE | | |
| 33. REFILLS-UA | | |
| 34. EMERGENCYKIT | | |
| 35. CONTINGENCYKIT | | |
| 36. NON-REGDISPENSING | | |
| 37. COUNSELING | | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** TO THE STATE BOARD OF PHARMACY **WITHIN 20 DAYS** FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

| | | |
|---|---|---|
| _Sandra Restaino_ | 7-22-02 | _Rahul_ |
| PERSON IN CHARGE | DATE SIGNED | INSPECTOR |

PHA-0610 (Rev. 06/01)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799970

Highly Confidential Subject to Protective
Order

BOP_MDL2799971

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

## (O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE. 7-22-02 | T.D.D.D #: 02-0673750 |
|---|---|
| BOARD AGENT. Pauluk | D.E.A. #: BG 289/693 |

YES   NO   (CHECK ONE)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

☒ ☐ Key in sealed ~~envelope in~~ safe. *with only RPh Key Access*
☒ ☐ All items requiring R.Ph. supervision are inside barricade.
☒ ☐ Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

☐ ☐ Minimum of seven (7) feet in height.
☒ ☐ Fully enclosed.
☒ ☐ Suitable locks are provided.
☒ ☐ Prescription department cannot be entered when locked without obvious damage to barricade.
☒ ☐ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:**

☐ ☐ This is a company-owned system. If no, leased from who? *STATE ALARM*
☒ ☐ This is a ☐ HARDWIRE / ☐ WIRELESS / ☒ BOTH system. *(check one)*
☒ ☐ There is a functional emergency "hold up" button.
☒ ☐ System is in operation at all times when R.Ph. is not present.
☒ ☐ Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? *Alarm Company & Local P.D. - RPh Notification*
☒ ☐ Only pharmacists possess access code to prescription room.
☒ ☐ System was tested this date. Date system was last tested? *7-22-02*
☒ ☐ Slot is provided for drop-in prescriptions.
☒ ☐ Suitable notice of operating hours to public is posted.
☒ ☐ Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

7/22/02   3:30 PM
(Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

7-22-02

_____
(Title)

**Comments:**

PHA-0611 (Rev. 06/98)

∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 – (614)466-4143

| TERMINAL DISTR-RETAIL PHARM | | PHONE | TIME IN | TIME OUT | |
|---|---|---|---|---|---|
| DDD#: 02-673750 | (N) | 216 652/2616 | 10 30 A.M. P.M. | 12 30 A.M. P.M. | exp-9-94 |
| NAME: GIANT EAGLE PHARMACY | | TYPE 05 | FED # BG 2891693 | | |
| R.P.: ~~RICHARD A. GRAY~~, RPH | | | | | |
| ADD.: 48 VIENNA AVENUE | | HOURS OPEN 9-9 | (DAILY) | (SUN. & HOLIDAYS) 9-6 | |
| NILES, OH 44446 | | | | | |
| CATEGORY III CLASS 05 | | | | | |
| CNTY: TRUMBULL CO.(78)-GP 9-5-91 | | RESPONSIBLE PERSON BrenT J. SwipAS | | TITLE 18335 R.Ph. | |

| PERSONNEL | TITLE / I.D. NO. | PERSONNEL | TITLE / I.D. NO. |
|---|---|---|---|
| Edward Louis Ting | RPh. 18308 | | |
| Carrie Witaker | pharm. Tech. | | |

GIANT EAGLE PHARMACY
48 VIENNA AVENUE
652-2158
NILES, OH 44446
CAUTION: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.

DEC 3 1991

1. LICENSES
2. I.D. CARDS — Filed by
3. RECORD SYSTEM — DEC 0 9 199[1]
4. BARRICADE — DATE
5. MIN. STANDARDS — L
6. SECURITY
7. LIBRARY — INITIALS
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC / SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. P.R.N. KIT

EOM 11/91 Comp SMT 12/4/91

#1- New TDDD # licensed & issued to Richard A. Gray 9-24-91
On this date the new Terminal Dist. license was issued to the pharmacy. The New Resp Person RPh. Swipas shall sign & post it within the pharmacy.

#2- Current

#3- IBM Hardware with PDX software on line to Pittsburg Pa (main HQ) All records are contained in house. The pharmacy maintains a three file hard copy system.

#4- Complete physical barricade with a separate controlled alarm system by State Alarm.

#5- OK

#6- Three Keys for the pharmacy. Two Keys with each of the store R.Pharmacist & one Key secured in pharmacy safe & within a Gold box.

Edward L. Ting — PERSON IN CHARGE — DATE 11-26-91

Pavlick OSBP — INSPECTOR

PHA 0610 (REV. 12/88) White - Office Copy Yellow - Inspector Copy Pink - Individual Copy Green - Distributor Copy

Highly Confidential Subject to Protective Order

BOP_MDL2799936



Highly Confidential Subject to Protective Order

BOP_MDL2799937

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 – (614)466-4143

| | PHONE | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| DDD#: 02-673750 | | | | | | |
| NAME: | TYPE | | | FED.# | | |
| R.P.: | | | | | | |
| ADD.: pg. 2 | HOURS OPEN | (DAILY) | | (SUN. & HOLIDAYS) | | |
| | RESPONSIBLE PERSON | | | | TITLE | |
| CNTY: | | | | | | |

| PERSONNEL | TITLE / I.D. NO. | PERSONNEL | TITLE / I.D. NO. |
|---|---|---|---|
| | | | |
| | | DEC 3 1991 | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC / SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. P.R.N. KIT

#7 - Current

Rx Daily - 75 New/refill

#8 - New pharmacy

#9 - OK

#10 - The pharmacy has been in operation since Oct. 8, 1991. The stock currently is a new / purchased from Fox Meyer as Primary supplier w/ secondary supplier Harris. All schedule II drugs received from Harris Wholesale.

#24 - Controlled & regulated by R.Pharmacist List of Exempt abuses list by this Agent in Book.

#23 - The prescription have computer labels affixed for the dispensing of all drugs. the label properly identifies the dispensed drug, mfg. & all request is 5-30 4729

#28 - Properly identified w/ manual initials

Edward T Ting    PERSON IN CHARGE    DATE 11-26-91

Patrick OSBP    INSPECTOR

PHA 0610    (REV. 12/88)    White - Office Copy    Yellow - Inspector Copy    Pink - Individual Copy    Green - Distributor Copy

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective Order

BOP_MDL2799939

Gene Pavlick

GAVE OUT # 02-673750

TO: Giant Eagle

ON: 9-23-91

Highly Confidential Subject to Protective Order

BOP_MDL2799940



Highly Confidential Subject to Protective Order

BOP_MDL2799941

OHIO STATE BOARD OF PHARMACY

PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

DATE  _11-26-91_       T.D.D.D. NO.  _02-673750_

AGENT  _Pavlik_       D.E.A. NO.  _BG 2891693_

### RULE 4729-9-11 REQUIREMENTS

LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

_Control of two R. Pharmacist's (Tina & Swipos) & secured extra in pharmacy_

CHECK ONE:

_DEC  3 1991_

| YES | NO | |
|-----|----|--|
| X | | Key in sealed envelope in safe. |
| X | | All items requiring R.Ph. supervision are inside barricade. |
| X | | Prescription department may not be entered when barricade is in use. |
| — | | (A) Physical Barricade: |
| | | (1) Minimum of seven (7) feet in height. |
| X | | (2) Fully enclosed. |
| X | | (3) Suitable locks are provided. |
| X | | (4) Prescription department cannot be entered when locked without obvious damage to barricade. |
| | | (5) No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed. |
| — | | (B) Electronics: |
| X | | (1) This is a company-owned system. If no, leased from whom? _STATE BOARD_ |
| X | | (2) This is a [circle one] hardwire/wireless/(both) system. |
| X | | (3) There is a functional emergency "hold up" button. _on Code Box_ |
| X | | (4) System is in operation at all times when R.Ph. is not present. |
| X | | (5) Items in prescription room may be removed when system is operating without activating the alarm. Where does alarm sound or who does it alert? _STATE BOARD_ |
| X | | (6) Only R.Ph.s possess access code to prescription room. |
| | X | (7) System was tested this date. When was system last tested? (Date) _OCT. 8, 1991_ |

PHA-0611 (Rev. 01/90)       **(CONTINUED ON REVERSE)**

Highly Confidential Subject to Protective Order

CHECK ONE:

| YES | NO | |
|-----|-----|---|
| | X | Slot is provided for drop-in prescriptions. |
| X | | Suitable notice of operating hours to public is posted. |
| X | | Notice of emergency service is posted. |

I, ___EDWARD L. TING___, R.Ph./Owner, have been informed of and understand the following requirements:

(1) No prescription item may be sold when the prescription department is closed.

(2) No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

(3) No prescription may be left outside the barricade for customer pick-up.

(4) No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

(5) No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Rules 4729-17-03 and 4729-17-07 of the Ohio Administrative Code.

(6) Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

(7) All dangerous drugs are to be stored within a barricaded area.

_Edward L. Ting RPh_          _11-26-91   11:20 A.M._
(Signature of R.Ph./Owner)              (Date/Time)

I, ___Parlich___, COMPLIANCE AGENT, FIND THIS BARRICADE TO COMPLY WITH ALL REQUIREMENTS OF RULE 4729-9-11 OF THE OHIO ADMINISTRATIVE CODE.

COMMENTS:

(PLACE STORE STICKER HERE)

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 329 of 738. PageID #: 531702

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

| | | | |
|---|---|---|---|
| DDD#: | TERM DISTR | RETAIL PHCY | PHONE / / |
| | 02-825300 | (NEW) | TIME IN   A.M. TIME OUT   P.M. |
| NAME: | GIANT EAGLE PHARMACY | | TYPE   FED. #   EXP. DATE |
| R.P.: | RICHARD A. GRAY  RPH | | 05   Pending |
| ADD: | 2061 ELM ROAD | | |
| | WARREN, OH 44483 | | HOURS OPEN   (DAILY)   (SAT.)   (SUN. & HOLIDAYS) |
| | CATEGORY:  THREE | CLASS:  05 | |
| CNTY: | TRUMBULL CO. (78)-GP  01/25/95 | | RESPONSIBLE PERSON:   TITLE |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | FEB 1 3 1995 | |
| | | | |
| | | | |

| | |
|---|---|
| 1. LICENSES | **#1** - The new Term. Distr. # was issued to Giant |
| 2. I.D. CARDS | Eagle Pharmacy Manager Richard Gray RPh on |
| 3. RECORD SYSTEM | 2-6-95. The pharmacy is not scheduled to |
| 4. BARRICADE | begin actual operation until the week of |
| 5. MIN. STANDARDS | February 20, 1995. |
| 6. SECURITY | A copy of the new license was forwarded to |
| 7. LIBRARY | Mr Gray until this Agent can perform an |
| 8. CLEANLINESS | on site inspection. |
| 9. REFRIGERATION | Please post this temporary copy of the license |
| 10. ACCOUNTABILITY | in your pharmacy, until I can supply you |
| 11. IMPROPER DISPENSING | with the original |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 18. NON-REG COMPOUNDING | |
| 19. Rx BLANKS | |
| 20. IMPROPER Rx'S | |
| 21. OUT DATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERIC MFG | |
| 26. Rx FILES | * Sharon - Copy of license was mailed |
| 27. Rx COPIES | Original will be issued on or after 2/20/95 |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED SCH II Rx | |
| 31. REFILLS - 6 MO/5X | |
| 32. REFILLS - INT/DATE | |
| 33. REFILLS - U A | |
| 34. EMERGENCY KIT | |
| 35. CONTINGENCY KIT | |
| 36. NON-REG. DISPENSING | |

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

PERSON IN CHARGE _____   DATE _____   INSPECTOR  Pavlick

PHA 0610  (REV. 01/93)   White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

BOP_MDL2800650

Highly Confidential Subject to Protective
Order

BOP_MDL2800651



# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300
NAME: Giant Eagle Pharmacy
R.P.:
ADD: 2061 Elm Rd
Warren, Ohio    44483

CNTY: TRUMBULL

PHONE: 216 / 372 / 7003
TIME IN: 12⁰⁰ P.M
TIME OUT: 1³⁰ P.M
TYPE: 05
FED.#: BG 4325634    EXP. DATE:

HOURS OPEN: 9-9   (DAILY): 9-9   (SAT.): 9-9   (SUN. & HOLIDAYS): 9-6

RESPONSIBLE PERSON: Brent J. Swipas   #18335   TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Daniel Yocum | 03-2-19456 | | |
| Karen Armstrong | Technician | MAR 2 2 1995 | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#1- The new original license was issued on this date a copy of the license & TDDD was previously given to this pharmacy on 2-6-95.

#2 - Current

#3 - IBM hardware with two pharmacy computer terminal PDX software on line to Central HQ. All records & drugs within the barricade.

#4 - Full physical barricade with one access door & one service window. The door is Key secured.

#5 - OK   #6 - The service window has an inside slider lock for securing same. The pharmacist's noted have their own Keys & alarm code. The pharmacy has hardline wire detectors & three wireless sensors. The relief pharmacist has Key access by means of the "gold Box" security system. Only the R Pharmacist has a Key to the Pharmacy.

Cmr 5 3/25/95

CAUTION: Federal law prohibits transfer of this drug to any person other than patient to whom prescribed

GIANT EAGLE ® (PHARMACY)

1419
GIANT EAGLE PHARMACY
2061 ELM ROAD
WARREN, OH 44483
(216) 372-7003

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

PERSON IN CHARGE: Daniel M. Yocum   DATE: 3-13-95   INSPECTOR: Parlich

PHA 0610  (REV. 01/93)        White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02·825300

NAME:                     pg. 2

R.P.:

ADD:

CNTY:

| PHONE 216 | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | | FED. # | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| RESPONSIBLE PERSON: | | | TITLE | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| ORIGINAL Start Up February 26, 1995 | | | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#7-OK          #8-OK          #9- OK

#10 - The pharmacy has all C-II drugs secured in a pharmacy safe with a perpetual inventory completed daily & monthly review by Resp. Person. Three file system in place with the file # system numbers noted as C-II - 2 million series, C-III-V 4 million series legend 6 million series, 8 million series are OTC products.

#-

DEA Inventory O Balance with opening of store 2-26-95

Wholesaler- FoxMeyer

Rx Daily - 50

PINK SHEET ISSUED (circle one)     YES     NO     DATE _____

Daniel M. Yocum          DATE 3-13-95          [signature]

PERSON IN CHARGE                                INSPECTOR

PHA 0610   (REV. 01/93)     White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

BOP_MDL2800648



Highly Confidential Subject to Protective
Order

BOP_MDL2800649

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 335 of 738. PageID #: 531708

JAN - 4 2000

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: _02-1158550 F_
NAME:
R.P.: _GIANT EAGLE #216_
ADDR: _30320 LAKESHORE BLVD._
_WILLOWICK, OHIO._
CAT: _LAKE_   CLASS: _III_
CNTY: _LAKE_   _05_

PHONE (INCLUDE AREA CODE): _440-944-6963_   TIME IN _11:15_ A.M. / P.M.   TIME OUT _12:30_ A.M. / P.M.
TYPE: _05 (RETAIL)_   FED.#: _BG5554917_   EXP. DATE: _8-01_
HOURS OPEN _8:00 - 10:00_ (DAILY) _8:00_ (SAT) _(SUN & HOLIDAYS)_
RESPONSIBLE PERSON _R.PH. CHRISTINE OAT_   TITLE/I.D. NO.   INIT. USED

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.PH. CHRISTINE OAT | | | #03-3-21764 | | "XG" |
| RPH. LISA DOWLING | | | #19427 (CERT.) | | "LED" |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

— FIRST FULL INSPECTION —

1) OK (POSTED IN STORE)

GIANT EAGLE PHARMACY #216
30320 LAKE SHORE DRIVE
WILLOWICK, OHIO 44095
440-944-5953

2) OK

3) IBM COMPUTER SYSTEM IN HOUSE ONLY!
RX SOFTWARE

4) BARRICADE REPORT WRITTEN IN OCT. 1999 AND
APPROVED - FULL BARRICADE

5) OK

☐ PINK SHEET ISSUED FOR NUMBER(S): _____ DATE: _____

PERSON IN CHARGE   DATE _12/24/99_   INSPECTOR

PHA-0610 (Rev. 12/97)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801875

Highly Confidential Subject to Protective
Order

BOP_MDL2801876

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | | | PHONE (INCLUDE AREA CODE) | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: | 02-1158550 | | | | | | | |
| NAME: | PAGE 2 OF 2 | | | TYPE | | FED.# | | EXP. DATE |
| R.P.: | | | | | | | | |
| ADDR: | | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) |
| CAT: | | CLASS: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | GIANT EAGLE PHARMACY #216 | | |
| | | | 30320 LAKE SHORE BLVD | | |
| | | | WILLOWICK, OHIO 44095 | | |
| | | | 440-943-6063 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

6) STATE ALARM SYSTEM.

7) OK

8) OK (NEW STORE OPENED ON 12-20-99 FOR BUSINESS)

9) OK

10) DEA 222 ORDER FORMS

29) DEA INVENTORY - 12-20-99 WHOLESALER - MCKESSON/CARDINAL APPROX. DAILY RX - 12 LAST RX # - 6020090

☐ PINK SHEET ISSUED FOR NUMBER(S): _____ DATE: _____

PERSON IN CHARGE

DATE 12/29/99

INSPECTOR

PHA-0610 (Rev. 12/97)    WHITE · OFFICE COPY    YELLOW · INSPECTOR COPY    GREEN · DISTRIBUTOR COPY    PINK · INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801877

Highly Confidential Subject to Protective
Order

BOP_MDL2801878

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-673750
NAME: Giant Eagle Pharmacy #1405
R.P.:
ADD: 48 Vienna Ave.
Niles, Ohio 44446

CNTY: TRUMBULL

PHONE: 216 / 652 / 2158
TIME IN: 1100
TIME OUT: 1:15 P.M
TYPE: 05
FED. #: BG 2891693
EXP. DATE: 9-97
HOURS OPEN: 9-9 (DAILY)
(SAT.): (SUN. & HOLIDAYS) 9-6
RESPONSIBLE PERSON: RICK JEREN
TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Jeffrey Michael Mymo | RPh. #20651 | JAN 1 6 1996 | |
| | | | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#1- The new 1996 license is posted
#2- Current
#3- IBM hardware w/ PDX pharmacy software.
The pharmacy has two computer patient dispensing
monitors. All patient profile information is processed
by the computer. No separate profile records.
All original prescriptions are in the three
file required system.
#4- The pharmacy has a full physical barricade
with a back up pharmacist access only security
alarm system. The pharmacy has three
wall sensors & the access door / service window
have hardware contacts.
#5- OK      #6- RPharmacist only have Key/code
control. A relief pharmacist key is secured in a
"gold Box" which is obtained by RPh only
#7- The Law Book is current through March 1995
as required with updates.

PINK SHEET ISSUED (circle one)    YES    NO    DATE _____

x _____ RPh    DATE 1-10-96    _____
PERSON IN CHARGE                                    INSPECTOR

PHA 0610    (REV. 01/93)

White - Office Copy    Yellow - Inspector Copy    Green - Distributor Copy    Pink - Individual Copy

Highly Confidential Subject to Protective
Order

BOP_MDL2799944

Highly Confidential Subject to Protective
Order

BOP_MDL2799945

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-673750
NAME:
R.P.:            pg. 2
ADD:

CNTY:

| PHONE | | | TIME IN | | A.M. P.M. | TIME OUT | A.M. P.M. |
| TYPE | | | FED. # | | | EXP. DATE | |
| HOURS OPEN | (DAILY) | | (SAT.) | | (SUN. & HOLIDAYS) | | |
| RESPONSIBLE PERSON: | | | | | TITLE | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#8-OK   #9-OK - All products current
#

Case # 95-2085 > Complaintant Betty Yerick
      829 Lafayette Niles Oh
Patient advised OSBP Executive Director Frank
Wickham RPH M8 that she did not receive
the medication prescribed for her. The original
prescription was pulled from file and it
was a telephone RX. The dispensing RPH (Jeff
Mymo) recorded the RX as Tagamet 800 Tabs
#35 with (6) refills. He recorded the information
as prescribed by DR. huzar with his medical
Agent Barb. The prescription had a separate
note by the dispensing RPH attached which
noted: "This lady had an RX called in from her M.D. for Tagamet.
It was called in Tagamet 800 TQD #35. She called & said
She gets the 300 & we made a mistake. I took the call
& I remember her specifically saying 800. She said
(the patient) she wasn't coming back because of it."

PINK SHEET ISSUED (circle one)    YES    NO    DATE _____

X _Rick Jelen, RPH_ date 1-10-96   _Parlick_
PERSON IN CHARGE                    INSPECTOR
PHA 0610   (REV. 01/93)    White - Office Copy    Yellow - Inspector Copy    Green - Distributor Copy    Pink - Individual Copy

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799947

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-673750
NAME:
R.P.:                    Pg. 3
ADD:

CNTY:

| PHONE | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | | FED. # | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | (SUN. & HOLIDAYS) | | |
| RESPONSIBLE PERSON: | | | TITLE | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| 1. LICENSES | Based on the recorded information by PPh Mymo |
| 2. I.D. CARDS | & the actual telephone Rx, it is not possible |
| 3. RECORD SYSTEM | to determine where the error occured. |
| 4. BARRICADE | Agent Parlich will contact DR. huzar and check on |
| 5. MIN. STANDARDS | his recorded information. If they have 300 m |
| 6. SECURITY | noted I will suggest that DR. huzar consider |
| 7. LIBRARY | allowing the patient split the 800 m tablet & |
| 8. CLEANLINESS | take 400 m versus the 300 m. |
| 9. REFRIGERATION | Receipted PPh Jeren for — ORIGINAL RX — Betty yerick |
| 10. ACCOUNTABILITY | Patient profile — " " |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 18. NON-REG COMPOUNDING | |
| 19. Rx BLANKS | |
| 20. IMPROPER Rx'S | |
| 21. OUT DATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | #14- Completed on this date See attached - 41 |
| 24. OTC/SYRINGES | |
| 25. GENERIC MFG. | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED SCH II Rx | |
| 31. REFILLS - 6 MO/5X | |
| 32. REFILLS - INT/DATE | |
| 33. REFILLS - U A | DEA - Biennial inventory - 5-19-95 Close of Business |
| 34. EMERGENCY KIT | |
| 35. CONTINGENCY KIT | |
| 36. NON-REG. DISPENSING | |

PINK SHEET ISSUED (circle one)    YES    NO    DATE _____

X _Kurt B Jeren, RPh_    DATE 1-10-96    _Parlich_

PERSON IN CHARGE    INSPECTOR

A 0610  (REV. 01/93)    White - Office Copy    Yellow - Inspector Copy    Green - Distributor Copy    Pink - Individual Copy

Highly Confidential Subject to Protective Order

BOP_MDL2799948

Highly Confidential Subject to Protective
Order

BOP_MDL2799949

OSBP

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: *(Include Name, Street, City, State and ZIP Code in space provided below).*

Grant Eagle Pharmacy
48 Vienna Ave
Niles, Ohio 44446

02-673750...

**Signature of applicant or authorized agent**

**Registrant's DEA Number**
BG 2891693

**Registrant's Telephone Number**
216·652·2158

NOTE: CERTIFIED MAIL (Return Receipt Requested) IS REQUIRED FOR SHIPMENTS OF DRUGS VIA U.S. POSTAL SERVICE. See instructions on reverse of form.

| | NAME OF DRUG OR PREPARATION  Registrants will fill in Columns 1, 2, 3, and 4 Only. | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|---|
| | | | | | DISPOSITION | QUANTITY | |
| | | | | | | GMS. | MGS. |
| 1 | Duragesic 25 μg/hr Patch System | 2 | 5 | | | | |
| 2 | Decomsal Pediatric Syrup | 1 | 150 mL | | | | |
| 3 | Decomsal Expectorant Syrup | 1 | 473 mL | Destroyed | | | |
| 4 | Decomsal Expectorant Syrup | 1 | 200 mL | at sile | | | |
| 5 | Decomsal Pediatric Syrup | 1 | 473 mL | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | OSBP | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

DEA Form — 41          Previous edition dated 7/84 is usable.          • See instructions on reverse side.

Highly Confidential Subject to Protective Order

| FOR DEA USE ONLY | | CONTENTS | | | | DISPOSITION | QUANTITY | |
|---|---|---|---|---|---|---|---|---|
| | | NAME OF DRUG OR PREPARATION | Number of Containers | Sub-stance Con-tent per container. Number of grams, tablets, or other units | Total grams, ounces or other unit (Back side) (Unit) | DISPOSITION | GMS. | MGS. |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received in __2__ packages purporting to contain the drugs listed on this inventory and have been: **(1) Forwarded tape-sealed without opening; (2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE  1-10  19 76

DESTROYED BY: _Touch_ (signature)

WITNESSED BY: _____

** *Strike out lines not applicable.*

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the contrl'led substance content of each unit described in column 3: e.g., morphine sulfate tabs., 8 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/3 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any further inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or certified mail (return receipt requested) to Special Agent in Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).

PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.

ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated:

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Drug Enforcement Administration, Records Management Section, Washington, D.C. 20537; and to the Office of Management and Budget, Paperwork Reduction Project No. 1117-0007, Washington, D.C. 20503.

*U.S. Government Printing Office: 1989-241-707/00908

Highly Confidential Subject to Protective Order

BOP_MDL2799951

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300
NAME: Giant Eagle Pharmacy #1419
R.P.: 
ADD: 2061 Elm
Warren, Ohio 44483

CNTY: TRUMBULL

PHONE 372/7196
216/372/7003
TIME IN 1:15 — TIME OUT 3:15 (PM)
TYPE 05
FED. # BG 4325634 — EXP. DATE 9-97
HOURS OPEN (DAILY) M-SAT 9-9 (SAT.) SUN 9-6 (SUN. & HOLIDAYS)
RESPONSIBLE PERSON: Brent Swipas — TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | Partial — FEB 1 2 1996 | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#1 - Current & posted - last Full Insp. 3-/95

#14. Large Drug Destruction conducted at this facility from transferred drug stock of lic # 02-709950 to current license w/control 02-825300

The 02-709950 license was Discontinued as business on 10-24-95. (Gem-Care Inc)

See attached DEA Form 41.

PINK SHEET ISSUED (circle one)   YES   (NO)   DATE _____

Dan Yocum — DATE 2-6-96
PERSON IN CHARGE

Parlich
INSPECTOR

PHA 0610   (REV. 01/93)   White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 347 of 738. PageID #: 531720



Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300
NAME: Giant Eagle Pharmacy #1419
R.P.:
ADD: 2061 Elm
Warren Ohio 44483
CNTY: TRUMBULL

PHONE: 216 / 372 / 7003
TIME IN: 5:30 P.M.
TYPE: 05
FED. #: BG-4325634
HOURS OPEN (DAILY): M-SAT 9-9
(SUN. & HOLIDAYS): 9-6
RESPONSIBLE PERSON: Brent Suipas
TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|-----------|----------------|-----------|----------------|
|  |  | FEB 2 0 1996 |  |
|  |  |  |  |
|  |  |  |  |

| | |
|---|---|
| 1. LICENSES | #14- Drug Destruction follow up from 2-6-96 |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | |
| 6. SECURITY | |
| 7. LIBRARY | |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 18. NON-REG COMPOUNDING | |
| 19. Rx BLANKS | |
| 20. IMPROPER Rx'S | |
| 21. OUT DATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERIC MFG. | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED SCH II | |
| 31. REFILLS - 6 MO/5X | |
| 32. REFILLS - INT/DATE | |
| 33. REFILLS - U A | |
| 34. EMERGENCY KIT | |
| 35. CONTINGENCY KIT | |
| 36. NON-REG. DISPENSING | |

PINK SHEET ISSUED (circle one)    YES    NO    DATE _____

Brent J Suipas    DATE 2-12-96    _____
PERSON IN CHARGE                    INSPECTOR

PHA 0610  (REV. 01/93)    White - Office Copy    Yellow - Inspector Copy    Green - Distributor Copy    Pink - Individual Copy

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2800655

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300
NAME: Giant Eagle Pharmacy #1419
R.P.:
ADD: 2061 Elm
Warren, Ohio 44483

CNTY: TRUMBULL

PHONE: 216 / 372 / 7003
TIME IN: 5³⁰  A.M. (P.M.)  TIME OUT: A.M. / P.M.
TYPE: 05
FED. #: BG 4325634  EXP. DATE:
HOURS OPEN (DAILY): M-SAT 9-9  (SAT.)  (SUN. & HOLIDAYS): SUN 9-6
RESPONSIBLE PERSON: Brent Surjaso  TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

Morphine Oral Solution 500mL
Solution noted on DEA Form 41
Dated 2-6-96 was returned to stock
as unexpired & not destroyed with the
other controlled drug entries.

See attached incident report by Agent Parlich.

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

PERSON IN CHARGE   DATE 2-12-96   INSPECTOR

PHA 0610  (REV. 01/93)

White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2800657

OSBP

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

**FROM:** *(Include Name, Street, City, State and ZIP Code in space provided below).*

Giant Eagle Pharmacy
2061 Elm Rd.
Warren, Ohio 44483

OLD Lic. 02-709950

TRANSfered to 02-825300

Signature of applicant or authorized agent

Registrant's DEA Number
BG 4325634

Registrant's Telephone Number
216 - 372 - 7003

**NOTE:** CERTIFIED MAIL (Return Receipt Requested) IS REQUIRED FOR SHIPMENTS OF DRUGS VIA U.S. POSTAL SERVICE. See instructions on reverse of form.

| NAME OF DRUG OR PREPARATION (Registrants will fill in Columns 1, 2, 3, and 4 Only.) | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY DISPOSITION | QUANTITY GMS. | MGS. |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 Morphine Unit Dose Cups 10mg/5mL | 136 | 5 cc | | | | |
| 2 MS Contin tabs | 1 | 294 | 60 | | | |
| 3 Morphine tubex | 170 | 1 mL | 10 | | | |
| 4 Morphine tubex | 1 | 5 mL | 10 | | | |
| 5 Meperidine Tab | 1 | 100 | 100 | | | |
| 6 Morphine Sulfate Tab | 3 | 100 | 30 | | | |
| 7 Morphine Sulfate Tubex | 3 | 10 mL | 8 | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 Initial Destruction at pharmacy | | | | | | |
| 11 on 2-6-95. Above items | | | | | | |
| 12 Destroyed but not recorded by | | | | | | |
| 13 Parlich in previously sent | | | | | | |
| 14 DEA Form 41 same Date. | | updated 2-9-96 | | | | |
| 15 (See report attached Parlich | | verified by the Reg. | | | | |
| 16 OSBP ) | | Person R. Ph on 2-12-96 | | | | |

**DEA Form – 41** (Jun. 1986)   Previous edition dated 7/84 is usable.   * See instructions on reverse side.

Highly Confidential Subject to Protective Order

| NAME OF DRUG OR PREPARATION | Number of Con-tainers | CONTENTS *(Number of grams, tablets, ounces or other units per con-tainer)* | Con-trolled Sub-stance Con-tent *(Each Unit)* | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| *1* | *2* | *3* | *4* | *5* | *6* | *7* |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received

in _____ packages purporting to contain the drugs listed on this inventory and have been:  **(1) Forwarded tape-sealed without opening;

(2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE _Feb. 9_ 19 _96_     DESTROYED BY: _Pawlick OSBP  2-9-96_

** *Strike out lines not applicable.*     WITNESSED BY: _____ _2-12-96_

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any furhter inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or certified mail (return receipt requested) to Special Agent In Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).
PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.
ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.
  A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
  B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
EFFECT: Failure to document the surrender of unwinted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Sendcomments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Drug Enforcement Administration, Records Management Section, Washington, D.C. 20537; and to the Office of Management and Budget, Paperwork Reduction Project No. 1117-0007, Washington, D.C. 20503.

*U.S. Government Printing Office: 1994 — 301-162/12613

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 · PHONE (614)466-4143 / FAX (614)752-4836

**TYPE:**
DDD#: 02-0825300
NAME: Giant Eagle Pharmacy #1419
R.P.:
ADDR: 2061 Elm Rd.
Warren Ohio 44483

CAT: III   CLASS: 05
CNTY: TRUMBULL

PHONE: 330 / 372 / 7003
TIME IN: 10³⁰ A.M. / P.M.
TIME OUT: 12⁰⁰ A.M. / P.M.

TYPE: Retail Chain
FED.#: BG 4325634   EXP. DATE 9-97

HOURS OPEN: 9-9 (DAILY)   (SAT.)   (SUN, & HOLIDAYS) 9-6

RESPONSIBLE PERSON: Brent J. Swipas   TITLE/I.D. NO.: RPh.   INIT. USED:

| PERSONNEL | INIT. USED | TITLE/ I.D.NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| DANIEL M. Yocum | | RPh 03-2 19456 | * Agent Parlich will forward this information to the DEA Compliance Division. | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES   Comp'd 5/13/97
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

#1- Current & Posted

On this date Agent Parlich met w/ DAN Yocum RPh regarding the following shortage of a controlled C-II drug:

Sealed Mfg vial of: Methylphenidate Hydrochloride 5mg Tabs

Manufactured by MD Pharmaceuticals Inc
Santa Ana, Ca. 92704

label # NDC - 43567-531-07

Lot # M531B10      Exp 2-00

RPh Yocum advised that the Mfg sealed vial was opened by him & counted manually for 100 unit dose Rx. The vial showed a TOTAL of only 95 units.
This pharmacy runs a C-II manually prepared by RPh only perpetual log of accountability. No previous shortages w/ this mfg was noted by the RPh. A DEA Form #106 was prepared for the loss. See attached OSBP report.
The original mfg. vial will be secured w/ the pharmacy through their next Biennial inventory.

PINK SHEET ISSUED FOR NUMBER: _____   DATE: _____

'97 MAY 20 AM 8:44

Daniel M. Yocum R.Ph   DATE 5-15-97
**PERSON IN CHARGE**

Parlich
**INSPECTOR**

PHA 0610 (REV. 06/95)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800660

Highly Confidential Subject to Protective
Order

BOP_MDL2800661

OSBP

## U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION
## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

**OMB APPROVAL**
No. 1117-0001

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

DEA MANUAL AUTHORITY:
Diversion Investigators 5124
FFS: 630-02

**1. NAME AND ADDRESS OF REGISTRANT** (Include ZIP Code)

GIANT EAGLE Pharmacy # 1419
2061 ELM RD.
WARREN, OHIO

ZIP CODE
4 4 4 8 3

**2. PHONE NO.** (Include Area Code)
330-372-7003

**3. DEA REGISTRATION NUMBER**

2 ltr. prefix: B G    7 digit suffix: 4 3 2 5 6 3 4

**4. DATE OF THEFT OR LOSS**

**5. PRINCIPAL BUSINESS OF REGISTRANT** (Check one)
1 ☒ Pharmacy      5 ☐ Distributor
2 ☐ Practitioner  6 ☐ Methadone Program
3 ☐ Manufacturer  7 ☐ Other (specify)
4 ☐ Hospital/Clinic

**6. COUNTY IN WHICH REGISTRANT IS LOCATED**
TRUMBULL

**7. WAS THEFT REPORTED TO POLICE?**
☐ YES   ☒ NO

**8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT** (Include Area Code)
OHIO STATE BOARD of Pharmacy Notified
614-466-4143   AGENT G. PAVLICH

**9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS?**
None

**10. TYPE OF THEFT OR LOSS** (Check one and complete items below as appropriate)
1 ☐ Night break-in    3 ☐ Employee pilferage   5 ☐ Other (Explain)
2 ☐ Armed robbery     4 ☐ Customer theft        6 ☐ Lost in transit (Complete Item 14)

**11. IF ARMED ROBBERY, WAS ANYONE** N/A
KILLED? ☒ No ☐ Yes (How many) _____
INJURED? ☒ No ☐ Yes (How many) _____

**12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN?**
$ .96¢

**13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN?**
☐ No ☐ Yes (Est. Value)
$

**14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:** PACKAGE WAS in SEALED MD PharmACEUTICAL VIAL

A. Name of Common Carrier

B. Name of Consignee

C. Consignee's DEA Registration Number

D. Was the carton received by the customer?
☐ Yes ☐ No

E. If received, did it appear to be tampered with?
☐ Yes ☐ No

F. Have you experienced losses in transit from this same carrier in the past?
☐ No ☐ Yes (How Many) _____

**15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS?**
LOT # M531810   } sealed mfg. vial that shortage qty came in.
EXP 2-00

**16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA 222) WERE STOLEN, GIVE NUMBERS**
N/A

**17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES?**
See Attached OSBP inspection sheet for loss info.
The RPh as normal procedure opens mfrg. sealed C-II drug packages & count the dosage units prior to dispensing. This procedure is what alerted the RPh to the contents shortage of a sealed pkg of 100 units to an actual qty of 95

### PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91 513).
PURPOSE: Report theft or loss of Controlled Substances.
ROUTINE USES: The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes

B. State and local law enforcement and regulatory agencies for law e. forcement and regulatory purposes

EFFECT: Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Records Management Section, Drug Enforcement Administration, Washington, D.C. 20537; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

**DEA Form – 106**
(Dec 1985)

Previous edition dated 3/83 is OBSOLETE.

CONTINUE ON REVERSE

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

BOP_MDL2800663

## LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| xamples: Dosoxyn | Methamphetamine Hydrochloride | 5 Mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 Mg/ml V al | 5 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 Mg/cc Liquid | 12 Pints |
| Ritalin | Methylphendate Hydrochloride | 5 mg TAbs | 5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

Signature _____ R.Ph

Title   STAFF PHARMACIST

Date   5-15-97

*U.S. Government Printing Office: 1990 — 282-067/25 56

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-0825300 P
NAME: Giant Eagle Pharmacy #1419
R.P.: 
ADDR: 2061 Elm Rd.
Warren, Ohio 44483

CAT: III          CLASS: 05
CNTY: TRUMBULL

PHONE (INCLUDE AREA CODE): 330-372-7003
TIME IN: 9¹⁵ A.M.   TIME OUT: 10³⁰ A.M.
TYPE: Chain     FED.#: BG 4325634     EXP. DATE 9-2000
HOURS OPEN: (DAILY) 9-9   (SAT.)   (SUN. & HOLIDAYS) 9-6
RESPONSIBLE PERSON: Brent J. Swipas   TITLE/I.D. NO.: RPh   INIT. USED: 18335

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|-----------|-----------|-----------------|-----------|-----------|-----------------|
| Daniel Yocum | | RPh. 19456 | *The pharmacy has PDX Software on two computer monitors for all Patient Dispensing SEP - 2 1998 | | |
| (Partial Insp) | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA NUMBER
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

Comps 7/11/96

On 8-17-98 RPh Swipas contacted OSBP Agent Pavlich regarding a C-II shortage of Methylphenidate 5mg Tabs TOTAL 56 Tabs.

An in-house security review w/ Bill Dorbish Giant Eagle Security was conducted this past week. Additional Security documentation being noted by the RPh on the actual C-II Rx which includes qty dispensed plus remaining qty in vial.

The pharmacy also has a C-II perpetual log & all C-II drugs are secured in the RPh only controlled VAULT.

See OSBP Case #

A Full inspection was last conducted in this pharmacy on 5-15-97.

PINK SHEET ISSUED FOR NUMBER(S): _____   DATE: _____

_____ PERSON IN CHARGE     DATE 8-24-98     _____ INSPECTOR (Pavlich)

PHA-0610 (Rev. 03/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800666

Highly Confidential Subject to Protective
Order

BOP_MDL2800667

**U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION**

# REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

OMB APPROVAL No. 1117-0001

DEA MANUAL AUTHORITY Diversion Investigators 5124 FFS 630 02

**1. NAME AND ADDRESS OF REGISTRANT** (Include ZIP Code)
02-0825 3(x)
Giant Eagle Pharmacy
2061 Elm RD.
WARREN, OHIO
ZIP CODE 44483

**2 PHONE NO** (Include Area Code)
330-372-7003

**3. DEA REGISTRATION NUMBER**
2 ltr. prefix BG   7 digit suffix 4325634

**4 DATE OF THEFT OR LOSS**
NOTED AS MISSING 8-13-98

**5. PRINCIPAL BUSINESS OF REGISTRANT** (Check one)
1 ☒ Pharmacy  5 ☐ Distributor
2 ☐ Practitioner  6 ☐ Methadone Program
3 ☐ Manufacturer  7 ☐ Other (specify)
4 ☐ Hospital/Clinic

**6 COUNTY IN WHICH REGISTRANT IS LOCATED**
TRUMBULL

**7. WAS THEFT REPORTED TO POLICE?**
☐ YES  ☒ NO

**8 NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT** (Include Area Code)
WARREN P.D.
330-394-2521
OSBP AGENT G. PAVLIK II
330-757-0629

**9 NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS?**
NO

**10. TYPE OF THEFT OR LOSS** (Check one and complete items below as appropriate)
1 ☐ Night break in  3 ☐ Employee pilferage  5 ☒ Other (Explain) UNKNOWN
2 ☐ Armed robbery  4 ☐ Customer theft  6 ☐ Lost in transit (Complete Item 14)

**11. IF ARMED ROBBERY, WAS ANYONE**
KILLED? ☒ No ☐ Yes (How many) ___
INJURED? ☒ No ☐ Yes (How many) ___

**12 PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN?**
$ 11.27

**13 WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN?**
☐ No ☐ Yes (Est Value)
$ —

**14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING**

A. Name of Common Carrier | B Name of Consignee | C. Consignee's DEA Registration Number

D. Was the carton received by the customer? ☐ Yes ☐ No
E. If received, did it appear to be tampered with? ☐ Yes ☐ No
F. Have you experienced losses in transit from this same carrier in the past? ☐ No ☐ Yes (How Many)

**15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS?**
00135215
4-2014x
McKesson-wholesaler
Price Code 110-1575   118. 33.27

**16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA 222) WERE STOLEN, GIVE NUMBERS**
NO

**17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES?**
Perpetual log presently in place with RPh only documentation RPh only control access to the C-II units. ALL C-II Rx's now have the Dispensed qty written on the script with remaining qty in the ULRL Also noted.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91-513)
PURPOSE: Report theft or loss of Controlled Substances
ROUTINE USES: The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated
A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
EFFECT: Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Records Management Section, Drug Enforcement Administration, Washington, D.C. 20537, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503

**DEA Form – 106** (Dec. 1985)   Previous edition dated 3/83 is OBSOLETE   **CONTINUE ON REVERSE**

Highly Confidential Subject to Protective Order

BOP_MDL2800668

## LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| **Examples:** Desoxyn | Methamphetamine Hydrochloride | 5 Mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 Mg/ml Vial | 5 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 Mg/cc Liquid | 12 Pints |
| 1. Ritalin | Methylphenidate Hydchro | 5mg TAbs | 56 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

_Brenda Swiger_
**Signature**

_Pharmacy Manager_
**Title**

_8 24 98_
**Date**

_George Pavlick_     _Agent OSBP_     _8·24·98_

*U.S. Government Printing Office: 1990 — 282-087/26156

Highly Confidential Subject to Protective Order

BOP_MDL2800669

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

| | |
|---|---|
| TYPE: TERM DISTR ▸ RETAIL PHARMACY | PHONE (INCLUDE AREA CODE) 440-602-4013 |
| DDD#: 02-1087150 GIANT (NEW) | TIME IN 9:00 A.M. / P.M. TIME OUT 9:30 A.M. / P.M. |
| NAME: RINI-REGO EAGLE dba | TYPE 05 (RETAIL) FED # PENDING EXP. DATE |
| R.P.: MARLENE G. KHOREY RPH | HOURS OPEN 9:00 – 10:00 (DAILY) (SAT.) 9:00 4:00 (SUN. & HOLIDAYS) 9:00 5:00 |
| ADDR: 7960 PLAZA BLVD. MENTOR, OH 44060 | |
| CAT: THREE CLASS: 05 | RESPONSIBLE PERSON R.P.H. MARY BETH SALISBERY TITLE/I.D. NO. INIT. USED |
| CNTY: LAKE CO. (43)-FB 07/29/98 SP | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.P.H. MARLENE KHOREY | | #031-21344 | | | |
| R.P.H. MARY BETH SALISBERY | | | | | SEP 11 1998 |
| R.P.H. DOUG NORRIS | | | | | |

1. LICENSING — 1) OK (DELIVERED THIS DATE)
2. I.D. CARDS
3. RECORD SYSTEM — PARTIAL INSPECTION
4. BARRICADE
5. MIN. STANDARDS — 2) OK
6. SECURITY
7. LIBRARY — 3) IBM COMPUTER - IN HOUSE
8. CLEANLINESS ONLY PDX SOFTWARE
9. REFRIGERATION
10. ACCOUNTABILITY — 4) BARRICADE REPORT WRITTEN
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION — 5) OK
13. INVENTORY RECORDS
14. DRUG DESTRUCTION — 6) FIRM SECURITY COMPANY
15. ILLEGAL SALES
16. ILLEGAL PURCHASES — 7) ORDERED
17. SAMPLES
18. NON-REG COMPOUNDING — 8) OK (NEW PHARMACY)
19. Rx BLANKS
20. IMPROPER Rx'S — 9) OK
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG. Ecm 9/98
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA — WHOLESALER - McKESSON (CARDINAL)
34. EMERGENCY KIT STORE TO OPEN 09-13-98
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING Comp 9/17/98

PINK SHEET ISSUED FOR NUMBER(S): _____  DATE: _____

PERSON IN CHARGE _Marlene Khorey_  DATE 9/2/98    INSPECTOR

PHA-0610 (Rev. 03/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801830

## OHIO STATE BOARD OF PHARMACY

### PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

DATE _9-2-98_                     T.D.D.D. NO. _02-1087150_

AGENT _F.T.F.o21_                 D.E.A. NO. _Public_

### RULE 4729-9-11 REQUIREMENTS

LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

_____.

CHECK ONE:

| YES | NO | |
|-----|-----|---|
| X | | Key in sealed envelope in safe. |
| X | | All items requiring R.Ph. supervision are inside barricade. |
| X | | Prescription department may not be entered when barricade is in use. |
| X | | (A) Physical Barricade: |
| X | | (1) Minimum of seven (7) feet in height. |
| X | | (2) Fully enclosed. |
| X | | (3) Suitable locks are provided. |
| X | | (4) Prescription department cannot be entered when locked without obvious damage to barricade. |
| X | | (5) No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed. |
| X | | (B) Electronics: |
| | X | (1) This is a company-owned system. If no, leased from whom? _FIRM SECURITY_ |
| X | | (2) This is a [circle one] hardwire/wireless/both system. |
| | | (3) There is a functional emergency "hold up" button. |
| X | | (4) System is in operation at all times when R.Ph. is not present. |
| X | | (5) Items in prescription room may not be removed when system is operating without activating the alarm. Where does alarm sound or who does it alert? _① FIRM Security_ _② MANAGER 85½_ _③ RPH_ |
| X | | (6) Only R.Ph.s possess access code to prescription room. |
| X | | (7) System was tested this date. When was system last tested? (Date) _09-02-98_ |

A**PROVED**

PHA-0611 (Rev. 01/90)                     (CONTINUED ON REVERSE)

Highly Confidential Subject to Protective Order

BOP_MDL2801831

Highly Confidential Subject to Protective
Order

BOP_MDL2801832

**CHECK ONE:**

| YES | NO |  |
|-----|-----|-----|
|  | ✗ | Slot is provided for drop-in prescriptions. |
| ✓ |  | Suitable notice of operating hours to public is posted. |
| ✓ |  | Notice of emergency service is posted. |

---

I, _C.H. MARCELL LITTLE_ R.Ph./Owner, have been informed of and understand the following requirements:

(1) No prescription item may be sold when the prescription depart-ment is closed.

(2) No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

(3) No prescription may be left outside the barricade for customer pick-up.

(4) No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

(5) No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in com-pliance with Rules 4729-17-03 and 4729-17-07 of the Ohio Admini-strative Code.

(6) Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

(7) All dangerous drugs are to be stored within a barricaded area.

_____          _9-2-98_____    _9:25 A.M._
(Signature of R.Ph./Owner)                    (Date/Time)

---

I, _____, COMPLIANCE AGENT, FIND THIS BARRICADE TO COMPLY WITH ALL REQUIREMENTS OF RULE 4729-9-11 OF THE OHIO ADMINISTRATIVE CODE.

COMMENTS:

(PLACE STORE STICKER HERE)

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3062-14 Filed: 08/17/21 371 of 738. PageID #: 531744

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-1087150 F
NAME:
R.P.: GIANT EAGLE PHARMACY
ADDR: 7960 PLAZA BLVD.
MENTOR. OHIO

CAT: III
CNTY: LAKE
CLASS: 05

PHONE (INCLUDE AREA CODE): 440-602-4013
TIME IN: 12:40 P.M.
TIME OUT: 2:00 P.M.
TYPE: 05 (RETAIL)
FED.#: 9-3
FED.#: RG6013697
EXP. DATE:
HOURS OPEN (DAILY): 8:00-10:00P
(SAT.): 8:00 - 6:00P
(SUN. & HOLIDAYS): 8:00 - 5:00P
RESPONSIBLE PERSON: R-PH. MARY BETH SALISBURY

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.PA - DOUG NORRIS | | #03-211337 | | "DN" | |
| R.PA - MARY BETH | SALISBURY | #21226 | | "MBH" | |
| | | | (SEA) | | DEC 10 1998 |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

1) OK (POSTED IN PHARMACY)
2) OK
3) IBM COMPUTER SYSTEM IN HOUSE ONLY. PDX SOFTWARE. COMPUTER GENERATES A DAILY PRINT-OUT WHICH IS SIGNED BY DISPENSING PHARMACIST.
4) BARRICADE OK (REPORT WRITTEN EARLIER ON OPENING AND DELIVERY OF LICENSE.
5) OK
6) PHARM SECURITY SYSTEMS OK (LAW BOOK IN STORE)

PINK SHEET ISSUED FOR NUMBER(S): _____  DATE: _____

PERSON IN CHARGE: _____  DATE 12-3-98  INSPECTOR: _____

PHA-0610 (Rev. 03/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2801825

Highly Confidential Subject to Protective
Order

BOP_MDL2801826

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
|---|---|---|---|---|---|---|---|
| DDD#: | 02 1087150 | | | | | | |
| NAME: | PAGE 2 OF 2 | TYPE | | FED.# | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

8) OK (NEW STORE)

9) OK

(1) DEA 222 ORDER FORMS IN ORDER.

DBA RINI-REGO #0196 7960 PLAZA BLVD.
MENTOR, OH 44060
GIANT EAGLE (PHARMACY) NABP 3665671  440-602-4013

29) DEA INVENTORY - 09-27-98 - (ON OPENING

37) COUNSELING DONE AT FRONT COUNTER FOR REFUSALS.
WHOLESALER - MCKESSON
THEFTS - NONE
APPROX DAILY RX - 35-50

PINK SHEET ISSUED FOR NUMBER(S): _____ DATE: _____

PERSON IN CHARGE _____ DATE 12-3-98    INSPECTOR _____

PHA-0610 (Rev. 03/97)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2801828

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD #: 02-0825300 P
NAME: Brent Swipas RPh
R.P.: Giant Eagle #1419
ADDR: 2061 Elm Rd
CAT: III   Warren Ohio   CLASS: 05
CNTY: TRUMBULL

PHONE (INCLUDE AREA CODE): 330-372-7003

TIME IN: 10:15 A.M.
TIME OUT: 11:00 A.M.

FED.#
EXP. DATE

TYPE: 05 Retail Chain

HOURS OPEN: 9-9   (DAILY): M-SAT   (SAT.)   (SUN. & HOLIDAYS): 9-6 SUN

RESPONSIBLE PERSON: Brent Swipas   TITLE/I.D. NO.: RPh   INIT. USED

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|-----------|-----------|-----------------|-----------|-----------|-----------------|
|  |  |  | (Partial Insp) |  |  |
|  |  |  |  | MAR - 8 1999 |  |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES ✱
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING ✱
37. COUNSELING ✓

Agent Parlick requested specific patient information from the above RPh regarding compliance concerns on transfer of an Rx from TMMG (TRUMBULL MAHONING Medical Group) physician's of record for outside pharmacies.

✱ Discussed w/ RPh Swipas the need for patient names & specific complaints regarding TMMG. He was unable to provide me with the names of specific persons from past RX oral transfers & updates. He will maintain a log of any problems that can be documented & report these to the Medical Board investigator once this case is turned over to them per / T. Benedict.

✱ Contacted William Winsly re CE reports hours for RPh's in the year 2001

☐ PINK SHEET ISSUED FOR NUMBER(S): _____   DATE: _____

PERSON IN CHARGE: Brent J Swipas   DATE 2-22-99   INSPECTOR: Parlick

PHA-0610 (Rev. 12/97)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800670

Highly Confidential Subject to Protective
Order

BOP_MDL2800671

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 377 of 738. PageID #: 531750

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

JUN 18 1999

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-0825300 R
NAME:
R.P.: Giant Eagle Pharmacy #1419
ADDR: 2061 Elm Rd
Warren Ohio 44483

CAT: III        CLASS: 05
CNTY: TRUMBULL

PHONE (INCLUDE AREA CODE): 330-372-7003
TIME IN: 11:00 A.M.
TIME OUT: 1245 P.M.

TYPE: Retail Chain
FED.#: BG 432 5634
EXP. DATE: 9-2000

HOURS OPEN: 9-9 (DAILY)   (SAT.)   9-6 (SUN. & HOLIDAYS)

RESPONSIBLE PERSON: Brent J. Supan
TITLE/I.D. NO.: RPh
INIT. USED

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| DAN Yocum RPh. | | | Partial Inspection | | |
| | | | ( NEW Pharmacy within | | |
| | | | Same store & NEW Barricade ) | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

On this date the pharmacy new Barricade was inspected.

The pharmacy is being moved to a central location within the Giant Eagle store.

The new barricade consists of a wireless alarm system with three wall mounted sensors. The alarm is controlled through State Alarm. The alarm has a RPh individual controlled + access code pad.

The barricade has a counseling room access window that is secured with the slide window lock, secured from within the pharmacy by the RPharmacist.

The pharmacy has a wrap around barricade grate that is secured by pin at the one end & Two Floor pin locks with dead bolt

☐ PINK SHEET ISSUED FOR NUMBER(S): Key controlled end of line security.

PERSON IN CHARGE        DATE 6-14-99        INSPECTOR

PHA-0610 (Rev. 12/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800640

Highly Confidential Subject to Protective
Order

BOP_MDL2800641

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

JUN 1 8 1999

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#:
NAME: 02-0825300    Pg. 2
R.P.:
ADDR:

PHONE (INCLUDE AREA CODE)

TIME IN    A.M.    P.M.
TIME OUT    A.M.    P.M.

TYPE    FED.#    EXP. DATE

HOURS OPEN    (DAILY)    (SAT.)    (SUN. & HOLIDAYS)

CAT:
CNTY:    CLASS:

RESPONSIBLE PERSON    TITLE/I.D. NO.    INIT. USED

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

Revived the large Bay service window barricade metal grate. The screen is drawn down to a secured position on the window ledge. Once Key secured, the window was able to be forced toward the pharmacy & hand access gained into any items below this area. Discussed this concern w/ the Rep Person RPh & construction personnel. A 1/4 inch bolt will be installed into the window ledge to prevent access. The barricade is Approved as view & discussed on this date

☐ PINK SHEET ISSUED FOR NUMBER(S): _____    DATE: _____

PERSON IN CHARGE    DATE 6-14-99    INSPECTOR

PHA-0610 (Rev. 12/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800642

Highly Confidential Subject to Protective
Order

BOP_MDL2800643

# OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

DATE _6·14·99_    T.D.D.D. NO. _02-0825300_

AGENT _Parker_    D.E.A. NO. _BR 421/594_

### RULE 4729-9-11 REQUIREMENTS

LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

_RPh only controlled Keys & relief access code & Keys are
secured in a RPh only access BOX._

CHECK ONE:

| YES | NO | |
|-----|-----|----|
| ✕ | | Key in ~~sealed envelo~~pe in safe.  _RPh access Box_    _Approved_ |
| ✕ | | All items requiring R.Ph. supervision are inside barricade. |
| ✕ | | Prescription department may not be entered when barricade is in use. |
| ✕ | | (A) Physical Barricade: |
| | | (1) Minimum of seven (7) feet in height. |
| ✕ | | (2) Fully enclosed. |
| ✕ | | (3) Suitable locks are provided. |
| ✕ | | (4) Prescription department cannot be entered when locked without obvious damage to barricade. |
| ✕ | | (5) No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed. |
| | | (B) Electronics: |
| ✕ | | (1) This is a company-owned system. If no, leased from whom? _STATE ALARM_ |
| ✕ | | (2) This is a [circle one] hardwire/(wireless)/both system. |
| ✕ | | (3) There is a functional emergency "hold up" button. |
| ✕ | | (4) System is in operation at all times when R.Ph. is not present. |
| ✕ | | (5) Items in prescription room may not be removed when system is operating without activating the alarm. Where does alarm sound or who does it alert? _STATE Alarm & RPh_ _B. Surgeos_ |
| ✕ | | (6) Only R.Ph.s possess access code to prescription room. |
| ✕ | | (7) System was tested this date. When was system last tested? (Date) _NO (pervious are functional)_ |

PHA-0611 (Rev. 01/90)    (CONTINUED ON REVERSE)

Highly Confidential Subject to Protective Order

- 2 -

CHECK ONE:

| YES | NO | |
|-----|-----|---|
| | ✓ | Slot is provided for drop-in prescriptions. |
| ✓ | | Suitable notice of operating hours to public is posted. |
| ✓ | | Notice of emergency service is posted. |

---

I, Brent Swipas                    , R.Ph./Owner, have been informed
of and understand the following requirements:

(1)  No prescription item may be sold when the prescription depart-
     ment is closed.

(2)  No insulin, exempt narcotic, poison, or dangerous drug may be
     available to the public when the prescription department is
     closed.

(3)  No prescription may be left outside the barricade for customer
     pick-up.

(4)  No wholesaler orders are to be delivered when the prescription
     department is closed, unless in tamper-resistant containers.

(5)  No person other than a registered pharmacist may possess keys
     to the prescription department in any licensed facility except
     in an approved laboratory and institutional facilities in com-
     pliance with Rules 4729-17-03 and 4729-17-07 of the Ohio Admini-
     strative Code.

(6)  Any change in the barricade requires it to be re-inspected after
     that change, before its use, and that no person, other than a
     pharmacist, can possess a key to the premises until the re-
     inspection is completed.

(7)  All dangerous drugs are to be stored within a barricaded area.

_____        6.14.99        12 45 pm
(Signature of R.Ph./Owner)            (Date/Time)

---

I, _____ , COMPLIANCE AGENT, FIND THIS BARRICADE TO
COMPLY WITH ALL REQUIREMENTS OF RULE 4729-9-11 OF THE OHIO ADMINISTRATIVE CODE.

COMMENTS:


                                        (PLACE STORE STICKER HERE)

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

DEC 1 2 2000

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-0673750 F
NAME:
R.P.: Giant Eagle Pharmacy #1405
ADDR: 48 Vienna Ave.
Niles, Ohio 44446
CAT: III     CLASS: 05
CNTY: Trumbull

PHONE (INCLUDE AREA CODE): 330-652-2158
TIME IN: 12:15 P.M.    TIME OUT: 2:30 P.M.
TYPE: Retail Chain
FED.#: BG2891693    EXP. DATE: 9-02
HOURS OPEN (DAILY): 9-9    (SAT.):    (SUN. & HOLIDAYS): 9-6
RESPONSIBLE PERSON: Todd M. Tuttle    TITLE/I.D. NO.: 03-3-19833    INIT. USED:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Donald Nadzam | RPh | 13366 | Full Inspection | | |
| Laura Ann Simerlink | Intern | 06-0-00378 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING Comp
12-13-00

— The Federal-State-RPh licenses are current
The pharmacy has two dispensing computers w/ PDX software. Records in-house - on-line thirdParty & HQ.
The pharmacy has a full physical laminate w/ RPh only access & control. One service bay window with one access door. Gold Box relief RPh access to code & Key. Additional hardwire & wireless sensors with alarm access by RPh # code.

— New Book current thru March of 2000 (updates pending thru Oct. 2000 supply being sent by publisher.

— Discussed recordKeeping requirements & security of drug / patient confidentiality as noted in 4729-5-27 OAC and 4729-9-02

— Reviewed original RX's —

* (Note) — Telephone authorized prescriptions are required to have the Full Name of the Agent / Nurse

☐ PINK SHEET ISSUED FOR NUMBER(S): _____    DATE: _____

PERSON IN CHARGE    DATE 12·6·00
INSPECTOR
PHA-0610 (Rev. 12/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799956

Highly Confidential Subject to Protective
Order

BOP_MDL2799957

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 385 of 738. PageID #: 531758

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 - PHONE 614/466-4143; FAX 614/752-4836

| | | | | PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| **TYPE:** | | | | | | | | | |
| **DDD#:** 02-0673750 | | Pg. 2 | | TYPE | | FED.# | | EXP. DATE | |
| **NAME:** | | | | | | | | | |
| **R.P.:** | | | | | | | | | |
| **ADDR:** | | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| **CAT:** | | CLASS: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| **CNTY:** | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING<br>2. I.D. CARDS<br>3. RECORD SYSTEM<br>4. BARRICADE<br>5. MIN. STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPER DISPENSING<br>12. INSUFFICIENT SUPERVISION<br>13. INVENTORY RECORDS<br>14. DRUG DESTRUCTION<br>15. ILLEGAL SALES<br>16. ILLEGAL PURCHASES<br>17. SAMPLES<br>18. NON-REG COMPOUNDING<br>19. Rx BLANKS<br>20. IMPROPER Rx'S<br>21. OUTDATED DRUGS<br>22. DRUG LABELS<br>23. Rx INFORMATION<br>24. OTC/SYRINGES<br>25. GENERIC MFG.<br>26. Rx FILES<br>27. Rx COPIES<br>28. Rx INT/DATE<br>29. DEA INVENTORY<br>30. PHONED SCH II Rx<br>31. REFILLS - 6MO/5X<br>32. REFILLS - INT/DATE<br>33. REFILLS - UA<br>34. EMERGENCY KIT<br>35. CONTINGENCY KIT<br>36. NON-REG DISPENSING<br>37. COUNSELING | written on the original Rx. See 4729.5.30 (K) The telephone prescriptions reviewed had many completed with the Full NAme but others dispensed by the same RPh did NoT. Be consistent with your documentation.<br><br>Rx information as required for dispensing is being Computer label prepared with necessary compliance data, including the patient address.<br><br>Pharmacist's make very good original Rx documentation on prescriber contacts & patient concerns. Reviewed Computer prepared daily run reports to original Rx filed prescriptions. Rx series 2-4 6-8 million series for filing. Reviewed drug stock shelves. |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____     DATE: _____

_signature_  _signature_  DATE **12-6-00**   _signature_

PERSON IN CHARGE          INSPECTOR

PHA-0610 (Rev. 12/97)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799958

Highly Confidential Subject to Protective
Order

BOP_MDL2799959

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-0673750      Pg.3
NAME:
R.P.:
ADDR:

| PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | | FED.# | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |

CAT:
CNTY:                    CLASS:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

— (37) Note - reviewed Counseling record look for the period 11-2-00 thru 11-20-00, It appears that during certain RPh shifts the counseling log is well documented for the √ mail section on "No counseling" or "have been counseled". See 4729-5-22 OAC for compliance review.

Wholesaler - McKesson HBOC
Rx Daily - 1500 to 1700 weekly

— RPh T. Tuttle completed a change of Registrant inventory on 8-18-2000 on opening of Business
Prior Biennial inventory 5-1-99 Close of Business.

— Pharmacy maintains a well documented C-II perpetual log.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____     DATE: _____

PERSON IN CHARGE          DATE 12-6-00     INSPECTOR

PHA-0610 (Rev. 12/97)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799961

14-2077

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0673750
NAME: Giant Eagle Pharmacy #1405
R.P.:
ADDR: John Judin RPh
48 Vienna Avenue
Niles, Ohio 44446
CAT: III    CLASS: RTPC
CNTY: Trumbull

AREA CODE / TELEPHONE NUMBER: 330-652-2158
TIME IN: 1:50 P.M.
TIME OUT: 3:13 P.M.
TYPE: Chain Phcy    FED. #: B62891893    EXP. DATE: 9-30-17
HOURS OPEN: 9-9
FAX NUMBER:    EMAIL: FEB 27 2015

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Jonathan Bowman | RPh | 03328708 | Joan Judin | RPh | 03-2-25114 |
| Jeffrey High RPh | | 03-2-26354 | | | |
| Joan Simerlink | RPh | 19365 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☐    Partial ☑

Partial inspection this day.

RPh RP failed to catch a technician data entry error for Rx 6730811 on 4-14-14. Directions of one TABLET daily for 12 days was typed as one tablet every 12 hours. The computer system does not bring up the image of the original Rx on refills for this particular prescription, so refills were dispensed incorrectly on 4 more dispensings based on the original data entry.

Please respond with corrective action as noted below. Pharmacist & Tech is no longer employed at this store.

☑ PINK SHEET ISSUED FOR NUMBER(S): 11

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE: 2/19/15
SIGNATURE OF INSPECTOR    DATE: 2-19-15

PHA-0610 (Rev.04/11)    WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

CASE?
FILE JCW 3/11/15

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799995

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 391 of 738. PageID #: 531764



Giant Eagle, Inc.

101 Kappa Drive, RIDC Park • Pittsburgh, Pennsylvania 15238 • Phone 412.963.6200 • GiantEagle.com

3/2/2015

Ohio State Board of Pharmacy
77 South High Street
Room 1702
Columbus, OH 43215

To Whom It May Concern:

The following is the detailed response to the identified item on the Board inspection of Giant
Eagle Pharmacy #1405, TDDD# 020673750, on February 19, 2015.

Board finding: "RPh RP failed to check technician data entry error for RX 6730811 on
04/14/14. Directions of one tablet daily for 12 days was dispensed as one tablet every 12 hours.
The computer system does not bring up the image of the original RX on refills for this particular
prescription, so refills were dispensed incorrectly on 4 more dispensings based on the original
data entry.
Please respond with corrective action as listed below. Pharmacist and technician are no longer
employed at this store."

Pharmacy response:
The pharmacist has been removed from Giant Eagle Pharmacy #1405, TDDD #020673750, and
reassigned to a location better suited to his skills and abilities. Additionally, the pharmacist has
been required to participate in two intensive quality-focused programs provided by Giant Eagle,
Inc. .

The technician is no longer employed by Giant Eagle, Inc.

Please contact me if you have any further questions.

Respectfully,

John Judin, Jr., R.Ph.
Pharmacy Team Leader
Giant Eagle Pharmacy #1405

Aetos Construction Company • American Seaway Foods • Butler Refrigerated Meats, Inc. • Giant Eagle Markets Company • Good Nature
Distributing Company, Inc.
HBC Service Company • OK Grocery Company • Retail Markets Company • Retail Promotions, Inc. • Riser Foods Company
Talon Logistics, Inc. • The Tamarkin Company • Tri State Automated Storage

Highly Confidential Subject to Protective
Order
BOP_MDL2799996

OHIO BOARD OF PHARMACY
RECEIVED

2015 MAR 11  AM 10: 38

515498

Highly Confidential Subject to Protective
Order

BOP_MDL2799997

14·2077

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0672750·
NAME: GIANT EAGLE PHARMACY #1405
R.P.:
ADDR: JOHN JUDIN RPh
48 VIENNA AVENUE
NILES, OHIO 44446

CAT: III   CLASS: RTPC
CNTY: TRUMBULL

| AREA CODE / TELEPHONE NUMBER | TIME IN | | TIME OUT | |
|---|---|---|---|---|
| 330-652-2158 | 1 30 | A.M. / P.M. | 3 3) | A.M. / P.M. |
| TYPE | FED. # | | EXP. DATE | |
| CHAIN PHCY | B6289/693 | | 9-30-17 | |
| HOURS OPEN  9-9 | | | | |
| FAX NUMBER | | EMAIL | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Jonathan Bowman | RPh | 03328708 | John Judin | RPh | 02-2-25114 |
| Jeremy High, R.Ph. | | 03-2-26354 | | | |
| Joan Simerlink | RPh | 19365 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☑

- Partial inspection this day.
- RPh RP failed to catch a technician data entry error for Rx 6730811 in 4-14-14. Directions of TIN TABLET daily for 12 days was typed as one tablet every 12 hours. The computer system does not bring up the image of the original Rx on refills for this particular prescription, so refills were dispensed incorrectly on 4 more dispensing based on the original data entry.
- Please respond with corrective action as noted below. Pharmacist & Tech is no longer employed at this store.

☑ PINK SHEET ISSUED FOR NUMBER(S): 11

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE 2/19/15

SIGNATURE OF INSPECTOR    DATE 2-19-15

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

OK - COPY TO SPECIALIST
3|11|15
JLW

Highly Confidential Subject to Protective Order

BOP_MDL2799998



Highly Confidential Subject to Protective
Order

BOP_MDL2799999



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020673750

# Giant Eagle Pharmacy #1405

48 Vienna Avenue
Niles, OH 44446
Trumbull County

# Terminal - Pharmacy - Category 3

# Retail Pharmacy Inspection

# September 17, 2018

Highly Confidential Subject to Protective Order

BOP_MDL2796379

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 396 of 738. PageID #: 531769



# License 020673750 - Giant Eagle Pharmacy #1405    Full

## State of Ohio Board of Pharmacy
77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Ginger Varone
**Start** 9/17/2018 9:41 AM
**End** 9/17/2018 12:54 PM

## Organization

| **Name** | **License Type** | **Category** |
|---|---|---|
| Giant Eagle Pharmacy #1405 | Terminal - Pharmacy - Category 3 | |

| **License Number** | **Business Type** | **DEA Number** |
|---|---|---|
| 020673750 | IL - Large Chain Retail (12+ Outlets) | BG2891693 |

| **Responsible Person** | **Hours of Operation** |
|---|---|
| John Stephen Judin, JR, RPH | Mon thru Fri 9am to 9pm Sat 9am to 7pm Sun 9am to 5pm |

## Contact

| **Address** | **Primary Number** | **Fax Number** | **Website** |
|---|---|---|---|
| 48 Vienna Avenue<br>Niles, OH 44446<br>Trumbull County | (330) 652-2158 | (330) 652-1260 | |

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
|---|---|---|---|---|---|
| Jonathan Michael Bowman, RPH | | Pharmacist | 03328708 | (330) 637-3760 | jmbowman7@gmail.com |
| Tana Renee Cathcart | | Registered Pharmacy Technician | 09203000 | (814) 573-6557 | tanac333@gmail.com |
| Tamatha M Futchko | | Registered Pharmacy Technician | 09204963 | (330) 307-9948 | t.futchko@gmail.com |
| Heather Marie Judin, RPH | | Pharmacist | 03127563 | (614) 975-8901 | hjudin@icloud.com |
| John Stephen Judin, JR, RPH | | Pharmacist | 03225114 | (614) 353-6318 | judin.1@osu.edu |
| Scott Allen Petzak | | Registered Pharmacy Technician | 09202029 | (330) 979-7491 | spetzak@hotmail.com |
| Shannon Reep | | Registered Pharmacy Technician | 09204033 | (330) 889-3400 | shannon.reep@gmail.com |

Highly Confidential Subject to Protective Order

BOP_MDL2796380

Case: 1:17-md-02804-OAP   Doc #: 3662-14   Filed: 08/17/21   397 of 738.   PageID #: 531770

**1.1) SOBP License**

    **1) Is the pharmacy TDDD license readily retrievable for inspection?**

      Yes

    **2) Is the Pharmacy TDDD license current and up to date?**

      Yes

    **3) Has the pharmacy TDDD license been signed by the Responsible Pharmacist?**

      Yes

    **4) Have any changes in the pharmacy's ownership, business name, category, or address occurred without notification to the Board of Pharmacy?**

      No

      <u>Observation</u>
      ***Not Applicable***

    **5) Additional findings regarding SOBP License?**

      No

**1.2) Responsible Person**

    **1) Is there a current Responsible Person for the TDDD license?**

      Yes

    **2) Have changes in the pharmacy's "Responsible Person" been properly reported to the SOBP?**

      Yes

      <u>Observation</u>
      New Responsible Person effective 11-24-2014 per licensing system

    **3) Additional findings regarding Responsible Person?**

      No

**1.3) DEA Certificate**

    **1) Is the pharmacy's DEA certificate current?**

      Yes

      <u>Observation</u>
      Exp 9/30/20

    **2) Is the pharmacy's DEA certificate posted for inspection?**

      Yes

    **3) Additional findings regarding DEA Certificate?**

      No

**2.1) Record Availability**

    **1) Can the pharmacy produce a detailed patient profile for the past 12 months immediately upon request?**

      Yes

    **2) Can the pharmacy produce three (3) years of dispensing records within three (3) business days?**

      Yes

**2.3.1) Basic Questions Pertaining to the Dispensing Software**

    **1) What is the name of the Dispensing software being used by the pharmacy?**

      <u>Observation</u>
      EPS2 2018.03

    **2) What is the current version of the Dispensing Software?**

      <u>Observation</u>
      EPS2 2018.03

    **3) Is the dispensing software pharmacy owned, or provided by a third-party vendor?**

      Third-party vendor

Highly Confidential Subject to Protective
Order

BOP_MDL2796381

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  398 of 738.  PageID #: 531771

### 2.3.2) Purged Dispensing Data

**1) Has the pharmacy PURGED required records?**

No required data has been purged within the past three (3) years.

**3) Does the pharmacy backup its dispensing software?**

Yes

### 2.3.3) Stand Alone System

**1) Is the dispensing software a "Stand Alone" system maintained at the licensed pharmacy?**

No

**3) Are there any dispensing terminals outside the pharmacy barricade?**

No

**4) Can access to dispensing data, and/or dispensing functions, be made from any location outside the pharmacy barricade?**

No

### 2.3.4) Shared Dispensing Software

**1) Is the shared dispensing software "a real time online system", and used for the review and transfer of dispensing data?**

Yes

Observation

Yes

**2) Does the pharmacy's real time online system prevent a patient from receiving more dispensings than authorized by the original prescription?**

Yes

### 3.1) Physical Barricade

**1) Does the pharmacy have a fully enclosed barricade or an open air barricade?**

Fully Enclosed Barricade

Observation

Barricade is a pulled gate secured by floor pins. Walls extend to ceiling according to Pharmacist. No outside doors allow entrance into the pharmacist. Does have alarm system.

**2) Are adequate locks provided for the pharmacy barricade?**

Yes

**3) Are all of the keys (except for floater keys) to the pharmacy barricade under pharmacist control?**

Yes

**4) If the pharmacy has the "floater" keys, are they secure and tamper evident?**

Yes

**5) Does the Responsible Pharmacist routinely check the floater key to ensure continual security and tamper evidence?**

Yes

**6) When in use, does the pharmacy barricade secure all items requiring pharmacist supervision?**

Yes

**7) When the barricade is in use can the pharmacy be entered without making obvious damage to the barricade?**

No

**8) Was the barricade, or changes to the barricade, put into use before receiving Board of Pharmacy approval?**

No

**9) When the pharmacy is closed, do any non-pharmacist personnel have access to any items. products, or equipment stored within the pharmacy barricade?**

No

**10) Does the pharmacy have a "drop box" where new prescription and/or refill prescription orders can be deposited  when no pharmacist is present?**

No

Highly Confidential Subject to Protective Order

BOP_MDL2796382

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  399 of 738.  PageID #: 531772

**3.2) Electronic Barricade**

    **1) Was the pharmacy alarm tested during this inspection?**

        No

    **2) Who owns the pharmacy alarm system?**

        The Alarm company

    **3) Who monitors the pharmacy alarm and what is their phone number?**

        <u>Observation</u>

        Private alarm company.

    **4) Does anyone other than a pharmacist have the code or the key to the alarm system?**

        No

    **5) Does each pharmacist have their own individualized alarm code?**

        Yes

    **6) Who assigns and/or deactivates the alarm codes when necessary?**

        <u>Observation</u>

        Corporate

    **7) Do the alarm codes get changed every so many days or do they always stay the same?**

        <u>Observation</u>

        Always stay the same.

    **8) Is the alarm a hard wired alarm, wireless, or both?**

        Wireless system using a cellular transmitter.

    **9) Does the alarm detect entry into the pharmacy?**

        Yes

    **10) Can the alarm system be bypassed when in use?**

        No

    **11) Does the pharmacy have documentation on alarm testing?**

        No

        <u>Observation</u>

        Pharmacist on duty stated alarm is tested approximately every 3 months.

**4) \*Minimum Standards\***

    **1) Is the phone number for poison control readily accessible in the pharmacy?**

        Yes

    **2) Does the pharmacy have the proper equipment to conduct the practice of pharmacy?**

        Yes

    **3) Does the pharmacy have enough drug stock fill most prescription requests?**

        Yes

    **4) Does the pharmacy have the containers necessary to dispense a variety of medication types and sizes?**

        Yes

    **5) Is there adequate space and fixtures within the pharmacy barricade to effectively operate a retail pharmacy?**

        Yes

    **6) Are the pharmacy operating hours posted in plain view for the public to see?**

        Yes

    **7) Is there evidence to indicate a problem with staffing levels?**

        No

        <u>Observation</u>

        2 pharmacists and 4 technicians are currently on duty at the time of the inspection.

    **8) Are the pharmacy employees wearing name tags with their job title?**

        Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796383

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  400 of 738.  PageID #: 531773

## 5) *Security*

### 1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?

Yes

### 2) Are all of the pharmacy's drug stocks kept within the pharmacy barricade?

Yes

### 3) Are all records of accountability that are stored outside of the pharmacy barricade but within the same physical location secure and tamper evident?

Yes

Observation

Records are stored in a fenced in barricade. Recommended to make boxes tamper evident. Fenced in barricade is secured with key lock.

### 4) Does the Pharmacy have an off site facility for the storage of records of accountability?

No, all records are stored at the same physical location as the pharmacy.

### 5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?

No

### 6) Drug Theft or Loss Statement

Observation

Any theft or loss of dangerous drugs must be reported by law to the Ohio State Board of Pharmacy and local law enforcement immediately upon discovery. Notify the DEA if controlled substances were involved. Theft or loss must be reported verbally to the Ohio State Board of Pharmacy (614-466-4143) or a local Pharmacy Board Employee immediately upon discovery and in writing to the Ohio State Board of Pharmacy (dea106reporting@pharmacy.ohio.gov) within 30 days of the discovery of the theft or loss.

## 6) Library

### 1) Does the pharmacy have an up to date "Drug Laws of Ohio" book, or an online resource to access the required information?

Yes

### 2) Does the pharmacist have access to the paper/electronic references necessary to appropriately practice pharmacy?

Yes

## 7) *Cleanliness*

### 1) Is the pharmacy clean and well lit?

Yes

## 8) *Refrigeration*

### 1) Are all pharmacy refrigerators and/or freezers in good working order with an adequate system in place to ensure that the medications stored within are stored at appropriate temperatures?

Yes

Observation

Done through computer software.

## 9.1) Drug Ordering Procedures

### 1) Is the pharmacy using paper DEA-222 order forms, or are they using an electronic DEA-222 ordering system being used?

Electronic DEA-222 ordering system is being used.

## 9.2) Executed paper DEA-222 forms

### 2) Are the blank DEA-222 forms being signed prior to being used?

No

## 9.3) Electronic C-II drug order receipt

### 1) When using an electronic drug ordering system, is the pharmacy creating a record of receipt that is electronically linked to the original order?

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796384

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 401 of 738. PageID #: 531774

**9.4) Wholesale information**

    **1) Who are the wholesale drug distributors utilized by this pharmacy?**

       <u>Observation</u>
       Giant Eagle, Cardinal Health and Anda.

**10) Improper Dispensings**

    **1) Is there evidence to indicate that a prescription has been dispensed improperly?**

       No

    **2) Are the pharmacist performing a prospective Drug Utilization Review?**

       Yes

    **3) Is the pharmacy using the correct NDC number when dispensing drugs?**

       Yes

**11) \*Insufficient Supervision\***

    **1) Is there pharmacist supervision of the dangerous drugs and other pharmacy employees at all times while the pharmacy is open and operating?**

       Yes

    **2) Are only pharmacists performing tasks requiring professional judgment?**

       Yes

**12) \*Inventory Records\***

    **1) Are all records and invoices pertaining to the pharmacy's drug stock on hand for review?**

       Yes

    **2) Does the pharmacy keep a perpetual C-II drug inventory?**

       Yes, the pharmacy keeps a perpetual C-II drug inventory and it appears to be accurate.

       <u>Observation</u>
       Did random count of three different medications and counts appeared to be accurate. Pill count is located on outside of the bottle as well as in the computer system.

**13) Drug Destruction**

    **1) Has the pharmacy complied with OAC 4729-9-06 in order to destroy controlled substances?**

       Yes

       <u>Observation</u>
       Uses reverse distributor Med Turn in Fort Worth, Texas.

    **2) Does the pharmacy have dangerous drugs to be destroyed?**

       Yes

**14) Illegal Sales**

    **1) Is the Pharmacy making occasional wholesale drug sales?**

       No, they are not making any wholesale drug sales pursuant to 4729-9-10.

    **2) Have any drugs that were returned to stock been returned to the pharmacy stock bottles?**

       No

       <u>Observation</u>
       None Found.

**15) Illegal Purchases**

    **1) Verify Licenses of Distributors/Wholesalers**

       Yes

**16) Samples**

    **1) Is there any evidence of prescription drug samples in the pharmacy?**

       No

       <u>Observation</u>
       No prescription drug samples found.

Highly Confidential Subject to Protective Order

BOP_MDL2796385

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  402 of 738.  PageID #: 531775

### 17.1) DUR software
**1) Does the pharmacist rely solely on the dispensing software to perform the DUR for prescription dispensing?**
No

_Observation_
Checking OARRS when applicable. OARRS is not yet integrated into system.

### 20) *Outdated Drugs*
**1) Are there expired medications within the pharmacy's active drug stock?**
No

**2) Are the known expired drugs segregated from the pharmacy drug stock?**
Yes

### 21) Drug Labels
**1) Are the pharmacy prescription labels in compliance with OAC 4729-5-16?**
Yes

### 22.2) DEA Number
**1) Is the prescriber's DEA registration number written or pre-printed on all controlled substance prescriptions?**
Yes

### 22.3) Prescription refills
**1) Are the prescribers specifying the number of refills or the period of time for which the prescription may be refilled?**
Yes

### 22.5) Prescriber's Agent
**1) Is the first and last name of the prescriber's Agent written on phoned in prescriptions when applicable?**
Yes

### 23) OTC's & Syringes
**1) Does the pharmacy store over the counter medications within the pharmacy barricade?**
Yes

**2) Are syringes stored in the pharmacy and kept out of obvious public view?**
Yes

### 24.3) Repackaging
**1) Is the pharmacy pre-packaging medications (non-patient specific) prior to dispensing?**
No

### 25) Prescription Files
**1) Are the prescriptions dispensed by the pharmacy being filed in three separate files?**
Yes

**2) Are the prescription files in good order and are prescriptions being filed in a timely manner?**
Yes

### 26.3) Shared Databases
**1) If prescription information is being transferred between pharmacies using the same database, are the prescriptions being transferred pursuant to 4729-5-24 (B)?**
Yes

### 27) Rx's Initialed & Dated
**1) Are pharmacists initialing and dating prescriptions when required?**
No

_Observation_
They have been approved for paperless positive ID.

### 28) *Annual Drug Inventory*
**1) Has an annual drug inventory been completed within the specified time period?**
Yes

_Observation_
May 1st, 2018 was last inventory, done at store closing.

Highly Confidential Subject to Protective Order

BOP_MDL2796386

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 403 of 738. PageID #: 531776

**29.1) Phoned in/oral prescriptions**

**1) Are only pharmacists and supervised pharmacy interns taking oral prescriptions?**

Yes

**29.2) Oral prescriptions reduced to writing**

**1) Are all oral prescriptions being reduced to writing and contain the required information?**

Yes

**30) Refills (6 months & 5 times)**

**1) Is the pharmacy refilling prescriptions for schedule III and IV drugs beyond six (6) months or five (5) times?**

No

**31) Refills (Initialed & Dated)**

**1) Are pharmacists signing daily printouts (or properly completing bound refill log book), to properly take accountability for refill dispensings?**

No

Observation
Approved positive ID paperless.

**32) Unauthorized Refills**

**1) Does the number of refills entered into the ARKS match the number of refills written or printed on the original prescription?**

Yes

**33.2) Protocols for administering immunizations**

**1) Does the Pharmacy have an approved immunization administration protocol in place?**

Yes

Observation
Signed Dr. Richard Clark, revised 5/31/18

**33.5) Record keeping requirements**

**1) Are immunization records properly maintained?**

Yes

**34.1) Pharmacy Interns**

**1) Does the pharmacy currently employ pharmacy Interns?**

No

**35) *Qualified Pharmacy Technicians (QPT)***

**1) Does anyone other than a pharmacist, pharmacy intern, or Qualified Pharmacy Technician package, label, or compound dangerous drugs while working in the pharmacy?**

No

Observation
All pharmacy technicians hold proper registration with the State of Ohio Board of Pharmacy

**2) Do all Qualified Pharmacy Technicians meet the minimum standards set forth in OAC 4729-4-02 and 4729-4-03?**

Yes

Observation
All registered as required

**3) Have criminal records checks been performed on all pharmacy technicians intending to preform qualified tech duties?**

Yes

Observation
All registered as required

**4) Are Qualified Tech's BCI & FBI background checks available for review?**

No

Observation
*Not requested during inspection*

Highly Confidential Subject to Protective Order

BOP_MDL2796387

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 404 of 738. PageID #: 531777

### 36) Counseling

**1) Is Patient counseling being offered with every prescription?**

Yes

### 37) Pseudoephedrine Sales

**1) Is the pharmacy selling more than nine (9) grams of pseudoephedrine to any individual per 30 days?**

No

<u>Observation</u>
POS system regulates sales.

### 38) *OARRS*

**1) Does the pharmacist have access to OARRS to request reports when needed?**

Yes

**2) Are the pharmacists requesting OARRS reports when appropriate?**

Yes

**3) Are any of the Pharmacists using delegates to request OARRS reports?**

No

### 39) Confidentiality

**1) Are there any known issues pertaining to patient confidentiality?**

No

### 41) Points of Emphasis

**1) The below listed items are some select points to remember while overseeing and conducting the practice of pharmacy.**

<u>Observation</u>
1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

### 44) SOBP Personnel

**1) The following OSBP personnel were present during this inspection.**

<u>Observation</u>
Northeast Agent Ely provided documentation within this inspection report

### 45) Inspection Affirmation

**1) Inspection Affirmation**

<u>Observation</u>
As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent/Inspector, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 30 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required. Responses can be emailed (with a copy of the inspection report) to writtenresponse@pharmacy.ohio.gov or they may be mailed to 77 South High Street, 17th Floor, Columbus, Ohio 43215.

Highly Confidential Subject to Protective Order

BOP_MDL2796388

## Summary

**No Issue Found**

**Reviewed by** John Stephen Judin, JR, RPH

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796389

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: TDDD
DDD#: 02825300
NAME: Giant Eagle Pharmacy #1419
R.P.: Linda Rhodes (R.Ph)
ADDR: 2061 Elm Rd.
Warren, Ohio 44483

CAT: III        CLASS: 05
CNTY: (78) Trumbull

AREA CODE / TELEPHONE NUMBER: (330) 372 7003
TIME IN: 2:45 P.M.
TIME OUT: 4:15 P.M.

TYPE: Retail Chain
FED. #: B54325634
EXP. DATE: 09-30-2017

HOURS OPEN: Mon. - Fri. 9a-9p    SAT 9a-7p    SUN 9a-5p

FAX NUMBER: (330) 372 7818
EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Barbara S. Carlson (R.Ph) | | 03215659 | **OHIO PHARMACY BOARD** | | |
| Roy W. Palumbo (R.Ph) | | 03230118 | **DEC 1 2 2014** | | |
| Linda Rhodes (R.Ph) | | 14326 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM  12/16/14
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☒     Partial ☐

1. State and Federal licenses are current and Posted

2. R.Ph. Carlson and Palumbo have valid I.D. Cards

3. Computer Software used at this location is Enterprise Pharmacy System (EPS) version 2.5.08.009 Build 2508.89 8 terminals are maintained for data functions. As reviewed daily logs are maintained in good order labeled as Daily log report, DUR override, and R.Ph. Counseling report. These logs contain positive I.D. of Practicing R.Ph's. A patient profile can be obtained immediately upon request going back 3+ years.

4. Barricade inspection conducted this date. Physical barricade approved.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          DATE 12/5/14

SIGNATURE OF INSPECTOR          DATE 12/05/14

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800692

OHIO PHARMACY BOARD

DEC 1 2 2014

Highly Confidential Subject to Protective Order

BOP_MDL2800693

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| | | | | | | |
|---|---|---|---|---|---|---|
| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN ☐ A.M. ☐ P.M. | TIME OUT ☐ A.M. ☐ P.M. | |
| DDD#: 020825300 | | TYPE | FED. # | | EXP. DATE | |
| NAME: Giant Eagle Pharmacy #149 | | | | | | |
| R.P.: | | | | | | |
| ADDR: | Pg 2 | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: Trumbull | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 5. Minimum Standards met |
| 2. I.D. CARDS | none; |
| 3. RECORD SYSTEM | 6. The theft of drugs is a felony and must be |
| 4. BARRICADE | reported to the Ohio State Board of Pharmacy Immediately |
| 5. MIN. STANDARDS | upon discovery via telephone. If a Controlled Substance |
| 6. SECURITY | is involved the DEA must be notified. No criminal |
| 7. LIBRARY | offenses have been reported at this location in the |
| 8. CLEANLINESS | past 12 months. |
| 9. ACCOUNTABILITY | 7. State and Federal laws (OAC ORC & CFR) can |
| 10. REFRIGERATION | be accessed by way of the internet. |
| 11. IMPROPER DISPENSING | 8. OK    9. OK |
| 12. INSUFFICIENT SUPERVISION | 10. DEA 222 forms are manually completed and |
| 13. INVENTORY RECORDS | maintained in good order attached to wholesaler invoices |
| 14. DRUG DESTRUCTION | A C-II perpetual log book is maintained and reviewed |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. ACCOUNTABILITY
10. REFRIGERATION
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| | | | |
|---|---|---|---|
| _signature_ | 12/5/14 | _signature_ | 12/5/14 |
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY, 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| DDD#: 620825300 | | | | | | |
| NAME: Giant Eagle II 14A | | TYPE | FED # | | EXP DATE | |
| R.P.: | | | | | | |
| ADDR: | P₃ 3 | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: Trumbull | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 21. Drug Stock reviewed for outdates. Also reviewed |
| 2. I.D. CARDS | Return to Stock Procedure. |
| 3. RECORD SYSTEM | |
| 4. BARRICADE | 23. C·II - V Rx files reviewed this date. A3 reviewed |
| 5. MIN. STANDARDS | Rx's are manually Initialed, Contain Alpha Numeric |
| 6. SECURITY | |
| 7. LIBRARY | format documented appropriately, and Call in Rx's |
| 8. CLEANLINESS | Contain First and last name of the prescribers agent. |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | 26. A 3-Part Rx filling System is in place |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | 29. Most recent Controlled Substance inventory, |
| 13. INVENTORY RECORDS | Conducted on 11/17/2014, Prior to the opening of |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | business by R.Ph. Palumbo (upon change in responsible person) |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | 39. R.Ph. Palumbo and Carlson are registered and able to use |
| 20. IMPROPER Rx's | CARRG |
| 21. OUTDATED DRUGS | Whole Salers used : McKesson & |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | Average daily Rx's = 400   about 50% are refill Rx's |
| 24. OTC/SYRINGES | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS–6MO/5X | |
| 32. REFILLS–INT/DATE | |
| 33. REFILLS–UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |

Full ☐      Partial ☐

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 12/5/14 | SIGNATURE OF INSPECTOR | DATE 12/03/14 |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2800697

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 12/05/2014 | T.D.D.D.#: 02082S300 |
|---|---|
| BOARD AGENT: **John Bonish** | D.E.A.#: BG43256634 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___   Key ~~in sealed envelope~~ in safe. that only R.Ph's can access

X ___   All items requiring R.Ph. supervision are inside barricade.

X ___   Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

X ___   Minimum of seven (7) feet in height.

X ___   Fully enclosed.

X ___   Suitable locks are provided.

X ___   Prescription department cannot be entered when locked without obvious damage to barricade.

X ___   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS: Act as a back up to the physical Barricade that is tamper andant

___ ___   This is a company-owned system.
If no, leased from who? _____

___ ___   This is a ___ HARDWIRE / ___ WIRELESS / ___ BOTH system.  *(check one)*

___ ___   There is a functional emergency "hold up" button.

___ ___   System is in operation at all times when R.Ph. is not present.

___ ___   Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert? _____

___ X   Only pharmacists possess access code to prescription room.

___ X   System was tested this date. Date system was last tested? _____

___ X   Slot is provided for drop-in prescriptions.

X ___   Suitable notice of operating hours to public is posted.

X ___   Notice of emergency service is posted.

PHA-0611 (Rev 04/04)                                    **(continued on Page Two > >)**

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2800699

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____           12/5/14     4:15pm
(Signature of R.Ph./Owner)                          (Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____ 12/05/2015        _____
(Signature of Board Agent)                      Agent
                                                (Title)

**Comments:**

PHA-0611 (Rev. 04/04)                    ΛΛ PLACE STORE STICKER/STAMP HERE ΛΛ

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2800701



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020825300

# Giant Eagle Pharmacy #1419

## 2061 Elm Road
## Warren, OH 44483
## Trumbull County

# Retail Pharmacy-Large Chain
# Category Three
# Barricade Inspection

# May 23, 2017

Highly Confidential Subject to Protective
Order

BOP_MDL2796514

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 417 of 738. PageID #: 531790



## License 020825300 - Giant Eagle Pharmacy #1419     Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Agent William DiFrangia
**Start** 5/23/2017 12:05 PM
**End** 5/23/2017 1:30 PM

## Organization

| | | |
|---|---|---|
| **Name**<br>Giant Eagle Pharmacy #1419 | **License Type**<br>Retail Pharmacy-Large Chain | **Category**<br>Category Three |
| **License Number**<br>020825300 | **Business Type**<br>Large Chain Pharmacy - 12 or More Outlets | **DEA Number**<br>BG4325634 |
| **Responsible Person** | **Hours of Operation**<br>M-F 9a-9p Sat 9a-7p Sun 9a-5p | |

## Contact

| | | |
|---|---|---|
| **Address**<br>2061 Elm Road<br>Warren, OH 44483<br>Trumbull County | **Primary Number**<br>(330) 372-7003 | **Fax Number**<br>(330) 372-7818 | **Website** |

## Personnel

| Name | Initials | Position | I.D. No. | Phone | Email |
|---|---|---|---|---|---|
| Barbara Susan Carlson, RPH | | | 03215659 | (330) 638-4247 | barbcarl0223@aol.com |
| Kellie Cleland | RPH | Pharmacist | 03326812 | | |

Highly Confidential Subject to Protective Order

BOP_MDL2796515

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 418 of 738. PageID #: 531791

**1) Physical barricade**

**2) Does the pharmacy have a fully enclosed barricade or an open air barricade?**

Fully enclosed barricade

**3) Are adequate locks provided for the pharmacy barricade?**

Yes

**4) Are all of the keys (except for floater keys) to the pharmacy barricade under pharmacist control?**

Yes

**5) If the pharmacy has the "floater" keys, are they secure and tamper evident?**

Yes

**6) When in use, does the pharmacy barricade secure all items requiring pharmacist supervision?**

Yes

**7) When the barricade is in use can the pharmacy be entered without making obvious damage to the barricade?**

No

**8) Was the barricade put into use before receiving Board of Pharmacy approval?**

Yes

<u>Observation</u>

Giant Eagle #1419 was the victim of a possible breaking and entering during May of 2017. Suspect opened an unlocked man door on the roof of an adjoining business. Ultimately caused ceiling tiles dropped in the pharmacy. A portion of the suspended ceiling was accessible through an upstairs, unfinished hallway which is approximately 4 feet above the pharmacy ceiling. Upgrades have been made to the roof top exterior door and the unfinished walls were finished. Giant Eagle representatives reached out to SOBP and advised of the changes prior to this inspection.

**9) When the pharmacy is closed, do any non-pharmacist personnel have access to any items. products, or equipment stored within the pharmacy barricade?**

No

**10) Does the pharmacy have a "drop box" where new prescription and/or refill prescription orders can be deposited  when no pharmacist is present?**

No

Highly Confidential Subject to Protective Order

BOP_MDL2796516

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  419 of 738.  PageID #: 531792

### 2) Electronic barricade

**1) Who owns the pharmacy alarm system?**

The pharmacy.

Observation
State Alarm

**2) Who monitors the pharmacy alarm and what is their phone number?**

Observation
State Alarm 1-800-388-9264

**3) Does anyone other than a pharmacist have the code or the key to the alarm system?**

No

Observation
No issues found.

**4) Does each pharmacist have their own individualized alarm code?**

Yes

**5) Is the alarm a hard wired alarm, wireless, or both?**

Hard wired.

**6) Does the alarm detect entry into the pharmacy?**

Yes

Observation
No issues found.

**7) Can the alarm system be bypassed when in use?**

No

Observation
No issues found.

**8) Was the pharmacy alarm tested during this inspection?**

The pharmacy alarm was not tested on this date. Document the date it was last tested.

### 3) RPh/Owner Statement of Understanding

**1) I have been informed of and understand the following requirements:**

Observation
1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the
re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

## Summary

**No Issue Found**

**Reviewed by** Kellie Cleland

(signature)

Highly Confidential Subject to Protective
Order

BOP_MDL2796517



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020825300

# Giant Eagle Pharmacy #1419

2061 Elm Road
Warren, OH 44483
Trumbull County

# Terminal - Pharmacy - Category 3

# Retail Pharmacy Inspection

# December 18, 2018

Highly Confidential Subject to Protective
Order

BOP_MDL2796530



# License 020825300 - Giant Eagle Pharmacy #1419    Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Floor, Columbus, Ohio 43215-6146
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** William DiFrangia
**Start** 12/18/2018 12:45 PM
**End** 12/18/2018 3:36 PM

## Organization

| **Name**<br>Giant Eagle Pharmacy #1419 | **License Type**<br>Terminal - Pharmacy - Category 3 | **Category** |
| --- | --- | --- |
| **License Number**<br>020825300 | **Business Type**<br>IL - Large Chain Retail (12+ Outlets) | **DEA Number**<br>BG4325634 |
| **Responsible Person**<br>Barbara Susan Carlson, RPH | **Hours of Operation**<br>M-F 9a-9p Sat 9a-7p Sun 9a-5p | |

## Contact

| **Address**<br>2061 Elm Road<br>Warren, OH 44483<br>Trumbull County | **Primary Number**<br>(330) 372-7003 | **Fax Number**<br>(330) 372-7818 | **Website** |
| --- | --- | --- | --- |

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
| --- | --- | --- | --- | --- | --- |
| Barbara Susan Carlson, RPH | | Pharmacist | 03215659 | (330) 638-4247 | barbcarl0223@aol.com |
| R.Ph. Ncole Deluco | | Paramedic | 03228215 | | |
| Tiffany Marie Detell | | Registered Pharmacy Technician | 09201975 | (234) 567-3269 | tifsamaly@yahoo.com |
| Garrett Clinton Floyd | | Registered Pharmacy Technician | 09201340 | | gc3floyd@yahoo.com |
| Daniel Lowry | | Qualified Technician in Training | 09106119 | | |
| Danielle Lynn Perry | | Registered Pharmacy Technician | 09202504 | (330) 646-9071 | perryd0304@gmail.com |

## 1.1) SOBP License

**1) Is the pharmacy TDDD license readily retrievable for inspection?**
Yes

**2) Is the Pharmacy TDDD license current and up to date?**
Yes

**3) Has the pharmacy TDDD license been signed by the Responsible Pharmacist?**
Yes

**4) Have any changes in the pharmacy's ownership, business name, category, or address occurred without notification to the Board of Pharmacy?**
No

<u>Observation</u>
SOBP notified of RP change, see question pertaining to RP.

**5) Additional findings regarding SOBP License?**
No

Highly Confidential Subject to Protective Order

BOP_MDL2796531

Case: 1:17-md-02804-OAP  Doc #: 3662-14  Filed:  08/17/21  422 of 738.  PageID #: 531795

**1.2) Responsible Person**

**1) Is there a current Responsible Person for the TDDD license?**

Yes

**2) Have changes in the pharmacy's "Responsible Person" been properly reported to the SOBP?**

Yes

<u>Observation</u>
Change in responsible person was reported to SOBP form was dated and signed on 12/2/2018.

**3) Additional findings regarding Responsible Person?**

No

**1.3) DEA Certificate**

**1) Is the pharmacy's DEA certificate current?**

Yes

**2) Is the pharmacy's DEA certificate posted for inspection?**

Yes

**3) Additional findings regarding DEA Certificate?**

No

**2.1) Record Availability**

**1) Can the pharmacy produce a detailed patient profile for the past 12 months immediately upon request?**

Yes

<u>Observation</u>
Obtained patient profile pertaining to 2018-2574

**2) Can the pharmacy produce three (3) years of dispensing records within three (3) business days?**

Yes

**2.3.1) Basic Questions Pertaining to the Dispensing Software**

**1) What is the name of the Dispensing software being used by the pharmacy?**

<u>Observation</u>
EPS

**2) What is the current version of the Dispensing Software?**

<u>Observation</u>
2018.03

**3) Is the dispensing software pharmacy owned, or provided by a third-party vendor?**

Third-party vendor

**2.3.2) Purged Dispensing Data**

**1) Has the pharmacy PURGED required records?**

Yes, required data has been purged from the ARKS. The purged data is still retrievable within three (3) business days.

<u>Observation</u>
Records may be purged at the corporate level

**3) Does the pharmacy backup its dispensing software?**

Yes

<u>Observation</u>
Software is backed up via the cloud

Highly Confidential Subject to Protective
Order

BOP_MDL2796532

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 423 of 738. PageID #: 531796

### 2.3.3) Stand Alone System

**1) Is the dispensing software a "Stand Alone" system maintained at the licensed pharmacy?**

No

**2) How many total dispensing terminals are there?**

11

<u>Observation</u>

11 terminals - 3 are used exclusively as registers.

**3) Are there any dispensing terminals outside the pharmacy barricade?**

No

**4) Can access to dispensing data, and/or dispensing functions, be made from any location outside the pharmacy barricade?**

No

### 2.3.4) Shared Dispensing Software

**1) Is the shared dispensing software "a real time online system", and used for the review and transfer of dispensing data?**

Yes

<u>Observation</u>

Yes

**2) Does the pharmacy's real time online system prevent a patient from receiving more dispensings than authorized by the original prescription?**

Yes

### 2.3.6) Dispensing Record Accuracy

**1) Are required records of accountability being kept complete and accurate in the dispensing software?**

Yes

### 2.5) ePositive Identification

**1) Is a paperless positive ID system being used that has not been made approvable by the Board of Pharmacy?**

No

**2) Is there documentation the pharmacy's paperless positive ID system was made approvable by the Board of Pharmacy?**

Yes

<u>Observation</u>

2/20/2015 Giant Eagle's paperless positive ID was approved at Giant Eagle Pharmacy in Elyria, OH

Highly Confidential Subject to Protective Order

BOP_MDL2796533

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  424 of 738.  PageID #: 531797

### 2.6) Other Areas Requiring Positive ID

**1) Is there positive ID for the practice of pharmacy at data entry?**

Yes

<u>Observation</u>
Paperless positive ID

**2) Is there positive ID of the practice of pharmacy for DUR?**

Yes

<u>Observation</u>
Paperless positive ID

**3) Is there positive ID for the act of dispensing?**

Yes

<u>Observation</u>
Paperless positive ID

**4) Is there positive ID for patient counseling?**

Yes

<u>Observation</u>
Paperless positive ID

**5) Is there positive ID of the Pharmacist or Intern who administered an adult immunization?**

Yes

<u>Observation</u>
Paperless positive ID

### 3.1) Physical Barricade

**1) Does the pharmacy have a fully enclosed barricade or an open air barricade?**

Fully Enclosed Barricade

### 3.2) Electronic Barricade

**1) Was the pharmacy alarm tested during this inspection?**

No

**2) Who owns the pharmacy alarm system?**

The Alarm company

<u>Observation</u>
State Alarm

**3) Who monitors the pharmacy alarm and what is their phone number?**

<u>Observation</u>
State Alarm 1 (800) 321-7400

**4) Does anyone other than a pharmacist have the code or the key to the alarm system?**

No

**5) Does each pharmacist have their own individualized alarm code?**

Yes

**6) Who assigns and/or deactivates the alarm codes when necessary?**

<u>Observation</u>
Loss Prevention

**8) Is the alarm a hard wired alarm, wireless, or both?**

Hard wired into the pharmacy.
Wireless system using a cellular transmitter.

**11) Does the pharmacy have documentation on alarm testing?**

Yes

<u>Observation</u>
Alarm testing documentation is believed to be held by State Alarm. Last tested 3 months prior.

Highly Confidential Subject to Protective Order

BOP_MDL2796534

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  425 of 738.  PageID #: 531798

## 4) *Minimum Standards*

**1) Is the phone number for poison control readily accessible in the pharmacy?**

Yes

**2) Does the pharmacy have the proper equipment to conduct the practice of pharmacy?**

Yes

**3) Does the pharmacy have enough drug stock fill most prescription requests?**

Yes

**4) Does the pharmacy have the containers necessary to dispense a variety of medication types and sizes?**

Yes

**5) Is there adequate space and fixtures within the pharmacy barricade to effectively operate a retail pharmacy?**

Yes

**6) Are the pharmacy operating hours posted in plain view for the public to see?**

Yes

**7) Is there evidence to indicate a problem with staffing levels?**

No

**8) Are the pharmacy employees wearing name tags with their job title?**

Yes

## 5) *Security*

**1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?**

Yes

**2) Are all of the pharmacy's drug stocks kept within the pharmacy barricade?**

Yes

**3) Are all records of accountability that are stored outside of the pharmacy barricade but within the same physical location secure and tamper evident? Warning**

No

Observation

Agent DIFrangia inspected cage within the basement of the grocery store which houses records. Cage is secure however two U bolts on the right side of the door and a bolt mechanism on the left side of the door are accessible from the outside of the cage; could be removed and replaced without detection.

Corrective Action

Ensure entire cage is both secure and tamper evident.

**5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?**

No

**6) Drug Theft or Loss Statement**

Observation

Any theft or loss of dangerous drugs must be reported by law to the Ohio State Board of Pharmacy and local law enforcement immediately upon discovery. Notify the DEA if controlled substances were involved. Theft or loss must be reported verbally to the Ohio State Board of Pharmacy (614-466-4143) or a local Pharmacy Board Employee immediately upon discovery and in writing to the Ohio State Board of Pharmacy (dea106reporting@pharmacy.ohio.gov) within 30 days of the discovery of the theft or loss.

## 6) Library

**1) Does the pharmacy have an up to date "Drug Laws of Ohio" book, or an online resource to access the required information?**

Yes

Observation

online access

**2) Does the pharmacist have access to the paper/electronic references necessary to appropriately practice pharmacy?**

Yes

## 7) *Cleanliness*

**1) Is the pharmacy clean and well lit?**

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796535

**8) \*Refrigeration\***

**1) Are all pharmacy refrigerators and/or freezers in good working order with an adequate system in place to ensure that the medications stored within are stored at appropriate temperatures?**

Yes

Observation

Two refrigerators and one freezer. Temperatures are recorded twice a day and stored electronically at the store level. Temperatures are also monitored at the corporate level.

**9.1) Drug Ordering Procedeures**

**1) Is the pharmacy using paper DEA-222 order forms, or are they using  an electronic DEA-222 ordering system being used?**

Electronic DEA-222 ordering system is being used.

**9.3) Electronic C-II drug order receipt**

**1) When using an electronic drug ordering system, is the pharmacy creating a record of receipt that is electronically linked to the original order?**

Yes

**9.4) Wholesale information**

**1) Who are the wholesale drug distributors utilized by this pharmacy?**

Observation

Cardinal

**10) Improper Dispensings**

**1) Is there evidence to indicate that a prescription has been dispensed improperly?**

No

**11) \*Insufficient Supervision\***

**1) Is there pharmacist supervision of the dangerous drugs and other pharmacy employees at all times while the pharmacy is open and operating?**

No

**2) Are only pharmacists performing tasks requiring professional judgment?**

Yes

**12) \*Inventory Records\***

**1) Are all records and invoices pertaining to the pharmacy's drug stock on hand for review?**

Yes

**14) Illegal Sales**

**2) Have any drugs that were returned to stock been returned to the pharmacy stock bottles?**

No

Observation

Returns are held within a separate vial containing all pertinent information.

**15) Illegal Purchases**

**1) Verify Licenses of Distributors/Wholesalers**

Yes

**16) Samples**

**1) Is there any evidence of prescription drug samples in the pharmacy?**

No

Observation

No prescription drug samples found.

**17.1) DUR software**

**1) Does the pharmacist rely solely on the dispensing software to perform the DUR for prescription dispensing?**

No

Observation

Pharmacist uses clinical knowledge in addition to software

Highly Confidential Subject to Protective Order

BOP_MDL2796536

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  427 of 738.  PageID #: 531800

**19) Improper Rx's**

    **1) Are the prescriptions on file written in compliance with 4729-5-30?**

    Yes

**20) *Outdated Drugs***

    **1) Are there expired medications within the pharmacy's active drug stock?**

    No

    <u>Observation</u>
    Spot check conducted, no expired medications located.

    **2) Are the known expired drugs segregated from the pharmacy drug stock?**

    Yes

**22.2) DEA Number**

    **1) Is the prescriber's DEA registration number written or pre-printed on all controlled substance prescriptions?**

    Yes

**22.4) APN prescriptions**

    **1) Do prescriptions written by Advanced Practical Nurses have their Certificate to prescribe (CTP) number written on them?**

    Yes

**22.5) Prescriber's Agent**

    **1) Is the first and last name of the prescriber's Agent written on phoned in prescriptions when applicable?**

    Yes

**23) OTC's & Syringes**

    **1) Does the pharmacy store over the counter medications within the pharmacy barricade?**

    Yes

    **2) Are syringes stored in the pharmacy and kept out of obvious public view?**

    Yes

**24.2) Sterile Compounding**

    **1) Is the pharmacy performing sterile compounding?**

    No

**24.3) Repackaging**

    **1) Is the pharmacy pre-packaging medications (non-patient specific) prior to dispensing?**

    No

**25) Prescription Files**

    **1) Are the prescriptions dispensed by the pharmacy being filed in three separate files?**

    Yes

    **2) Are the prescription files in good order and are prescriptions being filed in a timely manner?**

    Yes

**27) Rx's Initialed & Dated**

    **1) Are pharmacists initialing and dating prescriptions when required?**

    No

    <u>Observation</u>
    Paperless positive ID

**28) *Annual Drug Inventory***

    **1) Has an annual drug inventory been completed within the specified time period?**

    Yes

    <u>Observation</u>
    Completed on 12/2/2018 for change of RP
    Completed on 5/1/2018 during annual inventory
    Both completed by RPH Carlson

Highly Confidential Subject to Protective Order

BOP_MDL2796537

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  428 of 738.  PageID #: 531801

### 29.2) Oral prescriptions reduced to writing

**1) Are all oral prescriptions being reduced to writing and contain the required information?**

Yes

### 33.4) Positive Identification

**1) Is there positive identification of the pharmacist and/or pharmacy Intern who provided an immunization?e pharmacist during data entry verification and DUR review?**

Yes

### 35) *Qualified Pharmacy Technicians (QPT)*

**1) Does anyone other than a pharmacist, pharmacy intern, or Qualified Pharmacy Technician package, label, or compound dangerous drugs while working in the pharmacy?**

No

**2) Do all Qualified Pharmacy Technicians meet the minimum standards set forth in OAC 4729-4-02 and 4729-4-03?**

Yes

<u>Observation</u>
All pharmacy technicians are licensed by SOBP

**3) Have criminal records checks been performed on all pharmacy technicians intending to preform qualified tech duties?**

Yes

**4) Are Qualified Tech's BCI & FBI background checks available for review?**

Yes

<u>Observation</u>
All technician employment information is held at the corporate level and available by request within 3 days.

### 36) Counseling

**1) Is Patient counseling being offered with every prescription?**

Yes

**2) Is the refusal of counseling by the patient or caregiver being documented?**

Yes

### 38) *OARRS*

**1) Does the pharmacist have access to OARRS to request reports when needed?**

Yes

**2) Are the pharmacists requesting OARRS reports when appropriate?**

Yes

**3) Are any of the Pharmacists using delegates to request OARRS reports?**

No

### 39) Confidentiality

**1) Are there any known issues pertaining to patient confidentiality?**

No

<u>Observation</u>
Agent DiFrangia conducted an investigation pursuant to 2018-2574; an individual claimed HIPPA laws were violated. Pharmacy has adequate safeguards for all records pertaining to patient confidentiality. All records are stored within the pharmacy or within an enclosed cage in the basement of the grocery store. The pharmacy is set up with adequate requests for privacy while waiting in line. Prescription #2236742 was reviewed. The prescription was not dispensed.

Highly Confidential Subject to Protective Order

BOP_MDL2796538

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  429 of 738.  PageID #: 531802

**41) Points of Emphasis**

**1) The below listed items are some select points to remember while overseeing and conducting the practice of pharmacy.**

Observation

1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

**45) Inspection Affirmation**

**1) Inspection Affirmation**

Observation

As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent/Inspector, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 30 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required. Responses can be emailed (with a copy of the inspection report) to writtenresponse@pharmacy.ohio.gov or they may be mailed to 77 South High Street, 17th Floor, Columbus, Ohio 43215.

## Summary

**Warning**

Reviewed by Barbara Susan Carlson, RPH

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796539



## State of Ohio Board of Pharmacy

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020825300

# Giant Eagle Pharmacy #1419 1419

## 2061 Elm Road
## Warren, OH 44483
## Trumbull County

# Retail Pharmacy-Large Chain
# Category Three
# Standard Retail Pharmacy Inspection Version 1.0

# July 28, 2016

# Written Response Required

Highly Confidential Subject to Protective Order

BOP_MDL2796462

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 431 of 738. PageID #: 531804

# Written Response Required Details

**6) Security**

    5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?

    6) Drug Theft or Loss Statement

Highly Confidential Subject to Protective Order

BOP_MDL2796463

Case: 1:17-md-02804-OAP Doc #: 3662-14 Filed: 08/17/21 432 of 738. PageID #: 531805



# License 020825300 - Giant Eagle Pharmacy #1419 1419 — Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Lynn Edward Mudra
**Start** 7/28/2016 10:30 AM
**End** 7/28/2016 12:27 PM

## Organization

| | | |
|---|---|---|
| **Name** Giant Eagle Pharmacy #1419 1419 | **License Type** Retail Pharmacy-Large Chain | **Category** Category Three |
| **License Number** 020825300 | **Business Type** Large Chain Pharmacy - 12 or More Outlets | **DEA Number** BG4325634 |
| **Responsible Person** Abbey Bensing, Pharmacist | **Hours of Operation** | |

## Contact

| | | | |
|---|---|---|---|
| **Address** 2061 Elm Road Warren, OH 44483 Trumbull County | **Primary Number** (330) 372-7003 | **Fax Number** (330) 372-7818 | **Website** |

## Personnel

| Name | Initials | Position | I.D. No. | Phone | Email |
|---|---|---|---|---|---|
| Abbey Bensing, Pharmacist | | Supervisor | | (330) 372-7003 | |
| Barbara Carlson, R.Ph. | | Pharmacist | | (330) 372-7003 | PharmacTeamLeader.1491@GiantEagle.com |
| Linda Lee Rhodes, RPH | | | 03314326 | | lrhdes526@aol.com |

**1.1) The OSBP License**

**1) Is the pharmacy TDDD license readily retrievable for inspection?**
Yes

**2) Is the Pharmacy TDDD license current and up to date?**
Yes

**3) Has the pharmacy TDDD license been signed by the Responsible Pharmacist?**
Yes

**4) Have any changes in the pharmacy's ownership, business name, category, or address occurred without notification to the Board of Pharmacy?**
No

**1.2) The Responsible Person**

**1) Is there a current Responsible Person for the TDDD license?**
Yes

**2) Have changes in the pharmacy's "Responsible Person" been properly reported to the OSBP?**
Yes

**1.3) The DEA Certificate**

**1) Is the pharmacy's DEA certificate current?**
Yes

**3.1) Record Availability**

**1) Can the pharmacy produce a detailed patient profile for the past 12 months immediately upon request?**
Yes

**2) Can the pharmacy produce three (3) years of dispensing records within three (3) business days?**
Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796464

### 3.3.1) Basic Questions Pertaining To The ARKS

**1) What is the name of the Alternative Record Keeping System (ARKS) being used by the pharmacy?**

Observation
Enterprise

**2) What is the operating system for the ARKS?**

Windows

Observation
Windows

**3) Is the ARKS pharmacy owned, or provided by a third-party vendor?**

Third-party vendor

**4) What is the current version of the ARKS?**

Observation
Version2.6.03.009

### 3.3.3) Stand Alone ARKS

**1) Is the ARKS a "Stand Alone" system maintained at the licensed pharmacy?**

Yes

**4) Can access to dispensing data, and/or dispensing functions, be made from any location outside the pharmacy barricade?**

No

### 3.3.4) Shared ARKS

**1) Is the shared ARKS "a real time online system", and used for the review and transfer of dispensing data?**

Yes

Observation
Yes
**(OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**

### 3.3.6) ARKS Record Accuracy

**1) Are required records of accountability being kept complete and accurate in the ARKS?**

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796465

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  434 of 738.  PageID #: 531807

**3.3.7) True Edit Trails**

**1) Can dispensing data be permanently removed (deleted) from the ARKS?**

No

Observation

It is not possible to permanently remove (delete) dispensing data from the ARKS.

**(OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**

(M) A log must be maintained of all changes made to a prescription record after the prescription has been dispensed. Such log may be accessible to the pharmacist for review, but shall be protected from being altered in any way. The log must contain at least, but is not limited to, the following:

(1) Date and time of change;
(2) Changes made;
(3) Pharmacist making the change.

**2) Does the pharmacy's ARKS maintain a "True Edit Trail" of changes made to all required dispensing data?**

Yes

Observation

The pharmacy's ARKS maintains a "True Edit Trail" of changes made to all required dispensing data.

**3) Can deleted or edited dispensing data be retrieved for inspection by the OSBP?**

Yes

Observation

Deleted or edited dispensing data can be retrieved for inspection by the OSBP.

**(OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**

(M) A log must be maintained of all changes made to a prescription record after the prescription has been dispensed. Such log may be accessible to the pharmacist for review, but shall be protected from being altered in any way. The log must contain at least, but is not limited to, the following:

(1) Date and time of change;
(2) Changes made;
(3) Pharmacist making the change.

**3.3.8) ARKS Security**

**1) Does the ARKS control the level of access based on duties (Technician vs. Pharmacist)?**

Yes

Observation

The ARKS controls access levels based on pharmacy duties (Technician vs. Pharmacist).

**2) Are on-duty pharmacists controlling and supervising ARKS access and use?**

Yes

Observation

The on-duty pharmacists are controlling and supervising the ARKS access and use.

**3) When logging into the ARKS, what is the security access to dispensing functions?**

Username & Password
Fingerprint

**3.4) Traditional Paper Positive Identification**

**1) What is the method of positive ID, for the act of dispensing?**

Manually signing and dating a daily computerized printout containing refill dispensing data?

**3.5) ePositive Identification**

**1) Is a paperless positive ID system being used that has not been made approvable by the Board of Pharmacy?**

No

Highly Confidential Subject to Protective Order

BOP_MDL2796466

### 3.6) Other Areas Requiring Positive ID

**1) Is there positive ID for the practice of pharmacy at data entry?**

Yes

Observation

**OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**

(A) There must be positive identification of the pharmacist or pharmacists responsible for performing all activities relating to the practice of pharmacy including, but not limited to:

(1) Prescription information entered into the record keeping system;

**2) Is there positive ID of the practice of pharmacy for DUR?**

Yes

Observation

**(OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**

(A) There must be positive identification of the pharmacist or pharmacists responsible for performing all activities relating to the practice of pharmacy including, but not limited to:

(2) Prospective drug utilization review;

**3) Is there positive ID for the act of dispensing?**

Yes

**4) Is there positive ID for patient counseling?**

Yes

Observation

R.Ph fingerprint

**5) Is there positive ID of the Pharmacist or Intern who administered an adult immunization?**

Yes

### 5) Minimum Standards

**1) Is the phone number for poison control readily accessible in the pharmacy?**

Yes

Observation

**(OAC 4729-9-02)**

(A) Library

(3) Telephone number of a poison control center.

**2) Does the pharmacy have the proper equipment to conduct the practice of pharmacy?**

Yes

**7) Is there evidence to indicate a problem with staffing levels?**

No

### 6) Security

Highly Confidential Subject to Protective Order

BOP_MDL2796467

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  436 of 738.  PageID #: 531809

**1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?**

Yes

Observation
**(OAC 4729-9-05)**
(A) All registrants shall provide effective and approved controls and procedures to deter and detect theft and diversion of dangerous drugs. In order to determine whether a registrant has provided effective and approved controls against diversion, the state board of pharmacy shall use the security requirements set forth in rule 4729-9-11 of the Administrative Code as standards for the security controls and operating procedures necessary to deter and detect diversion.
(C) When physical security controls become inadequate as a result of a significant increase in the quantity of dangerous drugs in the possession of the registrant during normal business operation, the physical security controls shall be expanded and extended accordingly.
(D) Any registrant or applicant desiring to determine whether a proposed security system substantially complies with, or is the structural equivalent of, the requirements set forth in rule 4729-9-11 of the Administrative Code may submit any plans, blueprints, sketches, or other materials regarding the proposed security system to the state board of pharmacy.
(E) The state board of pharmacy shall be notified of any new facilities, work or storage areas to be constructed or utilized for dangerous drugs or of any changes in operation of the registrant before being used or implemented.
**(OAC 4729-9-11) A pharmacist, prescriber, or responsible person pursuant to paragraph ( F) of rule 4729-13-01 or paragraph( H) of rule 4729-14-01 of the Administrative Code, who has signed as being responsible for a terminal distributor of dangerous drugs license, shall provide"supervision and control" of dangerous drugs as required in division (B) of section 4729.55 of the Revised Code, and "adequate safeguards" to assure that dangerous drugs are being distributed in accordance with all state and federal laws as required in section 4729.55 of the Revised Code, by the following procedures:**
(A) In a pharmacy.
(1) Personal supervision by a pharmacist of the dangerous drugs at all times to deter and detect theft or diversion; except,
(2) Whenever personal supervision of the dangerous drugs is not provided by a pharmacist, physical or electronic security of the dangerous drugs must be provided according to the following requirements:
(3) Areas designated for the dispensing, compounding, and storage of dangerous drugs shall meet the security requirements in rule 4729-9-05 of the Administrative Code. No person may be within the physical confines of the area designated for the dispensing, compounding, and storage of dangerous drugs unless under the personal supervision of a pharmacist.
(B) In other terminal distributors of dangerous drugs, including but not limited to, emergency medical services pursuant to division (C) of section 4729.54 of the Revised Code, first-aid departments pursuant to rule 4729-9-03 of the Administrative Code, approved laboratories pursuant to paragraph ( D) of rule 4729-13-01 of the Administrative Code, and animal shelters pursuant to paragraph (A) of rule 4729-14-01 of the Administrative Code, dangerous drugs must be stored in an area secured by either a physical barrier with suitable locks and/or an electronic barrier to deter and detect unauthorized access.
(C) A pharmacist, prescriber, or responsible person for a terminal distributor of dangerous drugs license pursuant to paragraph ( F) of rule 4729-13-01 or paragraph( H) of rule 4729-14-01 of the Administrative Code who has signed as being responsible for a terminal distributor of dangerous drugs license is responsible to monitor for suspicious orders, unusual usage, or questionable disposition of dangerous drugs.
(D) All areas where drugs and devices are stored shall be dry, well-lighted, well-ventilated, and maintained in a clean and orderly condition. Storage areas shall be maintained at temperatures which will insure the integrity of the drugs prior to their use as stipulated by the USP/NF and/or the manufacturer's or distributor's labeling unless otherwise directed by the board.

**2) Are all of the pharmacy's drug stocks kept within the pharmacy barricade?**

Yes

**3) Are all records of accountability that are stored outside of the pharmacy barricade but within the same physical location secure and tamper evident?**

Yes

\* **5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years? Written Response Required**

Yes

Observation
Any significant theft or loss of drugs must be reported, by telephone, to the Board of Pharmacy and local law enforcement immediately upon discovery. If a controlled substance the DEA must be notified as well using a DEA-106 form.

Were the losses reported immediately upon discovery? No

\* **6) Drug Theft or Loss Statement Written Response Required**

Highly Confidential Subject to Protective Order

BOP_MDL2796468

Case: 1:17-md-02804-DAP Doc #: 3062-14 Filed: 08/17/21 437 of 738. PageID #: 531810

Observation
Any theft or significant loss of drugs must be reported, by telephone, to the Board of Pharmacy and local law enforcement immediately upon discovery. If a controlled substance the DEA must be notified as well using a DEA-106 form.
**(OAC 4729-9-15)**
(A) Each prescriber, terminal distributor of dangerous drugs, or wholesale distributor of dangerous drugs shall notify the following upon discovery of the theft or significant loss of any dangerous drug or controlled substance, including drugs in transit that were either shipped from or to the prescriber, terminal distributor of dangerous drugs, or wholesale distributor of dangerous drugs:
(1) The state board of pharmacy, by telephone immediately upon discovery of the theft or significant loss;
(2) If a controlled substance, the drug enforcement administration (DEA) pursuant to 21 C.F.R.1301.76(b);
(3) Law enforcement authorities pursuant to section 2921.22 of the Revised Code.
(B) Controlled substance thefts must also be reported by using the federal DEA report form whether or not the controlled substances are subsequently recovered and/or the responsible parties are identified and action taken against them. A copy of the federal form regarding such theft or loss shall be filed with the state board of pharmacy within thirty days following the discovery of such theft or loss.
(1) An exemption may be obtained upon sufficient cause if the federal form cannot be filed within thirty days.
(2) A request for a waiver of the thirty-day limit must be requested in writing.
(C) Each prescriber, terminal distributor of dangerous drugs, or wholesale distributor of dangerous drugs immediately upon discovery of any theft or loss of:
(1) Uncompleted prescription blank(s) used for writing a prescription, written prescription order(s) not yet dispensed, and original prescription order(s) that have been dispensed, shall notify the state board of pharmacy and law enforcement authorities.
(2) Official written order form(s) as defined in division (Q) of section 3719.01 of the Revised Code shall notify the state board of pharmacy and law enforcement authorities, and the drug enforcement administration (DEA) pursuant to 21 C.F.R. 1305.12 (b) .

## 10.1) Drug Ordering Procedeures

**1) Is the pharmacy using paper DEA-222 order forms, or are they using an electronic DEA-222 ordering system being used?**

Electronic DEA-222 ordering system is being used.

## 10.2) Executed paper DEA-222 forms

**1) Are the executed DEA-222 forms being properly completed?**

No

## 10.3) Electronic C-II drug order receipt

**1) When using an electronic drug ordering system, is the pharmacy creating a record of receipt that is electronically linked to the original order?**

Yes

## 10.4) Wholesale information

**1) Who are the wholesale drug distributors utilized by this pharmacy?**

Observation
McKesson,ANDA,, Giant Eagle Warehouse.

Highly Confidential Subject to Protective Order                                                        BOP_MDL2796469

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  438 of 738.  PageID #: 531811

## 11) Improper Dispensings

### 1) Is there evidence to indicate that a prescription has been dispensed improperly?

No

Observation
**OAC 4729-5-21)**
(A) A prescription, to be valid, must be issued for a legitimate medical purpose by an individual prescriber acting in the usual course of his/her professional practice. The responsibility for the proper prescribing is upon the prescriber, but a corresponding responsibility rests with the pharmacist who dispenses the prescription. An order purporting to be a prescription issued not in the usual course of bona fide treatment of a patient is not a prescription and the person knowingly dispensing such a purported prescription, as well as the person issuing it, shall be subject to the penalties of law.

### 2) Are the pharmacist performing a prospective Drug Utilization Review?

Yes

Observation
**(OAC 4729-5-20)**
(A) Prior to dispensing any prescription, a pharmacist shall review the patient profile for the purpose of identifying:
(1) Over-utilization or under-utilization;
(2) Therapeutic duplication;
(3) Drug-disease state contraindications;
(4) Drug-drug interactions;
(5) Incorrect drug dosage;
(6) Drug-allergy interactions;
(7) Abuse/misuse;
(8) Inappropriate duration of drug treatment;
(9) Food-nutritional supplements-drug interactions.
(B) Upon recognizing any of the above, a pharmacist, using professional judgment, shall take appropriate steps to avoid or resolve the potential problem. These steps may include requesting and reviewing an OARRS report or another state's report if applicable and available, and/or consulting with the prescriber and/or counseling the patient.
(C) Prospective drug utilization review shall be performed using predetermined standards consistent with, but not limited to, any of the following:
(1) Peer-reviewed medical literature (that is, scientific, medical, and pharmaceutical publications in which original manuscripts are rejected or published only after having been critically reviewed by unbiased independent experts);
(2) American hospital formulary service drug information;
(3) United States pharmacopoeia drug information;
(4) American medical association evaluations.
(D) Prior to dispensing a prescription, at a minimum, a pharmacist shall request and review an OARRS report covering at least a one year time period and/or another state's report, where applicable and available, if a pharmacist becomes aware of a person currently:
(1) Receiving reported drugs from multiple prescribers;
(4) Requesting the dispensing of reported drugs from a prescription issued by a prescriber with whom the pharmacist is unfamiliar (i.e. prescriber is located out-of-state or prescriber is outside the usual pharmacy geographic prescriber care area); or.
(3) Abusing or misusing reported drugs (i.e. over-utilization, early refills, appears overly sedated or intoxicated upon presenting a prescription for a reported drug, or an unfamiliar patient requesting a reported drug by specific name, street name, color, or identifying marks);
(2) Receiving reported drugs for more than twelve consecutive weeks;

## 12) Insufficient Supervision

### 1) Is there pharmacist supervision of the dangerous drugs and other pharmacy employees at all times while the pharmacy is open and operating?

Yes

### 2) Are only pharmacists performing tasks requiring professional judgment?

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796470

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  439 of 738.  PageID #: 531812

### 13) Inventory Records

#### 1) Are all records and invoices pertaining to the pharmacy's drug stock on hand for review?

Yes

Observation
**(OAC 4729-9-14)**
(A) Each prescriber or terminal distributor of dangerous drugs shall keep a record of all controlled substances received, administered, dispensed, sold, destroyed, or used. The acts of prescribing, administering, dispensing, and destroying of a controlled substance must be documented with the positive identification of the responsible individual pursuant to paragraph (N) of rule 4729-5-01 of the Administrative Code. These records may be kept electronically if the method is approved by the state board of pharmacy and the records are backed-up each business day.
(1) Records of receipt shall contain a description of all controlled substances received, the kind and quantity of controlled substances received, the name and address of the persons from whom received, and the date of receipt.
(2) Records of administering, dispensing, or using controlled substances shall contain a description of the kind and quantity of the controlled substance administered, dispensed, or used, the date, the name and address of the person to whom or for whose use, or the owner and identification of the animal for which, the controlled substance was administered, dispensed, or used.
(3) Records of drugs administered which become a permanent part of the patient's medical record shall be deemed to meet the name and address requirements of paragraph (A)(2) of this rule.
(4) Destruction of controlled substances shall be conducted in accordance with rule 4729-9-06 of the Administrative Code.
(C) All records of receipt, distribution, administering, dispensing, inventory, destruction, or using controlled substances shall be kept for a period of three years at the place where the controlled substances are located. Any terminal distributor of dangerous drugs intending to maintain such records at a location other than this place must first send a written request to the state board of pharmacy. The request shall contain the terminal distributor of dangerous drug name and license number of the requestor and the name and address of the alternate location. The state board of pharmacy will send written notification to the terminal distributor of dangerous drugs documenting the approval or denial of the request. A copy of the board's approval shall be maintained with the other records of controlled substances. Any such alternate location shall be secured and accessible only to representatives of the terminal distributor of dangerous drugs.
**(OAC 4729-9-22) Each prescriber or terminal distributor of dangerous drugs shall keep a record of all dangerous drugs received, administered, dispensed, distributed, sold, destroyed, or used. The acts of prescribing, administering, dispensing, and destroying of a dangerous drug must be documented with the positive identification of the responsible individual pursuant to paragraph (N) of rule 4729-5-01 of the Administrative Code. These records may be kept electronically if the method is approved by the state board of pharmacy and the records are backed-up each business day.**
(A) Records of receipt shall contain a description of all dangerous drugs received, the kind and quantity of dangerous drugs received, the name and address of the persons from whom received, and the date of receipt.
(B) Records of administering, dispensing, or using dangerous drugs shall contain a description of the kind and quantity of the dangerous drugs administered, dispensed, sold, or used, the date, the name and address of the person to whom or for whose use, or the owner and identification of the animal for which, the dangerous drug was administered, dispensed, or used.
(C) Records of dangerous drug destructions, other than controlled substances, shall contain the name, strength, dosage form, and quantity of the dangerous drug destroyed, the date destroyed, the method of destruction, the positive identification of the prescriber or responsible person that performed the destruction, and if used the positive identification of the person that witnessed the destruction.
(D) Records of dangerous drugs, other than controlled substances, administered, dispensed, or used which become a permanent part of the patient's medical record shall be deemed to meet the requirements of paragraph (B) of this rule.
(E) All records of receipt, distribution, administering, dispensing, selling, destroying, or using dangerous drugs shall be kept for a period of three years at the place where the dangerous drugs are located and upon request provided to a state board of pharmacy officer, agent, and/or inspector within three working days, excluding weekends and holidays. Any terminal distributor of dangerous drugs intending to maintain such records at a location other than this place must first send a written request to the state board of pharmacy. The request shall contain the terminal distributor of dangerous drug name and license number of the requestor and the name and address of the alternate location. The state board of pharmacy will send written notification to the terminal distributor of dangerous drugs documenting the approval or denial of the request. A copy of the board's approval shall be maintained with the other records of dangerous drugs. Any such alternate location shall be secured and accessible only to representatives of the terminal distributor of dangerous drugs.

### 15) Illegal Sales

#### 1) Is the Pharmacy making occasional wholesale drug sales?

No, they are not making any wholesale drug sales pursuant to 4729-9-10.

#### 2) Have any drugs that were returned to stock been returned to the pharmacy stock bottles?

No

### 18.1) DUR software

#### 1) Does the pharmacist rely solely on the dispensing software to perform the DUR for prescription dispensing?

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796471

Case: 1:17-md-02804-OAP  Doc #: 3662-14  Filed:  08/17/21  440 of 738.  PageID #: 531813

**19) Errors in Dispensing**

    **1) How are dispensing errors being documented by the pharmacy?**

      Errors are documented as an electronic report? (Document observations)

      <u>Observation</u>
      Electronic and paper.

    **2) Have the frequency of errors caused a standard of practice issue for the pharmacy with a pharmacist or the pharmacy as a whole?**

      No

**21) Outdated Drugs**

    **1) Are there expired medications within the pharmacy's active drug stock?**

      No

**23.4) APN prescriptions**

    **1) Do prescriptions written by Advanced Practical Nurses have their Certificate to prescribe (CTP) number written on them?**

      Yes

      <u>Observation</u>
      **(OAC 4729-5-30)**
      (B) All prescriptions issued by a prescriber shall:
      (16) If issued by a clinical nurse specialist, certified nurse-midwife, or certified nurse practitioner with prescriptive authority, contain the nurse's prescriber number found on the certificate to prescribe issued by the state board of nursing pursuant to rule 4723-9-09 of the Administrative Code.
      (17) If issued by a physician assistant with prescriptive authority, contain the certificate number of the physician assistant's certificate to prescribe pursuant to rule 4730-2-07 of the Administrative Code.

**25.1) Non-sterile compounding**

    **1) Is pharmacy dispensing prescriptions that require non-sterile compounding?**

      Yes

**25.2) Sterile Compounding**

    **1) Is the pharmacy performing sterile compounding?**

      No

**26) Prescription Files**

    **1) Are the prescriptions dispensed by the pharmacy being filed in three separate files?**

      Yes

    **2) Are the prescription files in good order and are prescriptions being filed in a timely manner?**

      Yes

**28) Rx's Initialed & Dated**

    **1) Are pharmacists initialing and dating prescriptions when required?**

      Yes

**29) Annual Drug Inventory**

    **1) Has an annual drug inventory been completed within the specified time period?**

      Yes

      <u>Observation</u>
      Completed on May 1, 2016
      Prior to opening
      R.Ph Abbey Bensing, Resposible person.

**30.1) Phoned in/oral prescriptions**

    **1) Are only pharmacists and supervised pharmacy interns taking oral prescriptions?**

      Yes

**30.2) Oral prescriptions reduced to writing**

    **1) Are all oral prescriptions being reduced to writing and contain the required information?**

      Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796472

Case: 1:17-md-02804-OAP Doc #: 3862-14 Filed: 08/17/21 441 of 738. PageID #: 531814

## 32) Refills (Initialed & Dated)

**1) Are pharmacists signing daily printouts (or properly completing bound refill log book), to properly take accountability for refill dispensings?**

Yes

Observation
**OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**
(I) Hard copy documentation as required pursuant to paragraph (F)(1) of this rule must be provided by each individual pharmacist who makes use of such system by one of the following methods:
(1) A hard copy printout of each day's prescription refill data that shall include, at a minimum, the following data:
(a) Date of dispensing;
(b) Prescription number;
(c) Patient name;
(d) Name, strength (if applicable), and quantity of drug;
(e) Identification of pharmacy and pharmacist;
(f) Identification of controlled substances. This printout must be verified, dated, and signed by each individual pharmacist who dispensed a prescription that day. The pharmacist must verify that the data on the printout is complete and correct and sign a statement to that effect on the document as he/she would sign a check or legal document (e.g., J. H. Smith or Jane H. Smith). These documents must be maintained in chronological order in a separate file at the licensed location where the drug was dispensed for a period of three years from the date of dispensing. If the printout is prepared at a location other than that where the drug was dispensed, the printout must be provided to the licensed location within three working days, excluding holidays and weekends, of the date on which the drugs were dispensed. Such printouts must be verified and signed by each pharmacist who dispensed drugs within twenty-four hours of the date the printout is received;
(2) A tamper evident log book in which shall be entered, at a minimum, the date of dispensing and prescription number. The dispensing pharmacist must manually record his/her name or initials on each log book entry at the time of dispensing each refill; or
(3) Each individual pharmacist involved in dispensing drugs must enter into a tamper evident log book, at a minimum, the following data for each prescription refilled:
(a) Date of dispensing;
(b) Prescription number;
(c) Patient name;
(d) Name, strength (if applicable), and quantity of drug;
(e) Identification of the pharmacist;
(f) Identification of controlled substances. Each individual pharmacist involved in dispensing drugs must review this information at the end of each day and then must sign a statement in the log book attesting to the fact that the prescription information entered into the computer that day and recorded in the log book has been reviewed by him/her and is correct as shown.

## 34.1) Requirements to administer immunizations

**1) Do all pharmacists or pharmacy interns who are administering immunizations meet the requirements to administer them?**

Yes

## 34.4) Positive Identification

**1) Is there positive identification of the pharmacist and/or pharmacy Intern who provided an immunization?e pharmacist during data entry verification and DUR review?**

Yes

Observation
**(OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**
(A) There must be positive identification of the pharmacist or pharmacists responsible for performing all activities relating to the practice of pharmacy including, but not limited to:
(5) Administering adult immunizations;

Highly Confidential Subject to Protective Order

BOP_MDL2796473

Case: 1:17-md-02804-OAP  Doc #: 3662-14  Filed: 08/17/21  442 of 738.  PageID #: 531815

## 36) Qualified Pharmacy Technicians (QPT)

**1) Does anyone other than a pharmacist or Qualified Pharmacy Technician package, label, or compound dangerous drugs while working in the pharmacy?**

No

Observation
**(OAC 4729-5-27) The following record keeping requirements do not apply to records relating to the practice of pharmacy for an inpatient as defined in rule 4729-17-01 of the Administrative Code.**
(A) There must be positive identification of the pharmacist or pharmacists responsible for performing all activities relating to the practice of pharmacy including, but not limited to:
(5) Administering adult immunizations;

**2) Do all Qualified Pharmacy Technicians meet the minimum standards set forth in OAC 4729-4-02 and 4729-4-03?**

Yes

**3) Have criminal records checks been performed on all pharmacy technicians intending to preform qualified tech duties?**

Yes

**4) Are Qualified Tech's BCI & FBI background checks available for review?**

No

Observation
All employees have background checks. The background checks are retained at the Giant Eagle Corporate Office.

## 39) OARRS

**1) Does the pharmacist have access to OARRS to request reports when needed?**

Yes

**2) Are the pharmacists requesting OARRS reports when appropriate?**

Yes

## 44) Inspection Affirmation

**1) Inspection Affirmation**

Observation
As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 20 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required.

## Summary

**Written Response Required**

The Organization shall correct items and return a written response, with details on the corrective action(s) taken, to the board office within 20 days from date issued.

**Reviewed by** Abbey Bensing, Pharmacist

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796474

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 443 of 738. PageID #: 531816

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300
NAME: Giant Eagle Pharmacy #1419
R.P.: 
ADD: 2061 Elm
Warren, Ohio 44483

CNTY: TRUMBULL

PHONE: 216 / 372 / 7196 / 372 / 7003
TIME IN: 1:15 AM
TIME OUT: 3:15 PM
TYPE: 05
FED. #: BG 4325634
EXP. DATE: 9-97
HOURS OPEN: M-SAT (DAILY) 9-9  SAT. SUN 9-6 (SUN. & HOLIDAYS)
RESPONSIBLE PERSON: Brent Swipas
TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | | |
| | | Partial – FEB 1 2 1996 | |
| | | | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#1- Current & posted - Last Full Insp. 3-/95

#14. Large Drug Destruction conducted at this facility from transfered drug stock of lic # 02-709950 to current license w/control 02-825300

The 02-709950 license was Discontinued as business on 10-24-95. (Gem-Care Inc)

See attached DEA Form 41.

PINK SHEET ISSUED (circle one)   YES   (NO)   DATE _____

PERSON IN CHARGE   Dan Yocum   DATE 2-6-96
INSPECTOR   Pavlich

PHA 0610   (REV. 01/93)   White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

BOP_MDL2800652



Highly Confidential Subject to Protective
Order

BOP_MDL2800653

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 445 of 738. PageID #: 531818

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300
NAME: Giant Eagle Pharmacy #1419
R.P.:
ADD: 2061 Elm
Warren Ohio 44483
CNTY: TRUMBULL

PHONE: 216 / 372 / 7003
TIME IN: 5:30 (P.M.)
TYPE: 05
FED. #: BG-4325634
EXP. DATE:
HOURS OPEN: M-SAT 9-9 (DAILY) (SAT.)
(SUN. & HOLIDAYS) 9-6
RESPONSIBLE PERSON: Brent Swipas
TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|-----------|----------------|-----------|----------------|
| | | FEB 2 0 1996 | |
| | | | |
| | | | |

| | |
|---|---|
| 1. LICENSES | #14- Drug Destruction follow up from 2-6-96 |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | |
| 6. SECURITY | |
| 7. LIBRARY | |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 18. NON-REG COMPOUNDING | |
| 19. Rx BLANKS | |
| 20. IMPROPER Rx'S | |
| 21. OUT DATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERIC MFG. | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED SCH II | |
| 31. REFILLS - 6 MO/5X | |
| 32. REFILLS - INT/DATE | |
| 33. REFILLS - U A | |
| 34. EMERGENCY KIT | |
| 35. CONTINGENCY KIT | |
| 36. NON-REG. DISPENSING | |

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

PERSON IN CHARGE: Brent J Swipas   DATE 2-12-96
INSPECTOR: _____

PHA 0610  (REV. 01/93)   White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

BOP_MDL2800654

Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 447 of 738. PageID #: 531820

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300

NAME: Giant Eagle Pharmacy #1419

R.P.:

ADD: 2061 Elm
Warren, Ohio 44483

CNTY: TRUMBULL

PHONE 216 / 372 / 7003

TIME IN 5³⁰  A.M. (P.M) / TIME OUT

TYPE 05

FED. # BG 4325634  EXP. DATE

HOURS OPEN (DAILY) M-SAT 9-9  (SAT.) SUN 9-6 (SUN. & HOLIDAYS)

RESPONSIBLE PERSON: Brent Suripas  TITLE RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

Morphine Oral Solution 500mL
Solution noted on DEA Form 41
Dated 2-6-96 was returned to stock
as unexpired & not destroyed with the
other controlled drug entries.

See attached incident report by Agent Parlich.

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

PERSON IN CHARGE   DATE 2-12-96

INSPECTOR  Parlich

PHA 0610  (REV. 01/93)   White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

BOP_MDL2800656

Highly Confidential Subject to Protective
Order

BOP_MDL2800657

OSBP

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

**FROM:** (Include Name, Street, City, State and ZIP Code in space provided below).

Giant Eagle Pharmacy
2061 Elm Rd.
Warren, Ohio   44483

OLD Lic. 02-709750

TRANSferred to 02-825300

Signature of applicant or authorized agent

Registrant's DEA Number
BG 4325634

Registrant's Telephone Number
216-372-7003

**NOTE:** CERTIFIED MAIL (Return Receipt Requested) IS REQUIRED FOR SHIPMENTS OF DRUGS VIA U.S. POSTAL SERVICE. See instructions on reverse of form.

| NAME OF DRUG OR PREPARATION (Registrants will fill in Columns 1, 2, 3, and 4 Only.) | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY DISPOSITION | QUANTITY GMS. | MGS. |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | 6 | 7 |
| 1  Morphine Unit Dose Cups 10mg/5mL | 136 | 5 cc | | | | |
| 2  MS Contin tabs | 1 | 294 | 60 | | | |
| 3  Morphine tubex | 170 | 1 ml | 10 | | | |
| 4  Morphine tubex | 1 | 5 ml | 10 | | | |
| 5  Meperidine  Tab | 1 | 100 | 100 | | | |
| 6  Morphine Sulfate Tab | 3 | 100 | 30 | | | |
| 7  Morphine Sulfate Tubex | 3 | 10 ml | 8 | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10  Initial Destruction at pharmacy | | | | | | |
| 11  on 2-6-95. Above items | | | | | | |
| 12  Destroyed but not recorded by | | | | | | |
| 13  Parlich in previously sent | | updated 2-9-96 | | | | |
| 14  DEA Form 41 same Date. | | verified by | | | | |
| 15  (See report attached Parlich | | the Reg. person R. Ph | | | | |
| 16    OSBP | | on 2-12-96 | | | | |

**DEA Form – 41** (Jun. 1986)    Previous edition dated 7/84 is usable.    * See instructions on reverse side.

Highly Confidential Subject to Protective Order

| NAME OF DRUG OR PREPARATION | Number of Con- tainers | CONTENTS (Number of grams, tablets, ounces or other units per con- tainer) | Con- trolled Sub- stance Con- tent (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| *1* | 2 | 3 | 4 | 5 | 6 | 7 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received

in _____ packages purporting to contain the drugs listed on this inventory and have been: **(1) Forwarded tape-sealed without opening;

(2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE _Feb. 9_ 19 _96_        DESTROYED BY: _Pavlich OSBP 2-9-96_

                                                WITNESSED BY: _____ _2-12-96_

** Strike out lines not applicable.

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any furlher inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or certified mail (return receipt requested) to Special Agent In Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).
PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.
ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.
    A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
    B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Sendcomments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Drug Enforcement Administration, Records Management Section, Washington, D.C. 20537; and to the Office of Management and Budget, Paperwork Reduction Project No. 1117-0007, Washington, D.C. 20503.

*U.S. Government Printing Office: 1994 — 301-162/12613

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 451 of 738. PageID #: 531824

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0825300 F
NAME: GIANT EAgle Pharm. #1419
R.P.:
ADDR: 2061 Elm Road
WARREN, OHIO 44483

CAT: III
CNTY: TRUMBULL      CLASS: 05

AREA CODE / TELEPHONE NUMBER: 330-372-7003
TIME IN: 2⁴⁵ P.M.
TIME OUT: 500 P.M.
TYPE: RETAIL
FED.#: BG 4325634
EXP. DATE: 9-05
HOURS OPEN (DAILY): 9-9  (SAT.) 9-9  (SUN. & HOLIDAYS): 7-6
RESPONSIBLE PERSON: Brent J. SWIPAS
TITLE/I.D. NO. 03-3-INIT. USED: 18335

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| B Pamela C. ERICKSON | | 16419 | | | |
| Kimberly ANN SWIPAS | | 3-3-18592 | | | |

OHIO PHARMACY BOARD

FEB 22 2005

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. RxBLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEA INVENTORY
30. PHONE DSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING Long

3-7-05 RS

Federal & State licens are current

The pharm. has four patient Disp computers with PDX software.

The pharm. has a full physical Barricade will RPh only Key access & alarm code system. The pharm alarm is State Alarm. Relief RPh key & code access via Pharmacist only Key Box.

haw Book

On this date the Resp Pharm RPh requested a Ful! C-II outdat destruction. (See attached DEA Form 41)

Reviewed the recial Rx files will comparing to accumulated register → Daily Audit sheets.

Rx Daily New / Refills areage 150 to 250

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE

DATE SIGNED: 2-16-05

SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800676

Highly Confidential Subject to Protective
Order

BOP_MDL2800677

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 453 of 738. PageID #: 531826

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

**FROM:** *(Include Name, Street, City, State and ZIP Code in space provided below).*

⌜ GIANT EAGLE PHARMACY #1419
2061 ELM RD.
WARREN, OHIO    44483 ⌟

TDDD# 02·0825300

Signature of applicant or authorized agent

Brent J Sairo

Registrant's DEA Number
BG 4325634

Registrant's Telephone Number
330·372·7003

**NOTE:** CERTIFIED MAIL (Return Receipt Requested) IS REQUIRED FOR SHIPMENTS OF DRUGS VIA U.S. POSTAL SERVICE: See instructions on reverse of form.

| NAME OF DRUG OR PREPARATION Registrants will fill in Columns 1, 2, 3, and 4 Only. | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content, (Each Unit) | FOR DEA USE ONLY DISPOSITION | QUANTITY | |
|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 5 | GMS. 6 | MGS. 7 |
| Purdue 1 OXYFAST 20mg/1mL    LIQ | 2 | 30mL | | | | |
| Sanofi 2 DEMEROL 50mg   TAB | 1 | 1 | | | | |
| SHIRE 3 ADDERALL   7.5mg   TAB | 1 | 30 | | Destroyed | | |
| SHIRE 4 ADDERALL   10 mg   TAB | 1 | 1 | | AT this | | |
| Richwood 5 ADDERALL   5 mg   TAB | 1 | 17 | | Facility By | | |
| Shire 6 ADDERALL   15 mg   TAB | 1 | 100 | | Flushin | | |
| Able 7 METHYLPHENIDATE Hydrochloride ER TAB | 1 | 20 | 20 mg | Purdue | | |
| MCO 8 METHYLPHENIDATE Hydrochloride   TAB. | 1 | 5 | 20mg | OSBP | | |
| Celltech 9 Methylphenidate Hydrochloride   TAB | 1 | 30 | 5mg | 2·16·05 | | |
| Able 10 Methyl Phenidate Hydrochloride   TAB | 1 | 50 | 5mg | | | |
| Able 11 methylphenidate Hydrochloride TAB | 2 | 100 | 5mg | | | |
| Endo 12 Percocet   TAB | 1 | 20 | 10/325 | | | |
| QUAL test 13 Oxycodone/Apap   Tabs | 1 | 10 | 5/500 | | | |
| CellTech 14 Metadate CD   Capsule | 1 | 70 | 20 mg | | | |
| CellTech 15 Metadate ER   Tabs | 1 | 100 | 20 mg | | | |
| CellTech 16 Metadate ER   Tabs | 1 | 20 | 20 mg | | | |

DEA Form — 41
(Jun. 1986)          Previous edition dated 7/84 is usable.

* See instructions on reverse side.

Highly Confidential Subject to Protective Order

BOP_MDL2800678

Highly Confidential Subject to Protective
Order

BOP_MDL2800679

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| | | | | 5 | 6 | 7 |
| 17 Oxy IR Capsules | 1 | 37 | 5 mg | | | |
| 18 KADIAN Capsules | 1 | 45 | 100 mg | Destroyed | | |
| 19 Focalin Tabs | 1 | 52 | 5 mg | at Facility | | |
| 20 Dextro Stat Tabs | 1 | 100 | 5 mg | by Flushing | | |
| 21 Methylphenidate Hydrochloride Tab | 1 | 1 | 10 mg | | | |
| 22 Roxicet oral Solution | 1 | 200 mL | mg | | | |
| 23 | | | | | | |
| 24 | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received in __24__ packages purporting to contain the drugs listed on this inventory and have been: **(1) Forwarded tape-sealed without opening;

(2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE __Feb. 16__ 2005      DESTROYED BY: _____

** Strike out lines not applicable.      WITNESSED BY: _____

---

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any further inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or certified mail (return receipt requested) to Special Agent In Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

---

## PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).
PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.
ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.
    A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
    B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Drug Enforcement Administration, Records Management Section, Washington, D.C. 20537; and to the Office of Management and Budget, Paperwork Reduction Project No. 1117-0007, Washington, D.C. 20503.

*U.S. Government Printing Office: 1994 — 301-162/12613

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2800681

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 457 of 738. PageID #: 531830

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 2-16-05 | T.D.D.D. #: 02-0825300 |
|---|---|
| BOARD AGENT: Palik | D.E.A. #: BG 4325634 |

**YES  NO**   (CHECK ONE)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

☑ ☐   Key in sealed envelope in safe. (Gold Box Pharmacist security system)

☑ ☐   All items requiring R.Ph. supervision are inside barricade.

☑ ☐   Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

☐ ☐   Minimum of seven (7) feet in height.

☑ ☐   Fully enclosed.

☑ ☐   Suitable locks are provided.

☑ ☐   Prescription department cannot be entered when locked without obvious damage to barricade.

☑ ☐   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:**

☑ ☐   This is a company-owned system.
If no, leased from who? _____ STATe Alarm

☑ ☐   This is a ☐ HARDWIRE / ☑ WIRELESS / ☐ BOTH system. *(check one)*

☑ ☐   There is a functional emergency "hold up" button.

☑ ☐   System is in operation at all times when R.Ph. is not present.

☑ ☐   Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
Monitor Wireless control sensors - OK this date.

☑ ☐   Only pharmacists possess access code to prescription room.

☑ ☐   System was tested this date. Date system was last tested? _2-16-05_

☐ ☑   Slot is provided for drop-in prescriptions.

☑ ☐   Suitable notice of operating hours to public is posted.

☑ ☐   Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

BOP_MDL2800682

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

2/16/05      5:00 PM
_____
(Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

Agent
_____
(Title)

**Comments:**

PHA-0611 (Rev. 06/98)

∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | | PHONE (INCLUDE AREA CODE) | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| DDD #: 02-0825300 P | | | 330-372-7003 | 10:15 P.M. | 11:00 P.M. |
| NAME: Brent Swipas RPh | | | TYPE 05 Retail Chain | FED.# | EXP. DATE |
| R.P.: Giant Eagle #1419 | | | | | |
| ADDR: 2061 Elm Rd | | | HOURS OPEN 9-9 (DAILY) M-SAT (SAT.) | (SUN. & HOLIDAYS) 9-6 SUN | |
| CAT: III Warren Ohio CLASS: 05 | | | RESPONSIBLE PERSON Brent Swipas | TITLE/I.D. NO. RPh | INIT. USED |
| CNTY: TRUMBULL | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | (Partial Insp) | | |
| | | | | MAR - 8 1999 | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES ✱
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING ✱
37. COUNSELING ✓

Agent Parlick requested specific patient information from the above RPh regarding compliance concerns on transfer of an Rx from TMMG (TRUMBULL MAHONING Medical Group) physician's of record for outside pharmacies.

✱ Discussed w/ RPh Swipas the need for patient names & specific complaints regarding TMMG. He was unable to provide me with the names of specific persons from past Rx oral transfers & updates. He will maintain a log of any problems that can be documented & report these to the Medical Board investigator once this case is turned over to them per/ T. Benedict.

✱ Contacted Willen Winily of CE reporting house for RPh's in the year 2001

☐ PINK SHEET ISSUED FOR NUMBER(S): _____ DATE: _____

| | | |
|---|---|---|
| Brent J Swipas | DATE 2-22-99 | Parlick |
| PERSON IN CHARGE | | INSPECTOR |

PHA-0610 (Rev. 12/97)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800670

Highly Confidential Subject to Protective
Order

BOP_MDL2800671

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

| | | | |
|---|---|---|---|
| DDD#: 02-825300 | TERM DISTR RETAIL PHCY (NEW) | PHONE / / | TIME IN / A.M. TIME OUT / P.M. |
| NAME: GIANT EAGLE PHARMACY | | TYPE 05 | FED. # Pending EXP. DATE |
| R.P.: RICHARD A. GRAY RPH | | | |
| ADD: 2061 ELM ROAD WARREN, OH 44483 | | HOURS OPEN (DAILY) (SAT.) (SUN. & HOLIDAYS) | |
| CATEGORY: THREE CLASS: 05 | | RESPONSIBLE PERSON: TITLE | |
| CNTY: TRUMBULL CO. (78)-GP 01/25/95 | | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | FEB 1 3 1995 | |
| | | | |
| | | | |

| | |
|---|---|
| 1. LICENSES | #1 - The new Term. Distr. # was issued to Giant |
| 2. I.D. CARDS | Eagle Pharmacy Manager Richard Gray RPh on |
| 3. RECORD SYSTEM | 2-6-95. The pharmacy is not scheduled to |
| 4. BARRICADE | begin actual operation until the week of |
| 5. MIN. STANDARDS | February 20, 1995. |
| 6. SECURITY | |
| 7. LIBRARY | A copy of the new license was forwarded to |
| 8. CLEANLINESS | Mr. Gray until this Agent can perform an |
| 9. REFRIGERATION | on site inspection. |
| 10. ACCOUNTABILITY | Please post this temporary copy of the license |
| 11. IMPROPER DISPENSING | in your pharmacy, until I can supply you |
| 12. INSUFFICIENT SUPERVISION | with the original |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 18. NON-REG COMPOUNDING | |
| 19. Rx BLANKS | |
| 20. IMPROPER Rx'S | |
| 21. OUT DATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERIC MFG | |
| 26. Rx FILES | * Sharon - Copy of license was mailed |
| 27. Rx COPIES | Original will be issued on or after 2/20/95 |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED SCH II Rx | |
| 31. REFILLS - 6 MO/5X | |
| 32. REFILLS - INT/DATE | |
| 33. REFILLS - U A | |
| 34. EMERGENCY KIT | |
| 35. CONTINGENCY KIT | |
| 36. NON-REG. DISPENSING | |

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

DATE _____    INSPECTOR  Pavlick

PERSON IN CHARGE _____

PHA 0610   (REV. 01/93)     White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective Order

BOP_MDL2800651

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300
NAME: Giant Eagle Pharmacy
R.P.:
ADD: 2061 Elm Rd
     Warren, Ohio    44483

CNTY: TRUMBULL

PHONE: 216 / 372 / 7003
TIME IN: 12:00 P.M.   TIME OUT: 1:30 P.M.
TYPE: 05
FED. #: BG 4325634    EXP. DATE:
HOURS OPEN: 9-9   (DAILY)   (SAT.) 9-9   (SUN. & HOLIDAYS) 9-6
RESPONSIBLE PERSON: Brent J. Swepas  #18335   TITLE: RPh

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Daniel Yocum | 03-2-19456 | | |
| Karen Armstrong | Technician | MAR 2 2 1995 | |

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#1- The new original license was issued on this date a copy of the license & TDDD was previously given to this pharmacy on 2-6-95.

#2 - Current

#3 - IBM hardware with two pharmacy computer terminal PDX software on line to Central HQ. All records & drugs within the barricade.

#4 - Full physical barricade with one access door & one service window. The door is key secured.

#5 - OK    #6 - The service window has an inside slider lock for securing same. The pharmacist's noted have their own keys & alarm code. The pharmacy has hardline wire detectors & three wireless sensors. The relief pharmacist has key access by means of the "gold box" security system. Only the R Pharmacist has a key to the pharmacy.

CAUTION: Federal law prohibits transfer of this drug to any person other than patient to whom prescribed

GIANT EAGLE (PHARMACY) ®

1419
GIANT EAGLE PHARMACY
2061 ELM ROAD
WARREN, OH 44483
(216) 372-7003

PINK SHEET ISSUED (circle one)    YES    NO    DATE _____

PERSON IN CHARGE: Daniel M. Yocum    DATE 3-13-95    INSPECTOR: Parlich

PHA 0610  (REV. 01/93)    White - Office Copy    Yellow - Inspector Copy    Green - Distributor Copy

Highly Confidential Subject to Protective Order

BOP_MDL2800646

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 - (614)466-4143

DDD#: 02-825300
NAME:    pg. 2
R.P.:
ADD:

CNTY:

| PHONE 216 | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | | FED. # | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| RESPONSIBLE PERSON: | | | TITLE | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| | | | |

ORIGINAL Start Up February 26, 1995

1. LICENSES
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6 MO/5X
32. REFILLS - INT/DATE
33. REFILLS - U A
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG. DISPENSING

#7-OK     #8-OK     #9-OK

#10 - The pharmacy has all C-II drugs secured in a pharmacy safe with a perpetual inventory completed daily & monthly review by Resp. Person. Three file system in place with the file # system numbers noted as C-II - 2 million series, C-III-V 4 million series legend 6 million series, 8 million series are OTC products.

#-

DEA Inventory O Balance with opening of store 2-26-95
Wholesaler - FoxMeyer
Rx Daily - 50

PINK SHEET ISSUED (circle one)   YES   NO   DATE _____

_Daniel M. Yocum_   DATE 3-13-95   _Parked_
PERSON IN CHARGE            INSPECTOR

PHA 0610 (REV. 01/93)    White - Office Copy   Yellow - Inspector Copy   Green - Distributor Copy   Pink - Individual Copy

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY, 77 S. HIGH ST., 17TH FLOOR, COLUMBUS, OHIO 43266-0320 · PHONE (614)466-4143 / FAX (614)752-4836

| TYPE: | | |
|---|---|---|
| DDD#: 02-0825300 | | |
| NAME: Giant Eagle Pharmacy #1419 | | |
| R.P.: | | |
| ADDR: 2061 Elm Rd. | | |
| Warren Ohio 44483 | | |

PHONE 330 / 372 / 7003
TIME IN 10:30 (A.M.) P.M.
TIME OUT 12:00 A.M. (P.M.)

TYPE: Retail Chain
FED.#: BG 4325634
EXP. DATE 9-97

HOURS OPEN 9-9 (DAILY) (SAT.) (SUN, & HOLIDAYS) 9-6

CAT: III  CLASS: 05
CNTY: TRUMBULL

RESPONSIBLE PERSON: Brent J. Swipas
TITLE/I.D. NO.: RPh.
INIT. USED:

| PERSONNEL | INIT. USED | TITLE/ I.D.NO. | PERSONNEL | INIT. USED | TITLE/ I.D.NO. |
|---|---|---|---|---|---|
| DANIEL M. Yocum | | RPh 03-2 19456 | * Agent Parlich will forward this information to the DEA Compliance Division. | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUT DATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES ___ Comp'd
27. Rx COPIES ___
28. Rx INT/DATE ___ 5/13/97
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

#1- Current & Posted

On this date Agent Parlich met w/ DAN Yocum RPh regarding the following shortage of a controlled C-II drug:

Sealed Mfrg vial of: Methylphenidate Hydrochloride 5mg Tabs
Manufactured by MD Pharmaceuticals Inc
Santa Ana, Ca. 92704

Label # NDC - 43567-531-07
Lot # M531 B10      Exp 2-00

RPh Yocum advised that the Mfrg sealed vial was opened by him & counted manually for 100 unit dose Rx. The vial showed a TOTAL of only 95 units. This pharmacy runs a C-II manually prepared by RPh only perpetual log of accountability. No previous shortages w/ this mfg was noted by the RPh. A DEA Form #106 was prepared for the loss. See attached OSBP report. The original mfrg. vial will be secured w/ the pharmacy through their next Biennial inventory.

PINK SHEET ISSUED FOR NUMBER: _____  DATE: _____

_Daniel M. Yocum RPh_  DATE 5-15-97
PERSON IN CHARGE

_Parlich_
INSPECTOR

PHA 0610 (REV. 06/95)

WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800660

Highly Confidential Subject to Protective
Order

OSBP

## U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION
### REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

**OMB APPROVAL**
No. 1117-0001

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

DEA MANUAL AUTHORITY:
Diversion Investigators 5124
FFS: 630-02

**1. NAME AND ADDRESS OF REGISTRANT (Include ZIP Code)**
GIANT EAGLE Pharmacy # 1419
2061 ELM RD.
WARREN, OHIO

ZIP CODE: 4 4 4 8 3

**2. PHONE NO. (Include Area Code)**
330-372-7003

**3. DEA REGISTRATION NUMBER**
2 ltr. prefix: B G
7 digit suffix: 4 3 2 5 6 3 4

**4. DATE OF THEFT OR LOSS**

**5. PRINCIPAL BUSINESS OF REGISTRANT (Check one)**
1 ☒ Pharmacy
2 ☐ Practitioner
3 ☐ Manufacturer
4 ☐ Hospital/Clinic
5 ☐ Distributor
6 ☐ Methadone Program
7 ☐ Other (specify)

**6. COUNTY IN WHICH REGISTRANT IS LOCATED**
TRUMBULL

**7. WAS THEFT REPORTED TO POLICE?**
☐ YES   ☒ NO

**8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT (Include Area Code)**
OHIO STATE BOARD of Pharmacy Notified
614-466-4143    AGENT G. PAVLICH

**9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS?**
None

**10. TYPE OF THEFT OR LOSS (Check one and complete items below as appropriate)**
1 ☐ Night break-in
2 ☐ Armed robbery
3 ☐ Employee pilferage
4 ☐ Customer theft
5 ☐ Other (Explain)
6 ☐ Lost in transit (Complete Item 14)

**11. IF ARMED ROBBERY, WAS ANYONE** N/A
KILLED? ☒ No ☐ Yes (How many)
INJURED? ☒ No ☐ Yes (How many)

**12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN?**
$ .96¢

**13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN?**
☐ No ☐ Yes (Est. Value)
$

**14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:** PACKAGE WAS in SEALED MD Pharmaceutical VIAL

A. Name of Common Carrier

B. Name of Consignee

C. Consignee's DEA Registration Number

D. Was the carton received by the customer?
☐ Yes ☐ No

E. If received, did it appear to be tampered with?
☐ Yes ☐ No

F. Have you experienced losses in transit from this same carrier in the past?
☐ No ☐ Yes (How Many)

**15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS?** Lot # M531810 > sealed mfg. vial that shortage qty came in.
Exp 2-00

**16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA 222) WERE STOLEN, GIVE NUMBERS**
N/A

**17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES?**
See Attached OSBP inspection sheet for loss info.
The RPh as Normal procedure opens mfg. sealed C-II drug packages & count the dosage units prior to dispensing. This procedure is what alerted the RPh to the contents shortage of a sealed pkg of 100 units to an actual qty of 95

### PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
PURPOSE: Report theft or loss of Controlled Substances.
ROUTINE USES: The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes

B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes

EFFECT: Failure to report theft or loss of Controlled Substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Records Management Section, Drug Enforcement Administration, Washington, D.C. 20537; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

**DEA Form – 106**
(Dec. 1985)

Previous edition dated 3/83 is OBSOLETE.

CONTINUE ON REVERSE

Highly Confidential Subject to Protective Order

BOP_MDL2800662



Highly Confidential Subject to Protective
Order

BOP_MDL2800663

# LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| xamples:    Desoxyn | Methamphetamine Hydrochloride | 5 Mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 Mg/ml Vial | 5 x 30 ml |
| Robitussin A·C | Codeine Phosphate | 2 Mg/cc Liquid | 12 Pints |
| Ritalin | Methylphenidate Hydrochloride | 5 mg TAbs | 5 |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

Signature _____    Title  STAFF PHARMACIST    Date  5-15-97

Highly Confidential Subject to Protective Order

BOP_MDL2800664



Highly Confidential Subject to Protective
Order

JUN 18 1999

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-0825300R
NAME: Giant Eagle Pharmacy #1419
R.P.:
ADDR: 2061 Elm Rd
Warren Ohio 44483

CAT: III          CLASS: 05
CNTY: TRUMBULL

PHONE (INCLUDE AREA CODE): 330-372-7003

TIME IN: 11:00 A.M.
TIME OUT: 12:45 P.M.

TYPE: Retail Chain
FED.#: BG 432 5634
EXP. DATE 9-2000

HOURS OPEN: 9-9 (DAILY)   (SAT.)   9-6 (SUN. & HOLIDAYS)

RESPONSIBLE PERSON: Brent J. Supan
TITLE/I.D. NO.: RPh
INIT. USED

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| DAN Yocum  RPh. | | | Partial Inspection | | |
| | | | ( NEW Pharmacy within | | |
| | | | Same Store & NEW Barricade ) | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

JUN 28

On this date the pharmacy new Barricade was inspected.

The pharmacy is being moved to a central location within the Giant Eagle store.

The new barricade consists of a wireless alarm system with three wall mounted sensors. The alarm is controlled through State Alarm. The alarm has a RPh individual controlled + access code pad.

The barricade has a counseling room access window that is secured with the slide window lock, secured from within the pharmacy by the RPharmacist.

The pharmacy has a wrap around barricade grate that is secured by pin at the one end & Two Floor pin locks with deadbolt

☐ PINK SHEET ISSUED FOR NUMBER(S):  Key controlled end of line security.

PERSON IN CHARGE          DATE 6-14-99          INSPECTOR

PHA-0610 (Rev. 12/97)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800640

Highly Confidential Subject to Protective
Order

BOP_MDL2800641

JUN 1 8 1999

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

| TYPE: | | | | PHONE (INCLUDE AREA CODE) | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 02-0825300 | | | pg. 2 | | | | P.M. | | P.M. |
| NAME: | | | | TYPE | | FED.# | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | | | | HOURS OPEN (DAILY) | | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | | CLASS: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

Revived the large Bay service window barricade metal grate. The screen is drawn down to a secured position on the window ledge. Once key secured, the window was able to be forced toward the pharmacy & hand access gained into any items below this area. Discussed this concern w/ the Reg Person RPh & construction personnel. A 1/4 inch bolt will be installed into the window ledge to prevent access. The barricade is Approved as view & discussed on this date

☐ PINK SHEET ISSUED FOR NUMBER(S): _____ DATE: _____

DATE 6-14-99

PERSON IN CHARGE

INSPECTOR

PHA-0610 (Rev. 12/97)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800642

Highly Confidential Subject to Protective
Order

BOP_MDL2800643

## OHIO STATE BOARD OF PHARMACY

### PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

DATE _6·14·99_

AGENT _Parker_

T.D.D.D. NO. _02-0825300_

D.E.A. NO. _BR 421/594_

### RULE 4729-9-11 REQUIREMENTS

LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

_RPh only controlled Keys & relief access code & Keys are secured in a RPh only access BOX._

CHECK ONE:

| YES | NO | |
|-----|-----|---|
| × | | _RPh access Box_<br>Key in ~~sealed envelope~~ in safe.    _Approved_ |
| × | | All items requiring R.Ph. supervision are inside barricade. |
| × | | Prescription department may not be entered when barricade is in use. |
| × | | (A) Physical Barricade: |
| | | (1) Minimum of seven (7) feet in height. |
| × | | (2) Fully enclosed. |
| × | | (3) Suitable locks are provided. |
| × | | (4) Prescription department cannot be entered when locked without obvious damage to barricade. |
| × | | (5) No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed. |
| | | (B) Electronics: |
| × | | (1) This is a company-owned system.<br>If no, leased from whom? _STATE ALARM_ |
| × | | (2) This is a [circle one] hardwire/(wireless)/both system. |
| × | | (3) There is a functional emergency "hold up" button. |
| × | | (4) System is in operation at all times when R.Ph. is not present. |
| × | | (5) Items in prescription room may not be removed when system is operating without activating the alarm.<br>Where does alarm sound or who does it alert? _STATE ALARM & RPh_<br>_B. Surgeon_ |
| × | | (6) Only R.Ph.s possess access code to prescription room. |
| × | | (7) System was tested this date.<br>When was system last tested? (Date) _NO (sensors are functional)_ |

PHA-0611 (Rev. 01/90)

(CONTINUED ON REVERSE)

Highly Confidential Subject to Protective Order

- 2 -

CHECK ONE:

| YES | NO | |
|-----|-----|---|
| | ✓ | Slot is provided for drop-in prescriptions. |
| ✓ | | Suitable notice of operating hours to public is posted. |
| ✓ | | Notice of emergency service is posted. |

I, __Brent Swipas__ , R.Ph./Owner, have been informed of and understand the following requirements:

(1) No prescription item may be sold when the prescription department is closed.

(2) No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

(3) No prescription may be left outside the barricade for customer pick-up.

(4) No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

(5) No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Rules 4729-17-03 and 4729-17-07 of the Ohio Administrative Code.

(6) Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

(7) All dangerous drugs are to be stored within a barricaded area.

_____          6.14.99        12 45 pm
(Signature of R.Ph./Owner)            (Date/Time)

I, _____ , COMPLIANCE AGENT, FIND THIS BARRICADE TO COMPLY WITH ALL REQUIREMENTS OF RULE 4729-9-11 OF THE OHIO ADMINISTRATIVE CODE.

COMMENTS:

(PLACE STORE STICKER HERE)

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  479 of 738.  PageID #: 531852

JUL 1 1 2000

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 - PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-0825300ᴾ
NAME: GIANT EAGLE Pharmacy
R.P.:
ADDR: 2061 Elm Rd
Warren, Ohio 44483

CAT: III      CLASS: 05
CNTY: TRUMBULL

PHONE (INCLUDE AREA CODE): 330-372-7003
TIME IN: 11¹⁵ A.M.
TIME OUT: 12³⁰ P.M.

TYPE: Retail Chain
FED.# / EXP. DATE: BG 4325634

HOURS OPEN: 9-9 (DAILY)   (SAT.)   (SUN. & HOLIDAYS)

RESPONSIBLE PERSON: Brent Swipas   TITLE/I.D. NO.: RPh   INIT. USED:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | Return Rx files Ref OSBP Case # 99·2024 | | |
| | | | * Destroy Controlled substances as Requested by RPh | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

On this date, RPh Swipas requested a destruction of Controlled Substances, which was completed on this date. See attached DEA # 41

On this date the following original files & accountability from B&B A Drug Store was also returned to the pharmacy as follows:

Controlled Drug Inventory dated 1-3-98
Rx-CII spindles - all of the 2 million series (5 spindles)
Rx-III-V spindles - 4 million Series (19 spindles)

Files were secured in the Basement security locker.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____   DATE: _____

PERSON IN CHARGE: Brent J Swipas   DATE 7-3-00   INSPECTOR: Pavlik

PHA-0610 (Rev. 12/97)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800672

Highly Confidential Subject to Protective
Order

BOP_MDL2800673

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: *(Include Name, Street, City, State and ZIP Code in space provided below.)*

⌈GIANT EAGLE Pharmacy
2061 Elm Rd.
⌊Warren, Ohio 44483 ⌋

02-0825300 TDDD#

Signature of applicant or authorized agent

Brent D Swipes

Registrant's DEA Number
BG 432 5634

Registrant's Telephone Number
330-372-7003

NOTE: CERTIFIED MAIL (Return Receipt Requested) IS REQUIRED FOR SHIPMENTS OF DRUGS VIA U.S. POSTAL SERVICE. See Instructions on reverse of form.

| NAME OF DRUG OR PREPARATION (Registrants will fill in Columns 1, 2, 3, and 4 Only.) | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY DISPOSITION | QUANTITY GMS. | QUANTITY MGS. |
|---|---|---|---|---|---|---|
| SK 1 Dexedrine Spansule CAPS 15mg | 1 | 13 | | | | |
| LBY 2 Ritalin HCl 10mg Tab | 1 | 90 | | | | |
| QualTost 3 Oxycodone / Apap cap 5/500 | 1 | 8 | | Destroyed | | |
| Ethex 4 Hydromorphone Hydrochloride TAPS | 1 | 20 | 2mg | on this | | |
| Dupont 5 Percodan 4.50/0.38 Tabs | 1 | 9 | | date by | | |
| Roxane 6 Hydromorphone Tabs | 1 | 60 | 4 mg | Flushing | | |
| Roxane 7 Hydromorphone Tabs 4mg | 2 | 100 | | Pavlick | | |
| Roxane 8 Methadone Hydrochloride Tabs | 3 | 100 | 40 mg | Agent | | |
| 9 | | | | OSBP | | |
| 10 | | | | 7-3-00 | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |

DEA Form — 41 (1986)     Previous edition dated 7/84 is usable.     • See Instructions on reverse side.

Highly Confidential Subject to Protective Order

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received in **11** packages purporting to contain the drugs listed on this inventory and have been: **(1) Forwarded tape-sealed without opening;** (2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE July 3 To 2000          DESTROYED BY: _Paulich AgenT OSBP_
                                             _BB_

WITNESSED BY: _____

** Strike out lines not applicable.

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any furhter inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or certified mail (return receipt requested) to Special Agent In Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).
PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.
ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.
    A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
    B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Drug Enforcement Administration, Records Management Section, Washington, D.C. 20637; and to the Office of Management and Budget, Paperwork Reduction Project No. 1117-0007, Washington, D.C. 20503.

*U.S. Government Printing Office: 1989-241-707/08906

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO STATE BOARD OF PHARMACY; 77 S. HIGH ST., 17TH FLOOR; COLUMBUS, OHIO 43266-0320 · PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 02-0825300P
NAME: Giant Eagle Pharmacy #1419
R.P.: 
ADDR: 2061 Elm Rd.
Warren, Ohio 44483

CAT: III   CLASS: 05
CNTY: TRUMBULL

PHONE (INCLUDE AREA CODE): 330-372-7003
TIME IN: 9¹⁵ A.M.   TIME OUT: 10³⁰ A.M.
TYPE: Chain
FED.#: BG 4325634   EXP. DATE 9-2000
HOURS OPEN (DAILY) 9-9   (SAT.)   (SUN. & HOLIDAYS) 9-6
RESPONSIBLE PERSON: Brent J. Swipas   TITLE/I.D. NO.: RPh   INIT. USED: 18335

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Daniel Yocum | | RPh. 19456 | | | |

(Partial Insp)

* The pharmacy has PDX software on two computer monitors for all patient dispensing   SEP - 2 1998

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

Comps 7/10/96

On 8-17-98 RPh Swipas contacted OSBP Agent Pavlich regarding a C-II shortage of — Methylphenidate 5mg Tabs TOTAL 56 Tabs.

An in-house security review w/ Bill Dorich Giant Eagle Security was conducted this past week. Additional Security documentation being noted by the RPh on the actual C-II Rx which includes qty dispensed plus remaining qty in vial.

The pharmacy also has a C-II perpetual log & all C-II drugs are secured in the RPh only controlled vault.

See OSBP Case #

A full inspection was last conducted in this pharmacy on 5-15-97.

PINK SHEET ISSUED FOR NUMBER(S): _____   DATE: _____

PERSON IN CHARGE: Brent J Sw___   DATE 8-24-98   INSPECTOR: Pavlich

PHA-0610 (Rev. 03/97)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800666

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  484 of 738.  PageID #: 531857

Highly Confidential Subject to Protective
Order

BOP_MDL2800667

**U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION**

# REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

**OMB APPROVAL**
No. 1117-0001

**DEA MANUAL AUTHORITY**
Diversion Investigators 5124
FFS 630 02

| 1. NAME AND ADDRESS OF REGISTRANT (Include ZIP Code) | 2. PHONE NO. (Include Area Code) |
|---|---|
| 02-0825300 *Giant Eagle Pharmacy* 2061 Elm RD. WARREN, OHIO ZIP CODE 44483 | 330·372-7003 |

| 3. DEA REGISTRATION NUMBER | 4. DATE OF THEFT OR LOSS | 5. PRINCIPAL BUSINESS OF REGISTRANT (Check one) |
|---|---|---|
| 2 ltr. prefix **BG** 7 digit suffix **4325634** | NOTED AS MISSING 8·13·98 | 1 ☒ Pharmacy  5 ☐ Distributor<br>2 ☐ Practitioner  6 ☐ Methadone Program<br>3 ☐ Manufacturer  7 ☐ Other (specify)<br>4 ☐ Hospital/Clinic |

| 6. COUNTY IN WHICH REGISTRANT IS LOCATED | 7. WAS THEFT REPORTED TO POLICE? | 8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT (Include Area Code) |
|---|---|---|
| *TRUMBULL* | ☐ YES ☒ NO | WARREN P.D. 330·394·2521   OSBP AGENT G. PAVLICH 330·757·0629 |

| 9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS? *NO* | 10. TYPE OF THEFT OR LOSS (Check one and complete items below as appropriate) |
|---|---|
| | 1 ☐ Night break in  3 ☐ Employee pilferage  5 ☒ Other (Explain) *UNKNOWN*<br>2 ☐ Armed robbery  4 ☐ Customer theft  6 ☐ Lost in transit (Complete Item 14) |

| 11. IF ARMED ROBBERY, WAS ANYONE | 12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN? | 13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN? |
|---|---|---|
| KILLED? ☒ No ☐ Yes (How many) _____<br>INJURED? ☒ No ☐ Yes (How many) _____ | $ 11.27 | ☐ No ☐ Yes (Est. Value) $ — |

**14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING**

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|
| | | |

| D. Was the carton received by the customer? | E. If received, did it appear to be tampered with? | F. Have you experienced losses in transit from this same carrier in the past? |
|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ No ☐ Yes (How Many) _____ |

**15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS?**   00135215   4-2014X   McKesson-Wholesaler
Price Code 110-1575   118.33.29 _____

**16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA 222) WERE STOLEN, GIVE NUMBERS**
NO

**17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES?**
Perpetual log presently in place with RPh only documentation
RPh only control access to the C-II Unit.
ALL C-II Rx's now have the Dispensed Qty written on the script with remaining qty in the ULtre Also noted.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91 513)
PURPOSE: Report theft or loss of Controlled Substances
ROUTINE USES: The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated

  A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
  B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Records Management Section, Drug Enforcement Administration, Washington, D.C. 20537, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503

**DEA Form - 106**
(Dec. 1985)

Previous edition dated 3/83 is OBSOLETE

**CONTINUE ON REVERSE**

Highly Confidential Subject to Protective Order

BOP_MDL2800668

## LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| **Examples:** Desoxyn | Methamphetamine Hydrochloride | 5 Mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 Mg/ml Vial | 5 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 Mg/cc Liquid | 12 Pints |
| 1. Ritalin | Methylphenidate Hydchlo | 5mg TAbs | 56 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

Brend J Swiper
**Signature**

Pharmacy Manager
**Title**

8/24/98
**Date**

George Pavlich     Agent OSBP     8-24-98

*U.S. Government Printing Office: 1990 — 262-087/25156

Highly Confidential Subject to Protective Order

BOP_MDL2800669

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 487 of 738. PageID #: 531860

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: Terminal Distributor
DDD#: 02-0825300
NAME:
R.P.: Giant Eagle Pharmacy #1419
ADDR: 2061 Elm Road 44483
WARREN OHIO

AREA CODE / TELEPHONE NUMBER 330-372-7003
TIME IN 10:00 A.M.
TIME OUT 12:30 P.M.
TYPE: RTPC
FED.# 
EXP. DATE: BG 4325634
HOURS OPEN 9-9 m-7    9-7 SAT    9-5 SUN

CAT: III    CLASS: 05
CNTY: TRUMBULL
FAX NUMBER 330-372-7818    EMAIL

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| LINDA Lee RHODES RPh | | 03-3-14326 | Resp Person RPh | | |
| MELINDA L. LOZZI RPh | | 03-2-21539 | MICHAEL RUBESICH RPh | | 03-3-22049 Floating RPh |
| DENNIS NISBETT RPh | | 03-2-14302 | Rebecca MAPEL RPh | | 03-3-31174 Float Tec RPh |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
25. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐ Temp P ☐

_ The Federal & State licenses are current

_ ON this date AN INSPECTION was completed of A NEW pharmacy location within this same G.Eagle store. The pharmacy will move into the NEW pharmacy on Sunday DEC 4. The current location will be VACATED under RPh supervision AT 3:00 pm & ALL RECORDS, DRUGS, & Supervision will Transfer to the New pharmacy. The new pharmacy has one STAND Alone RPh #code Access panel with magnetic & wall mounted eye sensors through-out the RPh secured pharmacy. The opened area of the pharmacy is secured with one metal wrap around gate that has gate pins secured to the concrete floor & dead bolt Key secured locks at the closure wall. Tested & Secure

12-9-11
☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          DATE
SIGNATURE OF INSPECTOR    12-01-2011    DATE

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800684





Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: | | | | | | P.M. | | P.M. |
| NAME: | 02-0825300 | Pg 2 | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | | | | HOURS OPEN | | | | |
| CAT: | | CLASS: | | FAX NUMBER | EMAIL | | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

on this date. The gate Keys & code to the STATE Alarm system are now in possession of the STAFF RPh's in this store. RPh's for (no reason) shall allow Key-code access to the new pharmacy by anyone unlicensed at this point in time. The barricade walls are secured from the floor to the roof deck. VISUAL INSPECTION Approved at this time. See Rx room insp BARricade report. Approved.

- Wholesaler - McKesson drug
- DEA-222 forms are properly documented & RPh reviewed w/ Attached invoice & RPh initals.
- Rx returns thru MED-TURN INC.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |
|---|---|---|---|
| | | Pavlich | 12-1-2011 |

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 491 of 738. PageID #: 531864

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: | | | Pg.3 | | | | P.M. | | P.M. |
| NAME: 02.0825300 | | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | — Approx 2100 New/refill Rx's weekly |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | — The last DEA inventory was filed on 5-1-2011 as |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | an opent of business |
| 6. SECURITY | |
| 7. LIBRARY | — Power of Atty documents are on file. |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |
| F ☐   P ☐ | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR    12-1-2011 | DATE |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800688



Highly Confidential Subject to Protective
Order

## OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

### (O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 12-01-2011 | T.D.D.D. #: 02-082 5300 |
|---|---|
| BOARD AGENT: *Pardick* | D.E.A. #: BG 4325634 |

YES   NO   (CHECK ONE)     *Approved on this date* ⊖

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

☒ ☐ Key in sealed envelope in safe. *Combination & code Access by RPh.*

☒ ☐ All items requiring R.Ph. supervision are inside barricade.

☒ ☐ Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

☐ ☐ Minimum of seven (7) feet in height.

☒ ☐ Fully enclosed.

☒ ☐ Suitable locks are provided.

☒ ☐ Prescription department cannot be entered when locked without obvious damage to barricade.

☒ ☐ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

☒ ☐ This is a company-owned system.
If no, leased from who? ___STATe Alarm___

☒ ☐ This is a ☐ HARDWIRE / ☐ WIRELESS / ☒ BOTH system. *(check one)*

☒ ☐ There is a functional emergency "hold up" button. *on code Box*

☒ ☐ System is in operation at all times when R.Ph. is not present.

☒ ☐ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
___STATe Alarm, Local PD, R.RPh___

☒ ☐ Only pharmacists possess access code to prescription room.

☒ ☐ System was tested this date. Date system was last tested? ___12·1·2011___

☐ ☒ Slot is provided for drop-in prescriptions.

☒ ☐ Suitable notice of operating hours to public is posted.

☒ ☐ Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)                    *(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 494 of 738. PageID #: 531867

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.
5. No person other than a registered pharmacist may possess keys to the prescription depart ment in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

_____        _____
(Signature of R.Ph./Owner)                 (Date and Time of Signature)
                                            12·1·2011  11:15 Am

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____        _____
(Signature of Board Agent)                 (Title)
                                            12·1·2011

Comments: _Moving into New Remodeled/Allowed Pharmacy on 12·4·2011 After 3:00pm_

↑ A PLACE STORE STICKER/STAMP HERE A ↑

PHA-0611 (Rev. 06/98)

05/28/2014 11:57 FAX 3304485291          GIANT EAGLE                          ☑001

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT
OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: **DDD**
DDD#: 020885700
NAME: Giant Eagle Pharmacy #1435
R.P.: Susan A. Fields (R.Ph.)
ADDR: 7229 Warren-Sharon Rd
Brookfield, OH 44403

| AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|
| 330 448 6480 | 11:15 A.M. | 1:15 P.M. |

TYPE: Retail Chain      FED. #: BG4676245      EXP. DATE: 09-30-2014

HOURS OPEN: Mon – Fri 9a–9p   SAT 9a–7p   SUN 9a–5p

CAT: III      CLASS: 05
CNTY: (78) Trumbull

FAX NUMBER: 330 448-5291      EMAIL:

| PERSONNEL | INIT. USED | TITLE / I.D. NO. | PERSONNEL | INIT. USED | TITLE / I.D. NO. |
|---|---|---|---|---|---|
| Susan A. Fields (R.Ph.) | | 03218873 | | | |
| Barbara A. Meinhart (R.Ph.) | | 03219699 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☑   Partial ☐

1. State and Federal Licenses are current and posted for inspection.

2. R.Ph's Fields and Meinhart are carrying valid signed I.d cards.

3. Computer Software used is Enterprise Pharmacy System by PDX Version 2.5.06.11 Build No. 2506-568. 7 terminals are maintained for data. Daily log reports along with our override reports are maintained and signed by (all) Practicing R.Ph's. Patient profiles can be obtained immediately upon request going back 2+ years. Additional data can be obtained by request.

4. Barricade inspection report complied. this date. Physical barricade approval.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE _____ DATE ____
SIGNATURE OF INSPECTOR _____ DATE 02/11/2014
PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

---

37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☐

Under # box labeled inventory _____ is used. This box contains various records of accountability to include. C-II-I invoices Power of Atty forms, and ___

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE _____ DATE ____
SIGNATURE OF INSPECTOR _____ DATE 02/11/2014
PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

CONFIDENTIAL

05/28/2014 11:58 FAX 3304485291     GIANT EAGLE     ☑002

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | AREA CODE / TELEPHONE NUMBER | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|
| DDD# 02088 5700 | | | A.M. | | A.M. |
| NAME: Giant Eagle Pharmacy #1435 | | | P.M. | | P.M. |
| R.P.: | TYPE | FED. # | | EXP. DATE | |
| ADDR: | | | | | |
| 3 of 3 | HOURS OPEN | | | | |
| CAT: CNTY (78) Trumbull    CLASS: | FAX NUMBER | EMAIL | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 10 cont. |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | Annual Controlled drug inventory. |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | 21. Drug Stock reviewed for outdates. |
| 6. SECURITY | |
| 7. LIBRARY | 23. C-II-V Rx files reviewed this date |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | 26. A 3part Rx filling system is in place |
| 10. ACCOUNTABILITY | |
| 11. IMPROPER DISPENSING | 29. DEA Inventory Conducted 10/26/2013 after |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | the closing of business by R.Ph. Fields. |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | 39. Both R.Ph. Fields and McAvary are registered |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | and able to use OARRS |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | This pharmacy fill approximatly 250 Rx's |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | daily. About 40 % are refill Rx's |
| 24. OTC/SYRINGES | |
| 26. Rx FILES | Whole Salers used: MKesson + Anda |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/SX | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |
| Full ☐    Partial ☐ | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | 02/28/2014 |
|---|---|---|---|
| | | | DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

CONFIDENTIAL

05/28/2014 11:58 FAX 3304485291          GIANT EAGLE                          ☑003

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|---|---|---|---|
| DDD# 02088570O | | | | | | | A.M. P.M. | | A.M. P.M. |
| NAME: Giant Eagle Pharmacy #435 | | | | TYPE | | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | | | | | | | | | |
| | | 2 of 3 | | HOURS OPEN | | | | | |
| CAT: | | CLASS: | | FAX NUMBER | | | EMAIL | | |
| CNTY (78) Trumbull | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐     Partial ☐

5 Minimum Standards met

6. Note: The theft of drugs is a felony and must be reported immediately upon discovery to the Board of Pharmacy via telephone. If a controlled substance is involved the DEA must be notified.

No recent criminal offenses have been reported

7. Laws are accessed by way of the internet as reviewed with R.Ph. Fields.

8. OK   9. OK

10. DEA 222 forms are manually executed and kept in good order. A box labeled "Pharmacy Controlled drug records box" is used. This box contains various records of accountability to include C-II-V invoices, Power of Atty forms, and

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED and *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_____          _____          _____  02/11/2014
SIGNATURE OF PERSON IN CHARGE          DATE          SIGNATURE OF INSPECTOR          DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: TERMINAL DISTRIBUTOR
DDD #: 02-0885700
NAME: GIANT EAGLE Pharmacy #1435
R.P.:
ADDR: 7229 Sharon-Warren RD.
Brookfield Ohio 44403

CAT: III   CLASS: 05
CNTY: 78

| AREA CODE / TELEPHONE NUMBER | TIME IN | | TIME OUT | |
|---|---|---|---|---|
| 330 - 448 - 6480 | 11³⁰ | A.M. / P.M. | 2³⁰ | A.M / P.M. |

| TYPE | FED. # | EXP. DATE |
|---|---|---|
| RTPC | BG4676245 | 9-11 |

HOURS OPEN M-7-9.9  SA₹9-7  SUN 9-5

| FAX NUMBER | EMAIL |
|---|---|
| 330 - 448.5291 | |

| PERSONNEL | Rrp INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| BARBARA McANANY RPh | bam 03-2-14 | 19699 | | | |
| Brenton Cornwell RPh | BJc | 26829 | | | |

1. LICENSING  3/14/11
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS  OK
6. SECURITY
7. LIBRARY  3-28-11
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
26. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☒ Full   P ☐

☒ PINK SHEET ISSUED FOR NUMBER(S): #29-12

- The federal & state licenses are current
- The pharmacy has PDX software with 4 patient dispensing computers within the pharmacy. Records are secured within the pharmacy.
- The pharmacy has a physical barricade w/ one Key access door and one metal screen to secure the service bay window. This pharmacy has no drive up service. The pharmacy has multiple hard drive monitored security cameras within the pharmacy. A hardwire & sensor alarm system with 24 hr State Alarm is activated & RPh only controlled.
- Refrig unit is secured & OK in the pharmacy.
- Reviewed Dispensing Authentication loop - OK RPh signature review & chronological order / Dual signature review justification is completed
- Approx 1800 new/refill dispensing weekly (373 one day high dispensing 3-8 noted with two staff pharmacists)

Conf   3-21-11

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 3/9/11 DATE | SIGNATURE OF INSPECTOR | 3-9-2011 DATE |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800766

Highly Confidential Subject to Protective
Order

BOP_MDL2800767

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0885700    Pg. 2
NAME:
R.P.:
ADDR:

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|

| TYPE | FED. # | EXP. DATE |
|---|---|---|

HOURS OPEN

FAX NUMBER          EMAIL

CAT:          CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐    29 12

- Will call pkg have a 13 Day Turn around review.
- C-II drugs are RPh secured in the C-II vault
- RPh monthly C-II Narcotic audit review conducted/on file
- 222 forms are properly completed & receipt review w/ written accountability by the RPh
- Wholesaler – McKesson Corp – New Castle PA.
- RPh prepared & documented C-II perpetual log
- The casualty log is properly maintained w/ min Rx required info & customer receipt signature.
- A separate partial fill log is also maintained w/ signature
- Blank 222 forms secured in the safe. Voided 222 forms properly maintained. Packaged 222 forms still sealed as received for DEA.
The DEA Biennial Inventory was completed on January 3, 2011

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____    3/9/11
SIGNATURE OF PERSON IN CHARGE          DATE

_____    3-9-2011
SIGNATURE OF INSPECTOR          DATE

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2800769

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 502 of 738. PageID #: 531875

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|---|
| DDD#: 02-0885700     pg. 3 | | | | A.M. P.M. | | A.M. P.M. |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
26. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐   P ☐

as a close of business by the New Resp Person RPh Cornwell Maintain all records only within the pharmacy. On this date the Biennial Inventory was not in the pharmacy as requested - RPh/Resp Person RPh Cornwell stated he had the Federal Accountability document in his county log & left that log at his residence. (Never shall any pharmacy document be removed from the pharmacy & taken home by any pharmacist for whatever reason.) Violation of compliance responsibility by the Resp Person 4729-5-11 & 4729-5-27 OAC. (Written reply to OSBP required - & signed by RPh Cornwell)

– Double checked C-II inventory / perpetual log accuracy & original prescriptions. Audit review OK

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| _____ | 3/9/11 | _____ | 3-9-2011 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800770

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0885700    pg. 4
NAME:
R.P.:
ADDR:

| AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
| TYPE | FED.# | EXP. DATE |

HOURS OPEN

FAX NUMBER    EMAIL

CAT:    CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
25. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐  P ☐

Discussed prescriber/agent called in prescription information required from the agent, (first & last name) question advice agent caller & state how 4729.51 D-1 & their legal responsibility if they fail to comply or give false name - Advise them of the felony violation or notify this agent of OSBP

Advised RPh to monitor possible family member prescriptions with prescriber same last name & out of state - New Jersey - calling in C-V cough syrup - see Rx# 4469994 dated 2-28-2011.

Discussed long term prescribing of (one patient) pain meds by a PA-DPM prescriber. ✱ SEND written reply to #29-12 to OSBP within 20 Days

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, THE DISTRIBUTOR SHALL CORRECT ITEM(S) INDICATED AND RETURN THE PINK COPY, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE WITHIN 20 DAYS FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    3|9|11  DATE
SIGNATURE OF INSPECTOR    3-9-2011  DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800772

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: Terminal Distributor | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|---|
| DDD#: 02-0885700 | 330·448·6480 | 11³⁰ A.M. P.M. | 2³⁰ A.M. P.M. |
| NAME: Giant Eagle Pharmacy #1435 R.P.: | TYPE RTPC | FED. # BG4676245 | EXP. DATE 9·11 |
| ADDR: 7229 Sharon-Warren Rd. Brookfield Ohio 44403 | HOURS OPEN M·7·9·9 Sat 9·7 Sun 9·5 | | |
| CAT: III    CLASS: 05 CNTY: 78 | FAX NUMBER 330·448·5291 | EMAIL | |

| PERSONNEL | R.P. INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Barbara McAnany RPh | BAM 03·2· | 19699 | | | |
| Brenton Cornwell RPh | BJC | 26829 | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | – The federal & state licenses are current |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | The pharmacy has PDX software with 4 patient dispensing computers |
| 4. BARRICADE | within the pharmacy. Records are secured within the pharmacy. |
| 5. MIN. STANDARDS | |
| 6. SECURITY | – The pharmacy has a physical barricade w/ one key access door and |
| 7. LIBRARY | one metal screen to secure the service bay window. |
| 8. CLEANLINESS | this pharmacy has no drive up service. The pharmacy has |
| 9. REFRIGERATION | multiple hardwire monitored security cameras w/ in the |
| 10. ACCOUNTABILITY | pharmacy. A hardwire & sensor alarm system with 24 hr |
| 11. IMPROPER DISPENSING | state alarm is activated & RPh only controlled. |
| ⟨12. INSUFFICIENT SUPERVISION⟩ | |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 26. OTC/SYRINGES | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| ⟨29. DEA INVENTORY⟩ | – Refrig unit is secured & OK in the pharmacy. |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/5X | – Reviewed Dispensing Authentication loop – OK RPh signature review |
| 32. REFILLS-INT/DATE | & chronological order / dual signature review justification is completed |
| 33. REFILLS-UA | |
| 37. COUNSELING | – Approx 1800 new/refill dispensing weekly (~3 one day peak dispensing, 3·8 no trial |
| 38. PSE SALES | with two staff pharmacists |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |
| F ☑ Full    P ☐ | |

☒ PINK SHEET ISSUED FOR NUMBER(S): #29-12

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| | | | |
|---|---|---|---|
| _SIGNATURE OF PERSON IN CHARGE_ | 3/9/11 DATE | _SIGNATURE OF INSPECTOR_ | 3·9·2011 DATE |

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Copy to GP + File.
CKR 04/13/2011

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

March 10, 2011

Giant Eagle Pharmacy #1435
7229 Warren Sharon Rd
Brookfield, Oh 44403
330-448-6480

Dear Board of Pharmacy:

My name is Barbara McAnany Rph. I am writing regarding the
audit and violation that took place on 3/9/11. I have worked for
Giant Eagle since 2000 and have worked in Store#1435 for the
past 3+ years.
Brent Cornwell came on as manager January 3rd, 2011. I worked
this day and was witness to him doing the inventory. We had an
extra pharmacist this day to provide the appropriate overlap.
If there are any further questions. Please feel free to contact me
regarding this issue.

Sincerely,

Barbara McAnany Rph

Highly Confidential Subject to Protective
Order

BOP_MDL2800777

March 16, 2011

Ohio State Board of Pharmacy
77 South High Street, Room 1702
Columbus, OH 43215-6126

To Whom It May Concern:

I am writing this letter in response to the Dangerous Drug Distributor Inspection
conducted on March 9, 2011 at the Giant Eagle Pharmacy located in Brookfield, OH.
During that inspection, I was cited for violations regarding documentation that must be
maintained within the pharmacy (specifically lines 12 and 29 of the report).

On January 3, 2011, I started as the pharmacist in charge of the Giant Eagle pharmacy in
Brookfield. That day I completed the required inventory of all controlled drugs. After
the completion of the inventory, I inadvertently placed the inventory paperwork into a
working binder that contained other paperwork I had from my initial days at the
pharmacy. I took the binder home with me rather than leaving the documents within the
pharmacy.

I am aware of the severity of this, and for that I apologize sincerely. When this matter
was brought to my attention, the paperwork was returned to the pharmacy immediately. I
will be more diligent in tracking required documentation and I will verify that everything
that must be left at the pharmacy is, in fact, in the appropriate place. I am certain that this
situation will never occur again.

Again, I apologize for this situation and the confusion that it has caused.

Sincerely,

Brenton Cornwell

Highly Confidential Subject to Protective
Order

2011 MAR 28  AM 11: 41

RECEIVED

8039662

Highly Confidential Subject to Protective
Order

BOP_MDL2800779

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  512 of 738.  PageID #: 531885

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: TDDD
DDD#: 02048755O
NAME: Giant Eagle #4002
R.P.: Todd M. Tuttle (R.Ph)
ADDR: 4700 Belmont Ave
Youngstown, OH 44505

CAT: III   CLASS: O5
CNTY: (18) Trumbull

| AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|
| 330 759-9543 | 2:0D A.M. PM | 3:45 A.M. PM |

| TYPE | FED. # | EXP. DATE |
|---|---|---|
| Retail Chain | BG0714964 | 9-30-2014 |

| HOURS OPEN | Mon-Fri | SAT | SUN |
|---|---|---|---|
| | 9a - 9p | 7a - 7p | 7a - 5a |

FAX NUMBER: 757-1517   EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Todd M. Tuttle (R.Ph.) | | 03319833 | | | |
| | | | | | |
| | | | | | |

OHIO PHARMAC...
OCT 1 8 2013

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C–II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS-UA
37. COUNSELING   11/1/13
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☒   Partial ☐

1. State and Federal licenses are current and posted for inspection.

2. R.Ph. Tuttle is carrying a valid signed I.D. Card.

3. Computer Software used at this location is Enterprise pharmacy version 2.5.05.02 to build No. E2S05EAPL.188. 10 terminals are in place for data functions. As reviewed daily logs are maintained containing all dispensings. A patient profile can be produced immediately upon request going back 3+ years.

4. Barricade inspection report conducted this date. Physical barricade is approved.

5. Minimum Standards met.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 10/1/13 | SIGNATURE OF INSPECTOR | DATE 10/11/2013 |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799834

Highly Confidential Subject to Protective
Order

BOP_MDL2799835

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| DDD#: 020487550 NAME: Giant Eagle #4002 R.P.: ADDR: 2 of 3 | | | | | |

TYPE: FED. #: EXP. DATE:

HOURS OPEN:

FAX NUMBER: EMAIL:

CAT: CLASS:
CNTY (78) Trumbull

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☐ Partial ☐

Note:
6. The theft of drugs is a felony and must be reported the State Board of Pharmacy immediately upon discovery via telephone. If a Controlled Substance is involved the DEA must be notified. No recent criminal offenses have been reported at this location.

7. Pharmacists at this location reference State and Federal laws (OAC, ORC, & CFR) via the internet

8. OK 9. A refrigeration log is maintained and up to date as reviewed.

10. DEA 222 forms are manually executed and maintained in Numeric order by month. A controlled drug records box is maintained. This box contains various records of accountability to include C-II-V invoices

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE 10/11/13    SIGNATURE OF INSPECTOR    DATE 10/11/13

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799837

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 516 of 738. PageID #: 531889

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|
| DDD#: 02048755O | | | | P.M. | | P.M. |
| NAME: Giant Eagle #7002 | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR:                3 of 3 | HOURS OPEN | | | | | |
| | FAX NUMBER | | EMAIL | | | |
| CAT:            CLASS: | | | | | | |
| CNTY (78) Trumbull | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 10 Cont. |
| 2. I.D. CARDS | Power of Atty forms, and Annual Controlled Substance |
| 3. RECORD SYSTEM | inventory.  21. Drug Stock Reviewed for outdates |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | 23. C-II-V Rx files reviewed Call in Rx's document |
| 6. SECURITY | the agents first and last Name. Rx's properly document |
| 7. LIBRARY | |
| 8. CLEANLINESS | alpha Numeric quantity. |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | 26. A 3 part filling system is in place. |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | 29. Most recent Controlled Substance inventory Conducted |
| 13. INVENTORY RECORDS | on 05/01/2013 prior to the opening of business by |
| 14. DRUG DESTRUCTION | R.Ph. Tuttle.  37. Counseling is offered as observed. |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | Average daily Rx's = 600 |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | Wholesalers are Mckesson & Anda |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | |
| 26. Rx FILES | |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | |
| 30. PHONED C-II Rx | |
| 31. REFILLS–6MO/5X | |
| 32. REFILLS–INT/DATE | |
| 33. REFILLS–UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |
| Full ☐      Partial ☐ | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | | |
|---|---|---|---|
| _____ | 10/11/ | _____ | 10/11/13 |
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799838

Highly Confidential Subject to Protective
Order

BOP_MDL2799839

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE 10/11/2013 | T.D.D.D #: 02048750 |
|---|---|
| BOARD AGENT **John Bonish** | D.E.A #: BG0114964 |

YES  NO   (Place an X on the appropriate line for each statement below)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

X  ___  ~~Key in sealed envelope in safe~~ → Key is maintained in a Safe that only pharmacists have access's to

X  ___  All items requiring R.Ph. supervision are inside barricade.

X  ___  Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

X  ___  Minimum of seven (7) feet in height.

X  ___  Fully enclosed.

X  ___  Suitable locks are provided.

X  ___  Prescription department cannot be entered when locked without obvious damage to barricade.

X  ___  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:** Physical barricade maintains a tamper evident setting. Electronics act as a back up.

___  X  This is a company-owned system. If no, leased from who? ___State Alarm___

X  ___  This is a ___ HARDWIRE / ☑ WIRELESS / ___ BOTH system. *(check one)*

X  ___  There is a functional emergency "hold up" button.

___  ___  System is in operation at all times when R.Ph. is not present.

___  ___  Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert?

_____

___  ___  Only pharmacists possess access code to prescription room.

___  X  System was tested this date.  Date system was last tested? _____

___  X  Slot is provided for drop-in prescriptions.

X  ___  Suitable notice of operating hours to public is posted.

X  ___  Notice of emergency service is posted.

PHA-0611 (Rev. 04-04)                    *(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

_____
(Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

_____
Agent
(Title)

**Comments:**

PHA-0611 (Rev. 04/04)

*∧∧ PLACE STORE STICKER/STAMP HERE ∧∧*

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799843

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: TERMINAL DISTRIBUTOR
DDD #: 02-0487550
NAME: GIANT EAGLE Pharmacy #4002
R.P.:
ADDR: 4700 Belmont
YOUNGSTOWN OH 44505

CAT: III    CLASS: 05
CNTY: TRUMBULL

AREA CODE / TELEPHONE NUMBER: 330-759-9348
TIME IN: 11:30 A.M.
TIME OUT: 2:00 P.M.
TYPE: CHAIN 05
FED. #: BG 0714964    EXP. DATE: 9-11
HOURS OPEN: M-7a-9.9  SAT 9-7  SUN 9-5
FAX NUMBER: 330-759-1517    EMAIL:
RECEIVED FEB 1 (ILLEGIBLE)

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Ken Hiywa RPh | | 24403 | Michael Rubesich RPh | | 22049 |
| Cathy Laska RPh | | 16473 | Tina Wheeler RPh | | 18817 |
| Rob Kidston RPh | | 10945 | Todd Tottle RPh | | 19833 |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

– Federal & State licenses are current

– The pharmacy has six patient dispensing computers with PDx

– The pharmacy has a full physical barricade with wrap around metal grate & key access by RPh only. The pharmacy also has a # access alarm code pad w/ RPh access with hardwire & wireless sensors. Multiple video cameras are also ceiling concealed indoors.

– The pharmacy files Rx in C-II 2 million, C-III-V 4 million kept in 6 million series & 8 million series OTC. All records are secured in the pharmacy.
Approx New/refill dispensing 3500-4000 a week
Wholesaler - McKesson Drug New Castle PA.

Conf P    2-11-10

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE: 2-1-10
SIGNATURE OF INSPECTOR    DATE: 2-1-2010

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799830

Highly Confidential Subject to Protective
Order

BOP_MDL2799831

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 02.0487550 | | | Pg. 2 | | | | A.M. P.M. | | A.M. P.M. |
| NAME: | | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | | | | HOURS OPEN | | | | | |
| CAT: | | CLASS: | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐   P ☐

On this date the following Controlled Drug prescriptions were obtained for a criminal trial in case # 2010-1033. The following receipted scripts replaced with a photocopy in the original file:

Rx# 2083964, 2083965, 2084147, 2084148 2084856, 2084857, 2085706, & 2085707

– All Daily log reports are filed & RPh signed

– A perpetual log of C-II drugs is RPh prepared All C-II drugs are secured in a RPh only access steel safe.

– Giant Eagle loss prevention rep, Bill Dobich was present in the pharmacy & provided details of the new 7 camera video system recently installed in the store.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| _J.M.R RPh_ | 2/1/010 | _(signature)_  2-1-2010 |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR                DATE |

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

NOV 27 2006

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| DDD#: 02-0487550 | | | 330 - 759-9348 | 11°° (A.M. P.M.) | 12⁴⁵ (A.M. P.M.) |
| NAME: R.P.: GIANT EAGLE Pharmacy #4002 | | | TYPE ReTAIL FED.# 05 CHAIN | BG 0714964 | EXP. DATE 9-08 |
| ADDR: 4700 Belmont Youngstown, Ohio 44505 | | | HOURS OPEN 9-9 (DAILY) | (SAT.) | (SUN. & HOLIDAYS) 9-6 |
| CAT: III CLASS: 05 | | | RESPONSIBLE PERSON MARCIE SWANSON | TITLE/I.D. NO. RPh | INIT. USED |
| CNTY: TRUMBULL | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| TODD Tuttle RPh | | 19833 | Rob KidsTon | | 10945 |
| TINA Wheeler RPh | | 18817 | CAThy LAsKA | | 16473 |
| Marcie Day | | 21667 | MICHAEL RubesicH | | 03-3-22049 |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING Comp
11-30-06

- All licenses are current
- The pharmacy moved within the G. Eagle store to their present new pharmacy location with a drive thru service bay. The pharmacy has two service bay drive ups. The pharmacy has six dispensing computers w/ PDX-Software. All records are secured within the pharmacy. The pharmacy is secured with a full physical barricade pull down metal screen. The pharmacy has a hardwire/sensor alarm system w/ RPh only access. A relief RPh Key/code is secured in the mgr office with in secured only access Key Box. The Barricade sensors are operational & checked on this date.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED 11-21-06 | SIGNATURE OF INSPECTOR |
|---|---|---|

'A-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799823

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE:<br>DDD#: 02-0487550    Pg. 2<br>NAME:<br>R.P.:<br>ADDR: | | AREA CODE / TELEPHONE NUMBER | | TIME IN A.M.<br>P.M. | TIME OUT A.M.<br>P.M. |
|---|---|---|---|---|---|
| | | TYPE | FED.# | | EXP. DATE |
| | | HOURS (DAILY) (SAT.) (SUN. & HOLIDAYS)<br>OPEN | | | |
| CAT:     CLASS:<br>CNTY: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | INIT. USED |

| PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. | PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

The physical barricade is secured & compliance Approved as inspected on this date. A small glass service window is also secure & lock secured from within the pharmacy.

The pharmacy Wholesaler - McKesson Co. New Castle Pa.

All will Calls are secured within the pharmacy

No patient information & No drug stock can be Obtained when the barricade is secured.

The pharmacy has a C-II perpetual log book with RPh review & no noted perpetual problem observed.

The C-II drugs are secured in a narcotic RPh controlled Safe.

Reviewed original Rx files - RPh original documentation review of

The counseling log is properly prepared.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____        11-21-06        _____
SIGNATURE OF PERSON IN CHARGE        DATE SIGNED        SIGNATURE OF INSPECTOR

^-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799825

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 11-21-06 | T.D.D.D. #: 02-048755O |
| BOARD AGENT: Pavlick | D.E.A. #: BG 0714964 |

**YES NO** (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in sealed envelope in safe.

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

___ ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

___ ___ This is a company-owned system.
If no, leased from who? _____

X ___ This is a X HARDWIRE / X WIRELESS / ___ BOTH system. *(check one)*

X ___ There is a functional emergency "hold up" button.

X ___ System is in operation at all times when R.Ph. is not present.

X ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
Liberty P.D. - Recp Pusn R'h

X ___ Only pharmacists possess access code to prescription room.

X ___ System was tested this date. Date system was last tested? _____

___ X Slot is provided for drop-in prescriptions.

X ___ Suitable notice of operating hours to public is posted.

X ___ Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799827

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____      _11-21-06_  _12:00 noon_
(Signature of R.Ph./Owner)                                      (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____      _____
(Signature of Board Agent)                                            (Title)

## Comments:

PHA-0611 (Rev. 04/04)                                    ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order                  BOP_MDL2799828

Highly Confidential Subject to Protective
Order

BOP_MDL2799829



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020379550

# Giant Eagle Pharmacy 4051

## 8202 E. Market Street
## Warren, OH 44484
## Trumbull County

# Retail Pharmacy - Large Chain

# Category Three

# Full Inspection

# September 1, 2015

Highly Confidential Subject to Protective Order

BOP_MDL2796633

Case: 1:17-md-02804-OAP  Doc #: 3662-14  Filed:  08/17/21  535 of 738.  PageID #: 531908



# License 020379550 - Giant Eagle Pharmacy 4051

**Full**

### State of Ohio Board of Pharmacy

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** John Bonish
**Start** 9/1/2015 3:30 PM
**End** 9/1/2015 4:49 PM

## Organization

| | | |
|---|---|---|
| **Name**<br>Giant Eagle Pharmacy 4051 | **License Type**<br>Retail Pharmacy - Large Chain | **Category**<br>Category Three |
| **License Number**<br>020379550 | **Business Type**<br>Large Chain Pharmacy - 12 Or More Outlets | **DEA Number**<br>BG0519718 |
| **Responsible Person**<br>Christina Yanci Kakiou, R.Ph. | **Hours of Operation**<br>M-F 9a-9p, Sat 9a-7p, Sun 9a-5p | |

## Contact

| | | | |
|---|---|---|---|
| **Address**<br>8202 E. Market Street<br>Warren, OH 44484<br>Trumbull County | **Primary Number**<br>(330) 856-1432 | **Fax Number**<br>(330) 856-1498 | **Website** |

## Personnel

| Name | Initials | Position | I.D. No. | Phone | Email |
|---|---|---|---|---|---|
| Heather | | Pharmacist | 03122812 | | |
| Christina Yanci Kakiou, R.Ph. | C.Y.K. | | 03219360 | | kakjwcy@aol.com |
| Sandra Seikel, R.Ph. | | Pharmacist | 03323816 | | |

**1.1) The OSBP License**

    **1) Is the pharmacy TDDD license readily retrievable for inspection?**

      Yes

**1.2) The Responsible Person**

    **1) Is there a current Responsible Person for the TDDD license?**

      Yes

**1.3) The DEA Certificate**

    **1) Is the pharmacy's DEA certificate current?**

      Yes

**2.1) RPh Wall Certificates**

    **1) Are the pharmacists OSBP wall certificates posted within the pharmacy?**

      Yes

**2.2) ID Cards**

    **1) Have all pharmacists and Pharmacy Interns signed their Board of Pharmacy wallet license?**

      Yes

**2.3) Unlicensed Practice Issues**

    **1) Has the practice of pharmacy been performed by any lapsed or unlicensed individual?**

      No

**3.1) Record Availability**

    **1) Can the pharmacy produce a detailed patient profile for the past 12 months immediately upon request?**

      Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796634

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 536 of 738. PageID #: 531909

### 3.3.1) Basic Questions Pertaining To The ARKS

**1) What is the name of the Alternative Record Keeping System (ARKS) being used by the pharmacy?**

<u>Observation</u>
Pharmacy uses Enterprise Pharmacy System (EPS) Version 2.6.00.010 Build 2600.1231

### 3.3.2) Purged ARKS Data

**1) Has the pharmacy PURGED required records?**

Yes, required data has been purged from the ARKS. The purged data is still retrievable within three (3) business days.

### 3.3.3) Stand Alone ARKS

**1) Is the ARKS a "Stand Alone" system maintained at the licensed pharmacy?**

No

### 3.3.4) Shared ARKS

**1) Is the shared ARKS "a real time online system", and used for the review and transfer of dispensing data?**

Yes

<u>Observation</u>
Yes

### 3.3.5) ARKS Downtime

**1) In the event that the ARKS experiences "downtime", is the pharmacy's dispensing process compliant with 4729-5-27(K)?**

Yes

### 3.3.6) ARKS Record Accuracy

**1) Are required records of accountability being kept complete and accurate in the ARKS?**

Yes

### 3.3.7) True Edit Trails

**1) Can dispensing data be permanently removed (deleted) from the ARKS?**

No

<u>Observation</u>
It is not possible to permanently remove (delete) dispensing data from the ARKS.

### 3.3.8) ARKS Security

**1) Does the ARKS control the level of access based on duties (Technician vs. Pharmacist)?**

Yes

<u>Observation</u>
The ARKS controls access levels based on pharmacy duties (Technician vs. Pharmacist).

### 3.4) Traditional Paper Positive Identification

**1) What is the method of positive ID, for the act of dispensing?**

Manually signing and dating a daily computerized printout containing refill dispensing data?

<u>Observation</u>
All practicing R.Ph.'s sign daily logs

### 3.5) ePositive Identification

**1) Is a paperless positive ID system being used that has not been made approvable by the Board of Pharmacy?**

No

### 3.6) Other Areas Requiring Positive ID

**1) Is there positive ID for the practice of pharmacy at data entry?**

Yes

### 4) Barricade

**1) Barricade report**

### 5) Minimum Standards

**1) Is the phone number for poison control readily accessible in the pharmacy?**

Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796635

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed:  08/17/21  537 of 738.  PageID #: 531910

### 6) Security

**1) Is the security of the pharmacy drug stock adequate to detect and deter drug theft and diversion?**

Yes

### 7) Library

**1) Does the pharmacy have an up to date "Drug Laws of Ohio" book, or an online resource to access the required information?**

Yes

<u>Observation</u>

Maintains the ability to reference state and federal laws by way of internet access.

### 8) Cleanliness

**1) Is the pharmacy clean and well lit?**

Yes

### 9) Refrigeration

**1) Are all pharmacy refrigerators and/or freezers is good working order with an adequate system in place to ensure that the medications stored within are stored at appropriate temperatures?**

Yes

<u>Observation</u>

Refrigeration log is used

### 10.1) Drug Ordering Procedeures

**1) Is the pharmacy using paper DEA-222 order forms, or are they using  an electronic DEA-222 ordering system being used?**

Electronic DEA-222 ordering system is being used.

<u>Observation</u>

Began using CSOS approximately May of 2015

### 10.2) Executed paper DEA-222 forms

**1) Are the executed DEA-222 forms being properly completed?**

Yes

### 10.3) Electronic C-II drug order receipt

**1) When using an electronic drug ordering system, is the pharmacy creating a record of receipt that is electronically linked to the original order?**

Yes

### 10.4) Wholesale information

**1) Who are the wholesale drug distributors utilized by this pharmacy?**

<u>Observation</u>

Mckesson

### 11) Improper Dispensings

**1) Are the pharmacist performing a prospective Drug Utilization Review?**

Yes

### 12) Insufficient Supervision

**1) Is there pharmacist supervision of the dangerous drugs and other pharmacy employees at all times while the pharmacy is open and operating?**

Yes

### 13) Inventory Records

**1) Are all records and invoices pertaining to the pharmacy's drug stock on hand for review?**

Yes

### 15) Illegal Sales

**1) Is the Pharmacy making occasional wholesale drug sales?**

No, they are not making any wholesale drug sales pursuant to 4729-9-10.

Highly Confidential Subject to Protective Order

BOP_MDL2796636

Case: 1:17-md-02804-OAP  Doc #: 3662-14  Filed:  08/17/21  538 of 738.  PageID #: 531911

**16) Illegal Purchases**

    **1) Verify Licenses of Distributors/Wholesalers**

        Yes

**17) Samples**

    **1) Is there any evidence of prescription drug samples in the pharmacy?**

        No

        <u>Observation</u>

        No prescription drug samples found.

**18.1) DUR software**

    **1) Does the pharmacist rely solely on the dispensing software to perform the DUR for prescription dispensing?**

        No

**19) Errors in Dispensing**

    **1) How are dispensing errors being documented by the pharmacy?**

        Errors are documented as an electronic report? (Document observations)

**20) Improper Rx's**

    **1) Are the prescriptions on file written in compliance with 4729-5-30?**

        Yes

**21) Outdated Drugs**

    **1) Are there expired medications on the pharmacy shelves?**

        No

        <u>Observation</u>

        A review of drug stock located no expirations

**22) Drug Labels**

    **1) Are the pharmacy prescription labels in compliance with OAC 4729-5-16?**

        Yes

**23.1) Signature**

    **1) Are all issued prescriptions including fax to fax prescriptions manually signed by the prescriber?**

        Yes

**23.2) DEA Number**

    **1) Is the prescriber's DEA registration number written or pre-printed on all controlled substance prescriptions?**

        Yes

**23.3) Prescription refills**

    **1) Are the prescribers specifying the number of refills or the period of time for which the prescription may be refilled?**

        Yes

**23.5) Prescriber's Agent**

    **1) Is the first and last name of the prescriber's Agent written on phoned in prescriptions when applicable?**

        Yes

**24) OTC's & Syringes**

    **1) Does the pharmacy store over the counter medications within the pharmacy barricade?**

        Yes

**25.1) Non-sterile compounding**

    **1) Is pharmacy dispensing prescriptions that require non-sterile compounding?**

        No

**25.2) Sterile Compounding**

    **1) Is the pharmacy performing sterile compounding?**

        No

Highly Confidential Subject to Protective Order

BOP_MDL2796637

Case: 1:17-md-02804-DAP  Doc #: 3662-14  Filed: 08/17/21  539 of 738.  PageID #: 531912

**25.3) Repackaging**

    **1) Is the pharmacy pre-packaging medications (non-patient specific) prior to dispensing?**

        No

**26) Prescription Files**

    **1) Are the prescriptions dispensed by the pharmacy being filed in three separate files?**

        Yes

**27.1) Transferring Prescriptions**

    **1) Is anyone other than pharmacists or supervised pharmacy interns taking transferred prescriptions?**

        No

**27.7) Licensed pharmacy Interns**

    **1) Are supervised pharmacy interns properly accepting transferred prescriptions?**

        Yes

**28) Rx's Initialed & Dated**

    **1) Are pharmacists initialing and dating prescriptions when required?**

        Yes

**29) Annual Drug Inventory**

    **1) Has an annual drug inventory been completed within the specified time period?**

        Yes

        <u>Observation</u>
        Effective January 1, 2015, Ohio Administrative Code Rule 4729-9-14 requires each prescriber or
        terminal distributor of dangerous drugs to take inventory of all stocks of controlled substances
        on hand every year following the date on which the initial inventory is taken. This is a change
        from the previous version of the rule that required a controlled substance inventory every two
        years.

**30.1) Phoned in/oral prescriptions**

    **1) Are only pharmacists and supervised pharmacy interns taking oral prescriptions?**

        Yes

**30.2) Oral prescriptions reduced to writing**

    **1) Are all oral prescriptions being reduced to writing and contain the required information?**

        Yes

**31) Refills (6 months & 5 times)**

    **1) Is the pharmacy refilling prescriptions for schedule III and IV drugs beyond six (6) months or five (5) times?**

        No

**32) Refills (Initialed & Dated)**

    **1) Are the pharmacist signing the daily printouts? This also includes initialling bound refill logs.**

        Yes

**34.2) Protocols for administering immunizations**

    **1) Does the Pharmacy have an approved immunization administration protocol in place?**

        Yes

**34.5) Record keeping requirements**

    **1) Are immunization records properly maintained?**

        Yes

**35.2) Identification card**

    **1) Does each pharmacy intern have a signed identification card on their person while engaging in the practice of pharmacy?**

        Yes

**35.3) Wall license**

    **1) Is the Intern wall license issued by the Ohio State Board of Pharmacy conspicuously displayed at the principal place of practice for the intern?**

        Yes

Highly Confidential Subject to Protective Order

BOP_MDL2796638

Case: 1:17-md-02804-OAP Doc #: 3662-14 Filed: 08/17/21 540 of 738. PageID #: 531913

**37) Counseling**

**1) Is Patient counseling being offered with every prescription?**

Yes

<u>Observation</u>
Patient counseling logs are used and contain positive I.D. of the counseling pharmacist

**39) OARRS**

**1) Does the pharmacist have access to OARRS to request reports when needed?**

Yes

**40) Confidentiality**

**1) Are there any known issues pertaining to patient confidentiality?**

No

**44) Inspection Affirmation**

**1) Inspection Affirmation**

<u>Observation</u>
As the on-duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 20 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required.

## Summary

**No Issue Found**

The Organization does not have any items to correct according to this inspection.

**Reviewed by** Sandra Seikel, R.Ph.

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796639



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020379550

# Giant Eagle Pharmacy 4051

## 8202 E. Market Street
## Warren, OH 44484
## Trumbull County

# Retail Pharmacy - Large Chain

# Category Three

# Full Inspection

# September 1, 2015

Highly Confidential Subject to Protective Order

BOP_MDL2796683

Case: 1:17-md-02804-OAP Doc #: 3662-14 Filed: 08/17/21 542 of 738. PageID #: 531915



# License 020379550 - Giant Eagle Pharmacy 4051

Full

## State of Ohio Board of Pharmacy

77 South High Street, 17th Foor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** John Bonish
**Start** 9/1/2015 4:54 PM
**End** 9/1/2015 5:01 PM

## Organization

| **Name**<br>Giant Eagle Pharmacy 4051 | **License Type**<br>Retail Pharmacy - Large Chain | **Category**<br>Category Three |
|---|---|---|
| **License Number**<br>020379550 | **Business Type**<br>Large Chain Pharmacy - 12 Or More Outlets | **DEA Number**<br>BG0519718 |
| **Responsible Person**<br>Christina Yanci Kakiou, R.Ph. | **Hours of Operation**<br>M-F 9a-9p, Sat 9a-7p, Sun 9a-5p | |

## Contact

| **Address**<br>8202 E. Market Street<br>Warren, OH 44484<br>Trumbull County | **Primary Number**<br>(330) 856-1432 | **Fax Number**<br>(330) 856-1498 | **Website** |
|---|---|---|---|

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
|---|---|---|---|---|---|
| Heather | | Pharmacist | 03122812 | | |
| Christina Yanci Kakiou, R.Ph. | C.Y.K. | | 03219360 | | kakjwcy@aol.com |
| Sandra Seikel, R.Ph. | | Pharmacist | 03323816 | | |

**1) Physical barricade**

    **1) Does the pharmacy have a fully enclosed barricade or an open air barricade?**

    Fully enclosed barricade

    **2) Are adequate locks provided for the pharmacy barricade?**

    Yes

    **4) If the pharmacy has the "floater" keys, are they secure and tamper evident?**

    Yes

**2) Electronic barricade**

    **1) Who owns the pharmacy alarm system?**

    The alarm company.

    <u>Observation</u>
    State Alarm

    **3) Does anyone other than a pharmacist have the code or the key to the alarm system?**

    No

    <u>Observation</u>
    No issues found.

Highly Confidential Subject to Protective Order

BOP_MDL2796684

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 543 of 738. PageID #: 531916

**3) RPh/Owner Statement of Understanding**

**1) I have been informed of and understand the following requirements:**

Observation

1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

## Summary

**No Issue Found**

The Organization does not have any items to correct according to this inspection.

**Reviewed by** Sandra Seikel, R.Ph.

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796685



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020379550

# Giant Eagle Pharmacy #4051

8202 E. Market Street
Warren, OH 44484
Trumbull County

# Terminal - Pharmacy - Category 3

# Property Receipt

# September 18, 2019

Printed: 9/18/2019 10:38 AM

Highly Confidential Subject to Protective Order

BOP_MDL2796570

Case: 1:17-md-02804-OAP Doc #: 3662-14 Filed: 08/17/21 546 of 738. PageID #: 531918



# License 020379550 - Giant Eagle Pharmacy #4051 — Full

## State of Ohio Board of Pharmacy

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** William DiFrangia
**Start** 9/18/2019 10:32 AM
**End** 9/18/2019 10:36 AM

## Organization

| **Name** | **License Type** | **Category** |
|---|---|---|
| Giant Eagle Pharmacy #4051 | Terminal - Pharmacy - Category 3 | |

| **License Number** | **Business Type** | **DEA Number** |
|---|---|---|
| 020379550 | IL - Large Chain Retail (12+ Outlets) | BG0519718 |

| **Responsible Person** | **Hours of Operation** |
|---|---|
| Christina Yanci Kakiou, RPH | |

## Contact

| **Address** | **Primary Number** | **Fax Number** | **Website** |
|---|---|---|---|
| 8202 E. Market Street | (412) 968-1610 | (330) 856-1498 | |
| Warren, OH 44484 | | | |
| Trumbull County | | | |

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
|---|---|---|---|---|---|
| Christina Yanci Kakiou, RPH | | Pharmacist | 03219360 | (330) 240-9976 | kakjwcy@aol.com |

### 1) List of Property/Records Obtained

#### 1) List of Property/Records obtained from the terminal distributor.

<u>Observation</u>

Prescriber Last Name Rx Number Drug Name Qty
Skiffey 4652030 HYDROCODON-ACETAMINOPHEN 5-325 20
Skiffey 2323344 VICODIN ES 7.5-300 MG TABLET 8

### 4) Property Receipt/Return Affirmation

#### 1) Property Receipt Affimation

<u>Observation</u>

As the on duty employee, I confirm this receipt for property or records obtained or returned by the State of Ohio Board of Pharmacy. I also confirm that if records have been requested, I will supply those records within three (3) working days or I will notify the person who can supply the records within that time period.

## Summary

**No Issue Found**

**Reviewed by** Christina Yanci Kakiou, RPH

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796571



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# License 020379550

# Giant Eagle Pharmacy #4051

## 8202 E. Market Street
## Warren, OH 44484
## Trumbull County

# Terminal - Pharmacy - Category 3

# Property Receipt

# December 16, 2019

Highly Confidential Subject to Protective Order

BOP_MDL2796578

Case: 1:17-md-02804-OAP Doc #: 3662-14 Filed: 08/17/21 547 of 738. PageID #: 531920



# License 020379550 - Giant Eagle Pharmacy #4051 — Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** William Trey Edwards
**Start** 12/16/2019 1:45 PM
**End** 12/16/2019 2:00 PM

## Organization

| **Name** | **License Type** | **Category** |
| --- | --- | --- |
| Giant Eagle Pharmacy #4051 | Terminal - Pharmacy - Category 3 | |

| **License Number** | **Business Type** | **DEA Number** |
| --- | --- | --- |
| 020379550 | IL - Large Chain Retail (12+ Outlets) | BG0519718 |

| **Responsible Person** | **Hours of Operation** |
| --- | --- |
| Christina Yanci Kakiou, RPH | |

## Contact

| **Address** | **Primary Number** | **Fax Number** | **Website** |
| --- | --- | --- | --- |
| 8202 E. Market Street<br>Warren, OH 44484<br>Trumbull County | (412) 968-1610 | (330) 856-1498 | |

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
| --- | --- | --- | --- | --- | --- |
| Christina Yanci Kakiou, RPH | | Pharmacist | 03219360 | (330) 240-9976 | kakjwcy@aol.com |

### 3) Return of Property

#### 1) Property Return

<u>Observation</u>
The listed items were previously taken from this facility pursuant to either a criminal or administrative investigation and are being returned:
Original hard copy Rx# 6579087 written by Shannon Swanson on 11/10/2009 for patient Jan Lester for amoxicillin 500mg #30 and filled on 11/16/2009.
Original hard copy Rx# 6635360 written by Shannon Swanson on 10/16/2010 for patient Jan Lester for bactrim ds #20 and filled on 10/18/2010.

### 4) Property Receipt/Return Affirmation

#### 1) Property Receipt Affimation

<u>Observation</u>
As the on duty employee, I confirm this receipt for property or records obtained or returned by the State of Ohio Board of Pharmacy. I also confirm that if records have been requested, I will supply those records within three (3) working days or I will notify the person who can supply the records within that time period.

## Summary

**No Issue Found**

**Reviewed by** Christina Yanci Kakiou, RPH

(signature)

Highly Confidential Subject to Protective Order

BOP_MDL2796579

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: *RTPC*
DDD#: *02037855O*
NAME: *GIANT EAGLE #4051*
R.P.: *MICHAEL CHARLES MADGAR, RPH*
ADDR: *8202 E. MARKET ST.*
*WARREN, ON 44484*

CAT: *III*   CLASS: *05*
CNTY: *TRUMB.*

AREA CODE / TELEPHONE NUMBER: *330/856-1324*
TIME IN (A.M.): *1030*
TIME OUT (A.M.): *1130*

TYPE: *CHAIN*   FED. #: *BG0519718*   EXP. DATE: *9/30/14*

HOURS OPEN: *M-F 9A-9p SAT 9A-7p SUN 8A-5p*

FAX NUMBER: *330/856-1498*   EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| *MICHAEL C. MADGAR, RPH* | | *03116095* | | | |
| | | | JUL 30 2012 | | |
| | | | L.J. STURTZ | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐ *Comp* P ☑

*1. OK 2. OK 3. THE PHARMACY IS USING A COMPUTER FOR ALL RX DATA RECALL. THE DISPENSING SOFTWARE IS PDX-LEGACY.*

*4. A BARRICADE INSPECTION HAS BEEN MADE AND APPROVED. SEE BARRICADE REPORT.*

*6. NO NON-RPHs ARE TO HAVE ACCESS TO OR CONTROL OVER THE BARRICADE WITHOUT A RPH.*

*N/A*

*7-31-12*

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

*Michael C. Madgar, RPH*
SIGNATURE OF PERSON IN CHARGE   DATE *7/23/12*

SIGNATURE OF INSPECTOR   DATE *7/23/12*

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799241



Highly Confidential Subject to Protective
Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

### (O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 07/23/12 | T.D.D.D #: CP037955 1 |
|---|---|
| BOARD AGENT: GALLAGHER | D.E.A. #: BG0519718 |

**YES    NO**    (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in sealed envelope in safe.

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

___ ___ This is a company-owned system.
If no, leased from who? _____

___ ___ This is a ___ HARDWIRE / ___ WIRELESS / ___ BOTH system. *(check one)*

___ ___ There is a functional emergency "hold up" button.

___ ___ System is in operation at all times when R.Ph. is not present.

___ ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
_____

___ ___ Only pharmacists possess access code to prescription room.

___ ___ System was tested this date. Date system was last tested? _____

___ X Slot is provided for drop-in prescriptions.

X ___ Suitable notice of operating hours to public is posted.

X ___ Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)                    *(continued on Page Two > >)*

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order



## OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

### (Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_Michael C. Morgan R.Ph_
(Signature of R.Ph./Owner)

_7/23/12  11:26 (Am)_
(Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

(Signature of Board Agent)

_AGENT_
(Title)

**Comments:**

PHA-0611 (Rev. 04/04)

∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: Terminal Distributor
DDD#: 02-0379550
NAME:
R.P.: GIANT EAGLE Pharmacy #4051
ADDR: 8202 E. MARKET STreet
Warren Ohio 44484

CAT: III    CLASS: 05
CNTY: TRumBull 78

AREA CODE / TELEPHONE NUMBER: 330-856-1324
TIME IN: 10:30 (A.M.)
TIME OUT: 1:30 (P.M.)
TYPE: RTPC    FED. #: BG 0519718    EXP. DATE:
HOURS OPEN: M-FRI 9-9   SAT 9-7   SUN 9-5
FAX NUMBER: 330-856-1498    EMAIL:

RECEIVED MAR 14 2011

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| MICHAEL MADGAR RPh | | 16095 | | | |
| Tim Lewis RPh | | 20546 | | | |
| Heather hAmmer RPh | | 22812 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

The STAte & Federal licenses are current.

The pharmacy has two dispensing computers w/PDX software.

The pharmacy has a full wraparound metal screen that secures the entire pharmacy.

All records are stored within the pharmacy.

Controlled Substance invoices (McKesson Co. New Castle Pa.) are ✓ reviewed by RPh & 222 forms have wholesaler invoices affixed w/RPh Date & qty receipt review.

The pharmacist prepares a monthly audit report all all C-Day dispensing

This pharmacy dispenses New/Refill approx 2600 prescriptions weekly

Biennial Inventory prepared on 4-30-2009.    opening by Burdico

Full ☒    P ☐    ✗

Comp 3-21-11

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

Michael C. Madgar R.PH
SIGNATURE OF PERSON IN CHARGE    DATE

Pavlick    03-08-2011
SIGNATURE OF INSPECTOR    DATE

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799238

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0379550    pg. 2
NAME:
R.P.:
ADDR:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | FED. # | | | EXP. DATE | |
| HOURS OPEN | | | | | |
| FAX NUMBER | | | EMAIL | | |

CAT:          CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐   P ☐

*Reviewed all DEA accountability records on file & advised RPh Madzar that inspection reports & other accountability records - (past Biennial reports) are only required for 3 yrs.*

*Reviewed PDX audit reports - signed by dispensing RPh Refer cnt ok*

*Drug log chronological order OK*
*Reviewed original Rx file.*

*The RPh dispensing has a marker ✓ on specific review of Rx The counseling review documents are signature reviewed w/ limited information at signature counseling desk.*

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

Michael C. Madzar R.PH.          3/8/11
SIGNATURE OF PERSON IN CHARGE          DATE

_____          03-08-2011
SIGNATURE OF INSPECTOR          DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799240

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: TDDD
DDD#: 02050516850
NAME: Giant Eagle #4056
R.P.: Timothy A. Lewis (R.Ph)
ADDR: 2700 Mahoning Ave N.W
Warren, Ohio 44483

CAT: III    CLASS: 05
CNTY: 78 - Trumbull

AREA CODE / TELEPHONE NUMBER: (330) 395-0505
TIME IN: 3:15 A.M. / P.M.
TIME OUT: 5:00 A.M. / P.M.

TYPE: Retail Chain    FED. #: 13G1090012    EXP. DATE: 09-30-2017

HOURS OPEN: Mon - Fri 9a - 9p    SAT 9a - 9p    SUN 9a - 5p

FAX NUMBER: (330) 399-1935    EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Thomas J. Barringer (R.Ph.) | | 03225061 | | | |
| Robert D. Garner (R.Ph.) | | 03219340 | MAY 15 2015 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☒    Partial ☐

1. State and Federal licenses are current and posted

2. R.Ph's Barringer and Garner are carrying valid I.d. cards.

3. Computer Software used at this location is Enterprise Pharmacy System (EPS) version 2.5.08.012 build # 2508.256. 8 terminals are maintained for data functions. Daily logs are maintained in order by date and include reports labeled as "Daily log report, Dur override report, and R.Ph. Counseling reports."

Note: As reviewed some logs only contain positive I.d. of one practicing R.Ph. See OAC 4729-5-27 primouns for the day Must be signed by each individual Pharmacist involved in the practice of Pharmacy.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE: 4/28/15
SIGNATURE OF INSPECTOR    DATE: 4/28/2015

PHA-0610 (Rev.04/11)    WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799868

Highly Confidential Subject to Protective
Order

BOP_MDL2799869

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02056850
NAME: Giant Eagle #4056
R.P.:
ADDR:

Pg 2 of 3

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | FED. # | | | EXP. DATE | |
| HOURS OPEN | | | | | |
| FAX NUMBER | | EMAIL | | | |

CAT: III    CLASS: OS
CNTY: (78) - Trumbull

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

4. Prescription barricade Room inspection Report completed. Physical barricade approved this day

5. Minimum Standards Met

6. Note: The theft of drugs is a felony and must be reported immediately upon discovery via telephone to the Ohio State Board of Pharmacy. No recent criminal offenses reported at this location.

7. State and federal laws can be obtained at this location by way of internet access.

8. OK 9. OK, log is used

10. DEA 222 forms are manually completed and maintained in good order. Additional records of accountability are located in a box labeled "Controlled drug records"

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          DATE 4/28/15          SIGNATURE OF INSPECTOR          DATE 4/28/2015

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799870

Highly Confidential Subject to Protective
Order

BOP_MDL2799871

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|
| DDD#:020516850 | | | P.M. | | P.M. |
| NAME: Giant Eagle #7056O  Pg 3 of 3 | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | |
| ADDR: | | | | | |
| | HOURS OPEN | | | | |
| CAT: III          CLASS: OS | FAX NUMBER | | EMAIL | | |
| CNTY: (78) Trumbull | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 10. Cont' |
| 2. I.D. CARDS | A C-II perpetual log is used as reviewed. |
| 3. RECORD SYSTEM | |
| 4. BARRICADE | 21. Drug Stock reviewed for outdates. As reviewed |
| 5. MIN. STANDARDS | |
| 6. SECURITY | Up coming outdates are labeled to indicate such. Review |
| 7. LIBRARY | |
| 8. CLEANLINESS | return to stock procedures and beyond use dating. |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | 23 C-II - IV rx files reviewed this date Rx are |
| 11. IMPROPER DISPENSING | |
| 12. INSUFFICIENT SUPERVISION | manually initialed. |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | 26. A 3 part Rx filling system is used. |
| 15. ILLEGAL SALES | |
| 16. ILLEGAL PURCHASES | 29. Most recent Controlled Substance Inventory Completed |
| 17. SAMPLES | |
| 20. IMPROPER Rx's | May 2, 2014 by R.Ph. Lewis prior to the opening |
| 21. OUTDATED DRUGS | |
| 22. DRUG LABELS | of business. |
| 23. Rx INFORMATION | |
| 24. OTC/SYRINGES | 39. As reviewed both R.Ph.'s Barringer + Garber are registered |
| 26. Rx FILES | |
| 27. Rx COPIES | and able to use OARRS. |
| 28. Rx INT/DATE | Approximately 450 Rx's are filled daily, about 60% are Refill Rx's |
| 29. DEA INVENTORY | Wholesalers: McKesson Anda |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |
| Full ☐        Partial ☐ | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 4/28/15 DATE | SIGNATURE OF INSPECTOR | 4/28/2015 DATE |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799873

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 564 of 738. PageID #: 531937

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 04/28/2015 | T.D.D.D. #: 020516850 |
|---|---|
| BOARD AGENT: John Bonish | D.E.A. #: BG1090012 |

YES   NO   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in ~~sealed envelope~~ in safe. that only R.Ph s can access

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS: Act as a backup to physical Barricade

___ ___ This is a company-owned system.
If no, leased from who? _____

___ ___ This is a ___ HARDWIRE / ___ WIRELESS / ___ BOTH system.  (check one)

___ ___ There is a functional emergency "hold up" button.

___ ___ System is in operation at all times when R.Ph. is not present.

___ ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?

_____

___ ___ Only pharmacists possess access code to prescription room.

___ ___ System was tested this date.  Date system was last tested? _____

___ ___ Slot is provided for drop-in prescriptions.

___ ___ Suitable notice of operating hours to public is posted.

X ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)                                    (continued on Page Two > >)

Highly Confidential Subject to Protective Order

BOP_MDL2799874

Highly Confidential Subject to Protective Order

BOP_MDL2799875

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____     4/28/15
(Signature of R.Ph./Owner)     (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____     Agent
(Signature of Board Agent)   04/28/2015     (Title)

**Comments:**

PHA-0611 (Rev. 04/04)     ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Enterprise Pharmacy System

Version 2.5.08.012 build 2508.256

Highly Confidential Subject to Protective
Order

BOP_MDL2799877

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 568 of 738. PageID #: 531941

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: TDDD
DDD# 02051680
NAME: Giant Eagle #4056
R.P.: Timothy A. Lewis R.Ph.
ADDR: 2700 Mahoning Ave N.W.
Warren, Ohio 44483

CAT: III    CLASS: OS
CNTY: (TB) Trumbull

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|
| 330 395 0505 | | 4:00 | (P.M.) | 4:30 | P.M. |
| TYPE | FED. # | | | EXP. DATE | |
| Retail Chain | 1361090012 | | | 9-30-2017 | |
| HOURS OPEN | Mon-Fri 9a-9p | SAT 9a-7p | | SUN 9A-5P | |
| FAX NUMBER | | EMAIL | | | |
| (330) 399-1895 | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Thomas I. Barringer (R.Ph.) | | 03225061 | RECEIVED AUG 27 2015 BY: | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☑

1. State and federal licenses are current and posted for inspection

2. R.Ph. Barringer is carrying a valid signed I.D. Card.

3. Computer Software used at this location is Enterprise Pharmacy System (EPS) Version 2.6.00.10 build 2600.1231. 7 terminals are maintained for data functions.

4. Barricade inspection Completed this day after recent changes to the barricade were reported. Physical Barricade has been approved this day.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 8/17/15 | SIGNATURE OF INSPECTOR | DATE 08/17/2015 |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

OK
JLW 10/6/15

Highly Confidential Subject to Protective Order

BOP_MDL2799878

Highly Confidential Subject to Protective Order

BOP_MDL2799879

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 08/17/2015 | T.D.D.D. #: 020516850 |
|---|---|
| BOARD AGENT: **John Bonish** | D.E.A. #: BG1090012 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

X ___   Key in ~~sealed envelope in~~ safe. That only can be accessed by R.Ph.

X ___   All items requiring R.Ph. supervision are inside barricade.

X ___   Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

X ___   Minimum of seven (7) feet in height.

X ___   Fully enclosed.

X ___   Suitable locks are provided.

X ___   Prescription department cannot be entered when locked without obvious damage to barricade.

X ___   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:** Not tested this date and remain unchanged

___ ___   This is a company-owned system.
          If no, leased from who? _____

___ ___   This is a ___ HARDWIRE / ___ WIRELESS / ___ BOTH system.   *(check one)*

___ ___   There is a functional emergency "hold up" button.

___ ___   System is in operation at all times when R.Ph. is not present.

___ ___   Items in prescription room may not be removed when system is operating without activating the alarm.
          If yes, where does alarm sound or who does it alert?

          _____

X ___   Only pharmacists possess access code to prescription room.

___ ___   System was tested this date. Date system was last tested? _____

___ ___   Slot is provided for drop-in prescriptions.

X ___   Suitable notice of operating hours to public is posted.

___ ___   Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799881

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

8/17/15
(Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

08/17/2015
(Signature of Board Agent)

_____
Agent
(Title)

**Comments:**

PHA-0611 (Rev. 04/04)

∧∧ *PLACE STORE STICKER/STAMP HERE* ∧∧

Highly Confidential Subject to Protective Order

EPS Enterprise Pharmacy System
Version : 2.6.00.10 Build 2000.1231

Highly Confidential Subject to Protective
Order

BOP_MDL2799883

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02051685O
NAME: Giant Eagle #4056
R.P.: Barb Carlson
ADDR: 2700 Mahoning
Warren, OH 44483

AREA CODE / TELEPHONE NUMBER: 330-395-0505
TIME IN: 1:00 P.M.
TIME OUT: 2:00 P.M.

TYPE:
FED. #: BG1079940
EXP. DATE: 2/30/14

HOURS OPEN:

FAX NUMBER:     EMAIL:

RECEIVED APR 1 1 2012

CAT: IV     CLASS:
CNTY: Trumbull

BY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|-----------|-----------|-----------------|-----------|-----------|-----------------|
| Barb Carlson | | 0321565 | Giant Eagle Pharmacy #4056 2700 Mahoning Ave Warren OH 44483 | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING Comp 4/16/12
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☐     Partial ☐

The following insurance/counseling logs were removed on this date: 2/20/11, 5/3/11, 5/13/11 and 6/28/11. Copies of the logs were left as receipts.

Please locate the following hard copy prescriptions for Agent Edwards to pick up at a later date: RX # 6116966, 6121425, 6127322, 6135358, 6140889, 6146406, 4305136, 4306228, 4307373, 4306020.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

B Carlson     4/3/12          Well / Shl
SIGNATURE OF PERSON IN CHARGE     DATE     SIGNATURE OF INSPECTOR     DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799865

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02051685D
NAME: Giant Eagle #4050
R.P.: Barb Carlson
ADDR: 2700 Mahoning
Warren, OH 44483
CAT:
CNTY:

AREA CODE / TELEPHONE NUMBER: 330-395-0505
TIME IN: 1:45 A.M. (P.M.)
TIME OUT: 3:00 A.M. P.M.
TYPE:
FED. #: BG1090012
EXP. DATE: 9/30/14
HOURS OPEN:
FAX NUMBER:
EMAIL:

CLASS:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL APR 24 2012 | INIT. USED | TITLE/ I.D. NO. |
|-----------|------------|-----------------|------------------------|------------|-----------------|
| Barb Carlson | | 03215659 | Case 2012-1181 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING Comp 4/25/12
38. PSE SALES jg
39. OARRS
40. CONFIDENTIALITY
Full ☐    Partial ☑

The following insurance/counseling logs were removed on this date: 4/30/11 (RX# 4306020), 5/8/11 (RX# 4306228), 5/21/11 (RX# 4306228), 6140889 (6/2/11), 7/3/11 (RX# 6146406)

The following hard copy prescriptions were also removed: RX# 6121425, 4306020, 6135358, 4306228, 6140889, 6146406. Hand written receipts left with RPL.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

B. Carlson
SIGNATURE OF PERSON IN CHARGE          DATE

_____  4/6/12
SIGNATURE OF INSPECTOR          DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

BOP_MDL2799867

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0516850 F
NAME:
R.P.: Giant Eagle Pharmacy #4056
ADDR: 2700 Mahoning Ave NW
Warren, Ohio 44483

CAT: III   CLASS: 05
CNTY: Trumbull

AREA CODE / TELEPHONE NUMBER: 330-395-0505
TIME IN: 10⁴⁵ A.M.
TIME OUT: 1⁴⁵ P.M.
TYPE: 05   FED.#: BG 1090012   EXP. DATE: 9-08
HOURS OPEN: 9-9 (DAILY)   (SAT.)   (SUN. & HOLIDAYS)

RESPONSIBLE PERSON: 13757
TITLE/I.D. NO.   INIT. USED
Brad Edwin Daugherty RPh

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| Cathy A. Rozzi RPh | CAL | 03-2-16473 | | | |
| Thomas J. Barringer RPh | T.B. | 03-2-25061 | | | |

OHIO PHARMACY BOARD
OCT 23 2006

1. LICENSING 10/23/06
2. I.D. CARDS ✓
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY OK
7. LIBRARY
8. CLEANLINESS 10-27-06
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCHII/Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING ✓

The State, Federal, & personal licenses are current

The pharmacy has three patient dispensing computers with PDx software.

The pharmacy has a full physical laminate-draw-around metal screen. The pharmacy has a RPh controlled stand alone hardwire & wireless alarm.

The staff RPh's have their own keys & code to the pharmacy. The relief RPh obtains her key & code access via a RPh controlled metal security box.

*—12-Resp Person Daugherty RPh failed to report a felony to this agent - 2921.22 ORC. See attached copy of Rx discovered in copier at this pharmacy. FAX sheet prepared by RPh Daugherty for Doctor.

PINK SHEET ISSUED FOR NUMBER(S): *12-20-30-21-29
10-25-06

☒ IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE
DATE SIGNED: 10-16-06
SIGNATURE OF INSPECTOR: Pavlich

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2799845

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0516850    Pg. 2
NAME:
R.P.:
ADDR:

CAT:                              CLASS:
CNTY:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|
| | | | A.M. | | A.M. |
| | | | P.M. | | P.M. |
| TYPE | FED.# | | | EXP. DATE | |
| HOURS (DAILY) | (SAT.) | | | (SUN. & HOLIDAYS) | |
| OPEN | | | | | |
| RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

& letter prepared by DR. Franklin for OSBP Agent Berdi.
RPh Daugherty failed to report the felony to this
agent a local police. See this requirement in
your law Book - MISD, 4 violation. * Pink sheet
Reply required
Counseling logs are properly completed & stored
— Your Daily audit reports are properly signed by
the dispensing RPh but their manner of stacking
& storage needs the attention of the Resp
Person RPh. The sheets are currently questionally
thrown in a cardboard box in a very messy manner.
Please correct this procedure. Please seal the
Daily Audit reports box that is filled & laying
open on the floor. Questions - Review 4729-5-27 (2)

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_SIGNATURE OF PERSON IN CHARGE_    10-16-06 _DATE SIGNED_    Pawlech _SIGNATURE OF INSPECTOR_

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 582 of 738. PageID #: 531955

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0516850    Pg.3
NAME:
R.P.:
ADDR:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
|---|---|---|---|---|---|
| TYPE: | FED.# | | | EXP. DATE | |

HOURS OPEN    (DAILY)    (SAT.)    (SUN. & HOLIDAYS)

| RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED |
|---|---|---|

CAT:    CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

*(30) See Rx 2178266 - This C-II Rx is prepared with a computer label on a Telephone blank RX with no notes or original Rx explanation by the dispensing RPh Brad Daugherty. This Rx exceed the 5/6 for an emergency 72 Rx. * Please reply with explanation within...

(20) All Telephone Rx's must have the full name of the prescribes Nurse/Agent - See Rx 4265682, 4265669, 4265662, 4265605. Note - Your blank telephone Rx's have a space requesting the caller's last name

(21) You have 12 VIALS marked "oops" with various legend/dangerous drug tablet stored inside the vials. What is the purpose behind this accountability or lack of Accountability.*

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    DATE SIGNED 10·16·05    SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799848

Highly Confidential Subject to Protective
Order

BOP_MDL2799849

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-0516850          Pg. 4
NAME:
R.P.:
ADDR:

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|
| TYPE | FED.# | | | EXP. DATE | |

HOURS          (DAILY)          (SAT.)          (SUN. & HOLIDAYS)
OPEN

| CAT: | CLASS: | RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED |
|---|---|---|---|---|
| CNTY: | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

– #29 Your RECORD Keeping is messy. I was unable to locate your Biennial inventory. I only located Biennial inventories stuffed in the bottom of your C-II safe from 8-10 years ago but nothing current. Please prepare a New Controlled Drug Inventory or in a written reply advise the date of your current inventory.

Wholesaler - McKesson — ANDA
Weekly - New/Refill BTMs - 1900

☐ PINK SHEET ISSUED FOR NUMBER(S):

**IF BOX IS CHECKED, _THE DISTRIBUTOR_** SHALL CORRECT ITEM(S) INDICATED AND **_RETURN THE PINK COPY_**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **_WITHIN 20 DAYS_** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          10-16-06          SIGNATURE OF INSPECTOR
                                        DATE SIGNED

PHA-0610 (Rev. 02/02)          WHITE - OFFICE COPY          YELLOW - INSPECTOR COPY          GREEN - DISTRIBUTOR COPY          PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799850

Highly Confidential Subject to Protective
Order

BOP_MDL2799851

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02.0516850
NAME:
R.P.: GIANT EAGLE Pharmacy #4056
ADDR: 2700 MAHONING Ave NW
WARREN, Ohio 44483

CAT: III
CNTY: TRUMBULL
CLASS: 05

AREA CODE / TELEPHONE NUMBER: 330.395.0505
TIME IN: 1045 A.M.
TIME OUT: 145 P.M.
TYPE: 05
FED.#: BG1090412
EXP. DATE:
HOURS OPEN: 9-9 (DAILY) (SAT.) (SUN. & HOLIDAYS)
RESPONSIBLE PERSON: 13757
TITLE/I.D. NO.
INIT. USED
BRAD EDWIN DAUGHERTY RPh

OHIO PHARMACY BOARD
OCT 27 2006

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| CATHY A. ROZZI RPh | CAL | 03-2-16473 | | | |
| Thomas J. BARRINGER RPh | T.B. | 03-2-25061 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

The State, Federal, & personal licenses are current RPh
The pharmacy has three patient dispensing computers with PDx Software.
The pharmacy has a full physical barricade - draw-around metal screens. The pharmacy has a RPh controlled stand alone headers & unless alarm.
The staff RPh's have their own keys & code to the pharmacy.
The relief RPh obtains her key & code access via a RPh controlled metal security Box.
12- Resp Person DAUGHERTY RPh failed to report A Felony to this Agent - 2921.22 ORC. See attached copy of Rx demand or copies at the pharmacy.
FAX sheet prepared by RPh Daugherty for Doctor

☒ PINK SHEET ISSUED FOR NUMBER(S): "12 - 20 - 30 - 21" 22

**IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.**

SIGNATURE OF PERSON IN CHARGE
DATE SIGNED: 10-16-06
SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

COPY TO GP+
FILE. CKR 11-02-06

Highly Confidential Subject to Protective Order

10/24/06

(12) I APOLOGIZE TO AGENT GEORGE PAVLICH AND THE BOARD OF PHARMACY FOR DESTROYING THE Rx FOUND ON THE PUBLIC USE COPIER IN OUR STORE. UPON BEING MADE AWARE OF THE Rx, I IMMEDIATELY CONTACTED THE PRESCRIBING PHYSICIAN AND FAXED THE Rx TO THE PHYSICIAN. WHY AT THAT POINT, I DECIDED TO DESTROY THE Rx AND NOT CALL AGENT PAVLICH AND INFORM HIM OF THE SITUATION WAS VERY poor JUDGEMENT ON MY PART AND I CANNOT DEFEND. I WILL NEVER DO SOMETHING AS STUPID AS THAT AGAIN.

*[signature]* RPh

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 588 of 738. PageID #: 531961

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 02-0516850 | | | Pg 3 | | | | | | |
| NAME: | | | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | | CLASS: | | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

(30) See Rx 2178266 - This C.II Rx is prepared with a computer label on a Telephone blank Rx with no notes or original Rx explanation by the dispensing RPh Brad Daugherty. This Rx exceeds the 5 IB for an emergency 72 Rx. ★ Please reply within 20 days of notification

(20) All Telephone Rx's must have the full name of the prescriber Nurse/agent. See Rx 4265692, 4265669, 4265662, 4265605. Note - Your blank telephone Rx's have a space requesting the callers last name.

(21) You have 12 VIALS marked "oops" with various legend/dangerous drug tablets stored inside the vials. What is the purpose behind this accountability or lack of accountability.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| _____ | 10-16-06 | _____ |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)  WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2799854

(30) Rx 2178266 - COMPUTER LABEL ON TELEPHONE
Rx BLANK

THIS Rx WAS NOT FILLED AND THE
COMPUTER LABEL WAS JUST MARKING THE VOIDED Rx.
NORMALLY I WRITE ACROSS THE FACE OF THE Rx
THAT THIS Rx WAS DEACTIVATED BUT DID NOT DO SO
ON THIS Rx. COMPUTER TRANSACTION SHOWS THAT
THIS Rx WAS NEVER DISPENSED.

(20) ALL TELEPHONE Rxs WILL HAVE THE FIRST AND
LAST NAMES OF THE PRESCRIBERS NURSE/AGENT GOING
FORWARD.

(21) THE 12 VIALS OF MISCELLANEOUS BROKEN TABLETS,
RETURNED Rx TABLETS FROM PATIENTS, TABLETS DROPPED
AND FOUND ON FLOOR THAT HAVE ACCUMULATED OVER TIME
HAVE BEEN DESTROYED AND WILL NOT ACCUMULATE IN
THE FUTURE.

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: 02·0516850 | | pg.4 | | | | P.M. | | P.M. |
| NAME: | | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | | | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D.CARDS | #29) Your RECORDKeeping is messy. I was unable |
| 3. RECORDSYSTEM | to locate your Biennial inventory. I only locat-d |
| 4. BARRICADE | |
| 5. MIN.STANDARDS | Biennial inventories stuffed in the bottom of your |
| 6. SECURITY | |
| 7. LIBRARY | C-II safe from 8-10 years ago but nothing |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | current. Please prepare a New Controlled |
| 10. ACCOUNTABILITY | |
| 11. IMPROPERDISPENSING | Drug Inventory or in a written reply advise |
| 12. INSUFFICIENTSUPERVISION | |
| 13. INVENTORYRECORDS | the date of your current inventory. |
| 14. DRUGDESTRUCTION | |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | |
| 17. SAMPLES | |
| 18. NON-REGCOMPOUNDING | |
| 19. RxBLANKS | |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERICMFG. | Wholesaler· McKesson – ANDA |
| 26. RxFILES | |
| 27. RxCOPIES | Weekly- New/Refill TOTALS - 1900 |
| 28. RxINT/DATE | |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | 10-16-06 | |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

(29) THE MOST CURRENT (5/1/05) BIENNIAL INVENTORY WAS STORED IN THE CABINET NEXT TO THE C-II SAFE. THE OLD BIENNIAL INVENTORY SHEETS WILL BE DESTROYED TO REDUCE THE CLUTTER. I WILL KEEP THE LAST 2 BIENNIAL INVENTORY SHEETS PER MY CONVERSATION WITH AGENT PAVLICH.

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 592 of 738. PageID #: 531965



**YOUR GIANT EAGLE PHARMACIST IS AVAILABLE TO COUNSEL YOU ON ANY QUESTIONS ABOUT YOUR PRESCRIPTION**



Dr.

This WAS

LEFT IN

OUR PUBLIC USE

Copier

Brian
Daughtery

SAVE THIS RECEIPT FOR TAX OR INSURANCE PURPOSES.

R.Ph. _____

TOTAL P.04

Highly Confidential Subject to Protective Order

BOP_MDL2799858

Highly Confidential Subject to Protective
Order

BOP_MDL2799859

Downloaded from www.thelancet.com See in 1982.vol; Dean; 09/07/21 Know This, Regards is Legood

Highly Confidential Subject to Protective
Order

BOP_MDL2799861

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  596 of 738.  PageID #: 531969

Peter S Franklin MD Inc
15389 West High Street
Middlefield, Ohio 44062

July 7, 2006

Agent Frank Boda
Ohio State Board of Pharmacy
77 South High Street
Columbus, Ohio 43215-6126

Dear Agent Boda:

I mentioned to you that a Giant Eagle pharmacy in Warren called me to let me know
about a prescription left in a copier.

I enclose herewith what I received in the mail today from that pharmacy.

SINCERELY

PETER FRANKLIN MD

(440) 632-0767  fax (216) 274-6275  mobile (440) 823-7103

Highly Confidential Subject to Protective
Order



Highly Confidential Subject to Protective
Order

BOP_MDL2799863

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 598 of 738. PageID #: 531971

07/07/2014 13:08 FAX 440 428 6176    GIANT EAGLE PHARM #4097    ☒002/008

Store. #4097          412-968-1552

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: RPhc | | | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| DDD#: 02115885D | | | 440-428-6111 | 11:30 P.M. | 2:30 ᴬᴹ |
| NAME: Grant Eagle #4097 | | 1 of 5 | TYPE          FED. # | | EXP. DATE |
| R.P.: | | | RPhc    BG6517803 | | 9/30/14 |
| ADDR: Jennifer Dimnick | | | HOURS | | |
| 6556 N. Ridge Rd. | | | OPEN    M-F 9-9  Sat 9-7  Sun 7-5 | | |
| Madison, OH 44057 | | | FAX NUMBER         EMAIL | | |
| CAT: III    CLASS: | | | 440-428-6176 | | |
| CNTY: 43 | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Jennifer Dimnick | | 03316102 | Patrick O'Black | | 13994 |
| Lisa Dowling | | 0529927 | | | |
| Jenna Mills | | 06012850 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☒    Partial ☐

1.) REA + OSBP licenses current and posted. RPh will licenses posted

2.) OK

3.) Enterprise Pharmacy System Rx-pel full dispensing software. Seven computer terminals handle data entry of prescription and patient profile info. Data backed up at corporate HQ. Three stations for Rx processing, data entry, fill and verification. Giant Eagle uses combination bar code scanner and fingerprint reader to document positive ID on acts of dispensing and verification. System is not yet approved for paperless positive ID. Currently daily report prints out listing

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 7/7/14 | SIGNATURE OF INSPECTOR | DATE 7/7/14 |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

CONFIDENTIAL                                                                 GE_TL00008222

07/07/2014 15:07 FAX 440 428 6170    GIANT EAGLE PHARM #409    ☐002/006

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 02115885O | | | | | | | | | |
| NAME: | | | | TYPE | | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: 2 of 5 | | | | HOURS OPEN | | | | | |
| | | | | | | | | | |
| CAT: CLASS: | | | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☐    Partial ☐

RPh. who completed acts of verification
report signed by RPh. to show positive ID
Barcode that is issued to RPh. times out
after 24 hours. Barcode generated when RPh.
enters unique pin and password. A paperless
positive ID system must retain the ability
to document when RPh. manually verifies
prescriptions in the event that fingerprint
reader is not working. Giant Eagle also
uses second verification - DV2 which can
be performed onsite or offsite in Columbus
4.) Fully enclosed barricade with electronic
alarm backup. Barricade inspection report completed.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE _____ DATE 7-7-14

SIGNATURE OF INSPECTOR _____ DATE 7/7/14

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

CONFIDENTIAL                                                                 GE_TL00008223

07/07/2014 13:08 FAX 440 428 8171     GIANT EAGLE PHARM #4085                    ☑ 0003/006

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 02115 8850 | | | | | | | | | |
| NAME: | | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | | 3 of 5 | | | | | | | |
| | | | | HOURS OPEN | | | | | |
| CAT: | | CLASS: | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐     Partial ☐

5.) OK

6.) electronic alarm backs up physical barricade. Location recently investigated for theft of drugs. properly reported to OSBP.

7.) RPh able to access OSBP website for Ohio Drug laws + rules

8.) OK

9.) OK - acceptable temp range. Temp log monitored.

10.) records of accountability maintained in controlled drug record box. DEA 222s executed upon receiving order from McKesson. RPh must enter quantity of zero (0) when ordered drug is not received - don't leave blank

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

**IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.**

_____  _____  /14      _____  7/7/14
SIGNATURE OF PERSON IN CHARGE      DATE            SIGNATURE OF INSPECTOR              DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

CONFIDENTIAL                                                                    GE_TL00008224

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 ~ TEL 614-466-4143; FAX 614-752-4836

| TYPE:<br>DDD#: Od1158850<br>NAME:<br>R.P.:<br>ADDR: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
|---|---|---|---|---|---|---|---|---|
| | | | TYPE | FED.# | | | EXP. DATE | |
| 5 of 5 | | | HOURS<br>OPEN | | | | | |
| CAT:    CLASS:<br>CNTY: | | | FAX NUMBER | | EMAIL | | | |

| PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. | PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

24.) Syringes stored behind counter, not advertised for sale

26.) 4 part filing system,

28.) Hard copy Rx's properly initialed by dispensing RPh.

29.) Last brand inventory completed 5/1/14 at business open by RPh. Dimick. Monthly recrocke completed.

32.) Daily log report reviewed and signed by dispensing RPh to show positive ID for refill Rx's dispensed.

39.) RPh. demonstrated ability to log on to OARRS 2000 Rx/week    2×N (6P9017) processed today

☐ PINK SHEET ISSUED FOR NUMBER(S): ____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |
|---|---|---|---|
| | /14 | | 7/7/14 |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

CONFIDENTIAL    GE_TL00008225

07/07/2014 13:08 FAX 440 428 6176    GIANT EAGLE PHARM #4091    ☒ 005/006

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 7/7/14 | T.D.D.D. #: 021158850 |
|---|---|
| BOARD AGENT: Edwards/Doty | D.E.A. #: BG6514803 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___ Key in sealed envelope in safe.

✓ ___ All items requiring R.Ph. supervision are inside barricade.

✓ ___ Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

✓ ___ Minimum of seven (7) feet in height.

✓ ___ Fully enclosed.

✓ ___ Suitable locks are provided.

✓ ___ Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

___ ✓ This is a company-owned system.
If no, leased from who? _____ State Alarm _____

✓ ___ This is a ✓ HARDWIRE / ___ WIRELESS / ___ BOTH system. *(check one)*

✓ ___ There is a functional emergency "hold up" button.

✓ ___ System is in operation at all times when R.Ph. is not present.

✓ ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
_____ Audible alarm, RPh called at home _____

✓ ___ Only pharmacists possess access code to prescription room.

___ ✓ System was tested this date. Date system last tested? _____

___ ✓ Slot is provided for drop-in prescriptions.

✓ ___ Suitable notice of operating hours to public is posted.

___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

*(continued on Page Two > >)*

CONFIDENTIAL

GE_TL00008226

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_Jennifer Adkins RPh_
(Signature of R.Ph./Owner)

_7-7-14    2 15 pm_
(Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_(signature)_
(Signature of Board Agent)

_Agent_
(Title)

**Comments:**

Fully enclosed barricate with electronic
alarm back up. Three sets of keys - one for each RPh
plus floater set in lock box. Two key controlled roll
down steel gates plus key locking steel frame door.
Electronic alarm backs up barricade.

Giant Eagle Pharmacy #4097
6556 N. Ridge Road
Madison, Ohio 44057
440-428-6111

PHA-0611 (Rev. 04/04)

∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

CONFIDENTIAL                                                    GE_TL00008227

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 604 of 738 PageID #: 531977

MAIL PINK SHEET BACK TO OBP        C/O ROBERT COLE

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 03-1214750 P
NAME: GIANT EAGLE
R.P.:
ADDR: 1201 MENTOR AVE.
PAINESVILLE, OHIO
CAT: LAKE       CLASS: 05
CNTY: LAKE

PHONE (INCLUDE AREA CODE): 440-358-7769
TIME IN: 1:00 P.M.
TIME OUT: 1:45 P.M.
TYPE: 05 (RETAIL)
FED.#: RG6805483     EXP DATE: 08
HOURS OPEN (DAILY): 9:00  9:00     (SAT) 9:00  7:00     (SUN & HOLIDAYS) 9:00  5:00
RESPONSIBLE PERSON: R.PH. RUBBER     TITLE/I.D. NO.: HYPREE     INIT. USED:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| R.PH. ROBERT | | HYPREE | | | |
| R.PH. RUDY KOZAN | | 03-1-1087 | | | |

1. LICENSING  2/26/07
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY  9-20-07
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING  Comp

PARTIAL INSPECTION -

1) OK
2) OK
3) IBM COMPUTER SYSTEM ON LINE TO ALL OTHER GIANT EAGLE PHARMACIES COMPUTER GENERATES A DAILY LOG WHICH IS SIGNED BY DISPENSING R.PH.
4) OK

2-28-07

☑ PINK SHEET ISSUED FOR NUMBER(S): #11

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY** TO THE STATE BOARD OF PHARMACY **WITHIN 20 DAYS** FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

PERSON IN CHARGE: Rudolph a. Kon
DATE SIGNED: 2/15/07
INSPECTOR: J.D. Budd

PHA-0610 (Rev. 06/01)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802295

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126  –  TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1214750
NAME: GIANT EAGLE
R.P.:
ADDR: PAGE 2 OF 2

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
| | | | P.M. | | P.M. |

TYPE: OS(RETAIL)   FED.#:   EXP. DATE

HOURS OPEN   (DAILY)   (SAT.)   (SUN. & HOLIDAYS)

RESPONSIBLE PERSON   TITLE/I.D. NO.   INIT. USED

CAT:   CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 5) OK |
| 2. I.D.CARDS | |
| 3. RECORDSYSTEM | |
| 4. BARRICADE | 6) OK |
| 5. MIN.STANDARDS | |
| 6. SECURITY | |
| 7. LIBRARY | 7) OK (UPDATED TO 2007) |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ~~ACCOUNTABILITY~~ | |
| 11. IMPROPERDISPENSING | 8) OK (NEW PHARMACY) |
| 12. ~~INSUFFICIENTSUPERVISION~~ | |
| 13. INVENTORYRECORDS | #11  PINK SHEET ISSUED |
| 14. DRUGDESTRUCTION | FOR IMPROPER DISPENSING |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | WRONG NAME/DATE/DRUG |
| 17. SAMPLES | ON RX# 6101362/6118350 |
| 18. NON-REGCOMPOUNDING | |
| 19. RxBLANKS | |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | WHOLESALER- McKESSON |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | APPROX. DAILY RX – 200 |
| 25. GENERICMFG. | |
| 26. RxFILES | LAST RX # – |
| 27. RxCOPIES | |
| 28. RxINT/DATE | |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

X Rudolph A. Ngwu   2/15/07   X
SIGNATURE OF PERSON IN CHARGE   DATE SIGNED   SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802298

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 608 of 738. PageID #: 531981

MA~ PINK SHEET BACK TO O&A    C/O ROBERT COLE

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

STATE BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - PHONE 614/466-4143; FAX 614/752-4836

TYPE:
DDD#: 03-1214750
NAME: GIANT EAGLE
R.P.:
ADDR: 1201 MENTOR AVE.
PAINESVILLE, OHIO
CAT: LARGE    CLASS: OS
CNTY: LAKE

PHONE (INCLUDE AREA CODE): 440-357-7769
TIME IN: 1:00 P.M.    TIME OUT: P.M.
TYPE: OS (RETAIL)    FED #: BG6805483    EXP DATE: 08
HOURS OPEN: (DAILY) 9:00 9:00    SAT: 9:00 7:00    (SUN. & HOLIDAYS): 9:00 5:00
RESPONSIBLE PERSON: R.P.H. ROBERT    TITLE/I.D. NO.    INIT. USED: HYREE

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| R.PH. ROBERT | | HYREE | | | |
| R.PH. RUDY | KOZAN #03-1-10873 | | | | |

OHIO PHARMACY BOARD
FEB 2 0 2007

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

PARTIAL INSPECTION

1) Rx WAS MISXAPEED WITH PROPER MEDICATION IN BOTTLE BUT WRONG PATIENT NAME.

2) WE WILL STRIVE TO PREVENT THIS FROM OCCURRING AGAIN WITH DOUBLE + TRIPLE CHECKS. A NEW SCANNING SYSTEM TO BE INSTALLED WILL HELP ALSO.

3) IBM COMPUTER SYSTEM ON LINE TO ALL OTHER GIANT EAGLE PHARMACIES. COMPUTER GENERATES A DAILY LOG WHICH IS SIGNED BY DISPENSING R.PH.

4) OK

COPY TO FBI
RL 2-22-7

☒ PINK SHEET ISSUED FOR NUMBER(S): #11

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY* TO THE STATE BOARD OF PHARMACY *WITHIN 20 DAYS* FROM DATE ISSUED WITH EXPLANATION OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE.

PERSON IN CHARGE: Rudolph A. Kyo    DATE SIGNED: 2-15-07    INSPECTOR:

PHA-0610 (Rev. 06/01)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802299



Highly Confidential Subject to Protective Order

BOP_MDL2802300

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 610 of 738. PageID #: 531983

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 02-1214750 | | | | | P.M. | | P.M. |
| NAME: | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: GIANT EAGLE | | 02 (PEDIG) | | | | | |
| ADDR: PAGE 2 OF 2 | | HOURS (DAILY) (SAT.) | | | | (SUN. & HOLIDAYS) | |
| | | OPEN | | | | | |
| CAT: | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| 1. LICENSING | | |
| 2. I.D.CARDS | 5) OK | |
| 3. RECORDSYSTEM | | |
| 4. BARRICADE | | |
| 5. MIN.STANDARDS | 6) OK | |
| 6. SECURITY | | |
| 7. LIBRARY | 7) OK (UPDATED TO 2007) | |
| 8. CLEANLINESS | | |
| 9. REFRIGERATION | | |
| 10. ACCOUNTABILITY | | |
| 11. IMPROPERDISPENSING | 9) OK (NEW PHARMACY) | |
| 12. INSUFFICIENTSUPERVISION | | |
| 13. INVENTORYRECORDS | | |
| 14. DRUGDESTRUCTION | #11) PINK SHEET ISSUED | |
| 15. ILLEGALSALES | | |
| 16. ILLEGALPURCHASES | FOR IMPROPER DISPENSING | |
| 17. SAMPLES | | |
| 18. NON-REGCOMPOUNDING | WRONG NAME / DATE / DRUG | |
| 19. RxBLANKS | | |
| 20. IMPROPERRx'S | ON RX # 6161362 / 6119350 | |
| 21. OUTDATEDDRUGS | | |
| 22. DRUGLABELS | | |
| 23. RxINFORMATION | | |
| 24. OTC/SYRINGES | | |
| 25. GENERICMFG. | WHOLESALER – | |
| 26. RxFILES | | |
| 27. RxCOPIES | APPOX. DAILY RX – 200 | |
| 28. RxINT/DATE | | |
| 29. DEAINVENTORY | | |
| 30. PHONEDSCHIIRx | 1ST RX # – | |
| 31. REFILLS-6MO/5X | | |
| 32. REFILLS-INT/DATE | | |
| 33. REFILLS-UA | | |
| 34. EMERGENCYKIT | | |
| 35. CONTINGENCYKIT | | |
| 36. NON-REGDISPENSING | | |
| 37. COUNSELING | | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| Rudolph A. Kern | 8/15/07 | |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802301



Highly Confidential Subject to Protective
Order

04-18-05P01:06 RCVD

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1214750
NAME:
R.P.: GIANT EAGLE
ADDR: 1201 MENTOR AVE.
PAINESVILLE TWP. OHIO
CAT: LAKE
CNTY:

AREA CODE / TELEPHONE NUMBER: 440-358-7769
TIME IN: 1:00 P.M.
TIME OUT: 1:15 P.M.
TYPE: 05 (RETAIL)
FED.#: BG6805402
EXP. DATE: 3-05
HOURS OPEN: (DAILY) 9:00-9:00 (SAT.) 9:00 (SUN. & HOLIDAYS) 9:00
8:00 5:00
RESPONSIBLE PERSON: R.PH. BOB TYREE
TITLE/I.D. NO.
INIT. USED

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| R.PH. ALAN | ODBESEK | | #03-1-10291 | | |
| R.PH. SHELLY | KAYE | | #03- | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING Comp

PARTIAL INSPECTION

1) OK (2005)

2) OK (2005)

GIANT EAGLE PHARMACY #637
1201 MENTOR AVENUE
PAINESVILLE, OHIO 41077

3) IBM COMPUTER SYSTEM
ON LINE TO ALL
GIANT EAGLE PHARMACYS
SOFTWARE COMPUTER
GENERATES A DAILY LOG
WHICH IS SIGNED BY

4-18-05

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE: Alan R. Podbesek
DATE SIGNED: 4.12.05
SIGNATURE OF INSPECTOR:

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802288

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: | 02-1214750 | | | | | | | |
| NAME: | | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | PAGE 2 OF 2 | | 05 RETAIL | | | | | |
| ADDR: | | | HOURS (DAILY) (SAT.) OPEN | | | | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: | | RESPONSIBLE PERSON | | | TITLE/I.D. NO. | | INIT. USED |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D.CARDS | 4) BARRICADE REPORT WRITTEN |
| 3. RECORDSYSTEM | |
| 4. BARRICADE | DISPENSING R.PH. (APPROVED) |
| 5. MIN.STANDARDS | |
| 6. SECURITY | 5) OK |
| 7. LIBRARY | |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | |
| 11. IMPROPERDISPENSING | |
| 12. INSUFFICIENTSUPERVISION | 6) STATE ALARM COMPANY |
| 13. INVENTORYRECORDS | |
| 14. DRUGDESTRUCTION | |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | |
| 17. SAMPLES | 7) OK (UPDATED TO 2005) |
| 18. NON-REGCOMPOUNDING | |
| 19. RxBLANKS | |
| 20. IMPROPERRx'S | |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | |
| 23. RxINFORMATION | 8) OK (NEW PHARMACY LOCATION |
| 24. OTC/SYRINGES | |
| 25. GENERICMFG. | AS OF APRIL 14, 2005 |
| 26. RxFILES | |
| 27. RxCOPIES | |
| 28. RxINT/DATE | OLD LOCATION TO BE CLOSED |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | ON APRIL 13. NEW DRIVE |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | THRU INSTALLED |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |
|---|---|---|
| | 4-12-05 | |

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 4-12-05 | T.D.D.D. #: 02-1214750 |
|---|---|
| BOARD AGENT: FJROO1 | D.E.A. #: BG6805492 |

**YES   NO**   (CHECK ONE)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

☑ ☐  Key in sealed envelope in safe.

☑ ☐  All items requiring R.Ph. supervision are inside barricade.

☑ ☐  Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

☑ ☐  Minimum of seven (7) feet in height.

☑ ☐  Fully enclosed.

☑ ☐  Suitable locks are provided.

☑ ☐  Prescription department cannot be entered when locked without obvious damage to barricade.

☑ ☐  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

*PHYSICAL AND ELECTRONIC ALARMS APPROVED*

### ELECTRONICS:

☐ ☑  This is a company-owned system. *STATE ALARMS*
If no, leased from who? _____

☑ ☐  This is a ☑ HARDWIRE / ☐ WIRELESS / ☐ BOTH system. *(check one)*

☐ ☑  There is a functional emergency "hold up" button.

☑ ☐  System is in operation at all times when R.Ph. is not present.

☐ ☐  Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
① *STATE ALARMS* ② *LCSO* ③ *R.PH.*

☑ ☐  Only pharmacists possess access code to prescription room.

☑ ☐  System was tested this date. Date system was last tested? _____

☐ ☑  Slot is provided for drop-in prescriptions.

☑ ☐  Suitable notice of operating hours to public is posted.

☑ ☐  Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective Order

BOP_MDL2802292

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____          4·12·05
(Signature of R.Ph./Owner)               (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____          AGENT
(Signature of Board Agent)                (Title)

**Comments:**  STORE PHARMACY TO BE
CLOSED ON 3 4-13-05. NEW
LOCATION ON OPPOSITE WALL
OF STORE WITH NEW DRIVE
THRU WINDOW. ALARM AND
PHYSICAL BARRICADES APPROVED

PHA-0611 (Rev. 06/98)                    ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802294

MAIL BACK TO ROBERT COLE WITHIN 20 DAYS.

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02 - 121450 F
NAME: GIANT EAGLE #6377
R.P.:
ADDR: 1201 MENTOR AVE.
PAINESVILLE TWP OHIO
CAT: LAKE CLASS: 05
CNTY:

AREA CODE / TELEPHONE NUMBER: 440-358-7769
TIME IN: 5:00 P.M.
TIME OUT: 5:30 P.M.
TYPE: 05 (RETAIL)
FED.#: BG6805492
EXP. DATE:
HOURS OPEN: 9:00A - 9:00 (DAILY) 9:00 - 9:00 (SAT.) 7:00p - 5:00p (SUN. & HOLIDAYS)
RESPONSIBLE PERSON: R.PH. BOB KYTREE
TITLE/I.D. NO.: INIT. USED:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|-----------|------------|-----------------|-----------|------------|-----------------|
| R.PH. SCOTT | NUTT | | #03-1-12420 | | |
| R.PH. BOB | KYTREE | | | | |

OHIO PHARMACY BOARD

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY — OK
7. LIBRARY
8. CLEANLINESS 5-24-07
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING Comp 6-13-07

GIANT EAGLE PHARMACY #6377    MAY 2 4 2007
1201 MENTOR AVENUE
PAINESVILLE, OHIO 44077 — PARTIAL INSPECTION —

1) OK (CURRENT LICENSE NEEDS TO BE POSTED)
2) OK (UPDATED TO 2007)
3) OK (IBM COMPUTER SYSTEM ON LINE ALL OTHER GIANT EAGLE PHARMACIES.
4) OK
5) OK
6) OK

☑ PINK SHEET ISSUED FOR NUMBER(S): FAILURE TO NOTIFY OBP ON

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE: Scott Nutt    DATE SIGNED: 5/14/7    SIGNATURE OF INSPECTOR:

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3062-14 Filed: 08/17/21 622 of 738. PageID #: 531995

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836.

TYPE:
DDD#: 02-1214700
NAME:
R.P.:
ADDR: PAGE 2 OF

CAT:
CNTY:                          CLASS: 3

| AREA CODE / TELEPHONE NUMBER | | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|
| | | | A.M. | | A.M. |
| | | | P.M. | | P.M. |
| TYPE | | FED.# | | EXP. DATE | |
| 05 | | | | | |
| HOURS      (DAILY)    (SAT.) | | | | (SUN. & HOLIDAYS) | |
| OPEN | | | | | |
| RESPONSIBLE PERSON | | | TITLE/I.D. NO. | | INIT. USED |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

OK
OK
OK
OK

PINK SHEET ISSUED TO
GIANT EAGLE LOSS PREVENTION
FOR FAILURE TO CONTACT
OBP FOR THEFT OF DRUGS
ON 4-11-07 INVOLVING
A PHARMACY TECH STEALING
HYDROCODONE TABLETS.
IN FUTURE GIANT EAGLE
PHARMACY # 6377 AND RTE

☑ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

X Scott Nut                    5/14/7

SIGNATURE OF PERSON IN CHARGE          DATE SIGNED          SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802305

Highly Confidential Subject to Protective
Order

BOP_MDL2802306

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: | 02-1214700 | | | | P.M. | | P.M. |
| NAME: | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | | 05 | | | | | |
| ADDR: | PAGE 3 OF 3 | HOURS OPEN | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: 05 | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| 1. LICENSING | | |
| 2. I.D.CARDS | | |
| 3. RECORDSYSTEM | PREVENTION DEPT. ARE |
| 4. BARRICADE | TO CONTACT OBP COMPLIANCE |
| 5. MIN.STANDARDS | |
| 6. SECURITY | FRANK BODI (440-286-3317) COLUMBUS # |
| 7. LIBRARY | 614-466-4143 LOCAL # |
| 8. CLEANLINESS | REGARDING ANY THEFT OF |
| 9. REFRIGERATION | |
| 10. ACCOUNTABILITY | DRUGS OR THE |
| 11. IMPROPERDISPENSING | INVESTIGATION OF ANY |
| 12. INSUFFICIENTSUPERVISION | |
| 13. INVENTORYRECORDS | PHARMACY EMPLOYEE (PHARMACIST |
| 14. DRUGDESTRUCTION | OR TECH.) GIANT EAGLE CORP |
| 15. ILLEGALSALES | |
| 16. ILLEGALPURCHASES | HAS NO AUTHORITY TO |
| 17. SAMPLES | CONDUCT A CRIMINAL INVESTIGATION |
| 18. NON-REGCOMPOUNDING | |
| 19. RxBLANKS | INVOLVING THEFT OF DRUGS (FELONY) |
| 20. IMPROPERRx'S | PER ORC SECTION #4729.15 |
| 21. OUTDATEDDRUGS | |
| 22. DRUGLABELS | |
| 23. RxINFORMATION | |
| 24. OTC/SYRINGES | |
| 25. GENERICMFG. | |
| 26. RxFILES | |
| 27. RxCOPIES | |
| 28. RxINT/DATE | |
| 29. DEAINVENTORY | |
| 30. PHONEDSCHIIRx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 34. EMERGENCYKIT | |
| 35. CONTINGENCYKIT | |
| 36. NON-REGDISPENSING | |
| 37. COUNSELING | |

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | |
|---|---|---|
| Scott Neto | 5/14/7 | S J Bodi |
| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802308

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| | | |
|---|---|---|
| TYPE: | AREA CODE / TELEPHONE NUMBER | TIME IN _____ A.M. / P.M.    TIME OUT _____ A.M. / P.M. |
| DDD#: 02-1214700 | | |
| NAME: | TYPE   05    FED.# | EXP. DATE |
| R.P.: | | |
| ADDR: PAGE 3 OF 3 | HOURS (DAILY) (SAT.) OPEN | (SUN. & HOLIDAYS) |
| CAT:    CLASS: 05 | RESPONSIBLE PERSON | TITLE/I.D. NO.    INIT. USED |
| CNTY: | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | *OHIO PHARMACY BOARD MAY 24 2007* | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

PREVENTION DEPT. ARE TO CONTACT OBP AGENT FRAL RODI (440-286-3317) REGARDING ANY THEFT OF DRUGS OR THE INVESTIGATION OF ANY PHARMACY EMPLOYEE (PHARMACIST OR TECH.) OBP HAS NO AUTHORITY TO CONDUCT A CRIMINAL INVESTIGATION INVOLVING THEFT OF DRUGS (FELONY) PER OBP STEVON #4729:15

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| | | |
|---|---|---|
| _Scott Nota_ | 5/14/7 | _SOSO_ |
| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

copy FB
Relate 5-30.7

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

BOP_MDL2802310



From this point forward,
Giant Eagle loss prevention
will contact the OBP in
all matters of drug theft.
or the investigation of
any pharmacy employee

Sincerely,
Barb Carlson

**GIANT EAGLE**®

**Barb S. Carlson, RPh**
Regional Pharmacy Specialist

Giant Eagle, Inc. 101 Kappa Drive Pittsburgh, PA 15238
412.963.6200 • Fax 412.968.1561 • Cell 216-905-0614
e-mail barbara.carlson@gianteagle.com

Highly Confidential Subject to Protective Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
| DDD#: 02-1214700 | | | | | P.M. | | P.M. |
| NAME: | | TYPE | FED.# | | | EXP. DATE | |
| R.P.: | | 05 | | | | | |
| ADDR: PAGE 2 OF | | HOURS | (DAILY) | (SAT.) | | (SUN. & HOLIDAYS) | |
| | | OPEN | | | | | |
| CAT: | CLASS: 2 | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

OHIO PHARMACY BOARD

MAY 2 4 2007

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE — OK
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY — OK
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY — OK
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION — PINK SHEET ISSUED TO
15. ILLEGALSALES
16. ILLEGALPURCHASES — GIANT EAGLE LOSS PREVENTION
17. SAMPLES
18. NON-REGCOMPOUNDING — FOR FAILURE TO QUIET
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS — OBP FOR THEFT OF
22. DRUGLABELS
23. RxINFORMATION — ON 4-11-07 FROM
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES — A PHARMACY
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY — HYDROCODONE
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA — IN FUTURE GIANT EAGLE
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING — PHARMACY I (377) AND
37. COUNSELING

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| X Scott Nate | 5/14/7 | |
|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED | SIGNATURE OF INSPECTOR |

PHA-0610 (Rev. 02/02)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   GREEN - DISTRIBUTOR COPY   PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

DEC 2 2013

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

TYPE: TDDD
DDD# 02-1214750   19.4
NAME: Giant Eagle Pharmacy
R.P. Emily Kay Mooney
ADDR:
1201 mentor Av.
Painsville, Ohio 44077
CAT: 3    CLASS: 5
CNTY: Lake

| AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|
| (440) 358-7769 | 1330 PM | 1530 PM |

TYPE    FED. #           EXP. DATE
RTPC    BG6805482    9-30-2014
HOURS
OPEN M-F 9a-9p S 9-7p Su 9-5p
FAX NUMBER                EMAIL
(440) 358-7772

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| David J. Toma, RPh | | 03129346 | | | |
| Denise Gardner | | 0332698 | | | |

GIANT EAGLE PHARMACY #6377
1201 MENTOR AVE.
PAINESVILLE, OHIO 44077

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
Full ☑   Partial ☐

1) State license current + posted. Fed. license ✓ on.

2) Both RPh Toma and Gardner have current and signed wallet ID cards on them.

3) The current software system is Enterprise Pharmacy System and the version is 2.5.06.010. There are twelve (12) patient specific terminals all inside the barricade. Recall is @ least two years for patient profiles. Positive ID is currently wet ink signature However, Giant Eagle is working toward a fully electronic/paperless system.

4) This location is a fully enclosed barricade with two (2) steel doors; one is a ½ door leading to the patient counseling area w/ suitable lock on door. The other

☑ PINK SHEET ISSUED FOR NUMBER(S): 27, 28, 11

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

Denise Kerey - SCreg        12-19-13      [signature] Ren M Dietsche    12-19-13
SIGNATURE OF PERSON IN CHARGE      DATE      SIGNATURE OF INSPECTOR              DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  632 of 738. PageID #: 532005

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: DDD#: 02-1214750   2034 | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| NAME: Grant Eagle | TYPE | FED. # | | | EXP. DATE | |
| R.P.: ADDR: | HOURS OPEN | | | | | |
| CAT:          CLASS: CNTY: | FAX NUMBER | | EMAIL | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐          Partial ☐

4.) (Cont.) is glass leading to the exterior of the store. Front area. One steel drop curtain @ drop off area + a full curtain securing the front of pharmacy.

5) Check ok  6) No recent reports of theft and/or significant loss of drugs @ this location. Any substantial loss and/or theft should be immediately reported by phone to OSBP and local law enforcement. If controlled substance is involved report (also) to DEA.

7) This location uses the internet as a reference and for access to OAC, ORC, etc.  8) check ok  9) check ok

10) DEA 222 forms are in order by form number, neatly filed. No presigned forms located. 29) Last DEA inventory on May 1, 2013 @ open of business by RPh Mooney.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| Denise Reich Sar | 12-19-13 | Ronald DeBelle | 12-19-13 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802273

Highly Confidential Subject to Protective
Order

BOP_MDL2802274

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 634 of 738. PageID #: 532007

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| | | | |
|---|---|---|---|
| TYPE: DDD | | AREA CODE / TELEPHONE NUMBER | TIME IN  A.M. P.M.  TIME OUT  A.M. P.M. |
| DDD#: 02-124752  3 of 4 | | | |
| NAME: GIANT EAGLE | | TYPE          FED. # | EXP. DATE |
| R.P.: | | | |
| ADDR: | | HOURS OPEN | |
| | | FAX NUMBER          EMAIL | |
| CAT:          CLASS: | | | |
| CNTY: | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
25. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☐

*27) ONC 4729-5-24 (A)(2)(h) a transfer copy of Rx must include the full name of pharmacist. As noted on random sample px# 4054104 auto transfer from Giant Eagle #4098, RPh is listed as "Background Worker" - no name of RPh located on Rx. Current dispensing software defaults to "background worker" and should list RPh by name.

*28) Until Giant Eagle software is approved for electronic signature, RPh must sign and date (initial & date) all Rx. Random samples of CII do not have init/date on hard copy originals.

McKesson & Ando are the wholesalers used. Average daily Rx is 385 w/ 1/3 of them Refill. (Rx 6518147 → last fill)

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____   12-19-13          _____   12-19-13
SIGNATURE OF PERSON IN CHARGE          DATE          SIGNATURE OF INSPECTOR          DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802275

Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 636 of 738. PageID #: 532009

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02 124750
NAME:
R.P.:                    4 of 4
ADDR:

CAT:                 CLASS:
CNTY:

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
| | | P.M. | | P.M. |
| TYPE | FED. # | | EXP. DATE | |
| HOURS OPEN | | | | |
| FAX NUMBER | | EMAIL | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐     Partial ☐

\* 11) RX# 6497496 was filled on 11/26/2013. The prescription was written for ninety (90) capsules however complainant states RX was dispensed for one hundred thirty (130). RPh. believes the quantity may have been back counted from a one hundred fifty (150) count bottle. Pharmacists must make sure that technicians are properly counting medications and must ensure accuracy of the quantity of the dispensed prescription.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE      12-19-13      SIGNATURE OF INSPECTOR      12-19-13
                                   DATE                                      DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802277

Highly Confidential Subject to Protective
Order

BOP_MDL2802278

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 12-19-2013 | T.D.D.D. #: 02-12147500 |
|---|---|
| BOARD AGENT: Dietsche | D.E.A. #: BG6805482 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

Key in sealed envelope in safe. →In lock box in ~~mail~~ cash office.

All items requiring R.Ph. supervision are inside barricade.

Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

Minimum of seven (7) feet in height.

Fully enclosed.

Suitable locks are provided.

Prescription department cannot be entered when locked without obvious damage to barricade.

No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

This is a company-owned system.
If no, leased from who? STATE ALARM

This is a ✓ HARDWIRE / ___ WIRELESS / ___ BOTH system. *(check one)*

There is a functional emergency "hold up" button.

System is in operation at all times when R.Ph. is not present.

Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?

Only pharmacists possess access code to prescription room.

System was tested this date. Date system was last tested? _____

Slot is provided for drop-in prescriptions.

Suitable notice of operating hours to public is posted.

Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

**(continued on Page Two > >)**

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802280

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

_____        12-9-13   3:27 pm
(Signature of R.Ph./Owner)                                          (Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____   12-19-2013   _____
(Signature of Board Agent)                                          (Title)

**Comments:**

GIANT EAGLE PHARMACY #6377
1201 MENTOR AVE.
PAINESVILLE, OHIO 44077

PHA-0611 (Rev. 04/04)                                  ∧∧ *PLACE STORE STICKER/STAMP HERE* ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802282



Giant Eagle Inc. • 701 Alpha Drive • Pittsburgh, PA 15238 • GiantEagle.com

January 6, 2014

Ohio Board of Pharmacy
77 South High Street
Room 1702
Columbus, OH 43215-6126

Re:  Ohio Board of Pharmacy Audit 12-19-2013
Pink Sheet Citation issued for numbers: 27, 28, and 11

To Whom It May Concern:

The following is Giant Eagle's response to the citation issued following the Board of Pharmacy audit on 12/19/2013 at Giant Eagle Pharmacy #6377, TDDD # RTPC.021214750-03.

**Item 11** - Rx # 6497496 was filled on 11-26-2013.  It was a refill prescription that was written for 90 capsules but complaint states that the dispensed quantity was 130 capsules.

11) Pharmacy leadership at the corporate, district, and store levels has reemphasized to all pharmacy personnel Giant Eagle policy with respect to the counting of medication and will continue to emphasize the policy at store Continuous Quality Improvement (CQI) team meetings.

**Item 27** - Ohio Revised Code 4729-5-24(A)(2)(h):  An auto-transfer copy of prescription must indicate the full name of the transferring pharmacist.  On a random sample (rx # 4056104) the transferring pharmacist was indicated as "Background Worker".  Current dispensing software defaults to "background worker".

27) The transfer of prescriptions between Giant Eagle pharmacies is an electronic transfer between two linked pharmacy systems and while it does not require a "transferring pharmacist," all of the elements of the prescription are captured as follows. Electronic transfer of the prescription ensures that all information regarding the subject prescription is accurately communicated to the receiving pharmacy. This includes transfer of the original prescription hardcopy image which is an enhancement of patient safety. Although a "transferring pharmacist" is not identified, the Board can be assured that all pharmacy team members involved in the original data entry of the prescription as well as those involved in filling the prescription at the receiving store can be positively identified through the dispensing system's task tracking function.

Giant Eagle welcomes the opportunity to meet with the Board and demonstrate the transfer process.

**Item 28** - Until Giant Eagle software system (EPS) is approved for electronic software, the pharmacist must sign and date (or initial and date) all prescription hardcopies.

28) Pharmacy leadership at the corporate, district, and store levels has communicated with all pharmacy team members that it is Giant Eagle policy for pharmacists to continue initialing all prescription hardcopy back tags in the state of Ohio.

Sincerely,

Joseph E. Millward, RPh.
Sr. Manager, Pharmacy Quality and Compliance
Giant Eagle, Inc.

Dietsche

OHIO PHARMACY BOARD
JAN 1 3 2014
E. A. GRIFFIN  LD
Copy To

Highly Confidential Subject to Protective Order

OHIO BOARD OF PHARMACY.
RECEIVED

2014 JAN -9 PM 12: 09

2014782

Highly Confidential Subject to Protective
Order

BOP_MDL2802284

Highly Confidential Subject to Protective
Order

BOP_MDL2802285



Highly Confidential Subject to Protective Order

BOP_MDL2802286

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 646 of 738. PageID #: 532019

OHIO PHARMACY BOARD

FEB 1 2 2009

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: TDDD
DDD#: RTPC-021214750
NAME: Giant Eagle Pharmacy
R.P.: Robert T. Hytree, RPh.
ADDR: 1201 Mentor Ave.
Painesville Twp., OH 44077

1 of 6

CAT: III          CLASS: 05
CNTY: Lake -43

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|
| 440-358-7768 | 12:00 | P.M. | 4:15 | P.M. |

| TYPE | FED.# | | EXP. DATE |
|---|---|---|---|
| Retail Chain | BG-6805482 | | 9/30/11 |

HOURS
OPEN 9-9 M-F, 9-7 Sat, 9-5 Sun

| FAX NUMBER | EMAIL |
|---|---|
| 440-358-7772 | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Rudolph A Kozan, RPh | RKK | 03110873 | Robert T. Hytree | RTH | 03210154 |
| Shelley D. Kayle, RPh. | SHE | 03317073 | GIANT EAGLE Pharmacy Store #6377 1201 MENTOR AVENUE PAINESVILLE OH 44077 BG6805482 (440)358-7769 CAUTION: Federal law prohibits transfer of this drug to any person other than the patient for whom prescribed. | | |
| Scott Kordella, RPh. | SCK | 03312878 | | | |

1. LICENSING   2/12/09
2. I.D. CARDS   yaf
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY   OK
7. LIBRARY   2/13/09
8. CLEANLINESS   *
9. REFRIGERATION   pg
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☒ Comp  P ☐   PS

1) OSBP and DEA licenses are current and posted. TDDD license is posted, however RPh. licenses (wall certificates) are not posted. Per O.R.C. 4729.12 the license shall be conspicuously exposed at the principal place where the pharmacist or pharmacy intern practices pharmacy. 2) OK  3) PDX software version 4.6.07 Pharmacy uses a real time dispensing system which is connected to all Giant Eagle stores. There are 5 computer workstations for data entry, Rx processing DuR verification. Pharmacy has a 7 point check verification system RPhs use and techs use to prevent errors. Patient profile recall available for at least 2 years at store - corporate can recall data

☒ PINK SHEET ISSUED FOR NUMBER(S): 1, 21, 23, 32

2-20-09

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 4/4/09 | SIGNATURE OF INSPECTOR | DATE 2/4/09 |
|---|---|---|---|

PHA-0610 (Rev 03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802313

Highly Confidential Subject to Protective
Order

BOP_MDL2802314

Case: 1:17-md-02804-OAP Doc #: 3062-14 Filed: 08/17/21 648 of 738. PageID #: 532021

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE:<br>DDD#: 02-12|4750<br>NAME:<br>R.P.:<br>ADDR: 2 of 6 | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
|---|---|---|---|---|---|---|
| | TYPE | FED. # | | | EXP. DATE | |
| | HOURS<br>OPEN | | | | | |
| CAT:          CLASS:<br>CNTY: | FAX NUMBER | | EMAIL | | | |

| PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. | PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐          P ☐

further back. RPhs use a barcode verification
system followed by a password for final verification
2 of the 5 workstations have barcode scanners that
are only used by RPh. When verifying an RX RPh. scans
barcode on stock bottle, Rx being dispensed and their
individual NDC barcode card. Each RPh. has their
own card. 4.) Fully enclosed barricade - see
completed barricade inspection report. 5.) OK
6) Electronic alarm system with motion sensors
No thefts or significant losses in at least the past year.
Any theft or significant loss of dangerous drugs
must be reported to OSBP and local law enforcement.
If drug involved is a controlled substance you must

PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          4/4/09 DATE          SIGNATURE OF INSPECTOR          2/4/09 DATE

PHA-0610 (Rev 03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective
Order

BOP_MDL2802315

Highly Confidential Subject to Protective
Order

BOP_MDL2802316

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 650 of 738. PageID #: 532023

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
|---|---|---|---|---|---|---|
| DDD#: | 02-1214750 | | | | | |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | 3 of 6 | | | | | |
| | | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐   P ☐

also notify DEA. 7.) Drug law book is present but has not been updated since 2006. Pharmacy has access to internet and OSBP website is listed as a favorite. RPh. showed how to access ORC·OAC. 8.) OK   9.) OK

10.) DEA 222 forms in proper order. Forms are properly filled out and signed when C-II order received. No wholesale sales being made.

13) Perpetual C-II inventory maintained. Actual counts done once per month. Quarterly inventory done on other drugs once every 3 months.

★ 23) When properly completed phone in Rx's must contain full first and last name of doctor's agent.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 4/4/05 DATE | SIGNATURE OF INSPECTOR | 2/4/09 DATE |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802317

Highly Confidential Subject to Protective
Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 652 of 738. PageID #: 532025

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1214750
NAME:
R.P.:
ADDR:

4 of 6

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|
| | | | P.M. | | P.M. |
| TYPE | FED. # | | | EXP. DATE | |
| HOURS OPEN | | | | | |
| FAX NUMBER | | EMAIL | | | |

CAT:        CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐        P ☐

The following RX's only contain an agent first name - RX# 4023953, 4023971, 4023985.
One packet of CIII-V files checked. 26.) 3 part filing system in place  28.) RPh. are properly initialing and dating new RX's. Giant Eagle sticker has marked boxes where RPh's place initials.
29.) Last DEA biennial inventory completed 4/30/07 at close of business.

* 32.) The pharmacy generates an end of day report that lists all RX's dispensed that day by RPh. initials. Each dispensing RPh who worked that day must take accountability for the RX's they dispensed by signing a daily log that

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE        4/4/09  DATE        SIGNATURE OF INSPECTOR        2/4/09  DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802319

Highly Confidential Subject to Protective
Order

BOP_MDL2802320

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  654 of 738.  PageID #: 532027

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: 02-1214750 | | | | | | P.M. | | P.M. |
| NAME: | | | TYPE | | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: 5 of 6 | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | FAX NUMBER | | | EMAIL | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

lists all refills. Currently RPh's sign a "Cognitive Services" report that does not list all refill Rx's. It was explained that technicians enter RPh. initials when the Rx is being processed. Initials entered are of an on duty RPh, not necessarily the dispensing RPh. This procedure does not accurately reflect the dispensing RPh. The pharmacy is to ensure that RPh's take proper accountability for refills dispensed per rules and regulations mandated by OSBP.

✱ 21.) Rx # 6207472 was dispensed on 1/26/09 by RPh. Hytree. The medication had an expiration date of 12/08. The medication was returned

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_____  4/4/09          _____  2/4/09
SIGNATURE OF PERSON IN CHARGE    DATE     SIGNATURE OF INSPECTOR    DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802322

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 656 of 738. PageID #: 532029

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02.1214750
NAME:
R.P.: 6 of 6
ADDR:

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|
| | | P.M. | | P.M. |

| TYPE | FED. # | EXP. DATE |
|---|---|---|

HOURS OPEN

FAX NUMBER          EMAIL

CAT:          CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐     P ☐

by the customer and a new RX was dispensed (same RX #) RPh. states the pharmacy was checked for outdates in December 2008 and that medication was inadvertently missed.

39.) RPh's are aware of OARRS

Rx # 6208786 is new today

Approx. 300 Rx's per day 50% new

Wholesalers are McKesson, Anda and Grant Eagle distribution warehouse.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          2/4/09 DATE          SIGNATURE OF INSPECTOR          2/4/09 DATE

PHA-0610 (Rev.03/08)  WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802323

Highly Confidential Subject to Protective Order

BOP_MDL2802324

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 2/4/09 | T.D.D.D. #: 02-1214750 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG-6805482 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

X ___ Key in sealed envelope in safe. lock box in cash office

X ___ All items requiring R.Ph. supervision are inside barricade.

X ___ Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

X ___ Minimum of seven (7) feet in height.

X ___ Fully enclosed.

X ___ Suitable locks are provided.

X ___ Prescription department cannot be entered when locked without obvious damage to barricade.

X ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS:

___ X This is a company-owned system. If no, leased from who? State Alarm System

X ___ This is a ___ HARDWIRE / X WIRELESS / ___ BOTH system. (check one)

X ___ There is a functional emergency "hold up" button.

X ___ System is in operation at all times when R.Ph. is not present.

X ___ Items in prescription room may not be removed when system is operating without activating the alarm. If yes, where does alarm sound or who does it alert? State Alarm

X ___ Only pharmacists possess access code to prescription room.

___ X System was tested this date. Date system was last tested? 1/31/09   RPh called at home

___ X Slot is provided for drop-in prescriptions.

X ___ Suitable notice of operating hours to public is posted.

___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)                              **(continued on Page Two > >)**

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

#### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____          4/4/05   4:05 PM
(Signature of R.Ph./Owner)                         (Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____          Agent
(Signature of Board Agent)                         (Title)

### Comments:

Fully enclosed barricade with one flexible steel gate and one locked sliding glass window in pt. consultation/waiting area. Electronic alarm system has six motion sensors.

Two sets of RPh keys plus floater key kept in lock box in cash office along with alarm code. 2 full time RPh. have code to alarm.

PHA-0611 (Rev. 04/04)                              ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order



Response to Dangerous Drug Inspection Report dated 2/04/09

1. All pharmacist have been informed to bring in their Pharmacy license to have posted as soon as possible

21   This item was missed when we just finished the outdates in the pharmacy.  To ensure all outdates or off the shelve we will recheck our inventory

23   We will call back to the physician's office when the nurse or agent only leaves their fist name.  We do get that information when we talk to the physician's office.

32. According to cooperate Office we are in compliance with our NDC checker.

Robert Hytree RPH
03-210154
Giant Eagle Pharmacy 6377
1201 Mentor Ave.
Painesville, Ohio 44077

OHIO BOARD OF PHARMACY
RECEIVED

2009 FEB 13 AM 11:00

545467

COPY TO WE +
FILE. CKR 02-17-2009

Highly Confidential Subject to Protective Order

BOP_MDL2802327

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

**TYPE:** TDDD
**DDD#:** RTPC 021214750
**NAME:** Giant Eagle Pharmacy
**R.P.:** Robert T. Hytree, RPh.   1 of 6
**ADDR:** 1201 Mentor Ave
Painesville Twp., OH 44077

**CAT:** III   **CLASS:** 05
**CNTY:** Lake 43

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|
| 440-358-7768 | 12:00 | | 4:15 | |

| TYPE | FED. # | | EXP. DATE |
|---|---|---|---|
| Retail Chain | BG6805482 | | 9/30/11 |

**HOURS OPEN** 9-9 M-F, 9-7 Sat, 9-5 Sun

| FAX NUMBER | EMAIL |
|---|---|
| 440-358-7772 | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Luddeh A Kozan RPh | RKK | 03110873 | Robert T. Hytree | RTH | 03210154 |
| Shelley D. Kayle, RPh. | SHE | 03317073 | | | |
| Scott Kordella RPh. | SCK | 03312878 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F [X]   P [ ]

1) OSBP and DEA licenses are current and posted. TDDD license is posted, however RPh. licenses (wall certificates) are not posted. Per O.R.C. 4729.12 the license shall be conspicuously exposed at the principal place where the pharmacist or pharmacy intern practices pharmacy. 2.) OK 3.) PDX software version 4.6.07 Pharmacy uses a real time dispensing system which is connected to all Giant Eagle stores. There are 5 computer workstations for data entry, Rx processing, DUR verification. Pharmacy has a 7 point check verification system RPhs use and techs use to prevent errors. Patient profile recall available for at least 2 years at store - corporate can recall data.

[X] **PINK SHEET ISSUED FOR NUMBER(S):** 1, 21, 23, 32

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |
|---|---|---|---|
| | 4/4/05 | | 2/4/09 |

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802329



Highly Confidential Subject to Protective
Order

BOP_MDL2802330

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02121Y750
NAME: Giant Eagle #6377
R.P.:
ADDR: Rudy Kozan
1201 Mentor Ave
Painesville, OH 44077
CAT: II   CLASS:
CNTY: Lake

| AREA CODE / TELEPHONE NUMBER | | TIME IN (A.M.) P.M. | TIME OUT (A.M.) P.M. |
|---|---|---|---|
| 440-358-7769 | | 10:00 | 10:45 |
| TYPE | FED. # B66805482 | | EXP. DATE 9/30/2011 |
| HOURS OPEN M-F 9-9   Sat 9-7   Sun 9-5 | | | |
| FAX NUMBER 440-358-7772 | | EMAIL | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|
| Bob Hytree | | 03210154 |
| Fred Bencivengo | | |

GIANT EAGLE PHARMACY #6377
1201 MENTOR AVE.
PAINESVILLE, OHIO 44077

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING Comp
38. PSE SALES      4/7/11
39. OARRS
40. CONFIDENTIALITY   yes
F ☐   P ☒

1.) OSBP + DEA licenses current + posted. 2.) OK
4.) Barricade inspection completed for temporary
facility that will serve as pharmacy during
remodel beginning 4/3/11. Barricade inspection
report completed. 5.) OK 6.) Electronic
alarm backs up physical barricade. 7.) RPh
can access internet for OSBP rules + laws 8.) New
pharmacy under construction.

APR - 4 2011

BY: .......................

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE      4/1/11 DATE       SIGNATURE OF INSPECTOR      4/1/11 DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

GIANT EAGLE PHARMACY #6321
1620 MENTOR AVE
PAINESVILLE OHIO 44077

Highly Confidential Subject to Protective
Order

BOP_MDL2802340

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 4/1/11 | T.D.D.D. #: D212147500 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG6805482 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

___ ___   Key in sealed envelope in safe.

✓ ___   All items requiring R.Ph. supervision are inside barricade.

✓ ___   Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**   Temporary pharmacy location during remodel.

✓ ___   Minimum of seven (7) feet in height.

✓ ___   Fully enclosed.

✓ ___   Suitable locks are provided.

✓ ___   Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:**   Backup to physical barricade

___ ✓   This is a company-owned system.
If no, leased from who?   State Alarm

✓ ___   This is a ✓ HARDWIRE / ___ WIRELESS / ' ___ BOTH system.  *(check one)*

✓ ___   There is a functional emergency "hold up" button.

✓ ___   System is in operation at all times when R.Ph. is not present.

✓ ___   Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
Audible alarm and RPh notified

✓ ___   Only pharmacists possess access code to prescription room.

✓ ___   System was tested this date.  Date system was last tested? _____

___ ✓   Slot is provided for drop-in prescriptions.

✓ ___   Suitable notice of operating hours to public is posted.

___ ___   Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 667 of 738. PageID #: 532040

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

#### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

4/1/11   10:35
(Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

Agent
(Title)

### Comments:

Temporary pharmacy location inspected this date. Facility will serve as pharmacy beginning 4/3/11 for approx. 6 weeks. Temp location will be part of new pharmacy. 4 entry doors with key locks and alarm sensors. Roll down steel gate at counter with suitable locks. Barricade to be reinspected when remodel is complete.

Barricade Approved.

GIANT EAGLE PHARMACY #6377
1201 MENTOR AVE.
PAINESVILLE, OHIO 44077

PHA-0611 (Rev. 04/04)

Highly Confidential Subject to Protective Order

BOP_MDL2802342

RECEIVED
APR 1 1 2012

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT BY

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|
| DDD#: 021214750 | | | | | 12:45 P.M. | 3:45 P.M. |
| NAME: Giant Eagle | | | | TYPE | FED. # | EXP. DATE |
| R.P.: Rudy Kozan | | | | RTPC | BG6805482 | 9/30/14 |
| ADDR: 1201 Mentor Ave | | | | HOURS OPEN | | |
| Painesville, OH 44077 | | | | **GIANT EAGLE PHARMACY** | | |
| CAT: IV | CLASS: | | | FAX NUMBER | **1201 MENTOR AVE,** | |
| CNTY: 43 | | | | | PHONE 440-358-7769 | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Scott Nutt | | 0312420 | Robert Hytree | | 0321054 |
| Rudy Kozan | | 0310873 | | | |
| Shelley Kayle | | 03317023 | | | |

FAX 440-358-7772

1. LICENSING 4/11/12
2. I.D. CARDS
3. RECORD SYSTEM yep
4. BARRICADE
5. MIN. STANDARDS ok
6. SECURITY
7. LIBRARY 4/16/12
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY gg
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING Comp
38. PSE SALES 4/16/12
39. OARRS
40. CONFIDENTIALITY yep

Full ☒    Partial ☐

1.) OSBP - DEA licenses current + posted

2.) OK

3.) PDX software, version 4.700. Nine terminals handle data entry, Rx verification, patient profile searches, Rx transfers. Daily audit listing and Dispensing Authentication logs can be printed out to show positive ID on refill RXS.

4.) Fully enclosed barricade with electronic alarm backup. Barricade inspection report completed.

5.) OK

6.) Electronic alarm. No known thefts or

☑ PINK SHEET ISSUED FOR NUMBER(S): 11, 26

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED and **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 4/2/12 DATE | SIGNATURE OF INSPECTOR | 4/2/12 DATE |
|---|---|---|---|

PHA-0610 (Rev.04/11)  WHITE – OFFICE COPY  YELLOW – INSPECTOR COPY  PINK – INDIVIDUAL COPY  GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

GIANT EAGLE PHARMACY
1201 MENTOR AVE,
PHONE 440-358-7709
FAX    440-358-7772

Highly Confidential Subject to Protective
Order

BOP_MDL2802348

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 0214750 | | | | | | | | | |
| NAME: | | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | 2 of 4 | | | | | | |
| ADDR: | | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | |
| 2. I.D. CARDS | significant losses to report. |
| 3. RECORD SYSTEM | |
| 4. BARRICADE | 7.) RPh. able to access Ohio Drug laws + rules |
| 5. MIN. STANDARDS | |
| 6. SECURITY | online via OSBP website. |
| 7. LIBRARY | |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | 8.) Ok |
| 10. ACCOUNTABILITY | |
| 11. IMPROPER DISPENSING | 9.) OK |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | |
| 14. DRUG DESTRUCTION | 10.) Records of accountability maintained |
| 15. ILLEGAL SALES | in Controlled Drug box. DEA 222 forms |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | properly executed upon receiving C-II order |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | from McKesson or Anda. Invoices attached |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | to forms. McKesson invoice dated 3/29/12 |
| 24. OTC/SYRINGES | |
| 26. Rx FILES | states that "Monthly Regulatory Maximum Purchases |
| 27. Rx COPIES | |
| 28. Rx INT/DATE | Exceeded" for oxycodoe-apap 5/325. RPh. |
| 29. DEA INVENTORY | |
| 30. PHONED C-II Rx | asked who sets this limit. This is the first |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |
| Full ☐     Partial ☐ | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | 4/2/12 DATE | SIGNATURE OF INSPECTOR | 4/2/12 DATE |
|---|---|---|---|

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802349

Highly Confidential Subject to Protective
Order

BOP_MDL2802350

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 672 of 738. PageID #: 532045

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: 021214750 | | | | | | P.M. | | P.M. |
| NAME: | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | 3 of 4 | | HOURS OPEN | | | | | |
| | | | | | | | | |
| CAT: | CLASS: | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING<br>2. I.D. CARDS<br>3. RECORD SYSTEM<br>4. BARRICADE<br>5. MIN. STANDARDS<br>6. SECURITY<br>7. LIBRARY<br>8. CLEANLINESS<br>9. REFRIGERATION<br>10. ACCOUNTABILITY<br>11. IMPROPER DISPENSING<br>12. INSUFFICIENT SUPERVISION<br>13. INVENTORY RECORDS<br>14. DRUG DESTRUCTION<br>15. ILLEGAL SALES<br>16. ILLEGAL PURCHASES<br>17. SAMPLES<br>20. IMPROPER Rx's<br>21. OUTDATED DRUGS<br>22. DRUG LABELS<br>23. Rx INFORMATION<br>24. OTC/SYRINGES<br>26. Rx FILES<br>27. Rx COPIES<br>28. Rx INT/DATE<br>29. DEA INVENTORY<br>30. PHONED C-II Rx<br>31. REFILLS–6MO/5X<br>32. REFILLS–INT/DATE<br>33. REFILLS–UA<br>37. COUNSELING<br>38. PSE SALES<br>39. OARRS<br>40. CONFIDENTIALITY<br>Full ☐    Partial ☐ | time this agent has seen a warning/disclaimer such as this.<br>★ 11.) RX #6388545 was filled for furosemide 40 mg on 3/21/12. RX was filled again on 3/24/12. It is unclear whether patient requested refill to be processed or what caused RX to be processed 3 days after being filled. There should be a system in place that allows the RPh to see that the RX is being filled too early. It is unacceptable for a technician to bypass a DuR warning without informing the RPh. Please review your policies/procedures and |

PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | 4/2/12 DATE |
|---|---|---|---|

PHA-0610 (Rev.04/11)    WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802351

Highly Confidential Subject to Protective
Order

BOP_MDL2802352

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: 021214750 | | | | | | | P.M. | | P.M. |
| NAME: | | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | 4 of 4 | | | | | | | | |
| | | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

*Make sure techs and pharmacists are following proper protocol when DUR issues arise.*

*★26.) RX#6401528 was processed on 3/26/12 after patient alleged RX was lost. The hard copy of RX#6401528 is not on file. RPh. Hytree states he remembers writing up the prescription, however the hard copy cannot be located. Please locate hard copy and forward copy of RX with pink sheet response.*

*29.) Last biennial inventory completed 5/1/11 at open of business by RPh. Kozan.*

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE      DATE 4/2/12

SIGNATURE OF INSPECTOR      DATE 4/2/12

PHA-0610 (Rev. 04/11)    WHITE – OFFICE COPY    YELLOW – INSPECTOR COPY    PINK – INDIVIDUAL COPY    GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802353

Highly Confidential Subject to Protective
Order

BOP_MDL2802354

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 4/2/2012 | T.D.D.D.#: 021214750 |
| BOARD AGENT: Edwards | D.E.A.#: BG6805482 |

YES   NO   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

☑ __   Key in sealed envelope in safe.

☑ __   All items requiring R.Ph. supervision are inside barricade.

☑ __   Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

☑ __   Minimum of seven (7) feet in height.

☑ __   Fully enclosed.

☑ __   Suitable locks are provided.

☑ __   Prescription department cannot be entered when locked without obvious damage to barricade.

☑ __   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

__ ☑   This is a company-owned system.
      If no, leased from who? _State Alarm_

☑ __   This is a ☑ HARDWIRE / ___ WIRELESS / ___ BOTH system.  (check one)

☑ __   There is a functional emergency "hold up" button.

☑ __   System is in operation at all times when R.Ph. is not present.

☑ __   Items in prescription room may not be removed when system is operating without activating the alarm.
      If yes, where does alarm sound or who does it alert?
      _Audible alarm + RPh called at home_

☑ __   Only pharmacists possess access code to prescription room.

__ ☑   System was tested this date.  Date system was last tested? ___2011___

__ ☑   Slot is provided for drop-in prescriptions.

☑ __   Suitable notice of operating hours to public is posted.

__ __   Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

_____
(Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

_____
Agent (Title)

**Comments:**

Fully enclosed barricade with electronic alarm backup. Steel gate covers counter area - key lock and pins in floor. Roll down steel gate at drop off window. Steel frame entry door at pharmacy. Rear door goes to consultation room - used for vaccinations. Doors key locked.

Barricade Approved.

PHA-0611 (Rev. 04/04)

GIANT EAGLE PHARMACY
1201 MENTOR AVE.
^^PLACE STORE STICKER/STAMP HERE^^
PHONE 440-358-7769
FAX 440-358-7772

Highly Confidential Subject to Protective Order

Ohio Board of Pharmacy
77 South High Street, RM 1702
Columbus, OH 43215-6126

RE: Dangerous Drug Distributor Inspection Report; April 2, 2012

To Ohio Board of Pharmacy:

This is written in response to the above referenced report and the two items on that report that require a response.

#11 Improper Dispensing – The report deals with one specific prescription which was dispensed on 3/21/12 and again on 3/24/12. As the Pharmacy Team Leader, I have reviewed Giant Eagle policies and procedures with all pharmacy personnel on timing of refills, pharmacist review of all DUR's, and other related protocols. Our technicians and interns understand that all DURs must be printed and submitted to the Pharmacist for review prior to the prescription being dispensed to the patient.

#26 RX Files – RX #6401528 was found following the inspection. The RX had been misfiled with the OTC records. A copy of the prescription is enclosed.

If you need additional information, please feel free to contact me.

Robert Hytree, RPh.
Pharmacy Team Leader
Giant Eagle Pharmacy #6377
1201 Mentor Avenue
Painesville, OH 44077

8883371

2012 APR 16 AM 11:25
OHIO BOARD OF PHARMACY
RECEIVED

Copy to T.E. + file
4/19/12 E.C.

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802358

Highly Confidential Subject to Protective
Order



# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 021214750
NAME: Giant Eagle
R.P.: Rudy Kozan
ADDR: 1501 Mentor Ave
Painesville, OH 44077

CAT: III   CLASS:
CNTY: 43

AREA CODE / TELEPHONE NUMBER
TIME IN 12:45 P.M.  TIME OUT 3:45 P.M.
TYPE RTPC   FED. # BG6805482   EXP. DATE 9/30/14
HOURS OPEN
FAX NUMBER   EMAIL

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Scott Nuti | | 03112420 | Robert Hytree | | 03210154 |
| Rudy Kozan | | 03110873 | | | |
| Stelley Kayle | | 03317073 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☒   Partial ☐

1.) OSBP + DEA licenses current + posted
2.) OK
3.) PDX software, version 4.7.00. Nine terminals handle data entry, Rx verification, patient profile searches, Rx transfers. Daily audit listing and Dispensing Authentication logs can be printed out to show positive ID on refill Rxs.
4.) Fully enclosed barricade with electronic alarm backup. Barricade inspection report completed.
5.) OK
6.) Electronic alarm. No known thefts or

☐ PINK SHEET ISSUED FOR NUMBER(S): 11, 26

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE   DATE 4/2/12   SIGNATURE OF INSPECTOR   DATE 4/2/12

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802362

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02121470
NAME: Giant Eagle #6377
R.P.: Rudy Kozan
ADDR: 1201 Mentor Ave.
Painesville, OH 44077

CAT: III    CLASS: 05
CNTY: Lake

| AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|
| 440-358-7769 | 1:00 PM | 2:00 PM |

TYPE    FED.#  
86-6805482    EXP. DATE 9/30/11

HOURS OPEN: M-F 9-9  Sat 9-7  Sun 9-5

FAX NUMBER: 440-358-7772    EMAIL

JUN 16 20

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Bobby tree | | 0320154 | | | |
| Scott Nut | | 0312420 | | | |
| Rudy Kozan | | 10873 | | | |

GIANT EAGLE PHARMACY #6377
1201 MENTOR AVE.
PAINESVILLE, OHIO 44077

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐ Comp P ☒ PS

1.) OSBP + DEA licenses current + posted. 2) OK.

4.) Barricade inspection report completed. Construction of pharmacy addition to be complete 6/19/11. New front counter area constructed. Slide across steel gate, 2 motion sensors and 3 hold up buttons have been added.

5.) OK

6.) Alarm tested with State Alarm tech. Backup to physical barricade. New sensors and gates approved.

Barricade Approved

6-14-11

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE    6/14/11 DATE
SIGNATURE OF INSPECTOR    6/14/11 DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

GIANT EAGLE PHARMACY #6877
1201 MENTOR AVE.
PAINESVILLE, OHIO 44077

Highly Confidential Subject to Protective
Order

BOP_MDL2802344

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 686 of 738. PageID #: 532059

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

## (O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 6/14/2011 | T.D.D.D #: 02121475D |
|---|---|
| BOARD AGENT: Edwards | D.E.A #: BG6805482 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___   Key in sealed envelope in safe.

✓ ___   All items requiring R.Ph. supervision are inside barricade.

✓ ___   Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

✓ ___   Minimum of seven (7) feet in height.

✓ ___   Fully enclosed.

✓ ___   Suitable locks are provided.

✓ ___   Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:   Backup to physical barricade

___ ✓   This is a company-owned system.
         If no, leased from who?   State Alarm

✓ ___   This is a ✓ HARDWIRE / ___ WIRELESS / ___ BOTH system.  *(check one)*

✓ ___   There is a functional emergency "hold up" button.  X ✗

✓ ___   System is in operation at all times when R.Ph. is not present.

✓ ___   Items in prescription room may not be removed when system is operating without activating the alarm.
         If yes, where does alarm sound or who does it alert?
         Audible alarm + RPh. called at home

✓ ___   Only pharmacists possess access code to prescription room.

✓ ___   System was tested this date.  Date system was last tested? _____

___ ✓   Slot is provided for drop-in prescriptions.

✓ ___   Suitable notice of operating hours to public is posted.

___ ___   Notice of emergency service is posted.

PHA-0611 (Rev 04/04)

*(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

BOP_MDL2802345

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 687 of 738. PageID #: 532060

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

6/17/11   1:45
_____
(Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

Agent
_____
(Title)

### Comments:

Fully enclosed barricade with electronic alarm back-up. Pull across steel gate from floor to ceiling in front of counter, automatic roll down steel gate at drop off counter. 6 motion sensors, 4 hold up buttons and 5 door sensors make up zones for alarm. Four total sets of keys - 3 in possession of RPhs plus one floater set locked up. Drive thru window not changed by remodel. Construction to be completed 6/19/11.   Barricade Approved.

PHA-0611 (Rev. 04/04)

∧∧ PLACE STORE STAMP HERE

**GIANT EAGLE PHARMACY #6377**
**1201 MENTOR AVE.**
**PAINESVILLE, OHIO 44077**

Highly Confidential Subject to Protective Order

BOP_MDL2802346

Case: 1:17-md-02804-DAP  Doc #: 3862-14  Filed: 08/17/21  688 of 738.  PageID #: 532061

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126  –  TEL 614-466-4143; FAX 614-752-4836

TYPE: RTPC
DDD#: 02124750
NAME: Giant Eagle #
R.P.: Rudolph Kozan
ADDR: 1201 Mentor Ave.
Painesville Twp. OH 44077

1 of 3

CAT: II    CLASS:
CNTY: Lake

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|
| 440-358-7269 | 2:15 | P.M. | 4:15 | P.M. |
| TYPE | FED.# | | EXP. DATE | |
| RTPC | BG6805482 | | 9/30/2011 | |

HOURS OPEN M-F 9-9 Sat 9-7 Sun 9-5

FAX NUMBER: 440-358-7722    EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Robert Hytree | RTH | 0321954 | Shelley Kayle | SHE | 17073 |
| Scott Nutt | SXN | 03112420 | | | |
| Rudy Kozan | RKK | 10873 | | | |

RECEIVED
SEP 21 2010

- ⓛ LICENSING
- ② I.D. CARDS
- ③ RECORD SYSTEM
- ④ BARRICADE
- ⑤ MIN. STANDARDS
- ⑥ SECURITY
- ⑦ LIBRARY
- ⑧ CLEANLINESS
- ⑨ REFRIGERATION
- ⑩ ACCOUNTABILITY
- 11. IMPROPER DISPENSING
- 12. INSUFFICIENT SUPERVISION
- ⑬ INVENTORY RECORDS
- 14. DRUG DESTRUCTION
- 15. ILLEGAL SALES
- 16. ILLEGAL PURCHASES
- 17. SAMPLES
- 20. IMPROPER Rx's
- 21. OUTDATED DRUGS
- 22. DRUG LABELS
- ㉓ Rx INFORMATION
- 24. OTC/SYRINGES
- ㉖ Rx FILES
- 27. Rx COPIES
- ㉘ Rx INT/DATE
- ㉙ DEA INVENTORY
- 30. PHONED C-II Rx
- 31. REFILLS-6MO/5X
- ㉜ REFILLS-INT/DATE
- 33. REFILLS-UA
- 37. COUNSELING
- 38. PSE SALES
- 39. OARRS
- 40. CONFIDENTIALITY

F ☒ Comp P ☐ SS

9-23-10

1.) OSBP + DEA licenses current + posted. 2.) OK
3.) PDX software version 4.6.08  5 computer terminals
handle all data entry, rx verification, patient profile
searches. Daily tapes changed by RPh. - stored
in secure area with HIPAA sensitive documents. Cleveland
area stores use real time online system for
rx transfers and patient profile searches. Daily
NDC verification report prints out. 4.) Fully enclosed
barricade - Inspection report completed. 5.) OK
6.) Electronic alarm backs up physical barricade.
All thefts and/or losses properly reported.
7.) RPh. able to access OSBP website and Ohio
Drug laws and rules. 8.) OK    9.) OK

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 9/16/10 | SIGNATURE OF INSPECTOR | DATE 9/16/10 |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802331

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 690 of 738. PageID #: 532063

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| DDD#: 021214750 | | | | | P.M. | | P.M. |
| NAME: | | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | |
| ADDR: | | | HOURS OPEN | | | | |
| 2 of 3 | | | | | | | |
| CAT: | CLASS: | | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 1. LICENSING | 10.) DEA 222 forms properly executed upon |
| 2. I.D. CARDS | |
| 3. RECORD SYSTEM | receiving C-II order from McKesson. No wholesale |
| 4. BARRICADE | |
| 5. MIN. STANDARDS | sales being made. 13.) Perpetual C-II inventory |
| 6. SECURITY | |
| 7. LIBRARY | logbook being properly maintained. 23.) C-II Rxs examined |
| 8. CLEANLINESS | |
| 9. REFRIGERATION | Hard copies properly contain quantity in alpha and |
| 10. ACCOUNTABILITY | |
| 11. IMPROPER DISPENSING | numeric format, full patient name and residential |
| 12. INSUFFICIENT SUPERVISION | |
| 13. INVENTORY RECORDS | address, and physician DEA number. 26) 4 part |
| 14. DRUG DESTRUCTION | |
| 15. ILLEGAL SALES | filling system. 28.) Hard copies properly initialed/ |
| 16. ILLEGAL PURCHASES | |
| 17. SAMPLES | dated. Great Eagle prescription stickers have initial |
| 20. IMPROPER Rx's | |
| 21. OUTDATED DRUGS | box for medication selection and Rx verification |
| 22. DRUG LABELS | |
| 23. Rx INFORMATION | initials. 29.) Last biennial inventory completed |
| 26. Rx FILES | |
| 27. Rx COPIES | 5/1/09 by RPh Hytree at business open. 32.) |
| 28. Rx INT/DATE | |
| 29. DEA INVENTORY | Dispensing verification log signed by dispensing |
| 30. PHONED C-II Rx | |
| 31. REFILLS-6MO/5X | |
| 32. REFILLS-INT/DATE | |
| 33. REFILLS-UA | |
| 37. COUNSELING | |
| 38. PSE SALES | |
| 39. OARRS | |
| 40. CONFIDENTIALITY | |
| F ☐          P ☐ | |

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_____ 9/16/10          _____ 9/16/10
SIGNATURE OF PERSON IN CHARGE          DATE          SIGNATURE OF INSPECTOR          DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802333

Highly Confidential Subject to Protective
Order

BOP_MDL2802334

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 021214750
NAME:
R.P.:
ADDR: 3 of 3

CAT:        CLASS:
CNTY:

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M.<br>P.M. | TIME OUT | A.M.<br>P.M. |
|---|---|---|---|---|
| TYPE          FED. # | | | EXP. DATE | |
| HOURS<br>OPEN | | | | |
| FAX NUMBER          EMAIL | | | | |

| PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. | PERSONNEL | INIT.<br>USED | TITLE/<br>I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐   P ☐

RPh. TL53 shows positive ID on the refill Rx's dispensed.

Rx # 6296372 new today

Approx. 400 375 Rx's/day 60% new.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE          9/16/10          DATE
SIGNATURE OF INSPECTOR          9/16/10          DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802336

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 9/16/2010 | T.D.D.D. #: 021214750 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BG6805482 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

### LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___   Key in sealed envelope in safe.

___ ✓   All items requiring R.Ph. supervision are inside barricade.

✓ ___   Prescription department may not be entered when barricade is in use.

### PHYSICAL BARRICADE:

✓ ___   Minimum of seven (7) feet in height.

✓ ___   Fully enclosed.

✓ ___   Suitable locks are provided.

✓ ___   Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

### ELECTRONICS: Backup to physical barricade

___ ✓   This is a company-owned system.
         If no, leased from who? _Stalt Alam_

✓ ___   This is a ___ HARDWIRE / ___ WIRELESS / ___ BOTH system.  *(check one)*

✓ ___   There is a functional emergency "hold up" button.

✓ ___   System is in operation at all times when R.Ph. is not present.

✓ ___   Items in prescription room may not be removed when system is operating without activating the alarm.
         If yes, where does alarm sound or who does it alert?
         _Audible alarm - RPh called at home if after hours._

✓ ___   Only pharmacists possess access code to prescription room.

___ ✓   System was tested this date.  Date system was last tested? _____

___ ✓   Slot is provided for drop-in prescriptions.

✓ ___   Suitable notice of operating hours to public is posted.

___ ___   Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)                    *(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

#### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____          9/16/10    4:05
(Signature of R.Ph./Owner)                          (Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____          Agent
(Signature of Board Agent)                          (Title)

### Comments:

Fully enclosed barricade. 3 total sets of keys - one locked in lock box in office. Electronic alarm backs up physical barricade.

Barricade Approved

PHA-0611 (Rev. 04/04)                               ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 696 of 738. PageID #: 532069

06-15-05A07:25 RCVD          05-25-05P12:56 RCVD

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1199900 P
NAME: Giant Eagle #
R.P.:
ADDR: 36475 Euclid Ave.
Willoughby, OH

AREA CODE / TELEPHONE NUMBER: 440-946-7714
TIME IN: 10:00 A.M.
TIME OUT: 11:00 A.M.
TYPE: 05 (Retail)
FED.#: BG067074
EXP. DATE:

HOURS OPEN (DAILY): 9:00 - 9:00
(SAT.): 9:00 - 9:00
(SUN. & HOLIDAYS): 8:00a - 5:00p

CAT: Lake
CNTY:
CLASS: 05

RESPONSIBLE PERSON: R.Ph. Daryl Heiser
TITLE/I.D. NO.:
INIT. USED:

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| R.Ph. Daryl | | | Heiser #03-2-13793 | | |
| R.Ph. Jennifer | | | Edwards #03-2-23392 | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING — Comp.

1) OK (2005 Inspection - posted in pharmacy

2) OK (2005 (barricade)

3) IBM computer system - on line to all other Giant Eagle pharmacies. Computer generates a daily log which is signed Rx Dispensing

6-16-05

GIANT EAGLE PHARMACY #638
36475 Euclid Ave.
Willoughby, Ohio 44094

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE

DATE SIGNED: 5-12-05

SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order
BOP_MDL2802219

Highly Confidential Subject to Protective Order

BOP_MDL2802220

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 698 of 738. PageID #: 532071

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | |
|---|---|---|---|
| DDD#: 02-1199900 | AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
| NAME: | | A.M. | A.M. |
| R.P.: PAGE 2 OF 2 | | P.M. | P.M. |
| ADDR: | TYPE 05 | FED.# | EXP. DATE |
| | HOURS OPEN (DAILY) | (SAT.) | (SUN. & HOLIDAYS) |
| CAT: | RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED |
| CNTY: | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

(4) BARRICADE REPORT WRITTEN (APPROVED)

5) OK

(6) STATE ALARM SYSTEM

7) OK (UPDATED TO JAN 2005) (PHARMACY) STORE TO MOVE FROM OLD LOCATION TO NEW LOCATION AT OTHER END OF STORE ON 05-12-05. 8) OK 9) OK

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE SIGNED 5-12-05 | SIGNATURE OF INSPECTOR |
|---|---|---|

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802221

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY    05-23-05P12:56 RCVD

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 5-12-05 | T.D.D.D. #: 02-1199900 |
|---|---|
| BOARD AGENT: FTTROO, ° | D.E.A. #: BG6670524 |

**YES   NO**   (CHECK ONE)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

☒ ☐  Key in sealed envelope in safe.

☒ ☐  All items requiring R.Ph. supervision are inside barricade.

☒ ☐  Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

☒ ☐  Minimum of seven (7) feet in height.

☒ ☐  Fully enclosed.

BOTH
APPROVED

☒ ☐  Suitable locks are provided.

☒ ☐  Prescription department cannot be entered when locked without obvious damage to barricade.

☒ ☐  No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

☐ ☒  This is a company-owned system.
If no, leased from who? _____ STATE ALARMS

☒ ☐  This is a ☒ HARDWIRE / ☐ WIRELESS / ☐ BOTH system. *(check one)*

☐ ☒  There is a functional emergency "hold up" button.

☒ ☐  System is in operation at all times when R.Ph. is not present.

☐ ☐  Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
(1) STATE ALARMS   (2) WPD   (3) R.PH.

☒ ☐  Only pharmacists possess access code to prescription room.

☒ ☐  System was tested this date.  Date system was last tested? _____

☐ ☒  Slot is provided for drop-in prescriptions.

☒ ☐  Suitable notice of operating hours to public is posted.

☒ ☐  Notice of emergency service is posted.

PHA-0611 (Rev. 06/98)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order



Highly Confidential Subject to Protective
Order

BOP_MDL2802224

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

### R.Ph./OWNER STATEMENT OF UNDERSTANDING:

#### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____     5-12-05     10:35 AM
(Signature of R.Ph./Owner)                     (Date and Time of Signature)

### BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____     _____
(Signature of Board Agent)                     (Title)

**Comments:**

GIANT EAGLE PHARMACY #638
36475 Euclid Ave.
Willoughby Ohio 44094

PHA-0611 (Rev. 06/98)                     ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802226

OHIO PHARMACY BOARD

FEB 0 9 2015

PS 6, 3

LISA Full
Dietsche



# License 021199900 - Giant Eagle Pharmacy 6381

**Ohio State Board of Pharmacy**
77 South High Street, Room 1702, Columbus, Ohio 43215
Phone 614-466-4143 Fax 614-752-4836
http://www.pharmacy.ohio.gov

Completed by David Gallagher
**Start** 1/26/2015 2:37 PM
**End** 1/26/2015 4:15 PM

## Organization

**Name**
Giant Eagle Pharmacy 6381

**License Type**
Retail Pharmacy - Large Chain

**Category**
Category Three

**License Number**
021199900

**Business Type**
Large Chain Pharmacy - 12 Or More Outlets

**DEA Number**
BG6670524

**Responsible Person**

**Hours of Operation**

## Contact

**Address**
36475 Euclid Ave.
Willoughby, OH 44094
Lake County  4 3

**Primary Number**
(440) 946-7714

**Fax Number**

**Website**

## Personnel

| Name | Initials | Position | I.D. No. | Phone | Email |
|------|----------|----------|----------|-------|-------|
| Jennifer Ann Edwards, R.Ph. | JAE | Pharmacist | 03223392 | | |

### 1.1) The OSBP License

**1) Is the pharmacy's TDDD license available for inspection?**
Yes

Observation

No issues found.

**2) Is the pharmacy's TDDD license current?**
Yes

Observation

No issues found.

**3) Has the Pharmacy's TDDD license been signed by the responsible person?**
Yes

**4) Has a change in the pharmacy's ownership, business name, category, or address occurred without notification to the OSBP?**
No

### 2.1) RPh Wall Certificates

**1) Are the pharmacists OSBP wall certificates posted within the pharmacy?**
Yes

Observation

No issues

### 2.2) ID Cards

**1) Have all pharmacists and Pharmacy Interns signed their Board of Pharmacy wallet license?**
Yes

**2) Are the pharmacists or pharmacy Interns practicing pharmacy without having their ID card on their person?**
No

### 2.3) Unlicensed Practice Issues

Highly Confidential Subject to Protective Order

BOP_MDL2802257

Highly Confidential Subject to Protective
Order

BOP_MDL2802258

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 706 of 738. PageID #: 532079

**1)** Has an individual practiced pharmacy, as an RPh or Intern, without first obtaining a valid license from the OSBP?

**2)** Has a pharmacist, or intern, practiced pharmacy with a lapsed OSBP license?

**3.1)** Re...

**1)** C... produce a detailed patient profile for the past 12 months immediately upon request?

**2)** Can the pharmacy produce three (3) years of dispensing records within three (3) business days?

**3.3.1**

**1)** What is the name of the ARKS being used by the pharmacy?

**2)** What is the operating system for the ARKS?

**3)** Is the ... pharmacy owned, or provided by a third-party vendor?

**4)** What is the current version of the ARKS?

**3.3.2**

**1)** Has the pharmacy PURGED required records?

**3)** ... pharmacy backup its ARKS?

**3.3.3**

**1)** Is there a ARKS a "Stored Image" system maintained at the licensed pharmacy?

**2)** ... terminals are there?

**3)** ... dispensing terminals outside the pharmacy barricade?

**4)** ... and/or dispensing functions, be made from any location outside the pharmacy bar...

**3.3.4**

**1)** Is the ... ARKS ... "...the online system", and used for the review and transfer of dispensing data?

OHIO PHARMACY BOARD
FEB 0 9 2015

Highly Confidential Subject to Protective Order
BOP_MDL2802259

Highly Confidential Subject to Protective
Order

BOP_MDL2802260

Case: 1:17-md-02804-DAP Doc #: 3662-14 Filed: 08/17/21 708 of 738. PageID #: 532081

2) _____ ARKS prevent a patient from receiving more dispensings than authorized _____ ?

_____ (Sales System (POS). At POS documentation of the _____ dispensing without the POS updating the _____ drug to the patient can allow a patient to receive more of a

√

_____ does not allow a patient to receive more drug _____ allowed the patient to receive twice the quantity _____

### 3.3.5

1) _____ experiences "downtime", is the pharmacy's dispensing process compliant with 4729.5 _____ ?

### 3.3.6

1) _____ ability being kept complete and accurate in the ARKS?

### 3.3.7

1) _____ tly removed (deleted) from the ARKS?

_____ ARKS.

2) _____ required dispensing data?

3) _____ reting dispensing data be retrieved for inspection by the OSBP?

### 3.3.8

1) _____ ess in the ARKS?

2) _____ RKS _____ of access based on duties (Technician vs. Pharmacist)?

_____ armacist?

3) _____ that _____ controlling and supervising ARKS access and use?

4) _____ not specifically approved by the OSBP) what is the security access to d.s _____ one, username and password, security Questions, etc.)

Highly Confidential Subject to Protective Order

BOP_MDL2802261

Highly Confidential Subject to Protective
Order

BOP_MDL2802262

License 

... the ... ... ... ... operations, with each RPh signing for what they
... ... ... ... ... ... but not yet been approved for use (by itself)

4) Ba...
   1) E... ... ...port

   ... ... ... ... ... ... ...spect... ...spection

**OHIO PHARMACY BOARD**

**FEB 0 9 2015**

(6) Se...
   1) ... ... ... ... ... drug stock and space to detect and deter drug theft and diversion?

   2) A ... ... ... ... ...ocks kept within the pharmacy barricade?

   3) ... ... ...ds ... ... ...ntially that are stored outside of the pharmacy barricade but within the same
   physi... ... ...ecur... ... secure or tamper evident?

   4) D... ... ...arm... ... ... ...ure facility for the storage of records of accountability?

   ... ... ... ... ... ... ... ... ... ...vid by the OSIP?

   5) ... ... ... ... ... ... ...ny drug thefts or losses in the last three (3) years? ...itten Response

   ... ... ... ... ... ... ...quired ... ... ...ng ... B A theft & loss report on this loss.

   √ ...

   ... ... ... ... ... ... ... ... ... ... ...ause a loss to the pharmacy's

   b) ... ... ...Se... ... ... ...sub...nitt...

   ... ... ... ... ... ... ... ... ... ... ...oard of Pharmacy and local law enforcement
   ... ... ... ... ... ... ... ... ... ... ... ... ... ...by a DEA 106 form.

7) Lib...
   1) ... ... ... ... o date ...ra... ...ads of ...blish...ces or a online resource to access the
   requ... ... ...es?

   2) ... ... ... ...arm... st have access to the paper/electronic references necessary to appropriately practice
   ph... ... ...

10.1) ...
   1) ... ... ... ... ... ... ...EA-222 order forms or are they using an electronic DEA-222 ordering system
   be... ... ...

10.2 ...
   1 ... ... ... ...use ...th 222 ...ms being properly completed?

   2) ... ... ... ... ... ...e being signed prior to being used?

   3 ... ... ...22 ... ... ... by so... ...mb... ... ...ain... ... at least 3 years?

10.3 ...
   1) ... ... ... ... ... ... ...sib...ces of ... ...y to the pharmacy?

Highly Confidential Subject to Protective
Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802264

Case: 1:17-md-02804-DAP Doc #: 3062-14 Filed: 08/17/21 712 of 738. PageID #: 532085

• License 021199900   Giant Eagle Pharmacy o381

McKesson, Giant Eagle Warehouse, and Anda

**OHIO PHARMACY BOARD**

### 21) Outdated Drugs

**1) Are there expired medications on the pharmacy shelves?**

No

**FEB 0 9 2015**

Observation

No observed

**2) Are the known expired drugs segregated from the pharmacy drug stock?**

Yes

### 32) Refills (Initialed & Dated)

**1) Are the pharmacist signing the daily printouts? This also includes initialling bound refill logs.**

Yes

### 43) Inspection Affirmation

**1) Inspection Affirmation**

Observation

As the on duty pharmacist, at the time of this inspection, I affirm that I have reviewed this inspection report with the Specialist/Agent, and understand its content. If this inspection report requires a written response of corrective action, the response shall be provided to the Ohio State Board of Pharmacy within 20 days of this inspection. I understand that if I am not the Responsible Person documented on this site's Ohio TDDD license, I will ensure the Responsible Person is notified of this inspection report and any corrective actions required.

## Summary



Written Response Required

The Organization shall correct items and return a written response, with details on the corrective action(s) taken, to the board office within 20 days from date issued.

Reviewed by Edwards, Jennifer Ann, R.Ph.

_(signature)_

Highly Confidential Subject to Protective Order

BOP_MDL2802265

Highly Confidential Subject to Protective
Order

BOP_MDL2802266



Giant Eagle, Inc.

101 Kappa Drive · Pittsburgh, PA 15238 · Phone 412.963.6200 · GiantEagle.com

Ohio State Board of Pharmacy          *021199900*
77 South High Street
Room 1702
Columbus, OH 43215

02/12/15

To Whom It May Concern:

The following is the detailed response to the two identified items on the Board inspection of Giant Eagle
Pharmacy #03223392 on January 26, 2015.

Finding number one:
**3.3.4) Shared ARKS**
**2) Does the pharmacy's real time online ARKS prevent a patient from receiving more dispensings
than authorized by the original prescription?**
No

Observation:
Currently, the pharmacy ARKS is connected through the store's Point of Sale System (POS). At POS
documentation of the patient receiving the dispensing can be by-passed, allowing a patient to receive a
dispensing without the POS updating the ARKS dispensing system. As a result, allowing the delivery of the
drug to the patient can allow a patient to receive more of a drug than authorized. See Rx #2025875.

Corrective Action:
The pharmacy is to correct this issue so that the pharmacy dispensing process does not allow a patient to
receive more drug than authorized. The POS by-pass of the dispensing system on Rx #2025875 allowed the
patient to receive twice the quantity of the drug, than that authorized by the prescriber.

Response:
Giant Eagle's policies and procedures require all team members to complete the will call process and scan
the transaction bar code of every individual prescription at the point-of-sale (POS) register. In this instance,
the technician violated company policy by failing to scan the prescription during the POS process. The
technician completed the transaction at issue by using the register's generic RX key instead of scanning and
processing the prescription through the system safety checks. The team member received disciplinary
action including a suspension for the transgression. In addition, the entire pharmacy team has been
retrained on Giant Eagle POS policy.
In the past, the register's generic RX key has been available to service patients in the event of a system
outage. That will no longer be the case. The register's generic RX key is being disabled system wide. Giant
Eagle's Information Services team anticipates that the register reprograming will be complete in March.

Finding number two:
**6) Security**
**5) Has the pharmacy experienced any drug thefts or losses in the last three (3) years?**
Yes

OK FILE
2/24/15
JLW

Aetos Construction Company · American Seaway Foods · Butler Refrigerated Meats, Inc. · Frederick Convenience Company
Fresh Food Manufacturing Company · Giant Eagle Markets Company · HBC Service Company · I.C. Supermarkets, Inc. · Maryland Convenience Company
OK Grocery Company · Retail Markets Company · Riser Foods Company · Talon Logistics, Inc. · The Tamarkin Company

Highly Confidential Subject to Protective
Order

506958

2015 FEB 17 PM 12: 58
RECEIVED
OHIO BOARD OF PHARMACY

Highly Confidential Subject to Protective
Order

BOP_MDL2802268

Observation:
See previous explanation of RX #2025875. The pharmacy is to complete a DEA theft & loss report on this loss.

Corrective Action:
When this drug was wrongly dispensed (on Rx #2025875) to the patient on 01/12/2015, it became a loss to the pharmacy's records of accountability. As a result, it is to be reported as a loss on a DEA 106 for.

Response:
This loss was reported on a DEA 106 on 1/27/15. The pharmacy retrieved eleven of the fifteen tablets from the patient once the issue was identified.

Please contact me if you have any further questions.

Respectfully,

Jennifer A. Edwards, RPh.
~~Pharmacy Team Leader~~ Staff Pharmacist.
Giant Eagle Pharmacy #6381

A0891325

Highly Confidential Subject to Protective
Order

506953

2015 FEB 17 PM 12: 50

OHIO BOARD OF PHARMACY
RECEIVED

Highly Confidential Subject to Protective
Order

BOP_MDL2802270

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: 02-1199900

DDD#: #6351

NAME: Giant Eagle Pharmacy

R.P.: Jennifer Ann Edwards

ADDR: 36475 Euclid Ave

Willoughby, Ohio 44094

PJ

CAT: III

CNTY: 43

CLASS: 05

| AREA CODE / TELEPHONE NUMBER | TIME IN | TIME OUT |
|---|---|---|
| 216-231-0109 | 1230 A.M./P.M. | 1430 A.M./P.M. |

| TYPE | FED. # | EXP. DATE |
|---|---|---|
| Retail | BG6670524 | 9.15.2008 |

| HOURS OPEN | M-F 9-8 | SAT 9-6 | SUN 9-5 |
|---|---|---|---|

FAX NUMBER: 440-946-

EMAIL: 7943

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Jennifer Ann Edwards | SE | 03223312 | OHIO PHARMA... | | |
| Daniella Ann Harley | DZH | 03326473 | MAY 1 1 2009 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☑ P ☐

1) The STATE + Federal License are Current + Posted

2) The R.Ph's on Duty Have Valid I.D. on their person.

3) The pharmacy utilizes PDX version 5.1 SoftWARE for Four (4) dispensing computers. PatienT recall for this System is Approximately three (3) years. The R.Ph Generate daily prescription register Logs. The log's are Signed by the Dispensing R.Ph. They are neat and in date order.

5-19-09

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 5-5-9 | SIGNATURE OF INSPECTOR | DATE 05-5-2009 |
|---|---|---|---|

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802228

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: | | | | | | | | | |
| NAME: | O2- 1199900 | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | pg 2. of 6 | | | HOURS OPEN | | | | | |
| CAT: | | CLASS: | | FAX NUMBER | | | EMAIL | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

3 cont) The computer System auto-
matically Conducts Dur Rpts
+ warns of each refills, drug
interactions and contra-indications
The computer System can only
be overridden by the R.Ph

4) There is a fully enclosed
barricade, with a steel, drop
down physical barricade from
Ceiling To counter top +
Ceiling to floor. The steel
barricade is Key locked, with
an Electric Key pad-/ Alarm System

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

X _____    5-5-09
SIGNATURE OF PERSON IN CHARGE    DATE

_____    05-5-2009
SIGNATURE OF INSPECTOR    DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802230

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|---|
| DDD#: | | | | | | | P.M. | | P.M. |
| NAME: | 02- 1199900 | | | TYPE | FED. # | | | EXP. DATE | |
| R.P.: | | | | | | | | | |
| ADDR: | pg. 3 o/6 | | | HOURS OPEN | | | | | |
| CAT: | CLASS: | | | FAX NUMBER | | EMAIL | | | |
| CNTY: | | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☐    P ☐

4 (con-7) providing a secondary Back-up to the physical Barricade (Tested this Date)

5) ok

6) Only RPh Have Key and alarm access Code to the pharmacy. Fill in RPh obtains key and code from managers office Safe – C-II drug are secured in a Steel combination Locked Safe. only RPh have access to Safes combination

7) Drug Laws of Ohio are accessed through the internet System

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

_____    5-5-9
SIGNATURE OF PERSON IN CHARGE    DATE

_____    05-5-2009
SIGNATURE OF INSPECTOR    DATE

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802232

Case: 1:17-md-02804-DAP Doc #: 3862-14 Filed: 08/17/21 724 of 738. PageID #: 532097

# DANGEROUS DR~~UGS~~   INSPECTION REPORT

*no response 12-7-12*

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH ~~...~~  ...IO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| | | |
|---|---|---|
| TYPE: | RTPC | / TELEPHONE NUMBER: 946-7714 | TIME IN: 11 30 A.M. | TIME OUT: 14 30 A.M./P.M. |
| DDD#: | 02 1199900 | |
| NAME: | Giant Eagle # | FED. #: BG 6670524 | EXP. DATE: 9-30-11 |
| R.P.: | Renee Ann Seu... | |
| ADDR: | 36475 Euclid Ave | |
| PS1 | Willoghby Ohio 44094 | |

HOURS OPEN: M-F 9-9  SAT 9-7  SUN. 9-5

| CAT: | III | CLASS: | RTPC |
| CNTY: | 43 | | |

FAX NUMBER: 440-946-7943   EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| David Toma | DT | 03129340 | | | |

RECEIVED MAY 2 4 2011  BY:...........

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING ✗
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING ✗
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☑ Comp  P ☐  PS

6-5-11

✗ PINK SHEET ISSUED FOR NUMBER(S): #11, #37

1) The State + Federal License are current + posted

2) The R.Ph. has a valid ID on his person while practicing

3) This pharmacy has two (2) dispensing computers, utilizing PDX 4.6 software. Patient recall for this system is approximately three (3) years. The R.Ph. generates daily prescription register logs. These logs are signed by all dispensing R.Ph.

4) The pharmacy has a fully enclosed barricade, with drop down, key lock ... 

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| | | |
|---|---|---|
| D. David J Toma | 5-20-11 | ...W.T... | 5-20-2011 |
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802243

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
|---|---|---|---|---|---|---|
| DDD#: | | | | | | |
| NAME: | 02-11999000 | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | pg 2 of 5 | HOURS OPEN | | | | |
| | | | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/SX
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐     P ☐

(Test this date)
4 (cont.) steel barricade Shutter, from ceiling to Floor, and ceiling to counter-top Securing the customer Service areas. Only RPh has Key code + Key access to the pharmacy. There is an electronic alarm System as backup to the physical barricade

5) ok

6) ok

7) ok

8) ok

9) There are Two (2) refrigerators Specific for pharmacy only meds

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| X David J Toma | 5-20-11 | | 5-20-2011 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802246

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|
| DDD#: | | | | P.M. | | P.M. |
| NAME: | 02-1199900 | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | Pg 3 of 5 | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐     P ☐

10) The DEA 222 forms have been properly completed and are attached to wholesale invoice sheets. The C-II drugs are documented in a manual perpetual log Book (well maintained as viewed this date)

11) On this date Agent Whitney investigated CID # 11-1255. Please review with all personnel O.R.C. 3715.52 A1. RE: The manufacture, sale, delivery, holding or offer for sale of any Food, "Drug" or device, that is adulterated or misbranded.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

x David J Toma     5-20-11

SIGNATURE OF PERSON IN CHARGE     DATE     SIGNATURE OF INSPECTOR     5-20-11     DATE

PHA-0610 (Rev.03/08)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     PINK - INDIVIDUAL COPY     GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802248

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| DDD#: | | | | | | |
| NAME: | 02-1199900 | TYPE | FED. # | | EXP. DATE | |
| R.P.: | pg 4 of 5 | | | | | |
| ADDR: | | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐     P ☐

29) The last DEA Biennial inventory was completed on May 1, 2011 by RPh. Sray at the close of business

21) A random check of drugs in the storage bays reveals no outdates

24) ok

26) Three Rx file system

25) ok

37) Please remind all pharmacy personnel that counseling is to be offered to all patients / caregivers. Refusal of counseling is noted with a manual signature.    cont.

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| SIGNATURE OF PERSON IN CHARGE | DATE 5.20-11 | SIGNATURE OF INSPECTOR | DATE 5.20.2011 |
|---|---|---|---|

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802250

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|
| DDD#: | 02-1199900 | | | P.M. | | P.M. |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | Pg 5 of 5 | | | | | |
| ADDR: | | HOURS OPEN | | | | |
| | | FAX NUMBER | | EMAIL | | |
| CAT: | CLASS: | | | | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

37 (con't) Please refer to OAC 4729-5-22 B
re: patient counseling. Rph Toma &
Apr Whitney were unable to locate
a signed signature script for Rx
#6264993 or #6264382

Wholesaler - McKesson - No wholesale
sales. No exempt drug sales
Approximately 270 scripts filled daily
Approximately 50% fill
Last Rx # 6269504

☑ PINK SHEET ISSUED FOR NUMBER(S): #11 - #37

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

David J. Toma    5-20-11
_____    _____    5-20-2011
SIGNATURE OF PERSON IN CHARGE    DATE    SIGNATURE OF INSPECTOR    DATE

PHA 0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802252

# OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

### (O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: MAY 20th | T.D.D.D. #: 02-1199700 |
|---|---|
| BOARD AGENT: Greg DeLaney | D.E.A. #: BG6670524 |

YES   NO   (Place an X on the appropriate line for each statement below)

**LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:**

_X_ ___ Key in sealed envelope in ~~safe.~~ Lock Box

_X_ ___ All items requiring R.Ph. supervision are inside barricade.

_X_ ___ Prescription department may not be entered when barricade is in use.

**PHYSICAL BARRICADE:**

_X_ ___ Minimum of seven (7) feet in height.

_X_ ___ Fully enclosed.

_X_ ___ Suitable locks are provided.

_X_ ___ Prescription department cannot be entered when locked without obvious damage to barricade.

_X_ ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

**ELECTRONICS:**

_X_ ___ This is a company-owned system.
If no, leased from who? _State Alarm_

_X_ ___ This is a ___ HARDWIRE / ___ WIRELESS / _X_ BOTH system. (check one)

___ _X_ There is a functional emergency "hold up" button.

_X_ ___ System is in operation at all times when R.Ph. is not present.

_X_ ___ Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert? _Local Law Enforcement_   _manager_

_X_ ___ Only pharmacists possess access code to prescription room.

___ _X_ System was tested this date. Date system was last tested? _____

___ _X_ Slot is provided for drop-in prescriptions.

_X_ ___ Suitable notice of operating hours to public is posted.

_X_ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

BOP_MDL2802253

Highly Confidential Subject to Protective
Order

BOP_MDL2802254

OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

**I have been informed of and understand the following requirements:**

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

X _David J Toma_ . _5-20 2011_

(Signature of R.Ph./Owner)  (Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____  _____

(Signature of Board Agent)  (Title)

Comments:

_Barricade approved this Date._

PHA-0611 (Rev. 04/04)  ∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802256

| BOP INSPECTORS IN CT3: | # INSPECTIONS | EARLIEST INSPECTION | LATEST INSPECTION | LAKE | 196 | 216 | 1217 | 1225 | 4097 | 6377 | 6381 | TRUMBULL | 1405 | 1419 | 1435 | 4002 | 4051 | 4056 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William Trey Edwards | 25 | 2/4/2009 | 12/16/2019 | 23 | 6 | 4 | 5 | 3 | 0 | 5 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 2 |
| George Pavlich | 21 | 11/26/1991 | 12/1/2011 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 5 | 11 | 1 | 2 | 1 | 1 |
| Frank Bodi | 19 | 12/29/1995 | 5/15/2008 | 19 | 5 | 5 | 3 | 2 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| John Bonish | 7 | 11/1/2012 | 9/1/2015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 1 | 1 | 0 | 1 | 2 | 2 |
| William DiFrangia | 4 | 5/23/2017 | 9/18/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 2 | 0 | 0 | 1 | 0 |
| Joann Predine | 2 | 2/19/2015 | 3/24/2015 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Kimberly Hollingshead | 2 | 4/9/2019 | 8/31/2020 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Greg Whitney | 2 | 5/5/2009 | 5/20/2011 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cannot read signature | 1 | 2/11/2014 | 2/11/2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Illegible | 1 | 1/6/2014 | 1/6/2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| David Gallagher | 1 | 1/26/2015 | 1/26/2015 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Edwards / Doty | 1 | 7/7/2014 | 7/7/2014 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Edwards / Dietsche | 1 | 12/19/2013 | 12/19/2013 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ginger Varone | 1 | 9/17/2018 | 9/17/2018 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Katie Stabi | 1 | 1/30/2017 | 1/30/2017 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lynn Edward Mudra | 1 | 7/28/2016 | 7/28/2016 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Gautonper (sp?) | 1 | 7/23/2012 | 7/23/2012 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Michael Reese | 1 | 8/23/2017 | 8/23/2017 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL REPORTS | 92 | | | 51 | 13 | 9 | 10 | 5 | 1 | 9 | 4 | 41 | 10 | 15 | 2 | 3 | 6 | 5 |