SJ-EXHIBIT 21

Highly Confidential - Subject to Further Confidentiality Review

1              IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF OHIO

2                      EASTERN DIVISION

3    IN RE:  NATIONAL        :  MDL No. 2804

     PRESCRIPTION OPIATE     :

4    LITIGATION              :  Case No. 17-md-2804

                             :

5    APPLIES TO ALL CASES    :  Hon. Dan A. Polster

                             :

6                             :

7

8                   HIGHLY CONFIDENTIAL

9        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

10

11                     - - - -

12                  JANUARY 16, 2019

13                     - - - -

14      VIDEOTAPED DEPOSITION OF GEORGE CHUNDERLIK,

15   taken pursuant to notice, was held at Marcus &

16   Shapira, One Oxford Center, 35th Floor, Pittsburgh,

17   Pennsylvania 15219, by and before Ann Medis,

18   Registered Professional Reporter and Notary Public in

19   and for the Commonwealth of Pennsylvania, on

20   Wednesday, January 16, 2019, commencing at 9:04 a.m.

21                     - - - -

22             GOLKOW LITIGATION SERVICES

          877.370.3377 phone | 917.591.5672 fax

23                 deps@golkow.com

24

25

Highly Confidential - Subject to Further Confidentiality Review

```
 1   pharmacies, and that's the Giant Eagle 200 retail

 2   pharmacies; right?

 3       A.   Correct.

 4       Q.   At the corporate level, how many

 5   suspicious orders were caught due to the controls

 6   that were in place?

 7            MR. KOBRIN:  Object to form.

 8            THE WITNESS:  A suspicious order I don't

 9   necessarily think -- a suspicious order would have

10   been the buprenorphine situations.

11   BY MR. HUDSON:

12       Q.   What were the corporate controls that

13   you're alluding to?  What were the controls that

14   existed?

15       A.   The fact that we had tools in place to

16   monitor purchases, monitor dispensing.  Of course,

17   we had the reports that we were getting on a daily

18   basis.  We had internal audits that an internal

19   auditing group would do at our pharmacies.  We had

20   PDLs doing audits and going into their pharmacies.

21   They're required on a quarterly basis to do audits

22   on their pharmacies.

23       Q.   Anything specific though to flagging

24   suspicious orders of controlled substances under

25   Section -- in other words, the suspicious order
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    over the receipt of controlled substances it was

 2    handling when it determined it was in compliance

 3    with the security requirements?

 4         A.   Yes.

 5         Q.   Did HBC consider the physical security

 6    features of its facility --

 7         A.   Yes.

 8         Q.   -- when it determined it was in

 9    compliance with the security requirements?

10         A.   Yes.

11         Q.   Did HBC get frequent visits from the

12    DEA?

13         A.   They got visits from the DEA, yes.

14         Q.   What was the purpose of those visits?

15         A.   To do reconciliation audits to see if we

16    were also complying with the security requirements

17    that were required as part of the Act and that we

18    had controls in place.

19         Q.   Did the DEA ever tell HBC that they were

20    not meeting the security requirements under the

21    regulations, under the regulation related to the

22    Controlled Substances Act?

23         A.   Not that I know of, no.

24         Q.   With respect to the HBC warehouse that

25    you visited, do you recall whether it had a locked
```

Highly Confidential - Subject to Further Confidentiality Review

1    was developed by Giant Eagle to reconcile

2    inventory.  It will show the purchases for a given

3    time period as to when the audit was conducted and

4    show all dispensing.  And at the end of doing that

5    calculation, there is an actual -- there is an

6    expected on-hand count that is shown to the

7    pharmacy.

8         They do the count, and then they update it

9    with the actual count that is remaining in

10   inventory.

11        Q.   Do you also have annual audits of

12   inventories at Giant Eagle pharmacies?

13        A.   We do annual inventory counts at each

14   pharmacy, yes, of all controlled substances.

15        Q.   Can you tell me what a PDL is?

16        A.   PDL is an acronym at Giant Eagle for

17   pharmacy district leader.

18        Q.   What do the PDLs do?

19        A.   The PDLs -- each PDL has roughly 29 to

20   33 stores that they are responsible for business

21   oversight of a particular region.

22        Q.   Do they regularly visit the stores?

23        A.   They do regularly visit the stores, yes.

24        Q.   When the compliance team did due

25   diligence on any orders that flagged or any orders

Highly Confidential - Subject to Further Confidentiality Review

1   that they wanted to investigate further, would the

2   PDLs be a good source of information as to what

3   was going on --

4        A.   The PDL is a very good source of

5   information, yes.

6        Q.   Did you and others at Giant Eagle

7   corporate office utilize the PDLs when doing due

8   diligence at stores and on orders?

9        A.   Yes, sir; yes.

10       Q.   Do PDLs conduct audits or inquiries

11  concerning procedures at the stores?

12       A.   They do.

13       Q.   Do they supervise the training of

14  pharmacists at all?  Are they involved in the

15  supervising and training of pharmacists?

16       A.   They do have a part in supervising the

17  training.  As part of their audit, they would look

18  to see if required training was being conducted by

19  the pharmacist or that team members were doing

20  some computer-based training programs that had

21  been assigned to them.

22       Q.   That would be like continuing education?

23       A.   Possibly, yes.

24       Q.   Do the stores, do the Giant Eagle

25  pharmacy stores work with local law enforcement?

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A.   Yes, they do.

 2        Q.   Do the Giant Eagle pharmacy stores work

 3   with local police departments?

 4        A.   Yes.

 5        Q.   Do the Giant Eagle pharmacy stores work

 6   with the Board of Pharmacy inspectors in each

 7   state?

 8        A.   Yes, they do.

 9        Q.   Do the Giant Eagle pharmacy stores and

10   their employees work with DEA agents?

11        A.   They have, yes.

12        Q.   Would you characterize that relationship

13   between the stores and these law enforcement

14   agencies as a cooperative working relationship?

15        A.   Yes, I would, very cooperative.

16        Q.   In working with local law enforcement

17   and the DEA, has Giant Eagle been able to uncover

18   people who are attempting to pass bad scripts?

19        A.   Yes, we have.

20        Q.   Does Giant Eagle have a pharmacy

21   investigator?

22        A.   Yes, we do.

23        Q.   And does he also work with local law

24   enforcement in trying to apprehend people who are

25   passing bad scripts?
```