SJ-EXHIBIT 23

Page 1

1

         IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF OHIO

                    EASTERN DIVISION

3

4    _____

5    IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804

     OPIATE LITIGATION                  Case No. 17-md-2804

6

7    This document relates to:         Judge Dan

                                       Aaron Polster

8

     The County of Cuyahoga v. Purdue

9    Pharma, L.P., et al.

     Case No. 17-OP-45005

10

     City of Cleveland, Ohio vs. Purdue

11   Pharma, L.P., et al.

     Case No. 18-OP-45132

12

     The County of Summit, Ohio,

13   et al. v. Purdue Pharma, L.P.,

     et al.

14   Case No. 18-OP-45090

     _____

15

16

17                    VOLUME I

18       Videotaped Deposition of Kyle J. Wright

19                 Washington, D.C.

20               February 28, 2019

21                    9:33 a.m.

22

23

24   Reported by:  Bonnie L. Russo

25   Job No. 3244302

```
                                              Page 260

  1          Q.    Okay.  All right.

  2                So just a couple more topics, and

  3     then we're done.

  4                I want to go back to conversations

  5     that you would have had with distributors and

  6     relating to ratios of controlled versus

  7     noncontrolled substances.

  8          A.    Okay.

  9          Q.    Okay?

 10                Do you remember having those

 11     conversations with distributors?

 12          A.    Yes.

 13          Q.    Okay.  And is it -- is it accurate

 14     to say that you knew that it was common for

 15     legitimate pharmacies to have a ratio of

 16     approximately 20 percent of controlled to 80

 17     percent noncontrolled?

 18          A.    In that area, yes.

 19          Q.    Okay.  And higher percentages of

 20     controlled drugs could be reasonable at times,

 21     right?

 22          A.    Yes.

 23          Q.    For example, pharmacies located

 24     right next to a cancer clinic or something like

 25     that.
```