# SJ-EXHIBIT 25

```
                                                              Page 1

 1
              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
 3
 4   _____
 5   IN RE:  NATIONAL PRESCRIPTION        MDL No. 2804
     OPIATE LITIGATION                    Case No. 17-md-2804
 6
 7   This document relates to:            Judge Dan
                                          Aaron Polster
 8
     The County of Cuyahoga v. Purdue
 9   Pharma, L.P., et al.
     Case No. 17-OP-45005
10
     City of Cleveland, Ohio vs. Purdue
11   Pharma, L.P., et al.
     Case No. 18-OP-45132
12
     The County of Summit, Ohio,
13   et al. v. Purdue Pharma, L.P.,
     et al.
14   Case No. 18-OP-45090
     _____
15
16
17         Videotaped 30(b)(6) Deposition of the
18             Drug Enforcement Administration
19     through the testimony of Stacy Harper-Avilla
20                   Washington, D.C.
21                    April 11, 2019
22                      9:16 a.m.
23
24   Reported by:  Bonnie L. Russo
25   Job No. 3282688
```

Page 97

1   selective substances between 2000 and 2010.
2            Do you see that?
3       A.   Yes.
4       Q.   Do you recognize this chart?
5       A.   I recognize the format of the chart,
6   yes.
7       Q.   Do you agree that it reflects the
8   aggregate production quota history for the
9   substances listed here on the left?
10           MR. ELSNER:  Objection.
11           THE WITNESS:  With the exception of
12  2010, it reflects the aggregate production
13  quota as finalized from 2000 to 2009.
14           BY MR. O'CONNOR:
15      Q.   Okay.  And with respect to 2010,
16  what does it reflect?
17      A.   It would reflect the established.
18      Q.   And is it fair to state the
19  established quota might change over the course
20  of the year?
21      A.   Correct.
22      Q.   Let's look at No. 8, Exhibit 8.
23      A.   Yes.
24      Q.   And do you agree that this reflects
25  the aggregate production quota history for the

Page 98

1  substances listed on the left between the years
2  2009 through at least 2018?
3     A.   The final aggregate production
4  quota, yes.
5     Q.   And I want to direct your attention
6  on Exhibit 7 to the lines that say: "Oxycodone
7  (sale) and oxycodone (CONV)."
8          What does oxycodone (sale) mean?
9     A.   That that is the aggregate
10 production quota set for oxycodone that will go
11 to dosage form manufacturers.
12    Q.   Okay. And what does oxycodone
13 (CONV) mean?
14    A.   So CONV stands for conversion and
15 that is the amount of oxycodone that will be
16 converted to a different substance.
17    Q.   And you agree that the numbers
18 listed to the right of oxycodone (sale) reflect
19 the final aggregate production quota for the
20 years listed in the column headings?
21         MR. CHANDLER: Objection.
22 Mischaracterizes prior testimony.
23         THE WITNESS: For 2000 through 2009,
24 yes.
25         BY MR. O'CONNOR: