SJ-EXHIBIT 27

```
 1               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3    IN RE:  NATIONAL         :  MDL No. 2804
      PRESCRIPTION OPIATE      :
 4    LITIGATION               :  Case No. 17-md-2804
      APPLIES TO ALL CASES     :  Hon. Dan A. Polster
 5                             :

                               :

 6
 7                      HIGHLY CONFIDENTIAL
 8        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
 9
10                         - - - -
11                     DECEMBER 18, 2018
12                         - - - -
13       VIDEOTAPED DEPOSITION OF EUGENE TOMMASI,
14    taken pursuant to notice, was held at Marcus &
15    Shapira, One Oxford Center, 35th Floor, Pittsburgh,
16    Pennsylvania 15219, by and before Ann Medis,
17    Registered Professional Reporter and Notary Public in
18    and for the Commonwealth of Pennsylvania, on Tuesday,
19    December 18, 2018, commencing at 9:00 a.m.
20                         - - - -
21                 GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
22                      deps@golkow.com
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   questions.
 2                    EXAMINATION
 3   BY MR. BARNES:
 4       Q.   Mr. Tommasi, you were asked a few
 5   questions just a couple minutes ago about business
 6   meetings, and pharmacy meetings, and pharmacy
 7   profitability, and how it related to the stores
 8   generally.
 9            Do you recall those?
10       A.   Yes.
11       Q.   Do you recall any approach or strategy
12   by Giant Eagle to increase sales of opioids at any
13   time in any part of the company?
14       A.   No.
15       Q.   Were any executives or pharmacists or
16   employees ever bonused or incentivized to increase
17   the sale of opioids in any way, shape, or form?
18       A.   No.
19       Q.   You were asked a few questions about the
20   membership of the so-called pharmacy regulatory
21   review committee.
22            Do you remember those questions?  Who was
23   George Chunderlik, et cetera?
24            Do you remember that?
25       A.   Yeah.  I think a few minutes ago.
```