SJ-EXHIBIT 30

### EXHIBIT 2: COUNT OF DEACTIVATED AND DISPENSED AT-ISSUE OPIOID PRESCRIPTIONS

*Giant Eagle Lake and Trumbull Pharmacies in Ohio*

|  | Pharmacy Name | Deactivated Opioid Prescriptions [A] | Dispensed Opioid Prescriptions[1] [B] | Deactivated Opioid Prescriptions as % of All Opioid Prescriptions [A] / ([A] + [B]) |
|---|---|---|---|---|
| 1 | Elm Road | 488 | 48,440 | 1.00% |
| 2 | Mentor | 105 | 16,431 | 0.63% |
| 3 | Brookfield | 256 | 43,027 | 0.59% |
| 4 | Churchill Commons | 435 | 74,060 | 0.58% |
| 5 | Willoughby Hills | 96 | 17,851 | 0.53% |
| 6 | Mentor-on-the-Lake | 390 | 72,413 | 0.54% |
| 7 | Jamestown | 360 | 75,796 | 0.47% |
| 8 | Painesville | 278 | 58,630 | 0.47% |
| 9 | Niles | 425 | 94,383 | 0.45% |
| 10 | Howland | 254 | 57,584 | 0.44% |
| 11 | Willoughby | 164 | 38,529 | 0.42% |
| 12 | Willowick | 148 | 44,689 | 0.33% |
| 13 | North Madison | 133 | 46,111 | 0.29% |
| 14 | Newton Falls[2] | 0 | 4,010 | 0.00% |
|  | **Total** | 3,532 | 691,954 | 0.51% |

**Notes:**

[1] Prescriptions are identified as the number of distinct groups by BS_PHRMCY_NO, PATIENT_ID, WRTN_DTE, DOC_DEA_NO, DOC_NPI_NO, and generic_product_identifier.
[2] Newton Falls Pharmacy closed on October 1, 2007.

**Sources:** GE_TL00000001; GE_TL00014982; At-issue NDC list, "Pharmacy Defendants' NDC List.xlsx"; Giant Eagle Inc. and HBC Service Company's Answers To Interrogatories Nos. 1, 2, 3, 6, And 8 of Plaintiffs (First) Combined Track Three Interrogatories To Chain Pharmacy Defendants, July 13, 2020.