# SJ-EXHIBIT 31

### EXHIBIT 8A: TOTAL PRESCRIPTIONS AND CONTROLLED PRESCRIPTIONS FILLED BY GIANT EAGLE PHARMACIES IN LAKE AND TRUMBULL COUNTIES

*January 1, 2006 - November 20, 2019*

| Pharmacy | Total Prescriptions | Controlled Prescriptions | Controlled Prescriptions / Total Prescriptions[1] |
|---|---:|---:|---:|
| 196 - Mentor | 551,482 | 48,229 | 8.7% |
| 216 - Willowick | 1,406,114 | 126,177 | 9.0% |
| 1217 - Mentor-on-the-Lake | 1,851,167 | 201,301 | 10.9% |
| 1225 - Willoughby Hills | 677,369 | 45,022 | 6.6% |
| 1405 - Niles | 2,083,546 | 239,720 | 11.5% |
| 1419 - Elm Road | 1,288,833 | 127,599 | 9.9% |
| 1435 - Brookfield | 1,148,565 | 115,731 | 10.1% |
| 4002 - Churchill Commons | 2,150,134 | 199,800 | 9.3% |
| 4004 - North Madison | 1,392,470 | 126,819 | 9.1% |
| 4011 - Newton Falls | 80,139 | 10,351 | 12.9% |
| 4051 - Howland | 1,611,229 | 166,875 | 10.4% |
| 4056 - Jamestown | 1,758,385 | 176,658 | 10.0% |
| 6377 - Painesville | 1,633,600 | 153,125 | 9.4% |
| 6381 - Willoughby | 1,167,203 | 107,685 | 9.2% |
| **Total** | **18,800,236** | **1,845,092** | **9.8%** |

**Note:**
[1] At his deposition, DEA witness Kyle J. Wright affirmed that "it was common for legitimate pharmacies to have a ratio of approximately 20 percent of controlled to 80 percent noncontrolled." Kyle J. Wright Dep., 260:1-22, February 28, 2019.

**Source:** GE_TL00014981.

*Confidential - Subject to Protective Order*



**EXHIBIT 8B:
CONTROLLED PRESCRIPTIONS AS A SHARE OF ALL PRESCRIPTIONS FILLED[1]
BY GIANT EAGLE PHARMACIES IN LAKE AND TRUMBULL COUNTIES**

*January 1, 2006 - November 20, 2019*

**Note:**
[1] At his deposition, DEA witness Kyle J. Wright affirmed that "it was common for legitimate pharmacies to have a ratio of approximately 20 percent of controlled to 80 percent noncontrolled." Kyle J. Wright Dep., 260:1-22, February 28, 2019.

**Source:** GE_TL00014981.



**EXHIBIT 8C:
CONTROLLED PRESCRIPTIONS AS A SHARE OF ALL PRESCRIPTIONS FILLED[1]
(ANNUAL) BY GIANT EAGLE PHARMACIES IN LAKE AND TRUMBULL COUNTIES**

*January 1, 2006 - November 20, 2019*

**Note:**

[1] At his deposition, DEA witness Kyle J. Wright affirmed that "it was common for legitimate pharmacies to have a ratio of approximately 20 percent of controlled to 80 percent noncontrolled." Kyle J. Wright Dep., 260:1-22, February 28, 2019.

**Source:** GE_TL00014981.