# SJ-EXHIBIT 33

### EXHIBIT 10: TOP PHARMACIES, RANKED BY TRANSACTIONS PER DAY
### (OXYCODONE ORAL SOLIDS OF STRENGTH 30MG OR HIGHER)

96 Pharmacies (Lake and Trumbull)[1]

*January 1, 2008 - December 31, 2018*

| Rank | Pharmacy | Start Date | End Date | Total Transactions | Transactions per Day | Type | Investigated |
|---|---|---|---|---|---|---|---|
| 1 | [3] | 1/2/2008 | 1/15/2011 | 10,174 | 9.2 | Brick and Mortar | Yes[4] |
| 2 |  | 1/2/2008 | 12/31/2018 | 19,378 | 4.8 | Brick and Mortar | |
| 3 | [3] | 1/17/2011 | 7/20/2015 | 4,897 | 3.0 | Brick and Mortar | |
| 4 |  | 11/22/2010 | 12/31/2018 | 8,023 | 2.7 | Brick and Mortar | |
| 35 |  | 1/1/2008 | 12/31/2018 | 1,457 | 0.4 | Giant Eagle | |
| 46 |  | 1/1/2008 | 12/31/2018 | 949 | 0.2 | Giant Eagle | |
| 47 |  | 1/1/2008 | 12/31/2018 | 909 | 0.2 | Giant Eagle | |
| 49 |  | 1/1/2008 | 12/31/2018 | 836 | 0.2 | Giant Eagle | |
| 56 |  | 1/1/2008 | 12/31/2018 | 532 | 0.1 | Giant Eagle | |
| 58 |  | 1/1/2008 | 12/31/2018 | 464 | 0.1 | Giant Eagle | |
| 65 |  | 1/1/2008 | 12/31/2018 | 339 | 0.1 | Giant Eagle | |
| 77 |  | 1/2/2008 | 12/31/2018 | 231 | 0.1 | Giant Eagle | |
| 87 |  | 1/1/2008 | 12/31/2018 | 114 | 0.0 | Giant Eagle | |
| 88 |  | 1/1/2008 | 12/31/2018 | 103 | 0.0 | Giant Eagle | |

Oxy30+ Transactions Dispensed to Likely Residents of Lake and Trumbull[2]

**Notes:**

[1] All pharmacies located in Lake or Trumbull counties with 5,000 or more at-issue opioid transactions in OARRS dispensed to patients likely resident in Lake or Trumbull counties based on OARRS patient zip field, plus ▮▮▮ and ▮▮▮ (Ohio mail order pharmacies that dispensed 5,000 or more at-issue opioid transactions to likely residents of Lake and Trumbull counties).

[2] At-issue oxycodone oral solid transactions of strength 30mg or higher in OARRS dispensed to patients likely resident in Lake or Trumbull counties based on OARRS patient zip field.

[3] ▮▮▮ and ▮▮▮ (dba ▮▮▮) were located at the same address. ▮▮▮ likely started using the location after ▮▮▮ was shut down.

[4] In 2009, officials with Trumbull County's chief narcotics unit, the Trumbull Ashtabula Group Law Enforcement Task Force, as well as the Ohio Board of Pharmacy conducted an investigation of ▮▮▮ and owner ▮▮▮. They discovered that ▮▮▮ wrote prescriptions in 2007 and 2008 for large amounts of pain medications and other dangerous drugs such as OxyContin, methadone, hydromorphine, methodose, Suboxone, and oxycodone, many of which were filled at ▮▮▮.

[5] ▮▮▮ is a subsidiary of ▮▮▮. ▮▮▮ was investigated for Medicare and Medicaid fraud in 2012. In 2020, ▮▮▮ agreed to pay the United States a $15.3 million civil penalty to resolve allegations that it violated federal law by, among other things, allowing opioids and other controlled substances to be dispensed without a valid prescription at long-term care facilities.

**Sources:**

Ohio Board of Pharmacy's Production of OARRS data; Plaintiffs' Ohio ARCOS dataset, "OH_processed.csv"; At-issue NDC list, "Pharmacy Defendants' NDC List.xlsx"; CDC MME dataset, "CDC_Oral_Morphine_Milligram_Equivalents_Sept_2018.xlsx"; Giant Eagle Inc. and HBC Service Company's Answers To Interrogatories Nos. 1, 2, 3, 6, And 8 of Plaintiffs (First) Combined Track Three Interrogatories To Chain Pharmacy Defendants, July 13, 2020; National Address Database, U.S. Department of Transportation, October 29, 2020, available at https://www.transportation.gov/gis/national-address-database/national-address-database-nad-disclaimer; Google Geocoding API (via R ggmap package); ▮▮▮ available at ▮▮▮.