# SJ-EXHIBIT 34

# EXHIBIT 11: MARKET SHARE OF AT-ISSUE OPIOIDS AND 30+ MG OXYCODONE

*Lake and Trumbull Counties*
*January 1, 2008 - December 31, 2018*

| | All At-Issue Opioids | | | | Oxycodone Oral Solids ≥ 30mg[1] | | | |
| | Transactions | | MME | | Transactions | | MME | |
| | Total | Share | Total | Share | Total | Share | Total | Share |
|---|---|---|---|---|---|---|---|---|
| Non-Defendants | 1,087,421 | 28.5% | 1,438,973,714 | 36.1% | 69,910 | 46.41% | 423,806,385 | 47.89% |
| Co-Defendants | 2,089,916 | 54.9% | 2,136,171,993 | 53.6% | 74,288 | 49.32% | 425,610,870 | 48.09% |
| ▮▮▮▮▮▮ | 632,241 | 16.6% | 412,125,565 | 10.3% | 6,435 | 4.27% | 35,551,950 | 4.02% |

**Notes:**
[1] Oxycodone Oral Solids ≥ 30mg are oxycodone tablet and capsule prescriptions with strength per dose greater than or equal to 30mg.
[2] Market share is calculated as the share of transactions or MME within Lake and Trumbull counties attributable to the relevant category of pharmacies.

**Sources:** Ohio Board of Pharmacy's production of OARRS data; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Answers To Interrogatories Nos. 1, 2, 3, 6, And 8 of Plaintiffs (First) Combined Track Three Interrogatories To Chain Pharmacy Defendants, p. 15, July 13, 2020; National Address Database, U.S. Department of Transportation, October 29, 2020, available at https://www.transportation.gov/gis/national-address-database/national-address-database-nad-disclaimer; Google geocoding API (via R ggmap package); At-issue NDC list, "Pharmacy Defendants' NDC List.xlsx".