# SJ-EXHIBIT 36

*Confidential - Subject to Protective Order*



### EXHIBIT 13A: AVERAGE MONTHLY OXYCODONE 80MG DOSAGE UNITS DISPENSED
*OARRS Data, Lake and Trumbull Counties 2008 - 2018*

**Notes:**
[1] Average Monthly Dosage Units are calculated by summing all of the dosage units from all pharmacies in a given group, then dividing by the number of months those pharmacies were open.
[2] Overholt's was closed and had no transaction data from 2012-2018.
[3] The Non-Defendants group consists of all pharmacies in Lake and Trumbull counties that are not defendants.
[4] The All Defendants group consists of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

**Sources:** Ohio Board of Pharmacy's production of OARRS data; At-issue NDC list, "Pharmacy Defendants' NDC List.xlsx"; National Address Database, U.S. Department of Transportation, October 29, 2020, available at https://www.transportation.gov/gis/national-address-database/national-address-database-nad-disclaimer; Google geocoding API (via R ggmap package); PPLPC018000279573-PPLPC018000279574; "CVS Ohio Store List with BOP Registration Number.xlsx" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Answers To Interrogatories Nos. 1, 2, 3, 6, And 8 of Plaintiffs (First) Combined Track Three Interrogatories To Chain Pharmacy Defendants, July 13, 2020; ▓▓▓▓ - DEA & BOP Licenses - OHIO.xlsx"; ▓▓▓▓ Ohio Store List.xlsx"; "NAI_1513785482_2_▓▓▓▓ List of Ohio Stores for OH BOP.xlsx."

### EXHIBIT 13B: AVERAGE MONTHLY OXYCODONE 80MG DOSAGE UNITS DISPENSED
OARRS Data, Lake and Trumbull Counties 2008-2018

| Pharmacy | Average Monthly Dosage Units[1] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| *Lake County* | | | | | | | | | | | |
| ▮▮[2] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ▮▮▮ | 28 | 35 | 8 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 |
| ▮▮▮ | 5 | 5 | 5 | 12 | 0 | 0 | 0 | 9 | 20 | 0 | 0 |
| ▮▮▮[2] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ▮▮▮ | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ▮▮[2] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ▮▮[2] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Trumbull County* | | | | | | | | | | | |
| ▮ | 61 | 8 | 0 | 10 | 23 | 8 | 0 | 10 | 0 | 0 | 0 |
| ▮▮ | 0 | 0 | 83 | 84 | 15 | 11 | 5 | 0 | 0 | 0 | 0 |
| ▮▮ | 164 | 42 | 0 | 3 | 0 | 0 | 13 | 0 | 0 | 0 | 0 |
| ▮▮▮ | 655 | 561 | 402 | 293 | 208 | 163 | 215 | 120 | 5 | 0 | 8 |
| ▮▮▮ | 397 | 423 | 425 | 458 | 410 | 370 | 422 | 440 | 175 | 83 | 0 |
| ▮▮ | 58 | 0 | 41 | 47 | 8 | 0 | 0 | 60 | 140 | 43 | 0 |
| ▮▮▮[3] | **105** | **83** | **74** | **70** | **51** | **42** | **50** | **50** | **26** | **10** | **1** |

**Notes:**

[1] Average Monthly Dosage Units are calculated by summing the Dosage_Unit variable for a given pharmacy and year, then dividing by 12 and the percentage of the year the pharmacy was in business.

[2] No Oxycodone 80mg was dispensed in four pharmacies (store numbers ▮▮, and ▮).

[3] Average Monthly Dosage Units are calculated for all ▮▮ by summing the Dosage_Unit variable for each pharmacies in a given year, dividing by 12 and the percentage of the year each pharmacy was in business, and then taking the average of each pharmacy weighted by the percentage of the year each pharmacy was in business. Note that this value includes pharmacies that did not dispense Oxycodone 80mg in the given year.

[4] According to Plaintiffs' DEA expert Rafalski, "a general pharmacy average for ordering the 80mg product is approximately 300-1000 dosage units per month."

**Sources:** Ohio Board of Pharmacy's production of OARRS data; At-issue NDC list, "Pharmacy Defendants' NDC List.xlsx"; National Address Database, U.S. Department of Transportation, October 29, 2020, available at https://www.transportation.gov/gis/national-address-database/national-address-database-nad-disclaimer; Google geocoding API (via R ggmap package); GE_TL00000001; PPLPC018000279573-PPLPC018000279574.