SJ-EXHIBIT 37

*Confidential - Subject to Protective Order*

### EXHIBIT 16A: INDEXED COMPARISON OF GROWTH OF HCP DEA QUOTA & OF HCP DISPENSING BY GIANT EAGLE IN LAKE AND TRUMBULL COUNTIES, IN MME



**Notes:**
[1] Data is reported in MME. Each series is indexed to 100 based on its 2006 value.

**Sources:** GE_TL00000001; CDC MME dataset, "CDC_Oral_Morphine_Milligram_Equivalents_Sept_2018.xlsx;" Plaintiffs' Ohio ARCOS dataset, "OH_processed.csv;" and DEA Aggregate Production Quota History For Selected Substances from the DEA, available at https://www.deachronicles.com/wp-content/uploads/sites/809/2019/09/Quotas-from-2000-to-2019.pdf (accessed June 24, 2021).

*Confidential - Subject to Protective Order*



**EXHIBIT 16B: INDEXED COMPARISON OF GROWTH OF OXYCODONE DEA QUOTA & OF OXYCODONE DISPENSING BY GIANT EAGLE PHARMACIES IN LAKE AND TRUMBULL COUNTIES, IN MME**

**Notes:**
[1] Data is reported in MME. Each series is indexed to 100 based on its 2006 value.

**Sources**: GE_TL00000001; CDC MME dataset, "CDC_Oral_Morphine_Milligram_Equivalents_Sept_2018.xlsx;" Plaintiffs' Ohio ARCOS dataset, "OH_processed.csv;" and DEA Aggregate Production Quota History For Selected Substances from the DEA, available at https://www.deachronicles.com/wp-content/uploads/sites/809/2019/09/Quotas-from-2000-to-2019.pdf (accessed June 24, 2021).