SJ-EXHIBIT 38

## EXHIBIT 19: AT-ISSUE OPIOIDS DISPENSED IN CASH AT PHARMACIES IN LAKE AND TRUMBULL COUNTIES

*January 1, 2008 - December 31, 2018*

|  | Transactions | Transactions Paid in Cash[1] | % Paid in Cash |
|---|---:|---:|---:|
| *All Lake and Trumbull Pharmacies* | 3,819,531 | 356,160 | 9.3% |
| *Non-Defendant Pharmacies* [2] | 926,160 | 173,808 | 18.8% |
| ▮▮▮▮▮ | 46,521 | 12,766 | 27.4% |
| ▮▮▮▮▮ | 114,740 | 9,753 | 8.5% |
| *Co-Defendant Pharmacies* | 2,089,916 | 126,373 | 6.0% |
| *Giant Eagle Pharmacies* | 642,194 | 33,460 | 5.2% |

**Notes:**

[1] Identified as transactions with PRIM_CARRIER_CD as "CASH" in the GE dispensing data for Giant Eagle pharmacies. Identified as transactions with Payment Type as 1, which corresponds to "Private Pay (cash, check, debit, credit)," in the OARRS data for all other pharmacies.

[2] Excludes ▮▮▮▮▮ and ▮▮▮▮▮ pharmacies.

**Sources:** Ohio Board of Pharmacy's Production of OARRS data; GE_TL00000001; At-Issue NDC List, "Pharmacy Defendants' NDC List.xlsx;" Giant Eagle Inc. and HBC Service Company's Answers To Interrogatories Nos. 1, 2, 3, 6, And 8 of Plaintiffs (First) Combined Track Three Interrogatories To Chain Pharmacy Defendants, July 13, 2020.