# SJ-EXHIBIT 39

```
  1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF OHIO
  2                          EASTERN DIVISION
  3                              - - -
  4      IN RE:  NATIONAL PRESCRIPTION  :
         OPIATE LITIGATION              :   MDL No. 2804
  5      _____:   Case No.
                                        :   1:17-md-2804
  6      THIS DOCUMENT RELATES TO:      :
                                        :
  7      THIS DOCUMENT RELATES TO:      :   Hon. Dan A. Polster
         TRACK THREE CASES              :
  8                                     :
                                        :
  9      _____:
 10
                         Wednesday May 5, 2021
 11
                            HIGHLY CONFIDENTIAL
 12         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
 13
                     Remote videotaped deposition of
 14
         JAMES TSIPAKIS, conducted at the location of the
 15
         witness in Naperville, Illinois, commencing at
 16
         10:09 a.m., on the above date, before Carol A. Kirk,
 17
         Registered Merit Reporter, Certified Shorthand
 18
         Reporter, and Notary Public.
 19
 20
 21
 22                    GOLKOW LITIGATION SERVICES
 23            877.370.3377 ph | 917.591.5672 fax
 24                       deps@golkow.com
```

```
 1        A.    No, never.
 2        Q.    And for that matter, in all of the
 3   contacts with law enforcement and Board of
 4   Pharmacy, police that we've seen, did anybody
 5   from Lake or Trumbull County law enforcement or
 6   otherwise ever complain about Giant Eagle's
 7   dispensing practices?
 8              MR. GADDY:  Form and scope.
 9        A.    No, never.
10                      - - -
11      (Tsipakis Deposition Exhibit 47 marked.)
12                      - - -
13   BY MR. BARNES:
14        Q.    Go to file 39, which we'll call
15   Exhibit 47.
16              Is this a business record of
17   Giant Eagle?
18        A.    Yes, it is.
19        Q.    Is this another example of the be
20   on the lookout notification sent out by
21   Rick Shaheen, Giant Eagle's pharmacy loss
22   prevention department, and in this example, fake
23   prescriptions attempting to being passed in a
24   certain area?
```

 1  there's certain insurance -- from an audit
 2  perspective on insurance, notes need to be
 3  physically on the hard copy.  It doesn't matter
 4  if they're in the computer system.  They have to
 5  be on the hard copy.  So there's occasions that
 6  we need to pull the hard copy and document.
 7            I believe the example I used on
 8  testing strips.  So for Medicare, Medicaid, the
 9  directions of use, if we get a prescription that
10  says use as directed and we quantify what that
11  means, testing once a day, twice a day, three
12  times a day, that needs to be, in essence, put
13  on the prescription, hard copy.
14       Q.   Okay.  In these 30 or 40 examples,
15  these exhibits we went over -- I'll call them
16  corporate controls and pharmacy due diligence --
17  was it a regular practice of the Giant Eagle
18  corporate compliance department to respond to
19  pharmacists' inquiries when they had concerns
20  about potentially bad scripts and to do
21  investigations and to help the pharmacies and
22  the pharmacists resolve them?
23            MR. GADDY:  Objection to form.
24       A.   Yes.  Absolutely.  These were

 1   examples of an ongoing and continual even to
 2   this day process, that basically the
 3   interactions between corporate resources, the
 4   stores, loss prevention and a regular course and
 5   normal course of business and oversight.
 6           Q.   Okay.  And over the years, have
 7   various personnel been involved in these
 8   activities, some of whom are no longer employed
 9   by the company?
10           A.   Yes, that is correct.
11           Q.   And Giant Eagle's record retention
12   policies, would some of those records likely
13   have been destroyed after people left and a
14   number of years had passed since their leaving?
15                MR. GADDY:  Form, scope.
16           A.   Yes.  There's -- the servers
17   automatically -- for example, Outlook will
18   delete after so many days for space reasons and
19   other things.  So there is -- there is normal
20   processes that happen that eliminate
21   documentation over the -- especially if the time
22   has lapsed, yes.
23           Q.   Okay.  And you were asked earlier
24   this morning by Mr. Gaddy of what other controls