# SJ-EXHIBIT 41

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3   IN RE:  NATIONAL          :  MDL No. 2804
     PRESCRIPTION OPIATE       :
 4   LITIGATION                :  Case No. 17-md-2804
                               :
 5   APPLIES TO ALL CASES      :  Hon. Dan A. Polster
                               :
 6                             :
 7
 8                    HIGHLY CONFIDENTIAL
 9         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
10
11                         - - - -
12                    DECEMBER 20, 2018
13                         - - - -
14    VIDEOTAPED DEPOSITION OF JOSEPH EDWARD MILLWARD,
15    taken pursuant to notice, was held at Marcus &
16    Shapira, One Oxford Center, 35th Floor, Pittsburgh,
17    Pennsylvania 15219, by and before Ann Medis,
18    Registered Professional Reporter and Notary Public in
19    and for the Commonwealth of Pennsylvania, on
20    Thursday, December 20, 2018, commencing at 9:07 a.m.
21                         - - - -
22                 GOLKOW LITIGATION SERVICES
               877.370.3377 ph | 917.591.5672 fax
23                      deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. HUDSON:
 2        Q.   -- that caused you in your role in
 3   compliance to take action?
 4             MR. KOBRIN:  Object to form.
 5             THE WITNESS:  Seeking certifications or
 6   accreditations for ACC -- ACHC.  I'm sorry.  I
 7   think that's the American -- or the Accreditation
 8   Council for Healthcare, ballpark.  URAC
 9   accreditation.  DMEPOS accreditation.
10        I don't know what URAC stands for.  I can't
11   remember.  And DMEPOS, Durable Medical Equipment
12   Point of -- no, no -- Prosthetics, Orthotics, I'll
13   say Supplies.  I don't remember.
14        So that was through NABP, so the National
15   Association of Boards of Pharmacy for that
16   particular accreditation.
17        And then VAWD accreditation, Verified
18   Accredited Wholesale Distributor.
19   BY MR. HUDSON:
20        Q.   Any other company initiatives you can
21   think of that impacted your compliance role?
22        A.   Opening a specialty pharmacy.  Having a
23   call center pharmacy that had no product and only
24   did off-site processing, prescription processing.
25        And then the opening of the what is GERX
```

```
 1   the SOMS requirements of the Controlled Substances
 2   Act?
 3          MR. KOBRIN:  Object to form.  Asked and
 4   answered.
 5   BY MR. HUDSON:
 6       Q.   You can answer.
 7       A.   Was I told by anybody, Greg, Anthony or
 8   otherwise, that my group was responsible for
 9   those?
10       In the rewriting or review of those for VAWD
11   certification is when we became very involved
12   specific to the individual there that we had
13   procedures at retail level in place already.
14       Q.   What about at the distributor level?
15          MR. KOBRIN:  Object to form.
16          THE WITNESS:  As I said, when we review
17   for the VAWD certification, to review all their
18   policies and procedures that were in place, to
19   reformat them for VAWD certification.
20   BY MR. HUDSON:
21       Q.   When did this VAWD certification review
22   occur?
23       A.   Good grief.  VAWD -- well, the VAWD
24   certification itself, the actual granting of the
25   certification occurred after I was gone from the
```

Highly Confidential - Subject to Further Confidentiality Review

1 company.

2 But initially it would have been, if I had to
3 ballpark it, '14, '15-ish, and that's a guess.
4 Q. Let me just ask you the broad question.
5 What is VAWD certification?
6 A. VAWD, and I apologize for not
7 remembering the entire acronym, but essentially,
8 it's a distributor certification that some states
9 require in order to distribute into those states
10 and a set of standards for not just controlled
11 substances, but temperature controls, physical
12 plant, HR.
13 Q. Why was there a VAWD review, VAWD
14 certification review occurring in 2014 or 2015?
15 A. So we could -- as we understood at the
16 time, in order to distribute to the store that was
17 opening in Indiana. Indiana required VAWD
18 certification in order to distribute. That was
19 our understanding. As well as the -- which would
20 have been one store -- as well as the two stores
21 that were in Maryland.
22 Q. So prior to you and your group's
23 involvement in the VAWD certification review in
24 2014 or 2015, did you have any involvement with
25 the HBC policies and procedures to meet the SOMS

```
 1    BY MR. HUDSON:
 2        Q.   So it's your testimony that we will be
 3    able to find policies and procedures at the
 4    pharmacy level, the warehouse level and the
 5    corporate level that would specifically relate to
 6    monitoring shipments from HBC to Giant Eagle
 7    pharmacies to determine whether or not they're
 8    suspicious?
 9             MR. KOBRIN:  Object to form.
10             THE WITNESS:  Well, I know we talked
11    about the policies earlier in the conversation.
12    And as far as where the policies for the
13    distribution center, when I got involved with the
14    distribution center would have been through the
15    VAWD process and then subsequently GERX.  But
16    sharing info with the group from the conferences.
17    BY MR. HUDSON:
18        Q.   I agree.  I mean, HBC -- I'll represent
19    to you that the company has answered questions
20    that we've asked them about written policies.  And
21    you definitely were involved.  There were written
22    policies in place in 2015 and later; right?  Do
23    you agree with that?
24             MR. KOBRIN:  Object to form.
25             THE WITNESS:  I agree that's when I had
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    RX distribution center?
 2              MR. KOBRIN:  Object to form.  Vague.
 3              THE WITNESS:  Can you be more specific,
 4    please, or restate the question?
 5    BY MR. HUDSON:
 6         Q.   At a certain point, did you become
 7    involved with taking steps to make sure that the
 8    new Giant Eagle RX distribution center was
 9    complying with the Controlled Substances Act?
10         A.   As part of the VAWD certification
11    process, policies and procedures were reviewed.
12    And because it was a new distribution center with
13    a new physical layout and the business plan called
14    for a vault, policies and procedures had to be
15    created for the facility.
16         Q.   And you were involved in that process;
17    right?
18         A.   Yes.
19         Q.   Let me hand you what I marked as
20    Exhibit 25.
21              (HBC-Millward Exhibit 25 was marked.)
22              MR. HUDSON:  Exhibit 25, the internal
23    number is 1005.
24    BY MR. HUDSON:
25         Q.   I'm going to focus mainly on this first
```