# SJ-EXHIBIT 44

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3                         - - -
 4   IN RE:  NATIONAL PRESCRIPTION :
     OPIATE LITIGATION              :  MDL No. 2804
 5   _____:  Case No.
                                    :  1:17-md-2804
 6   THIS DOCUMENT RELATES TO:       :
                                    :
 7   The County of Lake, Ohio v.    :  Hon. Dan A. Polster
     Purdue Pharma, LP, et al.      :
 8   Case No. 18-op-45032           :
                                    :
 9   The County of Trumbull, Ohio   :
     v. Purdue Pharma, LP, et al.   :
10   Case No. 1:18-op-45079         :
                                    :
11   Track 3 Cases                  :
     _____:
12
13               Friday, April 16, 2021
14                  HIGHLY CONFIDENTIAL
        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
15
16         Remote videotaped deposition of
17   EMILY MOONEY, conducted at the location of the witness
18   in Chardon, Ohio, commencing at 10:02 a.m., on the
19   above date, before Carol A. Kirk, Registered Merit
20   Reporter, Certified Shorthand Reporter, and Notary
21   Public.
22
23
                  GOLKOW LITIGATION SERVICES
24         877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
```

```
 1   one.
 2        Q.   Okay.  So tell me generally what
 3   happens as it relates to data verification.  And
 4   then if you would, also tell me specifically
 5   what happened -- well, let's just start in
 6   general.
 7             Tell me generally what happens at
 8   data verification, and then I'm going to ask you
 9   some more questions about controlled substances
10   after that.
11        A.   Okay.  Well, I mean, I can use
12   oxycodone as an example.
13             So data verification, it's
14   similar.  I put my biometrics in.  A
15   prescription will pop up on my screen.  I have a
16   picture of the hard copy prescription on the
17   right-hand side of the screen, and then what my
18   technician inputted into the system on the
19   left-hand side.
20             The computer system that we have
21   now, it's pretty nice.  It goes line by line.
22   So I can hit enter to check each line.  So
23   similar to data entry, it is the same.  I'm
24   checking the name and date of birth.
```

```
 1                   So when I am checking the name,
 2   I'm making sure that the name is correct, the
 3   date of birth matches.  I also -- in my head,
 4   I'm looking for, you know, age.  Is this a
 5   pediatric patient, an elderly patient?
 6                   Next I would check the drug, make
 7   sure that the drug is what is on the
 8   prescription.  So I check the drug, the
 9   strength, and the form, whatever that may be, a
10   tablet, a capsule, extended release suspension,
11   make sure that those match up.
12                   After that, I check the quantity,
13   the refills, the doctor.  With the doctor and an
14   oxycodone prescription, I make sure that that
15   DEA is there.  I make sure -- MPI helps too, but
16   I need to have the DEA there.  That the
17   prescription is signed.  That happens a lot
18   where it's not signed.
19                   And in the respect of a C-II
20   prescription or a controlled prescription, if
21   it's not signed, then that script is not valid.
22   If it's a hard copy, it would have to go back to
23   the doctor's office to be signed or rewritten.
24                   After I talk to the doctor, I go
```

 1  back through the prescription and make sure the
 2  prescription makes sense, that the dosing is
 3  appropriate for that drug.  And then I'll move
 4  on.
 5              My next screen -- after doing the
 6  check of just the prescription, my next screen
 7  would be my DUR screen, allergies.  Those would
 8  be listed there.
 9              We have -- so if there's -- on a
10  DUR screen, allergies can be one of them.  If
11  the patient has any other medications that are
12  similar to it in the same class that they've
13  recently gotten, I look through that.
14              In this old system, we wouldn't
15  have a DUR screen.  It was a little bit
16  different.  They kind of printed after the fact.
17  So in that case, I would check their profile.
18  And a lot of times, I still check the profile
19  depending on what the DURs are telling me.
20              A lot of times patients are -- the
21  oxycodone example, they might have got
22  5 milligrams last time, this one is for
23  10 milligrams.  So I'm going to put a counsel
24  note in to discuss that with the patient, that

1  there was a change in therapy.
2              At this point, I'd also check to
3  see if the patient's filled that before, why the
4  jump.  And you can see if they've filled it in
5  previous times, if they're filling it too early.
6              A lot of times even with a jump
7  from 5 to 10 milligrams, I would do a
8  calculation; "Okay.  So should they have enough
9  filled for getting this prescription at 10
10 milligrams, should they have enough of doubling
11 up on their 5s to get them to a certain date
12 before I fill this?"  These are some of the
13 things going through my head.
14             For an oxycodone prescription, an
15 OARRS tab will show up in my computer system,
16 and I have to click on that, or override it.
17 And I never override it.
18             I'd click on that and check the
19 OARRS report also on this screen, make sure they
20 haven't filled at any other pharmacies, any
21 other doctors.
22             Sometimes dentists, in particular,
23 will write for prescriptions that -- for tooth
24 pain and an immediate need, but they don't --

