SJ-EXHIBIT 46

| Date | Time in | Time Out | Reason For Visit | Company | Name (Print) | Name (Sign) |
|---|---|---|---|---|---|---|
| 7/1/2020 | 9:44 AM | 10:45 | Inspection | DEA | Michele Cornell | Michele Cornell |
| 7/1/2020 | 9:44 AM | 10:45 | Inspection | DEA | Katie Houk | |
| 7/1/2020 | 9:44 AM | 10:45 | Inspection | DEA | Pat Spizarny | Pat Spizarny |
| 7/8/2020 | 1:05 PM | 1:20 PM | Tour | GE | Zack Saylor | Zack Saylor |
| 7/8/2020 | 1:05 PM | 1:20 PM | Tour | GE | Daniel Kpalko | Daniel Kpalko |
| 7/8/2020 | 1:05 pm | 1:20 PM | Tour | GE | Jessica Sayre | Jessica Sayre |
| 7-15-20 | 8:00 | 8:12 | Fire ext check | GE/Aven | Trevor Betlyn | Trevor Betlyn |
| 7/15/20 | 10:50 | 11:30 | Tour | GE | Kirk Ball | Kirk Ball |
| 7/15/20 | 10:50 | 11:30 | Tour | GE/7 | J Backhouse | |
| 7/15/20 | 10:50 | 11:15 | GE Tour | GE | Adrienne Baldu | Adrienne Baldu |
| 7/15/20 | 10:50 | 11:15 | GE Tour | GE | Joe Lazzer | |
| 5/18/21 | 1:00 | 2:24 | Tour | M-S | Matt Mazagj | Matt Mazagj |
| 5/18/21 | 1:00 | 2:25 | Visit | GE | Rick Shaheen | Richard Shaheen |
| 5/18/21 | 1:00 | 2:25 | Tour | M-S | Matt Greinel | Matt Greinel |