# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *Track Three Cases* | |

**[Proposed] Order Granting Defendants' Motion for Leave to File Under Seal Their Motion to Exclude the Opinions and Testimony of Craig McCann**

Defendants move for leave to file under seal unredacted versions of their Motion to Exclude the Opinions and Testimony of Craig McCann and an Exhibit to that Motion. Defendants' motion quotes from the transcript of the Court's December 4, 2019, status conference, which is under seal. The cited page from the December 2019 transcript is marked as Exhibit 1.

Defendants' motion to file unredacted versions of their Motion and Exhibit 1 under seal is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated: August __, 2021

_____
THE HONORABLE DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE