# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*Track Three Cases* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DECLARATION OF ALEX J. HARRIS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF CRAIG MCCANN

Pursuant to 28 U.S.C. § 1746, I, Alex J. Harris, hereby declare as follows:

1. I am an partner in the Denver, Colorado office of Bartlit Beck LLP and counsel for Walgreens Boot Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc. ("Walgreens") in the above-captioned cases.

2. I make this declaration in support of Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann and to place before the Court true and correct copies of the attached documents.

3. Attached as **Exhibit 1** is a true and correct copy of a sealed transcript of case management conference proceedings, dated December 4, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of Exhibit A, Red Flag Criteria, from Plaintiffs' June 2020 Response to Interrogatories.

5. Attached as **Exhibit 3** is a true and correct copy of Exhibit B, Dispensing Red Flag Analysis, from Plaintiffs' June 2020 Response to Interrogatories.

6. Attached as **Exhibit 4** is a true and correct copy of the Track 3 deposition transcript of Craig J. McCann, dated June 11, 2021.

7. Attached as **Exhibit 5** is a true and correct copy of the expert report of Carmen Catizone, dated April 16, 2021.

8. Attached as **Exhibit 6** is a true and correct copy of the expert report of Craig McCann, dated April 16, 2021.

9. Attached as **Exhibit 7** is a true and correct copy of the second supplemental expert report of Craig McCann, dated May 19, 2021.

10. Attached as **Exhibit 8** is a true and correct copy of the supplemental expert report of Carmen Catizone, dated May 19, 2021.

11. Attached as **Exhibit 9** is a true and correct copy of Appendix 14 to the second supplemental expert report of Craig McCann, dated May 19, 2021.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 23rd day of July, 2021.

*/s/ Alex J. Harris*
Alex J. Harris
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3197