# DD7 McCann Exh 1

# Filed Under Seal