# DD7 McCann Exh 3

# EXHIBIT B

# CT3 Summary of Dispensing Red Flag Analysis - Recurrent Flagging[1]

| Defendant | CVS | | Walgreens | | Walmart | | HBC | | Rite Aid | |
|---|---|---|---|---|---|---|---|---|---|---|
| Data Date Range | 1/1/2006 - 11/29/2019 | | 1/3/2006 - 1/3/2020 | | 1/2/2006 - 4/25/2018 | | 1/1/2006 - 12/3/2019 | | 1/1/2009 - 11/19/2019 | |
| Data Geographic Range | CT3 | | CT3 | | CT3 | | CT3 | | CT3 | |
| # of Rx Produced | 851,198 | | 1,007,556 | | 275,700 | | 1,399,920 | | 809,945 | |
| # of Opioid Rx Produced | 701,467 | | 806,193 | | 229,006 | | 774,690 | | 649,234 | |
| Red Flag Method | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % |
| Prescriptions Flagged for Any Reason | 639,793 | 75.16% | 755,002 | 74.93% | 195,943 | 71.07% | 714,420 | 51.03% | 608,979 | 75.19% |
| Red Flag 1 | 405,135 | 47.60% | 513,743 | 50.99% | 107,911 | 39.14% | 365,032 | 26.08% | 394,257 | 48.68% |
| Red Flag 2 | 88,862 | 12.67% | 86,941 | 10.78% | 22,137 | 9.67% | 77,494 | 10.00% | 72,175 | 11.12% |
| Red Flag 3 | 44,014 | 6.27% | 44,763 | 5.55% | 9,564 | 4.18% | 36,585 | 4.72% | 35,944 | 5.54% |
| Red Flag 4 | 112,096 | 15.98% | 145,398 | 18.04% | 23,232 | 10.14% | 107,291 | 13.85% | 101,933 | 15.70% |
| Red Flag 5 | 90,049 | 12.84% | 104,937 | 13.02% | 17,898 | 7.82% | 78,652 | 10.15% | 82,855 | 12.76% |
| Red Flag 6 | 106,192 | 15.14% | 202,409 | 25.11% | 0 | 0.00% | 48,463 | 6.26% | 172,968 | 26.64% |
| Red Flag 7 | 113,057 | 16.12% | 190,462 | 23.62% | 0 | 0.00% | 40,772 | 5.26% | 166,250 | 25.61% |
| Red Flag 8 | 482,070 | 68.72% | 669,107 | 83.00% | 0 | 0.00% | 563,337 | 72.72% | 515,376 | 79.38% |
| Red Flag 9 | 227,525 | 32.44% | 325,926 | 40.43% | 32,828 | 14.33% | 244,720 | 31.59% | 263,405 | 40.57% |
| Red Flag 10 | 236,375 | 33.70% | 317,177 | 39.34% | 54,715 | 23.89% | 407,968 | 52.66% | 240,807 | 37.09% |
| Red Flag 11 | 404 | 0.06% | 515 | 0.06% | 874 | 0.38% | 0 | 0.00% | 6,053 | 0.93% |
| Red Flag 12 | 20,494 | 2.92% | 46,969 | 5.83% | 952 | 0.42% | 3,423 | 0.44% | 55,499 | 8.55% |
| Red Flag 13 | 258,917 | 36.91% | 343,409 | 42.60% | 58,576 | 25.58% | 302,899 | 39.10% | 280,656 | 43.23% |
| Red Flag 14 | 467,622 | 66.66% | 589,145 | 73.08% | 135,493 | 59.17% | 518,281 | 66.90% | 504,440 | 77.70% |
| Red Flag 15 | 297,797 | 42.45% | 428,767 | 53.18% | 80,104 | 34.98% | 327,024 | 42.21% | 378,931 | 58.37% |
| Red Flag 16 | 154,930 | 22.09% | 204,109 | 25.32% | 60,430 | 26.39% | 85,886 | 11.09% | 120,194 | 18.51% |
| Red Flag 17 | 230,295 | 32.83% | 310,607 | 38.53% | 41,872 | 18.28% | 205,843 | 26.57% | 261,271 | 40.24% |
| Red Flag 18 | 103,319 | 14.73% | 140,591 | 17.44% | 27,964 | 12.21% | 112,121 | 14.47% | 131,457 | 20.25% |
| Red Flag 19 | 405,386 | 57.79% | 494,221 | 61.30% | 85,977 | 37.54% | 411,456 | 53.11% | 383,123 | 59.01% |
| Red Flag 20 | 307,120 | 43.78% | 363,405 | 45.08% | 69,637 | 30.41% | 225,129 | 29.06% | 285,099 | 43.91% |
| Red Flag 21 | 475 | 0.07% | 816 | 0.10% | 2,043 | 0.89% | 636 | 0.08% | 476 | 0.07% |
| Red Flag 22 | 558,458 | 65.61% | 663,107 | 65.81% | 165,557 | 60.05% | 605,759 | 43.27% | 526,948 | 65.06% |
| Red Flag 23 | 231,376 | 27.18% | 314,185 | 31.18% | 58,835 | 21.34% | 226,269 | 16.16% | 262,174 | 32.37% |
| Red Flag 24 | 161,775 | 23.06% | 250,207 | 31.04% | 30,740 | 13.42% | 140,691 | 18.16% | 222,362 | 34.25% |
| Red Flag 25 | 406,135 | 47.71% | 527,412 | 52.35% | 117,963 | 42.79% | 449,518 | 32.11% | 439,884 | 54.31% |
| Red Flag 26 | 405,403 | 47.63% | 538,700 | 53.47% | 103,878 | 37.68% | 441,958 | 31.57% | 448,620 | 55.39% |
| Red Flag 27 | 128,218 | 15.06% | 128,127 | 12.72% | 31,034 | 11.26% | 46,040 | 3.29% | 90,352 | 11.16% |

