# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to**:<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF CRAIG MCCANN

Upon consideration of Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann and any opposition thereto, it is hereby:

**ORDERED** that Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann is **GRANTED**.

All proposed testimony of Craig McCann is **EXCLUDED IN ITS ENTIRETY**.

_____
Hon. Dan A. Polster
United States District Judge