# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

**This document relates to:**

    *County of Lake, Ohio v. Purdue Pharma L.P., et al.*,
Case No. 18-op-45032 (N.D. Ohio)

    *County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*,
Case No. 18-op-45079 (N.D. Ohio)

"Track 3 Cases"

**MDL No. 2804**

**Case No. 17-md-2804**

**Judge Dan Aaron Polster**

## PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY BASED ON TRACK ONE ARGUMENTS

Defendants move to exclude the testimony of Plaintiffs' experts Caleb Alexander, David Cutler, Lacey Keller, Katherine Keyes, Anna Lembke, Craig McCann, James Rafalski, and Nancy Young for reasons the Court rejected in Track One.  Defs.' Motion, ECF No. 3797; *see* Opinion and Order (Aug. 20, 2019) (denying motion to exclude Keller testimony), ECF No. 2492; Opinion and Order (Aug. 20, 2019) (denying in part motions to exclude Rafalski and McCann testimony), ECF No. 2494; Order (Aug. 26, 2019) (denying motion to exclude "gateway" testimony), ECF No. 2518; Order (Aug. 26, 2019) (denying motion to exclude abatement testimony), ECF No. 2519; Order (Aug. 26, 2019) (denying motion to exclude Cutler testimony), ECF No. 2542; Opinion and Order (Aug. 28, 2019) (denying in part motion to exclude marketing causation testimony), ECF No. 2549.  The Court was right to reject Defendants' arguments in Track One and should adhere to those rulings in Track Three.  *See* Track Three Case Management Order 1 n.2 (June 5, 2020) ("the Court intends to adhere to all rulings made in Track 1"), ECF No. 3325.

Plaintiffs' experts' testimony is admissible under Federal Rule of Evidence 702.  For the reasons set forth in Track One plaintiffs' briefs in opposition to Track One defendants' motions to exclude, Plaintiffs' experts are qualified, their opinions are the product of reliable methods reliably applied, and their specialized knowledge will help the trier of fact.  Plaintiffs here incorporate by reference the arguments contained in the following Track One opposition briefs: Pls.' *Daubert* Roadmap Brief, ECF No. 2164; Pls.' Marketing Causation Opposition, ECF No. 2166; Pls.' Abatement Opposition, ECF No. 2175; Pls.' "Gateway" Opposition, ECF No. 2197; Pls.' Keller Opposition, ECF No. 2207; Pls.' Cutler Opposition, ECF No. 2209; Pls.' Consolidated McCann & Rafalski Opposition, ECF No. 2260.

For the reasons given above, Defendants' motion should be denied in full.

1

Dated:  August 18, 2021                    Respectfully submitted,

                                           Jayne Conroy
                                           SIMMONS HANLY CONROY
                                           112 Madison Avenue, 7th Floor
                                           New York, NY 10016
                                           (212) 784-6400
                                           (212) 213-5949 (fax)
                                           jconroy@simmonsfirm.com

                                           Joseph F. Rice
                                           MOTLEY RICE LLC
                                           28 Bridgeside Blvd.
                                           Mt. Pleasant, SC 29464
                                           (843) 216-9000
                                           (843) 216-9290 (fax)
                                           jrice@motleyrice.com

                                           Paul T. Farrell, Jr., Esq.
                                           FARRELL & FULLER LLC
                                           1311 Ponce de Léon Ave., Suite 202
                                           San Juan, PR 00907
                                           (304) 654-8281
                                           paul@farrellfuller.com

                                           *Plaintiffs' Co-Lead Counsel*


                                           */s/Peter H. Weinberger*
                                           Peter H. Weinberger (0022076)
                                           SPANGENBERG SHIBLEY &LIBER
                                           1001 Lakeside Avenue East, Suite 1700
                                           Cleveland, OH 44114
                                           (216) 696-3232
                                           (216) 696-3924 (fax)
                                           pweinberger@spanglaw.com

                                           *Plaintiffs' Liaison Counsel*

2

W. Mark Lanier
THE LANIER LAW FIRM
10940 Sam Houston Pkwy N., Suite 100
Houston, TX 77064
(713) 659-5200
(713) 659-2204 (fax)
Mark.Lanier@LanierLawFirm.com

*Plaintiffs' Trial Counsel*

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113
(216) 861-0804
(216) 861-5322 (fax)
FGallucci@pglawyer.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(787) 493-5088, Ext. 2007
hunter@napolilaw.com

Salvatore C. Badala
NAPOLI SHKOLNIK PLLC
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 Fax
Sbadala@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger

3