# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| *The Track Three Cases* | |

**Defendants' Motion for Leave to File Under Seal Their
Motion to Exclude the Opinions and Testimony of Craig McCann**

Defendants respectfully move this Court for leave to file under seal unredacted versions of their Motion to Exclude the Opinions and Testimony of Craig McCann and an Exhibit to that Motion. Defendants' motion quotes from the transcript of the Court's December 4, 2019, status conference, which is under seal. The cited page from the December 2019 transcript is marked as Exhibit 1.

Accordingly, Defendants request that the Court grant permission for Defendants to file unredacted versions of their Motion and Exhibit 1 under seal.

| | |
|---|---|
| Dated: August 18, 2021 | Respectfully submitted, |
| | /s/ *Kaspar J. Stoffelmayr* |
| | Kaspar J. Stoffelmayr |
| | Brian C. Swanson |
| | Katherine M. Swift |
| | Sharon Desh |
| | Sten A. Jernudd |
| | BARTLIT BECK LLP |
| | 54 West Hubbard Street |
| | Chicago, IL 60654 |
| | Phone: (312) 494-4400 |
| | Fax: (312) 494-4440 |
| | E-mail: kaspar.stoffelmayr@bartlitbeck.com |
| | E-mail: kate.swift@bartlitbeck.com |
| | Email: sharon.desh@bartlitbeck.com |

Motion granted. /s/Dan Aaron Polster 8/18/21