# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  _____  **This document applies to:**  **CITY OF BIRMINGHAM, ALAMBA v. AMERISOURCEBERGEN DRUG CORPORATION, et al.,**  **Member Case No.: 2:17-cv-01360-JEO** | )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  MDL No. 2804  Case No. 1:17-md-2804  Judge Dan. Aaron Polster |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

**PLEASE TAKE NOTICE** that Diandra Debrosse Zimmermann hereby enters an appearance in the above-captioned member case as counsel of record for Plaintiffs, City of Birmingham, Alabama.

Dated: August 18, 2021

Respectfully submitted,

By: /s/ *Diandra Debrosse Zimmerman*
Diandra Debrosse Zimmermann
**DiCELLO LEVITT GUTZLER LLC**
420 20th Street North, Suite 2525
Birmingham, AL 35203-5209
Tel: (205) 855-5700
fu@dicellolevitt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2021, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing, system. Parties may access this filing through the Court's system.

/s/ *Diandra Debrosse Zimmerman*
Diandra Debrosse Zimmermann