# **EXHIBIT 4**

```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT CHARLESTON

_____x
                              :
THE CITY OF HUNTINGTON,       :   Civil Action
                              :
             Plaintiff,       :   No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
             Defendants.      :
_____x
                              :
CABELL COUNTY COMMISSION,     :   Civil Action
                              :
             Plaintiff,       :   No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
             Defendants.      :
_____x
```

                    BENCH TRIAL - VOLUME 21
      BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
                  UNITED STATES DISTRICT COURT
                   IN CHARLESTON, WEST VIRGINIA


                          JUNE 7, 2021


*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1  with the plaintiffs when we got their exhibits that they
2  were well outside of what the representation was made to the
3  Court this was only a fact witness constrained by his MDL
4  testimony.
5  　　　We've been told -- haven't talked directly to Ms.
6  Singer, but by her colleagues, that they'll stick within
7  that.  So, I'm hoping we won't need to object to many of the
8  materials that they identified last night which would be
9  objectionable, but we'll deal with that as it arises, Your
10 Honor.
11 　　　　　　THE COURT:  All right.  I will deal with those as
12 they come up and I have ruled that Mr. Rannazzisi is a fact
13 witness, but not an expert, and we'll have to -- just want
14 the facts, Ms. Singer.
15 　　　　　　MS. SINGER:  That's my job, Your Honor, and I'm
16 sure that's what Mr. Rannazzisi is prepared to do.
17 　　　I will note that the other aspect of Your Honor's
18 ruling is that on defendants' motion and with plaintiffs'
19 agreement, we are not offering Mr. Rannazzisi for anything
20 beyond the scope of his prior deposition in the MDL.  To the
21 extent that there are issues, I know that we will deal with
22 them.
23 　　　And I assure Your Honor that that was a two-day very
24 vigorous and expansive deposition which covered many of the
25 issues the Court has heard about over the last several