| Bates Beg | Bates End |
|---|---|
| CVS-MDLT3-000001329 | CVS-MDLT3-000001329 |
| CVS-MDLT3-000002260 | CVS-MDLT3-000002260 |
| CVS-MDLT3-000002542 | CVS-MDLT3-000002542 |
| CVS-MDLT3-000003292 | CVS-MDLT3-000003292 |
| CVS-MDLT3-000003293 | CVS-MDLT3-000003293 |
| CVS-MDLT3-000003294 | CVS-MDLT3-000003294 |
| CVS-MDLT3-000003295 | CVS-MDLT3-000003295 |
| CVS-MDLT3-000003296 | CVS-MDLT3-000003296 |
| CVS-MDLT3-000003765 | CVS-MDLT3-000003765 |
| CVS-MDLT3-000003880 | CVS-MDLT3-000003880 |
| CVS-MDLT3-000005640 | CVS-MDLT3-000005640 |
| CVS-MDLT3-000006889 | CVS-MDLT3-000006889 |
| CVS-MDLT3-000006981 | CVS-MDLT3-000006981 |
| CVS-MDLT3-000006983 | CVS-MDLT3-000006983 |
| CVS-MDLT3-000007329 | CVS-MDLT3-000007329 |
| CVS-MDLT3-000007330 | CVS-MDLT3-000007330 |
| CVS-MDLT3-000008399 | CVS-MDLT3-000008399 |
| CVS-MDLT3-000008401 | CVS-MDLT3-000008401 |
| CVS-MDLT3-000008406 | CVS-MDLT3-000008406 |
| CVS-MDLT3-000008408 | CVS-MDLT3-000008408 |
| CVS-MDLT3-000008411 | CVS-MDLT3-000008411 |
| CVS-MDLT3-000012425 | CVS-MDLT3-000012425 |
| CVS-MDLT3-000015292 | CVS-MDLT3-000015292 |
| CVS-MDLT3-000025962 | CVS-MDLT3-000025962 |
| CVS-MDLT3-000026485 | CVS-MDLT3-000026485 |
| CVS-MDLT3-000026676 | CVS-MDLT3-000026676 |
| CVS-MDLT3-000026679 | CVS-MDLT3-000026679 |
| CVS-MDLT3-000026829 | CVS-MDLT3-000026829 |
| CVS-MDLT3-000026831 | CVS-MDLT3-000026831 |
| CVS-MDLT3-000026833 | CVS-MDLT3-000026833 |
| CVS-MDLT3-000026835 | CVS-MDLT3-000026835 |
| CVS-MDLT3-000026881 | CVS-MDLT3-000026881 |
| CVS-MDLT3-000027046 | CVS-MDLT3-000027046 |
| CVS-MDLT3-000027638 | CVS-MDLT3-000027638 |
| CVS-MDLT3-000028795 | CVS-MDLT3-000028795 |
| CVS-MDLT3-000028796 | CVS-MDLT3-000028796 |
| CVS-MDLT3-000029030 | CVS-MDLT3-000029030 |
| CVS-MDLT3-000029350 | CVS-MDLT3-000029350 |
| CVS-MDLT3-000029353 | CVS-MDLT3-000029353 |
| CVS-MDLT3-000029356 | CVS-MDLT3-000029356 |
| CVS-MDLT3-000029359 | CVS-MDLT3-000029359 |
| CVS-MDLT3-000029362 | CVS-MDLT3-000029362 |
| CVS-MDLT3-000029365 | CVS-MDLT3-000029365 |
| CVS-MDLT3-000029368 | CVS-MDLT3-000029368 |
| CVS-MDLT3-000030124 | CVS-MDLT3-000030124 |
| CVS-MDLT3-000031112 | CVS-MDLT3-000031112 |

| | |
|---|---|
| CVS-MDLT3-000031114 | CVS-MDLT3-000031114 |
| CVS-MDLT3-000033425 | CVS-MDLT3-000033425 |
| CVS-MDLT3-000033431 | CVS-MDLT3-000033431 |
| CVS-MDLT3-000033433 | CVS-MDLT3-000033433 |
| CVS-MDLT3-000033740 | CVS-MDLT3-000033740 |
| CVS-MDLT3-000033744 | CVS-MDLT3-000033744 |
| CVS-MDLT3-000033748 | CVS-MDLT3-000033748 |
| CVS-MDLT3-000033751 | CVS-MDLT3-000033751 |
| CVS-MDLT3-000033755 | CVS-MDLT3-000033755 |
| CVS-MDLT3-000034380 | CVS-MDLT3-000034380 |
| CVS-MDLT3-000034614 | CVS-MDLT3-000034614 |
| CVS-MDLT3-000035670 | CVS-MDLT3-000035670 |
| CVS-MDLT3-000035671 | CVS-MDLT3-000035671 |
| CVS-MDLT3-000035672 | CVS-MDLT3-000035672 |
| CVS-MDLT3-000035673 | CVS-MDLT3-000035673 |
| CVS-MDLT3-000035674 | CVS-MDLT3-000035674 |
| CVS-MDLT3-000036003 | CVS-MDLT3-000036003 |
| CVS-MDLT3-000036004 | CVS-MDLT3-000036004 |
| CVS-MDLT3-000036676 | CVS-MDLT3-000036676 |
| CVS-MDLT3-000036678 | CVS-MDLT3-000036678 |
