| Bates Beg | Bates End |
|---|---|
| CVS-MDLT3-000002404 | CVS-MDLT3-000002404 |
| CVS-MDLT3-000005214 | CVS-MDLT3-000005214 |
| CVS-MDLT3-000005216 | CVS-MDLT3-000005216 |
| CVS-MDLT3-000006861 | CVS-MDLT3-000006861 |
| CVS-MDLT3-000008501 | CVS-MDLT3-000008501 |
| CVS-MDLT3-000009077 | CVS-MDLT3-000009077 |
| CVS-MDLT3-000009245 | CVS-MDLT3-000009245 |
| CVS-MDLT3-000015869 | CVS-MDLT3-000015869 |
| CVS-MDLT3-000015945 | CVS-MDLT3-000015945 |
| CVS-MDLT3-000015949 | CVS-MDLT3-000015949 |
| CVS-MDLT3-000015951 | CVS-MDLT3-000015951 |
| CVS-MDLT3-000017932 | CVS-MDLT3-000017932 |
| CVS-MDLT3-000019352 | CVS-MDLT3-000019352 |
| CVS-MDLT3-000019380 | CVS-MDLT3-000019380 |
| CVS-MDLT3-000019486 | CVS-MDLT3-000019486 |
| CVS-MDLT3-000020505 | CVS-MDLT3-000020505 |
| CVS-MDLT3-000020602 | CVS-MDLT3-000020602 |
| CVS-MDLT3-000020606 | CVS-MDLT3-000020606 |
| CVS-MDLT3-000020654 | CVS-MDLT3-000020654 |
| CVS-MDLT3-000020692 | CVS-MDLT3-000020692 |
| CVS-MDLT3-000020693 | CVS-MDLT3-000020693 |
| CVS-MDLT3-000020694 | CVS-MDLT3-000020694 |
| CVS-MDLT3-000020717 | CVS-MDLT3-000020717 |
| CVS-MDLT3-000020718 | CVS-MDLT3-000020718 |
| CVS-MDLT3-000020720 | CVS-MDLT3-000020720 |
| CVS-MDLT3-000020905 | CVS-MDLT3-000020905 |
| CVS-MDLT3-000020983 | CVS-MDLT3-000020983 |
| CVS-MDLT3-000021088 | CVS-MDLT3-000021088 |
| CVS-MDLT3-000022436 | CVS-MDLT3-000022436 |
| CVS-MDLT3-000022440 | CVS-MDLT3-000022440 |
| CVS-MDLT3-000022444 | CVS-MDLT3-000022444 |
| CVS-MDLT3-000022878 | CVS-MDLT3-000022878 |
| CVS-MDLT3-000023222 | CVS-MDLT3-000023222 |
| CVS-MDLT3-000023225 | CVS-MDLT3-000023225 |
| CVS-MDLT3-000023230 | CVS-MDLT3-000023230 |
| CVS-MDLT3-000026704 | CVS-MDLT3-000026704 |
| CVS-MDLT3-000027214 | CVS-MDLT3-000027214 |
| CVS-MDLT3-000028667 | CVS-MDLT3-000028667 |
| CVS-MDLT3-000028669 | CVS-MDLT3-000028669 |
| CVS-MDLT3-000028671 | CVS-MDLT3-000028671 |
| CVS-MDLT3-000029981 | CVS-MDLT3-000029981 |
| CVS-MDLT3-000030377 | CVS-MDLT3-000030377 |
| CVS-MDLT3-000030379 | CVS-MDLT3-000030379 |
| CVS-MDLT3-000030382 | CVS-MDLT3-000030382 |
| CVS-MDLT3-000033568 | CVS-MDLT3-000033568 |
| CVS-MDLT3-000033826 | CVS-MDLT3-000033826 |

| | |
|---|---|
| CVS-MDLT3-000033827 | CVS-MDLT3-000033827 |
| CVS-MDLT3-000034601 | CVS-MDLT3-000034601 |
| CVS-MDLT3-000035586 | CVS-MDLT3-000035586 |
| CVS-MDLT3-000035669 | CVS-MDLT3-000035669 |
| CVS-MDLT3-000035838 | CVS-MDLT3-000035838 |
| CVS-MDLT3-000035979 | CVS-MDLT3-000035979 |
| CVS-MDLT3-000036006 | CVS-MDLT3-000036006 |
| CVS-MDLT3-000036092 | CVS-MDLT3-000036092 |
| CVS-MDLT3-000036480 | CVS-MDLT3-000036480 |
| CVS-MDLT3-000069358 | CVS-MDLT3-000069358 |
