**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) | **MDL 2804** |
| | ) | |
| | ) | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **Judge Dan Aaron Polster** |
| *Track Three Cases* | ) | |
| | ) | **ORDER REGARDING** |
| | ) | **TRIAL TRANSCRIPTS** |
| | ) | |

The Court Orders that:

Any Party Attorney[1] who would like to receive realtime feed(s) during the trial must submit an MDL Track Three Trial Transcript Order Form (Attachment A to this docket entry), as detailed below, on or before **Monday, September 20, 2021**.

- One request form from each Party is sufficient.

- The request shall include an attachment with the name and email address of each Party Attorney who will receive realtime feed(s) on behalf of that Party.

- Lead Counsel for each Party shall ensure a completed *Realtime/Draft Unedited Transcript Disclaimer* is attached to their request (Attachment B to this docket entry) so that all Party Attorneys receiving a realtime feed have acknowledged that the realtime/draft shall not be forwarded or distributed to non-ordering Parties or the public.

---

[1] Realtime feeds are only available to Track Three Trial Party Attorneys.

Certified, final transcripts will be provided, upon request, on a daily basis throughout the duration of the trial. Any individual who would like to receive daily transcripts must submit a MDL Track Three Trial Transcript Order Form (Attachment A), as detailed below, on or before **Monday, September 20, 2021**.

- For Parties in the trial, one request form from each Party is sufficient. All other transcript orders must be submitted on an individual basis.

- Each transcript order shall include a lead contact person to whom the final transcripts will be delivered each day as well as any additional file formats requested for delivery (PDF format is standard and included).

All orders for realtime feeds and/or transcripts shall be submitted by the dates outlined above to Court Reporters Donnalee Cotone (Donnalee_Cotone@ohnd.uscourts.gov) **AND** Sarah Nageotte (Sarah_Nageotte@ohnd.uscourts.gov).

For general inquiries, contact Court Reporters Donnalee Cotone (Donnalee_Cotone@ohnd.uscourts.gov), Heidi Geizer (Heidi_Geizer@ohnd.uscourts.gov), **AND** Sarah Nageotte (Sarah_Nageotte@ohnd.uscourts.gov) via email only.  Phone calls will not be returned.

**IT IS SO ORDERED.**

**/s/ Dan Aaron Polster**   8/25/21
**DAN AARON POLSTER**
**UNITED STATES SR. DISTRICT JUDGE**