**Attachment A**

United States District Court
Northern District of Ohio

## MDL Track Three Trial Transcript Order Form
*To be completed by ordering party responsible for payment*

| **Requested By:**<br>*Name*<br>*Firm*<br>*Email*<br>*Phone Number* | |
|---|---|
| **Representing:** | |
| **Point-of-Contact:**<br>*(If different from above)* | |

| **Date of Submission:** | |
|---|---|

> Financial arrangements must be made with the court reporter before
> a realtime feed and/or final transcript is prepared.
> A court reporter will be in contact prior trial to make arrangements.

### TRANSCRIPT SERVICES AVAILABLE

Please select below the service(s) requested.  Full descriptions and rates of transcript types can be found *here*.

**Realtime/Unedited Transcript[1]**

Realtime will be provided through the court reporter's software and delivered via CaseViewNet. CaseViewNet can be accessed through (1) a downloaded computer program, (2) a URL/weblink, and/or (3) an Apple Store iPad app.  A charge will be assessed for each connection to the realtime transcript feed.

As indicated in the Court's Order Regarding Trial Transcripts, the name and email address of each Track Three Trial Party Attorney requesting a realtime feed shall be included with this request.

Prior to trial, a court reporter will contact each attorney listed as requesting a realtime feed to provide detailed instructions on accessing the realtime feed.  A remote realtime testing session will take place approximately one week prior to trial.

**Certified/Final Transcript**

Certified/final transcripts are to be provided each day and are in standard PDF format.  Other formats are available at an additional copy charge per format.  Select requested formats, if any additional, below:

    Condensed PDF *(4 pages to a page)*
    .txt *(ASCII)*
    Other *(please specify)*

---
[1]Realtime feeds are only available to Track Three Trial Party Attorneys