UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.,*<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.,*<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**JOINT MOTION FOR SEVERANCE OF RITE AID DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs County of Lake, Ohio and County of Trumbull, Ohio (together, the "Track 3 Plaintiffs") and Defendants Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center, and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center (collectively, "Rite Aid") jointly move to sever all claims brought by the Track 3 Plaintiffs against Rite Aid.  In support of this joint motion, the Track 3 Plaintiffs and Rite Aid state the following:

1. The Track 3 Plaintiffs and Rite Aid have reached an agreement for resolution of all claims brought in this action by the Track 3 Plaintiffs against Rite Aid (the "Agreement").

2. The Agreement is subject to the approval of the Lake County Commissioners and Trumbull County Commissioners as required by law.

3. The Track 3 Plaintiffs and Rite Aid have agreed that Rite Aid should be severed from the Track 3 cases, effective immediately.  Rite Aid will be dismissed from the Track 3 cases

with prejudice upon final approval of the Agreement by the Lake County Commissioners and Trumbull County Commissioners.

WHEREFORE, the Track 3 Plaintiffs and Rite Aid respectfully request that this Court grant the Joint Motion for Severance of Rite Aid Defendants.

Dated:  August 25, 2021                           Respectfully submitted,

/s/   *Frank Gallucci*
Frank Gallucci
Plevin & Gallucci
Cleveland Office
55 Public Square #2222
Cleveland, OH 44113
FGallucci@pglawyer.com

*Attorney for Plaintiffs Lake County, Ohio and Trumbull County, Ohio*

/s/   *Kelly A. Moore*
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

*Attorney for Defendants Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*

**IT IS SO ORDERED.**

_____
DAN AARON POLSTER
UNITED STATES SR. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on August 25, 2021, the foregoing was electronically filed using the Court's CM/ECF system, and all counsel of record were served by operation of that system.

*/s/ Kelly A. Moore*
Kelly A. Moore
