# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>All Cases | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**THE MAYOR AND CITY COUNCIL OF BALTIMORE'S NOTICE OF WITHDRAWAL OF REQUEST AS *AMICUS CURIAE* FOR MODIFICATION OF THE COURT'S AUGUST 12, 2021 ORDER APPROVING COMMON BENEFIT ASSESSMENT**

On August 24, 2021, the Mayor and City Council of Baltimore ("the City") filed a request as *amicus curiae* for modification of the Court's August 12, 2021 order approving common benefit assessment. Doc. # 3888. The City has conferred with the Plaintiffs' Executive Committee ("PEC"), which confirmed that the common benefit assessment does not apply to the City. In reliance on the PEC's representation, the City provides notice that it is withdrawing its request filed at Doc. # 3888.

Dated: August 26, 2021

Respectfully submitted,

*/s/ Seth Ard*

JAMES L. Shea
City Solicitor
Sara Gross, Chief Solicitor
Thomas P.G. Webb, Chief Solicitor
BALTIMORE CITY LAW DEPARTMENT
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Tel: 410-396-3930

Fax: 410-547-1025
james.shea@baltimorecity.gov
sara.gross@baltimorecity.gov
tom.webb@baltimorecity.gov

William Christopher Carmody
Arun Subramanian
Seth Ard
Jillian Hewitt
Max Straus
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: 212-336-8330
Fax: 212-336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com

Ian Crosby
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Tel: 206-516-3880
Fax: 206-516-3883
icrosby@susmangodfrey.com

Sylvanus M. Polky
SUSMAN GODFREY L.L.P.
1000 Lousiana Street, Suite 5100
Houston, TX 77002
Tel: 713-651-5096
Fax: 713-651-9366
spolky@susmangodfrey.com

*Attorneys for Plaintiff Mayor & City Council of Baltimore*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                */s/ Seth Ard*
                                                Seth Ard