# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| *All Cases* | ) | Hon. Dan Aaron Polster |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

COMES NOW David V. Hayes, attorney for the Defendant Bloodworth Wholesale Drugs, Inc. in the above-styled matter, and pursuant to Local Civil Rule 83.5(i), hereby notifies the Court and parties of the following change of firm and address. All communications regarding this matter should be mailed to the following new firm and address:

David V. Hayes
BENDIN SUMRALL & LADNER, LLC
One Midtown Plaza
1360 Peachtree St NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3100
Facsimile: (404) 671-3080
dhayes@bsllaw.net

1

Respectfully submitted, this 26th day of August, 2021.

**BENDIN, SUMRALL & LADNER, LLC**

/s/ David V. Hayes
DAVID V. HAYES
Georgia Bar No. 240156

*Attorney for Defendant Bloodworth Wholesale Drugs, Inc.*

1360 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3123
Facsimile: (404) 671-3080
dhayes@bsllaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August 2021, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM AND ADDRESS** with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

                        **BENDIN, SUMRALL & LADNER, LLC**

                        /s/ David V. Hayes
                        DAVID V. HAYES
                        Georgia Bar No. 240156

                        *Attorney for Defendant Bloodworth Wholesale Drugs, Inc.*

1360 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3123
Facsimile: (404) 671-3080
dhayes@bsllaw.net