# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.,*<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.,*<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL OF MOTION *IN LIMINE* TO EXCLUDE PLAINTIFFS' EXHIBIT P-20533

Defendants Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center, and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center (collectively, "Rite Aid") hereby withdraw Rite Aid's Motion *in Limine* to Exclude Plaintiffs' Exhibit P-20533 (ECF No. 3840).

On August 26, 2021, the Court so-ordered Rite Aid and Plaintiffs' Joint Motion to Sever Rite Aid Defendants.  *See* ECF No. 3984.  Rite Aid therefore has been severed from the Track 3 cases.

Accordingly, Rite Aid hereby withdraws its Motion *in Limine* to Exclude Plaintiffs' Exhibit P-20533.

Dated:  August 27, 2021    Respectfully submitted,

/s/   Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
E-mail: kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Email: elisa.mcenroe@morganlewis.com

*Attorneys for Defendants Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center*

## **CERTIFICATE OF SERVICE**

I certify that on August 27, 2021, the foregoing was electronically filed using the Court's CM/ECF system, and all counsel of record were served by operation of that system.

*/s/ Kelly A. Moore*
Kelly A. Moore
