# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to**:<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## NOTICE OF SERVICE OF DEFENDANTS HBC SERVICE COMPANY AND GIANT EAGLE, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants HBC Service Company and Giant Eagle, Inc. (together, "Giant Eagle") hereby provide notice that on August 27, 2021, they served unredacted copies of the following documents on all Parties, the Court, and Special Master Cohen:

- Giant Eagle's Reply Brief in Support of Motion for Summary Judgment; and
- Declaration of Daniel J. Stuart, along with corresponding Exhibits 47-48.

Dated:  August 27, 2021

Respectfully submitted,

/s/ *Robert M. Barnes*
Robert M. Barnes
*rbarnes@marcus-shapira.com*
Scott D. Livingston
*livingston@marcus-shapira.com*
Joshua A. Kobrin
*kobrin@marcus-shapira.com*
Daniel J. Stuart
*stuart@marcus-shapira.com*

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street

A1632689.1

Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Defendants HBC Service Company and Giant Eagle, Inc.*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on August 27, 2021.

> Judge Dan A. Polster
> *Dan_Polster@ohnd.uscourts.gov*
>
> Special Master David R. Cohen
> *david@specialmaster.law*
>
> Counsel for Plaintiffs
> *mdl2804discovery@motleyrice.com*
>
> Counsel for CT3 Defendants
> *ext-track3defendants@groups.jonesday.com*

> */s/ Robert M. Barnes*
> Robert M. Barnes