# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Tarrant County v. Purdue Pharma, L.P., et al.* (No. 18-op-45274) | Judge Dan Aaron Polster |

## UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff Tarrant County hereby move to dismiss Defendant CVS Health Corporation from *Tarrant County v. Purdue Pharma, L.P., et al.* (N.D. Ohio Case No. 18-op-45274) without prejudice. CVS Health Corporation does not oppose this motion.

WHEREFORE, Plaintiff Tarrant County respectfully requests that the Court grant this motion and dismiss CVS Health Corporation from the *Tarrant County* case without prejudice.

Date: August 27, 2021

Respectfully submitted,

**THE LANIER LAW FIRM**

By: */s/ W. Mark Lanier*
W. Mark Lanier
Rebecca Phillips
10940 W. Sam Houston Parkway N.
Houston, TX 77064
Tel: 713-659-5200
Fax: 713-659-2204
wml@lanierlawfirm.com
rebecca.phillips@lanierlawfirm.com

                      */s/ Evan Janush*
                      Evan Janush
                      126 East 56th Street, 6th Floor
                      New York, NY 10022
                      Tel: 212-421-2800
                      Fax: 212-421-2878
                      evan.janush@lanierlawfirm.com

                      *Counsel for Plaintiff Tarrant County*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2021, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *W. Mark Lanier*
W. Mark Lanier
