UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>"Track Eight: Cobb County, Georgia" | MDL 2804<br><br>Case No. 1:17-MD-2804<br><br>Case No. 1:18-OP-45817<br><br>Judge Dan Aaron Polster |

## DEFENDANT PUBLIX SUPER MARKETS, INC.'S
## MOTION TO DISMISS PLAINTIFF COBB COUNTY'S COMPLAINT

Defendant Publix Super Markets, Inc., ("Publix"), by and through the undersigned counsel, moves to dismiss with prejudice Plaintiff Cobb County's ("plaintiff") Supplemental and Amended Allegations to Be Added to "Short Form for Supplementing Complaint and Amending Defendants and Jury Demand" ("Complaint") on the basis that plaintiff fails to state a claim against Publix for public nuisance under Georgia law.  *See* Fed. R. Civ. P. 8(a), 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).   For the reasons set forth in the accompanying Memorandum of Law, and in accordance with the page limitations mandated by the Court in the Track Eight Case Management Order for Cobb County, Georgia, Doc. 3818, Section C(1)(iii), Publix respectfully requests that the Court dismiss plaintiff's Complaint with prejudice as to Publix.

1

Dated: August 27, 2021

        Respectfully Submitted,

        <u>/s/ Gregory S. Chernack</u>

        Gregory S. Chernack, Esq., (D.C. Bar No. 472295)
        (gchernack@hollingsworthllp.com)
        Kathryn S. Jensen, Esq., (D.C. Bar No. 494598)
        (kjensen@hollingsworthllp.com)
        Hollingsworth LLP
        1350 I Street N.W.
        Washington, D.C. 20005
        Phone: (202) 898-5800
        Fax: (202) 682-1639

        *Attorneys for Defendant Publix Super Markets, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was filed electronically on August 27, 2021. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

/s/ Gregory S. Chernack

Gregory S. Chernack, Esq., (D.C. Bar No. 472295)
(gchernack@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant Publix Super Markets, Inc.*

3