# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*Track Three Cases* | MDL No. 2804<br>Case No. 17-md-2804<br>**Judge Dan Aaron Polster** |

### NOTICE OF SERVICE OF REPLY MEMORANDUM IN FURTHER SUPPORT OF CERTAIN DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OFFERED BY JAMES RAFALSKI

Defendants Giant Eagle, Inc. and HBC Service Company, and Walmart Inc. ("Moving Defendants") hereby provide notice that on August 27, 2021, they served unredacted copies of the following documents on all Parties, the Court, and Special Master Cohen:

- Reply Memorandum in Further Support of Certain Defendants' *Daubert* Motion to Exclude the Opinions Offered by James Rafalski;

- Declaration of Brian C. Hill, along with the corresponding Exhibits:

    Exhibit 1: James Rafalski 4/16/2021 Expert Report Excerpts; and

    Exhibit 2: *Sardis v. Overhead Door Corp.*, No. 20-1411 (4th Cir. Aug. 20, 2021) Opinion and Attachment Excerpts: Advisory Committee Materials.

Dated: August 27, 2021

Respectfully submitted,

*/s/ Scott D. Livingston*
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre 301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Email: rbarnes@marcus-shapira.com
Email: livingston@marcus-shapira.com
Email: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle and HBC Service Company*

<u>*/s/ Tara A. Fumerton* (consent)</u>
Tara A. Fumerton
Tina M. Tabacchi
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: <u>tmtabacchi@jonesday.com</u>
E-mail: <u>tfumerton@jonesday.com</u>

*Attorneys for Walmart Inc.*

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on August 27, 2021.

<i>/s/ Scott D. Livingston</i>