# EXHIBIT 3



October 30, 2020

**VIA EMAIL**

*EXT_Track1BDefendants@jonesday.com*

>    Re: ***In re National Prescription Opiate Litigation,*** **MDL No. 2804; CT3**
>    **Persons and Entities with Relevant Knowledge**

Counsel:

We write on behalf of Trumbull and Lake Counties ("Plaintiffs") per the Track Three CMO, which orders the parties to "identify persons and entities with relevant knowledge." *See* Dkt. No. 3325 at E.5.

Plaintiffs identify all "persons and entities with relevant knowledge" in the attached Exhibit 1. In addition to the list of names of persons and entities with relevant knowledge in Exhibit 1, Plaintiffs also incorporate by reference all individuals of the following defendants who were deposed or named in MDL discovery responses by these defendants:

- Allergan
- Actavis
- AmerisourceBergen
- Anda
- Cardinal Health
- Cephalon
- CVS
- Discount Drug Mart
- Endo
- H.D. Smith
- HBC/Giant Eagle
- Henry Schein
- Insys
- Jansen/Johnson & Johnson
- Mallinckrodt
- McKesson
- Par
- Prescription Supply Incorporated
- Purdue
- Rite Aid
- Teva
- Walgreens



- Walmart
- Watson

Plaintiffs also incorporate by reference: (i) any individuals or entities disclosed in its or any other party's discovery responses; (ii) identification of persons or entities with knowledge disclosed by other parties, including Defendants, in these cases; and (iii) each witness who has been or will be noticed or subpoenaed by any party for a deposition in these cases.

Plaintiffs will disclose their Track Three experts according to the schedule set by the Court.

In including an individual or entity in this disclosure, Plaintiffs do not concede that the individual or entity is a proper subject for discovery, deposition, or trial and reserves all objections. Plaintiffs' investigation is ongoing, given the and lack of substantially complete productions from Defendants and ongoing discovery disputes. Plaintiffs reserve all rights to amend this disclosure to add or remove persons and entities with relevant knowledge for any reason, including, but not limited to, in response to ongoing discovery or any rulings or orders that may expand or restrict the issues in the case.

Sincerely,

*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
Frank Gallucci
Salvatore C. Badala
Joseph L. Ciaccio

*Counsel for Lake and Trumbull Counties*

**Exhibit 1**

| Person/Entity | Title/Entity |
|---|---|
| Milhoan, Jodie | Trumbull County |
| O'Shaughnessy, Denise | Trumbull County |
| Rodgers, Darryl | Trumbull County |
| Gargano, John | Trumbull County |
| Biviano, Adrian | Trumbull County |
| James, Dr. Thomas | Trumbull County |
| Meszaros, Kathleen | Trumbull County |
| Schaffner, Timothy | Trumbull County |
| Tvaroch, Richard | Trumbull County |
| Jackson, Richard | Trumbull County |
| Buccino-Arnaut, Gina | Trumbull County |
| Morrow, Charles | Trumbull County |
| Villanueva, Tony | Trumbull County |
| Mason, Daniel | Trumbull County |
| Cook, Ernest | Trumbull County |
| Caraway, April | Trumbull County |
| Thorp, Lauren | Trumbull County |
| Evans, Keith | Trumbull County |
| O'Hara, Nicholas | Trumbull County |
| Smith, Lawrence | Lake County |
| Galloway, Christopher | Lake County |
| Matas, Michael | Lake County |
| DiMare, Joel | Lake County |
| Komar, Dr. Mark | Lake County |
| Berry, Craig | Lake County |
| Battiato, Matthew | Lake County |
| O'Brien, Lori | Lake County |
| Tressler, David | Lake County |
| Rasic, Anne | Lake County |
| Kowall, Karen | Lake County |
| Begley, Christopher | Lake County |
| Brooks, Cynthia | Lake County |
| Walters, Ronald | Lake County |
| Snow, Diane | Lake County |
| Belle, Jeffrey | Lake County |
| Suchanek, LeAnne | Lake County |
| Blakely, Damian | Lake County |
| Lajack, Daniel | Lake County |
| Gardner, Michael | Lake County |

