# EXHIBIT 8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** | Judge Dan A. Polster |
| *Track Three Cases* | |

## <u>PHARMACY DEFENDANTS' CORRECTED JOINT WITNESS LIST</u>

Pursuant to Federal Rule of Civil Procedure 26 and this Court's Track Three Civil Jury

Trial Order (Dkt. No. 3758), Pharmacy Defendants listed below hereby disclose the following

witnesses who may testify at trial on their behalf.[1]  This joint defense witness list is made on behalf

of CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., CVS Pharmacy,

Inc., and Ohio CVS Stores, L.L.C.; Giant Eagle, Inc., and HBC Service Company; Rite Aid of

Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center; Walgreen Co.; and Walmart Inc.

("Pharmacy Defendants").  This joint defense witness list is in addition to those witnesses

identified on Pharmacy Defendants' Individual Witness Lists and in addition to witnesses that may

be played as part of these Pharmacy Defendants' videotaped designations or counter-designations.

In serving this joint witness list, Pharmacy Defendants specifically reserve the right to

amend, supplement, or otherwise modify these disclosures, including if new or modified

information is provided at any point.  This includes without limitation any information identified,

disclosed, or produced as a result of on-going discovery related to specific prescriptions.

---

[1] Pharmacy Defendants serve this joint list for purposes of efficiency and to avoid burdening the Court with overlapping or potentially duplicative witness lists. Inclusion of any particular witness on this list does not indicate that every Pharmacy Defendant intends to individually offer that listed witness.  Pharmacy Defendants reserve the right to call any witness live or to designate testimony from any witness, as allowed by any applicable rule and this Court's orders.

Pharmacy Defendants reserve the right to supplement and/or amend this witness list as the result of ongoing and future depositions or productions in this action.  Pharmacy Defendants also reserve the right to supplement and/or to amend this list with any witnesses identified on any party's witness lists, including witness lists served by Plaintiffs and individual Pharmacy Defendants, and including any party who later settles or is severed or dismissed.  Pharmacy Defendants further reserve the right to conduct a direct examination of any witness called by a Plaintiff and/or to call additional witnesses not identified on this list, either live or by designation, that are submitted as part of current or future lists and/or deposition designations by any other party.  Pharmacy Defendants reserve the right to call any of these witnesses and any of Plaintiffs' 30(b)(6) witnesses whose testimony is designated as live witnesses in their case in chief.  Pharmacy Defendants further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions and to call additional witnesses, either live or by designation, to rebut Plaintiffs' case.

### A.      Expert Witnesses

In accordance with Section G.3 of the Second Revised Case Management Order for Track Three (Doc. 3735), Pharmacy Defendants will disclose their expert witnesses on or before June 25, 2021.  Pharmacy Defendants also reserve the right to call live any expert disclosed by Plaintiffs, or to play by designation deposition testimony by such witnesses.  Pharmacy Defendants also reserve the right to call as witness or play by designation testimony provided by Dr. David A. Kessler, M.D., Meredith B. Rosenthal, Ph.D., and Mark Schumacher, MD, Ph.D.  All experts will be expected to testify about the opinions detailed in their reports and deposition testimony, and on matters concerning their knowledge, skill, experience, education, and training.

### B.      Fact Witnesses

1.      <u>Kimberly Anderson</u>, Chief Legal Officer, Ohio State Medical Board.

      Areas of Testimony: Ms. Anderson is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

2.    Demetra Ashley, Former Acting Assistant Administrator to the Diversion Control Center.

      Areas of Testimony:  Ms. Ashley is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

3.    Jenny Azouri, Prosecutor, Lake County.

      Areas of Testimony: Ms. Azouri is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

4.    Stephen Baum, Doctor, Lake Health.

      Areas of Testimony:  Dr. Baum is expected to testify concerning matters related to the claims and defenses in this action, including

but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

5.    <u>Frank Beck</u>, Dentist, Mercy Health.

<u>Areas of Testimony</u>: Dr. Beck is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

6.    <u>Chris Begley</u>, Sergeant, Lake County Narcotics Agency.

<u>Areas of Testimony</u>: Mr. Begley is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

7.    <u>Jeffrey Belle</u>, Detective, Lake County Sheriff's Office.

<u>Areas of Testimony</u>: Mr. Belle is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

8.    <u>Craig Berry</u>, Chief Probation Officer, Lake County.

<u>Areas of Testimony</u>:  Mr. Berry is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

9.      <u>Demir Bingol</u>, Former Senior Product Director, Endo Pharmaceuticals.

<u>Areas of Testimony</u>:  Mr. Bingol is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

10.     <u>Damian Blakeley</u>, Special Agent, Lake County Narcotics Agency.

