# EXHIBIT 12

**From:** **2804 Discovery, MDL** mdl2804discovery@motleyrice.com
**Subject:** EXTERNAL-Foster Deposition Cancelled
**Date:** March 12, 2021 at 4:41 PM
**To:** "dl-mdl2804@motleyrice.com"

**From:** Delinsky, Eric <edelinsky@zuckerman.com>
**Sent:** Friday, March 12, 2021 10:38:18 PM
**To:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; Laura Fitzpatrick <lsingletary@simmonsfirm.com>; Weinberger, Peter H. <PWeinberger@spanglaw.com>
**Cc:** EXT Track3Defendants <EXT-TRACK3DEFENDANTS@groups.jonesday.com>
**Subject:** EXTERNAL-Foster Deposition Cancelled

**EXTERNAL**

The deposition of Denise Foster, scheduled for March 17, is cancelled.



**Eric Delinsky**
**Zuckerman Spaeder LLP**
edelinsky@zuckerman.com

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1831 direct • 202.822.8106 fax

▶ **Download vCard** | **zuckerman.com**

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

