# EXHIBIT 14



**U.S. Department of Justice**

*United States Attorney*
*Northern District of Ohio*

*United States Court House*
*801 West Superior Avenue, Suite 400*
*Cleveland, Ohio 44113-1852*
*Main:  216-622-3600*
*Facsimile:  216-522-4982*

March 5, 2021

Ms. Demetra Ashley
1244 Prince Drive
South Holland, IL 60473

        Re:  Subpoena in *In re National Prescription Opiate Litigation,*
*Track Three Cases*, MDL No. 2804 (N.D. Ohio)

Dear Ms. Ashley:

        You have been requested by counsel for defendants CVS Pharmacy, Inc.; CVS Rx
Services, Inc.; Ohio CVS Stores, LLC; CVS Indiana, LLC; CVS TN Distribution, LLC; Giant
Eagle, Inc. and HBC Service Company; Rite Aid Hdqtrs. Corp.; Rite Aid of Maryland, Inc.;
Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center; Walgreen Co.; Walgreen Eastern
Co.; and Walmart, Inc. (collectively "Pharmacy Defendants") in the above captioned case to
appear at a deposition and testify regarding official Department of Justice information.  The
Drug Enforcement Administration (DEA) was notified of this request and has stated that it has
no objections to a limited authorization as set forth below for you to appear and testify.
Therefore, pursuant to 28 C.F.R. § 16.24, you are hereby authorized to appear and to give non-
privileged, factual testimony within your personal knowledge, not to exceed seven total hours,
regarding the following:

        1.      The role and responsibilities of DEA and its organizational structure;

        2.      Your personal employment history and responsibilities during the course of your
                   employment with DEA;

        3.      Your personal knowledge and recollection of the statutory and regulatory duties
                   of pharmacists, pharmacies and pharmacy owners when dispensing controlled
                   substances;

        4.      Your personal knowledge and recollection of any guidance, publications, notices,
                   statements or other communications from DEA regarding the obligations and

duties of pharmacists, pharmacies, and pharmacy owners with respect to the dispensing or diversion of prescription opioids; and

5.      Your personal knowledge and recollection of any meetings between DEA and any pharmacy, pharmacy chain (including Pharmacy Defendants), or pharmacy trade association related to the dispensing or diversion of prescription opioids.

You are not authorized to provide any testimony that would disclose privileged information, including, but not limited to, the following:

A.      Information regarding any specific, non-public DEA investigations or activities;

B.      Classified and classifiable information;

C.      Information that would reveal the internal deliberative process within the United States Department of Justice, including the DEA, the United States Attorney's Office, and/or any other federal departments or agencies;

D.      Information that would reveal a confidential source or informant;

E.      Information the disclosure of which would violate a statute, including laws governing grand jury proceedings;

F.      Information that could threaten the lives or safety of any individual, including home addresses of law enforcement personnel;

G.      Information that could interfere with ongoing investigations and/or prosecutions;

H.      Information that could reveal investigative or intelligence gathering and dissemination techniques whose effectiveness would be thereby impaired;

I.      Privileged attorney-client information;

J.      Information that would reveal attorney work product or matters of prosecutorial discretion;

K.      Expert opinion testimony related to non-public facts or information acquired as part of your performance of your official duties;

L.      Personal opinions regarding non-public facts or information acquired as part of your performance of your official duties; and

M.      Any non-public recommendations you made or you were aware of concerning any proposed agency action.

You are also <u>not</u> authorized to testify about any subjects about which you were questioned during your March 15, 2019 deposition in *In re National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio).

If you are asked to testify beyond the limits stated above, you should respectfully decline to answer and explain that 28 C.F.R. § 16.22(a) precludes you from doing so. Further, you are not authorized to disclose official information on any other subject. If you have any questions, please do not hesitate to contact DOJ Trial Attorney Andrew Jaco (202-385-4589) or Assistant U.S. Attorney James Bennett (216-622-3988).

Ava Rotell Dustin
Executive Assistant United States Attorney
Office of the United States Attorney
Northern District of Ohio
Acting Under Authority Conferred by 28 U.S.C. § 515