# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *Board of the County Commissioners of the County of Santa Fe v. Purdue Pharma, L.P., et al.* (N.D. Ohio Case No. 18-op-45776) | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

### PLAINTIFF BOARD OF THE COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE'S UNOPPOPOSED MOTION TO SEVER DEFENDANT <u>CVS HEALTH SOLUTIONS, L.L.C.</u>

Plaintiff Board of the County Commissioners of the County of Santa Fe hereby moves to sever Defendant CVS Health Solutions, L.L.C. ("CVS Health Solutions") from the *Board of the County Commissioners of the County of Santa Fe v. Purdue Pharma, L.P.* ("*Santa Fe*") litigation track.  CVS Health Solutions does not oppose this Motion.  In further support of this Motion, Plaintiff states as follows:

1. CVS Health Solutions is a defendant in *Santa Fe*.

2. During a status conference on April 7, 2021, the Court selected *Santa Fe* as one of five new litigation tracks involving retail pharmacy defendants.  (Dkt. No. 3685 at 1.)  On May 19, 2021, Plaintiff filed an amended complaint that included CVS Health Solutions as a defendant. (Doc. 3737.)

3. Severance of CVS Health Solutions is appropriate.  CVS Health Solutions does not own or operate distribution centers or retail pharmacies, such that the claims against it involve different types of transactions than the claims against the retail pharmacy defendants.

Accordingly, there are factual and legal differences between the claims against CVS Health Solutions and the claims against the retail pharmacy defendants. Accordingly, severance of CVS Health Solutions from the *Santa Fe* litigation track would facilitate judicial economy by, among other things, reducing the number of factual and legal issues to be presented at trial.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and sever CVS Health Solutions from the *Santa Fe* litigation track.

Date: August 30, 2021.                                                  Respectfully submitted,


*/s/ Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
(212) 784-6401
jconroy@simmonsfirm.com

-and-

Sarah Burns
One Court Street
Alton, IL 62002
(618) 259-2222
sburns@simmonsfirm.com

Charles J. Crueger
Erin K. Dickinson
Krista K. Baisch
CRUEGER DICKINSON LLC
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com
kkb@cruegerdickinson.com

>Justin R. Kaufman
>Rosalind B. Bienvenu
>Caren I. Friedman
>DURHAM, PITTARD & SPALDING, LLP
>505 Cerrillos Road, Suite A209
>Santa Fe, NM 87501
>(505) 986-0600
>jkaufman@dpslawgroup.com
>rbienvenu@dpslawgroup.com
>cfriedman@dpslawgroup.com
>
>*Counsel for Board of the County*
>*Commissioners of the County of Santa Fe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.

>*/s/ Jayne Conroy*