**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Board of the County Commissioners of the County of Santa Fe v. Purdue Pharma, L.P., et al.* (N.D. Ohio Case No. 18-op-45776) | Judge Dan Aaron Polster |

**UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION**

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff Board of the County Commissioners of the County of Santa Fe hereby moves to dismiss Defendant CVS Health Corporation from *Board of the County Commissioners of the County of Santa Fe v. Purdue Pharma, L.P., et al.* (N.D. Ohio Case No. 18-op-45776) without prejudice. CVS Health Corporation does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and dismiss CVS Health Corporation from the *Board of the County Commissioners of the County of Santa Fe* case without prejudice.

Date: August 30, 2021.                         Respectfully submitted,

                                               */s/ Jayne Conroy*
                                               Jayne Conroy
                                               SIMMONS HANLY CONROY LLC
                                               112 Madison Avenue
                                               New York, NY 10016
                                               (212) 784-6401
                                               jconroy@simmonsfirm.com

                                               -and-

Sarah Burns
One Court Street
Alton, IL 62002
(618) 259-2222
sburns@simmonsfirm.com

Charles J. Crueger
Erin K. Dickinson
Krista K. Baisch
CRUEGER DICKINSON LLC
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com
kkb@cruegerdickinson.com

Justin R. Kaufman
Rosalind B. Bienvenu
Caren I. Friedman
DURHAM, PITTARD & SPALDING, LLP
505 Cerrillos Road, Suite A209
Santa Fe, NM 87501
(505) 986-0600
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com
cfriedman@dpslawgroup.com

*Counsel for Board of the County Commissioners of the County of Santa Fe*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.

/s/ Jayne Conroy