# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *Cobb County v. Purdue Pharma, L.P., et al.* (N.D. Ohio Case No. 18-op-45817*)* | Judge Dan Aaron Polster |

## UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff Cobb County hereby moves to dismiss Defendant CVS Health Corporation from *Cobb County v. Purdue Pharma, L.P., et al.* (N.D. Ohio Case No. 18-op-45817) without prejudice.  CVS Health Corporation does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and dismiss CVS Health Corporation from the *Cobb County* case without prejudice.

Date: August 30, 2021.

Respectfully submitted,

*/s/ Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
(212) 784-6401
jconroy@simmonsfirm.com

-and-

Sarah Burns
One Court Street
Alton, IL 62002
(618) 259-2222
sburns@simmonsfirm.com

Charles J. Crueger
Erin K. Dickinson
Krista K. Baisch
CRUEGER DICKINSON LLC
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com
kkb@cruegerdickinson.com

COBB COUNTY ATTORNEY'S OFFICE
H. William Rowling, Jr.
County Attorney
GA State Bar No. 617225
Lauren Bruce
Assistant County Attorney
GA State Bar No. 796642
100 Cherokee Street, Suite 350
Marietta, GA 30090
(770) 528-4000
H.William.Rowling@cobbcounty.org
Lauren.Bruce@cobbcounty.org

*Counsel for Cobb County*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.

*/s/ Jayne Conroy*