# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.*,<br>   Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*,<br>   Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### DECLARATION OF KELLY A. MOORE IN SUPPORT OF PHARMACY DEFENDANTS' MOTION TO EXCLUDE ANNA LEMBKE

I, Kelly A. Moore, declare as follows:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP and counsel to Defendant Rite Aid Hdqtrs. Corp., Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center and Eckerd Corp. d/b/a Rite Aid Liverpool Distribution Center.

2. I make this declaration to place before the Court certain materials relied on in Pharmacy Defendants' Motion to Exclude Anna Lembke.

3. Attached as **Exhibit A** is a true and correct copy of excerpts of Anna Lembke's April 24, 2019 Track 1 Deposition.

4. Attached as **Exhibit B** is a true and correct copy of excerpts of Anna Lembke's May 28, 2021 Track 3 Deposition.

5. Attached as **Exhibit C** is a true and correct copy of excerpts of Anna Lembke's Track 3 Expert Report.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of July, 2023.

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
elisa.mcenroe@morganlewis.com