# EXHIBIT A

1      Q.     What knowledge do you have
2   about pharmacy training?
3      A.     I know that they have a
4   certification -- they have schooling, a
5   certification process, but I don't know a
6   whole lot more than that.
7      Q.     Okay.  You're not a pharmacist?
8      A.     No.  And I haven't studied what
9   pharmacists go through.
10     Q.     And you wouldn't hold yourself
11  out as having expertise with respect to
12  pharmacy?
13     A.     That's correct.
14     Q.     A second here.  Do you have any
15  knowledge as we sit here today concerning the
16  distribution activities of any of those
17  retail pharmacy chains that I mentioned
18  earlier?
19     A.     I have some knowledge based on
20  what's in the public domain about
21  distribution activities more broadly of
22  opioid pain pills, specifically the influx of
23  very large amounts of opioid pain pills in
24  small communities that could not possibly be
25  justified based on the need for analgesia in