# EXHIBIT I

| | |
|---|---|
| **From:** | Jaco, Andrew J (CIV) |
| **To:** | Kate Swift; Bennett, James R. (USAOHN) |
| **Cc:** | Phipps, Kelly E. (CIV); Hoerner, Jonathan K. (CIV); Sobotkin, David M. (CIV); "mdl2804discovery@motleyrice.com"; Mailing List - Tracks 6 to 10 defendants; EXT Track3Defendants |
| **Subject:** | RE: MDL 2804 - Montgomery County Touhy request re: Joe Rannazzisi |
| **Date:** | Monday, August 30, 2021 9:55:47 AM |

Kate:

We are in receipt of both Plaintiffs and Pharmacy Defendants' *Touhy* requests seeking trial testimony (in Track 3) and deposition testimony (in Track 7), respectively, from Mr. Rannazzisi. We do not intend to provide a response to either of these requests until the Court has resolved the parties' pending dispute regarding the scope and timing of Mr. Rannazzisi's dispensing testimony.

Best,
Andrew

**J. Andrew Jaco**
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
175 N Street NE, Room 9.1305
Washington, DC 20002
(202) 305-4589
James.A.Jaco@usdoj.gov

---

**From:** Kate Swift <kate.swift@bartlitbeck.com>
**Sent:** Friday, August 27, 2021 8:56 AM
**To:** Jaco, Andrew J (CIV) <James.A.Jaco@usdoj.gov>; Bennett, James R. (USAOHN) <JBennett3@usa.doj.gov>
**Cc:** Phipps, Kelly E. (CIV) <Kelly.E.Phipps@usdoj.gov>; Hoerner, Jonathan K. (CIV) <Jonathan.K.Hoerner@usdoj.gov>; Sobotkin, David M. (CIV) <David.M.Sobotkin@usdoj.gov>; 'mdl2804discovery@motleyrice.com' <mdl2804discovery@motleyrice.com>; Mailing List - Tracks 6 to 10 defendants <tracks6to10defendants@bbhps.com>; EXT Track3Defendants <EXT-TRACK3DEFENDANTS@groups.jonesday.com>
**Subject:** RE: MDL 2804 - Montgomery County Touhy request re: Joe Rannazzisi

Andrew and James,

I am writing to follow up on my email below and the *Touhy* requests that the Pharmacy Defendants and plaintiffs have served on DEA for dispensing-related testimony from Joe Rannazzisi.

Will you let us know when you are available to discuss?

Thanks,
Kate

## BartlitBeck LLP

Katherine M. Swift | p: 312.494.4405 | c: 773.531.6118 | Kate.Swift@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Kate Swift
**Sent:** Friday, August 20, 2021 1:26 PM
**To:** Jaco, Andrew J (CIV) <James.A.Jaco@usdoj.gov>; Bennett, James R. (USAOHN) <James.Bennett4@usdoj.gov>
**Cc:** Phipps, Kelly E. (CIV) <Kelly.E.Phipps@usdoj.gov>; Hoerner, Jonathan K. (CIV) <Jonathan.K.Hoerner@usdoj.gov>; David.M.Sobotkin@usdoj.gov; 'mdl2804discovery@motleyrice.com' <mdl2804discovery@motleyrice.com>; Mailing List - Tracks 6 to 10 defendants <tracks6to10defendants@bbhps.com>; EXT Track3Defendants <EXT-TRACK3DEFENDANTS@groups.jonesday.com>
**Subject:** MDL 2804 - Montgomery County Touhy request re: Joe Rannazzisi

Andrew and James,

Attached is a *Touhy* request for dispensing testimony from Joe Rannazzisi in the Montgomery County, Ohio case, which has been designated "Track 7" of the opioids MDL.  Also attached are a deposition subpoena that we intend to serve today, and an email from PEC counsel listing the topics they told us they will seek to cover with Mr. Rannazzisi at the Track 3 trial.

Please let us know if you are available to discuss next week.

Thanks, and have a good weekend.
Kate

## BartlitBeck LLP

Katherine M. Swift | p: 312.494.4405 | c: 773.531.6118 | Kate.Swift@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.