> Granted.
> It is so Ordered.
> *s/ Dan A. Polster*
> United States District Judge.
> 9/2/2021

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Track Three Cases | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN RESPONSES TO DEFENDANTS' MOTIONS *IN LIMINE* AND RELATED EXHIBITS UNDER SEAL

Pursuant to Local Rule 5.2, Plaintiffs seek leave to file: (i) Plaintiffs' Opposition to Defendants' Motion *in Limine* to Preclude the Use of Misleading Handwritten Notes and Prevent Them from Being Admitted as Evidence [Dkt. #3836] and Memorandum in Support, along with corresponding Exhibits 1-6; (ii) Plaintiffs' Opposition to Pharmacy Defendants' Motion *in Limine* to Exclude Newspaper Articles [Dkt. #3832] and Memorandum in Support, along with corresponding Exhibits 1-4; and (iii) Plaintiffs' Opposition to Defendants' Motion *in Limine* to Preclude Evidence or Argument About Alleged Misconduct After 2010 [Dkt. #3843] and Memorandum in Support (collectively, the "Responses").

Local Rule 5.2 states: "No document will be accepted for filling under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents." Loc. R. 5.2. The Responses contain information that has been subject to Protective and Confidentiality Orders, including Case Management Order No. 2 and the amendment thereto (ECF Nos. 441 & 1357). This information is subject to this Court's Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (ECF No. 1813).