## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *Durham County v. AmerisourceBergen Drug Corporation, et al.* (No. 19-op-45346) | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

### UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff Durham County hereby move to dismiss Defendant CVS Health Corporation from *Durham County v. AmerisourceBergen Drug Corporation, et al.* (No. 19-op-45346) without prejudice. CVS Health Corporation does not oppose this motion.

WHEREFORE, Plaintiff Durham County respectfully requests that the Court grant this motion and dismiss CVS Health Corporation from the *Durham County* case without prejudice.

Date: August 31, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Fuller, Jr.*
　　　　　　　　　　　　　　　　　　　　　Michael J. Fuller, Jr.
　　　　　　　　　　　　　　　　　　　　　**Farrell & Fuller**
　　　　　　　　　　　　　　　　　　　　　1311 Ponce De Leon, Suite 202
　　　　　　　　　　　　　　　　　　　　　San Juan, PR 00907
　　　　　　　　　　　　　　　　　　　　　P: 939-293-8244
　　　　　　　　　　　　　　　　　　　　　M: 601-467-0788
　　　　　　　　　　　　　　　　　　　　　Mike@FarrellFuller.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Durham County*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 31, 2021, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Michael J. Fuller, Jr.*
Michael J. Fuller, Jr.