# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

~~~~~~~~~~~~~~~~~~~~

IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
OPIATE LITIGATION
                                Case No. 17-md-2804
                                Judge Dan Aaron
This Document Relates To:       Polster

The County of Lake, Ohio v.
Purdue Pharma L.P., et al.
Case No. 18-op-45032

The County of Trumbull, Ohio v.
Purdue Pharma L.P., et al.,
Case No. 18-op-45079

Track 3 Cases

~~~~~~~~~~~~~~~~~~~~

Remote videotaped deposition of
THERESA TOIGO


December 10, 2020
10:04 a.m.


Renee L. Pellegrino, RPR, CLR
(Appearing Remotely)

Page 23

```
 1  in reviewing the safety issues that may need
 2  attention post-approval.  That's sort of a
 3  high-level overview.
 4        Q.    Okay.  That's helpful.
 5              Do any of those people -- and you
 6  may have said this and I just missed it.  Do
 7  any of the staff that you've described get
 8  involved in evaluating the effectiveness of
 9  drugs?
10        A.    The clinical team, so it's the
11  medical reviewer, statistician.  That's
12  primarily who's involved in the review of the
13  efficacy.
14        Q.    Am I correct that the FDA is
15  responsible in the United States for approving
16  any drug before it can be prescribed, marketed,
17  dispensed and sold?
18        A.    Yes.  That's FDA's responsibility.
19        Q.    And so can a doctor prescribe a drug
20  that has not been approved by the FDA legally?
21        A.    No, but there are -- that's a
22  complicated question.  It's a complicated
23  question.
24              MS. ARGABRIGHT:  And I'm going to
25  object for a minute because you are asking for
```

Page 24

1  a legal conclusion there, and she's not a
2  lawyer, as to FDA's legal statutory
3  responsibilities regarding what could and could
4  not be a drug.  So, I mean, just -- she can
5  answer, but she's not giving any legal
6  conclusions on that.
7         Q.    I didn't mean to ask for a legal
8  conclusion.  I'm really asking more as a
9  practical matter.  Do drugs get prescribed in
10 this country if they have not been approved by
11 the FDA?  There may be exceptions, but as a
12 general matter, what's the answer?
13        A.    There's over-the-counter drugs that
14 are often prescribed.  There's prescription
15 drugs.  You know, I -- that's as best as I can
16 answer the question.  FDA reviews, approves --
17 reviews drugs and we approve them for marketing
18 and we approve the labeling for the drugs.
19        Q.    And you approve prescription drugs,
20 branded prescription drugs, you being FDA?
21        A.    Yes, we do, and -- yes.
22        Q.    Does FDA also approve generic drugs?
23        A.    Yes.
24        Q.    And you mentioned over-the-counter
25 drugs, FDA approves over-the-counter drugs?

Page 25

1      A.     I think that's a legal question.
2  Over-the-counter drugs are mostly marketed
3  under the over-the-counter monograph.  FDA
4  doesn't review each -- review an application
5  for over-the-counter drugs.
6      Q.     Okay.  Does FDA review and approve
7  opioids?
8      A.     Yes.
9      Q.     Does it review and approve
10 benzodiazepines?
11     A.     Yes.
12     Q.     And does it approve -- review and
13 approve muscle relaxers?
14     A.     Yes.
15     Q.     What does the FDA need to do -- what
16 is the conclusion it needs to reach in order to
17 approve a drug?
18     A.     It's a benefit/risk assessment, the
19 benefits of the drug outweigh its risks.
20     Q.     Does it have to conclude that the
21 drug is effective to treat whatever condition
22 it's proposed to treat?
23     A.     It approves that it's effective
24 at -- for the indication approved in the
25 labeling, yes.

Page 26

1  Q. And where does the indication in the
2  labeling come from, from the applicant or some
3  other place?
4  A. Studies are done. FDA reviews the
5  studies to determine whether they've met the
6  standards for safe -- a safe and effective
7  drug.
8  Q. All right. That was the other
9  question I was going to ask you. Is part of
10 this approval -- does part of this approval
11 involve making a determination that the drug is
12 safe if used as indicated on the label?
13 A. Yes. As described in the label,
14 with warnings, precautions, yes.
15 Q. And I think you've already mentioned
16 the risk and benefit analysis. Can you describe
17 what that entails for the FDA to approve a
18 prescription drug?
19 A. Yes.
20    FDA reviews the clinical data to
21 determine that the drug is effective, and then
22 it looks at the data that's associated with
23 adverse events that occur during a clinical
24 trial. It looks at where -- what therapies are
25 available for any -- for a particular

