# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION   )
OPIATE LITIGATION              )
                               )  MDL No. 2804
THIS DOCUMENT RELATES TO:      )  Case No. 17-md-2804
                               )
Track Three Cases              )

VIDEOTAPED DEPOSITION OF APRIL J. CARAWAY
Conducted via Zoom
Warren, Ohio
Friday, December 4th, 2020

REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR
JOB NO.:      4342602

Page 68

1  used over time. Opium, you know, in different
2  forms, even as other medicines, it's highly
3  addictive.
4        Q.   Okay.  And I appreciate that.  That's
5  good.  I'm not trying to test your, you know,
6  textbook knowledge of it.
7             But when you say the word "opioid," I
8  asked you a question about opioid, I want to make
9  sure we're understanding each other.
10             Do you understand that there are both
11 prescription and illicit opioids?  You understand
12 that, right?
13       A.   Yes.
14       Q.   And you're aware that prescription opioids
15 are legal medications in the United States, correct?
16             MR. BADALA:  Objection to form.
17             THE WITNESS:  Correct.
18 BY MR. MANNIX:
19       Q.   Do you understand that there are --
20 prescription opioids are approved by the FDA?
21       A.   I'm assuming they are, yes.
22       Q.   And do you have an understanding that
23 they, prescription opioids, serve a purpose in
24 helping patients?
25             MR. BADALA:  Objection to form.