# EXHIBIT C

```
                                                              Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4
 5   IN RE: NATIONAL PRESCRIPTION  )
     OPIATE LITIGATION             )
 6                                 )  MDL No. 2804
     THIS DOCUMENT RELATES TO:     )  Case No. 17-md-2804
 7                                 )
     Track Three Cases             )
 8
 9
10
11
12
13
14        VIDEOTAPED DEPOSITION OF KIMBERLY FRASER
15                   Conducted via Zoom
16                   Painesville, Ohio
17                Monday, March 8th, 2021
18
19
20
21
22
23
24   REPORTED BY:   GREG S. WEILAND, CSR, RMR, CRR
25   JOB NO.:       4450197
```

Page 56

1   things that exist naturally in nature, or the
2   manmade versions, things like oxycodone, Vicodin,
3   Percocet, but a pain responder.
4        Q.   And do you understand that there are both
5   prescription opioids and illicit opioids?
6        A.   Yes, I do.
7        Q.   Do you know the names of any prescription
8   opioids?
9        A.   As I said, Oxycontin, Percocet, Vicodin.
10  Those are the ones most common -- that we see most
11  commonly.
12       Q.   And do you know the names of any illicit
13  opioids?
14       A.   Heroin, morphine.
15       Q.   Have you heard of illicit fentanyl?
16       A.   Certainly, yes.
17       Q.   Are you aware that prescription opioids
18  are legal medications?
19       A.   Yes, I am.
20            MS. LEYIMU:  Object to the form.
21  BY MR. FOTIADES:
22       Q.   You're aware that prescription opioids can
23  be sold legally in the United States pursuant to a
24  prescription?
25       A.   Yes, I am.