# EXHIBIT D

```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4
 5   IN RE: NATIONAL PRESCRIPTION      )
     OPIATE LITIGATION                 )
 6                                     )  MDL No. 2804
     THIS DOCUMENT RELATES TO:         )  Case No. 17-md-2804
 7                                     )
     Track Three Cases                 )
 8
 9
10
11
12
13
14         VIDEOTAPED DEPOSITION OF MELANIE BLASKO
15                   Conducted via Zoom
16                      Mentor, Ohio
17              Tuesday, February 2nd, 2021
18
19
20
21
22
23
24   REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR
25   JOB NO.:      4419118
```

Page 48

1    subpoena.
2            And what I'm hearing from you, until you
3    were served the subpoena, did you not consider that
4    to be pending litigation as related to LGRC,
5    correct?
6        A.   Correct.
7        Q.   I want to talk to you a little bit about
8    some general terms so that when we move further, we
9    have an understanding of your definitions and your
10   view on opioid issues.
11           Do you have an understanding of what an
12   opioid is?
13       A.   Yes.
14       Q.   What is your understanding?
15       A.   Well, they include painkillers, legally
16   prescribed, so oxycodone, Oxycontin.  And then
17   illegal, heroin, those that are synthetic, fentanyl,
18   some of the other street drugs.
19       Q.   Okay.  So you understand there's both
20   prescription and illicit opioids, correct?
21       A.   Yes.
22       Q.   And you're aware that prescription opioids
23   are legal medications, correct?
24       A.   Yes.
25       Q.   And you understand that they can be sold

Page 49

1  legally in the United States with a valid
2  prescription --
3       A.   Yes.
4       Q.   -- correct?
5            Are you aware that opioids are approved by
6  the FDA?
7       A.   Yes.
8       Q.   And do you have an understanding that
9  prescription opioids may help patients suffering
10 from acute and chronic pain?
11      A.   Yes.
12      Q.   And are you -- do you have an
13 understanding that doctors in Lake and Geauga County
14 prescribe opioids to patients who are suffering pain
15 or other medical issues?
16      A.   Yes.
17      Q.   Do you have an understanding that a vast
18 majority of the Lake and Geauga County residents who
19 use prescription opioids are doing that lawfully
20 under the care of their doctor?
21           MS. POLLOCK:  Object to form.
22           THE WITNESS:  Well, do I have an
23      understanding?  I mean, when you are talking
24      about everybody in Lake and Geauga --
25      Lake Counties, I would assume they're following