# EXHIBIT F

| | |
|---|---|
| **From:** | External User - Tara Fumerton |
| **Sent:** | Friday, August 27, 2021 3:35 PM |
| **To:** | David Cohen; David R. Cohen (David@SpecialMaster.Law) |
| **Cc:** | Laura Fitzpatrick |
| **Subject:** | Witness Objections & Rule 1006 Summaries |

Dear Special Master Cohen,

Laura and I just spoke, and wanted to let you know that in light of the Rite Aid settlement the parties have agreed to a 1-week extension (from today until Sept. 3) to exchange Rule 1006 summaries pursuant to the January 6, 2021 Joint Trial Exhibit Stipulation.

Also, as an update to our prior discussions regarding witness objections, the parties' current agreement is to still exchange them on Monday, Aug. 30, but we are still in discussion as to whether to further pushback that deadline and/or push up the deadline for plaintiffs to disclose their Rule 43 witness choice (currently set for Sept. 6).

Thanks,

Tara

Tara A. Fumerton (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
77 West Wacker Drive
Chicago, IL 60601-1692
Office +1.312.269.4335
tfumerton@jonesday.com