UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804<br>Case No. 1:17-md-2804 |
| *This Document Relates to:*<br>*All Cases* | Hon. Dan Aaron Polster |

### PLAINTIFFS' EXECUTIVE COMMITTEE'S AMENDED CROSS-NOTICE OF REMOTE DEPOSITION AND NON-RETAINED EXPERT WITNESS DISCLOSURE OF DR. RAHUL GUPTA

**PLEASE TAKE NOTICE** that pursuant to the applicable Federal Rules of Civil Procedure, the Plaintiffs' Executive Committee on behalf of all MDL Plaintiffs with cases pending in the MDL will take the remote oral deposition of Rahul Gupta, M.D.

The deposition of Rahul Gupta, M.D., will take place remotely, upon oral examination and/or by videotape, before an official reporter authorized by law to take depositions, on **September 17, 2021 at 9:00 a.m. (ET) via Remote Technology (Zoom) and, if necessary, continuing on September 18, 2021, at 9:00 a.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs reserve the right to conduct this deposition utilizing **video teleconferencing/teleconferencing** services. Plaintiff will provide, via Zoom, remote access for all parties wishing to participate via video conference or telephone. Also note that the court reporter and videographer will be appearing via **video conferencing/teleconferencing** and will not be in the presence of the deponent. A stipulation will be made on the stenographic record by all parties that the witness is to be sworn in remotely by the reporter. You are invited to attend and participate in this deposition.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) Plaintiffs intend to utilize Dr. Gupta as both a fact and non-retained expert witness at

the trial of the above captioned Civil Actions. While no Scheduling Order has been entered in these cases requiring the disclosure of expert witnesses, Plaintiffs expect Dr. Gupta's testimony to be consistent with his prior disclosure, his report dated August 25, 2021 (attached as Exhibit A), his prior deposition testimony and trial testimony in *City of Huntington v. AmerisourceBergen Drug Corporation, et al.*, Civil Action No. 3:17-cv-01362 (WVSD), and *Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.,* Consolidated Case No. 3:17-cv-01665 (WVSD).

Plaintiffs reserve the right to supplement or add to Dr. Gupta's disclosure and/or his opinions.

Dated:  September 3, 2021     Respectfully submitted,


/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
FARRELL & FULLER LLC
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
Mobile: 304-654-8281
paul@farrellfuller.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (fax)
jrice@motleyrice.com

Jane Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

>Peter H. Weinberger
>SPANGENBERG SHIBLEY & LIBER
>1001 Lakeside Avenue East, Suite 1700
>Cleveland, OH 44114
>(216) 696-3232
>(216) 696-3924 (fax)
>pweinberger@spanlaw.com
>*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

>/s/ *Paul T. Farrell, Jr.*
>Paul T. Farrell, Jr.