# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *County of Lake, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45032 | Case No. 1:17-md-2804 |
| *County of Trumbull, Ohio v. Purdue Pharma, L.P., et al*., Case No. 18-op-45079 | Judge Dan Aaron Polster |

## WALGREENS' TRIAL EXHIBIT LIST

Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc. (together, "Walgreens") hereby submit their trial exhibit list, pursuant to the Track Three Civil Trial Order, ECF No. 3758 and the Parties' Joint Trial Exhibit Stipulation agreed to by the parties, ECF No. 3595-2.

Walgreens submits this list subject to all of the rights reserved in the Parties' Joint Trial Exhibit Stipulation and in the Defendants' Joint Trial Exhibit List.  Walgreens separately joins the Joint Defense Trial Exhibit List and incorporates all reservations contained therein.

Dated: September 10, 2021

Respectfully Submitted,

/s/ *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Sharon Desh
Sten A. Jernudd
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654

(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
brian.swanson@bartlitbeck.com
kate.swift@bartlitbeck.com
sharon.desh@bartlitbeck.com
sten.jernudd@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
(303) 592-3100
alex.harris@bartlitbeck.com

*Attorneys for Walgreens Boots Alliance, Inc.,
Walgreen Co., and Walgreen Eastern Co., Inc.*