# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br> Case No. 17-md-2804 <br> Judge Dan Aaron Polster |
| **This document relates to**: | |
| *Track Three Cases* | |

## DEFENDANTS HBC SERVICE COMPANY AND GIANT EAGLE, INC.'S TRIAL EXHIBIT LIST

Defendants HBC Service Company and Giant Eagle, Inc. (together, "Giant Eagle") hereby submit their trial exhibit list, pursuant to the Second Revised Case Management Order, ECF No. 3735 and the Parties' Joint Trial Exhibit Stipulation, ECF No. 3595-2.

Giant Eagle submits this list subject to all of the rights reserved in the Parties' Joint Trial Exhibit Stipulation and served with both its Amended Exhibit List and the Pharmacy Defendants' Joint Trial Exhibit List, including the right to amend, modify, withdraw, and supplement this trial exhibit list prior to and during trial.

Dated:  September 10, 2021

Respectfully submitted,

/s/ *Robert M. Barnes*
Robert M. Barnes
*rbarnes@marcus-shapira.com*
Scott D. Livingston
*livingston@marcus-shapira.com*
Joshua A. Kobrin
*kobrin@marcus-shapira.com*

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Defendants HBC Service Company and Giant Eagle, Inc.*

A1636123.1