# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | **MDL No. 2804** |
| **THIS DOCUMENT RELATES TO:** ) ) | **CASE NO. 1:17-MD-2804** |
| ) | **JUDGE DAN AARON POLSTER** |
| *Track Three Cases:* ) ) | |
| *County of Lake, Ohio v.* ) *Walgreen Co., et al.,* ) *Case No. 18-OP-45032* ) | |

# VERDICT FORM
# Lake County

Page 1 of 4

FOR ALL QUESTIONS IN THIS VERDICT FORM,

PLEASE CIRCLE YOUR ANSWERS IN INK.

1. Did **Lake County** prove, by the greater weight of the evidence, that oversupply of legal prescription opioids, and diversion of those opioids into the illicit market outside of appropriate medical channels, is a public nuisance in **Lake County**?

    YES     NO

    **If you answered "YES" to Question 1, please go to Question 2.**

    **If you answered "NO" to Question 1, then skip Question 2 and go directly to Question 3.**

2. Did **Lake County** prove, by the greater weight of the evidence, that any of the following Defendants proximately caused the public nuisance in **Lake County**?

| | | |
|---|---|---|
| **CVS Indiana, L.L.C.** | YES | NO |
| **CVS Rx Services, Inc.** | YES | NO |
| **Giant Eagle/HBC Service Co.** | YES | NO |
| **Rite Aid of Maryland** | YES | NO |
| **Walgreen Co.** | YES | NO |
| **Walmart Inc.** | YES | NO |

**Please go to Question 3.**

3. Please sign and date the verdict form.

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
                                       foreperson

_____
date

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | **MDL No. 2804** |
| **THIS DOCUMENT RELATES TO:** ) ) ) | **CASE NO. 1:17-MD-2804** |
| | **JUDGE DAN AARON POLSTER** |
| *Track Three Cases:* ) ) | |
| *County of Trumbull, Ohio v.* ) *Walgreen Co., et al.,* ) *Case No. 18-OP-45079* ) | |

# VERDICT FORM Trumbull County

Page 1 of 4

**FOR ALL QUESTIONS IN THIS VERDICT FORM,**

**PLEASE CIRCLE YOUR ANSWERS IN INK.**

1. Did **Trumbull County** prove, by the greater weight of the evidence, that oversupply of legal prescription opioids, and diversion of those opioids into the illicit market outside of appropriate medical channels, is a public nuisance in **Trumbull County**?

    YES             NO

    **If you answered "YES" to Question 1, please go to Question 2.**

    **If you answered "NO" to Question 1, then skip Question 2 and go directly to Question 3.**

2. Did **Trumbull County** prove, by the greater weight of the evidence, that any of the following Defendants proximately caused the public nuisance in **Trumbull County**?

| | | |
|---|---|---|
| **CVS Indiana, L.L.C.** | YES | NO |
| **CVS Rx Services, Inc.** | YES | NO |
| **Giant Eagle/HBC Service Co.** | YES | NO |
| **Rite Aid of Maryland** | YES | NO |
| **Walgreen Co.** | YES | NO |
| **Walmart Inc.** | YES | NO |

**Please go to Question 3.**

3. Please sign and date the verdict form.

_____  
_____  
_____  
_____  
_____     _____  
                                                                                     foreperson

_____  
date