UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.*,<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*,<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PHARMACY DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY BASED ON TRACK ONE ARGUMENTS**

Pursuant to Rule 702 of the Federal Rules of Evidence and the Court's Second Revised Case Management Order (Dkt. No. 3735), Pharmacy Defendants move to exclude the testimony of Plaintiffs' experts Caleb Alexander, David Cutler, Lacey Keller, Katherine Keyes, Anna Lembke, Craig McCann, James Rafalski, and Nancy Young for the reasons given in the accompanying memorandum of law, which is incorporated here.

The motion is denied, for the reasons stated in the Court's orders addressing all of the parties' Daubert motions filed in Track One, which are incorporated by reference.
/s/Dan Aaron Polster 9/14/21