UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>"TRACK 3 CASES" | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## ORDER PERMITTING REMOTE LIVESTREAMING OF TRIAL TESTIMONY AND PROCEEDINGS

To ensure that the Parties and their counsel have safe access to the trial proceedings, this Court will allow the remote live transmission of those proceedings via a secure livestream link. The Court finds that this step is necessary to balance the Parties' rights to access and participate in the trial proceedings with the continued need to enforce safety protocols relating to the COVID-19 public health emergency.

In accordance with federal practice and procedure, the Court will strictly limit who can access the livestream and how they can do so.  Access to the livestream link will be limited to the Track 3 Parties (Lake and Trumbull Counties and Track 3 Defendants), including their counsel and support staff, and the Court will inform the jury that the access is so limited.  No other person shall have or be provided access.

Recordings of any kind, including audio recordings, visual recordings and still photographs of court proceedings are strictly prohibited. These rules are the same for in-person and virtual proceedings. This Court cautions that individuals who are granted access to the livestream of the trial proceedings in this matter are strictly prohibited from making any kind of

recording of the proceedings, including audio recording, video recording or taking photographs of the livestream. This Court further cautions that individuals who are granted access to the livestream of the trial proceedings in this matter shall not provide or share access to any other individual not specified in this Order.

Courtroom Connect will be the vendor utilized to broadcast the trial proceedings to the permitted participants. Passwords will have unique identifiers such that participants will be closely monitored. Parties are prohibited from sharing and/or disseminating the aforementioned passwords and the associated identifiers.

Violations of this Order shall be subject to sanctions by this Court and to all other penalties provided by law.

Dated: 9/16/21

/s/Dan Aaron Polster
U.S. District Judge