## SCHEDULE OF ACTIONS

| Short Case Caption | Court Civil Action No. | Defendants Represented |
|---|---|---|
| 1. *J. et al v. Johnson & Johnson et al.* | S.D.W. Va. 2:21-cv-00461 | Noramco |
| 2. *M.P. v. Johnson & Johnson et al* | S.D.W. Va. 5:21-cv-00463 | Noramco |
| 3. *K.D. et al v. Johnson & Johnson et al* | S.D. W.Va. 5 :21-cv-00473 | Noramco |