BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL. No. 2804

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned certifies that on September 19, 2021, I caused to be served a true and correct copy of the foregoing "Corporate Disclosure Statement" upon the counsel listed on the attached service list as noted therein.

/s/ Kelly Calder Mowen
Kelly Calder Mowen
Orndorff Mowen PLLC
135 Corporate Centre Drive, Suite 524
Scott Depot, WV 25560
Telephone: 866.481.2765
Facsimile: 681.245.6313
Email: kelly.mowen@om-pllc.com

## IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION
## MDL NO. 2804

## SERVICE LIST

***J. et al v. Johnson & Johnson et al*** (S.D.W. Va. 2:21-cv-00461)
**Service Via CM/ECF Notification:**
- J. J. *as next friend of*
- P. R. J. *a minor child under the age of 18*
- Johnson & Johnson; Janssen Pharmaceuticals, Inc.
- McKinsey & Company, Inc. United States
- West Virginia Board of Pharmacy

***M.P. v. Johnson & Johnson et al*** (S.D.W. VA. 5:21-cv-00463)
**Service Via CM/ECF Notification:**
- M. P. *as next friend of*
- B. P. P. *a minor child under the age of 18*
- Johnson & Johnson; Janssen Pharmaceuticals, Inc.
- McKinsey & Company, Inc. United States
- West Virginia Board of Pharmacy

***K.D. v. Johnson & Johnson et al*** (S.D.W. VA. 5:21-cv-00473)
**Service Via CM/ECF Notification:**
- K.D. *as next friend of*
- B.R.D. *a minor child under the age of 18*
- Johnson & Johnson; Janssen Pharmaceuticals, Inc.
- McKinsey & Company, Inc. United States
- West Virginia Board of Pharmacy