IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document related to:**<br>*Jackson County, Missouri v. Purdue Pharma, L.P., et al;* Case No. 1:18-op-45965-DAP | Individual Case No.:  1:17-md-02804-DAP<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION FOR DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the plaintiff and pursuant to Federal Rule of Civil Procedure 41(a) move that the above entitled action be discontinued and dismissed with prejudice against defendant RiteAid of Maryland, Inc. d/b/a RiteAid Mid-Atlantic Customer Support Center, Inc., without costs to either party as against the other.

Respectfully submitted,

SIMMONS HANLY CONROY LLC

By */s/ Sarah S. Burns*
Sarah S. Burns
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 22, 2021, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ <i>Sarah S. Burns</i><br>
Sarah S. Burns