# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) *"Tribal Cases"* ) ) ) | CASE NO. 1:17-MD-2804 SPECIAL MASTER COHEN **Notice of Status Conference** |

The Court will conduct an in-person, non-public status conference on Friday, October 1, 2021 at 1:45p EST with J&J and the Tribes regarding the status of their settlement discussions. The Court will communicate directly with J&J and Tribal counsel regarding who must attend.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** September 23, 2021