# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*Track Three Cases* | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

## [PROPOSED] ORDER GRANTING GIANT EAGLE'S MOTION TO STRIKE ERRATA TO JAMES RAFALSKI'S DEPOSITION TESTIMONY

Upon consideration of Giant Eagle's Motion to Strike Errata to James Rafalski's Deposition Testimony and any opposition thereto, it is hereby:

**ORDERED** that the Motion is **GRANTED** and Lines 100:16-22 and 101:14-25 of Mr. Rafalski's Errata are **STRICKEN**.

_____
Hon. Dan A. Polster
United States District Judge