# EXHIBIT 3

GIANT EAGLE / HBC

ONLY Hydro from HBC  - stopped distributing October 2014
GERXDC began distributing CII – CV February 2016
Additional Distributors – McKesson and Anda
14 Pharmacies – 7 in Lake County and 7 in Trumbull County
HBC Facility Washington, PA / GERX Facility Freedom, PA
30 (B) Tsipkakis
NO THRESHOLDS NOV 2009 – Oct 2013
No Written SOMS until August 2014
NO SUSPICIOUS ORDERS Reported
DUE Diligence:  Minimal evidence of D.D., 30B stated no documentation of D.D. from 2009 to 2014.

## SOM November 2009 – August 1, 2014

1. No written policy
2. No thresholds until Mid-October 2013
3. HBC/GE claims SOM was:
    a. Warehouse pickers
    b. Warehouse Superintendent
    c. DC procurement team
4. Mid October 2013 THRESHOLDS
    a. 3 x 12 month Company-wide Average by base code
    b. FLAWS
        i. Tracked shipped orders – post
        ii. "Company-wide" average
        iii. Did not block orders
        iv. Systematically ignored


## SOM     2016 Revised – GERXDC Opened February 2016

February/March 2017 Revised policies
February 2, 2017 – Order Monitoring System Policy and
March 26, 2017 - GE Suspicious Order Monitoring

Algorithms Added to identify suspicious orders to be investigated before shipping

OMS Algorithm generated threshold limits and blocked orders based on:
- Pharmacy location; Chemical Type
- General product indicator
- NDC code; Ordering pattern

OMS added 4 levels of revie prior to release or report
   1. Mapping providers
   2. Payment Types
   3. Historic physical Inventory
   4. Investigator level reviews  (Interviews or store covert investigations)