# EXHIBIT C

## NEUTRAL STATEMENT OF THE CASE

Thank you all for being here today. Before I ask you question, I want to tell you a little bit about this case. The Plaintiffs in this case are Lake County and Trumbull County. There are four Defendants, ~~all~~ three of which are national pharmacy chains and one of which is a regional pharmacy chain~~s~~. The Defendants are, in alphabetical order, (1) ~~Walmart~~ CVS, (2) ~~Walgreens~~ HBC Giant Eagle, (3) ~~two related CVS entities~~ Walgreens, and (4) ~~HBC Giant Eagle~~ Walmart.

The four Pharmacy Defendants each bought prescription opioids from pharmaceutical manufacturers and then distributed those prescription opioids to their pharmacy stores or bought and received prescription opioids from other distributors. The pharmacy stores then used these opioids to fill prescriptions for patients written by doctors and other healthcare practitioners.

The Pharmacy Defendants each played two related roles during their business dealings with prescription opioids—one as distributor and one as dispenser. First, they acted as a distributor when they bought opioids from manufacturers or third-party distributors and then distributed the drugs to their pharmacy stores. Second, they acted as a dispenser when their pharmacy stores filled prescriptions for patients.

The two Counties allege ~~the~~ that each Pharmacy Defendant~~s~~ failed to monitor, detect, investigate, report, and stop certain suspicious shipments and illegitimate prescriptions of opioids, which allowed the opioids to be diverted to illegal use. The Counties allege these suspicious shipments and illegitimate prescriptions caused a public nuisance, which is defined as a<ins>n ongoing</ins> substantial interference with the public health in their Counties.

The Pharmacy Defendants deny the Counties' claims that they caused a public nuisance. The Defendants contend that they complied with their legal obligations, violated no duties, and ~~did not cause a substantial interference with the public health in the two Counties~~ that, if a public nuisance exists today in the two Counties, it was caused by persons other than the Pharmacy Defendants.