**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| This document relates to: | Case No. 1:17-md-2804 |
| Case No. 0:19-cv-00014-GFVT | Judge Dan Aaron Polster |
| *City of Grayson v. Purdue Pharma L.P., et al.* | |

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, *City of Grayson,* through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismisses all claims in this action with prejudice as to Defendants, Walgreens Boots Alliance, Inc. d/b/a Walgreens Corporation, with each party to bear its own fees and costs.

Dated:  September 29, 2021

Respectfully submitted:
**WHALEY LAW FIRM**

/s/ J. R. Whaley
J. R. WHALEY, Bar Roll No. 25930
6700 Jefferson Highway
Building 12, Suite A
Baton Rouge, Louisiana 70806
Telephone:  (225) 302-8810
Facsimile:  (225) 302-8814
Email:  jrwhaley@whaleylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the  29th  day of September, 2021, I served a true and correct copy of the foregoing *Plaintiff's Notice of Voluntary Dismissal* upon counsel of record by the Court's ECF electronic filing service.

/s/ J. R. Whaley
J. R. Whaley