Print Form

MINUTES OF PROCEEDINGS

HONORABLE  Dan A. Polster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

In Re: Nat'l Prescription Opiate Litigation

vs.

Date: 10/4/21

Case No.:  1:18md2804

Court Reporter:  Sue Trischan

ECRO:

INTERPRETER:

Counsel for Plaintiff:   Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier

Counsel for Defendant:  Graeme Bush, Eric Delinsky, Sasha MIller, Paul Haynes, Diane Sullivan, Chantale Fiebig, Kaspar Stoffelmayr, Kate Swift, Tara Fumerton, Kate Swift, John Majoris, Tina Tabacchi

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing

- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [ ] Voir Dire begun and continued | |
| [x] Plaintiff(s) opening statements | [x] Defendant(s) opening statements | |
| [ ] Evidence began; continued | [ ] Evidence continued | [ ] Evidence concluded |
| [ ] Plaintiffs case begun | [ ] Plaintiffs case continued; not concluded | [ ] Concluded |
| [ ] Defendants case begun | [ ] Defendants case continued ;not concluded | [ ] Concluded |
| [ ] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [ ] Exhibits Located:_____ | [ ] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:   10/5/21 at 9:00 AM

Comments:

s/  Robert Pitts

Courtroom Deputy Clerk

Time:___4.5 hrs___