**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 1:17-md-2804** |
| This document relates to: | **Judge Dan Aaron Polster** |
| *City of Elyria v. Purdue Pharma L.P. et al,* Case No. 1:18-cv-00017; | |
| *City of Columbus v. Purdue Pharma L.P. et al,* Case No. 1:18-op-45048; | **JOINT MOTION FOR STIPULATED DISMISSAL ORDER AS TO MCKESSON CORPORATION, CARDINAL HEALTH, INC., AND AMERISOURCEBERGEN CORPORATION PURSUANT TO SETTLEMENT AGREEMENT** |
| *City of Brunswick v. Purdue Pharma L.P. et al,* Case No. 1:18-op-45199; | |
| *Meigs County, Ohio v. Cardinal Health, Inc.,* Case No. 1:19-op-45229; | |
| *Noble County, Ohio by the Noble County Commissioners v. Cardinal Health, Inc. et al,* Case No. 1:19-op-045096; | |
| *Washington County, Ohio, by its Commissioners & City of Marietta, Ohio v. Cardinal Health, Inc. et al,* Case No. 1:19-op-45230; | |
| *Ottawa County Board of County Commissioners v. AmerisourceBergen Drug Corp. et al,* Case No. 1:18-op-45031; | |
| *Allen County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al,* Case No. 1:18-op-45401; | |
| *City of Lima v. AmerisourceBergen Drug Corp. et al,* Case No. 1:18-op- 45333; | |
| *City of St. Marys v. AmerisourceBergen Drug Corp. et al,* Case No. 1:18-op- 45638; | |
| *City of Van Wert v. AmerisourceBergen Drug Corp. et al,* Case No. 1:18-op-46345; | |

1

*Van Wert County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45571;

*Carroll County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-46079;

*Mercer County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-46094;

*Wyandot County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-46078;

*Board of Miami County Commissioners, on behalf of Miami County, Ohio v. Purdue Pharma L.P. et al,* Case No. 1:19-op-45335;

*Butler County Bd. of Commissioners v. Purdue Pharma L.P. et al,* Case No. 1:18-op-45037-DAP;

*Clinton County Bd. of Commissioners v. Purdue Pharma L.P. et al,* Case No. 1:18-op-45060-DAP;

*Village of Brooklyn Heights v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45450;

*City of East Cleveland v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45448;

*City of Huron v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45431;

*City of Lyndhurst Huron v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45636;

*City of Macedonia v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45447;

*City of Mayfield Heights v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45635;

*Village of Newburgh Heights v.*

*AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45449;

*City of North Royalton v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45427;

*City of Wickliffe v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45637;

*City of Norwalk v. Purdue Pharma L.P. et al,* Case No. 1:18-op-46351;

*Adams County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45042;

*City of Ashland v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-46203;

*Ashland County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-cv-02569;

*Athens County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45326;

*Auglaize County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45570;

*Belmont County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45034;

*Brown County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45035;

*Champaign County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45065

*City of Cincinnati Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45041;

*Clermont County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45033;

*City of Cleveland et al. v. Purdue Pharma L.P. et al,* Case No. 1:18-op-45132;

*Columbiana County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45289;

*Coshocton County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45027;

*Crawford County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45288;

*Darke County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45046;

*Delaware County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45266;

*Erie County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45291;

*City of Fairfield, Ohio v. AmerisourceBergen Drug Corp. et al*, Case No. 1:19-op-45742;

*Fairfield County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45038;

*Franklin County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45162;

*Gallia County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45043;

*Geauga County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45256;

*City of Hamilton, Ohio v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-46024;

*Hamilton County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45272;

*Hancock County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45572;

*Hocking County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45044;

*Huron County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45292;

*City of Ironton, Ohio v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-46025;

*Jackson County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45037;

*Knox County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45665;

*Lawrence County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45045;

*City of Lebanon, Ohio v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45163;

*Licking County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45041;

*Logan County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45047;

*Marion County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45529;

*City of Middletown, Ohio Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:19-op-46133;

*Monroe County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45597;

*Morrow County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45059;

*Muskingum County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45137;

*Perry County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45245;

*Pike County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45039;

*City of Portsmouth, Ohio v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45042;

*Ross County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45040;

*Seneca County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45290;

*Shelby County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45668;

*Vinton County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:17-op-45036;

*Wayne County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45150;

