Print Form

## MINUTES OF PROCEEDINGS

HONORABLE __Polster__

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OHIO

In re: National Prescription Opiate Litigation

Date: 10/5/21
Case No.: 1:17md2804
Court Reporter: Sue Trischan
ECRO:
INTERPRETER:

_____
vs.
_____

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier

Counsel for Defendant: Graeme Bush, Eric Delinsky, Sasha MIller, Paul Haynes, Diane Sullivan, Chantale Fiebig, Kaspar Stoffelmayr, Kate Swift, Tara Fumerton, Kate Swift, John Majoris, Tina Tabacchi

☐ Case Management Conference     ☐ Telephonic Status/Pretrial Conference
☐ Status Conference              ☐ Motion Hearing
☐ Final Pretrial Conference      ☐ Jury Trial
☐ Settlement Conference          ☐ Bench Trial
☐ Hearing                        ☐ Other: _____

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☒ Defendant(s) opening statements | |
| ☒ Evidence began; continued | ☐ Evidence continued | ☐ Evidence concluded |
| ☒ Plaintiffs case begun | ☐ Plaintiffs case continued; not concluded | ☐ Concluded |
| ☐ Defendants case begun | ☐ Defendants case continued ;not concluded | ☐ Concluded |
| ☐ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☐ Plaintiff(s) final argument | ☐ Defendant(s) final argument | |
| ☐ Charge to the jury | | |
| ☐ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☐ Verdict | | |
| ☐ Exhibits Located:_____ | ☐ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until: 10/6/21 at 9:00 AM

Comments: Plaintiffs' witness 1 - Thomas Davis. Exhibits admitted - see exhibit list

s/ Robert Pitts

Courtroom Deputy Clerk

Time: __7.5 hrs__