✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Ohio

In re: National Prescription Opiate Litigation

## EXHIBIT AND WITNESS LIST

V.

Case Number: 1:17md2804

| PRESIDING JUDGE<br>Dan Polster | PLAINTIFF'S ATTORNEY<br>Mark Lanier, et al | DEFENDANT'S ATTORNEY<br>Eric Delinsky, et al |
|---|---|---|
| TRIAL DATE (S)<br>10/5/21 | COURT REPORTER<br>Sue Trischan | COURTROOM DEPUTY<br>Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| wtn1 | | | | | Thomas Davis   CVS |
| Exh 23318 | | 10/5/2021 | | x | Corp Structure CVS  Pharmacy Dept |
| 23470 | | N/O | | | Employee Record |
| 8480 | | " | | x | Incident Report |
| 8472 | | N/O | | | Prescriber Info |
| 8408 | | N/O | | | Email |
| 8494 | | " | | x | Review Docs Veres (pg. 9) |
| 23330 | | N/O | | | Prescriber Interview Notes |
| 19738 | | N/O | | | Email from Kevin Nicholson re: Pill Mills Presentation Info |
| 8954 | | " | | x | Settlement Agreement CVS & DEA FL 2015 |
| 8955 | | " | | x | Settlement Agreement CVS & DEA MD 2016 |
| 10214 | | " | | x | Settlement Agreement CVS & DEA TX 2012 |
| 10212 | | " | | x | Settlement Agreement CVS & DEA RI 2015 |
| 10213 | | " | | x | Settlement Agreement CVS & DEA MA 2016 |
| 42147a | | N/O | | | ALJ Decision and Order Holiday CVS |
| 23267 | | " | | x | Email and NACDS Policy Issues Document |
| 8442 | | " | | x | Email and Policy Council Recommendations |
| 8444 | | N/O | | | Email to Thomas Davis |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages