

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-23318_00001

CVS-MDLT1B-000001559

P-23318 _ 00001