

# Frank Veres, DO

| Physician: | Frank Veres, 1154351757, OH Lic#: 34.001609 |
|---|---|
| Primary Address | 4681 MAHONING N W WARREN, OH 44483; 330-847-7142 **(The Veres Group) *Looks like he is in practice with his son Zachary Veres, DO** |
| Specialty: | Family Practice/Sports Medicine |
| Board Certified: | **No Board Certifications** |
| Drug In Question: | Hydrocodone (40 rx/mo.) |
| Red Flags/State Ranking: | Hydrocodone- volume 99, Share 98 (12%), Avg. Red Flags 97 (1.6), Cocktail 95 (26% w/any benzo; looks like he likes Valium 10mg), Sub Drug Group 100 (100% Norco 10mg) |
| Board Action: | No Board Actions on file |
| Google Reviews: | Vitals.com; Mixed reviews:<br>(1/25/16) "My mother is a patient of his and she literally walks around like a zombie. She has been hospitalized multiple times with falls and for being over medicated so instead of lowering her dosages he doubled them. Their is no way he could actually be her doctor and not realize what's going on. Everybody in town who is hooked on pain and anxiety meds are his patients. So if you want to become a full blown drug addict he's the man to see." "I have never been a patient of his but know of several that were given mass amounts of pain medications, and needed Detox after leaving his office. I know this because I was in a relationship for several years with one of his patients and he had been recieving pills as young as 18 for pain he never had!" "If you want to be Unwitingly turned into a drug addict then mess up 1 time like a drug addict then get dropped, hooked on Oxy's then this is your Doctor. Dont even beg for help or a referral for drug rehab or detox because they will ignore you and left to die!" http://www.vitals.com/doctors/Dr_Frank_Veres/reviews#ixzz3zmGOX3Bc |
| Google News: | http://www.vindy.com/news/2014/jan/16/wrongful-death-trial-doctors-testify-in-/ ; Wrongful death suit filed by parents of patient who Dr. Veres was prescribing meds for pain and depression (2014). |
| Web site: | http://veresgroup.com/ |
| Escalation Details: | **Q4 2015; Ethics Line Escalation, Store 3304:** *Potential prescription fraud by Dr. Frank Veres.* **(flagging for hydrocodone volume, share, avg. red flags, cocktail and sub drug group share; concerned with the nature of the escalation as well; recommend outreach)**<br>**Q4 2015; Tier 2 Hydrocodone Prescriber** |