## Case: 2015-12-63043 - EP Call Center
Stores (CVS)
Pharmacy Regulatory Issues : Corresponding Responsibility : Suspicious Activity : Prescriber

### Case Snapshot

**Opened:** 12/21/2015 12:58 PM
**Days open:** 22
**Last modified:** 01/12/2016 2:00 PM
**Date closed:** 01/12/2016
**Intake method:** EP Call Center
**Status:** Closed
**Alert:** Green

### General Case Info

**Case number:**
2015-12-63043

**Received/Reported date:**
12/21/2015

**Language:**
English

**Assigned tier:**
Stores (CVS)

### Issue

**Primary issue:**
Pharmacy Regulatory Issues : Corresponding Responsibility : Suspicious Activity : Prescriber

**Summary:**
Anonymous Reporter is concerned with a suspicious prescriber.

### Case Details Show Original Case Details

**Reported tier information**

**Case type:**
Allegation/Issue

**Intake method:**
EP Call Center

**Location**

**Organization/Building name:**
CVS

**Location/Address:**
Store - 3304 - OH - WARREN - 3304
3933 Parkman Road NW

**City:**
WARREN

**State/province:**
OH

**ZIP/postal code:**
44481

PLAINTIFFS TRIAL EXHIBIT
P-08480_00001

**Country:**
United States

**Department/Store:**
3304

**Function/Type:**
Store

**Area:**
3

**Region:**
33

**District:**
7

## Reporter contact information

**Reporter anonymous:**
Yes

## Case Information

**What is your relationship to CVS Caremark?**
Current/Active employee

**Please identify the person(s) engaged in this behavior:**
Frank Veres - Physician

**Do you suspect or know that a supervisor or management is involved?**
Do Not Know / Do Not Wish To Disclose

**Is management aware of this problem?**
Yes

**What is the general nature of this matter?**
Prescription Fraud

**Where did this incident or violation occur?**
City wide.

**Please provide the specific or approximate time this incident occurred:**
12/21/15

**How long do you think this problem has been going on?**
Once

**How did you become aware of this violation?**
I observed it

**Please describe the behavior that occurred:**
Prescription fraud

**Are there any other witnesses?**
No

**Details:**
The caller is reporting potential prescription fraud by Dr. Frank Veres who is an area doctor who writes medication prescriptions with higher dosages.

This CVS location discovered the situation today. Dr. Veres has been asked to provide proper documentation and he has refused to do so.

Dr. Frank Veres
4687 Mahoning Ave. NW
Warren, OH 44483

## Legacy information

Confidential
CVS-MDLT3-000010798
P-08480 _ 00002

## Follow-ups

### Reporter Additional Information
There are no additional notes for this incident.

### Questions/Comments and Reporter Responses

**12/23/2015 7:40 AM - Zapata, Brenda (Deactivated)**
Comment: Please note that this Ethics Line case is under investigation. Feel free to check back periodically for updates.

**01/12/2016 2:00 PM - Zapata, Brenda (Deactivated)**
Comment: Thank you for contacting the Ethics Line with your concerns regarding a suspicious prescriber at store 3304. Be assured that the matters in this report have been brought to the attention of management with need to know and that where necessary appropriate actions have been taken. This investigation is now closed.

## Assignments & Access

**Case assignee(s):** Zapata, Brenda (Deactivated)
**Restricted access:** None
**Case access list:** .Baldino (Nader), Karen; .Barnes, Brandon; .Beck, Ryan; .Best, Michelle; .Brown, Shannon (Deactivated); .Cuomo, Thomas J; .Davis, Monika; .Domenick, Lisa; .Flynn, Elizabeth K; .Gillett, Faye; .Gulas, Giovanna; .Gunderman, Ashtyn; .Howe, John; .Mandro, Carole; .Miner, Michael; .Nimrod, Sarah; .Radke, Ranae; .Sossin, Gregory S; Amato, Joseph M; Brown, Linze; Burton, Chris; CASE, **ESCALATED; Ciaciak, Michael; Falkowski, David; Farnham, John; Giannini, Lee; Hayes, Ken; Hoague, Michael; Imhoff, Daniel; Investigative Services, Compliance; Kinchla, Brendan; Pawlik, Tom; Thompson, Scott J; Tremblay, Lindsey H; Villaverde, Jaime S

## Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| Frank Veres - MD | None | Prescriber | Implicated Person | None | |
| Brian Boyle | None | Pharmacy Supervisor | Investigator | None | |
| Robert Watson | None | District Sales Manager | Notified Party | None | |
| Nicole Harrington | None | Pharmacy, Professional Practice | Notified Party | None | |
| Thomas Davis | None | Pharmacy, Professional Practice | Notified Party | None | |
| Ronald Wos | None | Loss Prevention | Notified Party | None | |
| Joseph Grimes | None | Pharmacy Operations | Notified Party | None | |

## Attachments

None

## Synopsis

### Outcome of case

**Primary outcome:**
Escalated to Pharmacy Supervisor

**Secondary outcome 1:**
No Result

**Secondary outcome 2:**
No Result

**Action taken:**
PharmacySup investigated & took appropriate action

### Additional details

Confidential    CVS-MDLT3-000010799

P-08480 _ 00003

## Case Status:
ooooooooooooooooooooooooo

- 1/12/2016 1:56 PM - Zapata, Brenda
Email response from Brian Boyle (Rx Supv) - He provided the prescriber specifics (name/address/phone/NPI/DEA). He reviewed the guidelines with Rachel Joseph (PM) on 12/30/15 and with Michael Cramer (Pharmacist) on 12/24/15. They reviewed the policy with the pharmacy staff and are aware that the Pharmacist must communicate all refusals. When they are presented with a prescription from this doctor they will continue to document the diagnosis and code on the hard copy of the prescription and make any judgments regarding whether or not to fill.
Comments posted for Reporter. Case Closed. Case unable to verify.
- 12/30/2015 11:29 AM - Zapata, Brenda
Sent follow up to Brian Boyle (Rx Supv).
- 12/23/2015 7:53 AM - Zapata, Brenda
Sent to Brian Boyle (Rx Supv) with a copy to Robert Watson (DSM), Nicci Harrington, Tom Davis, Ron Wos (LP), and Joey Grimes.

## Investigator

**Investigator First Name:**
Brian

**Investigator Last Name:**
Boyle

## General

**Did reporter request to retract case?**
No

## Case Management

**Result of Investigation:**
Unable to Verify

**Outcome Summary:**
Rx Supv educated staff on dispensing guidelines and instructed staff to include the Pharmacist for any refusals. Prescriptions for this doctor need to have the diagnosis and code on the hard copy.

## Compliance Considerations

## Billing Considerations

## Synopsis Notes

**Synopsis notes:**
From: Zapata, Brenda J.
Sent: Tuesday, January 12, 2016 3:59 PM
To: Boyle, Brian K.
Cc: Harrington, Nicole J.; Wos, Ronald M.; Davis, Thomas G.; Grimes, Joseph
Subject: RE: Ethics Line Case # 2015-12-63043, Store # 3304

Thanks, we will close out the Ethics Line Case.

Thanks,
Brenda Zapata, MBA, PHR │ Sr. Consultant, Compliance/Integrity, CVS Health
p 847-559-4970 │ f 480-314-6472
CVS Health │ 2211 Sanders Road, Northbrook, IL 60062
CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

From: Boyle, Brian K.
Sent: Monday, January 11, 2016 12:26 PM
To: Zapata, Brenda J.
Cc: Harrington, Nicole J.; Wos, Ronald M.; Davis, Thomas G.; Grimes, Joseph

Confidential

CVS-MDLT3-000010800

P-08480 _ 00004

Subject: RE: Ethics Line Case # 2015-12-63043, Store # 3304

Brenda,

The doctor that is involved is:

Dr Frank Veres
4687 Mahoning Ave
Warren, OH 44483
Phone: 330-847-7778
NPI: 1154351757
DEA: AV2944519

I reviewed the guidelines with the Pharmacy Manager (Rachel Joseph) on 12/30/15 and with the staff pharmacist (Michael Cramer) on 12/24/15. They have reviewed the policy with the pharmacy staff and they are aware that the pharmacist is the person whom all refusal to fills must come from. Any time they are presented with a prescription from this doctor, they call the doctor to document the diagnosis and code on the hardcopy of the prescription and make any judgments regarding whether to fill or not at that time.

Brian Boyle |CVS Health | District 33-7 Pharmacy Supervisor | Cell 724-584-8978 | E-mail: Brian.Boyle@cvscaremark.com | Fax 401-262-4212


From: Zapata, Brenda J.
Sent: Wednesday, December 30, 2015 1:29 PM
To: Boyle, Brian K.
Cc: Watson, Robert; Harrington, Nicole J.; Wos, Ronald M.; Davis, Thomas G.; Grimes, Joseph
Subject: RE: Ethics Line Case # 2015-12-63043, Store # 3304

This is an investigation update request for Case # 2015-12-63043.
As indicated in the original email notification, a summary with your findings and resolutions was requested within 5 business days.
Please review your notes and respond with your findings and resolution within the next 5 business days.
Your prompt response is appreciated.
Thanks,
Brenda Zapata, MBA, PHR │ Sr. Consultant, Compliance/Integrity, CVS Health
p 847-559-4970 │ f 480-314-6472
CVS Health │ 2211 Sanders Road, Northbrook, IL 60062
CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.


