Print Form

MINUTES OF PROCEEDINGS

HONORABLE    Polster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

In re:  National Prescription Opiate Litigation

_____

vs.

_____

Date:    10/12/21

Case No.:    1:17md2804

Court Reporter:  Sue Trischan

ECRO:

INTERPRETER:

Counsel for Plaintiff:   Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier

Counsel for Defendants: Graeme Bush, Eric Delinsky, Sasha MIller, Paul Haynes, Diane Sullivan, Chantale Fiebig,
            Kaspar Stoffelmayr, Kate Swift, Brian Swanson,Tara Fumerton, John Majoris, Tina Tabacchi

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing

- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [ ] Voir Dire begun and continued | |
| [ ] Plaintiff(s) opening statements | [ ] Defendant(s) opening statements | |
| [ ] Evidence began; continued | [x] Evidence continued | [ ] Evidence concluded |
| [ ] Plaintiffs case begun | [x] Plaintiffs case continued; not concluded | [ ] Concluded |
| [ ] Defendants case begun | [ ] Defendants case continued ;not concluded | [ ] Concluded |
| [x] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [x] Exhibits Located:  w/counsel | [ ] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:      10/13/21 at 9:00 AM

Comments:            Cont'd - Plaintiffs' witness 3 - Carmen Catizone; witness 4 - Joe Rannazzisi (DEA Ret'd)

s/  Robert Pitts

Courtroom Deputy Clerk

Time:_7.5 hrs