# EXHIBIT A

# Business Idea Description
**Submit to IS-Business-Idea mailbox**

**CVS/pharmacy**®

| GENERAL INFORMATION (To Be Filled in By the Requestor and Reviewed with the BRM) |||||
|---|---|---|---|---|
| **Requested for or on Behalf of:**<br>John Mortelliti<br><br>**Extension: 6801** | **Department:**<br>Loss Prevention | **BRM:**<br><br>Extension: || **Request Date:**<br><br>Tracking # |
| **Title:** Control Drug IRR update |||||
| **Summary Description and Objectives:** DEA expects CVS to prevent suspicious orders from being filled out of our DC's. The current IRR does not provide the proper information to meet the DEA's needs. We need control drugs to be monitored by "active ingredient". Currently the control drugs are monitored by item. The IRR loses all order history when the info on the item changes causing CVS to be non compliant with DEA expectations. |||| **Type (Choose One):**<br>__ Standard Path Action<br>X__ FASTpath Action<br>__ Business Support<br>__ Ad-Hoc |
| **Target Start:** ASAP |||  **Target Completion:** Quarter, Date or Blank ||

| Business Drivers (Why?) | Business Impacts |
|---|---|
| • We can be fined and or penalized by the DEA due to the current environement. | **TANGIBLE:**<br>• DEA compliance<br>**INTANGIBLE:**<br>• Avoid fines |

**Detailed Description of Scope (as applicable)**

- Replace these points with the answers to some or all of the following key questions:
- Change IRR to reflect active ingredient instead of item

**ACTION INFORMATION** (Fill in only for Standard Path or FASTpath Actions)

| BPC Sponsor: | Gov Com Sponsor: | Part of Another Initiative or Action: |
|---|---|---|
| | | |

**Strategic Alignment**

- Which strategic imperative does this action align with (Customer Easy, Service Culture, Financial Performance) and why?

**Potential Solutions Alternatives**

- List potential solution alternatives as appropriate.

**IRR format has been approved by DEA and Counsel**

**Assumptions**

- List any key assumptions behind this request.
- Are there any dependencies on other Actions? None
- Are there any constraints associated with this Action?

| BRM Approval: | Date: |
|---|---|
| **Governance Sponsor Approval:** | Date: |
| **BPC Sponsor Approval:** | Date: |

| BUSINESS SUPPORT INFORMATION (Fill in only for Business Support Requests) |||
|---|---|---|
| **User Dept Approval:**<br><br>Name:<br>Ext: | **BS Pool of Resources** ☐<br>**BS Assigned FTEs** ☐<br>*Business User to check appropriate box (Required)* | **Category:**<br>Business Need/ Efficiencies ☐<br>Strategic ☐<br>Regulatory ☐ |

**Detailed Description:** Describe more detail if needed to augment high level description on first page. If special formatting required, please specify (i.e. Excel)

Confidential



PLAINTIFF'S EXHIBIT
CVS VERNAZZA DEP
16

CONFIDENTIAL

CVS-MDLT1-000034175

# Business Idea Description
**Submit to IS-Business-Idea mailbox**

**CVS/pharmacy**®
Life to the fullest.™

| Attachment: Y/N  Attachment file name |
|---|

| |
|---|
| **BRM Use Only: APPROVED ☐      DEFERRED ☐      DENIED ☐** <br> **Estimated Size: Small (1-40 hrs) ☐   Medium (40- 160 hrs) ☐   Large (>160hrs) ☐** <br><br> By: _____ <br><br><br> PRIORITY: **1** ☐      **2** ☐      **3** ☐      **4** ☐ <br> Additional information from BRM. (i.e. Potential resource(s) to target/ known impacts) <br><br><br><br> Application(s) effected: |
| Info from Development Services back to BRM: <br> Development Services Manager: _____ <br> Target completion date: MM/DD/YYY          Estimated Hours: <br> Consultants required? Yes ☐  No ☐   **If yes CSR#** _____ **CSR Desc.** _____ <br>     Resources            Availability        Target completion date <br><br> 1. <br> 2. <br> 3. <br> 4. <br> Additional comments: |

| **BRM Approval:** | Date: |
|---|---|
| **Requestor Approval:** | Date: |

Confidential

CONFIDENTIAL

CVS-MDLT1-000034176

# Business Idea Description
**Submit to IS-Business-Idea mailbox**

**CVS/pharmacy®**
Life to the fullest.™

| BUSINESS SUPPORT INFORMATION (IS to Fill in after completion of Business Support Request) |||
|---|---|---|
| **Job Assigned to:** | **Date Received:** | |
| **Date Delivered:** | **Delivered To:** | |

**Query Name/File Name and Path**

**Total Execution run time (for Ad-hoc)**

Confidential

CONFIDENTIAL

CVS-MDLT1-000034177