# **EXHIBIT B**

| | |
|---|---|
| From: | Misiaszek, Gary J. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GJMISIASZEK> |
| To: | Demetrius, Ellen |
| CC: | Mc hugh, Thomas; Caron, Richard R.; Mortelliti, Henry H.; Devlin, Francis R.; Andrade, John J. |
| Sent: | 10/7/2010 10:50:57 AM |
| Subject: | New BSR - Control Drug IRR Changes |
| Importance: | High |
| Attachments: | BIDForm- V3.doc |

Ellen, please enter the attached BSR request into Atlas for review and prioirtzation.

Tom/Rick/John, FYI.

gm.

Gary J Misiaszek| CVS Caremark | Whse Systems Mgr | T: (401) 770-5588 | cell: (401) 588-4908| One CVS Drive, Woonsocket, RI 02895|
gjmisiaszek@cvs.com

P Save our Environment- Before printing this message. I invite you to think about our responsibility and commitment to the worldwide environment.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

---

**From:** Mortelliti, John H.
**Sent:** Wednesday, October 06, 2010 9:30 AM
**To:** Misiaszek, Gary J.
**Cc:** Devlin, Frank R.
**Subject:** COntrol Drug IRR important info
**Importance:** High

Gary,

All but one item in the network was missing 3 – 4 items of LAG info on today's report. Something else changed or just about every company we deal with has changed the description on their drugs. What ever you can do to help expedite this process would be greatly appreciated. I am now reviewing the network Control Drug IRR on common sense as apposed to IRR Historical Data. I know, that is scary... be nice.

Thanks

*John Mortelliti*
*Logistics Loss Prevention*
*(609) 267-6700 #6801*

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged Information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

---

**From:** Misiaszek, Gary J.
**Sent:** Tuesday, October 05, 2010 10:00 AM
**To:** Mortelliti, John H.
**Cc:** Demetrius, Ellen
**Subject:** RE: COntrol Drug IRR important info

John, please out the green heading sections of the attached form to capture your request. Please add as much detail as

Ex 125

- possible for the changes needed in order for IT to provide a good development estimate.

gm.

Gary J Misiaszek| CVS Caremark | Whse Systems Mgr | T: (401) 770-5588 | cell: (401) 588-4908| One CVS Drive, Woonsocket, RI 02895|
gjmisiaszek@cvs.com

P Save our Environment- Before printing this message, I invite you to think about our responsibility and commitment to the worldwide environment.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

---

**From:** Mortelliti, John H.
**Sent:** Tuesday, October 05, 2010 9:08 AM
**To:** Misiaszek, Gary J.
**Subject:** FW: COntrol Drug IRR important info
**Importance:** High

Gary,

It looks as thought he same issue we had with the Hydro items is now happening to several items. The report is about a half inch thick and only about 5 total items have historical data. The report definitely will need to be changed to active ingredient.

*John Mortelliti*
*Logistics Loss Prevention*
*(609) 267-6700 #6801*

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

---

**From:** Mortelliti, John H.
**Sent:** Tuesday, October 05, 2010 8:44 AM
**To:** Molina, Steven J.; Byers, Denise; Cary, Melvin J. (MJCary@cvs.com); Dugger, Terrence (TDugger@cvs.com); Janson, Todd (TJanson@cvs.com); Jarnigan, Marvin R.; Lamoureux, Annette M. (WDC) (AMLamoureux@cvs.com); Miller, Shannon J. (SJMiller@cvs.com); Todd Turner; Vadnais, Craig (CVadnais@cvs.com); Devlin, Frank R.; Hinkle, Pam J. (PJHinkle@cvs.com); Humphries, Sean J.; Turks, Clarence
**Cc:** Wagner, Patricia A.; Viglietta, Josh
**Subject:** COntrol Drug IRR important info
**Importance:** High

Team,

The issue with the Hydro items last month appears to be happening again this month with several items. This includes all drugs that end with "pam", ███████, many ███████ and ███████ items.

I verified the entire network this morning and there are no control drug suspicious orders.

There will be more to follow.

CONFIDENTIAL

*John Mortelliti*
*Logistics Loss Prevention*
*(609) 267-6700 #6801*

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

CONFIDENTIAL

CVS-MDLT1-00003417