# EXHIBIT D

Highly Confidential - Subject to Further Confidentiality Review

1    timeline.

2              MR. KENNEDY:  Exhibit 16, please.

3              (Exhibit No. 16 was premarked for

4              identification.)

5    BY MR. KENNEDY:

6        Q    Let's take a look at that.  Do you

7    remember this problem with historical data related

8    to active ingredient?

9        A    I don't remember it being active

10   ingredient.  Let me see.

11       Q    Let's look at 16.  This document is from

12   10/8/2010.  All right?  Is it titled on the first

13   page "Business Idea Description"?  Do you see

14   that?

15       A    I do.

16       Q    And it says:  "Submit to

17   IS-Business-Idea mailbox."  What is IS?

18       A    They are the group in corporate that can

19   write a query for your programs.

20       Q    And this is requested for on behalf of

21   John Mortelliti.  Is that you?

22       A    Yes.

23       Q    And your department at that point in

24   time was loss prevention, true?

Highly Confidential - Subject to Further Confidentiality Review

1      A    Yes.

2      Q    And the title is "Control Drug IRR

3  Update."  True?

4      A    Yes.

5      Q    And that is what we've been talking

6  about, the IRR report that's kind of foundational

7  to your monitoring program, true?

8      A    Yes.

9      Q    When was the last time you reviewed this

10  document?

11      A    I don't -- I don't know.  I --

12      Q    It says:  "Summary Description and

13  Objectives:  DEA expects CVS to prevent suspicious

14  orders from being filled out of our DCs."

15         Did I read that right?

16      A    You did.

17      Q    And that would be true, that's what the

18  DEA expects, does it not?

19      A    Yep.

20      Q    Next sentence:  "The current IRR does

21  not provide the proper information to meet the

22  DEA's needs."

23         Did I read that right?

24      A    You read it correctly.

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q    Next sentence, does it state:  "We need

 2    control drugs to be monitored by 'active

 3    ingredient.'  Currently the control drugs are

 4    monitored by item.  The IRR loses all order

 5    history when the info on the item changes causing

 6    CVS to be noncompliant with DEA expectations."

 7               Did I read that correct?

 8          A    You read it correctly.

 9          Q    Were those your words, sir?  Were those

10    your words?

11          A    That's what I put in here.

12          Q    Now --

13          A    But --

14          Q    No, I just asked you if those were your

15    words, and we'll go into detail.

16          A    Okay.

17          Q    Let me ask you first, sir, you weren't

18    in -- in the habit of writing and creating and

19    filling in documents on things you didn't believe,

20    stuff you thought was untrue?  Was that your habit

21    and your practice at CVS back in 2010 or 2009 or

22    '08, was that ever your practice to -- to write

23    things and document things that you believed were

24    not true?  Was that your practice, sir?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A    I can -- I could tell you that this
 2   document --
 3        Q    First answer my question as to whether
 4   or not it was your practice to create or fill in
 5   documents, make memos that you believed were
 6   untrue.  Was that your practice while you were at
 7   CVS from when you began all the way up here to
 8   2010?  Was that your practice?
 9             MR. BUSH:  And I object to you
10   interrupting the witness.  He was in the middle of
11   his answer.
12             Go ahead.  You can answer.
13             THE WITNESS:  I worded it this way so I
14   could get this pushed through quickly.
15             MR. KENNEDY:  I'm going to -- go ahead,
16   but I'm going to move to strike.  Go ahead.
17             MR. BUSH:  Finish your answer.
18             THE WITNESS:  This -- this had nothing
19   to do with the DEA needs.  We had a process in
20   place.  If we went by ingredient, it would have
21   made it a lot easier, a lot quicker, and
22   unfortunately, CVS has a -- a history of if you
23   don't put something on the fast path action, it
24   could take forever to get done.
```

```
 1              So I did word it this way to try to get

 2    this pushed through quicker so the reports could

 3    be easier.  We wanted to move this over to the

 4    Knoxville team, and it would be a lot easier for

 5    them to digest the information if it was by

 6    ingredient.

 7              MR. KENNEDY:  All right.  I'm going to

 8    move to strike.

 9              Could you please read back my question.

10    BY MR. KENNEDY:

11         Q    Sir, I want you to listen to the

12    question and -- and answer it the best you can.

13              MR. BUSH:  Well, wait a minute, she's

14    going --

15              MR. KENNEDY:  She's going to read you

16    the question back so --

17              MR. BUSH:  Let her read it back.

18              THE WITNESS:  Okay.

19              MR. KENNEDY:  -- you can hopefully

20    answer it.

21              (Whereupon, the requested record

22              was read.)

