# EXHIBIT F

Highly Confidential - Subject to Further Confidentiality Review

```
 1   with the actual -- active ingredient.  And once

 2   none of that worked, then I filled out this

 3   report.

 4            (Exhibit No. 23 was premarked for

 5            identification.)

 6   BY MR. KENNEDY:

 7       Q    Let's go to -- take a look at

 8   Exhibit 23, so we can start to understand when

 9   this problem began.

10            If you go to page 170, that's the

11   beginning of the chain chronologically.  And this

12   is an e-mail from you on October 5, 2010, correct?

13       A    Mm-hmm.

14       Q    And it's to a whole lot of different

15   people.

16       A    Yes.

17       Q    "Subject:  Control Drug IRR Important

18   Info."  Is that the subject matter?

19       A    Yes.

20       Q    "Importance:  High."

21       A    Yes.

22       Q    And you state:  "The issue with the

23   hydro items" -- and that's hydrocodone, a

24   controlled substance, right?
```

1       A    Yes.

2       Q    "The issue with the hydro items last

3    month" --

4            So now you're referring back to

5    September, an issue, correct, back to September?

6       A    Yes.

7       Q    So, "The issue with the hydro items last

8    month appears to be happening again this month

9    with several items.  This includes all drugs that

10   end with 'pam,' many and items."  There's some

11   redactions by CVS.

12           Then you state:  "I verified the entire

13   network" --

14           When you say "entire network," you're

15   talking about the entire country, true?

16      A    Correct.

17      Q    And you say:  "I verified the entire

18   network this morning, and there were no control

19   drug suspicious orders."  Is that what you stated?

20      A    Yes.

21      Q    You've got 5,000 to 7,000 pharmacies at

22   this point in time, and your report shows no

23   controlled drug suspicious orders.

24           MR. BUSH:  Objection.

Highly Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. KENNEDY:

 2        Q    Is that -- is that alarming to you, sir?

 3             MR. BUSH:  Objection.

 4             THE WITNESS:  All 5,000 weren't on

 5   October 5th.  Earlier in the month, the -- the IRR

 6   ran fairly clean.  Usually as the month went on,

 7   that's when the orders would -- would start to

 8   potentially get into a zone where that they could

 9   start flagging.

10   BY MR. KENNEDY:

11        Q    My question is real simple, sir.  Was

12   that alarming to you that when you looked at an

13   IRR report, you saw not one single controlled drug

14   suspicious order for the entire country?  Was that

15   alarming to you, sir?

16             MR. BUSH:  Objection.

17             THE WITNESS:  It wasn't the entire -- it

18   wasn't every single store.  It was only the stores

19   that ordered on that particular day.

20   BY MR. KENNEDY:

21        Q    Exactly, sir.  Was that alarming to you

22   that across this country on this date not one

23   controlled drug suspicious order?  Did that alarm

24   you?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A    No.

 2        Q    No.  Important enough for you to send an

 3   e-mail to all of these people to tell them,

 4   though, right?

 5        A    I wanted --

 6             MR. BUSH:  Objection.

 7             THE WITNESS:  -- to get the data fixed.

 8   BY MR. KENNEDY:

 9        Q    And that -- the fact that not one

10   controlled drug suspicious order was on that

11   report was important enough for you to tell all

12   these people, right?

13             MR. BUSH:  Objection.

14   BY MR. KENNEDY:

15        Q    Is that right?

16        A    That was just letting them know the

17   findings today.

18        Q    Exactly.  And you put "Importance:

19   High."  Right?

20        A    To let them know that although we don't

21   have the data, I did verify that the job was still

22   done.

