Print Form

## MINUTES OF PROCEEDINGS

HONORABLE __Polster__

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO

In re: National Prescription Opiate Litigation

vs.

Date: 10/13/21
Case No.: 1:17md2804
Court Reporter: Sue Trischan
ECRO:
INTERPRETER:

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier

Counsel for Defendants: Graeme Bush, Eric Delinsky, Sasha MIller, Paul Haynes, Diane Sullivan, Chantale Fiebig, Kaspar Stoffelmayr, Kate Swift, Brian Swanson, Tara Fumerton, John Majoris, Tina Tabacchi

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☐ Defendant(s) opening statements | |
| ☐ Evidence began; continued | ☒ Evidence continued | ☐ Evidence concluded |
| ☐ Plaintiffs case begun | ☒ Plaintiffs case continued; not concluded | ☐ Concluded |
| ☐ Defendants case begun | ☐ Defendants case continued; not concluded | ☐ Concluded |
| ☒ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☐ Plaintiff(s) final argument | ☐ Defendant(s) final argument | |
| ☐ Charge to the jury | | |
| ☐ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☐ Verdict | | |
| ☒ Exhibits Located: w/counsel | ☐ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until: 10/14/21 at 9:00 AM

Comments: Cont'd - Plaintiffs' witness 4 - Joe Rannazzisi (DEA Ret'd); witness 5 - Brian Joyce (Walgreens Ret'd)

s/ Robert Pitts

Courtroom Deputy Clerk

Time: 7.5 hrs