✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Ohio

In Re: National Prescription Opiate Litigation

**EXHIBIT AND WITNESS LIST**

V.

Case Number: 1:17md2804

| PRESIDING JUDGE<br>Dan A. Polster | PLAINTIFF'S ATTORNEY<br>Mark Lanier, et al | DEFENDANT'S ATTORNEY<br>Eric Delinsky, et al |
|---|---|---|
| TRIAL DATE (S)<br>10/14/21 | COURT REPORTER<br>Sue Trischan | COURTROOM DEPUTY<br>Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wtns 3 | | | | | Carmen Catizone Testimony 10/7, 10/8, 10/12 |
| 14750 | | 10/14/21 | | x | Settlement Agreement Walgreens & DEA (2014) |
| 21572 | | " | | x | Walmart Incentive Plan (2012) |
| 20695 | | " | | x | CVS WeCare Performance Reporting Flowchart (2013) |
| 09456 | | " | | x | Giant Eagle Bonus Plan (2014) |
| 15604 | | " | | x | CVS Pharmacist Incentive Plan 2006) |
| 26403 | | " | | x | Stakeholder Meeting Booklet |
| | 1343_0241 & | " | | x | Hard Copy Prescriptions |
| | _0501 | | | x | " |
| | 10863 | " | | x | DEA Pharmacist's Manual (2004) |
| | 11598 | " | | x | DEA Pharmacist's Manual - Outline of Control Substances Act (2020) |
| | 11599 | " | | x | Pharmacist's Manual - Outline of Control Substances Act (2020) |
| | 11427_2 | " | | x | Stakeholders' Challenges and Red Flag Warning Signs |
| | p-17230a_149,690_442 | | | x | Walgreens Refusal to Fill Compilations |
| | 11433_1 | " | | x | Letter from NACDS, APhA, and NCPA to DEA |
| | 11433_2 | " | | x | Letter from Prevoznik to NACDS, APhA, and NCPA |
| | 11274 pp. 1-3 | " | | x | NABP Survey of Pharmacy Law (2009) |
| | 2487 | " | | x | Hard Copy Prescription |
| | | | | | |
| Wtns 4 | | | | | Joseph Rannazzisi 10/12 - 10/13 |
| 00035 | | 10/14/21 | | x | 2006 WAG #1 & #2 Rannazzisi Letter |
| 00036 | | " | | x | 2007 WAG Rannazzisi Letter #2 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| In Re: National Prescription Opiate Litigaiton | | | | VS. | | CASE NO. 1:17md2804 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 15962a | | 10/14/21 | | x | DEA Powerpoint Presentation  pgs. 1-3, 19, 20, 102, 103, 126, 154, 155, 181, 189, 190, 195-199 | |
| 14711 | | " | | x | Walmart and DEA MOA 3/17/11 | |
| 00015 | | " | | x | WAG Settlement and MOA Agreement | |
| | 01487 | " | | x | Aggregate Production Quota History for Selected Substances 2005-2015 | |
| | 01107 | " | | x | GAO; Prescription Drugs, More DEA Info about Registrants' Controlled Substances Roles | |
| | 00498 | " | | x | DEA Office of Diversion Control Practitioner's Manual (2006) | |
| | 00507 | " | | x | DEA Office of Diversion Control Pharmacist Manual (2010) | |
| | 01096 | " | | x | DEA Federal Register Notice | |
| | 01226 | " | | x | Statement by Rannazzisi re Prescription Drug Diversion (pgs 1 & 94) | |

Page _____ of _____ Pages