DEFENDANTS EXHIBIT
CVS-MDL-02487

"BLUE CHEMICALLY SENSITIVE PAPER | HOLLOW "VOID" PANTOGRAPH | MICROPRINT BORDER | HEAT-SENSITIVE LOGO (on back)"

# HUMILITY OF MARY HEALTH PARTNERS

SJHC TOD MINOR EMERGENCY
DEPARTMENT
Phone: 330-306-5040
Fax:
1296 Tod Avenue
Warren OH 44485

Date: Sep 22, 2012
Patient Name: Protected Health Information
Date of Birth: 1977
Address: Protected Health Information
Protected Health Information
Home Phone: Protected Health Information

**Allergies: Penicillins; Tetracyclines; Tramadol**

Rx: HYDROcodone-acetaminophen (VICODIN) 5-500 MG per tablet     Route:

Qty: *20 (Twenty) tablet*     Refill: *0 (Zero)*
Sig: Take 1 PO Q 6 hrs PRN pain on top of Naprosyn.

Order Comments:

Ordering Agent:
John L Baumeier, DO

Write Dispense As Written _____

_____ Sep 22, 2012
John L Baumeier, DO     DEA #: BB1918157
NPI: 1780632562

Order Class: Print
Child Resistant Container? Y N
Valid for controlled substances only
Ordered at 11:37 AM on 9/22/2012

This blue document is protected by security features listed on the back. Standard Register, all rights reserved.

**Highly Confidential**
**Confidential Protected Health Information**

CVS-MDLT3-000168933

CVS-MDL-02487.00001



OARRS checked
new pt & also
note to watch pt
w/ controls

**Highly Confidential**
**Confidential Protected Health Information**

CVS-MDLT3-000168934

CVS-MDL-02487.00002