# PRESCRIPTION DRUG DIVERSION: COMBATING THE SCOURGE

## HEARING

BEFORE THE

### SUBCOMMITTEE ON COMMERCE, MANUFACTURING, AND TRADE

OF THE

### COMMITTEE ON ENERGY AND COMMERCE

### HOUSE OF REPRESENTATIVES

ONE HUNDRED TWELFTH CONGRESS

SECOND SESSION

MARCH 1, 2012

**Serial No. 112-122**



Printed for the use of the Committee on Energy and Commerce

energycommerce.house.gov

U.S. GOVERNMENT PRINTING OFFICE

WASHINGTON : 2013

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2104   Mail: Stop IDCC, Washington, DC 20402–0001



DEF-00038101

DEF-MDL-01226.00001

DEF-MDL-01226

94

Mr. HARPER. OK.

Mr. RANNAZZISI. For instance, a pharmacy. If you have, if you are sitting in we will say Portsmouth, Ohio, and all of your customers are coming from, I don't know, 80 or 100 miles away, and the doctor you are filling for is 100 miles the opposite way, and it is all cash transactions, and you are seeing this over and over again, you know, I am not the smartest guy, but red flags pop up in my mind when that happens.

Mr. HARPER. Yes.

Mr. RANNAZZISI. And I think those are typical red flags, and Attorney General Bondi I am sure, or any one of these distinguished gentlemen could tell they are seeing the same thing that I am seeing. So over and over again we see these red flags. The pharmacists should see them, too.

Mr. HARPER. Would you favor under the Controlled Substance Act to create a stricter requirement, legal requirement for the most problematic drugs?

Mr. RANNAZZISI. I think the requirements that are in place right now for these drugs are fine if the individuals within the supply chain and healthcare delivery system would follow them. The problem is that the doctors continue, not all doctors, 99 percent of the doctors are perfect. It is that small percentage of doctors that just don't want to fulfill their obligation. What they do is prescribe for illegitimate purposes, or they don't make a medical determination. They just go with patient-directed prescribing, which is just wrong. I think that if everybody within that supply chain would just police each other, we wouldn't have the problem that we have right now.

Mr. HARPER. I thank each of the witnesses for being here today and for your insight, and with that I yield back.

Mrs. BONO MACK. Thank you, Mr. Harper.

Mr. McKinley, you are recognized for 5 minutes.

Mr. MCKINLEY. Thank you again.

Let us go back to Florida or maybe Kentucky, but let us start with Florida. When you have your program, your PDMP, do you have an identification system? Is that how—is that included in it?

Ms. BONDI. We, as I am sure you are aware, we had some very difficult problems getting our PDMP in place, our Prescription Drug Monitoring Program. It was, you know, 48 states have a PDMP but many weren't up and running, and ours was one of them.

We received some resistance. What we have done now is that it is up and running. We had some issues with getting it funded. Do you know who came forward?

Mr. MCKINLEY. Wait a minute. Do you have an identification so when someone comes in, is this—do they enter their name or something into——

Ms. BONDI. Yes.

Mr. MCKINLEY [continuing]. A file?

Ms. BONDI. Yes, and it used——

Mr. MCKINLEY. It is available for everyone in the State of Florida?

Ms. BONDI. Absolutely, and it used to be 15-day reporting, and now we have limited that down to 7-day reporting.

Mr. MCKINLEY. OK. So——