# 2009

## National Association of Boards of Pharmacy

# Survey *of* Pharmacy Law



Organizational*law*



Licensing*law*



Drug*law*



Census*data*

Including all 50 states, DC, Guam, and Puerto Rico

CONFIDENTIAL

PPLPC004000219997
DEF-MDL-11274.00001

DEF-MDL-11274

*Survey of Pharmacy Law* – 2009

Copyright 2008

Editor and Publisher
National Association of Boards of Pharmacy
1600 Feehanville Drive
Mount Prospect, IL 60056
www.nabp.net

Carmen A. Catizone, MS, RPh, DPh
Executive Director/Secretary

© 2008 by the National Association of Boards of Pharmacy. All rights reserved.

No part of this publication may be reproduced in any manner without the written permission of the Executive Director/Secretary of the National Association of Boards of Pharmacy. Violation of the copyright will lead to prosecution under federal copyright laws. The terms "FPGEC," "FPGEE," "Foreign Pharmacy Graduate Equivalency Examination," "Pre-FPGEE," "MPJE," "Multistate Pharmacy Jurisprudence Examination," "NABP," "National Association of Boards of Pharmacy," "NABPLAW," "NAPLEX," "North American Pharmacist Licensure Examination," "Pre-NAPLEX," "VIPPS," "VAWD," and "Verified-Accredited Wholesale Distributors" are registered trademarks of the National Association of Boards of Pharmacy.

The information contained in the NABP *Survey of Pharmacy Law* is furnished by the individual state boards of pharmacy. The National Association of Boards of Pharmacy is not responsible for the accuracy of the information.

Previous editions of the *Survey of Pharmacy Law* were produced in a printed format from 1950 through 2002. The 2003 through 2009 editions of the *Survey of Pharmacy Law* were produced as a CD-ROM.

CONFIDENTIAL

PPLPC004000219998
DEF-MDL-11274.00002



One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

Dear Colleague,

Purdue Pharma L.P. is proud to once again sponsor the 2009 *Survey of Pharmacy Law* from the National Association of Boards of Pharmacy.

In your new career as a pharmacist, your evaluation of the validity, safety, and appropriateness of prescriptions and medication orders will be a critical aspect of healthcare delivery. Purdue understands how important it is for pharmacists to possess a strong understanding of the rules and regulations governing the practice of pharmacy. A pharmacist who is well-versed in pharmacy law is better prepared to effectively deliver individualized pharmaceutical care in both routine and challenging situations.

The *Survey* highlights key requirements of relevant state laws throughout the country. This quick reference outlines individual variations between states and can be of particular value if you plan to practice in an area that receives prescriptions from neighboring states. We are confident the *Survey* will be an important resource in any practice setting where you provide pharmacy services.

Wishing you a fulfilling career,

*Kristi R. Dover*

Kristi R. Dover, PharmD
Senior Area Director, Medical Liaisons
Alliance Outreach
Purdue Pharma L.P.
Kristi.Dover@pharma.com
http://www.partnersagainstpain.com

*Dedicated to Physician and Patient*

i

CONFIDENTIAL

PPLPC004000219999
DEF-MDL-11274.00003