CLEVELAND CLINIC
CCF CHAGRIN FALLS FHC
551 E WASHINGTON ST
CHAGRIN FALLS, OH 44022-4402
(440)893-9393

NAME:
MRN:

ADDRE    Redacted - Confidential PHI
HOME

DOB:

DATE: 03/26/2018

Redacted - Confidential PII

PRESCRIPTION: HYDROcodone-Ibuprofen
(VICOPROFEN) 7.5-200 mg per
tablet

REFILL: **0**(zero)
AMOUNT: **150 tablet** (one hundred and fifty tablet)
DAW: No

SIG: Take one to two tablets every 4-6 hours as needed
START: 03/26/2018   END: 04/24/2018
Notes to Pharmacy:

DIAG: M54.12
DEA#: FB0480234
NPI#: 1699960005

William M Boros, MD

This prescription is printed on CMS compliant tamper-resistant paper containing the following security features:

The blue bar on the side of the page front/back will reveal the word COPY when duplicated/faxed.

Printed lines on the back of this page will deter cut/paste modification and duplication.

Quantities are bracketed by asterisks to prevent erasure and modification of prescribed amounts.

Microprinting at the bottom of this page front/back can be seen under magnification but cannot be duplicated.

Rx turned away - called MD for diagnosis treatment plan and last seen date. Also patient gets other Rx's from Giant Eagle. MD office called back w/ no further info other than "just fill it" so I advised w/ no information wouldn't fill it.

325769 Rev 9/08

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL00958658

P-17230a_00149