

# Lake Health

**West Medical Center**
36000 Euclid Avenue
Willoughby, OH 44094

**TriPoint Medical Center**
7590 Auburn Road
Concord, OH 44077
`100

**Madison Campus**
6270 North Ridge Road
Madison, OH 44057
440-428-0280

Redacted - Confidential PII

Patient's Name

Redacted - Confidential PHI

Dr. ER, DOCTOR
Adm Date: 05/14/14    WED    WER-D4

Address

Birth Date

Rx   Percocet 5/325 ₮ 10 q 6° PRN pain

Disp # 20 (twenty)

Refill ____ ∅ ____ Times

DEA# MAZ029812

Date Written 5,14,14

Signature _____ Jurken CNP

Printed Name _____ Jamie Aiken CNP

Phone Number _____

M D /D O

614075