

# Performance Reporting

Metrics Toolkit

PLAINTIFFS TRIAL EXHIBIT

**P-20695 REDACTED**

**Confidential**

**CVS-MDLT3-000006649**

P-20695 _ 00001 _ redacted

# The WeCARE Workflow Scorecard is split into 3 distinct categories:

| Prescription Prioritization | Preparing prescriptions for data entry through pre-entry and prioritization of items in the Triage Queue for completion |
| --- | --- |

| Effectively Managing Expectations | Contacting patients when there is an issue with their prescription or expectations must be reset |
| --- | --- |

| Outcomes | Measuring our ability to meet customer expectations for both waiter and non-waiter prescriptions |
| --- | --- |

WeCARE metrics provide visibility into process steps which were previously only available by observation and insights will help drive service consistency allowing Field Managers to diagnose root causes of issues:

- Each category contains specific metrics and diagnostic metrics which are designed to provide insight into Team behaviors and help solve for potential service opportunities.

- These metrics should be integrated into the Stores Own Sales process to help drive service consistency, diagnose the root cause of issues and provide direction on where and how to focus.

| Scoring and Goals | Select metrics on the scorecard will have a "Top 20%" Score associated with it.  This "Top 20%" Score shows the level at which the top 20% of the chain is performing for each metric. Pharmacy Teams should focus on meeting and exceeding the "Top 20% Score" when using these metrics to diagnose and solve for potential service issues. |
| --- | --- |

**Confidential**

| Metric category | What does it measure? | Why it is important? |
|---|---|---|
| Prescription Prioritization | Voicemail retrieval rate | Patient expectations for these scripts are unknown, immediate visibility to these scripts will allow for proper prioritization to better meet customer expectations |
| | Prescriber Follow-up | Allows teams the ability to either meet customer expectations or reset expectations if unable to receive a response |
| | Prescription Pre-Entry: Quality Assurance | This diagnostic provides immediate visibility in Triage Queue, and acute prescriptions are identified early to meet customer expectations |
| | Prescription Pre-Entry: Drive-thru | This diagnostic provides immediate visibility in Triage Queue, and awareness to customer expectations |
| | Action by Triage Time | The Triage Queue provides data entry technicians a unified queue to work out of.  This work is prioritized by Triage Time, and in order to meet promise times expectations, items must be acted upon in a timely manner |
| Effectively Managing Expectations | Action Note Follow Through | Action Note Follow Through is an important tool in building customer relationships and providing exceptional customer service. Store teams should be making Action Note calls to reset customer expectations and/or relay pertinent information about a customer's prescription. |
| | Patient Contact Accuracy | This diagnostic is for stores whose Action Note Compliance score is not meeting target. Maintaining accurate phone numbers for our customers is essential for:<br>• Clinical purposes<br>• Successful Action Note Communication<br>• Improving the success of programs like PCI and ReadyFill<br>• Ensuring customers remember to pick up their filled prescriptions |
| | POS Contact Update Success Rate | Maintaining accurate and up to date phone numbers for our customers is part of WeCARE Workflow and essential for:<br>• Clinical purposes<br>• Successful Action Note Communication<br>• Improving the success of programs like PCI and ReadyFill<br>• Ensuring customers remember to pick up their filled prescriptions |
| | 'Chose Not to Call Customer' Disposition Selected | The 'Chose Not to Call' disposition is available for those times in which the Pharmacy Team does not feel customer contact is required |
| Outcomes | Surprise Waiters | Provides insight into how often customers arrive prior to their prescriptions being ready |
| | Ready When Promised – Patient Initiated  Promise Time | These Diagnostic Metrics uses the same formula as the standard Ready When Promised Metric, but splits prescriptions into 3 distinct buckets – MD Initiated Acute, MD Initiated Maintenance, and non-MD Initiated. |
| | Ready When Promised – Prescriber Initiated Acute Medication | One of the basic expectations that our customers have is that their prescription will be ready when promised. If a customer returns to the store and his/her prescription is not ready, he/she will either need to wait in the store for it to be finished or return at a later time. This will result in a negative service experience for that customer. |
| | Ready When Promised – Prescriber Initiated Maintenance Medication | These diagnostic metrics are intended to give store teams and field management a more detailed view of their Ready When Promised score.  By seeing each bucket of prescription types separately, store teams can hone in on which type of prescription is hurting their score, and focus on ways to improve that metric. |
| | Patients Waiting Served as Promised | Demonstrates Pharmacy Team's abilities to prioritize waiters and ensure customers waiting for their prescriptions are served in a timely manner |
| | Properly Set Waiter Expectations | Since the inception of PSI, providing waiting prescriptions in 15 minutes or less is a differentiator of CVS/pharmacy compared to our competition |
| | Verified Before Promised Time | If a customer returns to the store and his/her prescription is not ready, he/she will either need to wait in the store for it to be finished or return at a later time. This will result in a negative service experience for that customer. |
| | Prescriptions Expedited | When customers do arrive prior to their prescriptions being ready, using the "Expedite" functionality at POS is important in ensuring we are able to recover the service opportunity. |

