

**Purdue Pharma L.P.**
100 Connecticut Avenue
Norwalk, CT 06850-3590
(203) 853 0123
Fax (203) 838 1576

December 21, 1998

Scott Diveney, R Ph
Pharmacy Supervisor
Walgreen Company
2353 130th Avenue NE, Suite 120
Bellevue, WA 98005

Dear Mr. Diveney:

This letter confirms that **Louis Saeger, MD** is scheduled, as per your request, to lecture at **Double Tree Suites, 16500 South Center, Scottsdale Room, Tukwila, WA on January 19, 1999 at 8:00am and 5:00pm for Use of Opioids - A Pharmacist Responsibilities**. The title of the presentation will be **"Legal Implications and the Use of Opioids"**.

Purdue Pharma L.P. will provide funding for this continuing education program. In compliance with Company policy, please find enclosed our "Letter of Agreement" which a Purdue Pharma L.P. designee has signed.

Your signature (or that of a designee at your institution) is required on this document and should be returned to me as soon as possible. Forward the signed original "Letter of Agreement" in the enclosed self-addressed stamped envelope. Please maintain a signed copy of the agreement for your records. <u>This Agreement cannot be amended.</u>

Should you wish to contact the speaker, he/she may be reached using the information below:

Louis Saeger, MD
2500 Cherry Avenue
Suite 303
Bremerton, WA 98310

Tel #: (360)373-9026

**Please note that we must receive this signed Agreement prior to the program in order to be in compliance with the ACCME Standards for Commercial Support. Additionally, Company policy requires a signed Letter of Agreement in order to initiate payment of funds.**

If you have any questions, please do not hesitate to contact me at (203)854-7317 or email me at helene.scott@pharma.com.

Sincerely,

*Helene Scott*

Helene Scott
Lecture Coordinator

*Dedicated to Physician and Patient*

**PLAINTIFFS TRIAL EXHIBIT**
**P-25984_00001**

8104904110
PDD1701618943

NON-CONFIDENTIAL

PKY180836236

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

P-25984 _ 00001