WMT-MDL-01343_0241

# Lake Health

**University Hospitals**
Seidman Cancer Center

Mentor Medical Campus
9485 Mentor Avenue, Suite #3, Mentor, OH 44060
(440) 205-5755

__Redacted-PHI__
Redacted-PHI 44094
DOB: Redacted-PHI 1965

02/22/2018

℞

Oxycodone hcl, po solid 5 mg Tablet,  5 mg, PO, q6 hrs pm.
Instructions:  May cause constipation (Possible side effect of constipation discussed with patient.)
Refills: 0 (zero)     Quantity: 90 (ninety)     Days supply: 30
Associated Problem: C34.12

Product selection permitted                                    Dispense as written

Saltzman, Joel, MD
DEA #: BS8123882
LIC #:
NPI #: 1578582227