WMT-MDL-01343_0501

OnCallData - Script                                     Page 1 of 1

**OnCallData**
o n c a l l d a t a . c o m

May Al-Abousi, M.D
DEA BA5302524
NPI 1740255437
Phone: 440-842-4500 / Fax: 440-842-4303
Entered By: May Al-Abousi

UHMP GIGLIOTTI- AL-ABOUSI
6789 Ridge Rd
#105
Parma, OH 44129

Redaction - PHI

DOB: Redaction - PHI 1936 — Redacted-PHI
Redaction - PHI 44129

HOSPICE PATIENT [handwritten]
MA 12-18-13 [handwritten]

Dec. 18, 2013 2:55 PM (EST)
Morphine 10 mg/5 mL Oral Solution
(Sch. 2 drug)
Dispense one Bottle (one hundred milliliters each)—Take 2.5 milliliters (0.5 teaspoon) by mouth every hour for shortness of breath or pain
As Needed
0-Refills
Pharmacist Note: hospice
Order ID: Redacted - PHI

Rx is void if more than 1 Rx(s) on paper.

Redaction - PHI

Redaction - PHI  44095 [handwritten]

Printed Security Features: Microprint Signature Line, duplication in small print of medication(s) and dispense amounts, Rx void if more than __Rx(s) statement, quantity and refills surrounded by asterisks, serial number

(signature)

https://secure.instantrx.com/desktop5oc...firmation       Printed 12/18/2013

Redaction - PHI   Redaction - PHI

---

RX
DATE: 12/18/2013
PATIE[NT] Redaction - PHI
PAT.PAY .00  DOF. 1936    44095    4PT:LMI  VV:LMI  FIL:PAH

Dr: AL-ABOUSI, MAY H MD
6789 RIDGE RD STE 105
CLEVELAND, OH 44129-5635
DEA BAC302524  NPI:1740255437

MORPHINE SUL10MG/5MLSOL
QTY:100  DAW:0  ROX
NO OTHER Rx(s) IN ORDER