AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Ohio

In Re: National Prescription Opiate Litigation

V.

## EXHIBIT AND WITNESS LIST

Case Number: 1:17md2804

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dan A. Polster | Mark Lanier, et al | Eric Delinsky, et al |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/15/21 | Sue Trischan | Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wtns 5 | | | | | Brian Joyce 10/13 & 10/14 |
| 20808 | | | | x | Email attaching Prescription Drug Abuse Power Point |
| 24017 | | | | x | 7/11/12 Email Re: Well Experience Stores/Ohio |
| | | | | | |
| 26321 | | | | x | Plaintiffs' 1006 Dispensing Summaries from Walgreens (2006-2019) |
| 20811 | | | | x | 8/11/11 Email from Joyce to Walgreens employees Re: Ohio Board New Concerns |
| 20810 | | | | x | Prospective drug utilization review drafts |
| 15314 | | | | x | Email Re: Materials for Controlled Substance Action Plan Videoconf June 2012 |
| 24039 | | | | x | 5/7/08 Email to Joyce Re: Rx Integrity reports from May now available |
| | | | | | |
| | | | | | |
| 15068 | | | | x | 4/13/18 Email attaching Controlled Substance Prescriptions & Good Faith Dispensing Policy |
| 15085 | | | | x | 9/9/15 Email Re: Monthly DM webinars; Good Faith Dispensing DM Webinar |
| 24019 | | | | x | Email Re: AP Catalog |
| 24022 | | | | x | 1/4/13 Email Re: Retail Pharmacy Question from Kyle Parker |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages