| | |
|---|---|
| **From:** | Colaizzi, John [john.colaizzi@walgreens.com] |
| **Sent:** | 4/1/2013 1:46:51 PM |
| **To:** | Joyce, Brian [brian.joyce@walgreens.com] |
| **Subject**: | RE: Drug Abuse Powerpoint |
| **Attachments:** | Drug Abuse.pptx |

**Be well,**
**John**

**John L Colaizzi, Jr, PharmD, CCP**
Walgreen Co.
899 Mountain Avenue, 3rd Floor
Springfield, NJ 07081
m 862-206-9501



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Joyce, Brian
**Sent:** Monday, April 01, 2013 11:24 AM
**To:** Colaizzi, John
**Subject:** Drug Abuse Powerpoint

John,

Can you send me the Drug Abuse Powerpoint that you presented sometime last year?

Thanks

Brian

PLAINTIFFS TRIAL
EXHIBIT
**P-20808_00001**

# Prescription Drug Abuse

## By Walgreens



http://www.mydallasmommy.com/wp-content/uploads/2012/02/prescription.jpg

WAGMDL01113459

P-20808 _ 00002

CONFIDENTIAL

# What is prescription drug abuse?



- When someone takes a medication that was prescribed for someone else or takes their own prescription in a way different from what was originally prescribed.

P-20808 _ 00003

WAGMDL01113460

CONFIDENTIAL

# Types of prescription drug abuse

- Taking a medication to get high

- Taking someone else's prescription
  - ❖ sharing or stealing

- Taking a prescription medication in a way other than prescribed
  - ❖ ADHD medication to study



WAGMDL01113461

P-20808 _ 00004

CONFIDENTIAL

WAGMDL01113462

P-20808 _ 00005

CONFIDENTIAL

# Common Drugs of Abuse



- Pain medication
  - ❖ Oxy, percs, vikes

- Anti-anxiety, sleep aids
  - ❖ Downers

- ADHD medication
  - ❖ Skippy, smart drugs, uppers

- Cough medication

# Sources

- given for free by a friend or relative
- purchased from a friend or relative
- stolen from a friend or relative
- own prescription
- drug dealers

Total of 70% from friends or relatives



WAGMDL01113463

P-20808 _ 00006

CONFIDENTIAL

WAGMDL01113464

P-20808 _ 00007

CONFIDENTIAL

# Myth Busters!



☐ Prescription drugs are safer than illegal drugs

FALSE

Unintentional Drug Overdose Deaths by Major Type of Drug, United States, 1999-2008

Opioid Analgesic    Cocaine    Heroin

WAGMDL01113465

P-20808 _ 00008

CONFIDENTIAL



Deaths from Opioid Pain Relievers Exceed Those from All Illegal Drugs

Source: CDC, Morbidity and Mortality Weekly Report, 60(43): 1489, 2011.

WAGMDL01113466

P-20808 _ 00009

CONFIDENTIAL

# Myth Busters!

☐ People who take prescription drugs for medical conditions do not get addicted

FALSE



WAGMDL01113467

P-20808 _ 00010

CONFIDENTIAL

WAGMDL01113468

P-20808 _ 00011

CONFIDENTIAL

# Myth Busters!



- ☐ Over-the-counter medications are safer than prescription drugs

**FALSE**



CELEBRITIES WHO ABUSED
PRESCRIPTION DRUGS

WAGMDL01113469

P-20808 _ 00012

CONFIDENTIAL

# What does it do to your body?



- ❑ alter judgment and decision making
  - ❖ lead to dangerous behavior

- ❑ slow or even stop breathing
  - ❖ lead to death

- ❑ uncontrollable movements

- ❑ mood and behavior changes

WAGMDL01113470

P-20808 _ 00013

CONFIDENTIAL

# DANGERS



http://www.wellsphere.com/complementary-alternative-medicine-article/teen-drug-abuse-treatment/1031223

- Addiction
- Physical dependence
  - ❖ withdrawal symptoms
- Increases likelihood to use other drugs
- Side effects
- Overdose = #2 leading cause of death
  - ❖ car accidents is #1

WAGMDL01113471

P-20808 _ 00014

CONFIDENTIAL

# Unintentional Drug Overdose Deaths
## United States, 1970-2007



In 2007, there were 9.18 deaths per 100,000 population due to unintentional drug overdose, based on 27,658 deaths.

Deaths per 100,000 population

'70 '72 '74 '76 '78 '80 '82 '84 '86 '88 '90 '92 '94 '96 '98 '00 '02 '04 '06

Source: Centers for Disease Control and Prevention. *Unintentional Drug Poisoning in the United States* (July 2010).

WAGMDL01113472

P-20808 _ 00015

CONFIDENTIAL

# PEERX

- Online interactive program



http://www.teens.drugabuse.gov/peerx/

WAGMDL01113473

P-20808 _ 00016

CONFIDENTIAL

WAGMDL01113474

P-20808 _ 00017

CONFIDENTIAL

# Why avoid it?



□ Physical harm

□ ILLEGAL

□ Affects relationships
  ❖ ie. family, friends

□ Come back to bite you in the future

  ❖ criminal record = less job opportunities



WAGMDL01113475

P-20808 _ 00018

CONFIDENTIAL

# Don't let this be you...



WAGMDL01113476

P-20808 _ 00019

CONFIDENTIAL

# How to avoid it?

- ❑ Do not take other people's prescription drugs

- ❑ Follow doctor's exact instructions

- ❑ Talk to your parents

- ❑ Associate with the right crowd

- ❑ Be smart!

WAGMDL01113477

P-20808 _ 00020

CONFIDENTIAL

# What to do if you see others abuse?



- ❑ Parents

- ❑ School guidance counselor

- ❑ Teachers

- ❑ A trusted adult

CONFIDENTIAL

WAGMDL01113478

P-20808 _ 00021

# Anonymous Hotlines

- ❑ National Suicide Prevention Lifeline
  - ❖ not only for suicides
  - ❖ 1-800-273-TALK
- ❑ Treatment Referral Helpline
  - ❖ 1-800-662-HELP
- ❑ Treatment centers



WAGMDL01113479

P-20808 _ 00022

CONFIDENTIAL

# Online Resources

- http://www.teens.drugabuse.gov/peerx/

- NIDA's pages on prescription medications  http://www.nida.nih.gov/drugpages/prescription.htmlNIDA

- Research Report—Prescription Drugs: Abuse and Addiction  http://www.nida.nih.gov/ResearchReports/Prescription.html

- NIDA InfoFacts: Prescription and Over-the-Counter Medications  http://www.nida.nih.gov/infofacts/PainMed.html

- NIDA InfoFacts: Stimulant ADHD Medications—Methylphenidate and Amphetamines  http://www.nida.nih.gov/infofacts/ADHD.html

WAGMDL01113480

P-20808 _ 00023

CONFIDENTIAL

# References

- National Institute on Drug Abuse. NIDA Research Report: Prescription Drugs: Prescription and Over-the-counter Medication. (http://www.drugabuse.gov/publications/drugfacts/prescription-over-counter-medications).. Bethesda, MD: NIDA, NIH, DHHS. Revised May 2012. Retrieved May 2012.

WAGMDL01113481

P-20808 _ 00024

CONFIDENTIAL

# QUESTIONS?



WAGMDL01113482

P-20808 _ 00025

CONFIDENTIAL