Lake County and Trumbull County, OH
1/2006-12/2019
Walgreens as Dispenser
8 Prescription Opioids: Oxycodone, Hydrocodone, Hydromorphone, Morphine, Oxymorphone, Tapentadol, Fentanyl, Methadone

Case: 1:17-md-02804-DAP  Doc #: 4036-3  Filed: 10/18/21  1 of 3.  PageID #: 604829

## Dispensing of Eight Prescription Opioids from Walgreens Stores

| Region | Lake/Trumbull | | | Lake County, OH | | | Trumbull County, OH | | |
|---|---|---|---|---|---|---|---|---|---|
| **Average Population** | 439,668 | | | 229,550 | | | 210,118 | | |
| **Drug Name** / **Drug Code** | Total Dosage Units | | Average Annual Dosage Units Per Capita | Total Dosage Units | | Average Annual Dosage Units Per Capita | Total Dosage Units | | Average Annual Dosage Units Per Capita |
| Hydrocodone / 9193 | 24,248,858 | 45.5% | 3.92 | 9,118,612 | 36.0% | 2.82 | 15,130,246 | 54.1% | 5.11 |
| Oxycodone / 9143 | 24,055,757 | 45.1% | 3.88 | 13,055,332 | 51.5% | 4.04 | 11,000,425 | 39.3% | 3.72 |
| **Subtotal** | **48,304,615** | **90.6%** | **7.80** | **22,173,944** | **87.5%** | **6.86** | **26,130,671** | **93.4%** | **8.83** |
| Hydromorphone / 9150 | 490,129 | 0.9% | 0.08 | 368,468 | 1.5% | 0.11 | 121,661 | 0.4% | 0.04 |
| Morphine / 9300 | 1,981,730 | 3.7% | 0.32 | 1,234,864 | 4.9% | 0.38 | 746,866 | 2.7% | 0.25 |
| Oxymorphone / 9652 | 209,792 | 0.4% | 0.03 | 102,888 | 0.4% | 0.03 | 106,904 | 0.4% | 0.04 |
| Tapentadol / 9780 | 241,171 | 0.5% | 0.04 | 172,146 | 0.7% | 0.05 | 69,025 | 0.2% | 0.02 |
| Fentanyl / 9801 | 26,921 | 0.1% | 0.00 | 17,106 | 0.1% | 0.01 | 9,815 | 0.0% | 0.00 |
| Methadone / 9250B | 2,061,252 | 3.9% | 0.33 | 1,276,653 | 5.0% | 0.39 | 784,599 | 2.8% | 0.27 |
| **Subtotal** | **5,010,995** | **9.4%** | **0.81** | **3,172,125** | **12.5%** | **0.98** | **1,838,870** | **6.6%** | **0.62** |
| **Grand Total** | **53,315,610** | **100%** | **8.61** | **25,346,069** | **100%** | **7.84** | **27,969,541** | **100%** | **9.45** |

*Average Annual Dosage Units Per Capita is calculated as Total Dosage Units divided by the product of Average Population and the number of active years (14.1 years) of Walgreens.

Data Source: Walgreens Dispensing Data (2006-2019).

PLAINTIFFS TRIAL EXHIBIT
P-26321-A

P-26321-A_00001

## Dispensing of Oxycodone and Hydrocodone from Walgreens Stores, by Year

| Region | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|
| Average Population | 439,668 | | 229,550 | | 210,118 | |
| Year | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita |
| 2006 | 929,728 | 2.11 | 605,884 | 2.64 | 323,844 | 1.54 |
| 2007 | 2,465,788 | 5.61 | 1,538,894 | 6.70 | 926,894 | 4.41 |
| 2008 | 3,034,014 | 6.90 | 1,709,826 | 7.45 | 1,324,188 | 6.30 |
| 2009 | 3,575,763 | 8.13 | 1,900,634 | 8.28 | 1,675,129 | 7.97 |
| 2010 | 4,119,009 | 9.37 | 2,118,719 | 9.23 | 2,000,290 | 9.52 |
| 2011 | 4,495,791 | 10.23 | 2,212,311 | 9.64 | 2,283,480 | 10.87 |
| 2012 | 3,957,733 | 9.00 | 1,807,983 | 7.88 | 2,149,750 | 10.23 |
| 2013 | 3,784,080 | 8.61 | 1,614,223 | 7.03 | 2,169,857 | 10.33 |
| 2014 | 3,904,981 | 8.88 | 1,610,564 | 7.02 | 2,294,417 | 10.92 |
| 2015 | 4,477,861 | 10.18 | 1,741,104 | 7.58 | 2,736,757 | 13.02 |
| 2016 | 4,314,042 | 9.81 | 1,749,948 | 7.62 | 2,564,094 | 12.20 |
| 2017 | 3,705,306 | 8.43 | 1,466,775 | 6.39 | 2,238,531 | 10.65 |
| 2018 | 2,960,335 | 6.73 | 1,117,405 | 4.87 | 1,842,930 | 8.77 |
| 2019 | 2,580,184 | 6.40 | 979,674 | 4.66 | 1,600,510 | 8.31 |
| Total | 48,304,615 | 7.80 | 22,173,944 | 6.86 | 26,130,671 | 8.83 |

*The Total Average Annual Dosage Units Per Capita is calculated as Total Dosage Units divided by the product of Average Population and the number of active years (14.1 years) of Walgreens.

