Message

| From: | Joyce, Brian [brian.joyce@walgreens.com] |
|---|---|
| Sent: | 8/11/2011 7:14:40 AM |
| To: | Carter, Al [al.carter@walgreens.com]; Platts, Deborah [deborah.platts@walgreens.com]; Anhorn, Tim [tim.anhorn@walgreens.com]; Ramlagan, Natasha [natasha.ramlagan@walgreens.com]; Nick Barsan [Nick Barsan/Cent/OPS/Walgreens@Walgreens]; Patrick Hawthorne [Patrick Hawthorne/Corp/Walgreens@Walgreens] |
| Subject: | Ohio Board New/Concerns |

All,

Against objections from myself and the CVS board member the board is changing rule 4729-5-20 to read:

***Prior*** *to dispensing a controlled drug prescription, at a minimum, a pharmacist shall request and review an OARRS report covering at least 1 year time period and/or another states report, where applicable and avaiable if a pharmacist becomes aware of a person:*

*1. Receiving reported drugs from multiple prescribers*
*2. Receiving reported drugs for more than 12 weeks*
*3. Abusing or misusing reported drugs (ie over utilization, early refills, or appears overly sedated or intoxicated upon presenting a prescription for a reported drug)*
*4. Requesting a reported drug by specific name, streeet name, color, or identifying marks*
*5. Requesting the dispensing of reported drugs from a prescription issued from a prescriber with whom the pharmacist is not familar (ie located out of state or prescribre is outside the usual pharmacy geographic presciber care area)*
*6. Presenting a prescription for reported drugs when the patient resides outside the usual pharmacy geographic patient population*

*After obtaining an initial OARRS report a pharmacist may use professional judgement based on prevailing standards of practice in deciding the frequency of requesting and reviewing further OARRS reports and/or other states reports*

*In the rare event a report is not immediently available the pharmacist shall use prfessional judgement in determining whether it is appropriate and in the patients best interest to dispense the prescription prior to recieving and reviewing a report*

The public hearing is set for Sept 12 at 1pm, then it has to pass a JCAR public hearing within 65 days. WE NEED TO BE REPRESENTED AT THIS HEARING as do all retailers.

My objections included
1. Doctors are required to do this also, so why do both professions have to do it
2. Yhis will take valuable "patient care" time away from pharmacist
3. Information in already in the OARRS report with law enforcement access. No need for us to play policeman
4. Do we really need to do these for ADHD scripts for children like Ritalin and Concerta??
5. I believe this will be repealed (just like one transfer rule for non-controls) once the doctors realize how much added work this will be.
6. Just another unfunded mandate imposed on retailers

Bill Winsley our executive director is retiring as of 1/1/12

We got the OK, with some minor modifications that I have discussed with Nick Barsan and Al Carter for stickerless in Ohio.

Thanks

PLAINTIFFS TRIAL EXHIBIT
P-20811_00001

CONFIDENTIAL

WAGMDL00923252

Brian M. Joyce R.Ph.
Pharmacy Supervisor
Walgreens Co.
Pittsburgh North District 305
412-498-9587
brian.joyce@walgreens.com

WAGMDL00923253

CONFIDENTIAL