Message

---

**From**:    RXM 09077 [RXM.09077@store.walgreens.com]
**Sent**:    5/7/2018 9:10:07 AM
**To**:    Joyce, Brian [brian.joyce@walgreens.com]
**Subject**:    Re: FW: Rx Integrity reports for the month of May are now avaliable

Hey Brian, so walmart/sams club and giant eagle have stopped filling controls for a local doctor named Frank Veres.  This doc has a reputation for prescribing a high number of pain meds.  So I think over the past few months we have been picking up a lot of his patients.  From our angle, Veres has always complied with our GFD guidelines and his patients are always on time, but the high ratio of controls written has become more obvious.  To combat this, Greg and I have discussed not accepting any new controls from his office (since his patients have been displaced from those other pharmacies and the flood of controls is eminent).  At this time we still feel comfortable filling controls for our patients that have been coming here for years, but that is subject to change.  I would like to hear your thoughts on the matter.  Thanks --ADAM

On 2018-05-07 07:12, Joyce, Brian wrote:

Adam,

Is there a new prescriber in your area for Oxycodone, the last 2 months have seen sizable increases in Oxycodone scripts at your store?

bmj

---

**From:** Leslie, Zachary
**Sent:** Monday, May 07, 2018 7:54 AM
**To:** Tiger, Beau; Joyce, Brian
**Subject:** FW: Rx Integrity reports for the month of May are now avaliable

Beau and Brian,

This is Mays report, and as expected the same two stores are on this list for Oxycodone.  Have either of you received any feedback from these stores around dispensing habits, GFD policy execution, doctors prescribing more oxy, new pharmacists working at their locations, etc.?

Search:

| Market | District | District Name | Store | Avg Daily Rx | Index Trending For Last 3 Months |
|--------|----------|---------------|-------|--------------|-----------------------------------|
| OH/IN/Pittsburgh | 725 | Pittsburgh North | 2749 | 244 | Deterioration 500÷ |
| OH/IN/Pittsburgh | 724 | Youngstown OH | 9077 | 242 | Deterioration 500÷ |

PLAINTIFFS TRIAL EXHIBIT

**P-24039_00001**

Thank you,

*Zach*

## Zachary Leslie, Pharm.D

**Area Healthcare Supervisor**

**Area 76 | Pennsylvania**

**Walgreen Co.** | 100 Hightower Blvd., Suite 100, Pittsburgh, PA 15205
Telephone  412-788-0438 | Mobile  412-277-6239

**Member of Walgreens Boots Alliance**

**This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.**

**From:** Rx Integrity <RxIntegrity@walgreens.com>
**Sent:** Thursday, May 03, 2018 4:58 PM
**To:** Bourdo Jr, Skip <skip.bourdo@walgreens.com>; Jackson, Kenya <kenya.jackson@walgreens.com>; Badgley, Lisa <lisa.badgley@walgreens.com>; Bernard, Charles <charles.bernard@walgreens.com>; Gates, Rick <rick.gates@walgreens.com>; Polster, Natasha <tasha.polster@walgreens.com>
**Cc:** RxIntegrity <RxIntegrity@walgreens.com>; Creamer, Christopher <chris.creamer@walgreens.com>; Stover, Lynn <lynn.stover@walgreens.com>; Coyle, Justin <justin.coyle@walgreens.com>; Ghanem, Ziad <ziad.ghanem@walgreens.com>
**Subject:** Rx Integrity reports for the month of May are now avaliable

Hello,

This message is being sent to notify you that the Rx Integrity monthly reports are now available. You can access these reports by going to the following site:

RxIntegrity Website

If you believe you have received this e-mail in error or cannot view the site please contact Rx Integrity at RxIntegrity@Walgreens.com

HIGHLY CONFIDENTIAL