**Message**

| | |
|---|---|
| **From:** | Mills, Steve [steven.mills@walgreens.com] |
| **Sent:** | 4/13/2018 10:45:49 AM |
| **To:** | Daugherty, Patricia [patricia.daugherty@walgreens.com] |
| **Subject:** | RE: GFD and TDGFD |
| **Attachments:** | GFD Policy - Current as of 05.01.2017.pdf; TDGFD Checklist - Previsous Verison Posted 10.01.2017.pdf; TDGFD Checklist - Previsous Verison Posted 11.01.2017.pdf; TDGFD Checklist- Current as of 03.01.2018.pdf; TDGFD Policy - Current as of 10.01.2017.pdf |

Will this work?

Best Regards,
Steve

**Steven Mills, CPhT**
**Sr. Business Analyst, Pharmaceutical Integrity**
Walgreen Co. | 200 Wilmot Rd, MS 2287, Deerfield, IL 60015
Telephone 847 315 2914 | Fax 847 368 6349

**Member of Walgreens Boots Alliance**

This email message, including attachments, is the property of Walgreen Co. or its
affiliates. It is intended solely for the individuals or entities to which it is
addressed. This message may contain information that is proprietary, confidential and
subject to attorney-client privilege. If you are not the intended recipient, please
immediately notify the sender and delete this message from your system. Any viewing,
copying, publishing, disclosure, distribution of this information, or the taking of any
action in reliance on the contents of this message by unintended recipients is strictly
prohibited.

---

**From:** Daugherty, Patricia
**Sent:** Friday, April 13, 2018 10:24 AM
**To:** Mills, Steve <steven.mills@walgreens.com>
**Subject:** FW: GFD and TDGFD

Hi Steve,

Can you please send me in pdf attachments, our current GFD policy, TDGFD policy and checklist, etc.
Also if you have the previous version of the TDGFD checklist ( before we added all the changes so in 2016)can you attach that for me too? I need by end of day.

Thanks

Patty

PLAINTIFFS TRIAL EXHIBIT
P-15068_00001

CONFIDENTIAL

WAGMDL00005358

## Controlled Substance Prescriptions & Good Faith Dispensing Policy

The pharmacist **must** use the elements of Good Faith Dispensing in conjunction with state and federal controlled substance laws when filling **all** prescriptions.

Controlled substances may only be dispensed to patients who have a prescription for a valid medical purpose issued by a practitioner acting in the usual course of professional practice. A **corresponding responsibility** rests with the pharmacist to ensure that controlled substance prescriptions are issued for a legitimate medical purpose by an individual practitioner in the usual course of professional practice.

Any pharmacist who fails to meet his/her "corresponding responsibility" obligation when dispensing a prescription for a controlled substance, or does not follow the validation procedures outlined below, is subject to disciplinary action up to and including termination of employment.

## Prescription Validation Procedures for Good Faith Dispensing of Controlled Substances

Follow these procedures to validate a controlled substance prescription:

1. ***Identification***: If the pharmacist does not have an established relationship with the patient, ask for government issued identification and verify and document the identity of the patient or the person dropping off the prescription on the patient's behalf, including name and address on the prescription hard copy or scan and print a copy of the ID utilizing the manual fax process and attach it to the hard copy.

   → **NOTE: If your state prohibits the scanning and copying of an ID, follow your state's regulations.**

2. ***Prescriber***: Confirm that the prescriber has authority to prescribe controlled substances by verifying the validity of the prescriber's information including the DEA number and state license number.
   - StoreNet > Rx Ops > Pharmacy Policy and Procedures > Rx Integrity > DEA > DEA License Number Validation

3. ***Prescription Drug Monitoring Program (PDMP)***: If available in your state, use the PDMP to obtain additional information to help determine the validity and confirm the appropriateness of the prescription.
   - StoreNet > 3rd Party > Third Party Reference > State Specific Information > All States

4. ***Data/DUR Review***: Review the patient's profile to resolve and document any associated DURs appropriately. Confirm the written date on the prescription image matches the Date field in the Product section. If the prescriber indicates a future fill date or a "Do Not Dispense Until" or "Do Not Dispense Before" date, store the prescription and contact the patient to inform them of when their prescription can be filled.

