Message
───────────────────────────────────────────────────────────────

| | |
|---|---|
| **From**: | Joyce, Brian [brian.joyce@walgreens.com] |
| **Sent**: | 1/14/2013 7:55:08 AM |
| **To**: | Carter, Al [al.carter@walgreens.com] |
| **CC**: | Diprimo, Domenic [domenic.diprimo@walgreens.com]; Barsan, Nick [nick.barsan@walgreens.com] |
| **Subject**: | FW: Retail pharmacy question |

Just and FYI...


Thanks,

Brian

---

**From:** Parker, Kyle [mailto:Kyle.Parker@bop.ohio.gov]
**Sent:** Saturday, January 12, 2013 4:18 PM
**To:** Joyce, Brian
**Subject:** RE: Retail pharmacy question


*Kyle Parker, R.Ph., MBA*
Executive Director
Ohio Board of Pharmacy
Phone (614) 466-4143
Fax (614) 752-4836

---

**From:** Joyce, Brian [brian.joyce@walgreens.com]
**Sent:** Saturday, January 12, 2013 8:53 AM
**To:** Parker, Kyle
**Subject:** Re: Retail pharmacy question

Kyle
We do not have any such policy
BMJ

Sent from my iPhone

On Jan 12, 2013, at 8:26 AM, "Parker, Kyle" <Kyle.Parker@bop.ohio.gov> wrote:

Hey all,
I was posed a question by the Gov's office re; retail pharmacy policy.  They were appalled to find that major retailers had a "15" minute policy on filling prescriptions, and / or RPh's were being punished for not filling enough scripts/hr.  I remember about a year ago Rite Aid had something similar, but thought this was dead.  This came out of left field, but they want to convene the major chains to meet about giving pharmacists time needed to fill scripts safely, including the checking of OARRS.  This did not come from me, so I assume a cabinet member had a pharmacist friend give them an earfull.  They stated every time they go to a pharmacy, the RPh is slammed and feel that the upcoming regs around Morphine equivalent dose checking (OARRS) will create a public safety issue, due to not enough time causing error.

"Solutions" They mentioned included tech ratios, script per hour ratios, etc...

Let me know if you have any production "gaurantee" policy such as this and if you know of other competitors policy. thanks!
Kyle

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-24022_00001

WAGMDL00923158

*Kyle Parker, R.Ph., MBA*
Executive Director
Ohio Board of Pharmacy
Phone (614) 466-4143
Fax (614) 752-4836

CONFIDENTIAL

WAGMDL00923159