# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL 2804 <br><br> Case No. 1:17-MD-2804 <br><br> Judge Dan Aaron Polster <br><br> **ORDER REGARDING MCKINSEY'S MOTION TO VACATE** |
| THIS DOCUMENT RELATES TO: *All Cases* | | |

On October 14, 2021, Plaintiffs filed a Motion to Modify Protective Order in this action. Doc. #: 4024. Plaintiffs' motion asked the Court to modify a Protective Order (Doc. #: 441) to allow the parties in *In re McKinsey & Co., Inc., National Prescription Opiate Consultant Litig.* (MDL 2996) to use discovery from MDL 2804 in MDL 2996. On October 15, the Court granted Plaintiffs' motion. October 15, 2021 Non-Document Order. That same day, McKinsey filed a motion asking the Court to (1) vacate both the Protective Order and the October 15 Order, and (2) set a briefing schedule to allow McKinsey to explain its position. Doc. #: 4033.

McKinsey's motion to vacate is **DENIED**, but its request to set a briefing schedule is **GRANTED**. The briefing schedule is as follows:

- **October 25, 2021**—Motion and memorandum due from McKinsey;
- **November 8, 2021**—Responses due from both Plaintiffs and Defendants; and
- **November 15, 2021**—Reply due from McKinsey.

IT IS SO ORDERED.

/s/ Dan Aaron Polster  October 18, 2021
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE