# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACK THREE | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**MOTION TO PRECLUDE TESTIMONY FROM PLAINTIFFS' FACT WITNESSES ABOUT PRESCRIPTION OPIOIDS BEING A "GATEWAY" TO OTHER DRUG USE**

# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION  )
OPIATE LITIGATION             )
                              ) MDL No. 2804
THIS DOCUMENT RELATES TO:     ) Case No. 17-md-2804
                              )
Track Three Cases             )

VIDEOTAPED RULE 30(b)(6) DEPOSITION OF
APRIL J. CARAWAY
Conducted via Zoom
Warren, Ohio
Thursday, March 4th, 2021

REPORTED BY: GREG S. WEILAND, CSR, RMR, CRR
JOB NO.: 4477980

Page 87

1           agencies, and they talk about in the rooms in
2           the 12-step meetings.  They started out on pain
3           meds.
4    BY MR. BROWN:
5        Q.   Do you also hear stories about individuals
6    who obtained prescription opioids in an unauthorized
7    way, not as a result of a valid prescription for
8    that individual, who later became addicted to
9    prescription opioids and illicit opioids?
10       A.   Yes, we've heard stories from young people
11   where they said they first tried it taking it out of
12   their mom's purse or their grandma's medicine
13   cabinet or something like that, that it was somebody
14   else's prescription opioid that they took.
15       Q.   Are you aware of any studies regarding the
16   percentage of illicit opioid users who began their
17   drug abuse with prescription opioids?
18       A.   Yes, there's studies that have been done
19   by the CDC, by NIDA, by SAMHSA, and that number of
20   70 percent is consistent in those reports.  We were
21   shared that at state meetings.  There have been
22   studies about that.
23       Q.   And when -- you mentioned CDC, you
24   mentioned NIDA.
25            What is the other study?

1  A. I didn't speak with her about that because
2  we don't have a percentage. I spoke with her about
3  the OSAM reports, some of which her name is on. And
4  those were a sample size of people in the Mahoning
5  Valley, where they talked to them about, how did you
6  get started, you know, into drugs. And she said the
7  majority said prescription opioids, and then it's
8  written in some of the reports.
9  Q. I'm sorry, I thought you did give me a
10 percentage of the number of people who started with
11 prescription opioids who then used illicit opioids.
12      Did I misunderstand you?
13 A. It would be upwards of 70 percent. I'm
14 sorry, I thought you said a number.
15 Q. Perhaps I did. But you say it's
16 70 percent?
17 A. Yes, that's what the research indicates.
18 Q. You personally have not conducted any
19 studies on whether prescription opioid use leads to
20 illicit opioid abuse, correct?
21 A. Correct.
22 Q. And the studies --
23 A. I take a lot of phone calls from people
24 who tell me that. So, I mean, I'm not an
25 epidemiologist doing a study, but I've heard

Page 91

1  firsthand for years and years.
2             I don't remember ever getting a phone
3  call -- and I'm telling you, I get these phone calls
4  weekends, nights, you know, in 2017 daily, people
5  seeking help and treatment.
6             I don't ever remember, you know, someone
7  indicating they needed help for their
8  methamphetamine abuse or for anything else.  What
9  they were calling about was their opiate use, and
10 what they consistently told me was they started out
11 on prescription opioids.
12      Q.   Do you know what percentage of illicit
13 opioid abusers began with polysubstance abuse?
14           MR. BADALA:  Objection to form.
15           THE WITNESS:  No, but we know -- the
16      County knows that polysubstance abuse happens
17      after the fact.  They start on prescription
18      opioids.  They get addicted to the opioid.
19      Then they move on to other things.
20           Because the overdoses were so great in
21      2017, especially.  That's when the tsunami hit,
22      and we were trying to react.  We didn't have
23      detox beds available for the people who needed
24      them.  We were buying them from everywhere.
25           And people then -- started, you know,

Page 283

1        the scope of the topics.
2              MR. CARTER: And I'll just state for the
3        record, it's Topic 8.
4    BY MR. CARTER:
5        Q.   Go ahead.
6        A.   The County would rely on that.
7        Q.   All right. Switching topics, you talked
8    about the County's position that the use of illicit
9    prescriptions has led to the use of street drugs.
10   That's what I want to follow up on.
11             Putting prescription opioids aside, are
12   there other gateways to substance abuse?
13             MR. BADALA: Objection to form, outside
14       the scope.
15             THE WITNESS: We do, you know, prevention
16       with kids. And a lot of the evidence-based
17       program, they talk about certain gateways that
18       can lead to other drugs. So we talk to kids
19       about the dangers of alcohol, marijuana,
20       smoking cigarettes.
21             But, you know, it's -- those aren't a
22       gateway to this opiate epidemic. The opioids
23       are a gateway to the heroin and to the fentanyl
24       and to this opiate epidemic.
25