## MINUTES OF PROCEEDINGS

HONORABLE __Polster__

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OHIO

In re: National Prescription Opiate Litigation

vs.

Date: 10/18/21
Case No.: 1:17md2804
Court Reporter: Sue Trischan
ECRO:
INTERPRETER:

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier

Counsel for Defendants: Graeme Bush, Eric Delinsky, Sasha MIller, Paul Haynes, Diane Sullivan, Chantale Fiebig, Kaspar Stoffelmayr, Kate Swift, Brian Swanson, Tara Fumerton, John Majoris, Tina Tabacchi

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [ ] Voir Dire begun and continued | |
| [ ] Plaintiff(s) opening statements | [ ] Defendant(s) opening statements | |
| [ ] Evidence began; continued | [x] Evidence continued | [ ] Evidence concluded |
| [ ] Plaintiffs case begun | [x] Plaintiffs case continued; not concluded | [ ] Concluded |
| [ ] Defendants case begun | [ ] Defendants case continued; not concluded | [ ] Concluded |
| [x] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [x] Exhibits Located: w/counsel | [ ] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until: 10/19/21 9:00 AM

Comments: Plaintiffs' witness 8 - Brad Nelson (deposition), witness 9 - James Tsipakis (deposition)

s/ Robert Pitts

Courtroom Deputy Clerk

Time: 7 hrs