**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACK THREE | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**DEFENDANTS' CORRECTED PROPOSAL FOR
(1) JURY INSTRUCTIONS ON APPLICABLE CSA REGULATIONS
AND (2) LIMITING INSTRUCTION ON DEA SETTLEMENTS**

Defendants hereby propose for the Court's consideration (1) jury instructions on the two Controlled Substances Act ("CSA") regulations at issue and (2) a limiting instruction on DEA settlements that have been admitted (over Defendants' objections) at trial.

Attached as Exhibit A are proposed instructions on the two applicable CSA regulations—for distribution and dispensing, respectively.  While the Court has correctly precluded witnesses at trial from testifying about what the law requires, the jury must be instructed on the law in order to determine whether any Defendant engaged in "unlawful" conduct.  The proposed instructions track the regulatory language and, where relevant, the Court's orders interpreting those regulations.  Defendants have provided these proposed instructions to Plaintiffs.  Plaintiffs did not agree to the instructions, did not identify any errors or propose any edits, and stated that they do not see a path to any agreed instructions based on Defendants' proposal.  Defendants therefore submit these proposed instructions for the Court's consideration.

Attached as Exhibit B is a proposed limiting instruction on DEA settlements that have been admitted over Defendants' objections.  This proposed limiting instruction is based on the limiting instruction in *In re: Du Pont De Nemours & Co.*, 2016 EL 659112, at *52–*53 (S.D. Ohio

Feb. 17, 2016)—a decision the Court has cited in considering the admissibility of settlements. *See*

Doc. 3052 at 13 n.24.  A limiting instruction is necessary to ensure that the jury considers any

DEA settlement only for the narrow purposes for which it was admitted and not for any other

purpose, including as proof of liability.  Defendants provided the proposed limiting instruction to

Plaintiffs, but they did not agree to the limiting instruction or propose any edits.  Accordingly,

Defendants also submit this proposed limiting instruction for the Court's consideration.

Defendants submit these proposed additional jury instructions without waiving their earlier

proposed jury instructions or their objections to the current instructions.  Defendants preserve all

objections and reserve the right to submit further instructions and objections to the Court's final

jury instructions at a later date.

Date:  October 18, 2021                                      Respectfully submitted,

*/s/ Eric R. Delinsky*                                       */s/ Kaspar J. Stoffelmayr*
Eric R. Delinsky                                             Kaspar J. Stoffelmayr
Alexandra W. Miller                                          Brian C. Swanson
Graeme W. Bush                                               Katherine M. Swift
Paul B. Hynes, Jr.                                           Sharon Desh
ZUCKERMAN SPAEDER LLP                                        Sten Jernudd
1800 M Street NW, Suite 1000                                 BARTLIT BECK LLP
Washington, DC  20036                                        54 West Hubbard Street
Tel: (202) 778-1800                                          Chicago, IL 60654
E-mail: edelinsky@zuckerman.com                              Tel: (312) 494-4400
E-mail: smiller@zuckerman.com                                Fax: (312) 494-4440
E-mail: gbush@zucerkman.com                                  kaspar.stoffelmayr@bartlitbeck.com
E-mail: phynes@zuckerman.com                                 brian.swanson@bartlitbeck.com
                                                             kate.swift@bartlitbeck.com
*Counsel for CVS Pharmacy, Inc., Ohio*                       sharon.desh@bartlitbeck.com
*CVS Stores, L.L.C., CVS TN Distribution,*                   sten.jernudd@bartlitbeck.com
*L.L.C., CVS Rx Services, Inc., and CVS*
*Indiana, L.L.C.*                                            Alex J. Harris
                                                             BARTLIT BECK LLP
                                                             1801 Wewatta Street, 12th Floor
                                                             Denver, CO 80202
                                                             Tel: (303) 592-3100
                                                             Fax: (303) 592-3140
                                                             alex.harris@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc.;*
*Walgreen Co., and Walgreen Eastern Co., Inc.*

<table>
<tr>
<td>

/s/ *John M. Majoras*
_____
John M. Majoras
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Phone: (202) 879-3939
Fax: (202) 626-1700
Email: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Counsel for Walmart Inc.*

</td>
<td>

/s/ *Diane Sullivan*
_____
Diane Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street
Suite 201
Princeton, New Jersey 08540
E-mail: Diane.Sullivan@Weil.com
Telephone: (212) 310-8897

Chantale Fiebig
2001 M Street NW, Suite 600
Washington, DC 20036
E-mail: Chantale.Fiebig@Weil.com
Telephone: (202) 682-7200

Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Counsel for Giant Eagle, Inc., and HBC Service*
*Company*

</td>
</tr>
</table>

3