# EXHIBIT A

# 2010 CR 00378 STATE OF OHIO -VS- WINLAND, DOUGLAS S ADL

- Case Type:
- CR - Criminal
- Case Status:
- CLOSED
- File Date:
- 06/07/2010
- DCM Track:
- 
- Action:
- DECEPTION TO OBTAIN DANGEROUS DRUG (Sch. I or II)
- Status Date:
- 06/07/2010
- Case Judge:
- LOGAN, ANDREW D
- Next Event:
- 

| All Information | Party | Charge | Ticket/Citation # | Event | Docket | Financial | Receipt | Disposition |

### Party Information

**WINLAND, DOUGLAS S**
- DEFENDANT

- DOB
- 07/12/1971
- DOD
- 
- Disposition
- 
- Disp Date
- 

- Address
- #621-079
  GRAFTON REINTEGRATION CENTER A
  2500 S AVON BELDEN RD
  GRAFTON, OH 44044
- Phone

**Alias**

**Party Attorney**
Attorney
BAUER, ROGER R.
Attorney
PRO SE

**More Party Information**

### Party Charge Information

**WINLAND, DOUGLAS S**
- DEFENDANT
Charge # 1:
2925.22(A)-1 - Felony 4th Degree    DECEPTION TO OBTAIN DANGEROUS DRUG (Sch. I or II)

- Original Charge
- 2925.22(A)-1 DECEPTION TO OBTAIN DANGEROUS DRUG (Sch. I or II) (Felony 4th Degree)
- Indicted Charge
- 2925.22(A)-1 DECEPTION TO OBTAIN DANGEROUS DRUG (Sch. I or II) (Felony 4th Degree)
- Amended Charge
- 
- DV Related?

- Ticket #
- 
- ATN #
- 
- Tracking #
- 
- Place of Offense
- Trumbull County Sheriff Office
- Date of Offense

- Modifiers
- Stage Date

  - 11/02/2009
  - Complainant

  **Party Charge Disposition**
  Disposition Date
  Disposition
  11/29/2011
  SENTENCED

  [Sentencing Information](#)

- **WINLAND, DOUGLAS S**
- - DEFENDANT
  - Charge # 2:
    **2925.22(A)-1 - Felony 3rd Degree**     DECEPTION TO OBTAIN DANGEROUS DRUG (Sch. I or II)

- Original Charge
- 2925.22(A)-1 DECEPTION TO OBTAIN DANGEROUS DRUG (Sch. I or II) (Felony 3rd Degree)
- Indicted Charge
- 2925.22(A)-1 DECEPTION TO OBTAIN DANGEROUS DRUG (Sch. I or II) (Felony 3rd Degree)
- Amended Charge
- DV Related?
- Modifiers
- Stage Date

  - Ticket #
  - ATN #
  - Tracking #
  - Place of Offense
  - Trumbull County Sheriff Office
  - Date of Offense
  - 11/02/2009
  - Complainant

  **Party Charge Disposition**
  Disposition Date
  Disposition
  11/29/2011
  SENTENCED

  [Sentencing Information](#)

- **WINLAND, DOUGLAS S**
- - DEFENDANT
  - Charge # 3:
    **2925.22(A)&(B)(1) - Felony 5th Degree**     Deception To Obtain A Dangerous Drug (F4)

- Original Charge
- 2925.22(A)&(B)(1) Deception To Obtain A Dangerous Drug (F4) (Felony 5th Degree)
- Indicted Charge
- 2925.22(A)&(B)(1) Deception To Obtain A Dangerous Drug (F4) (Felony 5th Degree)
- Amended Charge
- DV Related?
- Modifiers
- Stage Date

  - Ticket #
  - ATN #
  - Tracking #
  - Place of Offense
  - Trumbull County Sheriff Office
  - Date of Offense
  - 11/02/2009
  - Complainant

  **Party Charge Disposition**
  Disposition Date
  Disposition
  11/29/2011
  SENTENCED

  [Sentencing Information](#)

- **WINLAND, DOUGLAS S**
- - DEFENDANT
  - Charge # 4:
    **2925.22(A)&(B)(2) - Felony 2nd Degree**     Deception To Obtain A Dangerous Drug (F5)

