✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| | Northern | DISTRICT OF | Ohio |
|---|---|---|---|

| In Re: National Prescription Opiate Litigation | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | Case Number: 1:17md2804 |

| PRESIDING JUDGE<br>Dan A. Polster | PLAINTIFF'S ATTORNEY<br>Mark Lanier, et al | DEFENDANT'S ATTORNEY<br>Eric Delinsky, et al |
|---|---|---|
| TRIAL DATE (S)<br>10/18/21 | COURT REPORTER<br>Lance Boardman | COURTROOM DEPUTY<br>Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wtns 6 | | | | | Craig McCann 10/14 & 10/15 |
| 26319 | | 10/18/21 | | x | Plaintiffs' 1006 Dispensing Summaries from CVS (pgs. 1, 3, 4) |
| 26320 | | " | | x | Plaintiffs' 1006 Dispensing Summaries from Giant Eagle (pgs. cover page, 3, 4) |
| 26322 | | " | | x | Plaintiffs' 1006 Dispensing Summaries from Walmart (pgs. 1, 3, 4) |
| | | | | | |
| Wtns 7 | | | | | Barb Martin 10/15 |
| 25959 | | 10/18/21 | | x | Barb Martin CV/Resume/Biography |
| 25900 | | " | | x | Order Item Detail Suspicious Order |
| 19724 | | " | | x | Suspicious Control Drug Orders for 12/2006 |
| 19720 | | " | | x | Suspicious Control Drug Orders for 12/2011 |
| 25879 | | " | | x | Barb Martin Handwritten Notes |
| 09065 | | " | | x | DEA Suspicious Order Reporting - Proposal for Defining "suspicious order" in the Walgreen Dist. System |
| 25660 | | " | | x | Re: Revised Suspicious Order Document |
| 23857 | | " | | x | Email Re: DEA Business Reason |
| 19827 | | " | | x | 11/8/12 DEA Meeting at NABP |
| 25761 | | " | | x | Walgreens Business Requirements |
| 25892 | | " | | x | DEA at Jupiter Distribution Center 9/14/12 |
| 00058 | | " | | x | Re: Suspicious Controlled Drug Orders with screenshots |
| 08182 | | " | | x | Email Re: High Quantity Stores |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages