Message

| | |
|---|---|
| **From**: | Coughlin, Daniel M. [dan.coughlin@walgreens.com] |
| **Sent**: | 8/3/2010 1:05:17 PM |
| **To**: | Ranick, Marcella F. [marcie.ranick@walgreens.com] |
| **CC**: | Martin, Barbara A. [barb.martin@walgreens.com]; Murray Jr, Denman D. [denman.murray@walgreens.com]; Peters, Gary A. [gary.peters@walgreens.com]; Pinon, Dwayne A. [dwayne.pinon@walgreens.com]; Svihra, Edward J. [ed.svihra@walgreens.com]; Jacobs, Robert C. [robbie.jacobs@walgreens.com]; Gorman, Timothy J. [tim.gorman@walgreens.com]; Khanna, Rakesh [rakesh.khanna@walgreens.com]; Stahmann, Eric A. [eric.stahmann@walgreens.com] |
| **Subject**: | Re: Suspicious Controlled Drug Orders |
| **Attachments**: | image3.Gif; image4.Gif; image1.Gif; image2.Gif; image0.Gif |

Travelling and unable to view. Some brief question though:

1. I recall the old paper report as being inches thick. This was replaced by same data on disc and eventually electronic transmission. We were instructed in 1985 not to review or contact anyone on the data. Who from your group has been reviewing the data collected for the past twenty-five years?

2. Doesn't the new program stop the release of suspicious quantity? Wouldn't this give your team more time or ability for whatever review would be performed? At present is anyone doing any review on what would be considered suspicious quantities that are physically ordered and are releasing to stores?

----- Original Message -----
  **From:** Marcie Ranick
  **Sent:** 08/03/2010 12:38 PM CDT
  **To:** Dan Coughlin
  **Cc:** Barb Martin; Denman Murray; Gary Peters; Dwayne Pinon; Ed Svihra; Robbie Jacobs; Tim Gorman; Rakesh Khanna; Eric Stahmann
  **Subject:** Re: Suspicious Controlled Drug Orders

Dan - in addition to the issues sent previously, the screens below show a discrepancy in the data which is compiled in the new ADR4 -
Threshold Violations program compared to the existing Suspicious Controlled Drug "Trigger" data, which is currently on Mobius and is sent to the DEA on a monthly basis. From these screens, you can see that the new Threshold Violations report does not match the data on Mobius Suspicious Controlled Drug Orders .

While it is understood that the new calculations will offer different results, it is apparent that the Mobius report will continue to list potential suspicious activity that is not addressed in the new ADR4 system. From this perspective, we believe that the new system should be tested further and enhanced to provide broader coverage of controlled substance activity.

Although we will continue to explore the issues and results of the new system, we are not equipped to handle the 389+ pages of ADR4 data which are compiled nationwide each week. Is there a resource available in your department for data analysis?

Please let me know if you have any questions,or would like to discuss. I would be happy to set up a meeting to discuss full rollout, a date for the discontinuation of the monthly Mobius CD-
disc distribution, and subsequent monitoring and reporting from the new system.

Confidential - this report and its content is intended for restricted Walgreens internal distribution only.

17-MDL-2804
PLAINTIFFS TRIAL EXHIBIT
P-00058_00001

WAGMDL00660331

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

WAGMDL00660332



```
ORP0312        QPADEV000G        RANICK              11:07:14        8/03/10
                           THRESHOLD VIOLATIONS-MONTHLY        SUSPICIOUS ORDER

    Month of (MM/YY):  710           Month Start Date (MM/DD/YY) :  7/01/10
                                     Month End Date (MM/DD/YY)   :  7/31/10


        05646
  ? Dist. Store User      WIC #  Item Description              Order      Rsn
                                                               Date       Cd
  _ 00194 05646           679658 HYDROMET SYRUP (ALP)   +  473ML 7/29/10  I











                                                                              +

  X=Select
  F3=Exit   F6=Prev Month  F7=Next Month
  Scan limit reached - ROLLUP to scan further records.
```

