```
1REPORT NO. CD500013                        WALGREEN COMPANY
                              PAGE    517
  DATE     01/03/12           SUSPICIOUS CONTROL DRUG ORDERS FOR MONTH OF 12/2011

                                            FOR WAREHOUSE 013
                                            28727 OREGON RD      PERRYSBURG OH

                                            WAREHOUSE DEA # RW0294493

 0WALGREEN STORE NO      DEA NO.         STORE ADDRESS
        03310           BW4147307    16803 LORRAINE AVE CLEVELAND OH  44111
+_____

 0WALGREEN ITEM NO.        DESCRIPTION:                                UPC NUMBER
    NDC NUMBER        AVE ORDER * DEA FACTOR =   TRIGGER
     563755           OXYCODONE-APAP 5-325 TAB(WAT)+500                30591074905
    00591074905          6          3.0         18.0
0                                                                      DC
       DATE ORDERED      QUANTITY

                                                                       013
       12/01/11           4
+
                     _____
       TOTAL ORDERED       21       116.66 %
                                                                       013
       11/23/11           8
                                                                       013
       11/16/11           7
                                                                       013
       11/09/11           7
                                                                       013
       11/02/11           6
+
                     _____
       TOTAL ORDERED       28       155.55 %
                                                                       013
       10/26/11           9
                                                                       013
       10/19/11           5
                                                                       013
       10/12/11           4
                                                                       013
       10/05/11           6
+
                     _____
       TOTAL ORDERED       24       133.33 %
                                                                       013
       09/28/11           8
```

PLAINTIFFS TRIAL EXHIBIT
P-19720_00001

HIGHLY CONFIDENTIAL

WAGMDL00394499

P-19720_00001

```
                                                                          013
        09/21/11              5
                                                                          013
        09/14/11              6
                                                                          013
        09/07/11              4
+
                           _____
        TOTAL ORDERED         23      127.77 %
                                                                          013
        08/29/11              8
                                                                          013
        08/22/11              9
                                                                          013
        08/15/11              5
                                                                          013
        08/08/11              4
                                                                          013
        08/01/11              7
+
                           _____
        TOTAL ORDERED         33      183.33 %
0WALGREEN ITEM NO.        DESCRIPTION:                              UPC NUMBER
   NDC NUMBER         AVE ORDER * DEA FACTOR =   TRIGGER
    651942           HYDROMORPHONE 8MG TAB (MKT) + 100              30406324901
   00406324901            3         3.0          9.0
0                                                                     DC
        DATE ORDERED       QUANTITY

                                                                          013
        12/15/11              5
                                                                          013
        12/01/11              9
+
                           _____
        TOTAL ORDERED         14      155.55 %
                                                                          013
        11/23/11              3
                                                                          013
        11/16/11              5
                                                                          013
        11/02/11              3
```

HIGHLY CONFIDENTIAL

WAGMDL00394500

P-19720_00002