DATE      01/29/07              SUSPICIOUS CONTROL DRUG ORDERS FOR MONTH OF 12/2006

                                                    FOR WAREHOUSE 014
                                                    15998 WALGREENS DR    JUPITER FL
                                                    WAREHOUSE DEA # RW0277752

WALGREEN STORE NO         DEA NO.          STORE ADDRESS
      03310               BW4147307        16803 LORRAINE AVE CLEVELAND OH  44111
_____
_____

WALGREEN ITEM NO.         DESCRIPTION:                                              UPC NUMBER
  NDC NUMBER         AVE ORDER * DEA FACTOR =   TRIGGER
    684060           OXYCODONE-APAP 5-325 TAB(MAL)+500                              30406051205
  00406051205              6          3.0          18.0
                                                                                        DC
     DATE ORDERED          QUANTITY
                                                                                        014
       10/10/06               3
                                                                                        014
       10/03/06               4
                         _____
                                        TOTAL ORDERED      20      111.11 %
                                                                                        014
       08/29/06               5
                                                                                        014
       08/22/06               5
                                                                                        014
       08/15/06               3
                                                                                        014
       08/08/06               3
                                                                                        014
       08/01/06               4
                         _____
                                        TOTAL ORDERED      20      111.11 %
                                                                                        014
       07/25/06               3
                                                                                        014
       07/18/06               7
                                                                                        014
       07/11/06               5
                                                                                        014
       07/05/06               4
                         _____
                                        TOTAL ORDERED      19      105.55 %

WALGREEN STORE NO         DEA NO.          STORE ADDRESS
      03312               BW4139564        22401 LAKE SHORE BLVD EUCLID OH  44123

PLAINTIFFS TRIAL EXHIBIT

```
WALGREEN ITEM NO.        DESCRIPTION:                                UPC NUMBER
  NDC NUMBER         AVE ORDER * DEA FACTOR =  TRIGGER
    684060           OXYCODONE-APAP 5-325 TAB(MAL)+500               30406051205
  00406051205             6         3.0         18.0
                                                                       DC
      DATE ORDERED        QUANTITY
                                                                       014
        12/28/06               5
                                                                       014
        12/21/06               3
                                                                       014
        12/14/06               6
                                                                       014
        12/07/06               9
                           ──────────
                                     TOTAL ORDERED       23    127.77 %
                                                                       014
        10/26/06               4
                                                                       014
        10/19/06               6
                                                                       014
        10/12/06               2
                                                                       014
        10/05/06               7
                           ──────────
                                     TOTAL ORDERED       19    105.55 %
                                                                       014
        08/31/06               2
                                                                       014
        08/24/06               5
                                                                       014
        08/17/06               6
                                                                       014
        08/10/06               5
```

HIGHLY CONFIDENTIAL

WAGMDL00396134

P-19724_00002