Message

**From**: Khanna, Rakesh [rakesh.khanna@walgreens.com]
**Sent**: 10/27/2011 8:14:39 AM
**To**: Provost, Kristie R. [kristie.provost@walgreens.com]; Dungca, Ferdinand B. [ferdinand.dungca@walgreens.com]
**CC**: Svihra, Edward J. [ed.svihra@walgreens.com]; Ranick, Marcella F. [marcie.ranick@walgreens.com]; Martin, Barbara A. [barb.martin@walgreens.com]
**Subject**: DEA Business Reason.
**Attachments**: DEA Presentation.doc

Hi Kristie,

As per your request, I am sending you this document, which explains the business reason behind the DEA project.

Please let me know if you have any question.

Thanks,
Rakesh Khanna 847 527-5238
Store Replenishment & Forecasting

PLAINTIFFS TRIAL EXHIBIT
**P-23857_00001**




**DEA Intercept Suspicious Order**

## Overview

The Controlled Substances Act is the primary federal law regulating the flow of controlled substances into the marketplace for medical purposes. Among other requirements, the act requires that distributors register with the Drug Enforcement Agency (DEA) to sell controlled substances to retail pharmacies and report to the DEA suspicious orders. The DEA is requiring that Walgreens monitor orders for control substances that are placed at the stores and sent to our DCs for filling. Such drugs are to be monitored for suspicious activity. Suspicious orders are defined by the DEA in terms of an Order Size or Order Frequency.

The purpose of this project is to create a process to systematically identify and prevent suspicious orders based on a formula used to determine inconsistent (suspicious) ordering patterns for controlled drugs. Any Control Drug Orders that are deemed suspicious will be flagged as suspicious and populated in a file to be sent up centrally to Loss Prevention and Rx services for review/analysis. The order that is flagged as suspicious on the store side will be intercepted and the order qty will be reduced to a non-suspicious (order limits) level. The item will be reduced to a non-suspicious level in order to prevent suspicious orders from being sent over to the DC. This method will help to insure that the DC does not receive suspicious orders from stores and limit the possibility of fines that may be imposed by the DEA.

Due to conditions outside of a stores control, functionality will be added to the application to allow stores to be removed from the suspicious ordering limits or to have individual items removed from the suspicious ordering limits. This is done to account for stores that may need to order more of an item for a certain amount of time. A file will be created to store all stores

that have the application or items turned off along with a reason code that will be used to better understand why the store or items were turned off.

To monitor the **orders size**, tolerance limits will be established for each store/item combination. If an order is placed on the DC that exceeds its tolerance limit the order is flagged as suspicious.

To monitor **orders frequency** the geometric distribution can be used to determine the probability P(n) that it will be n weeks or more till the next order is created. Using P(n) we determine the minimum number till the next order deemed acceptable. If the next orders is placed earlier than expected the order is flagged as suspicious.

In either case, if the order quantity does not exceed the SIMS suggested order quantity then the order should no longer be considered suspicious. If the order is identified as suspicious, a detailed report should be created to aid the analysis that has to make a quick decision to allow or stop the order.



WAGMDL00119544

HIGHLY CONFIDENTIAL

## Tolerance Limits

To monitor the orders size (Q), tolerance limits are established for each item. It is assumed that the order sizes are normally distributed with a fixed mean and standard deviation. Further more, the frequencies of orders are assumed to fluctuate in accordance with the customer demand patterns. In this way, the application is applicable to any type of demand patterns. In other words, the customer demands may not be normally distributed, however the size of the orders placed on the DC will be normally distributed.

**See Tolerance Limit Calculation document.**

Note: The item is not a candidate if the order quantity $Q = 0$ or $S_Q = 0$ or $N <= 2$.

