*Walgreens*


NaviGate

# Business Requirements

| Program Name: | Retail Applications: Inventory Systems Development – Store Ordering | Program Manager: | Stephen Bamberg |
|---|---|---|---|
| Project Name: | DEA Suspicious Ordering – Phase 5. | Project Manager: | Manmeet Kaur |
| Project Number: | INVSO-54 | Account Unit: | 433400 |
| Sponsor: | | Business Owner: | Barb Martin/ John Merritello/ Kristie Provost |

**Document Version Control**

| Date | Version # | Describe Revision(s) | Author(s) |
|---|---|---|---|
| 08/02/2012 | 1.0 | Initial Draft | Manmeet Kaur |

## Document Overview

This document represents the first effort to identify the business requirements that the proposed solution will satisfy.  Additional requirement documents will be created as the project becomes more clearly defined. Other requirement documents such as functional, technical and system requirements will be created based on the business requirements.

## Business Objectives:

The Controlled Substances Act is the primary federal law regulating the flow of controlled substances into the marketplace for medical purposes. Among other requirements, the act requires that distributors register with the Drug Enforcement Agency (DEA) to sell controlled substances to retail pharmacies and report to the DEA suspicious orders. The DEA is requiring that Walgreens monitor orders for control substances that are ordered/sold at the stores. Such drugs are to be monitored for suspicious activity. Suspicious orders are defined by the DEA in terms of an Order Size or Order Frequency.

The purpose of this project is to create a process to systematically identify and prevent suspicious orders based on a formula used to determine inconsistent (suspicious) ordering patterns for controlled drugs. Any Control Drug Orders that are deemed suspicious will be flagged as suspicious and populated in a file to be sent up centrally to Loss Prevention and Rx services for review/analysis. The order that is flagged as suspicious on the store side will be intercepted and the order qty will be reduced to a non-suspicious (order limits) level. The item will be reduced to a non-suspicious level in order to prevent suspicious orders from being sent over to the DC/Vendor. This method will help to insure that the stores are not able to receive quantities of product more than calculated ceiling value.

DEFENDANT EXHIBIT
WAG-0345

PLAINTIFFS TRIAL EXHIBIT
P-25761_00001

WAGMDL00491251

HIGHLY CONFIDENTIAL

WAG-0345.00001

P-25761 _ 00001

*Walgreens*



**In Scope:**

1. Following Orders will go thru DEA Ceiling Validation.
   - Replenishment
   - Direct Vendor
   - PDQ
2. Ceiling will be applied to Order quantity –
   - At the time order is released to Warehouse or Vendor.
3. Open Order Qty will used in calculation of Available Receipts. Open Orders with Est. Delivery Date in Range of +/- 7 Days from job date will considered.
   - Available Receipts = Ceiling – (Total Receipts + Open Order Qty)
4. Nbr of weeks for which receipts are accumulated and Ceiling Threshold, will be a parameters set on Java screens by Corporate user. This value will remain for all stores across chain.
5. Order Frequency will no longer be used to flag the items.
6. Tolerance calculation is based on 52 weeks of order history. Time frame will be changed from 52 weeks to 26 weeks
7. When store is turned off from tracking Qty based on DEA Tolerance/Ceiling validation, system will stop sending the data to Central Store. And when turned on system will start sending the data again to central box.
   This flag to turn OFF or ON the store does not have any audit log. Barb maintains email for reference.
8. List of different Reason Codes –
   - C – Items reduced by Ceiling.
   - V – Items tracked by Ceiling.
   - T – Items reduced by Tolerance.
   - D – Items reduced by Tolerance and Ceiling.
   - X – Items reduced by Tolerance and tracked by Ceiling.
   - I – Items for which Inventory adjustment was made.
   - F and B – these reason codes associated with Frequency will no longer be used.

