DEA

last Mon 4/28
- requires registrants to report suspicious or excessive orders
- now informing that formula is not enough

current report kept for SJs @ DC
- not really work/used

DEA really wants us to validate orders + any report true suspicious orders or what was done to approve orders

LPxRx report has 70 items
Just reporting these orders not good enough - need to document what happened

Steve Bamberg - look at drugs past sales + orders + forecasts w/ threshold tolerance

this report would need to include all puries

look at purchases, sales, neg. adj, track order changes

Exception Reports
need to stop suspicious order or send past average order qty

√√ ask JM if he can't do what to do if track order changes are controls

HIGHLY CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-25879_00001

WAGMDL00658242