Message

**From:** Martin, Barb [barb.martin@walgreens.com]
**Sent:** 9/14/2012 11:51:28 AM
**To:** Murray Jr, Denman [denman.murray@walgreens.com]
**Subject:** FW: DEA at Jupiter DC 9/14/2012

Denny
Frank and Mike wanted to see a summary
Thought you might want to peak at it first!

**From:** Martin, Barb
**Sent:** Friday, September 14, 2012 11:51 AM
**To:** Murray Jr, Denman
**Subject:** DEA at Jupiter DC 9/14/2012

The DEA showed up at the Jupiter DCs and changed the locks on the Control cages. Walgreens workstreams were notified to implement contingency plan.

# Redacted – Attorney Client Privileged and Attorney Work Product

- The Rx Purchasing team (Dave Reiter) is creating 222 forms and POs for the product to be transferred to Perrysburg
- Jeff Irwin (Logistics) and Tim Gorman (Asset Protection) are coordinating efforts for safe transit of product
- Sue Thoss (Supply Chain) will have her team set product as reserved which will show on hands of zero available for store purchases to ensure system will automatically transfer orders to appropriate Vendor

- Vendor
  - Notified Cardinal and Amerisource that DEA has taken action against the Walgreens Jupiter C2 DC.
    - Asked that they begin their previously discussed contingency plans
  - Approximately 10 stores that Cardinal will service at a diminished capacity.
    - Lorinda Tisdell is coordinating with Cardinal and district supervision to ensure minimal disruption of service.

- Store
  - The store 222 forms kept at Jupiter are still available as they were in an office and not the control cages and will continue to be processed via usual protocol.
  - Stores systems will see the items are not available and send the order to Cardinal or Amerisource.
    - This is the current process except entire order will be sent to Vendor instead of the items Jupiter did not carry.
    - Stores will see a 1 day delay on receiving. If stores order Sunday, order should be received on Wednesday. This is current process due to loss of DEA license in Cardinal's Florida DC
    - Amerisource will service PR next day because they are on the island.
  - PDQ process will remain available with all orders send from Vendor.

PLAINTIFFS TRIAL EXHIBIT
P-25892_00001

HIGHLY CONFIDENTIAL

WAGMDL00667935

P-25892 _ 00001