```
                                                              P-WAG-02090

ORPO317        QPADEV001Q          MARTINB        10:56:25        8/25/09
                              ORDER ITEM DETAIL              SUSPICIOUS ORDER

Store Number         : 05646              Order : 145510 R
District Number      : 00194              Line:      72 Sale Cat RX
Cntrl Drug :                              Creation Date:   8/22/09
Dept Number : 015                         Release Date :   8/23/09
Item Number   : 524435                    Delivery Date:   8/25/09
Product Identifier : 34580272162          Suggested Qty:         3
Planogram Link Nbr : 40000524435          Order Qty    :         3
Item Description   : CETIRIZINE-D 12 HOUR TAB (PER)+2 Adjusted Qty :   0
=============================================================================
Adjusted User         :                   ORIGINAL-USER QPGMR
Adjusted Date         :                              DATE  8/23/09
Tolerance Limit       :     5                        TIME  2:31:47
Avg Ordering Frequency  :   .115
Curr Ordering Frequency :  1.000
Sub Inventory Adjustment: Yes
Suspicious Reason Code  : T - Exceeds Tolerance Limit


F3=Exit
```

EXHIBIT
Walgreens
Martin 2
1-25-19

DEFENDANT EXHIBIT

WAGMDL00674550

HIGHLY CONFIDENTIAL

WAG-0103.00001

PLAINTIFFS TRIAL EXHIBIT
P-25900_00001

P-25900 _ 00001

```
ORPO317                          ORDER ITEM DETAIL                        8/25/09
                                                                   SUSPICIOUS ORDER

Store Number            : 05646                    Order : 145510 R
District Number         : 00194                    Line:     72 Sale Cat RX
Cntrl Drug  :                                      Creation Date:   8/22/09
Dept Number : 015                                  Release Date :   8/23/09
Item Number             : 524435                   Delivery Date:   8/25/09
Product Identifier      : 34580272162              Suggested Qty:         3
Planogram Link Nbr      : 40000524435              Order Qty    :         3
Item Description        : CETIRIZINE-D 12 HOUR TAB (PER)+2 Adjusted Qty :  0
================================================================================
Adjusted User           :                          ORIGINAL-USER QPGMR
Adjusted Date           :                                DATE   8/23/09
Tolerance Limit         :       5                        TIME   2:31:47
Avg Ordering Frequency  :    .115
Curr Ordering Frequency :   1.000
Sub Inventory Adjustment: Yes
Suspicious Reason Code  : T - Exceeds Tolerance Limit



F3=Exit
```

HIGHLY CONFIDENTIAL

WAGMDL00674550

P-25900 _ 00002