P-WAG-1950

**Barbara A. Martin**
**6042 N. Ottawa Ave.**
**Chicago, IL 60631-3811**
**773-495-9007**
**Barb.Martin@walgreens.com**

## CAREER OBJECTIVE

**Seeking advanced position that will apply my extensive knowledge of Walgreen's business and operating systems as well as my management, leadership, pharmacy and relationship skills.**

## EXPERIENCE

**WALGREEN COMPANY**

**Manager, Pharmacy Inventory Control**                               July 2007 to present

Manages a cross-functional team responsible for reviewing and implementing strategies for brand to generic conversions

Monitors all aspects related to pharmacy inventory in the pharmacies

Designed and implemented programs to ensure proper inventory sent to pharmacies

Rolled out CSOS program for stores to electronically order C2 medications

Managing Invoice Reconciliation store receiving programs

Knowledge of disaster recovery programs and wholesaler recalls procedures

Maintains relationships with all pharmacy wholesalers and learn contract details pertaining to store procedures

Implemented automated new store cloning process to improve the new store openings process

Works closely with members of 340B operations and technology teams to coordinate efforts between Walgreens Co stores/Pharmacy Ops and WHS

Assists district and store level personnel with questions regarding inventory, claims and ordering.

Created vendor returns process to reduce dead inventory in pharmacies

Currently responsible for supervising one Pharmacy Inventory Business Analyst

Assisted in the creation of the control drug order monitoring reports

**Supervisor, Drug Database**                               Sept 2004 to 2007

Successfully managed a team of 3 database administrators

Responsible for all drug database maintenance and DUR information sent to stores

HIGHLY CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
**P-25959_00001**

Developed program to add and maintain active Walgreen OTC products in Corporate Editor and national drug databanks.

Supplied DUR related information to litigation team.

Implemented quality program to monitor all drug database information added to Corporate Editor.

**Pharmacy Manager**                                                    **1990 to 2004**


Successfully managed many pharmacies with increasing responsibility in terms of volume, staff and the complexity of the overall pharmacy environment. Developed particular strengths in:

Expanding business in the pharmacy through a dynamic leadership style that made the most effective use of pharmacy staff, store management and my individual skills and interests

Applying specialized skills required by new store openings and other unique situations

Building successful relationships with patients

Pharmacy training including pharmacists, technicians and summer internship program

Serving as a preceptor for the University of Illinois at Chicago and Midwestern College of Pharmacy

**Staff Pharmacist**                                                    **1986 to 1990**

Assisted various pharmacy managers in all aspects of pharmacy operations.

Assumed responsible for maintaining efficient pharmacy operations by managing workflow, supervising support staff and providing excellent customer service.

## EDUCATION

Duquesne University, Bachelor of Science in Pharmacy

Successful completion of Project Management Skills sponsored by AMA

## PRESENTATION SKILLS

Healthcare Distribution Management Association Guest Speaker representing Walgreens Reverse Distribution Process October 2010

Various Pharmacy Market meetings presenting to pharmacy supervisors, ops trainers, pharmacy managers, senior technicians, and market leadership on Pharmacy Services and Pharmacy Inventory system and operational enhancements biannually since 2009

## OTHER

Actively involved in HCMD Mentorship program

HIGHLY CONFIDENTIAL



# Annual Performance Review (FY11) - Information Technology (Individual Contributor)

## Review Period 9/1/2010 - 8/31/2011

 REVIEWER
DENMAN MURRAY (Manager)

## BARBARA MARTIN

Supv Inventory Mgmt Syst WHS Customer Solutions
Position

1020389
User ID

HIGHLY CONFIDENTIAL

## Overview

### Task Instructions

During the Annual Performance Review, both the team member and the manager will take time to review the team member's performance. The purpose of this is to help the team member understand where he/she is meeting expectations and where improvements can be made.

The Annual Performance Review sections you need to complete are listed on the left. A dot next to the section indicates your progress on each of the sections:

- **Red** dot means "not started"
- **Yellow** dot means "started, but not complete"
- **Green** dot means "all required fields are completed"
- **Greyed** out sections will be completed during a later step.

Click on the section on the left, under **Overview**, to review it, **or** click on **Continue** below to proceed from the beginning.

If you are returning to a review already in progress, you may click on the next section in the left panel.

Once all sections have been completed, the overall performance review score will be calculated. Please click here to review the overall rating scale and description.

HIGHLY CONFIDENTIAL

P-25959 _ 00004

P-WAG-1950

## Training Acknowledgement - Team Member

## Directions

**Annual Performance Review for BARBARA MARTIN**
Please make sure to complete the online Performance Review Training before submitting your self-review. To access the online training, please follow the steps below. If you have completed the training, select "Yes" and complete the review.

**To Do:**

1. Click **Save and Exit** and complete the online Performance Review training, available from the **Welcome** page under **Training and Job Aids**.
2. After completing the training, select "**Yes**" to confirm that you have completed the training.
3. Click **Save and Continue** to fill out the review.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.

## Have you reviewed the online Annual Performance Review Training?



Annual Performance Review (FY11) - Information Technology (Individual Contributor)

HIGHLY CONFIDENTIAL

P-25959 _ 00005

## Performance Goals

### Directions

**Performance Review for BARBARA MARTIN**

The **Performance Goals** section addresses business operating results. Please rate the team member's success in meeting these goals and objectives. The ratings should reflect accomplishments demonstrated in the most recent fiscal year.

