Lake County and Trumbull County, OH
1/2006 - 11/2019
CVS as Dispenser
8 Prescription Opioids: Oxycodone, Hydrocodone, Hydromorphone, Morphine, Oxymorphone, Tapentadol, Fentanyl, Methadone

Case: 1:17-md-02804-DAP  Doc #: 4046-14  Filed: 10/19/21  1 of 3.  PageID #: 555275

## Dispensing of Eight Prescription Opioids from CVS Stores

| Region | | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|---|
| **Average Population** | | **439,668** | | **229,550** | | **210,118** | |
| Drug Name | Drug Code | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita |
| Hydrocodone | 9193 | 21,199,429  51.1% | 3.47 | 10,497,738  41.1% | 3.29 | 10,701,691  67.0% | 3.66 |
| Oxycodone | 9143 | 17,840,444  43.0% | 2.92 | 13,007,492  51.0% | 4.07 | 4,832,952  30.2% | 1.65 |
| **Subtotal** | | **39,039,873  94.1%** | **6.38** | **23,505,230  92.1%** | **7.36** | **15,534,643  97.2%** | **5.31** |
| Hydromorphone | 9150 | 289,870  0.7% | 0.05 | 243,845  1.0% | 0.08 | 46,025  0.3% | 0.02 |
| Morphine | 9300 | 861,721  2.1% | 0.14 | 603,794  2.4% | 0.19 | 257,927  1.6% | 0.09 |
| Oxymorphone | 9652 | 170,327  0.4% | 0.03 | 143,969  0.6% | 0.05 | 26,358  0.2% | 0.01 |
| Tapentadol | 9780 | 288,224  0.7% | 0.05 | 265,234  1.0% | 0.08 | 22,990  0.1% | 0.01 |
| Fentanyl | 9801 | 876  0.0% | 0.00 | 876  0.0% | 0.00 | 0  0.0% | 0.00 |
| Methadone | 9250B | 855,106  2.1% | 0.14 | 765,834  3.0% | 0.24 | 89,272  0.6% | 0.03 |
| **Subtotal** | | **2,466,124  5.9%** | **0.40** | **2,023,552  7.9%** | **0.63** | **442,572  2.8%** | **0.15** |
| **Grand Total** | | **41,505,997  100%** | **6.78** | **25,528,782  100%** | **7.99** | **15,977,215  100%** | **5.46** |

*Average Annual Dosage Units Per Capita is calculated as Total Dosage Units divided by the product of Average Population and the number of active years (13.9 years) of CVS.



PLAINTIFFS TRIAL EXHIBIT
**P-26319-A**

P-26319

Data Source: CVS Dispensing Data (2006-2019).

## Dispensing of Oxycodone and Hydrocodone from CVS Stores, by Year

| Region | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|
| Average Population | 439,668 | | 229,550 | | 210,118 | |
| Year | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita |
| 2006 | 2,136,318 | 4.86 | 1,040,260 | 4.53 | 1,096,058 | 5.22 |
| 2007 | 2,391,884 | 5.44 | 1,292,645 | 5.63 | 1,099,239 | 5.23 |
| 2008 | 2,732,391 | 6.21 | 1,550,229 | 6.75 | 1,182,162 | 5.63 |
| 2009 | 3,097,564 | 7.05 | 1,800,143 | 7.84 | 1,297,421 | 6.17 |
| 2010 | 3,390,438 | 7.71 | 2,041,069 | 8.89 | 1,349,369 | 6.42 |
| 2011 | 3,628,501 | 8.25 | 2,305,122 | 10.04 | 1,323,379 | 6.30 |
| 2012 | 3,806,522 | 8.66 | 2,506,984 | 10.92 | 1,299,538 | 6.18 |
| 2013 | 3,725,543 | 8.47 | 2,461,395 | 10.72 | 1,264,148 | 6.02 |
| 2014 | 3,328,750 | 7.57 | 2,121,888 | 9.24 | 1,206,862 | 5.74 |
| 2015 | 2,713,321 | 6.17 | 1,699,773 | 7.40 | 1,013,548 | 4.82 |
| 2016 | 2,640,962 | 6.01 | 1,611,932 | 7.02 | 1,029,030 | 4.90 |
| 2017 | 2,136,331 | 4.86 | 1,273,631 | 5.55 | 862,700 | 4.11 |
| 2018 | 1,833,487 | 4.17 | 1,022,599 | 4.45 | 810,888 | 3.86 |
| 2019 | 1,477,861 | 3.67 | 777,560 | 3.70 | 700,301 | 3.64 |
| Total | 39,039,873 | 6.38 | 23,505,230 | 7.36 | 15,534,643 | 5.31 |

*The Total Average Annual Dosage Units Per Capita is calculated as Total Dosage Units divided by the product of Average Population and the number of active years (13.9 years) of CVS.

P-26319

Data Source: CVS Dispensing Data (2006-2019).

