Lake County and Trumbull County, OH
1/2006 - 12/2019
HBC (Giant Eagle) as Dispenser
8 Prescription Opioids: Oxycodone, Hydrocodone, Hydromorphone, Morphine, Oxymorphone, Tapentadol, Fentanyl, Methadone

Case: 1:17-md-02804-DAP  Doc #: 4046-15  Filed: 10/19/21  1 of 3.  PageID #: 555278

## Dispensing of Eight Prescription Opioids from HBC (Giant Eagle) Stores

| Region | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|
| Average Population | 439,668 | | 229,550 | | 210,118 | |
| Drug Name / Drug Code | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita |
| Hydrocodone  9193 | 26,721,196  60.6% | 4.34 | 8,140,928  48.5% | 2.53 | 18,580,268  68.1% | 6.32 |
| Oxycodone  9143 | 15,534,964  35.2% | 2.52 | 7,701,372  45.9% | 2.40 | 7,833,592  28.7% | 2.66 |
| **Subtotal** | 42,256,160  95.9% | 6.86 | 15,842,300  94.4% | 4.93 | 26,413,860  96.8% | 8.98 |
| Hydromorphone  9150 | 237,657  0.5% | 0.04 | 135,888  0.8% | 0.04 | 101,769  0.4% | 0.03 |
| Morphine  9300 | 817,166  1.9% | 0.13 | 325,665  1.9% | 0.10 | 491,501  1.8% | 0.17 |
| Oxymorphone  9652 | 101,418  0.2% | 0.02 | 58,672  0.3% | 0.02 | 42,746  0.2% | 0.01 |
| Tapentadol  9780 | 221,049  0.5% | 0.04 | 135,714  0.8% | 0.04 | 85,335  0.3% | 0.03 |
| Fentanyl  9801 | 3,164  0.0% | 0.00 | 3,024  0.0% | 0.00 | 140  0.0% | 0.00 |
| Methadone  9250B | 444,396  1.0% | 0.07 | 285,558  1.7% | 0.09 | 158,838  0.6% | 0.05 |
| **Subtotal** | 1,824,850  4.1% | 0.30 | 944,521  5.6% | 0.29 | 880,329  3.2% | 0.30 |
| **Grand Total** | 44,081,010  100% | 7.16 | 16,786,821  100% | 5.22 | 27,294,189  100% | 9.28 |

*Average Annual Dosage Units Per Capita is calculated as Total Dosage Units divided by the product of Average Population and the number of active years (14 years) of HBC (Giant Eagle).



PLAINTIFFS TRIAL EXHIBIT
P-26320-A

P-26320

Data Source: HBC (Giant Eagle) Dispensing Data (2006-2019).

## Dispensing of Oxycodone and Hydrocodone from HBC (Giant Eagle) Stores, by Year

| Region | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|
| Average Population | 439,668 | | 229,550 | | 210,118 | |
| Year | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita |
| 2006 | 2,388,690 | 5.43 | 623,535 | 2.72 | 1,765,155 | 8.40 |
| 2007 | 2,633,058 | 5.99 | 761,890 | 3.32 | 1,871,168 | 8.91 |
| 2008 | 3,039,572 | 6.91 | 1,006,141 | 4.38 | 2,033,431 | 9.68 |
| 2009 | 3,253,667 | 7.40 | 1,147,832 | 5.00 | 2,105,835 | 10.02 |
| 2010 | 3,474,708 | 7.90 | 1,240,194 | 5.40 | 2,234,514 | 10.63 |
| 2011 | 3,875,743 | 8.82 | 1,481,063 | 6.45 | 2,394,680 | 11.40 |
| 2012 | 4,054,403 | 9.22 | 1,590,316 | 6.93 | 2,464,087 | 11.73 |
| 2013 | 3,807,361 | 8.66 | 1,526,415 | 6.65 | 2,280,946 | 10.86 |
| 2014 | 3,488,557 | 7.93 | 1,364,499 | 5.94 | 2,124,058 | 10.11 |
| 2015 | 3,103,111 | 7.06 | 1,307,766 | 5.70 | 1,795,345 | 8.54 |
| 2016 | 2,793,536 | 6.35 | 1,196,128 | 5.21 | 1,597,408 | 7.60 |
| 2017 | 2,383,717 | 5.42 | 1,012,154 | 4.41 | 1,371,563 | 6.53 |
| 2018 | 2,133,151 | 4.85 | 861,242 | 3.75 | 1,271,909 | 6.05 |
| 2019 | 1,826,886 | 4.53 | 723,125 | 3.44 | 1,103,761 | 5.73 |
| Total | 42,256,160 | 6.86 | 15,842,300 | 4.93 | 26,413,860 | 8.98 |

*The Total Average Annual Dosage Units Per Capita is calculated as Total Dosage Units divided by the product of Average Population and the number of active years (14 years) of HBC (Giant Eagle).

Data Source: HBC (Giant Eagle) Dispensing Data (2006-2019).

