Lake County and Trumbull County, OH
1/2006-4/2018
Walmart as Dispenser
8 Prescription Opioids: Oxycodone, Hydrocodone, Hydromorphone, Morphine, Oxymorphone, Tapentadol, Fentanyl, Methadone

Case: 1:17-md-02804-DAP  Doc #: 4046-16  Filed: 10/19/21  1 of 3.  PageID #: 555281

## Dispensing of Eight Prescription Opioids from Walmart Stores

| Region | | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|---|
| **Average Population** | | **439,668** | | **229,550** | | **210,118** | |
| | | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita |
| **Drug Name** | **Drug Code** | | | | | | |
| Hydrocodone | 9193 | 7,270,789  48.1% | 1.34 | 3,813,525  38.6% | 1.35 | 3,457,264  66.1% | 1.33 |
| Oxycodone | 9143 | 6,847,257  45.3% | 1.26 | 5,210,503  52.7% | 1.84 | 1,636,754  31.3% | 0.63 |
| **Subtotal** | | **14,118,046  93.4%** | **2.60** | **9,024,028  91.2%** | **3.19** | **5,094,018  97.4%** | **1.97** |
| Hydromorphone | 9150 | 130,816  0.9% | 0.02 | 126,334  1.3% | 0.04 | 4,482  0.1% | 0.00 |
| Morphine | 9300 | 328,148  2.2% | 0.06 | 279,441  2.8% | 0.10 | 48,707  0.9% | 0.02 |
| Oxymorphone | 9652 | 27,261  0.2% | 0.01 | 23,274  0.2% | 0.01 | 3,987  0.1% | 0.00 |
| Tapentadol | 9780 | 42,912  0.3% | 0.01 | 37,110  0.4% | 0.01 | 5,802  0.1% | 0.00 |
| Fentanyl | 9801 | 0  0.0% | 0.00 | 0  0.0% | 0.00 | 0  0.0% | 0.00 |
| Methadone | 9250B | 472,076  3.1% | 0.09 | 400,584  4.1% | 0.14 | 71,492  1.4% | 0.03 |
| **Subtotal** | | **1,001,213  6.6%** | **0.18** | **866,743  8.8%** | **0.31** | **134,470  2.6%** | **0.05** |
| **Grand Total** | | **15,119,259  100%** | **2.79** | **9,890,771  100%** | **3.49** | **5,228,488  100%** | **2.02** |

*Average Annual Dosage Units Per Capita is calculated as Total Dosage Units divided by the product of Average Population and the number of active years (12.3 years) of Walmart.



PLAINTIFFS TRIAL EXHIBIT
P-26322-A

P-26322

Data Source: Walmart Dispensing Data (2006-2018).

## Dispensing of Oxycodone and Hydrocodone from Walmart Stores, by Year

| Region | Lake/Trumbull | | Lake County, OH | | Trumbull County, OH | |
|---|---|---|---|---|---|---|
| Average Population | 439,668 | | 229,550 | | 210,118 | |
| Year | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita | Total Dosage Units | Average Annual Dosage Units Per Capita |
| 2006 | 555,976 | 1.26 | 362,838 | 1.58 | 193,138 | 0.92 |
| 2007 | 722,410 | 1.64 | 494,876 | 2.16 | 227,534 | 1.08 |
| 2008 | 902,684 | 2.05 | 647,787 | 2.82 | 254,897 | 1.21 |
| 2009 | 1,088,292 | 2.48 | 795,270 | 3.46 | 293,022 | 1.39 |
| 2010 | 1,253,031 | 2.85 | 868,827 | 3.78 | 384,204 | 1.83 |
| 2011 | 1,319,879 | 3.00 | 939,440 | 4.09 | 380,439 | 1.81 |
| 2012 | 1,252,795 | 2.85 | 877,800 | 3.82 | 374,995 | 1.78 |
| 2013 | 1,327,277 | 3.02 | 906,608 | 3.95 | 420,669 | 2.00 |
| 2014 | 1,379,283 | 3.14 | 854,930 | 3.72 | 524,353 | 2.50 |
| 2015 | 1,401,433 | 3.19 | 772,098 | 3.36 | 629,335 | 3.00 |
| 2016 | 1,417,016 | 3.22 | 719,621 | 3.13 | 697,395 | 3.32 |
| 2017 | 1,191,082 | 2.71 | 608,597 | 2.65 | 582,485 | 2.77 |
| 2018 | 306,888 | 0.70 | 175,336 | 0.76 | 131,552 | 0.63 |
| **Total** | **14,118,046** | **2.60** | **9,024,028** | **3.19** | **5,094,018** | **1.97** |

*The Total Average Annual Dosage Units Per Capita is calculated as Total Dosage Units divided by the product of Average Population and the number of active years (12.3 years) of Walmart.

Data Source: Walmart Dispensing Data (2006-2018).

P-26322

Lake County and Trumbull County, OH
1/2006-4/2018
Walmart as Dispenser
Oxycodone and Hydrocodone
Dosage Units

Case: 1:17-md-02804-DAP  Doc #: 4046-16  Filed: 10/19/21  3 of 3.  PageID #: 555283

## Dispensing of Oxycodone and Hydrocodone, by Walmart Store, by Year

| | | | Lake County | | | Trumbull County | |
|---|---|---|---|---|---|---|---|
| # | Year | Lake and Trumbull County | Walmart #1863 BW5397383 | Walmart #3608 BW9568518 | Walmart #1857 BW5397371 | Walmart #2197 FW0690950 | Walmart #3860 FW1559268 |
| # | Total | 14,118,046 | 4,441,831 | 2,522,590 | 2,059,607 | 3,785,730 | 1,308,288 |
| 1 | 2006 | 555,976 | 169,881 | 63,161 | 129,796 | 193,138 | 0 |
| 2 | 2007 | 722,410 | 235,393 | 128,364 | 131,119 | 227,534 | 0 |
| 3 | 2008 | 902,684 | 340,290 | 160,912 | 146,585 | 254,897 | 0 |
| 4 | 2009 | 1,088,292 | 393,724 | 229,808 | 171,738 | 271,928 | 21,094 |
| 5 | 2010 | 1,253,031 | 433,109 | 253,384 | 182,334 | 277,669 | 106,535 |
| 6 | 2011 | 1,319,879 | 467,421 | 279,263 | 192,756 | 244,789 | 135,650 |
| 7 | 2012 | 1,252,795 | 455,207 | 254,040 | 168,553 | 246,004 | 128,991 |
| 8 | 2013 | 1,327,277 | 504,880 | 227,447 | 174,281 | 277,566 | 143,103 |
| 9 | 2014 | 1,379,283 | 432,384 | 235,460 | 187,086 | 352,703 | 171,650 |
| 10 | 2015 | 1,401,433 | 349,094 | 231,193 | 191,811 | 436,719 | 192,616 |
| 11 | 2016 | 1,417,016 | 323,109 | 217,058 | 179,454 | 501,244 | 196,151 |
| 12 | 2017 | 1,191,082 | 266,271 | 187,550 | 154,776 | 415,168 | 167,317 |
| 13 | 2018 | 306,888 | 71,068 | 54,950 | 49,318 | 86,371 | 45,181 |

P-26322

Data Source: Walmart Dispensing Data (2006-2018).