# EXHIBIT C

Page 1

1                IN THE UNITED STATES DISTRICT COURT

2                  FOR THE NORTHERN DISTRICT OF OHIO

3                          EASTERN DIVISION

4

5    IN RE: NATIONAL PRESCRIPTION   )
     OPIATE LITIGATION              )
6                                   )  MDL No. 2804
     THIS DOCUMENT RELATES TO:      )  Case No. 17-md-2804
7                                   )
     Track Three Cases             )

8

9

10

11

12

13

14    VIDEOTAPED RULE 30(b)(6) DEPOSITION OF KIM FRASER

15                     Conducted via Zoom

16                     Painesville, Ohio

17                  Tuesday, March 2nd, 2021

18

19

20

21

22

23

24    REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR

25    JOB NO.:      4477967

1     A.    It's -- no, it's three, one-sided pages.

2     Q.    Thank you.  Okay.

3           So showing you Exhibit 1, is this your

4     LinkedIn biography?

5     A.    Yes, it is.

6     Q.    And is it accurate?

7     A.    Yes, it is.

8     Q.    All right.  It indicates that you are the

9     executive director of the Lake County Board of

10    Alcohol, Drug Addiction and Mental Health Services;

11    is that correct?

12    A.    Yes, it is.

13    Q.    And so I don't have to keep repeating

14    that, we're going to use the acronym ADAMHS.

15          Is that okay with you?

16    A.    Yes.

17    Q.    All right.  So you have been the executive

18    director of ADAMHS since July of 2007; is that

19    correct?

20    A.    That's correct.

21    Q.    And what do you do as executive director

22    of ADAMHS?

23    A.    Well, the ADAMHS Board is responsible for

24    planning, funding, monitoring, and evaluating the

25    County's behavioral health system.  So we're

Page  20

1    responsible for overseeing the mental health and

2    substance use disorder services that are provided

3    throughout the county.

4            We exist by state statute.  Ohio Revised

5    Code says that every county in the state will have

6    an ADAMHS Board, and, you know, our job is to ensure

7    that any person in Lake County, regardless of age,

8    regardless of gender, regardless of socioeconomic

9    status, has access to the best mental health and

10   addiction recovery services when and where they want

11   to receive those.

12           So as executive director of the ADAMHS

13   Board, my job is to make sure that we have

14   behavioral health services, mental health, and

15   substance use disorder services for the county for

16   any of our constituents in the county that are

17   efficient, effective, that we're accountable for all

18   of the dollars that come to the ADAMHS Board for the

19   operation of the services.

20           We don't provide the services directly out

21   of our office.  We then contract with providers

22   throughout the county, so as executive director,

23   part of my job is to really oversee those contracts

24   and make sure that the providers within our system

25   are meeting our expectations, are making sure that

1   the Lake Countians have access to those services.

2   My job is also to evaluate what the needs are for

3   the community.

4           So every year we re-evaluate, are there

5   new initiatives that we need to stand up, are there

6   services that we no longer need.  My job is to

7   really drive the system and ensure that we have the

8   services that are in place that are going to meet

9   those needs of our constituents.

10          So, again, if there's a new need within

11  the community, part of my job is to work with my

12  stakeholders, work with consumers, and that's the

13  name we use for individuals who need and use our

14  services, work with family members who have loved

15  ones who depend upon our services, identify what,

16  kind of, that blend of services is that we need to

17  make sure that the behavioral health of our

18  community is addressed.

19          So, again, that can be networking with

20  other stakeholders, networking with peers in the

21  county, networking with peers throughout the state,

22  so looking at other ADAMHS Boards.

23          So I regularly meet with ADAMHS Boards

24  from throughout the state, find out what kind of

25  best practices are happening, find out what they're

Page 23

1   Lake County viable from a behavioral health
2   perspective.
3           So my job is multifaceted, working with
4   all of those partners from -- at the local level, at
5   the state level, even at the federal level, working
6   with SAMHSA, working with the federal legislation to
7   make sure that behavioral health continues to be
8   funded in a way that supports the needs of our
9   community.
10      Q.   Okay.  Now, before you were the executive
11  director of the Lake County ADAMHS Board, you were
12  the director of quality improvement from October of
13  1999 to July of 2007; is that correct?
14      A.   That is correct.
15      Q.   And if you could briefly describe for me
16  what your duties were in that position.
17      A.   Sure.
18          When I joined the board in '99, I came on
19  as the director of quality improvement.  And my job
20  was really to look at what were the best practices
21  amongst our agencies.
22          So as a board, we have oversight over our
23  provider agencies.  We want to make sure that client
24  rights are being adhered to, that clinical records
25  are being adhered to, that productivity standards

