# EXHIBIT D

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF OHIO
3                    EASTERN DIVISION
4
5  IN RE: NATIONAL PRESCRIPTION    )
   OPIATE LITIGATION               )
6                                  ) MDL No. 2804
   THIS DOCUMENT RELATES TO:       ) Case No. 17-md-2804
7                                  )
   Track Three Cases               )
8
9
10
11
12
13
14      VIDEOTAPED DEPOSITION OF KIMBERLY FRASER
15                 Conducted via Zoom
16                  Painesville, Ohio
17               Monday, March 8th, 2021
18
19
20
21
22
23
24  REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR
25  JOB NO.:      4450197

Page 82

1 facing.

2 Q. And these presentations are provided by
3 ADAMHS Board staff; is that right?

4 A. That's correct.

5 Q. This isn't something that you contract out
6 to one of your service providers?

7 A. No, we provided those ourselves.

8 Q. Do the presentations discuss other illicit
9 substances besides opioids?

10 A. They discuss other illicit substances, but
11 the biggest impact that we were seeing on our
12 community was this -- the prescription opioid crisis
13 and how it had become a gateway to other substances
14 impacting our community.

15 Q. Can you tell me what the other substance,
16 illicit substances are that are discussed in these
17 presentations?

18 A. The presentation includes information
19 about fentanyl and the fentanyl analogs. Some of
20 the presentations talked about carfentanil. Some of
21 the presentations talked about how fentanyl has been
22 now cut into so many other street drugs, so once a
23 person has that addiction to the prescription opioid
24 and they're needing to meet that need, they may be
25 turning to other drugs on the street to feed that