# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster |

### WALMART'S MOTION TO FILE UNDER SEAL THEIR MEMORANDUM AND EXHIBITS IN SUPPORT OF THEIR MOTION *IN LIMINE* TO EXCLUDE DEFENDANT-SPECIFIC OPINIONS BY DAVID CUTLER

Pursuant to MDL CMO-2 (Doc No. 441), Defendant Walmart Inc. ("Walmart") respectfully moves this Court for leave to file under seal its Motion *in Limine* to Exclude Defendant-Specific Opinions by David Cutler, together with its exhibits, which are being filed concurrently herewith.

Specifically, Walmart seeks leave to seal excerpts from David Cutler and Craig McCann's expert reports, deposition testimony of David Cutler, and the memorandum that quotes from these documents. The information contained in these materials has been marked as Confidential or Highly Confidential by Plaintiffs pursuant to MDL CMO-2. Filing these materials under seal in the first instance will provide the parties with the opportunity to meet and confer to redact the Confidential information prior to filing the material on the docket.

Accordingly, Walmart requests that the Court grant permission for the Defendants to file under seal its Motion *in Limine* to Exclude Defendant-Specific Opinions by David Cutler and exhibits thereto.

October 20, 2021                                                  Respectfully submitted,

/s/ *John M. Majoras*
John M. Majoras
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Phone: (202) 879-3939
Fax: (202) 626-1700
Email: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2021, a notice of the foregoing has been served via CM/ECF to all counsel of record, and copies have been served on the same by e-mail.

/s/  *John M. Majoras*
John M. Majoras

*Attorney for Walmart Inc.*