# EXHIBIT A

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | 156:16 | THE WITNESS: I recall that, yes. | | |
| 158 | 156:18 - 156:23 | Ashley, Demetra 2021-03-11 | 00:00:17 | 01:10:13 | 00:28:32 |
| | | 156:18 | Q. And some of the conduct at those CVS and | | |
| | | 156:19 | Walgreens stores were investigated, and the subject | | |
| | | 156:20 | of enforcement actions brought against those | | |
| | | 156:21 | companies by the DEA. | | |
| | | 156:22 | Without going into details, isn't that | | |
| | | 156:23 | true? | | |
| 159 | 157:10 - 157:10 | Ashley, Demetra 2021-03-11 | 00:00:00 | 01:10:30 | 00:28:15 |
| | | 157:10 | THE WITNESS: I am aware of that, yes. | | |
| 160 | 159:7 - 159:16 | Ashley, Demetra 2021-03-11 | 00:01:00 | 01:10:30 | 00:28:15 |
| | | 159:7 | Q. I asked you earlier, in general, that when | | |
| | | 159:8 | the DEA files and proceeds with enforcement actions | | |
| | | 159:9 | against the pharmacies, including these defendants, | | |
| | | 159:10 | whether there is information published about those | | |
| | | 159:11 | enforcement -- that conclusions of those enforcement | | |
| | | 159:12 | actions published by the DEA in the Federal | | |
| | | 159:13 | Register. | | |
| | | 159:14 | Do you remember my question about that? | | |
| | | 159:15 | A. I do. | | |
| | | 159:16 | Q. If you would pull out P-OD-WAG-00248. | | |
| 161 | 159:24 - 160:3 | Ashley, Demetra 2021-03-11 | 00:00:11 | 01:11:30 | 00:27:15 |
| | | 159:24 | MR. WEINBERGER: This is Exhibit 6, | | |
| | | 159:25 | Plaintiffs' Exhibit 6. | | |
| | | 160:1 | (Plaintiff Exhibit 6 was marked | | |
| | | 160:2 | for identification.) | | |
| | | 160:3 | MR. WEINBERGER: Thanks for reminding me. | | |
| 162 | 160:5 - 160:8 | Ashley, Demetra 2021-03-11 | 00:00:22 | 01:11:41 | 00:27:04 |
| | | 160:5 | Q. This is -- this is a settlement agreement | | |
| | | 160:6 | between the federal government and CVS from 2015, | | |
| | | 160:7 | and I just want to -- first of all, are you familiar | | |
| | | 160:8 | with the settlement agreement, the document itself? | | |
| 163 | 160:13 - 160:14 | Ashley, Demetra 2021-03-11 | 00:00:07 | 01:12:03 | 00:26:42 |
| | | 160:13 | THE WITNESS: I'm familiar with the | | |
| | | 160:14 | settlement agreement with CVS. | | |

■ Defense    ■ Plaintiffs

| | | | | | | |
|---|---|---|---|---|---|---|
| 164 | **160:16 -161:23** | Ashley, Demetra 2021-03-11 | | 00:02:05 | 01:12:10 | 00:26:35 |

| | |
|---|---|
| 160:16 | Q. Okay. And I'm not going to ask you about |
| 160:17 | details of the investigation because that's |
| 160:18 | off-limits for me today. |
| 160:19 | But if you look at Page 3 of the |
| 160:20 | agreement, Paragraph K, it says here, "CVS |
| 160:21 | acknowledges that certain CVS/pharmacy retail stores |
| 160:22 | did dispense certain controlled substances in a |
| 160:23 | manner not fully consistent with their compliance |
| 160:24 | obligations under the CSA and its implementing |
| 160:25 | regulations." |
| 161:1 | Do you see that? |
| 161:2 | A. I do. |
| 161:3 | Q. And if you go back to Page 2, Paragraph G, |
| 161:4 | it says, "CVS" -- and this is the corporation CVS, |
| 161:5 | right? |
| 161:6 | A. Yes. |
| 161:7 | Q. Not some individual pharmacist, right? |
| 161:8 | A. Correct. |
| 161:9 | Q. It says, "CVS acknowledges that it has a |
| 161:10 | corresponding responsibility to dispense only those |
| 161:11 | prescriptions that have been issued for a legitimate |
| 161:12 | medical purpose by an individual practitioner acting |
| 161:13 | in the usual course of professional practice and |
| 161:14 | that knowingly filling a prescription not in the |
| 161:15 | usual course of professional practice [sic] or in |
| 161:16 | legitimate and authorized research subjects CSA -- |
| 161:17 | CVS to penalties under the CSA." |
| 161:18 | Did I read that correctly? |
| 161:19 | A. Yes. |
| 161:20 | Q. And the Department of Justice issued a |
| 161:21 | press release about this settlement, and we will |
| 161:22 | pull that out. It's P-GEN-00221. |
| 161:23 | A. I have it. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 165 | **162:1 -162:10** | Ashley, Demetra 2021-03-11 | | 00:00:38 | 01:14:15 | 00:24:30 |

