# EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| | 117:18 | information not only to tell people what happened | | | | |
| | 117:19 | with respect to a particular defendant, but also to | | | | |
| | 117:20 | give guidance to other defendants? | | | | |
| | 117:21 | A. Yes, I think it's to help, yes. | | | | |
| | 117:22 | Q. The -- from your experience, were you | | | | |
| | 117:23 | familiar, generally speaking, with the CVS Holiday | | | | |
| | 117:24 | enforcement case? | | | | |
| 87 | **118:1 - 118:1** | Ashley, Demetra 2021-03-11 | | 00:00:00 | 00:46:45 | 00:52:00 |
| | 118:1 | THE WITNESS: I'm aware of it, yes. | | | | |
| 88 | **119:25 - 120:5** | Ashley, Demetra 2021-03-11 | | 00:00:33 | 00:46:45 | 00:52:00 |
| | 119:25 | Q. Okay. Well, do you agree based upon your | | | | |
| | 120:1 | experience that, Ms. Ashley, that these five | | | | |
| | 120:2 | defendant pharmacy companies are sophisticated in | | | | |
| | 120:3 | following the requirements of the CSA regulations | | | | |
| | 120:4 | and that it's a part of their companies' businesses | | | | |
| | 120:5 | to keep abreast of the government regulations? | | | | |
| 89 | **120:8 - 120:10** | Ashley, Demetra 2021-03-11 | | 00:00:10 | 00:47:18 | 00:51:27 |
| | 120:8 | BY MR. WEINBERGER: | | | | |
| | 120:9 | Q. Go ahead. You can answer. | | | | |
| | 120:10 | A. Yes, I do agree. | | | | |
| 90 | **120:14 - 120:17** | Ashley, Demetra 2021-03-11 | | 00:00:01 | 00:47:28 | 00:51:17 |
| | 120:14 | MR. WEINBERGER: We're going to mark this | | | | |
| | 120:15 | as Plaintiffs' Exhibit Number 2. | | | | |
| | 120:16 | (Plaintiff Exhibit 2 was marked | | | | |
| | 120:17 | for identification.) | | | | |
| 91 | **120:19 - 120:23** | Ashley, Demetra 2021-03-11 | | 00:00:20 | 00:47:29 | 00:51:16 |
| | 120:19 | Q. And we've put the first page of Exhibit 2 | | | | |
| | 120:20 | up on the screen, Ms. Ashley. | | | | |
| | 120:21 | Can we agree that this is the DEA's | | | | |
| | 120:22 | website publication of the case entitled | | | | |
| | 120:23 | Holiday CVS LLC? | | | | |
| 92 | **121:5 - 121:5** | Ashley, Demetra 2021-03-11 | | 00:00:00 | 00:47:49 | 00:50:56 |
| | 121:5 | THE WITNESS: I agree that it is. | | | | |
| 93 | **121:7 - 121:15** | Ashley, Demetra 2021-03-11 | | 00:00:39 | 00:47:49 | 00:50:56 |
| | 121:7 | Q. And in the course of your work at the DEA, | | | | |

■ Defense   ■ Plaintiffs

|    |                |                                                                                        |
|----|----------------|----------------------------------------------------------------------------------------|
|    | 121:8          | have you had an opportunity to refer to this case                                      |
|    | 121:9          | from time to time?                                                                     |
|    | 121:10         | A.  I don't recall.  I'd say it's likely.                                              |
|    | 121:11         | Q.  And do you -- is it your understanding                                             |
|    | 121:12         | that this case lays out information regarding red                                      |
|    | 121:13         | flags that a pharmacy should be looking for in                                         |
|    | 121:14         | fulfilling the corresponding responsibility required                                   |
|    | 121:15         | by the federal regulations?                                                            |
| 94 | **121:19 - 121:19** | Ashley, Demetra 2021-03-11   00:00:00   00:48:28   00:50:17                       |
|    | 121:19         | THE WITNESS:  Yes, I believe it does.                                                  |
| 95 | **121:21 - 122:1** | Ashley, Demetra 2021-03-11   00:00:24   00:48:28   00:50:17                        |
|    | 121:21         | Q.  And has this case been used often in                                               |
|    | 121:22         | discussions that you have had or been involved in                                      |
|    | 121:23         | with pharmacies that include CVS and other                                             |
|    | 121:24         | pharmacies regarding how pharmacies should utilize                                     |
|    | 121:25         | red flags in fulfilling their corresponding                                            |
|    | 122:1          | responsibility?                                                                        |
| 96 | **122:3 - 122:6** | Ashley, Demetra 2021-03-11   00:00:09   00:48:52   00:49:53                         |
|    | 122:3          | THE WITNESS:  I don't recall.  But it's                                                |
|    | 122:4          | likely.                                                                                |
|    | 122:5          | BY MR. WEINBERGER:                                                                     |
|    | 122:6          | Q.  Likely, thank you.                                                                 |
| 97 | **122:9 - 122:20** | Ashley, Demetra 2021-03-11   00:00:50   00:49:01   00:49:44                       |
|    | 122:9          | (Plaintiff Exhibit 3 was marked                                                        |
|    | 122:10         | for identification.)                                                                   |
|    | 122:11         | BY MR. WEINBERGER:                                                                     |
|    | 122:12         | Q.  This will be marked as Exhibit 3.  This is                                         |
|    | 122:13         | the case of the East Main Street Pharmacy from 2010.                                   |
|    | 122:14         | Are you aware of this case?                                                            |
|    | 122:15         | A.  I don't recall this one.                                                           |
|    | 122:16         | Q.  Okay.  This is -- actually involves an                                             |
|    | 122:17         | Ohio pharmacy.  But can we agree that, at least from                                   |
|    | 122:18         | what you can see on Exhibit 3, that this is another                                    |
|    | 122:19         | case that's on the DEA website and available to be                                     |
|    | 122:20         | reviewed by the defendants in this case?                                               |
| 98 | **122:22 - 122:22** | Ashley, Demetra 2021-03-11   00:00:00   00:49:51   00:48:54                      |
|    | 122:22         | THE WITNESS:  Yes, I agree with that.                                                  |

■ Defense    ■ Plaintiffs