✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| | Northern | DISTRICT OF | Ohio |
|---|---|---|---|

| In Re: National Prescription Opiate Litigation | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | Case Number: 1:17md2804 |

| PRESIDING JUDGE<br>Dan A. Polster | PLAINTIFF'S ATTORNEY<br>Mark Lanier, et al | DEFENDANT'S ATTORNEY<br>Eric Delinsky, et al |
|---|---|---|
| TRIAL DATE (S)<br>10/19/21 | COURT REPORTER<br>Lance Boardman | COURTROOM DEPUTY<br>Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wtns 8 | | | | | Brad Nelson (10/18/21) |
| 07036 | | 10/19/21 | | x | Compliance Focus Areas Presentation 1/2/14 |
| 07174 | | " | | x | Brad Nelson Application for Job 36156 |
| 07381 | | " | | x | Common Signs of Diversion in POM 1703 and 1311 |
| 07846 | | " | | x | DEA MOA Webinar Walmart 3/4/11 |
| 07908 | | " | | x | Email Fwd: Controls from a Local Dr |
| 07966 | | " | | x | Filling C2 Electronic Prescriptions and Refusal to Fill Web Forms |
| 08037 | | " | | x | Email Re: Tech Disqualification |
| 08048 | | " | | x | Email Re: Prescriber Concern |
| 08068 | | " | | x | Email Fwd: DEA and Dr Cocktails |
| 08069 | | " | | x | Email Re: Pharmacist Professional Judgment |
| 08077 | | " | | x | Brad Nelson Salary History - excerpt |
| 08093 | | " | | x | Title 21 CFR 1304.04 Maintenance of Records and Inventories |
| 08163 | | " | | x | Title 21 CFR 1306.04 Purpose of Issue of Prescription |
| 08164 | | " | | x | Title 21 CFR 1306.06 Persons Entitled to Fill Prescriptions |
| 20631 | | " | | x | Prospective Drug Utilization Review |
| 20824 | | " | | x | Email Re: Professional Judgment |
| 20829 | | " | | x | Email Re: CO. Board Policy |
| 20850 | | " | | x | Followup Email re Filling C2 Electronic Prescriptions and Refusal to Fill Web Forms |
| 20852 | | " | | x | Email re: RTF Jan 2015 Sorted by State and Market |
| 21113 | | " | | x | DEA Walmart Settlement Agreement |
| 41748 | | " | | x | US DOJ Title 21 CFR 1301 - Registration of Manufacturers, Distributors and Dispensers of CS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| In Re Nat'l Prescrip Opiate Litig | | | | | CASE NO. 1:17md2804 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 07797 | | | | x | Email re DEA Revokes Two CVS Retailers' Ability to Sell Controlled Substances |
| 07798 | | | | x | Email re Rx News |
| 07799 | | | | x | CVS Final Order Federal Register |
| 08075 | | | | x | General Release and Separation Agreement for Nelson |
| 14223 | | | | x | Email re SOMP Focus Area Deck |

Page _____ of _____ Pages