Produced in Native Format

PLAINTIFFS TRIAL
EXHIBIT
**P-07036_00001**



P-07036 _ 00002



**Agenda**

➢ Review previous action items

➢ Work stream reporting – remember: focus on barriers, barrier removals
- ❑ Accessibility — Doug Elms
- ❑ Billing — David Badeen / JoAnn Stevens
- ❑ Fulfillment — Brandon Worth/George Chapman
- ❑ HIPAA — Tariq Abdullah
- ❑ Pricing — Karen Bond
- ❑ Enablement — James Dougan / Gary Knox
- ❑ Controlled Substances — George Chapman / Tim Harris
- ❑ Health Services — Jennifer LaPerre
- ❑ Merchandising — Sandy Kinsey /Julie Stroud

➢ Discuss new/emerging risks and next steps

➢ "CEO" of the week award

2 | Confidential

Walmart

P-07036 _ 00003



| Actions Log | Responsible | Due |
|---|---|---|
| VSP and ODs<br>**Call to VCM's to ensure their success in meeting expectations.** | Lynn Cowie | 1/2/14 |
| Medicare/Medicaid<br>**Document revised and agreed upon scope for ISD project plan.** | James Dougan | 1/2/14 |
| EPCS<br>**Establish project (people, process, technology). Connecting Sam's / WMT Operations for drop-off process and Practice Compliance for policy/procedure impacts** | Jeff Brown | 1/2/14 |
| Counseling, Ph II<br>**Address budget ask for hardware in the WMT Pharmacy.** | Doug Elms | 1/2/14 |
| Bagging<br>**Address budget ask for Printers (2 stores). Provide denial notes to Jim Langman.** | Lynn Cowie | 1/2/14 |
| Upcoming Spotlights:<br>○ PR Merch Assessment<br>○ Clinics | S. Kinsey<br>Jennifer LaPerre | 1/30/14<br>1/23/14 |

3　Confidential

Walmart

P-07036 _ 00004

3

## Focus Areas DashBoard

| Work Group | Project Name | Project Purpose | Owner | Project Due Date | Overall Status |
|---|---|---|---|---|---|
| Accessibility | Braille Label | Roll out Braille Label at Mail Order facilities. | Doug Elms | Q2 FY 14 | Complete! |
| | Kamal Agreement | Complete all required obligations established within the Kamal agreement. | Doug Elms | Q4 FY 16 | G |
| Billing | COB/ Switch to Cash | (1) System logic to ensure that Medicaid is payer of last resort (2) enable the switch to cash function to be more viable at store level | David Badeen | Q4 FY 14 | Y |
| | Claims Field Study | (1) Establish sustainable process to maintain 50-state Medicaid requirements of specific data fields (2) Understand how those field are used (3) update operational processes and systems | Erica Rochelle | Q4 FY 14 | TBD |
| | Medicare Part B Billing | Systematic approach to billing Medicare B Billing and other Medical billing processes | Clint Clark | Q2 FY15 | Y |
| | Optical Medicaid | (1) Maintain Medicaid provider numbers for optical MCO and FFS government billing. (2) Compliantly bill Optical Medicaid claims | Laura Levine | TBD | Y |
| Fulfillment | Bagging Solution | A redesign of the bagging queue to create efficiency and HIPAA compliance gains | Brandon Worth | Q3 FY14 | Y |
| | State Compliance | React/Respond to state level compliance | Rick Irby | Q4 FY 14 | G |
| | Class 1 Recalls | Align with company Recalls solution | Dadrion Gaston | Q1 FY14 | TBD |
| | Scheduling Compliance | Maintain pharmacy : technician ratios by state | Mike Peerson | | Cancelled |
| | Counseling Ph II | Deliver efficient & effective way to document the acceptance or refusal of patient counseling real time. | Rick Irby | | R |

