| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | /WAL-MART/HOMEOFFICE/RECIPIENTS/F0171A1A69F649909154C0B9A4E673FB |
| **CC:** | /WAL-MART/HOMEOFFICE/RECIPIENTS/3C0DCAD1DBC211D1B10B002035673F01; /WAL-MART /HOMEOFFICE/RECIPIENTS/Ajgottm |
| **Sent:** | 2/2/2011 9:31:04 PM |
| **Subject:** | Common signs of diversion in POM 1703 and 1311 |

Susanne

Upon review of both POMs 1703 & 1311there are a few common signs of diversion that are spelled out in the MOA but not mentioned in the POMs

Common signs associated with Diversion that need to be added

1. Doctor shopping
2. Requests for early refills
3. Prescriptions written by doctors not licensed to practice in the jurisdiction where the patient is located.

I would recommend adding these to POM 1703.

It may also be necessary to add a question to the 1703 FAQs ý What is Doctor shopping?ý This may be a stretch but I offer it as a consideration.

Brad Nelson
Regulatory Affairs,Senior Manager

Controlled Substances
Phone 479-277-6339
Save Money; Live Better



PLAINTIFFS TRIAL
EXHIBIT
P-07381_00001

CONFIDENTIAL

WMT_MDL_000080248
P-07381    00001