**From:** Jamie Newell
**To:** Brad Nelson
**Sent:** 5/19/2011 1:13:38 PM
**Subject:** DEA_MOA_Webinar_Walmart 030411.ppt

PLAINTIFFS TRIAL EXHIBIT

**P-07846_00001**

WMT_MDL_000448286
P-07846    00001

Produced in Native Format

HIGHLY CONFIDENTIAL

WMT_MDL_000448287

P-07846    00002



Good Afternoon,

This is Susanne Hiland, Sr. Director of Regulatory Affairs. Thank you for joining me this afternoon. Joining me this afternoon are

Paul Beahm, Sr. Vice President for Health and Wellness

And Andy Gottman, Associate General Counsel, Health and Wellness Legal

As you can see from the title of this presentation we will be discussing a very important issue related to the Drug Enforcement Administration or (DEA).

This issue deals with an agreement between the Company and the DEA.

Please pay careful attention to the information provided.

1

**Overview**

Market Directors and above

- Introduction

- Background

- Communication and training plan outline

- Expectations

| 2 | Health and Wellness |

Walmart

This presentation is divided into two distinct sections,

Part 1 is directed at our field supervisors and home office personnel.

Part 1 we will cover…..

Close Part 1 with a discussion of the expectations for you as a result of this Agreement.

2

**Overview**

Recorded presentation for pharmacists

- Introduction

- Background

- Obligations

- Policy updates and expectations

- Training

- Consequences of non-compliance

- Closing

| 3 | Health and Wellness |

Walmart

At the conclusion of Part 1

We will transition to Part 2 of the presentation which is being recorded for our pharmacists.

For the pharmacists we will cover…

Introduction

Your attention is needed for the full presentation.

3

**Background – Order to Show Cause**

- In November 2009, the DEA began an enforcement action against Wal-Mart Stores, Inc. based on several allegations:

  1. Improper dispensing of controlled substances based on prescriptions written by out-of-state prescribers;

  2. Improper dispensing of controlled substances based on prescriptions not issued for a legitimate medical purpose;

  3. Improper dispensing of controlled substances to patients whom the pharmacists knew or should have known were diverting controlled substances;

  4. Use of expired, suspended and/or invalid DEA numbers to fill prescriptions; and

  5. Early refill of controlled substances.

4 | Health and Wellness  

4

**Background - Administrative Memorandum of Agreement (MOA)**

- Over the course of 15 months, Walmart and the DEA extensively negotiated an Administrative Memorandum of Agreement (MOA).

- The MOA applies to all Wal-Mart Stores, Inc. pharmacies, including Sam's Club and Puerto Rico.

- The MOA applies only to actions occurring after the effective date of the Agreement, which is to be determined.

- The term of the Agreement is four (4) years.

- Walmart will not pay any monetary fines or sanctions.

5    Health and Wellness      

5



## Administrative Memorandum of Agreement (MOA)

- Obligations
  a. Maintain a compliance program
     – Must be designed to detect and prevent diversion of CS.
     – Shall include procedures to identify signs of diversion, including:
       » Doctor-shopping;
       » Early refills;
       » Altered and forged prescriptions;
       » Prescriber licensure limitations by jurisdiction;
       » Prescriptions written for an illegitimate purpose; and
       » Scope of practice.
     – Requires reporting of losses/theft.
     – Requires routine and periodic training of all associates.

6 | Health and Wellness

Walmart Save money. Live better. | Sam's Club

Now let's discuss our obligations under the agreement.

I am going to cover the information as an overview.

Additional data will be provided in Part 2 of the presentation.

**Administrative Memorandum of Agreement (MOA)**

- Obligations

  b. Notification within 7 business days of refusal to fill a controlled substance prescription based on pharmacist's affirmative conclusion that prescription is forged, altered, or issued for other than a legitimate purpose.

  c. Compliance with state laws that require ID check for dispensing of controlled substances.

  d. Compliance with state laws related to out-of-state prescribing.
     – Includes requirement to establish a valid prescriber-patient relationship prior to dispensing.

  e. Verification of prescriber DEA numbers to ensure that they are valid and active.

  f. Make certain records available to DEA agents, task force officers and/or investigators upon request.

| 7 | Health and Wellness |

 

7

**Administrative Memorandum of Agreement – Terms & Conditions**

- Obligations

  g.  Submission of valid information to state Prescription Monitoring Programs (see e. above).

  h.  Allow pharmacists to access PMP information

  i.  Block early refill of controlled substances.
      - Records of overrides of early refill warnings must be made available to law enforcement upon request.

  j.  Install security cameras that capture images of all transactions, including at drive thrus.
      - Video must be maintained for no less than 30 days and made available to law enforcement upon request.

  k.  Report any initiation of legal proceedings regarding dispensing of controlled substances to DEA within 30 days of initiation of the investigation (if not previously reported).

