| | |
|---|---|
| From: | Brad Nelson |
| To: | Shelley Tustison |
| Sent: | 11/25/2014 2:55:33 PM |
| Subject: | Fwd: Controls from a local DR |

Can you assist since Eric is in Oklahoma? Thanks.

Brad Nelson, RPh,
**Director, Corporate Compliance**
**Health and Wellness Practice Compliance**
Office: 479-l277-6339 Fax: 479-277-9679
Brad.Nelson@wal-mart.com

Walmart ☀ Compliance
*The Right Way- Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

Pharmacy Practice Compliance is committed to ensuring compliance with regulatory agency laws and regulations applicable to the practice of pharmacy, the **Right Way, Every Day!** ☀

Begin forwarded message:

**From:** Eric Frikken - EFRIKKE <eric.frikken@walmart.com>
**Date:** November 25, 2014 at 7:57:56 AM CST
**To:** Brad Nelson <Brad.Nelson@walmart.com>
**Subject: FW: Controls from a local DR**

Brad is there any other direction that we need to take on the below Dr.? We have a couple other chains that are refusing to fill for this Dr. The direction that I gave to the store is below. I appreciate any help or advise you can provide. Thank you

**From:** Sabrina Edgeman - sdedgem.s00975
**Sent:** Monday, November 24, 2014 12:29 PM
**To:** Eric Frikken - EFRIKKE
**Subject:** RE: Controls from a local DR

Yes, he does have a valid license, we called his office this morning to verify the Rx and asked the nurse if they knew what was going on, and she said yes, they had heard that several pharmacies were refusing to fill his Rxs, but they won't tell the office why?? It is weird though, the Rx has a Sherman, Tx office address and then a Dallas phone number, so I am guessing they have multiple offices? Anyway, the nurse validated the Rx and the pt has been on it for years, so we all felt comfortable that it was valid Rx and took care of the patient, we just thought that was weird that other chain pharmacies had a blanket refusal for a dr! That is very odd! Maybe we will learn something from compliance on him? It is just very weird.

# Sabrina Edgeman PharmD
# Assistant Manager Wal-Mart #975
# 3712 W Main Street Durant, Ok 74701

PLAINTIFFS TRIAL EXHIBIT
P-07908_00001

HIGHLY CONFIDENTIAL

WMT_MDL_000536546
P-07908    00001

**From:** Eric Frikken - EFRIKKE
**Sent:** Monday, November 24, 2014 11:16 AM
**To:** Sabrina Edgeman - sdedgem.s00975
**Subject:** Fwd: Controls from a local DR

Sabrina this is the first I am hearing of this Dr. I will forward up to compliance. Does he currently have a valid license? While we are researching with compliance as always judge each prescription on an individual basis. As always the company trust you to use professional judgment and take into account the best needs of the patient on any prescription. At this time we cannot do a blanket refusal on a Dr. if they have a valid license but do review each script on its own merit and use professional judgment and Dr. patient relationship, therapy etc. in making decision to fill or not fill. Remember for any refusal to fill we just need to ensure that we fill out the refusal to fill form and submit.

I will let you know what I find out.

---

**From:** Sabrina Edgeman - sdedgem.s00975
**Sent:** Sunday, November 23, 2014 10:39 AM
**To:** Eric Frikken - EFRIKKE
**Subject:** Controls from a local DR

Eric,

We had a question come up this weekend concerning a local physician and his prescribing of CDS in the state of Texas. Both the corporate offices of Target and Kroger have told their pharmacists that they are not allowed to fill CDS from Dr Howard Gregg Diamond at all period. Target was very illusive and made me call their corporate office about the situation and all I got was a "legal" answer, but Kroger said that their corporate offices sent out a letter saying that they weren't to fill for him due to some legal issues being investigated with his practice and prescribing and they didn't want their pharmacists "put at risk" filling these medications that were not needed and overdosing of his patients. Has Wal-Mart heard anything about this?? Before we start getting an influx of CDS from that physician since two local chains are not filling for him anymore I just wanted to see if anything has been said about his CDS prescribing concerns on our end? I know we as pharmacists here and as a company don't want our patients to be at risk either!

# Sabrina Edgeman PharmD
# Assistant Manager Wal-Mart #975
# 3712 W Main Street Durant, Ok 74701

HIGHLY CONFIDENTIAL

WMT_MDL_000536547

P-07908    00002