| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | Joshua Billings |
| **CC:** | Scott Ortolani |
| **Sent:** | 2/24/2017 3:37:03 PM |
| **Subject:** | RE: Tech Disqualification |

Josh

You can do that in archer by putting his DEA # in the search box and hitting enter. I will tell you it takes 100's of RFT's to be considered for a Corporate Block. It is a huge deal and we only have an handful of DR's that have been issued a Corporate block.

Brad Nelson, RPh,
**Director, U.S. Ethics & Compliance**
**Health and Wellness Practice Compliance**
**Office: 479-277-6339 Fax: 479-277-9679**
<u>Brad.Nelson@walmart.com</u>

U.S. Ethics &
Compliance
*The right way, every day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.


**From:** Joshua Billings
**Sent:** Friday, February 24, 2017 9:00 AM
**To:** Brad Nelson
**Cc:** Scott Ortolani
**Subject:** RE: Tech Disqualification


PLAINTIFFS TRIAL EXHIBIT
P-08037_00001

HIGHLY CONFIDENTIAL

WMT_MDL_001017453
P-08037   00001

Brad

Can you look into where we are at with RTF's for Lamonda at Store 40? I am wondering how close we are to getting a home office blanket refusal.

Thanks

Joshua Billings  PharmD
**Market Health and Wellness Director**
Market 214    Phone 816-674-5035
j1billi@wal-mart.com

**Wal-Mart**
702 Southwest 8th Street
Bentonville, AR 72716-0580
Save money. Live better.

**From:** Brad Nelson
**Sent:** Friday, February 24, 2017 8:02 AM
**To:** Joshua Billings
**Cc:** Scott Ortolani
**Subject:** RE: Tech Disqualification

That will happen automatically if there are enough RTF's filed for this prescriber or multiple Blanket Refusals filed from multiple locations.

Brad Nelson, RPh,
**Director, U.S. Ethics & Compliance**
**Health and Wellness Practice Compliance**
Office: 479-277-6339 Fax: 479-277-9679
Brad.Nelson@walmart.com

# U.S. Ethics & Compliance

*The right way, every day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

**From:** Joshua Billings
**Sent:** Friday, February 24, 2017 8:01 AM
**To:** Brad Nelson
**Cc:** Scott Ortolani
**Subject:** RE: Tech Disqualification

Brad

Could we lobby for a home office blanket refusal for Justin Lamonda so the refusal will show home office support?

Joshua Billings  PharmD
**Market Health and Wellness Director**
Market 214     Phone 816-674-5035
j1billi@wal-mart.com

Wal-Mart
702 Southwest 8th Street
Bentonville, AR 72716-0580
Save money.  Live better.

**From:** Brad Nelson
**Sent:** Friday, February 24, 2017 6:20 AM
**To:** Joshua Billings
**Cc:** Scott Ortolani
**Subject:** RE: Tech Disqualification

See response in red below.

Brad Nelson, RPh,
**Director, U.S. Ethics & Compliance**
**Health and Wellness Practice Compliance**
Office: 479-277-6339 Fax: 479-277-9679
Brad.Nelson@walmart.com
U.S. Ethics &

HIGHLY CONFIDENTIAL

Compliance
*The right way, every day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

**From:** Joshua Billings
**Sent:** Thursday, February 23, 2017 5:06 PM
**To:** Brad Nelson
**Cc:** Scott Ortolani
**Subject:** FW: Tech Disqualification

Brad

I have a couple of situations that I need your team direction.  First, Store 363 has a technician on the disqualification list for the MO BOP for not paying taxes.  My question is do we need to suspend her or can she work in other areas of the store?  My worry is that if we don't suspend her, she will still show in the job code and will be on the roster of technicians if the BOP audits us. Brad – She must be removed for DIV 10 payroll.  She cannot continue to work for the Pharmacy division.  Secondly, we are considering doing a blanket refusal on Justin Lamonda at Store 40.  Scott and I will be discussing tomorrow morning at 8am.  If Scott and I decide to move forward, I would like to have you involved in the process to make sure we are handling the situation appropriately.  Brad- Unfortunately we have been advised not to influence the pharmacist's professional judgment in these cases, a blanket refusal needs to be 100% determined by the Pharmacist who files the refusal.  If there is a pattern of red flags that cannot be resolved then a blanket refusal is an option for the Pharmacist to use.

Thank you


Joshua Billings  PharmD
**Market Health and Wellness Director**
Market 214     Phone 816-674-5035
j1billi@wal-mart.com

**Wal-Mart**
702 Southwest 8th Street

Bentonville, AR 72716-0580
Save money. Live better.

**From:** Ramanda Gilliard
**Sent:** Thursday, February 23, 2017 9:41 AM
**To:** Joshua Billings
**Subject:** RE: Tech Disqualification

Joshua, my recommendation on this is you will need to partner with Scott and contact Practice Compliance or Credentialing to find out how matters of this nature are handed.

Thank you,
Ramanda J. Gilliard, PHR **Divisional Sr. HR Manager**
Health & Wellness-North Central Division
Phone: 479.659.2487
Ramanda.Mcdaniel@wal-mart.com

Save Money. Live Better.

**From:** Joshua Billings
**Sent:** Tuesday, February 21, 2017 4:52 PM
**To:** Ramanda Gilliard
**Cc:** Jerid Hill - JWHILL.s00363
**Subject:** FW: Tech Disqualification

Ramanda

Store 363 has a technician on the disqualification list for the MO BOP for not paying taxes. My question is do we need to suspend her or can she work in other areas of the store? My worry is that if we don't suspend her, she will still show in the job code and will be on the roster of technicians if the BOP audits us. Please advise.

Thank you

HIGHLY CONFIDENTIAL

**Joshua Billings  PharmD**
**Market Health and Wellness Director**
Market 214    Phone 816-674-5035
j1billi@wal-mart.com

**Wal-Mart**
702 Southwest 8th Street
Bentonville, AR 72716-0580
Save money.  Live better.

**From:** Jerid Hill - JWHILL.s00363
**Sent:** Wednesday, February 15, 2017 3:11 PM
**To:** Joshua Billings
**Subject:** Tech Disqualification

Josh,
I have  1 technician, Meghan Tichenour, on the HB-600 Technician Disqualification List. I have been in touch with her and she has verified that she has resolved the issue on her end and is waiting for Dept. of Revenue/Board of Pharmacy to provide approval on their end. I have told her that she can't come in to work within the pharmacy until I have approval documented from the Board of Pharmacy. As of today, I haven't received confirmation/approval. I have taken down her license from the wall and left her off the technician monthly verification list until further notice.

Thanks,
Jerid

HIGHLY CONFIDENTIAL