| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | Christina Strobel; Kimberly Snow - kjsnow.s00317 |
| **Sent:** | 1/14/2014 8:05:04 PM |
| **Subject:** | RE: Prescriber concern |

**COMPLIANCE RIGHT WAY EVERY DAY**
**REFUSAL TO FILL.**

Pharmacists are granted the ability to exercise their professional judgment and choose to refuse to fill any prescription if they feel the prescription was written for other than a legitimate medical purpose. You and your staff are encouraged to review POMs 203,1311,1316,1317,1319 and 1703. Even after the Pharmacist established that there is a Dr/Patient relationship, the Pharmacist is still allowed to refuse to fill a prescription on an individual prescription basis, no blanket refusals are allowed by the Boards of Pharmacy. Key points:

- When any of the pharmacists on your team decides to not fill a prescription, then the requirements of POM 1703 apply and a refusal to fill or fraudulent activity webform **is required** to be submitted for each refusal.
- Once a pharmacist submits the refusal to fill or fraudulent activity webform, the information is then sent to the DEA by the practice compliance team.
- If a pharmacist dispenses a prescription and subsequently learns (i.e. from law enforcement, a prescriber, another pharmacy or other sources) that the prescription was forged or altered, the pharmacist **is still required** to fill out the refusal to fill or fraudulent activity webform and follow the steps outlined in POM 1703.
- The documentation of these refusals is to provide details of the incident for the purposes of supporting the Pharmacists in their decision should any complaint be filed by a prescriber or patient with the Medical Board or Board of Pharmacy.

Unfortunately there are many prescribers that write for large quantities of controlled substances, however, this does not mean that you as a professional are required to fill these prescriptions. We encourage and support each Pharmacist in exercising his/her professional judgment, we simply ask that you follow the policies and procedures outlined in the Pharmacy operations manual to protect you and the company from false claims of discrimination from the Prescriber or the patient. We appreciate your concerns and understand the impact to your practice.

If you have any questions or concerns please feel free to contact Health and Wellness Regulatory Affairs: (479) 204-8014.

---

**From:** Christina Strobel
**Sent:** Tuesday, January 14, 2014 1:48 PM
**To:** Brad Nelson
**Subject:** Fw: Prescriber concern

Brad,
Please let me know if there is anything we need to address on our end.


Christina Strobel
Health & Wellness Market Director
Market 24 Region 26
1204 Ave. of Mid-America
Effingham, IL 62401
Office (217)347-5249
Fax (217)347-2377
Cell (479)899-5034

**From:** Kimberly Snow - kjsnow.s00317
**Sent:** Saturday, January 11, 2014 06:18 PM Central Standard Time
**To:** Christina Strobel

PLAINTIFFS TRIAL EXHIBIT
P-08048_00001

HIGHLY CONFIDENTIAL

WMT_MDL_001182767
P-08048   00001

**Subject**: Prescriber concern

Christina,

Please forward to regulatory affairs or to other appropriate compliance officers.

I have concern about the controlled substance prescribing of Dr. Carl Castle, who is one of the primary physicians in my area. Over the past year, Dr. Castle has written a large number of controlled substance prescriptions, especially in regards to pain medication (hydrocodone/acetaminophen) and benzodiazepines (alprazolam or lorazepam). In several instances, it was found he was continually prescribing these for patients monthly without actually physically seeing since it was discovered the patient had been incarcerated several months prior. I feel that these could possible be "red flags" for this doctor and are unsure what to do in regards to this.

Kimberly Snow
Pharmacy Manager Store 0317
Regional Immunization Champion

HIGHLY CONFIDENTIAL

WMT_MDL_001182768
P-08048    00002