## Brad Nelson Salary History

PLAINTIFFS TRIAL EXHIBIT
P-08077_00001

| Date | Salary |
|---|---|
| 1992-07-12 | $ 66,000.22 |
| 1993-02-07 | $ 71,500.00 |
| 1994-02-20 | $ 76,500.06 |
| 1995-02-19 | $ 82,500.08 |
| 1996-02-18 | $ 86,996.26 |
| 1997-04-13 | $ 92,906.32 |
| 1998-04-12 | $ 95,906.20 |
| 1999-04-11 | $ 98,303.92 |
| 2000-04-09 | $ 103,219.22 |
| 2001-04-08 | $ 109,618.86 |
| 2002-01-27 | $ 119,500.16 |
| 2003-04-06 | $ 123,682.78 |
| 2004-04-04 | $ 127,393.24 |
| 2005-04-03 | $ 131,214.98 |
| 2006-04-30 | $ 133,839.16 |
| 2006-07-23 | $ 143,877.24 |
| 2007-04-29 | $ 151,071.18 |
| 2008-04-27 | $ 158,624.70 |
| 2009-04-26 | $ 161,796.96 |
| 2010-04-25 | $ 166,650.90 |
| 2011-01-30 | $ 140,750.22 |
| 2014-06-29 | $ 154,825.32 |
| 2015-04-19 | $ 158,309.06 |
| 2016-04-17 | $ 161,475.34 |

source: WMT_MDL_001217567 HIGHLY CONFIDENTIAL.xlsx

P-WMT-545-0002

## Brad Nelson DOE History

| YEAR | 401K | * AWARD | CATCH UP 401K* | CHOICE $ 401K | CO STK CONT | DEFCOMP DOE | EQUITY P/O NET | MGMT INCENTIVE | MISC BONUSES | PTO PAY | RS/RSU GROSS | SEVER PAY | STK OPTS GROSS | STOCK PURCH | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1992 | | | | | $ 113 | | | | | | | | | $ 1,800 | $ 1,913 |
| 1993 | | | | | $ 270 | | | | | | | | | $ 3,600 | $ 3,870 |
| 1994 | | | | | $ 270 | | $ 10,106 | | | | | | $ 14,906 | $ 3,300 | $ 28,583 |
| 1995 | | | | | $ 270 | | 43,170 | | | | | | 63,672 | 3,450 | $ 110,561 |
| 1996 | | | | | $ 270 | | 36,094 | | | | | | 58,594 | 3,600 | $ 98,558 |
| 1997 | $ 1,286 | | | | $ 270 | | 17,300 | | $ 18,513 | | | | 25,609 | 3,900 | $ 66,878 |
| 1998 | $ 3,745 | | | | $ 270 | | 28,555 | $ 29,730 | | | | | 42,117 | 3,900 | $ 108,317 |
| 1999 | $ 3,850 | | | | $ 270 | | 68,084 | $ 30,690 | | | | | 107,219 | 3,900 | $ 214,013 |
| 2000 | $ 5,183 | | | | $ 293 | | 62,147 | $ 62,915 | | | | | 104,893 | 4,200 | $ 239,630 |
| 2001 | $ 4,086 | | | | $ 270 | | 94,282 | $ 28,076 | | | | | 155,894 | 3,900 | $ 286,507 |
| 2002 | $ 1,275 | | | $ 1,413 | $ 270 | | 31,496 | $ 20,685 | | | | | 48,870 | 3,900 | $ 107,910 |
| 2003 | $ 1,610 | | | | $ 270 | | 67,222 | $ 38,240 | | | | | 106,311 | 3,900 | $ 217,553 |
| 2004 | $ 143 | | | | $ 270 | | 343,973 | $ 32,417 | | | | | 523,841 | 3,900 | $ 904,544 |
| 2005 | | | | | $ 270 | | | $ 33,195 | | | | | | 3,900 | $ 37,365 |
| 2006 | | | | | $ 270 | | 91,258 | | | | | | 138,581 | 3,900 | $ 234,009 |
| 2007 | $ 1,395 | $ 50 | | | $ 270 | $ 136 | 56,609 | | | | | | 85,113 | 3,900 | $ 147,473 |
| 2008 | $ 8,404 | | | | $ 270 | $ 2,318 | 16,374 | | | | | | 24,622 | 3,900 | $ 55,888 |
| 2009 | $ 8,946 | | | | $ 270 | $ 2,412 | 4,382 | | | | $ 7,288 | | | 4,050 | $ 27,347 |
| 2010 | $ 9,002 | | $ 5,500 | | $ 270 | $ 4,417 | 15,823 | | | | $ 16,008 | | 10,281 | 4,050 | $ 65,352 |
| 2011 | $ 16,756 | | $ 5,500 | | $ 270 | $ 7,765 | 30,693 | | | | $ 36,709 | | 12,516 | 4,050 | $ 114,259 |
| 2012 | $ 17,383 | | $ 5,717 | | $ 270 | $ 3,656 | 100,840 | | | | $ 48,059 | | 106,787 | 4,050 | $ 286,761 |
| 2013 | $ 17,554 | | $ 5,500 | | $ 270 | $ 6,001 | 35,163 | $ 38,630 | | | $ 57,710 | | | 3,900 | $ 164,728 |
| 2014 | $ 16,850 | | $ 5,283 | | $ 270 | $ 3,705 | 21,764 | $ 21,845 | | | $ 36,249 | | | 3,900 | $ 109,866 |
| 2015 | $ 18,000 | | $ 6,000 | | $ 270 | $ 5,031 | 21,704 | $ 29,880 | | | $ 35,954 | | | 3,900 | $ 120,739 |
| 2016 | $ 18,000 | | $ 6,000 | | $ 270 | $ 6,617 | 9,700 | $ 37,102 | | | $ 16,099 | | | 3,900 | $ 97,687 |
| 2017 | $ 3,230 | | $ 3,770 | | | $ 3,115 | 9,476 | $ 53,890 | | $ 3,105 | $ 15,771 | $ 124,212 | | 900 | $ 217,469 |
| Grand Total | $ 156,698 | $ 50 | $ 43,270 | $ 1,413 | $ 6,615 | $ 45,173 | 1,216,214 | $ 457,295 | $ 18,513 | $ 3,105 | $ 269,846 | $ 124,212 | 1,629,827 | 95,550 | $ 4,067,781 |

