| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | Caroline Riogi; Shelley Tustison |
| **Sent:** | 3/26/2013 9:55:47 PM |
| **Subject:** | Professional judgment |

I would encourage you to review POMs 203,1311,1316,1317,1319 and 1703.  Pharmacists are granted the ability to exercise their professional judgment and choose to refuse to fill any prescription if they feel the prescription was written for other than a legitimate medical purpose. Even after the Pharmacist established that there is a Dr/Patient relation, the Pharmacist is still allowed to refuse to fill a prescription on an individual prescription basis, no blanket refusals are allowed by the Boards of Pharmacy.  I believe these prescription fall in to this category. When any of the pharmacists on you team decide to not fill a prescription, then the requirements of POM 1703 apply and a refusal to fill or fraudulent activity webform is required to be submitted.  The documentation of these refusals is to provide details of the incident for the purposes of supporting the Pharmacists in their decision should any complaint be filed by a prescriber or patient with the Medical Board or Board of Pharmacy.

Feel free to give me a call I would be happy to discuss your concerns.  Unfortunately there are many prescribers that write for large quantities of controlled substances, however this does not mean that you as a professional are required to fill these prescriptions. Walmart encourages and supports the Pharmacist in exercising their professional judgment, we simply ask that you follow the policies and procedures outlined in the Pharmacy operations manual to protect you and the company from false claims of discrimination from the Prescriber or the patient.  We appreciate your concerns and understand the impact to your practice.  Let us know how we can help.

Brad Nelson, RPh,
**Senior Manager, Corporate Compliance**
**Health and Wellness Practice Compliance**
**Office: 479-277-6339 Fax: 479-277-9679**
<u>Brad.Nelson@wal-mart.com</u>

Walmart ☀ Compliance
*The Right Way- Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

**PLAINTIFFS TRIAL EXHIBIT**
**P-20824_00001**

CONFIDENTIAL

WMT_MDL_000451381
P-20824    00001