| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | David Reitnauer |
| **Sent:** | 2/13/2015 11:05:04 PM |
| **Subject:** | RE: RTF Jan 2015 sorted by State and Market |

Enjoy you weekend and tell Kim I said Hello

---

**From:** David Reitnauer
**Sent:** Friday, February 13, 2015 5:04 PM
**To:** Brad Nelson
**Subject:** Re: RTF Jan 2015 sorted by State and Market

Great!

---

**From**: Brad Nelson
**Sent**: Friday, February 13, 2015 05:01 PM
**To**: David Reitnauer
**Subject**: RE: RTF Jan 2015 sorted by State and Market

David

   The MOA that requires the reporting of the Refusal to fills expires in 30 days.  We have not invested a great amount of effort in doing analysis on the data since the agreement is virtually over.  Driving sales and patient awareness is a far better use of our Market Directors and Market manager's time.

---

**From:** David Reitnauer
**Sent:** Friday, February 13, 2015 4:39 PM
**To:** Brad Nelson
**Subject:** RE: RTF Jan 2015 sorted by State and Market

Does your team pull out any insights from these we need to highlight?

---

**From:** Brad Nelson
**Sent:** Friday, February 13, 2015 4:16 PM
**To:** Abdul Kader; Ann Almeida-alalmei H/W East; Becky Dedman; Craig Andrews; Jinali Desai; Julie King; Katrina Jamison; Ken Sasse; Matthew Lunde; Paresh Patel; Paul Beahm; Susanne Hiland; Warren Moore
**Cc:** George Chapman; Tim Koch - t0koch; Debbie Mack; Rick Irby; Shelley Tustison; Caroline Riogi; Bo Kirby - bgkirby; David Reitnauer; James Langman
**Subject:** RTF Jan 2015 sorted by State and Market

 << File: Master Spreadsheet 2015.xlsx >>

Here are the Refusal to fill notifications sent to the DEA in the Month of Jan 2015.  Feel free to share with your teams as you see appropriate.

PLAINTIFFS TRIAL EXHIBIT
P-20852_00001

HIGHLY CONFIDENTIAL

WMT_MDL_000232072
P-20852   00001