

# U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION
## DIVERSION CONTROL DIVISION

Search

| HOME | REGISTRATION | REPORTING | RESOURCES | ABOUT US |

RESOURCES > Title 21 Code of Federal Regulations > Part 1306 > 1306.06

## Title 21 Code of Federal Regulations

**PART 1306 — PRESCRIPTIONS**

**GENERAL INFORMATION**

**§1306.06 Persons entitled to fill prescriptions.**

A prescription for a controlled substance may only be filled by a pharmacist, acting in the usual course of his professional practice and either registered individually or employed in a registered pharmacy, a registered central fill pharmacy, or registered institutional practitioner.

[68 FR 37410, June 24, 2003, as amended at 70 FR 36343, June 23, 2005]

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the **Government Publishing Office** (GPO).*

**Get Email Updates:**

- Cases Against Doctors
- Chemical Control Program
- CMEA (Combat Meth Epidemic Act)
- Controlled Substance Schedules
- COVID-19 Information
- DATA Waived Physicians
- DEA TOX Toxicology Testing Program
- Drug Disposal Information
- Drug and Chemical Information
- E-commerce Initiatives
- Federal Agencies & Related Links
- Federal Register Notices
- National Prescription Drug Take Back Day
- NFLIS
- Publications & Manuals
- Questions & Answers
- Significant Guidance Documents
- Synthetic Drugs
- Title 21 Code of Federal Regulations
- Title 21 USC Codified CSA






| HOME | CONTACT US | A-Z SUBJECT INDEX | PRIVACY NOTICE | WEBSITE ASSISTANCE |

**REGISTRATION**
- Applications
- Tools
- Resources
- CMEA Required Training & Self-Certification
- Quota Applications
- Notice of Registration

**ABOUT US**
- Program Description
- Customer Service Plan
- DEA Forms & Applications

**REPORTING**
- ARCOS
- BCM Online
- Chemical Import/Export Declarations
- CSOS (Controlled Substances Ordering System)
- Theft/Loss Reporting
- Import/Export
- Medical Missions
- Registrant Record of Controlled Substances Destroyed
- Quotas
- Reports Required by 21 CFR
- Submit a Tip to DEA
- Year-End Reports

**RESOURCES**
- Cases Against Doctors
- Chemical Control Program
- CMEA (Combat Meth Epidemic Act)
- Controlled Substance Schedules
- COVID-19 Information
- DATA Waived Physicians
- DEA TOX Toxicology Testing Program
- Drug Disposal Information
- Drug and Chemical Information
- E-commerce Initiatives
- Federal Agencies & Related Links
- Federal Register Notices

- National Prescription Drug Take Back Day
- NFLIS
- Publications & Manuals
- Questions & Answers
- Significant Guidance Documents
- Synthetic Drugs
- Title 21 Code of Federal Regulations
- Title 21 USC Codified CSA

PLAINTIFFS TRIAL EXHIBIT
P-08164_00001

P-08164 _ 00001



Mailing Addresses
Meetings & Events
What's New

U.S. DEPARTMENT OF JUSTICE • DRUG ENFORCEMENT ADMINISTRATION
Diversion Control Division • 8701 Morrissette Drive • Springfield, VA 22152 • 1-800-882-9539

**DEA.GOV** | **JUSTICE.GOV** | **USA.GOV** | **REGULATIONS.GOV**

DOJ Legal Policies and Disclaimers | DOJ Privacy Policy | FOIA | Section 508 Accessibility

P-08164 _ 00002