| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | Tim Koch - t0koch; George Chapman; Dadrion Gaston; Debbie Mack; Shelley Tustison |
| **CC:** | Susanne Hiland |
| **Sent:** | 9/12/2012 8:22:53 PM |
| **Subject:** | DEA Revokes Two CVS Retailers' Ability To Sell Controlled Substances |

Looks like the DEA has made a statement here. Note they denied an application for a new store as well.

---

**From:** U.S. Drug Enforcement Administration [mailto:dea@govdelivery.com]
**Sent:** Wednesday, September 12, 2012 3:11 PM
**To:** Brad Nelson
**Subject:** DEA Revokes Two CVS Retailers' Ability To Sell Controlled Substances

banner

**FOR IMMEDIATE RELEASE**

**Contact: DEA Public Affairs**

**(202) 307-7977**



PLAINTIFFS TRIAL EXHIBIT P-07797_00001

CONFIDENTIAL

WMT_MDL_000086284
P-07797 _ 00001



You have received this e-mail because you have asked to be notified of changes to the U.S. Department of Justice Web site. Update your subscription to this service, modify your password or e-mail address, or stop subscriptions at any time on your Subscriber Preferences Page.  You will need to use your e-mail address to log in.  If you have questions or problems with the subscription service, please contact support@govdelivery.com.  If you have questions about the Department of Justice Web site, please contact webmaster@usdoj.gov.

GovDelivery is providing this service on behalf of the Department of Justice and may not use your subscription information for any other purposes.

Department of Justice Privacy Policy
GovDelivery Privacy Policy

This email was sent to brad.nelson@wal-mart.com using GovDelivery, on behalf of: U.S. Drug Enforcement Administration · 950 Pennsylvania Ave., NW · Washington, DC 20530 · 800-439-1420

CONFIDENTIAL

WMT_MDL_000086285

P-07797 _ 00002