PLAINTIFFS TRIAL EXHIBIT
P-07798_00001

| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | Dadrion Gaston; Shelley Tustison; Tim Koch - t0koch; Debbie Mack |
| **CC:** | George Chapman |
| **Sent:** | 2/27/2012 4:42:26 PM |
| **Subject:** | Re: [RxNews] Feds: CVS failed to ensure legitimate Rx's |

I can't imagine filing a restraining order against the DEA. I bet CVS and the DEA will have strained relationship for years to come.
Brad Nelson
Regulatory Affairs, Controlled Substances
479-277-6339

---

**From**: Dadrion Gaston
**Sent**: Monday, February 27, 2012 09:53 AM
**To**: Brad Nelson; Shelley Tustison; Tim Koch - t0koch; Debbie Mack
**Cc**: George Chapman
**Subject**: FW: [RxNews] Feds: CVS failed to ensure legitimate Rx's

---

**From:** MudriAssociates@aol.com [mailto:MudriAssociates@aol.com]
**Sent:** Monday, February 27, 2012 9:48 AM
**To:** rxnews@listserve.com
**Cc:** kpalmer@hpm.com
**Subject:** [RxNews] Feds: CVS failed to ensure legitimate Rx's



CONFIDENTIAL

WMT_MDL_000086832
P-07798 _ 00001



CONFIDENTIAL

Mudri Associates Inc
dba ADEA Consultancy
257 Seagate Ct.
Dunedin, Florida 34698
Office: 727-260-7990 fax: 727-733-8176
Cell: 813-293-6402

P.O. Box 235
Pineola, N Carolinia 28662
Phone: 727-260-7990 VOIP, cell 813-293-6402

**Consultants for Controlled Substances, Scheduled Listed Chemicals
Federal, State and Foreign- See MudriAssociates.com**