**From:** Carla Conorino - CCONORI.s00206
**To:** Crystal Bradley - CRBRADL.s00206
**Sent:** 7/3/2016 7:44:00 PM
**Subject:** FW: DEA AND DR COCKTAILS

Hey Crystal,

I'm forwarding this to you because this discussion was had about Dr. Randall Wade a couple of years ago. He's still under investigation by the DEA and I just found out today that CVS is no longer filling his controls per corporate orders. Kroger stopped filling them a couple of years ago. Just thought you should know about all this and you might want to let Kirk know too. My question is should we stop filling his controls too?

Thanks,

Carla

---
From: Shala Indelicato - sdindel.s00206
Sent: Friday, March 14, 2014 8:25 AM
To: Carla Conorino - cconori.s00206; Laura Kaire - lkaire.s00206
Subject: FW: DEA AND DR COCKTAILS

---
From: Brad Polk - bpolk.s05311
Sent: Wednesday, March 12, 2014 3:20 PM
To: Shala Indelicato - sdindel.s00206; Faisal Ali - fmali.s05211
Subject: FW: DEA AND DR COCKTAILS

Shala, I think I was talking to Carla a couple of weeks ago Regarding Dr. Randall Wade and I told her I would forward any information. Bottom line is that it is based on each individual situation and you cannot have a blanket denial to fill for a Dr. Brad Nelson explains it below. Please forward to your partners.

Brad

---
From: Linda Dowden - lbdowde
Sent: Monday, March 03, 2014 8:57 AM
To: Brad Nelson; Thuy Nguyen; Shantay Peloquin - sbpeloq
Cc: Brad Polk - bpolk.s05311
Subject: RE: DEA AND DR COCKTAILS

Thank you Brad - I knew you could give a much more detailed explanation.

I knew what Walgreens was doing in relation to their CIA agreement with the issues in Florida. I had not heard about Kroger being more aggressive with their restrictions. You are right however, it's all about One Focus, One Associate, One Prescription, One Patient.

Linda

Linda Dowden RPh Market Health and Wellness Director
Market 400 Dallas, TX
REDACTED

Walmart ☀
1025 W. Trinity Mills Rd Suite 120
Carrollton, TX 75006
Save money. Live better.

-----Original Message-----
From: Brad Nelson
Sent: Monday, March 03, 2014 8:47 AM
To: Linda Dowden - lbdowde; Thuy Nguyen; Shantay Peloquin - sbpeloq
Cc: Brad Polk - bpolk.s05311

PLAINTIFFS TRIAL EXHIBIT
P-08068_00001

HIGHLY CONFIDENTIAL

WMT_MDL_001203322
P-08068_00001

Subject: RE: DEA AND DR COCKTAILS

Walgreens has developed it's own processes due to the ▓▓▓▓▓▓▓▓▓▓ practices that were allowed to continue in Florida. Their current CIA agreement with the DEA is more ▓▓▓▓▓▓▓ that anything else in the market place. The issue with a permit holder taking action a limiting their Pharmacists from filling prescriptions for controlled substance is not allowed by the State boards of pharmacy. Only Pharmacists are given the authority of using professional judgment to deny filling a prescription the way the Prescriber wrote the prescription. We will continue to follow these best practices as outlined in our policies and procedures. Blanket refusals are not allowed by State Boards of Pharmacy. Several State boards have issues with the permit holders directing the pharmacists in their filling or restricting the filling of Controlled Substance RX's.

COMPLIANCE RIGHT WAY EVERY DAY
REFUSAL TO FILL.
Pharmacists are granted the ability to exercise their professional judgment and choose to refuse to fill any prescription if they feel the prescription was written for other than a legitimate medical purpose. You and your staff are encouraged to review POMs 203,1311,1316,1317,1319 and 1703. Even after the Pharmacist established that there is a Dr/Patient relationship, the Pharmacist is still allowed to refuse to fill a prescription on an individual prescription basis, no blanket refusals are allowed by the Boards of Pharmacy.
Key points:
• When any of the pharmacists on your team decides to not fill a prescription, then the requirements of POM 1703 apply and a refusal to fill or fraudulent activity webform is required to be submitted for each refusal.
• Once a pharmacist submits the refusal to fill or fraudulent activity webform, the information is then sent to the DEA by the practice compliance team.
• If a pharmacist dispenses a prescription and subsequently learns (i.e. from law enforcement, a prescriber, another pharmacy or other sources) that the prescription was forged or altered, the pharmacist is still required to fill out the refusal to fill or fraudulent activity webform and follow the steps outlined in POM 1703.
• The documentation of these refusals is to provide details of the incident for the purposes of supporting the Pharmacists in their decision should any complaint be filed by a prescriber or patient with the Medical Board or Board of Pharmacy.
Unfortunately there are many prescribers that write for large quantities of controlled substances, however, this does not mean that you as a professional are required to fill these prescriptions. We encourage and support each Pharmacist in exercising his/her professional judgment, we simply ask that you follow the policies and procedures outlined in the Pharmacy operations manual to protect you and the company from false claims of discrimination from the Prescriber or the patient. We appreciate your concerns and understand the impact to your practice.

If you have any questions or concerns please feel free to contact Health and Wellness Practice Compliance:


---------------------------------------------
From: Brad Polk - bpolk.s05311
Sent: Saturday, March 01, 2014 12:15:04 PM
To: Thuy Nguyen - tfnguye.s02996; Linda Dowden - lbdowde
Subject: DEA AND DR COCTAILS
Auto forwarded by a Rule

Thuy and Linda,

This is a topic that I think we need to start talking about since it could result in hefty fines for our compnay and for us personally. I've heard over the last few weeks that Kroger and Walgreens have started blocking doctors that write excessively for certain meds....hc/apap, Xanax, Soma, possibly others...especially when prescibed in conjunction with each other. I spoke with a Kroger pharmacist this morning and he mentioned that as of October 1st the DEA was going after pharmacies and pharmacits that continue to fill from these doctors that prescribe them excessivlely. What their definition of excessive is I am not sure but the Kroger pharmacist mentioned that their home office determined who to block and then blocked the pharmacies by installing a hard halt when they tried to fill it. This was in response to the DEAs threatening a ▓▓▓▓▓▓▓▓▓▓▓▓ to their company if they continued. So far they have blocked 4 Doctors in this area, Dr. Randall Wade being one of them. He mentioned 2 in Denton

area and I'm not sure of the other. We hear that Dr Wade is telling his patients to go to Wal-Mart because they will fill them so he knows about the block from the other stores. My concern now is that we as a company will start to accumulate this "suspect" clientele and be in the same boat so to speak as Kroger and Walgreens that are now trying to ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ As always we follow POM on controlled substances and proper prescriber patient relationships etc., but as you know some of these doctors have been around for a long time and it might be hard to dispute or prove against the proper patient prescriber relationships as you will always get a confirmation. At this point nothing seems excessive or out of the ordinary but I can see future on this one. So I guess my question is this...Do you or does the home office know anything about this and if so what steps are being taken to protect us and our company? Thanks,

Brad

HIGHLY CONFIDENTIAL

WMT_MDL_001203324
P-08068_00003