# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

                    ~~~~~~~~~~~~~~~~~~~~
 5

 6      IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804

        OPIATE LITIGATION

 7                                      Case No. 17-md-2804

 8                                      Judge Dan Aaron

        This Document Relates To:      Polster

 9

10      The County of Lake, Ohio v.

        Purdue Pharma L.P., et al.

11      Case No. 18-op-45032

12

        The County of Trumbull, Ohio v.

13      Purdue Pharma L.P., et al.,

        Case No. 18-op-45079

14

15      Track 3 Cases

16

                    ~~~~~~~~~~~~~~~~~~~~
17

18          Remote videotaped deposition of

                   NICOLE R. McCALLION

19

20

21                  January 26, 2021

                      10:03 a.m.

22

23

24          Renee L. Pellegrino, RPR, CLR

25              (Appearing Remotely)
```

Page 23

1        A.     No, I wasn't aware.

2        Q.     Have you read the complaint that was

3    filed by Lake County and Trumbull County in this

4    lawsuit?

5        A.     I don't believe I have, outside of

6    the article I read last year.

7        Q.     Do you think you might have read the

8    complaint as part of the article?

9        A.     I don't remember seeing who was

10   involved.  I think I would have remembered

11   seeing if Lake County was involved because I

12   live in Lake County, but it -- I don't think I

13   was aware that they were involved.

14       Q.     What is your understanding of the

15   allegations against the Defendants in this

16   lawsuit?

17       A.     That really wasn't expressed to me.

18   I -- I was asked pretty narrow questions about

19   my experience working with foster children, so

20   I don't really -- I don't know the scope of

21   exactly what's going on in the lawsuit.

22       Q.     Do you know generally what the

23   lawsuit is about?

24       A.     Generally, sure.

25       Q.     What is your general understanding

1    I'm familiar with its name.  I know that they

2    have mental health services.  That's about all

3    I know about them.  Their name is just familiar

4    with me.

5         Q.    Have you worked with any parent of a

6    foster child you cared for who received services

7    from Signature Health?

8         A.    I don't believe so.

9         Q.    Outside of your experience with the

10   foster care system, do you know anyone

11   personally who has received services from

12   Signature Health?

13        A.    I don't believe so.

14        Q.    Ronna Johnson, how do you know her?

15        A.    Ronna has done trainings in Lake

16   County for foster parents for as long as I've

17   been a foster parent, and I've also received

18   training from her in as far as caring for

19   children that had neonatal abstinence syndrome.

20        Q.    When did you first meet Ms. Johnson?

21        A.    I met her in 2011.

22        Q.    Why did you meet Ms. Johnson in

23   2011?

24        A.    She was the trainer when my husband

25   and I first started taking classes to be foster

Page 37

1    parents.

2         Q.    Where did you first take classes to

3    become foster parents?

4         A.    At Lake County Job and Family

5    Services.

6         Q.    Did you take classes from any

7    trainer other than Ms. Johnson?

8         A.    Yes.  We had about six weeks' worth

9    of training with Ronna Johnson, and then after

10   that we selected our own trainings and they all

11   had different teachers.

12        Q.    Do you know how many trainings after

13   that six weeks' training with Ms. Johnson, how

14   many trainings have you taken from her?

15        A.    I'm not sure.  After that six

16   weeks, I've probably taken maybe seven to ten

17   trainings.

18        Q.    Seven to ten trainings with

19   Ms. Johnson?

20        A.    With, yes, that's correct.

21        Q.    What were the topics of the seven to

22   ten additional trainings you took with

23   Ms. Johnson?

24        A.    I can't remember.  I would have to

25   look in my note.

1     Q.    You said you took trainings for

2  foster care with her?

3     A.    Correct.

4     Q.    Did you take any trainings with

5  Ms. Johnson related to adoption?

6     A.    I believe there was an

7  adoption-related training in that initial six

8  weeks.

9     Q.    You mentioned NAS.  What is your

10  understanding of what NAS stands for?

