Print Form

## MINUTES OF PROCEEDINGS

HONORABLE __Polster__

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OHIO

In re: National Prescription Opiate Litigation

vs.

Date: 10/21/21
Case No.: 1:17md2804
Court Reporter: Lance Boardman
ECRO:
INTERPRETER:

**Counsel for Plaintiff:** Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier

**Counsel for Defendants:** Graeme Bush, Eric Delinsky, Sasha MIller, Paul Haynes, Diane Sullivan, Chantale Fiebig, Kaspar Stoffelmayr, Kate Swift, Brian Swanson, Tara Fumerton, John Majoris, Tina Tabacchi

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| Voir Dire begun and concluded | Voir Dire begun and continued | |
| Plaintiff(s) opening statements | Defendant(s) opening statements | |
| Evidence began; continued | [x] Evidence continued | Evidence concluded |
| Plaintiffs case begun | [x] Plaintiffs case continued; not concluded | Concluded |
| Defendants case begun | Defendants case continued; not concluded | Concluded |
| [x] Testimony taken (see witness list) | | |
| Plaintiff(s) rebuttal | Defendant(s) sur-rebuttal | |
| Plaintiff(s) final argument | Defendant(s) final argument | |
| Charge to the jury | | |
| Jury Deliberations begun | Continued; not concluded | Continued and Concluded |
| Verdict | | |
| [x] Exhibits Located: w/counsel | Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:  10/22/21 9:00 AM

Comments: Cont'd Plaintiffs' witness 11 - Tasha Polster, witness 12 - Caleb Alexander

s/ Robert Pitts

Courtroom Deputy Clerk

Time: 7 hrs