UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to | [1:20-op-45281-DAP, 1:19-op-45913 DAP] |
| | Judge Dan Aaron Polster |
| **BOARD OF EDUCATION OF THORNTON TOWNSHIP HIGH SCHOOLS, DISTRICT 205,** *et al.*, on behalf of themselves and others similarly situated, | |
| v. | |
| **CEPHALON, INC.,** *et al.* | |
| **Defendants.** | |
| and | |
| **SCHOOL BOARD OF MIAMI-DADE COUNTY,** | |
| v. | |
| **ENDO HEALTH SOLUTIONS, INC.,** *et al.* | |
| **Defendants.** | |

**CERTAIN PUBLIC SCHOOL DISTRICTS' MOTION FOR LEAVE TO FILE,
*INSTANTER*, A
MOTION TO MODIFY THE JULY 23, 2021, CASE MANAGEMENT
ORDER AND TO REQUEST COURT-ORDERED MEDIATION**

In compliance with Case Management Order One ¶ 6(g), ECF No. 32, Public School Districts move the Court for leave to file, *instanter*, a Motion to Modify the July 23, 2021, Case Management Order (ECF No. 3795) and to Request Court-Ordered Mediation. A copy of that motion is being filed as Exhibit A to this motion.

Dated: October 22, 2021

Respectfully submitted,

*/s/ Cyrus Mehri*

One of the Attorneys for Plaintiffs

Cyrus Mehri
cmehri@findjustice.com
Steve Skalet
sskalet@findjustice.com
Joshua Karsh
jkarsh@findjustice.com
Ezra Bronstein
ebronstein@findjustice.com
MEHRI & SKALET, PLLC
2000 K Street, N.W., Suite 325
Washington, D.C. 20006
202.822.5100

Matthew J. Piers
mpiers@hsplegal.com
Charles D. Wysong
cwysong@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
Margaret E. Truesdale
mtruesdale@hsplegal.com
HUGHES SOCOL PIERS
RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
312.580.0100

Neil Henrichsen
nhenrichsen@hslawyers.com
HENRICHSEN SIEGAL, PLLC
301 W. Bay Street, Suite 1400
Jacksonville, FL 32202
904.381.8183

Wayne Hogan
hogan@terrellhogan.com
Leslie A. Goller
lgoller@terrellhogan.com
TERREL HOGAN YEGELWEL, P.A.
233 E. Bay Street, Suite 800
Jacksonville, FL 32202
904.722.2228

*Attorneys for the Proposed Classes*