# EXHIBIT 1

10/21/21, 7:54 AM

Untitled document - Google Docs

## Northeast Ohio
## Free Naloxone (Narcan) is Available

**Project DAWN**
Mobile unit is parked at 3370 West 25th St. on weekdays from 10 am to 2 pm (216-778-5677)
At Circle Health Services, 12201 Euclid Ave. on Tuesdays and Thursdays from 11 am to 3 pm
(216-721-4010)
Cleveland Dept. of Public Health, 4242 Lorain Ave. Mondays and Wednesdays from 8:30 am
to 4:30 pm and Thursdays from noon to 8 pm (216-664-6603)

**Thrive Peer Support/Homeless Hookup CLE** call or text 216-598-5647 to get Narcan by
mail or to find out where to get Narcan at upcoming community events

**Harm Reduction Ohio** is currently mailing out free Narcan

https://projectwhitebutterfly.org/about-pwb