# EXHIBIT 2

**From:** Mark Lanier <Mark.Lanier@lanierlawfirm.com>
**Date:** October 23, 2021 at 11:14:08 AM EDT
**To:** Cohen David <David@specialmaster.law>
**Cc:** "Tara A. Fumerton" <tfumerton@jonesday.com>, "Peter H. Weinberger" <PWeinberger@spanglaw.com>, Laura Fitzpatrick <lfitzpatrick@simmonsfirm.com>, EXT Track3Defendants <EXT-TRACK3DEFENDANTS@groups.jonesday.com>, Mildred Conroy <Mildred.Conroy@lanierlawfirm.com>, "Majoras, John M." <jmmajoras@jonesday.com>, "Tabacchi, Tina M." <tmtabacchi@jonesday.com>, mdl2804discovery@motleyrice.com, Rachel Lanier <Rachel.Lanier@lanierlawfirm.com>, "Sullivan, Diane" <Diane.Sullivan@weil.com>
**Subject: CT3**

Special Master Cohen, can you please that the below gets to Judge Polster?  Thank you

Your Honor,

Having now done our research into the law, plaintiffs believe that as long as you are satisfied that no prejudicial effect has occurred with the jury, then the mistrial is misplaced and is a waste of immense resources.  Accordingly, having consulted clients as you instructed, it is plaintiffs' desire to continue this trial to completion.

Respectfully,

Mark Lanier and Peter Weinberger
Mark Lanier - Founder p: 713-659-5200 w: www.LanierLawFirm.com