UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Track Three Cases* | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**PLAINTIFFS' MOTION TO ADMIT PROCESSED ARCOS DATA
AND DEFENDANTS' DISPENSING DATA**

On the morning of October 22, 2021, Plaintiffs moved the Court for admission of the ARCOS data and the Defendants' dispensing data. The data is contained on thumb drives. Plaintiffs seek admission of these exhibits to merely lay the foundation for use of information derived from this data during trial. Principally, this data is used for Rule 1006 exhibits at trial including exhibits admitted during Dr. McCann's testimony.

The Defendants objected. Plaintiffs pointed out that these exhibits are admissible because the Court has already ruled that they are when it granted Plaintiffs' Motion in Limine No. 45. (Doc # 3967). In pertinent part, that ruling states as follows:

> "Accordingly, the Court rules all of the Rule 1006 charts provided in Plaintiffs' Motion are admissible, as is the underlying data (being McCann's processed ARCOS data, Defendants' distributing and dispensing data, and the associated governmental data)" P. 9, Doc #3967.

The exhibits which Plaintiffs move for admission are:

- P-23212 - Processed US ARCOS data

- P-23213 - Processed Ohio ARCOS data

- P-23088 - Processed CVS Dispensing Data

- P-23089 - Processed Walmart Dispensing Data

- P-23090 - Processed Walgreens Dispensing Data
- P-23091 - Processed Giant Eagle Dispensing Data

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Ste 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*

2

        */s/Peter H. Weinberger*
        Peter H. Weinberger (0022076)
        SPANGENBERG SHIBLEY &LIBER
        1001 Lakeside Avenue East, Suite 1700
        Cleveland, OH 44114
        (216) 696-3232
        (216) 696-3924 (Fax)
        pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113
(216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
hunter@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

## CERTIFICATE OF SERVICE

     I hereby certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

        */s/Peter H. Weinberger*
        Peter H. Weinberger