AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | Ohio |
|---|---|---|

In Re:  National Prescription Opiate Litigation

**EXHIBIT AND WITNESS LIST**

V.

Case Number:  1:17md2804

| PRESIDING JUDGE Dan A. Polster | PLAINTIFF'S ATTORNEY Mark Lanier, et al | DEFENDANT'S ATTORNEY Eric Delinsky, et al |
|---|---|---|
| TRIAL DATE (S) 10/22/21 | COURT REPORTER Lance Boardman | COURTROOM DEPUTY Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wtns 9 | | | | | James Tsipakis (10/19/21) |
| 00528 | | 10/21/21 | | | DEA OMP Letters from 2006-2012 |
| 09529 | | " | | x | Giant Eagle Inventory Control  -Suspicious Order Policy (2 pgs) |
| 09633 | | " | | x | Daily HBC Controls W7 |
| 09637 | | " | | x | SOM and Controlled Drug Monitoring |
| 09667 | | " | | x | Email re:  Suspicious Order Monitoring (SOM) |
| 09678 | | " | | x | Email FW:  Thrifty White Notes |
| 09693 | | " | | x | Email re:  Order Item Blocking 12/5/13; Suspicious Reporting |
| 11298 | | " | | x | Email re:  Giant Eagle/Buzzeo PDMA:  SOM Service Proposal |
| 20654 | | " | | x | 21 CFR 1301 Registration of Manufacturers, Distributors, and Dispensers of CS |
| | HBC/ GE 01326 | " | | x | Definition of Controlled Substance Schedules |
| | | | | | |
| Wtns 10 | | | | | Tony Villanueva |
| 04600 | | " | | x | Investigation Report of Douglas Winland |
| 04598 | | " | | x | Trumbull County Opiate Action Plan 2017-2021 |
| | CVS 04964 | " | | x | Guilty Plea of Douglass Winland |
| | CVS 04965 | " | | x | Indictment  - Douglas Winland |
| | 13052 | " | | x | Email w/OH Atty Gen - BCI Quarterly Lab Drug Cases Report - Q1 2019 |
| | 13097 | " | | x | Problem Statement/Target Population |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.