**DOUGLAS WINLAND**                                                                                      DATE:  3/10/10
                                                                                                          Page 4 of 4

**PATIENT Rx HISTORY REPORT**

| | |
|---|---|
| GO GUT | GOPAL R GUTTIKONDA, MD; 1713 SW HK DODGEN LOOP, SUITE 121, TEMPLE TX 76502 |
| HY KIM | HYO H KIM, MD; 8098 & 8094 EAST MARKET STREET,, WARREN OH 44484 |
| JA ROB | JAMES ROBLES, MD; 412 E. 18TH STREET,, WESLACO TX 78596 |
| JO BAU | JOHN L BAUMEIER, DO; 1007 RAVINE DRIVE,, YOUNGSTOWN OH 44505 |
| JO TOR | JOSE A TORRES, MD; 8544 KIMBLEWICK LANE NE,, WARREN OH 44484 |
| RO NAP | ROBERT F NAPLES, , JR (D.O.); ROBERT FRANCIS NAPLES JR, 8445 SQUIRREL HILL DR NE,, WARREN OH 44484 |
| RO SHE | ROBERT J SHELLITO, DPM; 1543 E. MARKET ST.,, WARREN OH 44483 |
| WA SCO | WALTER E SCOTT, DO; 3621 BRUCE DRIVESE,, WARREN OH 44484 |
| ZA VER | ZACHARY VERES, ; 4681 MAHONING AVENUE,, WARREN OH 44483 |

**Pharmacies that dispensed prescriptions listed**

| | |
|---|---|
| CVS2486 | NILES CVS, INC.; DBA: CVS/PHARMACY # 02486, 1331 YOUNGSTOWN-WARREN RD, NILES OH 44446, PHONE (330) 505-2605 |
| CVS4606 | REVCO DISCOUNT DRUG CENTERS, INC.; DBA: CVS/PHARMACY # 04606, 620 E MARKET ST, WARREN OH 44481, PHONE (330) 393-5205 |
| FrankPh | FRANKLIN PHARM & HEALTH CARE; 1732 YOUNGSTOWN RD, WARREN OH 44484, PHONE (330) 369-4567 |
| G-E4051 | GIANT EAGLE PHARMACY #4051; 8202 E MARKET ST, WARREN OH 44484, PHONE (330) 856-1432 |
| Overholt | OVERHOLTS CHAMPION PHARM, INC; 4619 MAHONING AVE N.W., WARREN OH 44483, PHONE (330) 847-8000 |
| R-A3062 | RITE AID OF OHIO, INC; DBA RITE AID PHARMACY #3062, 2154 ELM ROAD, WARREN OH 44483, PHONE (330) 372-4105 |
| R-A3109 | RITE AID OF OHIO, INC; DBA RITE AID PHARMACY #3109, 1560 PARKMAN ROAD, WARREN OH 44485, PHONE (330) 898-1054 |
| R-A4605 | RITE AID OF OHIO, INC T/A; RITE AID DISC PHAR #4605, 4205 EAST MARKET STREET, WARREN OH 44484, PHONE (330) 856-1794 |
| R-A713 | RITE AID OF OHIO, INC; T/A RITE AID DISCNT PHCY #713, 5001 MAHONING AVENUE, WARREN OH 44483, PHONE (330) 847-0016 |
| Troutman | TROUTMAN DRUG COMPANY; 501 ROBBINS AVENUE, NILES OH 44446, PHONE (330) 652-1435 |
| W-G10569 | WALGREEN CO.; DBA: WALGREENS # 10569, 2249 YOUNGSTOWN WARREN RD, NILES OH 44446, PHONE (330) 544-7128 |
| W-G6675 | WALGREEN CO.; DBA: WALGREENS # 06675, 2560 BELMONT AVE, YOUNGSTOWN OH 44505, PHONE (330) 746-4814 |
| W-G6888 | WALGREEN CO.; DBA: WALGREENS # 06888, 5027 YOUNGSTOWN-WARREN RD, NILES OH 44446, PHONE (330) 544-3462 |
| W-M2197 | WAL-MART PHARMACY 10-2197; 2016 MILLENIUM BLVD, CORTLAND OH 44410, PHONE (479) 277-4000 |

**Disclaimer:** The State of Ohio does not warrant the above information to be accurate or complete. The Report is based on the search criteria entered and the data entered by the dispensing pharmacy. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-04600-A

TRUM003927449

P-04600-A _ 00001