P-HBC-0012



## INVENTORY CONTROL - SUSPICIOUS ORDER POLICY

| | |
|---|---|
| Policy Number: 30-010 | Version/Revision Number: 002 |
| Effective Date: 8/1/14 | Revision Date: 4/9/2015 |
| Created Date: 8/1/14 | Last Reviewed Date: 4/9/2015 |
| Policy Owner: Matt Rogos | Department: HBC Service Co. |
| Reference(s): HBC-PAP001-001 | |

**PURPOSE/OBJECTIVE:**
To identify, investigate, record, and report suspicious pharmaceutical product orders

**SCOPE:**
This policy applies to:
- All HBC TMs who have access to the HBC pharmacy room.

**POLICY:**
- **Identified individuals from Giant Eagle Sourcing, Pharmacy Compliance, and HBC Team Members (TMs) must review pharmacy customer orders and order trends on a regular and for - cause basis to identify suspicious drug orders**
- Suspicious orders are blocked and reported to the appropriate regulatory authority within the specified time frame as required
- 

**PROCEDURES:**

Reporting suspicious prescription product orders
- Giant Eagle and HBC team members review customer orders and order history trends to identify suspicious drug orders
- Suspicious order criteria include, but are not limited to:
  o Purchases over a defined time period that exceed a pre-determined threshold
  o Orders of unusual quantities compared to a customer's order history
  o Unique pattern of orders that differs from similar customers
  o Orders received outside of the normal pharmacy customer ordering process
- identified orders are investigated to determine if the order is suspicious or legitimate
- Legitimate orders are released for processing and delivery to the customer

Page 1 of 2
Policy Number: 30-010

CONFIDENTIAL



EXHIBIT 12

PLAINTIFFS TRIAL EXHIBIT
**P-09529_EXa**

HBC_MDL00078638

P-HBC-0012.2

- Suspicious orders are blocked and reported to the applicable regulatory authorities within the specified time frame as required
    - Board of Pharmacy and FDA within three (3) business days
    - DEA (if controlled substance) upon determination
- HBC prepares and communicates any history of suspicious orders to the GE Pharmacy team as requested.
- HBC retains the records of the investigation and outcome for six (6) years

**COMPLIANCE:**

Non-compliance with this policy will result in progressive discipline up to and including termination in compliance with Human Resource guidelines

Page 2 of 2
Policy Number: 30-010

CONFIDENTIAL

HBC_MDL00078639

P-09529_EXa _ 00002