| PHRMCY_NO | VEND_CD | MTH_KEY | GPI10 | TTL_SHPD_QTY | THRSH_QTY |
|---|---|---|---|---|---|
| 71 | HBC | 2016-10 | 6510007510 | 4500 | 4213.83 |
| 2491 | HBC | 2016-10 | 6510007510 | 4600 | 4213.83 |
| 8 | HBC | 2016-10 | 6510007510 | 5400 | 4213.83 |
| 72 | HBC | 2016-10 | 6510007510 | 4500 | 4213.83 |
| 63 | HBC | 2016-10 | 6510007510 | 4400 | 4213.83 |
| 60 | HBC | 2016-10 | 6510007510 | 5400 | 4213.83 |
| 2409 | HBC | 2016-10 | 6510007510 | 5000 | 4213.83 |
| 40 | HBC | 2016-10 | 6510007510 | 5900 | 4213.83 |
| 4031 | HBC | 2016-10 | 6599000220 | 8000 | 7878.79 |
| 6348 | HBC | 2016-10 | 6599000220 | 8900 | 7878.79 |
| 4078 | HBC | 2016-10 | 6599170250 | 800 | 553.65 |
| 47 | HBC | 2016-10 | 6110002010 | 600 | 540 |
| 6539 | HBC | 2016-10 | 6110990210 | 5000 | 4593.07 |
| 6537 | HBC | 2016-10 | 6140002010 | 1900 | 1893.89 |
| 2440 | HBC | 2016-10 | 6140002010 | 4700 | 1893.89 |
| 46 | HBC | 2016-10 | 6499100330 | 800 | 453.99 |
| 78 | HBC | 2016-10 | 6510005010 | 1800 | 1222.81 |
| 2421 | HBC | 2016-10 | 6510005010 | 1400 | 1222.81 |
| 2409 | HBC | 2016-10 | 6510005010 | 2000 | 1222.81 |
| 46 | HBC | 2016-10 | 6510008010 | 1000 | 957.53 |
| 71 | HBC | 2016-10 | 6510008010 | 1000 | 957.53 |
| 54 | HBC | 2016-10 | 6510008010 | 1000 | 957.53 |
| 19 | HBC | 2016-10 | 6510008010 | 1200 | 957.53 |
| 16 | HBC | 2016-10 | 6510008010 | 2100 | 957.53 |
| 4031 | HBC | 2016-10 | 6520002010 | 55 | 45.43 |
| 60 | HBC | 2016-10 | 6599100205 | 2300 | 2223.84 |
| 1216 | HBC | 2016-10 | 6599100430 | 500 | 417.86 |
| 73 | HBC | 2016-10 | 6599170210 | 6900 | 4895.45 |
| 2401 | HBC | 2016-10 | 6599170210 | 8500 | 4895.45 |
| 4002 | HBC | 2016-10 | 6599170210 | 14400 | 4895.45 |
| 2491 | HBC | 2016-10 | 6599170210 | 9400 | 4895.45 |
| 53 | HBC | 2016-10 | 6599170210 | 6700 | 4895.45 |
| 6376 | HBC | 2016-10 | 6599170210 | 6500 | 4895.45 |
| 6514 | HBC | 2016-10 | 6599170210 | 4900 | 4895.45 |
| 4034 | HBC | 2016-10 | 6599170210 | 10300 | 4895.45 |
| 1478 | HBC | 2016-10 | 6599170210 | 6000 | 4895.45 |
| 6508 | HBC | 2016-10 | 6599170210 | 5700 | 4895.45 |
| 6523 | HBC | 2016-10 | 6599170210 | 4900 | 4895.45 |
| 60 | HBC | 2016-10 | 6599170210 | 18500 | 4895.45 |
| 2440 | HBC | 2016-10 | 6599170210 | 8100 | 4895.45 |
| 71 | HBC | 2016-10 | 6599170210 | 18000 | 4895.45 |
| 63 | HBC | 2016-10 | 6599170210 | 9200 | 4895.45 |
| 1605 | HBC | 2016-10 | 6599170210 | 7300 | 4895.45 |
| 4077 | HBC | 2016-10 | 6599170210 | 7700 | 4895.45 |
| 5817 | HBC | 2016-10 | 6599170210 | 6000 | 4895.45 |
| 4095 | HBC | 2016-10 | 6599170210 | 8800 | 4895.45 |
| 483 | HBC | 2016-10 | 6599170210 | 6500 | 4895.45 |
| 2412 | HBC | 2016-10 | 6599170210 | 8900 | 4895.45 |
| 4008 | HBC | 2016-10 | 6599170210 | 6900 | 4895.45 |
| 6378 | HBC | 2016-10 | 6599170210 | 6500 | 4895.45 |
| 4051 | HBC | 2016-10 | 6599170210 | 9900 | 4895.45 |
| 1238 | HBC | 2016-10 | 6599170210 | 5000 | 4895.45 |
| 79 | HBC | 2016-10 | 6599170210 | 10700 | 4895.45 |
| 4387 | HBC | 2016-10 | 6599170210 | 9000 | 4895.45 |
| 4089 | HBC | 2016-10 | 6599170210 | 12200 | 4895.45 |
| 41 | HBC | 2016-10 | 6599170210 | 9900 | 4895.45 |
| 482 | HBC | 2016-10 | 6599170210 | 9200 | 4895.45 |
| 6526 | HBC | 2016-10 | 6599170210 | 7000 | 4895.45 |

