| | |
|---|---|
| **From:** | Millward, Joseph |
| **Sent:** | Mon, 16 Nov 2015 18:06:04 -0500 |
| **To:** | Raub, Philip;Hutten, John;Wolfe, Roger |
| **Cc:** | Chunderlik, George;Mullen, Jason |
| **Subject:** | SOM and Controlled drug monitoring |
| **Attachments:** | Control_Report_Quarterly (2).xls, Control_Report_Quarterly dec 2011.xlsx |

Phil, John, and Roger

On Friday, George and I participated in a conference call with Purdue Pharma, maker of top shelf controlled substances such as Oxycontin and Hysingla ER, to discuss their SOM process. In addition to thresholds, they purchase IMS data and look at the percentages of their meds as part of all rxs filled and the percentages that were filled as cash as opposed to third parties. Kayla had created a similar report a couple of years ago. I would like to incorporate something similar into our SOM and controlled substance monitoring processes. I have attached two similar spreadsheets. You can change the quarter from Q1 to Q2 to see the data. Unfortunately, that is the limit of the data incorporated into the workbook. I think something like this would fit well within a BI tool.

It would be necessary to break down dispensings down the following examples on weekly, monthly, quarterly, and YTD timelines:

Total # rxs
Total # & % controlled substance rxs
  % cash
  % discount card (will be challenge to distinguish from insurances)
  % insurance
Total # & % (of total rxs and controlled substance rxs) Oxycodone, hydrocodone, Suboxone (target chemicals)
  % cash
  % discount card (will be challenge to distinguish from insurances)
  % insurance
Total # & % (of total rxs and controlled substance rxs) Target strengths like oxycodone 30mg, oxycodone 10 combination products, hydrocodone 10mg combination products
  % cash
  % discount card (will be challenge to distinguish from insurances)
  % insurance

Joe

### *Joseph E. Millward, R.Ph.*

*Sr. Manager, Pharmacy Quality and Compliance │ Giant Eagle, Inc. │ 101 Kappa Drive, Pittsburgh, PA 15238*

*| ☎ 412.963.5952 | 📱 412.316.6266 | 📠 412.968.1552 | ✉ joseph.millward@gianteagle.com*

PLAINTIFFS TRIAL EXHIBIT
P-09637_00001

CONFIDENTIAL

HBC_MDL00004996

P-09637_00001

This is a generated placeholder for a document that matches the selected file type(s).

Location: George.Chunderlik@gianteagle.com (Primary)\Recoverable Items\Deletions\SOM and Controlled drug monitoring
Title: Control_Report_Quarterly (2)
Doc Type: Microsoft Excel Workbook (97 - 2003)
Date: 16 Nov 2015 18:06:04
Est. Date: No
Description:
Notes:

HIGHLY CONFIDENTIAL											HBC_MDL00004997

This is a generated placeholder for a document that matches the selected file type(s).

Location: George.Chunderlik@gianteagle.com (Primary)\Recoverable Items\Deletions\SOM and Controlled drug monitoring
Title: Control_Report_Quarterly dec 2011
Doc Type: Microsoft Excel XML Workbook
Date: 16 Nov 2015 18:06:04
Est. Date: No
Description:
Notes:

HIGHLY CONFIDENTIAL HBC_MDL00004998