| DIRECT PRESENTMENT | **INDICTMENT**<br>CRIM.R. 6, 7 | DECEPTION TO OBTAIN A DANGEROUS DRUG (F4) |
|---|---|---|

| THE STATE OF OHIO | ) | **COURT OF COMMON PLEAS** |
|---|---|---|
| TRUMBULL…………..COUNTY, ss. | )<br>) | |

**Of the Term May, in the year two thousand ten,**

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that* on or about the 2nd day of November, 2009, at Trumbull County, Ohio, **DOUGLAS S. WINLAND,** by deception, did knowingly procure the administration of, a prescription for, or the dispensing of, a dangerous drug, or did possess an uncompleted preprinted prescription blank used for writing a prescription for a dangerous drug, and the drug involved is Oxycodone, a Schedule II controlled substance,

in violation of the Ohio Revised Code, Title 29, Section 2925.22(A)&(B)(2)(a), *and against the peace and dignity of the State of Ohio.*

> You are hereby notified that you are under indictment for an offense involving the illegal possession, use, sale, administration, distribution, or trafficking in any <u>drug of abuse</u>; and pursuant to Section 2923.13 of the Ohio Revised Code, you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Case No.     DIRECT PRESENTMENT
] of [ NUMPAGES ]
Defendant    DOUGLAS S. WINLAND

DEFENDANT'S EXHIBIT
CVS-MDL-04965

Page [ PAGE

CONFIDENTIAL

CVS-MDL-04965.00001

TRUM002476786

### COUNT 2:  AGGRAVATED POSSESSION OF DRUGS (F5)

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the* 2nd *day of November, 2009*, at Trumbull County, Ohio, **DOUGLAS S. WINLAND,** did knowingly obtain, possess, or use, Oxycodone, a Schedule II controlled substance, in violation of the Ohio Revised Code, Title 29, Section 2925.11(A)&(C)(1)(a) , *and against the peace and dignity of the State of Ohio.*

> You are hereby notified that you are under indictment for an offense involving the illegal possession, use, sale, administration, distribution, or trafficking in any <u>drug of abuse</u>; and pursuant to Section 2923.13 of the Ohio Revised Code, you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

### COUNT 3:  DECEPTION TO OBTAIN A DANGEROUS DRUG (F3)

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the* 5th *day of November, 2009*, at Trumbull County, Ohio, **DOUGLAS S. WINLAND,** by deception, did knowingly procure the administration of, a prescription for, or the dispensing of, a dangerous drug, or did possess an uncompleted preprinted prescription blank used for writing a prescription for a dangerous drug, and the drug involved is Oxycodone, a Schedule II controlled substance, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount,

in violation of the Ohio Revised Code, Title 29, Section 2925.22(A)&(B)(2)(b), *and against the peace and dignity of the State of Ohio.*

### COUNT 4: AGGRAVATED POSSESSION OF DRUGS (F3)

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the* 2nd *day of November, 2009, at Trumbull County, Ohio,* **DOUGLAS S. WINLAND,** did knowingly obtain, possess, or use, Oxycodone, a Schedule II controlled substance, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount,

in violation of the Ohio Revised Code, Title 29, Section 2925.11(A)&(C)(1)(b), *and against the peace and dignity of the State of Ohio.*

> You are hereby notified that you are under indictment for an offense involving the illegal possession, use, sale, administration, distribution, or trafficking in any drug of abuse; and pursuant to Section 2923.13 of the Ohio Revised Code, you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

### COUNT 5: DECEPTION TO OBTAIN A DANGEROUS DRUG (F5)

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the* 23rd *day of November, 2009, at Trumbull County, Ohio,* **DOUGLAS S. WINLAND,** by deception, did knowingly procure the administration of, a prescription for, or the dispensing of, a dangerous drug, or did possess an uncompleted preprinted prescription blank used for writing a prescription for a dangerous drug, and **DOUGLAS S. WINLAND** did knowingly possess an uncompleted preprinted prescription blank used for writing a prescription for Hydrocodone, a Schedule II controlled substance,

Case No.  DIRECT PRESENTMENT
] of [ NUMPAGES ]
Defendant  DOUGLAS S. WINLAND

Page [ PAGE

CONFIDENTIAL

CVS-MDL-04965.00003

TRUM002476788

in violation of the Ohio Revised Code, Title 29, Section 2925.22(A)&(B)(1)(a) , *and against the peace and dignity of the State of Ohio.*

**COUNT 6: POSSESSION OF DRUGS (M1)**

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that* on or about the 23rd day of November, 2009, at Trumbull County, Ohio, **DOUGLAS S. WINLAND,** did knowingly obtain, possess, or use, Hydrocodone, a Schedule III controlled substance,
in violation of the Ohio Revised Code, Title 29, Section 2925.11(A)&(C)(2)(a) , *and against the peace and dignity of the State of Ohio.*

