Message

| | |
|---|---|
| **From:** | Joseph Dragovich [/O=TRUMBULLCOUNTY/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JOSEPH DRAGOVICHF20] |
| **Sent:** | 4/18/2019 7:31:27 AM |
| **To:** | Tony Villanueva [sovillan@co.trumbull.oh.us] |
| **Subject:** | FW: BCI Laboratory Drug Cases Report - Q1 2019 |

Looks like we are in trouble with the Big Three, Cocaine, Heroin & Fentanyl.  We need to take down a few big dealers.

**From:** Christa A. Rossi
**Sent:** Wednesday, April 17, 2019 11:14 AM
**To:** Joseph Dragovich <sodragov@co.trumbull.oh.us>
**Subject:** FW: BCI Laboratory Drug Cases Report - Q1 2019

FYI

**From:** Lauren Mshar [mailto:lauren.mshar@ohioattorneygeneral.gov]
**Sent:** Wednesday, April 17, 2019 10:31 AM
**To:** Lauren Mshar
**Subject:** FW: BCI Laboratory Drug Cases Report - Q1 2019

FYI

**Lauren Mshar**
Criminal Intelligence Analyst – BCI CIU
Office of Ohio Attorney General Dave Yost
Office number: 330-884-7563
Fax number: 866-531-8785
Cell number: 330-554-4960
lmshar@magloclen.riss.net (secure email)
Lauren.Mshar@OhioAttorneyGeneral.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

**From:** Andrea A. Javor
**Sent:** Wednesday, April 17, 2019 7:56 AM
**Subject:** BCI Laboratory Drug Cases Report - Q1 2019

Good Morning,

Attached you will find BCI's Laboratory Drug Cases Report for 1st quarter 2019. Our purpose with this report is to share information with our law enforcement partners throughout the state of Ohio, by identifying trends in the drug cases worked by BCI's Crime Laboratories.

Thank you,

CONFIDENTIAL

TRUM003199345
DEF-MDL-13052_0001.00001

DEF-MDL-13052_0001



*Andrea A. Javor*
Criminal Intelligence Analyst
Ohio Bureau of Criminal Investigation
Office of Ohio Attorney General Dave Yost
Fax number: (866) 509-5657
Office number: (234) 400-3599
Cell number: (330) 486-5956
Andrea.Javor@OhioAttorneyGeneral.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

CONFIDENTIAL

TRUM003199346
DEF-MDL-13052_0001.00002



**Ohio Attorney General's Office - Bureau of Criminal Investigation (BCI)**

## Quarterly Laboratory Drug Cases Report - Q1 2019

The purpose of the following report is to provide law enforcement with a brief snapshot of statewide and regional drug trends in Ohio, based on internal BCI statistics. The data shown is based on reporting of drug case testing results by BCI laboratories. The following data represent the drug cases reported by BCI laboratories during the period of January 1 - March 31, 2019. While these numbers reflect cases reported in the 1st quarter, they may have been submitted during a previous quarter. A substance is counted each time it was reported in a drug laboratory case, either by itself or in combination with another substance.



Top 10 Drugs Reported Statewide:
- Oxycodone: 270
- Tramadol: 271
- Acetyl Fentanyl: 298
- Buprenorphine: 339
- Hashish: 417
- Marijuana: 482
- Heroin: 1181
- Cocaine: 1476
- Fentanyl: 1521
- Methamphetamine: 3681



Top 10 Drugs Reported Statewide (as % of all cases) — Q4 2018 / Q1 2019:
- Oxycodone: 2.8% / 2.2%
- Tramadol: 2.4% / 2.2%
- Acetyl Fentanyl: 2.4% / 2.5%
- Buprenorphine: 2.9% / 2.8%
- Hashish: 2.4% / 3.5%
- Marijuana: 3.9% / 4.0%
- Heroin: 10.5% / 9.8%
- Cocaine: 11.5% / 12.2%
- Fentanyl: 14.0% / 12.6%
- Methamphetamine: 28.9% / 30.5%



Top 5 Drugs Reported with Cocaine:
- Fentanyl: 9.0%
- Heroin: 5.4%
- Methamphetamine: 3.5%
- Acetyl Fentanyl: 2.6%
- Tramadol: 1.6%

### REGIONAL TRENDS

| BCI Athens | Q4 '18 | Q1 '19 |
|---|---|---|
| Methamphetamine | 43.2% | 49.2% |
| Heroin | 15.0% | 12.5% |
| Fentanyl | 11.4% | 7.6% |
| Buprenorphine | 6.3% | 4.7% |
| Cocaine | 2.2% | 3.9% |

| BCI Bowling Green | Q4 '18 | Q1 '19 |
|---|---|---|
| Methamphetamine | 21.3% | 23.8% |
| Cocaine | 18.4% | 18.2% |
| Fentanyl | 15.7% | 13.0% |
| Heroin | 11.9% | 11.5% |
| Marijuana | 6.6% | 5.7% |

| BCI Richfield/Youngstown | Q4 '18 | Q1 '19 |
|---|---|---|
| Methamphetamine | 25.3% | 26.2% |
| Cocaine | 12.9% | 14.2% |
| Fentanyl | 13.4% | 12.3% |
| Heroin | 8.9% | 9.0% |
| Marijuana | 3.0% | 4.4% |

| BCI Cambridge | Q4 '18 | Q1 '19 |
|---|---|---|
| Methamphetamine | 43.3% | 39.3% |
| Heroin | 9.1% | 11.4% |
| Fentanyl | 7.2% | 11.1% |
| Cocaine | 7.8% | 6.5% |
| Buprenorphine | 4.8% | 4.4% |

| BCI London | Q4 '18 | Q1 '19 |
|---|---|---|
| Methamphetamine | 31.2% | 33.9% |
| Fentanyl | 14.6% | 13.4% |
| Cocaine | 9.9% | 9.7% |
| Heroin | 10.7% | 9.3% |
| Hashish | 2.1% | 4.5% |

*BCI evidence receiving locations
1st Quarter of 2019 compared to the 4th Quarter in 2018. Figures represent each drug's percentage of all drug cases reported for that quarter, as submitted at that location.

(UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE) - BCI CRIMINAL INTELLIGENCE UNIT - INTEL@OHIOATTORNEYGENERAL.GOV

CONFIDENTIAL

TRUM003199347
DEF-MDL-13052_0002.00001


DEF-MDL-13052_0002

Case: 1:17-md-02804-DAP Doc #: 4074-14 Filed: 10/25/21 4 of 4. PageID #: 547207



## Ohio Attorney General's Office - Bureau of Criminal Investigation (BCI)
### Quarterly Laboratory Drug Cases Report - Q1 2019

The purpose of the following report is to provide law enforcement with a brief snapshot of statewide and regional drug trends in Ohio, based on internal BCI statistics. The data shown is based on reporting of drug case testing results by BCI laboratories. The following data represent the drug cases reported by BCI laboratories during the period of January 1 - March 31, 2019. While these numbers reflect cases reported in the 1st quarter, they may have been submitted during a previous quarter. A substance is counted each time it was reported in a drug laboratory case, either by itself or in combination with another substance.



Methamphetamine cases



Fentanyl cases



Cocaine cases



Heroin cases



Marijuana cases

The preceding images show the concentration of specific drug cases reported statewide by BCI for the period January–March 2019, based on the county of the submitting agency.

(UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE)

BCI CRIMINAL INTELLIGENCE UNIT

INTEL@OHIOATTORNEYGENERAL.GOV