# EXHIBIT A

# NATIONAL PRESCRIPTION OPIATE LITIGATION
## Special Meeting

### August 18, 2021



Western Reserve Building
1468 West 9th Street, Suite 440
Cleveland, OH 44113
Phone: 216.861.9270

cadystaff@cadyreporting.com
www.cadyreporting.com

1     the same language?  Are we talking about the
2     process data or the raw data?
3                    MR. STOFFELMAYR:  I don't know
4     what process data means, so I guess I can't
5     answer that.
6                    MR. WEINBERGER:  What McCann did
7     to the raw data to come up with his various
8     charts and his opinions in his report.
9                    MR. STOFFELMAYR:  So what he did
10    is not a thing.  If there is like a database,
11    something produced, something we're supposed to
12    look at, I guess we could say, yes, we think
13    his manipulation was fine, whatever he did,
14    everyone has to do that to --
15                   MR. WEINBERGER:  There's many,
16    many pages of charts and attachments and --
17                   MR. STOFFELMAYR:  Right.
18                   SPECIAL MASTER COHEN:  I don't
19    understand how that issue doesn't get teed up
20    via Daubert or --
21                   MR. WEINBERGER:  They didn't have
22    to deal with Daubert on that issue.
23                   SPECIAL MASTER COHEN:  Okay.
24    Well, maybe that answers the question.  But
25    also, to some extent at trial, you're going to

|   |   |
|---|---|
| 1 | have to present to the jury what it is -- first |
| 2 | of all, what ARCOS data is and what your |
| 3 | experts did with it.  That's just a part of the |
| 4 | normal presentation of evidence. |
| 5 |     I don't -- I'm kind of missing where |
| 6 | there's an authentication issue.  It sounds |
| 7 | more like a Daubert process question.  But |
| 8 | anyway, it's teed up via a motion in limine. |
| 9 |         MR. WEINBERGER:  I understand the |
| 10 | distinction, Special Master Cohen, and perhaps |
| 11 | it is an authentication issue and I should be |
| 12 | using that terminology. |
| 13 |     The question is what he did, was the |
| 14 | processing a valid way of processing the data, |
| 15 | and to my knowledge, there is no dispute -- |
| 16 | there is no dispute about it, there hasn't been |
| 17 | a Daubert about it, and I don't think that it |
| 18 | serves any of us or the Court or the jury to |
| 19 | have to spend two days taking this witness |
| 20 | through an examination that can't be done by |
| 21 | way of some sort of agreement or stipulation or |
| 22 | otherwise. |
| 23 |         SPECIAL MASTER COHEN:  I don't |
| 24 | know how this plays out.  If the defendants |
| 25 | believe -- and of course, you don't have to |

1  file a Daubert motion as plaintiffs didn't and
2  then attack the process at trial, you know,
3  there's tactical reasons to do that, strategic
4  reasons to do that.  If the defendants believe
5  that the processing of the data was incorrect,
6  they can bring that out at trial.
7       I guess my point is that we're not going
8  to talk any more about this today because I'm
9  not sure it's teed up properly.
10            MR. LANIER:  Okay.
11            SPECIAL MASTER COHEN:  It doesn't
12 mean it doesn't get teed up later.
13    Any other issues?
14            MR. LANIER:  No other issues that
15 we see in terms of what the plaintiffs are
16 seeking to offer as of today, with the
17 exception, of course, I spoke with Mr. Hynes
18 and Mr. Delinsky, and we discussed that they
19 wanted a little more time to look through the
20 affidavit, and I said that's fine, and we'll
21 try and get to that next week.  Beyond that, I
22 think we've dealt with the issues that we
23 brought to the presence of the Court today.
24            MR. STOFFELMAYR:  We have one
25 weird question about the affidavit.  It doesn't