# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACK THREE | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## CVS'S PROPOSED LIMITING INSTRUCTION ON CORPORATE-LEVEL PROGRAMS AND SYSTEMS

In light of the deposition testimony from CVS employee Michelle Travassos that plaintiffs currently are playing, CVS requests that the following limiting instruction be given to the jury:

You are hearing testimony from a CVS witness, Michelle Travassos, about certain programs and systems that CVS has implemented at the corporate level, or that CVS explored implementing at the corporate level, to monitor its pharmacies, to review and/or suspend prescribers, and to employ computer alerts. You are instructed that these programs and systems are not required by law.

Dated: October 25, 2021

Respectfully submitted,

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, LLC, CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*