UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Cobb County v.*<br>*Purdue Pharma, L.P., et al.*<br><br>Case No. 18-op-45817 ("Track 8") | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## UNOPPOSED MOTION TO DISMISS RITE AID CORPORATION

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiff Cobb County hereby moves to dismiss Defendant Rite Aid Corporation from the Track Eight case without prejudice.  Rite Aid Corporation does not oppose this motion.

WHEREFORE, Plaintiff Cobb County respectfully requests that the Court grant this motion and dismiss Rite Aid Corporation from the Track Eight case without prejudice.

Dated:  October 26, 2021

Respectfully submitted,

*s/ Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL LAW
422 Ninth Street
Huntington, WV 25701
(304) 654-8281
paul@farrell.law

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Ste 100
Houston, TX 77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*

*/s/ Peter H. Weinberger*
Peter H. Weinberger
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I certify that on October 26, 2021, the foregoing was electronically filed using the Court's CM/ECF system, and all counsel of record were served by operation of that system.

>  */s/ Peter H. Weinberger*
>  Peter H. Weinberger
>  *Plaintiffs' Liaison Counsel*