AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Ohio

In Re: National Prescription Opiate Litigation

**EXHIBIT AND WITNESS LIST**

V.

Case Number: 1:17md2804

| PRESIDING JUDGE<br>Dan A. Polster | PLAINTIFF'S ATTORNEY<br>Mark Lanier, et al | DEFENDANT'S ATTORNEY<br>Eric Delinsky, et al |
|---|---|---|
| TRIAL DATE (S)<br>10/26/2021 | COURT REPORTER<br>Heather Newman | COURTROOM DEPUTY<br>Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wtns 11 | | | | | Tasha Polster (10/19 - 10/21); Brad Nelson (10/25) |
| 19927 | | 10/26/21 | | x | Tasha Polster Personnel File (2 pgs) |
| 19566 | | " | | x | Email Re: DEA Issue at Store 6094 |
| 19821 | | " | | x | Pharmacy Manager Bonus Program |
| 15317 | | " | | x | MOA Between Walgreen Co and DEA Re Store 6094 |
| 19529 | | " | | x | Staff Pharmacist Bonus Program |
| 25631 | | " | | x | Email Re: GFD PPt w/Controlled Substance Action Plans (Market/District & Store Versions) |
| 00027 | | " | | x | Email Re: Proposed Org Chart; Controlled Substance Reporting |
| 17177 | | " | | x | Email Re: Nat'l TD GFD Compass Communication |
| 20639 | | " | | x | DEA Market Leadership PowerPoint |
| 19607 | | " | | x | Email Re: RPh Non-Dispensing Report; Pharmacist Controlled Substance Disp Opportunities V3 |
| 17254 | | " | | x | Email Re: Incident at Store 7832 |
| 25621 | | " | | x | Email Re: GFD Comments |
| 25492 | | " | | x | Email Re: Controlled Substance Order Monitoring Process Review (Internal Audit Report) |
| 15085 | | " | | x | Email Re: FW Monthly DM Webinars |
| 19574 | | " | | x | Email Re: FW Targeted Drugs for GFD |
| 20795 | | " | | x | Email Re: Inform Walgreens Electronic GFD Pilot-Pharmacy |
| 14746 | | " | | x | Pharmaceutical Integrity Division PowerPoint Presentation May 2013 |
| 20803 | | " | | x | Email Re: T-GFD Sheets |
| 22946 | | " | | x | Refusal to Fill Form |
| 23678 | | " | | x | Walgreens Controlled Rx Hard Copy Request |
| 17156 | | " | | x | Salesforce Case Yager Complaint |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 00431 | | 10/26/21 | | x | Notes From Brian Joyce Store Walk Through 1/18/19 |
| | WAG 00018 | " | | x | Good Faith Practices Policy (Revised 8/1/98) |
| | WAG 00071 | " | | x | Good Faith Practices/Fraudulent Prescriptions Policy (6/26/06) |
| | WAG 00211 | " | | x | Controlled Substance Prescription & Good Faith Dispensing Policy (GFDP)(6/1/11) |
| | WAG 00304 | " | | x | Controlled Substance Prescription & Good Faith Dispensing Policy (GFDP) (6/11/12) |
| | WAG 00547 | " | | x | Target Drug GFD Checklist, Walgreens (10/1/17) |
| | WAG 02604 | " | | x | Hard Copy Refusal to Fill |
| | WAG 02606 | " | | x | BCI Executive Summary (9/1/15) |
| | WAG 02626 | " | | x | GFDP Re Controlled Substances |
| | WAG 02005 | " | | x | Controlled Substance Percentage and Other Data - Lake & Trumbull Counties |
| | WAG 02347 | " | | x | Coaching Reports for Lake and Trumbull Counties |
| 00027 | | " | | x | Email from Tasha Polster to Dan Doyle |
| 14223 | | " | | x | Email re: CS Risk Assessment |
| 14450 | | " | | x | Email From Brad Nelson Re POM 1311 Update |
| 14540 | | " | | x | Email From Brad Nelson Re RTF Store 20 |
| 14552 | | " | | x | Email From Brad Nelson Re Dr. Shareef |
| 14643 | | " | | x | Email From Brad Nelson Re POM Resource Guide |
| 14662 | | " | | x | Email to Brad Nelson John Marakas |
| 21090 | | " | | x | POM 1703 |
| 26732 | | " | | x | Email From Brad Nelson Re Questionable Prescribing |
| 26736 | | " | | x | Email From Brad Nelson Re RTF Best Practices |
| 26737 | | " | | x | Email From Brad Nelson Re Pain Clinic Prescribing Concerns |
| 26882 | | " | | x | Email From Brad Nelson Re MD Under Investigation |
| 26890 | | " | | x | Email From Brad Nelson Re Pill Mills |
| 26892 | | " | | x | Email From Brad Nelson Re Wellness Clinic of Roland |
| 26874 | | " | | x | Email From Brad Nelson Re License Verification |
| | WMT 00588 | " | | x | POM 1311 |

Page _____ of _____ Pages