# Area Monday/Friday

1/18/19 Monday
-DM, with stores lacking service, to show me a coaching card win.


1/4/19 Friday
Visits going forward will be…
-Review and discuss POTW and how store team understands and executes it
-Review and discuss Pulse looking for wins and opportunities
-Review and discuss wins and opportunities with Customer Plan
-Please look at metrics and have expectations on what you struggled with so we can come up with a plan to help you

Alyce sent out new calendar, please make sure you discuss the attendance policy again to your team as we enter the new year…

HCS in D724 1/15 & 1/16
-Wrap Up  1/17 at 1pm 11964,
-RX NPS
-Equip Portal
-SATR Portal
-Engagement Action Plan
-Rx Quality

Make sure POTW is 100% including the Front Consumption Table in FE


7/30 Area Call
-No longer able to auto fill for controlled substances (for new Controls)
-Are there any Insurance Plans that don't cover 90 day but show up in the Call Portal?
   Send an email-done
-How is the Customer Plan getting not only to the RXM, and Staff, but all of the Pharmacy Staff members??
-We need to turn up the heat on digital, FE with ISO(In Store Orders), and Rx texting etc.
-Going forward, we are doing walks digitally.



PLAINTIFFS TRIAL EXHIBIT
P-00431_00001

Area Monday/Friday

7/30 Area Call

-No longer able to auto fill for controlled substances (for new Controls)

-Are there any Insurance Plans that don't cover 90 day but show up in the Call Portal?

Send an email-done

-How is the Customer Plan getting not only to the RXM, and Staff, but all of the Pharmacy Staff members??

-We need to turn up the heat on digital, FE with ISO(In Store Orders), and Rx texting etc.

-Going forward, we are doing walks digitally.

1/4/19 Friday

Visits going forward will beâ€¦

-Review and discuss POTW and how store team understands and executes it

-Review and discuss Pulse looking for wins and opportunities

-Review and discuss wins and opportunities with Customer Plan

-Please look at metrics and have expectations on what you struggled with so we can come up with a plan to help you

Alyce sent out new calendar, please make sure you discuss the attendance policy again to your team as we enter the new yearâ€¦

HCS in D724 1/15 & 1/16

-Wrap Up  1/17 at 1pm 11964,

-RX NPS

-Equip Portal

-SATR Portal

-Engagement Action Plan

-Rx Quality

Make sure POTW is 100% including the Front Consumption Table in FE


1/18/19 Monday

-DM, with stores lacking service, to show me a coaching card win.

Area Monday/Friday

7/30 Area Call

-No longer able to auto fill for controlled substances (for new Controls)

-Are there any Insurance Plans that don't cover 90 day but show up in the Call Portal?

Send an email-done

-How is the Customer Plan getting not only to the RXM, and Staff, but all of the Pharmacy Staff members??

-We need to turn up the heat on digital, FE with ISO(In Store Orders), and Rx texting etc.

-Going forward, we are doing walks digitally.

1/4/19 Friday

Visits going forward will be…

-Review and discuss POTW and how store team understands and executes it

-Review and discuss Pulse looking for wins and opportunities

-Review and discuss wins and opportunities with Customer Plan

-Please look at metrics and have expectations on what you struggled with so we can come up with a plan to help you

Alyce sent out new calendar, please make sure you discuss the attendance policy again to your team as we enter the new year…

HCS in D724 1/15 & 1/16

-Wrap Up 1/17 at 1pm 11964,

-RX NPS

-Equip Portal

-SATR Portal

-Engagement Action Plan

-Rx Quality

Make sure POTW is 100% including the Front Consumption Table in FE


1/18/19 Monday

-DM, with stores lacking service, to show me a coaching card win.

E04535266
P-00431_00003