**From:** Brad Nelson
**To:** Miranda Johnson
**CC:** Shelley Tustison; Caroline Riogi
**Sent:** 7/17/2015 6:34:59 PM
**Subject:** RE: POM 1311 Updates

Just FYI. POM 1311 on the wire is still from March 2011. It does not show updated on our wire yet. Sorry to say. We are still looking for POM 813 as well and it is not there. All this was supposed to go live today for Refusal to fill and CSIR. I will walk over to ops and find out what's up.

---

**From:** Miranda Johnson
**Sent:** Friday, July 17, 2015 12:53 PM
**To:** Shelley Tustison; Caroline Riogi; Brad Nelson; Debbie Mack; Tim Koch - t0koch; Rick Irby
**Subject:** POM 1311 Updates

Team,

The updates to POM 1311 that we discussed a few months ago are now posted. Just as a reminder, the POM no longer prohibits blanket refusals. It also provides detailed guidance around corresponding responsibility, red flags and the new RTF reporting process in Archer.

Thanks,
Miranda Johnson, JD
**Director, Controlled Substances**
**Health and Wellness Practice Compliance**
Office: 479-273-4124 Alt: 336-298-7571
Miranda.Burris@walmart.com

Walmart ☼ Compliance
*The Right Way - Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

Health & Wellness Practice Compliance is committed to ensuring compliance with laws and regulations applicable to the practice of health care professions, the **Right Way, Every Day!** ☼

PLAINTIFFS TRIAL EXHIBIT
P-14450_00001

CONFIDENTIAL

WMT_MDL_000289035
P-14450   00001