| | |
|---|---|
| From: | John Marakas - JGMARAK |
| To: | Brad Nelson |
| Sent: | 2/27/2016 10:55:24 PM |
| Subject: | Re: Fwd: |

Thank you Brad

Sent from my iPhone

On Feb 27, 2016, at 5:46 PM, Brad Nelson <Brad.Nelson@walmart.com> wrote:

A cocktail is a red flag that should alert the RPh to use their professional judgment to refuse to fill the RX's. There are some states that have made writing the cocktails illegal for the prescriber. But there are no legal restrictions for the pharmacist

Brad Nelson, RPh,
**Director, Corporate Compliance**
**Health and Wellness Practice Compliance**
Office: 479-l277-6339 Fax: 479-277-9679
Brad.Nelson@wal-mart.com

**Walmart** ※ **Compliance**
*The Right Way- Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

Pharmacy Practice Compliance is committed to ensuring compliance with regulatory agency laws and regulations applicable to the practice of pharmacy, the **Right Way, Every Day!** ※

On Feb 27, 2016, at 3:40 PM, John Marakas - JGMARAK <John.Marakas@walmart.com> wrote:

Brad, thoughts?

Sent from my iPhone

Begin forwarded message:

**From:** Thelma Mendez - timende.s01029 <timende.s01029.us@wal-mart.com>
**Date:** February 27, 2016 at 4:18:07 PM EST
**To:** John Marakas - JGMARAK <John.Marakas@walmart.com>

Hello;greetings.A patient asked me about another wm pharmacy telling them they will not be able to dispense anymore their control meds (percocet,soma,valium) because is consider a cocktail;is this entirely on pharmacist judgment or is there any legality involve here?, please clarify me.Thank you again.

PLAINTIFFS TRIAL EXHIBIT
P-14662_00001

HIGHLY CONFIDENTIAL

WMT_MDL_000710358
P-14662   00001