

## Walgreens HR -  Case Information

*Disclaimer: The information contained in this document is confidential and is for the sole use of the intended recipient. The document may contain information that is proprietary, confidential and subject to the attorney-client privilege. If the reader of this document is not the intended recipient, please notify the sender immediately and discard all copies securely  Any dissemination, distribution or copying of this document is strictly prohibited. Thank You.*

### Case Classification

- **Case Number:** 01195618
- **Priority:** Normal
- **Status:** Closed
- **Sub Status:** Resolved
- **Reason:** Action Taken
- **Final Resolution Comments:** See case notes for detail.
- **First Contact Resolved:** NO
- **Resolution Type:**  Employee Relations Resolution
- **Assigned EL Attorney:** Jodi Karpel
- **Document Received Date:**
- **Due Date:**
- **Parent Case:**
- **Subject:** FW: incident at store 7832
- **Description:**
- **Function:** Employee Relations
- **Area:** Unfair Treatment
- **Issue Type:** Unfair Job Action
- **Issue Reason:** Other Unfair Job Actions
- **Restricted Access:** NO
- **Case Origin:** Phone
- **Office of (for Exec Letters):**
- **Case Owner:** Janeen Burrel
- **Related Initiative:**
- **Accomm Rqst Outcome:**

### Preferred Contact Method & Delegate Information

- **Preferred Contact Method:** Email
- **Preferred Contact Method Details:** imnotafret@yahoo.com
- **Best Time to be Contacted:**
- **Delegate Type:** WAG Employee
- **Delegate Identifier:**
- **Delegate (WAG Employee):**  SHARJEEL AHMAD
- **Delegate (Non WAG Employee):**
- **Delegate Contact Details:** Mobile 909 659 7083

### Service Level

PLAINTIFFS TRIAL
EXHIBIT

**P-17156_00001**

- **Entitlement Name:** ER 30 day 3
- **Date/Time Opened:** 2/20/2018 16:36
- **Date/Time Closed:** 9/11/2018 18:22
- **Follow Up Date:**
- **Waiver Received Date:**
- **First Response:** YES
- **Type of Response:** Email
- **Milestone Status:** Closed Violation
- **Handling Review:** NO
- **Handling Reivew Reason:**
- **Handling Review Details:**

## Subject of Complaint (ER only)

- **Subject of Complaint (Wag Employee 1):**
- **SOC 1 Identifier:**
- **SOC 1 Action:**
- **Subject of Complaint (Wag Employee 2):**
- **SOC 2 Identifier:**
- **SOC 2 Action:**
- **Subject of Complaint (Wag Employee 3):**
- **SOC 3 Identifier:**
- **SOC 3 Action:**
- **Subject of Complaint (Non WAG):**
- **SOC Identifier:**
- **SOC Action:**

## Subject: Other (Non-Complaint)

- **Subject: Other (WAG Employee 4) :**
- **Contact is Subject's (WE4):**
- **Subject: Other (WAG Employee 5) :**
- **Contact is Subject's (WE5):**

## Leave Information (LEAVE TEAM ONLY)

- **Last Day Worked:**
- **Leave Start Date:**
- **Leave End Date:**
- **Paid Thru Date:**
- **Exhausted FMLA:** NO
- **Retro Approval:** NO
- **Worker's Comp:** NO
- **State Comp:** NO
- **Final Extension:** NO
- **Extension Past 1 Year:** NO
- **LTD to UPL:** NO
- **Personal Leave Less than 30 Days:** NO

HIGHLY CONFIDENTIAL

## Contact Information

- **Contact Name:** ROBERT YAGAR
- **Contact Phone:**
- **Contact Email:**
- **Contact Account:** Long Beach CA
- **Account Type:** District
- **Flag R1:**
- **Flag R2 :**
- **Contact Identifier :** Team Member
- **Employee Number:** 1127371
- **Office Location:** California
- **Location:** California
- **Home State Location:** California
- **Manager:** SUNJAY SEDANI
- **Manager Employee Number:** 1284443

## Static Contact Information

- **Static Contact Account:** Long Beach CA
- **Static Contact Manager Employee Num:** 1164667
- **Static Contact Location:** 7832

## Information from askHR: DO NOT EDIT

- **Topic:**
- **Sub-Topic:**
- **Quick Issue Summary(from Ask HR Form):**
- **Employee HR Portal URL:**
- **Request is for:**
- **?Request is for (Name):**

## System Information

- **Created By:**  2/20/2018
- **Last Modified By:** Janeen Burrel  9/11/2018

## Internal Case Notes

| Date | Created By | Case Note |
|---|---|---|
| 09/11/2018 18:21:06 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Tuesday, September 11, 2018 6:19 PM<br>To: Rodriguez, Michelle <michelle.rodriguez@walgreens.com><br>Subject: R. Yagar<br><br>Good Afternoon Michelle,<br><br>I just wanted to let you know that I have sent the follow-up e-mail to Robert Yagar. Thank you for taking the time to review this afternoon. JB<br><br>Janeen Burrel |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| | | Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 09/11/2018 18:20:45 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Tuesday, September 11, 2018 6:20 PM<br>To: Huynh, Tiffany <tiffany.huynh@walgreens.com>; Domenick, Lisa <lisa.domenick@wba.com><br>Cc: Hourigan Jr, Michael <mike.hourigan@walgreens.com><br>Subject: R. Yagar<br><br>Good Afternoon,<br><br>I wanted to let you know that I have sent the follow-up e-mail to Robert Yagar regarding the concerns he had shared in February. Thank you all for your help in this matter. JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 09/11/2018 18:17:39 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Tuesday, September 11, 2018 6:17 PM<br>To: imnotafret@yahoo.com<br>Subject: Walgreens HR - Response to 'Incident at store 7832'<br><br>Hello Robert,<br><br>Your email was referred to the Support Office for investigation and response. Thank you for coming forward with your concerns. As you know, our Open Door Policy encourages open and honest communication throughout our company, and we appreciate your use of the policy to bring your concerns to our attention.<br><br>To summarize your letter, you detail a specific incident in which James Wang and Scott Hanson, both store managers, had advised you that you should have filled a prescription for a customer that you had declined after completing the GFD process. Furthermore, you allege that, as a result of this incident, you believe there is a conflict of interest as our company policies and goals of extraordinary customer service may lead to conflict with a pharmacist's professional judgment. Additionally, you allege that pharmacists are further influenced because their performance is evaluated by our Store Managers.<br><br>We are aware that this matter has taken a considerable time to review, and we appreciate your patience. Since your letter alleges systemic concerns, it took additional time to review your concerns. In our investigation of the matter, we did find that the store managers involved in the incident described in your letter had been attempting to resolve a customer service complaint, but had done so improperly. While we believe it is appropriate for our store managers to engage in a review of all customer service matters, we do not want our pharmacists to feel that they must disregard their professional judgement or fail to follow our established GFD guidelines.<br><br>In our review of this matter, we have found no evidence of a systemic issue regarding GFD policy compliance. Further, we have not found any adverse employment-related action taken against you in regards to your decisions as a pharmacist. In |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| | | addition, we have taken steps to ensure that the management team in your area is aware of their role in supporting pharmacists when it comes to the practice of pharmacy.<br><br>We certainly appreciate your feedback regarding the administration of our operational policies. Should you need any additional assistance or have any other information relevant to this inquiry, please contact our Compliance department at compliance@walgreens.com. Thank you.<br><br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 09/11/2018 10:24:08 CDT | Janeen Burrel | JSB called DPR Michelle Rodriguez regarding RFSH Robert Yagar. She had met with him during the course of a store visit, and explained policies/procedures and that a written response would be forthcoming. She said that RPSH Yagar had expressed his dissatisfaction with working for WAGs. JSB said that she has a drafted communication that has undergone several rounds of review, and anticipates having the finalized version this week. It would be sent to RPSH Yagar via e-mail when it is completed. JSB will share the finalized version with DPR Rodriguez prior to sending to RPSH Yagar. |
| 09/11/2018 10:10:35 CDT | Janeen Burrel | JSB sent e-mail to follow-up on advice. |
| 09/06/2018 11:44:18 CDT | Janeen Burrel | JSB is seeking EL advice. |
| 08/28/2018 18:34:38 CDT | Janeen Burrel | From: Huynh, Tiffany<br>Sent: Monday, August 27, 2018 12:26 PM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com><br>Cc: Huynh, Tiffany <tiffany.huynh@walgreens.com><br>Subject: RE: Employee Relations - J. Geiger<br><br>Hi Janeen,<br><br>It was so nice meeting you and Janet in person last week!<br><br>I wanted to let you know that I was able to address District 254 managers and rxms at a town hall meeting on 8/23/18. We discussed that each rph is responsible for making sure that GFD guideline is used for controlled substance and proper documentation is crucial when clinical/professional judgement is called upon.<br><br>As for managers, I stressed the importance of providing support to our rphs and their GFD decisions. Managers are not to pressure rphs in filling controlled substance if they decided that the prescription does not meet the GFD guideline. We talked about how managers can support rphs. Managers should provide customer service coaching when rphs are faced with a hard conversation with patients.<br><br>Both rxms and mgrs. understood the expectations.<br><br>Thank you,<br><br>Tiffany Huynh, Pharm.D.<br>Area Healthcare Supervisor<br>Walgreen Co.  1800 E. Imperial Hwy, Suite 150, Brea, CA 92821<br>Telephone 714 671 3161  Mobile 714 457 9648<br><br>Member of Walgreens Boots Alliance |
| 08/27/2018 09:10:56 CDT | Janeen Burrel | JSB is pending update from HCS Tiffany Huynh after August 24 meeting. Will then proceed with written follow-up to RPSH |

