Message

| | |
|---|---|
| **From**: | Dymon, Christopher [christopher.dymon@walgreens.com] |
| **Sent**: | 4/9/2013 2:14:49 PM |
| **To**: | Polster, Tasha [tasha.polster@walgreens.com] |
| **Subject**: | National TD GFD Compass Communication |

## National TD GFD Compass

Pharmacy Managers,

The National Target Drug Good Faith Dispensing (TD GFD) Policy is intended to be a supplemental policy which will aid pharmacists in determining if a controlled substance prescription for a specific subset of narcotics has been written for a legitimate medical purpose. This policy will aid in strengthening DEA regulations that state the pharmacist has a corresponding responsibility to ensure that all controlled substances are written for a legitimate medical purpose before dispensing in Good Faith.

**What do I need to know?**
- The National Target Drug Good Faith Dispensing (TD GFD) Policy is in effect as of April 2013.
- Documents for National Target Drug Good Faith Dispensing (TD GFD) are located at: **StoreNet > Rx Ops > Pharmacy Policy and Procedures > Filling Prescriptions > National Target Drug Good Faith Dispensing.**
- A prescriber fax blast will start on 4/8 informing prescribers of this new policy.
- A PPL Policy Acknowledgement will be released in the coming months.

**What do I need to do?**

- Review the National TD GFD documents on StoreNet.
- Understand the target drugs and the documentation procedures involved.
- Print out the National TD GFD Checklist so it is available for use.
- Create a prescription refusal folder for documentation.
- Educate pharmacy team members about National TD GFD.

**By marking this project complete, you have confirmed that you have read the information above about National Target Drug Good Faith Dispensing (TD GFD) and have shared this with your team members as appropriate.**


Be Well,
Chris

**Christopher Dymon, PharmD**
Manager - Pharmaceutical Integrity
Walgreen Co.
200 Wilmot Road, MS 2161
Deerfield, IL 60015
P: 847-315-2693
F: 847-368-6349

HIGHLY CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-17177_00001

WAGMDL00316360

P-17177 _ 00001

Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

HIGHLY CONFIDENTIAL

WAGMDL00316361

P-17177 _ 00002