Message

| | |
|---|---|
| **From**: | Bratton, Edward [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-BRATTON, EDWARD J. (EJB4E7BB377] |
| **Sent**: | 3/5/2015 10:24:13 AM |
| **To**: | Polster, Natasha [tasha.polster@walgreens.com] |
| **Subject**: | FW: Targeted drugs for GFD |
| **Attachments**: | Project Control3.pptx; Controls by Drug Detail for Adam.xlsx |

We may want to ask for a refreshed data set. This included the PSC/Cash drop, as we later added controls back to PSC. The drop without PSC was 11M, not 12M.

**Edward Bratton**
Manager - Pharmaceutical Integrity
Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015
Office: 847-315-2689
Cell: 224-226-9494



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

---

**From:** Jelinek, Michelle
**Sent:** Wednesday, March 04, 2015 2:07 PM
**To:** Bratton, Edward
**Subject:** FW: Targeted drugs for GFD

---

**From:** Antol, Adam
**Sent:** Tuesday, January 21, 2014 5:33 PM
**To:** Jelinek, Michelle
**Subject:** FW: Targeted drugs for GFD

Be Well,
Adam

**Adam Antol**
Finance Director, Retail Pharmacy
200 Wilmot Road, MS# 2194

PLAINTIFFS TRIAL EXHIBIT
P-19574_00001

HIGHLY CONFIDENTIAL

WAGMDL00015230

Deerfield, IL 60015
P 847-315-2146
F 847-315-3109
Adam.Antol@walgreens.com



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

---

**From:** Doyle, Daniel
**Sent:** Wednesday, January 08, 2014 12:13 PM
**To:** Crawford, Kermit
**Cc:** Hansen, Suzanne; Swords, Rex; Antol, Adam; Reutzel, Erich
**Subject:** RE: Targeted drugs for GFD

Kermit,

- We budgeted -$24M impact from CII's in FY14.  We're actually seeing closer to -$44M of impact.
- The impact for the full year of the CII's that are NOT impacted by GFD is about $7-9M.

Here is some additional detail:

<u>Control Substance Rxs - LRP vs. Current Expectations</u>
- We budgeted GFD impact on FY14 based off of an 18 month trend ending in April 2013.  The takeaway from that data was around Dec – Mar we saw scripts become flat to the year prior instead of seeing growth YoY for the first time during the timeframe.
- That reversal in growth inherently affects our run rate or the underlying trend which in the past we have seen these control substance Rxs positively impact our Rx comps.  The slide attached illustrates the impact we projected (apprx. $24M annualized impact).
- In our LRP, we had included about $24M impact which was all CII related.  Based on the results in Q1, the impact we are now projecting is closer to $75-80M for all Control Substance Rxs.  The unfavorable variance versus our plan is about $50-60M.  Of that $50-60M about $20M is related to CIIs.  The rest is C3-5's.
- The biggest impact that was not accounted for in the LRP/Budget was the impact of CIII-CV volume drop (apprx. -230k scripts per month FYTD; majority CIII Hydrocodone).
- CII volume has been down roughly -150k scripts per month FYTD, which the majority was already included in our LRP.

<u>Target GFD Impact</u>
Target GFD is for three drugs (Oxycodone, Hydromorphone, & Methadone) which is where we are seeing the largest declines.  We are also seeing declines in other CIIs such as Fentanyl TD, Morphine Sulfate, Tapentadol.  In Q1, these drugs saw a 11% decline.  Attached is the individual drug detail for all classes in Q1 TY vs. LY.


Let me know if you have any additional questions. Thanks.

HIGHLY CONFIDENTIAL

**From:** Crawford, Kermit
**Sent:** Wednesday, January 08, 2014 7:07 AM
**To:** Doyle, Daniel; Reutzel, Erich
**Cc:** Hansen, Suzanne; Swords, Rex
**Subject:** Fwd: Targeted drugs for GFD

Dan,
What negative impact did we budget for C2s in FY14? My understanding is this was based on the April through August trend after the implementation of the targeted GFD policy. What is the difference vs what the actual impact?
The targeted GFD policy is for these four drugs only. What impact are we seeing on other C2s?


Sent from my iPad

Begin forwarded message:

**From:** "Swords, Rex" <rex.swords@walgreens.com>
**Date:** January 8, 2014 at 6:25:45 AM CST
**To:** "Crawford, Kermit" <kermit.crawford@walgreens.com>
**Subject: Re: Targeted drugs for GFD**

The target drugs are oxycodone (OxyContin), hydromorphone (Diluadid) and methadone. All are CII's.

These were determined by data of dispensing increase and DEA action.

Rex Swords R.Ph.
Divisional Vice President
Pharmacy Services
(847) 315-2072

On Jan 7, 2014, at 10:09 PM, "Crawford, Kermit" <kermit.crawford@walgreens.com> wrote:


How many and what are they?


Sent from my iPad

HIGHLY CONFIDENTIAL

WAGMDL00015232

*Preliminary Draft*

# DEA Financial Impact

*All financial impacts are annualized unless noted*

## C2 Volume Impact..................................................$24.0M
- PSC/Cash Rx Impact - $13M
- Base Volume Change $11M *(excluding ESI)*
- FY13 Impact YTD - $16M *(Base + PSC)*

## Labor Impact from Good Faith Dispensing..................$5.0M
- GFD performed on 25% of C2s
- 5 minutes per impacted script
- 1,945 stores will have >2 hours/week

## Impact on M&D and Distribution..........................$36.0M
- 100% of C2 volumes switches to Cardinal
- Cardinal will not keep us whole on DC purchases that move to DSD
- Generic vendors will continue to honor chargebacks
- Store profit will be impacted only if chargebacks are not passed back

**Total Impact: $65 M**
*FY13 Forecast = $44M*



HIGHLY CONFIDENTIAL

WAGMDL00015233

P-19574_00004

# We have seen significant script declines over the last 18 months

**April 2012** Orders to show cause were issued by the DEA

**May 2012** - Removed Oxy 15 & 30mg from PSC formulary
**July 2012** - Reissued GFD Policy

**Oct 2012** C2 NDCs removed from PSC Formulary

**April 2013** National rollout of Target Drug GFD

## WAG YoY Last 18 Months

*Excludes ESI Scripts

### BPS Point Impact on Overall Scripts by Month

|         | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr |
|---------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Scripts | 37  | 44  | 45  | 52  | 55  | 32  | 32  | 46  | 22  | 27  | 13  | 24  | 8   | -12 | 4   | -17 | -15 | -11 |
| GP $    | 58  | 78  | 118 | 101 | 33  | 32  | 20  | -47 | 9   | 16  | -78 | -11 | 4   | -17 | 21  | -23 | -20 | 32  |

HIGHLY CONFIDENTIAL
WAGMDL00015234
P-19574_00005



**Produced In Native Format**

HIGHLY CONFIDENTIAL

WAGMDL00015236