# Pharmacy Manager Bonus Program

- OVERVIEW
- DEFINITION OF BONUS COMPONENTS
- ELIGIBILITY
- BONUS FORMULA - ESTABLISHED
- MANAGEMENT INCENTIVE BONUS
- BONUS CALCULATION EXAMPLE
- BONUS FORMULA - NON-ESTABLISHED

## OVERVIEW

The purpose of the pharmacy bonus is to recognize and reward the persons responsible for improving a store's pharmacy operation. The best evidence of a well-run pharmacy is the increase in prescriptions and pharmacy sales, which are the result of not only price, promotion, location and product, but also customer service, employee development, leadership and innovative ideas.

**"Established Stores"** refers to pharmacies 21 months or older prior to the first month of the current bonus period. In the case of a relocated store, "Established Stores" refers to pharmacies 18 months or older before the first month of the bonus period. A store is not "established" if there is an interruption in its operations due to major remodeling, natural disaster, substantial dilution or a change in operating departments. Walgreens management reserves the right to determine whether a store is "established."

*back to top*

## DEFINITIONS OF BONUS COMPONENTS

**TWELVE MONTH SALES**: Means pharmacy department sales (both Rx and Rx miscellaneous) during the twelve month bonus period.

**TWELVE MONTH UNADJUSTED SCRIPT (Number of Scripts)**: Means pharmacy department scripts filled during the twelve month bonus period excluding any 90 day adjustments.

**TWELVE MONTH ADJUSTED 90 DAY SCRIPT**: Means pharmacy department scripts during the twelve month bonus period, including the adjustment to account for the 90 day scripts that were filled.

**AVERAGE DAILY SCRIPTS**: Means the calculated average per day number of scripts the pharmacy department filled during the twelve month bonus period not including adjustment for 90 day scripts.

**AVERAGE 90 DAY ADJUSTED SCRIPTS**: Means the calculated average per day number of scripts the pharmacy department filled during the twelve month bonus period, including the adjustment to account for the 90 day scripts.

**INCOME A/CC**: Means income (before Federal and State Income Taxes and

PLAINTIFFS TRIAL EXHIBIT
P-19821_00001

CONFIDENTIAL

WAG00000001

WAGFLDEA00000001

other general company expenses) as shown on a store's operating statement, which reflects an annual 10% carrying charge on the average self-service, Rx and liquor book inventory for the twelve month bonus period.

**DAYS OF SUPPLY RX INVENTORY**: Means pharmacy department average days of supply and inventory for the twelve month bonus period.
The bonus calculation is based on the figure for monthly prescription sales and scripts, gross profit, inventory and income prepared by Walgreens Accounting Systems.

back to top

## ELIGIBILITY

To be eligible for a bonus, a pharmacy manager must be an active employee of Walgreens at the end of the bonus year. **No bonus is earned if a pharmacy manager is separated from Walgreens during the bonus period for any reason, excluding retirement**. If a pharmacy manager is assigned to a store for less than the full bonus period, or in certain locations has not worked a minimum of 30 hours in each week of the bonus period, the Results Department will prorate the bonus. Any special considerations must have written approval of the district manager and pharmacy supervisor

Unless a pharmacy manager is replaced by the pharmacy by another pharmacy manager, a leave of absence will not reduce the amount of bonus.

To qualify for a bonus, a pharmacy manager must conform to Walgreens ethical standards during the entire bonus period. No bonus is earned if Walgreens determines that a pharmacy manager engaged in misconduct at any time.

back to top

## BONUS FORMULA - ESTABLISHED

1) **Primary**
   a) Last Year's "12 month Rx Sales"        $0 – $200,000    x $ .001
   b) Last Year's "12 month Rx Sales"        Over $200,000    x $ .0004
   c) Last Year's "12 Unadjusted Scripts"                     x $ .01
   d) A plus B plus C equals the Primary Bonus

2) **Improvement**
   a) Twelve month Adjusted Scripts this year minus twelve month Adjusted Scripts last year x $.05.
   b) "a" minus 2400 scripts x $.05 (only on positive differences).
   c) "a" plus "b" equals the improvement bonus.

3) **Total Pharmacy Manager Bonus Formula**
   a) Primary bonus portion (1) plus improvement bonus portion (2).

back to top

CONFIDENTIAL

WAG00000002

CONFIDENTIAL

WAGFLDEA00000002

## MANAGEMENT INCENTIVE BONUS

4) **Income Incentive (must be positive)**
   a) This year's Rx Department gross profit dollars divided by this year's total store gross profit dollars
   b) "a" times this year's income a/cc times $.01.

