# TASHA POLSTER

tasha.polster@gmail.com

## SUMMARY

An accomplished and dedicated SENIOR PHARMACY EXECUTIVE with a proven background in implementation of strategic initiatives. Demonstrated ability to apply excellent analytical, interpersonal, and organizational skills in delivering the full spectrum of pharmaceutical care, development of national policies, and people development. Effective leadership and communication skills with the ability to motivate/mentor staff and interact easily with leadership, clients, government / regulatory agencies and contemporaries. Focused on delivering the highest quality service through responsiveness, assurance/confidence, empathy, and professionalism on every interaction. Knowledgeable of billing procedures for private insurers, government agencies and numerous patient assistance programs, immunizations, patient safety, compliance across pharmacy and retail stores nationally.

## EXPERIENCE

**WALGREEN COMPANY, Deerfield, Illinois**
**Senior Executive; Pharmacy & Retail Operations Compliance Execution**                    2015- present

Creates the overall strategy for the Third Party Operations, Pharmaceutical Integrity, Immunizations and Pharmacovigilance Groups including developing system solutions and managing projects. Operates and maintains the functions of our federally certified patient safety organization for the retail stores and assures that pharmacy policies and procedures are followed in order to fully comply with government and regulatory requirements.  Ensures implementation of all quality assurance programs, policies, and procedures to provide optimal patient care and minimize the occurrence of quality related events. Oversees compliance related execution for pharmacy.

Directly responsible for the following:

- **Strategic Planning-** Develops and communicates the company wide strategy for the Pharmaceutical Distribution and Dispensing Group. Oversees the strategic planning and regulates vendors to facilitate compliance and maximize efficiencies for claims processing. Leads the development, execution and strategy for the suspicious order monitoring plan including leading regularly scheduled reviews to ensure the strategic goals are being met for controlled substances and pseudoephedrine. Maintains relationships with professional organizations to obtain knowledge of consumer medication information and assure adherence to medication guide changes. Develops strategy for retail immunizations on a national scale.
- **Staff Development-** Provides direction to field and corporate leadership on strategic initiatives involving Pharmacy Quality, Pharmacy Third Party Operations, Immunizations, and Pharmaceutical Integrity policies, procedures and compliance. Directs staff involvement working on reported store issues with prescription processing as it pertains to third party billing, quality, controlled substance dispensing, and software issues. Oversees and directs the work of directors, managers and their subordinates and ensures the ongoing training and development of direct reports.
- **Leadership-** Provides proactive leadership, mentors and motivates team members, and ensures the right tools and resources are in place to achieve company goals. Establishes performance management processes including identifying metrics to measure the performance for the team and individual members. Collaborates with and provides direction as the liaison with other departments such as Legal, Government Affairs, Logistics, Loss Prevention, IT, etc. in order to meet the needs of the department and the Company's objectives. Meets with government officials and external groups and organizations.
- **Compliance-** Develops recommends and implements programs designed to enhance and improve the ordering and dispensing of immunizations and controlled substances. Ensures Company-wide awareness and adequate understanding of the functions and responsibilities of the Pharmaceutical Distribution and Dispensing Integrity Group. Anticipates potential risk areas within Pharmacy Immunizations, Pharmacy Third Party Operations, Pharmaceutical Integrity and Pharmacy Quality for the retail organization and develops and implements processes to mitigate the risk of fines, penalties and litigation taking place. Oversees the Prescription Drug Monitoring Program nationally.
- **Patient Safety-** On behalf of the Walgreens' Patient Safety Organization develops recommends and implements programs designed to improve quality and the delivery of healthcare for United States pharmacy retail operations and Central Pharmacy Operations. Point of contact for AHRQ (Agency for Healthcare Research and Quality).

