

PLAINTIFFS TRIAL
EXHIBIT
P-20639_00001

WAGMDL01013472



The new hot topic in the news is the epidemic America has: Prescription Pain Drug Abuse

HIGHLY CONFIDENTIAL

WAGMDL01013473



WAGMDL01013474



This particular stat came out of California, but there were multiple examples across the country where the leading cause of accidental death is prescription pain medications (opioid use).  This national problem has brought increased scrutiny to physicians, pharmacists and drugs wholesalers from regulators, policy makers and law enforcement.



# Title 21 Code of Federal Regulations

### Section 1306.04 Purpose of issue of prescription.

(a) A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of his professional practice. The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, **_but a corresponding responsibility rests with the pharmacist who fills the prescription._** An order purporting to be a prescription issued not in the usual course of professional treatment or in legitimate and authorized research is not a prescription within the meaning and intent of section 309 of the Act (_21 U.S.C. 829_) and the person knowingly filling such a purported prescription, as well as the person issuing it, shall be subject to the penalties provided for violations of the provisions of law relating to controlled substances.

Proprietary & Confidential, Property of Walgreen Co.

5

Pharmacists are required by DEA regulations to ensure that prescriptions for controlled substances are dispensed for a legitimate medical purpose. This legal responsibility is pursuant to Title 21 code of Federal regulations.   The important point of this regulation is "the corresponding responsibility rests with the pharmacist who fills the prescription"

HIGHLY CONFIDENTIAL

WAGMDL01013476



HIGHLY CONFIDENTIAL

WAGMDL01013477



Early this year the DEA took action against Walgreens.  In April DEA Agents executed inspection warrants on 6 Walgreens pharmacies.  An administrative subpoena was simultaneously served on the Jupiter, Florida Distribution Center.  In addition the DEA requested data from two more stores and the mail facility in Orlando. These warrants and subpoena requested production of certain records of controlled substance prescriptions, transaction data, including form of payment, and other prescription information.

In response, we voluntarily and proactively removed all CIIs, xanax and soma from the 8 stores

In September when the Immediate Suspension Order was issued to Jupiter, all C3-5 had already been shifted to other DCs.  All C2 product we had at Jupiter was locked up by the DEA

In November, DEA issued an Order to Show Cause to 3 of the 6 pharmacies that were initially visited in April.  Hearings will also be scheduled in these matters      **Redacted - Atttorney Client Privileged and Attorney Work Product**

# Redacted – Attorney Client Privileged and Attorney Work Product

HIGHLY CONFIDENTIAL



In December we started a pilot in FL and Vegas where we have the pharmacies complete a checklist for each rx filled for a Target Drug (oxy, hydromorphone, methadone) and call the prescriber for quantities over 120 (>60 for cash rx's) at least once every 90 days

This month we sent sanction letters to 8 prescribers in NJ and PA to let them know we will no longer accept controlled substance prescriptions written by them in our pharmacies.

**Redacted – Attorney Client Privileged and Attorney Work Product**

HIGHLY CONFIDENTIAL

WAGMDL01013479



## Operational Steps Taken

- In June, we re-launched our Good Faith Dispensing Policy across the Chain
- Pilots
  - ➢ Target Drug Good Faith Dispensing in FL and NV
  - ➢ Prescriber Sanctioning in NJ and PA
    - 8 prescribers total
- Invalid Prescriber DEA removal from IC+

Proprietary & Confidential, Property of Walgreen Co.

9

While our first responsibility is to help patients secure the medications they need, we also understand our role in helping reduce the inappropriate use of controlled substances in the communities we serve. As part of our ongoing commitment, we have taken action to focus our field and store leadership on good faith dispensing.

In June we re-launched our Good Faith Dispensing policy. However, we have learned more about DEA's expectations around GFD and we felt the steps we were taking with GFD did not go far enough. The game has changed; we can no longer rely on the "I spoke to the prescriber and he said it was okay." This is especially true when the prescriber may be assisting the patient to inappropriately use controlled substances. We are going down a different path now and we have to make sure that we are prepared.

So, we are piloting the TD GFD in a FL and NV. This consists of a checklist to be used every fill and a required phone call to the prescriber at least once every 90 days.

Another pilot is the prescriber sanctioning where we identified high prescribing physicians over select controlled substances as compared to their peers. In some cases, opioid pain medications are all some of these physicians prescribe. This type of prescribing pattern can put us at risk if we do not ensure the prescriptions were issued for a legitimate medical purpose. In certain cases, the risk to continue dispensing these medications is too great and Walgreens will no longer fill controlled substances issued by these prescribers.

We had a COMPASS Communication last week announcing that we are removing Invalid DEAs
What is it?
A new IC+ enhancement is being released this week that will flag and remove Invalid DEA #'s

How will I know the DEA number was removed because it was invalid?
When the prescriber's DEA # is removed, a message will be put in the comment field of the Prescriber Inquiry window that says:
WARNING INVALID DEA #. DO NOT ADD DEA #. DO NOT FILL C2-5 Rxs FOR THIS PRESCRIBER.

