Message

---

**From**:     Polster, Natasha [tasha.polster@walgreens.com]
**Sent**:     11/21/2019 8:04:22 AM
**To**:       Ulrich, Brad [brad.ulrich@walgreens.com]
**CC**:       Carter, Al [al.carter@walgreens.com]; Bourdo, Skip [skip.bourdo@walgreens.com]
**Subject**:  Re: Inform: Walgreens Electronic Good Faith Dispensing (GFD) Pilot- Pharmacy

Oh yes I will, this is going to be great!  I will have the ability to pull data on the back end and there won't be Wyeth ability to bypass the checklist as there is today. I have been wanting to do this from day one and Kermit wouldn't let me so this is a huge win for my team and the field.

The next phase of this enhancement (as long as it doesn't get reprioritized) will come shortly after and give us the ability to require a checklist for high MME rx's for chronic patients (ie; Percocet, Vicodin 7.5 and 10) we will be able to configure to quantity and drug instead of only drug as it is today.  That way we can reduce steps for acute fills and focus more time on chronic fills.

Regards,
Tasha Polster, RPh
Vice President, Pharmacy Quality, Compliance and Patient Safety

**Walgreen Co.** | 200 Wilmot Rd. MS 2287,Deerfield, IL 60015
**Telephone** 847 315 3379
**Cell** 847 858 2721

**Member of Walgreens Boots Alliance**

This message contains confidential quality information that is considered Patient Safety Work Product under federal law.  Do not print, copy, discuss, or distribute in any form outside the Walgreens Patient Safety Evaluation System.  Please delete this message upon completion of quality activities detailed within.

This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.

On Nov 20, 2019, at 2:00 PM, Ulrich, Brad <brad.ulrich@walgreens.com> wrote:

HI Al / Tasha, can you keep us posted on how this goes?  Seems like this could be a big win, but assume the pilot will validate or not?

Thank you,
Brad

**Brad Ulrich**
**Group Vice President, Eastern Operation**
**Pharmacy and Retail Field Operations**
**Walgreen Co.** | 200 Wilmot Road, Deerfield, IL 60015 | MS# 2278
Office 847-315-2474
Mobile 918-289-5429



PLAINTIFFS TRIAL EXHIBIT
**P-20795_00001**

CONFIDENTIAL

WAGMDL01037322

**Karlene Olsen**
**Executive Administrative Assistant**

**Walgreen Co.** | 200 Wilmot Rd., MS# 2278, Deerfield, IL 60015
P 847-315-2472 | M 224-515-6130

**Member of Walgreens Boots Alliance**

This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.

---

**From:** RetailHubMail <RetailHubMail@walgreens.com>
**Sent:** Wednesday, November 20, 2019 7:40 AM
**To:** Select.DMs <Select.DMs@walgreens.com>; Select.HCS <Select.HCS@walgreens.com>
**Cc:** Select.DPR <Select.DPR@walgreens.com>; Select.RHD <Select.RHD@walgreens.com>
**Subject:** Inform: Walgreens Electronic Good Faith Dispensing (GFD) Pilot- Pharmacy

Select Field Leaders,

In order to make things better, simpler, faster for our pharmacy team members, the GFD paper checklist is now an electric process within IC+. This will provide all pharmacy team members visibility into a patient's full GFD history.

All pharmacy team members will be required to complete the Good Faith Dispensing requirements electronically in IC+. The Good Faith Dispensing Review Worksheet in IC+ will replace the manual paper GFD Checklist that is currently completed for all target drugs. The Good Faith Dispensing Review Worksheet will be used to identify and document red flags and pharmacist corresponding responsibility documentations in a standardized process and format that must be completed for all Target Drugs and any other prescription drugs that you deem necessary prior to dispensing.

**What you need to know:**
- A store in your region, area, or district was selected for the GFD pilot, which will begin on 12/09/2019 and run through the new year.
- A new, electronic Good Faith Dispensing Review Worksheet in Intercom Plus will replace the paper TD-GFD Checklist
  - Used to identify and document resolution for Red Flags, Corresponding Responsibility Documentation (CRD) and pharmacists' clinical notes
- IC+ will now systematically auto trigger a GFD Review Worksheet for all Target Drug prescriptions during Data Entry for all technicians and Product Review for all pharmacists during the GFD 2.0 Pilot.
- The use of the paper GFD Checklist is no longer necessary.
- Pharmacy team members must follow the GFD training documents posted on StoreNet
  - *StoreNet> Rx Ops> Rx Integrity> Good Faith Dispensing*
- All pharmacy team members must provide feedback via the Team Member Feedback Application.
- Attached is the store pilot deployment list, the GFD Job aid, and FAQs

**Why this is important:**
- Provides enhanced ability for pharmacists to document their Good Faith Dispensing Review.
- Thorough GFD evaluation and detailed documentation ensures patient safety and protects Walgreens and our pharmacists.
- This new process will allow for GFD chain wide reporting and monitoring at the Corporate Support Center and more efficient reporting to federal and state entities including the DEA.
- There will now be increased transparency for our pharmacy team members into a full patient profile that includes all GFD documentation.

CONFIDENTIAL

WAGMDL01037323

**How you can support:**

| Next steps: | HCS | DM | Due by |
|---|---|---|---|
| Ensure all Pilot Stores have reviewed all training documents | R, A | R, A | 12/08/2019 |
| Encourage Pilot Store to provide feedback via the Team Member Feedback Application | R, A | R, A | |
| Provide your feedback via the Team Member Feedback Application | R, A | R, A | |

**Questions or feedback:**
If you have any questions or feedback, please use the following Team Member Feedback Application path: *Pharmacy > Compliance / RxIntegrity/ Good Faith Dispensing*

Thank you.

<eGFD Pilot Store List RHM.xlsx>
<eGFD FAQs v9.docx>
<eGFD Job Aid v9.docx>

CONFIDENTIAL

WAGMDL01037324