## Message

**From:** Polster, Natasha [tasha.polster@walgreens.com]
**Sent:** 6/30/2015 4:38:13 PM
**To:** Stahmann, Eric [eric.stahmann@walgreens.com]
**CC:** Bratton, Edward [edward.bratton@walgreens.com]; Daugherty, Patricia [patricia.daugherty@walgreens.com]
**Subject:** RE: T-GFD Sheets

Sigh.....

---

**From:** Stahmann, Eric
**Sent:** Tuesday, June 30, 2015 4:38 PM
**To:** Polster, Natasha
**Cc:** Bratton, Edward; Daugherty, Patricia
**Subject:** Re: T-GFD Sheets

I can only imagine what we're going to find out . Scott told me that a few stores had broken CII cabinets that didn't lock and never submitted a service ticket to get them fixed

Eric Stahmann MS, LPC, CPhT
Manager | Pharmaceutical Integrity | Western Operation
Walgreen Co.| 200 Wilmot Road | MS #2189
Deerfield, IL 60015
Office#: (847) 315-2688
Mobile#: (847) 274-5674
Fax#: (847) 368-6349

On Jun 30, 2015, at 3:40 PM, Polster, Natasha <tasha.polster@walgreens.com> wrote:

Ok, guys, put your seat belts on. I had a brief hallway discussion with Scott Jonkman the other day about how these audits were going and he said they are not going great. Given this bit of news, that concerns me. We will have to get a mitigation plan together on what we will do with the results to satisfy the MOA for any non-compliance we may have seen from the audit. I do not want to miss valuable working time so as soon as we get this, I would like you guys to get started on a recommendation. I am anticipating the worst, I hope that the results are not as bad as I am thinking they will be.

Tasha

---

**From:** Daugherty, Patricia
**Sent:** Tuesday, June 30, 2015 2:48 PM
**To:** Polster, Natasha
**Subject:** FW: T-GFD Sheets

This is news to me for HSRX sites, we don't require them to complete a TDGFD checklist for prescribers onsite?
Thanks
Patty

**From:** Coyle, Justin
**Sent:** Monday, June 29, 2015 11:15 AM
**To:** Daugherty, Patricia
**Cc:** Arrington, Sheila
**Subject:** FW: T-GFD Sheets

CONFIDENTIAL


PLAINTIFFS TRIAL EXHIBIT
P-20803_00001

WAGMDL00045962

Hi Patricia

Has this been considered to update the policy to reflect the direction on HSRX and implementing the GFD checklist.

Thank you,
Justin

Justin Coyle, Pharm D
Walgreen Co.
Regional Healthcare Director
m: 412-498-5047

**From:** Arrington, Sheila
**Sent:** Monday, June 29, 2015 10:48 AM
**To:** Coyle, Justin
**Subject:** T-GFD Sheets

Justin,

AP recently conducted BCI audits. One question was on attaching T-GFD sheets in HSRX in hospitals. We do not require them to attach for doctors in the hospital. However, that is not explained in GFD policy. Can we have the policy updated or have a communication on this exception?

Thank you,
Sheila


Sheila Arrington, RPh
Walgreen Co.
Area Healthcare Supervisor
Cell: (571) 358-0854

Sent from my iPhone, please excuse spelling errors.

CONFIDENTIAL

WAGMDL00045963