

Walgreens Controlled eRx Hard Copy Report

Rx#: [Redacted - Confidential PHI]

05/07/2018
DO NOT DISPENSE BEFORE: 05/07/2018

Patient: [Redacted - Confidential PHI]

Prescriber:
PATSY BUCCINO
24 S. State Street
Girard, OH 44420
NPI: 1982673232
DEA: BB2882923
Ph: 330-545-3467
F: 330-545-5041

eRx

Rx:
oxycodone 10 mg tablet
1 Tablet, every 4-6 hours
30 days supply
#120 Tablet(s)
Refills: 0
Substitution Allowed

Annotations:
05/07/2018 03:41:25 PM  Digital Signature Received
Annot'd by SYSTEM at Store 10569 on 05/07/2018 15:41:25

Page 1 of 3

Prescriber Info Cont'd: PATSY BUCCINO
Clinic: Buccino, Patsy D.O.
Diagnosis Codes
Primary: ICD10 M1990
Secondary: ICD10 M519

eRx sent to Store 10569 NABP 3675571
Walgreen Drug Store
2249 YOUNGSTOWN WARREN RD, NILES, OH 44446-4567
SureScripts Msg [Redacted - Confidential PHI]
Prescriber Ord[...]

Sent Time 05/07/2018 15:41:25 ET

Page 2 of 3

**Redacted - Confidential PHI**

Allergies:    No Allergies on file.

OXYCODONE 10MG IMMEDIATE REL TABS
KVK TECH
NDC: 10702-0056-01

Drug Class: C2
TAKE 1 TABLET BY MOUTH EVERY 4 TO 6 HOURS

Qty: 120.000    Days Supply: 30
Original Date: 05/07/2018
0 Refills before 05/07/2019
Refills Remaining when entered: NO
Substitution Allowed

PATSY BUCCINO
DEA#: BB1509275
24 S STATE ST
GIRARD OH 444202907
Phone: (330) 545-3467

Data Pat/Pbr rev by: KAL on 05/07/2018 14:17:12 at 10569
Data Prod rev by: KAL on 05/07/2018 14:17:12 at 10569
DUR (Clinical) rev by: KAL on 05/07/2018 14:17:18 at 10569
Prod rev by KAL on 05/07/2018 14:28:51 CST at 10569
Pharmacist of record: DMD on 05/07/2018 14:28:51 at 10569

Rx 1 of 1

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-23678_00001

WAGMDL01095838

P-23678 _ 00001

**05/07/2018**

eRx  DO NOT DISPENSE BEFORE: 05/07/2018

## Patient

# Redacted - Confidential PHI

## Prescriber

**PATSY BUCCINO**  Ph: **330-545-3467**

24 S. State Street  F: 330-545-5041

Girard, OH 44420

NPI: 1982673232

DEA: BB2882923

## Rx

**oxycodone 10 mg tablet**

1 Tablet. every 4-6 hours

**#120 Tablet(s)**  30 days supply

**Refills: 0**

Substitution Allowed

Page 1 of 3

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01095839

P-23678 _ 00002

# Target Drug Good Faith Dispensing Checklist

Patient Name: *Redacted - Confidential PHI* Date: 5-2-18

Please select c[ategory]:

Oxycodone __✓__ Hydromorphone ____ Methadone ____ Other (optional - district specific) ____

| # | Check boxes that apply to assist the pharmacist in determining if the prescription should be filled. Attach checklist to hard copy of Rx. | Yes | No |
|---|---|---|---|
| 1 | Valid government photo ID copied and attached to hard copy of Rx. For eRx, attach copy at pick-up. ID is optional for Hospice, oncology, bedside delivery, sickle cell patients, and patients known to the pharmacy staff, unless it is required by state regulations. | ☑ | ☐ |
| 2 | No prior GFD refusal for **this** exact prescription in patient comments in IC+ profile. If so, prescription must not be dispensed. | ☐ | ☑ |
| 3 | Patient has received this prescription from Walgreens before. | ☑ | ☐ |
| 4 | This prescription is from the same prescriber for the same medication as the previous fill. | ☑ | ☐ |
| 5 | 3rd Party Insurance is billed (If cash or a cash discount card, use caution). | ☑ | ☐ |
| 6 | Patient does not appear intoxicated or under the influence of illicit drugs. | ☐ | ☑ |

I attest, I have used the Target Drug Good Faith Dispensing Checklist validation procedures to validate the information above:

Technician Initials: _____

| | **Steps for Pharmacist to Complete** | Yes | No |
|---|---|---|---|
| 7 | If available in your state, PDMP has been reviewed. Prescription is being filled on time. If your state regulates early refills of controlled substance prescriptions, follow your state's regulations. | ☑ | ☐ |
| 8 | Patient and/or prescriber address is within geographical proximity to pharmacy; any variances can be reasonably explained. | ☑ | ☐ |
| 9 | Chronic prescription use can be explained and is supported by documentation (ICD 10 code or diagnosis consistent with chronic pain condition). | ☑ | ☐ |
| 10 | Per CDC recommendation, naloxone was offered to the patient in case of an emergency for Prescriptions ≥ 50 Morphine Milligram Equivalents (MME). *Please refer to the Internal Patient Talking Points #10-16 | ☑ | ☐ |

### MME Calculator Quick Reference Guide

| | | | |
|---|---|---|---|
| Codeine - 330mg/day = 49.5 MME | Fentanyl Patch - 20mcg/hour = 48 MME | Hydrocodone - 50mg/day = 50 MME | Hydromorphone - 12mg/day = 48 MME |
| Methadone up to 20mg/day = 80MME | Morphine - 50mg/day = 50 MME | Oxycodone - 33mg/day = 49.5 MME | Oxymorphone - 16mg/day = 48 MME |
| Tapentadol - 125mg/day = 50 MME | Tramadol - 400mg/day = 40 MME | | |

Refer to Opioid Dosage Calculator and CDC handout "Calculating Total Daily Dose of Opioids for Safer Dosage"

If in your professional judgment a call to the prescriber's clinical staff is warranted, document conversation in notes section. If no call is required, complete this form with your signature.

*(For Hospice, oncology, and sickle cell patients only: RPh may fill the prescription without verification provided the elements of Good Faith Dispensing are met.)*

**Notes:**

I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures and my professional judgment to review this prescription and I have:

Dispensed: ☑ Pharmacist signature _[signature]_

Refused: ☐ (RPh must inform patient of refusal and make a copy of the Rx for the refusal file folder)

Proprietary & Confidential. This Checklist and the information contained herein is a Trade Secret of Walgreen Co.

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01095840

P-23678 _ 00003