Message

**From:** Daugherty, Patricia [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-DAUGHERTY, PATRICIA M. (F1120697]
**Sent:** 5/22/2014 8:21:23 AM
**To:** Polster, Natasha [tasha.polster@walgreens.com]
**CC:** Bratton, Edward [edward.bratton@walgreens.com]; Stahmann, Eric [eric.stahmann@walgreens.com]; Dymon, Christopher [christopher.dymon@walgreens.com]
**Subject:** RE: GFD Comments

I think that's probably a good idea. TDGFD comments are only supposed to be for one script each time, so technically other than ID info that may be in the comments, other info could be purged.
Patty

**From:** Polster, Natasha
**Sent:** Wednesday, May 21, 2014 5:43 PM
**To:** Bratton, Edward; Stahmann, Eric; Dymon, Christopher; Daugherty, Patricia
**Subject:** FW: GFD Comments

Thoughts on this?

**From:** Kratofil, Keri
**Sent:** Wednesday, May 21, 2014 5:17 PM
**To:** Polster, Natasha
**Cc:** Gubbins, Terry
**Subject:** GFD Comments

Tasha,

I wanted to reach out to you about your thoughts on the GFD comments. The comments section is getting full for many patients and requiring the deletion of comments (not just GFD but other comments as well). Especially in the Florida area where the TD-GFD has been going on so long, is it OK to give direction around purging of old GFD comments? I wanted to run this past you before anything was done.

Be Well,
Keri

**Keri Kratofil**
Walgreen Co.
Naples District 119
12550 Professional Park Drive, Unit 1
Ft. Myers, FL 33913
Phone: 239.482.0050 ext 0
Fax: 239.482.1610

PLAINTIFFS TRIAL EXHIBIT
P-25621_00001

WAGFLAG00028501

CONFIDENTIAL



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

CONFIDENTIAL

WAGFLAG00028502