| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | William Mobley |
| **CC:** | Doug Henger |
| **Sent:** | 4/12/2013 12:31:37 PM |
| **Subject:** | RE: License verification |

At this point this Prescriber still has all the necessary credential to practice medicine. I would encourage you to review POMs 203,1311,1316,1317,1319 and 1703. Pharmacists are granted the ability to exercise their professional judgment and choose to refuse to fill any prescription if they feel the prescription was written for other than a legitimate medical purpose. Even after the Pharmacist established that there is a Dr/Patient relation, the Pharmacist is still allowed to refuse to fill a prescription on an individual prescription basis, no blanket refusals are allowed by the Boards of Pharmacy. I believe these prescription fall in to this category. When any of the pharmacists on you team decide to not fill a prescription, then the requirements of POM 1703 apply and a refusal to fill or fraudulent activity webform is required to be submitted. The documentation of these refusals is to provide details of the incident for the purposes of supporting the Pharmacists in their decision should any complaint be filed by a prescriber or patient with the Medical Board or Board of Pharmacy.

Feel free to give me a call I would be happy to discuss your concerns. Unfortunately there are many prescribers that write for large quantities of controlled substances, however this does not mean that you as a professional are required to fill these prescriptions. Walmart encourages and supports the Pharmacist in exercising their professional judgment, we simply ask that you follow the policies and procedures outlined in the Pharmacy operations manual to protect you and the company from false claims of discrimination from the Prescriber or the patient. We appreciate your concerns and understand the impact to your practice. Let us know how we can help.

Here is the screen shot from the DEA



**DEA Registration Validation Result:**

**DEA Number:** BO6319013

This DEA Number is ACTIVE

**Name (Last, First):** ONONUJU , CHIDOZIE JOSHUA DO

PLAINTIFFS TRIAL EXHIBIT
P-26874_00001

CONFIDENTIAL

WMT_MDL_001358216
P-26874 _ 00001

**Business Activity:** PRACTITIONER-DW/30

**Business Address 1:** 1320 NORTH MI AVE

**Business Address 2:** SUITE 2

**Business Address 3:**

**City:** SAGINAW

**State:** MI

**Zip:** 48602

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 12-31-2013

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

---

**From:** William Mobley
**Sent:** Thursday, April 11, 2013 7:29 PM
**To:** Brad Nelson
**Cc:** Doug Henger
**Subject:** FW: License verification

Brad,

Is the below string something that you can help with?  We have been notified by a Pharmacist at Walgreens in the area that a doctor has an issue with his license and that we should not fill scripts.  We are having difficulty verifying and getting enough information to ensure that we are correct in declining scripts.

Thanks for your help.

Will Mobley **Health and Wellness Director Market 511**
Phone 989.837.8385  Cell 479.899.5679  Fax 989.837.8386
wamoble@wal-mart.com
Wal-Mart Stores, Inc.

CONFIDENTIAL

WMT_MDL_001358217
P-26874 _ 00002

910 Joe Mann Blvd.
Midland, MI 48642
Save money. Live better.

---

**From:** Michael Schultz - mdschul.s02644
**Sent:** Thursday, April 11, 2013 5:35 PM
**To:** William Mobley
**Subject:** RE: Lisence verification

Dr. Chidozie Joshua Ononuju
NPI 1316984750
DEA# BO6319013
MI License # 5302032802

Let me know if you need anything else.
Thanks,

Michael Schultz **Pharmacy Manager**
Market 511, Store #2644
Phone 989-497-8112, Fax 989-497-8114
mdschul.s02644@wal-mart.com

Wal-mart
5825 Brockway Rd.
Saginaw, MI 48638
Save money. Live better.

---

**From:** William Mobley
**Sent:** Thursday, April 11, 2013 1:24 PM
**To:** Michael Schultz - mdschul.s02644
**Subject:** Fw: Lisence verification

Mike,

Please reply with the Dr. info that we just discussed.

Thanks,

Will Mobley Health and Wellness Market Manager 511
Phone 989.837.8385 Cell 479.899.5679 Fax 989.837.8386
wamoble@wal-mart.com

Wal-Mart Stores, Inc.
910 Joe Mann Blvd.
Midland, MI 48642
Save money. Live better.

CONFIDENTIAL

WMT_MDL_001358218
P-26874 _ 00003

**From**: Jeff Kauffman - jkauffm
**Sent**: Thursday, April 11, 2013 12:34 PM Central Standard Time
**To**: William Mobley
**Subject**: Re: Lisence verification

Contact in lansing confirms disciplinary action taken but we would have to go thru on line foia to get additional info

---

**From**: William Mobley
**Sent**: Wednesday, April 10, 2013 01:05 PM Central Standard Time
**To**: Jeff Kauffman - jkauffm
**Subject**: Re: Lisence verification

Thanks. I am at care work shop at the moment.

Will Mobley Health and Wellness Market Manager 511
Phone 989.837.8385 Cell 479.899.5679 Fax 989.837.8386
wamoble@wal-mart.com

Wal-Mart Stores, Inc.
910 Joe Mann Blvd.
Midland, MI 48642
Save money. Live better.

---

**From**: Jeff Kauffman - jkauffm
**Sent**: Wednesday, April 10, 2013 01:00 PM Central Standard Time
**To**: William Mobley
**Subject**: Re: Lisence verification

I do will give them a call. Also Brad Nelson would be our contact at home office to get even faster answer

---

**From**: William Mobley
**Sent**: Wednesday, April 10, 2013 12:43 PM Central Standard Time
**To**: Jeff Kauffman - jkauffm
**Cc**: Michael Schultz - mdschul.s02644
**Subject**: Fw: Lisence verification

Jeff,

Do you have a contact for the below?

CONFIDENTIAL

WMT_MDL_001358219

P-26874 _ 00004

Will Mobley Health and Wellness Market Manager 511
Phone 989.837.8385 Cell 479.899.5679 Fax 989.837.8386
wamoble@wal-mart.com

Wal-Mart Stores, Inc.
910 Joe Mann Blvd.
Midland, MI 48642
Save money. Live better.

---

**From**: Michael Schultz - mdschul.s02644
**Sent**: Wednesday, April 10, 2013 10:02 AM Central Standard Time
**To**: William Mobley
**Subject**: Lisence verification

Will,
Do we have a contact at the State of Michigan? I have a local dr that has been investigated by the state. According to a competitor, his license is not valid. The problem is that the license verification information at the state states his license status is "Disiplinary Limited." I can't get confimation as to what that specifically means. The state requires that we request the information through the freedom of information act available through a request via email. My wal-mart email does not allow me to email the state for clarification. Also, I'm having trouble gaining access to Relay Health. Any ideas where to start so we are legally correct in our response to the dr's office?

Michael Schultz **Pharmacy Manager**
Market 511, Store #2644
Phone 989-497-8112, Fax 989-497-8114
mdschul.s02644@wal-mart.com

Wal-mart
5825 Brockway Rd.
Saginaw, MI 48638
Save money. Live better.

CONFIDENTIAL