| | |
|---|---|
| **From:** | Brad Nelson |
| **To:** | Caroline Riogi |
| **Sent:** | 3/20/2013 2:26:24 PM |
| **Subject:** | FW: MD Under Investigation |

FYI

My response to Marcey, see email below to explain the reason for the response.

---

**From:** Brad Nelson
**Sent:** Wednesday, March 20, 2013 9:21 AM
**To:** Marcey Cring
**Subject:** RE: MD Under Investigation

You are wise beyond your years!!! You are 100% correct in stating that we are not offered the ability to blanket refuse prescriptions from a practice or prescriber. If this Prescriber is such a danger to the public safety then the DEA or Medical board needs to suspend his registration or his license.

I would encourage you to review POMs 203,1311,1316,1317,1319 and 1703. Pharmacists are granted the ability to exercise their professional judgment and choose to refuse to fill any prescription if they feel the prescription was written for other than a legitimate medical purpose. Even after the Pharmacist established that there is a Dr/Patient relation, the Pharmacist is still allowed to refuse to fill a prescription on an individual prescription basis, no blanket refusals are allowed by the Boards of Pharmacy. I believe these prescription fall in to this category. When any of the pharmacists on you team decide to not fill a prescription, then the requirements of POM 1703 apply and a refusal to fill or fraudulent activity webform is required to be submitted. The documentation of these refusals is to provide details of the incident for the purposes of supporting the Pharmacists in their decision should any complaint be filed by a prescriber or patient with the Medical Board or Board of Pharmacy.

Feel free to give me a call I would be happy to discuss your concerns. Unfortunately there are many prescribers that write for large quantities of controlled substances, however this does not mean that you as a professional are required to fill these prescriptions. Walmart encourages and supports the Pharmacist in exercising their professional judgment, we simply ask that you follow the policies and procedures outlined in the Pharmacy operations manual to protect you and the company from false claims of discrimination from the Prescriber or the patient. We appreciate your concerns and understand the impact to your practice. Let us know how we can help.

FYI I have received 2 refusal to fill web forms from this club in the 2 years since we implemented the POM 1703. Both were in 2012 and only one was from Dr Walters.


Brad Nelson, RPh,
**Senior Manager, Corporate Compliance**
**Health and Wellness Practice Compliance**
Office: 479-277-6339 Fax: 479-277-9679
Brad.Nelson@wal-mart.com

Walmart ☀ **Compliance**
*The Right Way- Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

**PLAINTIFFS TRIAL EXHIBIT**
**P-26882_00001**

CONFIDENTIAL

WMT_MDL_001468783
P-26882 _ 00001

**From:** Marcey Cring
**Sent:** Wednesday, March 20, 2013 7:49 AM
**To:** Brad Nelson
**Cc:** Marcey Cring
**Subject:** FW: MD Under Investigation

Brad,

I asked my manager in Augusta, GA to send me this information so I could pass it on.  As I talked to the pharmacists at that location they advised me that the local DEA agent specifically asked them not to fill prescriptions from a particular prescriber and both the agent and provider information is below.  For now I advised them we cannot honor that request (blank refusals) but I would share this with you for review in case we wanted/needed to make an exception.

Please let me know how to proceed after you or your team speak with Bruce.  Thank you.

Marcey Cring
479-366-5063

---

**From:** Melody Odom - mjodom.s08115
**Sent:** Tuesday, March 19, 2013 4:53 PM
**To:** Marcey Cring
**Subject:** MD Under Investigation

Hey Marcey!

Thank you for taking to the time talk with us about the refusal to fill situation today. We will be more vigilant about the situations in the future. Additionally, I recently heard information about GA starting up a PMP which will alleviate this situation greatly.

Just wanted to send you the information on the medical practice and physician that is over-prescribing multiple CII's, Oxycodone 30mg in particular. He is currently under investigation. We will make every effort to fill these scripts now unless overdosage amounts are prescribed.

The practice in question is:
Atlantic Medical Group, LLC
1518 Monte Sano Avenue
Augusta, GA 30904
Phone: 706-504-4323
Fax: 706-504-4325

Previous MD, currently indicted:
Bruce Tetalman, DEA: FT1933046

Current MD, currently under investigation:
Griffin Guerry Walters, DEA: AW1736163, SC License: 11496, GA License: 27467

As my understanding goes, the DEA has attempted to shut down the practice, but since it is not owned by the physicians they hire they are having difficulty. Also, they shut down a previous location and the owners just opened up a new business somewhere else in town. They do not accept medical insurance, if patients are willing to pay a $500 office visit fee, the physician will write you anything you want. I've never been there myself, but multiple patients have confirmed this for me.

The GADEA agent who advised me not to fill and provide patients with his contact phone number if they became aggressive is Joseph Arp, phone: 404-549-0815. We have had a few of their patients become aggressive and we were honestly out of stock in those two situations. I do have additional personal testimony of an independent pharmacy owner who was threatened by the owners of the practice right before the previous physician was indicted.

If I need to send this information onto another contact, please let me know. This medical practice and current physician are our main concern as far as filling illegitmate prescriptions.

M. Jill Odom; Pharm.D.
Pharmacy Manager
Sam's Club #8115
Phone 706-863-9693
mjodom.s08115@clubs.us.wal-mart.com

**Savings Made Simple**<sup>SM</sup>

CONFIDENTIAL