| | |
|---|---|
| Message | |
| From: | Polster, Tasha [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-POLSTER, NATASHA F. ( NF6A8A3087] |
| Sent: | 12/16/2012 5:49:56 PM |
| To: | Doyle, Dan (dan.doyle@walgreens.com) [dan.doyle@walgreens.com] |
| Subject: | FW: Proposed org chart |
| Attachments: | image001.png; image002.png; RxIntegrity Propsed Org Chart 12.2012 POLSTER.pptx |

With org chart attached this time.....

**From:** Polster, Tasha
**Sent:** Sunday, December 16, 2012 5:48 PM
**To:** Doyle, Dan
**Subject:** Proposed org chart

**Redacted – Attorney Client Privileged and Attorney Work Product**

Thanks and Be well,
Tasha

### For the business case for RxIntegrity Group
**Background**
The DEA has alleged that Walgreens suspicious order monitoring program for controlled substances is inadequate and has taken [redacted] enforcements actions against 3 Florida pharmacies and the Jupiter Distribution Center. In addition to the actions against their registrations, DEA is demanding civil penalties, [redacted]
[redacted] The DEA has confirmed that additional regulatory actions are pending against other Walgreen facilities, due to the issues uncovered in their current investigation.

In response, the Company has enhanced its suspicious order monitoring program for controlled substances in an effort to convince DEA [redacted] that our new processes will ensure that similar incidents do not recur.

The updated suspicious order monitoring (SOM) program is currently being piloted. Once turned on for all controlled medications nationwide, it is expected to generate thousands of "orders of interest" per week. These "orders of Interest" will all require review prior to allowing the drugs to be shipped to our pharmacies. Without adequate resources to review these orders, the program will not have the necessary impact. The DEA would view this as further failures of our internal processes, which could potentially result in additional pharmacies and distribution centers being subjected to regulatory actions and ultimately prohibited from handling controlled substances. In addition, without the additional resources to timely review the "orders of interest", shipments of controlled substances to our pharmacies will be delayed or held, further negatively impacting the business.

**Work that needs to be done**
The SOM system has been turned on to "tracking" for the chain for all controlled substances, per the chart below, for last week we had 14,000 items that the stores ordered across the chain that would have to be investigated.

PLAINTIFFS TRIAL EXHIBIT P-00027_00001

WAGMDL00659270

HIGHLY CONFIDENTIAL

## Controlled Substance Reporting
Chain



| Sched | Description | Order Items Flagged | | By Reason Code | | | | Store Manually Chg Order | | System Reduced Or | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | # Wks | Tol Limit | Ceiling Limit | Both Tol and Ceiling | Inv Adj | Total | % of Tot Flagged | Tol Limit | Ceiling Limit | Total |
| Total | Drugs Flagged | 24902 | 1 | 3222 | 14855 | 142 | 7158 | 5804 | 23% | 3300 | 780 | 4077 |
| C2 | Schedule II | 5606 | 1 | 988 | 3506 | 24 | 1201 | 2135 | 38% | 999 | 479 | 1476 |
| C3 | Schedule III | 7665 | 1 | 629 | 3836 | 39 | 3322 | 1241 | 16% | 651 | 0 | 651 |
| C4 | Schedule IV | 6352 | 1 | 194 | 4606 | 32 | 1628 | 589 | 9% | 222 | 301 | 522 |
| C5 | Schedule V | 2888 | 1 | 236 | 1914 | 33 | 767 | 548 | 19% | 258 | 0 | 258 |
| Total C2-C5 | | 22511 | 1 | 2047 | 13862 | 128 | 6918 | 4513 | 20% | 2130 | 780 | 2907 |
| PSE | Pseudoephedrine | 1093 | 1 | 68 | 993 | 14 | 35 | 167 | 15% | 80 | 0 | 80 |
| | Other | 1298 | 1 | 1107 | 0 | 0 | 205 | 1124 | 87% | 1090 | 0 | 1090 |

**Orders that were cut**
For the 17 items we have turned on, we generated 470 orders where store's inventory for the drug was cut to zero and these orders need to be investigated before we can potentially put more product into the store.

## Controlled Substance Reporting
Chain



### Unique Items/Stores by % of Ceiling

| Operation | Name | ≥100% | | 91-99% | | 76-90% | | 50-75% | |
|---|---|---|---|---|---|---|---|---|---|
| | | Items | Stores | Items | Stores | Items | Stores | Items | Stores |
| | Total | 17 | 470 | 17 | 691 | 17 | 775 | 17 | 2,810 |
| 2 | SOUTHERN | 11 | 138 | 14 | 176 | 15 | 152 | 16 | 705 |
| 3 | EASTERN | 13 | 108 | 15 | 166 | 15 | 203 | 17 | 626 |
| 1 | WESTERN | 15 | 121 | 15 | 188 | 17 | 222 | 17 | 735 |
| 4 | MIDWEST | 15 | 103 | 15 | 161 | 16 | 198 | 17 | 744 |

**Proposal**
I am requesting that the full team compliment, which includes a manager for each division as well as 2 analysts under each manager, a total of 12 headcount, be approved immediately. We originally thought that 2 managers and 2 BAs would get us started and then we would slowly ramp up over the next year or two. We see now that this is not going to be enough to handle the amount of work that needs to be done. Each order of interest has to be investigated before more product can be added to the store.

HIGHLY CONFIDENTIAL

WAGMDL00659271

HIGHLY CONFIDENTIAL

WAGMDL00659272



