## Good Faith Practices (Revised 08/01/98)

The pharmacist **must** use the elements of Good Faith dispensing in conjunction with state and federal controlled substances when filling **all** prescriptions.  The pharmacist must determine if a prescription for a controlled substance is dispensed for a legitimate medical purpose.

### Elements

The elements of Good Faith dispensing that should alert a pharmacist to questionable circumstances are:

- Numerous controlled substance prescriptions written by the same prescriber or numerous prescribers.
- Numerous prescriptions submitted by the same person.
- Increased frequency of prescriptions for the same controlled drug:
  - by one prescriber
  - for large numbers of patients
  - For quantities beyond those normally prescribed
- Unusual dosages or instructions in conflict with approved labeling
- Unusual geographical distances between patient, pharmacist, and prescriber
- Consistent prescription of habit-forming drugs
- Lack of consistency of prescriber/patient relationship

If a pharmacist becomes aware of circumstances including one or more elements of Good Faith dispensing, the pharmacist should:

- Not dispense the drug
- Notify the Pharmacy Supervisor

### Verbal Prescriptions

**Do not** accept verbal prescriptions for new patients and/or new prescribers unless:

- You verify the identity of the prescriber.
- You verify that the prescriber has authority to prescribe controlled substances.

**Note:**  The telephone number received via verbal prescription must match the number in the telephone directory.

Regular dispensing of verbal controlled drug prescriptions to the same patient from the same or different prescribers **must not** continue until the pharmacist establishes existence of a patient-prescriber relationship and/or a legitimate medical purpose for the medication.

The pharmacist **must** exercise professional judgement regarding the patient's continued need for controlled substances.  The pharmacist must contact the prescriber when all elements of Good Faith dispensing cannot be met.

Notify your Pharmacy Supervisor if a prescriber fails to provide hard copy for a Schedule II telephone prescription.  The Pharmacy Supervisor will evaluate the situation and contact the appropriate regulatory agencies, if necessary.



DEFENDANT
EXHIBIT

**WAG-MDL-00018**

WAGMDL00335022

HIGHLY CONFIDENTIAL

WAG-MDL-00018.00001

**Related Topics:**

- Policy:Accepting and Filling New Prescriptions
- Procedure: Accepting and Filling New Prescriptions
- Policy: Partial Fills

WAGMDL00335023

HIGHLY CONFIDENTIAL

WAG-MDL-00018.00002