## National Target Drug Good Faith Dispensing Checklist

| Patient Name: | | Rx #: | Date: |
|---|---|---|---|

Please select **drug** & provide **strength** (tablets/capsules only):

Oxycodone __15__    Hydromorphone_____    Methadone_____    Other (optional - district specific)_____

Check boxes that apply to determine if the prescription can be filled. Attach checklist to hard copy of Rx.

| | Yes | No | Mandatory Checklist Requirements; Must be Yes to fill prescription. | RPh/Tech Initials |
|---|---|---|---|---|
| 1 | ☒ | ☐ | Valid government photo ID copied and attached to hard copy. For eRx, attach copy at pick-up. | |
| 2 | ☒ | ☐ | No GFD refusal for this particular prescription in patient comments on IC+ profile. | |
| 3 | ☒ | ☐ | If available in your state, PDMP has been reviewed, printed and attached to hard copy. | |
| | | | Additional Checklist Requirements; every "no" is a red flag. Use your professional judgment to assess the prescription. | |
| 4 | ☐ | ☒ | Patient has received this prescription from Walgreens before. | |
| 5 | ☒ | ☐ | This prescription is from the same prescriber for the same medication as the previous fill. | |
| 6 | ☒ | ☐ | Patient and/or prescriber address is within geographical proximity to pharmacy; variances can be explained. | |
| 7 | ☐ | ☐ | Prescription is being filled on time. | |
| 8 | ☒ | ☐ | 3rd Party Insurance is billed (cash or a cash discount card is a red flag). | |
| 9 | ☒ | ☐ | Quantity is 120 units or less; or 60 units or less if paid by cash or cash discount card. | |
| 10 | ☐ | ☒ | Patient has been on this same medication strength and dose for less than 6 months. | |

**If in your professional judgement a call to the prescriber is warranted, review step 11.**
**If no call is required, complete this form with your signature.**

| 11 | ☐ | ☐ | **Call to Prescriber** |
|---|---|---|---|

To begin the conversation with the prescriber, verify/confirm any number of the following points ( *document in notes section* ).
* Prescription is written within prescriber's scope of practice
* Diagnosis
* Therapeutic regimen is within standard of care
* Expected length of treatment
* Date of last physical and pain assessment
* Use of alternative/lesser prescription medications for pain control
* Coordination with other clinicians involved in patient care

**For Hospice and Oncology patients only:**
If unable to reach the prescriber, RPh may fill the Rx without verification by the prescriber provided the elements of Good Faith Dispensing are met.

I attest that I have used the Good Faith Dispensing Checklist validation procedures and my professional judgement to review this prescription and I have:

☐ Dispensed:    Product review Pharmacist signature _____
☒ Refused:      Pharmacist signature _____
                (RPh must fax a copy of the refused Rx Hard Copy to DEA. FL use webform)

Proprietary & Confidential, Property of Walgreen Co.

Notes: per PDMP the patient is getting #360 methadone 10mg at over to HS pharmacy - both are short acting narcotics and I don't feel comfortable filling this Rx while [Redacted - Confidential PII] is getting the methadone.

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01138860

# Ohio Automated Rx Reporting System

77 South High Street, Room 1702; Columbus, OH 43215-6126
-Equal Opportunity Employer and Service Provider-

TEL: 614/466-4143    E-MAIL: Info@ohiopmp.gov    Fax: 614/644-8556
TTY/TDD: Use the Ohio Relay Service 1-800/750-0750    URL: http://www.ohiopmp.gov

## Patient Rx History Report

Date: 4/15/2013 3:52:26 PM

Redacted - Confidential PHI

11110904

Patients included in report that appear to match search criteria

**Redacted - Confidential PHI**

**Redacted - Confidential PHI**

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01138861
WAG-MDL-02604.00898

Redacted - Confidential PHI

DATE:4/15/2013 3:52:26 PM
Page 2 of 2

## PATIENT RX HISTORY REPORT

**Prescribers for prescriptions listed:** 2

| | |
|---|---|
| JA TOL 6 | JAMES E TOLIVER, JR MD; 2111 BELMONT AVENUE, YOUNGSTOWN, OH 44505 |
| PE BRA 8 | PETER D BRASSE, DDS; 6285 YOUNGSTOWN-WARREN RD., NILES, OH 44446 |

**Pharmacies that dispensed prescriptions listed:** 3

| | |
|---|---|
| DDM61 | DISCOUNT DRUG MART #61; 107 SOUTH CHESTNUT ST., JEFFERSON, OH, 44047, PHONE (440) 576-3111 |
| Overholt2 | BELLEVUE MEDICINE SHOPPE INC; DBA CHAMPION MEDICINE SHOPPE, 4619 MAHONING AVE. N.W., WARREN, OH, 44483, PHONE (330) 847-8000 |
| W-G5549 | WALGREEN CO.; DBA: WALGREENS # 05549, 804 W MARKET ST., WARREN, OH, 44485, PHONE (330) 393-3031 |

**Disclaimer:** The State of Ohio does not warrant the above information to be accurate or complete. The Report is based on the search criteria entered and the data entered by the dispensing pharmacy. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01138862

WAG-MDL-02604.00899

2116 6664-1307



There's a way

**Date:**   **Pages:** 2

**To:** Drug Enforcement Administration

**Fax:**   **Phone:**

**From:** Walgreens #

**Fax:**   **Phone**

A Walgreens pharmacist at this location has determined that the enclosed prescription is forged, altered, issued outside of the usual course of professional practice, and/or does not meet the elements of good faith.

Per an OARS report this patient is getting #360 methadone 10mg from the same prescriber, at another pharmacy. These are both short-acting narcotics and I don't feel comfortable filling this rx when [Redacted - Confidential PII] is already getting the methadone.

CONFIDENTIAL HEALTH INORMATION:
Healthcare information is personal information related to a person's healthcare. It is being faxed to you after appropriate authorization or under circumstances that don't require authorization. You are required to maintain it in a safe, secure and confidential manner. Re-disclosure without the appropriate customer/patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state laws.
IMPORTANT WARNING
This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify me immediately.

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01138863



CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01138864