## BCI Executive Summary

1. Number of CII prescriptions that are not stickered (from 1 random C-II Rx file folder) within the past 6 months.
Number of CII prescriptions NOT stickered:

0 = 2,155 Stores (89.5%)
1= 134 Stores (5.6%)
10 or less = 80 Stores (3.3%)
11 or more = 38 Stores (1.6%)
2,407 Stores audited (89.5% compliance rate)

2. Number of CIII-CV prescriptions that are not stickered (from 1 random CIII-CV Rx file folder) within the past 6 months.
Number of CIII-CV prescriptions NOT stickered:

0 = 1,572 Stores (65.3%)
1 = 258 Stores (10.7%)
2-5 = 368 Stores (15.2%)
6-10 = 95 Stores (3.9%)
11 or more = 114 Stores (4.7%)
2,407 Stores audited (65.3% compliance rate)

3. Stores must retain hard copies of Walgreens pharmacy prescriptions for 10 years plus the current year and must have all records stored in a secured area designated for pharmacy records (not accessible to the public).
Are records stored in a secured area designed for pharmacy records?

Yes = 2,306 Stores (97.1%)
No = 69 Stores (2.9%)
N/A = 33 Stores (1.4%)
2,408 Stores audited (97.1% compliance rate)

4. Records older than 5 years may be secured at an off-site location (i.e., Iron Mountain). Stores that have records stored off-site must have the printed "Iron Mountain Validated Box Report" in File #2. If records are stored off-site, is there an "Iron Mountain Validated Box Report" in File #2 (in a designated file drawer or blue tote)?

Yes = 535 Stores (22.4%)
No = 852 Stores (35.7%)
N/A = 999 Stores (41.9%)
2,386 Stores audited
*207 Stores had pharmacy records older than 5 years still on site
*77 Stores had pharmacy records older than 10 years still on site

5. When Target Drug prescriptions are dispensed, pharmacy team members are responsible for completing the Target Drug Good Faith Dispensing (TD GFD) Checklist.
Number of FILLED Target Drug prescriptions that did not have a completed TD GFD Checklist attached:

0 = 1,432 Stores (59.5%)
1 = 377 Stores (15.7%)
2-5 = 455 Stores (18.9%)
6-10 = 133 Stores (5.5%)
11 or more = 10 Stores (0.4%)
2,407 Stores audited (59.5% compliance rate)

DEFENDANT EXHIBIT
WAG-MDL-02606

HIGHLY CONFIDENTIAL

WAGMDL00014995

WAG-MDL-02606.00001

6. If the pharmacist determines a Target Drug prescription does NOT meet GFD requirements, a copy of the refused prescription and completed TD GFD Checklist must be in the refusal file. After reviewing the refusal California file folder(s) for calendar 2015, how may refused TD prescriptions were identified?

0 = 1,160 Stores
1 = 271 Stores
2 -5 = 502 Stores
6-10 = 233 Stores
11-25 = 176 Stores
26 or more = 63 Stores

2,405 Stores audited
*Store with the most refused prescriptions = 336 prescriptions)

7. If the pharmacist determines a TD prescription does NOT meet GFD requirements, a copy of the refused prescription and completed TD GFD Checklist must be in the refusal file. After reviewing the refusal California file folder(s) for calendar 2015, how many REFUSED TD prescriptions lacked a completed TD GFD Checklist?

0 = 1,820 Stores
1 = 216 Stores
2-5 = 240 Stores
6-10 = 79 Stores
11-25 = 41 Stores
25 or more = 8 Stores

2,404 Stores audited

8. It is required that each dispensing pharmacist signs their first and last names and dates the Rx Activity Log Book at the completion of their shift. After reviewing the log books for the months of March, April and May in 2015, how many days lacked a pharmacist signature for each day the pharmacy was open?

0 = 1,212 Stores
1 = 228 Stores
2-5 = 375 Stores
6-10 = 166 Stores
11-25 = 185 Stores
26-60 = 110 Stores
60 or more = 110 Stores

2,386 Stores audited

Open ended responses/comments:
I:\ADM\Hlthsvcs\RXIntegrity\Rx Integrity Team Files\Eric\BCI Open ended responses-comments.xlsx

HIGHLY CONFIDENTIAL

WAGMDL00014996

WAG-MDL-02606.00002