

PLAINTIFFS TRIAL EXHIBIT
P-22946_00001

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01139001

P-22946 _ 00001

Redacted - Confidential PHI

DATE: 3/19/09
Page 3 of 3

### PATIENT Rx HISTORY REPORT

| | |
|---|---|
| RU QUA | RUTH QUARLES F, MD; 2600 ELM ROAD,, CORTLAND OH 44473 |
| TE FAU | TED FAULL WESLEY, MD; HOUSECALL MD, LLC, 91-2 LEMANS DR.,, YOUNGSTOWN OH 44512 |

#### Pharmacies that dispensed prescriptions listed

| | |
|---|---|
| DDM25 | DISCOUNT DRUG MART #25; 8500 MENTOR AVENUE, MENTOR OH 44060, PHONE (440) 255-0040 |
| R-A3195 | RITE AID OF OHIO; DBA RITE AID PHARMACY #3195, 180 N STATE STREET, PAINESVILLE OH 44077, PHONE (440) 352-0627 |
| R-A4605 | RITE AID OF OHIO, INC T/A; RITE AID DISC PHAR #4605, 4205 EAST MARKET STREET, WARREN OH 44484, PHONE (330) 856-1794 |
| Trumbull | TRUMBULL/MAHONING MEDICAL GRP; INC, PHARMACY, TRUMBULL/MAHONING MED GRP INC, 2600 ELM ROAD, CORTLAND OH 44410, PHONE (330) 372-8841 |
| W-G4294 | WALGREEN CO.; DBA: WALGREENS # 04294, 5881 SOM CENTER RD., WILLOUGHBY OH 44094, PHONE (440) 946-4357 |
| W-G4317 | WALGREEN CO.; DBA: WALGREENS # 04317, 9400 MENTOR AVE., MENTOR OH 44060, PHONE (440) 255-6247 |
| W-G5549 | WALGREEN CO.; DBA: WALGREENS # 05549, 804 W MARKET ST, WARREN OH 44485, PHONE (330) 393-3031 |
| W-G5821 | WALGREEN CO.; DBA: WALGREENS # 05821, 132 RICHMOND STREET, PAINESVILLE OH 44077, PHONE (440) 350-1928 |

#### Patients that match search criteria

Redacted - Confidential PHI

Disclaimer: The State of Ohio does not warrant the above information to be accurate or complete. The Report is based on the search criteria entered and the data entered by the dispensing pharmacy. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

CONFIDENTIAL PROTECTED HEALTH INFORMATION
HIGHLY CONFIDENTIAL

WAGMDL01139005

P-22946 _ 00005