Print Form

MINUTES OF PROCEEDINGS

HONORABLE    Dan A. Polster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

In Re:  National Prescription Opiate Litigation

_____

vs.

_____

Date:    10/28/21

Case No.:    1:17md2804

Court Reporter:    Heather Newman

ECRO:

INTERPRETER:

Counsel for Plaintiff:    Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier, Maria Fleming

Counsel for Defendant:    Graeme Bush, Eric Delinsky, Sasha Miller, Paul Haynes (CVS), Kaspar Stoffelmayr, Kate Swift, Brian Swanson (Walgreens),Tara Fumerton, John Majoris, TinaTabacchi (Walmart)

☐ Case Management Conference  ☐ Telephonic Status/Pretrial Conference
☐ Status Conference  ☐ Motion Hearing
☐ Final Pretrial Conference  ☒ Jury Trial
☐ Settlement Conference  ☐ Bench Trial
☐ Hearing  ☐ Other: _____

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☐ Defendant(s) opening statements | |
| ☐ Evidence began; continued | ☐ Evidence continued | ☐ Evidence concluded |
| ☐ Plaintiffs case begun | ☐ Plaintiffs case continued; not concluded | ☒ Concluded |
| ☒ Defendants case begun | ☐ Defendants case continued ;not concluded | ☐ Concluded |
| ☒ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☐ Plaintiff(s) final argument | ☐ Defendant(s) final argument | |
| ☐ Charge to the jury | | |
| ☐ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☐ Verdict | | |
| ☒ Exhibits Located:__w/cnsl___ | ☐ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:    10/29/21

Comments:    Defendants' witness 2 - George Pavlich, witness 3 - Dr. Robert Wailes

s/  Robert Pitts

Courtroom Deputy Clerk

Time:_7 hrs