✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Northern | DISTRICT OF | Ohio |

In Re: National Prescription Opiate Litigation

## EXHIBIT AND WITNESS LIST

V.

Case Number: 1:17md2804

| PRESIDING JUDGE<br>Dan A. Polster | PLAINTIFF'S ATTORNEY<br>Mark Lanier, et al | DEFENDANT'S ATTORNEY<br>Eric Delinsky, et al |
|---|---|---|
| TRIAL DATE (S)<br>10/27/2021 | COURT REPORTER<br>Heather Newman | COURTROOM DEPUTY<br>Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wtns 14,16-18 | | | | | Mark Vernazza (14), Michelle Travassos (16), April Caraway (17), Kim Fraser (18) |
| 10101 | | 10/27/21 | | x | DEA Letter to CVS 2007 |
| 10121 | | " | | x | CVS Distribution Center Controlled Substance Operating Manual |
| 10243 | | " | | x | PDMR Report |
| 10144 | | " | | x | Email RE: New RX DEA SOP |
| 10180 | | " | | x | Email FW: Control Work Instructions w/DEA-CVS Operating Procedures Presentation |
| 10179 | | " | | x | Email FW: Updated DEA SOP w/RX DEA SOP 5/18/09 |
| 10290 | | " | | x | Email RE: November 10. 2009 Meeting |
| 10262 | | " | | x | Email RE: Indianapolis DEA Visit |
| 10299 | | " | | x | Email RE: DEA SOP w/PSE IRR Final Report |
| 10297 | | " | | x | Email RE: DEA SOP 8/25/10 |
| 10198 | | " | | x | Email RE: Controlled Drug IRR SOP /w Draft |
| 10245 | | " | | x | Email RE: DEA Speaking Points w/attachment |
| 06272 | | " | | x | Pharmacy Professional Practice Team PPT |
| 08403 | | " | | x | Email Quarterly Newsletter on Corresponding Responsibility |
| 06325 | | " | | x | Overview of Programs |
| 08407 | | " | | x | Email For CS Monitoring Process Review |
| 0695 | | " | | x | Email FW: Revised AVP Communication w/Memo to Senior and Area VPs |
| 08408 | | " | | x | Email FW: Store 4606 - Controlled Substance Dispensing Program Follow-up Q1 |
| 08409 | | " | | x | CVS Store Information, Store 4606 |
| 06329 | | " | | x | Analysis of New Stores Entering CSDP in 2013 |
| 08406 | | " | | x | Email FW: Update to CSM LP Reviews for Accountability Meeting - July |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 08405 | | " | | x | Email FW:  Q1 Stores Entering CSDP - Update |
| 06620 | | " | | x | Email RE: WLM Regarding Store Level Blanket Policies |
| 06566 | | " | | x | Email RE:  Pain Management Doctor |
| 15733 | | " | | x | David Demangone Prescriber Notes 4/17/15 |
| 06510 | | " | | x | Email Documentation Pilot Outline |
| 06457 | | " | | x | Email FW:  Phase II CS Documentation Feedback |
| 08402 | | " | | x | Email FW: Red Flag Charter |
| 06672 | | " | | x | 2020 Mid-Year Performance Check-in for Michelle Travassos |
| 06612 | | " | | x | Email RE:  RPHAI Red Flag Alerts |
| 15843 | | " | | x | CVS Prescription Drug Monitoring Program |
| 08378 | | " | | x | Prescription Drug Monitoring Websites |
| 08397 | | " | | x | Email RE:  More PMP Communications |
| 04568 | | " | | x | Resolution:  Responding to Ohio's Opiate Epidemic |
| 04511 | | " | | x | Email RE:  Lake County ADAMHS Board re Opiate Task Force |

Page _____ of _____ Pages