

# Analysis of New stores entering the CSDP in 2013

## Summary of Quarter 2 Tier 1 Stores

- Education via a webinar was given to all field management by June 18th, with a target deadline for completion by July 17th.
- 44 Stores were flagged as Tier 1
  - Of the 44 new stores, only 9 had flagged as Tier 1 during the Quarter 3 algorithm and during the Quarter 4 algorithm, those 9 stores were flagging as Tier 2.

## Summary of Quarter 3 Tier 1 Stores

- Education via a webinar was given to all field management by August 5th, with a target deadline for completion by September 6th.
- 40 Stores were flagged as Tier 1
  - Of the 40 new stores, only 9 had flagged as Tier 1, during the Quarter 4 algorithm.

| Qtr 2 Tier 1 Store # | Drug | V,S,G* Factor | # of RF* | # of CF* | Alg 3 Tier? | V,S,G | # of RF | # of CF | Alg 4 Tier? | V,S,G | # of RF | # of CF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6258 | Oxy | V,S | 5 | 0 | 2 | YES | 2 | 0 | NF | No V | 0 | 0 |
| 7312 | Oxy | G,S | 2 | 2 | 2 | YES | 3 | 2 | NF | No | 1 | 0 |

| Qtr 3 Tier 1 Store # | Drug | V,S,G Factor* | # of RF* | # of CF* | Alg 4 Tier? | V,S,G | # of RF | # of CF |
|---|---|---|---|---|---|---|---|---|
| 5026 | Oxy | V,S | 4 | 1 | 2 | YES | 3 | 0 |
| 10157 | Oxy | S | 4 | 0 | NF* | YES | 1 | 0 |

Quarter 3 education to the field was modified to stress what each red flag represented. In doing so, there was strong trending in the right direction, after only one algorithm later. We expect red flag reduction to be even greater in the 2014 Quarter 1 algorithm.

*V,S,G- Volume, Share, Growth. *RF- Red Flags. *CF- Critical Flags; Relative Cash, Cocktail, Only Controls. *NF- Not Flagging

Prepared at the direction of Legal Counsel - Privileged & Confidential
© 2013 Caremark. All rights reserved. CVS Caremark proprietary and confidential information. Not for distribution without written permission from CVS Caremark

PLAINTIFFS TRIAL EXHIBIT
P-06329_00001

1


CVS CAREMARK | Retail Pharmacy

# New stores entering the CSDP in Q2 2013 – Drug of Concern Review

## Stores flagging for Hydrocodone

| Store | % Change from 2012-2013 | Avg Sept-Nov 2012 | Avg Sept-Nov 2013 |
|---|---|---|---|
| 1201 | -21% | 7.58% | 5.96% |
| 1686 | -21% | 4.77% | 3.77% |
| 2597 | -42% | 9.78% | 5.71% |
| 3512 | -3% | 5.05% | 4.89% |
| 3792 | -11% | 5.50% | 4.88% |
| 4082 | -19% | 7.63% | 6.19% |
| 4606 | 4% | 4.99% | 5.17% |
| 5013 | -19% | 3.52% | 2.84% |
| 5035 | -40% | 5.33% | 3.20% |
| 5099 | -12% | 4.54% | 3.99% |
| 6803 | -11% | 7.32% | 6.48% |
| 7949 | -30% | 12.90% | 9.02% |
| 8897 | -4% | 6.95% | 6.64% |

| Store | % Change from 2012-2013 | Avg Sept-Nov 2012 | Avg Sept-Nov 2013 |
|---|---|---|---|
| 3241 | -20% | 2,198 | 1,757 |
| 3378 | -15% | 35,487 | 30,215 |
| 3512 | -11% | 27,182 | 24,252 |
| 3685 | -12% | 30,591 | 26,904 |
| 4082 | -19% | 38,098 | 30,945 |
| 4606 | 3% | 22,556 | 23,280 |
| 5010 | -47% | 2,080 | 1,111 |
| 5013 | -10% | 6,366 | 5,752 |
| 5035 | -42% | 34,772 | 20,210 |
| 5099 | -2% | 27,609 | 27,084 |
| 5193 | -4% | 3,463 | 3,323 |
| 5329 | -31% | 9,942 | 6,907 |
| 6803 | -6% | 42,938 | 40,437 |
| 7105 | -34% | 4,893 | 3,206 |
| 7949 | -36% | 17,001 | 10,902 |
| 7979 | -44% | 142 | 79 |
| 8854 | -41% | 20,989 | 12,459 |
| 8897 | 6% | 32,376 | 34,203 |
| 8903 | -33% | 2,491 | 1,680 |

- 30% of stores were reviewed that flagged for share in Q2 and 1 store has shown an increase in share, all others have decreased
- 43% of stores were reviewed that flagged for volume or growth in Q2 and 2 stores have shown an increase in volume or growth, all others have decreased.

