| | |
|---|---|
| From: | Nelson, Angela </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ANELSON> |
| To: | Harrington, Nicole J. |
| CC: | Travassos, Michelle L.; Nelson, Angela |
| Sent: | 7/9/2018 6:32:20 PM |
| Subject: | FW: Phase II CS Documentation Feedback.pptx |
| Attachments: | 6_26_18 CS Documentation pilot.pptx; 2018.6.25_Controlled Substance Therapy Review Checklist_Final_Version3__Chain.docx; Phase II CS Documentation Feedback.pptx |

Nicci

Michelle and I would like to discuss the feedback from phase II of the pilot program for CS documentation. Attached is some of the feedback from phase II and the new document that we are proposing. I will find time on Tuesday when we are all available to discuss rolling out to a state- maybe Mass??

Thanks
Angela

Angela Nelson, Rph | Director, Pharmacy Professional Practice
p 401-770-8487 | c 860-463-2503 | f 401-652-9639
CVS Health | One CVS Drive, Woonsocket, RI 02895

Engage with us: CVS Health | Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Nelson, Angela
**Sent:** Tuesday, June 26, 2018 8:55 PM
**To:** Harrington, Nicole J. <Nicole.Harrington@CVSHealth.com>
**Cc:** Travassos, Michelle L. <Michelle.Travassos@CVSHealth.com>; Nelson, Angela <Angela.Nelson@CVSHealth.com>
**Subject:** FW: Phase II CS Documentation Feedback.pptx

Nicci,

Attached is an overview of the CS documentation pilot and what we have done in the past few months. We went through the forms that we collected (about 50) and provided you some details. We do think that our recommendations we provided you yesterday will help some of the observations we saw on the forms – particularly the scripts that were under 50 MME. I think the new form aligns us to be success as we roll out to the chain. We also proposed a timeline to roll out to one state (MA or another state) then to the chain in September. Let me know what think or we can put up some time to discuss

Thanks,
Angela

Angela Nelson, Rph | Director, Pharmacy Professional Practice
p 401-770-8487 | c 860-463-2503 | f 401-652-9639

Confidential

PLAINTIFFS TRIAL EXHIBIT
P-06457_00001

CVS-MDLT3-000083267

CVS Health | One CVS Drive, Woonsocket, RI 02895

Engage with us: CVS Health | Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Nelson, Angela
**Sent:** Monday, June 25, 2018 6:16 PM
**To:** Harrington, Nicole J. <Nicole.Harrington@CVSHealth.com>
**Cc:** Travassos, Michelle L. <Michelle.Travassos@CVSHealth.com>; Nelson, Angela <Angela.Nelson@CVSHealth.com>
**Subject:** Phase II CS Documentation Feedback.pptx

Nicci

Attached is the feedback we received from rphs on the 2nd phase of our pilot – overall feedback was very good except the fact of not having in the system. Michelle and I made some changes to document. Attached. We can walk through it together on Thursday or you can call me on Tuesday morning to review. Michelle and I would like to discuss rolling out a state/region next and then to full chain.

Thanks
Angela

Confidential

CVS-MDLT3-000083268

**DOCUMENT WITHHELD FOR PRIVILEGE**

CVS-MDLT3-000083269

# Store feedback from Phase II of CS Documentation Pilot

## OBSERVATIONS

| Positive | Neutral | Negative |
|---|---|---|
| RPhs like form and are getting used to it | Many scripts for Oxy and Hydro are for low MME < 30 | Takes too much time to fill out |
| Patients are becoming accustomed to protocol | 3 refuses to 150 fills- not forcing greater RTF scripts | Need to duplicate documentation in RxConnect |
| Like MME info makes it easier to have convo w/ MD | Time to complete is 5-7 minutes | Difficulty meeting WeCARE scores when filling form out |
| Documentation gives credence to why we filled scripts | Difficult to keep track of refusals to fill | Difficulty tracking to see that form was filled out for escripts |
| New form is easier to use than previous version | | Process occurs out of workflow |
| Like the red flags checklist | | Prescriber push back for DX code or description of txt |
| Formalizes what the RPhs were already doing | | Impact to customer service for MD call back |

As RPhs and Patients become used to process, ensure Documentation Form is not replacing actively exercising Corresponding Responsibility

