| | |
|---|---|
| From: | Letourneau, Amanda </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ADUBOIS1> |
| To: | Harrington, Nicole J. |
| CC: | Nelson, Angela; Travassos, Michelle L. |
| Sent: | 4/17/2018 5:29:06 PM |
| Subject: | Documentation pilot outline |
| Attachments: | 2018.4.5_Opioid Therapy Review for Prescribers.docx; 2018.4.17_Controlled Substance Therapy Review Checklist.docx; 2018.4.17_Controlled Substance Therapy Review Checklist_all patients.docx; 2018.4.17_Documentation timeline.pptx |

Hi Nicci-

Here is the timeline of next steps Michelle and I came up with for the documentation pilot. **[Attorney-Client Privilege]** **[Attorney-Client Privilege]** In addition, we updated the regular patient every 6 months parameter to say check regular patients in May and November to make it easier to remember and not rely on pharmacist to figure out how long it's been. We decided May since we will roll this out to DLs on Friday and then to stores next week, April is almost over.

Also, we selected 1 entire district to use the drug only parameters (12 stores) and everyone else will get drug and patient parameters to keep it easy to monitor.

Please let me know if you have any questions or feedback. Do we need to get this approved by anyone else or do we have the blessing to launch? We are aiming for Friday J

Thanks!

**Amanda Letourneau (Dubois)** | Advisor, Pharmacy Professional Practices
p 401-770-3403 | f 401-733-0841
**CVS Health** | One CVS Drive, Woonsocket, RI 02895

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

Confidential

PLAINTIFFS TRIAL EXHIBIT
P-06510_00001

CVS-MDLT3-000090825



**Supplemental Prescriber Outreach**

Patient Name: _____  Prescriber: _____
DOB: _____  Phone: _____
Drug: _____  Pharmacist: _____
                                                                    (print name)

Utilize and fill out this form to facilitate your discussion with the prescriber

| | |
|---|---|
| **Drug Related Inquiry:** | ☐ Total daily opioid dose ≥ 90 morphine milligram equivalents (MME)<br>• Talking points: CDC guidelines state higher dosages of opioids are associated with higher risk of overdose and death. Higher dosages haven't been shown to reduce pain over the long term.<br>☐ Conflicting concurrent therapy<br>• Talking points: FDA outlines use may result in profound sedation, respiratory depression, coma or death<br>☐ Lack of diagnosis for therapy<br>☐ Third party/state regulation limitation on initial quantity prescribed |
| **Diagnosis codes on file:** | |
| **Description of current situation:** | |
| **Questions to guide your discussion with the prescriber:** | ☐ Is therapy appropriate for disease state?<br>☐ Does the prescribing medication match the prescriber's scope of practice?<br>☐ Is there a potential to reduce the opioid and/or benzodiazepine dose?<br>☐ Is it appropriate to change the therapeutic agent?<br>☐ Other |

*Additional information provided through prescriber conversation:*

| | |
|---|---|
| **Diagnosis Code(s)/ICD-10:** | |
| **Treatment Plan (Please provide details):** | ☐ Pursue titration as tolerated: _____<br>☐ Continue current regimen: _____<br>☐ Prescribe alternative medication (please send in new Rx): _____<br>☐ Other: _____ |
| **Additional Information:** | |

After completing my review and discussions with the prescriber, I am choosing to:

☐ Fill this Rx (attach this document to Rx)
☐ Refuse to fill this Rx (place this document in binder)     Pharmacist Signature: _____

Confidential

CVS-MDLT3-000090827

# CVS/pharmacy

## Documentation of Controlled Substance Review

Patient Name: _____  Date: _____

DOB: _____  Pharmacist on duty: _____

Prescription Number: _____  (print name)

You must exercise corresponding responsibility and appropriately document your efforts before dispensing any controlled substance. In the below circumstances, this form will assist you in documenting your work.

Please select the prescription and patient review type:

| **MEDICATION:** | | **AND** | **PATIENT:** |
|---|---|---|---|
| ☐ Oxycodone | ☐ Hydromorphone | | ☐ New to CVS |
| ☐ Hydrocodone | ☐ Methadone | | ☐ New to therapy |
| ☐ Morphine | ☐ Other: _____ | | ☐ Check regular patients in May + November |
| | | | ☐ Other: _____ |

