**From:** Winchell, Amy L. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALWINCHELL>
**To:** RX07686
**Sent:** 12/1/2014 11:02:58 AM
**Subject:** RE: pain management doctor

Currently, 4351 and 4327 are not filling for him. I believe Willoughby hills has stopped as well. His office exhibits many red flags of a "pill mill" such as high quantity, same dose and directions for numerous patients, accepting cash only payment. These are all things that should be taken into consideration before filling. Can we verify legitimate purpose? Filling these scripts are completely up to you and your professional judgement.
I have verified that CVS Corporate is currently investigating the practice.
Please use your discretion.

Amy

**From:** RX07686 [mailto:RX07686@stores.cvs.com]
**Sent:** Wednesday, November 26, 2014 6:18 PM
**To:** Winchell, Amy L.
**Subject:** pain management doctor

Hi Amy,

There is a pain management doctor in our area that other stores in the area a refusing to fill for. His name is Dr. David Demangone (BD4456100). We do have some regular customers at our store that see him, but not an overwhelming number of them. There aren't any stops in rx connect when filling his scripts and we haven't received any notifications from lake county narcotics. Julie said she mentioned this to you yesterday and that you might be able to help us look into it.

Thank you and have a happy thanksgiving!

Deanna

Confidential

PLAINTIFFS TRIAL EXHIBIT
P-06566_00001

CVS-MDLT3-000100987