| From: | Harrington, Nicole J. </o=CVSCaremark/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=NJHarrington> |
|---|---|
| To: | Bernstein, Stacey B. |
| CC: | Travassos, Michelle L. |
| Sent: | 6/11/2013 2:16:11 PM |
| Subject: | FW: Revised AVP communication w/ File |
| Attachments: | 2013_5_ AVP Communication on CSDP.docx; AVP, Sup emails version 1, 2, 3; Tier1_flagging_6_12_13fv.xlsx |

Stacey-

# Attorney-Client Privilege



AVP, Sup emails version 1, 2, 3
(Ignore the AVP version on the email and use the one below as there was an addition that was made).

Thank you for everything on this!

Nicci

**Nicole Harrington | CVS Caremark | Director of Pharmacy Professional Practice Standards| Office 401-770-4018 | Cell 603-657-8326 | Fax 401-652-2203 | nicole.harrington@cvscaremark.com**

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above.  If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited.  If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

---

**From:** Travassos, Michelle L.
**Sent:** Tuesday, June 11, 2013 1:12 PM
**To:** Harrington, Nicole J.
**Subject:** Revised AVP communication w/ File



2013_5_ AVP Communication on CSDP.docx



Tier1_flagging_6_12_13fv.xlsx

FYI~I did round the numbers but they only display the rounded number in the box (which you can't see because the font matches the fill). When you click on the cell the number displays to the 3 decimal places as before I changed the conditional formatting to turn any number greater than 89.5 to red.

Thanks

Michelle Travassos
CVS/pharmacy
Prfessional Practices
401.770.5641
email address: Michelle.Travassos@CVSCaremark.com

PLAINTIFFS TRIAL EXHIBIT

**P-06595_00001**

**Confidential**

**CVS-MDLT3-000115384**

(Business Confidential, Do Not Forward)

**TO:**      **Senior Vice Presidents and Area Vice Presidents**

**CONTACT:**    **Michelle Travassos, Professional Practices 401.770.5641**

**SUBJECT:**    **Quarter 2 Stores Entering Controlled Substance Dispensing Program**

**Overview:**

Each quarter the Professional Practice team reviews all stores for controlled substance dispensing. Specific focus is placed on known drugs of concerns: Oxycodone, Hydrocodone and other Opioids. Based on criteria including volume, share and growth, in conjunction with known red flags, stores are benchmarked against others in their relative geographic region. Those stores significantly outside the median flag as stores with potential high risk dispensing behavior.

Based on the latest controlled substance dispensing review on April 1, 2013, 56 stores have flagged as outliers in their dispensing of one or more of the drugs of concern. As a result, each of these stores will enter the Controlled Substance Dispensing Program. This program involves a series of steps to further investigate and educate the store. This ensures the Pharmacy team is adhering to the corporate Dispensing Guidelines and feels comfortable exercising Corresponding Responsibility for each controlled prescription presented. The attached file **(do not forward or distribute)** lists each pharmacy identified with high risk dispensing behavior. Also identified are the areas of concern for each drug that the pharmacy flagged for. Region Managers, Pharmacy Supervisors, District Managers, Regional Loss Prevention Managers and Human Resource Business Partners are receiving an email with their specific store(s) of concern.

**Next Steps:**

- Pharmacy Supervisors and Regional Loss Prevention Managers Field Managers will be required to attend a mandatory one hour webinar. This presentation will provide reinforcement of corresponding responsibility and explain the Controlled Substance Dispensing Program. There will be a Q&A session in which field leaders can ask questions about their specific store.

- The Rx Supervisor and RLPM will be required to visit the store and perform a controlled substance audit and education for the store team. A subset of stores with a recent Loss Prevention Controlled Substance audit has flagged as part of the current review and will only require an Rx Supervisor educational visit. We are asking that these visits be performed on a flex day or on a follow –up day at the end of their Store Own Sales Cycle.

- All required documentation is due back to the Professional Practice Team in 30 days.

