| | |
|---|---|
| From: | Travassos, Michelle L. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MLTRAVASSOS> |
| To: | Harrington, Nicole J. |
| CC: | Mainello, Tara E.; Lutkiewicz, Kahra; Letourneau, Amanda; Ivanoski, Christopher |
| Sent: | 1/24/2020 2:44:57 PM |
| Subject: | RE: RPHAI red flag alerts |
| Attachments: | 2020_1_24_Rules for Red Flags (003).xlsx |

They do not know how often we would have flags returned based on our rules but that is what Mike was going to size when he can. They determined that the engine would spit back 3 alerts at dev and 3 alerts max at wave for performance not to be an issue or lag. I will ask about the I attest verbiage validation- I am guessing no, but will ask. **Attorney-Client Privilege** If you are ok, Amanda will add me and Tara to discuss this to make sure we are all comfortable with the solution. I will ask Mike to try to size the top 4 flags but not sure how quickly he can produce that as you mentioned it was not as urgent as some of the other things you have him working on next week. I am thinking for red flags we go with Cash, Age, Distance and Only controls, unless you feel another is more important. Attached for reference.

Thanks,
Michelle

From: Harrington, Nicole J.
Sent: Friday, January 24, 2020 2:13 PM
To: Travassos, Michelle L. <Michelle.Travassos@CVSHealth.com>
Cc: Mainello, Tara E. <Tara.Mainello@CVSHealth.com>; Lutkiewicz, Kahra <Kahra.Lutkiewicz@CVSHealth.com>; Letourneau, Amanda <Amanda.Letourneau@CVSHealth.com>; Ivanoski, Christopher <Christopher.Ivanoski@CVSHealth.com>
Subject: RE: RPHAI red flag alerts

Michelle-

To influence on the number of red flags, we should be clear that the pharmacist is still responsible for them even if we don't show them. So whether we display 3 or 5- the pharmacist is still legally responsible for all 5.

If we choose our top 4 red flags- can we figure out how many Rx would have 4, 3, 2, 1, none in our current data set? To their point on performance, do they even know what the volume would be?

Would it work if we displayed the red flags and had Pharmacist write I attest….

The following red flags are present on RX 123456:
- Distance
- Cash-Insurance

You are required to resolve all red flags present on Rx. You may consult with the patient, consult with the prescriber, and/ or check PMP.
- Choose the accurate disposition for the prescription
- In the comment box type "I attest" to certify that you have completed your due diligence on the red flags <can we force validation of I attest being entered?>

Confidential
Confidential Protected Health Information

PLAINTIFFS TRIAL EXHIBIT
P-06612_00001

CVS-MDLT3-000122348



We may need to choose red flags or forgery with the limited number of analytical activities we can do – rather than ½ doing both activities. **Attorney-Client Privilege**

Nicole Harrington | Senior Director Pharmacy Services
p 401-770-4018 | c 603-657-8326 | f 401-652-2203
CVS Health | One CVS Drive, Woonsocket, RI 02895
https://cvs.webex.com/meet/NJHarrington
Learn more about Pharmacists Teach: https://cvshealth.com/social-responsibility/corporate-social-responsibility/pharmacists-teach

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

**From:** Travassos, Michelle L.
**Sent:** Friday, January 24, 2020 1:01 PM
**To:** Harrington, Nicole J. <Nicole.Harrington@CVSHealth.com>
**Cc:** Mainello, Tara E. <Tara.Mainello@CVSHealth.com>; Lutkiewicz, Kahra <Kahra.Lutkiewicz@CVSHealth.com>; Letourneau, Amanda <Amanda.Letourneau@CVSHealth.com>
**Subject:** RPhAI red flag alerts
**Importance:** High

Nicci,
I just had a meeting w/ the RPhAI team and was informed of the following:
- **They cannot do pagination** for displaying more than 3 red flags for the following reasons:
    - Out of design scope, the program is not meant to show "red flag" alerts only and has the purpose of showing any category of alerts to be displayed at WaVe
    - More than 3 alerts is too much to digest for the RPh
    - System performance concerns

Confidential
Confidential Protected Health Information

CVS-MDLT3-000122349

- This means that if another group has alerts to display as well, that may displace red flag alerts

- The other thing **they cannot do is a drop down list of actions** because again this is not a red flag tool but a tool to display alerts so they want the option to be generic for whatever team wants to display alerts, so it must just be the text box

- Lastly we can **only submit 4 red flags** for the first iteration. It was supposed to be 10 initially but because the project was pulled forward it was reduced to 4, so between our 13 and Amanda's 6 we have to choose only 4.

**Attorney-Client Privilege**

**Attorney-Client Privilege** Are you ok with that and do you have any further questions at this point?

Thanks,
Michelle

Confidential
Confidential Protected Health Information

CVS-MDLT3-000122350

**DOCUMENT PRODUCED IN NATIVE FORMAT**

Confidential

CVS-MDLT3-000122351