| Document No: ROPP-0062 | Title: PRESCRIPTION DRUG MONITORING WEBSITES | | | |
|---|---|---|---|---|
| Parent Documents: | | | | |
| Effective Date: See Content Information Page | Last Review Date: | | Approved By: Director I, Pharmacy Operations/ Director II, Compliance, Senior Legal Counsel | |
| Exhibits: N/A | | | | |
| Document Type: (check all that apply) | X Policy | X Procedure | ☐ Standard | ☐ Training Manual/Work Instructions |

### PURPOSE
To outline the procedures involved when accessing state prescription drug monitoring websites.

### SCOPE
This policy and procedure applies to all CVS/pharmacy retail stores.

### POLICY
Many states are allowing and/or mandating Pharmacist and/or pharmacy access to state specific prescription drug monitoring program websites. The purpose of these websites is to provide practitioners additional information when prescribing and dispensing controlled substances.

### ACCESSING PRESCRIPTION DRUG MONITORING WEBSITES

- All available websites can be found on RxNet under State References; from here, select appropriate State. A link to the Prescription Drug Monitoring Website for your State will be located under Regulatory section of State References page. **You may only access these websites pursuant to presentation of a controlled substance prescription for dispensing**
- You may only access these websites through Rx Net. You are not authorized to access these websites via any personal devices, home computers, smart phones, blackberries, etc.
- When logging into a state prescription drug monitoring websites, you are to use only your personal logon information or the store's logon information, whichever is required by your state
- Access is limited to Pharmacists only. Technicians, Interns and other non-Pharmacists are strictly prohibited from accessing these websites

### UTILIZING THE INFORMATION CONTAINED WITHIN THE WEBSITE

- Pharmacists must exercise their professional judgment to resolve potentially conflicting challenges posed by the therapeutic imperative to optimize outcomes versus the regulatory imperative to prevent drug diversion. State and Federal laws and regulations impose a corresponding responsibility on Pharmacists to dispense medicine only for legitimate medical purposes and CVS Caremark seeks to ensure that its Pharmacists are fulfilling that corresponding duty at all times
- CVS Caremark expects its Pharmacists to exercise sound clinical judgment and supports decisions by its Pharmacists to not fill prescriptions if, in the sound exercise of their professional and clinical judgment, they believe or suspect that a prescription was not

Confidential and Proprietary                                                                                                    Page 1 of 3
©2010, CVS Caremark and/or one of its affiliates. All rights reserved.
Not To Be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY

**CONFIDENTIAL - EXEMPT FROM DISCLOSURE**
Confidential

CVS_MA_AG_CID_00000308
CVS-DR22-000001318


PLAINTIFFS TRIAL EXHIBIT
P-08378_00001

- issued for a legitimate medical purpose by a practitioner acting in the usual course of professional practice
    - Click the following link to view the policy titled *Guidelines for Dispensing Controlled Substances* from the Pharmacy Operations Manual available on RxNet:
    http://rxnet.cvs.com/rxnet_operations/Operations_Manual/PDFs/ROPP_0061_04_2012.pdf
- The information contained within the State Prescription Drug Monitoring website should be used to augment your professional judgment when evaluating each controlled drug prescription and should not be used as your sole determinant for filling/not filling a controlled substance
- Some states have specific requirements when to access a state prescription drug monitoring website. Check to see if your state has specific requirements by accessing your state's prescription drug monitoring website on RxNet. A link to the Prescription Drug Monitoring Website for your State will be located under Regulatory section of State References page; from here, select appropriate State.
- If you print any material from the website to aid in your decision you must attach it to the hard copy controlled prescription and file it away normally
- If you print any material from the website but you did not fill the controlled drug prescription you must dispose of the printout in your confidential blue bags following normal confidential waste procedures

## EXTERNAL EMAIL ACCESS

- Some states require email access external from CVS Caremark. If your state has been enabled to send/receive emails from external sources you should use the following email address Rx XXXXX@stores.cvs.com (XXXXX = 5 digit store number)
- If you store has external email access you are only authorized to use it for business purposes. Use of external email for personal reasons is strictly forbidden

## REGISTRATION FOR ACCESS

- Many states require individual R.Ph accounts and/or will only provide access based on one e-mail account. Pharmacists are permitted to utilize their personal email address to register for access to their state's specific Prescription Drug Monitoring Program Website. All other use of a personal email address outside of registration is strictly prohibited

## PROCEDURES

N/A

## WORK INSTRUCTIONS

N/A

Confidential and Proprietary                                                                 Page 2 of 3
©2010, CVS Caremark and/or one of its affiliates. All rights reserved.
Not To Be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATION AL ONLY

**CONFIDENTIAL - EXEMPT FROM DISCLOSURE**                    CVS_MA_AG_CID_00000309
Confidential                                                                                   CVS-DR22-000001319

| TITLE: | PRESCRIPTION DRUG MONITORING WEBSITES |
|---|---|

## REVIEW AND REVISION HISTORY

| Date | Revision No. | Reason for Change | Sections Affected |
|---|---|---|---|
| 04/24/2012 | 1.0 | New Policy and Procedure | All |

Confidential and Proprietary                                                                                           Page 3 of 3
©2010, CVS Caremark and/or one of its affiliates. All rights reserved.
Not To Be Reproduced Or Disclosed to Others Without Prior Written Approval
ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATION AL ONLY

CONFIDENTIAL - EXEMPT FROM DISCLOSURE                       CVS_MA_AG_CID_00000310
Confidential                                                CVS-DR22-000001320