| From: | Travassos, Michelle L. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MLTRAVASSOS> |
|---|---|
| To: | Morasutti, Jolene M. |
| BCC: | michelle.travassos@cvscaremark.com |
| Sent: | 3/22/2013 9:33:59 AM |
| Subject: | more pmp communications |
| Attachments: | AL_Prescription Monitoring Program task.docx; AZ_Prescription Monitoring Program task.docx; DE_Prescription Monitoring Program task.docx; Doc1.docx; FL_PMP_Access_Update.docx; IA_Prescription Monitoring Program task.docx; KS_Prescription Monitoring Program task.docx; KY_Prescription Monitoring Program task.docx; MA_Prescription Monitoring Program task_Approved (1).docx; ME_Prescription Monitoring Program task.docx; Montana_Prescription Monitoring Program task_Approved.docx; NC_Prescription Monitoring Program task_Approved.docx; NJ_PMP_Registration_Communication.docx; NM_Prescription Monitoring Program task.docx; NV_Prescription Monitoring Program task.docx; OH - Prospective Drug Administrative Review Communication June 2012 revised(KV).docx; OR_Prescription Monitoring Program task.docx; RI_Prescription Monitoring Program task.docx; SC_Prescription_Monitoring_Program_task.docx; TX_Prescription Monitoring Program task.docx; VT_Prescription Monitoring Program task.docx; WLM task to WV Stores.docx |



AZ_Prescription Monitoring Program task.docx



TX_Prescription Monitoring Program task.docx



VT_Prescription Monitoring Program task.docx



OR_Prescription Monitoring Program task.docx



SC_Prescription_Monitoring_Program_task.docx



KY_Prescription Monitoring Program task.docx



ME_Prescription Monitoring Program task.docx



RI_Prescription Monitoring Program task.docx



NM_Prescription Monitoring Program task.docx

PLAINTIFFS TRIAL EXHIBIT
P-08397 00001

CVS-MDLT1B-000009185


NV_Prescription Monitoring Program task.docx


KS_Prescription Monitoring Program task.docx


IA_Prescription Monitoring Program task.docx


DE_Prescription Monitoring Program task.docx


AL_Prescription Monitoring Program task.docx


MA_Prescription Monitoring Program task_Approved (1).docx


NC_Prescription Monitoring Program task_Approved.docx


Montana_Prescription Monitoring Program task_Approved.docx


FL_PMP_Access_Update.docx


Doc1.docx


OH - Prospective Drug Administrative Review Communication June 2012 revised(KV).docx


NJ_PMP_Registration_Communication.docx


WLM task to WV Stores.docx

This should do it.

Thanks

Michelle Travassos
CVS/pharmacy
Prfessional Practices
401.770.5641
email address: Michelle.Travassos@CVSCaremark.com

**CVS-MDLT1B-000009186**

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009187

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009188

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009189

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009190

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009191

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009192

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009193

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009194

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009195

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009196

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009197

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009198

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009199

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009200

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009201

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009202

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009203

NON-RESPONSIVE DOCUMENT

CVS-MDLT1B-000009204

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009205

**Overview:**

Since October 24th, 2011, the Ohio Board of Pharmacy requires Pharmacist have access to the Ohio Automated Rx Reporting System (OARRS). Pharmacists must run an OARRS report if the patient is being treated with an OARRS reportable drug for greater than 12 weeks or if certain red flag issues occur during the fill process, such as:

- Patient is being treated with an OARRS reportable drug by multiple prescribers
- Abuse/overuse (i.e., early refills)
- Patient coming from outside your normal fill area
- Prescriber from outside your normal fill area
- Patient appears impaired upon delivery of script
- Patient asks for certain drug by color/trade name/markings

Prior to dispensing a prescription that meets one or more of the criteria listed above, <u>at a minimum</u>, the pharmacist shall request and review an OARRS report covering <u>at least a one year time period</u> and/or another state's report (where applicable and available).

After obtaining an initial OARRS report on a patient under the criteria listed above, the Pharmacist must note the following in the patient profile
- The date the report was obtained
- The reason the report was obtained

****The notes field during prescription filling should be utilized and include at a minimum the date the OARRS report was generated, reviewed and actions taken by the Pharmacist if any****

The Board notes that these red flag issues are up to the professional judgment of the pharmacist. Pharmacists are responsible to run an initial OARRS report, when the patient has been receiving OARRS reportable drug for 12 weeks. Pharmacists are not required to run another report unless certain red flag issues, described above, occur during the fill process after 12 weeks. In the rare event a report is not immediately available; the Pharmacist shall use professional judgment in determining whether it is appropriate and in the patient's best interest to dispense the prescription prior to receiving and reviewing a report.

Pharmacists need to consider that these reports contain confidential information and are protected by state and federal law (Health Insurance Portability and Accountability Act), so the report cannot be shared with anyone other than another registered pharmacist who is also taking care of the patient. The pharmacists also cannot give the OARRS report to the patient or fax it to the prescriber. The pharmacists can only share the data that they get out of the report, but not the report itself.

Pharmacists may register for an OARRS Account by using the following instructions:
1. Go to RxNet
2. Click – Legal and regulatory
3. Click – State References
4. Click – Ohio
5. Click – Ohio Board of Pharmacy

6. Click on Ohio PMP – OARRS
7. Under Client Login select – Click here to register:
   a. Complete the online registration.
   b. A confirmation email will be sent to the address provided and will contain instructions on how to print a document that must be notarized and mail it along with copies of other documents to the OH BOP.
   c. Once the OH BOP receives the paper application, they will scan it and begin processing.
      ○ If there is a problem with the application, the applicant is notified by email first. The applicant must contact the OH BOP (614-466-4143 option 1, or email at support@ohiopmp.gov) to resolve the issue, and in the interim the application will placed on hold.
      ○ Once all problems have been resolved with the application, and after having passed two reviews, the account will be created and the applicant will be notified.

IMPORTANT NOTES:
1. You may only access the OARRS report when one of the six listed scenarios occurs.
2. Under no circumstances can the OARRS report be accessed from any personal device. The only authorized system access is from RxNet
   a. Non-adherence to these above guidelines may result in disciplinary action

**Action Required:**
- The Pharmacist-in-Charge must take the following steps
  ○ Log onto the Ohio PMP-OARRS site and register
  ○ Review this information with the entire store team
  ○ Ensure all Pharmacists understand their obligations

**CONFIDENTIAL**

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009208

**NON-RESPONSIVE DOCUMENT**

CVS-MDLT1B-000009209