| | |
|---|---|
| From: | Robinson, John R. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JRROBINSON> |
| To: | Castro, Cassandra; Dubois, Amanda |
| CC: | Spargo, James C. |
| Sent: | 2/27/2014 10:31:38 AM |
| Subject: | FW: Quarter 1 Stores Entering Controlled Substance Dispensing Program-Update |
| Attachments: | RLPM CS Visit CVS 4606 (2-14-14).xlsx |

Is there a disconnect somewhere? We should scrub the list then...send out reminders.

**JOHN ROBINSON | CVS Caremark | Manager of Pharmacy Diversion |** OFFICE 401.770.6549 | CELL 617.957.8203| FAX 401.652.1808 | JRROBINSON@CVS.COM

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Spargo, James C.
**Sent:** Thursday, February 27, 2014 10:09 AM
**To:** Robinson, John R.
**Subject:** FW: Quarter 1 Stores Entering Controlled Substance Dispensing Program-Update

John,

I emailed this to Rx Regulatory and you on 2/11/14. They sent the email below to my Pharmacy Supervisor indicating it was not completed. Do I need to forward the send email to them again?

Thanks,

Jimmy

JAMES SPARGO | CVS Caremark | REGIONAL LOSS PREVENTION MANAGER | cell 912-414-4356 | fax 401-216-3840 | 12012 Abercorn St. Savannah, GA 31419 | james.spargo@cvscaremark.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Olberding, Thomas G.
**Sent:** Thursday, February 27, 2014 10:02 AM
**To:** Spargo, James C.

**Subject:** FW: Quarter 1 Stores Entering Controlled Substance Dispensing Program-Update

Jimmy,

Didn't we already do #1 below? Why does it show incomplete?

TOM OLBERDING | CVS/CAREMARK | PHARMACY SUPERVISOR | 912-634-1295 | C: 912-222-9530 | efax 401-216-0870 | 1600 FREDERICA RD STE 10, ST SIMONS ISLAND, GA 31522 | thomas.olberding@cvscaremark.com

---

**From:** Dubois, Amanda
**Sent:** Friday, February 21, 2014 3:57 PM
**To:** Olberding, Thomas G.
**Subject:** Quarter 1 Stores Entering Controlled Substance Dispensing Program-Update

| | |
|---|---|
| To: | Select Pharmacy Supervisors |
| Contact: | Pharmacy Operations |
| Subject: | Quarter 1 Stores Entering Controlled Substance Dispensing Program-Update |

**Overview:** As you are aware, store **4206** has recently entered the Controlled Substance Dispensing Program. As the Pharmacy Supervisor of the store(s), you are required to complete three elements of the program as follows:

1. Conduct a store visit partnering with your RLPM providing supporting information as he/she completes the CS LP audit **Incomplete**

2. Document your findings for each listed red flag associated with the drug of concern into archer **Complete**

3. Discuss red flags and Corresponding Responsibility with each store pharmacist; have them sign the Statement of Acknowledgement and Commitment and email to Michelle Travassos **Incomplete**

At this time, you still have one or more elements of the program incomplete. Please remember the due date for 100% completion on all requirements is March 3rd.

**Action Needed:** If you have not already completed all requirements for your store(s), please plan accordingly to ensure completion by March 3rd.

Confidential                                                                                                    CVS-MDLT3-000028129

P-08405 _ 00002

| | |
|---|---|
| From: | Dancisin, Richard D. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RDDANCISIN> |
| To: | Robinson, John R. |
| CC: | RXRegulatory |
| Sent: | 2/17/2014 4:56:34 PM |
| Subject: | RLPM CS Visit CVS 4606 (2-14-14).xlsx |
| Attachments: | RLPM CS Visit CVS 4606 (2-14-14).xlsx |

CVS-MDLT3-000028130

P-08405 _ 00003



DOCUMENT PRODUCED IN NATIVE FORMAT

Confidential

CVS-MDLT3-000028131

P-08405 _ 00004

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

# LP STORE REVIEW

| | | | |
|---|---|---|---|
| **Store Number:** | 4606 | **PIC** | Seth Terlecky |
| **City/State:** | Warren, Ohio | **RPH 1** | Lyndsey Clemens |
| **RLPM** | Rick Dancisin | | |
| **Witness** | Lisa Ciccollela-Rx Supervisor | **Date:** | 2/14/2014 |

**Read Legal disclaimer:** The Company has been reviewing controlled substances dispensing for specific stores. Your store has had a significant number of prescriptions filled with respect to key identified characteristics. This review is being conducted at the request of counsel.  Please keep this conversation confidential.  The information you are being asked to provide will be reviewed by the compliance and legal departments.

