| | |
|---|---|
| **From:** | Travassos, Michelle L. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MLTRAVASSOS> |
| **To:** | Ciccolella, Lisa |
| **Sent:** | 3/21/2014 2:19:34 PM |
| **Subject:** | FW: Store 4606 - controlled substance dispensing program follow-up Q1 |

Hi Lisa,

Just following up to see if you have had a chance to reinforce with the Pharmacy team of store 4606? Once confirmed we will be able to close out this case.

Thank you,
Michelle

---

**From:** Travassos, Michelle L.
**Sent:** Wednesday, March 05, 2014 10:16 AM
**To:** 'Ciccolella, Lisa'
**Cc:** Dubois, Amanda
**Subject:** Store 4606 - controlled substance dispensing program follow-up Q1

Lisa,

Thank you for providing your documentation required for store 4606 that entered the Controlled Substance Dispensing Program for Quarter 1. As part of the documentation the RLPM listed, he called out two physicians of concern on the audit sheet (**Dr Torres/Dr Veres**). The comments were that these two physicians were contributing to 70-80% of the store's hydrocodone volume. As you follow up with the store, it would be good to remind them that a pharmacist must always exercise their professional judgment with each and every prescription they fill, particularly with controlled substances.  That means, that they should and have the right to refuse to fill any prescription that they suspect or believe is not being used for a legitimate medical purpose.  From a corporate standpoint we will review the metrics on these physicians. Please note, however, that the store team should not wait for a response back from the Corporate office to change the dispensing habits for these prescribers. If they are not comfortable filling a prescription, they should not.

If you have any questions, please do not hesitate to reach out. Please confirm back to me your receipt of this message and commitment to follow up with the pharmacy team of store 4606.

Thanks,

Michelle

Michelle Travassos
CVS/pharmacy
Prfessional Practices
401.770.5641
email address: Michelle.Travassos@CVSCaremark.com

Confidential

PLAINTIFFS TRIAL EXHIBIT
P-08408_00001

CVS-MDLT3-000029571