

### Store Information

| STORE | 4606 | AVP | Scott Wasikowski | | DM | Robert Watson | City/State | Warren - OH |
|---|---|---|---|---|---|---|---|---|
| | | RM | Matthew Dolan | | Rx Sup | Lisa Ciccolella | | |

### Algorithm Information



| June - November 2013 Algorithm Flagging ||||
|---|---|---|---|
| Drug Group | Oxy | Hydro | Opioid |
| Flag | - | Tier 1 | - |

| June - November 2013 Algorithm Red Flag Data |||||||||
|---|---|---|---|---|---|---|---|---|
| hydro | Volume | Share | Growth | Cash | Age | Cocktail | Only Controls | Distance |
| Store Percentile | 97 | 99 | 87 | 91 | 93 | 99 | 96 | 52 |

### Drug Trending Information

| Oxycodone Trending ||
|---|---|
| Max Dispensing: | 13,303 |
| Min dispensing: | 9,267 |
| % change H1 - H2 '13: | 9% |

| Hydrocodone Trending ||
|---|---|
| Max Dispensing: | 25,137 |
| Min dispensing: | 21,445 |
| % change H1 - H2 '13: | 1% |



Oxycodone & Hydrocodone Pill Volume Trending for Selected Store

Prepared at the direction of Legal Counsel - Privileged Confidential
(C) 2014 Caremark. All rights reserved. CVS Caremark proprietary and confidential information. Not for distribution without written permission from CVS Caremark.

Confidential

CVS-MDLT3-000030227


PLAINTIFFS TRIAL EXHIBIT
P-08409_00001

P-08409 _ 00