Message
_____

**From**: Kim Fraser [kfraser@lakeadamhs.org]
**Sent**: 10/30/2018 12:50:17 PM
**To**: Kim Fraser [kfraser@lakeadamhs.org]
**Subject**: Opiate Task Force

Good Afternoon All,

As the lead for the County HUB Program to combat opiate addiction, the ADAMHS Board is responsible for compiling a comprehensive report detailing how our county is addressing the opiate epidemic. I'm pleased to share with you our initial report.  While it is lengthy, it contains extensive information about the multitude of ways we collaborate, innovate and respond to community needs.  Please take a moment to look through it and feel free to share.

Please feel free to reach out with questions or comments.

Thanks, Kim



*Kimberly Fraser*
*Executive Director*
*Lake County ADAMHS Board*
*One Victoria Place, Suite 205*
*Painesville, Ohio 44077*
*(440) 918-3117*
kfraser@lakeadamhs.org

PLAINTIFFS TRIAL EXHIBIT
P-04511_00001

**Lake County ADAMHS Board**
**County Hub Program to Combat Opioid Addiction – Initial Report**
**October 2018**

1. **Please indicate the county you are completing this report for:**  Lake County

2. **Name of contact person for this county hub:** Kimberly Fraser

3. **Phone number:** 440-350-2198

4. **Email:** kfraser@lakeadamhs.org

5. **What types of stakeholders are involved with this county hub program? Check all that apply. If listing other types of organizations, please only listing broad types of organizations as you will have the opportunity to name specific organizations on the next page.**

   ☒ Public children's services
   ☒ County commissioners
   ☒ County health departments
   ☒ Department of Job & Family services
   ☒ Law enforcement
   ☒ EMS/Fire
   ☒ Drug courts/Probation services
   ☒ Department of Corrections
   ☒ Other government agencies
   ☒ Non-profit agencies
   ☒ Healthcare organizations
   ☒ Provider organizations
   ☒ Pharmacies
   ☒ Local business
   ☒ Faith-based organizations
   ☒ Universities/colleges
   ☒ Schools
   ☒ Peer supporters
   ☒ Civic/service organizations
   ☒ Community members
   ☒ Community coalitions
   ☒ Individuals in recovery
   ☒ Family members
   ☐ Other (please specify):

1

LAKE002430160
P-04511   00002

6. **Please name the specific stakeholders who make up this county hub:**

Lake County Opiate Task Force - Steering Committee includes:

Lake County ADAMHS Board
Lake County Commissioners
Lake County Common Pleas Court
Lake County Coroner
Lake County Educational Service Center
Lake County General Health District
Lake County Department of Job and Family Services
Lake County Juvenile Court
Lake County Sheriff's Office
Lake Geauga Recovery Centers
Concord Township Fire Department
Mentor Municipal Court/Lake County Drug Court
Perry Village
Retired Judge
Signature Health

Lake County Opiate Task Force – Subcommittees and Workgroups include:

Leadership Lake County (Operation Resolve/business community)
Lake County Service Organizations
    Chambers of Commerce/Rotary Clubs/other
Retired Senior Volunteer Program (RSVP)
Lake County Community Network (formerly LC Church Network)
Lakeland Community College/Lake Erie College
Drug Disposal Information via local pharmacies
Police Departments and Fire Departments throughout the county

7. **How frequently does this hub meet?**
   o   The HUB (Opiate Task Force) Steering Committee meets on a quarterly basis
   o   The subcommittees and workgroups meet on an as-needed basis

8. **What baseline data is being collected and reported? (Description of the crisis)**

☒ Opiate overdoses
☒ Opiate overdose deaths
☒ Overdose related ED visits
☒ Opioid doses dispensed per capita
☒ Overdoses reversed with Naloxone
☐ Naloxone doses per capita

2

☒Other (please specify):

9.  **What types of prevention measures are being implemented in this county? You will describe the specific programs and measures on the next page.**

☒Early Childhood Intervention
☒School-based Programs
☒Home-based Programs
☒Supply Side Reduction
☒Legislative Advocacy
☒Prescriber Education
☒Other (please specify): Community Outreach

10.  **Please describe the prevention measures you selected in the previous question. Include as much detail as possible (e.g. availability, accessibility, reach, how long has the program been in place, what data is being collected, etc.)**

**Early Childhood Intervention:**

The Lake County ADAMHS Board invests in prevention services for Early Childhood Intervention.  The programs include Incredible Years Program and the Parent Time Out-Respite Program. In addition, the community is also served through the Ohio Early Intervention program.

The **Incredible Years Program** is a nationally recognized evidence-based program which follows a guided curriculum.  It offers activities targeted for families with one or more risk factors, including families with substance abuse.  The program focuses on enhancing parenting practices and behaviors, and accessing community services and supports. Data has shown that 75% of parents rated attachment/bonding as improved or greatly improved.

