

## TRUMBULL COUNTY Mental Health and Recovery Board

### RESOLUTION: Responding to Ohio's Opiate Epidemic

WHEREAS, the members of the Alliance for Substance Abuse Prevention (ASAP) Opiate Task Force are committed to leading Trumbull County in advancing recovery to achieve health and wellness.

WHEREAS, Ohio leads the nation in opioid overdose deaths; and

WHEREAS, the number of fentanyl-related drug overdose deaths throughout Ohio continues to increase each year from 84 in 2013, to 503 in 2014, to 1,155 in 2015; and

WHEREAS, in Trumbull County, there were 54 overdose deaths in 2014, 87 overdose deaths in 2015 and 106 overdose deaths in 2016; and

WHEREAS, an average of eight people die as a result of a drug overdose each day in Ohio, one death every three hours; and

WHEREAS, in the first quarter of 2017, **307 Trumbull County residents overdosed from opiates and 39 people** died;

THEREFORE BE IT RESOLVED that the members of the Alliance for Substance Abuse Prevention (ASAP) Opiate Task Force urge the Governor of the State of Ohio, the Ohio General Assembly, and Ohio's Congressional Delegation to declare the opiate epidemic an emergency, prioritizing the needs of Ohioans impacted by opioid addiction by dramatically increasing investments in prevention, treatment, recovery support, education and interdiction efforts to end this epidemic.

Ratified on the 18th day April, Two Thousand and Seventeen.

_____
Lauren R. Thorp, Project Director
ASAP Opiate Task Force

_____
Jill Lewis, Coalition Coordinator
ASAP Opiate Task Force

PLAINTIFFS TRIAL EXHIBIT
P-04568_00001

CONFIDENTIAL

TRUM004592699
P-04568   00001