| | |
|---|---|
| **From:** | Mortelliti, Henry H. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JHMORTELLITI> |
| **To:** | Brantley, Gregory |
| **CC:** | Devlin, Francis R. |
| **Sent:** | 8/25/2010 12:31:21 PM |
| **Subject:** | Control Drug IRR SOP |
| **Importance:** | High |
| **Attachments:** | Control Drug IRR Draft 3.doc |

Greg,

This needs to be implemented ASAP in your area. Read it over and give me a call if you have any questions. I have found it to be much easier than the PSE because you actually have items and NDC numbers to track. It is also based on 6 months.

You will need to get a MACD to get the IRR printed in your facility daily if it is not already being done so.

*John Mortelliti*
*Logistics Loss Prevention*
*(609) 267-6700 #6801*

PLAINTIFFS TRIAL EXHIBIT
P-10198-00001

CONFIDENTIAL

CVS-MDLT1-000057751

P-10198 _ 00001