

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 1 of 18. PageID #: 549669

VIPERx PDMR
Fiscal February through April- VIPERx High Theft Drugs - By GCN
Tuesday, May 29, 2007
RLPM
Crowell, Todd

PLAINTIFFS TRIAL EXHIBIT
P-10243-00001

HIGHLY CONFIDENTIAL

CVS-MDLT1-000068377

P-10243 _ 00001

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 2 of 18. PageID #: 549670

HIGHLY CONFIDENTIAL CVS-MDLT1-000068378

P-10243 _ 00002

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 3 of 18. PageID #: 549671

| RLPM | Dancisin, Rick |
| --- | --- |

[redacted]

HIGHLY CONFIDENTIAL CVS-MDLT1-000068379

P-10243 _ 00003

**RLPM** **Dugger, Don**

| Store | R | D | Name | DEA | Thft Flg | GCN | WHShip | OVShip | Tot Ship | Trns In | Trns Out | Returns | Disp | CC | CC# | OADJ | Var. | Var% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3360 | 31 | 4 | VICODIN 5/500 TABLET | 3 | 3 | 70331 | 34100 | 0 | 34100 | 0 | 0 | 0 | 31511 | 0 | 0 | 0 | 2589 | 8% |

HIGHLY CONFIDENTIAL

**RLPM** **Farrell, Donna**

| Store | R | D | Name | DEA | Thft Flg | GCN | WHShip | OVShip | Tot Ship | Trns In | Trns Out | Returns | Disp | CC | CC# | OADJ | Var. | Var% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3432 | 31 | 8 | HYDROCODONE/APAP 7.5/650 TB | 3 | 3 | 70333 | 0 | 100 | 100 | 0 | 0 | 0 | 4 | -132 | 3 | 0 | 96 | 96% |
| 3432 | 31 | 8 | VICODIN 5/500 TABLET | 3 | 3 | 70331 | 51000 | 2300 | 53300 | 0 | 0 | 0 | 48674 | -3666 | 5 | 2000 | 4626 | 9% |
| 3432 | 31 | 8 | HYDROCODONE/APAP 10/650 TAB | 3 | 3 | 70332 | 3200 | 400 | 3600 | 0 | 0 | 0 | 1907 | -1397 | 3 | 300 | 1693 | 47% |
| 3817 | 31 | 7 | VI-Q-TUSS SYRUP | 3 | 3 | 52893 | 6149 | 1419 | 7568 | 0 | 0 | 0 | 4663 | -2933 | 1 | 2365 | 2905 | 38% |
| 4347 | 31 | 1 | HYDROCODONE/APAP 7.5/500 TB | 3 | 3 | 70339 | 2500 | 0 | 2500 | 0 | 0 | 0 | 410 | -2596 | 1 | 1000 | 2090 | 84% |



Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 6 of 18. PageID #: 549674

RLPM
Gaffney, Tim

HIGHLY CONFIDENTIAL

CVS-MDLT1-000068382

P-10243 _ 00006

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 7 of 18. PageID #: 549675

HIGHLY CONFIDENTIAL

CVS-MDLT1-000068383

P-10243 _ 00007

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 8 of 18. PageID #: 549676

RLPM McKinney, Theresa

HIGHLY CONFIDENTIAL CVS-MDLT1-000068384

P-10243 _ 00008



Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 9 of 18. PageID #: 549677

HIGHLY CONFIDENTIAL

CVS-MDLT1-000068385

P-10243 _ 00009

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 10 of 18. PageID #: 549678

RLPM Rhea, Phil

HIGHLY CONFIDENTIAL CVS-MDLT1-000068386

P-10243 _ 00010



Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 11 of 18. PageID #: 549679

HIGHLY CONFIDENTIAL CVS-MDLT1-000068387

P-10243 _ 00011

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 12 of 18. PageID #: 549680

RLPM Schleicher, Don

HIGHLY CONFIDENTIAL CVS-MDLT1-000068388

P-10243 _ 00012

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 13 of 18. PageID #: 549681

**RLPM Swart, Gary**

[redacted]

HIGHLY CONFIDENTIAL CVS-MDLT1-000068389

P-10243 _ 00013

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 14 of 18. PageID #: 549682

HIGHLY CONFIDENTIAL CVS-MDLT1-000068390

P-10243 _ 00014

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 15 of 18. PageID #: 549683

RLPM West, Samuel

HIGHLY CONFIDENTIAL CVS-MDLT1-000068391

P-10243 _ 00015



Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 16 of 18. PageID #: 549684

HIGHLY CONFIDENTIAL CVS-MDLT1-000068392

P-10243 _ 00016

Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 17 of 18. PageID #: 549685

**RLPM** **Whitaker, Fess**

HIGHLY CONFIDENTIAL CVS-MDLT1-000068393

P-10243 _ 00017



Case: 1:17-md-02804-DAP Doc #: 4104-26 Filed: 11/01/21 18 of 18. PageID #: 549686

HIGHLY CONFIDENTIAL CVS-MDLT1-000068394

P-10243 _ 00018