| | |
|---|---|
| **From:** | Mortelliti, John H. </O=CVS/OU=HQ/CN=RECIPIENTS/CN=JHMORTELLITI> |
| **To:** | Knight, Christopher E. |
| **Sent:** | 11/5/2009 9:00:20 AM |
| **Subject:** | RE: November 10 2009 |

Sounds good.  I am trying to get a rough draft SOM SOP to you prior to the meeting.  This is a big issue with CVS and the DEA.  I will speak on this a bit with the help from Chuck and Ken.

Thanks again for the invite and I will see you Tuesday.

*John Mortelliti*
*Logistics Loss Prevention*
*(609) 267-6700 #6801*

---

**From:** Knight, Christopher E.
**Sent:** Wednesday, November 04, 2009 5:43 PM
**To:** Mortelliti, John H.
**Subject:** RE: November 10 2009

The meeting portion I would like you to see for technology is from 9-11-30 and then have lunch with us.
You can present anything you would like before lunch and then your free to go at anytime you would like.

Christopher Knight
CVS / Caremark
Area 2 Loss Prevention Director: NY/NJ/PA
(478) 231 - 1576 (cell)
(401) 652 - 0236 (e-fax)
ceknight@cvs.com

---

**From:** Mortelliti, John H.
**Sent:** Monday, November 02, 2009 11:15 AM
**To:** Knight, Christopher E.
**Subject:** RE: November 10 2009

Do you have an address?  Let me know what time you would like for me to get there.

*John Mortelliti*
*Logistics Loss Prevention*
*(609) 267-6700 #6801*

---

**From:** Knight, Christopher E.
**Sent:** Wednesday, October 21, 2009 1:25 PM
**To:** Mortelliti, John H.
**Subject:** November 10 2009

John,

I have a team meeting on November 10 2009 at the Checkpoint HQ in Thorofare NJ.
Its Exit 20 on I-295 if anyone from your team or in the DC would like to attend.

Thanks,

Christopher Knight

PLAINTIFFS TRIAL EXHIBIT
P-10290-00001

CONFIDENTIAL

CVS-MDLT1-000087889

P-10290 _ 00001

CVS / Caremark
Area 2 Loss Prevention Director: NY/NJ/PA
(478) 231 - 1576 (cell)
(401) 652 - 0236 (e-fax)
ceknight@cvs.com

**CONFIDENTIAL**

CVS-MDLT1-000087890

P-10290 _ 00002