| | |
|---|---|
| **From:** | Propatier, Amy |
| **To:** | Lamoureux, Annette M. (WDC) |
| **Sent:** | 8/26/2010 1:35:30 PM |
| **Subject:** | DEA SOP 08-25-10.doc |
| **Attachments:** | DEA SOP 08-25-10.doc |

Can you please post? We added the Suspicious Order Monitoring.

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-10297-00001

CVS-MDLT1-000088956

P-10297 _ 00001