| | |
|---|---|
| **From:** | Mortelliti, John H. </O=CVS/OU=HQ/CN=RECIPIENTS/CN=JHMORTELLITI> |
| **To:** | Devlin, Frank R. |
| **CC:** | Propatier, Amy |
| **Sent:** | 8/23/2010 9:35:17 AM |
| **Subject:** | RE: DEA SOP |
| **Importance:** | High |
| **Attachments:** | PSE IRR Final Report.doc |

Good morning Amy. I attached the PSE SOP to this email. The control drug SOP is being reviewed by counsel. I hope to receive it back today. I will forward as soon as I get the confirmation that the draft is acceptable.

Thanks

*John Mortelliti*
*Logistics Loss Prevention*
*(609) 267-6700 #6801*

---

**From:** Devlin, Frank R.
**Sent:** Monday, August 23, 2010 8:43 AM
**To:** Mortelliti, John H.
**Cc:** Propatier, Amy
**Subject:** DEA SOP

Good morning John,

Can you work with Amy to get the PSE IRR and Control Drug IRR inserted into our DEA sop under Suspicious Order Monitoring? We promised this to the DEA by Wednesday.

Thank you.

PLAINTIFFS TRIAL EXHIBIT
P-10299_00001

CONFIDENTIAL

CVS-MDLT1-000089188

P-10299 _ 00001

**Non-Responsive E-mail Attachment**

CVS-MDLT1-000089189

P-10299 _ 00002