10/20/2020    2020 Mid-Year Performance Check-In for Michelle L Travassos



# 2020 Mid-Year Performance Check-In for Michelle L Travassos

## Employee Information

| | | | |
|---|---|---|---|
| Last Name | Travassos | First Name | Michelle |
| Job Title | Advisor,Pharmacy Ops | Department | 99641 |
| Hire Date | 05/25/1987 | Job Code | 101336 |

## Review Dates

Originator        mySuccess Administrator (admincm)
Review Period    07/13/2020 - 08/31/2020
Due Date          08/31/2020

## Goals

Your 2020 goals should directly align to our strategy; reflecting how your organization will help us deliver against our enterprise and business objectives and strategic priorities. Many goals could require compromise as you to join forces for greater good with other teams and business units to achieve our exciting strategy. In this section, document your progress towards your 2020 goals. Reflect on what went well and what you could have done to achieve to be even more effective. You will have the ability to document how our Values accelerate your Business Goals in the How We Work section below.

# REDACTED

**Highly Confidential**



PLAINTIFFS TRIAL EXHIBIT
**P-06672 REDACTED**

CVS-MDLT3-000139673

P-06672 _ 00001 _ redacted

# REDACTED

6.1 Identify and analyze red flag volumetrics for potential incorporation into WaVe or enhanced store algorithm

**Manager's Comments**

Throughout the first half of 2020, Michelle collaborated cross functionally with the RxOps, WFM, EA, legal, DUR team and our leadership team to assemble the finallist of red flag rules that can potentially alert pharmacists during the DURprocess. Despite spending countless hours collaborating with the appropriate stakeholders and making well-informed decisions to get this work into a finalstate, it is unclear whether this work will continue in WaVe or within oursprints. As the volumetrics data wasshared with us, Michelle began asking the right questions and seeking inputfrom DPPL and DUR partners to help us make the best recommendation. Althoughthis work may not ultimately come to fruition in the way that we envisioned,there is a plan in place to leverage these valuable rules insights within thealgorithm sprints. This work has causedMichelle to take risks, collaborate, make fact-based recommendations andultimately shift course when necessary. Over the second half of the year, Iexpect that Michelle will continue to refine the rules, so that they can beincorporated into the new algorithm when the time comes.

**Colleague's Comments**

Highly Confidential

CVS-MDLT3-000139674

P-06672 _ 00002 _ redacted

10/20/2020　　　　　　　　　　　　　　　2020 Mid-Year Performance Check-In for Michelle L Travassos

As of the mid-year point, this program build into WaVe is on hold. In the initial part of the year, considerable time and effort were expended to draft the red flags and attend requirement session to define workflow. Ultimately, 27 alerts were developed that encompassed patient, prescriber and script attributes of potential concern. Senior leaders were aligned to a two phased approach to allow for the build of the more complex flags at a later time. However, in sizing the volume of the frequency that stores would be flagged based upon naturally occurring prescriptions, there were ~460 stores with >20 alerts per day. Additionally, the highest flagging store would be flagged 96 times on a high volume day. [Attorney-Client Privilege] Furthermore, EA determined that the complexity of the flagging would require a data scientist to complete the build, causing a pause in further development. At this time we are awaiting final determination if we will be given the opportunity to continue development of this program for integration into RxConnect. To ensure the concept is not lost should WaVe not proceed, we are also proposing to incorporate some of the red flags into the rebuild of the store algorithm sprints.

## Goal Details

| | | | |
|---|---|---|---|
| Goal Name | Identify and analyze red flag volumetrics for potential incorporation into WaVe or enhanced store algorithm | Goal Description/Metrics | Create a new tool to aid Pharmacists in the exercise of Corresponding Responsibility to alert of the presence of controlled substances red flags systematically and require the documentation of resolution prior to fill. We plan to explore the feasibility of leveraging the RPhAI functionality which allows red flags to alert on the WaVe screen and is user friendly in terms of adjusting red flag rules. The solution will also capture refusal to fill, which will assist in prescription evaluation for future fills. However, we must ask ourselves the right questions and make tough decisions to understand if displaying red flags via WaVe is the most appropriate use of red flag identification. We may come to realize that a high volume of red flags may create too large an impact on workflow and as a result may call for our team to integrate these flags within our monitoring programs and identify prescriptions of concern of a wider scale. Successful implementation will occur by Quarter 4, 2020<br><br>Measure of Success: 1. Refusal to fill data will be captured and leveraged when complaints come through<br>2. Improvement of documentation to support Corresponding Responsibility during store review process<br>3. Overall chain reduction in buprenorphine mono-product dispensing by 5% by year's end<br><br>Competency: Makes sounds business decisions: Collaborates with others to make timely and well-informed decisions that advance priorities, capitalize on new opportunities, and resolve problems |
| Weight (optional) | 20.0% | Status | On Track |

# REDACTED

Highly Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CVS-MDLT3-000139675

P-06672 _ 00003 _ redacted

Highly Confidential

CVS-MDLT3-000139676

P-06672 _ 00004 _ redacted

Highly Confidential

CVS-MDLT3-000139677

P-06672 _ 00005 _ redacted

Highly Confidential

CVS-MDLT3-000139678

P-06672 _ 00006 _ redacted

# REDACTED

Highly Confidential

CVS-MDLT3-000139679

P-06672 _ 00007 _ redacted

# REDACTED

Highly Confidential

CVS-MDLT3-000139680

P-06672 _ 00008 _ redacted

Highly Confidential

CVS-MDLT3-000139681

P-06672 _ 00009 _ redacted