| | |
|---|---|
| From: | Travassos, Michelle L. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MLTRAVASSOS> |
| BCC: | michelle.travassos@cvshealth.com |
| Sent: | 4/25/2016 1:11:01 PM |
| Subject: | Quarterly Newsletter on Corresponding Responsibility |

The abuse of prescription drugs transcends all walks of life and is present in all communities across the nation. The Center for Disease Control and Prevention (CDC) has determined that the United States is undergoing an epidemic of deaths as the result of prescription drug abuse.

In your role as a community Pharmacist, you are increasingly faced with this societal issue each day in your practice. You are also uniquely positioned to positively impact this issue by ensuring that only those patients with legitimate medical need receive these products. By doing so, you are not only upholding your obligation under the law, but you are helping to make your community safer by reducing the amount of controlled substances available for abuse.

To support you in meeting your corresponding responsibility obligations, a newsletter has been created for review by all pharmacy team members. To print and review click HERE.

Actions needed:
The Pharmacy Manager is responsible to:
- Review, print and share this document with all Pharmacy team members
- Ensure each Pharmacy team member understands and can fluently discuss all ideas presented
- Address any questions with your Pharmacy Supervisor

Sent 4/25/16

Michelle Travassos
Professional Practices
CVS/Caremark
401.7705641

Confidential

PLAINTIFFS TRIAL EXHIBIT
P-08403 00001

CVS-MDLT3-000005638