MINUTES OF PROCEEDINGS

HONORABLE Dan A. Polster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

In Re: National Prescription Opiate Litigation

vs.

Date: 11/1/21
Case No.: 1:17md2804
Court Reporter: Lance Boardman
ECRO:
INTERPRETER:

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier, Maria Fleming

Counsel for Defendant: Graeme Bush, Eric Delinsky, Sasha Miller, Paul Haynes (CVS), Kaspar Stoffelmayr, Kate Swift, Brian Swanson (Walgreens), Tara Fumerton, John Majoris, TinaTabacchi (Walmart)

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [ ] Voir Dire begun and continued | |
| [ ] Plaintiff(s) opening statements | [ ] Defendant(s) opening statements | |
| [ ] Evidence began; continued | [ ] Evidence continued | [ ] Evidence concluded |
| [ ] Plaintiffs case begun | [ ] Plaintiffs case continued; not concluded | [x] Concluded |
| [ ] Defendants case begun | [x] Defendants case continued; not concluded | [ ] Concluded |
| [x] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [x] Exhibits Located: w/cnsl | [ ] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until: 11/2/21 at 9:00 AM

Comments: Defendants' witness 5 - Susanne Hiland, witness 6 - Trey Edwards

s/ Robert Pitts

Courtroom Deputy Clerk

Time: 7 hrs