✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern      **DISTRICT OF**      Ohio

In Re:  National Prescription Opiate Litigation

## EXHIBIT AND WITNESS LIST

V.

Case Number:  1:17md2804

| PRESIDING JUDGE Dan A. Polster | | | PLAINTIFF'S ATTORNEY Mark Lanier, et al | | DEFENDANT'S ATTORNEY Eric Delinsky, et al |
|---|---|---|---|---|---|
| TRIAL DATE (S) 11/1/2021 | | | COURT REPORTER Lance Boardman | | COURTROOM DEPUTY Robert Pitts |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | Wtns 1-4 | | | | Teresa Tiogo  (10/27), George Pavlich (10/28), Robert Wailes (10/28-29), Stacy Harper-Avilla (10/29) |
| | 12271 | 11/1/21 | | x | Letter from FDA to Sen. Hasan |
| | 12071 | " | | x | Letter from FDA to Pharmacy Dfts |
| | 11039 | " | | x | Letter from FDA to PMRS |
| | 11038 | " | | x | Letter from FDA to PROP |
| | 01473 | " | | x | APQ History 2009-2019 |
| | 01472 | " | | x | APQ History 2000 - 2010 |
| | 01469 | " | | x | APQ Review and Approval |
| 21873 | | " | | x | Corporate Support - American Academy of Pain Medicine |
| 21865 | | " | | x | Wailes CV from Pacific Pain Med Website |
| 21857 | | " | | x | Email Re:  AAPM Delegate to AMA Dinner |
| 18314 | | " | | x | Letter to the U.S. Sen Fin Cmte Re: Findings From Investigation of Opioid Mfcts |
| 02999 | | " | | x | DEA Joint Statement |
| 21871 | | " | | x | What is ABMS Board Certification - American Board of Medical Specialties |
| 21872 | | " | | x | ABMS Guide to Medical Specialties, 2020 |
| 19616 | | " | | x | Email Re:  Nat'l TD GFD Poicy PPT; Pharmacist Coaching Opportunities |
| 15656 | | " | | x | CVS Pharmacy Huddle Guide: Awareness of Red Flags |
| 21867 | | " | | x | "Red Flag" Signs of Prescription Drug Abuse |
| 00021 | | " | | x | New England Journal of Medicine -  Abusive Prescribing of Controlled Substances |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.