# APQ Review and Approval – 2011 through 2018

## 2011

### July 2011 – Proposed Adjustments 2011

Joseph T. Rannazzisi - Deputy Assistant Administrator

Philip A. Ryan - Executive Assistant

Beth Mullinax - Information Affairs Coordinator

Gary Tuggle - Executive Assistant

Michele M. Leonhart - Administrator

### November 2011 – Final Adjusted 2011

Joseph T. Rannazzisi - Deputy Assistant Administrator

Thomas M. Harrigan - Deputy Administrator

Beth Mullinax - Information Affairs Coordinator

Gary Tuggle - Executive Assistant

Michele M. Leonhart - Administrator

DEF-00046068

DEF-MDL-01469.00001

DEF-MDL-01469

# 2012

### September 2011 – Proposed Established 2012

Joseph T. Rannazzisi-Deputy Assistant Administrator

Thomas M. Harrigan-Chief of Operations

Beth Mullinax- Information Affairs Coordinator

Gary Tuggle- Executive Assistant

Michele M. Leonhart-Administrator

### December 2011 – Established 2012

Joseph T. Rannazzisi-Deputy Assistant Administrator

Thomas M. Harrigan- Deputy Administrator

Gary Tuggle- Executive Assistant

Michele M. Leonhart-Administrator

Beth Mullinax- Information Affairs Coordinator

### August 2012 – Final Adjusted 2012

Joseph T. Rannazzisi-Deputy Assistant Administrator

Michael T. Eschini-Executive Assistant to Chief of Operations

Thomas M. Harrigan-Deputy Administrator

Beth Mullinax- Information Affairs Coordinator

Susan N. Nave-Executive Assistant to the Administrator

Michele M. Leonhart-Administrator

DEF-00046069

## 2013

### July 2012 – Proposed 2013

Joseph T. Rannazzisi-Deputy Assistant Administrator

Thomas M. Harrigan-Deputy Administrator

Susan N. Nave-Executive Assistant

Michele M. Leonhart-Administrator

### June 2013 – Proposed Adjustments 2013

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Beth Mullinax- Information Affairs Coordinator

Joseph T. Rannazzisi-Deputy Assistant Administrator

### August 2013 – Final Adjustment 2013

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Beth Mullinax- Information Affairs Coordinator

Joseph T. Rannazzisi-Deputy Assistant Administrator

DEF-00046070

# 2014

### June 2013 – Proposed 2014

Thomas M. Harrigan-Deputy Administrator

Beth Mullinax- Information Affairs Coordinator

James L. Capra-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

### January 2014 – temporarily controlled substances

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth Mullinax- Information Affairs Coordinator

### April 2014 – temporarily controlled substances

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

### February 2014 – temporarily controlled substances

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth Mullinax- Information Affairs Coordinator

### March 2014 – temporarily controlled substances

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth Mullinax- Information Affairs Coordinator

DEF-00046071

<u>May 2014 – temporarily controlled substances</u>

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth Mullinax- Information Affairs Coordinator

<u>June 2014 – Proposed Adjustments 2014</u>

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth Mullinax- Information Affairs Coordinator

<u>August 2014 – Marijuana Adjustment 2014</u>

Thomas M. Harrigan-Deputy Administrator

David G. Dongilli-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth Mullinax- Information Affairs Coordinator

Michele M. Leonhart-Administrator

Amie Clarke-Executive Assistant to Chief of Operations

<u>August 2014 – Final Adjustment 2014</u>

Thomas M. Harrigan-Deputy Administrator

David G. Dongilli-Special Agent in Charge

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth Mullinax- Information Affairs Coordinator

5

DEF-00046072

## 2015

<u>June 2014 – Proposed 2015</u>

Thomas M. Harrigan-Deputy Administrator

James L. Capra-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth Mullinax- Information Affairs Coordinator

<u>April 2015 – Proposed Marijuana Adjustment</u>

Michele M. Leonhart-Administrator

John J. Riley-Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Russell Holske-Executive Assistant

Beth Mullinax- Information Affairs Coordinator

Amie Clarke-Executive Assistant

<u>June 2015 – temporarily controlled substances</u>

Chuck Rosenberg, Acting Administrator

John J. Riley-Chief of Operations; Acting Deputy Administrator

James Soiles- Deputy Assistant Administrator, Office of Global Enforcement, Acting Chief of Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Beth A. Mullinax- Information Affairs Coordinator

