CHUCK GRASSLEY, IOWA, CHAIRMAN

MIKE CRAPO, IDAHO
PAT ROBERTS, KANSAS
MICHAEL B. ENZI, WYOMING
JOHN CORNYN, TEXAS
JOHN THUNE, SOUTH DAKOTA
RICHARD BURR, NORTH CAROLINA
ROB PORTMAN, OHIO
PATRICK J. TOOMEY, PENNSYLVANIA
TIM SCOTT, SOUTH CAROLINA
BILL CASSIDY, LOUISIANA
JAMES LANKFORD, OKLAHOMA
STEVE DAINES, MONTANA
TODD YOUNG, INDIANA
BEN SASSE, NEBRASKA

RON WYDEN, OREGON
DEBBIE STABENOW, MICHIGAN
MARIA CANTWELL, WASHINGTON
ROBERT MENENDEZ, NEW JERSEY
THOMAS R. CARPER, DELAWARE
BENJAMIN L. CARDIN, MARYLAND
SHERROD BROWN, OHIO
MICHAEL F. BENNET, COLORADO
ROBERT P. CASEY, JR., PENNSYLVANIA
MARK R. WARNER, VIRGINIA
SHELDON WHITEHOUSE, RHODE ISLAND
MAGGIE HASSAN, NEW HAMPSHIRE
CATHERINE CORTEZ MASTO, NEVADA

KOLAN DAVIS, STAFF DIRECTOR AND CHIEF COUNSEL
JOSHUA SHEINKMAN, DEMOCRATIC STAFF DIRECTOR



**United States Senate**

COMMITTEE ON FINANCE

WASHINGTON, DC 20510–6200

To:      Members of the Senate Finance Committee
From:    Senator Chuck Grassley, Chairman of the Senate Finance Committee
         Senator Ron Wyden, Ranking Member of the Senate Finance Committee
Date:    December 16, 2020
Re:      Findings from the Investigation of Opioid Manufacturers' Financial Relationships
         with Patient Advocacy Groups and other Tax-Exempt Entities

Dear Colleagues:

As the nation continues to respond to the COVID-19 pandemic, we want to bring your attention back to another concerning public health matter: our nation's opioid epidemic. Opioid overdoses claimed more than 450,000 lives in the United States from 1999 to 2019, and preliminary data from the Centers for Disease Control and Prevention (CDC) suggests drug overdose deaths, including those attributed to opioids, have accelerated since the pandemic began.[1] Indeed, COVID-19 has increased risk factors associated with substance-use disorders (SUDs) and opioid-use disorders (OUDs) like feelings of anxiety, depression, loneliness, and an ongoing sense of uncertainty.[2] For individuals suffering from these diseases, COVID-19 has even presented additional barriers to treatment and social support services as people are urged to stay-at-home and social distance.[3] We are concerned that this will only worsen as our country continues to battle COVID-19 and as social isolation and lack of access to SUD and OUD treatment persists.

As the opioid epidemic and its impact on programs within the Finance Committee's jurisdiction shows no signs of abating, we write to provide you with an update on the

---

[1] *Opioid Overdose, Data Analysis and Resources*, CTRS. FOR DISEASE CONTROL AND PREVENTION, https://www.cdc.gov/drugoverdose/data/analysis.html (last viewed Dec. 10, 2020).
[2] Alex Edelman, *Overdose deaths appear to rise amid coronavirus pandemic in U.S.*, NBC NEWS (Oct. 20, 2020), https://www.nbcnews.com/health/health-news/overdose-deaths-appear-rise-amid-coronavirus-pandemic-u-s-n1244024; Jon Kamp and Arian Campo-Flores, *The Opioid Crisis, Already Serious, Has Intensified During Coronavirus Pandemic*, WALL ST. J. (Sept. 8, 2020), https://www.wsj.com/articles/the-opioid-crisis-already-serious-has-intensified-during-coronavirus-pandemic-11599557401.
[3] Jon Kamp and Arian Campo-Flores, *The Opioid Crisis, Already Serious, Has Intensified During Coronavirus Pandemic*, WALL ST. J. (Sept. 8, 2020), https://www.wsj.com/articles/the-opioid-crisis-already-serious-has-intensified-during-coronavirus-pandemic-11599557401. *See also* DEP'T OF HEALTH AND HUMAN SERVS., OFF. OF INSPECTOR GEN., OPIOID TREATMENT PROGRAMS REPORTED CHALLENGES ENCOUNTERED DURING THE COVID-19 PANDEMIC AND ACTIONS TAKEN TO ADDRESS THEM (Nov. 2020), https://oig.hhs.gov/oas/reports/region9/92001001.asp?utm_source=web&utm_medium=web&utm_campaign=covid-A-09-20-01001.

