| | |
|---|---|
| BegControl : | PPLP004084753 |
| EndControl : | PPLP004084754 |
| FamilyID : | PPLP004084753 |
| EndAttach : | PPLP004084754 |
| Custodian : | |
| Custodian - All : | |
| Date Last Modified : | 12/23/2016 |
| Date Created : | 11/8/2011 |
| Date Sent : | 11/8/2011 |
| Email Subject : | RE: AAPM Delegate to AMA Dinner |
| Email From : | Haddox, Dr. J. David [/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HADDOXJ] |
| Email To : | Phil Saigh [PSaigh@Connect2amc.com];Bloodworth, Donna [Donna_Bloodworth@hchd.tmc.edu];Robert Wailes [rwailes@pacificpainmed.com];Lynn Webster [lrwebstermd@gmail.com] |
| Email CC : | Arredondo, Beatriz [Beatriz.Arredondo@pharma.com] |
| Email BCC : | |
| E-Title : | |
| Title : | |
| E-Comments : | |
| E-Subject : | |
| File Folder Path : | |
| Original Folder Path : | |
| Parent Date : | |
| Production Volume : | PPLP_MDL004 |

PLAINTIFFS TRIAL EXHIBIT
P-21857_00001

P-21857 _ 00001

Message

| | |
|---|---|
| From: | Haddox, Dr. J. David [/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HADDOXJ] |
| Sent: | 11/8/2011 6:51:42 PM |
| To: | Phil Saigh [PSaigh@Connect2amc.com]; Bloodworth, Donna [Donna_Bloodworth@hchd.tmc.edu]; Robert Wailes [rwailes@pacificpainmed.com]; Lynn Webster [lrwebstermd@gmail.com] |
| CC: | Arredondo, Beatriz [/O=PURDUE/OU=Purdue US/cn=Recipients/cn=ArredonB] |
| Subject: | RE: AAPM Delegate to AMA Dinner |

Thanks very much, Phil!

I look forward to it.

Dave

*J. David Haddox, DDS, MD*

**From:** Phil Saigh [mailto:PSaigh@Connect2amc.com]
**Sent:** Tuesday, November 08, 2011 2:13 PM
**To:** Bloodworth, Donna; Robert Wailes; Lynn Webster; Haddox, Dr. J. David
**Subject:** AAPM Delegate to AMA Dinner

All:

It's my pleasure to once again organize a dinner to thank our delegate and alternate delegate, on behalf of AAPM, for their time spent representing the Academy at the AMA. This year, I'm happy also to invite Lynn Webster and Dave Haddox to join us. Of course, please feel free to invite your spouse or companion to join us as well.

I'm making arrangements for Sunday night, November 13, and will get back to you on the specifics in the next day or so.

In the meantime, travel safely.

Phil

Philip A. Saigh, Jr.
Executive Director
American Academy of Pain Medicine
4700 W. Lake Ave.
Glenview, IL  60025
847-375-4742  (direct)
847-375-6429 (fax)
psaigh@connect2amc.com

*Save the Date! AAPM's 28th Annual Meeting will take place February 23-26, 2012, in Palm Springs, CA.*
Please consider the environment before printing this e-mail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                    PPLP004084753

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this information for the addressee, you must not use, copy, disclose, or take any action based on this message or information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004084754