# Robert E. Wailes, MD
(Founder, Co-Owner and Medical Director)

Education & Training:

| | |
|---|---|
| Undergraduate: | University of California, Berkeley |
| Medical School: | Wake Forest University School of Medicine, North Carolina |
| Postgraduate Training: | University of California, San Diego<br>Anesthesia and Pain Management |
| Board Certifications: | American Board of Pain Medicine<br>American Board of Anesthesiology with<br> Subspecialty Certification in Pain Medicine<br>American Academy of Pain Management |

Additional Qualifications:
- Qualified Medical Examiner, California Workers' Compensation
- Expert Reviewer, Medical Board of California
- TIRF (Transmucosal Immediate Release Fentanyl) Certified
- Supervisor Fluoroscopy Certification, State of California
- Advanced/Basic Cardiac Life Support Certified

Awards & Honors:

Healthcare Leadership:
- Past-President, San Diego County Medical Society
- Trustee, California Medical Association Foundation
- CMA Representative, San Diego County Medical Society
- Board of Directors, CAL PAC
- Subsection Chief, Interventional Pain Medicine, Scripps Memorial Hospital, Encinitas
- Delegate for American Academy of Pain Medicine to the American Medical Association
- Prescription Drug Task Force, Medical Board of California
- CURES Task Force, Medical Board of California/California Department of Justice
- Former Member, Technical Advisory Committee on Worker's Compensation for the California Medical Association
- Medicare Advisory Committee

Specialized Training:
MILD (Minimally Invasive Spinal Decompression)
  http://www.mildprocedure.com/
Ultrasound for Treatment of Musculoskeletal Disorders
Fluoroscopy Certification by California Department of Public Health
Botox Therapies for Migraines and Spasticity
Spinal Cord Stimulation
Intrathecal Drug Delivery Systems
REMS (Risk Evaluation and Mitigation Strategies) Opioids Certified Presenter

Research Publications:

**Occipital nerve stimulation for the treatment of intractable chronic migraine headache: ONSTIM feasibility study.**

PLAINTIFFS TRIAL EXHIBIT
P-21865_00001

P-21865 _ 00001

Saper JR, Dodick DW, Silberstein SD, McCarville S, Sun M, Goadsby PJ; ONSTIM Investigators (**Robert Wailes**)
Cephalalgia. 2011.Feb;31(3):271-85. PubMed PMID: 20861241.
Article Link:  http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3057439/pdf/10.1177_0333102410381142.pdf

**Reliability and clinical utility of an implanted intraspinal catheter used in the treatment of spasticity and pain.**
Krames E, Chapple I; 8703 W. Catheter Study Group.(**Robert Wailes**)
Neuromodulation. 2000 Jan;3(1):7-14. PubMed PMID: 22151339.
Article Link:  http://www.ncbi.nlm.nih.gov/pubmed/22151339

Research Studies:

- SENSE™ (Subcutaneous and Epidural Neuromodulation System Evaluation) Study (St. Jude)
    The SENSE™ study is a prospective, multi-center, parallel design randomized, double-blinded study to demonstrate safety and efficacy of Peripheral Nerve field Stimulation (PNfS) and Spinal Cord Stimulation in combination with Peripheral Nerve field Stimulation (SCS-PNfS) using a St. Jude Medical Neuromodulation System.
    (http://clinicaltrials.gov/ct2/show/NCT01990287?term=sense&rank=1)
- Superion® ISISS Trial - Protocol #08-VISS-01 (Vertiflex®)
    The Superion® InterSpinous Spacer (ISS) study is a prospective, multi-center, randomized controlled clinical trial comparing the Superion® ISS to the X-STOP® IPD® device in the treatment of subjects aged 45 or older suffering from moderate symptoms of neurogenic intermittent claudication secondary to a confirmed diagnosis of lumbar spinal stenosis (LSS) at one or two contiguous levels from L1 to L5.
    (http://clinicaltrials.gov/ct2/show/NCT00692276?term=08-VISS-01&rank=1)
- Medtronic Neuromodulation RestoreSensor™ IDE Study (Protocol #1651)
    The RestoreSensor™ Study is a prospective, multi-center, open-label, randomized crossover study to gather clinical information in subjects with and without the use of AdaptiveStim™ feature of the RestoreSensor™ Model 37714 implantable neurostimulator (INS)
    (http://clinicaltrials.gov/ct2/show/NCT01106404?term=restoresensor&rank=2)
- Occipital Nerve Stimulator (ONS) for the Treatment of Chronic Migraine Headache – Protocol #1602 (Medtronic)
    The ONS study is a multicenter, randomized, blinded, controlled feasibility study was conducted to obtain preliminary safety and efficacy data on occipital nerve stimulation in chronic migraine.
    (http://clinicaltrials.gov/ct2/show/NCT00200109?term=ons+1602&rank=2)
- Ziconotide Effectiveness and Safety Trial in Patients With Chronic Severe Pain
    An Open-Label, Long-Term, Multi-Center, Intrathecal Ziconotide (PRIALT) Effectiveness and Safety Trial (ZEST) in Patients With Chronic Severe Pain
    (http://clinicaltrials.gov/ct2/show/NCT00076544?term=zest&rank=5)
- ConVERT - Conversion to Embeda® with Rescue Trial Study (King Pharmaceuticals)
    Study designed to assess the success of converting opioid-experienced, moderate to severe chronic pain patients to a stable dose of EMBEDA® using a standardized conversion guide.
    (http://clinicaltrials.gov/ct2/show/NCT01179191?term=convert+embeda&rank=1)
- Pharmacogenetic Saliva Study Assay Analysis (Protocol ML-001-2012)
    (Millennium Laboratories)
- Reliability and Clinical Utility of an Implanted Intrathecal Catheter Used in the Treatment of Spasticity and Pain (Poster) October 24, 1997- American Pain Society National Meeting, New Orleans
    This is a 22-center study to examine the performance and reliability of a redesigned implantable intrathecal catheter 8703W).
    (http://www.ncbi.nlm.nih.gov/pubmed/22151339)
- Study Efficacy of Matrix Spinal Cord Stimulation (post release from FDA) (multi-center)
- Intrathecal SNX-111 (Prialt) for Severe Chronic Pain (multi-center phase 3 clinical trials)
- Dextromethorphan vs. Morphine (multi-center clinical drug study)
- Oral Naloxone for Treatment of Severe Constipation (multi-center clinical drug study)
- An Open Label,Long-Term,Multi-Center,Intrathecal Ziconotide (Prialt)
- Trial for Refractory Headaches, 2007-9 (randomized, national multi-center study with new technology)

Professional Society Memberships:
    American Academy of Pain Medicine

North American Neuromodulation Society
American Society of Interventional Pain Physicians
International Spine Intervention Society
San Diego County Medical Society
California Medical Association
American Medical Association