(https://painmed.org)

# Corporate Support

## AAPM Offers Opportunities To Engage With Leaders In Pain Medicine

The American Academy of Pain Medicine provides a variety of opportunities to reach and engage leaders in pain medicine and their team members.

AAPM members represent a variety of origins, including anesthesiology, internal medicine, neurology, neurosurgery, orthopedic surgery, physiatry, and psychiatry.

PLAINTIFFS TRIAL EXHIBIT
P-21873_00001

(https://painmed.org)



## Ways To Reach Your Audience...


(https://bit.ly/2M6RsJC)

### ADVERTISING IN THE AAPM E-NEWS, THE ACADEMY'S OFFICIAL NEWSLETTER...



(https://painmed.org)

JOIN THE AAPM CORPORATE RELATIONS COUNCIL...

(https://bit.ly/3i0Rbnc)

## At The Annual Meeting...

Commercial opportunities at the AAPM Annual Meeting and Preconferences include satellite symposia, sponsorship, supporting Fellows and Residents to attend the meeting, and exhibiting.



## Via The Corporate Relations Council...

Benefits of participating in the Corporate Relations Council on various levels include special meetings with AAPM leaders, invitations to the AAPM president's reception, a subscription to the AAPM journal, and opportunities for visibility and communication.



(https://painmed.org)

# Throughout The Year…

AAPM offers year-round opportunities for supporting various program and initiatives.

To advertise in AAPM E-News and reach our full membership, please download and fill out our e-news advertisement application.

(https://painmed.org)



# Broaden Your Impact And Help Us Strive For Better Patient Care

**Through your participation, you will…**

↳ Support research collaboration that can lead to optimal treatment for patients in pain;

↳ Connect with thought leaders, renowned experts, and dedicated members;

↳ Promote the advancement of pain management.



(https://painmed.org)

# Corporate Relations Council

P-21873 _ 00006

 (https://painmed.org)

# Reserve Your Seat…

The American Academy of Pain Medicine (AAPM) Corporate Relations Council is a distinguished community of healthcare professionals with a sustained interest in Pain Disorders and Pain Management.



# Benefit Of Partnering With AAPM…

Partnering with AAPM offers many opportunities to interact with the leading pain physicians and clinicians of the pain management treatment teams.

As part of the Council you'll join a distinguished community of physicians, researchers, and allied health professionals with a sustained interest in Pain Disorders and Pain Management.

**It Is Designed To:**

↳ Provide a format for establishing and building relationships;

↳ Foster open dialogue among key industry representatives;



[https://painmed.org](https://painmed.org)

↳ Gain greater understanding of the mutual area of interest;

↳ Further programs that promote optimal, cost-effective care for patients affected by pain.

 (https://painmed.org)

## Participation In The Council...



Participation in the AAPM Corporate Relations Council is available to organizations that support the Mission and Vision of AAPM.

Corporate Relations Council companies are profiled on our Corporate Relations Council Members webpage so that AAPM members have the opportunity to learn more about each company.

## Corporate Relations Council Profiles

The Corporate Relations Council of the American Academy of Pain Medicine partners in seeking new advances in the specialty of Pain Management and optimum quality of life for pain patients.

The Council enables you to connect in a more significant way with the leaders in Pain Management.



(https://painmed.org)

# Corporate Premier Level


(https://painmed.org)

Our mission is to improve patient lives and access to treatment through strong mutually beneficial relationships with key patient, professional, and multi-stakeholder organizations, delivering on Amgen's mission to **"Serve Patients"**.

---


(https://bit.ly/3sc7UbT)

Our strategy is to build a leading, focused medicines company powered by advanced therapy platforms and data science.



# Corporate Elite Associate Level

 (https://painmed.org)

Our purpose is to develop innovative gene therapy and treat diseases with high unmet needs to help patients live longer and better lives.


(https://bit.ly/3shoeIw)

At Medtronic, we believe in the power of medical technology to improve lives. Seven decades ago, our co-founder invented the battery-powered pacemaker. Today, we are among the largest medical device companies in the world.

(https://bit.ly/3sgzSU4)

Lilly was founded in 1876 by Colonel Eli Lilly, a man committed to creating high-quality medicines that met real needs in an era of unreliable elixirs peddled by questionable characters. His charge to the generations of employees who have followed was this: "Take what you find here and make it better and better."



# Corporate Associate Level

 (https://painmed.org)

(https://bit.ly/39rbbLO)

Collegium Pharmaceutical is a specialty pharmaceutical company committed to being the leader in responsible pain management. For nearly two decades, Collegium has been focused on developing and commercializing new medicines for pain management that reflect our Core Values and our commitment to people suffering from pain, providers and our communities.

 (https://bit.ly/3bteR2e)

At Healthnetics, we believe in good health, quality products and innovation. We strive to offer the best alternative and natural relief options for a healthy mind and body. We use only all-natural ingredients that are sourced in the USA. Our products are lab-tested for quality and purity, and certified to be 100% THC-free.

 (https://bit.ly/3qcsCXq)

In a complex world, Teva's mission is simple: to improve the lives of patients across the globe. We believe that everyone should have access to quality medicines whether it be for managing disease, fighting infections, or simply improving overall health.



(https://bit.ly/3bpjg6u)

We will develop, license, and market meaningful and accessible healthcare products that improve lives and result in a thriving community of patients, employees, and shareholders.



P-21873 _ 00013

 (https://painmed.org)





(https://painmed.org/contact-us/) **Call Us**

Phone: (800) 917-1619 Ext. 102

Fax: (407) 749-0714

Privacy Policy (https://painmed.org/privacy_policy/) |

Media Resources (https://painmed.org/media-resources/) |

Contact Us (https://painmed.org/contact-us/)

## Contact Us (https://painmed.org/contact-us/)



info@painmed.org

### Visit Us

1705 Edgewater Drive, #7778

Orlando, FL 32804

## American Academy Of Pain Medicine

© American Academy of Pain Medicine. All Rights Reserved.

American Academy of Pain (AAMP) is a nonprofit, 501(c)(3) tax-exempt organization.

