Print Form

## MINUTES OF PROCEEDINGS

HONORABLE  Dan A. Polster

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

In Re: National Prescription Opiate Litigation

vs.

Date: 11/3/21
Case No.: 1:17md2804
Court Reporter: Lance Boardman
ECRO:
INTERPRETER:

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier, Maria Fleming

Counsel for Defendant: Graeme Bush, Eric Delinsky, Sasha Miller, Paul Haynes (CVS), Kaspar Stoffelmayr, Kate Swift, Brian Swanson (Walgreens), Tara Fumerton, John Majoris, TinaTabacchi (Walmart)

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☐ Defendant(s) opening statements | |
| ☐ Evidence began; continued | ☐ Evidence continued | ☐ Evidence concluded |
| ☐ Plaintiffs case begun | ☐ Plaintiffs case continued; not concluded | ☐ Concluded |
| ☐ Defendants case begun | ☒ Defendants case continued; not concluded | ☐ Concluded |
| ☒ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☐ Plaintiff(s) final argument | ☐ Defendant(s) final argument | |
| ☐ Charge to the jury | | |
| ☐ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☐ Verdict | | |
| ☒ Exhibits Located: w/cnsl | ☐ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until: 11/4/21 at 9:00 AM

Comments: Defendants' witness 8 - Nicole Harrington

s/ Robert Pitts

Courtroom Deputy Clerk

Time: 7.5 hrs