AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Ohio

In Re: National Prescription Opiate Litigation

**EXHIBIT AND WITNESS LIST**

V.

Case Number: 1:17md2804

| PRESIDING JUDGE<br>Dan A. Polster | PLAINTIFF'S ATTORNEY<br>Mark Lanier, et al | DEFENDANT'S ATTORNEY<br>Eric Delinsky, et al |
|---|---|---|
| TRIAL DATE (S)<br>10/29 - 11/4/2021 | COURT REPORTER<br>Heather Newman | COURTROOM DEPUTY<br>Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 2,5,6,8 |  |  | x | George Pavlich(2), Susanne Hiland(5), Trey Edwards(6), Nicole Harrington(8) |
|  | 11776 | 11/1/21 |  | x | Manuscript: Commonly Prescribed Medications of Hospice Patients |
|  | WAG 02457 | " |  | x | Veterans Health Administration, Pain as the 5th Vital Sign |
|  | WAG 01005 | " |  | x | JCAHC, Pain Standards for 2001 |
|  | WAG 01355 | " |  | x | DEA, et al Joint Statement from 21 Health Orgs & DEA |
|  | 11040 | " |  | x | FDA: Drug Safety Communications |
|  | 11963 | " |  | x | CDC Statement Advises Against Misapplication of Prescribing Guidelines |
|  | 05689 | " |  | x | CDC Guidelines: Checklist for Prescribing Opioids for Chronic Pain March 2016 |
| 14645 |  | " |  | x | Email Re: Carepro - Dr. Glinkowski |
| 21228 |  | " |  | x | POM 1311 - Proper Prescriber Patient Relationship (2009) |
| 02300 |  | " |  | x | POM 1311 - Proper Prescriber Patient Relationship (2011) |
| 26697 |  | " |  | x | Email Re: Website access for "Ohio Automated Reporting System" |
| 21884 |  | " |  | x | Email Re: Updated PMP Access Discussion |
| 26681 |  | " |  | x | Email Re: Refusal to Fill in Connexus |
| 17527 |  | " |  | x | Email FW: AP Diversion Software Justification (Revision 2) |
| 14442 |  | " |  | x | Email Re: Compliance Projects FY 13 |
| 14585 |  | " |  | x | HW Compliance Presentation |
| 20849 |  | " |  | x | Email Re: Refusal to Fill Reporting |
| 26705 |  | " |  | x | Email Re: RTF Project |
| 26671 |  | " |  | x | Email Re: Proposed Rule Change by OBP |
| 20809 |  | " |  | x | Email FW: The Rest of Your Presentation Stuff |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

≈AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

|  |  | CASE NO. |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 00459 |  | " |  | x | Email Re: 2015 LP PPT Presentation |
| 08415 |  | " |  | x | Email Re: RPPC Annual Planning |
| 23305 |  | " |  | x | Pharmacy Operations Manual revised 9/2008 |
| 20699 |  | " |  | x | Email Re: Pain Management Dispensing Guidelines |
| 23330 |  | " |  | x | Frank Veres, Prescriber Interview Notees |
| 08439 |  | " |  | x | Email Re: Action Required NACDS DEA Subcommittee |
|  | WMT 00134 | " |  | x | POM 1311: Corresponding Responsibility - Proper Prescriber Patient Relationship |
|  | WMT 00142 | " |  | x | POM 1703: Forged or Fraudulent Prescription Procedures |
|  | WMT 00299 | " |  | x | POM 912: Diversion |
|  | WMT 00318 | " |  | x | POM 203: Orientation: Pharmacist Responsibility |
|  | WMT 00397 | " |  | x | POM 1319: Prescriber Information |
|  | WMT 00568 | " |  | x | POM 1316: Regulatory Affairs Prescription Monitoring |
|  | WMT 00575 | " |  | x | POM 1317: Controlled Substance Prescriptions Written by Out-of-State Prescribers |
|  | WMT 1027-1 & 2 | " |  | x | Email from S. Hiland to HW Wire Publishing Request re: CS Red Flags Document |
|  | WMT 01155 | " |  | x | Transcript of Leadership Message on Controlled Substances |
|  | WMT 1194-1-3 | " |  | x | Email from D. Gaston to T. Koch re: OARRS Regulation WIRE Posint |
|  | WMT 01334 | " |  | x | Letter From State of WI Pharmacy Examining Board to Walmart |
| 20809 |  | " |  | x | Email FW: The Rests of Your Presentation Stuff |
|  | 12782 | " |  | x | Flier re LCNA Education Event w/Purdue Pharma |
|  | WAG 01102 | " |  | x | Ohio BOP Inspection Report (Store 13058) |
|  | WAG 01061 | " |  | x | Ohio BOP Inspection Report (Store 4294) |
|  | WMT 01387 | " |  | x | Ohio BOP Inspection Report (Store 1863) |
|  | WMT 01418 | " |  | x | Ohio BOP Inspection Report (Store 3608) |
|  | CVS 01727 | " |  | x | PMP NarxCare Integration Job Aid |
|  | CVS 01728 | " |  | x | Narx Scores Explained |
|  | CVS 00266 | " |  | x | Protocol for Dispensing Narcotic Drug for Pain |
|  | CVS 00854 | " |  | x | Guidelines for Dispensing Protocol |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | CVS 00945 | " | | x | Federal Guidelines for Dispensing Controlled Substances |
| | CVS 00906 | " | | x | Federal Regulations and CVS Pharmacy |
| | CVS 00980 | " | | x | DEA & Pharmacy Regulatory Training |
| | CVS 01104 | " | | x | CVS Pharmacy DEA & Pharmacy Regulatory |
| | CVS 01263 | " | | x | Corresponding Responsibility Training |
| | CVS 01393 | " | | x | Red Flag Job Aid |
| 15601 | | " | | x | ROPP-0001 - Professional Standards, December 21, 2004 |
| 20699 | | " | | x | Pain Management Dispensing Guidelines |

Page _____ of _____ Pages