# Checklist for prescribing opioids for chronic pain

For primary care providers treating adults (18+) with chronic pain ≥3 months, excluding cancer, palliative, and end-of-life care

**CHECKLIST**

## When CONSIDERING long-term opioid therapy

☐ Set realistic goals for pain and function based on diagnosis (eg, walk around the block).

☐ Check that non-opioid therapies tried and optimized.

☐ Discuss benefits and risks (eg, addiction, overdose) with patient.

☐ Evaluate risk of harm or misuse.
- Discuss risk factors with patient.
- Check prescription drug monitoring program (PDMP) data.
- Check urine drug screen.

☐ Set criteria for stopping or continuing opioids.

☐ Assess baseline pain and function (eg, PEG scale).

☐ Schedule initial reassessment within 1–4 weeks.

☐ Prescribe short-acting opioids using lowest dosage on product labeling; match duration to scheduled reassessment.

## If RENEWING without patient visit

☐ Check that return visit is scheduled ≤3 months from last visit.

## When REASSESSING at return visit

*Continue opioids only after confirming clinically meaningful improvements in pain and function without significant risks or harm.*

☐ Assess pain and function (eg, PEG); compare results to baseline.

☐ Evaluate risk of harm or misuse:
- Observe patient for signs of over-sedation or overdose risk.
  – If yes: Taper dose.
- Check PDMP.
- Check for opioid use disorder if indicated (eg, difficulty controlling use).
  – If yes: Refer for treatment.

☐ Check that non-opioid therapies optimized.

☐ Determine whether to continue, adjust, taper, or stop opioids.

☐ Calculate opioid dosage morphine milligram equivalent (MME).
- If ≥50 MME/day total (≥50 mg hydrocodone; ≥33 mg oxycodone), increase frequency of follow-up; consider offering naloxone.
- Avoid ≥90 MME/day total (≥90 mg hydrocodone; ≥60 mg oxycodone), or carefully justify; consider specialist referral.

☐ Schedule reassessment at regular intervals (≤3 months).

**REFERENCE**

### EVIDENCE ABOUT OPIOID THERAPY
- *Benefits of long-term opioid therapy for chronic pain not well supported by evidence.*
- *Short-term benefits small to moderate for pain; inconsistent for function.*
- *Insufficient evidence for long-term benefits in low back pain, headache, and fibromyalgia.*

### NON-OPIOID THERAPIES
Use alone or combined with opioids, as indicated:
- Non-opioid medications (eg, NSAIDs, TCAs, SNRIs, anti-convulsants).
- Physical treatments (eg, exercise therapy, weight loss).
- Behavioral treatment (eg, CBT).
- Procedures (eg, intra-articular corticosteroids).

### EVALUATING RISK OF HARM OR MISUSE
**Known risk factors** include:
- Illegal drug use; prescription drug use for nonmedical reasons.
- History of substance use disorder or overdose.
- Mental health conditions (eg, depression, anxiety).
- Sleep-disordered breathing.
- Concurrent benzodiazepine use.

**Urine drug testing**: Check to confirm presence of prescribed substances and for undisclosed prescription drug or illicit substance use.

**Prescription drug monitoring program (PDMP)**: Check for opioids or benzodiazepines from other sources.

### ASSESSING PAIN & FUNCTION USING PEG SCALE
**PEG score** = average 3 individual question scores (30% improvement from baseline is clinically meaningful)

**Q1:** *What number from 0–10 best describes your pain in the past week?*
0 = "no pain", 10 = "worst you can imagine"

**Q2:** *What number from 0–10 describes how, during the past week, pain has interfered with your enjoyment of life?*
0 = "not at all", 10 = "complete interference"

**Q3:** *What number from 0–10 describes how, during the past week, pain has interfered with your general activity?*
0 = "not at all", 10 = "complete interference"



**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**TO LEARN MORE**
WWW.CDC.GOV/DRUGOVERDOSE/PRESCRIBING/GUIDELINE

March 2016

DEF-00137270

DEF-MDL-05689.00001

DEF-MDL-05689