

**POM 1316**

# Regulatory Affairs Prescription Monitoring Programs

| | |
|---|---|
| **Introduction** | There are many appropriate reasons a pharmacist, in the exercise of his/her professional judgment, will decide not to fill a prescription. These include, for example, situations in which the pharmacist reasonably suspects: the prescription is forged, fraudulent or altered; there is not a proper prescriber/patient relationship; overuse, abuse or diversion; or the prescription is invalid for other appropriate reasons. |
| | Many states operate Prescription Drug Monitoring programs (PMP, PDMP) which include a central repository for transmitted data related to the dispensing/filling of Schedule II, III, IV, or V controlled substances.  The list of controlled substances covered by PMPs varies by state, and in some cases includes not only controlled substances, but also non-controlled substance "drugs of concern" such as tramadol, carisoprodol, and others. |
| | Many states allow prescribers and pharmacists restricted access to PMP data for use in the exercise of their professional judgment to monitor prescriptions for inappropriate use/abuse.  Where states permit access to pharmacists, Walmart currently provides Walmart and Sam's Club pharmacists with a mechanism to access PMP databases. |
| | This operating procedure explains which associates may access PMP databases, how they can access the databases, the purposes for which PMP database information may be used, and the role pharmacy associates play in the submission of dispensing data to PMP databases. |
| **Who May Access PMP Databases** | Access to PMP databases is available only to Walmart and Sam's Club pharmacists.  No other associates are allowed access. Pharmacists should safeguard their passwords/access codes, and cannot delegate or share access rights, including passwords, with any other person or otherwise allow non-pharmacists to access the databases. |
| **How to Access PMP Databases** | PMP data is accessible via state specific PMP websites. **Click here for specific PMP information.** |
| | Most PMPs require the pharmacist to register and obtain a password or access code in order to query the database. |

February 2010  (smh)　　　　　Confidential　　　　　Page 1 of 2



WMT-MDL-00568

HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　WMT_MDL_000069138

| POM 1316 | Regulatory Affairs<br>Prescription Monitoring Programs |
|---|---|
| **Using PMP Data** | Pharmacists may access PMP databases when, in the exercise of their professional judgment, they believe PMP data will assist them in determining the appropriateness of filling a prescription for controlled substances or, where applicable, certain non-controlled "drugs of concern" covered by the database.<br><br>Data obtained from the databases should not be distributed to or shared with non-pharmacist associates or persons outside of Walmart/Sam's Club (other than the Customer's prescriber when appropriate). |
| **Pharmacy Associates' Role in Submitting Data to PMP Databases** | PMP reporting requirements vary by state. Data from Walmart and Sam's Club pharmacies is submitted to PMPs by the Home Office. As a reminder, pharmacy associates should ensure that **all** information inputted into the prescription record is accurate as elements from the prescription record may be reported to PMPs. |
| **Consequences of Noncompliance** | Pharmacy associates are expected to comply with POM 1316 and applicable laws/regulations. Failure to follow POM 1316 and/or applicable laws/regulations may result in disciplinary action, up to and including termination. |
| **Additional Resources** | Additional resources are available to assist pharmacists in determining whether a controlled substance prescription is valid and appropriate for dispensing.<br><br>• Prescription Monitoring Program FAQ's<br>• POM 1311: Practitioner/Patient Relationship<br>  This policy outlines the pharmacist's responsibility to ensure that a valid relationship exists between the prescriber and the patient, and provides guidance and examples regarding these relationships.<br>• POM 1703: Forged or Altered Prescriptions<br>  This policy specifically outlines steps that a pharmacist must take in the case of suspected forged or altered controlled substance prescriptions. FAQ's are also provided to support the policy.<br><br>Contact Regulatory Affairs at 479-204-8014 if questions remain after reviewing these policies and FAQ's. |

HIGHLY CONFIDENTIAL     WMT_MDL_000069139