

| POM 1317 | Regulatory Affairs<br>**Controlled Substance Prescriptions**<br>**Written by Out-of-State Prescribers** |
|---|---|
| **Procedure Introduction** | Dispensing controlled substances is a pharmacist activity that is highly regulated by both state and federal agencies.  While pharmacists may face situations during dispensing where state or federal law provides guidance, pharmacists also must always exercise their professional judgment before they can conclude that a controlled substance prescription should be filled. Professional judgment should be used when determining the legitimacy of the prescriber-patient relationship and the legitimacy of the prescription itself.  Guidance and policy on these specific issues is available from other POM sections listed in the resource section below.<br><br>The growing problem of prescription drug abuse and internet pharmacy sales has resulted in greater oversight by regulatory agencies.  Pharmacists must be aware of warning signs that a controlled substance prescription is not legitimate.  One of those warning signs occurs when a patient presents a controlled substance prescription from an out-of-state prescriber. |
| **Procedure Objectives** | This policy provides guidance and best practices for pharmacists when presented with prescriptions written by out-of-state prescribers, as well as references to those states with specific regulations or prohibitions against filling controlled substances from out-of-state prescribers. |
| **Best Practices** | Pharmacists have a duty to ensure that a prescription was issued for a legitimate medical purpose to a patient with an appropriate doctor-patient relationship.  Pharmacists must **not** dispense a prescription that they know or believe, in the exercise of their professional judgment, to be issued otherwise.<br><br>There are some reasons why a prescriber may issue a legitimate controlled substance prescription to a patient who does not reside in the same state.  Likewise, there are legitimate reasons a patient from out-of-state may have a need to fill a prescription in your pharmacy.<br><br>In absence of specific state regulations, pharmacists must confirm the validity of the out-of-state prescription with the patient and, if possible and appropriate in the pharmacist's professional |

March 2011 (smh)      Confidential      Page 1 of 2


WMT-MDL-00575

HIGHLY CONFIDENTIAL      WMT_MDL_000069157

| **Regulatory Affairs** | | | | **POM 1317** |
|---|---|---|---|---|
| **Out-of-State Controlled Substance Prescriptions** | | | | |

| | judgment, the prescriber. It is important to document in Connexus any information or communications that assist the pharmacist in determining that a prescription is legitimate and can be dispensed. |
|---|---|
| **State-Specific Restrictions for Out-of-State Prescriptions** | Click on the link **here** to find state-specific requirements for out-of-state controlled substance prescriptions. |

| AR | CA | CO | CT | DE |
|---|---|---|---|---|
| FL | GA | HI | ID | IL |
| IN | ME | MA | MI | MO |
| NV | NH | NY | NC | PR |
| SC | TN | TX | WA | WY |

| | |
|---|---|
| **Conclusion** | Pharmacists must know and follow the laws of state in which they practice related to prescriptions written by out-of-state prescribers. Pharmacists must also exercise professional judgment in evaluating whether or not to dispense a controlled substance prescription written by an out-of-state prescriber. |
| **Additional Resources** | POM 1311: Valid Prescriber-Patient Relationship<br>POM 1703: Forged or Altered Prescriptions<br>Regulatory Affairs Director at 479-204-8014 |

HIGHLY CONFIDENTIAL　　WMT_MDL_000069158