| | |
|---|---|
| **From:** | Susanne Hiland |
| **To:** | HW Wire Publishing Request |
| **CC:** | George Chapman; Susanne Hiland |
| **Sent:** | 11/15/2013 10:48:57 AM |
| **Subject:** | Controlled Substance Red Flags Document |
| **Attachments:** | Controlled Substances Red Flags.pdf |

Would you please add this document and a link to it in the index of the CII Toolkit under the Resources section? It should be named ýControlled Substance Red Flagsý.



Controlled Substances Red Flags.pdf

Thanks,
**Susanne Hiland, PharmD, MBA, Senior Director**
HW Quality Improvement and Professional Relations
Office: 479-204-9188 Fax: 479-277-9679
susanne.hiland@wal-mart.com

Wal-Mart Health and Wellness Division
702 SW 8th Street
Bentonville, AR 72716-0430
Save Money. Live Better.



WMT-MDL-01027_01

CONFIDENTIAL

WMT_MDL_000199094