| | |
|---|---|
| **From:** | Dadrion Gaston |
| **To:** | Tim Koch - t0koch |
| **Sent:** | 10/19/2011 8:01:16 PM |
| **Subject:** | FW: OARRS Regulation WIRE Posting--PLEASE DISREGARD ALL PREVIOUS DRAFTS OF THIS DOCUMENT AND POST THIS UPDATED FINAL DRAFT |
| **Attachments:** | OARRS Regulation.docx |

I like this one better, I see that youve already sent it to be published.


Dadrion A. Gaston, R.Ph, CHC
**Director, Health & Wellness Regulatory Affairs**
Office: 479-273-4071 Fax: 479-273-8675
dadrion.gaston@wal-mart.com

**Health & Wellness Professional Affairs**
**Wal-Mart Stores, Inc.**
**702 SW 8th Street**
**Bentonville, AR 72716-0230**
Save Money. Live Better.

---

**From:** Tim Koch - t0koch
**Sent:** Wednesday, October 19, 2011 12:15 AM
**To:** HW Wire Publishing Request; Chris Lykins - cglykin
**Cc:** Tim Koch - t0koch; Dadrion Gaston; George Chapman; Nita Mix
**Subject:** OARRS Regulation WIRE Posting--PLEASE DISREGARD ALL PREVIOUS DRAFTS OF THIS DOCUMENT AND POST THIS UPDATED FINAL DRAFT



CONFIDENTIAL                                                                                           WMT_MDL_000391560