# Wire Communication Request


Walmart Health & Wellness

| | | |
|---|---|---|
| New Posting Request?<br>**YES** | Update to existing WIRE content?<br>**NO** | *If update to existing, capture link/URL from Explorer address bar and paste below* |

*Example:*

| | | |
|---|---|---|
| To: **All OH Walmart and Sam's Club Pharmacies**<br>Cc: | From: **Tim Koch, Director of Regulatory Affairs** | Date: **10/19/2011** |
| Date document should leave Home Tab: **2 weeks** | Date document should be removed from Wire:<br>**Permanent on Prof Affairs->State/Local->OH page** | |
| Wire Place / Location: **Notice & Updates & Prof Affairs->State/Local->OH page** | Subject (link name): **OARRS report usage while performing prospective drug utilization review** | |

**Overview:** The OH Board of Pharmacy recently adopted changes to the attached rule that requires pharmacists to check the Ohio Automated Rx Reporting System (OARRS) database prior to dispensing a prescription under certain circumstances.

The OARRS Prospective Drug Utilization Review rule changes will become effective on October 24, 2011.

Changes to the rule are underlined in the following attachment:

📄 BOP OARRS Rule.pdf

**Action Required:** If you are not already a registered user of the OARRS reporting system, please visit the following website to register and/or to access the OARRS reporting system.

https://www.ohiopmp.gov/portal/default.aspx

You should also review POM 1316 and select OH to review your state PMP procedures. POM 1316 can be found at:

http://wireportal.wal-mart.com/wps/myportal/!ut/p/c1/04_SB8K8xLLM9MSSzPy8xBz9CP0os3gjd78QRzeLAN8gFxdTAyMn5-Bg_2AXYwMTA6B8JG55AwMCuv088nNT9QtyI8oB9ZbGmg!!/dl2/d1/L2dJQSEvUUt3QS9ZQnB3LzZfMkdOVEFGOFBNQlYwMDAyUkdHVVVBWUzIwVjM!/?WCM_GLOBAL_CONTEXT=http://wirewcm.wal-mart.com/wps/wcm/myconnect/Wire_US_Active/linked_content/linked/en_us_09010aff80f0d836_a_pom1316.pdf


WMT-MDL-01194_02

CONFIDENTIAL WMT_MDL_000391561

| | |
|---|---|
| **Conclusion:** | The OARRS Prospective Drug Utilization Review rule will become effective on October 24, 2011. Please review OARRS database access procedures to prepare for this requirement. |
| **Reviewer:**<br><br>☐ N/A<br>☐ Compliance<br>☐ Legal<br>☐ Marketing<br>☐ HR<br><br>☐ Merchandising<br>☐ Prof Services<br>☐ Operations<br>☐ Systems<br>☐ Other | **Name of Reviewer:** Include the name(s) of the individual(s) who have reviewed and approved this communication request if applicable.<br><br>Documents that discuss regulatory, compliance, or legal matters, or that appear to have regulatory, compliance or legal implications should be vetted appropriately through reviewers prior to request for communication. Such documents may include, but are not limited to, documents that relate to the following subject matters:<br>• Pharmacy Operations Manuals (POMs)<br>• Vision Center Operations Guide (VCOGs)<br>• Regulatory guidance or alerts.<br><br>**\*\*THIS LIST OF REVIEWERS IS NOT ALL INCLUSIVE TO THE WIRE POSTING\*\*** |