# Walmart Pharmacy
## Fax Coversheet

**Date:** 12/14/2018
**From:** Walmart Pharmacy

**Fax:** 2622841174
**Subject:** Fax from Walmart Pharmacy
Walmart Pharmacy Confidential

This fax and any files transmitted with it are CONFIDENTIAL and intended solely for the individual or entity to whom they are addressed. If you have received this in error please destroy it immediately.

CONFIDENTIAL


WMT-MDL-01334

WMT_MDL_001217762

WMT-MDL-01334.00001

Wisconsin Department of Safety and Professional Services
Division of Legal Services and Compliance
4822 Madison Yards Way
P.O. Box 7190
Madison WI 53707-7190
**RETURN SERVICE REQUESTED**



Phone: 608-266-2112
Web: http://dsps.wi.gov
Email: dsps@wisconsin.gov

Scott Walker, Governor
Laura Gutiérrez, Secretary

WALMART PHARMACY 10-1650
KERRI GARANT
825 E GREEN BAY
SAUKVILLE WI 53080

CONFIDENTIAL

WMT_MDL_001217763

WMT-MDL-01334.00002

STATE OF WISCONSIN
PHARMACY EXAMINING BOARD # WARN000000805
ADMINISTRATIVE WARNING
Division of Legal Services and Compliance Case Number 17 PHM 095

This administrative warning is issued by the Pharmacy Examining Board (Board) to Walmart Pharmacy # 10-1650 (license number 8132-42), 825 East Green Bay, Saukville, WI 53080, pursuant to Wis. Stat. § 440.205. The Board makes the following findings:

1) There is evidence of professional misconduct by Walmart Pharmacy # 10-1650, to wit:

   a. On May 17, 2017, Walmart Pharmacy # 10-1650 (Pharmacy) informed a local clinic that the Pharmacy would no longer fill controlled substance prescriptions from that clinic due to concerns of overprescribing.

   b. The broad prohibition above deterred pharmacists at the Pharmacy from exercising their independent clinical judgment regarding dispensing controlled substances pursuant to a prescription order.

2) This misconduct is a first occurrence for Walmart Pharmacy # 10-1650.

3) This misconduct is a minor violation of Wis. Admin. Code § Phar 10.03(2).

4) Issuance of this administrative warning will adequately protect the public and no further action is warranted.

The Board issues this administrative warning and hereby puts Walmart Pharmacy # 10-1650 on notice that any subsequent similar violation may result in disciplinary action. The investigation of this matter, case number 17 PHM 095, is closed.

Date: 12/6/18

Signature of authorized representative for the
Pharmacy Examining Board

**Right to Review**

You may obtain a review of this administrative warning by filing a written request with the Pharmacy Examining Board within twenty (20) days of mailing of this warning. The review will offer the credential holder an opportunity to make a personal appearance before the Board.

*The record that this administrative warning was issued is a public record.*
*The content of this warning is private and confidential.*
*This administrative warning does not constitute an adjudication of guilt or the imposition of discipline.*

CONFIDENTIAL

WMT_MDL_001217764

WMT-MDL-01334.00003