| | |
|---|---|
| **From:** | Robert Thurkettle - rthurke |
| **To:** | Susanne Hiland |
| **Sent:** | 8/14/2007 3:46:54 PM |
| **Subject:** | RE: Carepro- Dr Glinkowski |

I TALKED TO HER ABOUT IT....explained to her she must evaluate each patient separately not the doctors office writing a lot of rx....she was concerned because we have had rings of patients coming in with fake rx
i think it is resolved.

thanks for responding
bobt

---

**From:** Susanne Hiland
**Sent:** Tue 8/14/2007 9:55 AM
**To:** Robert Thurkettle - rthurke
**Subject:** RE: Carepro- Dr Glinkowski

Bob,
I'm not sure what the concern is other than having enough stock. I don't understand the "Dr. Ellington" issue. In her statement Lorinda says that all rx's and patient's were legit. If that is the case we should not be refusing to fill. Pain clinics with legitimate practices will produce a lot of controlled substance prescriptions. They should increase their on hands to accommodate legitimate business. If there is ever an issue or concern with forgeries, dosage, patient ID, early refill, etc, they should use their professional judgment in resolving the issue. Again, legitimate prescriptions should be filled.

Thanks,
Susanne

---

**From:** Robert Thurkettle - rthurke
**Sent:** Monday, August 13, 2007 12:14 PM
**To:** Susanne Hiland
**Subject:** FW: Carepro- Dr Glinkowski

susanne,
any suggestions

---

**From:** Lorinda Hsu - lhsu.s03542
**Sent:** Mon 8/13/2007 12:13 PM
**To:** Robert Thurkettle - rthurke
**Subject:** Carepro- Dr Glinkowski

Bob,

We have a pain clinic opened on west bellfort, across the street from our drive thru..
Any, Dr Glinkowski is the dr who special in lower back pain. The office has been writing many Lorcet, Lortab,Norco, Soma and Xanax rx...Every patient that leave that office has one control of pain (lorcet, lortab, norco) 120 tab, soma 120 tab and xanax 2 mg 30 to 60 tab.

I am really afraid of filling them. Over the weekend, I was completely wiped out of lorcet, and low on lortab and almost all soma and xanax. I do not have extra to fill any Dr Ellington..(I did not, Binsu warn me ahead of time).

PLAINTIFFS TRIAL EXHIBIT
P-14645_00001

CONFIDENTIAL

WMT_MDL_001753436
P-14645 _ 00001

Basically, as a team at the store, we are getting really uncomfortable in filling these high quantity of controlled. All of our patients came thru the office are legit. (with id's in date..etc) all rx are legit, They are just so much. I am not a pain spepcialist. Can I refuse? How shall I approach in this case? Please advise

We are so busy with Dr. Glinkowski's patient that we do not have the extra to fill Dr. Ellington. SO WE DID NOT FILL ANY OVER THE WEEKEND

thanks
Lorinda

CONFIDENTIAL

WMT_MDL_001753437

P-14645 _ 00002