| | |
|---|---|
| From: | Susanne Hiland |
| To: | Shannon Borkowski </wal-mart/HOMEOFFICE/cn=Recipients/cn=SBORKOW> |
| CC: | Debbie Mack </wal-mart/HOMEOFFICE/cn=Recipients/cn=440A30D110CE11D4B12F002035673F01> |
| Sent: | 1/25/2007 8:50:30 PM |
| Subject: | RE: Web site access for "Ohio automated Reporting System" |

��Shannon,

There are several states that allow access to the monitoring program information. We met with several operators, including Ron last summer and it was decided that we would get a Legal determination of whether or not to provide or allow this access in our stores - this includes in Ohio. The opinion has been that we will not grant access to these databases. So far there are no programs that require a pharmacist to check the information before dispensing a prescription, and we have not identified any penalties or onus on the pharmacist in any case for not utilizing the information. Additionally, we have concerns about misuse of the information.

Thanks,
Susanne

---

From: Shannon Borkowski
Sent: Thursday, January 25, 2007 2:27 PM
To: Susanne Hiland
Subject: FW: Web site access for "Ohio automated Reporting System"

Is this something you think the stores need to have?

Shannon Borkowski
Pharmacy Operations Coordinator
Office-479-277-0894
Fax-479-277-4345
Email-sborkow@wal-mart.com
Address- 702 Southwest 8th Street
Bentonville, AR 72758-0230

---

From: Kenneth Powell - k2powel
Sent: Thursday, January 25, 2007 1:53 PM
To: Shannon Borkowski
Cc: Arnie Fox
Subject: Web site access for "Ohio automated Reporting System"

Hi Shannon,

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-26697_00001

WMT_MDL_000487952
P-26697   00001

Several years ago, the state of Kentucky activated a system call KASPAR, which is a centralized computer clearinghouse that gathers information regarding controlled drug dispensings across the state. It was designed to track controlled drug abusers who used multiple prescribers and multiple pharmacies. Any health professional could access the site and gather information about suspected Rx drug abusers.

Recently, Ohio has started a similar system called OARS (Ohio Automated Reporting System). Soon pharmacists will be able to submit requests for patient's drug histories in Ohio as well. Our pharmacists cannot utilize this system unless then can access the OARS web-site from the Connexus computer system. For more information, email OARS at info@ohiopmp.gov Their phone number is 614-466-4143. Their fax number is 614-644-8556 and the address is 77 South High Street Room 1702 Columbus, OH 43215 (same as Ohio Board of Pharmacy) They are currently allowing pharmacy registrations, and several of my stores have requested the ability to use this site.

Please see if we can allow a link to the OARS web-site, similar to the KASPAR web-site for Kentucky stores.

Thanks,
Ken

Ken Powell, RPh
Pharmacy DM Dist 41
Cincinnati metro

CONFIDENTIAL

WMT_MDL_000487953
P-26697   00002