| | |
|---|---|
| From: | Lauren Crow </O=WAL-MART/OU=REMOTE OFFICES/CN=RECIPIENTS/CN=LCROW> |
| Sent: | 6/18/2009 5:37:20 PM |
| To: | Lauren Crow </WAL-MART/REMOTE OFFICES/RECIPIENTS/LCROW>; Susanne Hiland <Susanne Hiland> |
| Subject: | Updated: PMP Access Discussion |
| Location: | Beta Conference Room |
| Start: | Wed 6/24/2009 6:00:00 PM |
| End: | Wed 6/24/2009 7:00:00 PM |
| Recurrence: | (none) |
| Meeting Status: | Accepted |
| | |
| Required Attendees: | Lauren Crow; susanne hiland |
| Attachments: | Wal-Mart: Memo on PMP database risks.msg |

**Updated Location.**
**\*\*\*\*Please cancel this meeting planner on your schedule for today. We have had several conflicts and I will send an update with a new date and time when those are resolved.\*\*\*\***

The number of states with Prescription Monitoring Programs (PMP) reporting requirements has grown from 3 states in 2006 to 39 states at the end of 2008. In 2006, the Professional Services Directors sought Legal opinion on risks and/or requirements to grant access to these databases at pharmacy level. Based on that opinion and discussions with the Operations group, it was decided that no access would be granted.

Today, the Directors in Regulatory Affairs are seeing more and more movement toward mandating access and use of these databases.

This meeting is being called to discuss this issue and determine what our position on access to PMP databases will be going forward.

Attached is the Legal opinion from 2006.



Wal-Mart: Memo on PMP database risks.msg

PLAINTIFFS TRIAL EXHIBIT
P-21884_00001

CONFIDENTIAL

WMT_CN_000023091
P-21884    00001