**From:** Jacob Creel
**To:** George Chapman
**Sent:** 2/7/2018 2:52:25 PM
**Subject:** Refusal to Fill in Connexus

George,

We have been analyzing your proposal.

Proposal:
- Display a sum of all refusal to fill forms, and blanket refusal to fill forms at the Input Verification and Visual Verification screens
- Have the boxes be clickable and take the associate to Archer.

After the analysis we've determined this is possible, and within the scope of Rapid Response. However, this will be a rather large undertaking. Currently, there is no feed established between Archer (where RTFs are stored) and Connexus. To create a direct feed would probably fall outside of Rapid's scope due to the level of effort. However, we believe we have found a way to accomplish this from reports, and the utilization of GPH. GPH stores prescriber files, and we may be able to utilize it to store RTFs and BRTFs. There is already a relationship between GPH and Connexus. This would require a good bit of front end work to update the screens in Connexus, and backend table changes. Along with this, we will need to work with most of the teams in ISD. Also, since we will be changing the Input Verification and Visual Verification screens, I will partner with Operations to ensure their alignment.

Including all of these pieces, we believe this will take approximately two Project Increments (PI), starting at PI 19. I would recommend not starting this till PI19 to allow us to further build the feature and requirements, and also we have PI18 planned with some large impact projects. We would need to devote about two-thirds of our resources to this for PI19 and PI20. We would see this start to roll to chain with PI20, which would be around August or September.

In summary to complete this project we would need to complete the following:
- Make changes to backend GPH tables, including new columns to store the data.
- Establish a feed out from Archer to a secure location
- Create a nightly update to GPH of the BRTFs and RTFs
- Make substantial front end changes to Connexus to display the information in Input Verification, and Visual Verification.
    - This would include finding/making the real estate in each screen to display the information.
- Work with the following ISD teams, as the changes will affect each of their products: Order Creation, Master Data, DB2, Insights
- Work with the following Operations teams: Operations, Quality, Innovations
- This may result in POM changes.
- Documentation would need to be created to explain the intent and purpose of this new field.

This would be a substantial undertaking for Rapid. However, I believe this a truly a valuable tool for the field and would love the opportunity to work this project. If you agree, I will start the Rapid team on building the blue print and requirements for this project this week. Once I have mock ups, and features, I will schedule a time for our broader team to discuss.

Thanks,

Jacob Creel, PharmD, CPHQ, CHC

**Director, U.S. Ethics & Compliance**

**Health and Wellness Practice Compliance**

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-26681_00001

WMT_MDL_000404558
P-26681   00001

Office Phone 479.277.3740 Fax 479.277.9879

Jacob.Creel@walmart.com

Walmart/Sam's Club
U.S. Ethics & Compliance
702 SW 8th Street
Bentonville, AR 72716-0230

CONFIDENTIAL

WMT_MDL_000404559
P-26681   00002