| | |
|---|---|
| **From:** | Susanne Hiland |
| **To:** | Darren Townzen; Jeff Brown - Pharmacy |
| **Sent:** | 10/20/2011 1:05:10 PM |
| **Subject:** | RE: Compliance projects- fy 13 |

Jeff,
My comments are attached except this one: This is like "Sophie's Choice". I find it difficult to select one high need project over another although I understand that that's what we are required to do. I'm curious on a couple of these though. Aren't D.0 and prescriber file set to be completed this year? Also, I thought we had a ranking coming out of the last PMO meeting. Is this something different based on costs of each of the projects?



FY13 projects PMO initial 10192011v3 0Duncancompliancereply (2).xlsx

Thanks,
Susanne

---

**From:** Darren Townzen
**Sent:** Wednesday, October 19, 2011 11:54 PM
**To:** Jeff Brown - Pharmacy; Susanne Hiland
**Subject:** RE: Compliance projects- fy 13

Here is my interpretation.

Thanks

<< File: FY13 projects PMO initial 10192011v3 0Duncancompliancereply.xlsx >>

**Darren Townzen Director of Health and Wellness Systems**
Phone 479-204-8452, Cell 479-586-8860, Fax 479-273-8778
darren.townzen@wal-mart.com

Walmart
702 Southwest 8th Street
Bentonville, AR 72716-0450
Save money. Live better

---

**From:** Jeff Brown - Pharmacy
**Sent:** Wednesday, October 19, 2011 6:09 PM
**To:** Darren Townzen; Susanne Hiland
**Cc:** Jeff Brown - Pharmacy
**Subject:** FW: Compliance projects- fy 13

Folks,
I need you attention with high urgency.
I can't stress enough how difficult development dollars are about to be gathered.
Please see the enclosed spreadsheet.
What I need is for you both to take a look and advise on 4 columns D, J, K, and P.
Are these compliance projects (J) and does the description make sense (D) and (K).
Then in column (P) is it High Medium or low risk.
Currently where we stand is that Opex for the entire US business in ISD has been lowered to 11 million $ just enough to cover compliance projects and then all development will have to be evaluated on a project by project basis.
We have got to be on our game on this.
I need to respond with our assessment asap tomorrow morning.
Thanks,
Jeff

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-14442_00001

WMT_MDL_000284363
P-14442_00001

Jeff Brown
Senior Director Health and Wellness Innovation and Systems
Jeff.Brown@Wal-Mart.com
Work (479) 204 6717
Fax (479) 273 8778

Walmart
702 Southwest 8th Street
Bentonville, AR 72716-0450
Save money. Live better.

---

**From:** Maria Smith
**Sent:** Wednesday, October 19, 2011 1:32 PM
**To:** Jeff Brown - Pharmacy
**Subject:** Compliance projects- fy 13

Good afternoon Jeff,

JC Mitchell and Josh Leffler provided me with a list of compliance projects from the business in order to validate. Additionally, the total capital ask is sitting at $40m, and I have been told (as of yesterday—not sure if that has changed) that the guidance for the Compliance bucket is $25m.

With all that in mind, could you help me with 2 things?
1. Provide a short description of the project
2. Identify if they are High, Medium, Low risk.

If you are open to it, I would love to visit with you and learn more about how projects are ranked and perhaps share "best practices"...
Thank you,
Maria

| |
|---|
| SPEC~RXBUS~NCPDP D.0 |
| SPEC~RXBUS~Prescriber File Rework |
| SPEC~RXST~Combined Drop-off and Input |
| SPEC~RXST~Data Strategy |
| SPEC~RXST~Rx Number Expansion |
| Walmart~FY13~Rapid Response~Vendors~Health and Wellness |
| Reconciliation of paid TP to Contract |
| Counseling Queue Changes |
| Connexus Job Role/Access |
| CSOS changes in Connexus |
| Billing Changes within Connexus |
| PSE and Behind the Counter Dependencies with POS |
| Changes in TaSCO and DL storage |
| Work Place online HR Connection |

Maria Smith, Sr. Manager
**Compliance Technology and Continual Improvement**
Office: 479.204.6076  Cell: 479.426.4112
Maria.Smith@wal-mart.com

Walmart
508 Southwest 8th Street
Bentonville, AR 72716-0505
Save money. Live better.

CONFIDENTIAL

WMT_MDL_000284364
P-14442   00002

Produced in Native Format

CONFIDENTIAL

WMT_MDL_000284365
P-14442    00003