Produced in Native Format

PLAINTIFFS TRIAL
EXHIBIT

**P-14585_00001**



P-14585 _ 00002



We are committed to helping associates serve patients the Right Way, Every Day.

P-14585 _ 00003



We are committed to helping associates serve patients the Right Way, Every Day.

P-14585 _ 00004



It is well understood that the health and wellness business model is very different.  The 750 square feet of the pharmacy is the most regulated space in the retail box.

We have patients who have prescribers that make evidence based health care decisions to prescribe treatments.  More than 80% of the time, the payment for these treatments come from a private health insurer or a government entity.

4



P-14585 _ 00006



P-14585 _ 00007



P-14585 _ 00008



As I noted, one of the compliance program priority areas noted in the exercise was in the area of controlled substances/DEA compliance.

        An illustration of  the risk is depicted in this picture taken last July.   We began to assess our processes after we learned of lines forming for scripts beginning at 7:00 am.  The pharmacy opened at 9:00.  The ensuing investigation discovered a very high number of prescriptions for Oxycodone. This situation gave us the opportunity to put some additional operation controls in place to mitigate the risk of our pharmacies becoming the pharmacy of choice for "pill mills."

8



1.  Here is a list of the operational controls that we put into place.

P-14585 _ 00010



P-14585 _ 00011



P-14585 _ 00012

## Prescriber Validation

- Walmart is moving to new prescriber data file through HMS (Health Market Science)

- Improved data and better prescriber lookup tool

- Correct process for adding a new prescriber



12

## CCTV Project

- Evaluation of our standards and processes around CCTV coverage of our pharmacies

- Identified gaps to our current process

- Patient and Associate Safety

- DEA obligations

  – 21 CFR 1301.71(a) Provides that all applicants and registrants shall provide effective controls and procedures to guard against theft and diversion of controlled substances

13 

P-14585 _ 00014

**CCTV Project**

DEA will consider the following factors listed in 1301.71(b):
- Type of activity
- Type and quantity of controlled substances handled
- Types of closures on vaults, safes and secure enclosures
- Adequacy of electronic detection and alarm systems
- Adequacy of supervision over employees having access to manufacturing and storage areas
- Adequacy of the registrants system for monitoring the receipt and disposition of controlled substances in its operations

14 

14



P-14585 _ 00016

**CCTV Project**

What to Expect:

- Rollout and installations to begin company wide March 2014

- MHWDs and MAPMs will be informed when work will take place in their pharmacies
  - Work performed by Tyco/ADT technicians

- Pharmacy Managers must ensure Tyco/ADT technicians display proper credentials to enter pharmacy
  - Tyco/ADT technicians must sign the HIPAA Maintenance log located in the ETQ binder before starting work



15

**Walmart** ⚡
*Save money. Live better.*

16



P-14585 _ 00018





P-14585 _ 00020



P-14585 _ 00021



P-14585 _ 00022

## HIPAA Electronic Records

Under HIPAA/HITECH, patients may
request access to their records
electronically

Current Process:



- Requires paper "Request for Access"
  form to be completed
- Opportunities delivering records on
  time
- Paper forms must be retained for 6
  years

22

**Walmart**
Save money. Live better.

22



Provide clarity about what each Pillar represents

23



Provide clarity about what each Pillar represents

P-14585 _ 00025



**HIPAA Electronic Records**

**Advantages of the new process**

- Bring electronic access in-house

- Eliminates paper form for patients

- Records delivered on time

- Convenience for patients

- Roll-out to begin in April



Walmart



P-14585 _ 00028

**Updates –
Electronic Prescribing Controlled Substances**

- Gives Walmart the ability to accept electronic prescriptions

  – Schedule II-V Controlled substances (assuming that state law allows)

- Project will deploy in the Fall



28

Walmart

P-14585 _ 00029



P-14585 _ 00030

**Updates –**
**Hydrocodone to CII Status**

- New York switched Hydrocodone products from a C-III to C-II drug in Feb. 2013
- FDA recommends Hydrocodone products to CII in Dec. 2013
- HHS sent recommendation to the DEA for reclassification
- DEA publishes notice of proposed rulemaking in Federal Register on Feb. 27th, 2014

30

**Walmart** ☀️
Save money. Live better.

30



**DEA Headlines**

- "September 2012  - DEA revokes Controlled Substance permit for the 2 CVS Pharmacies"

- "DEA suspends Cardinal's controlled substances license at it's Lakeland, Florida distribution center, which services 2,500 pharmacies in Florida, Georgia, and South Carolina."

- Walgreens' Jupiter Distribution Center and six Florida Walgreens retail pharmacies had their controlled substances licenses suspended RED ███

- ███████ REDACTED ████████ the settlement revokes the Registrants' ability to distribute or dispense controlled substances listed in Schedules II-V ████ REDACTED ████  As part of the settlement, Walgreens admitted that it failed to uphold its obligations as a DEA registrant.

- ██████████ REDACTED █████████

Walmart

**Updates –**
**Electronic Record Keeping - (Phase 1)**

- Elimination of paper prescription records of all non-controlled **electronic** (Surescript) prescriptions
- Will no longer need to print the prescription
  - (Phase 2) Will no longer need to complete the Log Copy sticker
- Compliant record keeping
- Cost savings
- Currently approved for 29 states plus the District of Columbia
- Phase I Project will deploy in the Fall

32    Walmart

32



P-14585 _ 00034

## Hazardous Waste

**Focus on the Basics**

- Simple execution points are the most commonly missed
  - Label placement on the bucket and on CII Drawer
  - Stores are not placing labels where the bucket says to 'Place Label Here'
  - Storing CII Returnable drugs and Waste in the same drawer

**Use Your Resources**

- Compliance Hotline (1-800-530-9923)



34    **Walmart** ✦
Save money. Live better.

34



P-14585 _ 00036

