| | |
|---|---|
| From: | Miranda Johnson |
| To: | George Chapman |
| Sent: | 3/7/2016 3:05:30 AM |
| Subject: | RE: RE: Refusal to fill reporting |

My thought was that we could get everyone to approve at the same time (including Paul) during the staff meeting. But if you think I need to meet with him separately, then I can do that.

Miranda Johnson

Director, Controlled Substances Compliance

Health and Wellness Practice Compliance

Office: 479-273-4124 Cell: 479-644-5873

miranda.burris@walmart.com

Walmart * Compliance

The Right Way - Every Day!

-------- Original Message --------

Subject: RE: RE: Refusal to fill reporting

From: George Chapman <George.Chapman@walmart.com>

Date: Mar 4, 2016, 4:14 PM

To: Miranda Johnson <Miranda.Burris@walmart.com>

Paul will have to agree to this first

George L. Chapman, RPh, CHC
**Senior Director, U.S. Ethics and Compliance**
**Health and Wellness Practice Compliance**
**Office: 479-277-0420 Fax: 479-273-8675**
George.Chapman@walmart.com

Walmart ✻ Compliance
*The Right Way - Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.


**Health & Wellness Practice Compliance is committed to ensuring compliance with laws and regulations applicable to the practice of health care professions,**

**the Right Way, Every Day!** ✻

PLAINTIFFS TRIAL EXHIBIT
P-20849_00001

CONFIDENTIAL

WMT_MDL_000484702
P-20849  00001

**From:** Miranda Johnson
**Sent:** Friday, March 04, 2016 2:20 PM
**To:** George Chapman
**Subject:** Fwd: RE: Refusal to fill reporting

I've gotten several requests from Regionals for access to RTF reporting. Do we have representative at Paul's staff meeting that could bring this up and ask for approval to allow Regionals to access the Archer dashboard?

Miranda Johnson

Director, Controlled Substances Compliance

Health and Wellness Practice Compliance

Office: 479-273-4124 Cell: 479-644-5873

miranda.burris@walmart.com

Walmart * Compliance

The Right Way - Every Day!

-------- Original Message --------

Subject: RE: Refusal to fill reporting

From: Caroline Riogi <Caroline.Riogi@walmart.com>

Date: Mar 4, 2016, 3:11 PM

To: Miranda Johnson <Miranda.Burris@walmart.com>

Beth,
Looping in Miranda Johnson.

Thank you.

Caroline Riogi, R.Ph, Pharm.D
**Director, Corporate Compliance**
**Health and Wellness Practice Compliance**
**Office: 479-277-1661**
**Fax: 479-277-9679**
Caroline.Riogi@walmart.com

**Walmart/Sam's Club ✲ Compliance**
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

**Health & Wellness Practice Compliance is committed to ensuring compliance with laws and regulations applicable to the practice of health care professions, the Right Way, Every Day!** ✲

**From:** Elizabeth Mosher-HW
**Sent:** Friday, March 04, 2016 2:04 PM
**To:** Caroline Riogi

CONFIDENTIAL

WMT_MDL_000484703
P-20849   00002

Caroline,

Good afternoon, I hope all is well. I wanted to ask if there is reporting that can be sent out monthly regarding Refusal to Fill usage so that we can have visibility to ensure compliance of proper usage in the stores. I do not have a comfort level that this is being submitted as it should be and the reporting helps us to better see how it is being submitted and speak to it in the stores as we see less reporting. Anything you can do to help with getting reporting if it is not already created is greatly appreciated.

Thank you for your time, I hope you have a good weekend!

Beth

**Elizabeth Mosher   Regional Health & Wellness Director**
Northeast Division,  Region 18
187 Wolf Road- Suite 204
Albany, NY 12205
Phone 479.899.5608
eamoshe@wal-mart.com
Walmart
**Save Money.  Live Better.**

P  Please consider the environment before printing this e-mail.

"Wal-Mart Confidential"
This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited.  If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

CONFIDENTIAL

WMT_MDL_000484704
P-20849   00003