| | |
|---|---|
| **From:** | Jacob Creel |
| **To:** | Sunil K Pati; Liz Fan |
| **BCC:** | Ravi Samaleti - Vendor |
| **Sent:** | 7/29/2018 8:50:57 PM |
| **Subject:** | RTF Project |

Sunil/Liz,

Good evening!

I wanted to take a moment and explain the purpose and need of the Refusal to Fill Project that Rapid Response is working on.

Currently, in the pharmacies, if the pharmacist makes a professional judgment, based on identified red flags, to not fill a prescription for a controlled substance, the pharmacist submits a refusal to fill form in Archer. These forms are collected and stored in Archer. However, pharmacists do not have easy access to this information, especially if the pharmacist is from another store. This information could be used to clear red flags, or identify red flags that may indicate that the prescription was not issued for a legitimate medical reason. In order to ensure the pharmacist is equipped to make the most appropriate decision, this information needs to be readily available. This item is associated with the Opioid Stewardship initiative.

Currently, pharmacists do not have easy access to this information to utilize in their professional judgement. The need is to get this project into the hands of the pharmacists as soon as we can.

This project is a priority of Rachel Brand, Executive Vice-President of Global Governance and Corporate Secretary. This initiative is currently being pushed by the Practice Compliance team, including myself, my Sr Director, and my Vice-President. It is imperative that we achieve our August 9 deadline.

I appreciate your support in this! If there is anything I can do, please do not hesitate to reach out to me.

Thank you,

Jacob Creel, RPh, PharmD, CHC

**Director, U.S. Ethics & Compliance**

**Health and Wellness Practice Compliance**

Office Phone 479.277.6749 Fax 479.277.9679

<u>Jacob.Creel@walmart.com</u>



Walmart/Sam's Club

PLAINTIFFS TRIAL EXHIBIT
P-26705_00001

CONFIDENTIAL

WMT_MDL_000508416
P-26705   00001

U.S. Ethics & Compliance
702 SW 8th Street
Bentonville, AR 72716-0230

CONFIDENTIAL

WMT_MDL_000508417
P-26705   00002