**From:** "Edwards, Trey" <Trey.Edwards@pharmacy.ohio.gov>
**To:** "Poe, Michael" <Michael.Poe@pharmacy.ohio.gov>
**Subject:** FW: The rest of your presentation stuff
**Date:** Fri, 15 Jan 2016 12:24:32 -0500
**Attachments:** OARRS_2014.pptx

---

Miguel,

I found this email in my inbox. Let me know if this will work.

-Trey

---

**From:** Dillon, Mary
**Sent:** Monday, August 18, 2014 2:44 PM
**To:** Edwards, William
**Subject:** The rest of your presentation stuff

Hey, Trey –

I just gave Dave the rest of the stuff you'll need on the 26 th, including:
-    CD with presentation
-    50 copies of a supplement to the booklet
-    Certificates of Completion
-    Some of my business cards

He also has your box of booklets and a handout that Yo made for you: 50 copies of HB 341. I put the relevant parts of the HB in the presentation, so I think that this handout could be skipped if you want.

Also, I had a revelation: I can email the PowerPoint as long as I don't try to email the movies, too. Therefore, you have an updated copy of the PowerPoint attached to this email. The video links won't work, obviously, but you should already have copies of all three of those files on the first CD I mailed you.

Let me know if you have questions.
-Niki

PLAINTIFFS TRIAL EXHIBIT
**P-20809_00001**



# A Guide for Law Enforcement

*Presented by the Ohio State Board of Pharmacy*

*&*

*the Ohio Office of Criminal Justice Services*

August 26, 20

Trey Edwar

Compliance Age

Ohio State Board of Pharma

Trey.Edwards@bop.ohio.g

614-466-41

© Ohio State Board of Pharmacy

# Welcome!

About Your Presenter:

Compliance Agent Trey Edwards

✓ B.A. in Criminal Justice from The Ohio State University in 1998

✓ Graduated from the Cleveland Heights Police Academy in 1999

✓ Worked as a Diversion Investigator with the Lake County Narcotics Agency from 2000 – 2008

✓ Agent for the Ohio State Board of Pharmacy since 2008

© Ohio State Board of Pharmacy






© Ohio State Board of Pharmacy




# Training Objectives

Part I: Background

- Definitions, scope of the drug abuse problem, Board of Pharmacy's roles/responsibilities

Part II: OARRS 101

- Overview, current statistics, how to access

Part III:   OARRS and Law Enforcement

- Common ORC sections, typical crimes, case studies, and practical exercises

Part IV:   SPIDR

- General information, how to sign up

Part V:   Conclusion

- Q&A, additional resources, dismissal

© Ohio State Board of Pharmacy




# Part I: Background
## – Definitions –

Drug Diversion: any criminal act involving a prescription drug

Includes:



- Theft of drugs
- Tampering with drugs
- Deception to obtain dangerous drugs
- Illegal processing of drug documents

© Ohio State Board of Pharmacy

 



© Ohio State Board of Pharmacy





# art I: Background

## – Definitions –

ontrolled Substance: drugs that have some
otential for abuse or dependence

Schedule I:        High potential for abuse, no
(C-I)                acceptable medical use

➢    LSD, PCP, MDMA

Schedule II:       High potential for abuse, medically
(C-II)               acceptable use

➢    Narcotics, amphetamines

Schedule III –V:        Less potential for abuse

(C-III - V)   ➢    Suboxone, benzodiazepines

 

© Ohio State Board of Pharmacy

# art I: Background
## – Definitions –

angerous Drug: any drug that requires a
rescription

- Includes controlled substances as well as non
controlled prescription drugs such as insulin,
antibiotics, cholesterol drugs, heart medications
lifestyle drugs (Cialis, Viagra), and others
- Always labeled, "Rx Only"

© Ohio State Board of Pharmacy




# art I: Background
## – Definitions –

orphine Equivalent Daily Dose: Appears on the ARRS report. Translates the amount of opioids a atient receives over a 24–hour period into a niversal morphine equivalent, using a standard onversion table.

➢ Assists healthcare providers in deciding dosage and quantity of opioids they prescribe to a patien

➢ LE can reference the MED as a general guideline to determine if a physician might be overprescribing or a pharmacist is performing DUR

© Ohio State Board of Pharmacy

# art I: Background
## – Definitions –

ress Pause": Term used to define the actions that
ould be taken by prescribers and pharmacists
oon encountering an MED score of 80 or higher

➤ 80 is the threshold defined by the Governor's
Cabinet Opiate Action Team (GCOAT)

➤ Rather than automatically prescribe or dispense
opiates to a patient whose MED meets or exceed
80, prescribers & pharmacists should make inquirie
and re-evaluate the medication plan

➤ Some patients have a legitimate need for high
MED dosing (e.g., hospice, cancer)

© Ohio State Board of Pharmacy

# art I: Background
## – Definitions –

escription Drug Monitoring Program (PDMP or MP): statewide electronic database for ollecting data on dispensed controlled bstances

> ➢ OARRS, the Ohio Automated Rx Reporting System, is Ohio's PMP
> ➢ 47 states have operational PMPs

© Ohio State Board of Pharmacy




# Status of State Prescription Drug Monitoring Programs (PDMPs)



States with operational PDMP

States with enacted PDMP legislation but program not yet operational

States with legislation pending

...eration of Nebraska's Prescription Monitoring Program is ...y being facilitated through the state's Health Information ...e.  Participation by patients, physicians, and other health ...viders is voluntary.

© 2013 The National Alliance for Model State Drug Laws (NAMSDL).  Headquarters Office: 215 Lincoln Ave. Suite 201, Santa Fe, NM. 87501

This information was compiled using legal databases, state agency websites and direct communications with state PDMP representatives.

# Part I: Background
## – Scope of Drug Abuse Problem–

Prescription opioids are associated with more fatal overdoses than any other prescription or illegal drug, including cocaine, heroin, and marijuana combined.

 

© Ohio State Board of Pharmacy

# nintentional drug overdose deaths of Ohio residents by pecific drug(s) involved, by year, 2000-2011[1,2]



**Still more deaths from prescription opioids than from cocaine, heroin, and marijuana combined.**

[2]Multiple substances are usually involved in one death

Ohio Department of Health

# Part I: Background
## – Scope of Drug Abuse Problem–

The number of drug overdose deaths in Ohio increased 440% from 1999 – 2011, from an average rate of less than 1 death per day to approximately 5 deaths per day.

© Ohio State Board of Pharmacy




# IIO DEATHS AND DEATH RATES PER 100,000 DUE TO INTENTIONAL DRUG OVERDOSE BY YEAR, 1999-2011[1]



- ■ Death Rate per 100,000
- — Number of Deaths

327, 411, 555, 702, 658, 904, 1,020, 1,261, 1,351, 1,475, 1,423, 1,544, 1,765

~1 per day

~5 deaths per day

The number of drug overdose deaths in Ohio increased 440% from 1999-2011.

1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011

Year

rce:  **ODH Office of Vital Statistics,**

BOP_MDL
P-2080



**From CDC, Policy Impact: Rx Painkiller Overdoses, November 2011**

# art I: Background
## – Scope of Drug Abuse Problem–

hough pain relievers were prescribed in Ohio i
012 for every man, woman, and child to receiv
56.1 mg of daily morphine equivalent doses.

 

© Ohio State Board of Pharmacy



## Prescription Analgesic Doses Per Capita
### OARRS - 2012

### Legend

| | ADAMHS Board |

### Doses Per Capita

| | 20.8 - 59.2 |
| | 59.3 - 83.1 |
| | 83.2 - 121.7 |

### Information:

This map shows the per capita prescription analgesic dosage rate. In 2012, the statewide average per capita dosage rate was 66.7 doses per person. Counties with the highest per capita rates were Jackson (121.7), Gallia (110.5) and Vinton (110.1). Counties with the lowest per capita dosage rate were Holmes (20.8), Mercer (38.0), and Geauga (43.1).

The Alcohol, Drug Addiction and Mental Health Services (ADAMHS) Boards have black borders, and counties have white borders. Borders are black in cases where ADAMHS boards and counties have the same borders.

Source:
Adapted by OhioMHAS from
Ohio State Board of Pharmacy
Produced September 2013

# art I: Background
## – Scope of Drug Abuse Problem–

## ds and Drugs: the big picture

- More than 2,000 teens begin abusing prescription drugs each day*
- Teens abuse prescription drugs more than any other illicit drug, including marijuana**
- 33% of teens say they believe it's okay to use prescription drugs that were not prescribed to them to deal with injury, illness, or pain***

\*  Policy Impact: The CBHSQ Report. SAMSHA. August 2013
\*\*  CDC. 2009.
\*\*\*  National Study: Teen Misuse and Abuse of Prescription Drugs Up 33 % Since 2008, Stimulants Contributing to Sustained Rx Epidemic. Newsroom. April 22, 2013

© Ohio State Board of Pharmacy



# art I: Background
## – Scope of Drug Abuse Problem–

ds and Drugs: by age group

- Prescription drugs are the most commonly abused drugs among 12 – 13 year olds
- 1 in 5 teens who admit to abusing prescriptio drugs say they began before age 14*
- 20% of high school seniors – 1 in 5 – report using prescription drugs in the past year without a prescription**

\*    **Policy Impact: The CBHSQ Report. SAMSHA. August 2013**
\*\*   **CDC. 2009.**

© Ohio State Board of Pharmacy




# art I: Background
## – Scope of Drug Abuse Problem–

### ds and Drugs: Peer Influence

- 49% of teens who abuse prescription drugs report getting them from friends*

- 1 in 4 teens believe that prescription amphetamines (Ritalin, Adderall) can be used as a study aid*

- A recent study of Twitter suggests that kids are tweeting openly about their opioid abuse**

\* National Study: Teen Misuse and Abuse of Prescription Drugs Up 33 % Since 2008, Stimulants Contributing to Sustained Rx Epidemic. Newsroom. April 22, 2013
\*\* Patients Tweet About Prescription Opioid Abuse. Medscape. October 2013.

