


# LAKE COUNTY NARCOTICS AGENCY

**JOHN A. GERM, Executive Director**

P.O. Box 490, Painesville, Ohio 44077
(440) 350-3333 ● (440) 918-3333 ● Fax (440) 350-3313

---

## *DON'T FORGET TO REGISTER…*

The **LAKE COUNTY NARCOTICS AGENCY** in conjunction with **PURDUE PHARMA L.P., THE OHIO STATE BOARD OF PHARMACY,** and **LAKE HOSPITAL SYSTEM** presents the following free seminar in continuing education for pharmacists and pharmacy technicians:

**"LAWFUL PRESCRIBING" - 0.2 CEU**

**Presented by:** P. Ritch Wagner, Associate Director, Law Enforcement Liaison and Education, PURDUE Pharma, L.P.

**"UPDATE ON STATE LAWS" – 0.1 Ohio Law CEU**

**Presented by:** Joann Predina, RPh, MBA
**Compliance Specialist, Ohio State Board of Pharmacy**

**PURDUE PHARMA, L.P.** is an industry leader in Prescription Drug Abuse Education and has joined forces with law enforcement and regulatory officials across the nation to assist in combating the growing problem of prescription drug diversion.

**LOCATION:** Lakeland Community College, 7700 Clocktower Dr., Room H101, Kirtland, Ohio (just south of I-90/ State Route 306 interchange)

**DATES AND TIME:** March 10, 2005 – 6:00 p.m. – 9:00 p.m. (Pizza and pop provided)
March 11, 2005 – 9:00 a.m. – 12:00 p.m. (Continental breakfast provided)

Please plan to attend one of these sessions. The seminars are open to anyone who practices in the state of Ohio. R.S.V.P. to Trey Edwards at 440-350-3307 or sa75@lakecountyohio.org by March 1, 2005 and indicate the session you will be attending.

*Dedicated to Protecting a Great Way of Life*

CONFIDENTIAL

LAKE004160047
DEF-MDL-12782.00001

DEF-MDL-12782