Case: 1:17-md-02804-DAP Doc #: 4128-35 Filed: 11/08/21 1 of 7. PageID #: 552728

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: RTPC
DDD#: 02088 7950
NAME: Walgreens #13058
R.P.: Julie Demay RPh
ADDR: 35279 Vine St.
Eastlake, OH 44095

1 of 4

CAT: II   CLASS: 05
CNTY: 43

AREA CODE / TELEPHONE NUMBER: 440-918-0700
TIME IN: 2:00 PM
TIME OUT: 3:30 PM

TYPE: RTPC
FED. #: BW4682414
EXP. DATE: 5/31/16

HOURS OPEN: M-F 8-10  Sat 9-6  Sun 10-6

FAX NUMBER: 440-918-1539   EMAIL:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Sarah Racz | | 0323349 | Kimberly Wilson | | 16985 |
| Julie Demay | | 26681 | Walgreens #13058 | | |
| Kathryn Hankela | | 32260 | 35279 Vine Street | | |
| | | | Eastlake, OH 44095 | | |
| | | | 440-918-0700 | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☒   Partial ☐

1) OSBP & DEA licenses current and posted. Wall licenses conspicuously posted. 7/11/14

2) ok

3) Intercom Plus dispensing software version 69.0.0 Four terminals handle data entry, Rx transfers, prescription profile searches. All Walgreens pharmacies connected for real time transfers. Data backed up at corporate HQ. System maintains a true edit trail throughout the dispensing process. Patient profile data saved for over 12 months.

4) Fully enclosed barricade

5) OK

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE   Katie   DATE 6/24/14

SIGNATURE OF INSPECTOR   DATE 6/24/14

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

DEFENDANT EXHIBIT

WAG-MDL-01102

Highly Confidential Subject to Protective Order

BOP_MDL2800780

WAG-MDL-01102.00001

Highly Confidential Subject to Protective
Order

BOP_MDL2800781

**WAG-MDL-01102.00002**

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|
| DDD#: 020887950 | | | | P.M. | | P.M. |
| NAME: | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | 2 of 4 | HOURS OPEN | | | | |
| CAT: | CLASS: | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐    Partial ☐

6.) Front end controlled electronic alarm backs up physical barricade. No documented thefts or significant losses.

7.) RPh has ability to access Ohio laws and rules on OSBP website

8.) Ok

9.) Ok temperature within normal range - no outdates found.

10.) Daily transaction journal lists all Rx's dispensed. Report separates controlled Rx's filed. DEA 222's completed electronically via corporate HQ Amerisource Bergen only wholesaler for C-II's. Paper invoices signed by RPh when

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_Katie_ ___    6/24/14        ___ / ___    6/24/14
SIGNATURE OF PERSON IN CHARGE    DATE        SIGNATURE OF INSPECTOR    DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800782

WAG-MDL-01102.00003

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 020887950
NAME:
R.P.:
ADDR:

3 of 4

| AREA CODE / TELEPHONE NUMBER | | TIME IN | A.M. | TIME OUT | A.M. |
| | | | P.M. | | P.M. |
| TYPE | FED. # | | | EXP. DATE | |
| HOURS OPEN | | | | | |
| FAX NUMBER | | EMAIL | | | |

CAT:        CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS–6MO/5X
32. REFILLS–INT/DATE
33. REFILLS–UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☐

checking in order. Remote transaction journals document Rxs verified by RPh. for other stores.

21.) Approaching outdates labeled with colored stickers. Pulled from shelf 4 months in advance.

22.) Limited amount of return to stock items found on shelf. These items must be properly labeled with NDC # and expiration date. If not properly labeled they should be considered adulterated and removed from stock.

23.) Approx. 250 Rx's/day C-II Rxs checked - properly contain prescriber DEA, quantity

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_Kati Ott_   6/24/14          _WD/EEl_   6/24/14
SIGNATURE OF PERSON IN CHARGE     DATE     SIGNATURE OF INSPECTOR     DATE

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800784
**WAG-MDL-01102.00005**

Highly Confidential Subject to Protective
Order

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143, FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|---|
| DDD#: 020887950 | | | | A.M P.M | | A.M P.M |
| NAME: | 4 & 4 | TYPE | FED # | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | | HOURS OPEN | | | | |
| CAT: CLASS: | | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. IMPROPER Rx's
19. OUTDATED DRUGS
20. DRUG LABELS
21. Rx INFORMATION
22. OTC/SYRINGES
23. Rx FILES
24. Rx COPIES
25. Rx INT/DATE
26. DEA INVENTORY
27. PHONED C-II Rx
28. REFILLS-6MO/5X
29. REFILLS-INT/DATE
30. REFILLS-UA
31. COUNSELING
32. PSE SALES
33. OARRS
34. CONFIDENTIALITY

Full ☐    Partial ☐

in alpha + numeric format, patient full name + residential address.

26.) 3 part filing system. Good faith dispensing checklist filed with controlled Rx's when OARRS report run.

28.) RPh initials hard copy control l/ Rx's to show positive ID

27.) Last biennial inventory completed 6/9/2014 by new responsible person Julie Demay at business close.

32.) Daily transaction log signed by dispensing RPh to show positive ID on refill Rx's dispensed.

37.) Techs witnessed making offer to counsel.

☐ PINK SHEET ISSUED FOR NUMBER(S):

**IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.**

| _Katie Orr_ | 6/24/14 | _Web/Ell_ | 6/24/14 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev.04/11)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order