# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE: RPC
DDD#: 02071650D
NAME: WalMart #10-1863
R.P.: Mukul Garg, RPh.
ADDR: 33752 Vine St.
Eastlake, OH 44095
CAT: III
CNTY: 43

1 of 4

AREA CODE / TELEPHONE NUMBER: 440-269-8918
TIME IN: 10:15 A.M.
TIME OUT: 12:15 P.M.
TYPE: RPC
FED. #: BW5397383
EXP. DATE: 5/31/16
HOURS OPEN: M-F 9-9 Sat 9-7 Sun 10-6
FAX NUMBER: 440-269-1275

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| Mukul Garg | | 03228469 | Lori Militello | | 20473 |
| Christine Madden | | 21764 | 6 qualified techs | | |
| Kelly Eippert | | 17854 | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA  Comp 11/7/13
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full [X]   Partial [ ]

1.) OSBP + DEA licenses current and posted

2.) Ok

3.) Connexus software version 5.1.1. Six terminals handle data entry and patient profile searches. Dispensing software connected to all other WalMart locations. Data backed up at corporate HQ. Pharmacists complete a 4 point check for all new prescriptions - patient name, drug + strength, sig and prescriber DEA on controls. Visual verify checked on all RXs - new and refill. 4 point check and visual verify reports print daily and signed by RPh. DUR warnings must be resolved by RPh. Most

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE: [signed]   DATE: 10/8/13
SIGNATURE OF INSPECTOR: [signed]   DATE: 10/8/13

PHA-0610 (Rev.04/11)   WHITE – OFFICE COPY   YELLOW – INSPECTOR COPY   PINK – INDIVIDUAL COPY   GREEN – DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order


WMT-MDL-01387

BOP_MDL2800260
WMT-MDL-01387.00001



Highly Confidential Subject to Protective Order

BOP_MDL2800261

WMT-MDL-01387.00002

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 - TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02076500
NAME:
R.P.:
ADDR:

2 of 4

OHIO PHARMACY BOARD
OCT 15 2013
R. Collins

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☐

severe warnings require RPh. to document how issue was resolved.

4.) Fully enclosed barricade with electronic alarm backup. Barricade inspection report completed.

5.) Ok

6.) Electronic alarm backs up physical barricade. All RPh's have own codes. Floater RPh. must get code prior to working at the store.

7.) RPh can access OSBP website and Ohio drug laws and rules.

8.) Ok

9.) 3 mini refrigerators

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

_____ 10/8/13         _____ 10/8/13
SIGNATURE OF PERSON IN CHARGE   DATE    SIGNATURE OF INSPECTOR   DATE

PHA-0610 (Rev.04/11)   WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800262
WMT-MDL-01387.00003

Highly Confidential Subject to Protective Order

BOP_MDL2800263

WMT-MDL-01387.00004

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 020716500
NAME:
R.P.:
ADDR:   3 of 4

CAT:   CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☐

10.) DEA 222 forms completed & issued by corporate HQ. McKesson and WalMart warehouse used for CII ordering. Forms properly executed upon receiving order.

2a.) Last biennial inventory completed 4/30/12 by RPh. Garg at business close.

13.) CII perpetual inventory log book maintained. Inventory conducted monthly.

21.) Spot check of shelves - no outdates found.

23.) CII files checked. Rxs properly contain full patient name & residential address, prescriber DEA & quantity in alpha & numeric format. CIII-V files checked - phone in Rxs properly document

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, THE DISTRIBUTOR SHALL CORRECT ITEM(S) INDICATED AND RETURN THE PINK COPY, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE WITHIN 20 DAYS FROM DATE ISSUED.

_____ 10/8/13   _____ 10/8/13
SIGNATURE OF PERSON IN CHARGE   DATE   SIGNATURE OF INSPECTOR   DATE

PHA-0610 (Rev.04/11)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800264
WMT-MDL-01387.00005

Highly Confidential Subject to Protective Order

BOP_MDL2800265

WMT-MDL-01387.00006

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, RM 1702; COLUMBUS, OHIO 43215-6126 - TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 020716500
NAME:
R.P.:
ADDR:

4 of 4

CAT:   CLASS:
CNTY:

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

Full ☐   Partial ☐

agent full name. Fax orders contain proper wet ink signature.
26.) 3 part filing system.
28.) Hard copy Rx's properly initialed/dated by dispensing RPh.
32.) Daily visual verification report reviewed and signed by RPh to show positive ID on refill Rx's dispensed.
37.) Offer to counsel monitored on sticker log.
39.) All RPh's signed up for OARRS. RPh Garg was observed using OARRS during inspection.
No wholesale sales.
RX █████ processed today. Approx 400 Rx/day

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, THE DISTRIBUTOR SHALL CORRECT ITEM(S) INDICATED AND RETURN THE PINK COPY, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE WITHIN 20 DAYS FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE     DATE 10/8/13
SIGNATURE OF INSPECTOR     DATE 10/8/13

PHA-0610 (Rev.04/11)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2800266
WMT-MDL-01387.00007

Highly Confidential Subject to Protective Order

BOP_MDL2800267

WMT-MDL-01387.00008

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 10/8/2013 | T.D.D.D. #: 020716500 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BW5397383 |

YES   NO     (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___ Key in sealed envelope in safe.
✓ ___ All items requiring R.Ph. supervision are inside barricade.
✓ ___ Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

✓ ___ Minimum of seven (7) feet in height.
✓ ___ Fully enclosed.
✓ ___ Suitable locks are provided.
✓ ___ Prescription department cannot be entered when locked without obvious damage to barricade.
✓ ___ No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS:

✓ ___ This is a company-owned system.
       If no, leased from who? _____
✓ ___ This is a ✓ HARDWIRE / ___ WIRELESS / ___ BOTH system. (check one)
___ ✓ There is a functional emergency "hold up" button.
✓ ___ System is in operation at all times when R.Ph. is not present.
✓ ___ Items in prescription room may not be removed when system is operating without activating the alarm.
       If yes, where does alarm sound or who does it alert?
       Audible alarm + RPh called
✓ ___ Only pharmacists possess access code to prescription room.
___ ✓ System was tested this date. Date system was last tested? 6/2013
___ ✓ Slot is provided for drop-in prescriptions.
✓ ___ Suitable notice of operating hours to public is posted.
___ ___ Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)

(continued on Page Two > >)

Highly Confidential Subject to Protective Order

BOP_MDL2800268

WMT-MDL-01387.00009

## OHIO STATE BOARD OF PHARMACY

## PRESCRIPTION ROOM BARRICADE INSPECTION REPORT
(Page Two)

**R.Ph./OWNER STATEMENT OF UNDERSTANDING:**

I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.
2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.
3. No prescription may be left outside the barricade for customer pick-up.
4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.
5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.
6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.
7. All dangerous drugs are to be stored within the barricaded area.

_____
(Signature of R.Ph./Owner)

10/8/13   12:02 Pm
_____
(Date and Time of Signature)

**BARRICADE APPROVAL:**

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____
(Signature of Board Agent)

Agent
_____
(Title)

**Comments:**

Fully enclosed barricade with electronic alarm back up. New pharmacy opened 6/2013 - alarm tested that date. Floor to ceiling gate along front of pharmacy, 2 roll down steel gates at drop off area, key lock steel entry door.

Barricade Approved

Wal-Mart Store #01-1863
33752 Vine St.
Eastlake, OH 44095

PHA-0611 (Rev. 04/04)

∧∧ PLACE STORE STICKER/STAMP HERE ∧∧

Highly Confidential Subject to Protective Order

BOP_MDL2800269

WMT-MDL-01387.00010