# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836



TYPE:
DDD#: 021563850
NAME: Walmart #10-3608
R.P.: Greg Gress
ADDR: 6067 N. Ridge
Madison, OH 44057

1 of 3

CAT: III
CNTY: Lake        CLASS:

AREA CODE / TELEPHONE NUMBER: 440-417-0373
TIME IN: 2:00 P.M.
TIME OUT: 3:30 P.M.
TYPE: Chain
FED. #: BW9528518
EXP. DATE: 5/31/2013
HOURS OPEN: **Walmart Pharmacy 10-3608**
FAX NUMBER: **6067 North Ridge Rd. Madison, OH 44057**

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| Gregory Gress | | 03314221 | James Notte | | 06008609 |
| Christine VanDeveel | | 18247 | Kevin Kotnik | | 03321316 |
| Daniel O'Neil | | 28092 | | | |

FEB 3 2011

0. LICENSING
2. I.D. CARDS
6. RECORD SYSTEM
8. BARRICADE
9. MIN. STANDARDS
5. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. Rx SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY
F ☑    P ☐

Comp 2/10/11

1.) OSBP & DEA licenses current and posted. 2.) OK
3.) Connexus dispensing software version 2.3.18
Six terminals capable of handling all data
entry, patient profile searches. WalMart stores
are connected for patient profile lookup, however
system is not real time so Rx transfers must only
be done one time. Daily 4 post check and visual
verify reports print out - signed by dispensing R.Ph.
4.) Fully enclosed barricade - see completed barricade
inspection report 5.) OK 6.) Electronic alarm
backs up physical barricade. No known thefts
or significant losses in past 2 years. 7.) RPh.
is able to access OSBP website for Ohio

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE: RPM        DATE: 1-31-11
SIGNATURE OF INSPECTOR:        DATE: 1/31/11

PHA-0610 (Rev.03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

WMT-MDL-01418

BOP_MDL2802781

WMT-MDL-01418.00001



Highly Confidential Subject to Protective
Order

BOP_MDL2802782

WMT-MDL-01418.00002

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|---|
| DDD#: | 021563850 | | | | | P.M. | | P.M. |
| NAME: | | | | TYPE | FED. # | | EXP. DATE | |
| R.P.: | | | | | | | | |
| ADDR: | | 2 of 3 | | HOURS OPEN | | | | |
| | | | | | | | | |
| CAT: | | CLASS: | | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐    P ☐

drug laws and rules. 8.) OK 9.) ok 10.) DEA 222 forms properly executed upon receipt of C-II order. WalMart and McKesson are wholesalers. 222 forms affixed to order invoices. 13) Perpetual Inventory log book for C II's maintained with RPh. initials for each entry. 21.) No outdates found. 23.) C II and C III-V files checked. C II's properly contain prescriber DEA and quantity in alpha and numeric format. RX's contain full patient name and residential address. 28.) Hard copy RX's properly initialed by dispensing RPh. 29.) DEA biennial Inventory completed 4/30/10 at end of business day by RPh. Cress 32.) Usual verify report

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

| _____ RPh | 1·31·11 | _____ | 1/31/11 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev. 03/08)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    PINK - INDIVIDUAL COPY    GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

Highly Confidential Subject to Protective
Order

BOP_MDL2802784

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | | AREA CODE / TELEPHONE NUMBER | TIME IN | | TIME OUT | |
|---|---|---|---|---|---|---|---|
| DDD#: 021563850 | | | | | A.M. | | A.M. |
| NAME: | | | | | P.M. | | P.M. |
| R.P.: | | | TYPE | FED. # | | EXP. DATE | |
| ADDR: | 3 f 3 | | | | | | |
| | | | HOURS OPEN | | | | |
| CAT: | CLASS: | | FAX NUMBER | | EMAIL | | |
| CNTY: | | | | | | | |

| PERSONNEL | INIT. USED | TITLE/ I.D. NO. | PERSONNEL | INIT. USED | TITLE/ I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
20. IMPROPER Rx's
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED C-II Rx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
37. COUNSELING
38. PSE SALES
39. OARRS
40. CONFIDENTIALITY

F ☐     P ☐

documents all prescriptions dispensed - new + refill. Report signed by RPh to show positive ID on refill RXS. 39.) Wal Mart RPh's now able to access OARRS!

