# PMP NarxCare Integration

**CVS/pharmacy**

| | |
|---|---|
| **PMP NarxCare Integration leverages InterConnect® platform to bring PMP data into workflow** | PMP NarxCare – a service that works in tandem with NABP's PMP InterConnect® – is being deployed in CVS pharmacies in select states:<br>✓ PMP NarxCare, owned and operated by Appriss, Inc, works with PMP InterConnect® to automate requests for a patient's PMP data, bringing it into RxConnect workflow<br>✓ This technology was created based on the importance of expanding the use of prescription monitoring program (PMP) data in pharmacists' workflow to enhance prescription drug abuse and diversion prevention efforts.<br>✓ To integrate PMP NarxCare into its pharmacy dispensing software, CVS worked closely with applicable State Boards of Pharmacy so that pharmacists may now more quickly access a patient's controlled substance (CS) prescription history directly on the Product Verification screen in RxConnect. |

**! Important:** You can manually launch your state's PMP website by typing **PM** from the **Patient Profile** at any time.

| | | | |
|---|---|---|---|
| **Review NarxCare Risk Scoring on the Product Verification (Pill Image) Screen in RxConnect** | **Narx Scores** are type-specific use indicators that represent a relative scoring system of controlled substance usage:<br>✓ Designed to draw awareness to the presence of **significant PMP data**.<br>✓ Represent info at a glance and are best used within workflow to provide clinical support.<br>✓ Exist for **narcotics, sedatives, and stimulants** and range from 000-999. |  | • NarxCare Risk Scores may be available on Product Verification Screen<br>• Use Narcotic, Sedative, Stimulant Scores to guide decision to launch PMP |
| **Further Understanding what Risk Scores Represent** | ✓ To access quick guidance on Risk Scoring system, select **RR** to view the **Risk Score Range Report** Legend<br>   - <300: **Be Confident**<br>   - 300-500: **Be Curious**<br>   - >500: **Be Cautious**<br>✓ For more detailed information on how Risk Scores are calculated, please reference the **"Narx Scores Explained"** job aid found on the RxNet State Specific PMP Page |  | Type **RR** to open the **Risk Score Range Report** Legend to learn more about Risk Score guidance |
| **Access PMP NarxCare reporting on the Product Verification (Pill Image) Screen in RxConnect** | ✓ If you would like to view PMP reporting after reviewing Risk Scores or for any other reason related to dispensing of the prescription, select the **PM function** on **Product Verification Screen**<br>✓ By typing **PM**, you will initiate launch of PMP data for the patient-in-question. |  | • Enter **Product Verification** (Pill Image) screen within Verification process<br>• Type **PM** to select the **PMP Web Access** function for the patient. |

March, 2018

# PMP NarxCare Integration



## PMP NarxCare Integration

| | | |
|---|---|---|
| **Entering Credentials on PMP Website Access Screen to Open Patient Level Report** | ✓ On the **PMP Website Access Screen**, you will be prompted to enter your credentials<br>✓ If necessary, you *may* be prompted to enter in your Pharmacist License Number for the state in which you are currently working in | <br>Enter credentials on PMP Website Access Screen |
| **Accessing and Reviewing Patient PMP Report** | ✓ After credentialing, a window in the browser should open displaying PMP information for the patient<br>✓ You will *NOT* need to log in to the PMP or manually query the patient. Integration uses patient demographics (first/last, DOB, zip code, etc) to identify the patient<br>✓ On this report, you will find scores, indicators, graphs, and full prescription detail | <br>After reviewing PMP information, you should **exit the HTML report** OR **toggle using Alt F1 or F2** functionality to return to RxConnect<br>• Select **C** to continue once back in RxConnect |

**!Important**: You can find ALL **NarxCare**-related Job Aids on the **RxNet State Specific PMP Page**

| | | |
|---|---|---|
| **Entering PMP Disposition and Appropriate Comment(s) Following Review of PMP Data** | **An appropriate comment must:**<br>✓ Be clear and succinct in describing the outcome of the situation<br>✓ Record relevant facts or steps taken in resolving the situation<br>✓ Document any reason for refusal to fill | <br>On **PMP Access Review Confirmation Screen**, Pharmacists should choose disposition (Options 1-4) and enter an appropriate comment |
| **Accessing PMP Comments** | ✓ View PMP Comment Detail by selecting the Line Number<br><br>**PMP Comments are important because they:**<br>✓ Document one aspect of your due diligence with Corresponding Responsibility<br>✓ Can be audited for legal, compliance, and quality purposes | <br>Type **PC** from Patient Profile or during Verification to review all Patient Level PMP Checks and Comments |

**!Important:** You can review ALL **PMP Comments** for a patient by typing **PC** from the **Patient Profile** or in **Verification**

March, 2018

Confidential

CVS-MDLT3-000075856

CVS-MDL-01727.00002

# PMP NarxCare Integration 

## Frequently Asked Questions (FAQs)

**1. When trying to access PMP reporting, after entering my credentials, I am receiving an "Unable to load PMP data" message. What does this mean?**

- The system uses technology designed to minimize these errors when at all possible. That said, when multiple patient matches are found or another error is encountered on the backend you may be prompted to manually launch the PMP. *This should not discourage you to continue to utilize the functionality.*

**2. Where can I find PMP comments after they are entered?**

- PMP Comments can now be found using the "PC" function in the Patient Profile or during Verification. PMP comments can only be entered when prompted after a PMP check is complete.

**3. When manually launching my state's PMP site, I am able to choose additional surrounding states to pull in patient data. Does this automatically happen when using the NarxCare integration in RxConnect?**

- At this time, only XX data is being pulled in as part of the NarxCare integration. We are working with surrounding State PMP Administrators to gain access to their state's data. Any changes or additions in surrounding state data will be communicated to Store Teams as soon as access has been approved and granted.

**4. Are other states in the chain also part of NarxCare integration?**

- At time, only MI, OH, and VA CVS locations are participating in NarxCare integration. AZ, IN, KS, PA, and RI are participating in a similar program using Gateway integration. More states will be added throughout 2018.

## Some important considerations when using Narx Scores:

- ✓ Narx Scores exist for narcotics, sedatives, and stimulants. Scores range from 000-999, and the **last digit** of a Narx Score equals the **number of active prescriptions** of that drug type.
- ✓ Narx Scores are based on the following:
    - ✓ Number of Prescribers
    - ✓ Number of Pharmacies
    - ✓ Milligram equivalents
    - ✓ Overlapping prescriptions
- ✓ Narx Scores that raise concern should trigger a discussion, not a decision.
- ✓ Narx Scores are not abuse scores. It is true that at very high scores patients are likely to exhibit some form of misuse in their PMP record, but a score alone cannot be used to determine appropriateness or misuse.
- ✓ The Narcotic and Sedative score overlap in that narcotics contribute to the sedative score and vice versa. As a result, a patient may have a low narcotic score even though they haven't been prescribed a narcotic.

> Leverage NarxCare Resources and Job Aids found on the RxNet State Specific PMP Page to learn more about Narx Scores, Overdose Risk Score, and NarxCare Red Flags

March, 2018

**Confidential**  CVS-MDLT3-000075857

CVS-MDL-01727.00003