DEFENDANT'S EXHIBIT

**CVS-MDL-01393**

# STOP

## Are you completely comfortable filling this prescription?

| Identify | If this prescription has Red Flags |
| Apply | Your professional judgment |
| Decide | To refuse to fill or to fill this prescription |

| | Category | Red Flag Behavior |
|---|---|---|
| **Patient Red Flags** | **Distance** | - Either or both the patient and prescriber not being located within the store's geographic area (in most cases) |
| | | - Patient traveling distances to pharmacy or doctor |
| | **Cash** | - Cash payment for prescriptions, particularly if RxConnect indicates the patient has insurance |
| | **Suspicious Behavior** | - Customers arriving in groups to get narcotic prescriptions filled |
| | | - Customer requests specific drugs by brand name or description (e.g., M's, blues, Mallinckrodt blues) |
| | | - Customer appears to be visibly impaired, intoxicated or incoherent |
| | **Early Fill** | - Customer attempting refill early or consistently showing up at the first available moment when refill can be obtained  under standard practice |
| | **Doctor Shopping** | - Evidence of multiple doctors prescribing controlled prescriptions for customer after review of profile or PMP data |
| | **Appropriateness of Therapy** | - Patient remains on long-term high dose opioid long after injury has healed |
| **Prescriber Red Flags** | **Professional Practices** | - Prescribes the same medication in the same dosage amount to most or all of their patients |
| | | - Use of preprinted or stamped prescriptions |
| | **Cocktail** | - Routinely prescribes the same combination of pain drugs for most or all of their patients |
| | | - Prescribes combinations the DEA has identified  as having a high potential for abuse (e.g., oxycodone, alprazolam and carisoprodol) |
| | **Scope of Practice** | - Prescribing of narcotics does not fit with the prescriber's practice (e.g., ophthalmologist) |
| | **Appropriateness of Therapy** | - Overprescribing large doses of controlled substances to patients |

Confidential

CVS-MDLT3-000006234

CVS-MDL-01393.00001