| | |
|---|---|
| From: | Store Support Center <StoreSupportCenter@cvs.com> |
| To: | Field Mgmt - Pharmacy Supervisors (Retail) |
| CC: | Field Mgmt - AVPs (Retail); Field Mgmt - Reg Mgrs - All (Retail); Field Mgmt - Dist Mgrs - All (Retail); Jefferson, Diana E.; Tankut, Papatya X.; McCaffrey, Jolene M. |
| Sent: | 12/10/2010 1:18:53 PM |
| Subject: | Pain Management Dispensing Guidelines |

CONTACT: Pharmacy Operations 770-2037

*The following Dispensing Guidelines have been sent via Workload Manager to all Pharmacy teams today December 10th, 2010. The Pharmacist-in-Charge is responsible to ensure all Pharmacy team members are aligned to these Dispensing Guidelines.*

*************************************************************************************************************************

### CVS Caremark
### Dispensing Guidelines for Pain Management

OVERVIEW:
CVS/pharmacy, along with all state Boards of Pharmacy, recognizes that the principle of quality pharmacy practice dictate that our patients have access to appropriate and effective pain relief. The appropriate utilization of pain management can serve to improve the quality of life for those patients that suffer from acute or chronic pain. It is especially important for patients who experience pain as a result of terminal illness. All Pharmacists should become knowledgeable about effective methods of pain management as well as the statutory requirements for prescribing and dispensing controlled substances.

ACTION NEEDED:
The Pharmacist-in-Charge must ensure all Pharmacists and support staff understands their responsibilities as it relates to these Dispensing Guidelines.

Pharmacists must use their professional judgment to meet potentially conflicting challenges posed by the therapeutic imperative to optimize outcomes and the regulatory imperative to prevent drug diversion. State and Federal laws and regulations impose a corresponding responsibility on pharmacists to dispense medicine only for legitimate medical purposes.

Below are some guidelines that pharmacists should use when evaluating the legitimacy of a prescription:

1. Verify the identity of the patient by obtaining a driver's license or state-issued photo ID at the time of drop-off. Document the information on the back of the prescription to include name, address, and DOB of the person.
2. Never dispense medication to a patient who appears visibly altered, intoxicated or incoherent.
3. Do not fill any prescription that appears to have been altered, forged or copied. Verify any questionable information with the prescriber.
4. Do not fill a prescription if you believe the prescription was not issued for a legitimate medical purpose.
5. Review the patient's profile prior to filling controlled substances. Contact the prescriber with any concerns about the type, dosage, frequency or amount of medication prescribed. Document communications with prescriber or agent on the back of the prescription to include date, time, outcome and name of person.
6. Exercise heightened scrutiny for prescriptions written by out-of-area doctors or presented by out-of-area patients for certain controlled substances (e.g., oxycodone or hydrocodone) especially new patients from the same prescriber. Verify out-of-area prescriptions with the prescriber and notify your Pharmacy Supervisor.

The following warning signs can assist in identifying inappropriate prescription-seeking behavior:
- Patient has been turned away by their regular pharmacy/pharmacist

**Confidential**


PLAINTIFFS TRIAL EXHIBIT
P-20699_00001

CVS-MDLT1B-000017587

P-20699 _ 00001

- Patient insists on paying cash for a controlled substance prescription
- Patient insists on getting brand name controlled substances only
- Patient makes multiple claims of lost or stolen prescriptions or requests early refills
- Patient consistently claims shortages on pain management prescriptions
- Patient calls store in advance inquiring about inventory availability and in-stock status of controlled substances
- Prescribers consistently prescribe the same combination of drugs for most or all patients
- Patient has multiple prescriptions but requests that only prescription for pain be filled

**<u>Any questions pertaining to these Guidelines should be addressed with your Pharmacy Supervisor</u>**

**FURTHER INFORMATION:**
- Ensure all Pharmacist team members are aware and understand their responsibilities relating to these Dispensing Guidelines
- This policy can be found under the Pharmacy Ops Manual tab on RxNet
  - <u>*Pain Management/Dispensing Guidelines*</u>

THE PHARMCIST IN CHARGE MUST NOT MARK THIS TASK AS COMPLETE UNTIL ALL PHARMACY TEAM MEMBERS ARE ALIGNED AND UNDERSTAND THEIR RESPONSIBILITIES RELATING TO THESE DISPENSING GUIDELINES.

**Confidential**

CVS-MDLT1B-000017588

P-20699 _ 00002