| | |
|---|---|
| From: | Scott, Matthew K. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MKSCOTT> |
| To: | Letourneau, Amanda; Roberts, Fiona; Earle, Anthony S.; Franko, Steven J.; Hebert, Adam |
| CC: | Tancrelle, Jared; Francoeur, Andre R |
| Sent: | 4/17/2017 9:18:28 PM |
| Subject: | RPPC Annual Planning next steps |
| Attachments: | 4-11-17 RPPC 3 Year Roadmap_Davis - Professional Services.pdf; 4-11-17 RPPC 3 Year Roadmap_DuPaul - Product Development.pdf; 4-11-17 RPPC 3 Year Roadmap_Rinkacs - IT System.pdf; 4-13-17 RPPC 3 Year Roadmap_Gardiner Third Party Finance.pdf; 4-13-17 RPPC 3 Year Roadmap_Simmons - Pharmacy Operations vF.pdf; 4-13-17 RPPC 3 Year Roadmap_Tierney - Payer Relations.pdf; 2018 BUG Sizing Template 2-10.docx |

Team,

Sincere thank you to everyone for all the work leading up to last week's 3 Year Roadmap presentations. I've received positive feedback from multiple attendees and the RPPC is generally excited about the direction of the overall Retail Rx portfolio….great job!

As we finalize the IT sizing schedule (likely by EOW), the next step for business coordinators & owners alike is to begin (or continue) working on the attached BUG Sizing Template -- this will be used by IT to provide an estimate on the amount of hours required to support our respective projects. As soon as the schedule is set, I'll be following up with the appropriate calendar invites and logistical details.

Lastly, attaching soft copies of the six roadmaps for your records. Please reach out with any questions.

Thanks again,
Matt
**Matthew Scott** | Retail Pharmacy Strategy
**p** 401.770.9277 | **c** 703.731.4508
**CVS Health** | One CVS Drive, Woonsocket, RI 02895

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

PLAINTIFFS TRIAL EXHIBIT
P-08415_00001

Confidential

CVS-MDLT3-000080178

P-08415 _ 00001

# Professional Practices – 2018-2020 Proposed Projects

| Project Name | Project Type | Objectives | Projected Sources of value i.e. scripts, opportunity cost, cost avoidance & risk avoidance etc. | Channels |
|---|---|---|---|---|
| **Holy Trinity Alert**<br><br>Target Deployment Date: Q1 2019 | **Compliance, Process Improvement** | • Real time identification of controlled substance cocktail fill<br>  • When Rx is filled that is the 3rd prescription of a cocktail fill specific by NDC a pharmacist exception is generated<br>  • The fills of all 3 prescriptions would need to occur within a 30 day time frame and would need to meet certain criteria regarding day supply<br>  • The RPh will be required to review exception on cocktail fill and decide to:<br>    • Fill, create a MD outreach or Refuse to fill<br>    • A notation and credentialing will be required at time of disposition<br>  • Manual process currently in pilot<br>• This will be accomplished using the functionality of the CVS Alpha engine (Wolfram Alpha) employed by both the EED and UMS projects of slotting the current prescription and the profile look back | • Improve documentation in RxConnect for cocktail fills<br>• Increase Rx Team awareness of combination fills<br>• Reduction of wrongful death suits and damage to CVS branding<br>• Improve patient safety | Retail Pharmacies |

Confidential     CVS-MDLT3-000080208     P-08415_00031