# Retail Pharmacy-Large Chain

# Category Three

# Retail Pharmacy Inspection

## May 17, 2016

| Position | I.D. No. | Phone |
|---|---|---|
| Pharmacist | 03234243 | RE[... |
| Qualified Pharmacy Technician | | |
| Qualified Pharmacy Technician | 03122816 | |

readily retrievable for inspection?

current and up to date?

e been signed by the Responsible Pharmacis

etailed patient profile for the past 12 months

ee (3) years of dispensing records within thr

he ARKS

ative Record Keeping System (ARKS) being u

or the ARKS?

or provided by a third-party vendor?

the ARKS?

[text cut off on left edge]

...ption?

...periences "downtime", is the pharmacy's disp[ensing]

...tability being kept complete and accurate in

...nently removed (deleted) from the ARKS?

...move (delete) dispensing data from the ARKS.

...intain a "True Edit Trail" of changes made to

...True Edit Trail" of changes made to all required dis[pensing]

...ng data be retrieved for inspection by the OS[...]

ctice of pharmacy at data entry?

ctice of pharmacy for DUR?

of dispensing?

counseling? **Warning**

however there are very limited entries in the log,

record keeping requirements do not apply to
fined in rule 4729-17-01 of the Administrativ
tion of the pharmacist or pharmacists responsible f
out not limited to:

does not appear that positive ID is being docume
time patient counseling occurs.

drug stock adequate to detect and deter dr

stocks kept within the pharmacy barricade?

y that are stored outside of the pharmacy ba
per evident?

f site facility for the storage of records of acc
e physical location as the pharmacy.
l any drug thefts or losses in the last three (3

not aware of any thefts/significant losses.

must be reported, by telephone, to the Board of P
ntrolled substance the DEA must be notified as wel

to date "Drug Laws of Ohio" book, or an onl

a prospective Drug Utilization Review?

rect NDC number when dispensing drugs?

n of the dangerous drugs and other pharmac

ng tasks requiring professional judgment?

rtaining to the pharmacy's drug stock on han

petual C-II drug inventory?
perpetual C-II drug inventory.

erous drugs to be destroyed?

egregated from the pharmacy drug stock?

labels in compliance with OAC 4729-5-16?

lowed when applicable?

ing fax to fax prescriptions manually signed

ation number written or pre-printed on all co

the number of refills or the period of time fo

erile compounding?

medications (non-patient specific) prior to

d by the pharmacy being filed in three separa

od order and are prescriptions being filed in a

ists or supervised pharmacy interns taking tr

eing transferred between pharmacies using
ursuant to 4729-5-24 (B)?

dating prescriptions when required?

rmacist or Qualified Pharmacy Technician pac
the pharmacy?

nicians meet the minimum standards set for

been performed on all pharmacy technicians

background checks available for review?

ered with every prescription?

the patient or caregiver being documented?

(signatu