Do we still have a
GFD Refusal folder?
couldn't find it.

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-17260_00001

WAGMDL01090486

WAG-MDL-02604.00566