# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACK THREE | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### CVS'S ADDITIONAL PROPOSED MODIFICATIONS TO JURY INSTRUCTIONS

CVS proposes the attached additional modification to the jury instructions, based on the Oklahoma Supreme Court's decision today in *State of Oklahoma v. Johnson & Johnson, et al.*, 2021 OK 54 (Okla. Nov. 9, 2021).  In making this submission, CVS is mindful of the Court's admonition not to raise objections the Court already has decided.  CVS preserves, and does not waive, those objections and any other objections it will put on the record before the delivery of the instructions.

Dated:  November 9, 2021

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC  20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: gbush@zucerkman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*