UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ) ) ) ) ) | MDL NO. 2804  CASE NO. 1:17-MD-02804  JUDGE DAN A. POLSTER  **ATTORNEY GEORGE M. MOSCARINO'S MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT AND THIRD-PARTY PLAINTIFF HBC SERVICE COMPANY** |

Pursuant to Northern District of Ohio Local Rule 83.9, Attorney George M. Moscarino of the law firm Moscarino & Treu, LLP, hereby moves this Court for entry of an Order granting him leave to withdraw as co-counsel of record for Defendant and Third-Party Plaintiff HBC Service Company ("HBC") in the above-captioned action. Withdraw is sought with notice to and consent from HBC, and HBC remains represented in this action by legal counsel from Marcus-Shapira, including Robert Barnes, Erin Allen, Scott Livingston, Paul Mannix and Matthew Mazgaj. Therefore, permitting Mr. Moscarino's withdrawal as counsel for HBC will not cause any undue delay in these proceedings or any prejudice to HBC.

Therefore, Mr. Moscarino respectfully requests that the Court grant this Motion and enter an Order permitting his withdrawal as counsel for HBC and removing him from the list of attorneys receiving electronic notices of filings and proceedings in this matter.

Respectfully submitted,

*/s/George M. Moscarino*
GEORGE M. MOSCARINO, ESQ. (0019447)
WILLIAM H. FALIN, ESQ. (0038839)
**MOSCARINO & TREU LLP**
The Hanna Building
1422 Euclid Avenue, Suite 630
Cleveland, Ohio 44115
Telephone: (216) 621-1000
Facsimile: (216) 574-4788
Email: gmoscarino@mosctreu.com
wfalin@mosctreu.com

Counsel for Defendant/Third-Party
HBC Service Company

- 3 -

## **CERTIFICATE OF SERVICE**

The foregoing Motion to Withdraw has been electronically filed this 10th day of November 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *George M. Moscarino*
GEORGE M. MOSCARINO, ESQ.
WILLIAM H. FALIN, ESQ.

Counsel for Defendant