POLSTER, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: National Prescription Opiate Litigation | ) ) ) ) ) ) ) ) ) ) ) | Case No. : 1:17md2804<br><br> ORDER  |

       The Clerk of Court shall provide the jury's lunches during deliberations.

IT IS SO ORDERED.

                                          */s/Dan Aaron Polster 11/15/21*
                                          Dan Aaron Polster
                                          United States District Judge