IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>Case No. 1:18-op-45817-DAP<br><br>COBB COUNTY, GA,<br><br>       Plaintiff,<br><br>vs.<br><br>PURDUE PHARMA, et al.,<br><br>       Defendants. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PLAINTIFF'S MOTION TO STRIKE
DEFENDANTS' THIRD PARTY COMPLAINT**

  COMES now Cobb County, by Counsel, with this Motion to Strike Defendants' Third Party Complaint. Plaintiff moves to strike Defendants' Third Party Complaint against Defendants John and Jane Does 1-5000 (Doc. No. 40).[1] Pursuant to the Track Eight Case Management Order for Cobb County, Georgia, section C(4) (Doc. No. 26), Plaintiff hereby incorporates by reference the similar motion to strike filed in Track 3 (MDL Doc. #3542) and identifies this additional briefing and Order:

- Pharmacy Defendants' Opposition to the Motion (MDL Doc. #3551)
- Plaintiffs' Reply (MDL Doc. No. 3556); and
- the November 18, 2021 Order Granting the Motion to Strike (MDL Doc. No. 3561).

---

[1] All references to "Doc. No. _" refer to the docket entries in Case No. 1:18-op-45817, and all references to "MDL Doc. No. _" refer to the master docket in 1:17-md-2804

**CONCLUSION**

For the reasons stated in the Track 3 Plaintiffs' briefing identified above and in the Order Granting the Motion to Strike in Track 3, Plaintiff's Motion to Strike should be granted.

Dated: November 15, 2021                              Respectfully submitted,

*/s/ Peter J. Mougey*
Peter J. Mougey
Page A. Poerschke
Laura S. Dunning
Jeff R. Gaddy
**LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
pmougey@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
jgaddy@levinlaw.com

*For the PEC*

*/s/ Peter H. Weinberger*
Peter H. Weinberger
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 700
Cleveland, Ohio 44114
Tel.: 216-696-3232
Fax: 216-696-3924
PWeinberger@spanglaw.com

*Co-Liaison Plaintiffs' Counsel*

*/s/ Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
jconroy@simmonsfirm.com

-AND -

Sarah Burns
Jo Anna Pollock
One Court Street
Alton, IL 62002
(618) 259-2222
sburns@simmonsfirm.com
jpollock@simmonsfirm.com

*/s/ Erin K. Dickinson*
Erin K. Dickinson
Charles J. Crueger
Krista K. Baisch
**CRUEGER DICKINSON LLC**
4532 N Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
cjc@cruegerdickinson.com
ekd@cruegerdickinson.com
kkb@cruegerdickinson.com

*Counsel for Cobb County, GA*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on November 15, 2021, I electronically filed the foregoing document and served on counsel of record using the CM/ECF system.

            */s/ Jayne Conroy*
            Jayne Conroy
            SIMMONS HANLY CONROY