Print Form

## MINUTES OF PROCEEDINGS

HONORABLE  Dan A. Polster

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

In Re: National Prescription Opiate Litigation

vs.

Date: 11/15/21
Case No.: 1:17md2804
Court Reporter: Lance Boardman
ECRO:
INTERPRETER:

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Rachel Lanier, Maria Fleming

Counsel for Defendant: Graeme Bush, Eric Delinsky, Sasha Miller, Paul Haynes (CVS), Kaspar Stoffelmayr, Kate Swift, Brian Swanson (Walgreens), Tara Fumerton, John Majoris, TinaTabacchi (Walmart)

☐ Case Management Conference
☐ Status Conference
☐ Final Pretrial Conference
☐ Settlement Conference
☐ Hearing

☐ Telephonic Status/Pretrial Conference
☐ Motion Hearing
☒ Jury Trial
☐ Bench Trial
☐ Other: _____

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☐ Defendant(s) opening statements | |
| ☐ Evidence began; continued | ☐ Evidence continued | ☐ Evidence concluded |
| ☐ Plaintiffs case begun | ☐ Plaintiffs case continued; not concluded | ☐ Concluded |
| ☐ Defendants case begun | ☐ Defendants case continued; not concluded | ☒ Concluded |
| ☐ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☒ Plaintiff(s) final argument | ☒ Defendant(s) final argument | |
| ☒ Charge to the jury | | |
| ☐ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☐ Verdict | | |
| ☒ Exhibits Located: w/jury | ☐ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:

Comments:

s/ Robert Pitts

Courtroom Deputy Clerk

Time: 8 hrs