IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION <br><br> This document relates to: <br> Case No. 1:18-op-45817-DAP <br><br> COBB COUNTY, GA, <br><br> Plaintiff, <br><br> vs. <br><br> PURDUE PHARMA, et al., <br><br> Defendants, <br><br> vs. <br><br> JOHN AND JANE DOES 1-5000, <br><br> Third-Party Defendants. | MDL No. 2804 <br><br> Case No. 17-md-2804 <br><br> Judge Dan Aaron Polster |

**OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE THE KROGER
DEFENDANTS' THIRD-PARTY COMPLAINT**

Defendants and Third-Party Plaintiffs The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II, oppose Plaintiff's Motion to Strike (MDL ECF No. 4154, the "Motion"), incorporate by reference the opposition to plaintiffs' motion to strike in Track 3 (MDL ECF No. 3551), and respectfully submit that the Court erred by striking the third-party complaint in Track 3 (MDL ECF No. 3561).

Dated: November 22, 2021

Respectfully submitted,

**COUNSEL FOR DEFENDANTS AND THIRD PARTY PLAINTIFFS THE KROGER CO., KROGER LIMITED PARTNERSHIP I AND KROGER LIMITED PARTNERSHIP II**

<u>*s/ Ronda L. Harvey*</u>
Ronda L. Harvey (WVSB 6326)
Fazal A. Shere (WVSB 5433)
Ashley Hardesty Odell (WVSB 9380)
Aaron C. Boone (WVSB 9479)
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1701
rharvey@bowlesrice.com
fshere@bowlesrice.com
ahardestyodell@bowlesrice.com
aboone@bowlesrice.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of November 2021, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                               */s/ Ronda L. Harvey*
                                               Ronda L. Harvey

13262536.1