✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern   DISTRICT OF   Ohio

In Re: National Prescription Opiate Litigaiton

## EXHIBIT AND WITNESS LIST

V.

Case Number: 1:17md2804

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dan A. Polster | Mark Lanier, et al | Eric Delinsky, et al |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/4/2021 | Heather Newman | Robert Pitts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | Wtns 9-15 |  |  |  | Kevin Murphy, William Choi, Mark Glickman, Robert Hill, Ken Cook, Demetra Ashley, Lori Militello |
|  | DEF 1666 | 11/5/21 |  | x | Case and Deaton Article |
|  | CVS 3882a | " |  | x | Number of Prescriptions by Medication Type and Distance btwn Patient and Pharmacy |
|  | CVS 3886a | " |  | x | Number of Flagged Prescriptions in Cleveland by Year |
|  | CVS 3887a | " |  | x | Number of Prescriptions by Medication Type and Distance btwn Patient and Prescriber |
|  | CVS 3896a | " |  | x | Number of Prescriptions by Medication Type and Cash Payment |
|  | CVS 4311a | " |  | x | Strength of CVS Prescriptions Flagged by Plaintiffs |
|  | CVS 4313a | " |  | x | Strength of CVS Prescriptions Flagged by Plaintiffs |
|  | CVS 4313b | " |  | x | Strength of CVS Prescriptions Flagged by Plaintiffs |
|  | CVS 4320a | " |  | x | Retroactive Flagging of CVS Prescriptions by Plaintiffs' Expert |
|  | CVS 4328a | " |  | x | DEA Production Limits for Oxycodone and Hydrocodone 2003-2018 |
|  | CVS 4335a | " |  | x | Annual Number of Non-Controlled Prescription Filled at CVS Lake and Trumbull 2006-2019 |
|  | CVS 4337a | " |  | x | Number of Dosage Units on Non-Controlled Dispensing from CVS Pharmacies |
|  | CVS 4339 | " |  | x | Percentage of Non-Controlled and Controlled Dispensing for CVS |
|  | CVS 4340 | " |  | x | Percentage of Non-Controlled and Controlled Dispensing for CVS Lake |
|  | CVS 4341 | " |  | x | Percentage of Non-Controlled and Controlled Dispensing for CVS Trumbull |
|  | CVS 4342a | " |  | x | Prescriptions Dispensed by CVS in Lake and Trumbull 2006-2019 |
|  | CVS 4343a | " |  | x | Prescribers Flagged by Plaintiffs' Expert's Red Flags 2006-2019 |
|  | CVS 4346a | " |  | x | Number of Opioid Prescriptions Filled at CVS 2006-2019 |
|  | CVS 4352a | " |  | x | Number of Opioid Prescriptions in Lake and Trumbull by Pharmacy |
|  | CVS 4363a | " |  | x | Annual MMEs Dispensed by CVS and in Lake and Trumbull |
|  | CVS 4966 | " |  | x | Number and Percentage of Opioid Prescriptions Flagged by Plaintiffs' Expert |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | WMT 1536 | " | | x | Annual Prescriptions Dispensed by Walmart per Capita for Oxycodone and Hydrocodone 2006-2018 |
| | WMT 1539 | " | | x | MME, Dosage Units, and Shares for Pharmacies in Lake and Trumbull 2006-2014 |
| | WMT 1540A | " | | x | Dispenser Share of Dosage Units and MME  Lake and Trumbull 2006-2014 |
| | WMT 1541A | " | | x | Defendant Dispenser Share of Dosage Units and MME Lake and Trumbull 2006-2014 |
| | CVS 4967 | " | | x | Median Total MME per Prescription by Pharmacy Lake and Trumbull 2008-2018 |
| | CVS 4968 | " | | x | Number of Prescriptions Filled at CVS 2006-2019 |
| | WMT 1549 | " | | x | Share of Controlled Substances in All Prescriptions at Walmart Pharmacies at Issue |
| | WMT 1550 | " | | x | Share of Acute Patients and Supply Days of Opioids in any 365 Day Period |
| | WMT 1553 | " | | x | Share of Prescribers with Flagged Prescriptions |
| | WMT 1555 | " | | x | MME, Dosage Units, and Shares of Oxy80 and 30 at Walmart and Independent Pharms |
| | WMT 1577 | " | | x | Total MME Dispensed by Walmart and Flagged by McCann's Red Flag Analysis |
| | WMT 1581 | " | | x | Sample Set of Prescriptions Flagged by Red Flag 9 Because of Methadone |
| | WMT 1582 | " | | x | McCann's Sample Set of Prescriptions Flagged by Red Flag 15 Conbining Long & Short Acting Ops |
| | WMT 1583 | " | | x | Sample set of Prescriptions Patient w/Prior Fill at Same Walmart |
| | WMT 1584 | " | | x | Sample set of Prescriptions Prescriber w/Prior Fill at Same Walmart |
| | WMT 1585 | " | | x | CDC Guidance and Sample Set of Prescriptions Flagged by Red Flag 10 or 11 |
| 01253 | | | | x | DEA Affirmance of Suspension Order |
| 21927 | | | | x | Pg. 12 Year End Performance Review Kenneth Cook |
| 21936 | | | | x | OH 3326 DEA CVS:  Initial Notification of Controlled Substance Theft or Loss 6/8/14 |
| 21937 | | | | x | OH 3326 DEA Details of Controlled Substance  Theft or Loss 6/8/14 |
| 21938 | | | | x | OH 5491 DEA Entry of Drug Loss from CVS Store 1/23/17 |
| | DEF 10875 | | | x | Letter from DEA Regarding Rescheduling of Hydrocodone |
| | CVS 4243 | | | x | Photo of Dr. David Demangone's Ofice |
| | CVS 4385 | | | x | Photo of CVS #3326 |
| | CVS 4387 | | | x | Photo of CVS #3326 |
| | CVS 4400 | | | x | Photo of CVS #5941 |
| | WMT 1343 - 963 | | | x | Walmart Hard Copy Prescription Dr. Donald Lewis |
| | WMT 1343 - 110 | | | x | Walmart Hard Copy Prescription  American Dental Centers |
| | WMT 1343 - 501 | | | x | Walmart Hard Copy Prescription Hospice Patient |

Page _____ of _____ Pages