**Number of Prescriptions by Medication Type and Distance Between Patient and Pharmacy**

| Category | Opioids | | Benzodiazepines and Muscle Relaxers | | Non-Controlled Medications[1] | |
|---|---|---|---|---|---|---|
| | Count | Percentage | Count | Percentage | Count | Percentage |
| <= 25 Miles | 682,112 | 97.4% | 146,935 | 98.2% | 12,552,384 | 97.8% |

*Source: PRODUCTION_Ohio_T3_All_Other.txt and CVS Flagged Prescriptions - 43 Flags.csv.*

*Notes: (1) Filtered to prescriptions with "DRUG_DEA" equal to zero.*

**DEFENDANT'S EXHIBIT**

**CVS-MDL-03882a**