**Number of Flagged Prescriptions for Prescribers in Cleveland by Year - CVS**

| Year | Flagged Prescriptions | Total Flagged Prescriptions | % in Cleveland |
|---|---:|---:|---:|
| 2006 | 704 | 1,575 | 44.70% |
| 2007 | 795 | 1,847 | 43.04% |
| 2008 | 809 | 1,945 | 41.59% |
| 2009 | 803 | 1,912 | 42.00% |
| 2010 | 1,434 | 3,903 | 36.74% |
| 2011 | 1,804 | 5,552 | 32.49% |
| 2012 | 1,968 | 6,088 | 32.33% |
| 2013 | 1,969 | 6,235 | 31.58% |
| 2014 | 1,926 | 5,392 | 35.72% |
| 2015 | 1,851 | 4,854 | 38.13% |
| 2016 | 1,649 | 4,518 | 36.50% |
| 2017 | 1,151 | 3,976 | 28.95% |
| 2018 | 787 | 3,488 | 22.56% |
| 2019 | 650 | 2,535 | 25.64% |
| **Total** | **18,300** | **53,820** | **34.00%** |

*Source: CVS Flagged Prescriptions - 43 Flags.csv.*

*Note: Identified prescribers in Cleveland by filtering for prescriber_postal_code beginning with 441.*



DEFENDANT'S EXHIBIT
CVS-MDL-03886a