**Number of Prescriptions by Medication Type and Distance Between Patient and Prescriber**

| Category | Opioids | | Benzodiazepines and Muscle Relaxers | | Non-Controlled Medications[1] | |
|---|---|---|---|---|---|---|
| | Count | Percentage | Count | Percentage | Count | Percentage |
| <= 25 Miles | 601,732 | 86.4% | 132,336 | 88.8% | 11,409,703 | 89.8% |

*Source: PRODUCTION_Ohio_T3_All_Other.txt and CVS Flagged Prescriptions - 43 Flags.csv.*

*Notes: (1) Filtered to prescriptions with "DRUG_DEA" equal to zero.*

**DEFENDANT'S EXHIBIT**

**CVS-MDL-03887a**