**Number of Prescriptions by Medication Type and Cash Payment Type**

| Category | Opioids | | Benzodiazepines and Muscle Relaxers | | Non-Controlled Medications[1] | |
|---|---|---|---|---|---|---|
| | Count | Percentage | Count | Percentage | Count | Percentage |
| Cash | 31,275 | 4.5% | 7,300 | 4.9% | 413,156 | 3.2% |
| Cash Discount | 16,644 | 2.4% | 4,788 | 3.2% | 242,394 | 1.9% |

*Source: PRODUCTION_Ohio_T3_All_Other.txt and CVS Flagged Prescriptions - 43 Flags.csv.*

*Notes: (1) Filtered to prescriptions with "DRUG_DEA" equal to zero.*

**DEFENDANT'S EXHIBIT**

**CVS-MDL-03896a**