**Strength of CVS Prescriptions Flagged by Plaintiffs**

| Red Flag | Flagged Prescriptions | Flagged Opioid Prescriptions | Equal to or Below CDC's 50 MMEs Guideline Count | Percent | Equal to or Below Plaintiffs' MME Guidelines Count | Percent |
|---|---|---|---|---|---|---|
| 1 | 7,210 | 7,210 | 4,182 | 58.0% | 6,908 | 95.8% |
| 2 | 53,820 | 53,820 | 38,542 | 71.6% | 52,627 | 97.8% |
| 3 | 21,929 | 21,929 | 14,751 | 67.3% | 21,429 | 97.7% |
| 4 | 10,682 | 10,682 | 6,658 | 62.3% | 10,325 | 96.7% |
| 5 | 22,885 | 12,411 | 8,026 | 64.7% | 11,911 | 96.0% |
| 6 | 6,120 | 2,297 | 1,552 | 67.6% | 2,230 | 97.1% |
| 7 | 84,777 | 56,970 | 39,672 | 69.6% | 55,364 | 97.2% |
| 8 | 52,525 | 27,262 | 20,040 | 73.5% | 26,644 | 97.7% |
| 9 | 5,158 | 5,158 | 2,895 | 56.1% | 4,866 | 94.3% |
| 12 | 11,786 | 11,786 | 7,754 | 65.8% | 11,772 | 99.9% |
| 13 | 7,845 | 7,845 | 4,590 | 58.5% | 7,835 | 99.9% |
| 14 | 2,508 | 2,508 | 2,209 | 88.1% | 2,494 | 99.4% |
| 15 | 45,571 | 45,571 | 25,680 | 56.4% | 42,873 | 94.1% |
| 16 | 12,043 | 12,043 | 8,777 | 72.9% | 11,448 | 95.1% |
| Any | 175,254 | 141,651 | 98,071 | 69.2% | 137,263 | 96.9% |

*Source: CVS Flagged Prescriptions - 43 Flags.csv.*



DEFENDANT'S EXHIBIT

CVS-MDL-04311a