**CONFIDENTIAL - Subject to Protective Order**



Strength of CVS Prescriptions Flagged by Plaintiffs

Equal to or Below CDC's 50 MME Guideline

*Source: CVS Flagged Prescriptions - 43 Flags.csv.*



DEFENDANT'S EXHIBIT
CVS-MDL-04313b

CVS-MDL-04313b.00001