CONFIDENTIAL - Subject to Protective Order

**Retroactive Flagging of CVS Prescriptions by Plaintiffs' Expert**

|  | Flagged Prescriptions | Retroactively Flagged | Percentage |
|---|---|---|---|
| Red Flag 3: Patient was dispensed opioid prescriptions with overlapping days of supply that were written by two or more prescribers | 21,929 | 7,205 | 32.9% |
| Red Flag 4: Patient was dispensed opioid prescriptions with overlapping days of supply at two or more pharmacies. | 10,682 | 3,281 | 30.7% |
| Red Flag 15: A patient was dispensed more than 210 "days of supply" of all opioids combined in a 6-month period | 45,571 | 13,582 | 29.8% |

*Source: CVS Flagged Prescriptions - 43 Flags.csv.*

**DEFENDANT'S EXHIBIT**

**CVS-MDL-04320a**