

DEA Production Limits for Oxycodone and Hydrocodone 2003-2018

Source: *DEA Production Quotas.*

DEFENDANT'S EXHIBIT
**CVS-MDL-04328a**

CVS-MDL-04328a.00001