CONFIDENTIAL - Subject to Protective Order

**Number of Dosage Units of Non-Controlled Dispensing from CVS Pharmacies**

| Year | Lake & Trumbull Counties |
|---|---|
| 2006 | 41,740,288 |
| 2007 | 40,914,013 |
| 2008 | 40,839,871 |
| 2009 | 46,105,511 |
| 2010 | 47,764,749 |
| 2011 | 50,393,652 |
| 2012 | 56,799,501 |
| 2013 | 58,944,352 |
| 2014 | 61,233,547 |
| 2015 | 65,142,588 |
| 2016 | 69,911,019 |
| 2017 | 72,537,930 |
| 2018 | 82,573,743 |
| 2019 | 80,223,157 |
| **Total** | **815,123,921** |
| **Average Population** | 439,668 |
| **Annual Non-Controlled Substances D.U. per Capita** | 132.43 |
| **Dr. McCann's Annual Oxycodone and Hydrocodone D.U. per Capita** | 6.38 |

*Source: PRODUCTION_Ohio_T3_All_Other.txt and Dr. McCann's 1006 Summaries - Exhibit A.*

**DEFENDANT'S EXHIBIT**

**CVS-MDL-04337a**