

**CONFIDENTIAL - Subject to Protective Order**

**Percentage of Prescriptions of Non-Controlled and Controlled Dispensing from CVS Pharmacies**

|  | Prescriptions | | Dosage Units | |
|---|---|---|---|---|
|  | Controlled | Non-Controlled | Controlled | Non-Controlled |
| Lake County | 12.5% | 87.5% | 12.1% | 87.9% |
| Trumbull County | 13.2% | 86.8% | 13.1% | 86.9% |
| Lake & Trumbull County | 12.7% | 87.3% | 12.4% | 87.6% |

*Source: PRODUCTION_Ohio_T3_All_Other.txt and CVS Flagged Prescriptions - 43 Flags.csv.*