

DEFENDANT'S EXHIBIT
CVS-MDL-04340

**CONFIDENTIAL - Subject to Protective Order**

### Percentage of Non-Controlled Dispensing and Controlled Dispensing from CVS Pharmacies
### Lake County
### 2006-2019

| Store Number | Street Address | Prescriptions | | Dosage Units | |
| --- | --- | --- | --- | --- | --- |
| | | Controlled | Non-Controlled | Controlled | Non-Controlled |
| 3326 | 9040 MENTOR AVE | 11.7% | 88.3% | 11.2% | 88.8% |
| 3356 | 265 EAST ERIE ST., | 13.0% | 87.0% | 12.8% | 87.2% |
| 4327 | 1506 MENTOR AVE | 13.5% | 86.5% | 13.8% | 86.2% |
| 4348 | 28700 CHARDON RD | 9.4% | 90.6% | 8.2% | 91.8% |
| 4351 | 6005 SOM CENTER RD. | 13.2% | 86.8% | 12.6% | 87.4% |
| 5941 | 1890 N RIDGE RD | 12.3% | 87.7% | 12.0% | 88.0% |
| 7686 | 7301 LAKESHORE BOULEVARD | 13.5% | 86.5% | 13.2% | 86.8% |
| 16484 | 36195 EUCLID AVE | 8.9% | 91.1% | 8.3% | 91.7% |
| 17388 | 9669 MENTOR AVE | 8.0% | 92.0% | 6.6% | 93.4% |

*Source: PRODUCTION_Ohio_T3_All_Other.txt and CVS Flagged Prescriptions - 43 Flags.csv.*