

DEFENDANT'S EXHIBIT
CVS-MDL-04341

**CONFIDENTIAL - Subject to Protective Order**

### Percentage of Non-Controlled Dispensing and Controlled Dispensing from CVS Pharmacies
### Trumbull County
### 2006-2019

| Store Number | Street Address | Prescriptions | | Dosage Units | |
| --- | --- | --- | --- | --- | --- |
| | | Controlled | Non-Controlled | Controlled | Non-Controlled |
| 2486 | 1331 YOUNGSTOWN-WARREN RD | 12.3% | 87.7% | 12.2% | 87.8% |
| 3044 | 134 YOUNGSTOWN HUBBARD RD. | 11.0% | 89.0% | 11.4% | 88.6% |
| 3304 | 3933 PARKMAN ROAD NW | 14.4% | 85.6% | 14.7% | 85.3% |
| 3305 | 3406 ELM ROAD NE | 14.1% | 85.9% | 14.3% | 85.7% |
| 4606 | 620 E MARKET ST | 15.0% | 85.0% | 13.8% | 86.2% |
| 16644 | 5555 YOUNGSTOWN WARREN RD | 9.8% | 90.2% | 10.6% | 89.4% |

*Source: PRODUCTION_Ohio_T3_All_Other.txt and CVS Flagged Prescriptions - 43 Flags.csv.*