CONFIDENTIAL - Subject to Protective Order



**Prescribers Flagged by Plaintiffs' Expert's Red Flags
2006-2019**

Flagged Prescribers
7,099
37%

Unflagged Prescribers
12,305
63%

*Source: CVS Flagged Prescriptions - 43 Flags.csv.*

CVS-MDL-04343a.00001



DEFENDANT'S EXHIBIT
CVS-MDL-04343a