

CVS-MDL-04346a.00001