**Number of Opioid Prescriptions in Lake and Trumbull Counties by Pharmacy**

| Year | CVS | Other Defendants | Non-Defendant Giant Eagle | Non-Defendant Rite Aid | Other Non-Defendants | Total |
|---|---|---|---|---|---|---|
| 2008 | 49,811 | 69,655 | 48,116 | 58,075 | 78,555 | 304,212 |
| 2009 | 55,275 | 80,740 | 52,993 | 60,407 | 78,836 | 328,251 |
| 2010 | 56,950 | 87,583 | 59,264 | 59,787 | 104,870 | 368,454 |
| 2011 | 58,483 | 92,618 | 65,264 | 62,516 | 128,528 | 407,409 |
| 2012 | 63,913 | 82,861 | 66,513 | 63,996 | 117,316 | 394,599 |
| 2013 | 63,085 | 81,198 | 56,565 | 63,310 | 83,152 | 347,310 |
| 2014 | 57,671 | 82,098 | 55,739 | 63,377 | 75,062 | 333,947 |
| 2015 | 48,273 | 86,742 | 49,204 | 59,059 | 66,642 | 309,920 |
| 2016 | 45,888 | 83,967 | 43,311 | 53,389 | 55,130 | 281,685 |
| 2017 | 37,398 | 73,420 | 36,240 | 45,519 | 50,733 | 243,310 |
| 2018 | 33,782 | 55,733 | 31,976 | 39,069 | 42,191 | 202,751 |
| **2008-2018** | **570,529** | **876,615** | **565,185** | **628,504** | **881,015** | **3,521,848** |

*Source: OARRS Dispensing Data.*

**DEFENDANT'S EXHIBIT**
**CVS-MDL-04352a**