Case: 1:17-md-02804-DAP  Doc #: 4169-18  Filed: 11/22/21  1 of 1.  PageID #: 555727
CONFIDENTIAL - Subject to Protective Order

**Annual MMEs Dispensed by CVS and Percentage of Annual Total MMEs Dispensed in Lake and Trumbull Counties**

| Year | CVS | All Pharmacies | CVS % of Total |
|---|---|---|---|
| 2008 | 34,874,747 | 352,630,570 | 9.9% |
| 2009 | 42,833,761 | 364,983,463 | 11.7% |
| 2010 | 47,605,977 | 409,397,457 | 11.6% |
| 2011 | 49,946,958 | 441,089,162 | 11.3% |
| 2012 | 53,030,326 | 424,797,296 | 12.5% |
| 2013 | 51,483,462 | 388,032,946 | 13.3% |
| 2014 | 45,168,970 | 352,294,033 | 12.8% |
| 2015 | 37,331,814 | 326,073,134 | 11.4% |
| 2016 | 35,367,642 | 287,036,209 | 12.3% |
| 2017 | 28,394,068 | 243,445,671 | 11.7% |
| 2018 | 23,553,822 | 191,670,774 | 12.3% |
| **2008-2018** | **449,591,547** | **3,781,450,716** | **11.9%** |

*Source: OARRS Dispensing Data*

DEFENDANT'S EXHIBIT
CVS-MDL-04363a

CVS-MDL-04363a.00001