**Number and Percentage of Opioid Prescriptions Flagged by Plaintiffs' Experts for Patients in Lake and Trumbull Counties**

| Lake County Pharmacies | | | | Trumbull County Pharmacies | | | |
|---|---|---|---|---|---|---|---|
| Patient County | State | Number | Percentage | Patient County | State | Number | Percentage |
| Lake | OH | 78,229 | 85.9% | Trumbull | OH | 46,958 | 92.8% |

*Source: CVS Flagged Prescriptions - 43 Flags.csv.*

DEFENDANT'S EXHIBIT

CVS-MDL-04966

CVS-MDL-04966.00001