

Median Total MME per Prescription by Pharmacy
Lake and Trumbull Counties
2008-2018

Source: OARRS Dispensing Data.
Notes: Restricted to Schedule II opioids. Specialty pharmacies are removed. Pharmacies with less than 1,000 prescriptions are removed.



DEFENDANT'S EXHIBIT
CVS-MDL-04967

CVS-MDL-04967.00001