**CONFIDENTIAL - Subject to Protective Order**

