# Annual Prescriptions Dispensed by Walmart Per Capita for Oxycodone and Hydrocodone
## 1/1/06 – 3/31/18

| County | Population | Oxycodone | | Hydrocodone | | Oxycodone and Hydrocodone | |
|---|---|---|---|---|---|---|---|
| | | Total Prescriptions | Annual Prescriptions Per Capita | Total Prescriptions | Annual Prescriptions Per Capita | Total Prescriptions | Annual Prescriptions Per Capita |
| Lake | 229,550 | 64,136 | 0.023 | 73,406 | 0.026 | 137,542 | 0.049 |
| Trumbull | 210,118 | 20,951 | 0.008 | 53,357 | 0.021 | 74,308 | 0.029 |
| **Lake/Trumbull** | **439,668** | **85,087** | **0.016** | **126,763** | **0.024** | **211,850** | **0.039** |

Source: Expert Report of Craig J. McCann, Ph.D., with Backup Materials, April 16, 2021; Plaintiffs' Omnibus Motion in Limine and Memorandum in Support, *IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION*, August 12, 2021.

Note:
Calculated using Walmart's dispensing data from 2006 to March 2018.  Annual prescriptions per capita is the total number of prescriptions divided by the population and then divided by 12.25, because the total number of prescriptions is over 12.25 years (2006 to March 2018).  McCann's calculation of population is used for the purposes of this summary.



WMT-MDL-01536

CONFIDENTIAL

WMT-MDL-01536.00001

# Annual Prescriptions Dispensed by Walmart Per Capita
# for Oxycodone and Hydrocodone
# 2006 – 2014

| County | Population | Oxycodone Total Prescriptions | Oxycodone Annual Prescriptions Per Capita | Hydrocodone Total Prescriptions | Hydrocodone Annual Prescriptions Per Capita | Oxycodone and Hydrocodone Total Prescriptions | Oxycodone and Hydrocodone Annual Prescriptions Per Capita |
|---|---|---|---|---|---|---|---|
| Lake | 229,550 | 45,392 | 0.022 | 59,275 | 0.029 | 104,667 | 0.051 |
| Trumbull | 210,118 | 10,493 | 0.006 | 37,939 | 0.020 | 48,432 | 0.026 |
| **Lake/Trumbull** | **439,668** | **55,885** | **0.014** | **97,214** | **0.025** | **153,099** | **0.039** |

Source: Expert Report of Craig J. McCann, Ph.D., with Backup Materials, April 16, 2021; Plaintiffs' Omnibus Motion in Limine and Memorandum in Support, *IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION*, August 12, 2021.

Note:
Calculated using Walmart's dispensing data from 2006 to 2014.  Annual prescriptions per capita is the total number of prescriptions divided by the population and then divided by nine, because the total number of prescriptions is over nine years (2006 to 2014).  McCann's calculation of population is used for the purposes of this summary.

CONFIDENTIAL

WMT-MDL-01536.00002