# MME, Dosage Units, and Shares for Pharmacies in Lake and Trumbull Counties[1]
## 2006 – 2014

|  | Total MME | | Total Dosage Units | |
|---|---|---|---|---|
|  | **Total** | **Share** | **Total** | **Share** |
| Walmart Pharmacy 10-1863 | 36,084,271 | 1.14% | 3,581,333 | 1.62% |
| Walmart Pharmacy 10-3608 | 25,438,734 | 0.81% | 1,996,647 | 0.91% |
| Walmart Pharmacy 10-2197 | 18,363,825 | 0.58% | 2,468,550 | 1.12% |
| Walmart Pharmacy 10-1857 | 13,371,965 | 0.42% | 1,595,315 | 0.72% |
| Walmart Pharmacy 10-3860 | 6,146,268 | 0.19% | 738,730 | 0.33% |
| **Walmart Pharmacies** | **99,405,062** | **3.15%**[2] | **10,380,575** | **4.71%** |
| **Independent Pharmacies** | | | | |
| Franklin Pharmacy & Health Care | 241,341,833 | 7.65% | 9,555,527 | 4.33% |
| Overholt's Champion Pharmacy, Inc | 176,460,522 | 5.59% | 6,532,761 | 2.96% |
| Bellevue Medicine Shoppe Inc | 101,941,662 | 3.23% | 5,242,921 | 2.38% |

Source: Expert Report of Craig J. McCann, Ph.D., with Backup Materials, April 16, 2021

Note:
[1] MME, dosage units, and shares are calculated using ARCOS data (CT3_processed). The following drugs are included: morphine, oxymorphone, oxycodone, hydrocodone, fentanyl, hydromorphone, codeine, powdered opium, meperidine, dihydrocodeine, levorphanol and tapentadol. Both Overholt's Champion Pharmacy, Inc and Bellevue Medicine Shoppe Inc are no longer in operation in Trumbull County.

[2] The share of MME is calculated by dividing the total MME for all five Walmart stores (99,405,062) by the total MME for the included drugs for Lake and Trumbull counties. The same applies to the share of dosage units. If one adds the rounded MME shares displayed for each of the five Walmart stores, then the sum is 3.14%.



WMT-MDL-01539

CONFIDENTIAL

WMT-MDL-01539.00001

## MME, Dosage Units, and Shares for Pharmacies in Trumbull County[1]
## 2006 – 2014

|  | Total MME | | Total Dosage Units | |
|---|---|---|---|---|
|  | Total | Share | Total | Share |
| Walmart Pharmacy 10-2197 | 18,363,825 | 0.94% | 2,468,550 | 1.97% |
| Walmart Pharmacy 10-3860 | 6,146,268 | 0.32% | 738,730 | 0.59% |
| **Walmart Pharmacies** | **24,510,093** | **1.26%** | **3,207,280** | **2.56%** |
| **Independent Pharmacies** | | | | |
| Franklin Pharmacy & Health Care | 241,341,833 | 12.40% | 9,555,527 | 7.62% |
| Overholt's Champion Pharmacy, Inc | 176,460,522 | 9.06% | 6,532,761 | 5.21% |
| Bellevue Medicine Shoppe Inc | 101,941,662 | 5.24% | 5,242,921 | 4.18% |

Source: Expert Report of Craig J. McCann, Ph.D., with Backup Materials, April 16, 2021

Note:
[1] MME, dosage units, and shares are calculated using ARCOS data (CT3_processed.csv). The following drugs are included: morphine, oxymorphone, oxycodone, hydrocodone, fentanyl, hydromorphone, codeine, powdered opium, meperidine, dihydrocodeine, levorphanol and tapentadol. Both Overholt's Champion Pharmacy, Inc and Bellevue Medicine Shoppe Inc are no longer in operation in Trumbull County. The share of MME (dosage units) is calculated by dividing the total MME (dosage units) for three two Walmart stores by the total MME (dosage units) for the included drugs for Trumbull county.

CONFIDENTIAL

WMT-MDL-01539.00002

## MME, Dosage Units, and Shares for Pharmacies in Lake County[1]
### 2006 – 2014

|  | Total MME | | Total Dosage Units | |
|---|---|---|---|---|
|  | Total | Share | Total | Share |
| Walmart Pharmacy 10-1863 | 36,084,271 | 2.99% | 3,581,333 | 3.76% |
| Walmart Pharmacy 10-3608 | 25,438,734 | 2.10% | 1,996,647 | 2.10% |
| Walmart Pharmacy 10-1857 | 13,371,965 | 1.11% | 1,595,315 | 1.68% |
| **Walmart Pharmacies** | **74,894,969** | **6.20%** | **7,173,295** | **7.54%** |

Source: Expert Report of Craig J. McCann, Ph.D., with Backup Materials, April 16, 2021

Note:
[1] MME, dosage units, and shares are calculated using ARCOS data (CT3_processed.csv). The following drugs are included: morphine, oxymorphone, oxycodone, hydrocodone, fentanyl, hydromorphone, codeine, powdered opium, meperidine, dihydrocodeine, levorphanol and tapentadol. The share of MME (dosage units) is calculated by dividing the total MME (dosage units) for three two Walmart stores by the total MME (dosage units) for the included drugs for Lake county.

CONFIDENTIAL

WMT-MDL-01539.00003