## Share of Acute Patients and Supply Days of Opioids in Any 365 Day Period[1]

|  | Acute Patients | Supply Days in Any 365 Day Period | | | | |
|---|---|---|---|---|---|---|
|  |  | 1 to 7 Days | 8 to 14 Days | 15 to 30 Days | 31 to 42 Days | > 42 Days |
| All Patients | 82.6% | 49.9% | 14.4% | 15.5% | 2.8% | 17.4% |
| Patients with Flagged Prescriptions | 50.2% | 20.4% | 10.8% | 14.1% | 4.9% | 49.8% |

Source: McCann Backup

Note:
[1] Calculated using Walmart dispensing data which ranges from January 2, 2006, to April 25, 2018. A patient is classified as acute if their supply of opioids did not exceed 6 weeks in any given 365-day period. The supply days in any 365-day period is the largest number of supply days of opioids observed in any 365-day period for a patient. A patient is classified as having a flagged prescription if the patient fills a prescription flagged by Dr. McCann in the Second Supplemental McCann Report.



WMT-MDL-01550

CONFIDENTIAL