## Share of Prescribers with Flagged Prescriptions

| All Prescribers | Prescribers with Flagged Prescriptions | |
|---|---|---|
| | Total | Share |
| 10,759 | 3,587 | 33.3% |

Source: McCann Backup

Note:
[1] Prescribers are identified using the "presc_id" constructed by Dr. McCann and considered flagged if a patient received a prescription from the prescriber that is flagged in the Second Supplemental McCann Report.



WMT-MDL-01553

CONFIDENTIAL

WMT-MDL-01553.00001