# MME, Dosage Units, and Shares for Oxy80 and Oxy30 at Walmart and the Largest Independent Pharmacies in Lake and Trumbull Counties[1]
## 2006 – 2014

|  | Oxy80 | | | Oxy30 | | |
|---|---|---|---|---|---|---|
|  | MME | Dosage Units | Share | MME | Dosage Units | Share |
| Walmart Pharmacy 10-1863 | 828,366 | 7,700 | 0.3% | 1,516,878 | 37,600 | 0.5% |
| Walmart Pharmacy 10-3608 | 344,256 | 3,200 | 0.1% | 3,150,749 | 78,100 | 1.0% |
| Walmart Pharmacy 10-2197 | 462,594 | 4,300 | 0.2% | 314,672 | 7,800 | 0.1% |
| Walmart Pharmacy 10-1857 | 978,978 | 9,100 | 0.3% | 641,446 | 15,900 | 0.2% |
| Walmart Pharmacy 10-3860 | 182,886 | 1,700 | 0.1% | 346,946 | 8,600 | 0.1% |
| **Walmart Pharmacies** | 2,797,080 | 26,000 | 1.0% | 5,970,690 | 148,000 | 1.9% |
| **Independent Pharmacies** | | | | | | |
| Franklin Pharmacy & Health Care | 48,809,046 | 453,700 | 17.3% | 56,423,021 | 1,398,600 | 17.6% |
| Overholt's Champion Pharmacy, Inc | 57,174,467 | 531,460 | 20.3% | 31,527,664 | 781,500 | 9.8% |
| Bellevue Medicine Shoppe Inc | 12,038,202 | 111,900 | 4.3% | 27,904,907 | 691,700 | 8.7% |

Source: McCann Backup

Note:
[1] MME, dosage units, and shares are calculated using ARCOS data. Both Overholt's Champion Pharmacy, Inc and Bellevue Medicine Shoppe Inc are no longer in operation in Trumbull County. Calculating Oxy80 and Oxy30 shares by MME results in the same value as by dosage units, because restricting to a dosage strength of 30 or 80 for oxycodone means MME is a constant number times dosage units.



**WMT-MDL-01555**

CONFIDENTIAL