## Total MME Dispensed by Walmart and Flagged by McCann's Red Flag Analysis Accounts for, At Most, 0.9% of the Total MME Distributed in Lake County and Trumbull County[1]
### 2006–2014

| Total Opioid MME Dispensed by Walmart and Flagged by McCann's Red Flag Analysis | Total Opioid MME Distributed to Dispensers in Lake County and Trumbull County[2] | Share |
|---|---|---|
| 33,326,239 | 3,554,934,867 | 0.9% |

Source: Expert Report of Craig J. McCann, Ph.D., Appendix 7 Page 5, April 16, 2021; Expert Report of Craig J. McCann, Ph.D., Appendix 14 Page 78, May 20, 2021

Note:
[1] Table shows the number of total MME of Walmart's opioid prescriptions flagged by McCann's red flag analysis and its share of total opioid MME distributed to dispensers in Lake County and Trumbull County.
[2] Total Opioid MME distributed to dispensers of the following drugs: oxycodone, hydrocodone, morphine, hydromorphone, methadone, tapentadol, oxymorphone, and fentanyl.



WMT-MDL-01577