## 58.7% of Sample Set Prescriptions Flagged by Red Flag 9 Are Flagged because of Methadone[1][2]

| Sample Set | | |
|---|---|---|
| Total Prescriptions Flagged by Red Flag 9 | Total Prescriptions Flagged by Red Flag 9 Due to Methadone | Share of Prescriptions Flagged by Red Flag 9 |
| 63 | 37 | 58.7% |

| Full Set | | |
|---|---|---|
| Total Prescriptions Flagged by Red Flag 9 | Total Prescriptions Flagged by Red Flag 9 Due to Methadone | Share of Prescriptions Flagged by Red Flag 9 |
| 1,981 | 955 | 48.2% |

Source:  Sample Walmart Dispensing Data; Full Walmart Dispensing Data

Note:
[1] Table shows the share of total prescriptions in both the sample set and the full set that were flagged by red flag 9 solely due to the presence of methadone in one or more of the flagged transactions for that date.
[2] McCann's red flag 9 is as follows: A patient was dispensed two short acting opioid drugs on the same day.



WMT-MDL-01581

WMT-MDL-01581.00001

CONFIDENTIAL