## McCann Flagged 54.6% of Sample Set Prescriptions With Red Flag 15 By Combining Both Short Acting and Long Acting Opioids[1][2]

| Sample Set | | |
|---|---|---|
| Total Prescriptions Flagged by Red Flag 15 | Flagged Prescriptions that Are Flagged as Part of a Group of Prescriptions that Includes a Short Acting and a Long Acting Opioid | Share of All Flagged Prescriptions |
| 403 | 220 | 54.6% |

| Full Set | | |
|---|---|---|
| Total Prescriptions Flagged by Red Flag 15 | Flagged Prescriptions that Are Flagged as Part of a Group of Prescriptions that Includes a Short Acting and a Long Acting Opioid | Share of All Flagged Prescriptions |
| 12,094 | 6,613 | 54.7% |

Source: Sample Walmart Dispensing Data; Full Walmart Dispensing Data

Note:
[1] Table shows the number and share of prescriptions flagged by Red Flag 15 that summed days of supply from both Short Acting and Long Acting opioids.
[2] McCann's Red Flag 15 is as follows: A patient was dispensed more than 210 "days of supply" of all opioids combined in a 6-month period.

CONFIDENTIAL

WMT-MDL-01582
WMT-MDL-01582.00001