# At Least 93.6% of Sample Set Prescriptions Involved a Patient with a Prior Fill at the Same Walmart Store[1][2]

| Sample Set | | |
|---|---|---|
| **Total Prescriptions in Sample Set** | **Prescriptions with Prior Fill** | **Share of Total Prescriptions** |
| 1,800 | 1,684 | 93.6% |

| Full Set of Flagged Prescriptions[3] | | |
|---|---|---|
| **Flagged Prescriptions in Full Set** | **Flagged Prescriptions with Prior Fill** | **Share of Flagged Prescriptions** |
| 49,243 | 44,884 | 91.1% |

Source:  Sample Walmart Dispensing Data; Full Walmart Dispensing Data

Note:
[1] Table shows the number and share of prescriptions for which patients had a prior fill at the same store in the Sample Walmart Dispensing Data and the flagged Full Walmart Dispensing Data.
[2] A prior fill is defined as having previously filled a prescription at an earlier date.  A prior fill is identified using the fill_date variable in the Sample Walmart Dispensing Data and in the Full Walmart Dispensing Data.
[3] Flagged prescriptions are those that are flagged by at least one of McCann's Red Flags.

CONFIDENTIAL



WMT-MDL-01583

WMT-MDL-01583.00001