## 94.6% of Sample Set Prescriptions Involved a Prescriber with a Prior Fill at the Same Walmart Store[1][2]

| Sample Set | | |
| --- | --- | --- |
| **Total Prescriptions in Sample Set** | **Prescriptions with Prior Fill** | **Share of Total Prescriptions[3]** |
| 1,800 | 1,702 | 94.6% |

| Full Set of Flagged Prescriptions[4] | | |
| --- | --- | --- |
| **Flagged Prescriptions in Full Set** | **Flagged Prescriptions with Prior Fill** | **Share of Flagged Prescriptions[3]** |
| 49,243 | 46,615 | 94.7% |

Source: Sample Walmart Dispensing Data; Full Walmart Dispensing Data

Note:
[1] Table shows the number and share of prescriptions for which prescribers had a prior fill at the same store in the Sample Walmart Dispensing Data and in the Full Walmart Dispensing Data.
[2] A prior fill is defined as having previously filled a prescription at an earlier date. A prior prescription is identified using the fill_date variable in the Sample Walmart Dispensing Data as well as in the Full Walmart Dispensing Data.
[3] Total share is out of 1,800 total prescriptions in the Sample Walmart Dispensing Data and 49,243 flagged prescriptions in the Full Walmart Dispensing Data. Prescriptions with missing values for presc_id were not included in the numerator but were included in the denominator.
[4] Flagged prescriptions are those that are flagged by at least one of McCann's Red Flags.



WMT-MDL-01584

CONFIDENTIAL

WMT-MDL-01584.00001