## Applying CDC Guidance on Prescribing Removes 95.3% of Sample Set Prescriptions Flagged by Red Flags 10 or 11[1][2][3]

| Sample Set | | |
|---|---|---|
| Total Prescriptions Flagged by Red Flags 10 or 11 | Prescriptions Not Flagged After Applying CDC Guidance | Share of Prescriptions Flagged by Red Flags 10 or 11[4] |
| 43 | 41 | 95.3% |

| Full Set | | |
|---|---|---|
| Total Prescriptions Flagged by Red Flags 10 or 11 | Prescriptions Not Flagged After Applying CDC Guidance | Share of Prescriptions Flagged by Red Flags 10 or 11[4] |
| 1,012 | 983 | 97.1% |

Source: Sample Walmart Dispensing Data; Full Walmart Dispensing Data

Note:
[1] Table shows the number and share of prescriptions flagged by Red Flags 10 or 11 that were written by prescribers on or before March 18, 2016, or written by prescribers after March 18, 2016, either by a non-primary care prescriber or for an acute patient. Patients are defined as acute if their supply of opioids did not exceed six weeks in any 365-day period.
[2] McCann's Red Flag 10 is as follows: Patient was dispensed an opioid prescription of over 200 MME per day before 2018 or over 50 MME per day after January 1, 2018. McCann's Red Flag 11 is as follows: Patient was dispensed an opioid prescription of over 200 MME per day before 2018 or over 90 MME per day after January 1, 2018.
[3] Primary care doctors are defined as those with a prescriber_specialty identified as one of the following: Family Practice; Internal Medicine; General Practice; Geriatric Medicine-Family Practice; General Practice, Physicians Assistant; Family Practice, Nurse Practitioner, Pediatrics; General Practice and Nursing – General.
[4] Share is out of all 43 prescriptions in the Sample Walmart Dispensing Data and 1,012 prescriptions in the Full Walmart Dispensing Data subject to Red Flags 10 or 11. Prescriptions with missing values for prescriber_specialty are assumed to have been written by a primary care doctor.



WMT-MDL-01585

WMT-MDL-01585.00001