## Year End Summary

### Annual Performance Rating

ME – Meets Expectations

Overall Comments

### Colleague Comments

Like I mentioned before, I think our score shows a NI score, but I believe I should be a ME for the effort I put in all year to make sure the store stayed strong. At times, I had to really coach my "partner" who would have real challenges with the blue chips like flu shots and wait times for narcotics specifically, but I was able to hold the team together throughout all this and make sure we did not go off track from the CVS mission statement.

### Manager Comments

Under Kenny's leadership, 5941 was able to meet expectations in key areas of inventory control, customer service and weCare workflow in 2016. Without a partner for the majority of the year, Kenny was also able to maintain a high level of engagement in his store. Every visit at 5941, I am reminded by his team how much they value Kenny as a leader. It's a great feeling to know that Kenny takes care of his team and treats them with the genuine care that we talk about every day.

MyPatientCare remains the biggest opportunity at 5941. With Kenny as the leader and the consistent results that are being delivered in other aspects of the business, the expectation in 2017 is that 5941 meets MyPatientCare target of 79. Our purpose is to help people on their path to better health. What better of a way to do this than through our  patient care program. I know 5941 will win in 2017!!!!

PLAINTIFFS TRIAL
EXHIBIT
**P-21927-A**

**Highly Confidential**

CVS-MDLT3-000195559

P-21927-A _ 00001