| | |
|---|---|
| From: | noreply@qemailserver.com |
| To: | RXRegulatory |
| Sent: | 6/9/2014 3:05:26 PM |
| Subject: | OH 03326 DEA IN (DOL:06/08/2014) CVS/Pharmacy: Initial Notification of Controlled Substance Theft or Potentially Significant Loss |

## CVS/PHARMACY

## INITIAL NOTIFICATION OF CONTROLLED SUBSTANCE THEFT OR POTENTIALLY SIGNIFICANT LOSS

**Dear Agent in Charge:**

The CVS Pharmacy listed below has identified a theft or loss of controlled substance(s). We will investigate and notify you at the conclusion of the investigation. If a loss is confirmed, we will submit a DEA-106 form; however, if it is determined that there was not a loss or that the loss was not significant, we will submit a Letter of Conclusion. If you have any questions, please contact the Pharmacy Supervisor listed below.

Store Number (Must be five digits. Ex: 09999): 03326
Store DEA Number (Must be 9 characters. Validate in RxConnect by selecting F11.): AR7232781
Store Street Address (Validate in RxConnect by selecting F11.): 9040 Mentor Avenue
Store City: Mentor
Store State: OH
Store Zip Code (Must be 5 digits.): 44060
Store Telephone Number (xxx-xxx-xxxx): 440-255-9159

Name of Pharmacist Submitting Form (First Name, Last Name): Kenneth, Cook

Date of Confirmed Loss (mm/dd/yyyy): 06/08/2014

Type of Loss: Other - Unknown

Explanation of "Other" Loss:

Provide Details of Theft or Loss: Upon taking over CVS store 3326, pharmacy manager Dan Blore started a narcotic inventory of schedule II medications for a change in PIC. It was discovered that many of the log books were off (both positive and negative) for multiple medications. Some narcotics were also not logged at all when ordered, and multiple NDCs were logged under one NDC which further led to discrepancies in the log book.

**PHARMACY SUPERVISOR & LOSS PREVENTION CONTACT INFORMATION**

Pharmacy Supervisor Name (First Name, Last Name): Andrew, Laymon
Pharmacy Supervisor Cellular Telephone (xxx-xxx-xxxx): 330-760-2764

Loss Prevention Manager Name (First Name, Last Name): Colleen, Lomato
Loss Prevention Manager Cellular Telephone (xxx-xxx-xxxx): 216-218-2811


PLAINTIFFS TRIAL EXHIBIT
P-21936_00001

Confidential

CVS-MDLT3-000010126
P-21936 _ 00001