| | |
|---|---|
| From: | noreply-ain@cvshealth.com |
| To: | Drug_Loss_Program |
| Sent: | 1/23/2017 4:48:40 PM |
| Subject: | OH 05941 DEA IN (DOL: 01.23.2017) |

Name of Pharmacist Submitting form (Last Name,First Name) : Cook Kenneth
Pharmacy Supervisor Name (Last Name,First Name) : WINCHELL,AMY
Loss Prevention Manager Name (Last Name,First Name) : Lomanto,Colleen

**Recipient Data:**
AIM ID : 15102
Time Finished : 2017-01-23 16:48:39

**Response Summary:**

Store Number
05941

Store DEA Number
AR2980173

Store Street Address
1890 N RIDGE RD

Store City
PAINESVILLE

Store State
OH

Store Zip Code
44077

Store Telephone Number
440-352-7051

Store Fax Number
4403527471

Select Business Unit
Retail

Name of Pharmacist Submitting form (Last Name,First Name)
Cook Kenneth

PLAINTIFFS TRIAL EXHIBIT
P-21938_00001

Confidential

CVS-MDLT3-000023970
P-21938 _ 00001

Date of Confirmed Loss
01.23.2017

Type of Loss
Other - Suspected Dispensing Error

Provide Details of Theft or Loss
PERCOCET 5 GENERIC AND PERCOCET 10 GENERIC COUNTS WERE OFF. IT SEEMS THESE OCCURRED AS DISPENSING ERRORS WHERE PATIENTS GOT TOO MUCH. CURRENT COUNTS ARE CORRECT, THESE APPEAR SO FAR TO BE ONE TIME THINGS.

Controlled Substance(s) Involved at this time

| NDC | Drug Name | Units Lost |
| --- | --- | --- |
| 42858010201 | OXYCODONE-ACETAMINOPHEN 5-325 | 33 |
| 42858010401 | OXYCODONE-ACETAMINOPHEN 10-325 | 60 |

Details of Conversation with BOP Agent
NOT APPLICABLE

Pharmacy Supervisor Name (Last Name,First Name)
WINCHELL,AMY

Pharmacy Supervisor Cellular Telephone
330-604-7005

Loss Prevention Manager Name (Last Name,First Name)
Lomanto,Colleen

Loss Prevention Manager Cellular Telephone
216-218-2811

DEA Field Division Office Fax Number
Cleveland Resident Office 2166641307

State Board of Pharmacy Fax Number
BOP - OH 6147524836

Other State Specific Agency Fax Number