DEFENDANT'S EXHIBIT
CVS-MDL-04243



UNTIL FURTHER NOTICE..........
DO NOT FILL RX
AT
CVS
+
WALMART

CVS-MDLT3-000185056

CVS-MDL-04243.00001