DEFENDANT'S EXHIBIT

CVS-MDL-04385



CVS-MDL-04385.00001