

DEFENDANT'S EXHIBIT

CVS-MDL-04387