

Case: 1:17-md-02804-DAP Doc #: 4169-43 Filed: 11/22/21 1 of 1. PageID #: 557034

DEFENDANT'S EXHIBIT
CVS-MDL-04400

CVS-MDL-04400.00001