WMT-MDL-01343_0963

Donald P Lewis DDS DDS
26300 Euclid Avenue
Suite 410
Euclid, OH  44132-3703
(216) 261-1010

**DEA#:** AL 7562134      **Date:** 2/25/2013
**NPI#:**
**Name:** Redacted - PHI
**Address:** Redacted - PHI 44095-
**Birthdate:** Redacted - PHI 1985    **Age:**
**Rx:** LORTAB 10/500  28 ct
**Disp:** Twenty Eight
**Sig:** 1 TABLET EVERY 4-6 HOURS FOR PAIN W/FOOD

**Renew:**
0   times      **Signature**

Interchange mandated unless the practitioner writes words "no substitution" in this space

HIGHLY CONFIDENTIAL      OH_STORE_1863_B_1794      WMT_MDL_001341313

WMT-MDL-01343_0964



RX: Redacted - PHI
DATE: 06/03/2013
4PT:LMI VV:LMI FIL:SLC
PATIENT: Redacted - PHI
PAT PAY:21.72 DOB: Redacted-PHI 1985
Redacted - PHI 44095
Dr: LEWIS, DONALD P DDS
26300 EUCLID AVE STE 410
EUCLID, OH 441323703
DEA:AL7562134
NPI:1891893673
HYDROCO/ACETAMIN 10-500MG
QTY:28 DAW:0 MALLK CHEM
NO OTHER Rx(s) IN ORDER

6/3/2013 8:16:52 PM MMF