WMT-MDL-01343_0110

**American Dental Center**
648 GREAT NORTHERN BLVD
NORTH OLMSTED, OH 44070
PHONE: (440) 779-5006 • FAX: (440) 779-8958

Name: Redacted-PHI   DOB: Redacted-PHI 86
Address: Redacted-PHI   Date: 1-21-2016

Ativan 1mg
Disp 12 tabs (3 appt.)
Sy Take 2tabs in evening before going to bed & 2tabs 1 hr before your appt
DO NOT DRIVE or use heavy machine

Refill 0 times PRN NR
☒ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over

DEA #: FB2622290   PRINTED NAME: HEEJEONG

Order # 15223562
SCRIPT # 0128



```
RX: #
DATE: 01/21/2016
4PT:ETM VV:LMI FIL-PAH
PATIENT
PAT PAY          DOB
                 44050
Dr. BAHNG, HEEJEONG J DMD
648 GREAT NORTHERN MALL
NORTH OLMSTED, OH 440703306
DEA:FB2622290
NPI:1972823375
LORazepam 1MG                    TAB
QTY:12 DAW:0 MYLAN
NO OTHER Rx(s) IN ORDER
```

HIGHLY CONFIDENTIAL — OH-STORE-1863-B-20841 — WMT_MDL_001312885 — WMT-MDL-01343_0111