

OnCallData - Script  Page 1 of 1



**May Al-Abousi, M.D**
DEA BA5302524
NPI 1740256437
Phone: 440-842-4500 / Fax: 440-842-4303
Entered By: May Al-Abousi

UHMP GIGLIOTTI- AL-ABOUSI
6789 Ridge Rd
#105
Parma, OH 44129

Redaction - PHI

DOB: Redaction - PHI 1936 — Redacted-PHI
Redaction - PHI 44128

Redaction - PHI

℞ Dec. 18, 2013 2:55 PM (EST)
Morphine 10 mg/5 mL Oral Solution
(Sch. 2 drug)
Dispense one Bottle (one hundred milliliters each)--Take 2.5 milliliters (0.5 teaspoon) by mouth every hour for shortness of breath or pain
As Needed
0-Refills
Pharmacist Note: hospice
Order ID: Redacted - PHI

Rx is void if more than 1 Rx(s) on paper.

Redaction - PHI  4409$

Printed Security Features: Microprint Signature Line, duplication in small print of medication(s) and dispense amounts, Rx void if more than __Rx(s) statement, quantity and refills surrounded by asterisks, serial number

(signature)

