1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
2              EASTERN DIVISION AT CLEVELAND

3    -------------------------------X
     IN RE:                         :  Case No. 1:17-md-2804
4                                   :
     NATIONAL PRESCRIPTION          :
5    OPIATE LITIGATION              :  **VOLUME 30**
                                    :  JURY TRIAL
6    CASE TRACK THREE               :  *(Pages 7351 - 7371)*
                                    :
7                                   :  *November 17, 2021*
                                    :  *November 18, 2021*
8                                   :  *November 19, 2021*
                                    :  *November 22, 2021*
9                                   :  *November 23, 2021*
     -------------------------------X
10

11

12          TRANSCRIPT OF <u>JURY TRIAL PROCEEDINGS</u>

13

14     HELD BEFORE THE HONORABLE DAN AARON POLSTER

15

16          SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20   Official Court Reporter:      Heather K. Newman, RMR, CRR
                                   United States District Court
21                                 801 West Superior Avenue
                                   Court Reporters 7-189
22                                 Cleveland, Ohio 44113
                                   216.357.7035
23

24

25   Proceedings recorded by mechanical stenography; transcript
     produced by computer-aided transcription.

```
1     APPEARANCES:

2     For the Plaintiffs:          Peter H. Weinberger, Esq.
                                   SPANGENBERG, SHIBLEY & LIBER
3                                  1001 Lakeside Avenue, Ste. 1700
                                   1900 East Ninth Street
4                                  Cleveland, Ohio 44114
                                   216-696-3232
5
                                   W. Mark Lanier, Esq.
6                                  Rachel Lanier, Esq.
                                   THE LANIER LAW FIRM
7                                  6810 FM 1960 West
                                   Houston, Texas 77069
8                                  813-659-5200

9                                  Frank L. Gallucci, III, Esq.
                                   PLEVIN & GALLUCCI COMPANY, LPA
10                                 The Illuminating Building
                                   Suite 2222
11                                 55 Public Square
                                   Cleveland, Ohio 44113
12                                 216-861-0804

13                                 Salvatore C. Badala, Esq.
                                   Maria Fleming, Esq.
14                                 NAPOLI SHKOLNIK
                                   360 Lexington Ave., 11th Floor
15                                 New York, New York 10017
                                   212-397-1000
16

17    For Walgreen Defendants:     Kaspar J. Stoffelmayr, Esq.
                                   Brian C. Swanson, Esq.
18                                 Katherine M. Swift, Esq.
                                   BARTLIT BECK LLP
19                                 54 West Hubbard Street, Ste.300
                                   Chicago, Illinois 60654
20                                 312-494-4400

21

22

23

24

25
```

```
 1     APPEARANCES (Cont'd):

 2     For CVS Defendants:        Eric R. Delinsky, Esq.
                                  Graeme W. Bush, Esq.
 3                                Paul B. Hynes, Jr., Esq.
                                  Alexandra W. Miller, Esq.
 4                                ZUCKERMAN SPAEDER - WASHINGTON
                                  Suite 1000
 5                                1800 M Street, NW
                                  Washington, DC 20036
 6                                202-778-1831

 7     For Walmart                John M. Majoras, Esq.
       Defendants:                JONES DAY - COLUMBUS
 8                                Suite 600
                                  325 John H. McConnell Blvd.
 9                                Columbus, Ohio 43215
                                  614-281-3835
10
                                  Tara A. Fumerton, Esq.
11                                Tina M. Tabacchi, Esq.
                                  JONES DAY - CHICAGO
12                                Suite 3500
                                  77 West Wacker
13                                Chicago, Illinois 60601
                                  312-782-3939
14

15     ALSO PRESENT:             David Cohen, Special Master

16
                                  - - - - -
17

18

19

20

21

22

23

24

25
```

1

2                              I N D E X

3

4                                                              <u>PAGE</u>

5     WEDNESDAY, NOVEMBER 17, 2021                           7354

6     THURSDAY, NOVEMBER 18, 2021                            7356

7     FRIDAY, NOVEMBER 19, 2021                              7357

8     MONDAY, NOVEMBER 22, 2021                              7359

9     TUESDAY, NOVEMBER 23, 2021                             7365

10    VERDICT OF THE JURY                                    7365

11    CERTIFICATE                                            7371

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    WEDNESDAY, NOVEMBER 17, 2021, AT 4:51 P.M.

