UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 23 2021
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL 2804** |
| **THIS DOCUMENT RELATES TO:** | **Case No. 1:17-md-2804** |
| *Track Three Cases:* | **Judge Dan Aaron Polster** |
| *County of Lake, Ohio v. Purdue Pharma, L.P., et al., Case No. 18-op-45032* | **VERDICT FORM** |
| *County of Trumbull, Ohio v. Purdue Pharma, L.P., et al., Case No. 18-op-45079* | |

# VERDICT FORM
# Trumbull County

**FOR ALL QUESTIONS IN THIS VERDICT FORM,**

**PLEASE CIRCLE YOUR ANSWERS IN INK.**

1. Did **Trumbull County** prove, by the greater weight of the evidence, that oversupply of legal prescription opioids, and diversion of those opioids into the illicit market outside of appropriate medical channels, is a public nuisance in **Trumbull County**?

YES NO

Please sign and date the verdict form indicating your agreement with this response.

11/16/2021
Date

**If you answered "YES" to Question 1, please go to Question 2.**

**If you answered "NO" to Question 1, please complete the Verdict Form for Lake County.**

2. Did **Trumbull County** prove, by the greater weight of the evidence, that any of the following Defendants engaged in intentional and/or illegal conduct which was a substantial factor in producing the public nuisance that you found exists in Question 1?

**CVS Pharmacy, Inc.** YES (circled) NO

Please sign and date the verdict form indicating your agreement with this response.

11/23/2021
Date

**Walgreen Co.** YES (circled) NO

Please sign and date the verdict form indicating your agreement with this response.

11/22/2021
Date

**Walmart Inc.** YES NO

Please sign and date the verdict form indicating your agreement with this response.

11/23/2021
Date

FILED
NOV 2 3 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) | **MDL 2804** |
| **THIS DOCUMENT RELATES TO:** | ) | **Case No. 1:17-md-2804** |
| *Track Three Cases:* | ) | **Judge Dan Aaron Polster** |
| *County of Lake, Ohio v. Purdue Pharma, L.P., et al., Case No. 18-op-45032* | ) | **VERDICT FORM** |
| *County of Trumbull, Ohio v. Purdue Pharma, L.P., et al., Case No. 18-op-45079* | ) | |

# VERDICT FORM
# Lake County

**FOR ALL QUESTIONS IN THIS VERDICT FORM,**

**PLEASE CIRCLE YOUR ANSWERS IN INK.**

1. Did **Lake County** prove, by the greater weight of the evidence, that oversupply of legal prescription opioids, and diversion of those opioids into the illicit market outside of appropriate medical channels, is a public nuisance in **Lake County**?




NO

Please sign and date the verdict form indicating your agreement with this response.




Date

**If you answered "YES" to Question 1, please go to Question 2.**

**If you answered "NO" to Question 1, please complete the Verdict Form for Trumbull County.**

2. Did **Lake County** prove, by the greater weight of the evidence, that any of the following Defendants engaged in intentional and/or illegal conduct which was a substantial factor in producing the public nuisance that you found exists in Question 1?

**CVS Pharmacy, Inc.**  YES NO

Please sign and date the verdict form indicating your agreement with this response.

11/22/2021
Date

**Walgreen Co.**  YES NO

Please sign and date the verdict form indicating your agreement with this response.

11/22/2021
Date

**Walmart Inc.** YES NO

Please sign and date the verdict form indicating your agreement with this response.

11/23/2021
Date