UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document related to:**<br><br>**Clark County, Nevada,**<br><br>**Plaintiffs**<br><br>v.<br><br>**Purdue Pharma, LP,** *et al.*<br><br>**Defendants.** | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**[1:19-op-46168-DAP]**<br><br>**Honorable Dan A. Polster** |

**CLARK COUNTY, NEVADA'S MOTION FOR LEAVE TO FILE,** *INSTANTER*, **A MOTION TO CLARIFY THE JULY 23, 2021, CASE MANAGEMENT ORDER APPLICABLE TO CASES OF "NON-PARTICIPATING SUBDIVISIONS"**

In compliance with Case Management Order One ¶ 6(g) (ECF No. 232), Plaintiff Clark County, Nevada ("Clark County") moves the Court for leave to file, *instanter*, a Motion to Clarify the July 23, 2021, Case Management Order Applicable To Cases Of "Non-Participating Subdivisions" (ECF No. 3795)("CMO") to confirm that the CMO does not apply to Clark County or other government subdivisions that are not eligible to participate in the pending Distributor and J & J settlements because such subdivisions are located within a Non-Participating State. A copy of that motion is being filed as Exhibit A to this motion.

1

Dated: November 30, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Erica D. Entsminger*<br>ROBERT T. EGLET, ESQ.<br>ROBERT M. ADAMS, ESQ.<br>ERICA D. ENTSMINGER, ESQ.<br>ARTEMUS W. HAM, ESQ.<br>RICHARD K. HY, ESQ.<br>CASSANDRA S.M. CUMMINGS, ESQ.<br>**EGLET ADAMS**<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV  89101<br>(702) 450-5400; Fax: (702) 450-5451<br>eservice@egletlaw.com<br><br>MIKE PAPANTONIO, ESQ.<br>TROY RAFFERTY, ESQ.<br>JEFF GADDY, ESQ.<br>**LEVIN PAPANTONIO LAW FIRM**<br>316 S. Bavlen Street, Suite 400<br>Pensacola, Florida 32502<br>(850) 435-7064; Fax: (850) 436-6064<br>mpapantonio@levinlaw.com | STEVEN B. WOLFSON, ESQ.<br>District Attorney<br>200 E. Lewis Ave<br>Las Vegas, NV 89101<br>Tel.: 702-671-2700<br>Email: steven.wolfson@clarkcountyda.com<br><br>ANGELA MASON, ESQ.<br>JOHN GIVENS, ESQ.<br>JESSICA GIVENS, ESQ.<br>**THE COCHRAN FIRM-DOTHAN, PC**<br>111 East Main Street<br>Dothan, Alabama 36301<br>(334) 673-1555; Fax: (334) 699-7229<br>keith@cochranfirm.com<br><br><br>*Attorneys for Plaintiff*<br>*Clark County, Nevada* |