UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Case Track Three* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

**THE PARTIES' PROPOSED SCHEDULE
FOR THE TRACK THREE ABATEMENT PHASE**

Pursuant to the Court's e-mail directive of November 24, 2021, Plaintiffs Lake and Trumbull Counties and Defendants CVS, Walgreens, and Walmart propose the following schedule for the abatement phase of the Track Three cases:

December 15, 2021 – Plaintiffs will identify their fact witnesses and expert witnesses.

December 22, 2021 – Deadline for Defendants to request that Plaintiffs bring current prior productions of specific categories of documents, to serve one additional request for production related to settlements, and to serve six or less interrogatories related to settlements and the measure of oversupply of prescription opioids in Lake and Trumbull Counties. Plaintiffs reserve the right to object to new discovery requests related to settlements and the oversupply of prescription opioids.

January 7, 2022 – Plaintiffs will serve a proposed abatement plan or will confirm in writing that Appendix E to the April 16, 2021 Expert Report of G. Caleb Alexander constitutes their abatement plan.

February 15, 2022 – Depositions of Plaintiffs' expert witnesses will be completed. The prior CMO which sets limitations on the re-deposition of expert witnesses previously deposed in CT 3 or elsewhere in opioid litigation applies.

March 1, 2022 – Supplemental depositions of Plaintiff fact witnesses, if any, will be completed. Depositions must be limited to two hours and cover only topics that are not duplicative of any topics covered during a prior deposition of the witness in this case. Plaintiffs reserve the right to object to the re-deposition of plaintiff fact witnesses.

March 15, 2022 – Defendants will serve their expert reports. Defendants will identify any fact witnesses they intend to call during the trial of the abatement phase.

April 15, 2022 – Depositions of Defendants' expert witnesses will be completed. Depositions of any fact witnesses identified by Defendants will be completed. The prior CMO which sets limitations on the re-deposition of expert witnesses previously deposed in CT 3 or elsewhere in opioid litigation applies. Depositions of any fact witnesses must be limited to two hours and cover only topics that are not duplicative of any topics covered during a prior deposition of the witness in this case. Defendants reserve the right to object to the re-deposition of defendant fact witnesses.

May 9, 2022 – Trial of the abatement phase will begin.

***

In addition to the above items, Defendants believe there are threshold legal issues related to the scope of abatement that will need to be raised and resolved sufficiently in advance of trial. Plaintiffs believe these issues should be addressed in trial briefs. The parties request an opportunity to confer further about this issue and to raise any disagreements with Special Master Cohen or the Court in a supplemental submission to be made by December 15, 2021.

2270380.1

DATED: December 8, 2021

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Sasha Miller
Graeme Bush
Paul B Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-4106
edelinsky@zuckerman.com
smiller@zuckerman.com
gbush@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., CVS Pharmacy, Inc., and Ohio CVS Stores, L.L.C.*


*/s/ Kaspar Stoffelmayr*
Kaspar J. Stoffelmayr
BARTLIT BECK
54 West Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*
*Liaison Counsel for the Chain Pharmacy Defendants*

*/s/Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumeron
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939
Email: tmtabacchi@jonesday.com
Email: tfumerton@jonesday.com

3

John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Email: jmmajoras@jonesday.com

*Counsel for Walmart Inc.*


/s/Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

/s/Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

/s/Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

/s/W. Mark Lanier
W. Mark Lanier
Rachel Lanier
Mildred Conroy
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

4

2270380.1

rachel.lanier@lanierlawfirm.com
mildred.conroy@lanierlawfirm.com

*Trial Counsel*

/s/Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114 (216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/Frank L. Gallucci
Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113 (216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

/s/Hunter J. Shkolnik
Hunter J. Shkolnik
Salvatore C. Badala
Maria Fleming
NAPOLI SHKOLNIK
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
hunter@napolilaw.com
sbadala@napolilaw.com
mfleming@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

2270380.1