UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| *This document relates to:* | Judge Dan Aaron Polster |
| ALL CASES | |

### NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS TOWN OF WEYMOUTH AND TOWN OF BRAINTREE

PLEASE TAKE NOTICE that Kathryn Rebecca Cook hereby withdraws as counsel for Plaintiffs Town of Weymouth and Town of Braintree. Effective December 30, 2021, Ms. Cook will no longer be associated with Sugarman, Rogers, Barshak & Cohen, P.C., and will not continue to represent the Town of Weymouth and the Town of Braintree in this litigation. All other attorneys representing the Town of Weymouth and the Town of Braintree will remain as counsel, and Ms. Cook's withdrawal as counsel for the Town of Weymouth and the Town of Braintree will not cause any undue delay in these proceedings or any prejudice to the Town of Weymouth and the Town of Braintree.

Dated: December 13, 2021                       Respectfully submitted,

                                               */s/ Kathryn Rebecca Cook*
                                               Kathryn Rebecca Cook
                                               Sugarman, Rogers, Barshak & Cohen, P.C.
                                               101 Merrimac Street, 9th Floor
                                               Boston, MA 02114-4737
                                               (617) 227-3030 Telephone
                                               cook@sugarmanrogers.com

/s/Linda J. Singer
Linda J. Singer
Motley Rice LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
(202) 386-9626 Telephone
lsinger@motleyrice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2021, I electronically filed the foregoing *Notice of Withdrawal of Counsel* with the Clerk's Office using the CM/ECF system. Notice of this filing will be sent to all parties of record by operation of, and parties may access this filing through, the Court's CM/ECF system.

/s/Linda J. Singer
Linda J. Singer