BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

In re: National Prescription Opiate Litigation          MDL No. 2804

# PROOF OF SERVICE

I hereby certify that on December 16, 2021, a true and correct copy of the Notice of Appearance of David B. Alden for AbbVie Inc. was filed and served via the Multidistrict Litigation CM/ECF system on all parties who have appeared.

| | |
|---|---|
| December 16, 2021 | /s/ David B. Alden<br>David B. Alden<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114<br>Phone: (216) 586-3939<br>Fax:    (216) 579-0212<br>Email: dbalden@jonesday.com<br><br>*Counsel for Defendant AbbVie Inc.* |

NAI-1524693491v1