# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) **MDL No. 2804** ) |
| THIS DOCUMENT RELATES TO: | ) **Case No. 1:17-MD-2804** ) ) **Case No. 1:18-OP-45817** |
| "Track Eight: Cobb County, Georgia" | ) ) **Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that attorney Kara M. Kapke of Barnes & Thornburg, LLP, hereby enters her appearance as counsel of record on behalf of defendant Publix Super Markets, Inc. in the above-captioned action.

Date: December 22, 2021

Respectfully submitted,

*/s/ Kara M. Kapke*
Kara M. Kapke
Indiana Bar No. 25906-49
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-6491
Facsimile: (317) 231-7433

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on December 22, 2021. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

*/s/ Kara M. Kapke*