UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| **This document relates to:** | Judge Dan Aaron Polster |
| *"Track 3 Cases"* | |

## DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE ANNA LEMBKE

I, Donald C. Arbitblit, declare as follows:

1. I am an attorney at Lieff Cabraser Heimann & Bernstein, counsel for Plaintiffs in the above captioned case.

2. I submit this Declaration in support of Plaintiffs' brief in opposition to Defendants' *Motion to Exclude Anna Lembke*.

3. Attached as Exhibit A is a true and correct copy of *The People of the State of California's Opposition to Defendants' Motion* in Limine *to Exclude the Marketing Causation Opinions of Anna Lembke, Matthew Perri, and Randall Stafford* (Mar. 19, 2021), filed in *People of the State of California v. Purdue Pharma L.P., et al.*, No. 2014-00725287 (Cal. Super. Ct. Orange Cnty.).

4. Attached as Exhibit B is a true and correct copy of *Decision After* Frye *Hearings* (Nov. 12, 2020) (Garguilo, J.), issued in *In re Opioid Litig.*, No. 400000/2017 (N.Y. Sup. Ct. Suffolk Cnty.).

5. Attached as Exhibit C is a true and correct copy of *Plaintiffs' Omnibus Response to the Defendants' Motions to Strike or Exclude Expert Witnesses* (Mar. 10, 2020), filed in *In re Opioid Litig.*, No. 400000/2017 (N.Y. Sup. Ct. Suffolk Cnty.).

6. Attached as Exhibit D is a true and correct copy of *Order* (Apr. 29, 2021) (Faber, J.), issued in *City of Huntington v. AmeriSource Berge Drug Corp.*, No. 3:17-01362 (S.D.W. Va.).

Dated: August 18, 2021                    Respectfully submitted,

*/s/ Donald C. Arbitblit*
Donald C. Arbitblit
*darbitblit@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, this 18th day of August 2021, I served a copy of the foregoing via electronic mail on all Track 3 parties, the Court, and Special Master Cohen.

                                      */s/ Donald C. Arbitblit*
                                      Donald C. Arbitblit

2293676.2