# PD5 Lembke Arbitblit Declaration Ex. A

# Filed Under Seal