UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Three Cases* | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**Notice of Filing of Unredacted and/or Less Redacted Deposition Transcripts** |

    Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted an/or less redacted deposition transcripts (previously filed in connection with Daubert and summary judgment briefs in Case Track 3).  Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers, and/or the resulting withdrawal of confidentiality designations, numerous previously redacted depositions are hereby publicly filed as unredacted or less redacted. The following depositions are attached hereto:

| **Exhibit** | **Expert** | **Date of Testimony** | **Redaction Status** |
|---|---|---|---|
| 1. | Caleb Alexander Deposition | May 27, 2021 | Unredacted |
| 2. | Demetra Ashley Deposition | March 11, 2021 | Unredacted |
| 3. | Claire Brennan Deposition | November 13, 2020 | Unredacted |
| 4. | Carmen Catizone Deposition Vol. 1 | June 15, 2021 | Redacted |
| 5. | Carmen Catizone Deposition Vol. 2 | June 16, 2021 | Unredacted |
| 6. | George Chunderlik Deposition | March 8, 2021 | Unredacted |
| 7. | Lewis Colosimo Deposition | March 15, 2021 | Unredacted |
| 8. | William DiFrangia Deposition | January 14, 2021 | Unredacted |
| 9. | Trey Edwards Deposition | December 11, 2020 | Unredacted |
| 10. | Katherine Keyes Deposition | June 3, 2021 | Unredacted |
| 11. | Anna Lembke Deposition | January 16, 2020 | Unredacted |
| 12. | Anna Lembke Frye Testimony | September 9, 2020 | Unredacted |
| 13. | Anna Lembke Deposition | September 17, 2020 | Unredacted |
| 14. | Anna Lembke Santa Clara, CA Trial Testimony | May 18, 2021 | Unredacted |

| Exhibit | Expert | Date of Testimony | Redaction Status |
|---|---|---|---|
| 15. | Anna Lembke Deposition | May 28, 2021 | Unredacted |
| 16. | Anna Lembke NY Trial Testimony | July 12, 2021 | Unredacted |
| 17. | Daniel Malone Deposition | May 28, 2021 | Redacted |
| 18. | Michael Mapes Deposition | July 12, 2019 | Unredacted |
| 19. | Craig McCann Deposition | June 11, 2021 | Unredacted |
| 20. | Christopher Miller Deposition | February 15, 2021 | Unredacted |
| 21. | Emily Mooney Deposition | April 16, 2021 | Unredacted |
| 22. | George Pavlich Deposition | December 14, 2020 | Unredacted |
| 23. | James Rafalski Frye Testimony | August 17, 2020 | Unredacted |
| 24. | James Rafalski Frye Testimony | August 18, 2020 | Unredacted |
| 25. | James Rafalski WV Trial Testimony Vol. 18 | May 26, 2021 | Unredacted |
| 26. | James Rafalski WV Trial Testimony Vol. 19 | May 27, 2021 | Unredacted |
| 27. | James Rafalski Deposition Vol. 1 | June 10, 2021 | Unredacted |
| 28. | James Rafalski Deposition Vol. 2 | June 11, 2021 | Unredacted |
| 29. | Richard Shaheen Deposition | March 5, 2021 | Unredacted |
| 30. | James Tsipakis Deposition | March 17, 2021 | Unredacted |
| 31. | James Tsipakis Deposition | May 5, 2021 | Unredacted |

Dated:  December 29, 2021          */s/ Anthony D. Irpino*
Anthony D. Irpino
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
airpino@irpinolaw.com
*Plaintiffs' Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd. Mt. Pleasant, SC 29464 (843) 216-9000
(843) 216-9290 (fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

                                                  Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR 00907
(304)654-8281
paul@farrellfuller.com
*Plaintiffs' Co-Lead Counsel*

<u>/s/Peter H. Weinberger</u>
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: December 29, 2021                      */s/ Anthony D. Irpino*
                                                          Anthony D. Irpino