# PSJ1 Exh 10

# PSJ1 Exh 10

P-HBC-1023

| | |
|---|---|
| From: | Zakin, Adam |
| Sent: | Tue, 29 Mar 2016 18:43:49 -0400 |
| To: | Chunderlik, George;McClune, Robert |
| Subject: | RE: Giant Eagle / BuzzeoPDMA: SOM Services Proposal |

George,

We saw this this? Were you not there? At the end of the day, the only thing it did that our current system would not do, was stop the orders physically if there was a threshold

Also it would benchmark against other retailer.

It was fairly expensive in comparison to already having what we had for those two pieces of function.

If you want to bring them in to see them again, you can.

I don't think Bob or I need to see them, unless there is something specific you want us to see post your review..

Let me know if you have any questions'

Adam

**Adam Zakin, RPh.** | Sr. Director, Pharmacy Administration | Giant Eagle, Inc.
**P**: 412.967.3698 | **C**: 631.793.3737 | **E**: Adam.Zakin@gianteagle.com

---

**From:** Chunderlik, George
**Sent:** Thursday, March 24, 2016 6:08 PM
**To:** McClune, Robert <Robert.McClune@gianteagle.com>; Zakin, Adam <Adam.Zakin@gianteagle.com>
**Subject:** FW: Giant Eagle / BuzzeoPDMA: SOM Services Proposal

Hi Adam & Bob,

I think that it would be worthwhile to talk to these guys about their SOM product. I am curious to see their product so I am going to set something up for us (me, Bob and Adam) and include Jason unless you have any objections.

Let me know.

Thanks
George

---

**From:** gglotz@us.imshealth.com [mailto:gglotz@us.imshealth.com]
**Sent:** Wednesday, March 23, 2016 3:50 PM
**To:** Millward, Joseph <joseph.Millward@gianteagle.com>; Chunderlik, George


EXHIBIT 20

CONFIDENTIAL

HBC_MDL00028498

P-HBC-1023.2

&lt;George.Chunderlik@gianteagle.com&gt;
**Subject:** RE: Giant Eagle / BuzzeoPDMA: SOM Services Proposal

Hello Joseph and George,

Can I get on your calendars to talk?

Thank you, Gary

---

**From:** Glotz, Gary (Richmond)
**Sent:** Tuesday, March 01, 2016 1:24 PM
**To:** Millward, Joseph (Joseph.Millward@gianteagle.com); 'Chunderlik, George'
**Subject:** RE: Giant Eagle / BuzzeoPDMA: SOM Services Proposal

Hello Joseph and George,

I hope you are doing well. I wanted to see if you are still in the market to upgrade your SOM system. Now that we are under IMS Health, we are using their resources to support the SOM modeling and hosting of our SOM Cloud solution, so it's working our really well.

I would welcome an opportunity to demo our SOM Cloud solution to your team at your convenience. I also wanted to invite you to our 19th annual controlled substance conference. (See link below)

Best Regards, Gary

**Gary Glotz**
**Director, Sales - Compliance Solutions (formerly BuzzeoPDMA)**
IMS Health
1025 Boulders Parkway, Suite 301 | Richmond, VA, 23225 | Phone: 804-230-8003 | Mobile: 804-677-8465 | gglotz@us.imshealth.com



Registration Now Open!
**19th Annual Controlled Substance & State Regulatory Conference**
April 27-29, 2016
Gaylord Palms Resort & Convention Center - Kissimmee, Florida
Click here to register!

---

**From:** Glotz, Gary (Richmond)
**Sent:** Thursday, October 01, 2015 3:30 PM
**To:** Millward, Joseph (Joseph.Millward@gianteagle.com); Chunderlik, George
**Cc:** Hamby, Paul (Duluth) (phamby@us.imshealth.com)
**Subject:** Giant Eagle / BuzzeoPDMA: SOM Services Proposal
**Importance:** High

CONFIDENTIAL

HBC_MDL00028499

P-HBC-1023.3

Hello Joseph and George,

As a follow-up to our discussions, I have attached our SOM solutions proposal for your review. Once you have had a chance to review this internally, we would welcome an opportunity to talk through our two SOM options and answer any question you may have.

Best Regards,

Gary

Gary Glotz | Director, Business Development
BuzzeoPDMA
1025 Boulders Parkway, Suite 301, Richmond, VA, 23225
Tel: 804-230-5003 | Cell: 804-677-6465 | email: gglotz@us.imshealth.com
www.rm.imshealth.com/solutions/compliance

CONFIDENTIAL

HBC_MDL00028500