# PSJ1 Exh 11

| | |
|---|---|
| **From:** | Cornwell, James |
| **Sent:** | Tue, 23 Aug 2016 14:22:37 -0400 |
| **To:** | Raub, Philip;Bertucci, Dominic |
| **Subject:** | Emailing: Order_item_Blocking_5-Dec_13.docx, SuspiciousReporting.sql |
| **Attachments:** | Order_item_Blocking_5-Dec_13.docx, SuspiciousReporting.sql |

Dominic, Phil,
I didn't find much on this.  I do see the SQL was written by Kayla.  The requirements were utilizing a monthly average looking back at the last 12 months that had each item ordered based on GPI(10).
This value was a monthly accumulation that reset the first of each month which mirrored McKesson's system but left big holes in our logic.  If the item showed on the report George evaluated it and if it was determined it should be blocked the blocking form was filled out.  This form expired the end of each month (again a problem).
I have attached the SQL and the documentation on the blocking form.  That form was my main focus on this project.

Jim

PLAINTIFFS TRIAL
EXHIBIT
P-09693_00001

CONFIDENTIAL

HBC_MDL00086642

P-09693_00001

## Suspicious Drug Monitor Blocking

### Situation:

The "Control Substance Monitoring Program" (ITG #159396) was developed to satisfy the DEA requirement that wholesalers identify stores that are ordering excessive quantities of controlled and monitored substances. During this development, we identified suspicious activity in stores and see the immediate need to discontinue the delivery of certain products to the specific store.

### Action:

In order to stop delivery of items to the store we will be creating an exception file containing the information necessary to stop shipment. Currently this will be a manual creation of the file in a format listed at the end of this document.

The process will compare the items listed on the generated 850 to the items on the exception list. Any items appearing on both lists will be removed from the 850 if it falls within the listed time parameters. To remove the item from the 850 we will set any matching items to '0' final order quantity and/or status to "S" for stripped. If the block McKesson flag is set to yes then we will also remove it from the McKesson 850 when generated in the same manner.

The action will be invisible to the store but the list must be housed in a location that is accessible by the Support representatives.

Due to the need for an immediate solution to this problem, we will be manually populating the exception file. Each blocked NDC will have to be listed on its own item line. The 'Release_Date' will typically be populated with the last day of the month. System date must be greater than the release date in order for the item to be allowed to be ordered again. If there are no items on the blocked list the file does not have to exist.

The list will contain the following fields:

| Field | Type |
|---|---|
| Pharmacy# | Number (4) |
| DateTime_added | Date/time |
| Added_by: | varchar(15) |
| Requested_by: | varchar(15) |
| NDC | varchar(11) |
| Drug_Description (free form) | VarChar(28) |
| Item_Number | varChar(10) |
| Release_Date | Date |
| Block_McKesson | Yes/No |

December 5, 2013

This is a generated placeholder for a document that matches the selected file type(s).

Location: Philip.Raub@gianteagle.com (Primary)\Top of Information Store\Archive\Emailing_ Order_item_Blocking_5-Dec_13.docx, SuspiciousReporting.sql
Title: SuspiciousReporting
Doc Type: (Automatically added by the Loader)
Date: 23 Aug 2016 14:22:37
Est. Date: No
Description:
Notes:

CONFIDENTIAL