# PSJ1 Exh 12

**From:** Mullen, Jason
**Sent:** Mon, 16 May 2016 10:18:59 -0400
**To:** Chunderlik, George
**Subject:** RE: SOM Analysis

George:

I wanted to give you a quick review of the SOM worksheet. This worksheet is very good on a loss prevention basis, however, I don't believe it will be functional for the central signers.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Oxycodone/ASA | 900 | 467 | 308 | 92.86 % | 191.89 % | 681 | 32.16 % |
| ⊞ POD (Pittsburgh) | 500 | 167 | 58 | 200.00 % | 757.14 % | 365 | 36.99 % |
| ⊟ COD (Cleveland) | 400 | 300 | 250 | 33.33 % | 60.00 % | 316 | 26.58 % |
| 515 (BAINBRIDGE) | 100 | 67 | 67 | 50.00 % | 50.00 % | 50 | 100.00 % |
| 465 (BROOKPARK) | 100 | 67 | 58 | 50.00 % | 71.43 % | 56 | 78.57 % |
| 1620 (GREEN) | 100 | 100 | 92 | 0.00 % | 9.09 % | 90 | 11.11 % |
| 4031 (BARBERTON) | 100 | 67 | 33 | 50.00 % | 200.00 % | 120 | -16.67 % |

Here is a snapshot from the spreadsheet regarding Oxycodone orders. In order to get to the data for 515 in Bainbridge, the central signers would have to go through three different layers of "drop downs"

Division
- COD (Cleveland)
- COL (Columbus)
- POD (Pittsburgh)

SOM Analysis (April 2016)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⊞ Midazolam | 404 | 135 | 49 | 200.00 % | 718.92 % | 70 | 477.14 % |
| ⊞ Opium/Belladonna Ext. | 84 | 28 | 22 | 200.00 % | 281.82 % | 72 | 16.67 % |

Here is a snapshot of the column labels. There is data for the previously month, the last 3 months and the last 12 months...however, it does not appear to have the current month's data.

---

**From:** Chunderlik, George
**Sent:** Friday, May 13, 2016 3:38 PM
**To:** Murthy, Mahesh <Mahesh.Murthy@gianteagle.com>
**Cc:** McClune, Robert <Robert.McClune@gianteagle.com>; Mullen, Jason <Jason.Mullen@gianteagle.com>; Zakin, Adam <Adam.Zakin@gianteagle.com>
**Subject:** RE: SOM Analysis

Thank you Mahesh!

I will review the worksheet.

I am thinking that we will need to have another meeting to review. I am going to try to set something up for next Friday 5/20.

Thanks,
George

---

**From:** Murthy, Mahesh
**Sent:** Friday, May 13, 2016 3:25 PM
**To:** Chunderlik, George <George.Chunderlik@gianteagle.com>
**Cc:** McClune, Robert <Robert.McClune@gianteagle.com>; Mullen, Jason <Jason.Mullen@gianteagle.com>; Zakin, Adam <Adam.Zakin@gianteagle.com>
**Subject:** SOM Analysis

George,

I put something together using the ingredient names that you identified after our last meeting. I've simply created a drop down list that starts with the ingredient name and drills down into the store. The counts represent comparisons of last month orders vs. 3 months and 12 month average orders. I have also included dispensed data.

You can find the "SOM Analysis Worksheet" here:

S:\Merchandising\Pharmacy\private\MSBI Reports\Product

I'm thinking that this should help establish exactly how you'll want the data laid out for the "red flags".

---

**From:** Chunderlik, George
**Sent:** Tuesday, May 03, 2016 1:43 PM
**To:** McClune, Robert <Robert.McClune@gianteagle.com>
**Cc:** Murthy, Mahesh <Mahesh.Murthy@gianteagle.com>; Mullen, Jason <Jason.Mullen@gianteagle.com>
**Subject:** FW: Controlled Project Phase 1 v20160415.1.xlsx

I forgot to copy Bob.

Bob, can you confirm that this report has all of the GPI 10s that we wanted to monitor.

Thanks,
George

---

**From:** Chunderlik, George
**Sent:** Tuesday, May 03, 2016 1:41 PM
**To:** Murthy, Mahesh <Mahesh.Murthy@gianteagle.com>
**Cc:** Mullen, Jason <Jason.Mullen@gianteagle.com>
**Subject:** RE: Controlled Project Phase 1 v20160415.1.xlsx

Hi Mahesh,

That was my understanding from Bob when we had our meeting.

Bob, can you confirm that this report has all of the GPI 10s that we wanted to monitor.

Thanks,
George Chunderlik

**From:** Murthy, Mahesh
**Sent:** Tuesday, May 03, 2016 1:31 PM
**To:** Chunderlik, George <George.Chunderlik@gianteagle.com>
**Cc:** Mullen, Jason <Jason.Mullen@gianteagle.com>
**Subject:** RE: Controlled Project Phase 1 v20160415.1.xlsx

Thanks George,

Just to confirm... this list includes every ingredient that you'd like to monitor for the chain, correct?

**From:** Chunderlik, George
**Sent:** Tuesday, May 03, 2016 11:03 AM
**To:** Murthy, Mahesh <Mahesh.Murthy@gianteagle.com>
**Cc:** Mullen, Jason <Jason.Mullen@gianteagle.com>
**Subject:** RE: Controlled Project Phase 1 v20160415.1.xlsx

Hello Mahesh,

Here is the report that Jason and I worked on for the Suspicious Ordering Monitoring report. We entered the drug name to display in Column G labeled "Ingredient Preferred Name"

Thanks,
George Chunderlik

**From:** Murthy, Mahesh
**Sent:** Tuesday, April 26, 2016 12:09 PM
**To:** Chunderlik, George <George.Chunderlik@gianteagle.com>
**Subject:** RE: Controlled Project Phase 1 v20160415.1.xlsx



**From:** Chunderlik, George
**Sent:** Tuesday, April 26, 2016 11:50 AM
**To:** Murthy, Mahesh <Mahesh.Murthy@gianteagle.com>
**Subject:** FW: Controlled Project Phase 1 v20160415.1.xlsx

**From:** Mullen, Jason
**Sent:** Wednesday, April 20, 2016 9:34 AM
**To:** Chunderlik, George <George.Chunderlik@gianteagle.com>
**Subject:** RE: Controlled Project Phase 1 v20160415.1.xlsx

I took a run a populating the "primary ingredient" column.  Please let me know what your thoughts are.

**From:** Chunderlik, George
**Sent:** Tuesday, April 19, 2016 2:08 PM
**To:** Mullen, Jason <Jason.Mullen@gianteagle.com>
**Subject:** FW: Controlled Project Phase 1 v20160415.1.xlsx

Hello Jason,

Here is the spreadsheet that you and I were discussing.

Take a shot at populating column as to what the drug should be.

I will be in a meeting until 3:00…I will show you what I mean after the meeting.

Thanks,
George

**From:** McClune, Robert
**Sent:** Friday, April 15, 2016 11:01 AM
**To:** Chunderlik, George <George.Chunderlik@gianteagle.com>
**Subject:** Controlled Project Phase 1 v20160415.1.xlsx

HIGHLY CONFIDENTIAL

HBC_MDL00047155