# PSJ1 Exh 13

# Appendix 10
# Additional Expert Report Figures and Charts

Region: Lake County, OH and Trumbull County, OH
Time: 11/2009 - 11/2019
Seller: HBC
Buyer: All Buyers
Drug: 12 Opioid Drugs



HBC 12 Opioid Drugs Distribution into
Lake County, OH and Trumbull County, OH
Total Dosage Unit

Other Opioids include: Codeine, Fentanyl, Hydromorphone, Meperidine, Morphine, Oxymorphone
Data Source: Defendant Transactional Data

Region: Lake County, OH
Time: 11/2009 - 11/2019
Seller: HBC
Buyer: All Buyers
Drug: Oxycodone



**HBC Oxycodone Distribution into Lake County, OH Total Dosage Unit**

Data Source: Defendant Transactional Data

Region: Lake County, OH and Trumbull County, OH
Time: 11/2009 - 11/2019
Seller: HBC
Buyer: All Buyers
Drug: Hydrocodone



HBC Hydrocodone Distribution into
Lake County, OH and Trumbull County, OH
Total Dosage Unit

Data Source: Defendant Transactional Data