**PSJ1 Exh 16**

P-HBC-00026



Chunderlik Exhibit

**2**

3/8/21 Carrie Campbell, RDR



# Pharmacy Compliance

By George Chunderlik

# Pharmacy Board Review 2013

HBC_MDL00190998

P-HBC-00026

# Required Legal Education

- HIPAA Privacy

- HIPAA Security

- HiTech Act

- MethGuard

- Fraud, Waste & Abuse (annual)

- OSHA (annual)



HBC_MDL00190998

P-HBC-00026

# Additional Required Education

- TIRF REMS Education
- Isotretinoin Risk Mgt. (***iPLEDGE***)
- DEA Audit – What the Pharmacist Needs to Know
- Point of Sale Policy Review
- Giant Eagle Specialty Pharmacy



HBC_MDL00190998

P-HBC-00026

# Learning Resource Center

GE Central



MyHRConnection



My Resources

"Enter Here" on Talent Development Logo



HBC_MDL00190998

P-HBC-00026

# First Assignment

- Access the Learning Resource Center to check e-learing profile

- Send an email to George Chunderlik
  - Verify completion of  all legally required legal education
  - Add additional CBTs to e-learing profile

George.Chunderlik@gianteagle.com



HBC_MDL00190998

P-HBC-00026

# Return to Stock

- Purpose
  - Establish procedures to return medications to stock from Will Call
- Procedure
  - A report will be generated daily listing medications to be removed from the will call and returned to stock
  - Will call bin is reviewed manually weekly
  - Prescriptions are credit returned
  - The bottle is labeled with the NDC of the contents and HIPAA information is blacked out then placed on the shelf to be re-dispensed within the legal time limitation
    - PA – 6 months
    - OH – 90 days
    - MD – 1 year
    - WV – 30 days



HBC_MDL00190998

P-HBC-00026

# Outdate, Damage and Recall Return Policy

- Purpose
  - To ensure that outdated and/or damaged product is pulled from active inventory

- Procedure
  - Each Team Member is assigned a section of the inventory to check for expiring product and clean the shelves
  - All product expiring the current month or following two months (expiring within 90 days) is removed from active inventory
  - Damaged or recalled products are removed from active inventory as discovered/notified
  - Removed products are counted and the on-hand qtys. are updated in the computer
  - Amber bottles must have the patient information blackened out
  - Removed products are returned once per quarter via our return service provider



HBC_MDL00190998

P-HBC-00026

# State Laws, Rules & Regulations

- Each pharmacist is responsible for knowing and abiding by all federal and state rules and regulations.

- Available resources are found on GE Central which include:
  - State Board Websites
    - Links to additional information governing specific areas of practice
  - Federal Websites
    - Drug Enforcement Agency (DEA)
    - FDA



HBC_MDL00190998

P-HBC-00026

# State Laws, Rules & Regulations

**GE Central**



**View Pharmacy Library**



**Product & Merchandising Info**



**Websites**





HBC_MDL00190998

P-HBC-00026

# Controlled Drug Audits

- Required to be completed every month
    - Exact count of all schedule II narcotics
    - Hydrocodone containing products
    - Suboxone products
    - Inventory is tracked by NDC rather than medication name (GPI) making it easier to identify reasons for discrepancies.



HBC_MDL00190998

# Controlled Drug Audits



HBC_MDL00190998

P-HBC-00026

# Pseudoephedrine (PSE) Monitoring

| Pseudoephedrine Limits (in GRAMS) | | | | | | |
|---|---|---|---|---|---|---|
| **Pharmacy Selling Limits** | | | | **Customer Purchase Limits** | | |
| WV: review daily, rolling 30 day, and rolling year purchase history<br>Ohio: review daily and rolling 30 day purchase history | | | | | | |
| State | Daily | Rolling 30 days | Rolling Year | Daily | Rolling 30 days | Rolling Year |
| WV | 3.6 | 7.2 | 48 | 3.6 | 7.2 | 48 |
| OH | 3.6 | 9 | | 3.6 | 9 | |
| PA | 3.6 | | | | 9 | |
| MD | 3.6 | | | | 9 | |



HBC_MDL00190998

P-HBC-00026

# Pseudoephedrine (PSE) Monitoring

- Pennsylvania and Maryland currently use manual log book to monitor and record sales
- WV and Ohio electronically track sales of PSE products via the National Precursor Log Exchange (NPLEX)
  - WV accesses Appriss web portal directly
  - OH stores utilize POS system
  - All stores anticipated to be utilizing POS to electronically track PSE sales by the end of the calendar year.



HBC_MDL00190998

P-HBC-00026

# Prescription Drug Abuse Epidemic

- According to the Centers for Disease Control (CDC)



HBC_MDL00190998

P-HBC-00026

# Prescription Drug Abuse Epidemic

- In 2009 deaths from prescription drug overdoses exceed deaths from auto accidents for the first time ever

- Over 20% of Americans admit to abusing prescription drugs

- Prescription drugs are now the recognized gateway drugs to "heroin" and other illegal drugs

GIANT EAGLE
Pharmacy

HBC_MDL00190998

P-HBC-00026

# Controlled Substance Dispensing Statement of Purpose

- It is our responsibility both as healthcare professionals and as a company to do all we can to curb the misuse of prescriptions drugs

- The DEA in its efforts to control the illegal use of prescription drugs is holding pharmacists ***personally*** accountable for their decisions and actions when dispensing controlled substances.



HBC_MDL00190998

P-HBC-00026

# Corresponding Responsibility

- Prescribers have a duty to write prescriptions both legally and responsibly

- Pharmacists have an acknowledged **corresponding responsibility** to "exercise sound professional judgment when making a determination about the legitimacy of a controlled substance prescription"



HBC_MDL00190998

P-HBC-00026

# Due Diligence

- Verify the prescription is valid and written in the usual course of professional treatment
  - Phone book, internet site, operator assistance

- The prescription is appropriate (dosage and quantity are reasonable for the patient's diagnosis)
  - Large dosages and/or quantities are indicators for misuse
  - If applicable record the reason for the high dose on the rx

- The prescription is timely (on schedule to be filled based on previous prescription history)
  - Early refills and multiple doctors are signs for misuse



HBC_MDL00190998

P-HBC-00026

# Due Diligence con't

- Verify the prescribers DEA registration
  - Use the formula to validate DEA number
- Access the information within the state's Prescription Drug Monitoring Program (PDMP) if available
  - OARRs in Ohio
- Review  prescription for alterations/changes
- Request diagnosis, treatment plans, patient contract

**DOCUMENT! DOCUMENT! DOCUMENT!!!!**



HBC_MDL00190998

P-HBC-00026

# Promise of Support

- Giant Eagle supports the professional judgment of each Pharmacist Team Member
- If after performing required due diligence, any pharmacist refuses to fill a prescription for a medication due to concerns of validity and/or misuse, Giant Eagle will support the decision



HBC_MDL00190998

P-HBC-00026

# Questions





HBC_MDL00190998

P-HBC-00026

# Congratulations & Good Luck





HBC_MDL00190998