# PSJ1 Exh 19

# EMILY MOONEY ERRATA SHEET

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 55 | 7 | Change "it in" to "it on in" | Transcription error |
| 58 | 5 | Change "pharmacy" to "pharmacist" | Transcription error |
| 72 | 16 | Change "where" to "whether" | Transcription error |
| 80 | 10 | Change "I've" to "I" | Transcription error |
| 83 | 11 | Change "I'm sure" to "I'm not sure" | Clarification |
| 94 | 6 | Change "Yes." to "Yes, for the Painesville store." | Clarification |
| 104 | 15 | Change "MPI" to "NPI" | Transcription error |
| 120 | 12-13 | Change "is, that they are" to "is, knows that the patient is" | Clarification |
| 145 | 21 | Change "that a" to "that is a" | Transcription error |
| 149 | 18 | Change "there to me" to "there for me" | Transcription error |
| 176 | 4 | Change "is what" to "is generally what" | Clarification |
| 176 | 20-21 | Change "That's the goal, to increase store operating profit." to "That's the goal listed on this page, to increase store operating profit." | Clarification |
| 177 | 2 | Change "That is the goal, yes." to "That is a goal, yes." | Clarification |
| 183 | 1-2 | Change "that and work for that, it is a struggle, but I'm looking up." to "what is asked of you and work for that, it is a struggle, but I'm lucky." | Clarification |
| 213 | 15 | Change "view -- low profile" to "view - - profile" | Transcription error |
| 239 | 20 | Change "me" to "mind" | Transcription error |
| 242 | 10 | Change "me preaching to me." to "me preaching to them." | Transcription error |
| 249 | 16 | Change "they don't" to "I don't" | Transcription error |
| 279 | 21 | Change "I'm the only one" to "The pharmacists are the only ones" | Clarification |