# PSJ1 Exh 21



EXHIBIT
Shaheen-15

**From:** Shaheen, Richard
**Sent:** Wed, 6 Jun 2018 10:37:31 -0400
**To:** Leighlitner, Mike
**Cc:** Gaus, Andrew
**Subject:** FW: LP Pharmacy Wins FY18

Sorry Mike that this was sent to you sooner. Please feel free to take what you think is significant.

We worked in conjunction with the pharmacy department to implement at our pharmacies the Electronic Perpetual C II Log that helps identify when those drugs are missing or short.

Pharmacy safes are being moved back to the fill line beside the pharmacist. This has been a request from us for some time and is now in the works.

The Pharmacy Department helped us by paying for the upgrade in camera equipment at 8 of our pharmacies. It has already payed off in identifying theft or loss of cash and medication at most of those stores.

Our newest case involves 2 nurses that falsified over 200 prescriptions causing thousands of Hydrocodone a CII to be dispense illegally.

Andrew is responsible to keep our stats up to date and has done a great job. Please see the below and use what you need.

Loss Prevention Pharmacy Wins FY18:

- 19 Internal thefts
- 80 Fake prescriptions cases
- 48 Customer complaints we looked into involving drug shortages
- 327 Investigations this year
- $72,980 saved this year
- Continued working partnership with the DEA, AG, FBI, OH Pharmacy Board, local and state police. US Attorney and FBI acknowledged our efforts in drug diversion cases.
- Keeping drugs out of our communities and out of the hands of our children

Top Cases FY18:
o Store #39 Washington; we turned over a case to the FBI and they got the actor to admit to numerous fraudulent Tramadol scripts (70 bottles of #1000. 70 bottles x $420 per bottle = $29,400)
o A couple cases this year where bottles of controlled substances were stolen from UPS packages by UPS employees (worked with UPS LP on these cases)
o Ongoing case with fraudulent promethazine with codeine prescriptions being passed/ called into our stores chain wide (occurring in 5 plus states)
o Turned over multiple cases of over prescribing doctors/ dentists to DEA, AG, FBI (doctors were arrested, lost DEA license, some are still being investigated) = thousands of dollars

- Store #6377 Painesville; we caught and interviewed a pharmacy technician that admitted to stealing over $6,000 worth of controlled substances
- Store #2416 McDonald; pharmacy technician stealing money; we got the tech to admit to stealing $500
- Store #4093 Yorktown Centre; two technicians abusing the extra mile coupons; new extra mile program implemented
- Store # 4051 Howland; three pharmacy technicians stealing (one stole product, one stole money, another was selling meth out of our store)
- Store #47 Robinson; on pharmacy tech caught stealing controlled substances and another pharmacy tech abusing GEAC

CONFIDENTIAL

GE_TL00006073