# PSJ1 Exh 22

P-HBC-00023



Chunderlik Exhibit 5
3/8/21 Carrie Campbell, RDR

**From:** Millward, Joseph
**Sent:** Tue, 23 Feb 2016 14:08:36 -0500
**To:** Miller, Christopher;Mullen, Jason;RXIS;Shaheen, Richard
**Cc:** Chunderlik, George
**Subject:** Fwd: Dr Letizio

RxIS,

Can you please check to see how many controlled substance prescriptions or pharmacies have filled for this prescriber? Can you please run a detailed report?

Thank you,

Joe Millward, RPh.

-------- Original message --------
From: "Miller, Christopher" <Christopher.Miller@gianteagle.com>
Date: 02/23/2016 11:46 AM (GMT-05:00)
To: "4038, Pharmacy Team Leader" <PharmacyTeamLeader.4038@gianteagle.com>
Cc: "Millward, Joseph" <Joseph.Millward@gianteagle.com>, "Chunderlik, George" <George.Chunderlik@gianteagle.com>
Subject: Re: Dr Letizio

Hi Michelle,
I would strongly encourage completing due diligence on each prescription from his office. Only fill those prescriptions that meet diligence, those prescriptions being for the direct supervision of care for a legitimate medical condition.

Sent from Outlook Mobile

_____
From: 4038, Pharmacy Team Leader <pharmacyteamleader.4038@gianteagle.com>
Sent: Tuesday, February 23, 2016 10:33 AM
Subject: Dr Letizio
To: Miller, Christopher <christopher.miller@gianteagle.com>

Dr Letizio (a local pain management dr) is being investigated by the DEA. Is it ok to fill scripts from him still (assuming everything else looks legit)?

Michelle

CONFIDENTIAL                                                                                                           HBC_MDL00056686

http://www.erienewsnow.com/story/31285058/attorney-generals-office-investigating-erie-doctor#

Sent from my Verizon Wireless 4G LTE smartphone

CONFIDENTIAL

HBC_MDL00056687



Warren 29° (/weather)

NEWS

# Attorney Generals Office Investigating Erie Doctor

Monday, February 22nd 2016, 5:21 PM EST
Updated: Monday, April 4th 2016, 5:21 PM EDT

By Emily Matson



The Attorney General's office is investigating a local doctor.
The physician is under investigation, for allegedly having workers forge prescriptions, falsifying patient records, and having inappropriate relations with a patient.

The Attorney General's office would not comment to Erie News Now, because it is an on-going investigation. But we reviewed the search warrant, and it revealed the Erie doctor is being investigated for several allegations.

Dr. Anthony Letizio II is a doctor of internal medicine, specializing in pain management.

The Attorney Generals office served a search warrant at his office, at 24th and State street, on February 11th.

They had several leads, listing 54 circumstances in their request for a search warrant. One of them from a local Rite Aid pharmacy, after Dr. Letizio prescribed schedule 2 narcotics, for himself, along with his 12 and 16-year old children.

According to the search warrant, they're also investigating allegations that he falsified patients' medical records.

Police are being led to believe that he also prescribed a patient unnecessary powerful painkillers.

With the search warrant, the Attorney General's office requested patients' medical records; information on patients' diagnoses, prescriptions, patient care, and charts.

They seized hard drives, electronic files, and phone records.

Latest News

Attorney Generals Office Investigating Erie Doctor - Erie News Now | WICU and WSEE in Erie, PA



Police believe Dr. Letizio had his office manager write patients' prescriptions, and forge his signature on those scripts. She does not have medical clearances to see patients or write prescriptions.

Police also think Dr. Letizio had his girlfriend, who is a physicians assistant, forge his name on patients' prescriptions.

According to the search warrant, investigators are also looking into allegations that he had inappropriate relations with two Suboxone patients at his office.
They're investigating one alleged sexual encounter in particular, with a patient who was receiving Suboxone, a treatment for opiate addiction. He reportedly had inappropriate relations with that patient in a file room of their office.

Included in the search warrant were several text messages between Dr. Letizio's office manager, and cell phones believed to be Dr. Letizio's.

Texts in which that manager, on several different dates, asks the doctor medical advice for patients while he was out of the office. According to police findings in the search warrant, he responded with directions on what and how to prescribe patients.

Here's one example from the search warrant:

Manager text: Want to increase (name of patient) meds?
Phone believed to be of Dr. Letizio: Absolutely no increases to that (expletive) meds
Manager text : Gotcha.

Many text responses from the phone, of which investigators believe is the doctor's, are too vulgar to report.

The Attorney General's office investigation is ongoing, they're now going over all the evidence they just gathered earlier in the month with the search warrant, and no charges have been filed as of yet.

Erie News Now stopped by Dr. Letizio's offices Monday for comment, but he was not available to speak to us. His staff also decline comment.

Copyright 2020 Erie News Now. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Get Erie News Now anytime, anywhere

Download the app