# PSJ1 Exh 23



**Chunderlik Exhibit 6**
3/8/21 Carrie Campbell, RDR

| | |
|---|---|
| **From:** | Evans, Darren |
| **Sent:** | Tue, 6 Sep 2016 15:55:54 -0400 |
| **To:** | 0016, Pharmacy Team Leader;Chunderlik, George |
| **Cc:** | Evans, Darren |
| **Subject:** | RE: Lighthouse Medical |

Hi Stef,

Use the info as a red flag to investigate further. Not as a blanket reason to not fill what they write.
Let me know if that does not make sense and you'd rather chat.

Darren

---

**From:** 0016, Pharmacy Team Leader
**Sent:** Tuesday, September 06, 2016 2:37 PM
**To:** Chunderlik, George <George.Chunderlik@gianteagle.com>
**Cc:** Evans, Darren <Darren.Evans@gianteagle.com>
**Subject:** Lighthouse Medical

I have a question/concern regarding prescriptions ordered within the Lighthouse Medical practice. They are a pain clinic, and all they prescribe are narcotics. Last night on our local news, there was a story about one of their physicians (Dr. John Johnson) and being charged with fraudulent billing. They referenced him as being one of 15 involved. They didn't specify if the other physicians are from that practice, but last week, we had an insurance issue with a different doctor (Dr. Ranieri) in their practice being shut off from Gateway as a provider. I realize these aren't issues with the controlled substance prescribing, but my question is, if they're shady in one way, should we be comfortable filling prescriptions from them at all? Especially given the nature of the drugs they prescribe. Could you please have someone look into it and advise us appropriately?

Thanks so much,
Stephanie at scalp ave

CONFIDENTIAL

HBC_MDL00061011