# PSJ1 Exh 25

**Sent:**    Sat, 9 Jul 2016 16:46:00 -0400

HIGHLY CONFIDENTIAL    GE_TL00011878

**From:** Roahrig, Todd
**Sent:** Thu, 18 Jun 2015 17:28:18 -0400
**To:** Collins, Candis;Inks, Veronica;Peters, Casey;Leatherman, Julie;Allen, Julie;Bartolowits, Jason;Bui, Tam;Cawley, Lisa;Cutlip, Elizabeth;Elek-Mayer, Cynthia;Steely, Cynthia;Johnson, Erica;Lohr, Emily;Posteraro, Lauren;Loritz, Christina;McWilliams, Jacey;Burke, Courtney;Pichler, Douglas;Webster, Crystal;Kraynik, Crystal;Wilson, Renea
**Cc:** Roahrig, Todd;Bernthaler, Jaime;Boyle, Holly
**Subject:** EVALS - floaters
**Attachments:** CIA_P11VOCScorecard_06082015_v04.pdf, Amber Vial By Store 2014-2015.xls, Retail Rx Performance Rating Guidelines_v1.doc, template_pagebreak1.xls, IA Retail audits FY14_15.xlsx, RXDBLPBYLEADDT2015-05-30.xls, Pharmacy Customer Service Scorecard 6.6.15.xlsx

**FLOATERS – please use the guidelines attached for accurate ratings on evals**

Put ACTUALS in correct box, then rating, then any comments below on EACH goal

**DART** – no w/comp incidents in our region – rating is 5!
**QUALITY** – use your own quality, did you have a med select or pos or missing dur allergy, more than last year or less, etc… attended 4 cqis…
**DAP** – repeat from last year, must be actively updated during year, under Development in your Talent Development
**TMPOV** – use p099 or p199 results; p099 went up 1, from 25 to 26%, but company overall declined 1 - rating 3
**VOC** – region retail index was a 77 on goal of 76, negative calls decreased, but not hitting response rates on survey – rating 3
**COMPLIANCE** – not all As on audits in all stores, you impact this by ensuring Breaks are taken, old rx bags pulled, temp logs done, etc… - rating 3
  I will review your CBT completions as well, this could take you to a 2 or ??
**PROFIT** – see attached DBLP sheet for my region; Miss by 7.2 million – rating 2, put in actuals from right YTD side
**SALES** – see attached, made budget by 6.5million (about 3%) – rating 3, put in actuals
**VOLUME** – down 3.4 (sheet doesn't show negative but numbers do) MISSED – rating 2, put in actuals from 6/6 attached
**SHRINK** – amber vial returns not improved overall – rating 2, are you helping to ensure these vials are used up first, etc
**LABOR** – missing labor dollars by $100k to budget, see attached under dept wage costs ytd – rating 2, put in actuals
  If we are filling less scripts, we need to be using less hours…

**YOU SHOULD HAVE EVERYTHING TO FINISH YOUR EVAL, LET ME KNOW IF NOW – PLEASE DO SO ASAP – THANKS!**

**REMINDER ON SKILLS/LEADERSHIP sections – THESE ARE NOT ALL 5s or 4s.. please read discriptions, I should see 2s,3s,4s… etc…**

HIGHLY CONFIDENTIAL
GE_TL00011879

**From:** Roahrig, Todd
**Sent:** Monday, June 15, 2015 12:07 PM
**To:** GRP_RX_Roahrig
**Cc:** Roahrig, Todd
**Subject:** EVALS

LEADERS – please begin to have ALL your TMs complete their self-review for this past year!

**Rating Guidelines are attached – this is NEW this year! You must use this to provide an accurate rating for yourself and your Team. It spells out what rating to give based on how the goal is met or not. Pages 1-5 is for RPhs, pages 6-10 is for techs/interns**

YES YOU CAN GET A 5 as well as 1 and 2s – Please follow the guide lines – print and review with all

GOALS **– be sure you insert your own stores budget or goal in the "what actually happened" box, which is above the rating box, feel free to in correct spaces**

**ALL PHARMACISTS**

1 - **DART** – This is w/comp or injuries in your department by TMs over the past year (days away restricted time). Ask store leader

2 - **QUALITY** – Some quality information will be sent separately to stores this week, most locations had a policy violation incident of some sort, you likely are aware whether or not your dept quality has been better or worse than LY, etc…

3 - **DAP** – Development action plan - as before, all RPHs must have an "active DAP" on their talent development page under "development", active means updating, adjusting, and reviewing during the year! YOU drive this one, if you want feedback or to discuss, let me know

4 - **TMPOV** – see previous email sent to see scores and link here… click on 'retail reports' on left and find your store
    TMPOV Action Planning SharePoint site

