# PSJ1 Exh 26

# Giant Eagle Bonus 2013
# Pharmacy

**I. Purpose**

The Pharmacy Bonus Program is designed to encourage Team Members to work as a team toward a common goal of improving Company profitability, prescription volume and customer service.

**II. <u>Pharmacy Team Leader</u> Calculation**

| Bonus Percentages | | | |
|---|---|---|---|
| - Based upon the Salary as of the beginning of the FY <br> - Individual Minimum—Target—Maximum percentages established by job level | **Minimum** <br> 1% | **Target** <br> 2% | **Maximum** <br> 3% |

**Pharmacy Performance Modifiers[1]**

(1) <u>Prescription Unit Volume:</u>

| 0-1500 Units | 1501-2500 Units | 2501-3500 Units | 3501 Units and above |
|---|---|---|---|
| 0% | 0.5% | 1% | 1.5% |

(2) <u>Profitability:</u>

| Measurement | Kicker |
|---|---|
| Generate a Direct Business Line Profit and show a positive increase over last FY | 2% |

(3) <u>Customer Satisfaction</u> - <u>0.75% of salary</u>

| FY 2012 Average Scores | Goal |
|---|---|
| Scores 89 and Above | Maintain |
| Scores 83-88 | +1 Favorable |
| Scores 82 and below | +2 Favorable |

**Notes:**
[1] The Pharmacy Performance Modifiers will be based upon the location in which the Team Member spent the majority of the year.

PLAINTIFFS TRIAL EXHIBIT
P-09545_00001

CONFIDENTIAL

HBC_MDL00191120

P-09545 _ 00001

III. **Pharmacist Calculation**

| Bonus Percentages | | | |
|---|---|---|---|
| - Based upon the Salary as of the beginning of the FY<br>- Individual Minimum—Target—Maximum percentages established by job level | Minimum<br>0.25% | Target<br>0.5% | Maximum<br>1% |
| **Pharmacy Performance Modifiers**[1] | | | |
| (1) **Prescription Unit Volume:** | | | |

| 0-1500 Units | 1501-2500 Units | 2501-3500 Units | 3501 Units and above |
|---|---|---|---|
| 0% | 0.25% | 0.5% | 1% |

(2) **Profitability:**

| Measurement | Kicker |
|---|---|
| Generate a Direct Business Line Profit and show a positive increase over last FY | 0.5% |

(3) **Customer Satisfaction - 0.25% of salary**

| FY 2012 Average Scores | Goal |
|---|---|
| Scores 89 and Above | Maintain |
| Scores 83-88 | +1 Favorable |
| Scores 82 and below | +2 Favorable |

IV. **Floater Pharmacist – Calculation**

- Floating Pharmacists will be eligible to receive a lump sum amount based on the average Staff Pharmacist bonus. For PT Floating Pharmacists (30-39 standard hours), the bonus will be pro-rated.

V. **Eligibility**

- Must be a Pharmacy Team Leader, Staff Pharmacist or Floater Pharmacist with standard hours of 30 or more.
- A Team Member must be hired or licensed before April 1 of the fiscal year in order to be eligible for a bonus.
- The bonus is based upon the salary at the beginning of the Fiscal Year.
- An existing Team Member must actively work in the Fiscal Year to be eligible for a bonus.

VI. If for any reason, a Team Member is involuntarily terminated **or** resigns prior to the end of the fiscal year, he/she will not be eligible for a bonus. A Team Member must actively work until the end of Fiscal Year in order to be eligible for a bonus.

VII. Whether the Company elects to pay a bonus and the amount of any such bonus is determined at the sole discretion of the Board of Directors.