**PSJ1 Exh 27**

# Giant Eagle Bonus 2014
# Pharmacy

## I. Purpose

The Pharmacy Bonus Program is designed to encourage Team Members to work as a team toward a common goal of improving Company profitability, prescription volume and customer service.

## II. **Pharmacy Team Leader** Calculation

| Bonus Percentages | | | |
|---|---|---|---|
| - Based upon the Salary as of the beginning of the FY<br><br>- Individual Minimum—Target—Maximum percentages established by job level | **Minimum** | **Target** | **Maximum** |
| | 1% | 2% | 3% |

**Pharmacy Performance Modifiers[1]**

**(1) Prescription Unit Volume:**

| 0-1500 Units | 1501-2500 Units | 2501-3500 Units | 3501 Units and above |
|---|---|---|---|
| 0% | 0.5% | 1% | 1.5% |

**(2) Profitability:**

| Measurement | Kicker |
|---|---|
| Generate a Direct Business Line Profit and show a positive increase over last FY | 1.5% |

| Measurement | Kicker |
|---|---|
| Dollars/Prescription – goals will be specific per location | .5% |

**(3) Customer Satisfaction - 0.75% of salary**
- Pharmacy is struggling to get customer responses (affecting sample for goal setting)

| Customer Response per month | Goal |
|---|---|
| Less than 20 | 20 per month |
| More than 21 | 30 per month |

- If the above goal is met, then the Pharmacy location is eligible for the second OSAT kicker

| Pharmacy OSAT | Goal | # of stores in range FY12 | % of stores in range FY12 |
|---|---|---|---|
| Up to 66% | +2 | 97 | 45% |
| 67% and above | +1 | 119 | 55% |

**Notes:**
[1] The Pharmacy Performance Modifiers will be based upon the location in which the Team Member spent the majority of the year.



PLAINTIFFS TRIAL EXHIBIT
**P-09546_00001**

CONFIDENTIAL

### III.    Pharmacist Calculation

| Bonus Percentages | | | |
|---|---|---|---|
| - Based upon the Salary as of the beginning of the FY <br> - Individual Minimum—Target—Maximum percentages established by job level | **Minimum** <br> 0.25% | **Target** <br> 0.5% | **Maximum** <br> 1% |

**Pharmacy Performance Modifiers[1]**

**(1) Prescription Unit Volume:**

| 0-1500 Units | 1501-2500 Units | 2501-3500 Units | 3501 Units and above |
|---|---|---|---|
| 0% | 0.25% | 0.5% | 1% |

**(2) Profitability:**

| Measurement | Kicker |
|---|---|
| Generate a Direct Business Line Profit and show a positive increase over last FY | 0.5% |

**(3) Customer Satisfaction - 0.25% of salary**

- Pharmacy is struggling to get customer responses (affecting sample for goal setting)

| Customer Response per month | Goal |
|---|---|
| Less than 20 | 20 per month |
| More than 21 | 30 per month |

- If the above goal is met, then the Pharmacy location is eligible for the second OSAT kicker

| Pharmacy OSAT | Goal | # of stores in range FY12 | % of stores in range FY12 |
|---|---|---|---|
| Up to 66% | +2 | 97 | 45% |
| 67% and above | +1 | 119 | 55% |

### IV.    Floater Pharmacist – Calculation

- Floating Pharmacists will be eligible to receive a lump sum amount based on the average Staff Pharmacist bonus.  For PT Floating Pharmacists (30-39 standard hours), the bonus will be pro-rated.

### V.    Eligibility

- Must be a Pharmacy Team Leader, Staff Pharmacist or Floater Pharmacist with standard hours of 30 or more.
- A Team Member must be hired or licensed before April 1 of the fiscal year in order to be eligible for a bonus.
- The bonus is based upon the salary at the beginning of the Fiscal Year.

Page 3

- An existing Team Member must actively work in the Fiscal Year to be eligible for a bonus.

**VI.** If for any reason, a Team Member is involuntarily terminated **or** resigns prior to the end of the fiscal year, he/she will not be eligible for a bonus.  A Team Member must actively work until the end of Fiscal Year in order to be eligible for a bonus.

**VII.** Whether the Company elects to pay a bonus and the amount of any such bonus is determined at the sole discretion of the Board of Directors.

HBC_MDL00191124

P-09546 _ 00003