# PSJ1 Exh 28

# Giant Eagle Bonus 2015
# Pharmacy

### I. Purpose

The Pharmacy Bonus Program is designed to encourage Team Members to work as a team toward a common goal of improving Company profitability and prescription volume.

### II. <u>Pharmacy Team Leader</u> Calculation

| Bonus Percentages | | | |
|---|---|---|---|
| - Based upon the Salary as of the beginning of the FY<br>- Individual Minimum—Target—Maximum percentages established by job level. If a minimum bonus level is not achieved, then a bonus will not be paid out (including any kickers). | Minimum<br>1% | Target<br>2% | Maximum<br>3% |
| **Pharmacy Performance Modifiers[1]** | | | |
| **(1) <u>Prescription Unit Volume:</u>** | | | |
| 0-1500 Units | 1501-2500 Units | 2501-3500 Units | 3501 Units and above |
| 0% | 0.5% | 1% | 1.5% |
| **(2) <u>Profitability:</u>** | | | |
| Measurement | | | Kicker |
| Generate a Direct Business Line Profit and show a positive increase over last FY | | | 1.5% |
| Measurement | | | Kicker |
| Dollars/Prescription – goals will be specific per location | | | .5% |
| **Individual Performance Impact** | | | |
| - Individual performance will be ranked based on performance scores within each Regional Director, Operations area to identify the top and bottom 15%. The top and bottom ranked individual performers will have their bonuses adjusted up/down on a discretionary basis. At a minimum, the top 15% and bottom 15% of performers will have their bonuses adjusted. (If there are 100 Team Members the top 15 and bottom 15 will have their bonuses adjusted).<br>- Individual bonus adjustments should be at least 10% in order to be meaningful. Bonus reductions can be as much as 100% depending on actual performance.<br>- Bonus reductions to the bottom performers will generate the discretionary bonus pool that will fund bonuses for the top performers. The total bonus pool will remain the same pre and post bonus adjustments. No positive variance will occur. | | | |

**Notes:**
[1] The Pharmacy Performance Modifiers will be based upon the location in which the Team Member spent the majority of the year.

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-09550_00001

HBC_MDL00191127

P-09550 _ 00001

III. **Pharmacist** Calculation

| Bonus Percentages | | | |
|---|---|---|---|
| - Based upon the Salary as of the beginning of the FY<br>- Individual Minimum—Target—Maximum percentages established by job level | **Minimum**<br>0.25% | **Target**<br>0.5% | **Maximum**<br>1% |
| **Pharmacy Performance Modifiers[1]** | | | |
| (1) <u>Prescription Unit Volume:</u> | | | |
| **0-1500 Units** | **1501-2500 Units** | **2501-3500 Units** | **3501 Units and above** |
| 0% | 0.25% | 0.5% | 1% |
| (2) <u>Profitability:</u> | | | |
| **Measurement** | | | **Kicker** |
| Generate a Direct Business Line Profit and show a positive increase over last FY | | | 0.5% |
| **Individual Performance Impact** | | | |
| - Individual performance will be ranked based on performance scores within each Regional Director, Operations area to identify the top and bottom 15%. The top and bottom ranked individual performers will have their bonuses adjusted up/down on a discretionary basis. At a minimum, the top 15% and bottom 15% of performers will have their bonuses adjusted. (If there are 100 Team Members the top 15 and bottom 15 will have their bonuses adjusted).<br>- Individual bonus adjustments should be at least 10% in order to be meaningful. Bonus reductions can be as much as 100% depending on actual performance.<br>- Bonus reductions to the bottom performers will generate the discretionary bonus pool that will fund bonuses for the top performers. The total bonus pool will remain the same pre and post bonus adjustments. No positive variance will occur. | | | |

IV. **Floater Pharmacist – Calculation**

- Floating Pharmacists will be eligible to receive a lump sum amount based on the average Staff Pharmacist bonus. For PT Floating Pharmacists (30-39 standard hours), the bonus will be pro-rated.

V. **Eligibility**

- Must be a Pharmacy Team Leader, Staff Pharmacist or Floater Pharmacist with standard hours of 30 or more.
- A Team Member must be licensed and actively employed at the date that are bonuses are paid in order to be eligible for a bonus.
- The bonus is based upon the salary at the beginning of the Fiscal Year.
- An existing Team Member must actively work in the Fiscal Year to be eligible for a bonus.

VI. If for any reason, a Team Member is involuntarily terminated <u>or</u> resigns prior to the end of the fiscal year, he/she will not be eligible for a bonus. A Team Member must actively work until the end of Fiscal Year in order to be eligible for a bonus.

VII. Whether the Company elects to pay a bonus and the amount of any such bonus is determined at the sole discretion of the Board of Directors.