# PSJ1 Exh 29

# Giant Eagle Bonus 2019
## Pharmacy

### I. Purpose

The Pharmacy Bonus Program is designed to encourage Team Members to work as a team toward a common goal of improving Company profitability and prescription volume.

### II. Pharmacy Team Leader Calculation

| Calculation |
|---|
| **Bonus Percentages** |
| - Based upon the Salary as of the beginning of the FY |
| - Individual Minimum—Target—Maximum percentages established by job level. |
| - Percentages are weighted 50% based off Enterprise results and 50% off of Business Unit results. A minimum bonus level must be achieved in either the Enterprise or Pharmacy results, in order for a bonus to be paid out (including any kickers). |

| Minimum | Target | Maximum |
|---|---|---|
| 1% | 2% | 3% |

| Pharmacy Performance Modifiers[1] |
|---|
| **(1) Prescription Unit Volume:** |

| 0-1500 Units | 1501-2500 Units | 2501-3500 Units | 3501 Units and above |
|---|---|---|---|
| 0% | 0.5% | 1% | 1.5% |

**(2) Profitability:**

| Measurement | Kicker |
|---|---|
| Meet budgeted Total Store Responsibility (TSR) | 1.5% |

| Measurement | Kicker |
|---|---|
| Achieve 0.3% in partial fill % to total prescriptions, or a 10% reduction from last FY | .5% |
| Achieve 15% of prescriptions processed through auto fill | .5% |
| Achieve immunization goals for the year | .5% |

**Notes:**
[1] The Pharmacy Performance Modifiers will be based upon the location in which the Team Member spent the majority of the year.

PLAINTIFFS TRIAL EXHIBIT
P-09583_00001

CONFIDENTIAL

HBC_MDL00191181

P-09583 _ 00001

III. **Staff Pharmacist** Calculation

| Calculation |
|---|
| **Bonus Percentages** |
| - Based upon the Salary as of the beginning of the FY |
| - Individual Minimum—Target—Maximum percentages established by job level.  If a minimum bonus level is not achieved, then a bonus will not be paid out (including any kickers). |

| Minimum | Target | Maximum |
|---|---|---|
| .25% | .5% | 1% |

- Percentages are weighted 50% based off Enterprise results and 50% off of Business Unit results

| Pharmacy Performance Modifiers[1] | |
|---|---|
| Measurement | Kicker |
| Achieve immunization goals for the year | 0.5% |
| Achieve 0.3% in partial fill % to total prescriptions, or a 10% reduction from last FY | 0.5% |
| Achieve 15% of prescriptions processed through auto fill | 0.5% |

IV. **Miscellaneous Pharmacy Positions**

| Bonus Percentages |
|---|
| - Based upon the Salary as of the beginning of the FY |
| - Individual Minimum—Target—Maximum percentages established by job level |
| - Percentages are weighted 50% based off Enterprise results and 50% off of Business Unit results |

| Title | Minimum % | Target % | Maximum % |
|---|---|---|---|
| Leader, Pharmacy Technician | 2.0% | 4.0% | 6.0% |
| Manager, Clinical Call Center | 1.0% | 3.0% | 5.0% |
| Staff Pharmacist, Call Center | 0.25% | 0.5% | 1.0% |
| **Kicker:  Individual Data Entry Completion** | 2101 – 2400 Data Verification/Wk | 2401– 2600 Data Verification/Wk | 2601+ Data Verification/Wk |
| | 0.5% | 1.0% | 1.5% |
| Staff Pharmacist, Clinical | 0.25% | 0.5% | 1.0% |
| Team Leader, Patient Care (Hep C) | 2.0% | 4.0% | 6.0% |
| Team Leader, Pharmacy Asst | 1.0% | 3.0% | 5.0% |

V. **<u>Central Fill (#8991)</u> – Calculation**
- Pharmacy Shift Leader is eligible for 1% (Minimum), 2% (Target) and 3% (Maximum)
- Pharmacy Team Leader is eligible for an average of retail Pharmacy Team Leader bonus.
- Staff Pharmacist is eligible for an average of the retail Staff Pharmacists bonus.
- Supervisor, Inventory (Central Fill) is eligible for 2% (Minimum), 4% (Target) and 6% (Maximum)

VI. **<u>Floater Pharmacist</u> – Calculation**

- Floating Pharmacists will be eligible to receive a lump sum amount based on the average Staff Pharmacist bonus. For PT Floating Pharmacists (30-39 standard hours), the bonus will be pro-rated.

VII. **Eligibility**

- Must be a Pharmacy Team Leader, Staff Pharmacist or Floater Pharmacist with standard hours of 30 or more.
- A Team Member must be licensed and actively employed at the date that are bonuses are paid in order to be eligible for a bonus.
- The bonus is based upon the salary at the beginning of the Fiscal Year.
- An existing Team Member must actively work in the Fiscal Year to be eligible for a bonus.

VIII. If for any reason, a Team Member is involuntarily terminated **or** resigns prior to the end of the fiscal year, he/she will not be eligible for a bonus. A Team Member must actively work until the end of Fiscal Year in order to be eligible for a bonus.

IX. Whether the Company elects to pay a bonus and the amount of any such bonus is determined at the sole discretion of the Board of Directors.

CONFIDENTIAL

HBC_MDL00191183

P-09583 _ 00003