# PSJ1 Exh 31

P-HBC-01427

# Giant Eagle Bonus 2020
# Pharmacy

## I.  Purpose

The Pharmacy Bonus Program is designed to encourage Team Members to work as a team toward a common goal of improving Company profitability and prescription volume.

## II.  **Pharmacy Team Leader** Calculation

| Calculation |
| --- |
| **Bonus Percentages** |
| - Based upon the Salary as of the beginning of the FY |
| - Individual Minimum—Target—Maximum percentages established by job level. |
| - Percentages are weighted 50% based off Enterprise results and 50% off of Business Unit results.  A minimum bonus level must be achieved in either the Enterprise or Pharmacy results, in order for a bonus to be paid out (including any kickers). |

| Minimum | Target | Maximum |
| --- | --- | --- |
| 1% | 2% | 3% |

| Pharmacy Performance Modifiers[1] |
| --- |

**(1) Prescription Unit Volume:**

| 0-1500 Units | 1501-2500 Units | 2501-3500 Units | 3501 Units and above |
| --- | --- | --- | --- |
| 0% | 0.5% | 1% | 1.5% |

**(2) Profitability:**

| Measurement | Kicker |
| --- | --- |
| Meet budgeted Total Store Responsibility (TSR) % | 1.5% |

| Measurement | Kicker |
| --- | --- |
| Achieve 40% text enrollment [2] | .5% |
| Achieve 20% of prescriptions processed through Auto Fill [2] | .5% |
| Achieve immunization goals for the year. [3] | .5% |

**Notes:**

[1] The Pharmacy Performance Modifiers will be based upon the location in which the Team Member spent the majority of the year.

[2] These metrics are based on the location achieving a percentages of their active patients

[3] Goals are established based on a Fiscal Year cycle.

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-14632_00001

HBC_MDL00191164

P-14632 _ 00001

Page 2

## III.     Staff Pharmacist Calculation

| Calculation |
|---|
| **Bonus Percentages** |
| - Based upon the Salary as of the beginning of the FY |
| - Individual Minimum—Target—Maximum percentages established by job level.  If a minimum bonus level is not achieved, then a bonus will not be paid out (including any kickers). |

| Minimum | Target | Maximum |
|---|---|---|
| .25% | .5% | 1% |

- Percentages are weighted 50% based off Enterprise results and 50% off of Business Unit results

| Pharmacy Performance Modifiers[1] | |
|---|---|
| **Measurement** | **Kicker** |
| Achieve 40% text enrollment [2] | 0.5% |
| Achieve 20% of prescriptions processed through Auto Fill [2] | 0.5% |
| Achieve immunization goals for the year [3] | 0.5% |

## IV.     Miscellaneous Pharmacy Positions

| Bonus Percentages |
|---|
| - Based upon the Salary as of the beginning of the FY |
| - Individual Minimum—Target—Maximum percentages established by job level |
| - Percentages are weighted 50% based off Enterprise results and 50% off of Business Unit results |

| Title | Minimum % | Target % | Maximum % |
|---|---|---|---|
| Coordinator, Confidential Human Resources (in Pharmacy departments) | 2.0% | 3.0% | 4.0% |
| Leader, Pharmacy Technician | 2.0% | 4.0% | 6.0% |
| Manager, Clinical Call Center | 1.0% | 3.0% | 5.0% |
| Pharmacist, Clinical Services | 0.25% | 0.5% | 1.0% |
| Staff Pharmacist, Call Center | 0.25% | 0.5% | 1.0% |
| **Kicker:  Individual Data Verification Completion** | 2101 – 2400 Data Verification/Wk | 2401 – 2600 Data Verification/Wk | 2601+ Data Verification/Wk |
|  | 0.5% | 1.0% | 1.5% |
| Team Leader, Patient Care (Hep C) | 2.0% | 4.0% | 6.0% |
| Team Leader, Pharmacy Asst | 1.0% | 3.0% | 5.0% |

CONFIDENTIAL

Page 3

**V.**     <u>**Central Fill (#8991)**</u> **– Calculation**

- Pharmacy Shift Leader is eligible for 1% (Minimum), 2% (Target) and 3% (Maximum)

- Pharmacy Team Leader is eligible for 1% (Minimum), 2% (Target) and 3% (Maximum) and:

  i.   1.5% kicker for Meet budgeted Total Store Responsibility (TSR) $

  ii.  1.5% kicker for Achieve 42.5 of Central Fill utilization (as measured by the last 4 weeks)

- Staff Pharmacist is eligible for an average of the retail Staff Pharmacists bonus.

- Supervisor, Central Fill is eligible for 2% (Minimum), 4% (Target) and 6% (Maximum)


**VI.**     <u>**Floater Pharmacist**</u> **– Calculation**

- Floating Pharmacists will be eligible to receive a lump sum amount based on the average Staff Pharmacist bonus.  For PT Floating Pharmacists (30-39 standard hours), the bonus will be pro-rated.


**VII.**     **Eligibility**

- Must be a Pharmacy Team Leader, Staff Pharmacist or Floater Pharmacist with weekly scheduled hours of 30 or more.
- A Team Member must be licensed and actively employed at the date that are bonuses are paid in order to be eligible for a bonus.
- The bonus is based upon the salary at the beginning of the Fiscal Year.
- An existing Team Member must actively work in the Fiscal Year to be eligible for a bonus.

**VIII.**     If for any reason, a Team Member is involuntarily terminated <u>**or**</u> resigns prior to the end of the fiscal year, he/she will not be eligible for a bonus.  A Team Member must actively work until the end of Fiscal Year in order to be eligible for a bonus.

**IX.**     Whether the Company elects to pay a bonus and the amount of any such bonus is determined at the sole discretion of the Board of Directors.