# PSJ1 Exh 33

# Giant Eagle Bonus 2018
# Pharmacy

### I. Purpose

The Pharmacy Bonus Program is designed to encourage Team Members to work as a team toward a common goal of improving Company profitability and prescription volume.

### II. <u>Pharmacy Team Leader</u> Calculation

| Bonus Percentages | | | |
|---|---|---|---|
| - Based upon the Salary as of the beginning of the FY <br> - Individual Minimum—Target—Maximum percentages established by job level. If a minimum bonus level is not achieved, then a bonus will not be paid out (including any kickers). | **Minimum** <br> 1% | **Target** <br> 2% | **Maximum** <br> 3% |

**Pharmacy Performance Modifiers[1]**

(1) <u>Prescription Unit Volume:</u>

| 0-1500 Units | 1501-2500 Units | 2501-3500 Units | 3501 Units and above |
|---|---|---|---|
| 0% | 0.5% | 1% | 1.5% |

(2) <u>Profitability:</u>

| Measurement | Kicker |
|---|---|
| Generate a Direct Business Line Profit and show a positive increase over last FY | 1.5% |

| Measurement | Kicker |
|---|---|
| Achieve a 10% reduction in partial fill % to total prescriptions | .5% |
| Amber vial waste below $1.7M for the chain | .5% |
| Achieve immunization goals for the year | .5% |

**Notes:**
[1] The Pharmacy Performance Modifiers will be based upon the location in which the Team Member spent the majority of the year.

### III. <u>Staff Pharmacist</u> Calculation

| Bonus Percentages | | | |
|---|---|---|---|
| - Based upon the Salary as of the beginning of the FY <br> - Individual Minimum—Target—Maximum percentages established by job level | **Minimum** <br> 0.25% | **Target** <br> 0.5% | **Maximum** <br> 1% |

**Pharmacy Performance Modifiers[1]**

| Measurement | Kicker |
|---|---|
| Achieve immunization goals for the year | 0.5% |
| Achieve a 10% reduction in partial fill % to total prescriptions | 0.5% |
| Amber vial waste below $1.7M for the chain | 0.5% |

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-14634_00001

HBC_MDL00191178

P-14634 _ 00001

## IV. Central Processing Positions

**Bonus Percentages**

- Based upon the Salary as of the beginning of the FY
- Individual Minimum—Target—Maximum percentages established by job level
- Excludes any other additional metrics

| | Minimum | Target | Maximum |
|---|---|---|---|
| **Leader, Pharmacy Technician** | 2% | 4% | 6% |
| **Staff Pharmacist, Call Center** | .25% | .5% | 1% |
| **Team Leader, Pharmacy Asst** | 1% | 3% | 5% |

## V. Central Fill (#8991) – Calculation

Pharmacy Team Leader is eligible for an average of retail Pharmacy Team Leader bonus. The Staff Pharmacists are eligible for an average of the retail Staff Pharmacists bonus.

## VI. Floater Pharmacist – Calculation

- Floating Pharmacists will be eligible to receive a lump sum amount based on the average Staff Pharmacist bonus. For PT Floating Pharmacists (30-39 standard hours), the bonus will be pro-rated.

## VII. Eligibility

- Must be a Pharmacy Team Leader, Staff Pharmacist or Floater Pharmacist with standard hours of 30 or more.
- A Team Member must be licensed and actively employed at the date that are bonuses are paid in order to be eligible for a bonus.
- The bonus is based upon the salary at the beginning of the Fiscal Year.
- An existing Team Member must actively work in the Fiscal Year to be eligible for a bonus.

## VIII.

If for any reason, a Team Member is involuntarily terminated **or** resigns prior to the end of the fiscal year, he/she will not be eligible for a bonus. A Team Member must actively work until the end of Fiscal Year in order to be eligible for a bonus.

## IX.

Whether the Company elects to pay a bonus and the amount of any such bonus is determined at the sole discretion of the Board of Directors.

CONFIDENTIAL

HBC_MDL00191179

P-14634 _ 00002