PSJ1 Exh 35

P-HBC-01342

**From:** Miller, Christopher
**Sent:** Mon, 30 Nov 2015 16:29:32 -0500
**To:** Shaheen, Richard;Millward, Joseph;Carlson, Gregory
**Subject:** FW: Fradulent Prescriptions received



EXHIBIT

Shaheen-11

---

**From:** 1435, Pharmacy Team Leader
**Sent:** Monday, November 30, 2015 4:21 PM
**To:** Miller, Christopher <Christopher.Miller@gianteagle.com>
**Subject:** Fradulent Prescriptions received

Hi Chris, This is Mike from #1435. I received a call today from CNP Laura Dejulia who works for Meridian Community Care. They fired a nurse today who has been writing fraudulent prescriptions under three different names. Most presciptions were filled at Walgreens on Meridian Road however 2 Rx's were filled at our store and several at Giant Eagle on Belmont Ave. WE filled a Fradulent Percocet prescription in June of 2014, and a fraudulent Norco prescription in April 2015. Prescriptions had all the pertinent information on them because the nurse worked at the facility.

Laura Dejulia said the authorities were contacted so I am sure that we will be hearing from someone. I wanted to give you a heads up.

Mike M.

Confidential Protected Health Information