# PSJ1 Exh 36

10/21/2014 12:24 FAX 3306521260    GIANT EAGLE PHARM. 1405



## GIANT EAGLE PHARMACY
### Suspected Controlled Substance Loss
### DEA Notification

Date: 10/20/14

Dear Agent in Charge:

The Giant Eagle pharmacy listed below has identified a suspected controlled drug loss. If we confirm the suspected loss as actual, we will initiate a loss prevention investigation and notify the local police department and state regulatory agency. We will submit a DEA-106 once we have gathered adequate information about the actual loss. If you have any questions concerning this suspected loss or the outcome of the preliminary audit, or if you would like to assist in the investigation, please contact the Pharmacy District Leader listed below.

Details and Date of Suspected Loss: _Monthly narcotic audit performed on 10/19 showed hydrocodone/APAP 10/325mg Tabs missing. After research, expected to have lost 2044 tablets_

Giant Eagle Pharmacy #: _1405_  Pharmacy Team Leader: _Roy Palumbo_
Name of RX TM completing the form (if different than the RXTL): _____
Signature of RX TM completing the form: _[signature]_
Pharmacy Address: _48 Vienna Ave, Niles, OH 44446_

Telephone: _330-652-2158_  DEA Number: _BG2891693_
Pharmacy District Leader: _Chris Miller_
Address: _101 Kappa Drive, Pittsburgh, PA_
Office Telephone: _____  Cell Phone: _814-329-3460_

### Pharmacy Instructions:
Please check one of the boxes below to indicate which office was notified:

☒ Ohio pharmacies must also notify the Board of Pharmacy by telephone as required by Ohio Board of Pharmacy rule 4729-9-15.

Name of Ohio Board of Pharmacy representative contacted: _John Benish_
Date called: _10/20/14_  Time called: _6:10_  a.m. / **p.m.** (circle one)
Spoke to the agent: Yes / **No**   Left a voicemail **Yes** / No
Name of team member who contacted the Board: _Roy Palumbo / Chris Miller_

### DEA Offices Covering Giant Eagle Pharmacies:

| DEA Office | Area/State Covered | Phone Number | Fax Number |
|---|---|---|---|
| ☐ Pittsburgh Resident Office | Western PA (Zip Codes 150 to 168) | (412) 777-1870 | (412) 777-1880 |
| ☐ Baltimore District Office | Maryland | (410) 244-3629 | (410) 244-3590 |
| ☐ Charleston Resident Office | West Virginia | (304) 347-5209 | (304) 347-5212 |
| ☒ Cleveland Resident Office | Northern Ohio | (216) 274-3600 | (216) 664-1307 |
| ☐ Columbus Resident Office | Central and Southern Ohio | (614) 255-4200 | (614) 469-5788 |
| ☐ Detroit Division | Toledo | (313) 834-4000 | (313) 225-2163 |

The pharmacy must fax this form to the following at Giant Eagle, Inc.:
Sr. Manager of Quality and Compliance at 412-968-1552
Sr. Director Risk Management Services and Corporate Counsel at 412-967-3761
Created: 07-28-11
Revised: 2/10/14

CONFIDENTIAL

GE_TL00008360