# PSJ1 Exh 37

**Shaheen, Richard**

| | |
|---|---|
| From: | Deluco, Nicole |
| Sent: | Monday, November 10, 2014 11:38 AM |
| To: | Matty, Donna |
| Cc: | Miller, Christopher; Shaheen, Richard |
| Subject: | 1405 audit question |

**EXHIBIT Shaheen-9**

Hey Donna,

Last night I was doing an audit in Niles (1405), and I came across a discrepancy with hydrocodone/apap 10-325 that I can't figure out. I'm wondering if it's possibly a data issue.

The ndc in question is 00603-3887-32.

The store manager did an audit on the morning of 11-6-14 covering dates 10-22-14 through 11-5-14. That ndc was not even on his audit. To my knowledge, we don't use that pack size.

I ran an audit for 11-6-14 through 11-8-14, and it did show up on mine....showing an initial on-hand of 0, 0 purchased and 45 dispensed. This makes sense, because they have a script on order that was run under that ndc but not yet filled.

Here's where it gets odd....I ran a controlled drug report, and it's showing that 5 scripts for a total of 465 tabs were dispensed under that ndc on 11-7-14. I show no purchases for it after reviewing their C2 invoices, and my audit isn't reflecting 465 being dispensed under that ndc. Could this be a data issue? Chris was going to try to task track the 5 scripts dispensed to see if there is an explanation. I was just expecting to see those 465 showing up on my audit, but the only one showing is the script for 45 and that is accounted for.

I'm having trouble balancing the ndc we usually get (00603-3887-21), but I can't figure out if I'm over or under because I don't know how to account for those 5 scripts.

***Please contact me and not the store directly if you have any questions--the store staff does not know I was in there doing counts.

Thank you!
Nikki Deluco--rph
614-371-8915

CONFIDENTIAL

GE_TL00008359