# PSJ1 Exh 38

P-HBC-01299

*Liberty Police Report # 16-08104*  *# 4008 Ohio*
*Captain Shimko*  *stolen Rx fills*
*330-402-1557*  *by our pharm*

## Prescription Pickup Signature

|  |  |  |  |
|---|---|---|---|
| Tx Number: | 3648064 | Drug Name: | Alprazolam 0.25 Mg Tab |
| Counseling: | Refused | Quantity: | 90 |
| Safety Caps: | Yes | Date Filled: | 9/3/16 12:14 PM |
|  |  | Pickup Date: |  |
| Rx Number: | 4222417 | Acquiring Store: | 4002 |

EXHIBIT Shaheen-10

*12/13 - day off*

*video given to police in sept by RAS & Andrea*

[signature]

**LIBERTY TOWNSHIP POLICE DEPARTMENT**
1315 Churchill-Hubbard Rd., Youngstown, OH 44505
**EMERGENCY - 911**
**Ray Buhala**
**Detective Sergeant**
Cell: 330-314-6499  Dispatch Phone: 330-759-1511
Email: rbuhala@libertytwp.com  Office: 330-539-9848
  Fax: 330-759-8477

*Order Entry   9/3/16   12:13 PM*
*Will Call    9/3/16   12:41 PM*

*Robert Fays Daughter is Jill Brown*
*Suspect is Michael Bansberg*

CONFIDENTIAL   Confidential Protected Health Information   GE_TL00008392

## GIANT EAGLE PHARMACY
### Suspected Controlled Substance Loss
### DEA Notification

Date: 6/12/15

Dear Agent in Charge:

The Giant Eagle pharmacy listed below has identified a suspected controlled drug loss. If we confirm the suspected loss as actual, we will initiate a loss prevention investigation and notify the local police department and state regulatory agency. We will submit a DEA-106 once we have gathered adequate information about the actual loss. If you have any questions concerning this suspected loss or the outcome of the preliminary audit, or if you would like to assist in the investigation, please contact the Pharmacy District Leader listed below.

Details and Date of Suspected Loss: 5/30 Rx for Morphine IR 30mg was filled, Quantity 60. On review of video, 2 bottles were pulled from safe, only 1 returned, possibly thrown out.

Giant Eagle Pharmacy #: 4002  Pharmacy Team Leader: Heather L Pleska
Name of RX TM completing the form (if different than the RXTL): _____

Signature of RX TM completing the form: _Heather Pleska_
Pharmacy Address: Giant Eagle #4002   4700 Belmont Ave
Youngstown OH 44505
Telephone: 330-759-9348   DEA Number: BG0714964
Pharmacy District Leader: Chris Miller
Address: _____
Office Telephone: _____  Cell Phone: 614-329-5460

## Pharmacy Instructions:
Please check one of the boxes below to indicate which office was notified:

☒ Ohio pharmacies must also notify the Board of Pharmacy by telephone as required by Ohio Board of Pharmacy rule 4729-9-15.
Name of Ohio Board of Pharmacy representative contacted: John Bonish
Date called: 6/12/15   Time called: 1:41   a.m. / (p.m.) (circle one)
Spoke to the agent: (Yes) / No   Left a voicemail: Yes / No
Name of team member who contacted the Board: Christopher Miller

### DEA Offices Covering Giant Eagle Pharmacies:

| DEA Office | Area/State Covered | Phone Number | Fax Number |
|---|---|---|---|
| ☐ Pittsburgh Resident Office | Western PA (Zip Codes 150 to 168) | (412) 777-1870 | (412) 777-1880 |
| ☐ Baltimore District Office | Maryland | (410) 244-3629 | (410) 244-3590 |
| ☐ Charleston Resident Office | West Virginia | (304) 347-5209 | (304) 347-5212 |
| ☒ Cleveland Resident Office | Northern Ohio | (216) 274-3600 | (216) 664-1307 |
| ☐ Columbus Resident Office | Central and Southern Ohio | (614) 255-4200 | (614) 469-5788 |
| ☐ Detroit Division | Toledo | (313) 834-4000 | (313) 225-2163 |

The pharmacy must fax this form to the following at Giant Eagle, Inc.:
Sr. Manager of Quality and Compliance at 412-968-1552
Sr. Director Risk Management Services and Corporate Counsel at 412-967-3761
Created: 07-28-11
Revised: 2/10/14

CONFIDENTIAL          Confidential Protected Health Information          GE_TL00008393

# ORIGINAL NOTES

**GIANT EAGLE**

INVESTIGATOR: 4002
FILE NO.: _____
LOCATION: _____
SUBJECT: _____

5-30-15  MSIR 30mg #100 missing

| DATE & TIME | COMMENTS |
|---|---|
| 11:30 or 11:40 | MSIR came out of safe |
|  | 11:41:15 ↑ |
| @ 11:59 | Fill |
| 12:30 | FV |
|  | Return? |
| 12:29:30 |  |
| 12:30:53 | Bottle thrown out |
| 12:31 |  |
| 3:41 | Garbage out to compactor |
| 4:08:30 | Return to safe |
|  | 12 |

CONFIDENTIAL    Confidential Protected Health Information    GE_TL00008394