# PSJ1 Exh 39

P-HBC-01340

**EXHIBIT**

**Shaheen-12**

| | |
|---|---|
| **From:** | Garofalo, Angela |
| **Sent:** | Tue, 13 Jun 2017 17:45:07 -0400 |
| **To:** | Engle, Rollin |
| **Cc:** | Shaheen, Richard;Chunderlik, George;Garofalo, Angela |
| **Subject:** | Loss |
| **Attachments:** | 00003532.PDF |

Rolling,
Store has investigated and cannot determine what happened. Can you send me a report showing all purchases and dispensing since May 1. We did the annual control inventory then and everything looked good.
Thanks,
Angela

CONFIDENTIAL

GE_TL00004425

P-HBC-01340.01

Case: 1:17-md-02804-DAP Doc #: 4218-41 Filed: 12/29/21 3 of 3. PageID #: 567911
06/02/2017 15:10 FAX 14409467943        GIANT EAGLE PHARMACY6381        ☒001/001

## GIANT EAGLE PHARMACY
### Suspected Controlled Substance Loss
### DEA Notification

Date: _6 2 17_

Dear Agent in Charge:

The Giant Eagle pharmacy listed below has identified a suspected controlled drug loss. If we confirm the suspected loss as actual, we will initiate a loss prevention investigation and notify the local police department and state regulatory agency. We will submit a DEA-106 once we have gathered adequate information about the actual loss. If you have any questions concerning this suspected loss or the outcome of the preliminary audit, or if you would like to assist in the investigation, please contact the Pharmacy District Leader listed below.

Details and Date of Suspected Loss: _#120  Hydrocodone/APAP 5/325_     _5/30/17_
_____ _#40  amphetamine 15mg tab_      _5/30/17_

Giant Eagle Pharmacy #: _6381_  Pharmacy Team Leader: _Daniella Sray_
Name of RX TM completing the form (if different than the RXTL): _Jen Edwards_

Signature of RX TM completing the form: _[signature]_
Pharmacy Address: _36475 Euclid Ave_
_____ _Willoughby   OH   44094_
Telephone: _440 946 7719_    DEA Number: _BG6670524_
Pharmacy District Leader: _Angela Garofalo_
Address: _Richmond Rd   Bedford, OH_
Office Telephone: _____  Cell Phone: _216 - 403 - 8472_

## Pharmacy Instructions:
**Please check one of the boxes below to indicate which office was notified:**

☐ **Ohio pharmacies must also notify the Board of Pharmacy by telephone as required by Ohio Board of Pharmacy rule 4729-9-15.**
Name of Ohio Board of Pharmacy representative contacted: _Susan King and Lisa D (supervisor)_
Date called: _6 2 17_     Time called: _3:12 pm_     a.m. (p.m.) (circle one)
Spoke to the agent: Yes / No  Left a voicemail: (Yes) / No     _Spoke to Susan, VM for Lisa D._
Name of team member who contacted the Board: _JM Edwards_

### DEA Offices Covering Giant Eagle Pharmacies:

| DEA Office | Area/State Covered | Phone Number | Fax Number |
|---|---|---|---|
| ☐ Pittsburgh Resident Office | Western PA (Zip Codes 150 to 168) | (412) 777-1870 | (412) 777-1880 |
| ☐ Baltimore District Office | Maryland | (410) 244-3629 | (410) 244-3590 |
| ☐ Charleston Resident Office | West Virginia | (304) 347-5209 | (304) 347-5212 |
| ☒ Cleveland Resident Office | Northern Ohio | (216) 274-3600 | (216) 664-1307 |
| ☐ Columbus Resident Office | Central and Southern Ohio | (614) 255-4200 | (614) 469-5788 |
| ☐ Detroit Division | Toledo | (313) 834-4000 | (313) 225-2163 |

The pharmacy must fax this form to the following at Giant Eagle, Inc.:
Sr. Manager of Quality and Compliance at 412-968-1552
Sr. Director Risk Management Services and Corporate Counsel at 412-967-3761
Created: 07-28-11
Revised: 2/10/14