# PSJ1 Exh 40




Pharmacy Number: 4002
Date: 8/13/18
Incident Date: 8-9-18
Time: ___

# Pharmacy Hot Sheet

Name: Justin Vasiliades   TM Position: Rph lead   TM ID: ___
DOB: ___   Other: ___

**Investigator:**
☒ Rick Shaheen, Pharmacy Security Manager   ☐ Andrew Gaus, Pharmacy Investigator

**Type of Incident:**
☐ Internal Theft ___
☒ Fraudulent Script  Bolo sent out
☐ Script Ring or Group  on 8-13-18
☐ Customer Incident ___
☐ Missing Med or Tote ___
☐ GEAC Abuse ___
☐ Camera Issue ___
☐ Other ___

**Description of Event:**
Cleveland Clinic Script passed at 2 of our pharmacies in Ohio

Outcome:  ☐ TM Terminated   ☐ Actor Arrested   ☐ Case Given to L.E.   ☒ Other ___

Law Enforcement Involvement: ___

Total Amount Of Loss: $370.00    Restitution Amount: ___

Page ___ of ___

CONFIDENTIAL                                             GE_TL00008389

**CLEVELAND CLINIC**
9500 EUCLID AVE
CLEVELAND, OH 44195
216-444-7097

DATE: 7/24/2018

CITY: YOUNGSTOWN
STATE: OH   ZIP: 44504



PRESCRIPTION: oxyCODONE IR (ROXICODONE) 30 mg
immediate release tablet

REFILL: **0** (zero)
AMOUNT: **90 tablet**
(ninety tablet)
DAW: No

SIG: Take 1 tablet by mouth three times daily as needed for Pain. 30 day supply
START: 7/24/2018
Notes to Pharmacy:

DIAG: C31.0, C11.9
DEA#: FP2106711
NPI#: 1427249184

Chirag _____ MD

This prescription is printed on CMS compliant tamper-resistant paper containing the following security features:

  Any attempt to copy or fax this page will reveal the word RX INVALID across the front side of this prescription.

  The front of this security paper is blue while the white back side contains a watermark and several large red Rx symbols.

  Quantities are bracketed by asterisks to prevent erasure and modification of prescribed amounts.

  Microprinting at the bottom of this page can be seen under magnification but cannot be duplicated.

overnight

CONFIDENTIAL

GE_TL00008390