# PSJ1 Exh 41

**EXHIBIT Shaheen-13**

**Gaus, Andrew**

**From:** Roahrig, Todd
**Sent:** Thursday, December 07, 2017 11:05 AM
**To:** Shaheen, Richard
**Cc:** Gaus, Andrew; Roahrig, Todd
**Subject:** 4056 Jamestown Youngstown

A norco 10 was filled Tuesday evening by leader Sarah, and yesterday brent Rph believed they were short 30, reviewed video and believes we disp 120 instead of 90...

But comments from leader Sarah concerning proper followup and integrity maybe due to her error, are concerning...

Lori hr is aware and I believe will get some statements  - can you review video to confirm a miscount?

Brent has already left a message for patient and call Board and MD as well, thanks

1

CONFIDENTIAL

GE_TL00008397