# PSJ1 Exh 42

**Gaus, Andrew**

| | |
|---|---|
| **From:** | Phillips, Lori |
| **Sent:** | Friday, December 08, 2017 4:11 PM |
| **To:** | Shaheen, Richard; Gaus, Andrew |
| **Subject:** | Brenton Cornwell statement |

See below

*Lori Phillips*

Lori Phillips, SHRM-CP
HR Business Partner II
Giant Eagle West
**Office: 330.745.6734**
HR Hotline: 330.517.9917
Fax: 412.968.9484

**From:** Cornwell, Brenton
**Sent:** Friday, December 08, 2017 4:08 PM
**To:** Phillips, Lori <Lori.Phillips@gianteagle.com>
**Subject:** RE: Question about statement

On December 6th at approximately 2:03 PM, I was checking a prescription for generic Norco 10/325.  Upon preforming a back count, I discovered a shortage of 30 tablets.  I immediately alerted Sarah, the manager.  We researched to verify any return to stocks issues or any other cause of the shortage.  I noticed on the back count listed on the open bottle we were using that the count didn't make sense.  The top number was 81, which was a back count I preformed on Monday, and was verified in the narcotic log.  The next number was 61.  That number would indicate a quantity of 120 being dispensed, not 90, on the previous that was counted by Sarah the previous day.  I asked Sarah if she wanted to review tape to confirm, contact the patient or contact Todd, and she said no to each suggestion.  She did update the narcotic log several minutes later to indicate the suspected loss without researching.   I did reach out to Todd after Sarah left for the day to start the process to research and identify the issue.

Brenton Cornwell

**From:** Phillips, Lori
**Sent:** Friday, December 08, 2017 11:46 AM
**To:** Cornwell, Brenton
**Subject:** RE: Question about statement

Yes please

Thank you

*Lori Phillips*

Lori Phillips, SHRM-CP
HR Business Partner II
Giant Eagle West
**Office: 330.745.6734**
HR Hotline: 330.517.9917
Fax: 412.968.9484

1

**From:** Cornwell, Brenton
**Sent:** Friday, December 08, 2017 11:46 AM
**To:** Phillips, Lori <Lori.Phillips@gianteagle.com>
**Subject:** Question about statement

It's Brent at 4056.  I was wondering if I still had to write up a statement.  I spoke to both Rick Shaheen and Andrew Gaus yesterday at the store.

Brenton Cornwell

CONFIDENTIAL

GE_TL00008427

## Gaus, Andrew

| | |
|---|---|
| **From:** | Phillips, Lori |
| **Sent:** | Friday, December 08, 2017 4:11 PM |
| **To:** | Shaheen, Richard; Gaus, Andrew |
| **Subject:** | Brenton Cornwell statement |

See below

*Lori Phillips*

Lori Phillips, SHRM-CP
HR Business Partner II
Giant Eagle West
**Office: 330.745.6734**
HR Hotline: 330.517.9917
Fax: 412.968.9484

**From:** Cornwell, Brenton
**Sent:** Friday, December 08, 2017 4:08 PM
**To:** Phillips, Lori <Lori.Phillips@gianteagle.com>
**Subject:** RE: Question about statement

On December 6th at approximately 2:03 PM, I was checking a prescription for generic Norco 10/325. Upon preforming a back count, I discovered a shortage of 30 tablets. I immediately alerted Sarah, the manager. We researched to verify any return to stocks issues or any other cause of the shortage. I noticed on the back count listed on the open bottle we were using that the count didn't make sense. The top number was 81, which was a back count I preformed on Monday, and was verified in the narcotic log. The next number was 61. That number would indicate a quantity of 120 being dispensed, not 90, on the previous that was counted by Sarah the previous day. I asked Sarah if she wanted to review tape to confirm, contact the patient or contact Todd, and she said no to each suggestion. She did update the narcotic log several minutes later to indicate the suspected loss without researching. I did reach out to Todd after Sarah left for the day to start the process to research and identify the issue.

