# PSJ1 Exh 46

**EXHIBIT Shaheen-21**

| | |
|---|---|
| **From:** | Shaheen, Richard |
| **Sent:** | Wed, 3 Jul 2019 11:40:57 -0400 |
| **To:** | Fleming, Reid |
| **Cc:** | Leighlitner, Mike;Gaus, Andrew |
| **Subject:** | 2019 Accomplishments |

As per your request here are some of our high points directly affecting Giant Eagle for 2019.

Being proactive by working with so many different law enforcement agencies help us to nip problems in the bud and minimize negative exposure.  We are constantly preaching due diligence and to utilize their corresponding responsibility when examining prescriptions prior to filling.  Internal controls have dramatically improved due to our observations and working closely with the pharmacy leaders.

***$15,000 Pharmacy Tech cash theft case.  Agreement made with Tech and she paid back $8,000

***We are continuing to work with and assist the Joint State and Federal Case involving the Fraudulent Promethazine with Codeine Prescriptions.  Numerous arrests were made as a result of our pharmacy teams that were coached on how to exercise their due diligence.  We have constant conference calls and sending BOLO's.

***We are in constant communication with the Ohio Board of Pharmacy regarding internal drug theft.  We jointly worked 20 diversion cases with them while supporting our teams to keep up the high quality with our customers.

***We have provided much of the resources and reporting to the Federal Drug Task Force investigating cases regarding the Opioid Crises.  As a result, several licensed medical practitioners have been arrested for either overprescribing or medically unnecessary controlled substances.

***We reported to the PA Office of Attorney General suspicious prescription activity by 3 Nurses.  They were subsequently arrested for illegally obtaining thousands of opioids by creating fraudulent prescriptions.

***A drug ring involving multiple individuals were arrested in our parking lot for selling their Percocet.  They would purchase the medication at our pharmacy and the meet up with others to sell their pills.

A couple of drug presentations were done for the PSP along with Cyber Bullying.