```
 1   they don't typically check OARRS like I would.
 2   So.
 3                 I will see that, you know, they
 4   got an oxycodone prescription just the other day
 5   from a pain management doctor and now they're
 6   getting this.  So that would flag me to check
 7   and call them -- call the doctor.
 8                 After the OARRS, as long as
 9   everything checks out okay, I can continue.  The
10   next screen sometimes is billing, but for the
11   most part, that's the last screen I would look
12   at.  It just shows the -- what it's been billed
13   to.  And then I would put it in my biometrics to
14   approve it as well, or reject it to the call
15   queue depending on what the script is or if
16   there's any issues.
17                 If there was any change in dose, I
18   would deactivate an old prescription and then
19   put a counsel note, so then I would make sure to
20   speak with the patient and make sure they're
21   aware of a dose change.
22                 Any questions I had, I would also
23   put in a counsel note.  If there was a question
24   about an allergy or something like that, I would
```

 1  do that at that screen as well.

 2              I think that covers most of the --

 3  just some of the process with data verification.

 4        Q.    Okay.  Let me ask you a couple

 5  follow-up questions about that while it's still

 6  fresh in your mind, and then we can take a

 7  break, if that's okay.

 8              That whole process that you just

 9  described, the data verification, about how long

10  does that take you?

11        A.    It depends on the prescription

12  obviously.  I mean, there's a lot of what-ifs, a

13  lot of things.  It depends on what I see.  So, I

14  mean, a controlled prescription typically takes

15  longer because I will check that OARRS.  There's

16  more information that needs to be on the

17  prescription than on a standard legend drug.

18              I mean, I would say for a normal

19  maintenance med prescription, I'd say a minute

20  or so, maybe more, depending if there's any

21  interactions, because I can check -- we have

22  tools, if there's an interaction that I can

23  check and make sure that the interaction is

24  something I can counsel them more on or if it's

 1   something I need to call the doctor on and
 2   change the drug completely.
 3              So I would say on average, about a
 4   minute.  I would say controlled medications,
 5   typically longer just because of the OARRS
 6   report and the more detail that is required
 7   there.  Probably double the time, I would say.
 8        Q.    Okay.  So as far as how long it
 9   takes for you to do the data verification
10   process, you said for a normal non-controlled
11   medication, approximately a minute.  But when
12   we're dealing with a controlled substance, such
13   as an opiate, approximately two minutes to do
14   the data verification process.
15              Is that fair?
16        A.    Yes, as long as there's no issues.
17   Yes.
18        Q.    Okay.  One of the things that I
19   heard you say in your answer that you would look
20   at during the data verification process would be
21   the dosing and the length of treatment, and I
22   think you said you would look at those types of
23   things to see whether or not they made sense.
24              Do you recall that generally?

Highly Confidential - Subject to Further Confidentiality Review

1  A. Yes.

2  Q. Okay. And you agree that those
3  are the types of things that fall within your
4  job responsibilities as far as performing due
5  diligence in carrying out your corresponding
6  obligation regarding whether or not a
7  prescription, particularly for a drug like an
8  opiate, should be filled?

9  MR. MAZGAJ: Objection to form.

10  A. I -- it is my corresponding
11  responsibility to do that for every
12  prescription, no matter what. So that is in my
13  process for every prescription. I need to know
14  that it makes sense the way that it is written.

15  Q. You mentioned a couple of times --
16  you used the term "counseling note." I'm making
17  an assumption that that means talk to the
18  patient when they come to pick up their
19  prescription; is that right?

20  A. Right.

21  Q. Okay. Are there any -- and you've
22  told me about a couple of instances where you do
23  things maybe a little over and above that maybe
24  aren't necessarily required by the company, but