[1] For the Red Flags indicated in Exhibit A, Plaintiffs allege that once a patient or prescriber is identified with a flagged prescription, every opioid prescription that the patient fills or prescriber writes thereafter is subject to flagging to demonstrate that the prescription should not have been dispensed in the absence of due diligence. For example, if a patient fills prescriptions for the "Holy Trinity" and there is no adequate due-diligence, every subsequent opioid prescription is Red-Flagged. The calculations on this page reflect both the originally flagged prescription and any prescription subject to flagging as a result of the original prescription.

## CT3 Summary of Dispensing Red Flag Analysis

| Defendant | CVS | | Walgreens | | Walmart | | HBC | | Rite Aid | |
|---|---|---|---|---|---|---|---|---|---|---|
| Data Date Range | 1/1/2006 - 11/29/2019 | | 1/3/2006 - 1/3/2020 | | 1/2/2006 - 4/25/2018 | | 1/1/2006 - 12/3/2019 | | 1/1/2009 - 11/19/2019 | |
| Data Geographic Range | CT3 | | CT3 | | CT3 | | CT3 | | CT3 | |
| # of Rx Produced | 851,198 | | 1,007,556 | | 275,700 | | 1,399,920 | | 809,945 | |
| # of Opioid Rx Produced | 701,467 | | 806,193 | | 229,006 | | 774,690 | | 649,234 | |
| | | | | | | | | | | |
| Red Flag Method | Flagged | % | Flagged | % | Flagged | % | Flagged | % | Flagged | % |
| Prescriptions Flagged for Any Reason | 237,178 | 27.86% | 306,241 | 30.39% | 68,624 | 24.89% | 232,463 | 16.61% | 261,664 | 32.31% |
| Red Flag 1 | 34,244 | 4.02% | 28,808 | 2.86% | 9,949 | 3.61% | 19,447 | 1.39% | 35,246 | 4.35% |
| Red Flag 2 | 13,931 | 1.99% | 11,872 | 1.47% | 3,783 | 1.65% | 12,160 | 1.57% | 9,123 | 1.41% |
| Red Flag 3 | 5,986 | 0.85% | 6,069 | 0.75% | 1,424 | 0.62% | 5,100 | 0.66% | 4,488 | 0.69% |
| Red Flag 4 | 17,036 | 2.43% | 22,460 | 2.79% | 3,697 | 1.61% | 16,791 | 2.17% | 15,094 | 2.32% |
| Red Flag 5 | 14,169 | 2.02% | 15,273 | 1.89% | 2,754 | 1.20% | 11,453 | 1.48% | 11,285 | 1.74% |
| Red Flag 6 | 292 | 0.04% | 530 | 0.07% | 0 | 0.00% | 135 | 0.02% | 335 | 0.05% |