| CVS-MDLT3-000036679 | CVS-MDLT3-000036679 |
| CVS-MDLT3-000069492 | CVS-MDLT3-000069492 |
| CVS-MDLT3-000069493 | CVS-MDLT3-000069493 |
| CVS-MDLT3-000069494 | CVS-MDLT3-000069494 |
| CVS-MDLT3-000069495 | CVS-MDLT3-000069495 |
| CVS-MDLT3-000069497 | CVS-MDLT3-000069497 |
| CVS-MDLT3-000069498 | CVS-MDLT3-000069498 |
| CVS-MDLT3-000069499 | CVS-MDLT3-000069499 |
| CVS-MDLT3-000069500 | CVS-MDLT3-000069500 |
| CVS-MDLT3-000069502 | CVS-MDLT3-000069502 |
| CVS-MDLT3-000069566 | CVS-MDLT3-000069566 |
| CVS-MDLT3-000069567 | CVS-MDLT3-000069567 |
| CVS-MDLT3-000069568 | CVS-MDLT3-000069568 |
| CVS-MDLT3-000069569 | CVS-MDLT3-000069569 |
| CVS-MDLT3-000069572 | CVS-MDLT3-000069572 |
| CVS-MDLT3-000069575 | CVS-MDLT3-000069575 |
| CVS-MDLT3-000069578 | CVS-MDLT3-000069578 |
| CVS-MDLT3-000069606 | CVS-MDLT3-000069606 |
| CVS-MDLT3-000069741 | CVS-MDLT3-000069741 |
| CVS-MDLT3-000069744 | CVS-MDLT3-000069744 |
| CVS-MDLT3-000069747 | CVS-MDLT3-000069747 |
| CVS-MDLT3-000069943 | CVS-MDLT3-000069943 |
| CVS-MDLT3-000069944 | CVS-MDLT3-000069944 |
| CVS-MDLT3-000071016 | CVS-MDLT3-000071016 |
| CVS-MDLT3-000071021 | CVS-MDLT3-000071021 |
| CVS-MDLT3-000071022 | CVS-MDLT3-000071022 |
| CVS-MDLT3-000071023 | CVS-MDLT3-000071023 |

| | |
|---|---|
| CVS-MDLT3-000071024 | CVS-MDLT3-000071024 |
| CVS-MDLT3-000071223 | CVS-MDLT3-000071223 |
| CVS-MDLT3-000071236 | CVS-MDLT3-000071236 |
| CVS-MDLT3-000071348 | CVS-MDLT3-000071348 |
| CVS-MDLT3-000071351 | CVS-MDLT3-000071351 |
| CVS-MDLT3-000071795 | CVS-MDLT3-000071795 |
| CVS-MDLT3-000071801 | CVS-MDLT3-000071801 |
| CVS-MDLT3-000071807 | CVS-MDLT3-000071807 |
| CVS-MDLT3-000072438 | CVS-MDLT3-000072438 |
| CVS-MDLT3-000072439 | CVS-MDLT3-000072439 |
| CVS-MDLT3-000072440 | CVS-MDLT3-000072440 |
| CVS-MDLT3-000072441 | CVS-MDLT3-000072441 |
| CVS-MDLT3-000072442 | CVS-MDLT3-000072442 |
| CVS-MDLT3-000073090 | CVS-MDLT3-000073090 |
| CVS-MDLT3-000073094 | CVS-MDLT3-000073094 |
| CVS-MDLT3-000073815 | CVS-MDLT3-000073815 |
| CVS-MDLT3-000073917 | CVS-MDLT3-000073917 |
| CVS-MDLT3-000073919 | CVS-MDLT3-000073919 |
| CVS-MDLT3-000074592 | CVS-MDLT3-000074592 |
| CVS-MDLT3-000074593 | CVS-MDLT3-000074593 |
| CVS-MDLT3-000074594 | CVS-MDLT3-000074594 |
| CVS-MDLT3-000075762 | CVS-MDLT3-000075762 |
| CVS-MDLT3-000076964 | CVS-MDLT3-000076964 |
| CVS-MDLT3-000077208 | CVS-MDLT3-000077208 |
| CVS-MDLT3-000077214 | CVS-MDLT3-000077214 |
| CVS-MDLT3-000077643 | CVS-MDLT3-000077643 |
| CVS-MDLT3-000077646 | CVS-MDLT3-000077646 |
| CVS-MDLT3-000077693 | CVS-MDLT3-000077693 |
| CVS-MDLT3-000080697 | CVS-MDLT3-000080697 |
| CVS-MDLT3-000081696 | CVS-MDLT3-000081696 |
| CVS-MDLT3-000081826 | CVS-MDLT3-000081826 |
| CVS-MDLT3-000081833 | CVS-MDLT3-000081833 |
| CVS-MDLT3-000081836 | CVS-MDLT3-000081836 |
| CVS-MDLT3-000081838 | CVS-MDLT3-000081838 |
| CVS-MDLT3-000081839 | CVS-MDLT3-000081839 |
| CVS-MDLT3-000081954 | CVS-MDLT3-000081954 |
| CVS-MDLT3-000081956 | CVS-MDLT3-000081956 |
| CVS-MDLT3-000082073 | CVS-MDLT3-000082073 |
| CVS-MDLT3-000082094 | CVS-MDLT3-000082094 |
| CVS-MDLT3-000082167 | CVS-MDLT3-000082167 |