| CVS-MDLT3-000069441 | CVS-MDLT3-000069441 |
| CVS-MDLT3-000069449 | CVS-MDLT3-000069449 |
| CVS-MDLT3-000069962 | CVS-MDLT3-000069962 |
| CVS-MDLT3-000071227 | CVS-MDLT3-000071227 |
| CVS-MDLT3-000071228 | CVS-MDLT3-000071228 |
| CVS-MDLT3-000071229 | CVS-MDLT3-000071229 |
| CVS-MDLT3-000071234 | CVS-MDLT3-000071234 |
| CVS-MDLT3-000071235 | CVS-MDLT3-000071235 |
| CVS-MDLT3-000071768 | CVS-MDLT3-000071768 |
| CVS-MDLT3-000071775 | CVS-MDLT3-000071775 |
| CVS-MDLT3-000072811 | CVS-MDLT3-000072811 |
| CVS-MDLT3-000072987 | CVS-MDLT3-000072987 |
| CVS-MDLT3-000073152 | CVS-MDLT3-000073152 |
| CVS-MDLT3-000073345 | CVS-MDLT3-000073345 |
| CVS-MDLT3-000073346 | CVS-MDLT3-000073346 |
| CVS-MDLT3-000073347 | CVS-MDLT3-000073347 |
| CVS-MDLT3-000073352 | CVS-MDLT3-000073352 |
| CVS-MDLT3-000073353 | CVS-MDLT3-000073353 |
| CVS-MDLT3-000073750 | CVS-MDLT3-000073750 |
| CVS-MDLT3-000073753 | CVS-MDLT3-000073753 |
| CVS-MDLT3-000077280 | CVS-MDLT3-000077280 |
| CVS-MDLT3-000077281 | CVS-MDLT3-000077281 |
| CVS-MDLT3-000080454 | CVS-MDLT3-000080454 |
| CVS-MDLT3-000080455 | CVS-MDLT3-000080455 |
| CVS-MDLT3-000080528 | CVS-MDLT3-000080528 |
| CVS-MDLT3-000081695 | CVS-MDLT3-000081695 |
| CVS-MDLT3-000081841 | CVS-MDLT3-000081841 |
| CVS-MDLT3-000082175 | CVS-MDLT3-000082175 |
| CVS-MDLT3-000082177 | CVS-MDLT3-000082177 |
| CVS-MDLT3-000082383 | CVS-MDLT3-000082383 |
| CVS-MDLT3-000082414 | CVS-MDLT3-000082414 |
| CVS-MDLT3-000082482 | CVS-MDLT3-000082482 |
| CVS-MDLT3-000082760 | CVS-MDLT3-000082760 |
| CVS-MDLT3-000083127 | CVS-MDLT3-000083127 |
| CVS-MDLT3-000083130 | CVS-MDLT3-000083130 |
| CVS-MDLT3-000083133 | CVS-MDLT3-000083133 |
| CVS-MDLT3-000083458 | CVS-MDLT3-000083458 |

| | |
|---|---|
| CVS-MDLT3-000083461 | CVS-MDLT3-000083461 |
| CVS-MDLT3-000083469 | CVS-MDLT3-000083469 |
| CVS-MDLT3-000083494 | CVS-MDLT3-000083494 |
| CVS-MDLT3-000083519 | CVS-MDLT3-000083519 |
| CVS-MDLT3-000083544 | CVS-MDLT3-000083544 |
| CVS-MDLT3-000083569 | CVS-MDLT3-000083569 |
| CVS-MDLT3-000084977 | CVS-MDLT3-000084977 |
| CVS-MDLT3-000084978 | CVS-MDLT3-000084978 |
| CVS-MDLT3-000084981 | CVS-MDLT3-000084981 |
| CVS-MDLT3-000084982 | CVS-MDLT3-000084982 |
| CVS-MDLT3-000084985 | CVS-MDLT3-000084985 |
| CVS-MDLT3-000084986 | CVS-MDLT3-000084986 |
| CVS-MDLT3-000084993 | CVS-MDLT3-000084993 |
| CVS-MDLT3-000085020 | CVS-MDLT3-000085020 |
| CVS-MDLT3-000087014 | CVS-MDLT3-000087014 |
| CVS-MDLT3-000087226 | CVS-MDLT3-000087226 |
| CVS-MDLT3-000087227 | CVS-MDLT3-000087227 |
| CVS-MDLT3-000087234 | CVS-MDLT3-000087234 |
| CVS-MDLT3-000087235 | CVS-MDLT3-000087235 |
| CVS-MDLT3-000087365 | CVS-MDLT3-000087365 |