| Person/Entity | Title/Entity |
|---|---|
| Frisone, David | Lake County |
| Willis, George "Pat" | Lake County |
| Matteo, Joseph | Lake County |
| Kimberly Erb | Lake County |
| Phillips, Pam | Lake County |
| Fraser, Kim | Lake County ADAMHS |
| Michelson, Dr. Dennis | Advanced Clinical Consultants |
| Beck, DDS, Dr. Frank | Mercy Health |
| First Step Recovery | First Step Recovery |
| Woodford, Cindy | First Step Recovery |
| Villaplana, Dr. Luis | Medical Director at Meridian Healthcare |
| Compass Family and Community Services | Compass Family and Community Services |
| Caruso, Joseph | Compass Family and Community Services |
| SOLACE | SOLACE |
| Spies, Linda | SOLACE |
| Ohio Board of Pharmacy | Ohio Board of Pharmacy |
| Pavlich, George | Ohio Board of Pharmacy |
| Edwards, William "Trey" | Ohio Board of Pharmacy |
| DiFrangia, William | Ohio Board of Pharmacy |
| Crossroads Health | Crossroads Health |
| Hammond, Julie | Crossroads Health |
| Matoney, Michael | Crossroads Health |
| Razmjovei, Dr. Karim | University Hospitals/Crossroads Health |
| Lake Geauga Recovery Centers | Lake Geauga Recovery Centers |
| Blasko, Melanie | Lake Geauga Recovery Centers |
| Hanlon, Dave | Lake Geauga Recovery Centers |
| Signature Health | Signature Health |
| Lee, Jonathan | Signature Health |
| Cover2 Resources | Cover2 Resources |
| McNeil, Greg | Cover2 Resources |
| Windsor Laurelwood Center for Behavioral Medicine | Windsor Laurelwood Center for Behavioral Medicine |
| Mccallin, Nicole | Foster Parent |
| Johnson, Ronna | Competent Caregivers |
| Parrilla, Kathy | Trumbull County Combined Health District |
| NACDS | NACDS |
| Nicholson, Kevin | National Association of Chain Drugstores |
| Cope, Michelle | National Association of Chain Drugstores |
| O'Donnell, Tom | National Association of Chain Drugstores |

2

| Person/Entity | Title/Entity |
|---|---|
| Guckian, Sandra | National Association of Chain Drugstores |
| Bell, Don | National Association of Chain Drugstores |
| Kleiman, Mary Ellen | National Association of Chain Drugstores |
| Jaeger, Kathleen | National Association of Chain Drugstores |
| McCormack, Jill | National Association of Chain Drugstores |
| Boutte, Christie | National Association of Chain Drugstores |
| Krese, Chris | National Association of Chain Drugstores |
| Kelly, Carol | National Association of Chain Drugstores |
| Tighe, Bill | National Association of Chain Drugstores |
| Kopple, Chrissy | National Association of Chain Drugstores |
| Drug Enforcement Administration ("DEA") | Drug Enforcement Administration ("DEA") |
| Mapes, Michael | Former DEA Diversion Investigator |
| Wright, Kyle | DEA, Staff Coordinator Regulatory Section |
| Harper-Avilia, Stacy | DEA, Section Chief on Quotes |
| Strait, Matthew | DEA, Senior Policy Advisor |
| Howard, June | DEA, Program Analyst |
| Tush, Donald | DEA, Diversion Investigator |
| Prevoznik. Thomas | DEA, Associate Section Chief for Pharmaceutical Investigations Section of Diversion Control Division |
| Rannazzisi, Joseph | DEA, Former Head of Office of Diversion Control |
| Ashley, Demetra | DEA, Former Acting Assistant Administrator |
| HDA | HDA |
| Kelly, Patrick | HDA |
| Gray, John | HDA, President and CEO |
| Ducca, Anita | HDA Senior Vice President of Regulatory Affairs |
| Applegate, Mary Dr. | Ohio Department of Medicaid, Medical Director |
| Wharton, Donald Dr. | Ohio Department of Medicaid, Assistant Medical Director |
| Buzzeo, Ronald | SOMS Consultant |
| IQVIA | IQVIA |
| Hunter, James | IQVIA |
| Roma, Elise | IQVIA |
| APAM | APAM |
| Hagen, Danieele | APAM |
| Smith, Todd | APAM |
| Kulkarni, Kathy | APAM |

3