<u>Areas of Testimony</u>: Mr. Blakely is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

11.     <u>Cynthia Brooks</u>, Administrator, Lake County Jail.

<u>Areas of Testimony</u>:  Ms. Brooks is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

5

12.    John Bucchieri, Doctor, Lake Health.

      Areas of Testimony:  Dr. Bucchieri is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition.

13.    Gina Buccino-Arnaut, Prosecutor, Trumbull County.

      Areas of Testimony: Ms. Buccino-Arnaut is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

14.    Jason Briscoe, Director, Pharmacy Operations, Discount Drug Mart.

      Areas of Testimony: Mr. Briscoe is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities as; and/or his deposition testimony.

15.    April Caraway, Executive Director, Mental Health and Recovery Board.

      Areas of Testimony: Ms. Caraway is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities;

the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

16.    <u>Lewis Colosimo</u>, Group Supervisor, DEA.

<u>Areas of Testimony</u>:  Mr. Colosimo is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

17.    <u>William DiFrangia</u>, Agent, Ohio Board of Pharmacy.

<u>Areas of Testimony</u>: Mr. DiFrangia is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

18.    <u>Joel DiMare</u>, Former Budget Director, Lake County.

<u>Areas of Testimony</u>: Mr. DiMare is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

19.    <u>Brian Dombek</u>, Special Agent, Lake County Narcotics Agency.

<u>Areas of Testimony</u>: Mr. Dombek is expected to testify concerning matters related to the claims and defenses in this action, including

but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

20.     <u>James Doroz</u>, Director, Business Intelligence, Insys Therapeutics.

     <u>Areas of Testimony</u>:  Mr. Doroz is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

21.     <u>Joseph Dragovich</u>, Deputy Sheriff, Trumbull County.

     <u>Areas of Testimony</u>: Mr. Dragovich is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

22.     <u>William "Trey" Edwards</u>, Agent, Ohio Board of Pharmacy.

     <u>Areas of Testimony</u>: Mr. Edwards is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

23.     <u>Daniel Fitzpatrick</u>, Doctor, Mercy Health.

Areas of Testimony: Dr. Fitzpatrick is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

24.  Kim Fraser,  Executive Director, Lake County ADAMHS

Areas of Testimony:  Ms. Fraser is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

25.  David Frisone, Former Director, Lake County Narcotics Agency.

Areas of Testimony:  Mr. Frisone is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

26.  Chad Garner, Director of OARRS, Ohio Board of Pharmacy.

Areas of Testimony:  Mr. Garner is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including experiences, duties, and responsibilities;

9

OARRS data and its uses; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

27.  <u>Joseph Gioello</u>, Owner and Pharmacist, Troutman Drug Company.

Areas of Testimony:  Mr. Gioello is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

28.  <u>Reuben Gobezie</u>, Doctor, University Hospitals and Cleveland Clinic.

Areas of Testimony:  Dr. Gobezie is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

29.  <u>Janice Granieri</u>, Doctor, Cleveland Clinic.

Areas of Testimony:  Dr. Granieri is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; and relevant employment, including her experiences, duties, and responsibilities.

30.  <u>Eric Griffin</u>, Director of Compliance and Enforcement, Ohio Board of Pharmacy.

Areas of Testimony:  Mr. Griffin is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including experiences, duties, and responsibilities;

Ohio Board of Pharmacy regulations and investigations as applied to prescribers and pharmacists; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

31.    <u>Heidi Gullett</u>, Doctor.

<u>Areas of Testimony</u>:  Dr. Gullett is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

32.    <u>David Haddox</u>, Former Vice President of Health Policy, Purdue Pharmaceuticals.

<u>Areas of Testimony</u>:  Mr. Haddox is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

33.    <u>Stacy Harper-Avilla</u>, Section Chief on Quotas, DEA.

<u>Areas of Testimony</u>:  Ms. Harper-Avilla is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and

responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

34. <u>June Howard</u>, Chief, Targeting and Analysis Unit, DEA.

<u>Areas of Testimony</u>:  Ms. Howard is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

35. <u>Michelle Idada</u>, Physician's Assistant, Cleveland Clinic.

<u>Areas of Testimony</u>:  Ms. Idada is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; and relevant employment, including her experiences, duties, and responsibilities.

36. <u>Richard Jackson</u>, Human Resources Director, Trumbull County.

<u>Areas of Testimony</u>:  Mr. Jackson is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

37. <u>Ronald Jackson</u>, Former National Sales Director and Former Regional Director, Endo Pharmaceuticals.

Areas of Testimony: Mr. Jackson is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

38. Thomas James, Coroner, Trumbull County.

Areas of Testimony: Mr. James is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

39. Robert Kaiko, Former Vice-President, Worldwide Clinical Research, and Vice-President, R&D Portfolio, Purdue Pharmaceuticals.