Page 27

1  condition.  It's part of a benefit/risk
2  assessment that is described in a document that
3  is available, and it has a list of questions
4  and considerations that reviewers take into
5  account when helping to decide whether the
6  benefits outweigh the risks.
7       Q.    And in that process, does it
8  consider possible side effects from the use of
9  the drug?
10      A.    Yes, it does.
11      Q.    Does it consider potential
12 interactions with other drugs?
13      A.    It does, to the extent that they're
14 known.
15      Q.    Does --
16      A.    They do describe --
17      Q.    Sorry.  Didn't mean to interrupt
18 you.
19      A.    They do -- those drug interactions
20 would be described in the labeling.
21      Q.    And does it consider potential
22 interactions with other substances, like alcohol
23 or perhaps other substances that somebody might
24 take that aren't drugs?
25      A.    Yes.

Page 28

1    Q.   Does the risk/benefit analysis
2    consider the effects that could come from people
3    taking the drug in ways that it was not
4    prescribed or indicated for?
5    A.   Yes, when -- when that's known.
6    Q.   Does -- in the risk/benefit analysis
7    does the FDA take into account risk to public
8    health?
9    A.   Yes, it does.  That's part of our
10   analysis.
11   Q.   And are those risks -- do those
12   risks include risks that come from inappropriate
13   use of the drug?
14   A.   When that's known, yes.
15   Q.   And does it also take into account
16   the impact on public health from the potential
17   non-medical use of the drug?
18   A.   When that's known, that's described
19   in our guidance, how -- if it's known for the
20   particular therapeutic class.
21   Q.   And with respect to opioids in
22   particular, does the FDA take into account these
23   types of impacts on public health that I've just
24   asked you about?
25   A.   Yes, that is described in our

Page 29

```
 1   guidance.
 2        Q.   And on the benefit side I think you
 3   mentioned that -- some of the things that are
 4   considered, but one of them would be the
 5   conditions that the drug addresses or treats; is
 6   that right?
 7        A.   Yes.
 8        Q.   Would it also include whether there
 9   are alternative treatments available for that
10   condition?
11        A.   Yes.
12        Q.   And does it consider in the
13   risk/benefit analysis on the benefit side how
14   effective the treatment is?
15        A.   Can you -- can you say that
16   question again?  I'm sorry.  I didn't --
17        Q.   I'm sorry.  When it's considering
18   the benefits and weighing the risks and
19   benefits, does it take account of how effective
20   the drug is in treating whatever condition it's
21   indicated for?
22        A.   Yes.  That's part of the
23   risk/benefit determination.
24        Q.   Does the approval also include
25   approval of the labeling and package inserts for
```

Page 30

1  a drug?
2      A.   Yes, that's part of the approval
3  process.
4      Q.   And what are the components that the
5  FDA requires in the labeling and packaging for
6  drugs that it approves?
7      A.   I'd have to pull out the list, but
8  it's clinical pharmacology, pharmacology
9  adverse -- there's a long list of adverse
10 events, warnings, precautions, 201.56 and 57 of
11 the CFR.
12     Q.   Okay.  Does it include information
13 about the recommended doses?
14     A.   Yes, it does.
15     Q.   Okay.  Does it include information
16 about the starting dose that's recommended?
17     A.   Yes, generally.
18     Q.   Does it include recommendations
19 about the duration of use of the drug?
20     A.   Generally.
21     Q.   And does it include information
22 about the monitoring of the patient during the
23 time the drug is being taken?
24     A.   Yes.
25     Q.   Specifically with respect to opioid

Page 31

1  drugs, and I'm talking about as a class now, not
2  any particular opioid drug, are all those
3  factors part of the labeling that the FDA
4  reviews and approves?
5       A.    They are.  The labeling is revised
6  as FDA gets additional information, so there's
7  labeling and approval and there's labeling at
8  any point in time.
9       Q.    I think you said before that one of
10 the things or subjects that might be in a label
11 are warnings and information from clinical
12 trials.  With respect to opioids, are warnings a
13 part of the labeling, again, opioids as a class?
14      A.    Yes.
15      Q.    And is information from clinical
16 trials with respect to any opioid also a part of
17 the labeling?
18      A.    Yes.
19      Q.    If there's a general description of
20 what kinds of -- what we mean or what you mean
21 when you're talking about clinical information,
22 I would appreciate it if you could tell the jury
23 about it.
24      A.    The labeling will describe the
25 clinical trials that were conducted to support