*Williams County Bd. of County Commissioners v. AmerisourceBergen Drug Corp. et al*, Case No. 1:18-op-45257;

*County of Summit, Ohio et al v. Purdue Pharma, L.P. et al.*, Case No. 18-op-45090 (as to City of Akron only)

*Stark County, Ohio Board of County Commissioners et al. v. Cardinal Health, Inc., et al.,* Case No. 1:18-op-46349;[1]

*County of Portage et al. v. Cardinal Health, Inc.*, *et al.,* Case No. 1:18-op-46006;[2]

*City of Barberton et al. v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45767;[3]

*County of Fayette, Ohio et al. v. Purdue Pharma, L.P. et al.*, Case No. 1:20-op-45065;

*County of Medina, Ohio et al. v. Purdue Pharma, L.P. et al.*, Case No. 1:19-op-45839;

*Montgomery County Bd. of County Commissioners et al. v. Cardinal Health, Inc.*, Case No. 1:18-op-46326;

---

[1] Plaintiffs for *Stark County, Ohio Board of County Commissioners, et al. v. Cardinal Health, Inc., et al.,* Case No. 1:18-op-46349 include all named Plaintiffs and include Stark County, City of Alliance, City of Canton, and City of Massillon.

[2] Plaintiffs for *County of Portage et al. v. Cardinal Health, Inc.*, *et al.,* Case No. 1:18-op-46006, include all named Plaintiffs and include Portage County, City of Ravenna, City of Kent and City of Aurora.

[3] Plaintiffs for *City of Barberton et al. v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45767; include all named Plaintiffs and include the City of Barberton, Village of Boston Heights, Boston Township, Village of Clinton, Copley Township, Coventry Township, City of Cuyahoga Falls, City of Fairlawn, City of Green, Village of Lakemore, Village of Mogadore, City of Munroe Falls, City of New Franklin, City of Norton, Village of Peninsula, Village of Richfield, Village of Silver Lake, Springfield Township, City of Stow, City of Tallmadge, and Valley Fire District.

*County of Tuscarawas, Ohio et al. v. Purdue Pharma, L.P. et al.*, Case No. 1:19-op-45098;

*City of Fostoria v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45433;

*City of Mansfield v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45380;

*City of Sandusky v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45788;

*City of Broadview Heights v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45330;

*City of Dayton v. Purdue Pharma, L.P. et al.*, Case No. 1:17op-45032;

*City of Findlay v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46339;

*Harrison County Bd. of Commissioners v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45547;

*The County of Jefferson v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45365;

*The County of Lake, Ohio v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45032;

*City of Lorain v. Purdue Pharma, L.P. et al.*, Case No. 1:17-op-45000;

*The County of Lorain v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45078;

*The City of Parma v. Purdue Pharma, L.P. et al.*, Case No. 1:17-op-45001;

*The City of Parma Heights v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45773;

*Sandusky County Bd. of Commissioners v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45254;

*City of Seven Hills, Ohio v. Purdue Pharma, L.P. et al.*, Case No. 1:19-op-45413;

*City of Strongsville v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46111;

*The City of Toledo v. Purdue Pharma, L.P. et al.*, Case No. 1:17-op-45005;

*The County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*, Case No. 1:18-op-45079;

*The City of Warren v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45434;

*City of Warrensville Heights, Ohio v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46299;

*The City of North Ridgeville v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46015;

*Township of Painesville v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46035;

*The County of Ashtabula v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45050;

*The City of Euclid v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46013;

*The City of Garfield Heights v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45999;

*City of North Olmsted v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46012;

*The City of Olmsted Falls v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46014;

*Bd. of Commissioners of Lucas County, Ohio et al. v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46177;

*City of Lakewood, Ohio v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45240;

9

*Bd. of Commissioners of Fulton County, Ohio v. Purdue Pharma, L.P. et al.*, Case No. 1:19-op-45440;

*City of Youngstown, Ohio v. Purdue Pharma, L.P., et al*, Case No. 1:19-op-45722;

*Guernsey County v. Purdue Pharma, L.P., et al* Case No.  1:18-op-45044;

*Lucas County Children Services Board of Trustees v. Purdue Pharma, L.P., et al*, Case No. 1:18-op-46177;

*Mental Health & Recovery Services Board of Allen, Auglaize, and Hardin Counties v Purdue Pharma, L.P., et al*, Case No. 1:18-op-46344; and

*Mental Health & Recovery Services Board of Lucas County v. Purdue Pharma, L.P., et al*, Case No. 1:18-op-46177.