From: Zapata, Brenda J.
Sent: Wednesday, December 23, 2015 9:58 AM
To: Boyle, Brian K.
Cc: Watson, Robert; Harrington, Nicole J.; Wos, Ronald M.; Davis, Thomas G.; Grimes, Joseph
Subject: Ethics Line Case # 2015-12-63043, Store # 3304

Brian,
Attached is a new report that came into the Ethics Line. The reporter has notified the Ethics Line of potential issues associated with a prescriber.
Please remind the store that a pharmacist should always exercise their professional judgment with each and every prescription they fill, particularly with controlled substances. That means that they should and have the right to refuse to fill any prescription that they suspect or believe is not being used for a legitimate medical purpose. Please note that the store team should not wait for a response back from corporate office to change the dispensing habits for this prescriber, if they believe such actions are appropriate. If they are not comfortable filling a prescription, they should not.
Please review and respond within five (5) business days.
Note that the reporter's notification has been escalated to the appropriate levels of management internally. Due to your direct responsibility for the oversight of the pharmacy operations of this district, we request that you work with your pharmacy staff at this store to ensure that they are following proper protocol in the handling of prescriptions.
To that end, please review and respond to the following:
(1) Please provide the full name, address, NPI, and DEA number of the prescriber(s) in question.
(2) Refresh guidance with pharmacy staff regarding the Guidelines for Dispensing Controlled Substances – ROPP-0061.
(3) Confirm the date of review and the names of the parties with whom the protocol was reviewed.
(4) Advise if the prescriptions at issue were refused or filled. If filled, please advise whether the prescription was verified and if the suspicion was made before or after the prescription's dispensing.

Thanks,

Confidential

CVS-MDLT3-000010801

P-08480 _ 00005

Brenda Zapata, MBA, PHR │ Sr. Consultant, Compliance/Integrity, CVS Health
p 847-559-4970 │ f 480-314-6472
CVS Health │ 2211 Sanders Road, Northbrook, IL 60062
CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

## Tasks

| Review of case (reminder, suspicious prescriber template in guide) | | | | | | |
|---|---|---|---|---|---|---|
| Assigned To | Status | Priority | Duration | Due Date | Start Date | Completed Date |
| Zapata, Brenda (Deactivated) | Completed | none | none | 12/23/2015 | 12/23/2015 | 12/23/2015 |
| Issue 1 | | | | | | |
| Assigned To | Status | Priority | Duration | Due Date | Start Date | Completed Date |
| [none] | Completed | none | none | | 12/23/2015 | 01/12/2016 |
| RX Supv | | | | | | |
| Assigned To | Status | Priority | Duration | Due Date | Start Date | Completed Date |
| Zapata, Brenda (Deactivated) | Completed | none | none | 01/11/2016 | 12/23/2015 | 01/12/2016 |

## Case Notes

**01/12/2016 1:56 PM - Zapata, Brenda (Deactivated)**
Email response from Brian Boyle (Rx Supv) - He provided the prescriber specifics (name/address/phone/NPI/DEA). He reviewed the guidelines with Rachel Joseph (PM) on 12/30/15 and with Michael Cramer (Pharmacist) on 12/24/15. They reviewed the policy with the pharmacy staff and are aware that the Pharmacist must communicate all refusals. When they are presented with a prescription from this doctor they will continue to document the diagnosis and code on the hard copy of the prescription and make any judgments regarding whether or not to fill.
Comments posted for Reporter. Case Closed. Case unable to verify.

**12/30/2015 11:29 AM - Zapata, Brenda (Deactivated)**
Sent follow up to Brian Boyle (Rx Supv).

**12/23/2015 7:53 AM - Zapata, Brenda (Deactivated)**
Sent to Brian Boyle (Rx Supv) with a copy to Robert Watson (DSM), Nicci Harrington, Tom Davis, Ron Wos (LP), and Joey Grimes.

## Related Cases

**Cases Marked as Related to This Case**
Case 2015-12-63043 has no listed relationships.

## Info Contributors

None

Confidential

CVS-MDLT3-000010802
P-08480 _ 00006