23              THE WITNESS:  Not a standard practice.

24    BY MR. KENNEDY:
```

Highly Confidential - Subject to Further Confidentiality Review

1    Q    And let me ask you, sir, when -- did you

2    change this document or redo this document and --

3    and correct it at any point in time?

4    A    No.

5    Q    And the -- the purpose of -- of this

6    document was to go to whom?

7    A    I believe -- I'm not sure who was head

8    of it at the time.  It may have been Gary

9    Misiaszek.  I'm not sure.  Whoever received the --

10   the IS request.

11   Q    And when this says "Target start," it

12   says -- did you put in there "ASAP"?

13   A    Yes.

14   Q    So you wanted this done as soon as

15   possible.

16   A    I did.

17   Q    And under "Business drivers," do you

18   state:  "We can be fined and/or penalized by the

19   DEA due to the current environment"?  Did you

20   state that?

21   A    I did.

22   Q    Let me ask you, sir, if -- if CVS was

23   noncompliant here in October of '08 because the

24   drugs were being monitored by active ingredient,

1    if you were noncompliant on this date, can we

2    agree that you and CVS would have been

3    noncompliant all the way back from the beginning

4    with your IRR in '09 when you started reviewing?

5            MR. BUSH:  Objection.

6    BY MR. KENNEDY:

7        Q    Can we agree?

8            MR. BUSH:  Objection.

9            THE WITNESS:  No, we were compliant.  I

10   worded this to get it pushed through the system.

11   BY MR. KENNEDY:

12       Q    Sir, the IRR with the way it was

13   structured, monitoring by active ingredient, that

14   was true from the very beginning.  True?

15           MR. BUSH:  Objection.  Misstates the

16   document and the testimony.

17   BY MR. KENNEDY:

18       Q    Is that true?

19           MR. BUSH:  Objection.

20   BY MR. KENNEDY:

21       Q    Excuse me.  Let me restate that.

22           The monitoring of controlled substances

23   was not being monitored by active ingredient since

24   the beginning of the IRR's creation in '09,

Highly Confidential - Subject to Further Confidentiality Review

1   correct?

2        A    No.

3        Q    So -- you're saying that originally when

4   it came into play in '09 when you started

5   reviewing it, originally it was monitored by

6   active ingredient.  Is that your testimony?

7        A    It was by the drug active ingredient.

8   It was broken out by the particular drug.

9        Q    And that's the way it was when you

10  started in '09.

11       A    Yes.

12       Q    And when did it change so that it was

13  not monitored by active ingredient, as stated here

14  in October of 2010?  When did it change?

15            MR. BUSH:  Objection.

16            THE WITNESS:  It was always monitored by

17  the active -- the ingredient.

18  BY MR. KENNEDY:

19       Q    Do you state here this -- right here:

20  "We need control drugs to be monitored by active

21  ingredient"?  Is that your statement?

22       A    I wanted it broken down by the -- the

23  active ingredient in all the drugs into one -- one

24  component of the IRR.

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q    Okay.  So my question is simple.  The

 2   way it was monitoring with respect to active

 3   ingredient here in -- in October of 2010 was the

 4   same way it was being monitored in '09 when it

 5   started.  True?

 6        A    The same results, just a different

 7   format.

 8        Q    My answer -- the answer to my question

 9   is "yes," correct?  The same way it was being

10   monitored here in October of 2010, the same way it

11   was being monitored from the beginning in '09,

12   true?

13        A    I believe --

14        Q    The report --

15        A    Yes.

16        Q    -- it hadn't been changed --

17        A    Yes.

18        Q    -- between '09 and 2010, correct?

19        A    Yes.

20        Q    And so my question is real simple.

21   If -- if the report in 2010 is such that it causes

22   CVS to be noncompliant with DEA expectation, if

23   that's true in October of 2010, then that would be

24   true back in '09 when you started, because there
```

Highly Confidential - Subject to Further Confidentiality Review

1  was no change in this IRR report during that

2  period, true?

3          MR. BUSH:  Objection.

4          THE WITNESS:  This is not true.  I

5  worded it this way, I -- hindsight 20/20, I

6  shouldn't have.  But I worded it this way to get

7  this pushed through so we could get a different

8  format as quickly as possible.  I wanted to get

9  this information turned over to the new team in

10  Knoxville under a new format.

11  BY MR. KENNEDY:

12      Q    And, sir, at the time that you put this

13  report together and used these words:  "Currently

14  the control drugs are monitored by item.  The IRR

15  loses all order history when the info on the item

16  causing -- changes causing CVS to be noncompliant

17  with DEA expectations," when you wrote those

18  words, you had known about this problem already

19  for several weeks, had you not?

20      A    I don't recall that.  As soon as I had

21  the problem, I reported it.  This is two different

22  issues on here.

23      Q    Sir, the report had been designed to

24  provide historical data, hadn't it, the IRR?