23        Q    Now, let's go up to your next e-mail,

24   same day, John Mortelliti.  And then you send it
```

Highly Confidential - Subject to Further Confidentiality Review

1    to Gary, whose name I can't pronounce.  Who was

2    that?

3         A    Gary Misiaszek.  He -- I believe he was

4    the head of IS at the time.

5         Q    Okay.  And that's the person that could

6    help you fix this?

7         A    Yes.

8         Q    Okay.  Again, high -- the importance is

9    high, right?

10        A    Yep.

11        Q    And you state:  "Gary, it looks as

12   though the same issue we had with the hydro items

13   is now happening to several items.  The report is

14   about a half-inch thick."

15             That's not a little report, is it?

16        A    Nope.

17        Q    You said beginning -- you got a

18   half-inch report, and only about five total items

19   have historical data.  Five on a half-inch thick

20   report.  Did that alarm you?

21        A    It caused a lot of work for me.  I had

22   to go back and review previous IRRs and fill in

23   the blanks.

24        Q    I didn't ask you what you had to do.  I

Highly Confidential - Subject to Further Confidentiality Review

1   know what you did.  We'll talk about that.  But

2   the fact that you got a report a half-inch thick,

3   and you only have historical data for five, did

4   that alarm you, sir?

5       A    What alarmed me was it wasn't printing

6   on that report.  I had historical data for

7   everything.

8       Q    And, sir, this is what prompted you to

9   fill out the report indicating that CVS was

10  noncompliant with DEA expectations.  This is what

11  prompted that report, sir; isn't it true?

12           MR. BUSH:  Objection.

13           THE WITNESS:  The lost data was one of

14  the reasons.

15  BY MR. KENNEDY:

16      Q    Go to page 69, the previous page, we

17  continue along with the e-mail chain.  Go up to

18  your next e-mail, which is October 6th, 2010, the

19  next day, and it's to Gary again, and now this is

20  to your boss, Frank Devlin, true?

21      A    Yep.

22      Q    And it says "Importance:  High," does it

23  not?

24      A    Yes.

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q    And then you state:  "All but one item

 2   in the network" --

 3              The network is the entire country, is it

 4   not, sir?

 5        A    Yes.

 6        Q    And you say:  "All but one item in the

 7   network are missing three to four items of LAG

 8   info on today's report."

 9              The LAG is in relation to historical

10   data, is it not, sir?

11        A    Yes.

12        Q    And now you've got a report, one item

13   nationally -- only one item nationally; is that

14   right?

15              MR. BUSH:  Objection.

16   BY MR. KENNEDY:

17        Q    Is that what it says?

18              MR. BUSH:  Objection.  I don't

19   understand the question.

20   BY MR. KENNEDY:

21        Q    All but one item.  Is that what it says,

22   sir?  I'm just asking you about the first

23   sentence.

24        A    Yes.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1           Q    And so the jury understands, three to

 2    four items of LAG are missing.  There's only six

 3    total items of LAG of historical data, correct?

 4           A    Yes.

 5           Q    Only six LAGs.

 6           A    Yeah.

 7                MR. BUSH:  Objection.

 8    BY MR. KENNEDY:

 9           Q    And on this report every single -- every

10    single item is missing three to four except for

11    one.  Were you alarmed by that?

12                MR. BUSH:  Objection.

13                THE WITNESS:  I was alarmed about how

14    much work needed to be done to get the data.

15    BY MR. KENNEDY:

16           Q    Well, you were alarmed enough to fill

17    out a report to say, "CVS is noncompliant with DEA

18    expectations at this point."  True, sir?

19                MR. BUSH:  Objection.

20    BY MR. KENNEDY:

21           Q    What's based upon what we're reading

22    here, correct?

23                MR. BUSH:  Objection.

24                THE WITNESS:  That's -- that's -- yes, I
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    wrote it like that, like I said, because I had to

 2    go back to all previous reports and manually fill

 3    in all the data to do the IRR.

 4    BY MR. KENNEDY:

 5        Q    Well, sir, look, I -- I know you look at

 6    this and say, This is going to cause me a lot of

 7    work, but weren't you also concerned with the

 8    people in the United States of America who were in

 9    the midst of an opioid crisis?  Weren't you also

10    concerned about them?

11             MR. BUSH:  Objection.

12             THE WITNESS:  This had nothing to do

13    with losing drugs.  I -- I did not allow one drug

14    to slip through the IRR during this process.  I

15    worked several more hours on the IRR, which is why

16    I wrote it the way -- the way I wrote it.  But I

17    didn't release anything because of the work.

18    BY MR. KENNEDY:

19        Q    Let's continue to the next sentence.

20    "Something else changed or just about every

21    company we deal with has changed the description

22    of their drugs.  Whatever you can do to help

23    expedite this process would be greatly

24    appreciated."
```

1          You wanted this done fast, sir, did you

2   not?

3       A    I wanted it done immediately.

4       Q    Because you knew that if the DEA came

5   in, they would know, they would understand, and

6   they would discover that you were noncompliant

7   with their expectations as it -- as it relates to

8   monitoring suspicious orders, sir.  That's why you

9   wanted it done fast.

10          MR. BUSH:  Objection.

11          THE WITNESS:  No, I don't believe that.

12   BY MR. KENNEDY:

13      Q    Okay.  You next state:  "I am now

14   reviewing the network Control Drug IRR on common

15   sense as opposed to IRR historical data.  I know,

16   that is scary.  Be nice."

17          Explain to us, sir --

18      A    I was --

19      Q    -- tell us your common sense --

20          MR. BUSH:  Wait, wait.  Let him answer.

21   BY MR. KENNEDY:

22      Q    Tell us your common sense approach that

23   you were utilizing.

24      A    I was trying to basically poke fun at

```
 1    myself to get friendly with Gary Misiaszek, hoping

 2    he would push my -- my request through so I could

 3    get all the data put back onto the IRR and ease

 4    some of the workload I had.

 5         Q    What was your common sense approach?

 6         A    There was no common sense approach.  I

 7    was trying to be funny with him, trying to be

 8    friendly.  I manually took all the historical data

 9    from previous IRRs and filled in the blanks for

10    all the historical data.

11         Q    You were trying to do what a computer

12    and six algorithms were doing, right?

13         A    No, I was copying, and I had people

14    helping me.

15         Q    And what you were trying to do was fill

16    in historical data and do what a computer and six

17    algorithms were doing.

18         A    By filling in the historical data?

19         Q    Yes.

20         A    I guess the printer would have printed

21    it.

22         Q    And then what would you do with it when

23    you got it?

24         A    Review it.
```