**Confidential**

**CVS-MDLT3-000006651**

REDACTED

P-20695 _ 00004 _ redacted

REDACTED

P-20695 _ 00005 _ redacted

REDACTED

P-20695 _ 00006 _ redacted

REDACTED

P-20695 _ 00007 _ redacted

# Action By Triage Time

## Metric = 15 points on Scorecard

**What does Action by Triage Time measure?**

Action by Triage Time measures the count of items in the Triage Queue that are acted upon before their Triage Time becomes DUE-Orange.

**Why is Action by Triage Time important?**

Action by Triage Time is an important WeCARE Workflow Triage Prescription Prioritization Metric.

An integral part of WeCARE is the prioritization of work in the Triage Queue. The Triage Queue provides data entry technicians a unified queue to work out of. This work is prioritized by Triage Time, and in order to meet promise times expectations, items must be acted upon in a timely manner. In order to meet our customer's expectations, proper management of the Triage Queue is extremely important (e.g. working the queue top down).

**How is Action by Triage Time measured on the WeCARE Workflow Scorecard?**

Action by Triage Time is calculated using the following formula:

$$\frac{Count\ of\ Items\ with\ Disposition\ less\ than\ or\ equal\ to\ Triage\ Time}{Count\ of\ Items\ with\ a\ Disposition} = Action\ by\ Triage\ Time$$

**How do I leverage this metric?**

If Action by Triage Time is an opportunity for your store, use the following to help develop action plans.

Ensure all WeCARE Workflow procedures are being followed.

Be sure that the Pharmacy is scheduling Team Members based upon the most current Skeleton schedule.

The Triage Queue should be worked TOP DOWN. The next item to be worked on will be the top line in the queue.

- The easiest way to accomplish this is to ensure that your entire store team is using the <N> (or Next) key to select items out of the triage queue. The <N> key will automatically select the next item based on prioritization.

If you have a store that has dedicated Drive Thru staff, it is important that in between serving customers, that technician is working out of the Drive Thru Queue (QD). This will assist the data entry technician at drop off better manage completing items before triage time during peak activity hours.

The Workstation Assignment Board should be filled out properly so that all Team Members understand their primary and secondary responsibilities.

The Pharmacy Team must be able to recognize when QT needs additional resources (using the dashboard) and what additional resources are available to assist(Workstation Assignment Board). Additional resources are needed based upon work in QT not only based upon how many customers are at drop off and in the store.