Data Source: Walgreens Dispensing Data (2006-2019).

Lake County and Trumbull County, OH
1/2006-12/2019
Walgreens as Dispenser
Oxycodone and Hydrocodone
Dosage Units

Case: 1:17-md-02804-DAP  Doc #: 4036-3  Filed: 10/18/21  3 of 3.  PageID #: 604831

## Dispensing of Oxycodone and Hydrocodone, by Walgreens Store, by Year

| | | | Lake County | | | | | | | Trumbull County | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year | Lake and Trumbull County | Walgreens #4294 BW5513278 | Walgreens #13058 BW4682414 | Walgreens #5820 BW6675536 | Walgreens #4317 BW5704451 | Walgreens #5821 BW7109045 | Walgreens #10518 FW0216920 | Walgreens #10027 BW9507801 | Walgreens #5549 BW6665511 | Walgreens #9077 BW9389758 | Walgreens #6888 BW7893058 | Walgreens #10569 FW0161872 | Walgreens #11730 FW0669715 | Walgreens #9669 FW0048276 |
| # | Total | 48,304,615 | 5,200,706 | 4,434,059 | 3,580,406 | 3,525,171 | 3,202,035 | 2,111,053 | 120,514 | 8,225,767 | 5,046,795 | 4,730,664 | 3,087,636 | 2,957,393 | 2,082,416 |
| 1 | 2006 | 929,728 | 156,186 | 122,064 | 79,675 | 115,014 | 87,841 | 0 | 45,104 | 163,925 | 61,540 | 94,301 | 0 | 0 | 4,078 |
| 2 | 2007 | 2,465,788 | 407,352 | 320,194 | 230,697 | 251,286 | 211,776 | 42,179 | 75,410 | 344,568 | 208,459 | 204,937 | 80,738 | 0 | 88,192 |
| 3 | 2008 | 3,034,014 | 435,673 | 364,667 | 282,012 | 302,755 | 232,440 | 92,279 | 0 | 430,409 | 257,406 | 241,764 | 160,485 | 98,409 | 135,715 |
| 4 | 2009 | 3,575,763 | 508,646 | 387,572 | 308,837 | 308,312 | 252,603 | 134,664 | 0 | 514,061 | 296,433 | 299,568 | 231,730 | 192,441 | 140,896 |
| 5 | 2010 | 4,119,009 | 556,651 | 416,090 | 337,004 | 342,888 | 301,363 | 164,723 | 0 | 613,087 | 343,577 | 347,572 | 259,154 | 229,562 | 207,338 |
| 6 | 2011 | 4,495,791 | 561,339 | 445,076 | 339,782 | 356,706 | 304,467 | 204,941 | 0 | 671,552 | 397,467 | 390,868 | 298,960 | 261,510 | 263,123 |
| 7 | 2012 | 3,957,733 | 468,662 | 393,491 | 254,887 | 245,995 | 257,282 | 187,666 | 0 | 663,637 | 376,458 | 379,036 | 287,100 | 221,913 | 221,606 |
| 8 | 2013 | 3,784,080 | 345,454 | 341,752 | 248,144 | 205,233 | 251,616 | 222,024 | 0 | 616,667 | 421,227 | 405,729 | 294,907 | 274,532 | 156,795 |
| 9 | 2014 | 3,904,981 | 310,949 | 329,974 | 255,155 | 234,270 | 254,758 | 225,458 | 0 | 668,139 | 419,747 | 475,216 | 293,706 | 288,042 | 149,567 |
| 10 | 2015 | 4,477,861 | 340,011 | 345,733 | 285,348 | 261,992 | 269,151 | 238,869 | 0 | 856,503 | 539,614 | 527,298 | 315,186 | 338,943 | 159,213 |
| 11 | 2016 | 4,314,042 | 354,699 | 349,675 | 304,774 | 272,863 | 248,304 | 219,633 | 0 | 874,665 | 490,638 | 431,869 | 256,000 | 332,301 | 178,621 |
| 12 | 2017 | 3,705,306 | 303,254 | 264,385 | 267,895 | 253,174 | 223,482 | 154,585 | 0 | 742,115 | 464,930 | 363,049 | 237,108 | 279,023 | 152,306 |
| 13 | 2018 | 2,960,335 | 241,371 | 183,130 | 208,648 | 196,895 | 161,177 | 126,184 | 0 | 576,704 | 423,072 | 302,174 | 197,044 | 226,131 | 117,805 |
| 14 | 2019 | 2,580,184 | 210,459 | 170,256 | 177,548 | 177,788 | 145,775 | 97,848 | 0 | 489,735 | 346,227 | 267,283 | 175,518 | 214,586 | 107,161 |

Data Source: Walgreens Dispensing Data (2006-2019).