CONFIDENTIAL

5. ***Evaluate the Elements of Good Faith Dispensing***: Contact the prescriber's clinical staff for verification or to clarify the elements of good faith dispensing for the prescription. If the prescriber's clinical staff cannot be reached, do not dispense the prescription. Even if the prescriber's clinical staff verifies the prescription is valid; it is the pharmacist's responsibility to confirm that the elements of good faith dispensing are satisfied prior to dispensing.

→ **NOTE: For Hospice and Oncology Patients Only:**
If you are unable to reach the prescriber's clinical staff, the pharmacist may fill the prescription without verification provided the elements of Good Faith Dispensing are met.

The following are examples that should alert a pharmacist to questionable circumstances. This list is not intended to be all inclusive. A "yes" answer to any of the questions below does not necessarily equate to a refusal to fill. A "yes" answer means that the pharmacist has a responsibility to follow up with either the patient and/or prescriber's clinical staff for additional information to satisfy the good faith requirements. Pharmacists shall use their professional judgment when determining if the elements of good faith are present prior to dispensing controlled substance prescriptions.

***Usual Course of Professional Practice:***

- Is the controlled substance prescription written outside the usual course of the prescriber's professional practice or specialization, also known as their scope of practice?
    - For example: a pediatrician prescribing pain medications for an adult, or a pain clinic doctor prescribing the same medication regimen for all of his patients.
- Are there unusual geographical distances between the patient, pharmacist and/or prescriber that cannot be reasonably explained?
- Is there a lack of a consistent prescriber/patient relationship?
- Does the prescription appear to be issued pursuant to an online diagnosis questionnaire? For example, does the prescriber only list a website on the prescription which indicates that he/she has no physical office address where patients can be examined?

***Trends for Prescribers and Patients:***

Is there a noticeable trend in controlled substance prescribing by one prescriber or for a large number of patients such as:

- Unusual dosages, directions, or quantities beyond those normally prescribed?
- Dosages or directions that conflict with approved labeling?
- Frequent combination prescriptions for known drug "cocktails" such as a benzodiazepine, opioid and carisoprodol?
- Increased frequency of prescriptions for the same or similar controlled substances?

CONFIDENTIAL

### Prescribers:

**Is the prescriber:**
- Unwilling to provide the reason for prescribing the controlled substance in order for the pharmacist to confirm that it is for a legitimate medical purpose?
- Unwilling to partner with the pharmacist and provide necessary documentation such as diagnosis, previous therapies, expected length of therapy, etc.?
- Always difficult to reach and/or only willing to communicate through office staff?
- Abusive or threatening?

**Does the prescriber:**
- Consistently write prescriptions for controlled substances for the same patient or for several different patients?
- Frequently authorize early refills without explanation or documentation?

Does the prescriber's practice:
- Operate as a "cash only" business and not accept government or 3rd party insurance payment?
- Have a different phone number on the prescription than found using the "prescriber inquiry" function in Intercom Plus?

### Patients:

**Does the patient:**
- Consistently request early refills?
- Exhibit "drug seeking" type behaviors?
- Selectively fill only controlled substance prescriptions?
- Request to pay by cash or by using a cash discount card (in a possible attempt to circumvent third party billing restrictions)?
- Have controlled substance prescriptions from several different prescribers?
- Is the patient unable to provide a valid reason for taking the controlled substance (i.e. a valid diagnosis or legitimate medical purpose)?
- Is the patient or patient's agent unable to present a valid ID?
- Do multiple patients drop off prescriptions around the same time for the same medication from the same prescriber?
- Is the individual picking up controlled substance prescriptions on behalf of multiple patients? Do these individuals reside at different addresses or have no apparent relationship to each other?