- Original Charge
- 2925.22(A)&(B)(2) Deception To Obtain A Dangerous Drug (F5) (Felony 2nd Degree)

  - Ticket #

- Indicted Charge
- 2925.22(A)&(B)(2) Deception To Obtain A Dangerous Drug (F5) (Felony 2nd Degree)
- Amended Charge
- DV Related?
- Modifiers
- Stage Date

- ATN #
- Tracking #
- Place of Offense
- Trumbull County Sheriff Office
- Date of Offense
- 11/02/2009
- Complainant

**Party Charge Disposition**
Disposition Date
Disposition
11/29/2011
SENTENCED

**Sentencing Information**

- **WINLAND, DOUGLAS S**
- **- DEFENDANT**
  - Charge # 5:
    - **2925.11(A)&(C)(1)A - Felony 5th Degree**     Aggravated Possession of Drugs-F5

- Original Charge
- 2925.11(A)&(C)(1)A Aggravated Possession of Drugs-F5 (Felony 5th Degree)
- Indicted Charge
- 2925.11(A)&(C)(1)A Aggravated Possession of Drugs-F5 (Felony 5th Degree)
- Amended Charge
- DV Related?
- Modifiers
- Stage Date

- Ticket #
- ATN #
- Tracking #
- Place of Offense
- Trumbull County Sheriff Office
- Date of Offense
- 11/02/2009
- Complainant

**Party Charge Disposition**
Disposition Date
Disposition
11/29/2011
SENTENCED

**Sentencing Information**

Load Party Charges 6 through 8     Load All 8 Party Charges

**Ticket/Citation #**

**Citation # : - Trumbull County Sheriff Office**
- Offense Date
- 11/02/2009

- Agency
- Trumbull County Sheriff's Office
- Officer
- Second Officer
- Complainant

- Speed Cited
- Speed Limit
- Location
- Insured/Proof
- Accident
- N
- Work Zone
- Haz Mat
- Points
- Priors
- License Taken



## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 06/24/2010 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 07/01/2010 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 07/08/2010 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 07/22/2010 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 07/29/2010 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 08/19/2010 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 09/16/2010 08:45 AM | COURTROOM 2 | PRE TRIAL | DATES | STUARD, JOHN M |
| 01/06/2011 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 01/10/2011 08:55 AM | COURTROOM 2 | JURY TRIAL | TO BE RESET | STUARD, JOHN M |
| 01/27/2011 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 02/03/2011 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 03/10/2011 08:45 AM | COURTROOM 2 | PRE TRIAL | SET PRE TRIAL | STUARD, JOHN M |
| 05/12/2011 08:45 AM | COURTROOM 2 | PRE TRIAL | DATES | STUARD, JOHN M |
| 07/21/2011 08:45 AM | COURTROOM 2 | PRE TRIAL | PLEAD / PSI ORDERED | STUARD, JOHN M |
| 07/25/2011 08:55 AM | COURTROOM 2 | JURY TRIAL | PLEAD / PSI ORDERED | STUARD, JOHN M |
| 09/01/2011 08:45 AM | COURTROOM 2 | SENTENCING HEARING | TO BE RESET | STUARD, JOHN M |
| 11/03/2011 08:45 AM | COURTROOM 2 | SENTENCING HEARING | TO BE RESET | STUARD, JOHN M |
| 11/17/2011 08:45 AM | COURTROOM 2 | SENTENCING HEARING | TO BE RESET | STUARD, JOHN M |
| 12/08/2011 08:45 AM | COURTROOM 2 | SENTENCING HEARING | SENTENCED | STUARD, JOHN M |
| 12/08/2011 08:45 AM | COURTROOM 2 | SENTENCING HEARING | TO BE RESET | STUARD, JOHN M |