HIGHLY CONFIDENTIAL

WAGMDL00660333



HIGHLY CONFIDENTIAL

WAGMDL00660334

```
DATE      08/02/10          SUSPICIOUS CONTROL DRUG ORDERS FOR MONTH OF 07/2010
                                        FOR WAREHOUSE 026
                                    2370 E MAIN ST        WOODLAND CA
                                    WAREHOUSE DEA # RW0204026

WALGREEN STORE NO    DEA NO.        STORE ADDRESS
     05646           BU6761084      820 S HWY 160 PAHRUMP NV        89048

WALGREEN ITEM NO.         DESCRIPTION:                UPC NUMBER      NDC NUMBER      AVE ORDER * DEA FACTOR =  TRIGGER
     532538               MORPHINE SULF 20MG/ML (LAN)+ 30ML   30527142536    00527142536         5           3.0        15.0

                                                        DC              DATE ORDERED       QUANTITY

                                                        026              05/13/10              11
                                                        026              05/06/10              14
                                                                         TOTAL ORDERED         25       166.66 %

                                                        026              04/29/10               4
                                                        026              04/15/10               7
                                                        026              04/08/10               5
                                                                         TOTAL ORDERED         16       106.66 %

WALGREEN ITEM NO.         DESCRIPTION:                UPC NUMBER      NDC NUMBER      AVE ORDER * DEA FACTOR =  TRIGGER
     564860               MORPHINE SULF 100MG CR+TAB(WT)100   30591351401    00591351401         3           3.0         9.0

                                                        DC              DATE ORDERED       QUANTITY

                                                        026              07/07/10               4
                                                        026              07/29/10               2
                                                        026              07/22/10               5
                                                        026              07/15/10               3
                                                        026              07/01/10               2
                                                                         TOTAL ORDERED         16       177.77 %

                                                        026              05/13/10               9
                                                        026              05/06/10               7
                                                                         TOTAL ORDERED         16       177.77 %

                                                        026              04/29/10               2
                                                        026              04/22/10               1
                                                        026              04/08/10               4
                                                        026              04/01/10               6
                                                                         TOTAL ORDERED         13       144.44 %

                                                        026              03/25/10               1
                                                        026              03/11/10               1
                                                        026              03/04/10               8
                                                                         TOTAL ORDERED         10       111.11 %

                                                        026              02/25/10               7
                                                        026              02/18/10               4
```

HIGHLY CONFIDENTIAL

WAGMDL00660335



Marcie Ranick, RPH
Manager, Pharmacy Loss Prevention
847-964-4193
Fax 847-964-4966

**Dan Coughlin/LOG/Walgreens**

07/27/2010 12:51 PM

To: Marcie Ranick/Corp/Walgreens@Walgreens, Barb Martin/Corp/Walgreens@Walgreens
cc: Dwayne Pinon/Corp/Walgreens@Walgreens, Denman Murray/Corp/Walgreens@Walgreens, Robbie Jacobs/Corp/Walgreens@Walgreens, Tim Gorman/Corp/Walgreens@Walgreens, Ed Svihra/Corp/Walgreens@Walgreens

WAGMDL00660336
HIGHLY CONFIDENTIAL

Subject Suspicious Control Drugs

The DEA asked us in 2009 to stop what was considered suspicious drug shipments to any of our stores.  This would replace the current program where we would send the DEA diversion offices records on disks of what these same transactions were. I believe we have been testing the program that would stop orders considered suspicious in Las Vegas for some time.

Based on the results of Las Vegas, are we ready to roll out chain wide to meet the DEA requirements?  From our division, we support the program if tests results have yielded the control of orders while not missing customers' script fills.  Our concern is that the DEA could walk into a DC and discuss our inability to have the process in place after their request was made last year.

Any issues that would prevent presentation to the Market Pharmacy Directors and Executive group for pharmacies so they are aware of the changes before chain wide roll out?

HIGHLY CONFIDENTIAL

WAGMDL00660337