Using tolerance limits a value of K is found so that one can assert with confidence $P_1$ that the proportion of orders sizes $Q <= \bar{Q} + K*S_Q$ is at least $P_2$. Note: d is the mean order quantity and $S_d$ is the standard deviation estimated from the data. Table 1 lists K value for $P_1 = (0.95, 0.99)$ and $P_2 = (0.90, 0.95, 0.99)$ and for selected values of sample size N. For example, with a sample size of 40, $P_1 = 0.99$ and $P_2 = 0.95$, $K = 3.21$ and the upper tolerance limit becomes $\bar{Q} + 3.21 * S_Q$. (This limit should be round to the nearest multiple.) This means that with a 99% confidence, the proportion of the population within ($\bar{Q} + 3.21 * S_Q$) is at least 0.95. Any entry beyond that limit is questionable.

Order Quantity Logic Matrix:

| | | Order Qty vs Tolerance Limit | |
|---|---|---|---|
| | | Q > TL | Q <= TL |
| Order Qty vs Suggested Qty | Q > SQ | Flaged as Suppicious | OK |
| | Q <= SQ | OK | OK |





HIGHLY CONFIDENTIAL

## Order Frequency

If two consecutive orders are generated relatively close together in comparison to past history it may be considered suspicious. We can use the geometric distribution to establish the minimum number of weeks[1] (min_weeks) until the next orders deemed acceptable. If an order is created earlier that the min_weeks it is flagged as suspicious.

**<u>See Order Frequency Calculation document:</u>**

Order Frequency Logic Matrix:

| w = next order in weeks | | Order Frequency | |
|---|---|---|---|
| n = min # weeks acceptable | | w < n | w >= n |
| Order Qty vs Suggested Qty | Q > SQ | Flaged as Suppicious | OK |
| | Q <= SQ | OK | OK |

1 Alternative, days can be used in place of weeks

## Appendix A (See a separate document for K-Value)

Table 1: Values of K for Tolerance Limits for Normal Distributions.