**Out-of-Scope & Exclusions:**

1. Following Orders will be considered in accumulating the receipts, but their order qty will not be reduced by Ceiling. These might potentially make total receipts go over the ceiling value.
   - Promotional Orders (Consolidated Promo Order, OAN DIRECT, OAN WAREHOUSE)
   - AUTHORIZED DISTRIBUTION
   - GROUP ORDER
   - 340B Orders
   - Local Event Orders (Order Type = 'E')
   - Orders placed outside the system, like phone orders

WAGMDL00491252

HIGHLY CONFIDENTIAL

**WAG-0345.00002**

P-25761 _ 00002

*Walgreens* 

- CPO Orders.

2. Inter store Transfer Receipts will be used to calculate Total Receipts, since sending store has no visibility over receipts of receiving stores. This might potentially make total receipts go over the ceiling value.
3. Mail Location will not be handled by DEA ceiling process.

## On-Hold:

1. Stores will not be allowed to change order schedule for President Plaza and DC.

## Revisit after this implementation:

1. Claims will not be used to adjust the receipts. After the implementation of this phase, if needed Claims could be introduced in the formula for calculating "Available Receipts".
2. In DEA III, change was made to track manual Vendor orders created within 24 hours of warehouse orders (order which is reduced due to Tolerance). In DEA IV, change was made to reduce Vendor Order to Tolerance. Change from DEA III, will be revisited after DEA V to understand If we get any value in tracking these manual Vendor orders or does it creates more confusion.
3. Process to get total nbr of Controlled and PSE items vs. nbr of items reduced by Tolerance or Ceiling will be revisited to see if this process should be enhanced to get data by weekly/Monthly or by different market.
4. Scenario – Pritpal gave

## Requirements for Future Phases:

1. Currently User Stamp for the Last User, who made change to any line on order, gets updated to all the changed order lines. This will be changed to update User information on order lines with correct user Stamps.
2. Currently User Stamp and Date information is tracked at normal exit from screen. If screen is closed without proper exit or screen is timed-out. User/Date information is lost. This will be changed to track User/Date info at the time quantity is updated rather than at exit of screen.
3. Ceiling for New Items (items new to stores or existing items not in ceiling file) will be applied to stores thru a weekly scheduled process. In middle of week if the PLN changes, temporarily, new PLN will be updated in ceiling and receipts files so Ceiling validation can continue. Next week, when weekly process runs, Data Warehouse will send the new PLN.
4. If a PLN is changed to another PLN, which already exists in Ceiling File. Receipts for old PLN will be added to new PLN. And Ceiling value will be picked up for new PLN.

HIGHLY CONFIDENTIAL

WAGMDL00491253

**WAG-0345.00003**

P-25761 _ 00003

*Walgreens*



5. Process will be built to get a total nbr of Controlled and PSE items vs. nbr of items reduced by Tolerance or Ceiling. This process will collect daily data across the chain. Data collected thru this process could only be viewed thru queries. There will not be any screens to display the data.

HIGHLY CONFIDENTIAL

WAGMDL00491254

**WAG-0345.00004**

P-25761 _ 00004





## Business Requirements

| BR ID # | Description | Priority | Category |
|---------|-------------|----------|----------|
| BR 1.0 & BR 2.0 | Ceiling will be applied to Order quantity – <br>• At the time order is released to Warehouse or Vendor. <br>Following Orders will go thru DEA Ceiling Validation. <br>• Replenishment <br>• Direct Vendor <br>• PDQ | High | |
| BR 3.0 | Open Order Qty will used in calculation of Available Receipts. Open Orders with Est. Delivery Date in Range of +/- 7 Days from job date will considered. <br>• Available Receipts = Ceiling – (Total Receipts + Open Order Qty) | Medium | |
| BR 4.0 | Receipts will be accumulated based on value of 'Nbr of Weeks of Receipt Accumulation'. <br><br>Receipts will be sent back to Central based on value of Ceiling Threshold'. <br>Example -If Ceiling Threshold is 50%. When Receipts +Open Order Qty reach 50% of Ceiling Value, (receipts+ Open Order Qty) data will be sent to Central box. <br><br>Nbr of weeks for which receipts are accumulated and Ceiling Threshold, will be a parameters set on Java screens by Corporate user. This value will remain for all stores across chain. | Medium | |
| BR 5.0 | Order Frequency will no longer be used to flag the items. | Low | |
| BR 6.0 | Tolerance calculation is based on 52 weeks of order history. Time frame will be changed from 52 weeks to 26 weeks | Medium | |
| BR 7.0 | When store is turned off from tracking Qty based on DEA Tolerance/Ceiling validation, system will stop sending the data to Central Store. And when turned on system will start sending the data again to central box. | Medium | |