**To Do:**
1. **Rate** each of the performance goals below using the rating scale in the drop down. Definitions of the ratings are listed on the Rating tab above.
2. **Click on the title** of a goal to see the full goal detail.
3. Click **Save and Continue** to move onto the next section **or** click **Save and Exit** to exit the review and come back later.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion.

### Rating Scale

| Score | Description |
|---|---|
| 0 | The employee has not been in position long enough ( |
| 1 | Does not meet goal expectations (i.e., the measures) or excessive supervision was required. |
| 2 | Meets some, but not all goal measures, or more than minimal supervision was needed. |
| 3 | Met the goal measures, may have exceeded in some measures. Quality work was performed consistently with normal supervision. |
| 4 | Fully met the goal measures and exceeded most of the measures. High quality work was performed consistently in all areas of responsibility for the goal, and limited supervision was needed. |
| 5 | Exceeded all goal measures with exceptionally high quality of work performed in all areas of responsibility for the goal. Required little or no supervision and often guided and acted as a role model to others. Made significant contributions well beyond goal demands. |



Annual Performance Review (FY11) - Information Technology (Individual Contributor)

HIGHLY CONFIDENTIAL

P-25959 _ 00006

## Enhancement of Suspicious Orders Monitoring Process

Decrease number of false positive hits on report

Allow process to include 52 weeks of history

Improve accessability of data on report

| Start Date | End Date | Status |
|---|---|---|
| 9/1/2010 | 8/31/2011 | Active |

| Reviewer | Rating Scale | Weight |
|---|---|---|
| **BARBARA MARTIN** (Self) | 3 | 18% |
| **DENMAN MURRAY** (Manager) | 3 | 18% |

| Comments |
|---|

**BARBARA MARTIN** (Self): Defined early requirements document, meeting scheduled to discuss enhancements and request funding.

**DENMAN MURRAY** (Manager): Progress has been very slow, most of the delay has been because of IT.



HIGHLY CONFIDENTIAL

P-25959 _ 00007



HIGHLY CONFIDENTIAL

P-25959 _ 00008

## Development Goals

### Directions

**Performance Review for BARBARA MARTIN**

This section addresses development goals: specific skills and abilities which the team member was developing over the last fiscal year. Please rate the team member's success in achieving the goal requirements and utilizing what was learned on the job.

**To Do:**
1. **Rate** each of the development goals below using the rating scale in the drop down. Definitions of the ratings are listed on the Rating tab above.
2. **Click on the title** of a goal to see the full goal detail.
3. Click **Save and Continue** to move onto the next section or click **Save and Exit** to exit the review and come back later.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion

### Rating Scale

| Score | Description |
|---|---|
| 0 | The employee has not been in position long enough ( |
| 1 | The development goal was not started. |
| 2 | The development goal was started but not completed. |
| 3 | The development goal was fully completed. |
| 4 | The development goal was fully completed and what was learned was implemented on the job. |
| 5 | The development goal was fully completed, what was learned was implemented on the job, and the implementation made significant contributions well beyond job demands. |



HIGHLY CONFIDENTIAL

P-25959 _ 00009



HIGHLY CONFIDENTIAL

## Competencies - Information Technology (Individual Contributor)

### Directions

**Performance Review for BARBARA MARTIN**

This section addresses competencies: knowledge, skills or abilities that are required for a position. Listed below are the competencies for BARBARA MARTIN's position. Please rate the team member's proficiency on these competencies.

**To Do:**

1. **Click on the title** of each competency to see the definitions for the ratings OR click here to print the definitions for the ratings for all competencies listed below.
2. **Rate** each of the competencies below using the rating scale in the drop down.
3. Click **Save and Continue** to move onto the next section or click **Save and Exit** to exit the review and come back later.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.



HIGHLY CONFIDENTIAL

P-WAG-1950



HIGHLY CONFIDENTIAL

P-25959 _ 00012



HIGHLY CONFIDENTIAL

P-25959 _ 00013



HIGHLY CONFIDENTIAL

P-25959 _ 00014

P-WAG-1950



HIGHLY CONFIDENTIAL

P-25959 _ 00015

P-WAG-1950

## Calibration

### Directions

**Performance Review for BARBARA MARTIN**

This is the calibration step of the Performance Review process. As part of the calibration step, calibration meetings are arranged and facilitated by the Human Resources department to review ratings for fairness and consistency.

**To Do:**

1. Participate in a calibration session. Make sure you have your team members' performance reviews available during the meeting.
2. If no changes are necessary, do nothing. The review will be available for discussion after the calibration due date.
3. If changes are necessary as the result of calibration, follow the steps below.
   - Select **Yes** to acknowledge that the Calibration meeting has taken place.
   - Click **Save and Continue.**
   - Move through each section one at a time, making all the changes discussed during calibration. **Note**: You will need to click through all sections of the review even if changes are required only in one section.
   - When you have finalized all changes, click the **Submit** button to complete this portion of the review. **Note:** The Submit button will be available on all pages.