Lake County and Trumbull County, OH
1/2006 - 11/2019
CVS as Dispenser
Oxycodone and Hydrocodone
Dosage Units

Case: 1:17-md-02804-DAP  Doc #: 4046-14  Filed: 10/19/21  3 of 3.  PageID #: 555277

## Dispensing of Oxycodone and Hydrocodone, by CVS Store, by Year

| | Year | Lake and Trumbull County | Lake County |||||||||| Trumbull County ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CVS #4351 BR0268284 | CVS #7686 BC5866225 | CVS #5941 AR2980173 | CVS #4327 AR6897637 | CVS #3326 AR7232781 | CVS #3356 AR5547700 | CVS #4348 BR0130726 | CVS #16484 FO5704235 | CVS #17388 FO5704778 | CVS #3304 AR2963759 | CVS #4606 BR4211594 | CVS #2486 FO1802974 | CVS #3044 AR2608098 | CVS #3305 AR2960676 | CVS #16644 FO5704297 |
| # | Total | 39,039,873 | 5,893,146 | 4,383,917 | 3,164,784 | 3,128,933 | 3,005,323 | 2,437,732 | 1,360,442 | 84,429 | 46,524 | 4,552,321 | 4,437,168 | 3,043,754 | 2,479,064 | 821,846 | 200,490 |
| 1 | 2006 | 2,136,318 | 211,511 | 143,540 | 158,908 | 154,919 | 158,926 | 127,101 | 85,355 | 0 | 0 | 259,792 | 286,793 | 190,054 | 201,534 | 157,885 | 0 |
| 2 | 2007 | 2,391,884 | 352,095 | 184,725 | 169,865 | 160,427 | 192,397 | 139,374 | 93,762 | 0 | 0 | 273,345 | 290,192 | 217,359 | 193,665 | 124,678 | 0 |
| 3 | 2008 | 2,732,391 | 414,488 | 264,278 | 217,879 | 175,514 | 211,525 | 158,188 | 108,357 | 0 | 0 | 318,411 | 330,945 | 234,396 | 189,043 | 109,367 | 0 |
| 4 | 2009 | 3,097,564 | 492,515 | 307,546 | 253,438 | 210,967 | 234,776 | 171,608 | 129,293 | 0 | 0 | 363,114 | 337,210 | 285,989 | 185,665 | 125,443 | 0 |
| 5 | 2010 | 3,390,438 | 574,137 | 342,434 | 284,105 | 253,923 | 256,197 | 194,652 | 135,621 | 0 | 0 | 377,411 | 352,343 | 314,460 | 184,555 | 120,600 | 0 |
| 6 | 2011 | 3,628,501 | 639,413 | 386,085 | 311,606 | 319,360 | 293,196 | 213,109 | 142,353 | 0 | 0 | 359,545 | 356,022 | 280,707 | 196,121 | 130,984 | 0 |
| 7 | 2012 | 3,806,522 | 715,508 | 415,267 | 327,579 | 337,891 | 340,749 | 212,861 | 157,129 | 0 | 0 | 378,740 | 384,349 | 285,010 | 198,550 | 52,889 | 0 |
| 8 | 2013 | 3,725,543 | 716,273 | 436,616 | 316,145 | 374,863 | 285,665 | 191,312 | 140,521 | 0 | 0 | 378,271 | 408,241 | 288,905 | 188,731 | 0 | 0 |
| 9 | 2014 | 3,328,750 | 528,772 | 431,206 | 296,503 | 338,642 | 233,778 | 199,395 | 93,592 | 0 | 0 | 382,400 | 412,482 | 250,085 | 161,895 | 0 | 0 |
| 10 | 2015 | 2,713,321 | 364,282 | 398,796 | 222,480 | 215,504 | 227,773 | 219,428 | 48,244 | 2,270 | 996 | 361,368 | 327,021 | 138,408 | 183,883 | 0 | 2,868 |
| 11 | 2016 | 2,640,962 | 314,613 | 376,839 | 195,695 | 194,126 | 197,002 | 229,628 | 56,543 | 28,456 | 19,030 | 356,102 | 302,724 | 124,625 | 187,406 | 0 | 58,173 |
| 12 | 2017 | 2,136,331 | 229,606 | 304,048 | 165,538 | 156,471 | 155,496 | 161,981 | 64,517 | 22,815 | 13,159 | 290,776 | 239,331 | 138,377 | 146,285 | 0 | 47,931 |
| 13 | 2018 | 1,833,487 | 186,437 | 229,255 | 141,243 | 131,453 | 122,877 | 128,221 | 59,584 | 16,334 | 7,195 | 251,676 | 219,767 | 149,849 | 137,284 | 0 | 52,312 |
| 14 | 2019 | 1,477,861 | 153,496 | 163,282 | 103,800 | 104,873 | 94,966 | 90,874 | 45,571 | 14,554 | 6,144 | 201,370 | 189,748 | 145,530 | 124,447 | 0 | 39,206 |

P-26319

Data Source: CVS Dispensing Data (2006-2019).