P-26320

Lake County and Trumbull County, OH
1/2006 - 12/2019
HBC (Giant Eagle) as Dispenser
Oxycodone and Hydrocodone
Dosage Units

## Dispensing of Oxycodone and Hydrocodone, by HBC (Giant Eagle) Store, by Year

| # | Year | Lake and Trumbull County | Lake County | | | | | | | Trumbull County | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Giant Eagle #1217 BG8262343 | Giant Eagle #6377 BG6805482 | Giant Eagle #4004 BG6514803 | Giant Eagle #216 BG6555417 | Giant Eagle #6381 BG6670524 | Giant Eagle #1225 BG6914801 | Giant Eagle #196 BG6013697 | Giant Eagle #1405 BG2891693 | Giant Eagle #4056 BG1090012 | Giant Eagle #4002 BG0714964 | Giant Eagle #4051 BG0519718 | Giant Eagle #1419 BG4325634 | Giant Eagle #1435 BG4676245 | Giant Eagle #4011 BG6672768 |
| # | Total | 42,256,160 | 4,260,033 | 3,142,710 | 2,464,468 | 2,462,642 | 2,047,201 | 781,553 | 683,693 | 6,445,692 | 5,241,505 | 4,727,373 | 3,674,014 | 3,318,359 | 2,752,813 | 254,104 |
| 1 | 2006 | 2,388,690 | 114,821 | 89,233 | 148,209 | 115,697 | 83,879 | 39,186 | 32,510 | 380,426 | 300,067 | 333,735 | 222,675 | 189,961 | 205,106 | 133,185 |
| 2 | 2007 | 2,633,058 | 142,196 | 148,676 | 160,119 | 123,826 | 112,396 | 31,084 | 43,593 | 459,484 | 349,425 | 326,711 | 229,845 | 228,256 | 156,528 | 120,919 |
| 3 | 2008 | 3,039,572 | 208,461 | 204,491 | 188,662 | 139,933 | 150,470 | 51,485 | 62,639 | 502,942 | 408,709 | 358,916 | 267,574 | 252,434 | 242,856 | 0 |
| 4 | 2009 | 3,253,667 | 255,206 | 234,259 | 208,659 | 178,277 | 159,860 | 48,989 | 62,582 | 515,108 | 424,511 | 386,664 | 278,960 | 266,644 | 233,948 | 0 |
| 5 | 2010 | 3,474,708 | 282,224 | 274,362 | 203,363 | 171,947 | 186,982 | 61,241 | 60,075 | 551,554 | 452,818 | 390,875 | 292,101 | 301,676 | 245,490 | 0 |
| 6 | 2011 | 3,875,743 | 371,190 | 309,547 | 240,079 | 210,560 | 195,576 | 82,034 | 72,077 | 576,757 | 448,562 | 425,627 | 342,144 | 340,087 | 261,503 | 0 |
| 7 | 2012 | 4,054,403 | 450,674 | 298,975 | 237,040 | 247,373 | 203,824 | 85,351 | 67,079 | 632,753 | 464,392 | 454,160 | 329,603 | 332,254 | 250,925 | 0 |
| 8 | 2013 | 3,807,361 | 455,620 | 286,988 | 219,742 | 239,230 | 184,308 | 78,806 | 61,721 | 537,358 | 443,144 | 430,969 | 331,535 | 306,491 | 231,449 | 0 |
| 9 | 2014 | 3,488,557 | 417,369 | 269,184 | 197,828 | 200,577 | 152,494 | 70,240 | 56,807 | 455,705 | 457,652 | 399,090 | 328,351 | 272,723 | 210,537 | 0 |
| 10 | 2015 | 3,103,111 | 386,158 | 264,565 | 178,570 | 198,426 | 159,889 | 73,988 | 46,170 | 444,297 | 403,380 | 313,731 | 282,186 | 174,375 | 177,376 | 0 |
| 11 | 2016 | 2,793,536 | 352,015 | 232,413 | 160,621 | 197,136 | 151,372 | 67,558 | 35,013 | 427,182 | 321,156 | 262,590 | 252,185 | 187,119 | 147,176 | 0 |
| 12 | 2017 | 2,383,717 | 318,700 | 202,566 | 129,779 | 156,617 | 122,080 | 50,791 | 31,621 | 362,254 | 278,725 | 228,948 | 198,206 | 166,545 | 136,885 | 0 |
| 13 | 2018 | 2,133,151 | 280,433 | 172,821 | 105,947 | 139,958 | 95,522 | 38,846 | 27,715 | 322,098 | 257,348 | 218,132 | 173,243 | 165,864 | 135,224 | 0 |
| 14 | 2019 | 1,826,886 | 224,966 | 154,630 | 85,850 | 143,085 | 88,549 | 1,954 | 24,091 | 277,774 | 231,616 | 197,225 | 145,406 | 133,930 | 117,810 | 0 |

Data Source: HBC (Giant Eagle) Dispensing Data (2006-2019).

P-26320