Page 34

1           So that time I would estimate would be --
2    with the colleague interviews, I probably spent
3    two hours probably with each, and there were four
4    individuals with whom I spoke.
5           And then reviewing documents and reviewing
6    what I know.  The other thing I did was really call
7    upon my own knowledge and expertise in the area.
8    I've worked in Lake County for over 25 years.  I've
9    been with the ADAMHS Board since '99.  I have been
10   intimately involved in the response to the
11   prescription opioid epidemic for over a decade.
12          So I really called upon my own expertise
13   and knowledge, combined hours of reviewing
14   documents, and reviewing my knowledge base, probably
15   another 40 hours.
16          So, collectively, I probably spent -- I've
17   probably spent 80 to 90 hours.
18       Q.   Now, you mentioned that you spoke to
19   colleagues.
20          To whom did you speak with?
21       A.   I spoke with -- I'm pulling my notes that
22   I have in front of me just because I kept notes on
23   those conversations.
24          But I spoke with Captain Ron Walters from
25   the Lake County Sheriff's Office.

Page 48

1   Services.  Those are surveys that have been done at

2   the state level because -- and those were borne out

3   of this growing recognition that virtually every,

4   every life is, in some way, touched by this

5   epidemic.

6              So those were -- those were surveys that

7   were done at the state level that really

8   demonstrated the need for resources to address this

9   huge epidemic that we're experiencing.

10      Q.   Can you identify for me the name of any of

11  those surveys or studies that you're relying on for

12  the two-thirds figure?

13      A.   What I can tell you is -- what I'm relying

14  on is my ten years' experience working with this

15  particular issue in Lake County.

16             I have been on Opiate Task Forces at the

17  state level.  I have attended every opioid

18  conference that the state has put on since 2012.

19  I've presented at a number of the opioid conferences

20  that the state has put on.

21             It's information that is continually

22  coming to us to help us to respond to this flooding

23  of addiction that we're seeing.

24      Q.   Okay.  And you said the two-thirds figure

25  was for addiction to prescription opioids.

1  the data is not always exact because of, as I
2  explained, you know, these things can bleed over.
3      Q.   Are you aware of any collections --
4          MR. BADALA:  Before you go, did you finish
5      with your answer, Kim?  I'm sorry.
6          THE WITNESS:  What?
7          I was going to let you know of other
8      organizations because you asked me for the
9      organizations.  And there are multiple
10      organizations that gather data that drive
11      decision-making, you know.
12          We've got the treatment providers.  I
13      mentioned one.  I can talk about other
14      treatment providers who look at that.
15  BY MR. BROWN:
16      Q.   Well, let me -- rather than go down that
17  road, and we will get to some of that later, let me
18  focus instead on any studies, if you will, of --
19  we'll call them studies.
20          Are you aware of any studies,
21  epidemiological studies or otherwise, of the drugs
22  that citizens of Lake County abuse?
23      A.   We're looking at that all the time, but
24  we're basing that on the information that we gather.
25  We create programs because more people are coming

Page 58

1    into the behavioral health system in need of

2    treatment for prescription opioid addiction.

3            When you say "studies," this is not

4    something where you can kind of send out a survey

5    and say "Tell me what you're addicted to," because,

6    again, there's so much bleed-over.

7            As I mentioned in that example, somebody

8    comes in saying I need treatment for a specific type

9    of addiction.  And two weeks, four weeks, six weeks

10   down the line, we draw it back and realize that it

11   started with a prescription opioid addiction.

12       Q.   Are you familiar with the term epidem- --

13   I'm going to mispronounce it because I always have

14   trouble with it -- "epidemiological studies"?

15       A.   Yes, I am.

16       Q.   You are familiar with that term when

17   pronounced correctly.  Okay.

18            Are there any such studies of drug abuse

19   in Lake County?

20       A.   We have studies of -- the Lake County

21   General Health District has a review of overdose

22   deaths.  But, again, so often those are

23   polysubstance.  So to be able to garner back what

24   was the initial drug of choice, but how did this

25   start.

Page 62

1    individuals are following.  We know that that's the

2    gateway.

3            We know from the OSAM reports that we

4    receive from the State that, again, time and again,

5    individuals are reporting that they started on a

6    prescription; that they became addicted to that

7    prescription; they were no longer able to secure

8    that.  The addiction didn't go away, and so they

9    turned to street drugs.

10       Q.   Are you -- are there individuals who began

11   using heroin and continued to use heroin without

12   ever using a prescription opioid?

13       A.   Yes, there would be individuals, yes.

14       Q.   And are there individuals who obtain

15   prescription opioids, not pursuant to a valid

16   prescription, but on the street who became addicted

17   to opioids?

18       A.   Yes.

19            But if I could just finish, your question

20   about heroin, I want to be clear.  You know,

21   certainly the answer is yes.  There are individuals

22   who start on heroin.  That's their drug of choice.

23   That's what they use.

24            We also know that in Lake County crime

25   rates have gone up; theft has gone up, house