| | |
|---|---|
| 162:1 | (Plaintiff Exhibit 7 was marked |
| 162:2 | for identification.) |
| 162:3 | BY MR. WEINBERGER: |
| 162:4 | Q. So this is from the Department of Justice |
| 162:5 | website. |
| 162:6 | A. Yes. |

Defense    Plaintiffs

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | 162:7 | Q. And this is a report of the settlement we |   |   |
|   |   | 162:8 | just looked at.  The United States reached a |   |   |
|   |   | 162:9 | $22 million settlement agreement with CVS for the |   |   |
|   |   | 162:10 | unlawful distribution of controlled substances. |   |   |
| 166 | **162:14 - 162:15** | Ashley, Demetra 2021-03-11 | 00:00:03 | 01:14:53 | 00:23:52 |
|   |   | 162:14 | Q. Have I read that correctly? |   |   |
|   |   | 162:15 | A. Yes. |   |   |
| 167 | **162:20 - 163:8** | Ashley, Demetra 2021-03-11 | 00:00:35 | 01:14:56 | 00:23:49 |
|   |   | 162:20 | Q. Look at the -- on the first paragraph, the |   |   |
|   |   | 162:21 | last line that says, "CVS."  "CVS further |   |   |
|   |   | 162:22 | acknowledged"? |   |   |
|   |   | 162:23 | A. Yes. |   |   |
|   |   | 162:24 | Q. It says, "CVS further acknowledged that |   |   |
|   |   | 162:25 | certain of its retail stores dispensed certain |   |   |
|   |   | 163:1 | controlled substances in a manner not fully |   |   |
|   |   | 163:2 | consistent with their compliance obligations under |   |   |
|   |   | 163:3 | the Controlled Substances Act and related |   |   |
|   |   | 163:4 | regulations." |   |   |
|   |   | 163:5 | Have I read that correctly? |   |   |
|   |   | 163:6 | A. Yes. |   |   |
|   |   | 163:7 | Q. Did you have knowledge of that occurring |   |   |
|   |   | 163:8 | when you were at the DEA? |   |   |
| 168 | **163:12 - 163:14** | Ashley, Demetra 2021-03-11 | 00:00:10 | 01:15:31 | 00:23:14 |
|   |   | 163:12 | Q. I'm sorry, did you have knowledge of this |   |   |
|   |   | 163:13 | settlement at the time, not the investigation, of |   |   |
|   |   | 163:14 | this settlement? |   |   |
| 169 | **163:18 - 163:23** | Ashley, Demetra 2021-03-11 | 00:00:29 | 01:15:41 | 00:23:04 |
|   |   | 163:18 | THE WITNESS:  Yes, I had knowledge of it. |   |   |
|   |   | 163:19 | MR. WEINBERGER:  And if you look at |   |   |
|   |   | 163:20 | P-GEN-00222, we will mark that as Exhibit 8. |   |   |
|   |   | 163:21 | (Plaintiff Exhibit 8 was marked |   |   |
|   |   | 163:22 | for identification.) |   |   |
|   |   | 163:23 | THE WITNESS:  I have it. |   |   |
| 170 | **163:25 - 164:22** | Ashley, Demetra 2021-03-11 | 00:01:32 | 01:16:10 | 00:22:35 |
|   |   | 163:25 | Q. This is a -- this is from the Department |   |   |
|   |   | 164:1 | of Justice website announcing an $8 million |   |   |
|   |   | 164:2 | settlement with CVS for the unlawful distribution of |   |   |