4

Walmart

P-07036 _ 00005

## Focus Areas DashBoard

| Work Group | Project Name | Project Purpose | Owner | Project Due Date | Overall Status |
|---|---|---|---|---|---|
| HIPAA | Access Logs, Ph 1 | Implement access logs and monitoring for Connexus and specific backend pharmacy systems | Laura Gannan | Q2 FY 14 | Complete! |
| | HITECH – Cash Pay Restriction | Implementation of HITECH 3 requirements - restriction on cash pay disclosures | Laura Gannan | Q2 FY 14 | Complete! |
| | Encryption – Connexus | To ensure ConnexUs data is properly encrypted at rest and in transit | Laura Gannan | Q4 FY 14 | G |
| | HITECH – Electronic Access | Implementation of HITECH 3 requirements - electronic access to PHI for patients | Laura Gannan | Q4 FY 14 | G |
| Pricing | WV Pricing | Update systems for WV pricing compliance | Karen Bond | Q2 FY 14 | Complete! |
| | Accurate Pricing | Modify GPH & Connexus to ensure accurate costs and retails on Rx & non-legend items in GPH and in Connexus at store level. | Karen Bond | Q4 FY 14 | G |
| Technology Enablement | Data Strategy | Develop automated a process to bring claims activity to the HO  in "real-time" | Darren Townzen | Q4 FY 14 | R |
| | Diversion Analytics | Deliver static and ad hoc reporting capability to monitor diversion in stores and clubs | Greg Beam | Q4 FY 14 | R |
| | Release Schedule | Annual Plan for ConnexUs releases | James Dougan | Q4 FY 14 | R |
| | HW Compliance BI | Develop BI capability for HW Compliance | Maria Smith | N/A | Cancelled |
| | Ready Alerts | Eliminate legal and compliance risks from the current messaging platform | Gary Knox | TBD | G |

5

Walmart

5

P-07036 _ 00006

## Focus Areas DashBoard

| Work Group | Project Name | Project Purpose | Project Leader | Project Due Date | Overall Status |
|---|---|---|---|---|---|
| Controlled Substances | Suspicious Order Identification, Monitoring, and Reporting (SOMP) | Design & operate a systems to detect suspicious orders and report to the DEA when discovered | Kristy Spruell | Q2 FY 15 | G |
| | Maximum order limits (SOMP) | Establish additional maximum order limits of highly abused drugs | Kristy Spruell | Q2 FY 15 | G |
| | Prescriber validation | Enhance or replace our current vendor prescriber data source to ensure accuracy & completeness of data | Darren Townzen | Q1 FY 15 | G |
| | Refusal to Fill | Establish a process for the analysis of refusal to fill data and reporting problematic prescribers or patients internally | Brad Nelson | Q1 FY 15 | G |
| | Security Cameras CCTV - Pharmacy | Establish a remediation plan regarding our CCTV standards to meet our obligations with DEA MOA | Teresa Mahavier | Q2 FY15 | G |
| | Corporate Processes | Create an advisory panel to facilitate the evaluation, implementation and accountability for risk assessment recommendations | Tim Koch and Shelley Tustison | Q4 FY 14 | G |
| | POM updates & Revisions | Complete suggested updates to POM's to ensure consistency in execution | Tim Koch and Shelley Tustison | Q2 FY 14 | G |

6

Walmart

6

P-07036 _ 00007

## Focus Areas DashBoard

| Work Group | Project Name | Project Purpose | Owner | Project Due Date | Overall Status |
|---|---|---|---|---|---|
| Health Services | Immunizations | Compliant execution of Immunization program. | JoLynn Coleman | Q4 FY 14 | **TBD** |
| | MTM | | JoLynn Coleman | TBD | |
| | Clinics | | Jennifer LaPerre | TBD | |
| PR Merchandising | Merchandising Assessment | ID gaps in PR RX procurement processes (categorized as Compliance/Operational/ Financial risks) | Sandy Kinsey | TBD | **G** |
| | PR Pricing Assessment | ID gaps in PR RX pricing processes (categorized as Compliance / Operational / Financial risks) | Karen Bond | Q4 FY 14 | **Complete!** |
| | PR Billing Assessment | ID gaps in PR RX billing processes (categorized as Compliance / Operational / Financial risks) | David Badeen | Q4 FY 14 | **Complete!** |
| | PR Diversion Assessment | ID gaps in PR RX drug diversion risk | Greg Beam | TBD | **TBD** |
| | PR  Recalls | ID gaps in PR RX/OTC product recall processes | Dadrion Gaston | Q4 FY 14 | **TBD** |

7

Walmart

P-07036 _ 00008



This is our vision…

P-07036 _ 00009



## Accessibility: Kamal

### Measure of Success & Deliverables

**Success Measures/Purpose**
- Fulfill all obligations of Kamal agreement

**Key Deliverables** (*Italics = completed)
- *Determine scope of work for VC hard 2 door states (ETC 11/15)*
- 8 Store Inspection by independent consultants to begin Dec. 13th
- Construction remediation for remaining VCs in chain to begin in 2014.  Store schedule being developed.