8  Health and Wellness

 

8



There are eight policies that are impacted by this settlement.

P-07846 _ 00011

## Communication timeline

| Date | Activity |
|------|----------|
| Thursday, March 17th | Letters mailed to pharmacists |
| Friday, March 18th | New and updated policies included in Leadership Weekly |
| Monday, March 21st | New and updated policies and recorded webinar posted to the WIRE |
| Wednesday, March 30th | Last day for pharmacists to view webinar |
| Friday, March 18th | Information on controlled substance training modules included in Leadership Weekly |
| Monday, March 21st | Information on controlled substance training modules posted to WIRE |
| Tuesday, March 22nd | Controlled substance training modules become available on GLMS |
| Friday, June 24th | Completion due date for all controlled substance training modules |

10 | Health and Wellness

Walmart

This timeline is dependent on the DEA's signature on the agreement.

10

## Controlled substance training module schedule

| Module | Topic | Seat time | Due date |
|--------|-------|-----------|----------|
| 1 | Controlled substance security | ~ 25 minutes | 4/15/11 |
| 2 | Dispensing procedures | ~ 20 minutes | 4/29/11 |
| 3 | Prescriber/Patient relationship | ~ 25 minutes | 5/13/11 |
| 4 | Fraudulent prescriptions and unusual patient behavior | ~ 25 minutes | 5/27/11 |
| 5 | Filling and checking (including check out procedures) | ~ 25 minutes | 6/10/11 |
| 6 | Audits, reporting and troubleshooting | ~ 25 minutes | **6/24/11** |

Sales Associates will take Modules 1, 4 and 5 Total time ~ 70 min.

Technicians will take Modules 1-5 Total time ~ 2 hrs.

Pharmacists & Interns will take all 6 Modules Total time ~ 2.5 hrs.

11 | Health and Wellness

Walmart

All modules are currently scheduled to drop into the new GLMS on March 22nd.

11

**Other**

- Systems
  - Connexus enhancements will roll out throughout the year to further enhance requirements of the MOA

- Monitoring
  - Compliance monitoring will be on-going
  - CORT questions will focus on compliance with the MOA

- Credentialing
  - Enhanced background and professional credential checks
  - Random drug testing will begin where allowed by law



| 12 | Health and Wellness |

Additional programs & updates will be introduced in coming months.

Before we move on the exceptions, I want to address an issue that we discussed on our last webinar regarding prescriber ID.

12



During that webinar I told you that the inputting technician must ensure that the prescriber's address must be selected from the drop down menu available at the bottom of the input screen, indicated here by the green box.

There is a known issue with the prescriber's address reverting to the 'primary' address in the system.  We are working on a correction to this issue.

That being said, it remains important that the address selected at input is accurate.  This attention to detail must be made a habit for the inputting technician, so this direction has not changed.  And of course, the DEA number must be accurate as well.

13

### Expectations

1.  Understand that there is **<u>no tolerance</u>** for non-compliance

2.  Read and understand the policies

3.  Complete the training modules

4.  Follow up to ensure pharmacy staff members are completing the required tasks, which include:
    a.  Webinar
    b.  Policies
    c.  Training modules

5.  Monitor for understanding and compliance

6.  Report all instances of non-compliance

14    Health and Wellness                                    **Walmart** ✷

Market Directors, your #1 expectation is to understand that there will be no tolerance for non-compliance.

We are signing a binding agreement with a federal agency.

Before we transition to the pharmacists presentation, I'm going to turn this over to Paul Beahm for a few words.

Paul:_____

14

P-07846 _ 00016



We are now going to pause briefly to transition to Part 2 of the presentation that is being recorded for our pharmacists.





**March 4, 2011**

**Wal-Mart Stores, Inc. and Drug Enforcement Administration**

**Memorandum of Agreement**
Obligations and Expectations

Welcome!