source: WMT_MDL_001217567 HIGHLY CONFIDENTIAL.xlsx

P-08077 _ 00002

## Brad Nelson Total Earnings + DOE

| YEAR | REGULAR EARNINGS | OTHER EARNINGS | DOE | Grand Total |
|---|---|---|---|---|
| 1992 | $ 30,462 | $ 113 | $ 1,913 | $ 32,487 |
| 1993 | $ 71,077 | $ 1,260 | $ 3,870 | $ 76,207 |
| 1994 | $ 73,173 | $ 19,301 | $ 28,583 | $ 121,057 |
| 1995 | $ 75,462 | $ 67,902 | $ 110,561 | $ 253,925 |
| 1996 | $ 86,477 | $ 63,154 | $ 98,558 | $ 248,189 |
| 1997 | $ 91,315 | $ 47,455 | $ 66,878 | $ 205,648 |
| 1998 | $ 95,099 | $ 72,653 | $ 108,317 | $ 276,069 |
| 1999 | $ 97,658 | $ 138,179 | $ 214,013 | $ 449,850 |
| 2000 | $ 109,836 | $ 168,100 | $ 239,630 | $ 517,567 |
| 2001 | $ 108,142 | $ 184,239 | $ 286,507 | $ 578,888 |
| 2002 | $ 119,120 | $ 22,369 | $ 107,910 | $ 249,399 |
| 2003 | $ 122,718 | $ 38,510 | $ 217,553 | $ 378,781 |
| 2004 | $ 126,537 | $ 32,687 | $ 904,544 | $ 1,063,768 |
| 2005 | $ 130,333 | $ 33,465 | $ 37,365 | $ 201,163 |
| 2006 | $ 137,867 | $ 29,852 | $ 234,009 | $ 401,727 |
| 2007 | $ 148,858 | $ 37,700 | $ 147,473 | $ 334,031 |
| 2008 | $ 156,301 | $ 54,066 | $ 55,888 | $ 266,255 |
| 2009 | $ 166,922 | $ 56,994 | $ 27,347 | $ 251,263 |
| 2010 | $ 171,380 | $ 53,927 | $ 65,352 | $ 290,659 |
| 2011 | $ 149,152 | $ 54,807 | $ 114,259 | $ 318,219 |
| 2012 | $ 146,164 | $ 25,226 | $ 286,761 | $ 458,151 |
| 2013 | $ 140,750 | $ 38,900 | $ 164,728 | $ 344,378 |
| 2014 | $ 148,329 | $ 22,115 | $ 109,866 | $ 280,311 |
| 2015 | $ 157,371 | $ 30,150 | $ 120,739 | $ 308,260 |
| 2016 | $ 160,623 | $ 37,372 | $ 97,687 | $ 295,682 |
| 2017 | $ 37,264 | $ 181,207 | $ 217,469 | $ 435,940 |
| Grand Total | $ 3,058,388 | $ 1,511,704 | $ 4,067,781 | $ 8,637,873 |

source: WMT_MDL_001217567 HIGHLY CONFIDENTIAL.xlsx