11     A.    NAS is the collection of symptoms a

12  baby will have when they are born with a

13  substance in their system.

14     Q.    What's the basis of your

15  understanding of what NAS means?

16     A.    The basis of my understanding is

17  they will have unusual symptoms for a newborn

18  and that really varies from child to child.

19     Q.    How did you learn about NAS?

20     A.    At some point I believe I would

21  have had a training at Lake County about it.

22     Q.    And when you say "a training at Lake

23  County," was that through Lake County Job and

24  Family Services?

25     A.    Yes.

Page 46

1          Q.     Do you have any advanced degree
2     after your GED?
3          A.     I do not.
4          Q.     Do you have any professional
5     licenses or certifications?
6          A.     I do not.
7          Q.     You are currently a licensed foster
8     parent in Lake County; is that correct?
9          A.     That's correct.
10         Q.     What was your first job after high
11    school?
12         A.     I worked at a pizza place.  I made
13    pizzas and answered phones.
14         Q.     What was the name of that pizza
15    place?
16         A.     Longo's Pizza.
17         Q.     Longo's?
18         A.     L-O-N-G-O'S.
19         Q.     And where is that located?
20         A.     That's in Mentor, Ohio.
21         Q.     Approximately how long did you work
22    for Longo's?
23         A.     It was about eight years, from 1999
24    to 2007.
25         Q.     From 1999 to 2007 did you have any

Page 51

1    is that okay with you?

2              MR. BASHEIN:  On mute.  I

3    apologize.

4              MS. MORRISON:  I asked Ms.

5    McCallion if now would be a good time for a

6    break or if she's comfortable keeping going for

7    another half hour or so before we break, and

8    she said she's good.  Is that okay with you?

9              MR. BASHEIN:  Yes, no problem.

10        Q.    When did you become a licensed

11   foster parent in Lake County?

12        A.    In September of 2012.

13        Q.    Who administers the licensing for

14   foster parents in Lake County?

15        A.    I -- I don't know who officially

16   does that.  We got our license from Lake

17   County.  I'm not sure what the formal -- who

18   actually does it.

19        Q.    Do you know whether there's a

20   specific agency that licenses foster parents

21   other than the county itself?

22        A.    Do you mean who issues the actual

23   license or who handles the process of it?

24        Q.    Let's take both separately.  Who

25   issues the actual license; do you know?

Page 53

1    a trainer for foster parents?

2         A.    I believe she's part of the Ohio --

3    I can't remember exactly what it's called, but

4    it's Ohio Regional Training Center, and she is

5    part of that network and somehow paid in that

6    way.  But I don't know the mechanics of it.

7         Q.    Where did you go to attend the

8    trainings to become a foster parent?

9         A.    We went to Lake County Job and

10   Family Services.

11        Q.    Do you know whether Lake County Job

12   and Family Services pays for the training for

13   foster parents?

14        A.    I am not aware of that, no.

15        Q.    You and your husband, Robert, are

16   both licensed foster parents in Lake County; is

17   that correct?

18        A.    That's correct.

19        Q.    You were named the 2017 Lake County

20   foster parents of the year, correct?

21        A.    That's correct.

22        Q.    Congratulations.

23        A.    Thank you.

24        Q.    Who selected you for that award?

25        A.    I believe it was Lake County Job

Page 66

1          Q.    That's not something you've come to
2     learn as part of your work as a foster parent?
3          A.    It's not.
4          Q.    Are you aware of any federal or
5     State of Ohio regulations related to the
6     dispensing or filling of prescriptions?
7          A.    I don't think I am.
8          Q.    Are you aware of any federal or
9     State of Ohio regulations about the distribution
10    of controlled substances?
11         A.    I don't think I am.
12         Q.    We spoke earlier about illicit
13    opioids, and you identified heroin, correct?
14         A.    Correct.
15         Q.    Have you ever personally known
16    anyone who has used heroin?