| | | | | |
|---|---|---|---|---|
| 61 HBC | 2016-10 | 6599170210 | 7000 | 4895.45 |
| 4030 HBC | 2016-10 | 6599170210 | 10500 | 4895.45 |
| 1405 HBC | 2016-10 | 6599170210 | 21500 | 4895.45 |
| 6513 HBC | 2016-10 | 6599170210 | 5100 | 4895.45 |
| 4016 HBC | 2016-10 | 6599170210 | 4900 | 4895.45 |
| 29 HBC | 2016-10 | 6599170210 | 6200 | 4895.45 |
| 1620 HBC | 2016-10 | 6599170210 | 9600 | 4895.45 |
| 6520 HBC | 2016-10 | 6599170210 | 5000 | 4895.45 |
| 42 HBC | 2016-10 | 6599170210 | 4900 | 4895.45 |
| 1487 HBC | 2016-10 | 6599170210 | 13300 | 4895.45 |
| 14 HBC | 2016-10 | 6599170210 | 7300 | 4895.45 |
| 81 HBC | 2016-10 | 6599170210 | 7000 | 4895.45 |
| 4036 HBC | 2016-10 | 6599170210 | 7000 | 4895.45 |
| 4093 HBC | 2016-10 | 6599170210 | 17200 | 4895.45 |
| 4038 HBC | 2016-10 | 6599170210 | 18700 | 4895.45 |
| 216 HBC | 2016-10 | 6599170210 | 6600 | 4895.45 |
| 6519 HBC | 2016-10 | 6599170210 | 13900 | 4895.45 |
| 66 HBC | 2016-10 | 6599170210 | 5000 | 4895.45 |
| 6375 HBC | 2016-10 | 6599170210 | 5500 | 4895.45 |
| 2415 HBC | 2016-10 | 6599170210 | 11600 | 4895.45 |
| 62 HBC | 2016-10 | 6599170210 | 6600 | 4895.45 |
| 4050 HBC | 2016-10 | 6599170210 | 12200 | 4895.45 |
| 19 HBC | 2016-10 | 6599170210 | 8700 | 4895.45 |
| 1435 HBC | 2016-10 | 6599170210 | 6700 | 4895.45 |
| 6538 HBC | 2016-10 | 6599170210 | 9300 | 4895.45 |
| 487 HBC | 2016-10 | 6599170210 | 6600 | 4895.45 |
| 465 HBC | 2016-10 | 6599170210 | 5900 | 4895.45 |
| 70 HBC | 2016-10 | 6599170210 | 6300 | 4895.45 |
| 46 HBC | 2016-10 | 6599170210 | 10600 | 4895.45 |
| 5863 HBC | 2016-10 | 6599170210 | 5600 | 4895.45 |
| 4018 HBC | 2016-10 | 6599170210 | 8000 | 4895.45 |
| 68 HBC | 2016-10 | 6599170210 | 6300 | 4895.45 |
| 1479 HBC | 2016-10 | 6599170210 | 5600 | 4895.45 |
| 4078 HBC | 2016-10 | 6599170210 | 14800 | 4895.45 |
| 1471 HBC | 2016-10 | 6599170210 | 8200 | 4895.45 |
| 32 HBC | 2016-10 | 6599170210 | 8000 | 4895.45 |
| 1419 HBC | 2016-10 | 6599170210 | 10100 | 4895.45 |
| 6504 HBC | 2016-10 | 6599170210 | 5800 | 4895.45 |
| 39 HBC | 2016-10 | 6599170210 | 11900 | 4895.45 |
| 94 HBC | 2016-10 | 6599170210 | 6100 | 4895.45 |
| 1481 HBC | 2016-10 | 6599170210 | 9700 | 4895.45 |
| 6510 HBC | 2016-10 | 6599170210 | 6000 | 4895.45 |
| 65 HBC | 2016-10 | 6599170210 | 7100 | 4895.45 |
| 2492 HBC | 2016-10 | 6599170210 | 8600 | 4895.45 |
| 6348 HBC | 2016-10 | 6599170210 | 12400 | 4895.45 |
| 37 HBC | 2016-10 | 6599170210 | 6400 | 4895.45 |
| 1475 HBC | 2016-10 | 6599170210 | 10500 | 4895.45 |
| 2405 HBC | 2016-10 | 6599170210 | 7300 | 4895.45 |
| 6377 HBC | 2016-10 | 6599170210 | 6600 | 4895.45 |
| 495 HBC | 2016-10 | 6599170210 | 9800 | 4895.45 |
| 6301 HBC | 2016-10 | 6599170210 | 7700 | 4895.45 |
| 4075 HBC | 2016-10 | 6599170210 | 8400 | 4895.45 |
| 6505 HBC | 2016-10 | 6599170210 | 5300 | 4895.45 |
| 47 HBC | 2016-10 | 6599170210 | 9000 | 4895.45 |
| 2419 HBC | 2016-10 | 6599170210 | 6200 | 4895.45 |
| 6381 HBC | 2016-10 | 6599170210 | 5700 | 4895.45 |
| 2 HBC | 2016-10 | 6599170210 | 9900 | 4895.45 |
| 471 HBC | 2016-10 | 6599170210 | 11500 | 4895.45 |
| 10 HBC | 2016-10 | 6599170210 | 11000 | 4895.45 |