> You are hereby notified that you are under indictment for an offense involving the illegal possession, use, sale, administration, distribution, or trafficking in any **drug of abuse**; and pursuant to Section 2923.13 of the Ohio Revised Code, you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

**COUNT 7: DECEPTION TO OBTAIN A DANGEROUS DRUG (F2)**

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that* on or about the 2nd day of December, 2009, at Trumbull County, Ohio, **DOUGLAS S. WINLAND,** by deception, did knowingly procure the administration of, a prescription for, or the dispensing of, a dangerous drug, or did possess an uncompleted preprinted prescription blank used for writing a prescription for a dangerous drug, and the drug involved is Oxycodone, a Schedule II controlled substance, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount,

in violation of the Ohio Revised Code, Title 29, Section 2925.22(A)&(B)(2)(c) , *and against the peace and dignity of the State of Ohio.*

### COUNT 8:  AGGRAVATED POSSESSION OF DRUGS (F2)

*THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that on or about the 2nd day of December, 2009,* at Trumbull County, Ohio, **DOUGLAS S. WINLAND,** did knowingly obtain, possess, or use, Oxycodone, a Schedule II controlled substance, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of the Ohio Revised Code, Title 29, Section 2925.11(A)&(C)(1)(c) , *and against the peace and dignity of the State of Ohio.*

> You are hereby notified that you are under indictment for an offense involving the illegal possession, use, sale, administration, distribution, or trafficking in any <u>drug of abuse</u>; and pursuant to Section 2923.13 of the Ohio Revised Code, you are prohibited from acquiring, having, carrying, or using any firearm or dangerous ordnance while under indictment.

Dennis Watkins,
Prosecuting Attorney

Case No.    DIRECT PRESENTMENT
] of [ NUMPAGES ]
Defendant    DOUGLAS S. WINLAND

Page [ PAGE

CONFIDENTIAL

TRUM002476790

CVS-MDL-04965.00005

                                                                                  Christopher D. Becker  
                                                                                 Assistant Prosecuting Attorney

CONFIDENTIAL                                                                                                              TRUM002476791

CVS-MDL-04965.00006

DIRECT PRESENTMENT
May Second Term, 2010
**COMMON PLEAS COURT**
**TRUMBULL COUNTY, OHIO**

**THE STATE OF OHIO**
*vs.*
DOUGLAS S. WINLAND
3091 Woodbine, SE
Warren, OH  44484
SSN: 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;  DOB: 07/12/71

*Indictment for:* **CTS 1, 3, 5 & 7:** DECEPTION TO OBTAIN A DANGEROUS DRUG
(CT 1: (F4) 2925.22(A)&(B)(2)(a);
CT 3: (F3) 2925.22(A)&(B)(2)(b);
CT 5: (F5) 2925.22(A)&(B)(1)(a);
CT 7: (F2) 2925.22(A)&(B)(2)(c)
**CTS 2, 4 & 8**: AGGRAVATED POSSESSION OF DRUGS
(CT 2: (F5)  2925.11(A)&(C)(1)(a);
CT 4: (F3) 2925.11(A)&(C)(1)(b);
CT 8: (F2) 2925.11(A)&(C)(1)(c);
**CT 6:** POSSESSION OF DRUGS (M1) (2925.11(A)&(C)(2)(a)

Dennis Watkins,
Prosecuting Attorney

**A TRUE BILL**

*Foreperson of the Grand Jury*

This Bill of Indictment found upon testimony sworn and sent before the Grand Jury at the request of the Prosecuting Attorney.

*Foreperson of the Grand Jury*

*Filed this ____ day of _____, 20____,*

_____, *Clerk*

*By*_____, *Deputy*

On this ____ day of _____, 20____,
the within named Defendant, **DOUGLAS S. WINLAND**, was arraigned, and pleads _____ guilty to this indictment.

_____, *Clerk*

*By*_____, *Deputy*

**The State of Ohio,**
**Trumbull County**.

I, the undersigned, Clerk of the Court of Common Pleas in and for said County, do hereby certify that the foregoing is a full, true, and correct copy of the original indictment, with endorsements thereon, now on file in my office.

WITNESS my hand and seal of said Court at Warren, Ohio,

*this ____ day of _____, 20____,*

_____, *Clerk*

*By*_____, *Deputy*

Case No.    DIRECT PRESENTMENT
] of [ NUMPAGES ]
Defendant    DOUGLAS S. WINLAND

Page [ PAGE