HIGHLY CONFIDENTIAL

| | | Robert Yagar. |
|---|---|---|
| 08/24/2018 08:38:46 CDT | Janeen Burrel | JSB is pending update from HCS Tiffany Huynh after August 24 meeting. Will then proceed with written follow-up to RPSH Robert Yagar. |
| 08/15/2018 12:31:54 CDT | Janeen Burrel | JSB is pending update from HCS Tiffany Huynh after August 24 meeting. Will then proceed with written follow-up to RPSH Robert Yagar. |
| 08/09/2018 09:33:35 CDT | Janeen Burrel | JSB is pending update from HCS Tiffany Huynh. Will then proceed with written follow-up to RPSH Robert Yagar. |
| 08/02/2018 08:37:21 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Wednesday, August 01, 2018 8:34 AM<br>To: Huynh, Tiffany <tiffany.huynh@walgreens.com><br>Subject: RE: Employee Relations - R. Yagar<br><br>Hi Tiffany,<br><br>I believe that it is important to convey this message in-person/live so that it gives us an opportunity to check for understanding and ask if there are any questions. I would then recommend following up with an e-mail afterwards as a means to document that the topic was covered. In the meantime, I will hold off on sending any follow-up to Robert on this matter. Thank you for the update. JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance<br><br>This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.<br><br>From: Huynh, Tiffany<br>Sent: Wednesday, August 01, 2018 12:17 AM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com><br>Subject: Re: Employee Relations - R. Yagar<br><br>Hi Jansen,<br><br>We had an unexpected cancelation due to DM being out. I haven't had the opportunity to talk to the team. Is it possible for me to send an email to the team instead or the next available meeting is scheduled for 8/24.<br>Kind regards,<br>Tiffany |
| | | From: Domenick, Lisa<br>Sent: Tuesday, July 31, 2018 8:23 AM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com><br>Subject: RE: Employee Relations - R. Yagar<br><br>Hi Janeen,<br><br>Thanks for providing the draft email. You may want to seek input from Eric Stahmann in Rx Integrity, since we consulted him on this matter on our call last month.<br><br>Also, on our previous call we discussed retraining for the store |

WAGCASF00598335

| | | |
|---|---|---|
| 08/02/2018 08:36:41 CDT | Janeen Burrel | personnel involved in this matter regarding the pharmacist's good faith dispensing responsibilities. Can you please confirm whether this retraining took place with James Wang and Scott Hansen? |

I'd like to review the email with Compliance and determine whether it's appropriate to provide Mr. Yagar with a specific contact within Compliance or at least give him the compliance mailbox email address. I will get back to you on that point.

Best regards,

Lisa L. Domenick
Manager, Investigations & Internal Audit

Walgreens Boots Alliance  1417 Lake Cook Road, MS #L164,
Deerfield, IL 60015
Telephone +1 847 964 4830

From: Burrel, Janeen
Sent: Monday, July 30, 2018 11:22 AM
To: Domenick, Lisa <lisa.domenick@wba.com>
Subject: Employee Relations - R. Yagar

Good Morning Lisa,

I have drafted the below e-mail as a response to Robert Yagar. I wanted you to review this letter first, and then I will follow-up with Tiffany Huynh and Jodi Karpel to review as well. Please let me know if you have any thoughts on this draft and/or if there are any additional parties I should include in the review before it is sent to Robert Yagar. Thank you! JB


Hello Robert,

The e-mail you submitted in February was referred to the Support Office for investigation and response. Thank you for coming forward with your concerns. As you know, our Open Door Policy encourages open and honest communication throughout our company.

To summarize your letter, you detail a specific incident in which James Wang and Scott Hanson had advised you that you should have filled a prescription for a customer that you had declined after completing the GFD process. Furthermore, you allege that as a result of this incident that you believe there is a conflict of interest as our company policies and goals of extraordinary customer service may lead to conflict with a pharmacist's professional judgement. Additionally, that pharmacists are further influenced because their performance is evaluated by our Store Managers.

We are aware that this matter has taken a considerable time to review. Since you are alleging such systematic concerns we had to ensure that our investigation was thorough. In our investigation of the matter, we did find that our store managers had been attempting to resolve a customer service complaint but had done so improperly. While we believe it is appropriate for our managers to engage in a review of all customer service matters, we do not want our pharmacists to feel that they must disregard their professional judgement or fail to follow our established GFD guidelines.