5) **Daily Average Incentive (annualized daily average)**
   a) Unadjusted Daily Average plus the difference of last year's adjusted 90 day average increase and this year's adjusted 90 day average increase.
   b) Paid out on scale based on range of the Bonus 90 Day Average

| | | | |
|---|---|---|---|
| <= 300/day | =$ 0 | 651/day to 700/day | =$2,250 |
| 301/day to 350/day | =$ 500 | 701/day to 750/day | =$2,500 |
| 351/day to 400/day | =$ 750 | 751/day to 800/day | =$2,750 |
| 401/day to 450/day | =$ 1,000 | 801/day to 850/day | =$3,000 |
| 451/day to 500/day | =$ 1,250 | 851/day to 900/day | =$3,250 |
| 501/day to 550/day | =$ 1,500 | 901/day to 950/day | =$3,500 |
| 551/day to 600/day | =$ 1,750 | 951/day to 1000/day | =$3,750 |
| 601/day to 650/day | =$ 2,000 | Over 1000/day | =$4,000 |

6) **Days of Supply Incentive**
   a) $180,000 minimum average annualized book inventory.
   b) Annualized flex days of supply.
   c) Maximum $500 bonus for making flex.
   d) If days of supply is higher than flex, then minus $50 per day over flex from $500, not to go below a minimum of $0.

**\*\*Days of Supply penalties have been waived until further notice. All pharmacy managers will receive the prorated $500 incentive for 12 months.\*\***

7) The Total Management Incentive Bonus is the sum of sections 4, 5 and 6.

8) The **TOTAL PHARMACY MANAGER BONUS** equals the sum of the Pharmacy Manager Bonus Formula (3) and the Management Incentive Bonus (7).

*back to top*

## BONUS CALCULATION EXAMPLE (Established Portion)

CONFIDENTIAL

WAG00000003

WAGFLDEA00000003

CONFIDENTIAL

| | | Daily | | | Daily |
|---|---|---|---|---|---|
| Last Year's Rx Sales | $13,159,761 | Average | This Year's Rx Sales | $15,319,998 | Average |
| Last Year's Unadjusted Rx Scripts | 189,341 | 519 | This Year's Unadjusted Rx Scripts | 222,756 | 610 |
| Last Year's 90 Day Adjusted Rx Script | 16,800 | 46 | This Year's 90 Day Adjusted Rx Scripts | 19,800 | 54 |
| Last Year's Total Adjusted Rx Scripts | 206,141 | 565 | This Year's Total Adjusted Scripts | 242,556 | 665 |
| This Year's Total Rx GP | $3,724,456 | | This Year's Total Store GP | $5,233,699 | |
| | | | This Year's Income after C/C | $1,943,155 | |

**Base: Last Year's Rx Sales and Scripts**

| | | | | |
|---|---|---|---|---|
| Last Year's Sales: | $0 – $200,000 | $200,000 | x .001 | $200 |
| Last Year's Sales: | Over $200,000 | $12,959,761 | x .0004 | $5,184 |
| Last Year's Scripts: | | 189341 | x .01 | $1,893 |
| Total Base Bonus | | | | $7,277 |

**Improvement**

| | | | |
|---|---|---|---|
| Script Increase/Decrease: | (247,556 - 206,141) | =>41,415 x .05 | $2,071 |
| Script Increase Over 2,400 | (41,415 - 2,400) | =>39,015 x .05 | $1,951 |
| Total Improvement Bonus | | | $4,022 |

**Total 12 Month Pharmacy Department Manager**     $11,299

### MANAGEMENT INCENTIVE

**Income Incentive:**

[($3,724,456/$5,233,699) X $1,943,155] x $.01    => $1,382,807    x $.01    $13,828

[(TY Rx GP$ / TY TL Str GP$) X TY IACC$] x $.01

**Annual Daily Average Incentive:**

Daily Average = (54-46) + 610   =618         618 (per chart)   $4,000

(TY 90 Day Adjusted - LY 90 Day Adj) + TY Average Daily Scripts

**Days of Supply Incentive*:**

Annualized Ending Book 355,232
Annualized Days of Supply 30     Flex 28     $500

**Total Management Incentive Bonus**     $18,328

**TOTAL 12 MONTH PHARMACY DEPARTMENT MANAGER ESTABLISHED BONUS**     $29,627

*Days of Supply penalties have been waived until further notice. All pharmacy managers will receive the prorated $500 incentive for 12 months.

back to top

CONFIDENTIAL

CONFIDENTIAL

WAG00000004

WAGFLDEA00000004

## BONUS FORMULA – NON-ESTABLISHED

A) Total scripts filled in the current twelve month bonus period times $.03.

B) Management Incentive – same as established, but prorated based on the number of months open during the bonus period. Days of supply incentive only if store has been open for 3 months at the end of the bonus period.

back to top

Revised as of 12/2010
Results Department

CONFIDENTIAL

WAG00000005

WAGFLDEA00000005

CONFIDENTIAL