**WALGREEN COMPANY, Deerfield, Illinois**
**Senior Director, Pharmaceutical Integrity and Third Party Operations**                    2012- 2014

HIGHLY CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
**P-19927-A**

WAGMDL00771647

Responsible for the overall strategy for the Pharmaceutical Integrity Group including developing system solutions and managing projects. Constructs the processes for Third Party Operations to enable the attainment of legal and ethical requirements of pharmacy to increase efficiency/ profitability and improve overall pharmacy operations for handling third party prescriptions. Oversees the design, development, implementation, and maintenance of contracted Third Party Prescription Programs and all State Medicaid programs. Produces the strategy to mitigate risk in both Rx Integrity and Third Party Operations to minimize loss of Company assets.

WALGREEN COMPANY, Deerfield, Illinois
**Director, Pharmacy Operations Optimization**                                                                     2007-2012

Provided leadership, direction, and day-to-day oversight of processes, procedures, training, implementation, and optimization of strategic initiatives for all retail pharmacies nationwide. Translated major strategic and retail pharmacy operational initiatives into deployable and early adoption models based upon assessments of training needs, operational requirements/impact, change management requirements, customer inconvenience avoidance, data/telecommunications changes, and operational disruptions.

Offered expertise and operational insight into pharmacy remodels, designs, and layouts to ensure targeted fiscal and operational objectives. Directed the creation of metrics for retail pharmacy operations and assess/measure performance to identify performance trends, implement optimal best practices from favorable trends and/or eliminate practices that create waste and/or add costs. Ensured ongoing operational compliance as well as business and fiscal impact analyses for existing and acquired retail pharmacies.

Led the development and deployment of training, new and recurrent, for Pharmacists and Pharmacy Technicians based upon operational changes, pharmacy acquisitions, and regulatory requirements. Oversaw and collaborated in the development and deployment of communications impacting pharmacy team members such as policy changes, payroll processes, new/revised procedures, benefits, and general operating guidelines and provisions. Selected projects and areas of accomplishment include:

- **Prescription Savings Program-** Team member of a comprehensive national effort by Walgreens to help patients who are covered by an Express Scripts pharmacy network continue using Walgreens when possible or make a smooth transition to another community pharmacy resulting in over 500,000 new participants
- **Revenue Generation-** Developed the TransferRx application and training program so pharmacists could transfer prescription records by phone, fax or online. Developed and implemented a marketing plan with IT to support an appreciation coupon for patients that had to leave to keep them coming back to the stores
- **Trouble Shooting-** Established an IT solution and a communication for market and district leaders to implement in their stores when dispensing generic Lipitor due to the brand manufacturer giving rebates to third party companies to keep the brand name on their formulary
- **Program Development-** Developed a Voluntary Time Off program with IT and HR so RPhs can volunteer to take time off without pay in preparation for projected loss of business assisting the company in minimizing layoffs while allowing employees to keep their benefits
- **New Initiatives-** Developed a program to document and train stores on a fee for service patient education program where the manufacturer reimburses Walgreens for every patient interaction when medication is dispensed to the patient with an 88% compliance nationwide. Developed and implemented a process for stores to secure hazardous waste in states where certain empty stock bottles are not allowed in regular trash
- **Customized Workload Balancing Enhancement-** Empowered area supervisors to group clusters stores in their districts or a buddy district to get better buy-in to do work for others, instead of working from the status quo. Increased the use of WLB 105%
- **Average Wait Time Success Metrics-** Implemented new metrics used to assist management staff improve service, decrease bottlenecks and improve workflow. Average wait time for the chain has reduced from 23 minutes to 16.8, due to awareness and supervision
- **New Pharmacy Redesign-** Led team that designed a pharmacy that included space to integrate new patient care points in addition to retail pharmacy prescriptions
- **Closed In-Window Project-** Improved workflow and patient care, in low volume stores where there are not enough employees to man all the points of care by closing the in-window. Closing the in-window involved coordination of moving workstations and equipment to improve efficiency in the pharmacy department

HIGHLY CONFIDENTIAL