What do I need to know?
Pharmacy staff must look in the prescriber inquiry window for the message above before adding a DEA #.
If the message above is in the profile, do not register the prescriber again and do not add the DEA # back into IC+.

HIGHLY CONFIDENTIAL

Pharmacy staff must verify that the prescriber's DEA number is valid from the DEA website before registering any prescriber.
SNet -> RxOps-> Filling Prescriptions -> Good Faith Dispensing -> DEA Diversion Website -> Registration Validation or click link below
              (https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp)

What do I do if this is a refill?
Speak with the patient to ask if they have a new prescriber they would like you to contact for a new prescription.  If they do not have a new prescriber, they need to contact their existing prescriber for next steps, as Walgreens cannot fill this prescription under the current prescriber.

What if this is a new prescription?
Return the prescription to the patient and let them know they need to contact the prescriber for next steps.

HIGHLY CONFIDENTIAL

WAGMDL01013481



So, what is the impact of GFD?  I cannot stress enough that  we cannot approach this as "impacting volume".   Our objective is a safe and regulated environment to keep our stores/pharmacists from scrutiny from these agencies.

Realistically, bottom line, yes sales are going to be impacted.  However, some would say that we shouldn't even be filling some of these prescriptions.

How is this going to impact my sales, what is it going to do to my "good customers" numbers show that we can address the issue without significantly impacting our other business.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



# Expired DEA CAP Override

| Rx # | Store | Sold Date | Campaign ID | DEA # | Prescriber First Name | Prescriber Last Name | Drug | RPH | Consult Completed Date | Comments | Sold? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1491441 | | Xxxx 12/28/2012 | Doctor Suspension | AP6572716 | NATE | PETTINGER | OXYCODONE 30MG IMMEDIATE REL TABS | EXW | 12/28/12 7:20 PM | Consultation Completed: | YES |
| 1900255 | | Xxxx 12/26/2012 | Doctor Suspension | BP4716594 | JAMES | POGUE | CONTOUR TEST STRIPS 100'S | NAH | 12/26/12 1:33 PM | Consultation Completed: | YES |
| 3002349 | | Xxxx 12/26/2012 | Doctor Suspension | BP4716594 | JAMES | POGUE | VIT D 50,000 IU D2 (ERGO) CAPS (RX) | ERL | 12/26/12 12:01 PM | Consultation Completed: | YES |
| 3017623 | | xxxx 12/26/2012 | Doctor Suspension | BP4716594 | JAMES | POGUE | OMEPRAZOLE 20MG CAPSULES | ERL | 12/26/12 12:01 PM | Consultation Completed: | YES |

- Each week RxIntegrity gets a report showing CAP overrides
- We need documentation back from the RXS that they discussed with the pharmacist
- We should not be dispensing any controls and for the example of Dr Pogue his medical license was revoked, so non-control rx's are not valid either

Proprietary & Confidential, Property of Walgreen Co.

13

WAGMDL01013485

 **Top 500 : 100 Store Indexing Report for Oxy**

| Mkt Name | Dist # | Dist Name | Store # | Store Address | State | Index Trending Since May | 3 Mo. Avg Daily Script Ct | In Chain Top 500 | In Chain Top 100 |
|---|---|---|---|---|---|---|---|---|---|
| Market Name | | Xxx District Name | xxxx | 1111  Main St Anywhere | XX | Deterioration 100+ since May | 189 | x | x |
| Market Name | Xxx | District Name | xxxx | 1111  Main St Anywhere | XX | Deterioration 500+ since May | 363 | x | x |
| Market Name | Xxx | District Name | xxxx | 1111  Main St Anywhere | XX | Neutral/stable trend | 65 | x | |
| Market Name | xxx | District Name | xxxx | 1111  Main St Anywhere | XX | Deterioration 400+ since May | 176 | x | |

- Top 500 potential risk stores in the chain for oxycodone
- Ranking is determined by weighted metrics
- Indexing column tells you if the store has improved, deteriorated, stayed the same
- Gives you an indication of where GFD efforts should be focused

Proprietary & Confidential, Property of Walgreen Co.

14

You'll get a spreadsheet provided that shows you the top 500 Potential Risk Stores in the company for Oxycodone.  Most recently, the data was for the previous 3 months ending November 2012.
The ranking is determined by weighted metrics:
Overall unit volume
Change in unit volume current 3 months vs prior 3 months
Proportionality to total script business
% Paid by cash (or cash discount card)

note:  you may not have any, as this is the top 500 stores only
Index Trending column tells you how the store has improved or deteriorated since May (for the last report generated)

This gives you an indication of where GFD efforts should be focused, particularly if you have a "deterioration of 500+" for a store.  This means that 3 months ago, the store was not on the list for Top 500 and now is not only on the list, but in the Top 100.