**Overall decreases in year over year hydrocodone share and volume metrics are significant**

## Stores flagging for Oxycodone

| Store | % Change from 2012-2013 | Avg Sept-Nov 2012 | Avg Sept-Nov 2013 |
|---|---|---|---|
| 524 | 8% | 4.70% | 5.08% |
| 675 | -27% | 5.14% | 3.75% |
| 960 | -8% | 5.77% | 5.32% |
| 1201 | -20% | 1.59% | 1.26% |
| 1411 | -38% | 6.59% | 4.07% |
| 2229 | -31% | 5.97% | 4.11% |
| 2322 | -4% | 4.55% | 4.37% |
| 3378 | 6% | 3.79% | 4.03% |
| 3385 | 3% | 4.95% | 5.09% |
| 3792 | -5% | 3.48% | 3.30% |
| 4198 | 9% | 3.35% | 3.64% |
| 5193 | -32% | 4.94% | 3.35% |
| 5221 | -72% | 5.44% | 1.52% |
| 6258 | -16% | 3.10% | 2.62% |
| 7312 | -4% | 3.08% | 2.97% |
| 7949 | -3% | 12.79% | 12.40% |
| 8930 | 5% | 3.73% | 3.93% |
| 9218 | 9% | 4.26% | 4.65% |

| Store | % Change from 2012-2013 | Avg Sept-Nov 2012 | Avg Sept-Nov 2013 |
|---|---|---|---|
| 675 | -23% | 37,587 | 28,772 |
| 960 | -2% | 38,100 | 37,222 |
| 1388 | -62% | 3,806 | 1,449 |
| 1411 | -41% | 46,956 | 27,593 |
| 1556 | -14% | 24,532 | 21,115 |
| 2229 | 20% | 8,742 | 10,462 |
| 2322 | 2% | 34,912 | 35,750 |
| 2791 | -33% | 1,364 | 916 |
| 3378 | -7% | 40,461 | 37,635 |
| 3385 | 16% | 18,566 | 21,535 |
| 3749 | -7% | 23,194 | 21,486 |
| 3792 | -8% | 16,399 | 15,044 |
| 4198 | 9% | 21,444 | 23,481 |
| 5147 | -33% | 2,808 | 1,877 |
| 5193 | -24% | 11,062 | 8,375 |
| 5198 | 10% | 6,030 | 6,660 |
| 5482 | 6% | 1,568 | 1,656 |
| 6258 | -19% | 22,092 | 17,998 |
| 7312 | 3% | 8,757 | 9,016 |
| 7949 | -14% | 18,373 | 15,723 |
| 7965 | -11% | 2,040 | 1,821 |
| 7979 | 68% | 403 | 677 |
| 9218 | 2% | 22,662 | 23,039 |

- 45% of stores were reviewed that flagged for share in Q3 and 6 stores have shown an increase in share, all others have decreased
- 58% of stores were reviewed that flagged for volume or growth in Q3 and 9 stores have shown in increase in volume or growth, all others have decreased.

Prepared at the direction of Legal Counsel - Privileged & Confidential
© 2013 Caremark. All rights reserved. CVS Caremark proprietary and confidential information. Not for distribution without written permission from CVS Caremark

Confidential

CVS-MDLT3-000078702

Case: 1:17-md-02804-DAP Doc #: 4104-3 Filed: 11/01/21 3 of 3. PageID #: 549316

CVS CAREMARK | Retail Pharmacy

ycodone
Opioids
ocodone
18
12
14
44
6
1
2
9
4
7
6
17
8
4
6
18
7
4
8
19
11
8
6
25
Qtr 2 Tier 1
Qtr 3 Tier 1
Qtr 3 Tier 2
Qtr 3 Not Flagging
Qtr 4 Tier 2
Qtr 4 Not Flagging

Prepared at the direction of Legal Counsel - Privileged & Confidential

© 2013 Caremark. All rights reserved. CVS Caremark proprietary and confidential information. Not for distribution without written permission from CVS Caremark

3

Confidential

CVS-MDLT3-000078703