## RECOMMENDATIONS

- Do not fill out form for those scripts <50 MME
- Integrate checklist to RxConnect system
- Move PMP access to Data Entry Verification vs Product Verification
- Create MD verification Fax form
- Do not fill out for refusal to fills
- Add Methadone and Combination fills to list
- Provide additional information on CDC Guidelines to distribute to patients
- Have PMP automatically launch for these medications
- Note section on form to track MME taper
- Add fentanyl as a drug of concern
- DLs should roll out to store teams in person for more successful execution

♥CVSHealth

Confidential    CVS-MDLT3-000083270

# Store feedback from Phase II of CS Documentation Pilot

## OBSERVATIONS

| Positive | Negative |
|---|---|
| Helps team to be more vigilant with Narcan | MDs are defensive and question why we are requesting info |
| Helps to see dosing through a clinical lens | Larger impact in timing to higher volume stores |
| Helps RPh to ensure they are not missing steps in exercising CR | |
| May prevent us from meeting customer expectations | |
| Gives accountability to each RPh for consistency | |

## RECOMMENDATIONS

- Move prescription number and prescriber name under patient name for use of auxiliary rx sticker
- Do not require form to be filled out every month for the same patients
- Add physician type selections to form ie Urgent Care, Family Medicine; Pain Management
- Do not require form to be filled out for low quantity dental scripts

Recommended feedback changes to final form for roll out:

- Fill out form for ≥ 50 MME only
- Removed printing requirement for PMP
- Added optional drugs of concern to form
- Changed header format for ease of use
- PMP changes will be incorporated for future RxConnect enhancement

♥CVSHealth

Confidential                                                                 CVS-MDLT3-000083271

For Internal Use Only

# CVS/pharmacy

## Documentation of Controlled Substance Review

Patient Name: _____  Date: _____
Prescriber: _____  DOB: _____
Prescription Number: _____  Pharmacist on duty: _____ (print name)

Pharmacists **must** exercise their corresponding responsibility before dispensing **any controlled substance**. On this form document your work for Oxycodone & Hydrocodone scripts $\geq$ **50 MME**. Form may be used for other medications as appropriate

| | |
|---|---|
| **MME** | ☐ **Oxycodone** _____ mg X _____ tablets/day X 1.5 (Conversion factor) = _____ MME |
| | ☐ **Hydrocodone** _____ mg X _____ tablets/day X 1 (Conversion factor) = _____ MME |
| | *At RPh's discretion*-see conversion chart reference<br>☐ Hydromorphone ☐ Methadone ☐ Morphine ☐ Other _____ MME |
| | **The CDC Guidelines Recommend that Prescribers:**<br>• Use caution when prescribing opioids at any dosage & prescribe at the lowest effective dose<br>• Use precaution when increasing to $\geq$50 MME per day<br>• Carefully justify increasing dosage to $\geq$ 90 MME per day |
| **Naloxone** | ☐ *Consider offering to any patient prescribed over 50 MME per day* |
| **Diagnosis** | ☐ *If relevant diagnosis is unavailable & MME>50, contact prescriber & document in RxConnect* |
| **PMP** | ☐ Yes, I have reviewed PMP (Access through QV or Patient Profile)<br>☐ No, please explain; list date/time attempted *(should only occur if system is down)* |
| **Identify and resolve potential red flags\*\*** | ☐ **Yes**, potential red flag(s) are present; check those that apply (see *Red Flag Definitions*):<br>☐ Cash ☐ Store Shopping ☐ High quantity ☐ Age ☐ MD Shopping<br>☐ Cocktail ☐ Distance ☐ Only Controls ☐ High MME ☐ Other<br>**Document resolution of red flags below:**<br><br>☐ **No**, I have review and determined that no potential red flag(s) are present |
| **Prescriber** | ☐ I did not contact the prescriber because there are no red flags present<br>☐ I did not contact the prescriber because _____<br>☐ I contacted the prescriber's office and spoke to _____<br>Document substance of discussion with prescriber below and in patient profile: |

I understand CVS policy with respect to corresponding responsibility, have followed that policy in connection with this prescription, and I have documented on this form relevant information about my decision whether or not to dispense. After completing my review, I have decided to:

☐ **Fill this Rx**        ☐ **Refuse to fill this Rx**

Pharmacist Signature: _____ (place this document in binder)

*This document is not a part of the patient's record
\*\*Red flag list does not include all potential red flags; pharmacists should evaluate ALL aspects of the prescription prior to filling

Confidential                                                          CVS-MDLT3-000083272