Complete the form below to support your professional evaluation of the prescription

| **Prescriber Data Entry Accuracy** | Does the prescriber on the hardcopy match the prescriber selected in RxConnect?<br>☐ Yes    ☐ No |
|---|---|
| **Relevant Diagnosis Code(s)/ICD-10** | |
| **Calculate daily MME** | Total Daily MME = _____<br>☐ Evaluate if Naloxone is appropriate adjunct therapy |
| **PMP confirmation**<br>*Confirm proper evaluation and receipt of PMP documentation has occurred* | ☐ Yes; printed, signed + attached to hardcopy<br>☐ No, please explain |
| **Review patient profile and PMP for the following red flags\* and check all that apply** | ☐ Cash and insurance           ☐ Multiple pharmacies<br>☐ Distance                              ☐ Opioid, Benzo, Carisoprodol – DO NOT FILL<br>☐ Only Controls                     ☐ Other cocktail combinations<br>☐ Multiple prescribers          ☐ Large quantity<br>☐ Other:_____   ☐ High Dose<br>**Document resolution to red flag(s):** |
| **Outreach to the prescriber for additional information to resolve red flags** | ☐ I contacted the prescriber's office and spoke to _____<br>☐ I did not contact the prescriber because there are no red flags present<br>☐ I did not contact the prescriber because _____<br>Document substance of discussion with prescriber below and in patient profile |

I attest that I understand and have exercised Corresponding Responsibility in connection with this prescription and I have documented appropriate information on this form. After completing my review, I am choosing to:

☐ Fill this Rx (attach this document to Rx)
☐ Refuse to fill this Rx (place this document in binder)      Pharmacist Signature: _____

\*This is not reflective of a complete list of red flags

Confidential                                                                                                                        CVS-MDLT3-000090828

# CVS/pharmacy

## Documentation of Controlled Substance Review

Patient Name: _____  Date: _____

DOB: _____  Pharmacist on duty: _____

Prescription Number: _____  (print name)

You must exercise corresponding responsibility and appropriately document your efforts before dispensing any controlled substance. In the below circumstances, this form will assist you in documenting your work.

Please select the prescription type:

**MEDICATION:**
- ☐ Oxycodone
- ☐ Morphine
- ☐ Hydromorphone
- ☐ Methadone
- ☐ Hydrocodone
- ☐ Other: _____

Complete the form below to support your professional evaluation of the prescription

| | |
|---|---|
| **Prescriber Data Entry Accuracy** | Does the prescriber on the hardcopy match the prescriber selected in RxConnect?<br>☐ Yes ☐ No |
| **Relevant Diagnosis Code(s)/ICD-10** | |
| **Calculate daily MME** | Total Daily MME = _____<br>☐ Evaluate if Naloxone is appropriate adjunct therapy |
| **PMP confirmation**<br>*Confirm proper evaluation and receipt of PMP documentation has occurred* | ☐ Yes; printed, signed + attached to hardcopy<br>☐ No, please explain |
| **Review patient profile and PMP for the following red flags\* and check all that apply** | ☐ Cash and insurance ☐ Multiple pharmacies<br>☐ Distance ☐ Opioid, Benzo, Carisoprodol – DO NOT FILL<br>☐ Only Controls ☐ Other cocktail combinations<br>☐ Multiple prescribers ☐ Large quantity<br>☐ Other:_____ ☐ High Dose<br>**Document resolution to red flag(s):** |
| **Outreach to the prescriber for additional information to resolve red flags** | ☐ I contacted the prescriber's office and spoke to _____<br>☐ I did not contact the prescriber because there are no red flags present<br>☐ I did not contact the prescriber because _____<br>Document substance of discussion with prescriber below and in patient profile |

I attest that I understand and have exercised Corresponding Responsibility in connection with this prescription and I have documented appropriate information on this form. After completing my review, I am choosing to:

☐ Fill this Rx (attach this document to Rx)
☐ Refuse to fill this Rx (place this document in binder)    Pharmacist Signature: _____

\*This is not reflective of a complete list of red flags

Confidential    CVS-MDLT3-000090829

# Timeline of documentation review pilot rollout

| Details | Completion Date |
|---|---|
| Call with DLs + DPPLs to roll out alpha pilot to 42 stores<br>- CA (25), IL (9) locations close to independents<br>- High MME stores (8)<br>- Luan Nguyen entire district (12) receive all drug version<br>- All others receive drug/patient version | 4/20/18 |
| Send email after call to include<br>- Directional information and checklist<br>- "The Storm"<br>- Soma taper guidelines | 4/20/18 |
| PPT conduct local time studies in collaboration with workforce team<br>- Understand current verification time | 4/27/18 |
| Follow up call with field to understand wins and opportunities | 5/4/18 + 5/11/18 |
| Incorporate feedback from field/stores, obtain legal approval | 5/21/18 |
| Call with DLs + DPPLs to roll out beta pilot to 181 stores<br>- D1R1 = 167 stores across MA, ME, NH core locations<br>- D1R94 = 14 stores across ME, NH Target locations | 5/25/18 |
| Follow up call with field to understand wins and opportunities | 6/8/18 |
| Update and roll out to chain with ancillary job aid | 6/22/18 |

©2015 CVS Health and/or one of its affiliates: Confidential & Proprietary

♥CVSHealth  1

Confidential  CVS-MDLT3-000090830