**Additional Information:**

- For a preview of the visit expectations for the Controlled Substance Dispensing Program (CSDP), click HERE

- To refer to a glossary of terms to assist in understanding the flagging terminology, click HERE

**Further Information:**

- An additional subset of stores recently went through the Controlled Substance Dispensing Program and remain flagged in the current review. As these stores recently completed educational steps as part of the program, Pharmacy Supervisors will receive an update on the store's current metrics to allow follow up as part of their normal store visits while the recent actions and education are allowed to change behavior
  - Stores recently completing the Controlled Substance Dispensing Program that remain flagged can be seen on the second tab of the attached file

**Confidential**                                     **CVS-MDLT3-000115385**

&lt;Attach File&gt;

**Confidential**

**CVS-MDLT3-000115386**

**DOCUMENT PRODUCED IN NATIVE FORMAT**

Confidential

CVS-MDLT3-000115387

| Area | Region | District | Store # | City | State | Drug | Volume | Share | Growth | Cash | Age | Cocktail | Only Controls | Distance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 2 | 4 | 524 | Boston | MA | oxy | | | | | | | | |
| 01 | 11 | 1 | 5035 | Schenectady | NY | hydro | X | X | | X | | X | | X |
| 01 | 11 | 8 | 2229 | Plymouth | NH | oxy | X | X | X | X | | X | | X |
| 01 | 13 | 2 | 2322 | Hyannis | MA | opioid | X | X | | X | | X | | X |
| 02 | 6 | 3 | 5193 | Cherry Hill | NJ | opioid | X | X | | X | | | | X |
| 02 | 8 | 5 | 960 | Easton | PA | oxy | X | X | | X | X | | | X |
| 02 | 8 | 7 | 675 | Glenolden | PA | opioid | X | X | | X | X | | | X |
| 02 | 9 | 7 | 7105 | Rochelle Park | NJ | hydro | X | X | X | X | | | | |
| 02 | 31 | 5 | 4082 | Erie | PA | hydro | X | X | | X | | | | X |
| 02 | 32 | 7 | 5060 | Columbus | OH | opioid | | X | | X | | | | X |
| 02 | 32 | 8 | 3174 | Newark | OH | hydro | X | X | X | X | | | | X |
| 02 | 32 | 9 | 3992 | Westerville | OH | opioid | X | X | | X | | | | X |
| 03 | 23 | 4 | 1556 | Charlottesville | VA | oxy | X | X | | | X | | | X |
| 03 | 23 | 5 | 3512 | Lynchburg | VA | hydro | X | X | | | X | | | X |
| 03 | 24 | 2 | 1411 | Falls Church | VA | opioid | X | X | | | X | | | X |
| 03 | 24 | 3 | 1388 | Falls Church | VA | oxy | X | X | X | | X | | | X |
| 03 | 30 | 1 | 5013 | Margaretville | NY | hydro | X | X | | | X | | | X |
| 03 | 33 | 5 | 1686 | Johnsonburg | PA | opioid | X | X | | X | X | | | X |
| 03 | 33 | 5 | 5099 | Meadville | PA | hydro | X | X | | X | X | | | X |
| 03 | 33 | 7 | 4606 | Warren | OH | hydro | X | X | | | X | X | | X |
| 03 | 37 | 3 | 8930 | Anoka | MN | oxy | | X | | | X | X | | |