"X" the box indicating the above disclaimer was read.    **X**  ☐

## Pharmacy CII Hard Copy Script Overview

| Review most recent C2 scripts (40-50) | RLPM Observations |
|---|---|
| What are the majority of CII prescriptions that were filled? Do they represent any drug categories? (i.e., opioids for pain management, opioids in general, and amphetamines)  Do the majority of CII opioid prescriptions that were filled appear to have been written for a particular drug name(s)?  Below is a list of CII opioids: | Opiods>Hydrocodone/APAP |
| OPIODS: hydromorphone (Dilaudid); methadone; oxycodone (single entity: oxycodone, Oxycontin, Roxicodone); oxycodone (combinations: Endocet, Percocet, Percodan, Roxicet, Tylox); Other opioids: morphine sulfate (MS Contin, Oramorph); oxymorphone (Opana); Fentanyl (Actiq, Duragesic) | |
| What are some common opiod dosage units? | Hydrocodone 5/325, 10/325, 7.5/325 |
| Are there any out of area, 30 miles +, patients or prescribers? Describe | None |
| Who are the most common CII prescribers or medical offices? Note any common prescribers with same or similar drug dispensing | Torres |
| Are there multiple patients with same prescriber dropping off scripts at the same time? Are they similar prescriptions? | Yes, 2 Norco 10/325 within 3 minutes of each other and Norco 7.5/325 about 20 minutes later (Rx #'s 451473, 451471, 451478). |
| How many patients are receiving any specific drug combinations or multiple C2 scripts at one time? | Muscle relaxer/tramadol/Norco |
| How many hard copies reviewed had traits that would cause doctor follow up? | 5 |
| For any unusual or concerning scripts are there any notes on the hard copy or in patient profile indicating the store verified the script with the doctor? | No |
| Benzodiazepines/muscle relaxant: Alprazolam (Xanax); clonazepam (Klonopin); diazepam (Valium); carisoprodol (Soma) | |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| Pharmacy Background | | |
|---|---|---|
| Interview Question | PIC | RPH 1 |
| What type of area is the pharmacy located? | Inner City/Low Income | Elderly, welfare, Urban |
| What significant emergency rooms, nursing homes, long term care facilities, hospitals, medical centers, weight loss facilities, drug treatment facilities, and/or pain treatment facilities in the local area? | St. Joseph's and Trumbull Memorial Hospital, Torres Pain Mgmt. Clinic | Hospital/Pain clinics |
| Has there been recent changes to the area (i.e. other pharmacies opened or closed / new major prescribers / doctors no longer practicing) | Walgreen's has imposed limits on hydrocodone/oxycodone. They can't order once they are at a specific threshold, causing patients to come to | Changes with Walgreen's with limiting dispensing of hydrocodone and oxycodone. |
| Does difficult/questionable clientele frequent the pharmacy? (describe) | No | No |
| **Drugs: Volume / Share / Growth** | | |
| Approximately how many CII prescriptions are filled daily? | N/A investigation is due to Hydrocodone Trending | |
| What is the fastest moving CII drug(s)? What is causing the volume? | N/A | |
| Has anything changed to cause an increase in C2 prescriptions? | N/A | |
| Does the pharmacist set aside opioids for particular customers? If yes, explain. | N/A | |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| **Drugs: Oxycodone** | | |
|---|---|---|
| Interview Question | PIC | RPH 1 |
| What drives the oxycodone/oxycontin scripts in your pharmacy? | N/A | |
| What prescribers prescribe the majority of your Oxy scripts? What type of practice do they have? | N/A | |
| What doctors do you verify scripts with because you are concerned with clientel or total quantity of oxy scripts? | N/A | |
| Is there a particular age range for patients receiving oxycodone scripts? | N/A | |
| Is there a prescriber who routinely prescribes oxycodone with other drugs? Who and what drugs? | N/A | |
| Do oxy patients attempt to fill scripts early? What is the procedure when they do? | N/A | |
| Does the pharmacist set aside opioids for particular customers? If yes, explain. | N/A | |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| Drugs: Hydrocodone | | |
|---|---|---|
| Interview Question | PIC | RPH 1 |
| What drives the hydrocodone scripts in your pharmacy? | Hospitals (emergency room) and pain clinics accounts for about 80% of the scripts. | Pain Mgmt 50% and Hospitals 35%. |
| What prescribers prescribe the majority of your hydrocodone scripts? What type of practice do they have? | Dr. Veres (father and son) average 90-120 tablets per scripts (Hydrocodone 10/325). | Torres and Veres |
| What doctors do you verify scripts with because you are concerned with clientel or total quantity of hydrocodone scripts? | Call to verify if patients are going to multiple doctores/early fills/OARRS reports flags them. | Torres and Veres |
| Is there a particular age range for patients receiving hydrocodone scripts? | Average age from pain clinics are 40-50 yrs and younger if coming from emergency room (hospitals). | Middle age from pain clinics. |
| Is there a prescriber who routinely prescribes hydrocodone and other drugs? Who and what drugs? | Torres & Veres. Hydro/Muscle Relaxer/Tramadol | Torres & Veres. Norco/Muscle Relaxers |