The **Parent Time Out-Respite Program** provides families experiencing significant risk factors with a short period of relief from the demands of parenting very young children. 83% of parents/caregivers who utilize the program report a reduction in their stress level and 97% of parents/caregivers report that the program supports their child's healthy development.

**School-based Programs:**

The Lake County ADAMHS Board invests in prevention services for school based programs. The school based programs include Leadership Trainings, Youth Led Programming and educational presentations within all school districts throughout Lake County.  The programs are available from kindergarten through high school. Data collected includes number of presentations provided and number of participants.

The **Youth Led Prevention (YLP) Programs** are conducted to reduce risk for mood and substance use disorders, and use education and environmental strategies supported by community-based process, alternatives, and information dissemination.

3

LAKE002430162

P-04511   00004

The Lake County General Health District (LCGHD) launched **Project OPIATE** in conjunction with The Ohio State University Lake County Extension office. This pilot program began with training school personnel and youth (recruited from 4-H), in the "Lead & Seed" drug prevention program. This program uses the Substance Abuse and Mental Health Services Administration (SAMHSA's) 5-step Strategic Prevention Framework to increase capacity in both youth and adults in understanding environmental approaches to preventing drug use and misuse, and engages youth in planning, developing, and implementing prevention-based strategies for their peers and in their community.

The program Project OPIATE demonstrated that a youth-led education program can improve knowledge and change attitudes of middle and early high school students. Youth leaders successfully performed the pHARMING Effects presentation, and delivered four educational sessions using age-appropriate Generation Rx tools to add to and reinforce messaging. In order to assess knowledge, attitude and behavior change, pre and post testing was conducted. Materials were delivered to 92 students in 7th and 9th grades across three schools. While all materials were well received by both the youth leaders and students, youth leaders did feel that 7th graders were the most receptive. Results showed that after the program was delivered more students agreed that using someone else's prescription is illegal, taking a prescription can lead to the illegal use of drugs, and it is not okay to share a family member's prescription. The percent of students agreeing or strongly agreeing that using someone else's prescription is illegal increased from before the education 69.1% to 92.8% after the education. Students were more likely to strongly agree that taking a prescription can lead to the illegal use of drugs like heroin after receiving the education. Interestingly, while more students strongly agreed they knew how to say "No" to a prescription after the education, a small increase was also seen in the percent of students reporting they disagreed that they were confident. Importantly, far more students reported they knew where to find help if a friend or family member was taking a prescription illegally after the education. Seventy-one percent of students responding indicated a change in attitude after the program. These assessments show promise that youth leaders can indeed deliver age-appropriate education to middle and high school-aged children with important results.

### Home-based Programs:

**Community Base Family Treatment** – This program is designed to prevent children and adolescents from being hospitalized and/or placed in residential treatment.  The program also supports children and adolescents who are transitioning home from residential/hospitalization.  Community Base Family Treatment is modeled after the intensive in-home program of the Yale Child Study Center.  Community Based Family Treatment provides intensive in-home psychotherapy and therapeutic behavioral support services multiple days per week to address the symptoms of the identified client as well as to teach, coach and model parenting skills for their families and to resolve other challenges that impede family functioning.  It operates 24 hours per day, 7 days per week, in order to handle crises as they occur.  The Program is facilitated in part through Lake County Family and Children First Council.

4

LAKE002430163

P-04511   00005

**Supply Side Reduction:**

An SUD Prevention team (though an ADAMHS Board provider) conducts annual **Responsible Server** compliance checks across Lake County to ensure legal distribution of alcohol.  When a confederate under the age of 18 is available for working with law enforcement and the team, compliance checks will also include tobacco products. The community partners in law enforcement provide written reports summarizing those who are/are not in compliance with the law.

**Legislative Advocacy:**

The Lake County ADAMHS Board collaborates extensively with legislators locally and in Columbus in order to promote prevention and education, as well as access to care. The Board has supported efforts by Senator Eklund to secure the passage of SB319.  The Board has partnered with Representatives Rogers and Young to secure state funding to support expansion of residential treatment in the county. Finally, the Board passed a resolution asking the Governor to declare an emergency relative to the opiate crisis, and the Lake County Opiate Task Force passed a resolution opposing the passage of Issue 1.

**Prescriber Education:**

The Lake County General Health District (LCGHD) holds a contract with the Ohio Department of Health to provide education, support, and technical assistance for prescribers seeking to integrate OARRS into their current electronic medical record.

Lake County ADAMHS Board providers provide staff with Clinical Guidelines on controlled substance prescribing and prescription contracting; in-house CEU-eligible trainings are provided on a variety of relevant topics, including current drug use trends in the community.

**Other:**

The Lake County ADAMHS Board ensures (through a service provider) that **Mentoring** is available to any Lake County family that has a child between the ages of 6-18. Data is collected annually via a retrospective survey provided to parents, teachers and mentors. The survey is based on, and reflective of, the Search Institute Asset Model, and contains question specific to alcohol and drug use.