Wendy Goggin-Chief Counsel

<u>June 2015 – Marijuana Adjustment</u>

Chuck Rosenberg, Acting Administrator

John J. Riley-Chief of Operations

James Soiles-Chief Enforcement Operations

Joseph T. Rannazzisi-Deputy Assistant Administrator

Wendy Goggin-Chief Counsel

DEF-00046073

Beth A. Mullinax- Information Affairs Coordinator

June 2015 – Proposed Adjustments 2015

Chuck Rosenberg, Acting Administrator

John J. Riley-Chief of Operations

James Soiles-Chief Enforcement Operations

Beth A. Mullinax- Information Affairs Coordinator

Wendy Goggin-Chief Counsel

Amie Clarke-Executive Assistant

DEF-00046074

## 2016

### July 2015 – Proposed 2016

Chuck Rosenberg, Acting Administrator

John J. Riley-Principal Deputy Administrator

James Soiles-Chief Enforcement Operations

Beth A. Mullinax- Information Affairs Coordinator

Wendy H. Goggin, Chief Counsel

Amie Clarke-Executive Assistant

### September 2015 – Established 2016

Chuck Rosenberg, Acting Administrator

John J. Riley-Principal Deputy Administrator

M. Barbuti/ R. Patterson-Executive Assistants

Beth A. Mullinax- Information Affairs Coordinator

James Soiles-Chief of Enforcement

Mike Gill-Chief of Staff

### July 2016 –Proposed Adjustments 2016

Chuck Rosenberg, Acting Administrator

Michael Gill-Chief of Staff

John J. Riley-Principal Deputy Administrator

Michael J. Barbuti/Daniel Dodds-Executive Assistants

Beth A. Mullinax- Information Affairs Coordinator

Anthony D. Williams, Chief of Operations

T. Cole/P. Kelly-Executive Assistants

Wendy H. Goggin, Chief Counsel

<u>October 2016 – Final Adjusted 2016</u>

Chuck Rosenberg, Acting Administrator

Michael Gill-Chief of Staff

John J. Riley-Principal Deputy Administrator

Michael M. Barbuti-Executive Assistant

Daniel D. Dodds-Executive Assistant (HR)

Beth A. Mullinax- Information Affairs Coordinator

Wendy H. Goggin, Chief Counsel

DEF-00046076

# 2017

### September 2016 – Established 2017

Chuck Rosenberg, Acting Administrator

Michael Gill-Chief of Staff

John J. Riley-Principal Deputy Administrator

Michael M. Barbuti-Executive Assistant

Daniel D. Dodds-Executive Assistant

Beth A. Mullinax- Information Affairs Coordinator

Anthony D. Williams-Chief of Operations

T. Cole/P. Kelly- Executive Assistants

Wendy H. Goggin- Chief Counsel

### July 2017 – Proposed Adjustments 2017

Chuck Rosenberg, Acting Administrator

Michael BenAry-Deputy Chief of Staff

Robert Patterson-Acting Administrator,

Daniel D. Dodds-Executive Assistant

Beth Mullinax- Information Affairs Coordinator

Wendy Goggin-Chief Counsel

### October 2017 – Final Adjusted 2017

Robert W. Patterson, Acting Administrator

Michael BenAry- Chief of Staff

Preston L. Grubbs- Asst Admin for Operational Support

Beth A. Mullinax- Information Affairs Coordinator

Wendy H. Goggin-Chief Counsel

DEF-00046077

## 2018

<u>July 2017 – Proposed 2018</u>

Chuck Rosenberg, Acting Administrator

Michael A. BenAry- Chief of Staff

Robert Patterson-Principal Deputy Administration

Daniel D. Dodds- Executive Assistant

Beth A. Mullinax- Information Affairs Coordinator

Wendy H. Goggin, Chief Counsel


<u>November 2017 – Established 2018</u>

Robert W. Patterson, Acting Administrator

Michael BenAry- Chief of Staff

Preston L. Grubbs-Asst Admin for Operational Support

Frank Del Re-Executive Assistant (SC)

Beth A. Mullinax- Information Affairs Coordinator

Wendy H. Goggin, Chief Counsel


<u>August 2018 – Proposed Adjustments 2018</u>

Uttam Dhillon, Acting Administrator

Greg Cherundolo-Chief of Staff

Preston L. Grubbs-Asst Admin For Operational Support

Shelley Howe-Executive Assistant

Robert Chris Gleason    Dep Chief Counsel for Opertional Law

Beth A. Mullinax- Information Affairs Coordinator


<u>November 2018 – Final Adjusted 2018</u>

Uttah Dhillon, Acting Administrator

Greg Cherundolo-Chief of Staff

Preston L. Grubbs- Asst Admin for Operational Support

Shelley Howe/Nisha Kumar- Executive Assistants

Chris Gleason- Acting Chief Counsel

Beth A. Mullinax- Information Affairs Coordinator

Shelley Howe/Nisha Kumar- Executive Assistants

Chris Gleason- Acting Chief Counsel

Beth A. Mullinax- Information Affairs Coordinator

DEF-00046079