1



PLAINTIFFS TRIAL EXHIBIT
**P-18314-A**

P-18314-A_00001

P-18314-A_00028

## American Academy of Pain Medicine[1]

| Company | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| **AbbVie** | | $7,500 | $6,000 | | | | | | **$13,500** |
| **Allergan[2]** | $2,750 | $17,900 | $3,000 | | | | | | **$23,650** |
| **AstraZeneca** | | | $78,750 | $84,167 | $50,000 | $25,000 | | | **$237,917** |
| **Cara Therapeutics** | | | | $67,000 | $60,000 | $73,625 | | | **$200,625** |
| **Cephalon[3]** | | | $120,000 | | | | | | **$120,000** |
| **Collegium Pharmaceutical** | | | | | $11,000 | $28,500 | $15,000 | $17,700 | **$72,200** |
| **Daiichi Sankyo** | | | | | $52,225 | $329,510 | $161,250 | $147,000 | **$689,985** |
| **Depomed** | $20,925 | $57,000 | $57,825 | $46,000 | $60,500 | $53,500 | $11,000 | $7,500 | **$314,250** |
| **Endo Pharmaceuticals** | $75,000 | $10,000 | $10,000 | $6,400 | $96,920 | $26,630 | | | **$224,950** |
| **Insys Therapeutics** | | $18,000 | $19,200 | $9,725 | | $5,800 | | | **$52,725** |
| **Janssen Pharmaceuticals** | $83,475 | | | | | | | | **$83,475** |
| **Johnson & Johnson** | | $7,500 | | | | | | | **$7,500** |
| **Kaleo** | | | | $87,000 | $75,000 | $77,500 | | | **$239,500** |
| **Mallinckrodt Pharmaceuticals** | | $17,900 | $37,021 | $8,350 | | | | | **$63,271** |
| **Nektar Therapeutics** | | $92,400 | $97,050 | $24,000 | $15,000 | $15,000 | $15,000 | | **$258,450** |
| **Novartis Pharmaceuticals** | | $3,000 | $3,000 | | | | | $143,365 | **$149,365** |
| **Pernix Therapeutics** | | | | $15,000 | $82,000 | $91,000 | $76,500 | | **$264,500** |

P-18314-A_00029

| Company | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| **Pfizer** | $110,000 | $127,125 | $88,333 | $75,000 | $75,000 | $83,333 | $110,000 | | **$668,791** |
| **Purdue Pharma** | $185,000 | $164,250 | $171,000 | $117,000 | $83,500 | $42,500 | | | **$763,250** |
| **Salix Pharmaceuticals** | $5,500 | $21,474 | $0 | $0 | $7,000 | $38,500 | $10,000 | $19,500 | **$101,974** |
| **Shionogi** | | | | $5,000 | $15,000 | $50,000 | | | **$70,000** |
| **Teva Pharmaceuticals** | $30,000 | $129,900 | $138,540 | $323,185 | $281,050 | $95,500 | | $19,710 | **$1,017,885** |
| **Zogenix** | | $95,800 | $174,000 | $84,800 | | | | | **$354,600** |
| **Annual Total** | **$512,650** | **$769,749** | **$1,003,719** | **$852,627** | **$964,195** | **$1,035,898** | **$398,750** | **$354,775** | **$5,992,363** |

[1] During the final stages of the Committee's investigation, the American Academy of Pain Medicine (AAPM) provided additional data showing millions of dollars in additional payments from opioid manufacturers to AAPM and an affiliated 501(c)(3) entity, the American Academy of Pain Medicine Foundation (the Foundation). In addition to nearly $6 million AAPM received directly from opioid manufacturers, the organization reported $1.1 million in revenue from the Foundation from 2013 to 2017. The additional data provided by AAPM shows that the Foundation, in turn, received $3 million in payments from opioid manufacturers from 2013 to 2019.
[2] Acquired by Actavis in November 2014.
[3] Acquired by Teva in May 2011.