© Ohio State Board of Pharmacy




# art I: Background
## – Scope of Drug Abuse Problem–

### ds and Drugs: Family Influence

- 42% of teens who abuse prescription drugs repor getting them from relatives*

- About 1 in 4 teens say their parents don't care a much if they catch them abusing prescription drugs rather than illegal drugs*

- 27% of teens <u>and 16% of parents</u> say abusing prescription drugs is safer than abusing street drugs*

**National Study: Teen Misuse and Abuse of Prescription Drugs Up 33 % Since 2008, Stimulants Contributing to Sustained Rx Epidemic. Newsroom. April 22, 2013**

© Ohio State Board of Pharmacy



# art I: Background
## – Board of Pharmacy's Role –

<u>dministrative</u>: Licensing and regulating pharmacists, harmacy interns, and pharmacies

✓ More than 26,600 licenses issued in 2013

<u>w Enforcement</u>: Enforcing the drug laws and rules of hio

✓ 1124 new administrative & criminal cases in 2013

<u>ucation & Communication</u>: Training, legislative affairs, d maintaining OARRS

✓ 500 training hours presented by Board staff in 2013

✓ Excess of 7.3 million OARRs inquiries in 2013

© Ohio State Board of Pharmacy



# Training Objectives

Part I: Background

- Definitions, scope of the drug abuse problem, Board of Pharmacy's roles/responsibilities

Part II: OARRS 101

- Overview, current statistics, how to access

Part III:    OARRS and Law Enforcement

- Common ORC sections, typical crimes, case studies, and practical exercises

Part IV:    SPIDR

- General information, how to sign up

Part V:    Conclusion

- Q&A, additional resources, dismissal

© Ohio State Board of Pharmacy




# art II: OARRS 101
## – Origins –

n January 1, 2006, Ohio created a Dangerous
rug Database and tasked the Board of
harmacy with collecting, analyzing, and
stributing the data. That database is known as
e Ohio Automated Rx Reporting System, or
ARRS. [ORC 4729.75]

© Ohio State Board of Pharmacy




# Part II: OARRS 101
## – Reporting Requirements –

All pharmacies, prescribers who personally furnish medication, and wholesalers must submit Controlled Substance dispensing data to OARRS [4729-37-03]

Pharmacies and prescribers must report at least daily; wholesalers must report monthly [4729-37-07]

© Ohio State Board of Pharmacy




# art II: OARRS 101
## – Reporting Requirements –

l pharmacies, <u>prescribers who personally furnis</u>
<u>medication</u>, and wholesalers must submit
ontrolled Substance dispensing data to OARR

harmacies                                    port at leas
daily;                                       nonthly

> "Personally Furnished
> Medication" is limited to a
> 72-hour supply per patient
> and 2,500 total dosage units
> in a 30-day period
> [ORC 4729.291]

© Ohio State Board of Pharmacy




# art II: OARRS 101
## – Information Sharing –

OSBP may provide patient dispensing data to

- ✓ Prescribers/delegates
- ✓ Pharmacists/delegates
- ✓ Law enforcement
- ✓ Individuals (their own Rx history)
- ✓ Certain regulatory agencies

© Ohio State Board of Pharmacy




# art II:OARRS 101
## – Retention Schedule –

ARRS data is maintained for a 2–year period
urged daily) and includes:

- ✓ Patient's name & known aliases
- ✓ Patient's address & DOB
- ✓ Prescriber name & address
- ✓ Pharmacy's address & phone number

- ✓ Prescription Information:
  1. Written date & fill date
  2. Drug name & strength
  3. Quantity & daily supply
  4. Prescription number
  5. How the script was paid for



© Ohio State Board of Pharmacy



# art II:OARRS 101
## – Retention Schedule –

ARRS data is maintained for a 2–year period

*however*, preserving the data for an vestigation is easy. Simply submit your request n agency letterhead and indicate the time ame you are interested in preserving.




© Ohio State Board of Pharmacy

# art II:OARRS 101
## – Accessing OARRS –

## Who Must Access

✓ Prescribers [ORC 4731.055] – before initially prescribing or dispensing an opioid or benzodiazepine, and every 90 days that the therapy continues

✓ Pharmacists [ORC 4729–5–20] – when:
- ❑ there is suspicion of overlapping therapy or drug abu
- ❑ the patient has been receiving the drug >12 weeks
- ❑ the prescriber is unfamiliar to the pharmacist
- ❑ the patient lives outside the usual patient geographic population

© Ohio State Board of Pharmacy

# art II:OARRS 101
## – Accessing OARRS –

### Who May Access

- ✓ Law Enforcement
- ✓ State Regulatory Agencies (prescription drug crimes, insurance fraud, administrative violations)
- ✓ Coroners' Offices (overdose investigations)
- ✓ Probation Officers (probation compliance)
- ✓ Individuals (their own prescription drug record

© Ohio State Board of Pharmacy




# art II: OARRS 101
## – Accessing OARRS –

### Law Enforcement

- ✓ Users apply for individual accounts online at www.ohiopmp.gov

- ✓ Application is printed, signed & notarized, and mailed to OSBP

- ✓ Once account is approved, each OARRS report you request will go through an electronic approval process with your supervisor

© Ohio State Board of Pharmacy




# art II:OARRS 101

## – Accessing OARRS –

## Law Enforcement

✓ Certification is required each time a reque
is submitted by law enforcement

> **✓ I certify that I am currently investigating drug charges in the case number listed above against the individual whose records I am requesting.**

✓ Misuse of the system is a criminal offense

© Ohio State Board of Pharmacy

# art II:OARRS 101
## – Accessing OARRS –

### Misuse of the system is a criminal offense



**Dr. Fred Glick, D.D.S.**
- ✓ Pleaded guilty in 2013 to or F–5 count of Misuse of OAR
- ✓ Used the database to track an ex–girlfriend and obtain information about her attorney and boyfriend




© Ohio State Board of Pharmacy

# Part II:OARRS 101
## – Accessing OARRS –

### Permissible Use for Law Enforcement

- ✓ Active, on–going investigation of drug crimes (includes discussion about the OARRS report with involved healthcare professionals)

### Uses NOT Permissible for Law Enforcement

- ✓ Personal use
- ✓ Secondary dissemination to any agency, healthcare professional, or patient
- ✓ Use as evidence in a case (can only be a tool for gathering evidence)
- ✓ Employment background




© Ohio State Board of Pharmacy

# art II:OARRS 101
## – Accessing OARRS –

### Permissible Use for Law Enforcement

✓ Active, on–going investigation of drug crimes (includes discussion about the OARRS report with

### Uses NOT Permissible for Law Enforcement

✓ Personal use

✓ Secondary dissemination to any agency, healthcar professional, or patient

✓ ... as evidence in a case n only be a tool for thering evidence)

ployment background

Work products created from OARRS data
(e.g., spreadsheets, graphs)
__can__ be shared

© Ohio State Board of Pharmacy

# art II: OARRS 101
## – Accessing OARRS –

What Happens When you Request a Report?

System automatically responds to 99.8% of requests with a near–instantaneous OARRS report

0.2% of requests must be reviewed by OARRS staff for accuracy. These are often returned in 3 hours or less (M–F, 8a – 5p).



© Ohio State Board of Pharmacy



# art II:OARRS 101
## – Accessing OARRS –

## Report Ready Screen



# Part II: OARRS 101

## – Accessing OARRS –

Is OARRS Data Real–Time?

– No.

Currently, pharmacies are required to submit
data every 24 hours




© Ohio State Board of Pharmacy

# Part II: OARRS 101
## – Accessing OARRS –

### What Does a Typical OARRS Report Look Like?



© Ohio State Board of Pharmacy

The "Active Cum
Morphine Equiv
represents the an
opioid prescriptio
converted to a c
unit, that your p
currently has ac
based on th
prescriptions tha
been reported to
at the time the
report was r

**Ohio Automated Rx Reporting System**

77 South High Street, Room 1702; Columbus, OH 43215-6126
-Equal Opportunity Employer and Service Provider-

TEL: 614/466-4143    E-MAIL: Info@ohiopmp.gov    Fax: 614/644-8556
TTY/TDD: Use the Ohio Relay Service: 1-800/750-0750    URL: http://www.ohiopmp.gov

**Patient Rx History Report**

ent Details" box
ys detailed
tion regarding
tient records
o your request.
o ensure that all
tions on this
elong to your
atient.

**BETTY TESTPATIENT**                                          Date: 9/9/2013 1:41:12 PM

13578182

Search Criteria: (Last Name = 'Testpatient' And First Name = 'Betty') And D.O.B. = '1/1/1970' And Gender = 'F' And Street = '' And Zip = '' And Phone = '' And Request Period = '8/14/2011 to 9/9/2013')

**Patients included in report that appear to match search criteria**

1286  BETTY TESTPATIENT, DOB 01/01/1970; 123 BROADWAY, COLUMBUS, OH 43215

1289  BETTY TESTPATIENT, DOB 01/01/1970; 234 WEST ST, WESTERVILLE, OH 43081

5142  BETTY TESTPATIENT, DOB 01/01/1970; 123 BROADWAY, COLUMBUS, OH 43215

**Active Cumulative Morphine Equivalent**
\*\*See explanation provided at the end of the report\*\*

**59.6**

The "Active" col
shows which
prescriptions a
currently active an
included in th
calculation of the .
Morphine Equivale
addition, all act
prescriptions app
**bold.**

**Prescriptions**

| Fill Date | Product, Str, Form | Qty | Days | Patient | Prescriber | Written | Rx # | Daily MED[1] | Active[2] | Pharm | Pay[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/4/2013 | **PERCOCET 325 MG-5 MG TAB** | 15 | 15 | 1286 | BR HEA 2 | 5/27/2013 | 33324113 8 | 7.5 | Y | REAL1 | M2 |
| 9/3/2013 | **PERCOCET 325 MG-5 MG TAB** | 30 | 7 | 1286 | BR HEA 2 | 6/26/2013 | 33325... 2 | 32.1 | Y | REAL1 | M2 |
| 8/30/2013 | APAP/HYDROCODONE BI 325 MG-10 MG TAB | 30 | 15 | 1286 | BR HEA 2 | 5/22/2013 | 33321714 6 | 20 | Y | REAL1 | M2 |
| 8/23/2013 | ALPRAZOLAM 1 MG TAB | 120 | 30 | 1289 | GO DOC 5 | 5/15/2013 | 0676157 | - | Y | WERX | C |
| 8/20/2013 | AMBIEN CR 12.5 MG TER | 23 | 23 | 1286 | BR HEA 2 | 5/12/2013 | 33321714 3 | - | Y | REAL1 | M2 |
| 8/15/2013 | **CLONAZEPAM 0.5 MG TAB** | 90 | 30 | 1289 | BA DOC 8 | 4/9/2013 | 00558738 | - | Y | DRUG | C |
| 7/21/2013 | CARISOPRODOL 350 MG TAB | 30 | 15 | 1286 | FA HOS 0 | 10/1/2011 | 505670 | - | N | FAKE1 | C |
| 7/18/2013 | CLONAZEPAM 0.5 MG TAB | 90 | 30 | 1289 | BA DOC 8 | 4/9/2013 | 00558738 | - | N | DRUG | C |
| 7/2/2013 | AMBIEN CR 12.5 MG TER | 12 | 2 | 1289 | DO OHI 9 | 3/24/2013 | 00555037 | - | N | SCRIPT | C |
| 6/24/2013 | CLONAZEPAM 0.5 MG TAB | 90 | 30 | 5142 | BA DOC 8 | 2/19/2013 | 1058176 | - | N | DRUG | CI |
| 5/30/2013 | CLONAZEPAM 0.5 MG TAB | 90 | 30 | 5142 | BA DOC 8 | 2/19/2013 | 1058176 | - | N | DRUG | CI |
| 4/9/2013 | ALPRAZOLAM 1 MG TAB | 120 | 30 | 1286 | JO PIL 1 | 12/24/2012 | 0358797 | - | N | FAKE2 | M2 |
| 1/9/2013 | ALPRAZOLAM 1 MG TAB | 120 | 30 | 5142 | GO DOC 5 | 10/1/2012 | 04077535 | - | N | STUFF | C |
| 1/8/2013 | ALPRAZOLAM 0.5 MG TAB | 60 | 30 | 1289 | CA FAM 3 | 9/30/2012 | 664233 | - | N | REAL2 | CI |

MED" column
the Morphine
t Doses per day
rescription. The
D values of the
escriptions are
together to
ce the Active
tive Morphine
uivalent.

**Disclaimer:** The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dispensing pharmacy, and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

ways, use the OARRS report as an additional tool when determining the appropriate treatment for your patient. The OARRS report should not be the ONLY tool used. You must use other
available to you to verify the information presented on the OARRS report. OARRS data is not reported in "real-time". Therefore your patient may have prescriptions that do not appear on
OARRS report. Additionally, Daily MED values and Active Morphine Equivalent values are produced based on the days supply reported by the pharmacy. If the patient is consuming a
iption medication at a faster or slower paced than is indicated by the days supply, the patients actual Active Cumulative Morphine Equivalent may be higher or lower than the value on the
report.