new today

Approx 270 RFS/day  66% refill

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, *THE DISTRIBUTOR* SHALL CORRECT ITEM(S) INDICATED AND *RETURN THE PINK COPY*, WITH DETAILS OF THE CORRECTIVE ACTION(S) TAKEN, TO THE BOARD OFFICE *WITHIN 20 DAYS* FROM DATE ISSUED.

| _____ RPh | 1.31.11 | _____ | 1/31/11 |
|---|---|---|---|
| SIGNATURE OF PERSON IN CHARGE | DATE | SIGNATURE OF INSPECTOR | DATE |

PHA-0610 (Rev 03/08)   WHITE - OFFICE COPY   YELLOW - INSPECTOR COPY   PINK - INDIVIDUAL COPY   GREEN - DISTRIBUTOR COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802785

WMT-MDL-01418.00005

Highly Confidential Subject to Protective
Order

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(O.A.C. RULE 4729-9-11 REQUIREMENTS)

| DATE: 1/31/2011 | T.D.D.D. #: 02563850 |
|---|---|
| BOARD AGENT: Edwards | D.E.A. #: BW9568518 |

**YES   NO**   (Place an X on the appropriate line for each statement below)

## LOCATION OF ALL KEYS NOT IN POSSESSION OF A REGISTERED PHARMACIST:

✓ ___   Key in sealed envelope in safe.

✓ ___   All items requiring R.Ph. supervision are inside barricade.

✓ ___   Prescription department may not be entered when barricade is in use.

## PHYSICAL BARRICADE:

✓ ___   Minimum of seven (7) feet in height.

✓ ___   Fully enclosed.

✓ ___   Suitable locks are provided.

✓ ___   Prescription department cannot be entered when locked without obvious damage to barricade.

✓ ___   No item, equipment, record, or service in prescription room may be available to store operation when prescription room is closed.

## ELECTRONICS: Backup to physical barricade

✓ ___   This is a company-owned system.
If no, leased from who? _____

✓ ___   This is a ___ HARDWIRE / ___ WIRELESS / ✓ BOTH system. *(check one)*

___ ✓   There is a functional emergency "hold up" button.

✓ ___   System is in operation at all times when R.Ph. is not present.

✓ ___   Items in prescription room may not be removed when system is operating without activating the alarm.
If yes, where does alarm sound or who does it alert?
Audible alarm - police notified

✓ ___   Only pharmacists possess access code to prescription room.

___ ✓   System was tested this date. Date system was last tested? _____

___ ✓   Slot is provided for drop-in prescriptions.

✓ ___   Suitable notice of operating hours to public is posted.

___ ___   Notice of emergency service is posted.

PHA-0611 (Rev. 04/04)                                                  *(continued on Page Two > >)*

Highly Confidential Subject to Protective Order

OHIO STATE BOARD OF PHARMACY

# PRESCRIPTION ROOM BARRICADE INSPECTION REPORT

(Page Two)

## R.Ph./OWNER STATEMENT OF UNDERSTANDING:

### I have been informed of and understand the following requirements:

1. No prescription item may be sold when the prescription department is closed.

2. No insulin, exempt narcotic, poison, or dangerous drug may be available to the public when the prescription department is closed.

3. No prescription may be left outside the barricade for customer pick-up.

4. No wholesaler orders are to be delivered when the prescription department is closed, unless in tamper-resistant containers.

5. No person other than a registered pharmacist may possess keys to the prescription department in any licensed facility except in an approved laboratory and institutional facilities in compliance with Ohio Administrative Code Rules 4729-17-03 and 4729-17-07.

6. Any change in the barricade requires it to be re-inspected after that change, before its use, and that no person, other than a pharmacist, can possess a key to the premises until the re-inspection is completed.

7. All dangerous drugs are to be stored within the barricaded area.

_____ RPh                     1-31/11          3.30 PM
(Signature of R.Ph./Owner)                   (Date and Time of Signature)

## BARRICADE APPROVAL:

I find this barricade to comply with all requirements of Ohio Administrative Code Rule 4729-9-11:

_____                      Agent
(Signature of Board Agent)                        (Title)

## Comments:

Fully enclosed barricade with electronic backup alarm.
Three sets of keys possessed by pharmacists plus one set
locked in manager office. Two roll down steel gates plus
single steel entry door with roll down steel window.
Electronic alarm backs up physical barricade

Barricade Approved

**Walmart Pharmacy 10-3608**
**6067 North Ridge Rd.**
**Madison, OH 44057**
∧∧ PLACE STORE STICKER OR STAMP HERE

PHA-0611 (Rev. 04/04)

Highly Confidential Subject to Protective Order