 2                      COURTROOM DEPUTY:  All rise.

 3              (Jury returned to courtroom at 4:54 p.m.)

 4                 THE COURT:  Please be seated, ladies and

16:54:10  5    gentlemen.

 6         I understand you wish to retire for the evening.  Just

 7    want to again give you my general admonitions.

 8         Do not read, encounter, view, listen to anything

 9    whatsoever about this case in any form of media.

16:54:25 10        Do not read, encounter, listen to anything on any

11    subject matter remotely resembling this case, and of course

12    don't discuss it -- the case with anyone else.

13         What time do you want to resume tomorrow morning?

14                      THE JURY:  9:00 a.m.

16:54:42 15                THE COURT:  9 o'clock.

16         Okay.  Have a good evening.  Travel safely, and we'll

17    see you in the morning.

18              (Jury excused from courtroom at 4:54 p.m.)

19                 THE COURT:  I guess the jury advised Mr. Pitts

16:55:18 20    that they plan to have a 9:00 a.m. to 5:00 p.m. schedule.

21         Okay.  Have a good evening, everyone.

22                 (Proceedings adjourned at 4:56 p.m.)

23

24

16:56:47 25

1        <u>THURSDAY, NOVEMBER 18, 2021, AT 4:53 P.M.</u>

2            (Jury returned to courtroom at 4:53 p.m.)

3                COURTROOM DEPUTY:  All rise.

4                THE COURT:  Okay.  Good evening.  Please be

16:54:26  5    seated.

6        So, ladies and gentlemen, I understand you want to

7    break for the evening.  That's fine.

8        Usual admonitions.  Don't read, listen, encounter

9    anything about this case in any form of media or anything

16:54:40 10    close to the subject matter of this case.

11        Don't discuss this case with anyone.

12        I assume you wish to reconvene at 9:00 a.m. tomorrow

13    morning?

14                THE JURY:  Yes.

16:54:49 15                THE COURT:  Okay.  Drive safely.

16        We're expecting a little winter weather, so just make

17    sure -- don't start deliberating until all 12 of you are

18    there.

19        Have a good evening.  Drive safely.

16:55:00 20            (Jury excused from courtroom at 4:55 p.m.)

21                THE COURT:  Okay.  Have a good evening,

22    everyone.

23                (Proceedings adjourned at 4:55 p.m.)

24

16:55:25 25

<u>FRIDAY, NOVEMBER 19, 2021, AT 1:43 P.M.</u>

(Jury returned to courtroom at 1:43 p.m.)

THE COURT:  Okay.  Please be seated, ladies and gentlemen.

I understand one of the jurors is not feeling well and you want to break early.  I hope he or she feels a lot better.

So I assume you want to come back 9:00 a.m. Monday?

THE JURY:  Yes.

THE COURT:  Okay.  Have a very good and safe weekend.

Usual admonitions, particularly since you're going to be off for a few days:  Do not read, listen, encounter anything whatsoever about this case in any sort of media or anything remotely close to the subject matter of the case.

Of course, don't discuss this with anyone because you're not with your fellow jurors.  Someone tries to talk to you about it, lay it on me and say you may not talk about it until it's over.

Have a good weekend.

I see one gentleman is wearing his Browns shirt.  You know, the problem with the Browns, they're not as focused as you are.  You're on it every day.  They're sort of -- some days they're on and some days they're off, so we hope they're on it on Sunday.  So have a good weekend and see you

1    Monday.

2              THE JURY:  Thank you.

3         (Jury excused from courtroom at 1:44 p.m.)