5 – **SERVICE** – see Retail Index and VOC on attachment (sent out prior too), see last several pages for your store YTD and goal; 800 call info is on the scorecard on far, right

6 – **COMPLIANCE** – what was your internal audit? Are your own and your teams CBTs completed and upto date? Do you review on LRC, learning resource center; Internal audits attached if you had one this year

7 – **PROFIT** – Corp stores get from your store leader, you need your LOB (line of business) detail for DBLP (direct business line profitability), independents use Store Operating Profit off your PnL - Most stores will miss this, and not being more profitable than last year; – you will need your business unit which is in the corner of your PnL – this link is ONLY for Corporate locations, as independents can use their own, full PnL…

HIGHLY CONFIDENTIAL

http://geonline/geonline/reports/file/reports.aspx?directory=reports/Corporate_Stores/LOB_Detail/LOBDT_PL_by_Store

8 – **SALES** – see your PnL (get from store leader, independents would have PnL emailed as usual) Use Period 11 (May), YTD vs Budget dollars – Most stores will hit sales

9 – **SCRIPTS** – run date range report from pharmacy solutions, current YTD to budget scripts (also attached to 6/6 for year) – Most stores will miss scripts

10 – **SHRINK** – see attached, sent out prior too, need to see an IMPROVEMENT in amber vial shrink to last year LY (we are only using first 3 qtrs of 2014 to compare to first 3 quarters of 2015 since 4th qtr results are not yet available)

11 – **LABOR** – see PnL, use total Payroll or Salary/Wages line, not total wages which includes training, etc… in dollars to budget, look!

**TECHS/INTERNS** – almost all are same goals above except

3 – Talent Development – NO DAP required, but did they view eval during year, and have a mid year meeting with leader etc..
6 – self explained
7 – self explained


AS ALWAYS, THIS INFORMATION IS CONFIDENTIAL AND SHOULD NEVER BE SENT TO A PERSONAL EMAIL or LEFT/TAKEN OUTSIDE OF THE COMPANY

=============================================================================================
===============================



[Purpose]
The Annual Performance Review connects goals, performance, merit and development. The first step is the Team Member Self Review, where individuals evaluate their own performance and demonstration of leadership skills. This step begins Sunday, June 14.

[Action]
**Step 1:** Go to the Talent Development Home Page and access your *FY15 Annual Performance Review* from your To Do list or from your *Performance* Inbox. Review the following documents, where available, to support your review and ratings:
- Mid-year Feedback
- Completed 360° Feedback results (only for defined roles)
- Retail Rating Guidelines
- Other reports/retail metrics (a link to retail metrics will be available June 16 on Talent Development)

**Step 2:** Rate yourself and provide comments on your Operating Results goals and Leadership Skills for Success. Your Self Review should be based on actual results through Period 11. Managers will have access to year-end results for their Manager Reviews.

**Step 3:** Complete your Team Member Self Review no later than Sunday, JULY 12.

[Supporting Information]
Additional resources to help you complete this step are available in the *Performance* Help & Tutorials area of the Talent Development system, including retail scorecard and rating guidelines.

- Job Aid: Team Member Self Review

If you have any questions, please contact MyHRConnection at MyHRConnection@gianteagle.com



HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GE_TL00011882



# Rx Customer Satisfaction – OSAT 72%
## % Highly Satisfied Customers
### P11 FY15 Update (5/3/15-5/30/15) n=1,343



| | | Chg vs. P10 | FYTD |
|---|---|---|---|
| Total Pharmacy | 72 | 0 | 72% |
| Giant Eagle | 72 | 0 | 72% |
| Market District | 73 | +1 | 71% |
| COL | 67 | -1 | 74% |
| COD | 76 | +2 | 75% |
| POD | 71 | +1 | 70% |

| Customer Service | P11 | Chg vs. P10 | FYTD |
|---|---|---|---|
| ※ Professionalism of Team Member | 74% | +1 | 74% |
| Pharmacy Team Member Knowledge | 74% | +3 | 73% |
| Interaction with Pharmacist | 79% | +5 | 78% |
| ※ Friendliness of Team Member | 76% | +2 | 75% |
| Cashier - Thanked | 94% | 0 | 94% |
| Cashier - Invited | 71% | +1 | 71% |
| Cashier - Greeted | 95% | 0 | 95% |

| Value/Store | P11 | Chg vs. P10 | FYTD | 1st Reason Dissatisfied |
|---|---|---|---|---|
| Competitive Prices of Prescriptions | 59% | +1 | 61% | |
| ※ Cleanliness | 73% | 0 | 73% | ** |

| Ordering Process | P11 | Chg vs. P10 | FYTD | 1st Reason Dissatisfied |
|---|---|---|---|---|
| Phone-in Order Experience | 75% | +3 | 73% | |
| ※ Time to Fill from Order | 64% | +1 | 64% | |
| ※ Speed and Ease of Checkout | 67% | 0 | 66% | Time waiting in line |

\*\*Insufficient data for analysis.
Note: % Scores reported = % Highly Satisfied customers on each question.