Brenton Cornwell

**From:** Phillips, Lori
**Sent:** Friday, December 08, 2017 11:46 AM
**To:** Cornwell, Brenton
**Subject:** RE: Question about statement

Yes please

Thank you

*Lori Phillips*

Lori Phillips, SHRM-CP
HR Business Partner II
Giant Eagle West
**Office: 330.745.6734**
HR Hotline: 330.517.9917
Fax: 412.968.9484

1

**From:** Cornwell, Brenton
**Sent:** Friday, December 08, 2017 11:46 AM
**To:** Phillips, Lori <Lori.Phillips@gianteagle.com>
**Subject:** Question about statement

It's Brent at 4056. I was wondering if I still had to write up a statement. I spoke to both Rick Shaheen and Andrew Gaus yesterday at the store.

Brenton Cornwell

CONFIDENTIAL

GE_TL00008429

# Gaus, Andrew

**From:** Cornwell, Brenton
**Sent:** Friday, December 08, 2017 11:11 AM
**To:** Shaheen, Richard; Gaus, Andrew
**Cc:** Roahrig, Todd
**Subject:** FW: Reporting Losses

Here is the email from the board regarding the incident at store 4056. If there is anything else you need, please contact me.

Brenton Cornwell

**From:** William.Difrangia@pharmacy.ohio.gov [William.Difrangia@pharmacy.ohio.gov]
**Sent:** Friday, December 08, 2017 11:03 AM
**To:** Cornwell, Brenton
**Subject:** Reporting Losses

Brenton,

Per our earlier conversation regarding reporting error in dispensing's as losses of controlled substances. Errors in dispensing of controlled substances should NOT be reported as a loss on a DEA 106 form. This applies if the controlled substance is returned to the pharmacy and also if it is not returned to the pharmacy. It does not need reported, because the drug is not deemed lost since the dispensing (even though made in error) can be accounted for by the pharmacy. Therefore, definitive errors in dispensing should not be reported as a drug loss on a DEA 106 Form.

Bill



STATE OF OHIO
BOARD OF PHARMACY

Compliance Agent
William DiFrangia
77 South High Street 17th Floor
Columbus, OH 43215
Columbus Office – T (614) 466-4143 F (614) 752-4836
Field Office – (330) 353-6010
William.DiFrangia@pharmacy.ohio.gov

*This e-mail may contain sensitive law enforcement and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden. This message and any response to it may constitute a public record and thus may be publicly available to anyone who requests it.*

1

CONFIDENTIAL

GE_TL00008430

DEA Form 106 Printable HTML                                    Page 1 of 1

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

Federal regulations require registrants to submit a detailed report of any theft or loss of controlled substances to the Drug Enforcement Administration. This form is filled out consistent with your entries in the fields on the previous pages. You should print this form and save it for your records. This form was submitted through the Internet, please do NOT send a copy to DEA.

OMB APPROVAL No. 1117-0001 Expires 9/30/2017

| 1. Name and Address of Registrant | 2. Phone No. When Submitted | Amendment Key / Date Submitted |
|---|---|---|
| GIANT EAGLE PHARMACY #4056<br>2700 MAHONING AVE N.W.<br>WARREN, OH 44483 |  | 6MJIWCN9FMDA /<br>12-08-2017<br>14:21:43 |

| 3. DEA Registration Number | 4. Date of Theft / Loss | 5. Registrant's Principal Business |
|---|---|---|
| BG1090012 | Dec 06, 2017 Amendment # 0 | CHAIN PHARMACY |

| 6. Registrant's County | 7. Theft Reported to Police? | 8. Name and Phone of Police Dept. |
|---|---|---|
| TRUMBULL | No |  |

| 9. Number of Thefts / Losses Registrant Has Experienced in Past 24 Months? | 10. Type of Theft / Loss |
|---|---|
| 0 | Other - Miscount - given more tab |

| 11. Killed / Injured Due to Armed Robbery | 12. (Purchase) Value of Controlled Substances | 13. Pharmaceuticals or Merchandise Taken? |
|---|---|---|
|  | $10.00 | No |