```
 1             Q.    I think you referred to this
 2   section of the Controlled Substance Dispensing
 3   Guideline in your testimony, but we didn't walk
 4   through it, so let's go to page 4 of that
 5   document.  And if you could just read that
 6   paragraph for me real quick, and we'll talk
 7   about it, out loud.
 8             A.    Okay.  "Giant Eagle supports the
 9   professional judgment of each pharmacy team
10   member.  If after performing required due
11   diligence and in the exercise of his or her
12   professional judgment, a pharmacist determines
13   that a prescription should not be filled, Giant
14   Eagle will support the decision.  No team member
15   may try to coerce a Giant Eagle pharmacist to
16   fill a prescription that in his or her
17   professional judgment and after appropriate
18   investigation should not be filled.  Any
19   coercion will be considered an ethics violation
20   and will be reported and disciplined according
21   to the Giant Eagle code of ethics."
22             Q.    Okay.  And then just generally,
23   has this been your experience while working for
24   Giant Eagle?
```

1  A.  Yes, completely. I have the full
2  support of the company for my expertise as a
3  pharmacist. I think it shows in the fact that I
4  have worked for Giant Eagle my entire career,
5  that they have the same morals, ethics that I
6  do, and I wouldn't -- I couldn't morally,
7  ethically, legally work for a company that does
8  not share those values.
9  Q.  So as far as values, what do you
10 mean by that? What's kind of the core value
11 that drives your practice?
12 A.  Solely, I want to help people. I
13 do. I've always been that way. I have a family
14 of three girls, and I want to show my girls that
15 you're supposed to do the right thing and help
16 people. And fortunately I have a job that I can
17 do that in, and I can show them how important
18 that is for them as they grow.
19 Q.  And so helping -- and I'm going to
20 combine two things here. I think that you
21 testified correctly that you assess each
22 prescription of each patient individually; is
23 that accurate?
24 A.  I do. Yes.

```
 1          Q.   Okay.
 2          A.   I take many things into account.
 3          Q.   So when you're helping individual
 4   people, why is it important to treat each
 5   patient and each prescription individually?
 6          A.   I'm not a robot.  I am a
 7   professional with a degree, with a license.  And
 8   I think I owe it to every patient to give them
 9   and give their prescription my full attention
10   and my expertise so that they get the
11   prescription, the dose that they need, and come
12   back for that reason, is to keep them safe.
13          Q.   Yeah, and so I guess as a general
14   matter, you would never fill a prescription that
15   you didn't think was safe?
16          A.   Never.
17          Q.   Okay.  And another word that you
18   said in there was "license."  Is it my -- is it
19   correct that any individual prescribing a
20   prescription, especially an opioid, must have a
21   license to do so?
22          A.   Yes.  They would need a license to
23   do so.
24          Q.   Okay.  So you only distribute --
```

```
 1   or dispense opioid medications that are written
 2   by someone who is licensed to do so?
 3        A.   Correct.
 4        Q.   And that goes back to the DEA
 5   number being required, and you're checking to
 6   make sure that they are a licensed and active
 7   medical professional; is that correct?
 8        A.   Yes.
 9        Q.   Okay.  So back to Exhibit 9 again.
10   So we go through, and you talked about
11   performing due diligence.  You have the support
12   of Giant Eagle.
13             The next part is about, "No team
14   member may coerce a Giant Eagle pharmacist to
15   fill a prescription that in his or her
16   professional judgment and after appropriate
17   investigation should not be filled."
18             Has anyone ever coerced you into
19   filling a prescription that you didn't think was
20   appropriate?
21        A.   No.
22        Q.   Now, if a customer comes in and
23   complains about you not filling an opioid
24   prescription, does that change your evaluation
```

```
 1   of an individual prescription?
 2        A.   No.  No.  They --
 3        Q.   How do you treat -- we just went
 4   over for a while the customer surveys.  We --
 5   you touched on it a little bit, that you would
 6   address individualized negative -- or negative
 7   reports.
 8             Can you walk us through how that
 9   might look?
10        A.   If a negative or customer
11   complaint comes into the pharmacy, it would come
12   through as an e-mail with -- from a customer
13   care agent, someone -- like a 1-800 number that
14   they would call and put a complaint in.  They
15   document that complaint and then send it to the
16   pharmacy with the patient's info.
17             So then I can read through the
18   complaint, associate what's going on to that
19   complaint, and then deal with -- deal with that
20   complaint, calling the customer back, seeing if
21   we can make something right, re-teaching to
22   employees.
23        Q.   So I take it that you take
24   customer complaints very seriously; is that
```

```
 1   true?
 2        A.   I do.  Yes.
 3        Q.   But would a customer complaint
 4   ever change your professional judgment and cause
 5   you to change a decision on an opiate
 6   prescription?
 7        A.   No.
 8        Q.   Okay.
 9        A.   No.
10        Q.   We talked -- or you talked a bit
11   today about your bonus.  I want to talk about
12   that briefly.  And I guess the financials of
13   Giant Eagle in general.
14             Has anyone ever told you, Emily
15   Mooney, that the Painesville pharmacy needs to
16   make more money?
17        A.   Never.
18        Q.   Have you been told to -- well, let
19   me do it this way.  Have you been told that you
20   need to sell more scripts?
21        A.   Never.
22        Q.   How would you do that if -- even
23   if they told you you had to sell more
24   prescriptions, how do you do that?  Do you have
```