| Red Flag 7 | 407 | 0.06% | 698 | 0.09% | 0 | 0.00% | 131 | 0.02% | 643 | 0.10% |
| Red Flag 8 | 19,426 | 2.77% | 41,047 | 5.09% | 0 | 0.00% | 14,216 | 1.84% | 25,136 | 3.87% |
| Red Flag 9 | 8,297 | 1.18% | 18,333 | 2.27% | 1,121 | 0.49% | 6,505 | 0.84% | 12,095 | 1.86% |
| Red Flag 10 | 6,829 | 0.97% | 9,262 | 1.15% | 2,320 | 1.01% | 19,603 | 2.53% | 5,984 | 0.92% |
| Red Flag 11 | 3 | 0.00% | 2 | 0.00% | 8 | 0.00% | 0 | 0.00% | 3 | 0.00% |
| Red Flag 12 | 77 | 0.01% | 76 | 0.01% | 39 | 0.02% | 4 | 0.00% | 512 | 0.08% |
| Red Flag 13 | 1,931 | 0.28% | 1,731 | 0.21% | 443 | 0.19% | 2,663 | 0.34% | 2,400 | 0.37% |
| Red Flag 14 | 8,949 | 1.28% | 10,752 | 1.33% | 3,400 | 1.48% | 10,864 | 1.40% | 11,996 | 1.85% |
| Red Flag 15 | 7,431 | 1.06% | 10,094 | 1.25% | 2,647 | 1.16% | 7,080 | 0.91% | 16,474 | 2.54% |
| Red Flag 16 | 1,092 | 0.16% | 829 | 0.10% | 726 | 0.32% | 364 | 0.05% | 620 | 0.10% |
| Red Flag 17 | 2,326 | 0.33% | 7,328 | 0.91% | 777 | 0.34% | 2,550 | 0.33% | 9,439 | 1.45% |
| Red Flag 18 | 1,907 | 0.27% | 3,456 | 0.43% | 1,198 | 0.52% | 3,479 | 0.45% | 4,655 | 0.72% |
| Red Flag 19 | 27,227 | 3.88% | 37,798 | 4.69% | 5,666 | 2.47% | 21,158 | 2.73% | 35,345 | 5.44% |
| Red Flag 20 | 31,272 | 4.46% | 12,942 | 1.61% | 3,463 | 1.51% | 9,856 | 1.27% | 18,541 | 2.86% |
| Red Flag 21 | 319 | 0.05% | 550 | 0.07% | 1,059 | 0.46% | 474 | 0.06% | 231 | 0.04% |
| Red Flag 22 | 108,259 | 12.72% | 152,224 | 15.11% | 38,761 | 14.06% | 120,561 | 8.61% | 123,522 | 15.25% |
| Red Flag 23 | 5,680 | 0.67% | 8,577 | 0.85% | 2,454 | 0.89% | 6,177 | 0.44% | 6,492 | 0.80% |
| Red Flag 24 | 1,778 | 0.25% | 5,244 | 0.65% | 846 | 0.37% | 3,132 | 0.40% | 6,402 | 0.99% |
| Red Flag 25 | 34,295 | 4.03% | 58,771 | 5.83% | 12,754 | 4.63% | 37,016 | 2.64% | 52,451 | 6.48% |
| Red Flag 26 | 11,905 | 1.40% | 16,654 | 1.65% | 4,256 | 1.54% | 13,274 | 0.95% | 16,892 | 2.09% |
| Red Flag 27 | 625 | 0.07% | 237 | 0.02% | 605 | 0.22% | 238 | 0.02% | 262 | 0.03% |