| CVS-MDLT3-000082205 | CVS-MDLT3-000082205 |
| CVS-MDLT3-000082210 | CVS-MDLT3-000082210 |
| CVS-MDLT3-000082223 | CVS-MDLT3-000082223 |
| CVS-MDLT3-000082228 | CVS-MDLT3-000082228 |
| CVS-MDLT3-000082250 | CVS-MDLT3-000082250 |
| CVS-MDLT3-000082260 | CVS-MDLT3-000082260 |
| CVS-MDLT3-000082270 | CVS-MDLT3-000082270 |

| | |
|---|---|
| CVS-MDLT3-000082279 | CVS-MDLT3-000082279 |
| CVS-MDLT3-000082288 | CVS-MDLT3-000082288 |
| CVS-MDLT3-000082290 | CVS-MDLT3-000082290 |
| CVS-MDLT3-000082341 | CVS-MDLT3-000082341 |
| CVS-MDLT3-000082344 | CVS-MDLT3-000082344 |
| CVS-MDLT3-000082347 | CVS-MDLT3-000082347 |
| CVS-MDLT3-000082351 | CVS-MDLT3-000082351 |
| CVS-MDLT3-000082354 | CVS-MDLT3-000082354 |
| CVS-MDLT3-000082359 | CVS-MDLT3-000082359 |
| CVS-MDLT3-000082407 | CVS-MDLT3-000082407 |
| CVS-MDLT3-000082750 | CVS-MDLT3-000082750 |
| CVS-MDLT3-000082755 | CVS-MDLT3-000082755 |
| CVS-MDLT3-000082757 | CVS-MDLT3-000082757 |
| CVS-MDLT3-000082758 | CVS-MDLT3-000082758 |
| CVS-MDLT3-000083570 | CVS-MDLT3-000083570 |
| CVS-MDLT3-000085022 | CVS-MDLT3-000085022 |
| CVS-MDLT3-000085023 | CVS-MDLT3-000085023 |
| CVS-MDLT3-000085024 | CVS-MDLT3-000085024 |
| CVS-MDLT3-000085025 | CVS-MDLT3-000085025 |
| CVS-MDLT3-000085026 | CVS-MDLT3-000085026 |
| CVS-MDLT3-000085027 | CVS-MDLT3-000085027 |
| CVS-MDLT3-000086995 | CVS-MDLT3-000086995 |
| CVS-MDLT3-000087189 | CVS-MDLT3-000087189 |
| CVS-MDLT3-000087909 | CVS-MDLT3-000087909 |
| CVS-MDLT3-000087910 | CVS-MDLT3-000087910 |
| CVS-MDLT3-000088051 | CVS-MDLT3-000088051 |
| CVS-MDLT3-000088053 | CVS-MDLT3-000088053 |
| CVS-MDLT3-000088055 | CVS-MDLT3-000088055 |
| CVS-MDLT3-000088387 | CVS-MDLT3-000088387 |
| CVS-MDLT3-000088429 | CVS-MDLT3-000088429 |
| CVS-MDLT3-000088974 | CVS-MDLT3-000088974 |
| CVS-MDLT3-000088981 | CVS-MDLT3-000088981 |
| CVS-MDLT3-000088992 | CVS-MDLT3-000088992 |
| CVS-MDLT3-000089242 | CVS-MDLT3-000089242 |
| CVS-MDLT3-000089613 | CVS-MDLT3-000089613 |
| CVS-MDLT3-000089624 | CVS-MDLT3-000089624 |
| CVS-MDLT3-000089627 | CVS-MDLT3-000089627 |
| CVS-MDLT3-000090007 | CVS-MDLT3-000090007 |
| CVS-MDLT3-000091453 | CVS-MDLT3-000091453 |
| CVS-MDLT3-000091454 | CVS-MDLT3-000091454 |
| CVS-MDLT3-000091473 | CVS-MDLT3-000091473 |
| CVS-MDLT3-000091479 | CVS-MDLT3-000091479 |
| CVS-MDLT3-000091503 | CVS-MDLT3-000091503 |
| CVS-MDLT3-000099072 | CVS-MDLT3-000099072 |
| CVS-MDLT3-000099074 | CVS-MDLT3-000099074 |
| CVS-MDLT3-000105842 | CVS-MDLT3-000105842 |
| CVS-MDLT3-000110160 | CVS-MDLT3-000110160 |

| | |
|---|---|
| CVS-MDLT3-000115499 | CVS-MDLT3-000115499 |
| CVS-MDLT3-000117817 | CVS-MDLT3-000117817 |
| CVS-MDLT3-000118939 | CVS-MDLT3-000118939 |
| CVS-MDLT3-000118941 | CVS-MDLT3-000118941 |
| CVS-MDLT3-000119303 | CVS-MDLT3-000119303 |
| CVS-MDLT3-000119309 | CVS-MDLT3-000119309 |
| CVS-MDLT3-000119333 | CVS-MDLT3-000119333 |
| CVS-MDLT3-000119339 | CVS-MDLT3-000119339 |
| CVS-MDLT3-000119365 | CVS-MDLT3-000119365 |
| CVS-MDLT3-000119368 | CVS-MDLT3-000119368 |
| CVS-MDLT3-000119400 | CVS-MDLT3-000119400 |
| CVS-MDLT3-000119403 | CVS-MDLT3-000119403 |
| CVS-MDLT3-000119840 | CVS-MDLT3-000119840 |