| CVS-MDLT3-000089774 | CVS-MDLT3-000089774 |
| CVS-MDLT3-000089783 | CVS-MDLT3-000089783 |
| CVS-MDLT3-000089857 | CVS-MDLT3-000089857 |
| CVS-MDLT3-000089863 | CVS-MDLT3-000089863 |
| CVS-MDLT3-000090130 | CVS-MDLT3-000090130 |
| CVS-MDLT3-000090137 | CVS-MDLT3-000090137 |
| CVS-MDLT3-000094635 | CVS-MDLT3-000094635 |
| CVS-MDLT3-000096369 | CVS-MDLT3-000096369 |
| CVS-MDLT3-000096370 | CVS-MDLT3-000096370 |
| CVS-MDLT3-000096372 | CVS-MDLT3-000096372 |
| CVS-MDLT3-000096373 | CVS-MDLT3-000096373 |
| CVS-MDLT3-000100201 | CVS-MDLT3-000100201 |
| CVS-MDLT3-000100202 | CVS-MDLT3-000100202 |
| CVS-MDLT3-000100205 | CVS-MDLT3-000100205 |
| CVS-MDLT3-000100207 | CVS-MDLT3-000100207 |
| CVS-MDLT3-000100208 | CVS-MDLT3-000100208 |
| CVS-MDLT3-000100210 | CVS-MDLT3-000100210 |
| CVS-MDLT3-000100211 | CVS-MDLT3-000100211 |
| CVS-MDLT3-000115560 | CVS-MDLT3-000115560 |
| CVS-MDLT3-000136208 | CVS-MDLT3-000136208 |
| CVS-MDLT3-PRIV000000001 | CVS-MDLT3-PRIV000000001 |
| CVS-MDLT3-PRIV000000007 | CVS-MDLT3-PRIV000000007 |
| CVS-MDLT3-PRIV000000008 | CVS-MDLT3-PRIV000000008 |
| CVS-MDLT3-PRIV000000049 | CVS-MDLT3-PRIV000000049 |
| CVS-MDLT3-PRIV000000159 | CVS-MDLT3-PRIV000000159 |
| CVS-MDLT3-PRIV000000221 | CVS-MDLT3-PRIV000000221 |
| CVS-MDLT3-PRIV000000279 | CVS-MDLT3-PRIV000000279 |

| | |
|---|---|
| CVS-MDLT3-PRIV000000427 | CVS-MDLT3-PRIV000000427 |
| CVS-MDLT3-PRIV000000428 | CVS-MDLT3-PRIV000000428 |
| CVS-MDLT3-PRIV000000430 | CVS-MDLT3-PRIV000000430 |
| CVS-MDLT3-PRIV000000432 | CVS-MDLT3-PRIV000000432 |
| CVS-MDLT3-PRIV000000434 | CVS-MDLT3-PRIV000000434 |
| CVS-MDLT3-PRIV000000435 | CVS-MDLT3-PRIV000000435 |
| CVS-MDLT3-PRIV000000436 | CVS-MDLT3-PRIV000000436 |
| CVS-MDLT3-PRIV000000437 | CVS-MDLT3-PRIV000000437 |
| CVS-MDLT3-PRIV000000438 | CVS-MDLT3-PRIV000000438 |
| CVS-MDLT3-PRIV000000441 | CVS-MDLT3-PRIV000000441 |
| CVS-MDLT3-PRIV000000442 | CVS-MDLT3-PRIV000000442 |
| CVS-MDLT3-PRIV000000443 | CVS-MDLT3-PRIV000000443 |
| CVS-MDLT3-PRIV000000448 | CVS-MDLT3-PRIV000000448 |
| CVS-MDLT3-PRIV000000449 | CVS-MDLT3-PRIV000000449 |
| CVS-MDLT3-PRIV000000450 | CVS-MDLT3-PRIV000000450 |
| CVS-MDLT3-PRIV000000451 | CVS-MDLT3-PRIV000000451 |
| CVS-MDLT3-PRIV000000455 | CVS-MDLT3-PRIV000000455 |
| CVS-MDLT3-PRIV000000456 | CVS-MDLT3-PRIV000000456 |
| CVS-MDLT3-PRIV000000457 | CVS-MDLT3-PRIV000000457 |
| CVS-MDLT3-PRIV000000458 | CVS-MDLT3-PRIV000000458 |
| CVS-MDLT3-PRIV000000459 | CVS-MDLT3-PRIV000000459 |
| CVS-MDLT3-PRIV000000460 | CVS-MDLT3-PRIV000000460 |
| CVS-MDLT3-PRIV000000461 | CVS-MDLT3-PRIV000000461 |
| CVS-MDLT3-PRIV000000462 | CVS-MDLT3-PRIV000000462 |