Areas of Testimony: Mr. Kaiko is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

40. Daniel Blaney-Koen, Senior Attorney, American Medical Association.

Areas of Testimony: Mr. Blaney-Koen is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background;

13

relevant employment, including his experiences, duties, and responsibilities; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

41.　Mark Komar, Coroner, Lake County.

Areas of Testimony:  Mr. Komar is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

42.　Dan Kosanovich, Special Agent, Lake County Narcotics Agency.

Areas of Testimony:  Mr. Kosanovich is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

43.　David Krahe, Doctor, Cleveland Clinic.

Areas of Testimony: Dr. Krahe is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

44.　Beth Krause, Director of Pharmacy, Lake Health.

Areas of Testimony: Ms. Krause is expected to testify concerning matters related to the claims and defenses in this action, including

but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

45.     Donald Kyle, Vice-President, Discovery Research and Non-Clinical Sciences, Purdue Pharmaceuticals.

Areas of Testimony:  Mr. Kyle is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

46.     David Lin, Former Vice-President of Marketing, Global Franchise Organization, Janssen Pharmaceuticals.

Areas of Testimony:  Mr. Lin is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

47.     Franklin Manios, Owner and Pharmacist, Franklin Pharmacy, Inc.

Areas of Testimony:  Mr. Manios is expected to testify concerning matters related to the claims and defenses in this action, including

but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

48. <u>Michael Mapes</u>, Former DEA Diversion Investigator.

    <u>Areas of Testimony</u>: Mr. Mapes is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

49. <u>Keith Martin</u>, Assistant Special Agent, DEA.

    <u>Areas of Testimony</u>: Mr. Martin is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

50. <u>Joseph Matteo</u>, Chief Investigator, Lake County Prosecutor's Office.

    <u>Areas of Testimony</u>: Mr. Matteo is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

51. <u>Kathleen Meszaros</u>, Chief Investigator, Trumbull County Coroner's Office.

    <u>Areas of Testimony</u>: Ms. Meszaros is expected to testify concerning matters related to the claims and defenses in this action, including

but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

52.    <u>Dennis Michelson</u>, Treatment Coordinator, Lake County Drug Court.

<u>Areas of Testimony</u>:   Mr. Michelson is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

53.    <u>Jodie Milhoan</u>, Facilitator, Trumbull County Family Dependency Treatment Court.

<u>Areas of Testimony</u>:  Ms. Milhoan is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

54.    <u>Maurice Mulcahy</u>, Former District Manager, Purdue Pharmaceuticals.

<u>Areas of Testimony</u>:  Mr. Mulcahy is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

55.    <u>Edwards Myers</u>, Doctor.

> Areas of Testimony:  Dr. Myer is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

56.    Fady Nageeb, Doctor, Cleveland Clinic.

> Areas of Testimony:  Dr. Nageeb is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

57.    Lori O'Brien, Administrator, Children Services, Lake County.

> Areas of Testimony: Ms. O'Brien is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

58.    Dean Pahr, Doctor, Lake Health.

> Areas of Testimony:  Dr. Pahr is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

59.    Joan Papp, Director of the Office of Opioid Safety at MetroHealth; Member of Cuyahoga County Opiate Task Force.

Areas of Testimony:  Ms. Papp is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

60.     George Pavlich, Agent, Ohio Board of Pharmacy.

Areas of Testimony: Mr. Pavlich is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

61.     Pamela Phillips, Deputy Auditor, Lake County.

Areas of Testimony: Mr. Phillips is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

62.     Thomas Prevoznik, Associate Section Chief for the Pharmaceutical Investigations Section of the Diversion Control Division, DEA.

Areas of Testimony:  Mr. Prevoznik is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and

19

responsibilities; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

63.    Mary Pshock, Office Administrator and Investigator, Lake County Coroner's office.

    Areas of Testimony:  Ms. Pshock is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; and relevant employment, including her experiences, duties, and responsibilities.

64.    Joseph Rannazzisi, Former Head of Office of Diversion Control, DEA.

    Areas of Testimony:  Mr. Rannazzisi is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

65.    Karim Razmjouie, Doctor, University Hospitals.

    Areas of Testimony:  Dr. Raz is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

66.    Kathe Sackler, Board Member, Purdue Pharmaceuticals.

    Areas of Testimony:  Ms. Sackler is expected to testify concerning matters related to the claims and defenses in this action, including

but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

67. <u>Richard Sackler, M.D.</u>, Former President and Co-Chairman of the Board, Purdue Pharmaceuticals.

<u>Areas of Testimony</u>: Dr. Sackler is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

68. <u>Mark Schickendantz</u>, Doctor, Cleveland Clinic.