Page 32

1  the approval of the drug, so it will describe
2  the number of trials, the patients that were
3  included in the trials, what was found in the
4  trials, how long the trials lasted.  It will --
5  there will be a full description of the adverse
6  events that were observed during the trial.  If
7  some of those adverse events are serious,
8  they'll be described in varying levels in the
9  labeling between warnings and precautions,
10 adverse events, boxed warnings.  It depends.
11       Q.    What is a boxed warning?
12       A.    A boxed warning is a -- describes
13 a -- generally, a serious adverse event.  It's
14 one that we think -- that FDA believes that if
15 a healthcare provider may be able to prevent an
16 adverse event, if that's described in the
17 labeling -- we have a guidance that describes
18 it.  I think it's three criteria.  And I could
19 find it and read it to you, but I don't know
20 the exact three criteria.  But it's the highest
21 level of concern about a particular adverse
22 event.
23       Q.    The information in the label or on
24 the label, that is available to a prescriber; is
25 that right?

Page 33

1      A.    Yes, it is.
2      Q.    A package insert, that's different
3  from the label; is that also right?
4      A.    The prescribing information is in
5  the package insert.  That's part of the
6  labeling of the drug.  A label is another piece
7  of that component.  A lawyer is probably better
8  able to describe all of the different
9  components of labeling, but prescribing
10 information is a package insert, and the
11 prescribing information is what FDA approves.
12     Q.    And the prescribing information on
13 the package insert is available to a prescriber
14 who's deciding whether or not to prescribe any
15 particular drug; is that right?
16     A.    Yes.
17     Q.    Including opioids?
18     A.    Including opioids.
19     Q.    And it's also -- I think we've all
20 kind of gotten prescription drugs before that
21 have a long piece of paper in it with lots of
22 detail in it.  Is that what we're talking about
23 as a package insert?
24     A.    No.
25     Q.    What is that?

1        A.    That's information for a consumer.
2        Q.    And what kinds of information is --
3   well, actually, withdrawn.
4              Does the FDA review and approve
5   that document?
6        A.    No.  If it's a medication guide --
7   if it's a medication guide, yes.  Other
8   information, no.
9        Q.    And what is a medication guide?  I
10  just want to make sure --
11       A.    A medication guide is when there's
12  particular risks that FDA thinks would be
13  important to convey to a patient, those risks
14  are described.  And, again, the specifics are
15  described in the regulations, what's required
16  to be included in a med guide, but it's really
17  to help ensure the safe use of the drug for a
18  patient.  It's written -- some are better than
19  others.  You know, it's understandable language
20  to the patient.
21       Q.    And that medication guide, if there
22  is one for any particular drug, is available to
23  the patient when the patient picks up a
24  prescription?
25       A.    Yes.

```
 1        Q.    That's true for opioids as well as
 2   other drugs, other prescription drugs?
 3        A.    Yes.
 4        Q.    So would it be accurate to say that
 5   the FDA has concluded that -- and again I'm
 6   talking about the class, the class of opioids,
 7   are -- they're effective to treat the conditions
 8   that are specified in the application?
 9        A.    Yes.
10        Q.    And the FDA has also, again, for the
11   class of opioids, concluded that opioids are
12   safe when used to treat the conditions that are
13   specified in the -- on the label?
14        A.    Yes.
15        Q.    And they've also made the
16   determination -- the risk/benefit determination
17   that you've described generally before, that the
18   risks are outweighed by the benefits?
19        A.    Correct.  No, that's not correct.
20   You said the risks are outweighed by the
21   benefits.  The benefits outweigh the risks.
22        Q.    Thank you for correcting me if I
23   misspoke.  So let's just make sure the record is
24   clear on it.  The FDA has made the determination
25   that the benefits of opioids as a class outweigh
```

Page 36

1  the risks that they pose?
2       A.   That's correct.
3       Q.   Thank you.
4            Now, after a drug has been approved
5  by the FDA, I think you've already mentioned
6  this, but there's a role that FDA has in
7  monitoring the drug after it's on the market;
8  is that right?
9       A.   Yes.
10      Q.   I think there are a number of tools
11 that the FDA has to monitor the drug
12 post-approval, but I wanted to ask you about a
13 couple of them.
14           One of the tools that the FDA has
15 is the FDA Adverse Event Reporting System; is
16 that right?
17      A.   Yes, FAERS.
18      Q.   FAERS, right.  And how does FAERS
19 work?
20      A.   FAERS, it's a volunteer --
21 healthcare practitioners submit on adverse
22 events to FAERS.  Consumers can submit adverse
23 events to FAERS.  Manufacturers are required
24 under the regulations to submit certain adverse
25 event reports of serious and unexpected adverse