Plaintiffs in the above captioned cases (collectively, "Plaintiffs"),[4] on the one hand, and Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively and together with their subsidiaries, the "Settling Distributors"), on the other, jointly move this Court for an Order dismissing with prejudice all claims asserted by Plaintiffs against the Settling Distributors in the above-captioned cases pursuant to the terms of the Ohio Distributor Settlement Agreement.  This dismissal of claims extends to the Settling Distributors only, and not as to any other defendant to these actions.

A proposed Stipulated Dismissal Order is attached hereto.

---

[4] Plaintiffs include all named plaintiffs in the above captioned cases with the exception of *County of Summit, Ohio et al v. Purdue Pharma, L.P. et al.*, Case No. 18-op-45090.  Summit County jointly filed Case No. 18-op-45090 together with the City of Akron.  Summit County previously reached a separate settlement with the Settling Distributors, and the City of Akron is the only plaintiff in Case No. 18-op-45090 included in this Motion.

Dated: October 5, 2021                                    Respectfully Submitted,


                                                          */s/ Peter J. Mougey*
                                                          Peter J. Mougey
                                                          LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
                                                          BUCHANAN, O'BRIEN, BARR, & MOUGEY,
                                                          P.A.
                                                          316 S. Baylen Street, Suite 600
                                                          Pensacola, FL 32502-5996
                                                          850.435.7068 (office)
                                                          850.436.6068 (fax)
                                                          pmougey@levinlaw.com
                                                          *Attorney for Adams County, City of Ashland,*
                                                          *County of Ashland, Athens County, Auglaize*
                                                          *County, Belmont County, Brown County, Carroll*
                                                          *County, Champaign County, City of Cincinnati,*
                                                          *Clermont County,  City of Cleveland, Columbiana*
                                                          *County, Coshocton County, Crawford County,*
                                                          *Darke County, Delaware County, Erie County, City*
                                                          *of Fairfield, County of Fairfield, Franklin County,*
                                                          *Gallia County, Geauga County, Guernsey County,*
                                                          *City of Hamilton, County of Hamilton, Hocking*
                                                          *County, Huron County, City of Ironton, Jackson*
                                                          *County, Knox County, County of Lawrence, City of*
                                                          *Lebanon, Licking County, Logan County, Marion*
                                                          *County, Mercer County, City of Middletown,*
                                                          *Monroe County, Morrow County, Muskingum*
                                                          *County, Ottawa County, Perry County, Pike*
                                                          *County, City of Portsmouth, Ross County, Seneca*
                                                          *County, Shelby County, Vinton County, Wayne*
                                                          *County, Williams County, & Wyandot County*


                                                          */s/ Frank L. Gallucci*
                                                          Frank L. Gallucci III (0072680)
                                                          PLEVIN & GALLUCCI CO., L.P.A.
                                                          55 Public Square, Suite 2222
                                                          Cleveland, OH 44113
                                                          (216) 861-0804
                                                          (216) 861-5322 (Fax)
                                                          FGallucci@pglawyer.com

*Attorney for Harrison County, Jefferson County, Lorain County, Sandusky County, City of Warrensville Heights, City of North Ridgeville, Painesville Township, County of Ashtabula, City of Euclid, City of Garfield Heights, City of North Olmsted, & City of Olmsted Falls*

*/s/ Brian K. Balser*
Brian K. Balser (0037869)
BRIAN K. BALSER CO., LPA,
5311 Meadow Lane Ct. #1
Elyria, OH 44305
440-934-0044
brian@balserlaw.com
*Attorney for City of Elyria*

*/s/ Michael H. Carpenter*
Michael H. Carpenter (0015733)
Timothy R. Bricker (0061872)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
carpenter@carperterlipps.com
bricker@carpenterlipps.com
*Special Counsel for City of Columbus*

*/s/ James M. Kelley III*
James M. Kelley III
ELK AND ELK CO LTD.
6105 Mayfield Hts. OH 44124
440-995-0105
Jkelley@elkandelk.com
*Attorney for City of Brunswick*

*/s/ Ethan Vessels*
Ethan Vessels
FIELDS, DEHMLOW & VESSELS, LLC
309 Second Street
Marietta, Ohio 45750
ethan@fieldsdehmlow.com
(740) 374-5346