**Confidential**

**CVS-MDLT3-000006656**

# REDACTED

P-20695 _ 00009 _ redacted

REDACTED

P-20695 _ 00010 _ redacted

REDACTED

REDACTED

P-20695 _ 00012 _ redacted

## Surprise Waiters

### Metric = 20 points on Scorecard

**What does Surprise Waiters measure?**

Surprise Waiters measures the number of Prescriber Initiated Prescription filled in the Pharmacy for customers who come into a store unexpectedly versus the total number of Prescriber initiated Prescriptions that enter the Pharmacy. A script is considered a Surprise Waiter when it is a non- waiter script, rung out at POS close to when verification occurred.

**Note:  Only Prescriber Initiated Prescriptions are included in this metric.**

**Why is Surprise Waiters important?**

This metric gives visibility to how often Customers whose Prescriber has sent in a 'new' prescription, arrive to the Pharmacy prior to their prescription being ready.

**How is Surprise Waiters measured on the WeCARE Workflow Scorecard?**

Surprise Waiters is calculated using the following formula:

$$\frac{Prescriber\ Initiated\ scripts\ sold\ thru\ POS\ close\ to\ when\ verified\ by\ RPh}{Total\ of\ Prescriber\ Initiated\ opportunities} = \text{Surprise Waiters}$$

**How do I leverage this metric?**

Effectively managing the Triage queue (Action by Triage Time) will ensure that Prescriber Initiated Prescriptions are placed in the system so that the Pharmacy Team Members at Production and Verification will have enough time to meet the appropriate Promise Time.  Using Dashboard and WorkStation Assignment Board to understand what resources the Team has is important in QT management.

Prescriptions that enter the Pharmacy by voicemail or phone need to be immediately Pre-Entered so that the Pharmacy Team will have enough time to Produce and Verify the Prescription prior to the patient arriving in the Pharmacy.

Prescriptions entering the Pharmacy by fax or electronically should be processed through adjudication in a timely manner prior to the Triage time.

**Confidential**

**CVS-MDLT3-000006661**

P-20695 _ 00013 _ redacted

# Ready When Promised

## (Patient Initiated/ Prescriber Initiated Acute/ Prescriber Initiated Maintenance Medications)

### Diagnostic = A total of 25 points of Scorecard

*Ready When Promised – Patient Initiated = 10 points*

*Ready When Promised – Prescriber Initiated acute = 10 points*

*Ready When Promised – Prescriber Initiated maintenance = 5 points*


**Diagnostic: Ready When Promised** *(MD-Acute) (MD- Maintenance) (non-MD)*

*What is Ready When Promised?*

One of the basic expectations that our customers have is that their prescription will be ready when promised. The promised time you provide provides customers with an indication of when they can return to the store to pick-up their prescription.

This Diagnostic Metric uses the same formula as the standard Ready When Promised Metric, but splits prescriptions into 3 distinct buckets – MD Initiated Acute, MD Initiated Maintenance, and non-MD Initiated.

MD Initiated prescriptions are those that are sent to the pharmacy directly from a provider.  These include faxes, E-scripts, prescriptions taken over the phone, and voicemails.

MD Initiated Acute includes only those prescriptions that the system has designated as an "Acute" medication (e.g. amoxicillin), and MD Initiated Maintenance includes those prescriptions that the system classifies as "Maintenance" (e.g. Lipitor).


*Why are Ready When Promised diagnostic metrics Important?*

If a customer returns to the store and his/her prescription is not ready, he/she will either need to wait in the store for it to be finished or return at a later time. This will result in a negative service experience for that customer.

These diagnostic metrics are intended to give store teams and field management a more detailed view of their Ready When Promised score.  By seeing each bucket of prescription types separately, store teams can hone in on which script type they have the most opportunity to improve.


**Confidential**                                                              **CVS-MDLT3-000006662**

*How is the Ready When Promised metric measured?*

Ready When Promised metric is calculated by dividing the number of prescriptions that were verified before or at promised time divided by the total number of prescriptions filled.