CONFIDENTIAL

WAGMDL00005361

> **Prescriptions:**
>
> **Does the prescription:**
> - Appear to be altered or forged?
> - Contain misspellings?
> - Contain atypical abbreviations or none at all?
> - Have an unusual presentation – prescriber's handwriting is too legible, is written in different color inks, different handwriting, or with erasure marks?

6. ***Document***: It is imperative that pharmacists document all efforts used to validate good faith dispensing.
   - Prescriber information: If the prescriber's clinical staff confirms the validity of the prescription, document the date, name of the individual spoken to and any other pertinent information such as diagnosis, previous therapy, length of treatment, etc. on the prescription hard copy and/or annotate the image.
   - Patient information: If the patient provides an ID or other pertinent information such as medical history, health conditions, allergies, previous therapy, etc., annotate the image, and/or document the information on the prescription hard copy. Update the information in the patient profile or in comments as appropriate.
   - Elements of Good Faith: Document any information pertaining to the elements of good faith on the prescription hard copy and/or annotate the image.

7. ***Pharmacist Action***: After reviewing the elements of good faith and following the validation procedures, the pharmacist must use his or her professional judgment to determine how to proceed:

   - ***Dispense***: If the prescription is valid <u>and</u> meets the elements of Good Faith, process and dispense the prescription as usual.

   - ***Not Valid to Dispense***: If the prescriber indicates that the prescription is not valid, document the prescription with the following: "Rx not valid per prescriber" and do not dispense.

   - ***Refusal to Dispense***: If the prescriber informs the pharmacist that a prescription for a controlled substance is valid, but the pharmacist determines that the elements of good faith dispensing are not present, the pharmacist has a responsibility to refuse to dispense.

> **NOTES:**
>
> - If you are unable to satisfy the elements of good faith, inform the patient that you are unable to fill the prescription. Do not provide inaccurate information to the patient such as misrepresenting that you are out of stock or stating that the prescriber is under investigation. Any prescription for which the pharmacist is not satisfied that the elements of good faith are met can be refused based on the pharmacist's discretion.
>
> - Dispensing a prescription that the pharmacist knows is fraudulent is a violation of state and federal law. If asked by law enforcement to dispense a fraudulent prescription, do NOT dispense and inform law enforcement that this is a violation of state and federal law. Knowingly dispensing a prescription with anything other than what is written on the prescription (i.e., candy, OTC medication, etc.) is a violation of company policy. Violation of state and federal law and/or company policy will result in disciplinary action, up to and including termination of employment.

8. ***Reporting Regulations (state specific)***: If your state has additional regulations for refused prescriptions, such as reporting to local law enforcement or documenting the refusal on the hard copy, follow your state's regulations.

## Roles and Responsibilities

Everyone in the pharmacy has a role in ensuring that the elements of Good Faith Dispensing are met. While <u>all</u> pharmacists and technicians have an obligation to assist with validation of Good Faith Dispensing requirements during the dispensing process, the **Product Review Pharmacist** has the ***ultimate responsibility*** for ensuring that the elements of Good Faith are present.

During the Product Review process, the pharmacist is attesting not only that the product is correct but also that Good Faith Dispensing guidelines have been validated and documented appropriately. The goal is that all elements of Good Faith Dispensing have been validated before getting to the Product Review Pharmacist. The Product Review Pharmacist should then be able to confirm the elements of Good Faith Dispensing have been met and continue with the dispensing process.

CONFIDENTIAL

WAGMDL00005363

# Summary of Good Faith Dispensing (GFD) Procedures By Role and Responsibility:



\*Use PDMP – if available in your state

\*\*Reporting Regulations – only if required by your state

\*\*\*Assign CAP/Patient Chart Consult – if patient consultation is deemed appropriate

→ **NOTE:** In stores that fill via the Retail Filling Process (RFP), only a pharmacist should perform the Product Review process for all controlled substances. Technicians should not perform Product Review on any controlled substances and must pass to a pharmacist to complete the Product Review process.

## Office-Use Prescriptions

Prescriptions must be issued for a specific patient. Prescriptions written for "office use" are not valid.