## Docket Information

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 06/07/2010 | FILING FEE FOR EACH CAUSE OF ACTION AND EACH UNDERTAKING | $27.00 | |
| 06/07/2010 | PRISONER FEES | $11.00 | |
| 06/07/2010 | GENERAL REVENUE FUND | $30.00 | |
| 06/07/2010 | VICTIMS OF CRIME | $30.00 | |

| | | | |
|---|---|---|---|
| 06/07/2010 | SPECIAL PROJECTS JUDGES | $50.00 | |
| 06/07/2010 | DIRECT PRESENTMENT FOR<br>CTS 1,3,5 & 7:  DECPETION TO OBTAIN A DANGEROUS DRUG<br>CT 1: (F4)(2925.22(A)&(B)(2)(a)<br>CT 3: (F3)(2925.22(A)&(B)(2)(b)<br>CT 5: (F5)(2925.22(A)&(B)(1)(a)<br>CT 7: (F2)(2925.22(A)&(B)(2)(c)<br>CTS 2,4 & 8: AGGRAVATED POSSESSION OF DRUGS<br>CT 2: (F5)(2925.11(A)&(C)(1)(a)<br>CT 4: (F3)(2925.11(A)&(C)(1)(b)<br>CT 8: (F2)(2925.11(A)&(C)(1)(c)<br>CT 6: POSSESSION OF DRUGS (M1)(2925.11(A)&(C)(2)(a) | $0.00 | Image |
| 06/07/2010 | INDICTMENT AND SUMMONS FILED BY PROSECUTOR'S OFFICE AND COPIES OF SAME ISSUED TO SHERIFF. | $2.00 | |
| 06/14/2010 | SUMMONS ON INDICTMENT RETURNED BY SHERIFF | $16.00 | Image |
| 06/17/2010 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 06/24/2010   Time: 8:45 am<br>Judge: STUARD, JOHN M    Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 06/17/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  06/17/2010  10:33:07 | | |
| 06/17/2010 | NOT GUILTY PLEA TO ARRAIGNMENT ON INDICTMENT AND BOND SET AT THE SUM OF $25,000 CASH OR SURETY. | $0.00 | Image |
| 06/23/2010 | ANSWER TO REQUEST FOR BILL OF PARTICULARS WITH SERVICE FILED BY: CHRISTOPHER D. BECKER (Prosecuting Attorney); | $0.00 | Image |
| 06/23/2010 | ANSWER TO REQUEST FOR DISCOVERY FILED WITH PROOF OF SERVICE FILRD BY CHRISTOPHER D. BECKER (Prosecuting Attorney); | $0.00 | Image |
| 06/23/2010 | MOTION FOR DISCOVERY WITH SERVICE FILED BY: CHRISTOPHER D. BECKER (Prosecuting Attorney); | $0.00 | Image |
| 06/24/2010 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 07/01/2010   Time: 8:45 am<br>Judge: STUARD, JOHN M    Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 06/24/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  06/24/2010  12:50:53 | | |
| 07/01/2010 | ORDER FOR DISCOVERY GRANTED | $2.00 | Image |
| 07/01/2010 | ORDER TOLLING SPEEDY TRIAL TIME FOR 7 DAYS.<br>7-1-10 COPIES TO: PROS, PUBLIC DEFENDER | $2.00 | Image |
| 07/01/2010 | POSTAGE | $0.44 | |
| 07/01/2010 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 07/08/2010   Time: 8:45 am<br>Judge: STUARD, JOHN M    Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 07/01/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  07/01/2010  14:42:06 | | |