| | | $P_1 = 0.95$ | | | $P_1 = 0.99$ | |
|---|---|---|---|---|---|---|
| $n\backslash P_2$ | 0.9 | 0.95 | 0.99 | 0.9 | 0.95 | 0.99 |
| 2 | 32.019 | 37.674 | 48.43 | 160.193 | 188.491 | 242.3 |
| 3 | 8.38 | 9.916 | 12.861 | 18.93 | 22.401 | 29.055 |
| 4 | 5.369 | 6.37 | 8.299 | 9.398 | 11.15 | 14.527 |
| 5 | 4.275 | 5.079 | 6.634 | 6.612 | 7.855 | 10.26 |
| 6 | 3.712 | 4.414 | 5.775 | 5.337 | 6.345 | 8.301 |
| 7 | 3.369 | 4.007 | 5.248 | 4.613 | 5.488 | 7.187 |
| 8 | 3.136 | 3.732 | 4.891 | 4.147 | 4.936 | 6.468 |
| 9 | 2.967 | 3.532 | 4.631 | 3.822 | 4.55 | 5.966 |
| 10 | 2.839 | 3.379 | 4.433 | 3.582 | 4.265 | 5.594 |
| 11 | 2.737 | 3.259 | 4.277 | 3.397 | 4.045 | 5.308 |
| 12 | 2.655 | 3.162 | 4.15 | 3.25 | 3.87 | 5.079 |
| 13 | 2.587 | 3.081 | 4.044 | 3.13 | 3.727 | 4.893 |
| 14 | 2.529 | 3.012 | 3.955 | 3.029 | 3.608 | 4.737 |
| 15 | 2.48 | 2.954 | 3.878 | 2.945 | 3.507 | 4.605 |
| 16 | 2.437 | 2.903 | 3.812 | 2.872 | 3.421 | 4.492 |
| 17 | 2.4 | 2.858 | 3.754 | 2.808 | 3.345 | 4.393 |
| 18 | 2.366 | 2.819 | 3.702 | 2.753 | 3.279 | 4.307 |
| 19 | 2.337 | 2.784 | 3.656 | 2.703 | 3.221 | 4.23 |
| 20 | 2.31 | 2.752 | 3.615 | 2.659 | 3.168 | 4.161 |
| 25 | 2.208 | 2.631 | 3.457 | 2.494 | 2.972 | 3.904 |
| 30 | 2.14 | 2.549 | 3.35 | 2.385 | 2.841 | 3.733 |
| 35 | 2.09 | 2.49 | 3.272 | 2.306 | 2.748 | 3.611 |
| 40 | 2.052 | 2.445 | 3.213 | 2.247 | 2.677 | 3.518 |
| 45 | 2.021 | 2.408 | 3.165 | 2.2 | 2.621 | 3.444 |
| 50 | 1.996 | 2.379 | 3.126 | 2.162 | 2.576 | 3.385 |
| 55 | 1.976 | 2.354 | 3.094 | 2.13 | 2.538 | 3.335 |
| 60 | 1.958 | 2.333 | 3.066 | 2.103 | 2.506 | 3.293 |
| 65 | 1.943 | 2.315 | 3.042 | 2.08 | 2.478 | 3.257 |
| 70 | 1.929 | 2.299 | 3.021 | 2.06 | 2.454 | 3.225 |
| 75 | 1.917 | 2.285 | 3.002 | 2.042 | 2.433 | 3.197 |
| 80 | 1.907 | 2.272 | 2.986 | 2.026 | 2.414 | 3.173 |
| 85 | 1.897 | 2.261 | 2.971 | 2.012 | 2.397 | 3.15 |
| 90 | 1.889 | 2.251 | 2.958 | 1.999 | 2.382 | 3.13 |
| 95 | 1.881 | 2.241 | 2.945 | 1.987 | 2.368 | 3.112 |
| 100 | 1.874 | 2.233 | 2.934 | 1.977 | 2.355 | 3.096 |
| 150 | 1.825 | 2.175 | 2.859 | 1.905 | 2.27 | 2.983 |
| 200 | 1.798 | 2.143 | 2.816 | 1.865 | 2.222 | 2.921 |
| 250 | 1.78 | 2.121 | 2.788 | 1.839 | 2.191 | 2.88 |
| 300 | 1.767 | 2.106 | 2.767 | 1.82 | 2.169 | 2.85 |
| 400 | 1.749 | 2.084 | 2.739 | 1.794 | 2.138 | 2.809 |
| 500 | 1.737 | 2.07 | 2.721 | 1.777 | 2.117 | 2.783 |
| 600 | 1.729 | 2.06 | 2.707 | 1.764 | 2.102 | 2.763 |
| 700 | 1.722 | 2.052 | 2.697 | 1.755 | 2.091 | 2.748 |
| 800 | 1.717 | 2.046 | 2.688 | 1.747 | 2.082 | 2.736 |
| 900 | 1.712 | 2.04 | 2.682 | 1.741 | 2.075 | 2.726 |
| 1000 | 1.709 | 2.036 | 2.676 | 1.736 | 2.068 | 2.718 |
| $\infty$ | 1.645 | 1.96 | 2.576 | 1.645 | 1.96 | 2.576 |



WAGMDL00119547

HIGHLY CONFIDENTIAL

**Tolerance Limit Examples: The 9 items that had recent theft cases**

| PLN | Description |
|---|---|
| **40000563756** | HYDROCOD-APAP 10-325 TAB(WAT)+500 |
| **40000672664** | HYDROCODONE/APAP 10/650 TAB +100 |
| **40000673037** | ALPRAZOLAM 2MG TAB (PPC) + 100 |
| **40000675756** | HYDROCOD-APAP 10-500 TB (WT)+500 |
| **40000673036** | ALPRAZOLAM 1MG TAB (PPC) + 500 |
| **40000684278** | OXYCONTIN 40MG TAB (PUR) 100 |
| **40000563756** | HYDROCOD-APAP 10-325 TAB(WAT)+500 |
| **40000563756** | HYDROCOD-APAP 10-325 TAB(WAT)+500 |
| **40000672663** | HYDROCODONE/APAP 5/500+TAB(WT)500 |





HIGHLY CONFIDENTIAL