WAGMDL00491255

HIGHLY CONFIDENTIAL

WAG-0345.00005

P-25761 _ 00005

*Walgreens*


NaviGate

| BR ID # | Description | Priority | Category |
|---|---|---|---|
| | • This flag to turn OFF or ON the store does not have any audit log. Barb maintains email for reference. | | |
| BR 8.0 & BR 9.0 | Ceiling for New Items (items new to stores or existing items not in ceiling file) will be applied to stores thru a weekly scheduled process. In middle of week if the PLN changes, temporarily, new PLN will be updated in ceiling and receipts files so Ceiling validation can continue. Next week, when weekly process runs, Data Warehouse will send the new PLN.<br><br>If a PLN is changed to another PLN, which already exists in Ceiling File. Receipts for old PLN will be added to new PLN. And Ceiling value will be picked up for new PLN. | High | |
| BR 10.0 | Process will be built to get a total nbr of Controlled and PSE items vs. nbr of items reduced by Tolerance or Ceiling. This process will collect daily data across the chain. Data collected thru this process could only be viewed thru queries. There will not be any screens to display the data.<br><br>**Data will look like –**<br>Order Release date<br>Total C2 Items on Order<br>Total C3 Items on Order<br>Total C4 Items on Order<br>Total C5 Items on Order<br>Total PSE Items on Order<br>Total Order Reduced by Ceiling or Tolerance | Low | |
| BR 11.0 | Various Reason Codes will be applied, when Order Quantity is reduced/tracked by Ceiling/Tolerance or any Inventory Adjustment–<br>• C – Items reduced by Ceiling.<br>• V – Items tracked by Ceiling.<br>• T – Items reduced by Tolerance.<br>• D – Items reduced by Tolerance and Ceiling.<br>• X – Items reduced by Tolerance and tracked by Ceiling.<br>• I – Items for which Inventory adjustment was made.<br>• F and B – these reason codes associated with Frequency will no longer be used. | High | |

HIGHLY CONFIDENTIAL

WAGMDL00491256

**WAG-0345.00006**

P-25761 _ 00006





| BR ID # | Description | Priority | Category |
|---|---|---|---|
|  |  |  |  |

## Assumptions and Dependencies

### Requirement Assumptions

| ID | Related BR ID# | Assumption Description |
|---|---|---|
|  |  |  |

### Requirement Constraints

| ID | Related BR ID# | Constraint Description |
|---|---|---|
| N/A |  |  |

### Requirement Dependencies

| ID | Related BR ID# | Dependency Description |
|---|---|---|
| RD 1.0 | BR 3.0 | Receipt accumulation and Receipt data sent back to Central Store is based on values of 'Nbr of weeks for receipts accumulation' and 'Ceiling Threshold'. These values will set on Java screens and received from Central Box thru transmission process. |

WAGMDL00491257

HIGHLY CONFIDENTIAL

**WAG-0345.00007**

P-25761 _ 00007





## Training and User Documentation Requirements

Not Required

## Business Requirements Approval

The signature below indicates the individual has reviewed and approves all of the detailed business requirements with the exception of those listed in the Business Requirements Exceptions section.

| Approved By | Title | Business Unit | Date |
|---|---|---|---|
| John Merritello | Manager, Rx Inventory Control | Pharmacy Purchasing and Supply Chain | |
| Barb Martin | Manager, Pharmacy Inventory Drugstores | Pharmacy Purchasing and Supply Chain | |
| Kristie Provost | Director | Loss Prevention Department: Systems, Planning, and Analytics | |