**Have you completed the calibration step, and finalized your ratings for this team member?**

**Note: Once you click "Yes," you will be able to go back through the performance review and make changes to your ratings, if needed, based on the calibration meeting.**



Annual Performance Review (FY11) - Information Technology (Individual Contributor)

HIGHLY CONFIDENTIAL

P-25959 _ 00016

P-WAG-1950



Review (FY11) - Information Technology (Individual Contributor)

HIGHLY CONFIDENTIAL

P-25959 _ 00017

## Acknowledgement of the Annual Performance Review Conversation

### Directions

**Acknowledgement of the Annual Review Performance Conversation for BARBARA MARTIN**
This is an acknowledgement that **BARBARA MARTIN** and **DENMAN MURRAY** have met and discussed **BARBARA MARTIN**'s performance. To finalize the performance review, both the manager and the team member need to acknowledge that they have met to discuss the Annual Performance Review.

**To Do:**

1. After the Annual Review Discussion, **type your name below** and click the **Sign** button to acknowledge that BARBARA MARTIN and DENMAN MURRAY have met and reviewed BARBARA MARTIN's performance
2. Click **Save and Continue** to go on to the Summary or click **Save and Exit** to exit the review and come back later.
3. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this task.

**Note:** This acknowledgement only indicates that the employee and manager have met and reviewed BARBARA MARTIN's performance review. It does not indicate an employee's agreement with the content of the performance review.

X Barbara Martin
Team Member

8/25/2011
Date

X Denman Murray
Manager

8/25/2011
Date

Annual Performance Review (FY11) - Information Technology (Individual Contributor)

HIGHLY CONFIDENTIAL

P-25959 _ 00018

P-WAG-1950



## Annual Performance Review (FY12) for Managers
### Review Period  9/1/2011 - 8/31/2012

  REVIEWER
DENMAN MURRAY (Manager)

BARBARA MARTIN

Supv Inventory Mgmt Syst WHS Customer Solutions
Position

1020389
User ID

HIGHLY CONFIDENTIAL

P-WAG-1950

## Overview

### Task Instructions

During the Annual Performance Review, both the team member and the manager will take time to review the team member's performance. The purpose of this is to help the team member understand where he/she is meeting expectations and where improvements can be made.

The Annual Performance Review sections you need to complete are listed on the left. A dot next to the section indicates your progress on each of the sections:

- **Red** dot means "not started"
- Yellow dot means "started, but not complete"
- **Green** dot means "all required fields are completed"
- **Greyed** out sections will be completed during a later step.

Click on the section on the left, under **Overview**, to review it, *or* click on **Continue** below to proceed from the beginning.

If you are returning to a review already in progress, you may click on the next section in the left panel.

Once all sections have been completed, the overall performance review score will be calculated. Please click here to review the overall rating scale and description.

HIGHLY CONFIDENTIAL

P-25959 _ 00020

P-WAG-1950

## Training Acknowledgement (Team Member) - Corp

### Directions

**Annual Performance Review for BARBARA MARTIN**

Please make sure to complete the online Performance Review Training before submitting your self-review. To access the online training, please follow the steps below. If you have completed the training, select "Yes" and complete the review.

**To Do:**

1. Click **Save and Exit** and complete the online Performance Review training, available on the **Welcome** page under **Training and Job Aids.**
2. After completing the training, select "**Yes**" to confirm that you have completed the training.
3. Click **Save and Continue** to fill out the review.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.

### Have you reviewed the online Annual Performance Review Training?



Annual Performance Review (FY12) for Managers
BARBARA MARTIN

HIGHLY CONFIDENTIAL

P-25959 _ 00021

## Performance Goals - Corp

### Directions

**Performance Review for BARBARA MARTIN**

The **Performance Goals** section addresses business operating results. Please rate the team member's success in meeting these goals and objectives. The ratings should reflect accomplishments demonstrated in the most recent fiscal year.

**To Do:**

1. **Rate** each of the performance goals below using the rating scale in the drop down. Definitions of the ratings are listed on the Rating tab above.
2. **Click on the title** of a goal to see the full goal detail.
3. Click **Save and Continue** to move onto the next section **or** click **Save and Exit** to exit the review and come back later.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion.

### Rating Scale

| Score | Description |
|---|---|
| 0 | The employee has not been in position long enough ( |
| 1 | Does not meet goal expectations (i.e., the measures) or excessive supervision was required. |
| 2 | Meets some, but not all goal measures, or more than minimal supervision was needed. |
| 3 | Met the goal measures, may have exceeded in some measures. Quality work was performed consistently with normal supervision. |
| 4 | Fully met the goal measures and exceeded most of the measures. High quality work was performed consistently in all areas of responsibility for the goal, and limited supervision was needed. |
| 5 | Exceeded all goal measures with exceptionally high quality of work performed in all areas of responsibility for the goal. Required little or no supervision and often guided and acted as a role model to others. Made significant contributions well beyond goal demands. |

HIGHLY CONFIDENTIAL



**Complete Suspicious Ordering Reports**

Design reporting of suspicious ordering system to be compliant with DEA regulations

EXPECT TO PILOT FEB/MARCH 2012

While the new reporting is chainwide, we have more work to do with the overall program

| Start Date | End Date | Status |
|---|---|---|
| 9/1/2011 | 8/31/2012 | Completed |

HIGHLY CONFIDENTIAL

P-25959 _ 00023

P-WAG-1950

| Reviewer | Rating Scale | Weight |
|---|---|---|
| BARBARA MARTIN (Self) | 3 | 20% |
| DENMAN MURRAY (Manager) | 3 | 20% |

**Comments**

BARBARA MARTIN (Self): The rollout of the dashboard has been completed.  Suspicious Ordering requirements for future enhancements are under development

DENMAN MURRAY (Manager): Dashboard was completed and rolled out.   The version available today does not totally meet the needs of the business, many changes are needed.   Rx Inventory team needs to work closer with the other business units to have a successful evolution of SOM.