■ Defense    ■ Plaintiffs

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | 164:3 | controlled substances in 2016.  And it says here -- | | |
| | | 164:4 | there's a number of comments from the U.S. Attorney | | |
| | | 164:5 | who was in charge of this enforcement action, but | | |
| | | 164:6 | look at the last paragraph on the first page. | | |
| | | 164:7 | It says, "According to the settlement | | |
| | | 164:8 | agreement, CVS acknowledged that between 2008 and | | |
| | | 164:9 | 2012 certain CVS pharmacy stores in Maryland | | |
| | | 164:10 | dispensed controlled substances, including | | |
| | | 164:11 | oxycodone, fentanyl, and hydrocodone, in a manner | | |
| | | 164:12 | not fully consistent with their compliance | | |
| | | 164:13 | obligations under the CSA and related regulations. | | |
| | | 164:14 | This included failing to comply with a pharmacist's | | |
| | | 164:15 | liability to ensure the controlled substance | | |
| | | 164:16 | prescriptions were issued for a legitimate medical | | |
| | | 164:17 | purpose.  Caps off an investigation that was part of | | |
| | | 164:18 | the DEA's crackdown on prescription drug abuse in | | |
| | | 164:19 | Maryland." | | |
| | | 164:20 | So this was CVS acknowledging their | | |
| | | 164:21 | obligations and responsibilities, not some | | |
| | | 164:22 | pharmacist for CVS, right? | | |
| 171 | 165:2 - 165:7 | Ashley, Demetra 2021-03-11 | 00:00:20 | 01:17:42 | 00:21:03 |
| | | 165:2 | Q.  Well, you were familiar with this | | |
| | | 165:3 | settlement, right? | | |
| | | 165:4 | A.  Yes, I'm familiar with the settlement. | | |
| | | 165:5 | Q.  And the Department of Justice's | | |
| | | 165:6 | description of the settlement that I just read is | | |
| | | 165:7 | consistent with your understanding of it, correct? | | |
| 172 | 165:10 - 165:11 | Ashley, Demetra 2021-03-11 | 00:00:09 | 01:18:02 | 00:20:43 |
| | | 165:10 | Q.  Personal understanding. | | |
| | | 165:11 | A.  Yes. | | |
| 173 | 165:20 - 166:1 | Ashley, Demetra 2021-03-11 | 00:00:37 | 01:18:11 | 00:20:34 |
| | | 165:20 | Q.  This is the -- this is the agreement, | | |
| | | 165:21 | Exhibit 9, that's referenced in that -- in the DOJ | | |
| | | 165:22 | press release, and if you look at Page 2 of the | | |
| | | 165:23 | agreement, Section E, just like the other agreement, | | |
| | | 165:24 | it has CVS acknowledging that it has a corresponding | | |
| | | 165:25 | responsibility, right? | | |
| | | 166:1 | A.  Right. | | |

■ Defense   ■ Plaintiffs

| | | | | | | |
|---|---|---|---|---|---|---|
| 174 | **166:15-166:18** | Ashley, Demetra 2021-03-11 | | 00:00:10 | 01:18:48 | 00:19:57 |

    166:15    Q.  All right.  Then, I'll ask the former.
    166:16        Does the agreement say that, that CVS is
    166:17    acknowledging it has a corresponding responsibility?
    166:18    A.  Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| 175 | **167:5-167:17** | Ashley, Demetra 2021-03-11 | | 00:00:53 | 01:18:58 | 00:19:47 |