### Updates

**Current Week:**
- 59 Kamal Locations to be completed by 3/1/14.
- Jeff Waggener  waiting on response from Jeff Brown on  determination for funding for remaining projects

**Prior Week:**
- 8 store inspection of VC's by 3rd party consultants to begin 12/18.
- It is anticipated that we will receive the first report from the inspection approximately 2 weeks from each inspection scheduled.
- Consultant has begun selection process for the next 22 sites to be inspected and should be published to WMT within 30 days.
- Payment for consultant fees to be finalized by 12/20.

### Challenges

**Current Week:**

Request for project funding presented to leadership

**Prior Week:**
- none.

9

Walmart

Sam's



P-07036 _ 00011



P-07036 _ 00012



### Billing Medicare Part B

*Medicare Part B*

May-13 Decision to Integrate eCW and BOSS
Jul-13 Initiate Design
Sep-13 Finalize Design
Feb-14 Finalize Construction
May-14 Finalize Implementation
Jul-14 Warranty Ends

5/1/2013
Jun-13 · Jul-13 · Aug-13 · Sep-13 · Oct-13 · Nov-13 · Dec-13 · Jan-14 · Feb-14 · Mar-14 · Apr-14 · May-14 · Jun-14 · Jul-14
7/31/2014

Jul-13 Finalize Requirements
Sep-13 Begin Construction
Mar-14 Begin Implementation
May-14 Warranty Begins

**Measure of Success & Deliverables**

**Success Measures**
- Reduction in Optical Refunds
- Compliance with ABN and other Rx/Optical Docs

**Key Deliverables**  (*Italics = completed)*
- Decision to buy/build ( will Buy)
- Determine eCW and BOSS compatibility ( Compatible)
- Cost of Hardware
- Develop new timeline

**Purpose**
- Systematic approach to billing Medicare B Billing and other Medical billing processes

**Updates**

**Current Week:**
No changes for this week

**Prior Week:**
- Billing ops and compliance met with ISD to establish clarity on scope.
- Take ways were to have infrastructure provide guidance on how to move forward with tablets.
- ISD to engage decision makers on support and maintenance requirements.

**Challenges**

**Current Week:**
Schedules due to Holidays.

**Prior Week:**
- Infrastructure to use Tablets.
- Understanding of maintenance required for eCW.
- Resources reallocated

12

Walmart

12

P-07036 _ 00013



## Optical Medicaid Billing – Medicaid Provider Number Issue

Timelines under Development

### Measure of Success & Deliverables

**Success Measures/Purpose**

- Maintain Medicaid provider numbers where required for compliant optical MCO and FFS government billing.

**Key Deliverables** (*Italics = completed*)

- *Legal review currently impacted states – complete except for NM*

- COB process in place before applying for required provider numbers.

- Determine how to maintain active #s - proactive communication with agency to demonstrate MCO participation and system compliance.

- Eventual 50 state legal review of all managed care provider number requirements for optical benefits

### Updates

**Current Week:**

**Prior Week:**
All TX vision centers trained on COB process
All PA vision centers trained on COB process, fee for service claims can be held until provider number is issued
76 PA Medicaid Provider Enrollment applications are being prepared for mailing next week
Operations notified of legal request to end MA optical Medicaid in vision centers

### Challenges

**Current Week:**

**Prior Week:**
- COB process in all impacted states must be in place before applying for provider numbers – tentative roll out nationwide 1/20/2014

- Confirmation of all managed care Medicaid optical contracts and participation from Payer Relations

13

Walmart

P-07036 _ 00014



## Fulfillment: Bagging

**Timeline:**

- 12/5/2013 — CF Pilot–Store #778 and Non CF pilot store #28
- Soak for CF
- 12/10/2013 — MN rollout – 40 stores
- 12/11/2013 — MN rollout for rest of stores (34)
- 12/11 — 8 Champion CF stores
- 12/13/2013 — 63 Market Champion stores (CF)
- 12/18/2013 — 323 CF stores (Remaining U)
- 12/17/2013 — 239 CF stores (Region G&U)
- 27 Missed stores
- 12/19/2013 — 235 CF stores – Region T

### Measure of Success & Deliverables

**Success Measures**
- Deliver Bagging/Checkout Enhancements

**Key Deliverables**  (*Italics = completed)
- *Complete Integrated UAT –  3/21*
- *Complete Pilot –  Store 128:  4/27*
- R1+ Rollout – Chain: 7/26

**Purpose**
- A redesign of prescription bagging process to reduce potential for bagging errors and create workflow efficiency for pharmacists.