Thank you for taking the time to view this presentation that will provide you with important information regarding an upcoming agreement between Wal-Mart Stores, Inc. and the Drug Enforcement Administration (DEA). Over the next hour we will be discussing details of the agreement and what it means to you as a practicing pharmacist. Please pay close attention to the important information that will be provided.

My name is Susanne Hiland and I am Senior Director for Health and Wellness Regulatory Affairs supporting all of our Wal-Mart Stores, Inc. pharmacies which includes Walmart, Sam's Club and Puerto Rico.

Speaking to you today will be Paul Beahm, Senior Vice President for Health and Wellness and

Andy Gottman, Associate General Counsel, Health and Wellness Legal.

16



During this presentation we will over the following information.

P-07846 _ 00019

**Background – Order to Show Cause**

- In November 2009, the DEA began an enforcement action against Wal-Mart Stores, Inc. based on several allegations:

  1. Improper dispensing of controlled substances based on prescriptions written by out-of-state prescribers;
  2. Improper dispensing of controlled substances based on prescriptions not issued for a legitimate medical purpose;
  3. Improper dispensing of controlled substances to patients whom the pharmacists knew or should have known were diverting controlled substances;
  4. Use of expired, suspended and/or invalid DEA numbers to fill prescriptions; and
  5. Early refill of controlled substances.

18 | Health and Wellness

 

18

P-07846 _ 00020

**Background - Administrative Memorandum of Agreement (MOA)**

- Over the course of 15 months, Walmart and the DEA extensively negotiated an Administrative Memorandum of Agreement (MOA).

- The MOA applies to all Wal-Mart Stores, Inc. pharmacies, including Sam's Club and Puerto Rico.

- The MOA applies only to actions occurring after the effective date of the Agreement, which is to be determined.

- The term of the Agreement is four (4) years.

- Walmart will not pay any monetary fines or sanctions.



19    Health and Wellness

At the time of this taping we have not yet have the fully executed agreement.

19



**Obligations**

1.  Ensure valid and accurate use of the prescriber's DEA number (includes submission of data to state monitoring programs)

2.  Ensure controlled substance prescription is valid and issued for a valid medical purpose
    a)  Monitor for valid prescriber-patient relationship, including out-of-state prescribers
    b)  Monitor for forged or altered prescriptions
    c)  Report all cases when the pharmacist determines that the prescription or relationship are not valid and therefore does not fill the prescription

3.  Comply with state laws requiring ID check

4.  Block early refill of controlled substance prescriptions

5.  Other obligations



21 | Health and Wellness

In General – the obligations under the Agreement are as follows.

We will take a detailed look at each of these obligations.

21



**Obligation #1**
Ensure valid and accurate use of the prescriber's DEA number
(including accurate submission of date to state monitoring programs)

**Overview:**

- Connexus prescriber database updated monthly by vendor

- RelayHealth prescriber validation tool available on WIRE

- Pharmacists are responsible for accuracy of the selected prescriber

- 4 point check pharmacist must ensure the DEA number selected matches the DEA number on the hardcopy prescription

22  Health and Wellness

Walmart

The first Obligation under the agreement requires our pharmacists to ensure a valid and accurate use of prescriber's DEA number.

Note that this obligation lists that the DEA number must be both VALID and ACCURATE.

We are going to discuss each of these requirements at length.

It is important to not how the prescriber information is handled in Connexus.

Pharmacists must ensure that the prescriber selected at input is correct – the Connexus database must be the first choice when selecting a prescriber.  Only after a diligent search of the database should a prescriber be added by the pharmacist.

Prescribers added at pharmacy level should be an exception.

Additional enhancements to the Connexus prescriber database functions are scheduled for the next several months.

22

P-07846 _ 00024

Regardless of who selects or inputs the prescriber, the pharmacist who fills the prescription is ultimately responsible, and will be held responsible, for ensuring that the DEA number input is valid and attached to the right prescriber.

P-07846 _ 00025

**Obligation #1**
Ensure valid and accurate use of the prescriber's DEA number
(including accurate submission of date to state monitoring programs)

**Drug Enforcement Administration (DEA) registration number**

- Indicates authorization to prescribe controlled substances
- Never issued without the practitioner having a valid state license
- Medical residents do not have their own DEA numbers
- Residents may use a facility DEA number with an appropriate suffix – a 'special internal code'
- It is never appropriate to use another practitioner's or a dummy DEA number – in fact, it is a violation of state and federal law and Walmart policy, and will result in discipline, up to and including termination.