17         A.    I have.  I'm sorry.  I do know.  I
18    haven't personally used.
19         Q.    You know someone who has used
20    heroin?
21         A.    Correct.
22         Q.    Who do you know that has used
23    heroin?
24         A.    Some of the parents of my foster
25    children.

Page 69

1       A.    My understanding is that the amount
2   of people struggling with opioid addiction
3   issues in comparison to our ability to support
4   that is causing a crisis.
5       Q.    Do you think an opioid crisis exists
6   in Lake County?
7       A.    I do.
8       Q.    When do you think the opioid crisis
9   began in Lake County?
10      A.    I don't have a frame of reference
11  for when it began.  I personally learned more
12  about it as I worked with families in regard to
13  foster care.
14      Q.    So you personally learned after you
15  started working in foster care in 2011 or 2012;
16  is that correct?
17      A.    2012, correct.
18      Q.    You said your brother-in-law used
19  illicit fentanyl before he died in 2009?
20          MR. BASHEIN:  Let me just note an
21  objection, Kristin.  She said she heard that
22  from somebody who she does not recall.  She did
23  not have personal knowledge.  So just objection
24  to the form of the question.
25      Q.    Let me restate that.

1      Q.    Would you agree that addiction is

2    treatable?

3      A.    I would.

4      Q.    Are you familiar with children being

5    placed into foster care because a parent is

6    struggling with addiction?

7      A.    I am.

8      Q.    Are you aware of times when those

9    children who are placed into foster care because

10    a parent is struggling with addiction are able

11    to be reunited with that family member?

12      A.    I am.

13      Q.    And those children were able to be

14    reunited because the family member is receiving

15    treatment for their addiction, correct?

16      A.    Correct.

17           MS. MORRISON:  I think now is

18    probably a good time to take about a ten-minute

19    break.  Does that work for you, Ms. McCallion?

20           THE WITNESS:  Yeah.  Should I -- do

21    I have to do anything to the screen or what

22    should I do?

23           MS. MORRISON:  Let's go off the

24    record and then they can give you instructions

25    on that.

1      Q.    To your knowledge, medical care for
2  foster children has been covered by their
3  Medicaid insurance?

4      A.    Correct.

5      Q.    Who is responsible for any mental
6  health-related care for foster children?

7      A.    Lake County would be.

8      Q.    Are you aware of any circumstances
9  where foster children have received mental
10  health services through Lake County?

11      A.    I am aware, yes.

12      Q.    Do you know who the service
13  providers are who provide mental health services
14  for foster children in Lake County?

15      A.    I believe Crossroads is one.  I
16  think Signature Health might be, too.  I'm not
17  completely familiar enough to know for sure.

18      Q.    Any others that you're aware of?

19      A.    Not that I'm aware of, no.

20      Q.    Do you know who pays for the mental
21  health services received by foster children in
22  Lake County?

23      A.    I believe Medicaid pays for the
24  majority of that.

25      Q.    How many children have you fostered

Page 89

1   since 2012, not including your two adopted

2   children?

3          A.    Not including my adopted children,

4   eight.

5          Q.    So to keep this anonymous, I'm going

6   to go child number one.  When did child number

7   one come into your care?

8              MR. GALLUCCI:  Frank Gallucci.  If

9   we could -- I understand that you're going to

10  go one through eight, but I don't know that we

11  should necessarily even take them in order for

12  the same concerns that were previously

13  expressed, so maybe if you could make it known

14  to the witness to take them in whatever order

15  she may want to.

16         Q.    Mr. McCallion, would you be able to

17  provide an overview of the timeline of when

18  foster children have come into your care?

19         A.    I believe I can.

20         Q.    How about we try that to avoid any

21  personal identification for the children?

22         A.    Okay.  Are you asking about when

23  the first child came?

24         Q.    Yes.  Your first child, when you

25  received your first child, sort of the overview

Page 90