| | | | | |
|---|---|---|---|---|
| 2414 HBC | 2016-10 | 6599170210 | 8900 | 4895.45 |
| 4031 HBC | 2016-10 | 6599170210 | 20900 | 4895.45 |
| 2408 HBC | 2016-10 | 6599170210 | 7700 | 4895.45 |
| 4064 HBC | 2016-10 | 6599170210 | 7700 | 4895.45 |
| 4098 HBC | 2016-10 | 6599170210 | 5600 | 4895.45 |
| 78 HBC | 2016-10 | 6599170210 | 11900 | 4895.45 |
| 72 HBC | 2016-10 | 6599170210 | 10500 | 4895.45 |
| 1417 HBC | 2016-10 | 6599170210 | 7000 | 4895.45 |
| 1618 HBC | 2016-10 | 6599170210 | 8700 | 4895.45 |
| 67 HBC | 2016-10 | 6599170210 | 13000 | 4895.45 |
| 4706 HBC | 2016-10 | 6599170210 | 6800 | 4895.45 |
| 4601 HBC | 2016-10 | 6599170210 | 9200 | 4895.45 |
| 5103 HBC | 2016-10 | 6599170210 | 9000 | 4895.45 |
| 75 HBC | 2016-10 | 6599170210 | 7200 | 4895.45 |
| 1217 HBC | 2016-10 | 6599170210 | 9300 | 4895.45 |
| 45 HBC | 2016-10 | 6599170210 | 8900 | 4895.45 |
| 31 HBC | 2016-10 | 6599170210 | 7700 | 4895.45 |
| 9 HBC | 2016-10 | 6599170210 | 11100 | 4895.45 |
| 52 HBC | 2016-10 | 6599170210 | 7500 | 4895.45 |
| 2424 HBC | 2016-10 | 6599170210 | 9800 | 4895.45 |
| 4097 HBC | 2016-10 | 6599170210 | 6300 | 4895.45 |
| 54 HBC | 2016-10 | 6599170210 | 6200 | 4895.45 |
| 15 HBC | 2016-10 | 6599170210 | 6900 | 4895.45 |
| 2416 HBC | 2016-10 | 6599170210 | 5200 | 4895.45 |
| 40 HBC | 2016-10 | 6599170210 | 8700 | 4895.45 |
| 6386 HBC | 2016-10 | 6599170210 | 6800 | 4895.45 |
| 494 HBC | 2016-10 | 6599170210 | 11900 | 4895.45 |
| 6517 HBC | 2016-10 | 6599170210 | 8100 | 4895.45 |
| 8 HBC | 2016-10 | 6599170210 | 18200 | 4895.45 |
| 4010 HBC | 2016-10 | 6599170210 | 11500 | 4895.45 |
| 18 HBC | 2016-10 | 6599170210 | 15400 | 4895.45 |
| 220 HBC | 2016-10 | 6599170210 | 5500 | 4895.45 |
| 4029 HBC | 2016-10 | 6599170210 | 8700 | 4895.45 |
| 4152 HBC | 2016-10 | 6599170210 | 9000 | 4895.45 |
| 16 HBC | 2016-10 | 6599170210 | 7600 | 4895.45 |
| 77 HBC | 2016-10 | 6599170210 | 7000 | 4895.45 |
| 25 HBC | 2016-10 | 6599170210 | 12700 | 4895.45 |
| 2409 HBC | 2016-10 | 6599170210 | 12000 | 4895.45 |
| 4124 HBC | 2016-10 | 6599170210 | 9300 | 4895.45 |
| 2404 HBC | 2016-10 | 6599170210 | 11300 | 4895.45 |
| 6385 HBC | 2016-10 | 6599170210 | 9600 | 4895.45 |
| 6537 HBC | 2016-10 | 6599170210 | 14600 | 4895.45 |
| 64 HBC | 2016-10 | 6599170210 | 5700 | 4895.45 |
| 4056 HBC | 2016-10 | 6599170210 | 11500 | 4895.45 |
| 4090 HBC | 2016-10 | 6599170210 | 8100 | 4895.45 |
| 229 HBC | 2016-10 | 6599170210 | 9300 | 4895.45 |
| 4035 HBC | 2016-10 | 6599170210 | 8900 | 4895.45 |
| 17 HBC | 2016-10 | 6599170210 | 5200 | 4895.45 |
| 6379 HBC | 2016-10 | 6599170210 | 6900 | 4895.45 |
| 5878 HBC | 2016-10 | 6599170210 | 7200 | 4895.45 |
| 4012 HBC | 2016-10 | 6599170210 | 12500 | 4895.45 |
| 477 HBC | 2016-10 | 6599170210 | 8100 | 4895.45 |
| 54 HBC | 2016-10 | 6510002500 | 140 | 135.85 |
| 9 HBC | 2016-10 | 6510002500 | 145 | 135.85 |
| 4078 HBC | 2016-10 | 6510002500 | 165 | 135.85 |
| 10 HBC | 2016-10 | 6510002500 | 185 | 135.85 |
| 46 HBC | 2016-10 | 6510002500 | 230 | 135.85 |
| 47 HBC | 2016-10 | 6510002500 | 145 | 135.85 |
| 8 HBC | 2016-10 | 6510002500 | 160 | 135.85 |