In our review of this matter, we have found this to be an isolated incident and not indicative of systematic issue. We have not found any adverse employment-related action taken against you in regards to your decisions as a pharmacist. To ensure that this situation does not happen again, we have taken steps to ensure

HIGHLY CONFIDENTIAL

| | | that management in your area knows their role in supporting pharmacists when it comes to the practice of pharmacy. We believe that there have been no further issues, but would encourage you to inform our Compliance department should there be any new incidents that arise.<br><br>We certainly appreciate your feedback regarding the administration of our operational policies. Should you need any additional assistance or have any other information relevant to this inquiry, please contact our Compliance department. Thank You.<br><br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
|---|---|---|
| 07/30/2018 11:23:07 CDT | Janeen Burrel | JSB has drafted a response to RPSH Robert Yagar. Initial draft is being reviewed by Mgr Lisa Domenick. |
| 07/30/2018 09:55:04 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Monday, July 30, 2018 9:47 AM<br>To: Huynh, Tiffany <tiffany.huynh@walgreens.com><br>Subject: Employee Relations - R. Yagar<br><br>Good Morning Tiffany,<br><br>I wanted to confirm that you had been able to share with SMs their roles supporting pharmacists with GFD, and that they should not be attempting to influence the pharmacist's decision to fill prescription. If so, I will draft a response to Robert Yagar so that we can close out his concerns. Thank you! JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 07/22/2018 19:18:50 CDT | Janeen Burrel | JSB is pending update from HCS Tiffany Huynh. Will then proceed with written follow-up to RPSH Robert Yagar. |
| 07/11/2018 08:22:33 CDT | Janeen Burrel | JSB is pending update from HCS Tiffany Huynh after July 12 meeting. Will then proceed with written follow-up to RPSH Robert Yagar. |
| 07/02/2018 09:04:02 CDT | Janeen Burrel | JSB is pending update from HCS Tiffany Huynh after July 12 meeting. Will then proceed with written follow-up to RPSH Robert Yagar. |
| 06/29/2018 17:53:47 CDT | Janeen Burrel | JSB is pending update after July 12 meeting. Will then proceed with written follow-up to RPSH Robert Yagar. |
| | | From: Burrel, Janeen<br>Sent: Thursday, June 21, 2018 11:56 AM<br>To: Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: RE: Employee Relations - R. Yagar<br><br>Good Morning Serge,<br><br>I wanted to give you an update on this matter. As you know I have been working with other members of Compliance and Pharmacy here in the support office to examine this issue. We are now at the point where we are ready to take steps to resolve and close this matter.<br><br>The first step that was recommended is that DPR, HCS and DM |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 06/21/2018 11:59:12 CDT | Janeen Burrel | advise the store managers in the district that they are to support the pharmacists in the GFD process regardless of the customer complaint implications, and that they should not try to influence the pharmacists decision-making. I spoke with Tiffany this morning, and she shared that they could have this be a topic on the agenda for a July 12 meeting they are having with district SMs. After this message has been communicated to the SMs, we would then follow-up with Robert in writing to let him know that this matter has been reviewed and action taken to address his concerns.<br><br>In the meantime, if Robert were to contact you, please continue to provide the same message that you have been sending to him. Please let me know if you have any questions. JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 06/21/2018 11:45:43 CDT | Janeen Burrel | JSB called HCS Tiffany Huynh regarding RPSH Robert Yagar complaint. JSB advised that as we take steps to resolve this matter with RPSH Yagar, the first step that is recommended is to inform SMs in the district of their roles supporting pharmacists with GFD regardless of possibility of customer complaint and that they should not be attempting to influence the pharmacist's decision to fill prescription. JSB said that after such guidance is given, we will then follow-up in writing to RPSH Yagar letting him know that we have concluded our review of the matter, and have taken steps to address his concerns. HCS Huynh said that they have a meeting with the SMs on July 12 where she can share this information. She also has already had a coaching conversation with SM James Wang. JSB agreed that the meeting on July 12 will be sufficient way to address this matter, and advised that she document the coaching conversation she had with SM Wang. |
| 06/14/2018 13:51:26 CDT | Janeen Burrel | JSB participated in conference call with Scott Jonkman, Eric Stahmann, and Lisa Domenick. Jonkman wanted to clarify that he believes the managers handling of the issue to be an isolated incident and not a systemic matter. The support office does not have any reporting on number of refused prescriptions. It is only stored at the store-level. Mgr Stahmann said that there have been isolated incidents of SMs involvement in GFD issues. Mgr Domenick believes that there should be clarification from DPR, HCS, and DM to SMs regarding SMs roles in supporting pharmacists with GFD regardless of possibility of customer complaint. They should not be attempting to influence the pharmacist's decision to fill prescription. JSB will work with HCS to ensure that the conversation with mgmt. first, and that we then follow-up with RPSH Robert Yagar. JSB will draft response to RPSH Yagar via e-mail: inform him that this matter has been reviewed, it has been determined to be an isolated local matter, steps have been taking to ensure that management knows their role in supporting pharmacists, and that RPSH Yagar should inform Compliance if there are any new incidents. |
| 06/11/2018 14:17:49 CDT | Janeen Burrel | JSB had conference call with AP Scott Jonkman and Mgr Lisa Domenick. AP Jonkman said that he wanted to speak with Mgr Eric Stahmann as he wants to make sure that they have had a through review about GFD process. He will follow-up with Mgr Domenick and JSB so that we can try to finalize any direction that is taken. |
| | | From: Burrel, Janeen<br>Sent: Tuesday, June 05, 2018 9:51 AM<br>To: Domenick, Lisa <lisa.domenick@wba.com><br>Subject: R. Yagar |

WAGCASF00598338

| | | |
|---|---|---|
| 06/05/2018 09:51:11 CDT | Janeen Burrel | Good Morning Lisa,<br><br>I was on PTO and returned to work late last week. I wanted to check in and see where we were at with the Robert Yagar matter. I know that Eric had received the information from the HCS about the prescription that was at issue. Is there anything further that is needed? Are we at a point that we can follow-up with Robert? JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 06/05/2018 09:25:50 CDT | Janeen Burrel | From: Stahmann, Eric<br>Sent: Monday, May 14, 2018 7:00 AM<br>To: Domenick, Lisa <lisa.domenick@wba.com>; Burrel, Janeen <janeen.burrel@walgreens.com><br>Cc: Untch, Daniel <dan.untch@walgreens.com>; Bruns, Brian <brian.bruns@walgreens.com><br>Subject: RE: Incident at store 7832<br><br>Hello,<br><br>Attached is the documentation that was sent over by the HCS.<br><br><br>Eric Stahmann MS, LPC, CPhT<br>Manager\|Pharmaceutical Integrity\|Western Operation<br>Walgreens Co.\| Deerfield, IL 60015<br>Office#: (847) 315-2688<br>Cell#: (847) 274-5674<br>Fax#: (847) 368-6349 |
| 05/17/2018 16:31:46 CDT | Janeen Burrel | From: Domenick, Lisa<br>Sent: Friday, May 11, 2018 6:30 PM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com>; Stahmann, Eric <eric.stahmann@walgreens.com><br>Cc: Untch, Daniel <dan.untch@walgreens.com>; Bruns, Brian <brian.bruns@walgreens.com><br>Subject: FW: Incident at store 7832<br><br>Hi Janeen,<br><br>As a follow up to our discussion last week, were you able to coordinate with the HCS to get Eric the prescription number and a copy of the GFD checklist?<br><br>To summarize our previous discussion, we would like Eric's assistance with assessing the following:<br>- Whether a GFD checklist was completed appropriately<br>- Whether notes were entered into IC+ that the prescription was declined for GFD<br>- Whether the prescription was filled at another Walgreens<br><br>**Redacted - Attorney Client Privileged**<br><br>Thanks and have a great weekend.<br><br>Best regards,<br><br>Lisa L. Domenick<br>Manager, Investigations & Internal Audit |