HIGHLY CONFIDENTIAL

WAGMDL01013486

 **Customer Service in Regard to GFD Policy**

- Intentionally written with grey areas
- Intended to be used as a guideline
- Does not replace sound professional judgment

Proprietary & Confidential, Property of Walgreen Co.

15

WAGMDL01013487

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



## Suspicious Order Monitoring

How normal and expected transactions are identified:

- Accumulation of Receipts over time period-  The system accumulates the amount of each controlled substance over the last six weeks.

- Ceiling Limit-   Data mining is done across Walgreens retail pharmacies to determine the maximum amount that a pharmacy should be allowed to receive in a rolling six week time period, based on statistical linear regression. The analysis compares like pharmacies across the country based on script volume and determines by drug what would represent unusual quantities.

Proprietary & Confidential, Property of Walgreen Co.

17

DEA regulations require that distributors (i.e.; the Walgreen distribution centers) must take reasonable measures to identify its customers, understand the normal and expected transactions conducted by those customers, and identify transactions that are suspicious in nature.  Orders must be assessed to ensure that quantities for controlled substances at a specific location are reasonable. In making such assessments, a wholesale distributor may consider the purchasing entity's clinical business needs, location, and population served. In addition, Walgreens must report to the DEA any order that is deemed suspicious.

So the system takes into account normal accumulation for the store over the last 6 weeks and the maximum (a.k.a. ceiling) they should have over a rolling 6 weeks.

WAGMDL01013489

HIGHLY CONFIDENTIAL



From an inventory perspective, we are working to ensure stores that are dispensing more controlled substances than the average are brought down closer to the average. These outliers will see a decrease or in some cases, we'll stop shipping certain controlled substances to them until they are brought down to the appropriate levels.

HIGHLY CONFIDENTIAL

WAGMDL01013490

 **SOM as it Applies to Cardinal**

- Cardinal will limit the <u>entire family</u> of a drug based on monthly purchases
  - example: HC/APAP, Hydromet, Tussionex is all grouped into one

- Orders they flag (ie; your invoice says "Restricted Due to DEA Regulations") are reported immediately to the DEA

- Cardinal has our sales history by store for the past year, so they can monitor any orders that deviate from the norm

- Anything they deem as suspicious gets cut

Proprietary & Confidential, Property of Walgreen Co.

19

WAGMDL01013491

HIGHLY CONFIDENTIAL



## All Receipts Count Toward Rolling 6-weeks

- Warehouse
- Interstore – should not be doing this
- Vendor

Proprietary & Confidential, Property of Walgreen Co.

20

All receipts count toward the store's rolling six week volume.

WAGMDL01013492

 # Best Practices For Ordering

- Review all Controlled Substance receipts <u>before</u> posting
    - Adjust the shipped quantity to "0" if you did not receive
    - Post as short when appropriate


- On-hands
    - Do not falsely increase/decrease on-hands
    - Do not increase/decrease suggested orders
    - Do not manually inflate your orders

Proprietary & Confidential, Property of Walgreen Co.

21

HIGHLY CONFIDENTIAL

WAGMDL01013493



HIGHLY CONFIDENTIAL

 **Industry Work**

- American Pharmaceutical Association (APhA)
- American Academy of Pain Medicine (AAPM)
- American Medical Association (AMA)
- National Association of Chain Drug Stores (NACDS)
- National Association of Boards of Pharmacy (NABP)

Proprietary & Confidential, Property of Walgreen Co.                                    23

This is not just a Walgreen issue, this is an industry wide issue.  We have been working with or are in conversations with various organizations
Talk to some of the meetings/conversations……

As we further advance our pharmacy practices to meet these new challenges, we continue to believe that addressing prescription drug abuse will require all parties – including leaders in the community, physicians, pharmacies, distributors and regulators – to play a role in finding practical solutions to combatting abuse while balancing patient access to critical medication

Our goal is to lead the industry to a solution for this problem that affects all areas of healthcare.

HIGHLY CONFIDENTIAL



## Task Forces and Committee Meetings

- If you or your Supervisors are asked to participate
  - Yes, we need your help!
- Contact us before agreeing to participate
  - Tasha Polster or Al Cater
  - We will ensure that you are fully versed or have additional corporate support
- This team work will ensure we continue to build relationships with state agencies and remain a leader in the industry

Proprietary & Confidential, Property of Walgreen Co.

24

Many state regulators or agencies will ask for your participation in different task forces or committees because of the national presence Walgreens brings. We do need your help, but we also want to make sure that the person participating is fully versed on the national issue and not just seeing it from a district, state, or local level.  Contact me or Al Carter and we will ensure that you have what you need from corporate before agreeing to participate.

This is an opportunity to make sure that laws and regulations that are created don't hinder us from continuing in expanding our pharmacy practice to the highest level.

HIGHLY CONFIDENTIAL

WAGMDL01013496



HIGHLY CONFIDENTIAL