| 04 | 66 | 8 | 1201 | San Antonio | TX | opioid | | X | | X | X | | | X |
| 04 | 67 | 10 | 10019 | Texarkana | AR | hydro | X | X | | X | X | | | |
| 04 | 67 | 10 | 10019 | Texarkana | AR | opioid | X | X | | | X | | | X |
| 04 | 68 | 3 | 4356 | Midland | TX | hydro | X | X | | | X | | | X |
| 04 | 68 | 9 | 6803 | Irving | TX | hydro | X | X | | | X | | | X |
| 04 | 69 | 4 | 5329 | Shreveport | LA | opioid | | X | X | | X | | | X |
| 04 | 69 | 8 | 2597 | Chalmette | LA | opioid | | X | X | | X | | | X |
| 07 | 35 | 6 | 6258 | Evansville | IN | oxy | X | X | | | X | | | X |
| 07 | 53 | 4 | 2791 | Lombard | IL | oxy | | X | X | | X | | | X |
| 07 | 57 | 7 | 5482 | Chicago | IL | oxy | X | X | X | | | | | X |
| 08 | 25 | 5 | 7312 | Stone Mountain | GA | oxy | | X | X | | X | | | X |
| 08 | 27 | 3 | 4534 | Valdosta | GA | hydro | | X | X | | X | | | X |
| 08 | 36 | 2 | 3792 | Rogersville | TN | opioid | | X | | | X | | | |
| 08 | 36 | 3 | 3566 | Big Stone Gap | VA | opioid | | X | | | X | | | |
| 08 | 36 | 7 | 6343 | Hazard | KY | opioid | X | | | | X | | | X |
| 08 | 36 | 7 | 6347 | Ashland | KY | opioid | X | X | | | X | | | X |
| 08 | 38 | 8 | 3378 | Augusta | GA | opioid | X | X | | | X | | | X |
| 08 | 38 | 9 | 2331 | Greenville | SC | hydro | X | X | | | X | | | |
| 08 | 38 | 9 | 2331 | Greenville | SC | opioid | X | X | | | X | | | X |
| 08 | 40 | 6 | 4198 | Raleigh | NC | oxy | X | X | | | X | | | |
| 08 | 40 | 8 | 3385 | Greenville | NC | oxy | X | X | | | X | | | X |
| 12 | 61 | 4 | 5221 | Gainesville | FL | opioid | X | | | | X | | | X |
| 12 | 61 | 4 | 5221 | Gainesville | FL | oxy | X | | | | X | | | X |
| 12 | 63 | 6 | 3685 | Jacksonville | FL | hydro | X | | | X | X | | | X |
| 12 | 64 | 4 | 5010 | Miami Beach | FL | hydro | | | | X | X | | | X |
| 12 | 64 | 4 | 5147 | Miami | FL | oxy | | | | X | X | | | X |
| 12 | 64 | 4 | 8903 | Sunny Isles Beach | FL | hydro | | | | X | X | | | |
| 12 | 64 | 8 | 3241 | South Miami | FL | hydro | | | | X | X | | | X |
| 12 | 64 | 8 | 5198 | South Miami | FL | oxy | | | | | X | | | X |
| 12 | 71 | 1 | 7965 | Fajardo | PR | oxy | X | | | | X | | | X |
| 12 | 71 | 1 | 7979 | San Juan | PR | opioid | X | | | | X | | | X |
| 14 | 52 | 1 | 9218 | Mesa | AZ | oxy | | | | X | X | | | X |
| 14 | 52 | 5 | 3749 | Goodyear | AZ | oxy | X | | | | X | | | X |
| 14 | 52 | 8 | 5994 | Espanola | NM | opioid | | X | | | X | | | X |
| 14 | 60 | 6 | 8854 | Santa Ana | CA | hydro | | X | | | X | | | X |
| 14 | 72 | 4 | 8897 | Riverside | CA | hydro | | X | | X | X | | | X |
| 18 | 70 | 6 | 8611 | Minot | ND | opioid | X | | | X | X | | | X |
| 18 | 74 | 1 | 7949 | Reno | NV | opioid | | X | | X | X | | | X |