| Do hydrocodone patients attempt to fill scripts early? What is the procedure when they do? | Yes, but store has a 2 day policy before they fill a pain med script. Will make notes in profile for repeats. | Will not fill pain meds if outside of 2 days. Notes in profile. |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| | | | |
|---|---|---|---|
| | **Patients** | | |
| | Interview Question | Average age from pain clinics are 40-50 yrs and younger if coming from | RPH 1 |
| | Do patients bring in multiple prescriptions in different individual's names? Does this occur with any particular prescriber? | Family members (husband/wife) both get pain meds about 5 couples like this. Dr Kotekal/D'Ambrosia/Ranieri but won't fill | Sometimes, husband/wife or mother/son. |
| | Does one person pay for multiple patients prescriptions? | Only in cases stated above | |
| | What is the age group of the majority of opioid prescriptions? | 40-50 pain mgmt and 30's for emergency room. | Middle age pain clinics and younger for emergency room. |
| | Do customers ask for any drugs by name, street name or color? (i.e. "M's" or "blues") **If so, do you still fill these prescriptions?** | No | No |
| | **Patient: Cash** | | |
| | Do many patients pay cash price (no insurance) for opiod prescriptions? | Rarely, if they do not have insurance/Emergency Room. Will check OARRS. | Very rare, but check with OARRS. |
| | Do they pay cash when they have insurance? | NO | NO |
| | Do cash (non insurance) patients come from one particular doctor? | Emergency Room | Emergency Room |
| | **Patient: Distance** | | |
| | Are there any <u>out of state</u> **prescriber**s who have patients with controlled drugs prescribed that frequent the store? | No | No won't fill. |
| | Are there many <u>out of state</u> **patients** who visit the pharmacy? What states? | Only 1 patient from Pennsylania town that does not have a CVS there. | Not usually |
| | **Patient: Early Fill** | | |
| | Do customers return too frequently with controlled drug prescriptions to be filled? | No, most know that they will not fill early. | No. |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| | | |
|---|---|---|
| What is the standard practice for early fills? | 2 days early is the store policy | Rule is 2 days early. |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| Pharmacist | | |
|---|---|---|
| Does the pharmacist conduct and understand his/her corresponding responsibility to determine prescriptions are written for legitimate medical purpose? (s) | Yes | Yes |
| Did the pharmacist receive/review the narcotic dispensing guidelines? If NO, provide a copy of the guidelines. | Yes | Yes |
| Does the pharmacy have access to a PMP? (prescription monitoring program) How often is it used? | Yes-OARRS | Yes-OARRS. At least a couple of times per day. |
| What is your procedure to verify a script with a prescriber? Who calls? Who do you talk to? What information is obtained? Is a diagnostic code obtained? | Pharmacist calls/if hospital talk to doctor, if office talk to nurse who then talks to doctor. | Pharmacist calls and speaks with nurse in doctors office who then speaks to doctor. |
| How do you document verification with a doctor? | Write on Script | Document on Rx who they spoke to, why called and result of conversation. |
| Does the pharmacist refuse to fill the prescription after the verification process if he/she is uncomfortable with the prescriber's response(s)? (confirming the pharmacist does not "verify and fill".) | Refused 3 on the day of this investigation and will not script for oxycodone 30mg or over (will not carry). | Refuse 1-2 each day, due to early fills or need to verify through doctor and then refuse. |
| When a RED FLAG is seen in a script, (cash patient, out of area patient, script from doctor of concern), how do you exercise your professional judgement? | Person under the influence drugs/alcohol wont' fill. Call doctor's office/run OARRS report. | Check OARRS and if not familiar with doctor/ cocktails etc. |
| In the last 12 months, have you had any inquiry from BOP or law enforcement agency? Please detail contact. | None | None |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| | | |
|---|---|---|
| In the last 12 months, has the DEA been in contact with your pharmacy or come in to conduct an inspection in the past year? If yes, what was the purpose of the interaction and were any concerns raised? | None | None |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| Prescribers | | |
|---|---|---|
| Interview Question | PIC | RPH 1 |
| Does the store have a "DO NOT FILL" list? Who is on it? | Yes-for the following prescribers: Kotichal, Craig, D'Ambrosio, Ranieri. | Kotichal, Craig, D'Ambrosio, Ranieri |
| Do you fill for any prescribers out side your local area? Why are you comfortable filling these scripts. | No for pain clinics, but sometimes fill for Cleveland Clinic/Surgery Center located about 40 minutes away. | Just Cleveland Clinic |
| Are you aware of any prescriber that only takes cash for appointments? | No | No |
| Does a particular prescriber routinely prescribe a cocktail that includes a Opiod with one or two others? Who and what is prescribed? | Veres/Torres: Soma/Tramadol/Hydrocodone | Torres/Veres; see PIC's response |
| Has a prescriber brought in controlled drug prescriptions to be filled either for him/herself, a patient, or family member? Explain if yes | No | No |
| Do you have any concerns with any Prescribers for your patients? Who and why? | Torres/Veres | Torres/Veres |