The Lake County ADAMHS Board partners with Leadership Lake County and The Opiate Task Force to provide **Operation Resolve**.  These partners recognized the impact that employers face due to the opiate epidemic and teamed up to help the businesses fight back. Operation Resolve provides presentations to Lake County businesses to address drug abuse and addiction within the workplace.  The program provides information about opiates and heroin, warning signs, impacts, and local help resources.  Handouts which address abuse and addiction and resources are also provided.

The Lake County ADAMHS Board maintains a **Community Outreach Specialist**. The Community Outreach Specialist is responsible for coordinating and facilitating ADAMHS-led, system wide initiatives, managing outreach services for the Lake County behavioral health network of care, and promoting and assuring ongoing education presentations for all facets of the community.  Data collected includes the name of the presentation, number of

5

LAKE002430164

P-04511   00006

presentations, number of participants, topic of training, population served, prevention strategy code and the length of the program.

ADAMHS Board providers maintain chemical dependency case managers who provide community-based crisis support, symptom monitoring, skill development, behavior management, advocacy, and other programs to help clients achieve independence and maintain their recovery.

**11.  What types of treatment measures being implemented in this county? You will describe specific programs and measures on the next page.**

☒ Medication-Assisted Treatment
☒ Project DAWN/Other Naloxone Distribution Efforts
☒ Treatment for Opioid Use Disorder during Pregnancy
☒ Treatment for Neonatal Abstinence Syndrome
☒ Behavioral/Psychosocial Counseling
☒ Withdraw Management Centers
☒ Residential Treatment
☒ Recovery Housing
☒ Peer Support
☒ Quick Response Teams
☒ Harm Reduction Measures
☒ Other (please specify): Wellness Program, Safe Passages, Drug Screenings

**12.  Please describe the treatment measures you selected on the previous page. Include as much detail as possible (e.g. availability, accessibility, reach, how long has the program been in place, what data is being collected, etc.)**

**Medication-Assisted Treatment:**

The Lake County ADAMHS Board ensures that MAT is provided for the community by means of the following programs: Ambulatory Detox, Vivitrol, Suboxone, and the Opiate Recovery Transition Program.

**Ambulatory detox** services are designed specifically for individuals with opiate use disorder and provides non-narcotic medication to assist with the extremely uncomfortable but not life threatening symptoms of withdrawal.

**Vivitrol** (an extended release form of the generic medication naltrexone) is an opioid antagonist. It occupies the opioid receptors in the brain, blocking the euphoric effects of opiates for 30 days. While Vivitrol dramatically reduces drug cravings and the risk of relapse, residential and outpatient treatment provide the counseling, 12-Step programming and lifestyle changes needed to support long-term recovery. The data being collected for this program includes the number of clients receiving and successfully completing Vivitrol and/or oral naltrexone regiment and successful completion of treatment services; and the post treatment outcomes including treatment and legal system recidivism.

6

CONFIDENTIAL

LAKE002430165

P-04511   00007

**Suboxone** is administered orally (daily). Use of Suboxone in combination with comprehensive treatment services allows individuals to function effectively without intoxication, impairment or fear of withdrawal symptoms. This program is provided conjunctively with a full array of outpatient and/or residential services. Treatment is collaborative and individualized. Involvement of family or other support persons is essential to achieving a successful outcome.  The goal is to reach and maintain the best possible level of functioning while working toward a drug and alcohol free lifestyle.

The **Opiate Recovery Transition** program is a collaboration with ADAMHS providers which helps Lake County residents who are ready to commit to ongoing treatment for opiate dependency.  The program includes an assessment, medical clearance, in-patient withdrawal management for 7 to 10 days, MAT, and long term outpatient treatment.  Data being collected includes: number of clients enrolled, number of clients currently active, number of clients discharged, average length of stay for open clients, service providers for outpatient treatment, clients that discharge while still in-patient and clients linked with Ascent Services.

## Project DAWN/Other Naloxone Distribution Efforts:

The Lake County General Health District operates **Project DAWN**, a community-based overdose education and naloxone distribution program. Project DAWN participants receive training on recognizing signs and symptoms of an overdose, and distinguishing between the different types of overdose.  Participants are also trained in rescue breathing, when to call EMS, and how to administer the naloxone the participant received at the session. A Naloxone kit includes two doses of 4 mg/.01 mL of Narcan Nasal Spray, one face shield, one educational DVD, one educational step-by-step booklet.  Project Dawn holds two regularly scheduled clinics each month.  Additionally, Project Dawn attends numerous community meetings and special events to provide education and distribute naloxone.  From September 2017-September 2018, Project Dawn distributed 292 kits in Lake County.