**Betty Testpatient**

DATE:9/9/2013 1:41:13 PM

PATIENT RX HISTORY REPORT

Page 2 of 3

| 11/15/2012 | ALPRAZOLAM 1 MG TAB | 120 | 30 | 5142 | GO DOC 5 | 8/7/2012 | 04076995 - | N | STUFF | C |

*Daily MED - The morphine equivalents per day for the individual prescription based on CDC conversion chart, the days supply and quantity dispensed provided by the pharmac.

**Total Prescriptions:** 15

* - Indicates that a licensing board has adopted a position statement regarding this issue. For more information regarding this position statement, click the link for licensing board: State Medical Board of Ohio, Ohio Board of Nursing; Ohio State Dental Board

²Active - Indicates whether a prescription is active (Y/N) based on the date filled and the days supply provided by the pharmacy.

³Pay - C=Cash M1=Medicare M2=Medicaid WC=Workers Comp CI=Commercial Insurance U=Unknown

Prescribers for prescriptions listed: 7

| BA DOC 8 | BAD DOCTOR, MD; 456 HIGH RD, Columbus, OH 43216 |
| BR HEA 2 | BRENDA HEADACHE, MD; 938 FEELING SICK LANE, Westerville, OH 43081 |
| CA FAM 3 | CANDICE FAMILYDOC, MD; 789 FAKING DR, Columbus, OH 43215 |
| DO OHI 9 | DOC OHIO, MD; 8798 OHIO RD, Columbus, OH 43212 |
| FA HOS 0 | FAKE HOSPITAL, MD; DBA REAL HOSPITAL, 123 MAIN ST, Columbus, OH 43215 |
| GO DOC 5 | GOOD DOC, MD; 4958 PLUMB STREET, Westerville, OH 43081 |
| JO PIL 1 | JOHN PILL, MD; 445 BROKEN LEG WAY, Lancaster, OH 43130 |

Pharmacies that dispensed prescriptions listed: 8

| DRUG | DRUGWAREHOUSE; 9878 ANY STREET, , COLUMBUS, OH, 43215, PHONE (NOT ON FILE) |
| FAKE1 | FAKE CHAIN STORE 1; 123 FAKE STREET, , COLUMBUS, OH, 43215, PHONE (NOT ON FILE) |
| FAKE2 | FAKE CHAIN STORE 2; 365 MARLARKY LN. , DAYTON, OH, 44567, PHONE (NOT ON FILE) |
| REAL1 | REAL CHAIN STORE 1; 867 LIKELY ST, , WORTHINGTON, OH, 43080, PHONE (NOT ON FILE) |
| REAL2 | REAL CHAIN STORE 2; 987 ORANGE RD, , GROVE CITY, OH, 43123, PHONE (NOT ON FILE) |
| SCRIPT | SCRIPT FACTORY; 8789 LUCKY RD, , COLUMBUS, OH, 43215, PHONE (NOT ON FILE) |
| STUFF | PILLSNSTUFF; 64568 BLUE ST, , CLEVELAND, OH, 44123, PHONE (NOT ON FILE) |
| WERX | WE FILL SCRIPTS; 5645 DEADEND DR, , COLUMBUS, OH, 43215, PHONE (NOT ON FILE) |

[margin note left:] Licensing adopted a statement opioid . Click the ate link to position t of your g Board.

[margin note left:] armacies e OARRS ows the cy which d each of criptions ove. Use e in the column to rescription pensing macy.

[margin note right:] The Prescribers area of the OARRS report shows the prescriber for each of the prescriptions listed above. Use the code in the prescriber column of the report to match a prescription to its prescriber.

**Disclaimer:** The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dispensing pharmacy, and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

**Betty Testpatient**

DATE:9/9/2013 1:41:13 PM

PATIENT RX HISTORY REPORT

Page 3 of 3

## Morphine Equivalent Table

| Drug | Morphine Equivalent Multiplier |
|------|-------------------------------|
| Hydrocodone | 1 |
| Oxycodone | 1.5 |
| Tramadol | 0.1 |
| Codeine | 0.15 |
| Morphine | 1 |
| Buprenorphine | 10 |
| Fentanyl | 7.2 |
| Methadone | 3 |
| Hydromorphone | 4 |
| Oxymorphone | 3 |

*US Department of Health and Human Services, Center for Disease Control*

Morphine
lent Table
he multiplier
each opioid
vert it to a
orphine
ivalent.
ple: 2mg
one = 3mg
orphine
ivalent

## Active Cumulative Morphine Equivalent Calculation

| Rx# | Drug | Strength | | Multiplier | | Quantity | | Days | | Daily MED |
|-----|------|----------|---|-----------|---|----------|---|------|---|-----------|
| 333241138 | PERCOCET 325 MG-5 MG TAB | 5 MG | x | 1.5 | x | 15 | ÷ | 15 | = | 7.5 |
| 333277722 | PERCOCET 325 MG-5 MG TAB | 5 MG | x | 1.5 | x | 30 | ÷ | 7 | = | 32.1 |
| 333217146 | APAP/HYDROCODONE BI 325 MG-10 MG TAB | 10 MG | x | 1 | x | 30 | ÷ | 15 | = | 20 |

**Active Cumulative Morphine Equivalent**     59.6

*To change assumptions or to determine how a new prescription would affect this patient's Active Cumulative Morphine Equivalent, please visit the OARRS MED Calculator.*

e Active
nulative
orphine
ivalent
tion section
he details on
he Active
nulative
orphine
alent was
ulated.

The OARRS ME
Calculator can b
used to modify th
assumptions used
calculate the Acti
Cumulative
Morphine
Equivalent. Use t
calculator to adju
the days supply o
prescription,
remove a
prescription no
longer being take
by the patient o
add a prescriptio
to see how it mig
affect the Activ
Cumulative
Morphine
Equivalent.

**Disclaimer:** The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dispensing pharmacy, and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

# art II: OARRS 101
## – Accessing OARRS –

### Is OARRS Data Accurate?

### OAR$_x$RS Disclaimer:
### "The State of Ohio does not warrant the above information to be accurate or complete."



© Ohio State Board of Pharmacy

# art II:OARRS 101

## – Accessing OARRS –

## Is OARRS Data Accurate?

- ✓ Remember: the report is based on the search criteria & the data entered by the dispensing pharmacies (often by technicians)

  - ○ *Example of one commonly inaccurate piece of data: fill date*

- ✓ OARRS <u>must not</u> be used as evidence

- ✓ VALIDATE the information by contacting prescribers and pharmacies. Pull          original prescriptions and patient files.

© Ohio State Board of Pharmacy

# art II: OARRS 101

## – Accessing OARRS –

## Are Prescribers Using OARRS?

Ohio's Opioid Prescribing Guidelines (2013) encourag doctors to consult OARRS for at–risk patients

Per HB 341 (effective 4/1/2015), prescribers must run patient's OARRS:

➢ Before initially prescribing or personally furnishing opioid or benzodiazepine (report must cover at least the previous 12 months)

➢ Every 90 days thereafter, if the course of treatmen persists

© Ohio State Board of Pharmacy

## art II:OARRS 101
## – Accessing OARRS –

### What is the OARRS Prescriber Insight Report?

Beginning January 2014, prescribers gained access to their own practitioner OARRS report, containing:

➢ A list of the prescriber's patients who are visiting multiple prescribers

➢ A list of the prescriber's patients with the highest ME

➢ The drugs most commonly prescribed by the prescriber

➢ A list of the prescriber's patients that have received prescription for an OARRS–reportable drug

© Ohio State Board of Pharmacy

# art II:OARRS 101
## – Accessing OARRS –

## Is Law Enforcement Using OARRS?

aw Enforcement OARRS requests average <u>49.8</u>
ach day. This number represents just <u>0.16%</u> of a
daily OARRS requests.




© Ohio State Board of Pharmacy

# art II:OARRS 101

## – Accessing OARRS –

## Is OARRS Making a Difference?



© Ohio State Board of Pharmacy



## Prescription Analgesic Doses Per Capita
### OARRS - Change from 2011 to 2012



### Legend
Doses Per Capita
-8.4% - 0.0%
0.1% - 11%

Information:

map represents the change
capita prescription analgesic
rates from 2011 to 2012.
er capita opiate dosage rate
ed from 66.79 in 2011 to 66.73
2, representing a decrease of
. Counties with the largest
se in per capita rates were
ns (11.0%), Miami (9.2%) and
s (8.7%). Counties with the
t decrease in per capita rates
Pickaway (-8.4%), Carroll
), and Crawford (-6.0%).

Source:
apted by ODADAS from
State Board of Pharmacy
duced February 2013

# Patients Receiving Rx for Opioid



© Ohio State Board of Pharmacy




# Number of Opioid Doses Dispensed



© Ohio State Board of Pharmacy




# Number of Opioid Rx Written



 

© Ohio State Board of Pharmacy

# Average MED per Rx



© Ohio State Board of Pharmacy




# Part II: OARRS 101
## – OARRS Statistics –

### In 2013:

- 7.3 million OARRS inquiries – more than any other state PMP
- 51.8 million prescriptions in OARRS (2012–2013)
- Average of 30,000 + inquiries processed per weekday (99% in 3 seconds or less)

© Ohio State Board of Pharmacy








# art II:OARRS 101
## – OARRS Statistics –

## 24.8 Million Prescriptions in 2013
### [200,000 less than 2012]



© Ohio State Board of Pharmacy

# art II:OARRS 101
## – OARRS Statistics –

## 7.3 Million OARRS Requests in 2013
### [2 Million more than 2012]



Prescriber; 66.5%

Prescriber's Delegate

Pharmacist; 20.8%

© Ohio State Board of Pharmacy




# art II:OARRS 101

## – OARRS Statistics –

### Top 10 Drugs in OARRS

Pain Relievers – 787.4 million doses

- Hydrocodone
- Oxycodone
- Codeine
- Tramadol

Sleepers – 66.5 million doses

- Zolpidem (Ambien™)

Anti–Anxiety/Muscle Relaxer – 302.5 million doses

- Alprazolam
- Lorazepam
- Diazepam
- Clonazepam

Stimulants– 46.9 million doses

- Amphetamine

© Ohio State Board of Pharmacy




# Training Objectives

Part I:  Background
- Definitions, scope of the drug abuse problem, Board of Pharmacy's roles/responsibilities

Part II:  OARRS 101
- Overview, current statistics, how to access

Part III:   OARRS and Law Enforcement
- Common ORC sections, typical crimes, case studies, and practical exercises

Part IV:   SPIDR
- General information, how to sign up

Part V:   Conclusion
- Q&A, additional resources, dismissal

© Ohio State Board of Pharmacy




# art III:   OARRS and Law Enforcemen
## – Common R$_x$ Drug Crimes –

Drug trafficking

Illegal sale of non–controlled substances

False telephone prescriptions (often by staff within a prescriber's office)

Altered prescriptions

Illegal possession of dangerous drugs

Doctor shopping (patients receiving overlapping drug therapies from multiple doctors)

© Ohio State Board of Pharmacy

# Part III:   OARRS and Law Enforcement
## – Common O.R.C. Sections –

2925.03 – Drug Trafficking

2925.11 – Possession of Controlled Substances

2925.22 – Deception to Obtain Dangerous Drugs
(procuring the administration of a prescription by deception)

2925.23 – Illegal Processing of Drug Documents
(C)(1)(3) (making, uttering, selling, or possessing a forged prescription)

4729.51 – Selling, Purchasing, Distributing or Delivering Dangerous Drugs

© Ohio State Board of Pharmacy




# art III:   OARRS and Law Enforcement
## – Common O.R.C. Sections –

### A Word About Possession

2925.11 – Possession of Controlled Substances

➢ Once a prescription is filled, individuals are not required to keep their medication in the pharmacy–issued vial; however, they must be able to prove they have a valid prescription