4              THE COURT:  All right.  Have a good weekend,

13:45:06  5    everyone.

6              (Proceedings adjourned at 1:45 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          <u>MONDAY, NOVEMBER 22, 2021, AT 4:39 P.M.</u>

2                 COURTROOM DEPUTY:  All rise.

3                 THE COURT:  Before the jury comes in, in the

4          event we need a Phase II, I've looked at my calendar and I'm

16:40:35  5          proposing either the weeks of April 11th and 18th or May 9th

6          and 16th.  And if we do the first one, I wouldn't have trial

7          Friday, the 19th, or Monday the -- I think Monday the 18th

8          or -- 18th, because that's Good Friday and Passover and

9          Easter.  I figure we could get it done in about eight days.

16:41:06 10          So if you all want to look at your calendars, if you have a

11          strong preference for one or the other, let me know, but

12          those are the two times I could do it, and I'd rather know

13          because I'm starting to set a whole bunch of criminal trials

14          that have been obviously backed up and I need to -- need to

16:41:27 15          schedule them.

16                 MR. GALLUCCI:  I'm sorry, Your Honor, what

17          were the May dates that you mentioned?

18                 THE COURT:  Let's see, Frank, the 9th -- the

19          weeks of the 9th and 16th.  Those two weeks.

16:41:42 20                 MR. GALLUCCI:  Thank you.

21                 THE COURT:  I'm thinking we're probably going

22          to need about eight days -- eight, nine days, somewhere in

23          there.

24                 MR. LANIER:  Your Honor, maybe inappropriate

16:41:52 25          to ask but just for planning, are we going to let the jury

             1    deliberate on Christmas?

             2              (Jury returned to courtroom at 4:42 p.m.)

             3              THE COURT:  Okay.  Please be seated, ladies

             4    and gentlemen.

16:42:16     5         I'm glad the juror who was not feeling well last week

             6    is better, and the Browns managed to prevail, although they

             7    were hardly as focused as you were.

             8         So I understand you want to recess for the evening.

             9    Usual admonitions.

16:42:32    10         Do not read, listen, encounter anything whatsoever

            11    about this case in any form of media or anything close to

            12    the subject of this case.

            13         Don't discuss it with anyone.

            14         I assume you plan to reconvene at 9:00 a.m. tomorrow

16:42:47    15    morning?

            16              THE JURY:  Yes.

            17              THE COURT:  Okay.  Safe travels, and have a

            18    good evening.

            19              THE JURY:  You too.

16:42:56    20         (Jury excused from courtroom at 4:42 p.m.)

            21              MR. STOFFELMAYR:  If it's okay, could we just

            22    discuss the schedule for the rest of the week?

            23              THE COURT:  Sure.  Just close the door if you

            24    would, please.

16:43:30    25         Yeah.  Everyone can be seated.

1      THE jury sets their own schedule, otherwise -- other

2      than I've told them Court's closed Thursday and Friday, so

3      there will be no -- if they're still deliberating, they're

4      off Thursday and Friday.  Wednesday, you know, they said I

16:43:46  5   set -- you know, they set their own schedule, Kaspar, so,

6      you know, I don't tell them when to come in and I don't tell

7      them when to leave.

8          My guess is if they're still deliberating Wednesday

9      and they haven't reached a verdict, they'll want to knock

16:43:59 10   off early, which is fine with me.  But I never -- other than

11     days when court is closed, like Friday, which is -- court is

12     closed, I tell them that.  But on days when court's open,

13     I'm -- my practice has been to let the jury set their own

14     hours.  I mean, if they want to stay late one night, they

16:44:20 15   can stay late.  I didn't -- I don't tell them to go home at

16     quarter to 5:00.  On the hand, when they want to go home,

17     I -- if I don't let them, that would be improper, so ...

18                    MR. STOFFELMAYR:  All right.  Thank you.

19         I just wanted to make sure ...

16:44:33 20                    THE COURT:  So I --

21                    MR. LANIER:  The court is closed on Friday.  I

22     didn't know that was a for sure.