※ Key Driver of Satisfaction

HIGHLY CONFIDENTIAL    GE_TL00011895



# Customer Satisfaction Scorecard
## % Highly Satisfied Customers

## PHARMACY SATISFACTION DRIVERS
### MONTHLY TRENDS








Note: % Scores reported = % Highly Satisfied customers on each question.



# RETAIL INDEX SCORECARD

## Pharmacy Retail Index



| DIVISION or DISTRICT | P11 | Chg vs P10 | P9-P11 | Chg vs P6-P8 | FYTD | FY15 Goal |
|---|---|---|---|---|---|---|
| TOTAL PHARMACY | 78% | +1 | 78% | +1 | 78% | 79% |
| MD | 79% | +2 | 78% | -1 | 78% | 76% ★ |
| GE | 78% | +1 | 78% | +1 | 78% | 79% |
| POD North | 78% | 0 | 77% | +1 | 77% | 82% |
| POD East | 76% | +3 | 76% | +2 | 75% | 77% |
| Erie & Youngstown | 81% | +5 | 78% | 0 | 79% | 77% ★ |
| POD South | 76% | -1 | 76% | +1 | 76% | 76% ★ |
| COD North | 83% | +4 | 79% | -1 | 81% | 78% ★ |
| Cleveland & Akron | 79% | +1 | 78% | 0 | 78% | 76% ★ |
| COL & Canton | 74% | -6 | 79% | 0 | 80% | 82% |

★ Reaching FY15 Goal level

Retail Index is a composite score of store controlled measures including TM Knowledge, Friendliness, Professionalism, Time to fill Speed and Ease of Checkout, Cleanliness, Cashier Greet/Thank/Invite Back.

Note: % Scores reported = % Highly Satisfied customers on each question.

HIGHLY CONFIDENTIAL
GE_TL00011897

# FY15 Retail Pharmacy Performance Rating Guidelines

PDLs, Pharmacy Team Leaders, Pharmacist, RPh Floater

## RESPECT FOR TEAM MEMBERS

**GOAL 1: Improve Team Member Safety**

**METRIC:**

    a) Meet DART (days away restricted time) Incident target of [insert Rx target]

| RATING | GUIDELINE |
|---|---|
| 5 | Zero DART Incidents |
| 4 | |
| 3 | 1 DART Incident |
| 2 | |
| 1 | 5+ DART Incidents |

**GOAL 2: Improve Customer Safety**

**METRIC:**

    a) Eliminate quality policy violations (i.e. med/sel, look/listen, fridge/mix)
    b) 100% compliance with quarterly CQI meetings, incident follow-ups, PIPs and Action Plans
    c) Reduce Ingestion Rate by 5% over last year *(store specific)*
    d) Reduce total incidents by 10% over last year (RPh) *(store specific) (or better than company average)*

| RATING | GUIDELINE |
|---|---|
| 5 | 4 out of 4; significantly exceeds rate/incident targets |
| 4 | 4 out of 4 |
| 3 | 3 out of 4 |
| 2 | 2 out of 4 |
| 1 | 1 out of 4 |

HIGHLY CONFIDENTIAL     GE_TL00011916

**PROFITABLE GROWTH**

**GOAL 7: Increase Operating Profit**

**METRIC:** Achieve Actual vs. Budget Operating Profit (DBLP / Net Operating Profit) [insert store target]

| RATING | TSR GUIDELINE BY % |
|---|---|
| 5 | 10% better than budget |
| 4 | 5% better than budget |
| 3 | Meet budget to 4.99% |
| 2 | Miss budget |
| 1 | |

**GOAL 8: Increase Sales**

**METRIC:** Achieve Sales $ Target of [insert store target]

| RATING | GUIDELINE |
|---|---|
| 5 | 10% better than budget |
| 4 | 5% better than budget |
| 3 | Meet budget to 4.99% |
| 2 | Miss budget |
| 1 | |

**GOAL 9: Increase Script Volume**

**METRIC:** Achieve Script Volume of [insert store target to budget]

| RATING | GUIDELINE |
|---|---|
| 5 | 10% better than budget |
| 4 | 5% better than budget |
| 3 | Meet budget to 4.99% |
| 2 | Miss budget |

Page **4** of **10**