14. The following applies when Type of Theft / Loss (Box 10) is "Lost In Transit":

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|
|  |  |  |

| D. Did the Customer Receive the Carton? | E. Was Carton Tampered With? | F. Theft or Loss From This Same Carrier in the Past |
|---|---|---|
|  |  |  |

15. What identifying marks, symbols or price codes were on the labels of these containers that would assist in identifying them?
N/A

16. Numbers of Official Controlled Substances Order Forms (DEA-222)
N/A

17. What security measures have been taken to prevent future theft / loss?
Continuing rph order check-in; rph only access to safe; double counting controls, onhand and monthly audits; camera surveillance

18. Comments
RX was for 90 tablets of hydrocodone/apap 10/325, and 120 tablets was dispensed in error.

19. Filer Name, Title, Phone:
Brenton Cornwell, Staff Pharmacist (330)395-0505

The following is a list of the controlled substances that were lost or stolen:

| NDC Number | Trade Name | Dosage Str. | Quantity Lost/Stolen |
|---|---|---|---|
| 00406012501 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TABLET | 10 MG-325 MG | 30 EA |

[ Print ]  [ Close ]

https://apps.deadiversion.usdoj.gov/webforms/dtlCompleted.do                  12/8/2017

CONFIDENTIAL                                                                         GE_TL00008431

DEA Form 106 Printable HTML

Page 1 of 1

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

| Federal regulations require registrants to submit a detailed report of any theft or loss of controlled substances to the Drug Enforcement Administration. This form is filled out consistent with your entries in the fields on the previous pages. You should print this form and save it for your records. This form was submitted through the Internet, please do NOT send a copy to DEA. | OMB APPROVAL No. 1117-0001 Expires 9/30/2017 |
|---|---|

| 1. Name and Address of Registrant | 2. Phone No. When Submitted | Amendment Key / Date Submitted |
|---|---|---|
| GIANT EAGLE PHARMACY #4056<br>2700 MAHONING AVE N.W.<br>WARREN, OH 44483 | | 6MJIWCN9FMDA /<br>12-08-2017<br>14:21:43 |

| 3. DEA Registration Number | 4. Date of Theft / Loss | 5. Registrant's Principal Business |
|---|---|---|
| BG1090012 | Dec 06, 2017 Amendment # 0 | CHAIN PHARMACY |

| 6. Registrant's County | 7. Theft Reported to Police? | 8. Name and Phone of Police Dept. |
|---|---|---|
| TRUMBULL | No | |

| 9. Number of Thefts / Losses Registrant Has Experienced in Past 24 Months? | 10. Type of Theft / Loss |
|---|---|
| 0 | Other - Miscount - given more tab |

| 11. Killed / Injured Due to Armed Robbery | 12. (Purchase) Value of Controlled Substances | 13. Pharmaceuticals or Merchandise Taken? |
|---|---|---|
| | $10.00 | No |

14. The following applies when Type of Theft / Loss (Box 10) is "Lost In Transit":

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|
| | | |

| D. Did the Customer Receive the Carton? | E. Was Carton Tampered With? | F. Theft or Loss From This Same Carrier in the Past |
|---|---|---|
| | | |

15. What identifying marks, symbols or price codes were on the labels of these containers that would assist in identifying them?
N/A

16. Numbers of Official Controlled Substances Order Forms (DEA-222)
N/A

17. What security measures have been taken to prevent future theft / loss?
Continuing rph order check-in; rph only access to safe; double counting controls, onhand and monthly audits; camera surveillance

18. Comments
RX was for 90 tablets of hydrocodone/apap 10/325, and 120 tablets was dispensed in error.

19. Filer Name, Title, Phone:
Brenton Cornwell, Staff Pharmacist (330)395-0505

The following is a list of the controlled substances that were lost or stolen:

| NDC Number | Trade Name | Dosage Str. | Quantity Lost/Stolen |
|---|---|---|---|
| 00406012501 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TABLET | 10 MG-325 MG | 30 EA |

Print    Close

https://apps.deadiversion.usdoj.gov/webforms/dtlCompleted.do    12/8/2017

CONFIDENTIAL

GE_TL00008432



CONFIDENTIAL

GE_TL00008433