# Lake County, OH Summary of Dispensing Red Flag Analysis - Recurrent Flagging[1]

| Defendant | CVS | | Walgreens | | Walmart | | HBC | | Rite Aid | |
|---|---|---|---|---|---|---|---|---|---|---|
| Data Date Range | 1/1/2006 - 11/29/2019 | | 1/3/2006 - 1/3/2020 | | 1/2/2006 - 4/25/2018 | | 1/1/2006 - 12/3/2019 | | 1/1/2009 - 11/19/2019 | |
| Data Geographic Range | Lake | | Lake | | Lake | | Lake | | Lake | |
| # of Rx Produced | 539,147 | | 514,287 | | 183,292 | | 596,575 | | 225,932 | |
| # of Opioid Rx Produced | 448,762 | | 418,820 | | 151,933 | | 325,813 | | 181,283 | |
| Red Flag Method | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % |
| Prescriptions Flagged for Any Reason | 408,537 | 75.77% | 387,622 | 75.37% | 132,608 | 72.35% | 293,000 | 49.11% | 167,266 | 74.03% |
| Red Flag 1 | 267,685 | 49.65% | 265,058 | 51.54% | 83,408 | 45.51% | 172,360 | 28.89% | 122,942 | 54.42% |
| Red Flag 2 | 55,717 | 12.42% | 45,221 | 10.80% | 16,531 | 10.88% | 31,592 | 9.70% | 22,391 | 12.35% |
| Red Flag 3 | 27,847 | 6.21% | 22,608 | 5.40% | 7,382 | 4.86% | 15,027 | 4.61% | 11,688 | 6.45% |
| Red Flag 4 | 75,840 | 16.90% | 76,226 | 18.20% | 17,977 | 11.83% | 45,572 | 13.99% | 34,079 | 18.80% |
| Red Flag 5 | 57,947 | 12.91% | 57,847 | 13.81% | 13,552 | 8.92% | 31,534 | 9.68% | 27,952 | 15.42% |
| Red Flag 6 | 88,396 | 19.70% | 120,414 | 28.75% | 0 | 0.00% | 28,952 | 8.89% | 43,404 | 23.94% |
| Red Flag 7 | 95,195 | 21.21% | 118,082 | 28.19% | 0 | 0.00% | 26,501 | 8.13% | 50,446 | 27.83% |
| Red Flag 8 | 329,312 | 73.38% | 346,379 | 82.70% | 0 | 0.00% | 226,331 | 69.47% | 133,975 | 73.90% |
| Red Flag 9 | 153,936 | 34.30% | 153,616 | 36.68% | 28,369 | 18.67% | 77,591 | 23.81% | 57,089 | 31.49% |
| Red Flag 10 | 155,041 | 34.55% | 145,978 | 34.85% | 44,165 | 29.07% | 142,853 | 43.85% | 51,728 | 28.53% |
| Red Flag 11 | 402 | 0.09% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 6,011 | 3.32% |
| Red Flag 12 | 20,400 | 4.55% | 24,595 | 5.87% | 76 | 0.05% | 5 | 0.00% | 28,876 | 15.93% |
| Red Flag 13 | 173,690 | 38.70% | 156,861 | 37.45% | 44,345 | 29.19% | 111,946 | 34.36% | 70,034 | 38.63% |