| CVS-MDLT3-000119842 | CVS-MDLT3-000119842 |
| CVS-MDLT3-000127289 | CVS-MDLT3-000127289 |
| CVS-MDLT3-000129200 | CVS-MDLT3-000129200 |
| CVS-MDLT3-000132921 | CVS-MDLT3-000132921 |
| CVS-MDLT3-000132922 | CVS-MDLT3-000132922 |
| CVS-MDLT3-000134405 | CVS-MDLT3-000134405 |
| CVS-MDLT3-PRIV000000004 | CVS-MDLT3-PRIV000000004 |
| CVS-MDLT3-PRIV000000013 | CVS-MDLT3-PRIV000000013 |
| CVS-MDLT3-PRIV000000014 | CVS-MDLT3-PRIV000000014 |
| CVS-MDLT3-PRIV000000280 | CVS-MDLT3-PRIV000000280 |
| CVS-MDLT3-PRIV000000439 | CVS-MDLT3-PRIV000000439 |
| CVS-MDLT3-PRIV000000440 | CVS-MDLT3-PRIV000000440 |
| CVS-MDLT3-PRIV000000464 | CVS-MDLT3-PRIV000000464 |
| CVS-MDLT3-PRIV000000498 | CVS-MDLT3-PRIV000000498 |
| CVS-MDLT3-PRIV000000502 | CVS-MDLT3-PRIV000000502 |
| CVS-MDLT3-PRIV000000515 | CVS-MDLT3-PRIV000000515 |
| CVS-MDLT3-PRIV000000556 | CVS-MDLT3-PRIV000000556 |
| CVS-MDLT3-PRIV000000618 | CVS-MDLT3-PRIV000000618 |
| CVS-MDLT3-PRIV000000619 | CVS-MDLT3-PRIV000000619 |
| CVS-MDLT3-PRIV000000642 | CVS-MDLT3-PRIV000000642 |
| CVS-MDLT3-PRIV000000643 | CVS-MDLT3-PRIV000000643 |
| CVS-MDLT3-PRIV000000711 | CVS-MDLT3-PRIV000000711 |
| CVS-MDLT3-PRIV000000712 | CVS-MDLT3-PRIV000000712 |
| CVS-MDLT3-PRIV000000735 | CVS-MDLT3-PRIV000000735 |
| CVS-MDLT3-PRIV000000758 | CVS-MDLT3-PRIV000000758 |
| CVS-MDLT3-PRIV000000767 | CVS-MDLT3-PRIV000000767 |
| CVS-MDLT3-PRIV000000768 | CVS-MDLT3-PRIV000000768 |
| CVS-MDLT3-PRIV000000773 | CVS-MDLT3-PRIV000000773 |
| CVS-MDLT3-PRIV000000800 | CVS-MDLT3-PRIV000000800 |
| CVS-MDLT3-PRIV000000829 | CVS-MDLT3-PRIV000000829 |
| CVS-MDLT3-PRIV000001003 | CVS-MDLT3-PRIV000001003 |
| CVS-MDLT3-PRIV000001004 | CVS-MDLT3-PRIV000001004 |
| CVS-MDLT3-PRIV000001054 | CVS-MDLT3-PRIV000001054 |
| CVS-MDLT3-PRIV000001156 | CVS-MDLT3-PRIV000001156 |

| | |
|---|---|
| CVS-MDLT3-PRIV000001220 | CVS-MDLT3-PRIV000001220 |
| CVS-MDLT3-PRIV000001357 | CVS-MDLT3-PRIV000001357 |
| CVS-MDLT3-PRIV000001358 | CVS-MDLT3-PRIV000001358 |
| CVS-MDLT3-PRIV000001359 | CVS-MDLT3-PRIV000001359 |
| CVS-MDLT3-PRIV000001360 | CVS-MDLT3-PRIV000001360 |
| CVS-MDLT3-PRIV000001361 | CVS-MDLT3-PRIV000001361 |
| CVS-MDLT3-PRIV000001383 | CVS-MDLT3-PRIV000001383 |
| CVS-MDLT3-PRIV000001403 | CVS-MDLT3-PRIV000001403 |
| CVS-MDLT3-PRIV000001405 | CVS-MDLT3-PRIV000001405 |
| CVS-MDLT3-PRIV000001418 | CVS-MDLT3-PRIV000001418 |
| CVS-MDLT3-PRIV000001419 | CVS-MDLT3-PRIV000001419 |
| CVS-MDLT3-PRIV000001428 | CVS-MDLT3-PRIV000001428 |
| CVS-MDLT3-PRIV000001440 | CVS-MDLT3-PRIV000001440 |
| CVS-MDLT3-PRIV000001442 | CVS-MDLT3-PRIV000001442 |
| CVS-MDLT3-PRIV000001444 | CVS-MDLT3-PRIV000001444 |
| CVS-MDLT3-PRIV000001446 | CVS-MDLT3-PRIV000001446 |
| CVS-MDLT3-PRIV000001458 | CVS-MDLT3-PRIV000001458 |
| CVS-MDLT3-PRIV000001465 | CVS-MDLT3-PRIV000001465 |
| CVS-MDLT3-PRIV000001468 | CVS-MDLT3-PRIV000001468 |
| CVS-MDLT3-PRIV000001470 | CVS-MDLT3-PRIV000001470 |
| CVS-MDLT3-PRIV000001471 | CVS-MDLT3-PRIV000001471 |
| CVS-MDLT3-PRIV000001472 | CVS-MDLT3-PRIV000001472 |
| CVS-MDLT3-PRIV000001473 | CVS-MDLT3-PRIV000001473 |
| CVS-MDLT3-PRIV000001474 | CVS-MDLT3-PRIV000001474 |