| CVS-MDLT3-PRIV000000465 | CVS-MDLT3-PRIV000000465 |
| CVS-MDLT3-PRIV000000480 | CVS-MDLT3-PRIV000000480 |
| CVS-MDLT3-PRIV000000540 | CVS-MDLT3-PRIV000000540 |
| CVS-MDLT3-PRIV000000542 | CVS-MDLT3-PRIV000000542 |
| CVS-MDLT3-PRIV000000543 | CVS-MDLT3-PRIV000000543 |
| CVS-MDLT3-PRIV000000546 | CVS-MDLT3-PRIV000000546 |
| CVS-MDLT3-PRIV000000547 | CVS-MDLT3-PRIV000000547 |
| CVS-MDLT3-PRIV000000703 | CVS-MDLT3-PRIV000000703 |
| CVS-MDLT3-PRIV000000710 | CVS-MDLT3-PRIV000000710 |
| CVS-MDLT3-PRIV000000757 | CVS-MDLT3-PRIV000000757 |
| CVS-MDLT3-PRIV000000759 | CVS-MDLT3-PRIV000000759 |
| CVS-MDLT3-PRIV000001014 | CVS-MDLT3-PRIV000001014 |
| CVS-MDLT3-PRIV000001055 | CVS-MDLT3-PRIV000001055 |
| CVS-MDLT3-PRIV000001085 | CVS-MDLT3-PRIV000001085 |
| CVS-MDLT3-PRIV000001155 | CVS-MDLT3-PRIV000001155 |
| CVS-MDLT3-PRIV000001216 | CVS-MDLT3-PRIV000001216 |
| CVS-MDLT3-PRIV000001217 | CVS-MDLT3-PRIV000001217 |
| CVS-MDLT3-PRIV000001218 | CVS-MDLT3-PRIV000001218 |
| CVS-MDLT3-PRIV000001219 | CVS-MDLT3-PRIV000001219 |
| CVS-MDLT3-PRIV000001301 | CVS-MDLT3-PRIV000001301 |
| CVS-MDLT3-PRIV000001305 | CVS-MDLT3-PRIV000001305 |
| CVS-MDLT3-PRIV000001313 | CVS-MDLT3-PRIV000001313 |
| CVS-MDLT3-PRIV000001348 | CVS-MDLT3-PRIV000001348 |

| | |
|---|---|
| CVS-MDLT3-PRIV000001351 | CVS-MDLT3-PRIV000001351 |
| CVS-MDLT3-PRIV000001352 | CVS-MDLT3-PRIV000001352 |
| CVS-MDLT3-PRIV000001353 | CVS-MDLT3-PRIV000001353 |
| CVS-MDLT3-PRIV000001354 | CVS-MDLT3-PRIV000001354 |
| CVS-MDLT3-PRIV000001404 | CVS-MDLT3-PRIV000001404 |
| CVS-MDLT3-PRIV000001417 | CVS-MDLT3-PRIV000001417 |
| CVS-MDLT3-PRIV000001430 | CVS-MDLT3-PRIV000001430 |
| CVS-MDLT3-PRIV000001460 | CVS-MDLT3-PRIV000001460 |
| CVS-MDLT3-PRIV000001461 | CVS-MDLT3-PRIV000001461 |
| CVS-MDLT3-PRIV000001462 | CVS-MDLT3-PRIV000001462 |
| CVS-MDLT3-PRIV000001463 | CVS-MDLT3-PRIV000001463 |
| CVS-MDLT3-PRIV000001464 | CVS-MDLT3-PRIV000001464 |
| CVS-MDLT3-PRIV000001469 | CVS-MDLT3-PRIV000001469 |
| CVS-MDLT3-PRIV000001493 | CVS-MDLT3-PRIV000001493 |
| CVS-MDLT3-PRIV000001494 | CVS-MDLT3-PRIV000001494 |
| CVS-MDLT3-PRIV000001535 | CVS-MDLT3-PRIV000001535 |
| CVS-MDLT3-PRIV000001536 | CVS-MDLT3-PRIV000001536 |
| CVS-MDLT3-PRIV000001537 | CVS-MDLT3-PRIV000001537 |
| CVS-MDLT3-PRIV000001538 | CVS-MDLT3-PRIV000001538 |
| CVS-MDLT3-PRIV000001546 | CVS-MDLT3-PRIV000001546 |
| CVS-MDLT3-PRIV000001547 | CVS-MDLT3-PRIV000001547 |
| CVS-MDLT3-PRIV000001556 | CVS-MDLT3-PRIV000001556 |
| CVS-MDLT3-PRIV000001557 | CVS-MDLT3-PRIV000001557 |
| CVS-MDLT3-PRIV000001558 | CVS-MDLT3-PRIV000001558 |
| CVS-MDLT3-PRIV000001559 | CVS-MDLT3-PRIV000001559 |
| CVS-MDLT3-PRIV000001560 | CVS-MDLT3-PRIV000001560 |