<u>Areas of Testimony</u>: Dr. Schickendantz is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

69. <u>Derek Siegle</u>, Executive Director, Ohio High Intensity Drug Trafficking Area.

<u>Areas of Testimony</u>: Mr. Siegle is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

70.    <u>Lawrence Smith</u>, Former Program Director, Lake County Jail Treatment Program.

    <u>Areas of Testimony</u>:  Mr. Smith is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

71.    <u>Julie Snyder</u>, Vice President of Marketing, Allergan PLC.

    <u>Areas of Testimony</u>:  Ms. Snyder is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

72.    <u>Matthew Strait</u>, Senior Policy Advisor, DEA

    <u>Areas of Testimony</u>:  Mr. Strait is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; the topics for which he was designated as a 30(b)(6) witness; and/or his deposition testimony.

73.    <u>Edward Ting</u>, Owner and Pharmacist, Main Discount Drug and Champion Discount Pharmacy.

22

Areas of Testimony: Mr. Ting is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

74. Theresa Toigo, MBA, R.Ph., Associate Director for Drug Safety Operations, United States Food and Drug Administration

Areas of Testimony: Ms. Toigo is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; and/or her deposition testimony.

75. Steven Turoczi, Doctor, Cleveland Clinic.

Areas of Testimony: Dr. Turoczi is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; and relevant employment, including his experiences, duties, and responsibilities.

76. Donald Tush, Former Senior Diversion Investigator, DEA.

Areas of Testimony: Mr. Tush is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

77. Tony Villanueva, Commander, Trumbull Action Group.

Areas of Testimony: Mr. Villanueva is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

78. <u>Luis Villaplana</u>, Chief Medical Officer, Meridian Healthcare.

Areas of Testimony: Dr. Villaplana is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities; and/or his deposition testimony.

79. <u>Kristin Vitanza-Squires</u>, Former Senior Marketing Director, Endo Pharmaceuticals.

Areas of Testimony: Ms. Vitanza-Squires is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to her background; relevant employment, including her experiences, duties, and responsibilities; the topics for which she was designated as a 30(b)(6) witness; and/or her deposition testimony.

80. <u>Kevin Vorderstrasse</u>, Senior Director, Product Management Analytics, Mallinckrodt.

Areas of Testimony: Mr. Vorderstrasse is expected to testify concerning matters related to the claims and defenses in this action,

including but not limited to matters related to his background;
relevant employment, including his experiences, duties, and
responsibilities; the topics for which he was designated as a 30(b)(6)
witness; and/or his deposition testimony.

81. <u>Van Warren</u>, Doctor, University Hospitals.

<u>Areas of Testimony</u>: Dr. Warren is expected to testify concerning
matters related to the claims and defenses in this action, including
but not limited to matters related to his background; and relevant
employment, including his experiences, duties, and responsibilities.

82. <u>George "Pat" Willis</u>, Former Community Liaison, Lake County Narcotics
Agency.

<u>Areas of Testimony</u>:  Mr. Willis is expected to testify concerning
matters related to the claims and defenses in this action, including
but not limited to matters related to his background; relevant
employment, including his experiences, duties, and responsibilities;
and/or his deposition testimony.

83. <u>Daniel Yocum</u>, Owner and Pharmacist, Newton Falls Pharmacy and
Champion Discount Pharmacy.

<u>Areas of Testimony</u>: Mr. Yocum is expected to testify concerning
matters related to the claims and defenses in this action, including
but not limited to matters related to his background; and relevant
employment, including his experiences, duties, and responsibilities.

84. <u>Kyle Wright</u>, Staff Coordinator, Regulatory Section, DEA.

Areas of Testimony:  Mr. Wright is expected to testify concerning matters related to the claims and defenses in this action, including but not limited to matters related to his background; relevant employment, including his experiences, duties, and responsibilities.

Dated:      June 17, 2021

Respectfully Submitted,

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-4824
Fax: (215) 963-5001
E-mail: john.lavelle@morganlewis.com

Attorneys for Rite Aid of Maryland, Inc., d/b/a
Mid-Atlantic Customer Support Center

/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

Attorneys for Walgreen Co.

/s/ Alexandra W. Miller
Alexandra W. Miller
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: smiller@zuckerman.com
E-mail: edelinsky@zuckerman.com

Attorneys for CVS Pharmacy, Inc., CVS
Indiana, L.L.C.. and CVS Rx

/s/ Tara A. Fumerton
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

Attorneys for Walmart Inc.

*Services, Inc., CVS TN Distribution, L.L.C.,*
*and Ohio CVS Pharmacy, L.L.C.*

*/s/ Robert M. Barnes*
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle, Inc., and HBC*
*Service Company*