(740) 374-5349 (facsimile)
*Attorney for County of Meigs, City of Marietta,*
*County of Noble, & Washington County*


/s/ Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Allen County, City of Lima, City of St. Marys, City*
*of Van Wert, Van Wert County, Hancock County, &*
*Mental Health & Recovery Services Board of Allen,*
*Auglaize and Hardin Counties*


/s/ Mark H. Troutman
Mark H. Troutman (0076390)
Shawn Judge (0069493)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
*working from Ohio office
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mht@classlawgroup.com
skj@classlawgroup.com
*Attorneys for Butler and Clinton Counties*


/s/ Leslie O. Murray
Leslie O. Murray (0081496)
Direct: (419) 677-6689
Leslie@lesliemurraylaw.com
LESLIE MURRAY LAW LLC
316 E. Water Street
Sandusky, Ohio 44870
Phone: (419) 502-1024
Facsimile: (419) 502-0290
*Attorney for the City of Mansfield, the City of*
*Sandusky, the City of Norwalk, and the City of*
*Fostoria*

13

*/s/ John A. Lancione*
John A. Lancione
THE LANCIONE LAW FIRM
619 Linda Street, suite 201
Rocky River, OH 44116
(440) 331-6100
(440) 331-6101 (fax)
jal@lancionelaw.com
www.lancionelaw.com
*Attorney for Adams County, Belmont County,*
*Brown County, Clermont County, Columbiana*
*County, Erie County, Huron County, Ottawa*
*County, & City of Portsmouth*


*/s/ Joseph F. Rice*
Joseph F. Rice
Lisa M. Saltzburg
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
lsaltzburg@motleyrice.com
*Attorneys for City of Akron, City of Barberton, the*
*Village of Boston Heights, Boston Township, the*
*Village of Clinton, Copley Township, Coventry*
*Township, the City of Cuyahoga Falls, the City of*
*Fairlawn, the City of Green, the Village of*
*Lakemore, the Village of Mogadore, the City of*
*Munroe Falls, the City of New Franklin, the City of*
*Norton, the Village of Peninsula, the Village of*
*Richfield, the Village of Silver Lake, Springfield*
*Township, the City of Stow, the City of Tallmadge,*
*and Valley Fire District, Stark County, City of*
*Canton, City of Massillon, City of Alliance, Portage*
*County, City of Aurora, City of Ravenna, Ohio, City*
*of Kent, County of Fayette, Medina County,*
*Montgomery County, & County of Tuscarawas*

14

/s/ Linda Singer
Linda Singer
Elizabeth Smith
MOTLEY RICE, LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
(202) 386-9626
lsinger@motleyrice.com
esmith@motleyrice.com
*Attorneys for City of Akron, City of Barberton, the
Village of Boston Heights, Boston Township, the
Village of Clinton, Copley Township, Coventry
Township, the City of Cuyahoga Falls, the City of
Fairlawn, the City of Green, the Village of
Lakemore, the Village of Mogadore, the City of
Munroe Falls, the City of New Franklin, the City of
Norton, the Village of Peninsula, the Village of
Richfield, the Village of Silver Lake, Springfield
Township, the City of Stow, the City of Tallmadge,
and Valley Fire District, Stark County, City of
Canton, City of Massillon, City of Alliance, Portage
County, City of Aurora, City of Ravenna, Ohio, City
of Kent, County of Fayette, Medina County,
Montgomery County, & County of Tuscarawas*


/s/ John T. Murray
John T. Murray (0008793)
Direct: (419) 656-2042
John@lesliemurraylaw.com
LESLIE MURRAY LAW LLC
316 E. Water Street
Sandusky, Ohio 44870
Phone: (419) 502-1024
Facsimile: (419) 502-0290
*Attorney for the City of Mansfield, the City of
Sandusky, the City of Norwalk, and the City of
Fostoria*


/s/ Hunter J. Shkolnik
Hunter J. Shkolnik
Salvatore C. Badala
Joseph L. Ciaccio
Shayna E. Sacks
NAPOLI SHKOLNIK PLLC