The percentage will be calculated based on the following formula:

$$\frac{Counf\ of\ Prescriptions\ checked\ Before\ or\ at\ Promise\ Time}{Total\ Number\ of\ RXs\ Filled\ During\ Previous\ Week} = Ready\ When\ Promised$$

Count of Prescriptions checked Before or at Promise Time / Total number of Rxs filled = Ready When Promised %

A Store filled 2000 total scripts during a fiscal month. The store verified 1922  at or before the Promise Time, resulting in a performance of 96.1%

$$1922/2000 = 96.1\%$$

*How do I leverage this diagnostic?*

If your Pharmacy has an opportunity with the Surprise Waiters metric or the myCE 'Satisfied with time to fill' score and with one or more of these diagnostics, use this information to develop an appropriate action plan.

- • Ensure all team members are following WeCARE Workflow procedures

- •  Immediately contact customers when an issue arrives and complete an Action Note
- • Print and fill 3 families of prescriptions at a time
- • Place completed prescriptions in yellow (waiter),  blue (acute) or black (non-waiter)baskets and stack in the Red Zone by pick-up time

**Confidential**

**CVS-MDLT3-000006663**

REDACTED

P-20695 _ 00016 _ redacted

## Waiters Served as Promised

### Metric = 15 points

*What does Patients Waiting Served as Promised measure?*

This metric provides the percentage of waiting prescriptions in which patient expectations were properly set, were verified on time, and which were picked up in expected time frame.

- **Wait Time given** = 15 minutes or less
- **Prescription verified** = at or before promise time
- **Prescription picked up**(processed thru POS) = in a reasonable time period close to when the prescription was verified and before the promised time (if customer picks up the script much later than when verification took place, this will not count against Team in that it is likely that the customer left the store)

*Why is Patients Waiting Served as Promised important?*

This metric demonstrates the Teams ability to prioritize waiters and ensure customers waiting for their prescriptions are served in a timely manner.

*How is Patients Waiting Served as Promised measured on the WeCARE Workflow Scorecard?*

Prescriber Follow-up is calculated using the following formula:

$$\frac{Count\ Waiting\ rxs\ with\ proper\ wait\ time, promise\ time\ satisfied, proper\ POS\ activity}{Total\ Waiting\ Rxs} = \text{Waiters Served as Promised}$$

**Confidential**                                                                 **CVS-MDLT3-000006665**

P-20695 _ 00017 _ redacted

## _Scenarios_

| Provide WT < or = 15 min | Rx Verified by Promise Time | Rx Pick up close to verification | Credit for Team? |
|---|---|---|---|
| Yes | Yes | Yes | Yes |
| No | Yes | Yes | No |
| Yes | No | Yes | No |
| Yes | Yes | No | No |
| Yes | Yes | Customer picks up script much later | Does not count toward score |

*How do I leverage this diagnostic?*

First, Team Members must set expectations appropriately, by giving waiting customers a proper wait time.  Team Members should use the wait time calculator to provide the best wait time to meet customer needs.

Team Members should use WeCARE system prioritization capabilities to help them to work efficiently to meet wait time goals.

- Use the 'N' key when processing in QT or QD
- When at production use the 'P' key to print next batch of the next 3 customers who should be produced
- When in QV monitor the dashboard to position your resources to meet customer expectations

Upon completing verification, Pharmacists should 'page' waiters so that the customer knows the prescription that they are waiting for is ready.

Team Members at Pick-up should utilize the 'Waiter' button the POS screen to help them identify patients whose waiting or expedited prescriptions have been completed in the last 30 minutes.

Also, Team Members at Pick-up should be sure to 'manage' the waiting area.

- Have all Waiting prescriptions been called out upon entering green zone and prior to entering waiting bin
- Have all customers in waiting area been acknowledged
- Does the Team Member leverage the 'Waiter' button

P-20695 _ 00018 _ redacted

## Properly Set Waiter Expectations

### Diagnostic

**What does Properly Set Waiter Expectations measure?**

This diagnostic shows the percentage of 'waiting' prescriptions promised in 15 minutes or less

**Why is Properly Set Waiter Expectations important?**

Many of our customers may choose to wait in-store for their prescription(s), either because they need a medication immediately or because they are unable to return at a later time. The Wait Time you provide customers should be based on the number of prescriptions currently in process.