## Emergency Schedule II Dispensing

Notify your district manager if a prescriber fails to provide a hard copy for an emergency Schedule II telephone prescription within the legally required time period. The pharmacy supervisor will evaluate the situation and then contact the appropriate regulatory agencies, if necessary.

CONFIDENTIAL

WAGMDL00005364

Revised 5/8/2017
Revised 5/11/2016
Revised 2/21/2014
Revised 8/01/2013
Revised 6/11/2012
Revised 11/08/2011
Revised 7/17/2011
Revised 6/20/2011
Revised 3/28/2007
Revised 2/7/2007

CONFIDENTIAL

WAGMDL00005365

# Target Drug Good Faith Dispensing Checklist

## Steps for Technician to Complete

**Patient Name:**                             **Date:**

**Please select drug & provide strength (tablets/capsules only):**

    Oxycodone_____     Hydromorphone_____     Methadone_____     Other (optional - district specific)_____

| # | Check boxes that apply to assist the pharmacist in determining if the prescription should be filled. Attach checklist to hard copy of Rx. | Yes | No |
|---|---|---|---|
| 1 | Valid government photo ID copied and attached to hard copy of Rx. For eRx, attach copy at pick-up. ID is optional for Hospice, oncology, bedside delivery, sickle cell patients, and patients <u>known</u> to the pharmacy staff, unless it is required by state regulations. | ☐ | ☐ |
| 2 | No prior GFD refusal for <u>this</u> exact prescription in patient comments in IC+ profile. If so, prescription must not be dispensed. | ☐ | ☐ |
| 3 | Patient has received this prescription from Walgreens before. | ☐ | ☐ |
| 4 | This prescription is from the same prescriber for the same medication as the previous fill. | ☐ | ☐ |
| 5 | 3rd Party Insurance is billed (If cash or a cash discount card, use caution). | ☐ | ☐ |
| 6 | Patient does not appear intoxicated or under the influence of illicit drugs. | ☐ | ☐ |

I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures to validate the information above:

Technician Initials _____

| # | Steps for Pharmacist to Complete | Yes | No |
|---|---|---|---|
| 7 | If available in your state, PDMP has been reviewed. Prescription is being filled on time. If your state regulates early refills of controlled substance prescriptions, follow your state's regulations. | ☐ | ☐ |
| 8 | Patient and/or prescriber address is within geographical proximity to pharmacy; any variances can be reasonably explained. | ☐ | ☐ |
| 9 | Chronic prescription use can be explained and is supported by documentation (ICD 10 code or diagnosis consistent with chronic pain condition). | ☐ | ☐ |
| 10 | Per CDC recommendation, naloxone was offered to the patient in case of an emergency for prescriptions ≥ 50 Morphine Milligram Equivalents (MME). *Please refer to the Internal Patient Talking Points #10-16 | ☐ | ☐ |

**Refer to Opioid Dosage Calculator and CDC handout "Calculating Total Daily Dose of Opioids for Safer Dosage"**

If in your professional judgment a call to the prescriber's clinical staff is warranted, document conversation in notes section. If no call is required, complete this form with your signature.

*(For Hospice, oncology, and sickle cell patients only: RPh may fill the prescription without verification provided the elements of Good Faith Dispensing are met.)*

**Notes:**




I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures and my professional judgment to review this prescription and I have:

Dispensed: ☐     Pharmacist signature _____

Refused:     ☐     (RPh must inform patient of refusal and make a copy of the Rx for the refusal file folder)

Proprietary & Confidential. This Checklist and the information contained herein is a Trade Secret of Walgreen Co.