| | | | |
|---|---|---|---|
| 07/08/2010 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 07/22/2010　Time: 8:45 am<br>Judge: STUARD, JOHN M　Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 07/08/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on: 07/08/2010 13:18:52 | | |
| 07/08/2010 | ORDER TOLLING SPEEDY TRIAL TIME FOR 7 DAYS.<br>7-8-10 COPIES TO: PROS, PUBLIC DEFENDER | $2.00 | Image |
| 07/08/2010 | POSTAGE | $0.44 | |
| 07/19/2010 | BAIL BOND SURCHARGE DEPOSIT FEE FOR INDIGENT DEFENSE SUPPORT FUND　Receipt: 181153　Date: 07/19/2010 | $25.00 | |
| 07/19/2010 | RECOGNIZANCE OF ACCUSED FILED IN THE SUM OF $25,000 SURETY BY ACE BONDING. | $0.00 | Image |
| 07/20/2010 | INDIGENT FEE ($25.00) | $25.00 | Image |
| 07/22/2010 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 07/29/2010　Time: 8:45 am<br>Judge: STUARD, JOHN M　Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 07/22/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on: 07/22/2010 11:14:34 | | |
| 07/27/2010 | REQUEST FOR DISCOVERY WITH SERVICE FILED BY:<br>ROGER R. BAUER (Attorney) on behalf of DOUGLAS S WINLAND (DEFENDANT) | $0.00 | Image |
| 07/27/2010 | MOTION FOR BILL OF PARTICULARS WITH SERVICE FILED BY<br>ROGER R. BAUER (Attorney) on behalf of DOUGLAS S WINLAND (DEFENDANT) | $0.00 | Image |
| 07/29/2010 | ORDERED THAT SPEEDY TRIAL TIME IS TOLLED FROM JULY 22, 2010 TO JULY 29, 2010 TO DATE. | $2.00 | Image |
| 08/02/2010 | ORDER FOR BILL OF PARTICULARS GRANTED | $4.00 | Image |
| 08/02/2010 | ORDER FOR DISCOVERY GRANTED | $6.00 | Image |
| 08/03/2010 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 08/19/2010　Time: 8:45 am<br>Judge: STUARD, JOHN M　Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 08/03/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on: 08/03/2010 15:43:23 | | |
| 08/04/2010 | ORDER TOLLING SPEEDY TRIAL TIME FOR 21 DAYS.<br>8-4-10 COPIES TO: PROS, R. BAUER | $2.00 | Image |
| 08/04/2010 | POSTAGE | $0.44 | |
| 08/19/2010 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 09/16/2010　Time: 8:45 am<br>Judge: STUARD, JOHN M　Location: COURTROOM 2<br><br>Result: DATES | | |

| | | | |
|---|---|---|---|
| 08/19/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  08/19/2010  16:06:15 | | |
| 08/20/2010 | WAIVER OF SPEEDY TRIAL FOR ADDITIONAL 120 DAYS. | $2.00 | Image |
| 09/16/2010 | WAIVER OF SPEEDY TRIAL FOR ADDITIONAL 90 DAYS. | $2.00 | Image |
| 10/13/2010 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 01/06/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M    Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 10/13/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  10/13/2010  14:41:33 | | |
| 10/13/2010 | HEARING SET:<br>Event: JURY TRIAL<br>Date: 01/10/2011   Time: 8:55 am<br>Judge: STUARD, JOHN M    Location: COURTROOM 2<br><br>Result: TO BE RESET | | |
| 10/13/2010 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  10/13/2010  14:57:58 | | |
| 01/06/2011 | WAIVER OF SPEEDY TRIAL FOR ADDITIONAL 180 DAYS. | $2.00 | Image |
| 01/07/2011 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 01/27/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M    Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 01/07/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  01/07/2011  09:48:06 | | |
| 01/27/2011 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 02/03/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M    Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 01/27/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  01/27/2011  13:05:28 | | |
| 02/07/2011 | ORDER TOLLING SPEEDY TRIAL TIME TIME TOLLED  FOR 7 DAYS 2-8-11 COPIES TO PROS & R  BAUER | $2.00 | Image |
| 02/11/2011 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 03/10/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M    Location: COURTROOM 2<br><br>Result: SET PRE TRIAL | | |
| 02/11/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  02/11/2011  09:19:52 | | |