## Business Requirements Exceptions

| BR ID # | Reason For Not Approving | Rejected By |
|---|---|---|
| NA | | |

## Additional Comments

HIGHLY CONFIDENTIAL

WAGMDL00491258

**WAG-0345.00008**

P-25761 _ 00008

*Walgreens*



NaviGate

# Business Requirements

| Program Name: | Retail Applications: Inventory Systems Development – Store Ordering | Program Manager: | Stephen Bamberg |
|---|---|---|---|
| Project Name: | DEA Suspicious Ordering – Phase 5. | Project Manager: | Manmeet Kaur |
| Project Number: | INVSO-54 | Account Unit: | 433400 |
| Sponsor: | | Business Owner: | Barb Martin/ John Merritello/ Kristie Provost |

## Document Version Control

| Date | Version # | Describe Revision(s) | Author(s) |
|---|---|---|---|
| 08/02/2012 | 1.0 | Initial Draft | Manmeet Kaur |

## Document Overview

This document represents the first effort to identify the business requirements that the proposed solution will satisfy.  Additional requirement documents will be created as the project becomes more clearly defined. Other requirement documents such as functional, technical and system requirements will be created based on the business requirements.

## Business Objectives:

The Controlled Substances Act is the primary federal law regulating the flow of controlled substances into the marketplace for medical purposes. Among other requirements, the act requires that distributors register with the Drug Enforcement Agency (DEA) to sell controlled substances to retail pharmacies and report to the DEA suspicious orders. The DEA is requiring that Walgreens monitor orders for control substances that are ordered/sold at the stores. Such drugs are to be monitored for suspicious activity. Suspicious orders are defined by the DEA in terms of an Order Size or Order Frequency.

The purpose of this project is to create a process to systematically identify and prevent suspicious orders based on a formula used to determine inconsistent (suspicious) ordering patterns for controlled drugs. Any Control Drug Orders that are deemed suspicious will be flagged as suspicious and populated in a file to be sent up centrally to Loss Prevention and Rx services for review/analysis. The order that is flagged as suspicious on the store side will be intercepted and the order qty will be reduced to a non-suspicious (order limits) level. The item will be reduced to a non-suspicious level in order to prevent suspicious orders from being sent over to the DC/Vendor. This method will help to insure that the stores are not able to receive quantities of product more than calculated ceiling value.

WAGMDL00491251

HIGHLY CONFIDENTIAL

P-25761 _ 00009

*Walgreens*



**In Scope:**

1. Following Orders will go thru DEA Ceiling Validation.
   - Replenishment
   - Direct Vendor
   - PDQ
2. Ceiling will be applied to Order quantity –
   - At the time order is released to Warehouse or Vendor.
3. Open Order Qty will used in calculation of Available Receipts. Open Orders with Est. Delivery Date in Range of +/- 7 Days from job date will considered.
   - Available Receipts = Ceiling – (Total Receipts + Open Order Qty)
4. Nbr of weeks for which receipts are accumulated and Ceiling Threshold, will be a parameters set on Java screens by Corporate user. This value will remain for all stores across chain.
5. Order Frequency will no longer be used to flag the items.
6. Tolerance calculation is based on 52 weeks of order history. Time frame will be changed from 52 weeks to 26 weeks
7. When store is turned off from tracking Qty based on DEA Tolerance/Ceiling validation, system will stop sending the data to Central Store. And when turned on system will start sending the data again to central box.
   This flag to turn OFF or ON the store does not have any audit log. Barb maintains email for reference.
8. List of different Reason Codes –
   - C – Items reduced by Ceiling.
   - V – Items tracked by Ceiling.
   - T – Items reduced by Tolerance.
   - D – Items reduced by Tolerance and Ceiling.
   - X – Items reduced by Tolerance and tracked by Ceiling.
   - I – Items for which Inventory adjustment was made.
   - F and B – these reason codes associated with Frequency will no longer be used.