HIGHLY CONFIDENTIAL

P-25959 _ 00024

P-WAG-1950



HIGHLY CONFIDENTIAL

P-25959 _ 00025

## Development Goals

### Directions

**Performance Review for BARBARA MARTIN**

This section addresses development goals: specific skills and abilities which the team member was developing over the last fiscal year. Please rate the team member's success in achieving the goal requirements and utilizing what was learned on the job.

**To Do:**
1. **Rate** each of the development goals below using the rating scale in the drop down. Definitions of the ratings are listed on the Rating tab above.
2. **Click on the title** of a goal to see the full goal detail.
3. Click **Save and Continue** to move onto the next section or click **Save and Exit** to exit the review and come back later.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion

### Rating Scale

| Score | Description |
| --- | --- |
| 0 | The employee has not been in position long enough ( |
| 1 | The development goal was not started. |
| 2 | The development goal was started but not completed. |
| 3 | The development goal was fully completed. |
| 4 | The development goal was fully completed and what was learned was implemented on the job. |
| 5 | The development goal was fully completed, what was learned was implemented on the job, and the implementation made significant contributions well beyond job demands. |

HIGHLY CONFIDENTIAL

P-WAG-1950



HIGHLY CONFIDENTIAL

P-25959 _ 00027

P-WAG-1950

## Competency Review: FY12

### Directions

This section addresses competencies: knowledge, skills or abilities that are required for a position. Listed below are the competencies for BARBARA MARTIN's position. Please rate the team member's proficiency on these competencies.

To Do:
1. Click on the title of the Competency (or here) to retrieve the themes and behaviors to rate this position.
a.**NOTE: be sure to select the correct competency model based on the job role you are currently reviewing
2. Rate each of the leadership competencies below using the rating scale in the drop down.
3. Click **Save and Continue** to move onto the next section or click **Save and Exit** to exit the review and come back later.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.

### Rating Scale

| Score | Description |
|---|---|
| Too New To Rate | The employee has not been in position long enough ( |
| 1 | Does not meet performance expectations. Requires excessive supervision. Performance must be corrected quickly and significantly. |
| 2 | Meets some, but not all performance expectations. Requires more than minimal supervision. |
| 3 | Fully meets performance expectations and occasionally may exceed them. Requires normal supervision. Demonstrates full understanding of all required job functions. Quality work is performed consistently in all areas of responsibility. |
| 4 | Consistently meets and exceeds most performance expectations. Performs assigned position responsibilities with limited supervision. High quality work is performed consistently in all areas of responsibility. |
| 5 | Consistently exceeds performance expectations due to exceptionally high quality of work in all areas of responsibility. Requires little or no supervision and often guides and acts as a role model to others. Makes significant contributions well beyond job demands. |



HIGHLY CONFIDENTIAL

P-25959 _ 00028



Annual Performance Review (FY12) for Managers
BARBARA MARTIN

HIGHLY CONFIDENTIAL

P-25959 _ 00029



HIGHLY CONFIDENTIAL

P-WAG-1950

## Training Acknowledgement (Manager) - Corp

### Directions

**Annual Performance Review for BARBARA MARTIN**

Please make sure to complete the online Performance Review Training before rating team member's performance. To access the online training, please follow the steps below. If you have completed the training, select "Yes" and complete the review.

**Note**: You only need to complete the manager's training once, but you will need to confirm that you have completed the training each time you begin to review a team member.

**To Do:**

1. Click **Save and Exit** and complete the online Performance Review training, available on the **Welcome page** under **Manager's Corner > Training and Job Aids**.
2. After completing the training, select "**Yes**" to confirm that you have completed the training.
3. Click **Save and Continue** to fill out the review.
4. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.

### Have you reviewed the online Annual Performance Review Training?



HIGHLY CONFIDENTIAL

P-25959 _ 00031

P-WAG-1950

## Calibration

### Directions

**Performance Review for BARBARA MARTIN**

This is the calibration step of the Performance Review process. As part of the calibration step, calibration meetings are arranged and facilitated by the Human Resources department to review ratings for fairness and consistency. With guidance from Human Resources, managers can also facilitate their own calibration session with their peers.

**To Do:**

1. Participate in a calibration session. Make sure you have your team members' performance reviews available during the meeting.
2. If no changes are necessary, do nothing. The review will be available for discussion after the calibration due date.
3. If changes are necessary as the result of calibration, follow the steps below.
   - Select **Yes** to acknowledge that the Calibration meeting has taken place.
   - Click **Save and Continue.**
   - Move through each section one at a time, making all the changes discussed during calibration. **Note:** You will need to click through all sections of the review even if changes are required only in one section.
   - When you have finalized all changes, click the **Submit** button to complete this portion of the review. **Note:** The Submit button will be available on all pages.