    167:5        And then in Paragraph G, it says, CVS
    167:6    acknowledges that these CVS/pharmacy stores
    167:7    dispensed in a manner -- controlled substances in a
    167:8    manner not fully consistent with their compliance
    167:9    obligations and their corresponding responsibility.
    167:10        Is that what the agreement says?
    167:11    A.  That's what it says, correct.
    167:12    Q.  Now, let's move to Walgreens for a moment,
    167:13    Ms. Swift's client.
    167:14        Are you familiar generally with the fact
    167:15    that, in 2013, Walgreens agreed to pay a settlement
    167:16    of $80 million for civil penalties under the
    167:17    Controlled Substances Act?

| | | | | | | |
|---|---|---|---|---|---|---|
| 176 | **167:20-167:25** | Ashley, Demetra 2021-03-11 | | 00:00:16 | 01:19:51 | 00:18:54 |

    167:20        THE WITNESS:  Yes, I'm familiar with that.
    167:21        MR. WEINBERGER:  Okay.  Let's take a look
    167:22    at P-GEN-00224.  I'm going to mark this as
    167:23    Exhibit 10.
    167:24        (Plaintiff Exhibit 10 was marked
    167:25        for identification.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 177 | **168:2-168:16** | Ashley, Demetra 2021-03-11 | | 00:01:02 | 01:20:07 | 00:18:38 |

    168:2    Q.  This is the press release from the
    168:3    Department of Justice.
    168:4        And in this press release, at Paragraph 2,
    168:5    the second paragraph, it says, "The settlement, the
    168:6    largest in DEA history, resolves allegations that
    168:7    the Registrants," meaning Walgreens, "committed an
    168:8    unprecedented number of recordkeeping and dispensing
    168:9    violations under the Act.  According to documents
    168:10    filed in the underlying administrative actions, the
    168:11    Registrants negligently allowed controlled
    168:12    substances listed as -- in Schedules II to V of the
    168:13    Act, such as oxycodone and other prescription

Defense    Plaintiffs

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   | 168:14 | painkillers, to be diverted for abuse and illegal |   |   |   |
|   |   | 168:15 | black market sales." |   |   |   |
|   |   | 168:16 | Did I read that correctly? |   |   |   |
| 178 | **168:23 - 169:5** | Ashley, Demetra 2021-03-11 | 00:00:18 | 01:21:09 | 00:17:36 |
|   |   | 168:23 | MR. WEINBERGER:  We'll go with that. |   |   |   |
|   |   | 168:24 | BY MR. WEINBERGER: |   |   |   |
|   |   | 168:25 | Q.  Does it? |   |   |   |
|   |   | 169:1 | A.  Yes, it does. |   |   |   |
|   |   | 169:2 | Q.  And were you generally familiar, as the -- |   |   |   |
|   |   | 169:3 | and personally knowledgeable about this $80 million |   |   |   |
|   |   | 169:4 | settlement of this enforcement action with |   |   |   |
|   |   | 169:5 | Walgreens? |   |   |   |
| 179 | **169:7 - 169:8** | Ashley, Demetra 2021-03-11 | 00:00:02 | 01:21:27 | 00:17:18 |
|   |   | 169:7 | THE WITNESS:  Yes, personally |   |   |   |
|   |   | 169:8 | knowledgeable, yes. |   |   |   |
| 180 | **169:21 - 169:25** | Ashley, Demetra 2021-03-11 | 00:00:23 | 01:21:29 | 00:17:16 |
|   |   | 169:21 | Q.  Well, do you know, from your own personal |   |   |   |
|   |   | 169:22 | knowledge, that the Department of Justice in this |   |   |   |
|   |   | 169:23 | press release had the ability -- or had allowed |   |   |   |
|   |   | 169:24 | people who were reading it the ability to link to |   |   |   |
|   |   | 169:25 | the Walgreens memorandum of agreement? |   |   |   |
| 181 | **170:4 - 170:6** | Ashley, Demetra 2021-03-11 | 00:00:08 | 01:21:52 | 00:16:53 |
|   |   | 170:4 | Q.  Well, certainly, that's what it says on |   |   |   |
|   |   | 170:5 | the document, right?  That there's a link to it, |   |   |   |
|   |   | 170:6 | right?  And it's in a PDF form, right? |   |   |   |
| 182 | **170:9 - 170:10** | Ashley, Demetra 2021-03-11 | 00:00:06 | 01:22:00 | 00:16:45 |
|   |   | 170:9 | Q.  You can answer. |   |   |   |
|   |   | 170:10 | A.  That's what it says, yes. |   |   |   |
| 183 | **170:22 - 171:2** | Ashley, Demetra 2021-03-11 | 00:00:17 | 01:22:06 | 00:16:39 |
|   |   | 170:22 | (Plaintiff Exhibit 11 was marked |   |   |   |
|   |   | 170:23 | for identification.) |   |   |   |
|   |   | 170:24 | BY MR. WEINBERGER: |   |   |   |
|   |   | 170:25 | Q.  It's a real thick document.  It's the |   |   |   |
|   |   | 171:1 | Walgreens memorandum of agreement from 2013. |   |   |   |
|   |   | 171:2 | A.  I have it. |   |   |   |