### Updates

**Current Week:**


**Prior Week:**
- Central Fill
  635 of 870 CF stores complete
  235 stores to be complete this week

- PR
  Waiting on fixtures in 3 PR stores
  Working on timeline for Phase 3 Live

### Challenges

**Current Week:**


**Prior Week:**
- Central Fill
- PR
- Old format stores

14

Walmart

P-07036 _ 00015

| Bagging: Non-Bagging Store Overview | | | | | |
|---|---|---|---|---|---|
| **Stores Not Live with Bagging Phase 3 as of December 3rd, 2013** | | | | | |
| Store Type Gap | Store Count | Root Cause | Owner | Solution | Timeline |
| Central Fill | 234 | UAT Facility unable to test | James Dougan | Enable 9083 to test Central Fill | 19-Dec |
| Minnesota | 0 | Double 4pt Check | James Dougan | Schedule Date | 11-Dec |
| One Printer | 2 | Capital Funding | TBD | Order Printer | TBD |
| | 2 | Installation | Doug Elms | Cabling | 29-Nov |
| | 0 | Installation | Doug Elms | Printer Installation | TBD |
| Puerto Rico | 3 | Fixtures | Brandon Worth | Receive Fixtures | TBD |
| | 4 | Fixtures | James Dougan | Turn on Bagging Ph2 | 5-Dec |
| | 22 | Fixtures | James Dougan | Turn on Bagging Ph3 | TBD |
| Layout | 3 | Layout has no room for hanging bags inside the pharmacy | Doug Elms | Remodel | 2 Stores FY14 Remodel 1 Store TBD |
| **Total Stores:** | **270** | | | | |

15    Walmart

15

P-07036 _ 00016



## Fulfillment: State Compliance

### Measure of Success & Deliverables

**Success Measures**
- Ability to respond the state specific compliance obligations

**Key Deliverables**
In R2.X:
- MA CII Out of State Prescriber (flag on),
- OK Hydrocodone

In R3
- CF and Modify Detail Screen
- Bagging Phase III Business Summary
- Bagging Phase III Detail report
- Bagging Phase III Activity Log (backend)
- Medicare CMS Drug Rights / Drug Notice
- CF RTS
- TN Opioids and Benzodiazepines
- CT leaflet/STR

### Updates

**Current Week (Totals to Date):**

- Total projects submitted    83
- Projects in process           27
- Projects in queue             11
- Projects complete             45

### Projects/LOE

- OK PSE Attestation
- Auto Refill in Mail Order (Backend)
- Suboxone Rxs and XDEA #
- WY CII 6 Month Expiration
- NY Sam's Clubs Hydrocodone On-Hands
- Elimination of Yellow Paper Log Copies
- Prescription Dispense Date Discrepancies
- Automated Reports Printing in NY Stores
- Auto Refill in Mail Order (Frontend)

16

Walmart

P-07036 _ 00017



P-07036 _ 00018



## Fulfillment: Counseling – Phase II

### Measure of Success & Deliverables

**Success Measures**
- Deliver efficient & effective way to document the acceptance or refusal of patient counseling real time.

**Key Deliverables** (*Italics = completed*)
- Will be in the 1402 Release
- Milestones to follow

### Updates

**Current Week:**

**Prior Week:**
- Finalizing sign off on BRL/BRD
  - Responding to Operations questions
- Weighing options of splitting project into a 1402 and 1403 deliverable
- Re-baseline for pathway to Green

### Challenges

**Current Week:**

**Prior Week:**
- What can be delivered in 1402?
  - Full Project **minus** – Counseling Station
- What can be delivered in 1403?
  - **Addition** of Counseling Station
- What are the Compliance concerns?
  - None
- What are the Operational concerns?
  - Guaranteed speed of login and access to Connexus

18

Walmart

P-07036 _ 00019



19





## Pricing: Accurate Pricing

*Accurate Pricing*

**May-13**
Complete As-Is
Current State Review

**Aug-13**
Prioritize Project
Goals

**Jan-15**
Full Implementation
Of Accurate Pricing

NEED TO UNDERSTAND TIMELINE AFTER PRIORIZATION

Apr-13  Jul-13  Oct-13  Jan-14  Apr-14  Jul-14  Oct-14  Jan-15

2/1/2013

**Jul-13**
Complete Gap
Analysis

1/31/2015

### Measure of Success & Deliverables

**Success Measures**
- Minimize pricing compliance risks, SOX accounting risks, reduce shrink, and ensure accurate costs/retails sent and received at store level.