23 | Health and Wellness



I want to take a few minutes to remind you of the proper use of a prescriber's DEA number.

23



In order to ensure that the prescriber is accurate, the DEA number must be written on the face of all controlled substance prescriptions. This is a requirement of federal law.

This includes verbal orders and any time a pharmacist takes a verbal order for a controlled substance, they must ask for the DEA number of the prescriber.

Understand that this is a requirement of our obligation that the DEA number is both VALID and ACCURATE.

24



**Obligation #1**
Ensure valid and accurate use of the prescriber's DEA number (including accurate submission of date to state monitoring programs)

**Controlled substance prescription requirements**

- A valid DEA number must be provided by the prescriber
- DEA number must appear on the face of the hard copy prescription, including **all** oral prescriptions
- The DEA number associated with the prescriber must be accurately recorded in the prescription record in Connexus

i.e.) The DEA number on the hard copy **must** match the prescriber chosen in Connexus

25 Health and Wellness

Walmart Save money. Live better. Sam's Club

Pharmacists must obtain the DEA number from the prescriber or prescriber's agent when a controlled substance prescription is phoned in.

To be clear, the DEA number must be on the face of the prescription when it is imaged into Connexus.

**Obligation #1**
Ensure valid and accurate use of the prescriber's DEA number
(including accurate submission of date to state monitoring programs)

**Accurate submission of prescriber information**

- Prescriber profiles are downloaded from a vendor-purchased file monthly

- Lag time between file downloads may mean a prescriber is not in the database

- The database does not include facility information, so Residents working in teaching facilities will never be included

- For these reasons, pharmacists may at times need to add prescribers, but they should only do so after checking the HOST file in Connexus

- New prescriber information added at pharmacy level expires after 45 days

26    Health and Wellness



In order to meet this obligation, all pharmacy associates must understand how Connexus handles DEA numbers.

It is important that our pharmacists and technicians understand how to find a prescriber in the HOST system.

It is critically important that prescriber information added at pharmacy level is accurate.

The Connexus database must be the first choice when selecting a prescriber. Prescribers added at pharmacy level should be an exception.

Only after diligent search of the database should a prescriber be added by the pharmacist.

Additional enhancements to the Connexus prescriber database functions are scheduled for the next several months.

26

P-07846 _ 00029

Regardless of who selects or inputs the prescriber, the pharmacist who checks the prescription is ultimately responsible, and will be held responsible, for ensuring that the DEA number input is valid and attached to the right prescriber.

26



The inputting technician can search the prescriber file by either entering the prescriber's name or by searching the DEA number. Shown here in the red box.

By clicking on the search button, the … button, Connexus will look for the prescriber, or take you to another screen for a more detailed search.

Technicians should also ensure that the address selected on the input screen, reflects the prescriber's address on the hardcopy prescription. Shown here in the green box

27



To search the local pharmacy's files, enter the prescriber's name, or DEA number where indicated then hit 'Search Now'.

'Search Now' searches the individual pharmacy's local prescriber file.

If the correct prescriber is returned but there is no DEA number available, call the Contact Center for assistance.  Associates at the Contact Center can update the prescriber file after validating the DEA number.

If the correct prescriber is not found the next thing to do is search the Host by clicking on the 'Host Look Up' button (outlined in red).

P-07846 _ 00032



If the correct prescriber is not found by searching the HOST, only then can the prescriber be added.

Only after choosing "Host Look Up" and having no records returned, should a new prescriber be added.

29



Do not add a DEA number if the prescription is not for a controlled substance.

P-07846 _ 00034



At the 4 point check screen, pharmacists can reroute any input inaccuracy, including the prescriber or the prescriber's DEA number.

Pharmacists should be verifying that the correct DEA number was used for every controlled substance prescription.

Compare the DEA number on the hard copy to the DEA number appearing for the prescriber in the system.

P-07846 _ 00035



Related to the obligation to ensure that the prescribers DEA # is being used accurately is the need to submit accurate information to State Prescription Monitoring Programs.

We will talk about prescription monitoring programs in more detail a little later in the presentation.

Regardless of whether your state has an active prescription monitoring program, there is a universal obligation to make sure that information is accurately entered when filling prescriptions.