```
 1   of the timeline.
 2         A.    Okay.  The first child came July of
 3   2016.
 4         Q.    How old was that child?
 5         A.    Six weeks old.
 6         Q.    Do you know why that child was
 7   placed into foster care?
 8         A.    That child had neonatal abstinence
 9   syndrome.
10         Q.    Do you know which substance that
11   child was exposed to?
12         A.    She was exposed to heroin.
13         Q.    How long was that child in your
14   care?
15         A.    About nine months.
16         Q.    Is this the same child we spoke
17   about generally earlier in relation to the
18   training you received with Ms. Johnson?
19         A.    Yes, it is.
20         Q.    When was the next child placed into
21   your care?
22         A.    The next one was May of 2017.
23         Q.    How old was that child?
24         A.    13.
25         Q.    Do you have an understanding as to
```

1   why that child came into your care?

2         A.    The parent was struggling with

3   mental health issues.

4         Q.    Do you know whether that parent had

5   any addiction issues?

6         A.    I'm unaware about that.

7         Q.    When did the next child come -- or

8   how long was that child in your care?

9         A.    She was in my home about two weeks.

10        Q.    Was that child reunited with her

11  parent to your knowledge?

12        A.    She was eventually reunited with

13  her parent, yes.

14        Q.    When did the next child come into

15  your care?

16        A.    The next one was two children at

17  the same time, and they came October of 2017.

18        Q.    What ages were those two children

19  when they came into your care?

20        A.    They were nine and nine months.

21        Q.    Do you have an understanding as to

22  why those two children came into your care?

23        A.    Their parent had a substance abuse

24  issue.

25        Q.    Do you know what substance that

Page 92

1   parent abused?

2          A.     Heroin.

3          Q.     How long were those two children in

4   your care?

5          A.     About four weeks.

6          Q.     Do you know whether those two

7   children were reunited with their parent?

8          A.     I'm unaware.

9          Q.     Do you know where those two children

10  were placed after leaving your care?

11         A.     They were placed with a relative.

12         Q.     When was the next child placed into

13  your care?

14         A.     The next child was November of

15  2017.

16         Q.     How old was that child?

17         A.     Three months old.

18         Q.     Do you understand why that child

19  came into your care?

20         A.     Yes.  Because their parent had a

21  substance issue and they died.

22         Q.     Do you know what substance the

23  parent had an issue with?

24         A.     Heroin.

25         Q.     Do you know whether that parent died

Page 93

1    from their abuse of heroin?

2           A.    They did.

3           Q.    How long was that child in your

4    care?

5           A.    About three months.

6           Q.    Do you know where that child was

7    placed after leaving your care?

8           A.    She was placed with a relative.

9           Q.    When was the next child placed in

10   your care?

11          A.    March of 2018.

12          Q.    How old was that child?

13          A.    He was two years old.

14          Q.    How long was that child in your

15   care?

16          A.    About three months.

17          Q.    Do you understand why that child

18   came into your care?

19          A.    Yes.  His parents had a substance

20   abuse issue.

21          Q.    Do you know what substance his

22   parents abused?

23          A.    Heroin.

24          Q.    Do you know where that child was

25   placed after leaving your care?

1      Q.    Have you attended trainings related

2  to drug abuse for your foster care

3  responsibilities?

4      A.    I believe so, yes.

5      Q.    What topics were covered in relation

6  to drug abuse that you recall?

7      A.    I believe just general things were

8  covered as far as what somebody with an

9  addiction will experience, what families

10  dealing with addiction will experience, and

11  what we might encounter when we foster children

12  that have had experience with addiction in

13  their family.

14      Q.    Were any specific drugs mentioned in

15  your trainings?

16      A.    I believe they were, but it's been

17  a long time.

18      Q.    Do you recall what trainers

19  presented the trainings related to drug abuse?

20      A.    I don't recall.

21      Q.    Do you have access -- you said you

22  log in.  Do you have access to a list, like a

23  transcript of all the trainings you've ever

24  taken as a foster parent?

25      A.    I do have access to that.

1      Q.    How far back do the records go that

2   you are able to access for your continuing

3   education credits?

4      A.    I believe it goes all the way back

5   to when I was first licensed.

6      Q.    Have you taken any trainings or

7   classes through the Foster Parent College

8   related to substance abuse?

9      A.    I believe I have.

10      Q.    Do you recall specifically that you

11   have?

12      A.    I don't recall specifically, but

13   because it comes up a lot with the kids in my

14   home, I'm pretty sure I would have sought out a

15   class related to it.

16      Q.    When was the first time you took a

17   training related to substance abuse for foster

18   care?

19      A.    I'm not sure when I first would

20   have taken one.  It's likely it would have been

21   between 2013 and 2016.

22      Q.    Have you taken any classes through

23   the Foster Parent College about prescription

24   opioid abuse?

25      A.    I don't believe I have.

Page 120