| | | | | |
|---|---|---|---|---|
| 471 HBC | 2016-10 | 6510002500 | 180 | 135.85 |
| 31 HBC | 2016-10 | 6510002500 | 150 | 135.85 |
| 18 HBC | 2016-10 | 6510002500 | 210 | 135.85 |
| 79 HBC | 2016-10 | 6510002500 | 235 | 135.85 |
| 14 HBC | 2016-10 | 6140001610 | 700 | 697.75 |
| 4075 HBC | 2016-10 | 6140001610 | 900 | 697.75 |
| 6515 HBC | 2016-10 | 2310003010 | 70 | 53.82 |

| PRDCT_NME | SCHD_NO |
|-----------|---------|
| OXAYDO | 2 |
| OXAYDO | 2 |
| OXAYDO | 2 |
| OXAYDO | 2 |
| OXAYDO | 2 |
| OXAYDO | 2 |
| OXAYDO | 2 |
| OXAYDO | 2 |
| ENDOCET | 2 |
| ENDOCET | 2 |
| HYDROCODONE/IBUPROFEN | 2 |
| DEXEDRINE | 2 |
| ADDERALL | 2 |
| APTENSIO XR | 2 |
| APTENSIO XR | 2 |
| BUTAL/ASA/CAFF | 3 |
| DOLOPHINE | 2 |
| DOLOPHINE | 2 |
| DOLOPHINE | 2 |
| OPANA | 2 |
| OPANA | 2 |
| OPANA | 2 |
| OPANA | 2 |
| OPANA | 2 |
| BUTORPHANOL TARTRATE | 4 |
| ACETAMINOPHEN/CODEINE | 3 |
| ASA/CAFF/BUTAL/COD | 3 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |

| | |
|---|---|
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |

| | |
|---|---|
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| CO-GESIC | 2 |
| DURAGESIC | 2 |
| DURAGESIC | 2 |
| DURAGESIC | 2 |
| DURAGESIC | 2 |
| DURAGESIC | 2 |
| DURAGESIC | 2 |
| DURAGESIC | 2 |

| | |
|---|---|
| DURAGESIC | 2 |
| DURAGESIC | 2 |
| DURAGESIC | 2 |
| DURAGESIC | 2 |
| DEXMETHYLPHENIDATE HCL | 2 |
| DEXMETHYLPHENIDATE HCL | 2 |
| DEPO-TESTOSTERONE | 3 |