HIGHLY CONFIDENTIAL

| | | Walgreens Boots Alliance  1417 Lake Cook Road, MS #L146, Deerfield, IL 60015<br>Telephone +1 847 964 4830 |
|---|---|---|
| 05/09/2018 08:36:49 CDT | Janeen Burrel | From: Ahmad, Serge<br>Sent: Thursday, May 03, 2018 11:07 AM<br>To: Robert Jaeger <imnotafret@yahoo.com><br>Subject: RE: incident at store 7832<br><br>Robert,<br>Thank you for reaching out. This is still an open matter, and there will be follow-up once we have reached a final resolution.<br><br>Regards,<br>Serge<br><br>Sharjeel Ahmad, MBA, LPC<br>Manager, Asset Protection Solutions<br>Walgreen Co.  1800 E. Imperial Hwy Ste. 150, Brea, CA 92821<br>Telephone 847 315 4087 Mobile 909 659 7083<br><br>Member of Walgreens Boots Alliance<br><br>This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act<br><br>From: Robert Jaeger <imnotafret@yahoo.com><br>Sent: Monday, April 30, 2018 11:53 AM<br>To: Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: incident at store 7832<br><br>Hello Sharjeel. I am just following up to see the progress that you have made with respect to my concerns. I know that you had asked me if I had more information. Sorry I was not able to discuss much with you under the circumstances. I believe that I gave you a sufficient amount of information in my initial email and had asked that you also watch the video for you to witness first hand. I offered that you could always correspond with me through email and I will certainly help you with any information that you may require.<br><br>Sincerely,<br>Robert Yagar |
| | | From: Burrel, Janeen<br>Sent: Thursday, May 03, 2018 11:06 AM<br>To: Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: RE: Employee Relations - R. Yagar<br><br>Hi Serge,<br><br>I think you can let him know that this is still an open matter, and that there will be follow-up once we have reached a final resolution. JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619 |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 05/09/2018 08:34:41 CDT | Janeen Burrel | Member of Walgreens Boots Alliance<br><br>This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.<br><br>From: Ahmad, Serge<br>Sent: Thursday, May 03, 2018 11:03 AM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com><br>Subject: RE: Employee Relations - R. Yagar<br><br>Janeen,<br>How did you want me to respond to Yagar's email. I don't want him to feel like we are ignoring him either.<br><br>Regards,<br>Serge<br><br>Sharjeel Ahmad, MBA, LPC<br>Manager, Asset Protection Solutions<br>Walgreen Co.  1800 E. Imperial Hwy Ste. 150, Brea, CA 92821<br>Telephone 847 315 4087 Mobile 909 659 7083<br><br>Member of Walgreens Boots Alliance |
| 05/09/2018 08:31:15 CDT | Janeen Burrel | From: Huynh, Tiffany<br>Sent: Thursday, May 03, 2018 1:56 PM<br>To: Stahmann, Eric <eric.stahmann@walgreens.com><br>Cc: Burrel, Janeen <janeen.burrel@walgreens.com><br>Subject: RE: Document - May 3, 2018<br><br>I am sorry I didn't finish the email before sending it. But attached is the documentation that was available from the ER case regarding Robert Yager. Please let me know if you need any other information.<br><br>Thank you,<br><br>Tiffany Huynh, Pharm.D.<br>Area Healthcare Supervisor<br>Walgreen Co.  1800 E. Imperial Hwy, Suite 150, Brea, CA 92821<br>Telephone 714 671 3161  Mobile 714 457 9648<br><br>Member of Walgreens Boots Alliance |
| 05/09/2018 08:30:35 CDT | Janeen Burrel | From: Huynh, Tiffany<br>Sent: Thursday, May 03, 2018 12:11 PM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com><br>Cc: Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: RE: Employee Relations - R. Yagar<br><br>Hi Janeen,<br><br>I am making arrangement to visit the store to gather information today. I will send you and Eric an update after my visit.<br><br>Thank you,<br><br>Tiffany Huynh, Pharm.D.<br>Area Healthcare Supervisor<br>Walgreen Co.  1800 E. Imperial Hwy, Suite 150, Brea, CA 92821<br>Telephone 714 671 3161  Mobile 714 457 9648 |

HIGHLY CONFIDENTIAL

Member of Walgreens Boots Alliance

| | | |
|---|---|---|
| 05/02/2018 16:25:04 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Wednesday, May 02, 2018 4:17 PM<br>To: Huynh, Tiffany <tiffany.huynh@walgreens.com><br>Cc: Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: Employee Relations - R. Yagar<br><br>Good Afternoon Tiffany,<br><br>I just had a meeting with Eric Stahmann, the manager of Pharmaceutical Integrity, and he has been helping me and my Corporate colleague on this Robert Yagar matter. We wanted to have him review the patient profile to see what Robert had entered in regards to the prescription, and all documentation including the GFD checklist that may be housed at the store concerning the GFD refusal on the patient's prescription. Would you be able to route to him this documentation and the prescription number so that he can review further? There is no need to send anything to me as I have all the information that I need regarding his HR concerns. Thank you! JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 05/02/2018 16:24:35 CDT | Janeen Burrel | JSB had conference call with Mgr Lisa Domenick and Mgr Eric Stahmann regarding RPSH Robert Yagar. Mgr Stahmann said it is ultimately the pharmacist's decision on whether to fill a prescription or not after completing the GFD checklist. To avoid have the prescription filled at another WAGs store, there should be a comment entered in the patient profile that documents GFD refusal. The idea is that it should not be denied at one store and then filled at another. If the patient were to bring back a new prescription they can then determine fill or not when doing a new GFD. If a regulatory agency were to investigate further they could have issues since they filled the prescription at another store. To address RPSH Yagar's systemic concerns, it was recommended to have the DPR communicate with the SM about GFD guidelines. Mgr Stahmann said that there should be documentation with the GFD checklist that is kept at the store which should have more information. He is willing to lookup the prescription in the system and review the GFD documentation to ensure that it was handled appropriately. JSB said that she will ask HCS Tiffany Huynh to send GFD checklist/documentation and prescription number to Mgr Stahmann. In terms of next steps, Mgr Domenick will also follow-up with Rx legal to see if they have any further concerns/actions to be taken at this time. Afterwards, JSB can then work with DPR to follow-up with SM and DM. In terms of following up with RPSH Yagar, JSB said that it was suggested to follow-up with him in writing but Rx operations would have to assist in such writing. |
| 04/25/2018 10:52:41 CDT | Janeen Burrel | JSB has meeting scheduled with Mgr Lisa Domenick on April 26 to discuss case. |
| 04/20/2018 12:28:55 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Friday, April 20, 2018 12:27 PM<br>To: Domenick, Lisa <lisa.domenick@walgreens.com><br>Subject: RE: Incident at store 7832<br><br>Good Afternoon Lisa,<br><br>I just wanted to see if there was any further information that you needed the APM to investigate further. I believe everything that was needed was gathered but I wanted to double-check before I let the APM know that no further action on his part is needed. |