| Area | Region | District | Store # | City | State | Drug | Volume | Share | Growth | Cash | Age | Cocktail | Only Controls | Distance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 2 | 4 | 2162 | Boston | MA | opioid |  | R |  |  |  | R | R | R |
| 01 | 2 | 4 | 2162 | Boston | MA | oxy | R | R |  | R |  | R | R | R |
| 01 | 11 | 8 | 5347 | Claremont | NH | oxy |  | R | R |  |  |  |  | R |
| 02 | 6 | 3 | 6544 | Maple Shade | NJ | oxy |  | R |  | R |  |  |  | R |
| 02 | 8 | 8 | 2408 | Drexel Hill | PA | opioid | R |  |  | R |  |  |  |  |
| 02 | 9 | 5 | 245 | Clifton | NJ | oxy |  |  | R |  |  |  |  | R |
| 02 | 32 | 7 | 6159 | Columbus | OH | hydro | R | R |  | R | R |  |  | R |
| 02 | 32 | 7 | 6159 | Columbus | OH | opioid | R | R |  | R | R |  | R | R |
| 02 | 32 | 7 | 6949 | Columbus | OH | hydro | R | R |  | R | R |  |  | R |
| 02 | 32 | 7 | 6949 | Columbus | OH | opioid | R | R |  | R | R |  |  |  |
| 02 | 32 | 8 | 3484 | Columbus | OH | hydro | R | R |  | R |  | R |  |  |
| 02 | 32 | 8 | 6946 | Whitehall | OH | hydro | R | R |  | R | R |  |  |  |
| 02 | 32 | 8 | 6946 | Whitehall | OH | opioid | R | R |  | R | R |  | R | R |
| 03 | 23 | 1 | 1565 | Fredericksburg | VA | hydro | R | R |  |  |  | R |  |  |
| 03 | 23 | 1 | 1565 | Fredericksburg | VA | opioid | R | R |  |  |  | R |  | R |
| 03 | 24 | 5 | 1404 | Woodbridge | VA | oxy | R | R |  |  |  |  | R |  |
| 03 | 24 | 5 | 1404 | Woodbridge | VA | opioid | R | R |  |  | R |  | R |  |
| 03 | 33 | 1 | 4245 | Washington | PA | hydro | R | R |  | R |  |  |  | R |
| 03 | 33 | 1 | 4245 | Washington | PA | opioid | R | R |  | R |  |  |  | R |
| 03 | 33 | 4 | 2348 | Pittsburgh | PA | oxy | R | R |  |  | R |  |  | R |
| 04 | 66 | 5 | 6374 | Orange | TX | oxy |  | R | R |  | R |  | R | R |
| 04 | 66 | 8 | 7808 | San Antonio | TX | hydro | R | R |  | R |  |  | R | R |
| 04 | 67 | 4 | 6824 | Dallas | TX | hydro |  | R |  | R | R |  | R | R |
| 04 | 68 | 2 | 5959 | Oklahoma City | OK | hydro | R | R |  | R |  |  | R |  |
| 04 | 68 | 2 | 5959 | Oklahoma City | OK | opioid | R | R |  | R |  |  | R | R |
| 04 | 69 | 5 | 5777 | Laurel | MS | oxy | R |  |  | R |  |  | R | R |
| 08 | 25 | 2 | 4507 | Gainesville | GA | hydro | R | R |  | R | R |  | R | R |
| 08 | 25 | 2 | 4507 | Gainesville | GA | opioid | R | R |  | R | R |  | R | R |
| 08 | 36 | 6 | 7099 | Franklin | TN | oxy | R | R |  | R |  |  | R | R |
| 08 | 36 | 6 | 7099 | Franklin | TN | opioid |  | R | R |  |  |  | R | R |
| 08 | 36 | 9 | 6412 | Nashville | TN | oxy |  | R | R |  |  |  | R | R |
| 08 | 40 | 3 | 3816 | Wilmington | NC | opioid |  | R |  | R |  |  | R | R |
| 08 | 40 | 5 | 4444 | Durham | NC | oxy | R | R |  | R |  |  | R | R |
| 08 | 40 | 5 | 4444 | Durham | NC | opioid | R | R |  |  | R |  | R | R |
| 12 | 61 | 4 | 3255 | Gainesville | FL | oxy | R | R |  | R |  |  | R | R |
| 12 | 61 | 4 | 7178 | Gainesville | FL | oxy | R | R |  |  |  |  | R | R |
| 12 | 63 | 6 | 727 | Jacksonville | FL | hydro | R |  |  |  | R |  | R | R |
| 14 | 52 | 4 | 5026 | Mesa | AZ | oxy | R | R |  | R |  |  | R |  |
| 14 | 52 | 4 | 5026 | Mesa | AZ | opioid | R | R |  | R |  |  | R |  |
| 14 | 65 | 3 | 9785 | Lancaster | CA | oxy |  | R |  | R |  |  | R | R |
| 14 | 65 | 3 | 9785 | Lancaster | CA | hydro | R |  | R |  |  |  | R | R |
| 18 | 70 | 6 | 5307 | Billings | MT | hydro |  | R | R |  | R |  |  | R |
| 18 | 74 | 2 | 9376 | South Lake Tahoe | CA | hydro |  | R |  | R |  |  |  | R |
| 18 | 74 | 2 | 9376 | South Lake Tahoe | CA | opioid |  | R |  | R |  |  | R | R |