| **Prescribers of Concern** | | |
|---|---|---|
| For any of the Prescribers of Concern brought forward by the RPh  answer below questions for any prescribe the PIC or RPH  describes as a concern. | | |
| **Prescriber:** | Jose Torres | |
| DEA # or address of practice | BT5491434 | |
| What is the concern? | lot of pain scripts and some cocktails prescribed. | |
| What do we know about this prescriber and why are we comfortable filling scripts? | Specialty in pain mgmt. | |
| What have we done to validate that the scripts are for a valid medical purpose? | Verified through doctors office and check OARRS. | |
| What is known about their patients? Age? Drugs prescribed? Cocktails? Early fills? Cash patients? Out of area prescriber or patients? | 40-50 years old, no early fills, no cash payment issues and cocktails of tramadol and muscle relaxer. | |
| Are you currently filling for this prescriber? | Yes | |
| **Prescriber:** | Veres | |
| DEA # or address of practice | AR2944519 Specialty is pimary care/sports medicine/geriatrics. | |
| What is the concern? | Lots of pain meds | |
| What do we know about this prescriber and why are we comfortable filling scripts? | Utilizes pain contracts | |
| What have we done to validate that the scripts are for a valid medical purpose? | Call office and check through OARRS. | |
| What is known about their patients? Age? Drugs prescribed? Cocktails? Early fills? Cash patients? Out of area prescriber or patients? | 40-50  years old, Hydrocodone, no cash, none out of area. | |
| Are you currently filling for this prescriber? | Yes | |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| Prescribers of Concern | | |
|---|---|---|
| For any of the Prescribers of Concern brought forward by the RPh  answer below questions for any prescribe the PIC or RPH  describes as a concern. | | |
| **Prescriber:** | | |
| DEA # or address of practice | | |
| What is the concern? | | |
| What do we know about this prescriber and why are we comfortable filling scripts? | | |
| What have we done to validate that the scripts are for a valid medical purpose? | | |
| What is known about their patients? Age? Drugs prescribed? Cocktails? Early fills? Cash patients? Out of area prescriber or patients? | | |
| Are you currently filling for this prescriber? | | |
| **Prescriber:** | | |
| DEA # or address of practice | | |
| What is the concern? | | |
| What do we know about this prescriber and why are we comfortable filling scripts? | | |
| What have we done to validate that the scripts are for a valid medical purpose? | | |
| What is known about their patients? Age? Drugs prescribed? Cocktails? Early fills? Cash patients? Out of area prescriber or patients? | | |
| Are you currently filling for this prescriber? | | |

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

**Please highlight any concerns with dispensing guidelines in regards to oxycodone and hydrocodone scripts or any concern surfaced by the data.  What do you conclude based on your store investigation and interviews?**

**Please summarize any other pertinent information discovered during your visit that may need to be addressed or followed up on?**

PRIVILEGED AND CONFIDENTIAL: PREPARED AT THE DIRECTION OF COUNSEL SUBJECT TO ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCTRINE

| | |
|---|---|
| **Please have the RX Sup comment on the controlled drug dispensing concerns in the store. Please address specific concerns communicated by corporate or general observations surfaced during the visit.** | |
| Concern: | ex: Cash scripts |
| | |
| Concern: | ex. Oxy volume |
| | |
| Concern: | ex. Distance traveled |
| | |
| Concern: _____ | ex: Cash scripts |
| | |

### INSTRUCTIONS AFTER LP REVIEW COMPLETED:

1) Email completed document:    within 24 hours

2) Subject line for Email MUST read:    Store #_xxxx_____. Privileged and Confidential- prepared at the Direction of Counsel

3) Email to:    rxregulatory@cvs.com         JRROBINSON@CVS.COM