Additionally, Project DAWN provides ODH-funded naloxone to any organization, agency, or business that would like to keep naloxone on site to administer in case a person overdoses on the premises.  To be eligible to administer naloxone as a service entity, a physician or board of health must establish a written protocol for administering naloxone. Lake County Project DAWN provides protocol requirements to the organization, agency, or business, and assists with the protocol process if assistance is needed. Lake County Project DAWN staff then provides "trains the trainer" education to authorized personnel, which allows those individuals to train others within their organization to properly administer naloxone.

## Treatment for Opioid Use Disorder during Pregnancy:

The Lake County ADAMHS Board provides funding in order to provide supportive housing and services to women who are pregnant.  The housing program provides pregnant women a supportive living environment with a link to Outpatient Treatment services, dual-diagnosis services, ambulatory detoxification, family group, expressive therapy and aftercare.

7

CONFIDENTIAL

Pregnancy is not an exclusion criterion for SUD treatment. Data Collected: Number of drug free babies born.

### Treatment for Neonatal Abstinence Syndrome:

The Lake County Department of Job and Family Services and the Lake County Prosecutor's office collaborate together  in order to address cases involving a child born with a positive toxicology screen.  **The Positive Toxicology Protocol** was established in an attempt to provide safety for the child upon discharge from the hospital while also providing reasonable efforts to prevent the child's removal.

The **Ohio Early Intervention Program**, through Crossroads, receives automatic referrals when it is identified that a child has neonatal abstinence syndrome (NAS) or exposure to drugs. When identification occurs, an evaluation is conducted and a service coordinator is assigned to assist in addressing the needs recommended from the evaluation. Additionally, the Early Intervention program, along with the **Whole Child Matters Program**, has staff trained in using the Newborn Behavioral Observation (NBO) tool.

### Behavioral/Psychosocial Counseling:

The Lake County ADAMHS Board contracts with 17 providers to ensure that a continuum of behavioral/psychosocial counseling services are available to the community.  These programs include: intake, assessment, individual counseling, group counseling, dual diagnosis counseling/treatment, family groups, support groups, aftercare, relapse prevention, and intensive outpatient treatment. Data Collected: wait lists for services, number of clients receiving and successfully completing services, successful completion of treatment services; post treatment outcomes including treatment and legal system recidivism.

### Withdraw Management Centers:

Windsor Laurelwood has 41 beds licensed for substance use disorder treatment. These beds can be utilized for withdrawal management or Rehabilitation services.

### Residential Treatment:

The Lake County ADAMHS Board supports funding for various levels of residential treatment. The facilities include **Lake House**, a sixteen-bed adult men's residential treatment program and **Oak House**, a sixteen-bed adult women's residential treatment program. The goal for these treatment services is to help the clients achieve long-term recovery through abstinence from alcohol or other drugs, and an improved quality of life through involvement in a 12-step program or other path of recovery. With the onset of Ohio Medicaid BH Redesign, clients are placed in appropriate ASAM Levels of Care based on meeting on-going established ASAM criteria for ASAM 3.5 Clinically Managed High-Intensity Residential Services or after treatment progress ASAM 3.5 Clinically Managed Low-Intensity Residential Services (Halfway House Level).  Data Collected includes: Number of drug free babies born; number of men and women receiving and successfully completing Vivitrol and/or oral naltrexone regiment; successful completion of treatment services; post treatment outcomes every 3 months for one year measuring remaining abstinent, supportive living environment,

8

LAKE002430167

P-04511    00009

self-supporting and no new legal charges.   **Nevaeh Ridge** is a supportive housing program which accommodates women with up to 2 children, ages 5 and under. Neveah Ridge offers specialized and enhanced services that are specifically designed to meet their unique needs (i.e. parenting skills, pre-natal care, intensive group therapy and individual counseling, independent living skills, family groups, integration into community 12- Step support groups, transportation and on-site child care.) The home is in close proximity to Lake Geauga Recovery Center's outpatient office where the women participate in intensive outpatient treatment programming.

### Recovery Housing:

In order to enhance the continuum of care in Lake County, the ADAMHS Board provides funding for three recovery houses.  These facilities are considered Level II, as they have a liv-in house manager to monitor activities and offer support and accountability.
Data Collected includes: Recovery House clients that met all of their recovery milestones (e.g., recovery support system, work, education, relationships, legal, housing) during their stay in the recovery home (length of stay measurement).  Number of clients that would remained abstinent (self-reported) from alcohol and other drugs for after leaving the recovery house and report: 1) Positive, supportive relationships; 2) No new legal charges; 3) Positive, supportive living environment, 4) Quality of lives are better, 5) Self-supporting with stable employment.

### Peer Support:

The Lake County ADAMHS Board provides funding to maintain two full time **Peer Recovery Supporters** for the outpatient and residential treatment programs.  The function of each Peer Recovery Supporter may include action plans and solving problems directly related to recovery (such as finding sober housing, making new friends, finding new uses for their spare time and improving one's job skills). They encourage, inspire and empower others to set recovery goals and achieve them. Data Collected: Number of drug free babies born; number of clients receiving and successfully completing Vivitrol and/or oral naltrexone regiment; successful completion of treatment services; post treatment outcomes including treatment and legal system recidivism.