➢ Abusers often hang onto old Rx vials and put the drugs they bought off the street into the vials

➢ A pharmacy can tell you the color, size, shape, and markings of a prescription filled there

➢ If the medication in a vial doesn't match what was dispensed, you may be able to charge possession

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Case Study –

### Nicole D., R.Ph.

Newly–licensed pharmacist contacts the Board to disclose that she is afraid to begin work at a retail pharmacy because she might be tempted to steal drug

At first, she only admits to taking "a few Xanax" from he sister in the past

During an interview, reveals that she receives a legitimate prescription for Xanax 0.5 mg; however, she consumes up to 6 mg a day from other sources

Further reveals a 3–year addiction to Adderall (80 mg/day), which she buys from friends

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Case Study –

### Nicole D., R.Ph.

Pharmacist's former employer, a physician, contacts the
Board with additional information:

- While employed at his office to review patient
  prescription records, the pharmacist stole blank
  prescription pads
- She used the blanks to write fraudulent prescriptions
  for herself and her family
- She turned herself into the Board only because the
  doctor threatened to do it if she didn't

 

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Case Study –

### Nicole D., R.Ph.

- Investigation reveals that she forged prescriptions for Vicodin, Xanax, Klonopin, Lunesta, Ortho Tri–Cyclen, and other medications for herself, her sister, her parents, and a friend
- She traded prescriptions to the friend in exchange fo Adderall
- In addition, she also used her sister's insurance to pay for some of her own medications




© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen

## – Case Study –

### Nicole D., R.Ph.

The pharmacist, her sister, and the friend are charged with a combined total of 49 counts of Deception to Obtain a Dangerous Drug; the pharmacist is also charged with one count of Illegal Processing of Drug Documents

All three receive Treatment in Lieu of Conviction

The pharmacist's license was re-instated in 2013 following completion of an addiction treatment progra and probation; her license is currently active and she is employed as a pharmacist in a retail setting

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Case Study –

### Pharmacy Technician Jacob M.

Local PD contacts the Board when they conduct a traffic stop and find within the suspect's car prescription bottles with various patient names, pharmacy documents, Walgreens receipts, and a blank prescription pad

The prescription pad comes back to a fictional pain management clinic with a fake address and disconnected phone number

The suspect, a Walgreens pharmacy technician, tells police that he stole the pad from a friend's house and used it to fill fraudulent prescriptions

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Case Study –

### Pharmacy Technician Jacob M.

During the suspect's interview by the Board, he admits t
the following:

- Ordering the blank prescription pad online using fictitious doctor information
- Entering the doctor into the Walgreens computer system
- Filling prescriptions in the names of patients whose insurance paid full–price for them
- Consuming, trading, and gifting the medications he obtained

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Case Study –

## Pharmacy Technician Jacob M.

Investigation concludes that the suspect diverted 4,460
tablets of Oxycodone, OxyContin, Hydrocodone,
Carisoprodol, and other medications

Due to the complexity of the crime and the degree of
insurance fraud, he was indicted federally on 13 count
including Making False Statements relating to Health
Care Matters, Health Care Fraud, and Conspiracy to
commit both. These crimes carry a minimum mandator
sentence of 2 years.

Case was presented to the US House of Representative
by the Health & Human Services Department

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Case Study –

### Rite Aid #3131



6/10/13: fraudulent methadone prescription is passed; pharmacist notifies the Board on 6/12

Similar reports from other Rite Aid pharmacies suggest that this is happening across NE Ohio involving the same thre doctors' names and multiple fraudulent patient names

Practitioner OARRS reports point to even more fraudulen prescriptions at other locations

© Ohio State Board of Pharmacy

# art III:  OARRS and Law Enforcement
## – Case Study –

## Rite Aid #3131

6/19/13: suspect in at least two of the incidents is arrested and names two other people who are involved in the ring – one who prints the scripts and one who helps pass them



Some of the drugs are sold; the rest are used by the group

All together, the group successfully diverted at least 21 tablets of amphetamine salts, 210 tablets of oxycodone and 900 tablets of methadone

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen

## – Case Study –

### Rite Aid #3131

Suspect 1 receives 3 years in prison for 6 counts each of Illegal Processing of Drug Documents, Deception to Obtain a Dangerous Drug, and Drug Possession




Suspect 2 receives 1.5 years' probation for 1 count each of Illegal Processing, Deception, and Possession

Suspect 3 receives 154 days jail and 2 years' probation for 2 counts of Deception



© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Practical Exercise –

# Doctor Shopper or Not?

✓ JW saw an ER physician on 12/1/13 and obtained a prescription for oxycodone 5 mg

✓ JW saw a different physician on 12/4/13 and obtained a prescription for oxycodone 5 mg

➤ *Check the days supply. ER docs generally prescribe no more than a 72–hour supply.*

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Practical Exercise –

# Doctor Shopper or Not?

✓ TE saw a physician on 1/15/14 and obtained a prescription for hydrocodone 7.5 mg

✓ TE saw a different physician on 1/16/14 and obtained a prescription for alprazolam (Xanax)

➤ *Although both controls, the two drugs have different actions in the body.*

© Ohio State Board of Pharmacy

# Part III:   OARRS and Law Enforcement
## – Practical Exercise –

## Doctor Shopper or Not?

- ✓ ND saw a physician on 4–17–14 and obtained a prescription for alprazolam (Xanax)
- ✓ ND saw a different physician on 5–1–14 and obtained a second alprazolam prescription

➤ *Potential for doctor shopping. Check days supply of first prescription.*

© Ohio State Board of Pharmacy

# art III:   OARRS and Law Enforcemen
## – Practical Exercise –

# Deception or Not?



© Ohio State Board of Pharmacy



## Ohio Automated Rx Reporting System

### 77 South High Street, Room 1702; Columbus, OH 43215-6126

-Equal Opportunity Employer and Service Provider-

TEL: 614/466-4143     E-MAIL: Info@ohiopmp.gov     Fax: 614/644-8556

TTY/TDD:  Use the Ohio Relay Service: 1-800/750-0750     URL: http://www.ohiopmp.gov

### Patient Rx History Report

**FLINTSTONE**

Date: 4/23/2014 10:49:37 AM

iteria: (Last Name = 'Flintstone' And First Name = 'Fred') And D.O.B. = '1/1/1960' And Gender = 'M' And Street = '' And Zip = '45420' And Phone = '' And Requ
12 to 4/23/2014'

| ncluded in report that appear to match search criteria |
| --- |
| D FLINTSTONE,  DOB 1/1/1960; 1234 Stone Dr. , KETTERING,  OH 45420 |
| D FLINTSTONE,  DOB 1/1/1960; 1234 Stone Ave , DAYTON, OH 45420 |
| D FLINTSTONE.  DOB 1/1/1960; 1234 Stone Dr. , DAYTON. OH 45420 |

### Active Cumulative Morphine Equiv

**See explanation provided at the end of the rep

# 22.5

Overlapping Therapy

tions

| Product, Str, Form | Qty | Days | Patient | Prescriber | Written | Rx # | Daily MED[1] | Active[2] | Pharm | Pa |
|---|---|---|---|---|---|---|---|---|---|---|
| **HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB** | **90** | **30** | **2753** | **JO ROC 8** | **3/17/2014** | **4518759** | **22.5** | **Y** | **YELPHA** | **CI** |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 6882 | CH MUN 8 | 2/21/2014 | 1031225 | 30 | N | PURPHA | CI |
| HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 30 | 2753 | JO ROC 8 | 3/17/2014 | 4518759 | 22.5 | N | YELPHA | CI |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 68 | | 2014 | 1031225 | 30 | N | PURPHA | CI |
| HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 22 | 27 | Possible Doctor Shopping | 2014 | 4517046 | 30.7 | N | YELPHA | CI |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 68 | | /2013 | 1010704 | 30 | N | PURPHA | CI |
| HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 22 | 27 | | 2014 | 4517046 | 30.7 | N | YELPHA | CI |
| 13 APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 6882 | DA MUN 9 | 11/25/2013 | 1010704 | 30 | N | PURPHA | CI |
| 13 HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 30 | 2753 | JO ROC 8 | 10/21/2013 | 4514173 | 22.5 | N | YELPHA | CI |
| 13 APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 6882 | DA MUN 9 | 11/25/2013 | 1010704 | 30 | N | PURPHA | CI |
| 13 HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 30 | 2753 | JO ROC 8 | 10/21/2013 | 4514173 | 22.5 | N | YELPHA | CI |
| 13 APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 6882 | DA MUN 9 | 9/3/2013 | 0987586 | 30 | N | PURPHA | CI |

r: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the c
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

ttstone

RX HISTORY REPORT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 30 | 2753 | JO ROC 8 | 10/21/2013 | 4514173 | 22.5 | N | YELPHA | CI |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 6882 | DA MUN 9 | 9/3/2013 | 0987586 | 30 | N | PURPHA | CI |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 6882 | DA MUN 9 | 9/3/2013 | 0987586 | 30 | N | PURPHA | CI |
| HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 60 | 10 | 6882 | JO ROC 8 | 7/31/2013 | 0978504 | 45 | N | PURPHA | CI |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 2753 | BA RUB 2 | 4/23/2013 | 4508996 | 30 | N | YELPHA | CI |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 6882 | DA MUN 9 | 6/18/2013 | 0970496 | 30 | N | PURPHA | CI |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 2753 | BA RUB 2 | 4/23/2013 | 4508996 | 30 | N | YELPHA | CI |
| HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 30 | 6882 | PA SMU 8 | 5/24/2013 | 0962774 | 22.5 | N | PURPHA | CI |
| APAP/HYDROCODONE BI 500 MG-5 MG TAB | 180 | 30 | 2753 | BA RUB 2 | 4/23/2013 | 4508996 | 30 | N | YELPHA | CI |
| APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 90 | 30 | 6882 | JO ROC 8 | 4/1/2013 | 0952725 | 22.5 | N | PURPHA | C |
| VICODIN ES 300 MG-7.5 MG TAB | 82 | 27 | 2753 | PA SMU 8 | 12/21/2012 | 4504006 | 22.8 | N | YELPHA | CI |
| HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 30 | 2753 | PA SMU 8 | 1/3/2013 | 4504383 | 22.5 | N | YELPHA | CI |
| VICODIN ES 300 MG-7.5 MG TAB | 90 | 30 | 2753 | PA SMU 8 | 12/21/2012 | 4504006 | 22.5 | N | YELPHA | CI |
| APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 60 | 10 | 7601 | PA SMU 8 | 1/23/2013 | 1024998 | 45 | N | PINPHA | C |
| HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 90 | 30 | 2753 | PA SMU 8 | 1/3/2013 | 4504383 | 22.5 | N | YELPHA | CI |
| 2 APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 60 | 10 | 7601 | PA SMU 8 | 12/21/2012 | 1021147 | 45 | N | PINPHA | C |
| 2 HYDROCODONE BI AND ACETAMIN 300 MG-7.5 MG TAB | 8 | 3 | 2753 | PA SMU 8 | 12/21/2012 | 4504006 | 20 | N | YELPHA | CI |
| 2 APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 90 | 15 | 7601 | PA SMU 8 | 10/26/2012 | 1014099 | 45 | N | PINPHA | C |
| 2 APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 90 | 15 | 7601 | PA SMU 8 | 10/26/2012 | 1014099 | 45 | N | PINPHA | C |
| 2 HYDROCODONE BI AND ACETAMIN 750 MG-7.5 MG TAB | 90 | 30 | 2753 | PA SMU 8 | 9/28/2012 | 4501170 | 22.5 | N | YELPHA | CI |
| HYDROCODONE BI AND ACETAMIN 750 MG-7.5 MG TAB | 90 | 30 | 2753 | PA SMU 8 | 9/28/2012 | 4501170 | 22.5 | N | YELPHA | CI |
| 2 APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 60 | 15 | 2753 | JO ROC 8 | 8/29/2012 | 4500179 | 30 | N | YELPHA | CI |
| APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 90 | 18 | 2753 | JO ROC 8 | 8/6/2012 | 4499385 | 37.5 | N | YELPHA | CI |
| 2 APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 90 | 30 | 7601 | PA SMU 8 | 5/25/2012 | 994347 | 22.5 | N | PINPHA | C |
| HYDROCODONE BI AND ACETAMIN 750 MG-7.5 MG TAB | 90 | 15 | 2753 | JO ROC 8 | 5/30/2012 | 4498217 | 45 | N | YELPHA | CI |
| 2 APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 90 | 30 | 7601 | PA SMU 8 | 5/25/2012 | 994347 | 22.5 | N | PINPHA | C |
| HYDROCODONE BI AND ACETAMIN 750 MG-7.5 MG TAB | 90 | 30 | 2753 | JO ROC 8 | 4/1/2012 | 4495453 | 22.5 | N | YELPHA | CI |
| 2 APAP/HYDROCODONE BI 750 MG-7.5 MG TAB | 90 | 30 | 7601 | PA SMU 8 | 5/25/2012 | 994347 | 22.5 | N | PINPHA | C |
| HYDROCODONE BI AND ACETAMIN 750 MG-7.5 MG TAB | 90 | 30 | 2753 | JO ROC 8 | 4/1/2012 | 4495453 | 22.5 | N | YELPHA | CI |
| HYDROCODONE BI AND ACETAMIN 750 MG-7.5 MG TAB | 60 | 12 | 2753 | JO ROC 8 | 4/24/2012 | 4496070 | 37.5 | N | YELPHA | CI |