23                    THE COURT:  Oh.  Oh, I'm sorry.  Yeah,

24     we're -- and I -- and we've conveyed that to the jury, that

16:44:47 25   court is closed Friday.  It's a -- court is closed.  Yeah.

1          MR. LANIER:  Good.

2          THE COURT:  So they're not going to be

3     deliberating Friday.  Obviously not deliberating Thursday

4     either, so ... but if, you know, they don't reach a verdict

16:45:01  5     Wednesday and whenever they want to recess, they'll be back

6     Monday morning and I -- if and when -- if and when

7     Judge Gwin wants his -- needs his courtroom for a trial, I

8     will have -- I will relocate the jury to the 15th floor

9     courtroom which we've set aside as the media room which we

16:45:26  10    can have for another couple weeks.  We don't need -- you

11    know, there's no media needed.  Because I actually have a

12    criminal trial set for the Tuesday after Thanksgiving.  So

13    if it -- that's happening, I'll need all of you to

14    congregate maybe on the 7th floor, whatever, because I'll

16:45:45  15    actually have a criminal trial.  It's a definite go.

16          MR. LANIER:  Is it a juicy one?

17          THE COURT:  A juicy one?

18          MR. LANIER:  One we'd want to watch?

19          THE COURT:  You can watch.  This is a -- this

16:45:59  20    defendant is accused of getting into a -- getting into a

21    physical altercation with some VA officials who were, you

22    know, trying to arrest him for something.  So it's not --

23    fortunately, no one was seriously hurt but there was an

24    altercation so he's accused of threats and impeding officers

16:46:20  25    in their official business and he wants a trial, so he'll

1    get a fair trial.  You can all watch.

2                     MR. SWANSON:  What happens if you get a

3    question from the jury when you're trying a case?

4                     THE COURT:  It will be interesting.

16:46:39  5        I mean, I'll obviously have to put -- what I'll

6    probably do -- what I'll probably do is have everyone go

7    into the room where the jury is with the court reporter and

8    do it there rather than -- you know, and obviously take a

9    break here and have -- put this jury in the jury room while

16:46:58 10    I do it.

11                     MR. STOFFELMAYR:  What happens if you get

12    questions from both juries at --

13                     THE COURT:  At once.  Yeah.

14                         (Simultaneous crosstalk)

16:47:06 15                     THE COURT:  Then I'll get one of my

16    colleagues.  Then I'll -- I don't know what I'll do.  Yeah,

17    I -- I don't know.  I've thought of it, but I'll -- whatever

18    happens, happens, you know.  I'll multitask, like all of you

19    guys and women multitask too, so if I need to do it ...

16:47:27 20        I think once I had a jury deliberating when I had

21    another trial, so, I mean, it's not -- that happens.  You

22    know, a lot of trials, so ...

23        And this trial was scheduled well over a year ago.  It

24    was postponed a couple times because of COVID, so finally

16:47:43 25    we're able do it, so ...