| Red Flag 14 | 300,137 | 66.88% | 289,411 | 69.10% | 96,490 | 63.51% | 201,245 | 61.77% | 138,290 | 76.28% |
| Red Flag 15 | 192,626 | 42.92% | 200,837 | 47.95% | 61,874 | 40.72% | 113,010 | 34.69% | 104,528 | 57.66% |
| Red Flag 16 | 130,211 | 29.02% | 109,220 | 26.08% | 51,185 | 33.69% | 49,061 | 15.06% | 47,306 | 26.10% |
| Red Flag 17 | 172,517 | 38.44% | 170,467 | 40.70% | 37,653 | 24.78% | 73,438 | 22.54% | 83,486 | 46.05% |
| Red Flag 18 | 83,916 | 18.70% | 92,709 | 22.14% | 24,090 | 15.86% | 43,800 | 13.44% | 55,684 | 30.72% |
| Red Flag 19 | 271,412 | 60.48% | 256,064 | 61.14% | 69,948 | 46.04% | 161,823 | 49.67% | 114,401 | 63.11% |
| Red Flag 20 | 216,783 | 48.31% | 206,545 | 49.32% | 56,777 | 37.37% | 122,725 | 37.67% | 97,550 | 53.81% |
| Red Flag 21 | 371 | 0.08% | 648 | 0.15% | 1,900 | 1.25% | 333 | 0.10% | 200 | 0.11% |
| Red Flag 22 | 357,423 | 66.29% | 335,350 | 65.21% | 112,416 | 61.33% | 245,904 | 41.22% | 147,837 | 65.43% |
| Red Flag 23 | 144,733 | 26.84% | 142,654 | 27.74% | 42,830 | 23.37% | 80,885 | 13.56% | 64,847 | 28.70% |
| Red Flag 24 | 119,138 | 26.55% | 137,811 | 32.90% | 25,141 | 16.55% | 44,734 | 13.73% | 65,978 | 36.40% |
| Red Flag 25 | 256,830 | 47.64% | 252,160 | 49.03% | 83,261 | 45.43% | 162,416 | 27.22% | 119,278 | 52.79% |
| Red Flag 26 | 267,402 | 49.60% | 269,141 | 52.33% | 78,030 | 42.57% | 169,344 | 28.39% | 120,565 | 53.36% |
| Red Flag 27 | 93,802 | 17.40% | 85,811 | 16.69% | 23,043 | 12.57% | 28,676 | 4.81% | 27,311 | 12.09% |

[1] For the Red Flags indicated in Exhibit A, Plaintiffs allege that once a patient or prescriber is identified with a flagged prescription, every opioid prescription that the patient fills or prescriber writes thereafter is subject to flagging to demonstrate that the prescription should not have been dispensed in the absence of due diligence. For example, if a patient fills prescriptions for the "Holy Trinity" and there is no adequate due-diligence, every subsequent opioid prescription is Red-Flagged. The calculations on this page reflect both the originally flagged prescription and any prescription subject to flagging as a result of the original prescription.