| CVS-MDLT3-PRIV000001475 | CVS-MDLT3-PRIV000001475 |
| CVS-MDLT3-PRIV000001476 | CVS-MDLT3-PRIV000001476 |
| CVS-MDLT3-PRIV000001477 | CVS-MDLT3-PRIV000001477 |
| CVS-MDLT3-PRIV000001478 | CVS-MDLT3-PRIV000001478 |
| CVS-MDLT3-PRIV000001539 | CVS-MDLT3-PRIV000001539 |
| CVS-MDLT3-PRIV000001540 | CVS-MDLT3-PRIV000001540 |
| CVS-MDLT3-PRIV000001542 | CVS-MDLT3-PRIV000001542 |
| CVS-MDLT3-PRIV000001543 | CVS-MDLT3-PRIV000001543 |
| CVS-MDLT3-PRIV000001544 | CVS-MDLT3-PRIV000001544 |
| CVS-MDLT3-PRIV000001545 | CVS-MDLT3-PRIV000001545 |
| CVS-MDLT3-PRIV000001578 | CVS-MDLT3-PRIV000001578 |
| CVS-MDLT3-PRIV000001581 | CVS-MDLT3-PRIV000001581 |
| CVS-MDLT3-PRIV000001582 | CVS-MDLT3-PRIV000001582 |
| CVS-MDLT3-PRIV000001583 | CVS-MDLT3-PRIV000001583 |
| CVS-MDLT3-PRIV000001586 | CVS-MDLT3-PRIV000001586 |
| CVS-MDLT3-PRIV000001587 | CVS-MDLT3-PRIV000001587 |
| CVS-MDLT3-PRIV000001588 | CVS-MDLT3-PRIV000001588 |
| CVS-MDLT3-PRIV000001591 | CVS-MDLT3-PRIV000001591 |
| CVS-MDLT3-PRIV000001592 | CVS-MDLT3-PRIV000001592 |
| CVS-MDLT3-PRIV000001612 | CVS-MDLT3-PRIV000001612 |
| CVS-MDLT3-PRIV000001613 | CVS-MDLT3-PRIV000001613 |
| CVS-MDLT3-PRIV000001669 | CVS-MDLT3-PRIV000001669 |
| CVS-MDLT3-PRIV000001693 | CVS-MDLT3-PRIV000001693 |

| | |
|---|---|
| CVS-MDLT3-PRIV000001697 | CVS-MDLT3-PRIV000001697 |
| CVS-MDLT3-PRIV000001698 | CVS-MDLT3-PRIV000001698 |
| CVS-MDLT3-PRIV000001699 | CVS-MDLT3-PRIV000001699 |
| CVS-MDLT3-PRIV000001711 | CVS-MDLT3-PRIV000001711 |
| CVS-MDLT3-PRIV000001729 | CVS-MDLT3-PRIV000001729 |
| CVS-MDLT3-PRIV000001731 | CVS-MDLT3-PRIV000001731 |
| CVS-MDLT3-PRIV000001733 | CVS-MDLT3-PRIV000001733 |
| CVS-MDLT3-PRIV000001735 | CVS-MDLT3-PRIV000001735 |
| CVS-MDLT3-PRIV000001817 | CVS-MDLT3-PRIV000001817 |
| CVS-MDLT3-PRIV000001818 | CVS-MDLT3-PRIV000001818 |
| CVS-MDLT3-PRIV000001819 | CVS-MDLT3-PRIV000001819 |
| CVS-MDLT3-PRIV000001821 | CVS-MDLT3-PRIV000001821 |
| CVS-MDLT3-PRIV000001822 | CVS-MDLT3-PRIV000001822 |
| CVS-MDLT3-PRIV000001823 | CVS-MDLT3-PRIV000001823 |
| CVS-MDLT3-PRIV000001850 | CVS-MDLT3-PRIV000001850 |
| CVS-MDLT3-PRIV000001877 | CVS-MDLT3-PRIV000001877 |
| CVS-MDLT3-PRIV000001878 | CVS-MDLT3-PRIV000001878 |
| CVS-MDLT3-PRIV000001879 | CVS-MDLT3-PRIV000001879 |
| CVS-MDLT3-PRIV000001880 | CVS-MDLT3-PRIV000001880 |
| CVS-MDLT3-PRIV000001881 | CVS-MDLT3-PRIV000001881 |
| CVS-MDLT3-PRIV000001882 | CVS-MDLT3-PRIV000001882 |
| CVS-MDLT3-PRIV000001883 | CVS-MDLT3-PRIV000001883 |
| CVS-MDLT3-PRIV000001884 | CVS-MDLT3-PRIV000001884 |
| CVS-MDLT3-PRIV000001885 | CVS-MDLT3-PRIV000001885 |
| CVS-MDLT3-PRIV000001899 | CVS-MDLT3-PRIV000001899 |
| CVS-MDLT3-PRIV000001908 | CVS-MDLT3-PRIV000001908 |
| CVS-MDLT3-PRIV000001910 | CVS-MDLT3-PRIV000001910 |
| CVS-MDLT3-PRIV000001913 | CVS-MDLT3-PRIV000001913 |
| CVS-MDLT3-PRIV000001914 | CVS-MDLT3-PRIV000001914 |
| CVS-MDLT3-PRIV000001916 | CVS-MDLT3-PRIV000001916 |
| CVS-MDLT3-PRIV000001920 | CVS-MDLT3-PRIV000001920 |
| CVS-MDLT3-PRIV000001922 | CVS-MDLT3-PRIV000001922 |
| CVS-MDLT3-PRIV000001925 | CVS-MDLT3-PRIV000001925 |
| CVS-MDLT3-PRIV000001927 | CVS-MDLT3-PRIV000001927 |