| CVS-MDLT3-PRIV000001562 | CVS-MDLT3-PRIV000001562 |
| CVS-MDLT3-PRIV000001563 | CVS-MDLT3-PRIV000001563 |
| CVS-MDLT3-PRIV000001564 | CVS-MDLT3-PRIV000001564 |
| CVS-MDLT3-PRIV000001565 | CVS-MDLT3-PRIV000001565 |
| CVS-MDLT3-PRIV000001566 | CVS-MDLT3-PRIV000001566 |
| CVS-MDLT3-PRIV000001567 | CVS-MDLT3-PRIV000001567 |
| CVS-MDLT3-PRIV000001580 | CVS-MDLT3-PRIV000001580 |
| CVS-MDLT3-PRIV000001584 | CVS-MDLT3-PRIV000001584 |
| CVS-MDLT3-PRIV000001585 | CVS-MDLT3-PRIV000001585 |
| CVS-MDLT3-PRIV000001589 | CVS-MDLT3-PRIV000001589 |
| CVS-MDLT3-PRIV000001590 | CVS-MDLT3-PRIV000001590 |
| CVS-MDLT3-PRIV000001603 | CVS-MDLT3-PRIV000001603 |
| CVS-MDLT3-PRIV000001606 | CVS-MDLT3-PRIV000001606 |
| CVS-MDLT3-PRIV000001609 | CVS-MDLT3-PRIV000001609 |
| CVS-MDLT3-PRIV000001614 | CVS-MDLT3-PRIV000001614 |
| CVS-MDLT3-PRIV000001615 | CVS-MDLT3-PRIV000001615 |
| CVS-MDLT3-PRIV000001616 | CVS-MDLT3-PRIV000001616 |
| CVS-MDLT3-PRIV000001617 | CVS-MDLT3-PRIV000001617 |
| CVS-MDLT3-PRIV000001618 | CVS-MDLT3-PRIV000001618 |
| CVS-MDLT3-PRIV000001619 | CVS-MDLT3-PRIV000001619 |
| CVS-MDLT3-PRIV000001620 | CVS-MDLT3-PRIV000001620 |

| | |
|---|---|
| CVS-MDLT3-PRIV000001621 | CVS-MDLT3-PRIV000001621 |
| CVS-MDLT3-PRIV000001622 | CVS-MDLT3-PRIV000001622 |
| CVS-MDLT3-PRIV000001623 | CVS-MDLT3-PRIV000001623 |
| CVS-MDLT3-PRIV000001624 | CVS-MDLT3-PRIV000001624 |
| CVS-MDLT3-PRIV000001625 | CVS-MDLT3-PRIV000001625 |
| CVS-MDLT3-PRIV000001628 | CVS-MDLT3-PRIV000001628 |
| CVS-MDLT3-PRIV000001647 | CVS-MDLT3-PRIV000001647 |
| CVS-MDLT3-PRIV000001648 | CVS-MDLT3-PRIV000001648 |
| CVS-MDLT3-PRIV000001652 | CVS-MDLT3-PRIV000001652 |
| CVS-MDLT3-PRIV000001653 | CVS-MDLT3-PRIV000001653 |
| CVS-MDLT3-PRIV000001654 | CVS-MDLT3-PRIV000001654 |
| CVS-MDLT3-PRIV000001655 | CVS-MDLT3-PRIV000001655 |
| CVS-MDLT3-PRIV000001668 | CVS-MDLT3-PRIV000001668 |
| CVS-MDLT3-PRIV000001685 | CVS-MDLT3-PRIV000001685 |
| CVS-MDLT3-PRIV000001687 | CVS-MDLT3-PRIV000001687 |
| CVS-MDLT3-PRIV000001689 | CVS-MDLT3-PRIV000001689 |
| CVS-MDLT3-PRIV000001690 | CVS-MDLT3-PRIV000001690 |
| CVS-MDLT3-PRIV000001694 | CVS-MDLT3-PRIV000001694 |
| CVS-MDLT3-PRIV000001713 | CVS-MDLT3-PRIV000001713 |
| CVS-MDLT3-PRIV000001715 | CVS-MDLT3-PRIV000001715 |
| CVS-MDLT3-PRIV000001718 | CVS-MDLT3-PRIV000001718 |
| CVS-MDLT3-PRIV000001721 | CVS-MDLT3-PRIV000001721 |
| CVS-MDLT3-PRIV000001737 | CVS-MDLT3-PRIV000001737 |
| CVS-MDLT3-PRIV000001791 | CVS-MDLT3-PRIV000001791 |
| CVS-MDLT3-PRIV000001792 | CVS-MDLT3-PRIV000001792 |
| CVS-MDLT3-PRIV000001803 | CVS-MDLT3-PRIV000001803 |
| CVS-MDLT3-PRIV000001805 | CVS-MDLT3-PRIV000001805 |