15

360 Lexington Ave., 11th floor
New York, NY 10017
(212) 397-1000
(646) 843-7603
hunter@napolilaw.com
sbadala@napolilaw.com
jciaccio@napolilaw.com
ssacks@napolilaw.com
*Attorneys for City of Broadview Heights, City of Dayton, City of Findlay, Harrison County, Jefferson County, Lake County, City of Lorain, Lorain County, City of Parma, City of Parma Heights, Sandusky County, City of Seven Hills, City of Strongsville, City of Toledo, Trumbull County, City of Warren, City of Warrensville Heights, City of North Ridgeville, Painesville Township, County of Ashtabula, City of Euclid, City of Garfield Heights, City of North Olmsted, & City of Olmsted Falls*


/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com
*Attorney for Lucas County*


/s/ Michelle L. Kranz
Michelle L. Kranz (OH 0062479)
Carasusana B. Wall (OH 0090234)
David W. Zoll (OH 0008548)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: michelle@toledolaw.com
        cara@toledolaw.com
        david@toledolaw.com
*Attorneys for Lucas County, Mental Health & Recovery Services Board of Lucas County, Lucas*

16

*County Children Services Board of Trustees &
Fulton County*


*/s/ James A. Lowe*
James A. Lowe (0002495)
Lowe Scott Fisher Co., LPA
1660 West 2nd Street, Suite 610
Cleveland, OH 44113
(216) 781-2600
(216) 781-2610 FAX
jlowe@lsflaw.com
*Attorney for City of Lakewood*


*/s/ William Sutton*
William Sutton
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS, & MILES, P.C.
218 Commerce Street
Post Office Box 4160 (36103-4160)
Montgomery, AL 36104
(334) 269-2343 (Telephone)
(334) 954-7555 (Facsimile)
william.sutton@BeasleyAllen.com (email)
*Attorney for City of Youngstown*


*/s/ J. Steven Justice*
J. Steven Justice (0063719)
DUNGAN & LEFEVRE CO., LPA
210 W. Main St.
Troy, Ohio 45373
(937) 332-9640
(937) 335-4084 (fax)
justice@dunganattorney.com
*Attorney for Miami County*


*/s/ Marty Mason*
Marty Mason
KELLEY & FERRARO, LLP
Ernst & Young Tower
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113

17

*Attorney for City of North Royalton, City of*
*Mayfield Heights, City of Lyndhurst, City of*
*Wickliffe, City of Macedonia, City of Huron, Village*
*of Newburgh Heights, Village of Brooklyn Heights,*
*and City of East Cleveland*


*/s/ Thomas J. Perrelli* _____
Thomas J. Perrelli
Jenner & Block
tperrelli@jenner.com
*Counsel for McKesson Corporation*


*/s/ Jeffrey M. Wintner* _____
Jeffrey M. Wintner
Wachtell, Lipton, Rosen & Katz
jmwintner@WLRK.com
*Counsel for Cardinal Health, Inc.*


*/s/ Elaine P. Golin* _____
Elaine P. Golin
Wachtell, Lipton, Rosen & Katz
epgolin@WLRK.com
*Counsel for Cardinal Health, Inc.*


*/s/ Michael Reynolds* __ _____
Michael Reynolds
Cravath, Swaine & Moore LLP
mreynolds@cravath.com
*Counsel for AmerisourceBergen Drug Corporation*

18

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2021, I electronically filed the

foregoing document with the Clerk of Court in the MDL Master Docket by using the CM/ECF

System. The foregoing will be served on counsel of record.

> */s/ Peter J. Mougey*
> Peter J. Mougey
> *Attorney for Adams County, City of Ashland,*
> *County of Ashland, Athens County, Auglaize*
> *County, Belmont County, Brown County, Carroll*
> *County, Champaign County, City of Cincinnati,*
> *Clermont County,  City of Cleveland, Columbiana*
> *County, Coshocton County, Crawford County,*
> *Darke County, Delaware County, Erie County, City*
> *of Fairfield, County of Fairfield, Franklin County,*
> *Gallia County, Geauga County, Guernsey County,*
> *City of Hamilton, County of Hamilton, Hocking*
> *County, Huron County, City of Ironton, Jackson*
> *County, Knox County, County of Lawrence, City of*
> *Lebanon, Licking County, Logan County, Marion*
> *County, Mercer County, City of Middletown,*
> *Monroe County, Morrow County, Muskingum*
> *County, Ottawa County, Perry County, Pike*
> *County, City of Portsmouth, Ross County, Seneca*
> *County, Shelby County, Vinton County, Wayne*
> *County, Williams County, & Wyandot County*