Since the inception of PSI, providing waiting prescriptions in 15 minutes or less is a differentiator of CVS/pharmacy compared to our competition and important in meeting customer expectations.

When a customer chooses to wait for a prescription, not providing an accurate wait time based on the Wait Time Calculator may result in customers being inconvenienced due to an incorrect pick-up time expectation.

**How is Properly Set Waiter Expectations measured on the WeCARE Workflow Scorecard?**

Prescriber Follow-up is calculated using the following formula:

$$\frac{Count\ waiters\ promised\ in\ 15\ minutes\ or\ less}{Total\ number\ of\ waiter\ prescriptions} = Properly\ set\ Wait\ Expectations$$

**How do I leverage this diagnostic?**

If your store has an opportunity with the metric Waiters Served as Promised and this diagnostic, use this information as part of your action plan.

Team Members should use the wait time calculator to help them determine proper wait times that the Pharmacy Team can meet.

**Confidential**

**CVS-MDLT3-000006667**

# Verified Before Promised Time
## Diagnostic

**What does Verified Before Promised Time measure?**

This diagnostic measures how many waiting and expedited prescriptions were verified at or before their original promise time

**Why is Verified Before Promised Time Important?**

Wait Time is an important WeCARE Workflow Fulfillment Metric.

When a customer chooses to wait for a prescription, they are expecting the order will be ready when we tell them it will.

If a customer presents at pick up for a waiter prescription when his/her prescription is not ready, he/she will either need to wait for longer time than expected in the store for it to be finished or return at a later time.

**How is the metric Verified Before Promised Time measured?**

The metric is calculated by dividing the number of waiting prescriptions that were verified before the wait time provided by the total number of 'waiter' prescriptions filled . The percentage will be calculated by the following formula:

$$\frac{\#\ of\ Waiting\ RXs\ Verified\ on\ or\ before\ Provided\ Wait\ Time}{Total\ Number\ of\ Waiter\ RXs} = \text{Wait Time \%}$$

Example:

A store verified 1405 of 1500 waiter scripts during a fiscal month within the promised wait time, resulting in a performance of 93.6%.

1405/1500 = 93.6%

**How do I leverage this diagnostic?**

To ensure your store can meet your waiting customers' expectations if your store has an opportunity with this Verified Before Promised Time, ensure the following occurs:

• Ask customers at Drop-off, "When would you like to pick-up your prescription(s)?"

• Fill all prescriptions through insurance review so that you can provide an accurate wait time and avoid potential Third Party processing or Out-of-Stock issues

• Notify the next workstation that there is a Waiter in the queue requiring immediate attention

You should also leverage the tools available to you to identify areas of opportunity to improve your store's performance:

**Confidential**

**CVS-MDLT3-000006668**

P-20695 _ 00020 _ redacted

• Wait Time Calculator:

- A tool which will provide an *estimated* wait time for a given number of prescriptions.
- The calculator considers the number of prescriptions in the current order along with the number of relevant "Waiter" prescriptions within the Queue.
- This function is incorporated into data entry and is also available from the Prescription Processing Menu.

• Wait Time Report

- A tool to provide you with a real time view of your store's performance with respect to Wait Times for waiter prescriptions
- You should use this report to recognize periods where your pharmacy is not meeting your customer's expectations to diagnose and create an action plan using the tools provided