CONFIDENTIAL

WAGMDL00005366

## Target Drug Good Faith Dispensing Checklist

### Steps for Technician to Complete

**Patient Name:**           **Rx #**          **Date:**

**Please select drug & provide strength (tablets/capsules only):**

Oxycodone_____ Hydromorphone_____ Methadone_____ Other (optional - district specific)_____

| # | Check boxes that apply to assist the pharmacist in determining if the prescription should be filled. Attach checklist to hard copy of Rx. | Yes | No |
|---|---|---|---|
| 1 | Valid government photo ID copied and attached to hard copy of Rx. For eRx, attach copy at pick-up. ID is optional for Hospice, oncology, bedside delivery, sickle cell patients, and patients <u>known</u> to the pharmacy staff, unless it is required by state regulations. | ☐ | ☐ |
| 2 | No prior GFD refusal for <u>this</u> exact prescription in patient comments in IC+ profile. If so, prescription must not be dispensed. | ☐ | ☐ |
| 3 | Patient has received this prescription from Walgreens before. | ☐ | ☐ |
| 4 | This prescription is from the same prescriber for the same medication as the previous fill. | ☐ | ☐ |
| 5 | 3rd Party Insurance is billed (If cash or a cash discount card, use caution). | ☐ | ☐ |
| 6 | Patient does not appear intoxicated or under the influence of illicit drugs. | ☐ | ☐ |

I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures to validate the information above:

Technician Initials _____

### Steps for Pharmacist to Complete

| # | | Yes | No |
|---|---|---|---|
| 7 | If available in your state, PDMP has been reviewed. Prescription is being filled on time. If your state regulates early refills of controlled substance prescriptions, follow your state's regulations. | ☐ | ☐ |
| 8 | Patient and/or prescriber address is within geographical proximity to pharmacy; any variances can be reasonably explained. | ☐ | ☐ |
| 9 | Chronic prescription use can be explained and is supported by documentation (ICD 10 code or diagnosis consistent with chronic pain condition). | ☐ | ☐ |
| 10 | Per CDC recommendation, naloxone was offered to the patient in case of an emergency for Prescriptions ≥ 50 Morphine Milligram Equivalents (MME). *Please refer to the Internal Patient Talking Points #10-16 | ☐ | ☐ |

**Refer to Opioid Dosage Calculator and CDC handout "Calculating Total Daily Dose of Opioids for Safer Dosage"**

**If in your professional judgment a call to the prescriber's clinical staff is warranted, document conversation in notes section. If no call is required, complete this form with your signature.**

*(For Hospice, oncology, and sickle cell patients only: RPh may fill the prescription without verification provided the elements of Good Faith Dispensing are met.)*

**Notes:**




I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures and my professional judgment to review this prescription and I have:

Dispensed: ☐    Pharmacist signature _____

Refused: ☐     (RPh must inform patient of refusal and make a copy of the Rx for the refusal file folder)

Proprietary & Confidential. This Checklist and the information contained herein is a Trade Secret of Walgreen Co.

CONFIDENTIAL

WAGMDL00005367

# Target Drug Good Faith Dispensing Checklist

## Steps for Technician to Complete

| Patient Name: | | Rx # | Date: |
|---|---|---|---|

**Please select drug & provide strength (tablets/capsules only):**

Oxycodone_____ Hydromorphone_____ Methadone_____ Other (optional - district specific)_____

| | Check boxes that apply to assist the pharmacist in determining if the prescription should be filled. Attach checklist to hard copy of Rx. | Yes | No |
|---|---|---|---|
| 1 | Valid government photo ID copied and attached to hard copy of Rx. For eRx, attach copy at pick-up. ID is optional for Hospice, oncology, bedside delivery, sickle cell patients, and patients <u>known</u> to the pharmacy staff, unless it is required by state regulations. | ☐ | ☐ |
| 2 | No prior GFD refusal for <u>this</u> exact prescription in patient comments in IC+ profile. If so, prescription must not be dispensed. | ☐ | ☐ |
| 3 | Patient has received this prescription from Walgreens before. | ☐ | ☐ |
| 4 | This prescription is from the same prescriber for the same medication as the previous fill. | ☐ | ☐ |
| 5 | 3rd Party Insurance is billed (If cash or a cash discount card, use caution). | ☐ | ☐ |
| 6 | Patient does not appear intoxicated or under the influence of illicit drugs. | ☐ | ☐ |

I attest, I have used the Target Drug Good Faith Dispensing Checklist validation procedures to validate the information above:

Technician Initials:_____

## Steps for Pharmacist to Complete

| | | Yes | No |
|---|---|---|---|
| 7 | If available in your state, PDMP has been reviewed. Prescription is being filled on time. If your state regulates early refills of controlled substance prescriptions, follow your state's regulations. | ☐ | ☐ |
| 8 | Patient and/or prescriber address is within geographical proximity to pharmacy; any variances can be reasonably explained. | ☐ | ☐ |
| 9 | Chronic prescription use can be explained and is supported by documentation (ICD 10 code or diagnosis consistent with chronic pain condition). | ☐ | ☐ |
| 10 | Per CDC recommendation, naloxone was offered to the patient in case of an emergency for Prescriptions ≥ 50 Morphine Milligram Equivalents (MME). *Please refer to the Internal Patient Talking Points #10-16 | ☐ | ☐ |

### MME Calculator Quick Reference Guide

| | | | |
|---|---|---|---|
| Codeine - 330mg/day = 49.5 MME | Fentanyl Patch- 20mcg/hour = 48 MME | Hydrocodone - 50mg/day = 50 MME | Hydromorphone - 12mg/day = 48 MME |
| Methadone up to 20mg/day = 80MME | Morphine - 50mg/day = 50 MME | Oxycodone - 33mg/day = 49.5 MME | Oxymorphone - 16mg/day = 48 MME |
| Tapentadol - 125mg/day = 50 MME | Tramadol - 400mg/day = 40 MME | | |

**Refer to Opioid Dosage Calculator and CDC handout "Calculating Total Daily Dose of Opioids for Safer Dosage"**

**If in your professional judgment a call to the prescriber's clinical staff is warranted, document conversation in notes section. If no call is required, complete this form with your signature.**

*(For Hospice, oncology, and sickle cell patients only: RPh may fill the prescription without verification provided the elements of Good Faith Dispensing are met.)*

**Notes:**




I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures and my professional judgment to review this prescription and I have:

Dispensed: ☐   Pharmacist signature _____

Refused: ☐   (RPh must inform patient of refusal and make a copy of the Rx for the refusal file folder)

Proprietary & Confidential. This Checklist and the information contained herein is a Trade Secret of Walgreen Co.

## Target Drug Good Faith Dispensing Policy

Walgreens requires ALL pharmacists and pharmacy team members to adhere to the Controlled Substance Prescriptions and Good Faith Dispensing Policy and procedures. Additionally, for certain controlled substances, Walgreens requires ALL pharmacists and pharmacy team members to also adhere to the Target Drug Good Faith Dispensing (TD GFD) Policy and procedures outlined below. This TD GFD Policy is intended to be a supplemental policy which will aid pharmacists in determining if the prescription has been written for a legitimate medical purpose. This policy is not a replacement for professional judgment and should not in any way replace sound decisions that pharmacists are required to make while filling prescriptions.

Walgreens is taking a strict stance on compliance with these requirements. Failure to comply will result in disciplinary action up to and including termination of employment.

## Procedures

When dispensing prescriptions for Target Drugs, you are responsible for utilizing the Target Drug Good Faith Dispensing Checklist (TD GFD Checklist) and procedures outlined below. The following drugs are considered Target Drugs:

- ALL Oxycodone (single ingredient tablets/capsules)
- ALL Hydromorphone (single ingredient tablets)
- ALL Methadone (single ingredient tablets)
- Other (optional – district specific)

The TD GFD Checklist will be used to identify the key points of the validation procedures and to create a standardized process that all pharmacists must use to determine whether a Target Drug should be dispensed. Validation criteria will include, but not be limited to, identifying the patient and utilizing a state's Prescription Drug Monitoring Program (PDMP) if available.