| | | |
|---|---|---|
| 02/14/2011 | POSTAGE | $0.88 |
| 03/11/2011 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 05/12/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M   Location: COURTROOM 2<br><br>Result: DATES | |
| 03/11/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  03/11/2011  14:39:36 | |
| 05/17/2011 | HEARING SET:<br>Event: PRE TRIAL<br>Date: 07/21/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M   Location: COURTROOM 2<br><br>Result: PLEAD / PSI ORDERED | |
| 05/17/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  05/17/2011  12:31:51 | |
| 05/17/2011 | HEARING SET:<br>Event: JURY TRIAL<br>Date: 07/25/2011   Time: 8:55 am<br>Judge: STUARD, JOHN M   Location: COURTROOM 2<br><br>Result: PLEAD / PSI ORDERED | |
| 05/17/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  05/17/2011  12:34:47 | |
| 07/28/2011 | DEFENDANT APPEARS WITH COUNSEL;  RIGHTS EXPLAINED & WAIVER EXECUTED. PLEA OF GUILTY TO INDICTMENT OF COUNT 1: DECEPTION TO OBTAIN A DANGEROUS DRUG (F4)(ORC 2925.22(A)&(B)(2)(a), COUNT 2: AGGRAVATED POSSESSION OF DRUGS (F5)(ORC 2925.11(A)&(C)(1)(a), COUNT 3: DECEPTION TO OBTAIN A DANGEROUS DRUG (F3)(ORC 2925.22(A)&(B)(2)(b), COUNT 4: AGGRAVATED POSSESSION OF DRUGS (F3)(ORC 2925.11(A)&(C)(1)(b), COUNT 5: DECEPTION TO OBTAIN A DANGEROUS DRUG (F5)(ORC 2925.00(A)&(B)(1)(a), COUNT 6: POSSESSION OF DRUGS (M1)(ORC 2925.11(A)&(C)(2)(a), COUNT 7: DECEPTION TO OBTAIN A DANGEROUS DRUG (F2)(ORC 2925.00(A)&(B)(1)(c) AND COUNT 8: AGGRAVATED POSSESSION OF DRUG (F3)(ORC 2925.11(A)&(C)(1)(b). PSI ORDERED. | $18.00   Image |
| 08/19/2011 | HEARING SET:<br>Event: SENTENCING HEARING<br>Date: 09/01/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M   Location: COURTROOM 2<br><br>Result: TO BE RESET | |
| 08/19/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on:  08/19/2011  09:06:13.82 | |
| 08/26/2011 | MOTION TO CONTINUE WITH SERVICE FILED BY:<br>ROGER R. BAUER (Attorney) on behalf of DOUGLAS S WINLAND (DEFENDANT) | $0.00   Image |
| 09/08/2011 | HEARING SET:<br>Event: SENTENCING HEARING<br>Date: 11/03/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M   Location: COURTROOM 2<br><br>Result: TO BE RESET | |
| 09/08/2011 | NOTICE SENT: | |

| | | | |
|---|---|---|---|
| | SPEEDY MAILER<br>Sent on: 09/08/2011  15:39:46.37 | | |
| 11/08/2011 | HEARING SET:<br>Event: SENTENCING HEARING<br>Date: 12/08/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M   Location: COURTROOM 2<br><br>Result: TO BE RESET | | |
| 11/08/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on: 11/08/2011  11:40:20.14 | | |
| 11/09/2011 | HEARING SET:<br>Event: SENTENCING HEARING<br>Date: 11/17/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M   Location: COURTROOM 2<br><br>Result: TO BE RESET | | |
| 11/09/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on: 11/09/2011  09:06:11.93 | | |
| 11/14/2011 | ORDER TOLLING SPEEDY TRIAL TIME FOR 35 DAYS.<br>11-15-11 COPIES TO: PROS, R. BAUER | $2.00 | Image |
| 11/14/2011 | POSTAGE | $0.44 | |
| 11/21/2011 | HEARING SET:<br>Event: SENTENCING HEARING<br>Date: 12/08/2011   Time: 8:45 am<br>Judge: STUARD, JOHN M   Location: COURTROOM 2<br><br>Result: SENTENCED | | |
| 11/21/2011 | NOTICE SENT:<br><br>SPEEDY MAILER<br>Sent on: 11/21/2011  13:01:21.09 | | |
| 11/29/2011 | COMPLETE RECORD | $20.00 | |
| 11/29/2011 | STENOGRAPHER FEE | $25.00 | |
| 11/29/2011 | EXECUTION FOR COSTS IN FELONY  ISSUED TO SHERIFF ON 11-29-11. | $0.00 | |
| 11/29/2011 | WARRANT TO CONVEY TO LORAIN CORRECTIONAL INSTITUTION  ISSUED TO SHERIFF ON 11-29-11. | $0.00 | |
| 11/29/2011 | PER CONSENT OF ASSISTANT PROSECUTOR CHRISTOPHER D. BECKER AND DEFENSE COUNSEL ROGER BAUER THIS CASE IS TRANSFERRED TO DOCKET OF JUDGE LOGAN FOR SENTENCING. | $2.00 | Image |
| 11/29/2011 | WARRANT RETURNED SHOWING SERVICE ON DEFENDANT | $171.00 | Image |
| 11/29/2011 | EXECUTION OF COSTS RETURNED ENDORSED BY SHERIFF | $5.00 | Image |
| 11/29/2011 | POST RELEASE CONTROL NOTIFICATION (PRISON IMPOSED) FILED | | Image |
| 11/29/2011 | SENTENCING: DEFENDANT SENTENCED ON NOV. 29, 2011 TO LORAIN CORRECTIONAL INSTITUTION FOR A PRISON TERM OF 6 MONTHS ON EACH COUNT FOR COUNTS 1, 2, & 5; 6 MONTHS IN TRUMBULL COUNTY JAIL ON COUNT 6; 24 MONTHS ON EACH COUNT FOR COUNTS 3 & 4: 2 YEARS ON COUNTS 7 & 8 TO BE SERVED CONCURRENTLY TO UNDERLYING SENTENCE IMPOSED IN TRUMBULL CASE 10 CR 149 BUT CONSECUTIVELY TO FIREARM SPECIFICATION CASE 10 CR 149; PLUS COSTS.<br>12-2-11 COPIES TO: PROS, R. BAUER | $8.00 | Image |
| 11/29/2011 | POSTAGE | $0.44 | |
| 11/29/2011 | BAIL BOND GUILTY FEE  Receipt: 218544  Date: 01/12/2012 | $25.00 | |