**Out-of-Scope & Exclusions:**

1. Following Orders will be considered in accumulating the receipts, but their order qty will not be reduced by Ceiling. These might potentially make total receipts go over the ceiling value.
   - Promotional Orders (Consolidated Promo Order, OAN DIRECT, OAN WAREHOUSE)
   - AUTHORIZED DISTRIBUTION
   - GROUP ORDER
   - 340B Orders
   - Local Event Orders (Order Type = 'E')
   - Orders placed outside the system, like phone orders

HIGHLY CONFIDENTIAL

WAGMDL00491252

P-25761 _ 00010

*Walgreens* 

- CPO Orders.
2. Inter store Transfer Receipts will be used to calculate Total Receipts, since sending store has no visibility over receipts of receiving stores. This might potentially make total receipts go over the ceiling value.
3. Mail Location will not be handled by DEA ceiling process.

## On-Hold:
1. Stores will not be allowed to change order schedule for President Plaza and DC.

## Revisit after this implementation:
1. Claims will not be used to adjust the receipts. After the implementation of this phase, if needed Claims could be introduced in the formula for calculating "Available Receipts".
2. In DEA III, change was made to track manual Vendor orders created within 24 hours of warehouse orders (order which is reduced due to Tolerance). In DEA IV, change was made to reduce Vendor Order to Tolerance. Change from DEA III, will be revisited after DEA V to understand If we get any value in tracking these manual Vendor orders or does it creates more confusion.
3. Process to get total nbr of Controlled and PSE items vs. nbr of items reduced by Tolerance or Ceiling will be revisited to see if this process should be enhanced to get data by weekly/Monthly or by different market.
4. Scenario – Pritpal gave

## Requirements for Future Phases:
1. Currently User Stamp for the Last User, who made change to any line on order, gets updated to all the changed order lines. This will be changed to update User information on order lines with correct user Stamps.
2. Currently User Stamp and Date information is tracked at normal exit from screen. If screen is closed without proper exit or screen is timed-out. User/Date information is lost. This will be changed to track User/Date info at the time quantity is updated rather than at exit of screen.
3. Ceiling for New Items (items new to stores or existing items not in ceiling file) will be applied to stores thru a weekly scheduled process. In middle of week if the PLN changes, temporarily, new PLN will be updated in ceiling and receipts files so Ceiling validation can continue. Next week, when weekly process runs, Data Warehouse will send the new PLN.
4. If a PLN is changed to another PLN, which already exists in Ceiling File. Receipts for old PLN will be added to new PLN. And Ceiling value will be picked up for new PLN.

WAGMDL00491253

HIGHLY CONFIDENTIAL

P-25761 _ 00011

*Walgreens*



NaviGate

5. Process will be built to get a total nbr of Controlled and PSE items vs. nbr of items reduced by Tolerance or Ceiling. This process will collect daily data across the chain. Data collected thru this process could only be viewed thru queries. There will not be any screens to display the data.

WAGMDL00491254

HIGHLY CONFIDENTIAL

P-25761 _ 00012

*Walgreens*



NaviGate

# Business Requirements

| BR ID # | Description | Priority | Category |
|---|---|---|---|
| BR 1.0 & BR 2.0 | Ceiling will be applied to Order quantity – <br> • At the time order is released to Warehouse or Vendor. <br> Following Orders will go thru DEA Ceiling Validation. <br> • Replenishment <br> • Direct Vendor <br> • PDQ | High | |
| BR 3.0 | Open Order Qty will used in calculation of Available Receipts. Open Orders with Est. Delivery Date in Range of +/- 7 Days from job date will considered. <br> • Available Receipts = Ceiling – (Total Receipts + Open Order Qty) | Medium | |
| BR 4.0 | Receipts will be accumulated based on value of 'Nbr of Weeks of Receipt Accumulation'. <br><br> Receipts will be sent back to Central based on value of Ceiling Threshold'. <br> Example -If Ceiling Threshold is 50%. When Receipts +Open Order Qty reach 50% of Ceiling Value, (receipts+ Open Order Qty) data will be sent to Central box. <br><br> Nbr of weeks for which receipts are accumulated and Ceiling Threshold, will be a parameters set on Java screens by Corporate user. This value will remain for all stores across chain. | Medium | |
| BR 5.0 | Order Frequency will no longer be used to flag the items. | Low | |
| BR 6.0 | Tolerance calculation is based on 52 weeks of order history. Time frame will be changed from 52 weeks to 26 weeks | Medium | |
| BR 7.0 | When store is turned off from tracking Qty based on DEA Tolerance/Ceiling validation, system will stop sending the data to Central Store. And when turned on system will start sending the data again to central box. | Medium | |