**Have you completed the calibration step, and finalized your ratings for this team member?**

**Note: Once you click "Yes," you will be able to go back through the performance review and make changes to your ratings, if needed, based on the calibration meeting.**



HIGHLY CONFIDENTIAL

P-25959 _ 00032

P-WAG-1950



HIGHLY CONFIDENTIAL

P-25959 _ 00033

## Acknowledgement of the Annual Performance Review Conversation

### Directions

**Acknowledgement of the Annual Review Performance Conversation for BARBARA MARTIN**
This is an acknowledgement that **BARBARA MARTIN** and his/her manager have met and discussed **BARBARA MARTIN**'s performance. To finalize the performance review, both the manager and the team member need to acknowledge that they have met to discuss the Annual Performance Review.

**To Do:**

1. After the Annual Review Discussion, **type your name below** and click the **Sign** button to acknowledge that BARBARA MARTIN and his/her manager have met and reviewed BARBARA MARTIN's performance
2. Click **Save and Continue** to go on to the Summary or click **Save and Exit** to exit the review and come back later.
3. When you have finished all sections of the review, the Submit button will be available on all pages. When you are ready to submit the review, click the **Submit** button to complete this task.

**Note:** This acknowledgement only indicates that the employee and manager have met and reviewed BARBARA MARTIN's performance review. It does not indicate an employee's agreement with the content of the performance review.


X Barbara A Martin                                   X denman murray
Team Member                                         Manager

9/28/2012                                           9/27/2012
Date                                                Date

HIGHLY CONFIDENTIAL

P-25959 _ 00034



# Annual Performance Review (FY13) - Corporate

Review Period  9/1/2012 - 8/31/2013

 REVIEWER

DENMAN MURRAY (Manager)

BARBARA MARTIN

Mgr Inventory Management System - Customer Solutions
Position

1020389
User ID

HIGHLY CONFIDENTIAL

P-WAG-1950

## Overview

### Task Instructions

Please click here to review the overall rating scale and description.

Performance Review Outcomes:

- A shared understanding of the team member's performance over the past year
- Clear direction on the team member's next steps for success

Performance Review Benefits:

- Team members who performed well are rewarded for their efforts and accomplishments.
- Based on manager feedback, the team member can focus on maintaining consistency in areas where they perform well and develop in areas where their manager identified room for improvement.

Navigating the Performance Review:

The Annual Performance Review sections you need to complete are listed on the left. A dot next to the section indicates your progress on each of the sections:

- **Red** dot means "not started"
- Yellow dot means "started, but not complete"
- **Green** dot means "all required fields are completed"
- **Greyed** out sections will be completed during a later step.

Click on the section on the left, under **Overview**, to review it, *or* click on **Continue** below to proceed from the beginning.

If you are returning to a review already in progress, you may click on the next section in the left panel.

Once all sections have been completed, the overall performance review score will be calculated. Please click here to review the overall rating scale and description.

HIGHLY CONFIDENTIAL

P-25959 _ 00036

P-WAG-1950

## Training Acknowledgement (Team Member) - Field

### Directions

**Annual Performance Review for BARBARA MARTIN**

Please make sure to complete the online Performance Review Training before submitting your self-review. To access the online training, please follow the steps below. If you have completed the training, select "Yes" and complete the review.

**To Do:**

1. Click **Save and Exit** and complete the online Performance Review training, available on the **Welcome** page of the **Talent Management Portal**.
2. After completing the training, select "**Yes**" to confirm that you have completed the training.
3. Click **Save and Continue** to fill out the review.
4. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.

### Have you reviewed the online Annual Performance Review Training?



HIGHLY CONFIDENTIAL

P-25959 _ 00037

## Performance Goals

### Directions

**Performance Review for BARBARA MARTIN**

The **Performance Goal** section addresses business operating results. The ratings should reflect accomplishments demonstrated in the most recent fiscal year.

**To Do:**

1. Rate the performance goal below using the rating scale in the drop down. Definitions of the ratings are listed on the Rating tab above.
   - Consider performance in each location or position when providing a rating
2. Click **Continue** to move onto the next section **or** click **Save** to exit the review and come back later.
3. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.

### Rating Scale

| Score | Description |
|-------|-------------|
| N/A | This goal is not applicable to the team member's performance and should not be included in the review. |
| 1 | Does not meet goal expectations (i.e., the measures) or excessive supervision was required. |
| 2 | Meets some, but not all goal measures, or more than minimal supervision was needed. |
| 3 | Met the goal measures, may have exceeded in some measures. Quality work was performed consistently with normal supervision. |
| 4 | Fully met the goal measures and exceeded most of the measures. High quality work was performed consistently in all areas of responsibility for the goal, and limited supervision was needed. |
| 5 | Exceeded all goal measures with exceptionally high quality of work performed in all areas of responsibility for the goal. Required little or no supervision and often guided and acted as a role model to others. Made significant contributions well beyond goal demands. |



HIGHLY CONFIDENTIAL

P-25959 _ 00038



## Develop SOM/CSR toolkit

Work with Pharmaceutical Integrity team, IT, Legal, Supply Chain and LP to develop and evlove a dynamic Suspicious Order Monitoring/Controlled Substance Reporting toolkit that will maintain the integrity of the Company's distribution of controlled substances.