■ Defense    ■ Plaintiffs

| 184 | **171:17-171:18** | Ashley, Demetra 2021-03-11 | 00:00:03 | 01:22:23 | 00:16:22 |
|---|---|---|---|---|---|
| | 171:17 | Q. Just the document itself, have you seen | | | |
| | 171:18 | this document before? | | | |

| 185 | **171:21-171:23** | Ashley, Demetra 2021-03-11 | 00:00:06 | 01:22:26 | 00:16:19 |
|---|---|---|---|---|---|
| | 171:21 | Q. You can answer. | | | |
| | 171:22 | A. Okay. Let me look at the year. | | | |
| | 171:23 | Yes. | | | |

| 186 | **172:25-173:4** | Ashley, Demetra 2021-03-11 | 00:00:33 | 01:22:32 | 00:16:13 |
|---|---|---|---|---|---|
| | 172:25 | So, Ms. Ashley, we talked about the fact | | | |
| | 173:1 | that these pharmacy defendants have a duty to | | | |
| | 173:2 | provide the tools to their pharmacists to prevent | | | |
| | 173:3 | diversion, generally speaking, under 1301.71, | | | |
| | 173:4 | correct? | | | |

| 187 | **173:8-173:8** | Ashley, Demetra 2021-03-11 | 00:00:01 | 01:23:05 | 00:15:40 |
|---|---|---|---|---|---|
| | 173:8 | Q. Do you agree with that? | | | |

| 188 | **173:11-173:11** | Ashley, Demetra 2021-03-11 | 00:00:00 | 01:23:06 | 00:15:39 |
|---|---|---|---|---|---|
| | 173:11 | THE WITNESS: Yes. | | | |

| 189 | **173:13-173:17** | Ashley, Demetra 2021-03-11 | 00:00:17 | 01:23:06 | 00:15:39 |
|---|---|---|---|---|---|
| | 173:13 | Q. Okay. Do you believe from your experience | | | |
| | 173:14 | at the DEA, that that includes pharmacies providing | | | |
| | 173:15 | a work environment for their pharmacists that allows | | | |
| | 173:16 | the pharmacists to fulfill their corresponding | | | |
| | 173:17 | responsibility? | | | |

| 190 | **173:19-174:2** | Ashley, Demetra 2021-03-11 | 00:00:20 | 01:23:23 | 00:15:22 |
|---|---|---|---|---|---|
| | 173:19 | THE WITNESS: That a pharmacy should? Is | | | |
| | 173:20 | that what you're asking? | | | |
| | 173:21 | BY MR. WEINBERGER: | | | |
| | 173:22 | Q. Yes. | | | |
| | 173:23 | A. Yeah, I agree with that. | | | |
| | 173:24 | Q. So that would include not imposing strict | | | |
| | 173:25 | and unreasonable time limits to fill prescriptions | | | |
| | 174:1 | so that they can't have enough time to investigate | | | |
| | 174:2 | red flags? | | | |

| 191 | **174:4-174:5** | Ashley, Demetra 2021-03-11 | 00:00:01 | 01:23:43 | 00:15:02 |
|---|---|---|---|---|---|
| | 174:4 | THE WITNESS: Yeah, that sounds | | | |

■ Defense  ■ Plaintiffs