**Key Deliverables**  (*Italics = completed*)
- As-Is Current State (5/15)
- Gap Analysis (7/31)
- Prioritization (8/15)
- Determine code/release (TBD)

**Purpose**
- Modify GPH & Connexus to ensure accurate costs and retails on Rx & non-legend items in GPH and in Connexus at store level. Automate process to ensure timely updates, maintain item file integrity, and alter generic substitution logic

### Updates

**Current Week:**

**Prior Week:**
- On track

### Challenges

**Current Week:**

**Prior Week:**
- None

21

Walmart

21



P-07036 _ 00023



**Enablement: Data Strategy**

### Measure of Success & Deliverables

**Success Measures**
- Ability to pull data in "real-time" to the HO for analytics and monitoring

**Key Deliverables** (*italics = completed*)
- Begin adding additional stores to the database
- Tool to easily extract and work with data in Hadoop
- Holistic strategy - business cases – roadmap for HW data (Optical, Health Services, etc)
- Sustainable process as new tables are developed to make sure they get to Hadoop

**Purpose**
- Develop automated a process to bring pharmacy transaction and claims activity to the HO in "real-time"

### Updates

**Current Week:**
- Document and communicate the reporting request process with SLAs
- Close out warranty documentation

**Prior Week:**
- Completing warranty/stabilization
- Conducting pilot on reporting requests with goal of enabling repeatable needs

### Challenges

**Current Week:**

**Prior Week:**
Business was challenged when leveraging ISD resource to pull data in researching COB.

23

Walmart



## Enablement: Diversion Analytics

### Measure of Success & Deliverables

**Success Measures**
- Deliver static and ad hoc reporting capability
- Diversion visibility for PR

**Key Deliverables**  (*Italics = completed*)
- Technology solution operational
- PR processes evaluated and integrated.
- Controlled Substances Governance team established

**Purpose**
- Develop automated and integrated solution for pharmacy related exception based analyses and investigations.

### Updates

**Current Week:**

**Prior Week:**
- Conducting warranty/stabilization

### Challenges

**Current Week:**

**Prior Week:**
SysRepublic unable to meet date commitments.
- Stuck at 2500 stores; exploring 4 possible options.

24

P-07036 _ 00025



### Ready Alerts Compliance Project: Timeline

**Measure of Success & Deliverables**

**Success Measures**
- Eliminate legal and compliance risks by moving Ready Alerts subscribers to Standard Message Rates May Apply

**Key Deliverables**
- Inactivate subscribers who have not filled a Rx within the last "X" number of months
- Communicate new T&Cs to "active" subscribers (i.e. Rx filled within the last "X" number of months)
- Re-Opt-in or Opt-out subscribers based on their reply to the "Standard Message Rates May Apply" (SMRMA) campaign

**Updates**

**Current Week:**

**Prior Week:**
- PRF submitted to ISD for Level-of-Effort estimate
- Kick-off meeting with H&W Operations to discuss project timelines and action items
- Determined not a compliance funded project

**Challenges**

**New Roadblocks/Risks:**

**Known Roadblocks/Risks:**
- ISD resources needed
- We don't have a signed contract with AT&T for Standard Message Rates. VMO and AT&T are in current negotiations addressing other message platform risks.

25   Confidential

P-07036 _ 00026





## Prescriber Validation: Timeline

### Measure of Success & Deliverables

**Success Measures**  Transparent replacement of the RelayHealth Prescriber content on Host

**Key Deliverables**  (*Italics = completed*)
- Contract completion
- ISD Project completion (Requirements, Scope, etc…)
- Complete replacement of data files
- Timeline – Start end of December with completion in January 2014 for February 2014 implementation

### Updates

**Current Week:**

**Prior Week:**
- 12/16/13 – Contract with HMS signed
- 12/17/13 – Kickoff call with ISD and HMS to determine how various situations will be handled.

### Challenges

**Current Week:**

**Prior Week:**

27



## Refusal to Fill: Timeline

### Measure of Success & Deliverables

**Success Measures**
- Fulfill all obligations of the DEA MOA.
- Deliver a process for the analysis of refusal to fill data.
- Deliver a process for reporting problematic prescribers or patients internally.

**Key Deliverables**  (*Italics = completed*)
- Determine where to house the data.
- Determine what program to use to analyze the data.
- Determine how to disseminate refusal to fill decisions and/or problematic prescribers and patients  within the same trade area or to the entire corporate entity.
- Engage key stakeholders to determine if pharmacists may exercise their discretion to impose blanket refusals .