P-07846 _ 00036



Now we will move to Obligation #2

The issue behind this obligation relates to <u>internet</u> prescribing but also encompasses the issue of invalid prescriber-patient relationship which everyone will recognize as the problem with prescription or <u>pill mills</u>.

POM 1311 Prescriber-Patient Relationship has been updated

Includes additional indications that a valid relationship may not exist

Includes requirement and process for reporting information to Regulatory Affairs if a prescription is refused

New POM 1317 Out-of-State Prescribers

Outlines state specific restrictions for filling controlled substance prescriptions from out-of-state prescribers

Read and understand the new policy

33

**Obligation #2**
Ensure controlled substance prescription is valid and issued for a valid medical purpose

**Valid practitioner-patient relationship – required reporting**

- Requires pharmacists to document and report any controlled substance prescription not filled when:
  - » The prescription is thought or known to be fraudulent as outlined in POM 1703
  - » The prescriber-patient relationship is suspected or determined not to be valid as outlined in POM 1311
- Pharmacists will provide documentation to Regulatory Affairs
- Regulatory Affairs will notify DEA
- This reporting requirement is absolute; failure to comply will result in discipline, up to and including termination.

34  Health and Wellness   

Let's talk in more detail about this obligation and the reporting that is required.

Again, this obligation relates to the DEA's focus on fraudulent prescriptions and those not issued for a valid medical purpose.

Starting with fraudulent prescriptions.

POM 1703 provides guidance on the expectations for follow up and validation of a controlled substance prescription that you as a pharmacist believe to be forged or altered.

It is important that you read and fully understand this policy.

Provided with the policy are several 'frequently asked questions'. These breakdown various scenarios and issues that are commonly encountered when handling forged or altered prescriptions.

34

P-07846 _ 00038

Note that the change on POM 1703 requires reporting of these prescriptions to Regulatory Affairs.

POM 1311 Prescriber-Patient Relationship has also been updated.

Includes additional indications that a valid relationship may not exist

Includes requirement and process for reporting information to Regulatory Affairs if a prescription is refused.

34

**Obligation #3**
Comply with state laws requiring ID check

- New POM 1313 - Proper Identification

- Outlines state specific requirements related to checking and recording identification before dispensing controlled substances

- Provides best practices, applicable in all states where there is no specific requirement, for checking identification before dispensing controlled substances, when the patient is new or unknown to staff.

- Paper logs for recording prescription pick up are not allowed



35   Health and Wellness

Obligation#3

35



Obligation #4 (cover the slide)

As a review, the first four obligations in general require:

1.  Accurate and valid use of the prescriber's DEA #

2.  Ensuring that controlled substance prescriptions were issued for a valid medical purpose, including the existence of a valid prescriber-patient relationship.

3.  That we comply with state laws that require an ID check when dispensing controlled substances.

4.  A block of early refill of controlled substances.

Now we're going to talk about some additional obligations, the first of which relates back to prescription monitoring programs.

P-07846 _ 00041

**Other obligations**
Allow pharmacists to access PMP programs

**Access to state prescription monitoring programs (PMP)**

- POM 1316 provides links and usage guidelines

- Pharmacists have access to PMP websites in every state that has an active program

- Enrollment is required by each pharmacist that wishes to use the website

37 | Health and Wellness  

37



•There are a few policies that discuss record requests from law enforcement, including the DEA.

•POM 1304 is titled Pharmacy Inspections and addresses how to handle visits from any Regulatory Agency.

•It is important to understand that you should be professional and courteous when an agency, including law enforcement requests records. You should always cooperate with lawful requests for records.

•If you are unsure of whether the request is lawful, there are many resources available to assist you. These include your Market Manager, Regulatory Affairs, Asset Protection and even the Legal department.

•POM 1703 is often misunderstood. Prescriptions that are known to be forged or altered are not valid, and therefore do not require HIPAA privacy protection.

•Do not fill a known or suspected forged prescription – this is a violation of federal law.

Resources include:  Market Director,  Regulatory Affairs,  Asset

Protection, Legal Department

P-07846 _ 00044

**Other obligations**
Install security cameras to capture images of all transactions

- Asset Protection manages cameras and recordings

- Footage must be retained for 30 days and provided to law enforcement upon request

- Any law enforcement requests for video footage should be referred to Asset Protection

39 | Health and Wellness

  

39



Here is a recap of the eight policies that are impacted by this Agreement. These policies can be found on the WIRE.