```
1        A.    Do you mean as it pertains to my
2   continuing education?
3        Q.    Correct.
4        A.    Yes, they have paid for -- anything
5   related to my required continuing education
6   they have paid for.
7        Q.    For your husband has Lake County
8   also paid for every class and training he's
9   taken in connection with his continuing
10  education as a foster parent?
11       A.    Yes, they have.
12       Q.    Is your understanding that Lake
13  County pays for continuing education for foster
14  parents in the Lake County system?
15       A.    That's my understanding, yes.
16       Q.    What training, if any, have you
17  received from Lake County in relation to your
18  work as a foster parent for children with
19  neonatal abstinence syndrome?
20       A.    If any, it would have been kind of
21  broad.  I think it has come up at different
22  trainings as an issue that babies may have --
23  the babies that might come into your home will
24  have these issues.  Not a lot was available
25  through the county.  I had to seek it out
```

Page 121

1  elsewhere.

2       Q.    You say not a lot was available

3  through the county.  Were there any trainings

4  available through the county?

5       A.    In relation to --

6       Q.    NAS.

7       A.    In relation specifically to NAS, to

8  my knowledge, I don't remember a training for

9  that.  I think when we had trainings related to

10  substance abuse, it was more broad and it kind

11  of covered a large scope of issues related to

12  substance abuse, and that would have been

13  included somewhere in there.

14       Q.    Have you taken trainings as a foster

15  parent specific to caring for children with NAS?

16       A.    Yes.  I've taken it with Ronna

17  Johnson.

18       Q.    Who paid for the neonatal abstinence

19  syndrome trainings that you took with Ronna

20  Johnson?

21       A.    It was either Lake County or the

22  Ohio Child Welfare Training Program.

23       Q.    Is there any training related to

24  being a foster parent that you believe you need

25  but have not been able to receive?

Page 122

1           A.     Yes, I do.

2           Q.     What trainings would those be?

3           A.     I don't think they even exist.

4    There's definitely not enough training to

5    really understand the scope of substance abuse,

6    how it affects the child, how it affects the

7    parent, how it affects the bonding, how it

8    affects the visits and reunification.  To my

9    knowledge, it doesn't even exist.  If I could

10   imagine one, I'd create something myself.

11          Q.     When you say there's not enough

12   training related to substance abuse and its

13   impact on foster children, is that specific to

14   neonatal abstinence syndrome impacted children?

15          A.     Not necessarily.  I think it's

16   related to all children impacted by substance

17   abuse issues within their family.

18          Q.     Have you tried to seek out training

19   related to the substance abuse impact on foster

20   children?

21          A.     I have.  I've done it on my own.

22          Q.     And what trainings have you done on

23   your own related to the substance abuse impact

24   on foster children?

25          A.     I wouldn't call them trainings.  I

Page 123

1   would call it informal research.  I would use

2   the internet.  I would talk to families that

3   have struggled with substance abuse issues.  I

4   would talk to the health professionals.  I

5   talked to former -- the families of former

6   foster children and I've tried to kind of seek

7   out what their family looks like while they're

8   dealing with these issues.

9          Q.    Have you considered Lake County Job

10  and Family Services effective in helping you as

11  a foster parent to care for children placed in

12  your care?

13         A.    I think they did an adequate job,

14  yes.

15         Q.    Do you consider Lake County Job and

16  Family Services effective in helping you as a

17  foster parent care for children placed in your

18  care due to substance abuse issues?

19         A.    I think there's some -- there's

20  some lacking there.  I think we'll see that

21  lacking in a lot of different agencies.  I

22  don't think that effectiveness exists, so no.

23         Q.    What do you mean by "there's some

24  lacking"?

25         A.    I just think that substance abuse

Page 124

1    issues, especially how it pertains to the

2    family dynamic, it's still really grossly

3    misunderstood by the agencies and the

4    healthcare systems and so it is very hard to

5    equip other people to deal with those issues,

6    especially foster parents, to come alongside

7    those children and families and help support

8    them through that process.

9         Q.    Do you think that there are

10   trainings Lake County could provide that they're

11   not currently providing in relation to foster

12   care for children impacted by substance abuse

13   issues?

14        A.    There may be.

15        Q.    Have you tried to look for any?