WAGCASF00598342

Thank you! JB

Janeen Burrel
Employee Relations Specialist

Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015
Telephone 847 315 2971  Fax 847 368 6619

Member of Walgreens Boots Alliance

| | | |
|---|---|---|
| 04/20/2018 12:28:36 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Friday, April 20, 2018 12:26 PM<br>To: Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: RE: R. Yagar<br><br>Good Morning Serge,<br><br>I had forwarded the information that you and Tiffany had provided to Compliance for further review. I will reach out to them to see if they need you to take any further steps at this time. JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 04/20/2018 12:28:15 CDT | Janeen Burrel | From: Ahmad, Serge<br>Sent: Wednesday, April 18, 2018 11:24 AM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com><br>Cc: Huynh, Tiffany <tiffany.huynh@walgreens.com><br>Subject: RE: R. Yagar<br><br>Janeen,<br>I am just checking in on this matter as I have not heard back on any further steps that we need to take at this point. Please advise. Thank you,<br><br>Regards,<br>Serge<br><br>Sharjeel Ahmad, MBA, LPC<br>Manager, Asset Protection Solutions<br>Walgreen Co.  1800 E. Imperial Hwy Ste. 150, Brea, CA 92821<br>Telephone 847 315 4087 Mobile 909 659 7083<br><br>Member of Walgreens Boots Alliance |
| 04/13/2018 09:31:26 CDT | Janeen Burrel | From: Burrel, Janeen<br>Sent: Friday, April 13, 2018 9:30 AM<br>To: Domenick, Lisa <lisa.domenick@walgreens.com>; Karpel, Jodi <jodi.karpel@walgreens.com><br>Subject: RE: Incident at store 7832<br><br>Good Morning,<br><br>I wanted to follow-up with you regarding Robert Yagar. APM attempted to see if Robert wanted to provide further detail regarding his concerns, especially in regards to retaliation and treatment by store managers. Robert did not want to provide any specific detail, and only said that the conduct described was institutional.<br><br>Here is all the information that was gathered by the APM and HCS in regards to this complaint. As I mentioned in my prior e-mail, it was suggested that follow-up be in writing. Please let me know if you have any further questions. JB |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| | | Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 04/05/2018 08:27:29 CDT | Janeen Burrel | From: Ahmad, Serge<br>Sent: Wednesday, April 04, 2018 12:11 PM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com><br>Cc: Huynh, Tiffany <tiffany.huynh@walgreens.com>; Aguirre, Adrian <adrian.aguirre@walgreens.com><br>Subject: RE: R. Yagar<br><br>Hi Janeen,<br>I spoke with Robert over the phone on Monday (4/2/18 at 2pm) along with HRG Adrian Aguirre present as a witness. Robert again did not provide any further information even after being prompted a couple times. I notified him that he indicated he had notes and names but has not provided them. I am unable to investigate details I do not have. I also informed him that he stated after our last conversation he would email me but he did not. Robert stated that he felt he had given me enough to go off of and if he thought of anything else he would reach out to me.<br><br>I further clarified that I was reviewing his allegations specifically dealing with the conduct and treatment by Store Management and the retaliation allegation. I advised him that his "institutional" concern was being further reviewed by ER and the company.<br><br>He was inquiring about what happened with the store managers, I advised him that I could not furnish those details but that his concerns were being addressed.<br><br>Adrian,<br>Please feel free to add anything I may have missed on.<br><br>Thank you,<br><br>Regards,<br>Serge<br><br>Sharjeel Ahmad, LPC, CPhT<br>Manager, Asset Protection Solutions<br>Walgreen Co.  1800 E. Imperial Hwy Ste. 150, Brea, CA 92821<br>Telephone 847 315 4087 Mobile 909 659 7083<br><br>Member of Walgreens Boots Alliance |
| | | From: Huynh, Tiffany<br>Sent: Friday, March 23, 2018 11:44 PM<br>To: Ahmad, Serge <sharjeel.ahmad@walgreens.com>; Campuzano-Garcia, Xochitl <xochitl.campuzano-garcia@walgreens.com>; Burrel, Janeen <janeen.burrel@walgreens.com><br>Subject: Fwd: Statement<br><br>Hi Janeen,<br><br>Attached is a statement from Melanie Porter, Store manager at 7832.<br>Kind Regards,<br><br>Tiffany<br><br>Begin forwarded message:<br>From: MGR 07832 <MGR.07832@store.walgreens.com><br>Date: March 23, 2018 at 7:18:00 PM PDT<br>To: "Huynh, Tiffany" <tiffany.huynh@walgreens.com> |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 04/04/2018 09:05:16 CDT | Janeen Burrel | Subject: Re: Statement<br>Reply-To: <MGR.07832@store.walgreens.com><br>I was talking to Gloria about my feedback with my PSTB and Jim notified me and Gloria of a customer complaint. He told me that the Prescription was filled already for the patient. However the prescription was filled for generic and the doctor stated on the script and the patient when he dropped it off he told them he needed brand, due to an allergic reaction. Jim went on to tell me that we filled the prescription early and the reason the customer called was he was wondering why he receiving the text message saying the script was ready. When he found out that it wasn't fill for brand he went off. From what Jim told me the customer was very upset and that he asked Robert what happen and Robert didn't like the aggressiveness the customer was giving off and that flagged GFD. So he reviewed it with Gloria and I and being that it was filled and passed GFD already the decision was to fill it at another store to take care of the customer.<br><br>Unfortunately Tiffany, I don't have Serge email address sorry<br>Melanie<br><br><br>On 2018-03-23 11:26, Huynh, Tiffany wrote:<br>Hi Melanie,<br><br>Can you please submit a statement with regards to the customer complaint around GFD. This is an incident that involves Jim and Robert's interaction. Any information you have is greatly appreciated. Please have this statement to me and cc Serge.<br><br>Kind regards,<br>Tiffany Huynh<br>Healthcare Supervisor |
| | | From: Ahmad, Serge<br>Sent: Friday, March 23, 2018 12:04 PM<br>To: Burrel, Janeen <janeen.burrel@walgreens.com><br>Cc: Huynh, Tiffany <tiffany.huynh@walgreens.com>;<br>Campuzano-Garcia, Xochitl<br><xochitl.campuzano-garcia@walgreens.com><br>Subject: FW: Safety and Security Concern Store 7832<br><br>FYI<br><br>Regards,<br>Serge<br><br>Sharjeel Ahmad, LPC, CPhT<br>Manager, Asset Protection Solutions<br>Walgreen Co.  1800 E. Imperial Hwy Ste. 150, Brea, CA 92821<br>Telephone 847 315 4087 Mobile 909 659 7083<br><br>Member of Walgreens Boots Alliance<br><br>This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act<br><br><br>From: Kraal, David<br>Sent: Friday, March 23, 2018 10:03 AM<br>To: Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: RE: Safety and Security Concern Store 7832 |

HIGHLY CONFIDENTIAL

| 04/04/2018 09:04:21 CDT | Janeen Burrel | Rite Aid – no security guard. |
|---|---|---|

Rite Aid – no security guard.
Food4Less – has security guard.
Rite Aid and Food4Less across the street from Walgreens.
#7832 high SAGP%.
Some homeless in the area.
Leadership stated shoplifting has decreased.
While discussing personal safety with team members, no one mentioned any safety concerns.
I drove around the store/neighborhood, appears some areas may be lower income, very little graffiti..