### Quick Response Teams:

The **Lake County Quick Response Team** is comprised of the Lake County Sheriff's Office, Lake County Alcohol, Drug Addiction and Mental Health Services Board, the Perry Joint Fire District, Perry Village Police Department and Concord Township Fire Department.  Due to the high volume of individuals that leave an emergency department against medical advice after an over dose, there was a need to actively engage this population that are fighting this horrible addiction.  The team travels to homes within the community in order to meet with individuals who have been revived from an overdose with the goal of getting them into treatment. Literature, support and treatment options are presented.  Literature and support is also available for family and friends. Data collected for this program includes: the date, the name, the case number, the age, the incident city, whether there was a fatality, the phone number of the referring agency and whether naloxone was administered.  The Lake

9

CONFIDENTIAL

County Sheriff's Office maintain, manages and disperses this data. The Sheriff's Office has access to the Case Explorer Law Enforcement Software to assist with data collection.

**Harm Reduction Measures:**

Windsor Laurelwood Center for Behavioral Medicine provides behavioral health treatment services for adults, adolescents, and children experiencing mental health and/or substance abuse issues.  The facility provides patients who are discharging with information regarding **Narcan** and how they can access it.

Northcoast Behavioral Healthcare is a psychiatric facility which provides a variety of recovery-focused specialized programs for individuals with severe and persistent mental illness.  The facility provides patients who are discharging (and have with a severe opioid dependence) with a **Project DAWN kit** upon release.

The Lake County General Health District operates **Project DAWN**, a community-based overdose education and naloxone distribution program. Project Dawn holds two regularly scheduled clinics each month, one at LCGHD offices in Mentor, and the second at Signature Health in Willoughby.  Additionally, Project Dawn attends numerous community meetings and special events to provide education and distribute naloxone.  From September 2017-September 2018, Project Dawn distributed 292 kits in Lake County.

**Other:**

An ADAMHS provider, Signature Health, offers **Wellness Services** to all consumers in Lake County, including SUD patients.  It is a voluntary program of formal and informal activities designed to improve the health and well-being of patients and reduce, eliminate, or manage issues affecting recovery.

The Lake County ADAMHS Board has partnered with Eastlake Police Department to support their **Safe Passages Program**.  The premise of the program is that treatment is better than jail for those with a substance use disorder, so the program allows individuals to present at the police department and request assistance in accessing treatment without fear of arrest. The police department connects the individual with ADAMHS treatment network in order to quickly and effective ensure access to care.

The ADAMHS Board funds **Drug Screening Services** as part of the SUD treatment programs for children and adults.  Providers that incorporate the use of drug screening include Crossroads, Lake Geauga Recovery Center and Signature Health.  The testing process assists in the management of a client with possible substance use disorders. The goal of services is for the clients who use of alcohol and/or drugs to decrease use and to assist individuals in meeting their treatment plan goals.


**13.  What family building or workforce development efforts are being implemented in this county? You will describe specific programs and measures on the next page.**

☒ Career Planning & Preparation
☒ Family Counseling
☒ School-based Family Engagement Programs

10

CONFIDENTIAL

☒Employee/Employer Education
☒Self-care Training for Front Line Workers
☒Peer Supporter Training
☒Substance Use Disorder Continuing Education for Physicians, Social Workers, Peer Supporters, etc.
☐Other (please specify):


**14. Please describe the family building and workforce development measures you selected on the previous page. Include as much detail as possible (e.g. availability, accessibility, reach, how long has the program been in place, what data is being collected, etc.)**

**Career Planning & Preparation:**

The Lake County ADAMHS Board invests in a **Supported Employment Program**.  The program works closely with the dual diagnosis population.  Outcome measures are based on a scale crated by the Center for Evidence Based Practices out of Case Western Reserve University.  In addition, funding is provided for a full-time transitional youth services provider.  This position assists young people in preparing across various aspects of functioning as they transition into adulthood.  This includes, but is not limited to, career or vocational planning and preparation.

**Family Counseling:**

Funding is provided by the Lake County ADAMHS Board which supports the following family counseling programs:

The **Family Awareness Program** is for adult family members, friends, or others who are affected by someone's harmful use of alcohol or other drugs.  The purpose of the Program is to increase awareness and educate individuals about the disease concept of chemical dependency.  Family members are taught the signs and symptoms of co-dependency, and choices and alternatives to cope with the disease in a loved one. Group sessions are done with the use of discussion and lectures, and are facilitated by a licensed counselor.  Family members are introduced to other sources of support and education in the community, such as Al-Anon, Nar-Anon and Families Anonymous. Data Collected includes: Number of participants, satisfaction with program, and increased knowledge of addiction.
Family Counseling is available across youth program areas as a necessary part of treatment.