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the d and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

tstone

DATE:4/23/2014 1

X HISTORY REPORT

- The morphine equivalent per day for the individual prescription based on CDC conversion chart, the days supply and quantity dispensed provided by the pharmacy.

**Total Prescriptions:**

s that a licensing board has adopted a position statement regarding this issue. For more information regarding this position statement, click the link for licensing board:
lical Board of Ohio, Ohio Board of Nursing, Ohio State Dental Board

dicates whether a prescription is active (Y/N) based on the date filled and the days supply provided by the pharmacy.

ash M1=Medicare M2=Medicaid WC=Workers Comp CI=Commercial Insurance U=Unknown

**rs for prescriptions listed:     5**

    BARNEY RUBBLE, DO ; 123 EAST MAIN ST., LANCASTER, OHIO 43130,

    JOE ROCKHEAD, MD; 321 WOODMAN DRIVE, KETTERING, OH 45420

    CHIP MUNK 514 TREE 7, DAYTON, OH 45420

    DALE MUNK, MD; 2468 TALL TREE LANE, SPRINGFIELD, OH 45502

    PAPA SMURF, PA-C; 987 BLUE DR., DAYTON, OH 45420

**es that dispensed prescriptions listed:     3**

    YELLOW PHARMACY; 6548 YOUR DRIVE, KETTERING, OH 45420
    PURPLE PHARMACY; 7895 S. LINCOLN ST, , DAYTON, OH 45420
    PINK PHARMACY; 8796 BLANK RD, , SPRINGFIELD, OH 45502

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the d
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

tstone                                                                      DATE:4/23/2014 1

RX HISTORY REPORT

e Equivalent Table

| Drug | Morphine Equivalent Multiplier |
|---|---|
| drocodone | 1 |
| ycodone | 1.5 |
| ramadol | 0.1 |
| Codeine | 0.15 |
| lorphine | 1 |
| renorphine | 10 |
| entanyl | 7.2 |
| ethadone | 3 |
| omorphone | 4 |
| rmorphone | 3 |
| pentadol | 0.4 |

rtment of Health and Human Services, Center for Disease Control

umulative Morphine Equivalent Calculation

| Drug | Strength | | Multiplier | | Quantity | | Days | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| HYDROCODONE BI AND ACETAMIN 325 MG-7.5 MG TAB | 7.5 MG | x | 1 | x | 90 | ÷ | 30 | = | 22.5 |

**Active Cumulative Morphine Equivalent**    22.5

e assumptions or to determine how a new prescription would affect this patient's Active Cumulative Morphine Equivalent, please visit the OARRS MED Calcula

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the di
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

# art III:   OARRS and Law Enforcement
## – Practical Exercise –

## Deception or Not?



© Ohio State Board of Pharmacy



# Ohio Automated Rx Reporting System

77 South High Street, Room 1702; Columbus, OH 43215-6126

-Equal Opportunity Employer and Service Provider-

TEL: 614/466-4143     E-MAIL: Info@ohiopmp.gov     Fax: 614/644-8556

TTY/TDD: Use the Ohio Relay Service: 1-800/750-0750     URL: http://www.ohiopmp.gov

## Patient Rx History Report

**ER GOOSE**

Date: 1/17/2014 8:54:31 AM

iteria: (Last Name = 'mother' And First Name = 'goose') And D.O.B. = '3/5/1665' And Gender = 'F' And Street = '' And Zip = '43213' And Phone = '' And Reque
3 to 1/17/2014'

ncluded in report that appear to match search criteria

THER GOOSE, DOB 03/05/1665; 123 NURSERY DR , COLUMBUS, OH 43213

THER GOOSE, DOB 03/05/1665; 123 NURSERY DR , COLUMBUS, OH 43213

THER GOSE, DOB 03/05/1665; 123 NURSERY DR , COLUMBUS, OH 43213

**Active Cumulative Morphine Equi**
**See explanation provided at the end of the rep**

585

...written on the same or nearly the same day...

6 different opioid prescriptions...

| | Product, Str, Form | Qty | Days | Patient | Prescriber | Written | Rx # | Daily MED[1] | Active[2] | Pharm | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | OXYCONTIN 40 MG TER | 90 | 30 | 0995 | PA SMU | 11/15/2013 | 2001859 | 180* | Y | CA PHA | C |
| 3 | FENTANYL 75 MCG/HR TDM | 10 | 30 | 0995 | PA SMU | 11/12/2013 | 2001854 | 180* | Y | CA PHA | C |
| 3 | OXYCODONE 30 MG TAB | 150 | 30 | 0995 | PA SMU | 11/15/2013 | 2001855 | 225* | Y | CA PHA | C |
| 3 | OXYCONTIN 40 MG TER | 90 | 30 | 0995 | PA SMU | 11/15/2013 | 2001842 | 180* | N | CA PHA | C |
| 3 | FENTANYL 75 MCG/HR TDM | 10 | 30 | 0995 | PA SMU | 11/15/2013 | 2001839 | 180* | N | CA PHA | C |
| 3 | OXYCODONE 30 MG TAB | 150 | 30 | 0995 | PA SMU | 11/15/2013 | 2001838 | 225* | N | CA PHA | C |
| | | 90 | 30 | 0995 | | | 2001849 | 180* | N | CA PHA | C |
| | | 10 | 30 | 0995 | | | | | N | CA PHA | C |
| | | 90 | 30 | 0995 | | | | | N | CA PHA | C |
| | | 150 | 30 | 0995 | PA SMU | 8/27/2013 | 2001788 | 225* | N | CA PHA | C |
| | | 10 | 30 | 0995 | PA SMU | 8/27/2013 | 2001763 | 180* | N | CA PHA | C |
| | | 90 | 30 | 0995 | PA SMU | 8/27/2013 | 2001762 | 180* | N | CA PHA | C |
| | | 150 | 30 | 1412 | PA SMU | 8/27/2013 | 2001760 | 225* | N | CA PHA | C |
| | | 90 | 15 | 0995 | PA SMU | 5/15/2013 | 2001740 | 360* | N | CA PHA | C |
| | | 90 | 30 | 0995 | PA SMU | 5/15/2013 | 2001736 | 135* | N | CA PHA | C |
| | | 10 | 30 | 0995 | PA SMU | 5/15/2013 | 2001720 | 180* | N | CA PHA | C |
| | | 90 | 15 | 0995 | PA SMU | 5/15/2013 | 2001719 | 360* | N | CA PHA | C |

...ut filled by the same armacy in a manner onsistent with the ividual days' supply...

...by the same prescriber...

information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

BOP_MDL
P-2080

Goose                                                                                    DATE:4/2/2014 8:

RX HISTORY REPORT

| | OXYCODONE 30 MG TAB | 90 | 30 | 0995 | PA SMU | 5/15/2013 | 2001715 | 135* | N | CA PHA | CI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | FENTANYL 75 MCG/HR TDM | 10 | 30 | 0995 | PA SMU | 5/15/2013 | 2001698 | 180* | N | CA PHA | CI |
| 3 | OXYCONTIN 40 MG TER | 90 | 15 | 0995 | PA SMU | 5/15/2013 | 2001697 | 360* | N | CA PHA | CI |
| | OXYCODONE 30 MG TAB | 90 | 30 | 0995 | PA SMU | 5/15/2013 | 2001690 | 135* | N | CA PHA | CI |
| 3 | FENTANYL 75 MCG/HR TDM | 10 | 30 | 0995 | PA SMU | 5/3/2013 | 2001671 | 180* | N | CA PHA | CI |
| 3 | OXYCONTIN 40 MG TER | 180 | 30 | 0995 | PA SMU | 5/3/2013 | 2001670 | 360* | N | CA PHA | CI |
| 3 | OXYCODONE 30 MG TAB | 90 | 30 | 0995 | PA SMU | 5/3/2013 | 2001663 | 135* | N | CA PHA | CI |
| 3 | FENTANYL 75 MCG/HR TDM | 10 | 30 | 1704 | PA SMU | 2/7/2013 | 2001643 | 180* | N | CA PHA | CI |
| 3 | OXYCONTIN 40 MG TER | 180 | 30 | 1704 | PA SMU | 2/7/2013 | 2001644 | 360* | N | CA PHA | CI |
| 3 | OXYCODONE 30 MG TAB | 90 | 30 | 0995 | PA SMU | 2/7/2013 | 2001636 | 135* | N | CA PHA | CI |
| 3 | FENTANYL 75 MCG/HR TDM | 10 | 30 | 0995 | PA SMU | 2/7/2013 | 2001612 | 180* | N | CA PHA | CI |
| 3 | OXYCONTIN 40 MG TER | 180 | 30 | 0995 | PA SMU | 2/7/2013 | 2001614 | 360* | N | CA PHA | CI |
| 3 | OXYCODONE 30 MG TAB | 90 | 30 | 0995 | PA SMU | 2/7/2013 | 2001611 | 135* | N | CA PHA | CI |
| 3 | OXYCONTIN 40 MG TER | 180 | 30 | 0995 | PA SMU | 2/7/2013 | 2001593 | 360* | N | CA PHA | CI |
| 3 | FENTANYL 75 MCG/HR TDM | 10 | 30 | 0995 | PA SMU | 2/7/2013 | 2001590 | 180* | N | CA PHA | CI |
| 3 | OXYCODONE 30 MG TAB | 90 | 30 | 0995 | PA SMU | 2/7/2013 | 2001591 | 135* | N | CA PHA | CI |
| 3 | OXYCONTIN 40 MG TER | 180 | 30 | 0995 | PA SMU | 11/9/2012 | 2001571 | 360* | N | CA PHA | CI |
| 3 | OXYCODONE 30 MG TAB | 90 | 30 | 0995 | PA SMU | 11/9/2012 | 2001566 | 135* | N | CA PHA | CI |

h-dose opioid prescription, followed closely by a 2nd,
tten for a  patient who seems to be "opioid-naïve."
Patient may have recently moved to Ohio
Patient's OARRS account may have become incorrectly
disassociated with her previous OARRS activity (out-of-
county move, name change, data entry error)
Doctor may be engaged in Questionable Prescribing

dispensed    **Total Prescriptions:**

ment, click the link for licensing board:

Y, 480 MEDICAL CENTER DRIVE, COLUME

r: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dis
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

Goose

DATE:4/2/2014 8

X HISTORY REPORT

## e Equivalent Table

| Drug | Morphine Equivalent Multiplier |
|------|-------------------------------|
| lrocodone | 1 |
| cycodone | 1.5 |
| ramadol | 0.1 |
| Codeine | 0.15 |
| Morphine | 1 |
| renorphine | 10 |
| entanyl | 7.2 |
| ethadone | 3 |
| omorphone | 4 |
| morphone | 3 |
| pentadol | 0.4 |

*rtment of Health and Human Services, Center for Disease Control*

## umulative Morphine Equivalent Calculation

| Drug | Strength | | Multiplier | | Quantity | | Days | | Daily |
|------|----------|---|-----------|---|----------|---|------|---|-------|
| OXYCONTIN 40 MG TER | 40 MG | x | 1.5 | x | 90 | ÷ | 30 | = | 18 |
| FENTANYL 75 MCG/HR TDM | 75 MG | x | 7.2 | x | 10 | ÷ | 30 | = | 18 |
| OXYCODONE 30 MG TAB | 30 MG | x | 1.5 | x | 150 | ÷ | 30 | = | 22 |

**Active Cumulative Morphine Equivalent**    58

*e assumptions or to determine how a new prescription would affect this patient's Active Cumulative Morphine Equivalent, please visit the OARRS MED Calcula*

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the di
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

# art III:   OARRS and Law Enforcemen
## – Practical Exercise –

## Deception or Not?



© Ohio State Board of Pharmacy



## Ohio Automated Rx Reporting System

77 South High Street, Room 1702; Columbus, OH 43215-6126

-Equal Opportunity Employer and Service Provider-

TEL: 614/466-4143     E-MAIL: Info@ohiopmp.gov     Fax: 614/644-8556

TTY/TDD: Use the Ohio Relay Service: 1-800/750-0750     URL: http://www.ohiopmp.gov

### Patient Rx History Report

Date: 4/2/2014 7:55:06 PM

LD DUCK

riteria: (Last Name = 'duck' And First Name = 'donald') And D.O.B. = '3/12/1965' And Gender = 'M' And Street = '' And Zip = '45044' And Phone = '' And Request
13 to 2/17/2014'

included in report that appear to match search criteria

NALD DUCK, DOB 03/12/1934; 987 WEBBER ST , HAMILTON, OH 45013

NALD DUCK, DOB 03/12/1934; 987 WEBBER , HAMILTON, OH 45013

NALD DUCK, DOB 03/12/1934; 123 PHILIPI ,

__Active Cumulative Morphine Equiva__

**See explanation provided at the end of the repor

# 12300

| | Product, Str, Form | Qty | Days | Patient | Prescriber | Written | Rx # | Daily MED[1] | Active[2] | Pharm | Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | HYDROMORPHONE 8 MG TAB | 900 | 6 | 5191 | CH MUN | 1/28/2014 | 112267 | 4800* | Y | DIS PHA | CI |
| 4 | OXYCODONE 15 MG TAB | 2000 | 6 | 5191 | CH MUN | 1/28/2014 | 112273 | 7500* | Y | DIS PHA | CI |
| | DIAZEPAM 10 MG TAB | 360 | 30 | 5191 | CH MUN | 1/28/2014 | 112269 | - | Y | DIS PHA | CI |
| | MIXED AMPHETAMINE SALTS 30 MG CER | 60 | 30 | 5191 | CH MUN | 1/28/2014 | 112268 | - | Y | DIS PHA | CI |
| | OXYCODONE 15 MG TAB | 2000 | 6 | 5191 | CH MUN | 1/28/2014 | 112271 | 7500* | N | DIS PHA | CI |
| | ALPRAZOLAM 2 MG TAB | 300 | 25 | 5191 | CH MUN | 1/28/2014 | 112270 | - | Y | DIS PHA | CI |
| 4 | HYDROMORPHONE 8 MG TAB | 1080 | 8 | 5191 | CH MUN | 1/28/2014 | 112259 | 4320* | N | DIS PHA | CI |
| 4 | OXYCODONE 15 MG TAB | 2000 | 6 | 5191 | CH MUN | 1/28/2014 | 112258 | 7500* | N | DIS PHA | CI |
| 4 | HYDROMORPHONE 8 MG TAB | 500 | 4 | 5191 | CH MUN | 12/27/2013 | 111407 | 4000* | N | DIS PHA | CI |
| 4 | OXYCODONE 15 MG TAB | | | | I MUN | 12/27/2013 | 111406 | 7500* | N | DIS PHA | CI |
| 4 | HYDROMORPHONE 8 MG TAB | | | | I MUN | 12/27/2013 | 111376 | 4000* | N | DIS PHA | CI |
| 4 | OXYCODONE 30 MG TAB | | | | I MUN | 12/27/2013 | 111375 | 9000* | N | DIS PHA | CI |
| | HYDROMORPHONE 8 MG TAB | | | | I MUN | 12/27/2013 | 110764 | 4000* | N | DIS PHA | CI |
| | OXYCODONE 30 MG TAB | | | | I MUN | 12/27/2013 | 110762 | 9000* | N | DIS PHA | CI |
| | DIAZEPAM 10 MG TAB | | | | I MUN | 12/27/2013 | 110269 | - | Y | DIS PHA | CI |
| | ALPRAZOLAM 2 MG TAB | | | | I MUN | 12/3/2013 | 110266 | - | N | DIS PHA | |
| | DIAZEPAM 10 MG TAB | | | | I MUN | 12/27/2013 | 110269 | - | N | DIS PHA | C |

l on Different Days…

Same Prescriber = No Deception

3 Oxycodone Prescriptions All Writt on the Same Day

…but in a manner consistent with the days' supply = no overlapping therapy

er: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dis
, and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

Duck

X HISTORY REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HYDROMORPHONE 8 MG TAB | 500 | 3 | 5191 | CH MUN | 12/27/2013 | 110268 | 5333.3* | N | DIS PHA | CI |
| MIXED AMPHETAMINE SALTS 30 MG CER | 60 | 30 | 5191 | CH MUN | 12/3/2013 | 110267 | - | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 1000 | 5 | 5191 | CH MUN | 12/27/2013 | 110270 | 9000* | N | DIS PHA | CI |
| 3 DIAZEPAM 10 MG TAB | 180 | 15 | 9999 | CH MUN | 12/3/2013 | 04456877 | - | N | ESP PHA | CI |
| 3 DIAZEPAM 10 MG TAB | 180 | 15 | 9999 | CH MUN | 12/3/2013 | 04456877 | - | N | ESP PHA | CI |
| 3 ALPRAZOLAM 2 MG TAB | 300 | 25 | 5191 | CH MUN | 11/15/2013 | 107466 | - | N | DIS PHA | CI |
| 3 HYDROMORPHONE 8 MG TAB | 2160 | 15 | 5191 | CH MUN | 11/15/2013 | 107467 | 4608* | N | DIS PHA | CI |
| 3 OXYCODONE 30 MG TAB | 1000 | 6 | 5191 | CH MUN | 11/15/2013 | 107464 | 7500* | N | DIS PHA | CI |
| 3 HYDROMORPHONE 8 MG TAB | 470 | 3 | 5191 | CH MUN | 10/25/2013 | 104768 | 5013.3* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 1200 | 7 | 5191 | CH MUN | 10/25/2013 | 104767 | 7714.3* | N | DIS PHA | CI |
| 3 ALPRAZOLAM 2 MG TAB | 300 | 25 | 5191 | CH MUN | 10/25/2013 | 104758 | - | N | DIS PHA | CI |
| 3 DIAZEPAM 10 MG TAB | 360 | 60 | 5191 | CH MUN | 10/25/2013 | 104759 | - | N | DIS PHA | CI |
| 3 HYDROMORPHONE 8 MG TAB | 1050 | 8 | 5191 | CH MUN | 10/25/2013 | 104761 | 4200* | N | DIS PHA | CI |
| 3 MIXED AMPHETAMINE SALTS 30 MG CER | 60 | 30 | 5191 | CH MUN | 10/25/2013 | 104760 | - | N | DIS PHA | CI |
| 3 OXYCODONE 30 MG TAB | 1200 | 7 | 5191 | CH MUN | 10/25/2013 | 104763 | 7714.3* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 400 | 4 | 5191 | CH MUN | 9/5/2013 | 102003 | 4500* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 1050 | 7 | 5191 | CH MUN | 9/5/2013 | 101442 | 4800* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 1050 | 7 | 5191 | CH MUN | 9/5/2013 | 100819 | 4800* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 1200 | 7 | 5191 | CH MUN | 9/6/2013 | 100820 | 7714.3* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 300 | 25 | 5191 | CH MUN | 8/16/2013 | 99504 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 2160 | 15 | 5191 | CH MUN | 8/16/2013 | 99502 | 4608* | N | DIS PHA | CI |
| MIXED AMPHETAMINE SALTS 30 MG CER | 60 | 30 | 5191 | CH MUN | 8/16/2013 | 99507 | - | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 2500 | 14 | 5191 | CH MUN | 8/16/2013 | 99505 | 8035.7* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 13 | 5191 | BE BOO | 8/13/2013 | 98839 | - | N | DIS PHA | CI |
| DIAZEPAM 10 MG TAB | 180 | 30 | 5191 | BE BOO | 8/13/2013 | 98840 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 420 | 7 | 5191 | BE BOO | 8/13/2013 | 98836 | 1920* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 630 | 7 | 5191 | BE BOO | 8/13/2013 | 98837 | 2025* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 420 | 7 | 5191 | BE BOO | 8/8/2013 | 98535 | 1920* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 630 | 7 | 5191 | BE BOO | 8/8/2013 | 98536 | 2025* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 13 | 5191 | BE BOO | 7/30/2013 | 97794 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 420 | 7 | 5191 | BE BOO | 7/30/2013 | 97795 | 1920* | N | DIS PHA | CI |
| MIXED AMPHETAMINE SALTS 30 MG CER | 60 | 30 | 5191 | BE BOO | 7/30/2013 | 97798 | - | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 630 | 7 | 5191 | BE BOO | 7/30/2013 | 97797 | 2025* | N | DIS PHA | CI |
| DEPO-TESTOSTERONE 200 MG/ML OIL | 10 | 70 | 5191 | BE BOO | 4/22/2013 | 90205 | - | N | DIS PHA | CI |
| DIAZEPAM 10 MG TAB | 180 | 30 | 5191 | BE BOO | 7/18/2013 | 96981 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 420 | 7 | 5191 | BE BOO | 7/18/2013 | 96980 | 1920* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 750 | 5 | 5191 | BE BOO | 7/18/2013 | 96979 | 3375* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 13 | 5191 | BE BOO | 7/12/2013 | 96447 | - | N | DIS PHA | CI |

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dis
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