1          Okay.  Have a good evening, everyone.

2                  (Proceedings adjourned at 4:47 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | <u>TUESDAY, NOVEMBER 23, 2021, AT 1:30 P.M.</u> |
| 2 | (Jury returned to courtroom with its verdict and the |
| 3 | following proceedings occurred at 1:31 p.m.:) |
| 4 | THE COURT:  Good afternoon, ladies and |
| 13:31:44 5 | gentlemen. |
| 6 | Please be seated. |
| 7 | I understand the jury has reached a verdict; is that |
| 8 | correct? |
| 9 | JUROR NO. 11:  That is correct. |
| 13:31:50 10 | THE COURT:  All right.  If the foreperson |
| 11 | could give Mr. Pitts the verdict forms, please. |
| 12 | Thank you. |
| 13 | (Brief pause in proceedings) |
| 14 | VERDICTS OF THE JURY |
| 13:32:30 15 | THE COURT:  Okay.  As to Lake County, the jury |
| 16 | has found unanimously that Lake County proved by a greater |
| 17 | weight of the evidence that the oversupply and diversion is |
| 18 | a public nuisance. |
| 19 | And the jury found unanimously that Lake County proved |
| 13:32:55 20 | the public nuisance against CVS, against Walgreens, and |
| 21 | against Walmart. |
| 22 | All forms are signed and dated. |
| 23 | As for Trumbull County, the jury unanimously found |
| 24 | that Trumbull County proved by the greater weight of the |
| 13:33:17 25 | evidence a public nuisance in Trumbull County. |

1        And the jury unanimously found by the greater weight

2    of the evidence that CVS was a substantial factor, that

3    Walgreens was a substantial factor, and that Walmart was a

4    substantial factor.

13:33:40  5        Do counsel want to look at the verdict forms?

6        Mr. Pitts, show those to people.

7                MR. LANIER:  Plaintiffs have no need,

8    Your Honor.

9                THE COURT:  Well ...

13:33:50  10              (Brief pause in proceedings)

11              MR. STOFFELMAYR:  Thank you.

12              MR. DELINSKY:  Thank you, Judge.

13              THE COURT:  Okay.  All right.

14        Ladies and gentlemen, you have the Court's thanks and

13:34:18  15   the thanks of all the lawyers and all the parties.  You

16   were -- as I think I said, in my 45 years as a lawyer and as

17   a judge, you were the most diligent jury that I've ever

18   seen.

19        This is a very complex case.  You were paying

13:34:36  20   attention every moment.  You asked very profound questions,

21   and you deliberated for five or six days before reaching a

22   verdict going through everything.  So you have our thanks.

23   I hope you have a greater appreciation of our system of

24   justice as a result of your service.

13:34:55  25        So you're now discharged.  You are now free to talk

1    about the case with anyone or not talk to.  You're free, and

2    you're free to watch or listen to anything you want.  And I

3    know it's been an imposition for having not -- not able to

4    do that for now almost two months.  So I have juror

13:35:16  5    certificates for each of you.

6        It's also my practice to invite any juror who wants to

7    to come back into my chambers and see what the inside of a

8    judge's office looks like, talk to me.  I always ask jurors

9    if there's anything we could have done to make your life

13:35:35  10    easier, other than paying you more.  That's set by

11    Congress -- Congress sets that.  I can't override Congress,

12    but certain things obviously we try to do.  Or if you have

13    any questions about what was going on or what I do or

14    whatever.

13:35:54  15        And I'm sure that the lawyers would like an

16    opportunity to talk to you.  That's perfectly -- that's

17    completely optional.  As it is to talk to me.  If you just

18    want to say, I'm out of here, that's fine.  We can mail you

19    your certificate.  But if anyone who wants to meet with me,

13:36:13  20    Mr. Pitts will bring you back into my chambers and then I'm

21    sure the lawyers will stick around and if anyone wants to

22    come out and meet with the lawyers and you can ask them

23    anything, they can ask you anything.  It might be helpful to

24    them.

13:36:28  25        Okay.  So thanks to all of you.

 1          (Jury excused from courtroom at 1:36 p.m.)

 2                    THE COURT:  All right.  Everyone can be

 3     seated, please.

 4          All right.  Well, again, this case was very well tried

13:37:17  5     by all sides and jury deliberated very long.  So everyone

 6     gave them a lot to think about.

 7          So I don't know if you have conferred among yourselves

 8     if you collectively prefer the April date or the May date.

 9     If there's a consensus, I'll obviously go with the

13:37:40 10     consensus.  If there's a split decision, I'll have to

11     decide.