# Lake County, OH Summary of Dispensing Red Flag Analysis

| Defendant | CVS | | Walgreens | | Walmart | | HBC | | Rite Aid | |
|---|---|---|---|---|---|---|---|---|---|---|
| Data Date Range | 1/1/2006 - 11/29/2019 | | 1/3/2006 - 1/3/2020 | | 1/2/2006 - 4/25/2018 | | 1/1/2006 - 12/3/2019 | | 1/1/2009 - 11/19/2019 | |
| Data Geographic Range | Lake | | Lake | | Lake | | Lake | | Lake | |
| # of Rx Produced | 539,147 | | 514,287 | | 183,292 | | 596,575 | | 225,932 | |
| # of Opioid Rx Produced | 448,762 | | 418,820 | | 151,933 | | 325,813 | | 181,283 | |
| | | | | | | | | | | |
| Red Flag Method | Flagged | % | Flagged | % | Flagged | % | Flagged | % | Flagged | % |
| Prescriptions Flagged for Any Reason | 145,944 | 27.07% | 139,752 | 27.17% | 47,056 | 25.67% | 86,148 | 14.44% | 71,114 | 31.48% |
| Red Flag 1 | 21,147 | 3.92% | 15,419 | 3.00% | 7,210 | 3.93% | 8,962 | 1.50% | 14,116 | 6.25% |
| Red Flag 2 | 8,823 | 1.97% | 6,373 | 1.52% | 2,716 | 1.79% | 5,283 | 1.62% | 3,101 | 1.71% |
| Red Flag 3 | 3,863 | 0.86% | 3,220 | 0.77% | 1,028 | 0.68% | 2,202 | 0.68% | 1,701 | 0.94% |
| Red Flag 4 | 11,718 | 2.61% | 12,650 | 3.02% | 2,680 | 1.76% | 7,426 | 2.28% | 5,567 | 3.07% |
| Red Flag 5 | 9,172 | 2.04% | 8,910 | 2.13% | 1,976 | 1.30% | 4,870 | 1.49% | 4,134 | 2.28% |
| Red Flag 6 | 237 | 0.05% | 335 | 0.08% | 0 | 0.00% | 88 | 0.03% | 155 | 0.09% |
| Red Flag 7 | 336 | 0.07% | 458 | 0.11% | 0 | 0.00% | 81 | 0.02% | 307 | 0.17% |
| Red Flag 8 | 16,132 | 3.59% | 25,111 | 6.00% | 0 | 0.00% | 6,942 | 2.13% | 5,577 | 3.08% |
| Red Flag 9 | 7,060 | 1.57% | 6,211 | 1.48% | 870 | 0.57% | 1,753 | 0.54% | 882 | 0.49% |
| Red Flag 10 | 5,569 | 1.24% | 3,081 | 0.74% | 2,016 | 1.33% | 5,408 | 1.66% | 527 | 0.29% |
| Red Flag 11 | 3 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 3 | 0.00% |
| Red Flag 12 | 75 | 0.02% | 24 | 0.01% | 1 | 0.00% | 0 | 0.00% | 394 | 0.22% |
| Red Flag 13 | 1,241 | 0.28% | 517 | 0.12% | 347 | 0.23% | 998 | 0.31% | 776 | 0.43% |
| Red Flag 14 | 5,965 | 1.33% | 4,942 | 1.18% | 2,539 | 1.67% | 4,527 | 1.39% | 4,608 | 2.54% |
| Red Flag 15 | 4,325 | 0.96% | 3,817 | 0.91% | 2,061 | 1.36% | 2,427 | 0.74% | 5,509 | 3.04% |
| Red Flag 16 | 966 | 0.22% | 476 | 0.11% | 663 | 0.44% | 218 | 0.07% | 338 | 0.19% |
| Red Flag 17 | 1,747 | 0.39% | 2,600 | 0.62% | 718 | 0.47% | 625 | 0.19% | 1,834 | 1.01% |
| Red Flag 18 | 1,327 | 0.30% | 2,101 | 0.50% | 1,001 | 0.66% | 1,973 | 0.61% | 2,103 | 1.16% |
| Red Flag 19 | 18,312 | 4.08% | 18,946 | 4.52% | 4,697 | 3.09% | 7,037 | 2.16% | 8,565 | 4.72% |
| Red Flag 20 | 21,859 | 4.87% | 8,310 | 1.98% | 2,757 | 1.81% | 5,000 | 1.53% | 8,501 | 4.69% |
| Red Flag 21 | 250 | 0.06% | 456 | 0.11% | 959 | 0.63% | 287 | 0.09% | 68 | 0.04% |
| Red Flag 22 | 57,499 | 10.66% | 58,607 | 11.40% | 24,007 | 13.10% | 40,555 | 6.80% | 27,402 | 12.13% |
| Red Flag 23 | 2,833 | 0.53% | 3,120 | 0.61% | 1,646 | 0.90% | 1,704 | 0.29% | 1,444 | 0.64% |
| Red Flag 24 | 986 | 0.22% | 1,826 | 0.44% | 669 | 0.44% | 1,022 | 0.31% | 2,550 | 1.41% |
| Red Flag 25 | 15,986 | 2.97% | 18,990 | 3.69% | 8,347 | 4.55% | 9,347 | 1.57% | 11,838 | 5.24% |
| Red Flag 26 | 7,870 | 1.46% | 8,487 | 1.65% | 3,550 | 1.94% | 4,442 | 0.74% | 4,560 | 2.02% |
| Red Flag 27 | 322 | 0.06% | 121 | 0.02% | 447 | 0.24% | 150 | 0.03% | 88 | 0.04% |