| CVS-MDLT3-PRIV000001935 | CVS-MDLT3-PRIV000001935 |
| CVS-MDLT3-PRIV000001952 | CVS-MDLT3-PRIV000001952 |
| CVS-MDLT3-PRIV000001955 | CVS-MDLT3-PRIV000001955 |
| CVS-MDLT3-PRIV000001957 | CVS-MDLT3-PRIV000001957 |
| CVS-MDLT3-PRIV000001958 | CVS-MDLT3-PRIV000001958 |
| CVS-MDLT3-PRIV000001959 | CVS-MDLT3-PRIV000001959 |
| CVS-MDLT3-PRIV000001960 | CVS-MDLT3-PRIV000001960 |
| CVS-MDLT3-PRIV000001962 | CVS-MDLT3-PRIV000001962 |
| CVS-MDLT3-PRIV000001963 | CVS-MDLT3-PRIV000001963 |
| CVS-MDLT3-PRIV000001964 | CVS-MDLT3-PRIV000001964 |
| CVS-MDLT3-PRIV000001968 | CVS-MDLT3-PRIV000001968 |
| CVS-MDLT3-PRIV000001976 | CVS-MDLT3-PRIV000001976 |
| CVS-MDLT3-PRIV000001979 | CVS-MDLT3-PRIV000001979 |

| | |
|---|---|
| CVS-MDLT3-PRIV000001980 | CVS-MDLT3-PRIV000001980 |
| CVS-MDLT3-PRIV000001981 | CVS-MDLT3-PRIV000001981 |
| CVS-MDLT3-PRIV000001983 | CVS-MDLT3-PRIV000001983 |
| CVS-MDLT3-PRIV000001986 | CVS-MDLT3-PRIV000001986 |
| CVS-MDLT3-PRIV000001987 | CVS-MDLT3-PRIV000001987 |
| CVS-MDLT3-PRIV000001989 | CVS-MDLT3-PRIV000001989 |
| CVS-MDLT3-PRIV000001991 | CVS-MDLT3-PRIV000001991 |
| CVS-MDLT3-PRIV000001993 | CVS-MDLT3-PRIV000001993 |
| CVS-MDLT3-PRIV000001994 | CVS-MDLT3-PRIV000001994 |
| CVS-MDLT3-PRIV000001996 | CVS-MDLT3-PRIV000001996 |
| CVS-MDLT3-PRIV000001998 | CVS-MDLT3-PRIV000001998 |
| CVS-MDLT3-PRIV000002000 | CVS-MDLT3-PRIV000002000 |
| CVS-MDLT3-PRIV000002002 | CVS-MDLT3-PRIV000002002 |
| CVS-MDLT3-PRIV000002003 | CVS-MDLT3-PRIV000002003 |
| CVS-MDLT3-PRIV000002005 | CVS-MDLT3-PRIV000002005 |
| CVS-MDLT3-PRIV000002007 | CVS-MDLT3-PRIV000002007 |
| CVS-MDLT3-PRIV000002009 | CVS-MDLT3-PRIV000002009 |
| CVS-MDLT3-PRIV000002019 | CVS-MDLT3-PRIV000002019 |
| CVS-MDLT3-PRIV000002022 | CVS-MDLT3-PRIV000002022 |
| CVS-MDLT3-PRIV000002023 | CVS-MDLT3-PRIV000002023 |
| CVS-MDLT3-PRIV000002025 | CVS-MDLT3-PRIV000002025 |
| CVS-MDLT3-PRIV000002026 | CVS-MDLT3-PRIV000002026 |
| CVS-MDLT3-PRIV000002029 | CVS-MDLT3-PRIV000002029 |
| CVS-MDLT3-PRIV000002030 | CVS-MDLT3-PRIV000002030 |
| CVS-MDLT3-PRIV000002051 | CVS-MDLT3-PRIV000002051 |
| CVS-MDLT3-PRIV000002053 | CVS-MDLT3-PRIV000002053 |
| CVS-MDLT3-PRIV000002055 | CVS-MDLT3-PRIV000002055 |
| CVS-MDLT3-PRIV000002058 | CVS-MDLT3-PRIV000002058 |
| CVS-MDLT3-PRIV000002059 | CVS-MDLT3-PRIV000002059 |
| CVS-MDLT3-PRIV000002089 | CVS-MDLT3-PRIV000002089 |
| CVS-MDLT3-PRIV000002090 | CVS-MDLT3-PRIV000002090 |
| CVS-MDLT3-PRIV000002108 | CVS-MDLT3-PRIV000002108 |
| CVS-MDLT3-PRIV000002109 | CVS-MDLT3-PRIV000002109 |
| CVS-MDLT3-PRIV000002116 | CVS-MDLT3-PRIV000002116 |
| CVS-MDLT3-PRIV000002117 | CVS-MDLT3-PRIV000002117 |
| CVS-MDLT3-PRIV000002118 | CVS-MDLT3-PRIV000002118 |
| CVS-MDLT3-PRIV000002136 | CVS-MDLT3-PRIV000002136 |
| CVS-MDLT3-PRIV000002137 | CVS-MDLT3-PRIV000002137 |
| CVS-MDLT3-PRIV000002138 | CVS-MDLT3-PRIV000002138 |
| CVS-MDLT3-PRIV000002139 | CVS-MDLT3-PRIV000002139 |
| CVS-MDLT3-PRIV000002157 | CVS-MDLT3-PRIV000002157 |
| CVS-MDLT3-PRIV000002184 | CVS-MDLT3-PRIV000002184 |
| CVS-MDLT3-PRIV000002191 | CVS-MDLT3-PRIV000002191 |
| CVS-MDLT3-PRIV000002192 | CVS-MDLT3-PRIV000002192 |
| CVS-MDLT3-PRIV000002193 | CVS-MDLT3-PRIV000002193 |