| CVS-MDLT3-PRIV000001811 | CVS-MDLT3-PRIV000001811 |
| CVS-MDLT3-PRIV000001816 | CVS-MDLT3-PRIV000001816 |
| CVS-MDLT3-PRIV000001820 | CVS-MDLT3-PRIV000001820 |
| CVS-MDLT3-PRIV000001862 | CVS-MDLT3-PRIV000001862 |
| CVS-MDLT3-PRIV000001889 | CVS-MDLT3-PRIV000001889 |
| CVS-MDLT3-PRIV000001891 | CVS-MDLT3-PRIV000001891 |
| CVS-MDLT3-PRIV000001893 | CVS-MDLT3-PRIV000001893 |
| CVS-MDLT3-PRIV000001895 | CVS-MDLT3-PRIV000001895 |
| CVS-MDLT3-PRIV000001897 | CVS-MDLT3-PRIV000001897 |
| CVS-MDLT3-PRIV000001900 | CVS-MDLT3-PRIV000001900 |
| CVS-MDLT3-PRIV000001909 | CVS-MDLT3-PRIV000001909 |
| CVS-MDLT3-PRIV000001911 | CVS-MDLT3-PRIV000001911 |
| CVS-MDLT3-PRIV000001912 | CVS-MDLT3-PRIV000001912 |
| CVS-MDLT3-PRIV000001915 | CVS-MDLT3-PRIV000001915 |
| CVS-MDLT3-PRIV000001917 | CVS-MDLT3-PRIV000001917 |
| CVS-MDLT3-PRIV000001921 | CVS-MDLT3-PRIV000001921 |
| CVS-MDLT3-PRIV000001923 | CVS-MDLT3-PRIV000001923 |
| CVS-MDLT3-PRIV000001924 | CVS-MDLT3-PRIV000001924 |
| CVS-MDLT3-PRIV000001926 | CVS-MDLT3-PRIV000001926 |
| CVS-MDLT3-PRIV000001951 | CVS-MDLT3-PRIV000001951 |

| | |
|---|---|
| CVS-MDLT3-PRIV000001954 | CVS-MDLT3-PRIV000001954 |
| CVS-MDLT3-PRIV000001966 | CVS-MDLT3-PRIV000001966 |
| CVS-MDLT3-PRIV000001967 | CVS-MDLT3-PRIV000001967 |
| CVS-MDLT3-PRIV000001975 | CVS-MDLT3-PRIV000001975 |
| CVS-MDLT3-PRIV000001977 | CVS-MDLT3-PRIV000001977 |
| CVS-MDLT3-PRIV000001982 | CVS-MDLT3-PRIV000001982 |
| CVS-MDLT3-PRIV000001984 | CVS-MDLT3-PRIV000001984 |
| CVS-MDLT3-PRIV000001988 | CVS-MDLT3-PRIV000001988 |
| CVS-MDLT3-PRIV000001990 | CVS-MDLT3-PRIV000001990 |
| CVS-MDLT3-PRIV000001995 | CVS-MDLT3-PRIV000001995 |
| CVS-MDLT3-PRIV000001997 | CVS-MDLT3-PRIV000001997 |
| CVS-MDLT3-PRIV000001999 | CVS-MDLT3-PRIV000001999 |
| CVS-MDLT3-PRIV000002004 | CVS-MDLT3-PRIV000002004 |
| CVS-MDLT3-PRIV000002006 | CVS-MDLT3-PRIV000002006 |
| CVS-MDLT3-PRIV000002008 | CVS-MDLT3-PRIV000002008 |
| CVS-MDLT3-PRIV000002011 | CVS-MDLT3-PRIV000002011 |
| CVS-MDLT3-PRIV000002012 | CVS-MDLT3-PRIV000002012 |
| CVS-MDLT3-PRIV000002013 | CVS-MDLT3-PRIV000002013 |
| CVS-MDLT3-PRIV000002014 | CVS-MDLT3-PRIV000002014 |
| CVS-MDLT3-PRIV000002015 | CVS-MDLT3-PRIV000002015 |
| CVS-MDLT3-PRIV000002017 | CVS-MDLT3-PRIV000002017 |
| CVS-MDLT3-PRIV000002018 | CVS-MDLT3-PRIV000002018 |
| CVS-MDLT3-PRIV000002021 | CVS-MDLT3-PRIV000002021 |
| CVS-MDLT3-PRIV000002027 | CVS-MDLT3-PRIV000002027 |
| CVS-MDLT3-PRIV000002031 | CVS-MDLT3-PRIV000002031 |
| CVS-MDLT3-PRIV000002105 | CVS-MDLT3-PRIV000002105 |
| CVS-MDLT3-PRIV000002106 | CVS-MDLT3-PRIV000002106 |
| CVS-MDLT3-PRIV000002115 | CVS-MDLT3-PRIV000002115 |