**Confidential**

**CVS-MDLT3-000006669**

P-20695 _ 00021 _ redacted

# WeCARE Workflow Performance Reporting

## Example of Monthly Scorecard



**Monthly Key Performance Metrics**
**Area XX Region XX District XX Store XXXX**
[Month] score includes opportunities from 9/1/2012 to 9/30/2012

| Prescription Prioritization | 1st Half | Jul | Aug | Sept | Oct | Nov | Dec | 2nd Half | Top 20% Score | Gap to top 20% | YTD | Sept Points | YTD Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Voicemail Retrieval Rate | 92.5% | 97.5% | 92.7% | 95.5% | | | | 95.2% | 95.0% | 0.2% | 94.6% | 5/5 | 4/5 |
| Prescriber Follow-up | 98.5% | 97.5% | 96.5% | 99.2% | | | | 98.4% | 90.0% | 8.4% | 98.4% | 5/5 | 5/5 |
| Prescription Pre-Entry: Quality Assurance | 12.5% | 15.5% | 17.2% | 14.2% | | | | 15.6% | 10.0% | 5.6% | 14.9% | ----- | ----- |
| Prescription Pre-Entry: Drive-thru | 11.5% | 13.2% | 5.5% | 4.2% | | | | 7.6% | 10.00% | -2.4% | 8.6% | ----- | ----- |
| Action By Triage Time | 95.0% | 92.0% | 93.0% | 96.0% | | | | 93.7% | 92.0% | 1.7% | 96.0% | 15/15 | 15/15 |
| **Total "Prescription Prioritization" Score:** | 95.3% | 94.8% | 94.3% | 96.7% | | | | 95.2% | | | 96.2% | 25/25 | 25/25 |

| Effectively Managing Expectations | 1st Half | Jul | Aug | Sept | Oct | Nov | Dec | 2nd Half | Top 20% Score | Gap to top 20% | YTD | Sept Points | YTD Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Action Note Follow Through | 92.0% | 93.0% | 94.5% | 92.5% | | | | 93.3% | 85.0% | 8.3% | 92.5% | 15/15 | 15/15 |
| "Chose Not to Call Customer" Disposition Selected | 1.0% | 5.0% | 4.0% | 3.0% | | | | 4.0% | 10.0% | -6.0% | 3.3% | ----- | ----- |
| Patient Contact Accuracy | 92.0% | 92.5% | 93.0% | 94.5% | | | | 93.3% | 99.0% | -5.7% | 93.0% | ----- | ----- |
| POS Contact Update Success Rate | 98.0% | 99.0% | 90.0% | 85.0% | | | | 91.3% | 92.0% | -0.7% | 93.0% | ----- | ----- |
| **Total "Effectively Managing Expectations" Score:** | 92.0% | 93.0% | 94.5% | 92.5% | | | | 93.3% | | | 92.5% | 15/15 | 15/15 |

| Outcomes | 1st Half | Jul | Aug | Sept | Oct | Nov | Dec | 2nd Half | Top 20% Score | Gap to top 20% | YTD | Sept Points | YTD Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Surprise Waiters | 5.0% | 6.0% | 4.0% | 5.0% | | | | 5.0% | 5.0% | 0.0% | 5.0% | 20/20 | 20/20 |
| Ready When Promised - Patient Initiated Promise Time | 99.5% | 99.4% | 98.5% | 99.7% | | | | 99.2% | 98.0% | 1.2% | 99.7% | 10/10 | 10/10 |
| Ready When Promised - Prescriber Initiated Acute Medication | 92.5% | 95.5% | 98.4% | 91.5% | | | | 95.1% | 90.0% | 5.1% | 91.5% | 10/10 | 10/10 |
| Ready When Promised - Prescriber Initiated Maintenance Medication | 96.5% | 98.0% | 98.2% | 97.5% | | | | 97.9% | 98.0% | -0.1% | 97.5% | 3/5 | 3/5 |
| Expedited Prescriptions | 4.5% | 6.2% | 5.2% | 5.6% | | | | 5.7% | 7.00% | -1.3% | 5.4% | ----- | ----- |
| Waiters Served as Promised | 95.0% | 92.0% | 96.0% | 92.0% | | | | 93.3% | 94.0% | -0.7% | 93.8% | 13/15 | 13/15 |
| Properly Set Waiter Expectations | 95.0% | 93.5% | 96.2% | 93.5% | | | | 94.4% | 94.0% | 0.4% | 94.6% | ----- | ----- |
| Verified Before Promise Time | 100.0% | 100.0% | 100.0% | 100.0% | | | | 100.0% | 100.0% | 0.0% | 100.0% | ----- | ----- |
| **Total "Outcomes" Score:** | 95.6% | 95.5% | 97.2% | 95.1% | | | | 95.9% | | | 95.4% | 56/60 | 56/60 |