**NOTE: Both pharmacists and pharmacy technicians will be reviewing sections of the checklist to ensure that all of the elements of TD GFD are met.**

## Prescription Validation Procedures for Target Drugs

The TD GFD Checklist will be used to do the following:

    a. Identify the key points of the validation process

    b. Create a standardized process that all pharmacists shall use to determine if a Target Drug should be dispensed

    c. Validate by both pharmacists and technicians that the elements of TD GFD are met

## Drop Off

**Technician Validation**

    1. Identify Target Drug

    2. Inform the patient that it may take additional time to process the prescription. If the patient is unknown to the pharmacy staff, obtain patient's government issued photo identification, scan and

print a copy of the ID to attach to the hard copy utilizing the manual fax process. If someone other than the patient is dropping off the prescription, scan and print a copy of the ID and attach it to the hard copy.

**NOTE: ID is optional for Hospice, Oncology, Sickle Cell, and Bedside Delivery patients, unless it is required by state regulations.**

**NOTE: If your state prohibits the scanning and copying of an ID, follow your state's regulations.**

3. Scan the prescription.

4. Begin TD GFD Checklist procedures

5. Record the patients name, date, and drug strength.

6. Review patient comments in IC+ prior to processing any prescriptions for Target Drugs to determine if another Walgreens location has already completed the TD GFD Checklist and refused to dispense the prescription.

>  Patient comment example: "Oxycodone Rx dated MM-DD-YY Dr Smith failed GFD on MM-DD-YY, Store #0123, RPh Initials"

**NOTE: Ensure that the most recent TD GFD comment is visible.**

7. Determine if the patient is new to Walgreens. Note: Caution must be used when dispensing a Target Drug to patients with no IC+ history.

8. Determine if the prescription is from the same prescriber for the same medication as the previous fill.

9. Determine if 3rd party insurance is billed.

10. Determine if the patient appears intoxicated or under the influence of illicit drugs.

11. Initial on the line for Technician Initials once the section is completed.

12. Once all of these steps are complete, the prescription should be passed to the pharmacist in a red "waiting bin" to complete the validation process.

## Target Drug Good Faith Dispensing and Validation Procedures

**Pharmacist Validation**

1. Review documentation and TD GFD Checklist from the technician and review patient comments for additional GFD-centered documentation, potentially from other locations where patient attempted to fill.

2. If available in the state, the pharmacist must access and review the Prescription Drug Monitoring Program (PDMP) report. The report should not be printed.

**NOTE: Do not give the patient a copy of the PDMP report.**

3. Verify if the prescription is being filled on time and not early.

4. Verify the geographical proximity. The patient and/or prescriber must have an address within the reasonable geographic location of the pharmacy or the distance must be reasonably explained.

Valid examples may include: patient lives in a rural area, patient is seeing a specialist, etc. The pharmacist must feel comfortable that the explanation is reasonable and may confirm with the patient or prescriber as needed.

5. Check the Target Drug prescription for unusual dosage, directions, or decoy. A "decoy" is a non-controlled drug written with a Target Drug or other cocktail prescription (combination of an opioid,

Xanax and Soma) for a product (e.g., ibuprofen, HCTZ, lisinopril) which the patient states he/she does not need.

6. Check central profile for the following:

    a. Multiple prescribers and payment type (cash) trends,

    b. Fill history for current medication as well as other Target Drugs

    c. Unusual drug therapy combinations or decoys.

7. Review DUR history for the patient (use system generated DURs, third party DURs, and clinical knowledge).

8. Per CDC recommendations, naloxone was offered to the patient in case of an emergency for prescriptions > 50MME Morphine Equivalents.

    ***Please refer to the Internal Patient Talking Points #10-16**

9. Verify and review the ID that is attached to the prescription.

10. Discuss any concerns with the patient/caregiver in the store or via phone. The patient/caregiver can provide information to clarify and resolve any concerns, questions, or red flags related to the prescription. Document the conversation in the notes section of the checklist.

11. After product review, the pharmacist can create a MSC exception from the Work Queue on the prescription to remind the pharmacy staff to ask for a government issued photo ID if the patient or person picking up the prescription is unknown to the pharmacy staff.