| Date | Description | Amount | |
|---|---|---|---|
| 04/17/2012 | NOTICE OF PROPERTY LIEN  RELEASE FILED BY: ACE BAIL BONDING INC | $0.00 | Image |
| 08/01/2012 | DRIVERS LICENSE SUSPENSION FORM ISSUED TO BMV | | Image |
| 07/16/2014 | MOTION FOR JUDICIAL RELEASE WITH CERTIFICATE OF SERVICE FILED BY DOUGLAS S WINLAND (DEFENDANT); PRO SE | | Image |
| 07/18/2014 | JUDGMENT ENTRY:  DEFENDANT'S MOTION FOR JUDICIAL RELEASE IS DENIED. | $3.00 | Image |
| 07/22/2014 | JUDGMENT ENTRY:  JUDICIAL RELEASE DENIED 7/20/14--COPIES TO:  D WINLAND, R BAUER, PROS | $3.00 | Image |
| 07/23/2014 | POSTAGE | $0.96 | |
| 08/13/2014 | JUDGMENT ENTRY:  COURT VACATES THE JUDGMENT ENTRY DENYING THE DEFENDANT'S MOTION FOR JUDICIAL RELEASE ENTERED ON JULY 22, 2014 DUE TO THE FACT THAT THE CASE HAD PREVIOUSLY BEEN TRANSFERRED TO JUDGMENT ANDREW D. LOGAN. | $3.00 | Image |
| 08/15/2014 | JUDGMENT ENTRY:  JUDICIAL RELEASE DENIED. | $3.00 | Image |
| 10/07/2014 | MOTION FOR JAIL TIME CREDIT LETTER  FILED BY DOUGLAS S WINLAND (DEFENDANT); PRO SE | $0.00 | Image |
| 10/07/2014 | JUDGMENT ENTRY:  DEFENDANT'S MOTION FOR JAIL TIME CREDIT IS GRANTED. DEFENDANT ONLY RECEIVED 9 DAYS CREDIT AND IS ENTITLED TO 33 DAYS CREDIT. | $3.00 | Image |

**Financial Summary**

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| COST | $514.04 | $25.00 | $0.00 | $489.04 |
| Total | Total $514.04 | Total $25.00 | Total $0.00 | Total $489.04 |

- **Money on Deposit with the Court**

| Account | Applied Amount |
|---|---|
| BAIL BOND IDSF SURCHARGE FEE | $25.00 |
| Total | Total $25.00 |

**Receipts**

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 181153 | 07/19/2010 | ACE BONDING | $25.00 |
| 218544 | 01/12/2012 | DEPOSIT APPLIED | $25.00 |
| Total | Total | Total | Total $50.00 |

| Case Disposition | | |
|---|---|---|
| **Disposition** | **Date** | **Case Judge** |
| SENTENCED | 11/29/2011 | LOGAN, ANDREW D |