HIGHLY CONFIDENTIAL

WAGMDL00491255

P-25761 _ 00013

*Walgreens*



NaviGate

| BR ID # | Description | Priority | Category |
|---|---|---|---|
| | • This flag to turn OFF or ON the store does not have any audit log. Barb maintains email for reference. | | |
| BR 8.0 & BR 9.0 | Ceiling for New Items (items new to stores or existing items not in ceiling file) will be applied to stores thru a weekly scheduled process. In middle of week if the PLN changes, temporarily, new PLN will be updated in ceiling and receipts files so Ceiling validation can continue. Next week, when weekly process runs, Data Warehouse will send the new PLN.<br><br>If a PLN is changed to another PLN, which already exists in Ceiling File. Receipts for old PLN will be added to new PLN. And Ceiling value will be picked up for new PLN. | High | |
| BR 10.0 | Process will be built to get a total nbr of Controlled and PSE items vs. nbr of items reduced by Tolerance or Ceiling. This process will collect daily data across the chain. Data collected thru this process could only be viewed thru queries. There will not be any screens to display the data.<br><br>**Data will look like –**<br>Order Release date<br>Total C2 Items on Order<br>Total C3 Items on Order<br>Total C4 Items on Order<br>Total C5 Items on Order<br>Total PSE Items on Order<br>Total Order Reduced by Ceiling or Tolerance | Low | |
| BR 11.0 | Various Reason Codes will be applied, when Order Quantity is reduced/tracked by Ceiling/Tolerance or any Inventory Adjustment–<br>• C – Items reduced by Ceiling.<br>• V – Items tracked by Ceiling.<br>• T – Items reduced by Tolerance.<br>• D – Items reduced by Tolerance and Ceiling.<br>• X – Items reduced by Tolerance and tracked by Ceiling.<br>• I – Items for which Inventory adjustment was made.<br>• F and B – these reason codes associated with Frequency will no longer be used. | High | |

WAGMDL00491256

HIGHLY CONFIDENTIAL

P-25761 _ 00014

*Walgreens*



NaviGate

| BR ID # | Description | Priority | Category |
|---------|-------------|----------|----------|
|         |             |          |          |

## Assumptions and Dependencies

### Requirement Assumptions

| ID | Related BR ID# | Assumption Description |
|----|----------------|------------------------|
|    |                |                        |

### Requirement Constraints

| ID | Related BR ID# | Constraint Description |
|----|----------------|------------------------|
| N/A |               |                        |

### Requirement Dependencies

| ID | Related BR ID# | Dependency Description |
|----|----------------|------------------------|
| RD 1.0 | BR 3.0 | Receipt accumulation and Receipt data sent back to Central Store is based on values of 'Nbr of weeks for receipts accumulation' and 'Ceiling Threshold'. These values will set on Java screens and received from Central Box thru transmission process. |

WAGMDL00491257

HIGHLY CONFIDENTIAL

P-25761 _ 00015

*Walgreens*



NaviGate

## Training and User Documentation Requirements

Not Required

## Business Requirements Approval

The signature below indicates the individual has reviewed and approves all of the detailed business requirements with the exception of those listed in the Business Requirements Exceptions section.

| Approved By | Title | Business Unit | Date |
|---|---|---|---|
| John Merritello | Manager, Rx Inventory Control | Pharmacy Purchasing and Supply Chain | |
| Barb Martin | Manager, Pharmacy Inventory Drugstores | Pharmacy Purchasing and Supply Chain | |
| Kristie Provost | Director | Loss Prevention Department: Systems, Planning, and Analytics | |

## Business Requirements Exceptions

| BR ID # | Reason For Not Approving | Rejected By |
|---|---|---|
| NA | | |

## Additional Comments

[ FILENAME  \* Caps  \* MERGEFORMAT ]

WAGMDL00491258

HIGHLY CONFIDENTIAL

P-25761 _ 00016