V5 implemented in Q2

V6/7 implemented by Q4

maintain SOM dashboard to standars set by Pharmacuetical Integrity team

support PharmaceuticalIntegrity team by providing education and guidance related to SIMS

| Start Date | End Date | Status |
|---|---|---|
| 9/1/2012 | 8/31/2013 | Active |

| Reviewer | Rating Scale | Weight |
|---|---|---|
| BARBARA MARTIN (Self) | 3 | 10% |
| DENMAN MURRAY (Manager) | 3 | 10% |

| Comments |
|---|
| BARBARA MARTIN (Self): continue to work with rxintegrity team to provide assistance and guidance related to stores and SIMS activities |
| DENMAN MURRAY (Manager): Early SME that helped get this program headed in the right direction.   With the advent of the Rx Integrity team, Barb's involvement in this program has waned- which was expected and needed. |



HIGHLY CONFIDENTIAL

P-25959 _ 00039

P-WAG-1950



HIGHLY CONFIDENTIAL

P-25959 _ 00040



Annual Performance Review (FY13) – Corporate
BARBARA MARTIN

HIGHLY CONFIDENTIAL

P-25959 _ 00041

P-WAG-1950



HIGHLY CONFIDENTIAL

P-25959 _ 00042

## Development Goals

### Directions

**Performance Review for BARBARA MARTIN**

This section addresses development goals: specific skills and abilities which the team member was developing over the last fiscal year. Please rate the team member's success in achieving the goal requirements and utilizing what was learned on the job.

**To Do:**

1. **Rate** each of the development goals below using the rating scale in the drop down. Definitions of the ratings are listed on the Rating tab above.
2. **Click on the title** of a goal to see the full goal detail.
3. Click **Save and Continue** to move onto the next section or click **Save and Exit** to exit the review and come back later.
4. When you are ready to submit the review, click the **Submit** button to complete this portion

### Rating Scale

| Score | Description |
|-------|-------------|
| N/A | This goal is not applicable to the team member's development and should not be included in the review. |
| 1 | The development goal was not started. |
| 2 | The development goal was started but not completed. |
| 3 | The development goal was fully completed. |
| 4 | The development goal was fully completed and what was learned was implemented on the job. |
| 5 | The development goal was fully completed, what was learned was implemented on the job, and the implementation made significant contributions well beyond job demands. |



HIGHLY CONFIDENTIAL

P-25959 _ 00043



HIGHLY CONFIDENTIAL

## Competency Corporate Annual Review

### Directions

This section addresses competencies: knowledge, skills or abilities that are required for a position. Listed below are each of the Walgreens Leadership Competency Pillars. Please rate the team member's proficiency on these competencies.

To Do:
1.  CLICK HERE to retrieve the themes and behaviors to rate this position.
a.  **NOTE: be sure to select the correct competency model based on the job role you are currently reviewing
2. Rate each of the leadership competencies below using the rating scale in the drop down.
3. Click **Save and Continue** to move onto the next section or click **Save and Exit** to exit the review and come back later.
4. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.

### Rating Scale

| Score | Description |
|-------|-------------|
| N/A | The team member was on leave for a majority of the year and the competency behaviors could not be adequately observed. |
| 1 | Does not meet performance criteria. |
| 2 | Meets only a few performance criteria. |
| 3 | Meets most or all performance criteria. |
| 4 | Meets all and exceeds some performance criteria. |
| 5 | Exceeds most or all performance criteria. |

Annual Performance Review (FY13) - Corporate
BARBARA MARTIN

HIGHLY CONFIDENTIAL

P-25959 _ 00045



Annual Performance Review (FY13) – Corporate
BARBARA MARTIN

HIGHLY CONFIDENTIAL

P-WAG-1950



HIGHLY CONFIDENTIAL

P-25959 _ 00047

P-WAG-1950

## Training Acknowledgement (Manager) - Field

### Directions

**Annual Performance Review for BARBARA MARTIN**
Please make sure to complete the online Performance Review Training before rating team member's performance. To access the online training, please follow the steps below. If you have completed the training, select "Yes" and complete the review.

**Note**: You only need to complete the manager's training once, but you will need to confirm that you have completed the training each time you begin to review a team member.

**To Do:**

1. Click **Save and Exit** and complete the online Performance Review training, available on the **Welcome** page of the **Talent Management Portal**.
2. After completing the training, select "**Yes**" to confirm that you have completed the training.
3. Click **Save and Continue** to fill out the review.
4. When you are ready to submit the review, click the **Submit** button to complete this portion of the review.

### Have you reviewed the online Annual Performance Review Training?



HIGHLY CONFIDENTIAL

P-25959 _ 00048

P-WAG-1950

## Calibration Corporate

### Directions

**Performance Review for BARBARA MARTIN**

This is the calibration step of the Performance Review process. As part of the calibration step, calibration meetings are arranged and facilitated by the Human Resources department to review ratings for fairness and consistency. With guidance from Human Resources, managers can also facilitate their own calibration session with their peers.

**To Do:**

1. Participate in a calibration session. Make sure you have your team members' performance reviews available during the meeting.
2. Select **Yes** (below) to acknowledge that the Calibration meeting has taken place.
3. Click **Save and Continue**.
   to complete this portion of the review.
4. Move through each section one at a time, making any necessary changes discussed during calibration. **Note:** You will need to click through all sections of the review even if changes are required only in one section
5. Click the **Submit** button to complete this portion of the review

**Have you completed the calibration step, and finalized your ratings for this team member?**

**Note: Once you click "Yes," you will be able to go back through the performance review and make changes to your ratings, if needed, based on the calibration meeting.**



HIGHLY CONFIDENTIAL

P-25959 _ 00049



Annual Performance Review (FY13) – Corporate
BARBARA MARTIN

HIGHLY CONFIDENTIAL

P-WAG-1950

## Acknowledgement of the Annual Performance Review Conversation

### Directions

**Acknowledgement of the Annual Review Performance Conversation for BARBARA MARTIN**
This is an acknowledgement that **BARBARA MARTIN** and his/her manager have met and discussed **BARBARA MARTIN**'s performance. To finalize the performance review, both the manager and the team member need to acknowledge that they have met to discuss the Annual Performance Review.