### Updates

**Current Week:**
- Meeting held on 12/30 with RTF Workgroup to discuss RTF options from meeting with legal.
- Meeting held on 12/31 to further discuss RTF Options with Legal.

**Prior Week:**
- Held workgroup meeting 12/17 to discuss learnings and next steps from analyst meetings.
- Discussed the future of RTF Webform with Operations (Steve Cox) on 12/17.
- Meeting on 12/20 to discuss RTF options with legal.

### Challenges

**Current Week:**

**Prior Week:**

28



P-07036 _ 00030



## Corporate Processes: Timeline

**11/12/2013**
Advisory Panel Formed and submitted to George Chapman for approval

**11/20/2013**
Invitation sent to Advisory Panel

**12/12/2013**
Advisory Panel First Meeting

**1/9/2014**
Advisory Panel Meetin

11/12/2013 — 12/1/2013 — 12/31/2013

### Measure of Success & Deliverables

**Success Measures**
- Align business units by creating an advisory panel to facilitate the evaluation, implementation and accountability for risk assessment recommendations.

**Key Deliverables** (*Italics = completed*)
- Develop a meeting cadence to facilitate the decision making process among all work streams.

### Updates

**Current Week:**
- Meeting scheduled for 1/9/14. Currently developing agenda.

**Prior Week:**
- Held kick-off meeting on 12/12 and agreed on monthly meeting cadence. Next meeting scheduled for 1/9/14

### Challenges

**Current Week:**

**Prior Week:**

30

Walmart

30

P-07036 _ 00031



**POM updates & Revisions: Timeline**

**Measure of Success & Deliverables**

**Success Measures**
- Align policies with current DEA/Regulatory guidance, as prescribed by attorney work product, to ensure consistency in execution.

**Key Deliverables** (*Italics = completed*)
- Update POMs based on attorney work product.
- Present to advisory panel for approval.
- Collaborate with key stakeholders for posting to the WIRE.

**Updates**

**Current Week:**
- POM Update workgroup meeting held on 12/30 and revisions to POMs were completed.
- Currently finishing the revision "clean-up" to send POMs for review by legal and the advisory panel.

**Prior Week:**
- Additional POM Update workgroup meeting scheduled 12/30 to address remaining POMs (as per the attorney work product).

**Challenges**

**Current Week:**

**Prior Week:**

31

Walmart

31

P-07036 _ 00032



## Health Services: Immunizations

**Timeline (2/1/2013 – 1/31/2014):**

- Jun-13 Cerner — Pilot (Kansas City) Humana Care Plus – Pilot ( 6 FL Locations)
- May-13 Rph Admin Immunizations 15 Pilot locations (TX, CO, AZ)
- Jul-13 Outcomes MTM – pilot 2 TX, 2 IA (estimated)
- Aug-13 Medicaid MTM 3 States
- Aug-13 Kaiser CA (Estimated)
- Aug-13 Summit Nurse Model (soft launch)
- Sep-13 Summit Nurse Model - 900 locations Toolkit for Field Driven Immunizations Execution

### Measure of Success & Deliverables

**Success Measures**
- Drive traffic in-store

**Key Deliverables** (*Italics = completed*)
- Launch dates listed above

**Purpose**
- Deliver most affordable medical care to Walmart customers the way they want it, when they need it.

### Updates

**Current Week:**

**Prior Week:**
No Updates Provided

### Challenges

**Current Week:**

**Prior Week:**
STC site visit went well—pushing through contract and additional SRCR pieces to finalize to get the solution in store.

32

Walmart

P-07036 _ 00033



## Rx Merchandising Assessment

### Timeline: Under Development

**Measure of Success & Deliverables**

**Success Measures**
-Clarification of requirements to incorporate into existing diversion technology.
- Identify gaps preventing incorporation into existing processes.
- Review alternatives and propose best solution.

**Key Deliverables**  (*Italics = completed*)
Comprehensive Merchandising Review

**Purpose**
To determine areas of compliance risk and create work streams to mitigate identified risks

**Updates**

**Current Week:**

**Prior Week:**
Amigo invoices have to be paid here at home office but are verified by the pharmacist at the PR Amigo pharmacies.

**Challenges**

**Current Week:**

**Prior Week:**
• None

33

33



P-07036 _ 00035



P-07036 _ 00036



P-07036 _ 00037



"CEO" OF THE WEEK

P-07036 _ 00038