There are additional policies related to controlled substances that are good reference for you as well.

P-07846 _ 00046



**Policy reference list**

- Additional policy resources
    - POM 807 – Receiving prescription orders
    - POM 901 – Asset Protection overview
    - POM 902 – Prescription area security
    - POM 903 – Filling Schedule II prescriptions
    - POM 911 – Diversion SOP
    - POM 913 – Post-diversion drug testing
    - POM 1304 – Pharmacy inspections

41 | Health and Wellness

Here is a recap of the eight policies that are impacted by this settlement. These policies can be found on the WIRE.

There are additional policies related to controlled substances that are good reference for you as well.

41



## Controlled substance training module schedule

| Module | Topic | Seat time | Due date |
|--------|-------|-----------|----------|
| 1 | Controlled substance security | ~ 25 minutes | 4/15/11 |
| 2 | Dispensing procedures | ~ 20 minutes | 4/29/11 |
| 3 | Prescriber/Patient relationship | ~ 25 minutes | 5/13/11 |
| 4 | Fraudulent prescriptions and unusual patient behavior | ~ 25 minutes | 5/27/11 |
| 5 | Filling and checking (including check out procedures) | ~ 25 minutes | 6/10/11 |
| 6 | Audits, reporting and troubleshooting | ~ 25 minutes | **6/24/11** |

Sales Associates will take Modules 1, 4 and 5 Total time ~ 70 min.

Technicians will take Modules 1-5 Total time ~ 2 hrs.

Pharmacists & Interns will take all 6 Modules Total time ~ 2.5 hrs.

43 | Health and Wellness

Walmart

All modules droped into the new GLMS on March 22nd.

43



P-07846 _ 00050

**Other**

- Systems
  - Connexus enhancements will roll out to further enhance agreement

- Monitoring
  - Compliance monitoring will be on-going
  - CORT questions will focus on compliance with the agreement

- Credentialing
  - Enhanced background and professional credential checks
  - Random drug testing will begin where allowed by law

| 45 | Health and Wellness |  |

To ensure compliance with the obligations outlines in the Agreement, several other programs either are in place today, or will be released shortly.

From a systems perspective you will see Connexus enhancements.

45



P-07846 _ 00052

## Review of obligations

1. Ensure valid and accurate use of the prescriber's DEA number (includes submission of data to state monitoring programs)

2. Ensure controlled substance prescription is valid and issued for a valid medical purpose
   a) Monitor for valid prescriber-patient relationship, including out-of-state prescribers
   b) Monitor for forged or altered prescriptions
   c) Report all cases when the pharmacist determines that the prescription or relationship are not valid and therefore does not fill the prescription

3. Comply with state laws requiring ID check

4. Block early refill of controlled substance prescriptions

5. Other

47 | Health and Wellness  

47



This slide, from the Alliance for State Prescription Monitoring Programs shows active or pending PMP programs.  If you are practicing on a state with an active program (purple), go to POM 1316 for details on how to enroll for access to the database if you haven't done so already.

5 States + PR

48

**Review of key concepts**

1. Ensure all information entered into Connexus is accurate

2. Ensure the security of the pharmacy and all controlled substances

3. Immediately report
   a) Shortages or suspected diversion
   b) Fraudulent or otherwise invalid prescriptions
   c) Regulatory agency contact
   d) Evidence of non-compliance

4. Use available resources
   a) Prescription Monitoring Programs
   b) Market Manager/Director
   c) Regulatory Affairs
   d) Asset Protection

49   Health and Wellness 

49



## Consequences of Non-Compliance

- This MOA has been signed by Dr. Agwunobi and approved by senior leadership of Wal-Mart Stores, Inc.

- A violation may have serious consequences for Walmart, including a revocation of a pharmacy's DEA license.

- A single, inadvertent mistake that happens to violate the MOA will not subject Walmart to sanctions, but . . . .

- Any pattern of non-compliance, or any intentional violation, will be considered a violation of the MOA and will subject Walmart to serious consequences.

51  Health and Wellness – ATTORNEY CLIENT PRIVILEGED

Walmart 

Andy to provide

51



Paul    Closing Comments

Thank you for your time and attention today. If you have any questions after viewing this presentation and reading the policies described here, please contact your Market Manager.



Welcome!