16        A.    Not personally, no.  Not in the

17   sense of looking for training to introduce to

18   Lake County, but I've looked for training for

19   myself to better care for the kids and family

20   in my home.

21        Q.    Do you know whether Lake County Job

22   and Family Services has tried to locate training

23   resources for children in foster care due to

24   substance abuse issues and been unable to

25   provide them?

Page 125

1      A.    I'm unaware of what they've tried

2   to do.

3      Q.    When you say that you don't think

4   that effectiveness exists for training related

5   to care of foster children impacted by substance

6   abuse issues, what do you mean by that?

7      A.    I mean there still exists a lot of

8   misunderstanding and biases with families that

9   are dealing with substance abuse issues.  I

10  don't think healthcare professionals give the

11  same treatment to patients that are dealing

12  with substance abuse issues.  It's kind of a

13  top-down issue; when the services aren't robust

14  enough in the community, it trickles down to

15  the families and it trickles down to any

16  training we might receive, it's just not good

17  enough to strengthen us so we can support the

18  families.

19     Q.    If you had sort of exemplary

20  training that you could take to assist you in

21  caring for children in the foster system

22  impacted by substance abuse, what would that

23  cover?

24     A.    I think it would have to cover a

25  wide range of issues.  It would have to cover

Page 126

1   childhood trauma and family trauma and domestic
2   violence and the cycle of abuse, how substance
3   abuse issues begin in families, how they affect
4   the non-abusers in a family, how that will
5   affect children going to school, how it will
6   affect their neighborhoods and their neighbors
7   and their jobs.  It would -- it would have to
8   be a pretty robust education to be effective.
9           Q.    What substances of abuse would need
10  to be covered by such a training?
11          A.    Ideally, all of them, but probably
12  the ones that are -- are most an issue in our
13  county, especially Lake County, because we do
14  see a bit more heroin and meth in our county, I
15  think, and also alcohol abuse.  Those would
16  have to definitely be included in that.
17          Q.    Any other substances of abuse in
18  your opinion that would need to be covered by a
19  training to assist with foster care of children
20  impacted by substance abuse issues?
21          A.    Like I said, ideally, all of them
22  would be covered, but I think the biggest ones
23  would be opioids, meth and alcohol.
24          Q.    When you say "opioids," what do you
25  mean by that?

1          A.    I mean any level of addiction

2     related to opioids.

3          Q.    Are you including prescription

4     opioids in that?

5          A.    If they are addicted to

6     prescriptions, then yes.

7          Q.    When you say "if they are addicted,"

8     what do you mean by that?

9          A.    If they are unable to refrain from

10    using them, I would consider that an addiction

11    or at least high risk for addiction.

12         Q.    Do you know whether there are

13    children in foster care in Lake County who are

14    impacted by prescription opioid abuse?

15         A.    I am not personally aware of any,

16    no.

17         Q.    To your knowledge, the substances of

18    abuse most at issue in Lake County for foster

19    care are heroin, meth and alcohol; is that

20    correct?

21         A.    That's correct.

22         Q.    Any others?

23         A.    Those are the biggest ones in my

24    experience.

25         Q.    Do you have any idea of how much

1     A.    Not really.  Their medical history

2  will be not accessible to me, only their

3  child's would be, so unless they offer that

4  information voluntarily, I won't have access to

5  it.

6     Q.    For the children you have fostered,

7  do you know the drug abuse history for their

8  parent or guardian?

9     A.    I will only know it if they either

10  admit to it or if their child has tested

11  positive for it themselves.

12     Q.    For the children you have fostered,

13  do you know what the first drug of abuse was for

14  their parent or guardian?

15     A.    I wouldn't have that information.

16     Q.    For the children you have fostered,

17  do you have or know the prescription history for

18  the parent or guardian?

19     A.    I wouldn't have that information.

20     Q.    Do you know how many parents of

21  foster children in Lake County have experienced

22  a drug overdose?

23     A.    Outside of the children I fostered,

24  I don't know what that would be.

25     Q.    In your experience I believe you

1  mentioned you had one child who you have cared

2  for who had neonatal abstinence syndrome; is

3  that correct?

4          A.    That's correct.

5          Q.    To the extent you mentioned other

6  children in your care who had been exposed to

7  drugs, had any of them experienced neonatal

8  abstinence syndrome earlier in their life?