Thank You
Dave

From: Ahmad, Serge
Sent: Tuesday, March 20, 2018 4:58 PM
To: Kraal, David
Subject: Safety and Security Concern Store 7832

Dave,
I am dealing with an ER complaint for 7832 sent to me by legal and ER. The complainant during the interview complained about security concerns due to recent robberies in the area. I advised I would partner with you and ensure we have assessed the store from a security perspective to ensure we have proper measures in place if it is needed. Let me know if you want to discuss offline, but I want to just make sure we do our due diligence in addressing this part of the complainant's concern. Thank you,

Regards,
Serge

Sharjeel Ahmad, LPC, CPhT
Manager, Asset Protection Solutions
Walgreen Co.  1800 E. Imperial Hwy Ste. 150, Brea, CA 92821
Telephone 847 315 4087 Mobile 909 659 7083

Member of Walgreens Boots Alliance

JSB called APM Serge Ahmad and HCS Tiffany Huynh regarding RPSH Robert Yagar. APM Ahmad said that he had offered RPSH Yagar an opportunity to be interviewed without HCS Huynh present or to provide additional information, but RPSH Yagar did not participate stating that he needed to seek advice. He did make a point about the timing of the investigation since the original e-mail was from February 20. He did not provide any specific examples but felt that there was an institutional issue with how we are handling controlled substances. We did not get a statement from RXMH Jansen Filio because she is on pregnancy LOA. We will obtain a statement from SM Melanie Porter since she has just returned from PTO. JSB said that in looking at the information gathered, it appeared that SM James "Jim" Wang may have had some misunderstanding of our GFD process. However, it is unclear if RPSH Yagar had followed the GFD process. HCS Huynh said that there had been a completed GFD checklist because the prescription that was filled with a generic was ready. Only one item was checked "no" on the checklist. JSB asked if that would mean we cannot fill/sell the prescription. No, it is a guideline and the pharmacist still has to make a determination. In this instance, RPSH Yagar had identified some drug-seeking behavior of the patient that gave him concerns regarding the prescription. HCS Huynh said that she had provided further insight to SM Wang about the GFD process. HCS said that RPSH Yagar should have spoken with the patient to get more information and to advise that the brand name is not available. He could use some coaching on how to handle the customer service interaction when having GFD concerns. APM Ahmad said that SM James "Jim" Wang had gone back-and-forth to the Rx three times to

| | | |
|---|---|---|
| 03/23/2018 12:08:18 CDT | Janeen Burrel | find out why the prescription had been denied, and he ultimately made the decision to take the prescription to his own Rx to fill it. APM Ahmad and HCS Huynh said that these actions led to RPSH Yagar's perception that he was not being supported. RPSH Yagar had wanted them to look at video of the exchange, but no video was available because too much time has passed. APM Ahmad also reviewed the safety concerns that RPSH Yagar had raised. He spoke with APM Dave Kraal who said he is not aware of any safety concerns at the store or nearby stores. APM Ahmad said that last year there were after-hours break-ins at many stores. However, those have been reduced considerably since they have installed new time-lock safes. They are more secure because they are metal safes compared to when we were previously using a wooden cabinet. APM Ahmad and HCS Huynh said that it would be best if someone else follow-up with RPSH Yagar at the conclusion of this matter because he seems to suspect any feedback that comes from local field support. Any follow-up that he should be given needs to address his concerns of institutional practices. APM Ahmad had said that the follow-up may be best in writing. JSB said that is an option to consider, and that we would also need to provide some guidance regarding the customer service piece raised by HCS Huynh. JSB said that we can probably describe or give examples of the type of customer service that should be provided. In terms of RPSH Yagar's complaint about retaliation, JSB did not see anything specific other than a position going to another pharmacist that was considered more qualified. JSB said that we should go back to RPSH Yagar and offer one last opportunity to provide more details regarding his complaint. If he does not want to provide any more detail, and just leave it at the information in the letter that is fine. JSB said that she will then connect back with the other involved parties so that a final response can be crafted to address the concerns he has raised. |
| 03/19/2018 14:44:07 CDT | Janeen Burrel | JSB sent meeting invitation to APM Serge Ahmad and HCS Tiffany Huynh for Friday, March 23 at 11:00 am (CST). |
| | | From: Huynh, Tiffany<br>Sent: Friday, March 16, 2018 5:34 PM<br>To: Huynh, Tiffany <tiffany.huynh@walgreens.com>; Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: Conversation with Robert Yager<br><br>Below is a recap of the phone conversation with Robert Yager and Serge Ahmad.<br><br>On 3/12/18, I called store 7832 and spoke to Robert Yager to let him know that we have received his concern and that we are looking into the concern. I also let him know that Serge, a regional APM, assigned to investigate on the concern, and I will be calling him on 3/16 around 2:30PM to get more details on the complaint. Robert agreed to that.<br><br>On 3/16/18, at 2:39PM, I dialed store 7832 and asked to speak to Robert, with Serge on the phone. I let Robert know that Serge is also on the phone and asked if he's in an area that he can talk. He indicated that he needs to go somewhere else to talk and he did.<br><br>When Robert came back, I began the conversation by stating that we have reviewed his concern and that Serge will be asking follow up questions to further understand Robert's concerns. Robert agreed to that arrangement.<br><br>Serge asked Robert if he wants to add anything else to the concern that we should be consider. Robert mentioned the concern of safety for team members and customers due to increase robberies in the area, and also mentioned that his own store has not had any incident. Serge took a next step to talk to the local APM to assess safety concern for the store. |

HIGHLY CONFIDENTIAL

| 03/19/2018 14:41:27 CDT | Janeen Burrel | Robert then proceeded to indicate that Serge should look at the video footage of the incident in his original complain to assess the interactions between Robert and the 2 store managers. Robert also mentioned that what happened at his store is not an isolated incident and that other rphs are experiencing the same situation. When asked for specific names of pharmacists or store #, Robert failed to mentioned any one specifically but indicated that this is a "systemic institutional problem", not just one store.

Serge indicated that in order for us to investigate on his complaint, we need more information to help look into the right direction otherwise we would not be able to thoroughly investigate. Then Robert said that he's not comfortable talking to Serge with me, (HCS-Tiffany Huynh) on the phone. He only wants to talk to Serge alone otherwise he will not have this discussion. He also asked for Serge's email so that he can send more specific information. That email was provided to Robert.