**Family Counseling** is available for early childhood clients, child/adolescent recipients of mental health services as part of SUD treatment, and through specialized trauma programming. Differing data is collected via Outcome measures depending on the program area (i.e. DECA, Ohio Scales, SUD Outcome measures, Outpatient Outcome measures). For adult recipients, psychoeducation for the family is incorporated into dual diagnosis counseling when possible.

11

CONFIDENTIAL

**School-based Family Engagement Programs:**

**Family Resource Center** - The Painesville City School district Family Resource Center was created to provide solutions and interventions to improve social, economic, behavioral and mental well- being to its families. The purpose of the center is to provide a central and convenient point of contact for all Painesville City School families to access multiple services to minimize barriers to student academic success. Such services include solutions and interventions to improve social, economic, behavioral and mental well-being to the families. It is understood that a basic level of overall wellness is necessary for children to engage and benefit from academic tasks. Among the barriers that hinder a child's ability to learn are:

- Physical health (i.e., hunger and poor nutrition)
- Mental health (i.e., depression and anxiety)
- Exposure to trauma
- Negative peer influences
- Alcohol, tobacco, and/or drug use
- Difficulties with concentration/attention
- Behavioral barriers
- Social-emotional barriers

The district found that, while many agencies and services in Lake County exist to help families deal with the above array of problems, they are not always readily accessible to the families that need them. Awareness, language, and transportation are common barriers to connecting with needed services. The Family Resource Center was created to provide a solution to those barriers.

The Lake County ADAMHS Board provides specialized abuse/addiction education and prevention information to any **Lake County School Sports Program**. Presentations and educational materials are provided to various coaching staff, parents, and team members in order to address addiction and the opiate epidemic. The ADAMHS Board knows that teens who are educated and have trusted adults to talk with about substance abuse are half as likely to become addicted adults. Coaches, parents and team members are provided information regarding the warning signs of abuse and addiction, information regarding "red flag" terms, and how to respond to a situation where someone may be abusing a substance. In addition, the Lake County ADAMHS Board also developed a number of Urgent Alert handouts at the request of the schools. These handouts provide pertinent information directly to the hands of the students and athletes.

**Employee/Employer Education:**

Leadership Lake County, the Lake County Alcohol, Drug Addiction, and Mental Health Services Board and the Lake County Opiate Task Force partnered to create **Operation Resolve**, an initiative to aid local businesses and organizations in the fight against drug abuse and addiction. Operation Resolve presentations educate employees on drug abuse and addiction and provide community referral resources. Data collected for this initiative includes: how many presentations provided, names of participants, and number of participants educated.

12

CONFIDENTIAL

**Self-care Training for Front Line Workers:**

The ADAMHS Board system of care provides on-going trainings for self-care for its front line workers/staff including annual workplace violence and de-escalation training to compassion fatigue trainings.

**Peer Supporter Training:**

The Lake-Geauga Recovery Centers (LGRC) in collaboration with the Lake County ADAMHS Board hosted a county-wide 40 hours, 5-day **Peer Recovery Supporter training** whereby 12 individuals completed the week long training. In addition, recently LGRC have four of their supervisors that have successfully completed trainings for supervision of Peer Recovery Supporters.

**Substance Use Disorder Continuing Education for Physicians, Social Workers, Peer Supporters, etc.:**

The ADAMHS Board system of care provides symposiums and continuing education seminars throughout the year designed specifically for physicians and medical staff, social workers and family/peer supporters.

**15. What community engagement and/or education activities are being implemented in this county?**

☒Town Hall Meetings
☒Naloxone Use Training
☒Overdose Recognition Training
☒Safe Prescription Storage and Disposal Education
☒Awareness Campaigns
☒Drug-free Coalitions
☒Other (please specify): various tabling events

**16.  Please describe the community engagement and education measures you selected on the previous page. Include as much detail as possible (e.g. availability, accessibility, reach, how long has the program been in place, what data is being collected, etc.)**

**Town Hall Meetings:**

The Lake County General Health District hosted two **Opiate Outreach Meetings** in September 2018, in Wickliffe and Willowick.  These were educational forums where the community came together to learn more about the alarming impact heroin and opiate abuse in our county. Attendees were able to questions, share concerns, and connect with local resources to better understand addiction and how to prevent and overcome it.

Lake Erie College provided a town hall discussion regarding the psychology of addiction. Several ADAMHS Board providers were invited to participate in this event.

13

LAKE002430172

P-04511   00014

The Lake County ADAMHS Board has provided a plethora of town hall meetings/educational forums which reached over 5,000 individuals. Whenever possible, individuals in recovery and/or family members are included in training curriculum.

Lake County ADAMHS Board created education/awareness materials to provide to community partners regarding SUD and Opiate Addiction.