**uck**

**X HISTORY REPORT**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OXYCODONE 15 MG TAB | 750 | 5 | 5191 | BE BOO | 7/12/2013 | 96445 | 3375* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 7/5/2013 | 95870 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 7/5/2013 | 95871 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 1000 | 6 | 5191 | BE BOO | 7/5/2013 | 95869 | 3750* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 6/27/2013 | 95350 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 6/27/2013 | 95348 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 1000 | 6 | 5191 | BE BOO | 6/27/2013 | 95349 | 3750* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 6/20/2013 | 94820 | - | N | DIS PHA | CI |
| DIAZEPAM 10 MG TAB | 180 | 30 | 5191 | BE BOO | 6/20/2013 | 94818 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 6/20/2013 | 94817 | 2285.7* | N | DIS PHA | CI |
| MIXED AMPHETAMINE SALTS 30 MG CER | 60 | 30 | 5191 | BE BOO | 6/20/2013 | 94819 | - | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 1000 | 6 | 5191 | BE BOO | 6/20/2013 | 94823 | 3750* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 6/13/2013 | 94413 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 6/13/2013 | 94410 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 1000 | 6 | 5191 | BE BOO | 6/13/2013 | 94412 | 3750* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 6/7/2013 | 93959 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 1000 | 6 | 5191 | BE BOO | 6/7/2013 | 93958 | 3750* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 6/3/2013 | 93513 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 6/3/2013 | 93514 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 1000 | 6 | 5191 | BE BOO | 6/3/2013 | 93516 | 3750* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 5/28/2013 | 92921 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 1000 | 6 | 5191 | BE BOO | 5/28/2013 | 92998 | 3750* | N | DIS PHA | CI |
| DIAZEPAM 10 MG TAB | 180 | 30 | 5191 | BE BOO | 5/20/2013 | 92410 | - | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 5/20/2013 | 92409 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 5/20/2013 | 92408 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 500 | 6 | 5191 | BE BOO | 5/20/2013 | 92407 | 3750* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 5/13/2013 | 92043 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 500 | 6 | 5191 | BE BOO | 5/13/2013 | 92044 | 3750* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 5/10/2013 | 91673 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 268 | 4 | 5191 | BE BOO | 5/10/2013 | 91680 | 3015* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 500 | 8 | 5191 | BE BOO | 5/3/2013 | 91218 | 2812.5* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 5/3/2013 | 91158 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 500 | 7 | 5191 | BE BOO | 5/3/2013 | 91159 | 2285.7* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 4/26/2013 | 90875 | 2812.5* | N | DIS PHA | CI |
| DIAZEPAM 10 MG TAB | 180 | 30 | 5191 | BE BOO | 4/29/2013 | 90719 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 4/29/2013 | 90718 | 2000* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 60 | 5 | 5191 | BE BOO | 4/22/2013 | 90204 | - | N | DIS PHA | CI |
| DEPO-TESTOSTERONE 200 MG/ML OIL | 10 | 70 | 5191 | BE BOO | 4/22/2013 | 90205 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | TI SMI 0 | 4/22/2013 | 90203 | 2000* | N | HlthSprg | CI |

The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dis
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

Duck

RX HISTORY REPORT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 4/22/2013 | 90202 | 2812.5* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 4/19/2013 | 90030 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 4/19/2013 | 90031 | 2812.5* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 60 | 5 | 5191 | BE BOO | 4/16/2013 | 89772 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 4/16/2013 | 89771 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 4/16/2013 | 89770 | 2812.5* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 4/12/2013 | 89539 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 4/12/2013 | 89541 | 2812.5* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 60 | 5 | 5191 | BE BOO | 4/8/2013 | 89240 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 4/8/2013 | 89238 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 3 | 5191 | BE BOO | 4/8/2013 | 89239 | 3750* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 4/5/2013 | 88953 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 3 | 5191 | BE BOO | 4/5/2013 | 88952 | 3750* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 4/2/2013 | 88725 | 2000* | N | DIS PHA | CI |
| OXYCODONE 15 MG TAB | 500 | 4 | 5191 | BE BOO | 4/2/2013 | 88726 | 2812.5* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 3/28/2013 | 88375 | - | N | DIS PHA | CI |
| DIAZEPAM 10 MG TAB | 180 | 30 | 5191 | BE BOO | 3/28/2013 | 88374 | - | N | DIS PHA | C |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 3/28/2013 | 88377 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 3/28/2013 | 88376 | 2812.5* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 3/25/2013 | 88001 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 3/25/2013 | 88000 | 2812.5* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 3/22/2013 | 87844 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 3/22/2013 | 87845 | 2812.5* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 5 | 5191 | BE BOO | 3/19/2013 | 87540 | 1600* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 4 | 5191 | BE BOO | 3/19/2013 | 87531 | 2812.5* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 3/15/2013 | 87187 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 3 | 5191 | BE BOO | 3/15/2013 | 87186 | 3750* | N | DIS PHA | CI |
| ALPRAZOLAM 2 MG TAB | 100 | 9 | 5191 | BE BOO | 3/8/2013 | 86713 | - | N | DIS PHA | CI |
| DIAZEPAM 10 MG TAB | 180 | 30 | 5191 | BE BOO | 3/11/2013 | 86770 | - | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 250 | 4 | 5191 | BE BOO | 3/8/2013 | 86710 | 2000* | N | DIS PHA | CI |
| OXYCODONE 30 MG TAB | 250 | 3 | 5191 | BE BOO | 3/8/2013 | 86712 | 3750* | N | DIS PHA | CI |
| HYDROMORPHONE 8 MG TAB | 240 | 5 | 9100 | BE BOO | 3/4/2013 | 1100979 | 1536* | N | ABC PHA | CI |
| OXYCODONE 30 MG TAB | 240 | 4 | 9100 | BE BOO | 3/4/2013 | 1100980 | 2700* | N | ABC PHA | CI |
| DIAZEPAM 10 MG TAB | 120 | 30 | 9100 | BE BOO | 2/22/2013 | 599168 | - | N | ABC PHA | CI |
| HYDROMORPHONE 8 MG TAB | 240 | 5 | 9100 | BE BOO | 2/22/2013 | 599172 | 1536* | N | ABC PHA | CI |
| OXYCODONE 30 MG TAB | 240 | 4 | 9100 | BE BOO | 2/22/2013 | 599171 | 2700* | N | ABC PHA | CI |
| DIAZEPAM 10 MG TAB | 60 | 15 | 9100 | BE BOO | 2/6/2013 | 596009 | - | N | ABC PHA | CI |
| HYDROMORPHONE 8 MG TAB | 240 | 15 | 9100 | BE BOO | 2/6/2013 | 596007 | 512* | N | ABC PHA | CI |
| OXYCODONE 30 MG TAB | 240 | 15 | 9100 | BE BOO | 2/6/2013 | 596008 | 720* | N | ABC PHA | CI |

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dis
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

uck                                                                                                          DATE:4/2/2014 7:

X HISTORY REPORT                                                                                                          P

- The morphine equivalent per day for the individual prescription based on CDC conversion chart, the days supply and quantity dispensed    **Total Prescriptions:**
rovided by the pharmacy.

s that a licensing board has adopted a position statement regarding this issue. For more information regarding this position statement, click the link for licensing board:
ical Board of Ohio, Ohio Board of Nursing, Ohio State Dental Board

dicates whether a prescription is active (Y/N) based on the date filled and the days supply provided by the pharmacy.

ash M1=Medicare M2=Medicaid WC=Workers Comp CI=Commercial Insurance U=Unknown

s for prescriptions listed:          2

    CHIP MUNK, MD; 6544 TYLERS PLACE BLVD, WEST CHESTER, OH 45069
    BETTY BOOP, DO; 6548 NORTHLAND BLVD, CINCINNATI, OH 45246

es that dispensed prescriptions listed:        3

    DISNEY PHARMACY; 123 DISNEY PKWY, , HAMILTON, OH, 45013
    ABC PHARMACY INC; 123 W ABC ST, , MASON, OH, 45040
    ESPN PHARMACY; 3215 SPORTS BLVD, , MIDDLETON, OH, 45044

The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dis
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

# art III:   OARRS and Law Enforcemen
## – Practical Exercise –

## Deception or Not?



© Ohio State Board of Pharmacy




## Ohio Automated Rx Reporting System

### 77 South High Street, Room 1702; Columbus, OH 43215-6126
-Equal Opportunity Employer and Service Provider-

TEL: 614/466-4143     E-MAIL: Info@ohiopmp.gov     Fax: 614/644-8556
TTY/TDD: Use the Ohio Relay Service: 1-800/750-0750     URL: http://www.ohiopmp.gov

**Patient Rx History Report**

PROBABLE DOCTOR SHOPPER

Date: 5/1/2014  0:00:01 AM

...teria: (Last Name = 'Duck' And First Name = 'Daisy') And D.O.B. = '1/01/1940' And Gender = 'F' And Street = '' And Zip = '43213' And Phone = '' And Reques...
2 to 5/13/2014'

Included in report that appear to match search criteria
...Y DUCK, DOB 01/01/1940; 123 DISNEY ST, COLUMBUS, OH 43213
...Y DUCK, DOB 01/01/1940; 123 DISNEY ST APT A, COLUMBUS, OH

**Active Cumulative Morphine Equiv...**
**See explanation provided at the end of the rep...

# 90

2 different opioid prescriptions...        ...2 different prescribers...

| | Product, Str, Form | Qty | Days | Patient | Prescriber | Written | Rx # | Daily MED¹ | Active² | Pharm | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | OXYCODONE AND APAP 325 MG-10 MG TAB | 180 | 30 | 0123 | TH CAT 3 | 4/19/2014 | 0475496 | 90* | Y | ESPPHA | C |

...tten & filled in a manner inconsistent with the days' supply...    ...at 2 different pharma...

| | Product, Str, Form | Qty | Days | Patient | Prescriber | Written | Rx # | Daily MED | Active | Pharm | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 2/15/2014 | 2249445 | 45 | N | DISPHA | M |
| 4 | OXYCODONE AND APAP 325 MG-10 MG TAB | 180 | 30 | 0123 | TH CAT 3 | 1/25/2014 | 0896355 | 90* | N | ABCPHA | C |
| 4 | APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | TW BRD 6 | 1/16/2014 | 2248986 | 45 | N | DISPHA | |
| | OXYCODONE AND APAP 325 MG-10 MG TAB | 180 | 30 | 0123 | TH CAT 3 | 12/28/2013 | 0447276 | 90* | N | ESPPHA | O |
| 1: | APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 12/13/2013 | 2248525 | 45 | N | DISPHA | & |
| 3 | OXYCODONE AND APAP 325 MG-10 MG TAB | 180 | 15 | 0123 | TH CAT 3 | 11/30/2013 | 0885332 | 180* | N | ESPPHA | & |
| 1: | APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 11/13/2013 | 2248040 | 45 | N | DISPHA | & |
| 3 | OXYCODONE AND APAP 325 MG-10 MG TAB | 180 | 22 | 0123 | TH CAT 3 | 10/26/2013 | 0431695 | 122.7* | N | ESPPHA | & |
| 1: | APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 10/14/2013 | 2247599 | 45 | N | DISPHA | & |
| 1: | OXYCODONE AND APAP 325 MG-10 MG TAB | 150 | 25 | 0123 | TH CAT 3 | 9/28/2013 | 0424192 | 90* | N | ESPPHA | & |
| 3 | APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 9/12/2013 | 2247117 | 45 | N | DISPHA | M |
| 3 | APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | TW BRD 6 | 7/25/2013 | 2246206 | 45 | N | DISPHA | W |
| | APAP/OXYCODONE 325 MG-10 MG TAB | 120 | 30 | 0321 | TH CAT 3 | 6/20/2013 | 2245853 | 60 | N | DISPHA | W |
| 3 | APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 6/19/2013 | 2245724 | 45 | N | DISPHA | W |
| | APAP/HYDROCODONE BI 325 MG-10 MG TAB | 120 | 30 | 0321 | TH CAT 3 | 3/21/2014 | 4496566 | 40 | N | DISPHA | W |