12                    MR. WEINBERGER:  We have not conferred,

13     Your Honor, but we're satisfied with the April dates.

14                    MR. STOFFELMAYR:  I think we need a chance

13:37:53 15     to --

16                    THE COURT:  All right.  Why don't you confer

17     and if you can get back -- if you can get back to me no

18     later than tomorrow, I would appreciate it because I'm

19     scheduling a bunch of things and all of you will schedule a

13:38:03 20     bunch of things.

21          Again, I don't -- it doesn't really matter to me.

22     It's a month apart.  So we just need to know.

23          And then I think you should submit a schedule, work on

24     a schedule.  Whatever date you pick, a schedule.

13:38:23 25          I'm hoping there aren't going to be *Daubert* motions,

1    but ... I mean, if there are, I'll have to -- I guess you'll

2    need to build that in.  I mean, that's -- I mean, there are

3    obviously experts on both sides.  The defendants have seen

4    the plaintiffs' experts, so -- but you can get that.  I

13:38:43  5    guess I would like to have a schedule ... well, I'd like to

6    know whether we're April or May by noon tomorrow.  And I'd

7    like a schedule ... seems to me a week is sufficient for a

8    schedule.  Everyone's got Thanksgiving.  So why don't we

9    just say -- I'll just say noon, next Wednesday, the 1st, for

13:39:07 10    a joint schedule.  By noon tomorrow whether it will be April

11    or May.

12         And, again, the April days, we were not going to have

13    court on Good Friday and the following Monday.

14         Okay.  Anything else anyone wants to bring up?

13:39:35 15         I will start talking to the jurors and then I'll

16    encourage them to come out but, of course, I can't make --

17    and they -- I don't know if anyone will even want to meet

18    with me.

19              MR. LANIER:  We would like to meet with them,

13:39:48 20    Your Honor.

21              MR. DELINSKY:  We would too, Your Honor.

22              THE COURT:  No, I understand that, so I will

23    encourage them to come out and meet with you.

24              MR. STOFFELMAYR:  Thank you.

13:39:56 25              THE COURT:  But again, I can't make -- I can't

1    make them.

2                   MR. WEINBERGER:  Your Honor, before you leave

3    the bench, if I could -- if I can have sort of the senior

4    prerogative here, as the oldest person in the room and as

13:40:08  5    the Clevelander, on behalf of our clients and on behalf of

6    our team, I just wanted to reiterate to you personally the

7    amazing job that you did on this case.  The way in which you

8    handled adversity and adverse positions on behalf of all the

9    defendants and us in this case, and your judicial

13:40:44  10   temperament, we just want to express our gratitude and

11   thanks for the hard work you did.

12                   MR. LANIER:  Hardest working judge I've ever

13   been in front of in 37 years.

14                   THE COURT:  That's very high praise,

13:40:53  15   Mr. Lanier, because I know you've been in front of a lot of

16   judges, state and federal.

17        Thank you, Mr. Weinberger.

18        All right.  Well, again, this -- you know, I had the

19   best lawyers in the country.  I said that publicly and

13:41:06  20   privately.  You fought hard.  That's the way good lawyers

21   should be.  I tried to stay relatively even with my rulings.

22   No one liked all the rulings, so ...

23        And in terms of my temperament, it's my job to try and

24   stay calm, whether I feel it or not.  Litigation is a

13:41:24  25   full-contact sport.  I was a litigator, so, again, I would

1    expect good lawyers to fight very hard for their clients'

2    positions, and all of you did that.

3         So thank you, have a very good Thanksgiving.

4              (Proceedings adjourned at 1:41 p.m.)

5

6

7

8                    **C E R T I F I C A T E**

9         I certify that the foregoing is a correct transcript
     of the record of proceedings in the above-entitled matter
10   prepared from my stenotype notes.

11              */s/ Heather K. Newman*              *11-23-2021*
                HEATHER K. NEWMAN, RMR, CRR                  DATE
12

13

14

15

16

17

18

19

20

21

22

23

24

25