# Trumbull County, OH Summary of Dispensing Red Flag Analysis - Recurrent Flagging[1]

| Defendant | CVS | | Walgreens | | Walmart | | HBC | | Rite Aid | |
|---|---|---|---|---|---|---|---|---|---|---|
| Data Date Range | 1/1/2006 - 11/29/2019 | | 1/3/2006 - 1/3/2020 | | 1/2/2006 - 4/25/2018 | | 1/1/2006 - 12/3/2019 | | 1/1/2009 - 11/19/2019 | |
| Data Geographic Range | Trumbull | | Trumbull | | Trumbull | | Trumbull | | Trumbull | |
| # of Rx Produced | 312,051 | | 493,269 | | 92,408 | | 803,345 | | 584,013 | |
| # of Opioid Rx Produced | 252,705 | | 387,373 | | 77,073 | | 448,877 | | 467,951 | |
| Red Flag Method | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % | Recurrent Flagged | % |
| Prescriptions Flagged for Any Reason | 231,256 | 74.11% | 367,380 | 74.48% | 63,335 | 68.54% | 421,420 | 52.46% | 441,713 | 75.63% |
| Red Flag 1 | 137,450 | 44.05% | 248,685 | 50.42% | 24,503 | 26.52% | 192,672 | 23.98% | 271,315 | 46.46% |
| Red Flag 2 | 33,145 | 13.12% | 41,720 | 10.77% | 5,606 | 7.27% | 45,902 | 10.23% | 49,784 | 10.64% |
| Red Flag 3 | 16,167 | 6.40% | 22,155 | 5.72% | 2,182 | 2.83% | 21,558 | 4.80% | 24,256 | 5.18% |
| Red Flag 4 | 36,256 | 14.35% | 69,172 | 17.86% | 5,255 | 6.82% | 61,719 | 13.75% | 67,854 | 14.50% |
| Red Flag 5 | 32,102 | 12.70% | 47,090 | 12.16% | 4,346 | 5.64% | 47,118 | 10.50% | 54,903 | 11.73% |
| Red Flag 6 | 17,796 | 7.04% | 81,995 | 21.17% | 0 | 0.00% | 19,511 | 4.35% | 129,564 | 27.69% |
| Red Flag 7 | 17,862 | 7.07% | 72,380 | 18.68% | 0 | 0.00% | 14,271 | 3.18% | 115,804 | 24.75% |
| Red Flag 8 | 152,758 | 60.45% | 322,728 | 83.31% | 0 | 0.00% | 337,006 | 75.08% | 381,401 | 81.50% |
| Red Flag 9 | 73,589 | 29.12% | 172,310 | 44.48% | 4,459 | 5.79% | 167,129 | 37.23% | 206,316 | 44.09% |
| Red Flag 10 | 81,334 | 32.19% | 171,199 | 44.19% | 10,550 | 13.69% | 265,115 | 59.06% | 189,079 | 40.41% |
| Red Flag 11 | 2 | 0.00% | 515 | 0.13% | 874 | 1.13% | 0 | 0.00% | 42 | 0.01% |
| Red Flag 12 | 94 | 0.04% | 22,374 | 5.78% | 876 | 1.14% | 3,418 | 0.76% | 26,623 | 5.69% |
| Red Flag 13 | 85,227 | 33.73% | 186,548 | 48.16% | 14,231 | 18.46% | 190,953 | 42.54% | 210,622 | 45.01% |
| Red Flag 14 | 167,485 | 66.28% | 299,734 | 77.38% | 39,003 | 50.61% | 317,036 | 70.63% | 366,150 | 78.25% |
| Red Flag 15 | 105,171 | 41.62% | 227,930 | 58.84% | 18,230 | 23.65% | 214,014 | 47.68% | 274,403 | 58.64% |
| Red Flag 16 | 24,719 | 9.78% | 94,889 | 24.50% | 9,245 | 12.00% | 36,825 | 8.20% | 72,888 | 15.58% |
| Red Flag 17 | 57,778 | 22.86% | 140,140 | 36.18% | 4,219 | 5.47% | 132,405 | 29.50% | 177,785 | 37.99% |
| Red Flag 18 | 19,403 | 7.68% | 47,882 | 12.36% | 3,874 | 5.03% | 68,321 | 15.22% | 75,773 | 16.19% |
| Red Flag 19 | 133,974 | 53.02% | 238,157 | 61.48% | 16,029 | 20.80% | 249,633 | 55.61% | 268,722 | 57.43% |
| Red Flag 20 | 90,337 | 35.75% | 156,860 | 40.49% | 12,860 | 16.69% | 102,404 | 22.81% | 187,549 | 40.08% |
| Red Flag 21 | 104 | 0.04% | 168 | 0.04% | 143 | 0.19% | 303 | 0.07% | 276 | 0.06% |
| Red Flag 22 | 201,035 | 64.42% | 327,757 | 66.45% | 53,141 | 57.51% | 359,855 | 44.79% | 379,111 | 64.91% |
| Red Flag 23 | 86,643 | 27.77% | 171,531 | 34.77% | 16,005 | 17.32% | 145,384 | 18.10% | 197,327 | 33.79% |
| Red Flag 24 | 42,637 | 16.87% | 112,396 | 29.01% | 5,599 | 7.26% | 95,957 | 21.38% | 156,384 | 33.42% |
| Red Flag 25 | 149,305 | 47.85% | 275,252 | 55.80% | 34,702 | 37.55% | 287,102 | 35.74% | 320,606 | 54.90% |
| Red Flag 26 | 138,001 | 44.22% | 269,559 | 54.65% | 25,848 | 27.97% | 272,614 | 33.93% | 328,055 | 56.17% |
| Red Flag 27 | 34,416 | 11.03% | 42,316 | 8.58% | 7,991 | 8.65% | 17,364 | 2.16% | 63,041 | 10.79% |