| CVS-MDLT3-PRIV000002194 | CVS-MDLT3-PRIV000002194 |
| CVS-MDLT3-PRIV000002328 | CVS-MDLT3-PRIV000002328 |

| | |
|---|---|
| CVS-MDLT3-PRIV000002345 | CVS-MDLT3-PRIV000002345 |
| CVS-MDLT3-PRIV000002346 | CVS-MDLT3-PRIV000002346 |
| CVS-MDLT3-PRIV000002347 | CVS-MDLT3-PRIV000002347 |
| CVS-MDLT3-PRIV000002348 | CVS-MDLT3-PRIV000002348 |
| CVS-MDLT3-PRIV000002349 | CVS-MDLT3-PRIV000002349 |
| CVS-MDLT3-PRIV000002354 | CVS-MDLT3-PRIV000002354 |
| CVS-MDLT3-PRIV000002355 | CVS-MDLT3-PRIV000002355 |
| CVS-MDLT3-PRIV000002356 | CVS-MDLT3-PRIV000002356 |
| CVS-MDLT3-PRIV000002424 | CVS-MDLT3-PRIV000002424 |
| CVS-MDLT3-PRIV000002425 | CVS-MDLT3-PRIV000002425 |
| CVS-MDLT3-PRIV000002426 | CVS-MDLT3-PRIV000002426 |
| CVS-MDLT3-PRIV000002429 | CVS-MDLT3-PRIV000002429 |
| CVS-MDLT3-PRIV000002475 | CVS-MDLT3-PRIV000002475 |
| CVS-MDLT3-PRIV000002476 | CVS-MDLT3-PRIV000002476 |
| CVS-MDLT3-PRIV000002496 | CVS-MDLT3-PRIV000002496 |
| CVS-MDLT3-PRIV000002497 | CVS-MDLT3-PRIV000002497 |
| CVS-MDLT3-PRIV000002498 | CVS-MDLT3-PRIV000002498 |
| CVS-MDLT3-PRIV000002550 | CVS-MDLT3-PRIV000002550 |
| CVS-MDLT3-PRIV000002551 | CVS-MDLT3-PRIV000002551 |
| CVS-MDLT3-PRIV000002558 | CVS-MDLT3-PRIV000002558 |
| CVS-MDLT3-PRIV000002559 | CVS-MDLT3-PRIV000002559 |
| CVS-MDLT3-PRIV000002560 | CVS-MDLT3-PRIV000002560 |
| CVS-MDLT3-PRIV000002604 | CVS-MDLT3-PRIV000002604 |
| CVS-MDLT3-PRIV000002625 | CVS-MDLT3-PRIV000002625 |
| CVS-MDLT3-PRIV000002626 | CVS-MDLT3-PRIV000002626 |
| CVS-MDLT3-PRIV000002634 | CVS-MDLT3-PRIV000002634 |
| CVS-MDLT3-PRIV000002635 | CVS-MDLT3-PRIV000002635 |
| CVS-MDLT3-PRIV000002704 | CVS-MDLT3-PRIV000002704 |
| CVS-MDLT3-PRIV000002766 | CVS-MDLT3-PRIV000002766 |
| CVS-MDLT3-PRIV000002790 | CVS-MDLT3-PRIV000002790 |
| CVS-MDLT3-PRIV000002792 | CVS-MDLT3-PRIV000002792 |
| CVS-MDLT3-PRIV000002794 | CVS-MDLT3-PRIV000002794 |
| CVS-MDLT3-PRIV000002799 | CVS-MDLT3-PRIV000002799 |
| CVS-MDLT3-PRIV000002801 | CVS-MDLT3-PRIV000002801 |
| CVS-MDLT3-PRIV000002811 | CVS-MDLT3-PRIV000002811 |
| CVS-MDLT3-PRIV000002813 | CVS-MDLT3-PRIV000002813 |
| CVS-MDLT3-PRIV000002815 | CVS-MDLT3-PRIV000002815 |
| CVS-MDLT3-PRIV000002817 | CVS-MDLT3-PRIV000002817 |
| CVS-MDLT3-PRIV000002819 | CVS-MDLT3-PRIV000002819 |
| CVS-MDLT3-PRIV000002821 | CVS-MDLT3-PRIV000002821 |
| CVS-MDLT3-PRIV000002823 | CVS-MDLT3-PRIV000002823 |
| CVS-MDLT3-PRIV000002825 | CVS-MDLT3-PRIV000002825 |
| CVS-MDLT3-PRIV000002827 | CVS-MDLT3-PRIV000002827 |
| CVS-MDLT3-PRIV000002829 | CVS-MDLT3-PRIV000002829 |
| CVS-MDLT3-PRIV000002831 | CVS-MDLT3-PRIV000002831 |
| CVS-MDLT3-PRIV000002833 | CVS-MDLT3-PRIV000002833 |
| CVS-MDLT3-PRIV000002837 | CVS-MDLT3-PRIV000002837 |

| | |
|---|---|
| CVS-MDLT3-PRIV000002840 | CVS-MDLT3-PRIV000002840 |
| CVS-MDLT3-PRIV000002841 | CVS-MDLT3-PRIV000002841 |
| CVS-MDLT3-PRIV000002926 | CVS-MDLT3-PRIV000002926 |
| CVS-MDLT3-PRIV000002932 | CVS-MDLT3-PRIV000002932 |
| CVS-MDLT3-PRIV000002999 | CVS-MDLT3-PRIV000002999 |
| CVS-MDLT3-PRIV000003006 | CVS-MDLT3-PRIV000003006 |
| CVS-MDLT3-PRIV000003020 | CVS-MDLT3-PRIV000003020 |