| CVS-MDLT3-PRIV000002128 | CVS-MDLT3-PRIV000002128 |
| CVS-MDLT3-PRIV000002129 | CVS-MDLT3-PRIV000002129 |
| CVS-MDLT3-PRIV000002153 | CVS-MDLT3-PRIV000002153 |
| CVS-MDLT3-PRIV000002154 | CVS-MDLT3-PRIV000002154 |
| CVS-MDLT3-PRIV000002155 | CVS-MDLT3-PRIV000002155 |
| CVS-MDLT3-PRIV000002156 | CVS-MDLT3-PRIV000002156 |
| CVS-MDLT3-PRIV000002176 | CVS-MDLT3-PRIV000002176 |
| CVS-MDLT3-PRIV000002177 | CVS-MDLT3-PRIV000002177 |
| CVS-MDLT3-PRIV000002180 | CVS-MDLT3-PRIV000002180 |
| CVS-MDLT3-PRIV000002183 | CVS-MDLT3-PRIV000002183 |
| CVS-MDLT3-PRIV000002243 | CVS-MDLT3-PRIV000002243 |
| CVS-MDLT3-PRIV000002253 | CVS-MDLT3-PRIV000002253 |
| CVS-MDLT3-PRIV000002254 | CVS-MDLT3-PRIV000002254 |
| CVS-MDLT3-PRIV000002264 | CVS-MDLT3-PRIV000002264 |
| CVS-MDLT3-PRIV000002277 | CVS-MDLT3-PRIV000002277 |
| CVS-MDLT3-PRIV000002303 | CVS-MDLT3-PRIV000002303 |
| CVS-MDLT3-PRIV000002336 | CVS-MDLT3-PRIV000002336 |
| CVS-MDLT3-PRIV000002339 | CVS-MDLT3-PRIV000002339 |
| CVS-MDLT3-PRIV000002340 | CVS-MDLT3-PRIV000002340 |

| | |
|---|---|
| CVS-MDLT3-PRIV000002341 | CVS-MDLT3-PRIV000002341 |
| CVS-MDLT3-PRIV000002390 | CVS-MDLT3-PRIV000002390 |
| CVS-MDLT3-PRIV000002410 | CVS-MDLT3-PRIV000002410 |
| CVS-MDLT3-PRIV000002411 | CVS-MDLT3-PRIV000002411 |
| CVS-MDLT3-PRIV000002412 | CVS-MDLT3-PRIV000002412 |
| CVS-MDLT3-PRIV000002430 | CVS-MDLT3-PRIV000002430 |
| CVS-MDLT3-PRIV000002432 | CVS-MDLT3-PRIV000002432 |
| CVS-MDLT3-PRIV000002471 | CVS-MDLT3-PRIV000002471 |
| CVS-MDLT3-PRIV000002479 | CVS-MDLT3-PRIV000002479 |
| CVS-MDLT3-PRIV000002480 | CVS-MDLT3-PRIV000002480 |
| CVS-MDLT3-PRIV000002481 | CVS-MDLT3-PRIV000002481 |
| CVS-MDLT3-PRIV000002482 | CVS-MDLT3-PRIV000002482 |
| CVS-MDLT3-PRIV000002492 | CVS-MDLT3-PRIV000002492 |
| CVS-MDLT3-PRIV000002565 | CVS-MDLT3-PRIV000002565 |
| CVS-MDLT3-PRIV000002566 | CVS-MDLT3-PRIV000002566 |
| CVS-MDLT3-PRIV000002672 | CVS-MDLT3-PRIV000002672 |
| CVS-MDLT3-PRIV000002673 | CVS-MDLT3-PRIV000002673 |
| CVS-MDLT3-PRIV000002674 | CVS-MDLT3-PRIV000002674 |
| CVS-MDLT3-PRIV000002679 | CVS-MDLT3-PRIV000002679 |
| CVS-MDLT3-PRIV000002680 | CVS-MDLT3-PRIV000002680 |
| CVS-MDLT3-PRIV000002683 | CVS-MDLT3-PRIV000002683 |
| CVS-MDLT3-PRIV000002684 | CVS-MDLT3-PRIV000002684 |
| CVS-MDLT3-PRIV000002727 | CVS-MDLT3-PRIV000002727 |
| CVS-MDLT3-PRIV000002729 | CVS-MDLT3-PRIV000002729 |
| CVS-MDLT3-PRIV000002730 | CVS-MDLT3-PRIV000002730 |
| CVS-MDLT3-PRIV000002731 | CVS-MDLT3-PRIV000002731 |
| CVS-MDLT3-PRIV000002732 | CVS-MDLT3-PRIV000002732 |
| CVS-MDLT3-PRIV000002736 | CVS-MDLT3-PRIV000002736 |
| CVS-MDLT3-PRIV000002797 | CVS-MDLT3-PRIV000002797 |
| CVS-MDLT3-PRIV000002835 | CVS-MDLT3-PRIV000002835 |