| | 1st Half | Jul | Aug | Sept | Oct | Nov | Dec | 2nd Half | | | YTD | Sept Points | YTD Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WeCARE Workflow Performance Score | 94.8% | 94.8% | 96.1% | 94.9% | | | | 95.3% | | | 95.0% | 96/100 | 96/100 |

| | Month To Date Ranking | | | | Year To Date Ranking | | | |
|---|---|---|---|---|---|---|---|---|
| | District | Region | Area | Chain | District | Region | Area | Chain |
| Prescription Prioritization | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Effectively Managing Expectations | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Outcomes | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| WeCARE Workflow Performance Score | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Out of Number of Stores | 19 | 120 | 800 | 7400 | 19 | 120 | 800 | 7400 |

Denotes Below Target

**Confidential**

# WeCARE Workflow Performance Reporting

### Example of Weekly Scorecard

| Prescription Prioritization | Current Week | Previous Week | 4 Week Trend * | Top 20% Score |
|---|---|---|---|---|
| **Voicemail Retrieval Rate** | **92.7%** | **92.7%** | **94.7%** | **95.0%** |
| **Prescriber Follow-up** | **98.5%** | **98.5%** | **100.0%** | **90.0%** |
| **Prescription Pre-Entry: Quality Assurance** | **17.2%** | **17.2%** | **19.2%** | **10.0%** |
| **Prescription Pre-Entry: Drive-thru** | **5.5%** | **5.5%** | **4.0%** | **10.00%** |
| **Action By Triage Time** | **93.0%** | **93.0%** | **91.5%** | **92.0%** |

| Effectively Managing Expectations | Current Week | Previous Week | 4 Week Trend * | Top 20% Score |
|---|---|---|---|---|
| **Action Note Follow Through** | **94.5%** | **94.5%** | **96.5%** | **85.0%** |
| "Chose Not to Call Customer" Disposition Selected | 4.0% | 4.0% | 6.0% | 10.0% |
| Patient Contact Accuracy | 93.0% | 93.0% | 95.0% | 99.00% |
| POS Contact Update Success Rate | 90.0% | 90.0% | 88.5% | 92.0% |

| Outcomes | Current Week | Previous Week | 4 Week Trend * | Top 20% Score |
|---|---|---|---|---|
| **Surprise Waiters** | **4.0%** | **4.0%** | **6.0%** | **5.0%** |
| Ready When Promised - Patient Initiated Promise Time | 98.5% | 98.5% | 100.0% | 98.0% |
| Ready When Promised - Prescriber Initiated Acute Medication | 98.4% | 98.4% | 100.0% | 90.0% |
| Ready When Promised - Prescriber Initiated Maintenance Medication | 98.2% | 98.2% | 100.0% | 98.0% |
| Expedited Prescriptions | 5.2% | 5.2% | 7.2% | 7.00% |
| **Waiters Served as Promised** | **96.0%** | **96.0%** | **98.0%** | **94.0%** |
| Properly Set Waiter Expectations | 96.2% | 96.2% | 94.7% | 94.0% |
| Verified Before Promise Time | 100.0% | 100.0% | 98.5% | 100.0% |

\* **The trending calculation uses data collected from the current week plus the previous 3 weeks.**
   **Weekly Scorecard is available every Tuesday for the week prior.**