    **i. MSC comment example: "Check Patient ID, RPh Initials"**

### Prescriber Validation

1. If in your professional judgment a call to the prescriber's clinical staff is warranted, contact the prescriber's office to validate the prescription and document in the notes section of the checklist. Pharmacists are expected to use their professional judgment when ensuring that the prescription is written for a legitimate medical reason. You should contact a prescriber's office if, through other validation procedures, you are unable to resolve red flags related to the prescription. Since the purpose of calling a prescriber's office is to try to resolve the issues causing you to question the legitimacy of a prescription, you should tailor your conversation accordingly. Validation may include, but not be limited to, taking the following actions:

- Verification that the patient is under the care of the prescriber on the prescription.
- Verification that the patient has, in fact, been prescribed chronic opioids.
- Obtaining information to support a patient travelling a long distance to have an opioid prescription filled.
- Obtaining a clinical diagnosis to support a prescription for chronic opioid use.

2. If the prescriber's clinical staff is unable to provide the information necessary to validate a prescription, speak with the prescriber about the remaining issues causing you to question the prescription.

**NOTE: Routine calls to the prescriber to validate prescriptions are unnecessary and are not required under this policy.**

**For Hospice, Oncology and Sickle Cell Disease patients only:**

If you are unable to reach the prescriber's clinical staff, the pharmacist may fill the prescription without verification provided the elements of Good Faith Dispensing are met.

**Target Drug Good Faith Dispensing Checklist**

CONFIDENTIAL

WAGMDL00005371

The pharmacist and technician shall complete the <u>TD GFD Checklist</u>, ensuring that each section is completed, regardless of whether the prescription is refused or dispensed. The checklist is intended to bring consistency across all Walgreen locations and to help the pharmacist determine if extra measures need to be taken to ensure that the prescription was written for a legitimate medical need.

**If the Prescription is Dispensed**

If after reviewing the information on the TD GFD Checklist the pharmacist determines that the prescription meets TD GFD requirements and will be dispensed, the pharmacist must attach the following items to the prescription hardcopy:

1. The TD GFD Checklist

2. Printed image of the ID of the person dropping off the prescription

3. If the prescription is being picked up by someone unknown to the pharmacy staff, printed image of the ID of the person picking up the prescription

4. Any other relevant information

**If the Prescription is Refused**

If the pharmacist determines that the prescription does not meet TD GFD requirements, the pharmacist must complete the following tasks:

1. Immediately add a comment in "Patient Comments" in the following format: "Oxycodone Rx dated MM-DD-YY Dr Smith failed GFD on MM-DD-YY, Store #0123, RPh Initials"

2. Print an image of the prescription and give the original prescription hardcopy back to the patient, informing him/her that the prescription cannot be filled at any Walgreens because it does not meet the elements of Good Faith Dispensing.

3. File a copy of the refused prescription and all documentation, including the completed checklist, printed image of ID, and any other relevant documentation in refusal folder.

4. Do NOT deface the original prescription; all documentation should be noted on the TD GFD Checklist.

**NOTE: If your state has additional regulations for refused prescriptions, follow your state's regulations.**

## Pick Up

The following must occur at pick up:

1. Request government issued photo identification from the person picking up the prescription.

**NOTE: If the person is known to the pharmacy staff, there is no need to obtain the ID at pick up. Check the Work Queue and remove the MSC exception (if applicable).**

**NOTE: If the person is unknown to the pharmacy staff, check the Work Queue and remove the MSC exception (if applicable), scan and print a copy of the ID, and attach it to the prescription hard copy.**

**NOTE: If your state has additional regulations for prescription pick up, follow your state's regulations.**

2. Ensure that the checklist requirements have been met.

**It is imperative that pharmacists document all efforts used to validate Good Faith Dispensing. Failure to do so will result in disciplinary action up to and including termination.**

CONFIDENTIAL

WAGMDL00005372

Revised 10/02/2017
Revised 5/15/2017
Revised 6/29/2016
Revised 6/20/2016
Revised 9/23/2013
Revised 4/15/2013
Revised 4/5/2013
Revised 3/27/2013
Original 11/26/2012

CONFIDENTIAL

WAGMDL00005373