**To Do:**

1. After the Annual Review Discussion, **type your name below** and click the **Sign** button to acknowledge that BARBARA MARTIN and his/her manager have met and reviewed BARBARA MARTIN's performance
2. Click **Save and Continue** to go on to the Summary or click **Save and Exit** to exit the review and come back later.
3. When you are ready to submit the review, click the **Submit** button to complete this task.

**Note:** This acknowledgement only indicates that the employee and manager have met and reviewed BARBARA MARTIN's performance review. It does not indicate an employee's agreement with the content of the performance review.

X Barbara A Martin                           X Denman Murray
Team Member                                  Manager

9/17/2013                                    9/16/2013
Date                                         Date

HIGHLY CONFIDENTIAL

P-25959 _ 00051

P-WAG-1950

P-25959_00052

| Employee ID | SSN | Last Name | First Name | Register Accounting Year | Charged Location Number | Payroll Location Number | Distribution Earn Code | Earnings Code | Earnings Code Desc | Earnings Hours | Earnings Amount | Payroll Location GL Accounting Unit | Payroll Location GL Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1020389 | | Martin | Barbara | 2012 | 60100 | 77149 | Yes | 84 | HDQR BNS | 0.00 | 9,787.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2012 | 77149 | 77149 | | 68 | IMP LIFE | 0.00 | 340.86 | 433490 | 3000400000 |
| | | Martin | Barbara | 2012 | 77149 | 77149 | Yes | 0 | REGULAR | 1,508.00 | 100,080.30 | 433490 | 3000400000 |
| | | Martin | Barbara | 2012 | 77149 | 77149 | Yes | 22 | SPECLDAY | 16.00 | 1,057.98 | 433490 | 3000400000 |
| | | Martin | Barbara | 2012 | 77149 | 77149 | Yes | 60 | VACATION | 216.00 | 14,378.04 | 433490 | 3000400000 |
| | | | | | | | | | | | 125,644.18 | | |
| 1020389 | | | | | | | | | | | | | |

| Employee ID | SSN | Last Name | First Name | Register Accounting Year | Charged Location Number | Payroll Location Number | Distribution Earn Code | Earnings Code | Earnings Code Desc | Earnings Hours | Earnings Amount | Payroll Location GL Accounting Unit | Payroll Location GL Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1020389 | | Martin | Barbara | 2013 | 60100 | 77149 | Yes | 84 | HDQR BNS | 0.00 | 16,302.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2013 | 77149 | 77149 | | 64 | STOCKOPT | 0.00 | 5,469.54 | 433490 | 3000400000 |
| | | Martin | Barbara | 2013 | 77149 | 77149 | | 68 | IMP LIFE | 0.00 | 641.30 | 433490 | 3000400000 |
| | | Martin | Barbara | 2013 | 77149 | 77149 | Yes | 0 | REGULAR | 1,888.00 | 127,650.92 | 433490 | 3000400000 |
| | | Martin | Barbara | 2013 | 77149 | 77149 | Yes | 102 | Earning 102 | 0.00 | 50.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2013 | 77149 | 77149 | Yes | 22 | SPECLDAY | 16.00 | 1,079.16 | 433490 | 3000400000 |
| | | Martin | Barbara | 2013 | 77149 | 77149 | Yes | 52 | SICK | 16.00 | 1,087.24 | 433490 | 3000400000 |
| | | Martin | Barbara | 2013 | 77149 | 77149 | Yes | 60 | VACATION | 168.00 | 11,363.40 | 433490 | 3000400000 |
| | | | | | | | | | | | 163,643.56 | | |
| 1020389 | | | | | | | | | | | | | |

| Employee ID | SSN | Last Name | First Name | Register Accounting Year | Charged Location Number | Payroll Location Number | Distribution Earn Code | Earnings Code | Earnings Code Desc | Earnings Hours | Earnings Amount | Payroll Location GL Accounting Unit | Payroll Location GL Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1020389 | | Martin | Barbara | 2014 | 60100 | 77149 | Yes | 84 | HDQR BNS | 0.00 | 10,620.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2014 | 77149 | 77149 | | 64 | STOCKOPT | 0.00 | 18,872.43 | 433490 | 3000400000 |
| | | Martin | Barbara | 2014 | 77149 | 77149 | | 68 | IMP LIFE | 0.00 | 651.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2014 | 77149 | 77149 | Yes | 0 | REGULAR | 1,908.00 | 130,618.61 | 433490 | 3000400000 |
| | | Martin | Barbara | 2014 | 77149 | 77149 | Yes | 102 | Earning 102 | 0.00 | 117.50 | 433490 | 3000400000 |
| | | Martin | Barbara | 2014 | 77149 | 77149 | Yes | 120 | Earning 120 | 0.00 | 356.47 | 433490 | 3000400000 |
| | | Martin | Barbara | 2014 | 77149 | 77149 | Yes | 128 | Earning 128 | 8.00 | 547.66 | 433490 | 3000400000 |
| 1020389 | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL

P-WAG-1950

P-25959 _ 00053

| Employee ID | SSN | Last Name | First Name | Register Accounting Year | Charged Location Number | Payroll Location Number | Distibution Earn Code | Earnings Code | Earnings Code Desc | Earnings Hours | Earnings Amount | Payroll Location GL Accounting Unit | Payroll Location GL Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Martin | Barbara | 2014 | 77149 | 77149 | Yes | 52 | SICK | 32.00 | 2,190.67 | 433490 | 3000400000 |
| | | Martin | Barbara | 2014 | 77149 | 77149 | Yes | 60 | VACATION | 140.00 | 9,584.18 | 433490 | 3000400000 |
| 1020389 | | Martin | Barbara | 2014 | | | | | | | 173,558.52 | | |

| Employee ID | SSN | Last Name | First Name | Register Accounting Year | Charged Location Number | Payroll Location Number | Distibution Earn Code | Earnings Code | Earnings Code Desc | Earnings Hours | Earnings Amount | Payroll Location GL Accounting Unit | Payroll Location GL Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1020389 | | Martin | Barbara | 2015 | 60100 | 77149 | Yes | 84 | HDQR BNS | 0.00 | 21,236.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2015 | 77149 | 77149 | Yes | 64 | STOCKOPT | 0.00 | 24,052.56 | 433490 | 3000400000 |
| | | Martin | Barbara | 2015 | 77149 | 77149 | | 68 | IMP LIFE | 0.00 | 651.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2015 | 77149 | 77149 | Yes | 0 | REGULAR | 1,864.00 | 127,606.42 | 433490 | 3000400000 |
| | | Martin | Barbara | 2015 | 77149 | 77149 | Yes | 102 | Earning 102 | 0.00 | 120.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2015 | 77149 | 77149 | Yes | 128 | Earning 128 | 8.00 | 547.66 | 433490 | 3000400000 |
| | | Martin | Barbara | 2015 | 77149 | 77149 | Yes | 60 | VACATION | 216.00 | 14,787.04 | 433490 | 3000400000 |
| 1020389 | | Martin | Barbara | 2015 | | | | | | | 189,000.68 | | |

| Employee ID | SSN | Last Name | First Name | Register Accounting Year | Charged Location Number | Payroll Location Number | Distibution Earn Code | Earnings Code | Earnings Code Desc | Earnings Hours | Earnings Amount | Payroll Location GL Accounting Unit | Payroll Location GL Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1020389 | | Martin | Barbara | 2016 | 60100 | 77149 | Yes | 84 | HDQR BNS | 0.00 | 19,848.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2016 | 77149 | 77149 | Yes | 64 | STOCKOPT | 0.00 | 25,310.28 | 433490 | 3000400000 |
| | | Martin | Barbara | 2016 | 77149 | 77149 | | 68 | IMP LIFE | 0.00 | 455.40 | 433490 | 3000400000 |
| | | Martin | Barbara | 2016 | 77149 | 77149 | Yes | 0 | REGULAR | 1,864.00 | 127,642.64 | 433490 | 3000400000 |
| | | Martin | Barbara | 2016 | 77149 | 77149 | Yes | 102 | Earning 102 | 0.00 | 80.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2016 | 77149 | 77149 | Yes | 128 | Earning 128 | 8.00 | 547.66 | 433490 | 3000400000 |
| | | Martin | Barbara | 2016 | 77149 | 77149 | Yes | 60 | VACATION | 216.00 | 14,793.96 | 433490 | 3000400000 |
| 1020389 | | Martin | Barbara | 2016 | | | | | | | 188,677.94 | | |

| Employee ID | SSN | Last Name | First Name | Register Accounting Year | Charged Location Number | Payroll Location Number | Distibution Earn Code | Earnings Code | Earnings Code Desc | Earnings Hours | Earnings Amount | Payroll Location GL Accounting Unit | Payroll Location GL Account Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1020389 | | Martin | Barbara | 2017 | 60100 | 77149 | Yes | 84 | HDQR BNS | 0.00 | 16,320.00 | 433490 | 3000400000 |
| | | Martin | Barbara | 2017 | 60101 | 77149 | Yes | 125 | Earning 125 | 0.00 | 38.10 | 433490 | 3000400000 |

HIGHLY CONFIDENTIAL

P-WAG-1950

P-25959 _ 00054

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Martin | Barbara | 2017 | 77149 | 77149 | | 64 | STOCKOPT | 0.00 | 9,336.04 | 433490 | 3000400000 |
| Martin | Barbara | 2017 | 77149 | 77149 | | 68 | IMP LIFE | 0.00 | 455.40 | 433490 | 3000400000 |
| Martin | Barbara | 2017 | 77149 | 77149 | Yes | 0 | REGULAR | 1,776.00 | 122,008.78 | 433490 | 3000400000 |
| Martin | Barbara | 2017 | 77149 | 77149 | Yes | 128 | Earning 128 | 8.00 | 548.66 | 433490 | 3000400000 |
| Martin | Barbara | 2017 | 77149 | 77149 | Yes | 26 | JURY HRS | 64.00 | 4,389.25 | 433490 | 3000400000 |
| Martin | Barbara | 2017 | 77149 | 77149 | Yes | 60 | VACATION | 240.00 | 16,486.61 | 433490 | 3000400000 |
| Martin | Barbara | 2017 | | | | | | | 169,582.84 | | |

1020389

HIGHLY CONFIDENTIAL