I would like to share some important information regarding an agreement between Wal-Mart Stores, Inc. and the Drug Enforcement Administration (DEA).  I will be discussing details of the agreement and what  has been done to implement this agreement.

53

**Background - Administrative Memorandum of Agreement (MOA)**

- Over the course of 15 months, Walmart and the DEA extensively negotiated an Administrative Memorandum of Agreement (MOA).

- The MOA applies to all Wal-Mart Stores, Inc. pharmacies, including Sam's Club and Puerto Rico.

- The MOA applies only to actions occurring after the effective date of the Agreement, March 17, 2011

- The term of the Agreement is four (4) years.

- Walmart will not pay any monetary fines or sanctions.



54    Health and Wellness

- Over the course of 15 months, Walmart and the DEA extensively negotiated an Administrative Memorandum of Agreement (MOA).

- The MOA applies to all Wal-Mart Stores, Inc. pharmacies, including Sam's Club and Puerto Rico.

- The MOA applies only to actions occurring after the effective date of the Agreement, March 17, 2011

- The term of the Agreement is four (4) years.

- Walmart will not pay any monetary fines or sanctions.

54



The agreement has several obligations, policy changes and expectations to be executed. Let's examine the Obligations

**Obligations**

1.  Ensure valid and accurate use of the prescriber's DEA number
    •   (includes submission of data to state monitoring programs)

2.  Ensure controlled substance prescription is valid and issued for a valid medical purpose
    a)  Monitor for valid prescriber-patient relationship, including out-of-state prescribers
    b)  Monitor for forged or altered prescriptions
    c)  Report all cases when the pharmacist determines that the prescription or relationship are not valid and therefore does not fill the prescription

3.  Comply with state laws requiring ID check

4.  Block early refill of controlled substance prescriptions

5.  Reporting, Training, CCTV recording



56 | Health and Wellness

In General – the obligations under the Agreement are as follows.

1. Ensure valid and accurate use of the prescriber's DEA number

    (includes submission of data to state monitoring programs)

    Change slide to show State Monitoring programs

2. Ensure controlled substance prescription is valid and issued for a valid medical purpose

    a)      Monitor for valid prescriber-patient relationship, including out-of-state prescribers

    b)      Monitor for forged or altered prescriptions

    c)      Report all cases when the pharmacist determines that the prescription or relationship are not valid and therefore does not fill the prescription

3. Comply with state laws requiring ID check

56

4. Block early refill of controlled substance prescriptions

5. Reporting, Training, CCTV recording

Policy reviews were conducted  and many Policies (POM's) were either updated
or created to support of stores and clubs in being compliant with the MOA.

56



States in Purple already have a PMP program in place,  Blue has passed legislation but not active yet and yellow states have Legislation pending. Arkansas pass legislation in March to create a PMP program which leaves only 4 states and PR to enact a program.

P-07846 _ 00064

### Obligations  (continued)

1.  Ensure valid and accurate use of the prescriber's DEA number
    - (includes submission of data to state monitoring programs)

2.  Ensure controlled substance prescription is valid and issued for a valid medical purpose
    a)  Monitor for valid prescriber-patient relationship, including out-of-state prescribers
    b)  Monitor for forged or altered prescriptions
    c)  Report all cases when the pharmacist determines that the prescription or relationship are not valid and therefore does not fill the prescription

3.  Comply with state laws requiring ID check

4.  Block early refill of controlled substance prescriptions

5.  Reporting, Training, CCTV recording



| 58 | Health and Wellness | | Walmart | |

2. Ensure controlled substance prescription is valid and issued for a valid medical purpose

    a)    Monitor for valid prescriber-patient relationship, including out-of-state prescribers

    b)    Monitor for forged or altered prescriptions

    c)    Report all cases when the pharmacist determines that the prescription or relationship are not valid and therefore does not fill the prescription

3. Comply with state laws requiring ID check

4. Block early refill of controlled substance prescriptions

5. Reporting, Training, CCTV recording

58

Policy reviews were conducted  and many Policies (POM's) were either updated or created to support of stores and clubs in being compliant with the expectations and execution of our programs

58



Here is a recap of the eight policies that are impacted by this Agreement. These policies can be found on the WIRE

# Updated policies

POM 1311 – Valid Prescriber/Patient Relationship

POM 1315 – Monthly CII Audits

POM 1316 – Prescription

P-07846 _ 00067

Monitoring Programs

POM 1703 – Forged or Altered Prescriptions

New policies

POM 1313 – Proper Identification

POM 1317 – Out-of-State Prescribers

POM 1318 – Early Refills

POM 1319 – Prescriber Identification

59



There are additional policies related to controlled substances that are good reference for you as well.