9          A.    No.  I've only had one child

10  experience neonatal abstinence syndrome.

11          Q.    Are you aware of whether there are

12  any children in foster care in Lake County with

13  neonatal abstinence syndrome who were not

14  exposed to an opioid?

15          A.    Can you say that again?

16          Q.    Are you aware of whether there are

17  any children in foster care in Lake County with

18  neonatal abstinence syndrome who were not

19  exposed to an opioid drug?

20          A.    I don't know of any personally.

21          Q.    Do you know of other children in

22  foster care in Lake County with neonatal

23  abstinence syndrome beyond the one child you

24  fostered?

25          A.    Do you mean right now or am I aware

Page 158

1  at any point?

2       Q.    Let's go with at any point first.

3  Are you aware of at any point children with

4  neonatal abstinence syndrome who received foster

5  care in Lake County?

6       A.    Yes, I am aware.

7       Q.    How many children?

8       A.    Off the top of my head, two.

9       Q.    Does that include the one child you

10  fostered?

11       A.    No, it does not.

12       Q.    So counting the one child you

13  fostered, you're aware of three children who

14  have been in foster care in Lake County with

15  neonatal abstinence syndrome?

16       A.    Yes.

17       Q.    Do you know the substance that each

18  child was exposed to?

19       A.    One was heroin and the other was

20  heroin and alcohol.

21       Q.    Do you know whether Lake County

22  offers any programs to support children in

23  foster care that are affected by opioid use?

24       A.    I'm not aware of any, no.

25       Q.    Other than the trainings we

Page 160

1   disorder?

2          A.     This is the first I've heard of it.

3          Q.     Do you know whether there are any

4   foster children in Lake County who are receiving

5   treatment for substance abuse issues?

6          A.     I am not aware of any, no.

7          Q.     Do you know whether there are any

8   foster children in Lake County who are receiving

9   any programs or services related to the opioid

10  epidemic?

11         A.     I am not aware of any.

12         Q.     Are you aware of any programs that

13  Lake County participates in to remedy or prevent

14  substance abuse more generally?

15         A.     I am not aware of any.

16         Q.     Do you know whether Lake County

17  provides any programs to support foster children

18  whose parents have substance abuse issues?

19         A.     I am not aware of any.

20         Q.     Are you aware of any programming for

21  intervention for infants exposed to drugs in

22  utero that Lake County provides?

23         A.     I am not aware of any.

24         Q.     Have you ever -- are you aware of

25  any foster children in Lake County whose parents

Page 161

1    participated in the drug treatment court?

2         A.    I am not sure if they participated

3    in the drug treatment court.

4         Q.    Can you trace any harm suffered by

5    any child in foster care in Lake County to the

6    filling of an opioid prescription by a pharmacy

7    defendant in this case?

8         A.    I'm unable to do that.

9         Q.    Are you aware of any documents that

10   would trace the harm suffered by a child in

11   foster care in Lake County to the filling of an

12   opioid prescription by a pharmacy defendant?

13        A.    I am not aware of any, no.

14        Q.    Can you trace any harm suffered by a

15   child in foster care in Lake County today to

16   prescription opioids?

17        A.    I'm not aware of any.

18        Q.    Can you trace any harm currently

19   being suffered by a child in foster care in Lake

20   County to illicit opioids?

21        A.    Yes.

22        Q.    What illicit opioids can you trace

23   harm back to a foster child?

24        A.    Which opioids did you say?

25        Q.    Yes, which.

Page 162

1          A.      Heroin.

2          Q.      Are there any other drugs that you

3    believe caused harm to children in foster care

4    in Lake County?

5          A.      Heroin is the only one I'm

6    personally aware of.

7          Q.      Are you aware of any wrongful

8    actions, any harm caused by a Defendant in this

9    case in Lake County related to opioids?

10         A.      I am not aware of any.

11         Q.      Have you heard the term "pill mill"?

12         A.      I have.

13         Q.      What's your understanding of what a

14   pill mill is?

15         A.      My understanding is that it's a --

16   a doctor's office or medical location that is

17   overly prescribing prescription medication.

18         Q.      Are you aware of any pill mills that

19   are active in Lake County?

20         A.      I am not aware of any.

21         Q.      Are you aware of any pill mills that

22   have ever been active in Lake County?

23         A.      I don't think I'm aware of any.

24         Q.      Are you aware of any Lake County

25   residents who have obtained prescription opioids