Serge then indicated that we have a training APM agent with him and she can be a witness on the phone and Tiffany can drop off the call. I agreed to do so and was going to get off the phone. Robert did not agree to that suggestion and wanted his own witness as well. He kept asking Serge if he knows the importance of having a witness thus he wants his own witness. Serge asked who Robert would want to be his witness and when he would like to reconvene the conversation, Robert said that he will get back to Serge via email. This is when we agree to be done with our conversation and Robert to reach out to Serge to have another meeting.

Robert seemed upset and was not cooperative in the conversation. Different options were given to Robert in order for him to provide us with more specific information but he refused and kept insisting that we don't understand his complaint and that this is a systemic problem. However, Robert did not offer to provide any options for us to meet or how to continue the conversation.

Thank you,

Tiffany Huynh, Pharm.D.
Area Healthcare Supervisor
Walgreen Co.  1800 E. Imperial Hwy, Suite 150, Brea, CA 92821
Telephone 714 671 3161  Mobile 714 457 9648

Member of Walgreens Boots Alliance |
| 03/19/2018 14:33:15 CDT | Janeen Burrel | From: Burrel, Janeen
Sent: Monday, March 19, 2018 2:33 PM
To: Huynh, Tiffany <tiffany.huynh@walgreens.com>
Cc: Ahmad, Serge <sharjeel.ahmad@walgreens.com>
Subject: RE: Employee Relations - RPSH Robert Yagar

Good Afternoon,

I just wanted to check in to see if there were any updates regarding this matter. If so, please let me know and I can arrange a conference call for this week for us to discuss. Thank you! JB

Janeen Burrel
Employee Relations Specialist

Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015
Telephone 847 315 2971  Fax 847 368 6619

Member of Walgreens Boots Alliance |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 03/09/2018 15:42:41 CST | Janeen Burrel | From: Burrel, Janeen<br>Sent: Friday, March 09, 2018 3:39 PM<br>To: Huynh, Tiffany <tiffany.huynh@walgreens.com><br>Cc: Ahmad, Serge <sharjeel.ahmad@walgreens.com><br>Subject: RE: Employee Relations - RPSH Robert Yagar<br><br>Good Afternoon Tiffany,<br><br>I wanted to let you know that APM Serge Ahmad has been assigned to partner with you to look into Robert Yagar's concerns. Please work with Serge to coordinate your schedules for the team member interviews. JB<br><br>Janeen Burrel<br>Employee Relations Specialist<br><br>Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015<br>Telephone 847 315 2971  Fax 847 368 6619<br><br>Member of Walgreens Boots Alliance |
| 03/08/2018 11:49:55 CST | Janeen Burrel | JSB sent e-mail to APD requesting APM be assigned to investigate. |
| 03/08/2018 11:45:57 CST | Janeen Burrel | JSB called HCS Tiffany Huynh (C: 714-457-9648) regarding RPSH Robert Yagar. JSB explained that we had received an e-mail from RPSH Yagar and that we needed to have further investigation conducted regarding his concerns. JSB is reaching out to HCS Huynh to be the Rx leader that can assist with gathering more information regarding our Rx operations and GFD guidelines in this matter, and that she will partner with APM to interview the involved parties. HCS Huynh said that she has addressed similar issues a couple of months ago. She said that a customer had shared with RPSH Yagar she had difficulty getting her controlled-substance medication filled at other stores, and that their location was one of the only ones that would fill it. RPSH Yagar then refused to fill the prescription but did not go through any of our GFD processes. HCS Huynh said that she had provided some coaching to both the SM and RPSH Yagar. It seems that he wants matters to be more black-and-white, but they also need him to be better about following his due diligence when making decisions of how to handle patient prescriptions. JSB said that it is helpful to know the background and said that this seems to be a newer situation. JSB will send the e-mail that RPSH Yagar wrote so that she can review further  and JSB will let her know which APM has been assigned so that they can coordinate schedules to go and conduct further interviews. |
| 03/08/2018 11:32:30 CST | Janeen Burrel | **Redacted - Attorney Client Privileged**<br><br>Redacted - Attorney Client Privileged  JSB will coordinate informing HCS Tiffany Huynh and APD about the need for investigation. APD will assign a APM to partner with HCS Huynh for investigation. The information they obtain will then be reviewed with ER, EL, Compliance, and Rx Quality to determine if further action needs to be taken. |
| 02/26/2018 10:22:59 CST | Janeen Burrel | From: Burrel, Janeen<br>Sent: Monday, February 26, 2018 10:22 AM<br>To: Domenick, Lisa <lisa.domenick@walgreens.com><br>Subject: Employee Relations - R. Yagar<br><br>Good Morning Lisa,<br><br>I have an open matter regarding an e-mail that was sent to your department. It is from pharmacist Robert Yagar regarding prescriptions that he is being told to fill by store managers that were visiting his store. I do not seem to have the full e-mail in the information that I was sent. Can you please forward me a copy for further review? Thank you! JB |

WAGCASF00598349

Janeen Burrel
Employee Relations Specialist

Walgreen Co.  102 Wilmot Road, MS#123M, Deerfield, IL 60015
Telephone 847 315 2971  Fax 847 368 6619

Member of Walgreens Boots Alliance

## askHR Comments

| Date | askHR Comment |
|------|---------------|

## Case Articles

| Article Name | Created Date | Created By | Article Source | Article Number | Article URL |
|--------------|--------------|------------|----------------|----------------|-------------|

## Attachments

| Last Modified Date | Attachment Name | Last Modified By |
|--------------------|-----------------|------------------|

## Files

| Last Modified Date | Title | Created By |
|--------------------|-------|------------|
| 04/04/2018 09:03:36 CDT | Statements for Concerns related to R. Yagar Concerns | Janeen Burrel |

## Case Milestones

| Milestone | Completion Date | Target (Hours) | Violated? | Completed? |
|-----------|-----------------|----------------|-----------|------------|
| Case Moved To Open | 02/21/2018 09:44:59 CST | 72.00 | N | Y |
| Case Closure | 09/11/2018 18:22:06 CDT | 720.00 | Y | Y |
| First Response | 02/26/2018 10:22:32 CST | 72.00 | Y | Y |

## Open Activities

| Date | Agent | Status | Subject | Description |
|------|-------|--------|---------|-------------|
| 03/01/2018 16:36:10 CST | Janeen Burrel | Not Started | ER Launch 15 Day Case to be Closed | |
| 04/13/2018 09:31:15 CDT | Janeen Burrel | Not Started | ER Launch 30 Day Case to be Closed | |

## Activity History

| Date | Agent | Status | Subject | Description |
|------|-------|--------|---------|-------------|
| | | | | Additional To: janeen.burrel@walgreens.com
CC:
BCC: |

HIGHLY CONFIDENTIAL

Attachment:

Subject: FW: incident at store 7832
Body:
--------------- Original Message ---------------From: Cook, Leann
[leann.cook@walgreens.com]Sent: 2/20/2018 4:36 PMTo:
intakeemployeerelations@walgreens.comSubject: FW: incident at store 7832

Please create a case for the below trail of email

Contact: Robert Yagar
Contact info:
imnotafret@yahoo.com
Store 7832

Thank you!


Leann Cook
Manager, Employee Relations

Walgreen Co.