**"Sound of Ideas" –ideastream Community Tour**- This event was part of a collaborative addressing the ripple effects of the opioid epidemic nationally.   The event facilitated a discussion of the opioid epidemic at the Mentor High School Paradigm Center.  The panel for this event included representatives from the Lake County ADAMHS Board, Lake County Job and Family Services, Lake County Sheriff's Jail Treatment Program, Mentor Schools, Leadership Lake County, the Lake County Sheriff, and a person in recovery. The public was invited to participate in this event as a live audience. Audience participation included a mixture of questions for panelists as well as personal thought and anecdotes.

### Naloxone Use Training:

The Lake County General Health District operates Project DAWN, a community-based overdose education and naloxone distribution program. Project DAWN participants receive training on recognizing signs and symptoms of an overdose, and distinguishing between the different types of overdose.  Participants are also trained in rescue breathing, when to call EMS, and how to administer the naloxone the participant received at the session. A Naloxone kit includes two doses of 4 mg/.01 mL of Narcan Nasal Spray, one face shield, one educational DVD, one educational step-by-step booklet.  Project Dawn holds two regularly scheduled clinics each month.

### Overdose Recognition Training:

Overdose recognition training is provided as part of Project Dawn through the Lake County Health District.

### Safe Prescription Storage and Disposal Education:

The Lake County General Health District and the Lake County Solid Waste District administer the **Pharmaceutical Drug Collection & Disposal Program**, with support from the Lake County ADAMHS Board/Opiate Task Force.  The program provides seven collection sites in secure location within Lake County.  Currently site locations are Eastlake Police Department, Lake County Sheriff's Office, Lakeland Community College Police Department, Madison Township Police Department, Mentor Police Department, Willoughby Hills Police Department and Willoughby Police Department.   Many community organizations, including the Lake County ADAMHS Board, distribute information and promote the disposal sites.

The Lake County ADAMHS Board partnered with Lake County Retired Senior Volunteer Program (RSVP) to distribute **Deterra** pouches to the senior community. Data collected includes: presentation location, date of presentation, #of pouches dispersed and number of participants.

14

CONFIDENTIAL

**Awareness Campaigns:**

**Compass Line -** The Compass Line is an initiative of the Lake County Alcohol, Drug Addiction and Mental Health Services Board; it is a central, user-friendly entry point for Lake County individuals in need of mental health, drug and/or alcohol addiction services.  Through the Compass Line, a trained triage specialist helps individuals sort through feelings and symptoms, explore and explain options, and get connected firmly and quickly with the right kind of help. The Compass Line has access to information, referrals, appointments, and wait times for ADAMHS Board providers and is able to directly link individuals to the services needed.

**Operation Street Smart-** the Lake County ADAMHS Board and the Lake County Opiate Task Force worked together to bring Operation Street Smart to Lake County.   Operation Street Smart is an award winning initiative of the Franklin County Ohio Sheriff's Department. Experienced undercover narcotics detectives conduct the presentation, which includes actual samples of street drugs and drug paraphernalia. Attendees learn about effects of drug abuse/addiction, about drug related street slang, and about ways abusers and addicts access their drugs and camouflage their behaviors.

The Lake County ADAMHS Board developed promotional/educational materials in order to address various levels of need throughout the community. The materials consist of the following:

1.  *"What you need to know as a parent or grandparent"*. This handout can be opened from two "entry points".  The first side takes you to information on the importance of keeping your eyes peeled, of open and honest communication with your sons and daughters, and of early intervention if needed. Entering from the opposite side - *"Warning signs of potential drug/alcohol abuse in teens"*-  leads you to red flags which are organized by category (behavioral, school/work related, etc.). In both cases, the Lake County ADAMHS Board Compass Line is prominently featured as a source for more information and/or help.
2.  "Our *Help That Works"*.  This is a trifold handout which offers an overview of our ADAMHS system, a provider list, and Compass Line information.
3.  *"Hey, Mom"* handout includes tips for parents on helping their children make smart decisions about alcohol/other drugs. This piece is written from a "kid's-voice" perspective (help me learn ways to react to peer pressure, know where I am and who I'm with, etc.).
4.  *"Four Things"* handout describes four specific action steps people can take to help reduce drug abuse/addiction locally.
5.  "*Safe Disposal* "handout lists seven secure Lake County collection bins where residents can dispose of older/unused Rx medications.
6.  *"Operation Resolve"* handout promotes the initiative focused on helping businesses and organizations address substance use and the opioid epidemic within the workplace. The piece takes a business-first approach (appeal centers on the fact that American employers lose up to $80 billion annually to abuse/addiction).

15

CONFIDENTIAL

7. *Quick Response Team* (QRT) materials are produced which are utilized by the team when they visit someone who recently overdosed. These handouts encourage and facilitate easy access to treatment.
8. *Compass Line* – The Lake County ADAMHS Board Compass Line is assertively promoted through posters and business cards which are distributed to first responders, churches, educators, and community partners. Other Compass Line promotions include bus ads through Laketran (area public transportation system), and backlit signs in our area's largest shopping mall.