...r: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the ...
...and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

**UCK**

**X HISTORY REPORT**

| Drug | Qty | Days | | Prescriber | Date | Rx # | MED | | Status | Pharm | Ins |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 5/20/2013 | 2245320 | 45 | N | DISPHA | M1 |
| APAP/HYDROCODONE BI 325 MG-10 MG TAB | 120 | 30 | 0321 | TH CAT 3 | 3/21/2013 | 4496566 | 40 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 4/22/2013 | 2244872 | 45 | N | DISPHA | M1 |
| APAP/HYDROCODONE BI 325 MG-10 MG TAB | 120 | 30 | 0321 | TH CAT 3 | 3/21/2013 | 4496566 | 40 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 3/20/2013 | 2244415 | 45 | N | DISPHA | M1 |
| APAP/HYDROCODONE BI 325 MG-10 MG TAB | 120 | 30 | 0321 | TH CAT 3 | 2/21/2013 | 4495864 | 40 | N | DISPHA | WO |
| OXYCODONE AND APAP 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 2/20/2013 | 2243977 | 45 | N | DISPHA | M1 |
| APAP/HYDROCODONE BI 325 MG-10 MG TAB | 120 | 30 | 0321 | TH CAT 3 | 1/24/2013 | 4495088 | 40 | N | DISPHA | WO |
| OXYCODONE AND APAP 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 1/21/2013 | 2243510 | 45 | N | DISPHA | WO |
| APAP/HYDROCODONE BI 325 MG-10 MG TAB | 120 | 30 | 0321 | TH CAT 3 | 12/27/2012 | 4494442 | 40 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 12/20/2012 | 2243020 | 45 | N | DISPHA | WO |
| APAP/HYDROCODONE BI 325 MG-10 MG TAB | 120 | 30 | 0321 | PL DOG 7 | 12/10/2012 | 4494038 | 40 | N | DISPHA | WO |
| APAP/HYDROCODONE BI 325 MG-10 MG TAB | 60 | 15 | 0321 | PL DOG 7 | 11/27/2012 | 4493767 | 40 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 11/20/2012 | 2242608 | 45 | N | DISPHA | WO |
| ENDOCET 325 MG-5 MG TAB | 100 | 12 | 0321 | PL DOG 7 | 11/14/2012 | 2242511 | 62.5 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 10/22/2012 | 2242124 | 45 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 9/25/2012 | 2241734 | 45 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 8/20/2012 | 2241265 | 45 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 7/19/2012 | 2240835 | 45 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | JE MSE 6 | 6/20/2012 | 2240470 | 45 | N | DISPHA | WO |
| APAP/OXYCODONE 325 MG-7.5 MG TAB | 120 | 30 | 0321 | DG GOO 9 | 5/22/2012 | 2240045 | 45 | N | DISPHA | CI |

- The morphine equivalent per day for the individual prescription based on CDC conversion chart, the days supply and quantity dispensed
provided by the pharmacy.

**Total Prescriptions:**

s that a licensing board has adopted a position statement regarding this issue. For more information regarding this position statement, click the link for licensing board:
ical Board of Ohio, Ohio Board of Nursing, Ohio State Dental Board

dicates whether a prescription is active (Y/N) based on the date filled and the days supply provided by the pharmacy.

ash M1=Medicare M2=Medicaid WC=Workers Comp CI=Commercial Insurance U=Unknown

**rs for prescriptions listed:    5**

THOMAS CAT, CNP; 1234 MAIN ST. SUITE 100, COLUMBUS, OH 43215
JERRY MOUSE, MD; 4321 BROAD ST. SUITE 300, COLUMBUS, OH 43004
PLUTO DOG, MD; 456 FIRST AVENUE SUITE 200, COLUMBUS, OH 43228
DOG GOOFY, MD; 789 SECOND STREET SUITE 400, COLUMBUS, OH 43228
TWEETY BIRD, DO; 135 MAPLE AVE, COLUMBUS, OH 43004

**es that dispensed prescriptions listed:    3**

DISNEY PHARMACY; 123 DISNEY PKWY, , COLUMBUS, OH 43228
ABC PHARMACY INC; 123 W ABC ST, , COLUMBUS, OH 43215

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the di
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

**UCK**

DATE:5/1/2014 0:

**X HISTORY REPORT**

ESPN PHARMACY; 3215 SPORTS BLVD, , COLUMBUS, OH 43004

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the di
and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

**UCK**

RX HISTORY REPORT

P

## e Equivalent Table

| Drug | Morphine Equivalent Multiplier |
|------|-------------------------------|
| drocodone | 1 |
| xycodone | 1.5 |
| ramadol | 0.1 |
| Codeine | 0.15 |
| lorphine | 1 |
| renorphine | 10 |
| orphine (patch) | 12.6 |
| entanyl | 7.2 |
| ethadone | 3 |
| omorphone | 4 |
| morphone | 3 |
| pentadol | 0.4 |

*rtment of Health and Human Services, Center for Disease Control*

## umulative Morphine Equivalent Calculation

| Drug | Strength | | Multiplier | | Quantity | | Days | | Daily M |
|------|----------|---|-----------|---|----------|---|------|---|---------|
| OXYCODONE AND APAP 325 MG-10 MG TAB | 10 | x | 1.5 | x | 180 | ÷ | 30 | = | 90 |

**Active Cumulative Morphine Equivalent    90**

*e assumptions or to determine how a new prescription would affect this patient's Active Cumulative Morphine Equivalent, please visit the OARRS MED Calcula*

: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dis and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

# Training Objectives

Part I: Background
  • Definitions, scope of the drug abuse problem, Board of Pharmacy's roles/responsibilities

Part II: OARRS 101
  • Overview, current statistics, how to access

Part III: OARRS and Law Enforcement
  • Common ORC sections, typical crimes, case studies, and practical exercises

Part IV:  SPIDR
  • General information, how to sign up

Part V:  Conclusion
  • Q&A, additional resources, dismissal

© Ohio State Board of Pharmacy




# Part IV: SPIDR

## – Overview –

The **S**hared **P**rescription **I**nvestigation **D**econfliction **R**esource (**SPIDR**) is a web-based tool designed to enhance communication between law enforcement agencies and administrative agencies that regulate prescription drugs.

© Ohio State Board of Pharmacy



© Ohio State Board of Pharmacy




# art IV: SPIDR

## – Overview –

## The Importance of SPIDR

Numerous regulatory & law enforcement agencies investigating Rx drug crimes

Potential for conflicting investigations

Result?

✓ At best, duplicating work & wasting time

✓ At worst, compromising investigations & court cases

© Ohio State Board of Pharmacy




# art IV: SPIDR

## – Overview –

# Who May Access SPIDR?

Regulatory Agencies

- ✓ Medical Board, Dental Board, Pharmacy Board, Nursing Board, Veterinary Board

Law Enforcement Agencies

- ✓ Municipal, Township, County, State, & Federal

© Ohio State Board of Pharmacy




# Part IV: SPIDR

## – Overview –

# How Does SPIDR Work?

Agent Johnson from the Medical Board enters information from his agency's Drug Trafficking case involving Dr. Goodpill, patient Maryjane Jones, & the Feelgood Clinic

Officer Hill from a local PD enters information from her agency's Possession of Drugs case involving recent arrestee Maryjane Jones

Agent Smith from the Pharmacy Board enters information from his agency's Questionable Prescribing case involving the Feelgood Clinic

© Ohio State Board of Pharmacy

# art IV: SPIDR
## – Overview –

# How Does SPIDR Work?

Agent Johnson, Officer Hill, & Agent Smith each receive a Conflict notification within his/her SPID home page

Additional notifications are sent by email or text, at the user's direction

<u>Only</u> Agent Johnson, Officer Hill, & Agent Smith receive the notifications

It is up to the 3 investigators to contact each other

© Ohio State Board of Pharmacy

# art IV: SPIDR

## – Overview –

# What a Conflict Notice Looks Like

Dear Bob Smith,

A possible conflict has been detected involving one of your subjects.
This conflict alert has been sent due to subject first name + last name or alias match within 150 miles of location between two targets.

Target One Submitted by: Jane Hill
Agency: Prarie PD
Case Number: 2014–123
Phone: (123)456–7890
Email: janehill@prariepd.fake

Target One Information
Maryjane Jones

© Ohio State Board of Pharmacy

 

# art IV: SPIDR

## – Overview –

# Security Requirements

Each user must apply for an individual account

Participating agencies must designate an administrator who will approve each new agency account

Users must certify that each case they enter represents an active criminal investigation

© Ohio State Board of Pharmacy




# art IV: SPIDR

## – Overview –

## Safeguarding the Data

No sensitive data is captured

Database can't be searched – "fished"

Cases can be designated "Law Enforcement Only", meaning only LE officers will receive Conflict Notifications

Information is not public record




© Ohio State Board of Pharmacy

# art IV: SPIDR
## – Overview –

### Permissible Use for Law Enforcement

✓ Active, on–going investigation of drug crimes

### Uses NOT Permissible for Law Enforcement

✓ Personal use
✓ No corresponding investigation
✓ Use as evidence in a case (can only be a tool for gathering evidence)
✓ Employment background

© Ohio State Board of Pharmacy




# art IV: SPIDR

## – Statistics –

## SPIDR Snapshot

- ✓ Launch date: 11/1/2013
- ✓ 52 agencies
- ✓ 137 registered users
- ✓ 5 conflicts

© Ohio State Board of Pharmacy

 

# art IV: SPIDR

## – How to Sign Up –

- ✓ https://pharmacy.ohio.gov/SPIDR/
- ✓ First–time agencies will need at least one "Account Administrator" to manage all accounts for that agency; subsequent accounts can be "Investigator"
- ✓ Sign–up process is all online

© Ohio State Board of Pharmacy




# Training Objectives

Part I: Background
- Definitions, scope of the drug abuse problem, Board of Pharmacy's roles/responsibilities

Part II: OARRS 101
- Overview, current statistics, how to access

Part III: OARRS and Law Enforcement
- Common ORC sections, typical crimes, case studies, and practical exercises

Part IV: SPIDR
- General information, how to sign up

Part V: Conclusion
- Q&A, additional resources, dismissal

© Ohio State Board of Pharmacy




# art V:   Conclusion

## Questions?




© Ohio State Board of Pharmacy

# Part V:   Conclusion
## – For More Information –

- ✓ Ohio State Board of Pharmacy
  - ○ www.pharmacy.ohio.gov
- ✓ State Medical Board of Ohio
  - ○ www.med.ohio.gov
- ✓ Ohio State Dental Board
  - ○ www.dental.ohio.gov
- ✓ Ohio Board of Nursing
  - ○ www.nursing.ohio.gov

© Ohio State Board of Pharmacy




# art V:   Conclusion

## – Thank You! –

resenter:  Trey Edwards

Trey.Edwards@bop.ohio.gov

440–205–0570

o obtain the contact information for your local Board
f Pharmacy field agent & specialist, please contact th
Board at 614–466–4143.

© Ohio State Board of Pharmacy




# Document Produced Natively

BOP_MDL027055

P-20809 _ 00117