[1] For the Red Flags indicated in Exhibit A, Plaintiffs allege that once a patient or prescriber is identified with a flagged prescription, every opioid prescription that the patient fills or prescriber writes thereafter is subject to flagging to demonstrate that the prescription should not have been dispensed in the absence of due diligence. For example, if a patient fills prescriptions for the "Holy Trinity" and there is no adequate due-diligence, every subsequent opioid prescription is Red-Flagged. The calculations on this page reflect both the originally flagged prescription and any prescription subject to flagging as a result of the original prescription.

# Trumbull County, OH Summary of Dispensing Red Flag Analysis

| Defendant | CVS | | Walgreens | | Walmart | | HBC | | Rite Aid | |
|---|---|---|---|---|---|---|---|---|---|---|
| Data Date Range | 1/1/2006 - 11/29/2019 | | 1/3/2006 - 1/3/2020 | | 1/2/2006 - 4/25/2018 | | 1/1/2006 - 12/3/2019 | | 1/1/2009 - 11/19/2019 | |
| Data Geographic Range | Trumbull | | Trumbull | | Trumbull | | Trumbull | | Trumbull | |
| # of Rx Produced | 312,051 | | 493,269 | | 92,408 | | 803,345 | | 584,013 | |
| # of Opioid Rx Produced | 252,705 | | 387,373 | | 77,073 | | 448,877 | | 467,951 | |
| | | | | | | | | | | |
| Red Flag Method | Flagged | % | Flagged | % | Flagged | % | Flagged | % | Flagged | % |
| Prescriptions Flagged for Any Reason | 91,234 | 29.24% | 166,489 | 33.75% | 21,568 | 23.34% | 146,315 | 18.21% | 190,550 | 32.63% |
| Red Flag 1 | 13,097 | 4.20% | 13,389 | 2.71% | 2,739 | 2.96% | 10,485 | 1.31% | 21,130 | 3.62% |
| Red Flag 2 | 5,108 | 2.02% | 5,499 | 1.42% | 1,067 | 1.38% | 6,877 | 1.53% | 6,022 | 1.29% |
| Red Flag 3 | 2,123 | 0.84% | 2,849 | 0.74% | 396 | 0.51% | 2,898 | 0.65% | 2,787 | 0.60% |
| Red Flag 4 | 5,318 | 2.10% | 9,810 | 2.53% | 1,017 | 1.32% | 9,365 | 2.09% | 9,527 | 2.04% |
| Red Flag 5 | 4,997 | 1.98% | 6,363 | 1.64% | 778 | 1.01% | 6,583 | 1.47% | 7,151 | 1.53% |
| Red Flag 6 | 55 | 0.02% | 195 | 0.05% | 0 | 0.00% | 47 | 0.01% | 180 | 0.04% |
| Red Flag 7 | 71 | 0.03% | 240 | 0.06% | 0 | 0.00% | 50 | 0.01% | 336 | 0.07% |
| Red Flag 8 | 3,294 | 1.30% | 15,936 | 4.11% | 0 | 0.00% | 7,274 | 1.62% | 19,559 | 4.18% |
| Red Flag 9 | 1,237 | 0.49% | 12,122 | 3.13% | 251 | 0.33% | 4,752 | 1.06% | 11,213 | 2.40% |
| Red Flag 10 | 1,260 | 0.50% | 6,181 | 1.60% | 304 | 0.39% | 14,195 | 3.16% | 5,457 | 1.17% |
| Red Flag 11 | 0 | 0.00% | 2 | 0.00% | 8 | 0.01% | 0 | 0.00% | 0 | 0.00% |
| Red Flag 12 | 2 | 0.00% | 52 | 0.01% | 38 | 0.05% | 4 | 0.00% | 118 | 0.03% |
| Red Flag 13 | 690 | 0.27% | 1,214 | 0.31% | 96 | 0.12% | 1,665 | 0.37% | 1,624 | 0.35% |
| Red Flag 14 | 2,984 | 1.18% | 5,810 | 1.50% | 861 | 1.12% | 6,337 | 1.41% | 7,388 | 1.58% |
| Red Flag 15 | 3,106 | 1.23% | 6,277 | 1.62% | 586 | 0.76% | 4,653 | 1.04% | 10,965 | 2.34% |
| Red Flag 16 | 126 | 0.05% | 353 | 0.09% | 63 | 0.08% | 146 | 0.03% | 282 | 0.06% |
| Red Flag 17 | 579 | 0.23% | 4,728 | 1.22% | 59 | 0.08% | 1,925 | 0.43% | 7,605 | 1.63% |
| Red Flag 18 | 580 | 0.23% | 1,355 | 0.35% | 197 | 0.26% | 1,506 | 0.34% | 2,552 | 0.55% |
| Red Flag 19 | 8,915 | 3.53% | 18,852 | 4.87% | 969 | 1.26% | 14,121 | 3.15% | 26,780 | 5.72% |
| Red Flag 20 | 9,413 | 3.72% | 4,632 | 1.20% | 706 | 0.92% | 4,856 | 1.08% | 10,040 | 2.15% |
| Red Flag 21 | 69 | 0.03% | 94 | 0.02% | 100 | 0.13% | 187 | 0.04% | 163 | 0.03% |
| Red Flag 22 | 50,760 | 16.27% | 93,617 | 18.98% | 14,754 | 15.97% | 80,006 | 9.96% | 96,120 | 16.46% |
| Red Flag 23 | 2,847 | 0.91% | 5,457 | 1.11% | 808 | 0.87% | 4,473 | 0.56% | 5,048 | 0.86% |
| Red Flag 24 | 792 | 0.31% | 3,418 | 0.88% | 177 | 0.23% | 2,110 | 0.47% | 3,852 | 0.82% |
| Red Flag 25 | 18,309 | 5.87% | 39,781 | 8.06% | 4,407 | 4.77% | 27,669 | 3.44% | 40,613 | 6.95% |
| Red Flag 26 | 4,035 | 1.29% | 8,167 | 1.66% | 706 | 0.76% | 8,832 | 1.10% | 12,332 | 2.11% |
| Red Flag 27 | 303 | 0.10% | 116 | 0.02% | 158 | 0.17% | 88 | 0.01% | 174 | 0.03% |