| CVS-MDLT3-PRIV000003048 | CVS-MDLT3-PRIV000003048 |
| CVS-MDLT3-PRIV000003049 | CVS-MDLT3-PRIV000003049 |
| CVS-MDLT3-PRIV000003050 | CVS-MDLT3-PRIV000003050 |
| CVS-MDLT3-PRIV000003052 | CVS-MDLT3-PRIV000003052 |
| CVS-MDLT3-PRIV000003053 | CVS-MDLT3-PRIV000003053 |
| CVS-MDLT3-PRIV000003054 | CVS-MDLT3-PRIV000003054 |
| CVS-MDLT3-PRIV000003080 | CVS-MDLT3-PRIV000003080 |
| CVS-MDLT3-PRIV000003108 | CVS-MDLT3-PRIV000003108 |
| CVS-MDLT3-PRIV000003150 | CVS-MDLT3-PRIV000003150 |
| CVS-MDLT3-PRIV000003153 | CVS-MDLT3-PRIV000003153 |
| CVS-MDLT3-PRIV000003154 | CVS-MDLT3-PRIV000003154 |
| CVS-MDLT3-PRIV000003186 | CVS-MDLT3-PRIV000003186 |
| CVS-MDLT3-PRIV000003200 | CVS-MDLT3-PRIV000003200 |
| CVS-MDLT3-PRIV000003258 | CVS-MDLT3-PRIV000003258 |
| CVS-MDLT3-PRIV000003266 | CVS-MDLT3-PRIV000003266 |
| CVS-MDLT3-PRIV000003277 | CVS-MDLT3-PRIV000003277 |
| CVS-MDLT3-PRIV000003278 | CVS-MDLT3-PRIV000003278 |
| CVS-MDLT3-PRIV000003291 | CVS-MDLT3-PRIV000003291 |
| CVS-MDLT3-PRIV000003292 | CVS-MDLT3-PRIV000003292 |
| CVS-MDLT3-PRIV000003293 | CVS-MDLT3-PRIV000003293 |
| CVS-MDLT3-PRIV000003294 | CVS-MDLT3-PRIV000003294 |
| CVS-MDLT3-PRIV000003296 | CVS-MDLT3-PRIV000003296 |
| CVS-MDLT3-PRIV000003398 | CVS-MDLT3-PRIV000003398 |
| CVS-MDLT3-PRIV000003399 | CVS-MDLT3-PRIV000003399 |
| CVS-MDLT3-PRIV000003400 | CVS-MDLT3-PRIV000003400 |
| CVS-MDLT3-PRIV000003401 | CVS-MDLT3-PRIV000003401 |
| CVS-MDLT3-PRIV000003419 | CVS-MDLT3-PRIV000003419 |
| CVS-MDLT3-PRIV000003420 | CVS-MDLT3-PRIV000003420 |
| CVS-MDLT3-PRIV000003421 | CVS-MDLT3-PRIV000003421 |
| CVS-MDLT3-PRIV000003444 | CVS-MDLT3-PRIV000003444 |
| CVS-MDLT3-PRIV000003449 | CVS-MDLT3-PRIV000003449 |
| CVS-MDLT3-PRIV000003456 | CVS-MDLT3-PRIV000003456 |
| CVS-MDLT3-PRIV000003462 | CVS-MDLT3-PRIV000003462 |
| CVS-MDLT3-PRIV000003472 | CVS-MDLT3-PRIV000003472 |
| CVS-MDLT3-PRIV000003475 | CVS-MDLT3-PRIV000003475 |
| CVS-MDLT3-PRIV000003476 | CVS-MDLT3-PRIV000003476 |
| CVS-MDLT3-PRIV000003477 | CVS-MDLT3-PRIV000003477 |
| CVS-MDLT3-PRIV000003478 | CVS-MDLT3-PRIV000003478 |
| CVS-MDLT3-PRIV000003492 | CVS-MDLT3-PRIV000003492 |
| CVS-MDLT3-PRIV000003498 | CVS-MDLT3-PRIV000003498 |

Case: 1:17-md-02804-DAP  Doc #: 3889-1  Filed: 08/24/21  11 of 11.  PageID #: 534842

| | |
|---|---|
| CVS-MDLT3-PRIV000003518 | CVS-MDLT3-PRIV000003518 |
| CVS-MDLT3-PRIV000003519 | CVS-MDLT3-PRIV000003519 |
| CVS-MDLT3-PRIV000003527 | CVS-MDLT3-PRIV000003527 |
| CVS-MDLT3-PRIV000003583 | CVS-MDLT3-PRIV000003583 |
| CVS-MDLT3-PRIV000003584 | CVS-MDLT3-PRIV000003584 |
| CVS-MDLT3-PRIV000003585 | CVS-MDLT3-PRIV000003585 |
| CVS-MDLT3-PRIV000003586 | CVS-MDLT3-PRIV000003586 |
| CVS-MDLT3-PRIV000003652 | CVS-MDLT3-PRIV000003652 |
| CVS-MDLT3-PRIV000003702 | CVS-MDLT3-PRIV000003702 |
| CVS-MDLT3-PRIV000003715 | CVS-MDLT3-PRIV000003715 |
| CVS-MDLT3-PRIV000003716 | CVS-MDLT3-PRIV000003716 |
| CVS-MDLT3-PRIV000003751 | CVS-MDLT3-PRIV000003751 |
| CVS-MDLT3-PRIV000003752 | CVS-MDLT3-PRIV000003752 |
| CVS-MDLT3-PRIV000003754 | CVS-MDLT3-PRIV000003754 |
| CVS-MDLT3-PRIV000003805 | CVS-MDLT3-PRIV000003805 |
| CVS-MDLT3-PRIV000003806 | CVS-MDLT3-PRIV000003806 |