| CVS-MDLT3-PRIV000002898 | CVS-MDLT3-PRIV000002898 |
| CVS-MDLT3-PRIV000002925 | CVS-MDLT3-PRIV000002925 |
| CVS-MDLT3-PRIV000002998 | CVS-MDLT3-PRIV000002998 |
| CVS-MDLT3-PRIV000003000 | CVS-MDLT3-PRIV000003000 |
| CVS-MDLT3-PRIV000003004 | CVS-MDLT3-PRIV000003004 |
| CVS-MDLT3-PRIV000003007 | CVS-MDLT3-PRIV000003007 |
| CVS-MDLT3-PRIV000003019 | CVS-MDLT3-PRIV000003019 |
| CVS-MDLT3-PRIV000003027 | CVS-MDLT3-PRIV000003027 |
| CVS-MDLT3-PRIV000003028 | CVS-MDLT3-PRIV000003028 |
| CVS-MDLT3-PRIV000003047 | CVS-MDLT3-PRIV000003047 |
| CVS-MDLT3-PRIV000003051 | CVS-MDLT3-PRIV000003051 |
| CVS-MDLT3-PRIV000003061 | CVS-MDLT3-PRIV000003061 |
| CVS-MDLT3-PRIV000003062 | CVS-MDLT3-PRIV000003062 |
| CVS-MDLT3-PRIV000003063 | CVS-MDLT3-PRIV000003063 |
| CVS-MDLT3-PRIV000003064 | CVS-MDLT3-PRIV000003064 |
| CVS-MDLT3-PRIV000003079 | CVS-MDLT3-PRIV000003079 |
| CVS-MDLT3-PRIV000003120 | CVS-MDLT3-PRIV000003120 |

| | |
|---|---|
| CVS-MDLT3-PRIV000003121 | CVS-MDLT3-PRIV000003121 |
| CVS-MDLT3-PRIV000003148 | CVS-MDLT3-PRIV000003148 |
| CVS-MDLT3-PRIV000003155 | CVS-MDLT3-PRIV000003155 |
| CVS-MDLT3-PRIV000003276 | CVS-MDLT3-PRIV000003276 |
| CVS-MDLT3-PRIV000003342 | CVS-MDLT3-PRIV000003342 |
| CVS-MDLT3-PRIV000003427 | CVS-MDLT3-PRIV000003427 |
| CVS-MDLT3-PRIV000003428 | CVS-MDLT3-PRIV000003428 |
| CVS-MDLT3-PRIV000003439 | CVS-MDLT3-PRIV000003439 |
| CVS-MDLT3-PRIV000003440 | CVS-MDLT3-PRIV000003440 |
| CVS-MDLT3-PRIV000003443 | CVS-MDLT3-PRIV000003443 |
| CVS-MDLT3-PRIV000003455 | CVS-MDLT3-PRIV000003455 |
| CVS-MDLT3-PRIV000003457 | CVS-MDLT3-PRIV000003457 |
| CVS-MDLT3-PRIV000003459 | CVS-MDLT3-PRIV000003459 |
| CVS-MDLT3-PRIV000003461 | CVS-MDLT3-PRIV000003461 |
| CVS-MDLT3-PRIV000003463 | CVS-MDLT3-PRIV000003463 |
| CVS-MDLT3-PRIV000003465 | CVS-MDLT3-PRIV000003465 |
| CVS-MDLT3-PRIV000003471 | CVS-MDLT3-PRIV000003471 |
| CVS-MDLT3-PRIV000003502 | CVS-MDLT3-PRIV000003502 |
| CVS-MDLT3-PRIV000003510 | CVS-MDLT3-PRIV000003510 |
| CVS-MDLT3-PRIV000003526 | CVS-MDLT3-PRIV000003526 |
| CVS-MDLT3-PRIV000003621 | CVS-MDLT3-PRIV000003621 |
| CVS-MDLT3-PRIV000003701 | CVS-MDLT3-PRIV000003701 |
| CVS-MDLT3-PRIV000003748 | CVS-MDLT3-PRIV000003748 |
| CVS-MDLT3-PRIV000003753 | CVS-MDLT3-PRIV000003753 |
| CVS-MDLT3-PRIV000003755 | CVS-MDLT3-PRIV000003755 |
| CVS-MDLT3-PRIV000003756 | CVS-MDLT3-PRIV000003756 |
| CVS-MDLT3-PRIV000003773 | CVS-MDLT3-PRIV000003773 |
| CVS-MDLT3-PRIV000003774 | CVS-MDLT3-PRIV000003774 |
| CVS-MDLT3-PRIV000003775 | CVS-MDLT3-PRIV000003775 |
| CVS-MDLT3-PRIV000003784 | CVS-MDLT3-PRIV000003784 |
| CVS-MDLT3-PRIV000003785 | CVS-MDLT3-PRIV000003785 |