**Confidential**

**CVS-MDLT3-000006671**

P-20695 _ 00023 _ redacted

**Point Distribution:**

Each Metric is attributed a weighted point total

Diagnostic Metrics are not assigned point totals as they are intended to help Pharmacy Teams diagnose root causes to help underperforming metrics

Ready When Promised Diagnostic metrics do have point totals associated with them because of their importance to the overall patient experience

| Category | Metric/Diagnostic | Points |
|---|---|---|
| Prescription Prioritization | Prescriber Voicemail Retrieval Rate | 5 |
| | Prescriber Follow-up | 5 |
| | Prescription Pre-Entry Quality Assurance | 0 |
| | Prescription Pre-Entry Drive-Thru | 0 |
| | Action by Triage Time | 15 |
| Effectively Managing Expectations | Action Note Follow Through | 15 |
| | Chose Not to Call Customer Disposition Selected | 0 |
| | Patient Contact Accuracy | 0 |
| | POS Contact Update Success Rate | 0 |
| Outcomes | Surprise Waiters | 20 |
| | Ready When Promised – Patient Initiated Promise Time | 10 |
| | Ready When Promised – Prescriber Initiated Acute Medication | 10 |
| | Ready When Promised – Prescriber Initiated Maintenance Medication | 5 |
| | Expedited Prescriptions | 0 |
| | Waiters Served as Promised | 15 |
| | Properly Set Waiter Expectations | 0 |
| | Verified Before Promise Time | 0 |
| Total | | 100 |

Store performance will be ranked versus other stores on a District/Region/Area/Chain level

P-20695 _ 00024 _ redacted

**Point Allocation**

WeCARE Scorecard point allocation is based on scoring thresholds.

Points are calculated based on Monthly and YTD performance
Stores are ranked into percentiles based on metric performance

Point allocation for each metric is based on each stores performance ranking

For example:
- Store A falls into the 86 percentile for Action Note Follow Through(15 points)
- Store A will receive 13 out of 15 possible points for that reporting period

| Points Allocated | Out of 5 Pts | | Out of 10 Pts | | Out of 15 Pts | | Out of 20 Pts | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pct Rank Floor | Pct Rank Ceiling | Pct Rank Floor | Pct Rank Ceiling | Pct Rank Floor | Pct Rank Ceiling | Pct Rank Floor | Pct Rank Ceiling | Qualifying Percentiles |
| 0 | 1 | 10 | 1 | 5 | 1 | 6 | 1 | 2 | |
| 1 | 11 | 30 | 6 | 10 | 7 | 12 | 3 | 5 | |
| 2 | 31 | 50 | 11 | 20 | 13 | 18 | 6 | 10 | |
| 3 | 51 | 70 | 21 | 30 | 19 | 24 | 11 | 15 | |
| 4 | 71 | 90 | 31 | 40 | 25 | 30 | 16 | 20 | |
| 5 | 91 | 100 | 41 | 50 | 31 | 36 | 21 | 25 | |
| 6 | | | 51 | 60 | 37 | 43 | 26 | 30 | |
| 7 | | | 61 | 70 | 44 | 50 | 31 | 35 | |
| 8 | | | 71 | 80 | 51 | 57 | 36 | 40 | |
| 9 | | | 81 | 90 | 58 | 64 | 41 | 45 | |
| 10 | | | 91 | 100 | 65 | 70 | 46 | 50 | |
| 11 | | | | | 71 | 76 | 51 | 55 | |
| 12 | | | | | 77 | 82 | 56 | 60 | |
| 13 | | | | | 83 | 88 | 61 | 65 | |
| 14 | | | | | 89 | 94 | 66 | 70 | |
| 15 | | | | | 95 | 100 | 71 | 75 | |
| 16 | | | | | | | 76 | 80 | |
| 17 | | | | | | | 81 | 85 | |
| 18 | | | | | | | 86 | 90 | |
| 19 | | | | | | | 91 | 95 | |
| 20 | | | | | | | 96 | 100 | |

Point Cap

**Confidential**