# Additional policy resources

### POM 807 – Receiving prescription orders

### POM 901 – Asset Protection overview

### POM 902 – Prescription area

60

security

POM 903 – Filling Schedule II prescriptions

POM 911 – Diversion SOP

POM 913 – Post-diversion drug testing

POM 1304 – Pharmacy inspections

P-07846 _ 00070



Training  Modules have been created to communicate the expectations for handling and dispensing Controlled substance prescriptions.  There are 6 modules

**Controlled substance training module schedule**

| Module | Topic | Seat time | Due date |
|--------|-------|-----------|----------|
| 1 | Controlled substance security | ~ 25 minutes | 4/15/11 |
| 2 | Dispensing procedures | ~ 20 minutes | 4/29/11 |
| 3 | Prescriber/Patient relationship | ~ 25 minutes | 5/13/11 |
| 4 | Fraudulent prescriptions and unusual patient behavior | ~ 25 minutes | 5/27/11 |
| 5 | Filling and checking (including check out procedures) | ~ 25 minutes | 6/10/11 |
| 6 | Audits, reporting and troubleshooting | ~ 25 minutes | 6/24/11 |

Sales Associates will take Modules 1, 4 and 5 Total time ~ 70 min.

Technicians will take Modules 1-5 Total time ~ 2 hrs.

Pharmacists & Interns & Mgt will take all 6 Modules Total time ~ 2.5 hrs.

62 | Health and Wellness

Walmart

All modules drop into the new GLMS on March 22nd.

1.  Controlled substance security

2.  Dispensing procedures

3.  Prescriber/Patient relationship

4.  Fraudulent prescriptions and unusual patient behavior

5.  Filling and checking (including check out procedures)

6.  Audits, reporting and troubleshooting

 These modules are targeted at the job functions preformed by the associates,  Some associates will take 3 modules and others will take all 6 modules.

The associates are tested on their knowledge of the Controlled substance procedures at the end of each module.

P-07846 _ 00072



**Review of key concepts**

1. Ensure all information entered into Connexus is accurate

2. Ensure the security of the pharmacy and all controlled substances

3. Immediately report
   a) Shortages or suspected diversion
   b) Fraudulent or otherwise invalid prescriptions
   c) Regulatory agency contact
   d) Evidence of non-compliance

4. Use available resources
   a) Prescription Monitoring Programs
   b) Market Manager/Director
   c) Regulatory Affairs
   d) Asset Protection

64 | Health and Wellness

Walmart

Let's Recap

1. Ensure Information is entered in accurately into Connexus.

2. Ensure security of the Pharmacy and controlled substances

3. Immediately report the following occurrences

4. Resources  - PMP, MD's MM's. Regulatory Affairs and AP

64

**Other**

- Systems
    - Connexus enhancements will roll out to further enhance agreement

- Monitoring
    - Compliance monitoring will be on-going
    - CORT questions will focus on compliance with the agreement

- Credentialing
    - Random drug testing will begin where allowed by law
    - Enhanced background and professional credential checks

- Training
    - Pharmacists, Interns, Technicians, Cashiers and Management



65 | Health and Wellness

To ensure compliance with the obligations outlined in the Agreement, several other programs either are in place today, or will be released shortly.

From a systems perspective you will see Connexus enhancements throughout the year

-Host Prescriber file updated weekly instead of monthly

-Prescriber address selection enhancements for Dr's with Multiple practice sites

-Multiple DEA numbers for Prescriber

-4PT check screen will be enhanced to validate Prescriber information entered for the prescription

-Real time DEA number validation at input for Controlled substance prescriptions

Monitoring and follow-up

-Regional compliance directors

-Market Directors

65

-Regulatory Affairs

-Systems

Credentialing

-Random Drug screening to prevent diversion in state where allowed by law

-Background checks and Professional License verification

Training

-Existing Associates

-New hired Pharmacy Associates

65



As you can see the execution of this MOA required the entire H&W organization to work together

Senior Leadership

Regulatory Affairs

Legal

Operations

Compliance

Training and Development

Asset Protection

Policy review committee

P-07846 _ 00077