102 Wilmot Road, MS 123M, Deerfield, IL 60015
Telephone  847 315 4490
Mobile  847 224 3733
Fax 847-481-7920

Member of Walgreens Boots Alliance

This email message, including attachments, may contain information that is
proprietary, confidential, privileged and/or exempt from disclosure. Please
hold it in confidence to protect
privilege and confidentiality. If you are not the intended recipient, then please
notify the sender and delete this message. Any viewing, copying, publishing,
disclosure, distribution of this information, or the taking of any action in
reliance on the contents
of this message by unintended recipients is prohibited and may constitute a
violation of the Electronic Communications Privacy Act.



From: Metrick, Kim

Sent: Tuesday, February 20, 2018 1:50 PM
To: Cook, Leann <leann.cook@walgreens.com>; Karpel, Jodi
<jodi.karpel@walgreens.com>
Cc: Pinon, Dwayne <dwayne.pinon@walgreens.com>
Subject: FW: incident at store 7832


Hi Leann, can you kindly forward to an ER Specialist who can partner with
Jodi on this complaint of perceived retaliation?  Thanks.


Best,
Kim


Kimberly G. Metrick
Director and Managing Counsel, Employment Law
Walgreen Co.
 104 Wilmot Road, 4th Floor, MS#10449, Deerfield, IL  60015
Telephone 847-315-8130  Fax 847-368-6805


Member of Walgreens Boots Alliance

This email message, including attachments, is the property of Walgreen Co.

HIGHLY CONFIDENTIAL

or its affiliates. It is intended solely for the individuals or entities to which it is addressed.

This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing,

disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

From: Pinon, Dwayne

Sent: Tuesday, February 20, 2018 10:59 AM
To: Metrick, Kim <kim.metrick@walgreens.com>
Subject: FW: incident at store 7832

Kim:  See below per our discussion.  Happy to support.  Thanks.

Dwayne A. Piñon, R.Ph., J.D.
Director and Managing Counsel

Pharmacy Law – Operations & Services

Walgreen Co.
104 Wilmot Road, MS
144N, Deerfield, IL 60015
Telephone  847 315 4452
Mobile  224 261 1889

Member of Walgreens Boots Alliance

This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect

privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents

of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.

From: Bratton, Edward

Sent: Monday, February 19, 2018 2:03 PM
To: Bruns, Brian <brian.bruns@walgreens.com>
Subject: FW: incident at store 7832

Edward Bratton
Manager - Pharmaceutical Integrity
Walgreen Co.
Office: 847-315-2689
Cell: 224-226-9494

From: Domenick, Lisa

Sent: Monday, February 19, 2018 1:13 PM

WAGCASF00598352

| 02/26/2018 00:00:00 CST | Janeen Burrel | Completed | Email: FW: incident at store 7832 | To: Bratton, Edward <edward.bratton@walgreens.com><br>Subject: FW: incident at store 7832<br><br>Hi Edward,<br><br>Thanks for your call.  You will find the complaint at the bottom of this email chain.<br><br>Best regards,<br><br>Lisa L. Domenick<br>Manager, Investigations & Internal Audit<br><br>Walgreens Boots Alliance<br>1417 Lake Cook Road, MS #L146, Deerfield, IL 60015<br><br>Telephone +1 847 964 4830<br><br>From: Martuszewski, Margaret<br>Sent: Monday, February 19, 2018 9:39 AM<br>To: Untch, Daniel <dan.untch@walgreens.com>; Malusa, Sherry <sherry.malusa@walgreens.com>; Domenick, Lisa <lisa.domenick@walgreens.com><br>Cc: Young, Sean <sean.young@wba.com><br>Subject: RE: incident at store 7832<br><br>Lisa,<br><br>We should probably have RxIntegrity on the call as well.<br><br>Thank you,<br>Margaret<br><br>Margaret Martuszewski, RPh., PharmD, M.Ed.<br>Manager, Pharmacy Operations Compliance<br><br>Walgreen Co.<br>104 Wilmot Rd., MS# 1419, Deerfield, IL 60015<br>Telephone: 847 964 6450 | Mobile: 847 224 4986<br><br>Member of Walgreens Boots Alliance<br><br>This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.<br><br>From: Untch, Daniel<br>Sent: Monday, February 19, 2018 9:12 AM<br>To: Malusa, Sherry <sherry.malusa@walgreens.com>; Domenick, Lisa <lisa.domenick@walgreens.com><br>Cc: Young, Sean <sean.young@wba.com>; Martuszewski, Margaret |

HIGHLY CONFIDENTIAL

<margaret.martuszewski@walgreens.com>
Subject: RE: incident at store 7832


Thanks.  I can participate in the call.


Dan


From: Malusa, Sherry

Sent: Monday, February 19, 2018 9:09 AM
To: Domenick, Lisa <lisa.domenick@walgreens.com>
Cc: Young, Sean <sean.young@wba.com>; Untch, Daniel
<dan.untch@walgreens.com>; Martuszewski, Margaret
<margaret.martuszewski@walgreens.com>
Subject: RE: incident at store 7832


Lisa –
Thanks for forwarding.  I'd be happy to participate in a call this afternoon, but I
also recommend that someone from our pharmacy/healthcare compliance
team join
the call since they have a better understanding of the actual processes that
occur in the pharmacy.  I will forward the invitation to Dan Untch and Margaret
Martuszewski (both copied on this response).  Hopefully one or both of them
can join.
Thanks.
Sherry


Sherry Malusa,
CHC/CCEP

Sr. Director, Compliance Operations

Walgreen Co. 104 Wilmot Road, Mail Stop 1419, Deerfield, IL 60015
Telephone 847 964 4108  Mobile 847 924 4579

Member of Walgreens Boots Alliance

This email message, including attachments, may contain information that is
proprietary, confidential, privileged and/or exempt from disclosure. Please
hold it in confidence to protect
privilege and confidentiality. If you are not the intended recipient, then please
notify the sender and delete this message. Any viewing, copying, publishing,
disclosure, distribution of this information, or the taking of any action in
reliance on the contents
of this message by unintended recipients is prohibited and may constitute a
violation of the Electronic Communications Privacy Act.



From: Domenick, Lisa

Sent: Monday, February 19, 2018 8:59 AM
To: Malusa, Sherry <sherry.malusa@walgreens.com>
Cc: Young, Sean <sean.young@wba.com>
Subject: FW: incident at store 7832


Hi Sherry,

To briefly introduce myself, I am new to WBA and will be focusing primarily on
investigations, reporting into Sean Young.  We recently received the complaint
below, which includes various allegations, such as good faith dispensing
issues and retaliation.  Would you have a few minutes to discuss next steps

HIGHLY CONFIDENTIAL

| | | | | and routing to the appropriate parties?  I'll send an invitation shortly, but feel free to propose another time if that is not convenient.<br><br>Best regards,<br><br>Lisa L. Domenick<br><br>ref:_00D60KYci._5000z1CBM0k:ref |
|---|---|---|---|---|

## Related Cases

| Date Created | Case Number | Priority | Status | Subject |
|---|---|---|---|---|

## Case Team

| Created Date | Member Name | Member Role |
|---|---|---|

## Case History

| Date of Change | User | Field | Original Field Value | New Field Value |
|---|---|---|---|---|

HIGHLY CONFIDENTIAL