In addition, The Lake County ADAMHS Board has developed display pieces including a table-top and a floor pop-up display.  The table-top encourages parents to talk to their kids about drugs "before somebody else does" and also promotes our Compass Line as an access point for help if needed.  The floor pop-up display is typically used alongside the table-top and shows facts and statistics regarding drug abuse and addiction. All materials and displays are available to any community partners upon request.

## Drug-free Coalitions:

**Youth-Led Prevention** is conducted to reduce risk for mood and substance use disorders, using education and environmental strategies supported by community-based process, alternatives and information dissemination.  The program is designed to carry on the impact of Leadership Training.  The Youth-Led Prevention programs are evaluated using participant surveys, which also provide information that helps to gain an understanding of the youth-led prevention landscape in Lake County.

## Other:

**Resource events**: Various events were hosted throughout the Lake County community which ADAMHS Board providers participated in. Educational information was distributed regarding addiction and prevention.

**17.  Please describe any additional collaboratives or activities that this county hub is involved in that have not previously mentioned.  Please include information about the type of collaborative or activities membership, frequencies of activities/meetings, what data is being collected, etc.:**

The county hub participates in the following **Collaborations**:
Lake County's Coalition for Housing & Support Services, Lake County Re-entry Coalition, Lake-Geauga Training Committee, Lake County Trauma Response Team, Lake County Suicide Prevention Coalition, Lake Health Psych Clinical Team, Directors Council, Lake Health Districts' Community Health Improvement Plans, Lakeland's Human Services Advisory Committee, Lake County Drug Court Advisory Committee, Lake Geauga Ashtabula Tobacco Coalition, Family and Children First Council, Lake County Overdose Fatality Review Committee.

The Lake County ADAMHS system collaborated with the Mentor Municipal Court for the provision of Lake County's only **Adult Drug Court**. A partnering between communities based

16

LAKE002430175
P-04511   00017

treatment providers and specialty docket court programs, the initial pilot program contributed to a decrease in substance abuse and criminal activity, and an increase in stable housing and employment among program participants. The collaboration expanded to include ATP.  To be eligible for ATP client must be enrolled in a certified drug court, must have an opioid and/or alcohol addiction, and must be deemed eligible for Medication-assisted treatment (MAT).

Funds may be utilized to cover both treatment (MAT, counseling, etc.) and recovery supports, which include, but are not limited to: housing, transportation, child care, co-pays for private insurance, or anything that assists and supports individuals' recovery. Data Collected: Number of clients receiving and successfully completing Vivitrol and/or oral naltrexone regiment; successful completion of treatment services; post treatment outcomes including treatment and legal system recidivism.

**Criminal Justice and Behavioral Health Linkage Grant** - The Lake County ADAMHS Board was awarded the Criminal Justice /Behavioral Health Linkage grant and partnered with Lake-Geauga Recovery Centers for the provision of these services. OhioMHAS dedicated these funds to projects that will reduce the significant number of individuals incarcerated in correctional facilities with serious mental illness and/or addiction disorders. Lake-Geauga Recovery Centers has collaborated with the Lake County criminal justice system, both the common pleas and municipal courts, to provide individuals with Medication Assisted Treatment (Vivitrol injections) and evidence based treatment. The goal of the program is to reduce the incidents of recidivism involving individuals with felony or misdemeanor-level offenses, and improve the ability of those involved in the program to maintain recovery and return to productivity in our community. The target population includes individuals involved in the criminal justice system, while incarcerated and/or upon their return to the community. Data Collected: Number of clients receiving and successfully completing Vivitrol and/or oral naltrexone regiment; successful completion of treatment services; post treatment outcomes including treatment and legal system recidivism.

The Lake County ADAMHS Board collaborates with the Lake County Juvenile Court for the **Intensive Community Rehabilitation Program**. This program is designed to serve incarcerated high risk youth who are involved in the juvenile justice system and demonstrate severe emotional and behavioral challenges in their lives. Youth are provided comprehensive interventions to address the varying mental health and substance use needs of the youth while providing the community the necessary safety of a locked facility.

In addition, Lake Geauga Recovery Center (ADAMHS provider) collaborates with the Lake County Adult Probation for the development and implementation of the **Opiate Recovery Program (ORP) I and II**. Clients accept voluntary admission into this program, including monthly Vivitrol injections.  Clients receiving this Medication Assisted Treatment are expected to be engaged in services for a minimum of 12-18 months. Duration of the Vivitrol injections is individualized and is determined by the client with input from the counselor, Nurse Practitioner, and supervising physician. Data Collected: Number of clients receiving and successfully completing Vivitrol and/or oral naltrexone regiment; successful completion of treatment services; post treatment outcomes including treatment and legal system recidivism.

17

CONFIDENTIAL

LAKE002430176
P-04511   00018