# PSJ1 Exh 50

Appendix 8
Flagged Transaction Reports

**Exhibit**
0005

# A. Flagged Distributor Defendant Transaction Reports

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County and Trumbull County, OH Identified by
## Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 37,664 | 0 | 1,046 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **38,710** |
| Total # of Transactions | 0 | 42,545 | 0 | 1,263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43,808** |
| Percentage of Total # of Transactions | 0.0% | 88.5% | 0.0% | 82.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **88.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 9,509,000 | 0 | 509,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **10,018,200** |
| Total Dosage Units | 0 | 10,988,100 | 0 | 631,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **11,619,100** |
| Percentage of Total Dosage Units | 0.0% | 86.5% | 0.0% | 80.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **86.2%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 40,380,473 | 0 | 1,902,399 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **42,282,872** |
| Total MME | 0 | 46,596,946 | 0 | 2,345,303 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48,942,249** |
| Percentage of Total MME | 0.0% | 86.7% | 0.0% | 81.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **86.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 40,380 | 0 | 12,683 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **53,063** |
| Total Calculated Base Weight (g) | 0 | 46,597 | 0 | 15,635 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **62,232** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 86.7% | 0.0% | 81.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **85.3%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

Case: 1:17-md-02804-DAP Doc #: 4218-52 Filed: 12/29/21 13 of 382. PageID #: 567981

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold**

HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 3,935 | 0 | 198 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **4,133** |
| Total # of Transactions | 0 | 42,545 | 0 | 1,263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43,808** |
| Percentage of Total # of Transactions | 0.0% | 9.2% | 0.0% | 15.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **9.4%** |
| Flagged Orders - Dosage Units | 0 | 986,800 | 0 | 122,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,109,500** |
| Total Dosage Units | 0 | 10,988,100 | 0 | 631,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **11,619,100** |
| Percentage of Total Dosage Units | 0.0% | 9.0% | 0.0% | 19.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **9.5%** |
| Flagged Orders - MME | 0 | 4,096,034 | 0 | 442,241 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **4,538,275** |
| Total MME | 0 | 46,596,946 | 0 | 2,345,303 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48,942,249** |
| Percentage of Total MME | 0.0% | 8.8% | 0.0% | 18.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **9.3%** |
| Flagged Orders - Calculated Base Weight (g) | 0 | 4,096 | 0 | 2,948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **7,044** |
| Total Calculated Base Weight (g) | 0 | 46,597 | 0 | 15,635 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **62,232** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 8.8% | 0.0% | 18.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **11.3%** |

_Notes:_
Once an order(s) exceeds the largest total order of any of the previous six months all subsequent monthly threshold is fixed. All monthly order(s) exceeding this threshold is considered suspicious. This method assumes no due diligence on the suspicious order(s), but it is cleared and shipped.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 15,191 | 0 | 754 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **15,945** |
| Total # of Transactions | 0 | 42,545 | 0 | 1,263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43,808** |
| Percentage of Total # of Transactions | 0.0% | 35.7% | 0.0% | 59.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **36.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 4,233,400 | 0 | 352,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **4,586,000** |
| Total Dosage Units | 0 | 10,988,100 | 0 | 631,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **11,619,100** |
| Percentage of Total Dosage Units | 0.0% | 38.5% | 0.0% | 55.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **39.5%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 18,739,415 | 0 | 1,329,209 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **20,068,624** |
| Total MME | 0 | 46,596,946 | 0 | 2,345,303 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48,942,249** |
| Percentage of Total MME | 0.0% | 40.2% | 0.0% | 56.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **41.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 18,739 | 0 | 8,861 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **27,601** |
| Total Calculated Base Weight (g) | 0 | 46,597 | 0 | 15,635 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **62,232** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 40.2% | 0.0% | 56.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **44.4%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
## Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Lake County and Trumbull County, OH Identified by**
**Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units**

HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 0 | 0 | 108 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **108** |
| Total # of Transactions | 0 | 42,545 | 0 | 1,263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43,808** |
| Percentage of Total # of Transactions | 0.0% | 0.0% | 0.0% | 8.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.2%** |
| Flagged Orders - Dosage Units | 0 | 0 | 0 | 44,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **44,300** |
| Total Dosage Units | 0 | 10,988,100 | 0 | 631,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **11,619,100** |
| Percentage of Total Dosage Units | 0.0% | 0.0% | 0.0% | 7.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.4%** |
| Flagged Orders - MME | 0 | 0 | 0 | 173,382 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **173,382** |
| Total MME | 0 | 46,596,946 | 0 | 2,345,303 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48,942,249** |
| Percentage of Total MME | 0.0% | 0.0% | 0.0% | 7.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.4%** |
| Flagged Orders - Calculated Base Weight (g) | 0 | 0 | 0 | 1,156 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,156** |
| Total Calculated Base Weight (g) | 0 | 46,597 | 0 | 15,635 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **62,232** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 0.0% | 0.0% | 7.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **1.9%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

HBC Service Company to Pharmacies - MME



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

HBC Service Company to Pharmacies - Base Weight



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Lake County and Trumbull County, OH Identified by
### Methodology: Maximum 8,000 Dosage Units Monthly

#### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 40,241 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **40,241** |
| Total # of Transactions | 0 | 42,545 | 0 | 1,263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43,808** |
| Percentage of Total # of Transactions | 0.0% | 94.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **91.9%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 10,470,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **10,470,200** |
| Total Dosage Units | 0 | 10,988,100 | 0 | 631,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **11,619,100** |
| Percentage of Total Dosage Units | 0.0% | 95.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **90.1%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 44,573,351 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **44,573,351** |
| Total MME | 0 | 46,596,946 | 0 | 2,345,303 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48,942,249** |
| Percentage of Total MME | 0.0% | 95.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **91.1%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 44,573 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **44,573** |
| Total Calculated Base Weight (g) | 0 | 46,597 | 0 | 15,635 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **62,232** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 95.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **71.6%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 42,543 | 0 | 137 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **42,680** |
| Total # of Transactions | 0 | 42,545 | 0 | 1,263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43,808** |
| Percentage of Total # of Transactions | 0.0% | 100.0% | 0.0% | 10.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **97.4%** |
| Flagged Orders - Dosage Units | 0 | 10,987,800 | 0 | 57,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **11,045,700** |
| Total Dosage Units | 0 | 10,988,100 | 0 | 631,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **11,619,100** |
| Percentage of Total Dosage Units | 0.0% | 100.0% | 0.0% | 9.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **95.1%** |
| Flagged Orders - MME | 0 | 46,595,130 | 0 | 222,115 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **46,817,245** |
| Total MME | 0 | 46,596,946 | 0 | 2,345,303 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48,942,249** |
| Percentage of Total MME | 0.0% | 100.0% | 0.0% | 9.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **95.7%** |
| Flagged Orders - Calculated Base Weight (g) | 0 | 46,595 | 0 | 1,481 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48,076** |
| Total Calculated Base Weight (g) | 0 | 46,597 | 0 | 15,635 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **62,232** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 100.0% | 0.0% | 9.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **77.3%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



HBC Service Company to Pharmacies - Number of Transactions

Within Threshold    Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



HBC Service Company to Pharmacies - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Lake County and Trumbull County, OH Identified by
### Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

#### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 39,136 | 0 | 1,101 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **40,237** |
| Total # of Transactions | 0 | 42,545 | 0 | 1,263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43,808** |
| Percentage of Total # of Transactions | 0.0% | 92.0% | 0.0% | 87.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **91.8%** |
| Flagged Orders - Dosage Units | 0 | 9,916,600 | 0 | 540,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **10,457,500** |
| Total Dosage Units | 0 | 10,988,100 | 0 | 631,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **11,619,100** |
| Percentage of Total Dosage Units | 0.0% | 90.2% | 0.0% | 85.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **90.0%** |
| Flagged Orders - MME | 0 | 42,075,120 | 0 | 2,016,440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **44,091,560** |
| Total MME | 0 | 46,596,946 | 0 | 2,345,303 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48,942,249** |
| Percentage of Total MME | 0.0% | 90.3% | 0.0% | 86.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **90.1%** |
| Flagged Orders - Calculated Base Weight (g) | 0 | 42,075 | 0 | 13,443 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **55,518** |
| Total Calculated Base Weight (g) | 0 | 46,597 | 0 | 15,635 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **62,232** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 90.3% | 0.0% | 86.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **89.2%** |

*Notes:*
Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days



HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days



HBC Service Company to Pharmacies - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days



HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

HBC Service Company to Pharmacies - Base Weight



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Lake County, OH Identified by**
**Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold**

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 13,839 | 0 | 453 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **14,292** |
| Total # of Transactions | 0 | 15,507 | 0 | 552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **16,059** |
| Percentage of Total # of Transactions | 0.0% | 89.2% | 0.0% | 82.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **89.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 3,064,800 | 0 | 225,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3,290,500** |
| Total Dosage Units | 0 | 3,544,400 | 0 | 290,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3,835,100** |
| Percentage of Total Dosage Units | 0.0% | 86.5% | 0.0% | 77.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **85.8%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 11,867,849 | 0 | 846,689 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **12,714,538** |
| Total MME | 0 | 13,700,367 | 0 | 1,075,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **14,775,802** |
| Percentage of Total MME | 0.0% | 86.6% | 0.0% | 78.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **86.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 11,868 | 0 | 5,645 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **17,512** |
| Total Calculated Base Weight (g) | 0 | 13,700 | 0 | 7,170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **20,870** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 86.6% | 0.0% | 78.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **83.9%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold
HBC Service Company to Pharmacies - MME

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold
HBC Service Company to Pharmacies - Base Weight

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Lake County, OH Identified by
### Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

#### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 1,911 | 0 | 103 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **2,014** |
| Total # of Transactions | 0 | 15,507 | 0 | 552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **16,059** |
| Percentage of Total # of Transactions | 0.0% | 12.3% | 0.0% | 18.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **12.5%** |
| Flagged Orders - Dosage Units | 0 | 454,800 | 0 | 57,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **512,500** |
| Total Dosage Units | 0 | 3,544,400 | 0 | 290,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3,835,100** |
| Percentage of Total Dosage Units | 0.0% | 12.8% | 0.0% | 19.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **13.4%** |
| Flagged Orders - MME | 0 | 1,745,225 | 0 | 213,496 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,958,720** |
| Total MME | 0 | 13,700,367 | 0 | 1,075,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **14,775,802** |
| Percentage of Total MME | 0.0% | 12.7% | 0.0% | 19.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **13.3%** |
| Flagged Orders - Calculated Base Weight (g) | 0 | 1,745 | 0 | 1,423 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3,169** |
| Total Calculated Base Weight (g) | 0 | 13,700 | 0 | 7,170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **20,870** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 12.7% | 0.0% | 19.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **15.2%** |

*Notes:*
Once an order(s) exceeds the largest total order of any of the previous six months all subsequent monthly threshold is fixed. All monthly order(s) exceeding this threshold is considered suspicious. This method assumes no due diligence on the suspicious order(s), but it is cleared and shipped.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units**

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 0 | 0 | 230 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **230** |
| Total # of Transactions | 0 | 15,507 | 0 | 552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **16,059** |
| Percentage of Total # of Transactions | 0.0% | 0.0% | 0.0% | 41.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **1.4%** |
| Flagged Orders - Dosage Units | 0 | 0 | 0 | 112,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **112,200** |
| Total Dosage Units | 0 | 3,544,400 | 0 | 290,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3,835,100** |
| Percentage of Total Dosage Units | 0.0% | 0.0% | 0.0% | 38.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **2.9%** |
| Flagged Orders - MME | 0 | 0 | 0 | 425,665 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **425,665** |
| Total MME | 0 | 13,700,367 | 0 | 1,075,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **14,775,802** |
| Percentage of Total MME | 0.0% | 0.0% | 0.0% | 39.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **2.9%** |
| Flagged Orders - Calculated Base Weight (g) | 0 | 0 | 0 | 2,838 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **2,838** |
| Total Calculated Base Weight (g) | 0 | 13,700 | 0 | 7,170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **20,870** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 0.0% | 0.0% | 39.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **13.6%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County, OH Identified by
## Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Total # of Transactions | 0 | 15,507 | 0 | 552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **16,059** |
| Percentage of Total # of Transactions | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Total Dosage Units | 0 | 3,544,400 | 0 | 290,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3,835,100** |
| Percentage of Total Dosage Units | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Total MME | 0 | 13,700,367 | 0 | 1,075,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **14,775,802** |
| Percentage of Total MME | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Total Calculated Base Weight (g) | 0 | 13,700 | 0 | 7,170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **20,870** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.0%** |

*Notes:*

Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units



HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

HBC Service Company to Pharmacies - Base Weight

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units



HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units



HBC Service Company to Pharmacies - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units



HBC Service Company to Pharmacies - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units



HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County, OH Identified by
## Methodology: Maximum 8,000 Dosage Units Monthly

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 13,325 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,325 |
| Total # of Transactions | 0 | 15,507 | 0 | 552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,059 |
| Percentage of Total # of Transactions | 0.0% | 85.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 83.0% |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 3,070,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,070,700 |
| Total Dosage Units | 0 | 3,544,400 | 0 | 290,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,835,100 |
| Percentage of Total Dosage Units | 0.0% | 86.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 80.1% |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 11,876,554 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,876,554 |
| Total MME | 0 | 13,700,367 | 0 | 1,075,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,775,802 |
| Percentage of Total MME | 0.0% | 86.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 80.4% |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 11,877 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,877 |
| Total Calculated Base Weight (g) | 0 | 13,700 | 0 | 7,170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,870 |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 86.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 56.9% |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



HBC Service Company to Pharmacies - MME

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



### Hydrocodone Monthly Shipments to Lake County, OH Identified by
### Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County, OH Identified by
## Methodology: Maximum Daily Dosage Units

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 15,507 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,510 |
| Total # of Transactions | 0 | 15,507 | 0 | 552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,059 |
| Percentage of Total # of Transactions | 0.0% | 100.0% | 0.0% | 0.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 96.6% |
| Flagged Orders - Dosage Units | 0 | 3,544,400 | 0 | 3,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,547,600 |
| Total Dosage Units | 0 | 3,544,400 | 0 | 290,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,835,100 |
| Percentage of Total Dosage Units | 0.0% | 100.0% | 0.0% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 92.5% |
| Flagged Orders - MME | 0 | 13,700,367 | 0 | 11,272 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,711,639 |
| Total MME | 0 | 13,700,367 | 0 | 1,075,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,775,802 |
| Percentage of Total MME | 0.0% | 100.0% | 0.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 92.8% |
| Flagged Orders - Calculated Base Weight (g) | 0 | 13,700 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,776 |
| Total Calculated Base Weight (g) | 0 | 13,700 | 0 | 7,170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,870 |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 100.0% | 0.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 66.0% |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Maximum Daily Dosage Units



HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Maximum Daily Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County, OH Identified by
## Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 14,377 | 0 | 489 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **14,866** |
| Total # of Transactions | 0 | 15,507 | 0 | 552 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **16,059** |
| Percentage of Total # of Transactions | 0.0% | 92.7% | 0.0% | 88.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **92.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 3,203,300 | 0 | 249,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3,452,400** |
| Total Dosage Units | 0 | 3,544,400 | 0 | 290,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **3,835,100** |
| Percentage of Total Dosage Units | 0.0% | 90.4% | 0.0% | 85.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **90.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 12,403,809 | 0 | 928,905 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **13,332,714** |
| Total MME | 0 | 13,700,367 | 0 | 1,075,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **14,775,802** |
| Percentage of Total MME | 0.0% | 90.5% | 0.0% | 86.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **90.2%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 12,404 | 0 | 6,193 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **18,597** |
| Total Calculated Base Weight (g) | 0 | 13,700 | 0 | 7,170 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **20,870** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 90.5% | 0.0% | 86.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **89.1%** |

_Notes:_
Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



## Oxycodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days



HBC Service Company to Pharmacies - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
## Days

HBC Service Company to Pharmacies - Base Weight



■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County, OH Identified by
### Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

HBC Service Company to Pharmacies - Dosage Units



■Within Threshold  ■Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days
HBC Service Company to Pharmacies - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Lake County, OH
2006-2014



### Hydrocodone Monthly Shipments to Lake County, OH Identified by
### Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
### Days

HBC Service Company to Pharmacies - Base Weight

Calculated Base Weight (g)

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Trumbull County, OH Identified by**
**Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold**

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 23,825 | 0 | 593 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24,418 |
| Total # of Transactions | 0 | 27,038 | 0 | 711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,749 |
| Percentage of Total # of Transactions | 0.0% | 88.1% | 0.0% | 83.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 88.0% |
| Flagged Orders - Dosage Units | 0 | 6,444,200 | 0 | 283,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,727,700 |
| Total Dosage Units | 0 | 7,443,700 | 0 | 340,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,784,000 |
| Percentage of Total Dosage Units | 0.0% | 86.6% | 0.0% | 83.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 86.4% |
| Flagged Orders - MME | 0 | 28,512,625 | 0 | 1,055,710 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,568,334 |
| Total MME | 0 | 32,896,579 | 0 | 1,269,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,166,447 |
| Percentage of Total MME | 0.0% | 86.7% | 0.0% | 83.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 86.5% |
| Flagged Orders - Calculated Base Weight (g) | 0 | 28,513 | 0 | 7,038 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35,551 |
| Total Calculated Base Weight (g) | 0 | 32,897 | 0 | 8,466 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,362 |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 86.7% | 0.0% | 83.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 85.9% |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

HBC Service Company to Pharmacies - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
## Specific Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold

HBC Service Company to Pharmacies - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Trumbull County, OH Identified by
### Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold
#### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 2,024 | 0 | 95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,119 |
| Total # of Transactions | 0 | 27,038 | 0 | 711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,749 |
| Percentage of Total # of Transactions | 0.0% | 7.5% | 0.0% | 13.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 7.6% |
| Flagged Orders - Dosage Units | 0 | 532,000 | 0 | 65,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 597,000 |
| Total Dosage Units | 0 | 7,443,700 | 0 | 340,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,784,000 |
| Percentage of Total Dosage Units | 0.0% | 7.1% | 0.0% | 19.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 7.7% |
| Flagged Orders - MME | 0 | 2,350,809 | 0 | 228,745 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,579,555 |
| Total MME | 0 | 32,896,579 | 0 | 1,269,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,166,447 |
| Percentage of Total MME | 0.0% | 7.1% | 0.0% | 18.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 7.5% |
| Flagged Orders - Calculated Base Weight (g) | 0 | 2,351 | 0 | 1,525 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,876 |
| Total Calculated Base Weight (g) | 0 | 32,897 | 0 | 8,466 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,362 |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 7.1% | 0.0% | 18.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 9.4% |

*Notes:*
Once an order(s) exceeds the largest total order of any of the previous six months all subsequent monthly threshold is fixed. All monthly order(s) exceeding this threshold is considered suspicious. This method assumes no due diligence on the suspicious order(s), but it is cleared and shipped.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



HBC Service Company to Pharmacies - MME

■ Within Threshold　■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

HBC Service Company to Pharmacies - Base Weight

Calculated Base Weight (g)

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Trumbull County, OH Identified by
## Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 15,191 | 0 | 524 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **15,715** |
| Total # of Transactions | 0 | 27,038 | 0 | 711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **27,749** |
| Percentage of Total # of Transactions | 0.0% | 56.2% | 0.0% | 73.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **56.6%** |
| Flagged Orders - Dosage Units | 0 | 4,233,400 | 0 | 240,400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **4,473,800** |
| Total Dosage Units | 0 | 7,443,700 | 0 | 340,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **7,784,000** |
| Percentage of Total Dosage Units | 0.0% | 56.9% | 0.0% | 70.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **57.5%** |
| Flagged Orders - MME | 0 | 18,739,415 | 0 | 903,544 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **19,642,959** |
| Total MME | 0 | 32,896,579 | 0 | 1,269,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **34,166,447** |
| Percentage of Total MME | 0.0% | 57.0% | 0.0% | 71.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **57.5%** |
| Flagged Orders - Calculated Base Weight (g) | 0 | 18,739 | 0 | 6,024 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **24,763** |
| Total Calculated Base Weight (g) | 0 | 32,897 | 0 | 8,466 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **41,362** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 57.0% | 0.0% | 71.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **59.9%** |

_Notes:_
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

HBC Service Company to Pharmacies - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Trumbull County, OH Identified by**
**Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units**

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 0 | 0 | 108 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **108** |
| Total # of Transactions | 0 | 27,038 | 0 | 711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **27,749** |
| Percentage of Total # of Transactions | 0.0% | 0.0% | 0.0% | 15.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 0 | 0 | 44,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **44,300** |
| Total Dosage Units | 0 | 7,443,700 | 0 | 340,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **7,784,000** |
| Percentage of Total Dosage Units | 0.0% | 0.0% | 0.0% | 13.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 0 | 0 | 173,382 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **173,382** |
| Total MME | 0 | 32,896,579 | 0 | 1,269,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **34,166,447** |
| Percentage of Total MME | 0.0% | 0.0% | 0.0% | 13.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **0.5%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 0 | 0 | 1,156 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,156** |
| Total Calculated Base Weight (g) | 0 | 32,897 | 0 | 8,466 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **41,362** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 0.0% | 0.0% | 13.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **2.8%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units



HBC Service Company to Pharmacies - Number of Transactions

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

HBC Service Company to Pharmacies - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



## Oxycodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

HBC Service Company to Pharmacies - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

HBC Service Company to Pharmacies - Base Weight

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

HBC Service Company to Pharmacies - Number of Transactions



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

HBC Service Company to Pharmacies - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Trumbull County, OH Identified by
## Methodology: Maximum 8,000 Dosage Units Monthly

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 26,916 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **26,916** |
| Total # of Transactions | 0 | 27,038 | 0 | 711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **27,749** |
| Percentage of Total # of Transactions | 0.0% | 99.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **97.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 7,399,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **7,399,500** |
| Total Dosage Units | 0 | 7,443,700 | 0 | 340,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **7,784,000** |
| Percentage of Total Dosage Units | 0.0% | 99.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **95.1%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 32,696,797 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **32,696,797** |
| Total MME | 0 | 32,896,579 | 0 | 1,269,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **34,166,447** |
| Percentage of Total MME | 0.0% | 99.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **95.7%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 32,697 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **32,697** |
| Total Calculated Base Weight (g) | 0 | 32,897 | 0 | 8,466 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **41,362** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 99.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **79.0%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly



HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Maximum 8,000 Dosage Units Monthly



HBC Service Company to Pharmacies - MME

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Trumbull County, OH Identified by
## Methodology: Maximum Daily Dosage Units

### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 27,036 | 0 | 134 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **27,170** |
| Total # of Transactions | 0 | 27,038 | 0 | 711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **27,749** |
| Percentage of Total # of Transactions | 0.0% | 100.0% | 0.0% | 18.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **97.9%** |
| Flagged Orders - Dosage Units | 0 | 7,443,400 | 0 | 54,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **7,498,100** |
| Total Dosage Units | 0 | 7,443,700 | 0 | 340,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **7,784,000** |
| Percentage of Total Dosage Units | 0.0% | 100.0% | 0.0% | 16.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **96.3%** |
| Flagged Orders - MME | 0 | 32,894,762 | 0 | 210,844 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **33,105,606** |
| Total MME | 0 | 32,896,579 | 0 | 1,269,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **34,166,447** |
| Percentage of Total MME | 0.0% | 100.0% | 0.0% | 16.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **96.9%** |
| Flagged Orders - Calculated Base Weight (g) | 0 | 32,895 | 0 | 1,406 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **34,300** |
| Total Calculated Base Weight (g) | 0 | 32,897 | 0 | 8,466 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **41,362** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 100.0% | 0.0% | 16.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **82.9%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



## Oxycodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units

HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



HBC Service Company to Pharmacies - MME

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



### Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units



HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Trumbull County, OH Identified by
### Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

#### HBC Service Company to Pharmacies - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 24,759 | 0 | 612 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,371 |
| Total # of Transactions | 0 | 27,038 | 0 | 711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,749 |
| Percentage of Total # of Transactions | 0.0% | 91.6% | 0.0% | 86.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 91.4% |
| Flagged Orders - Dosage Units | 0 | 6,713,300 | 0 | 291,800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,005,100 |
| Total Dosage Units | 0 | 7,443,700 | 0 | 340,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,784,000 |
| Percentage of Total Dosage Units | 0.0% | 90.2% | 0.0% | 85.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 90.0% |
| Flagged Orders - MME | 0 | 29,671,311 | 0 | 1,087,535 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30,758,846 |
| Total MME | 0 | 32,896,579 | 0 | 1,269,868 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,166,447 |
| Percentage of Total MME | 0.0% | 90.2% | 0.0% | 85.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 90.0% |
| Flagged Orders - Calculated Base Weight (g) | 0 | 29,671 | 0 | 7,250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36,922 |
| Total Calculated Base Weight (g) | 0 | 32,897 | 0 | 8,466 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,362 |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 90.2% | 0.0% | 85.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 89.3% |

*Notes:*
Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Number of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
## Days

HBC Service Company to Pharmacies - Dosage Units



■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014



### Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
### Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
### Days
#### HBC Service Company to Pharmacies - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

HBC Service Company to
Pharmacies in Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

HBC Service Company to Pharmacies - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

B. Flagged Chain Pharmacy Defendant Transaction Reports

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Lake County and Trumbull County, OH Identified by**
**Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold**

All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 21,542 | 74,341 | 0 | 4,041 | 2,292 | 245 | 0 | 178 | 0 | 0 | 0 | 0 | **102,639** |
| Total # of Transactions | 24,167 | 79,359 | 7,433 | 4,881 | 4,296 | 1,033 | 661 | 1,296 | 251 | 63 | 117 | 0 | **123,557** |
| Percentage of Total # of Transactions | 89.1% | 93.7% | 0.0% | 82.8% | 53.4% | 23.7% | 0.0% | 13.7% | 0.0% | 0.0% | 0.0% | 0.0% | **83.1%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 8,960,180 | 19,305,130 | 0 | 1,188,900 | 304,100 | 40,400 | 0 | 23,140 | 0 | 0 | 0 | 0 | **29,821,850** |
| Total Dosage Units | 9,762,180 | 20,392,130 | 113,728 | 1,348,200 | 547,000 | 158,700 | 72,940 | 146,620 | 28,725 | 2,712 | 12,180 | 0 | **32,585,115** |
| Percentage of Total Dosage Units | 91.8% | 94.7% | 0.0% | 88.2% | 55.6% | 25.5% | 0.0% | 15.8% | 0.0% | 0.0% | 0.0% | 0.0% | **91.5%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 106,815,374 | 83,170,519 | 0 | 4,448,388 | 8,949,493 | 898,275 | 0 | 801,600 | 0 | 0 | 0 | 0 | **205,083,648** |
| Total MME | 119,907,837 | 87,883,656 | 56,918,976 | 5,064,530 | 16,547,646 | 2,550,912 | 3,037,601 | 4,797,200 | 138,155 | 109,440 | 57,544 | 0 | **297,013,496** |
| Percentage of Total MME | 89.1% | 94.6% | 0.0% | 87.8% | 54.1% | 35.2% | 0.0% | 16.7% | 0.0% | 0.0% | 0.0% | 0.0% | **69.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 71,210 | 83,171 | 0 | 29,656 | 8,949 | 225 | 0 | 2,004 | 0 | 0 | 0 | 0 | **195,215** |
| Total Calculated Base Weight (g) | 79,939 | 87,884 | 567 | 33,764 | 16,548 | 638 | 1,013 | 11,993 | 1,382 | 109 | 230 | 0 | **234,065** |
| Percentage of Total Calculated Base Weight (g) | 89.1% | 94.6% | 0.0% | 87.8% | 54.1% | 35.2% | 0.0% | 16.7% | 0.0% | 0.0% | 0.0% | 0.0% | **83.4%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - MME

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Lake County and Trumbull County, OH Identified by
### Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold
#### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 7,798 | 26,513 | 0 | 584 | 178 | 13 | 0 | 12 | 0 | 0 | 0 | 0 | **35,098** |
| Total # of Transactions | 24,167 | 79,359 | 7,433 | 4,881 | 4,296 | 1,033 | 661 | 1,296 | 251 | 63 | 117 | 0 | **123,557** |
| Percentage of Total # of Transactions | 32.3% | 33.4% | 0.0% | 12.0% | 4.1% | 1.3% | 0.0% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | **28.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 3,679,300 | 6,897,110 | 0 | 261,710 | 28,900 | 2,200 | 0 | 2,400 | 0 | 0 | 0 | 0 | **10,871,620** |
| Total Dosage Units | 9,762,180 | 20,392,130 | 113,728 | 1,348,200 | 547,000 | 158,700 | 72,940 | 146,620 | 28,725 | 2,712 | 12,180 | 0 | **32,585,115** |
| Percentage of Total Dosage Units | 37.7% | 33.8% | 0.0% | 19.4% | 5.3% | 1.4% | 0.0% | 1.6% | 0.0% | 0.0% | 0.0% | 0.0% | **33.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 39,059,002 | 29,271,273 | 0 | 951,038 | 702,267 | 43,784 | 0 | 53,000 | 0 | 0 | 0 | 0 | **70,080,364** |
| Total MME | 119,907,837 | 87,883,656 | 56,918,976 | 5,064,530 | 16,547,646 | 2,550,912 | 3,037,601 | 4,797,200 | 138,155 | 109,440 | 57,544 | 0 | **297,013,496** |
| Percentage of Total MME | 32.6% | 33.3% | 0.0% | 18.8% | 4.2% | 1.7% | 0.0% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | **23.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 26,039 | 29,271 | 0 | 6,340 | 702 | 11 | 0 | 133 | 0 | 0 | 0 | 0 | **62,497** |
| Total Calculated Base Weight (g) | 79,939 | 87,884 | 567 | 33,764 | 16,548 | 638 | 1,013 | 11,993 | 1,382 | 109 | 230 | 0 | **234,065** |
| Percentage of Total Calculated Base Weight (g) | 32.6% | 33.3% | 0.0% | 18.8% | 4.2% | 1.7% | 0.0% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | **26.7%** |

*Notes:*
Once an order(s) exceeds the largest total order of any of the previous six months all subsequent monthly threshold is fixed. All monthly order(s) exceeding this threshold is considered suspicious. This method assumes no due diligence on the suspicious order(s), but it is cleared and shipped.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

#### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 10,459 | 26,757 | 3,017 | 2,917 | 2,543 | 501 | 451 | 1,083 | 72 | 29 | 11 | 0 | **47,840** |
| Total # of Transactions | 24,167 | 79,359 | 7,433 | 4,881 | 4,296 | 1,033 | 661 | 1,296 | 251 | 63 | 117 | 0 | **123,557** |
| Percentage of Total # of Transactions | 43.3% | 33.7% | 40.6% | 59.8% | 59.2% | 48.5% | 68.2% | 83.6% | 28.7% | 46.0% | 9.4% | 0.0% | **38.7%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 3,867,080 | 7,960,310 | 45,644 | 896,700 | 327,400 | 85,200 | 50,100 | 123,160 | 9,500 | 1,500 | 1,100 | 0 | **13,367,694** |
| Total Dosage Units | 9,762,180 | 20,392,130 | 113,728 | 1,348,200 | 547,000 | 158,700 | 72,940 | 146,620 | 28,725 | 2,712 | 12,180 | 0 | **32,585,115** |
| Percentage of Total Dosage Units | 39.6% | 39.0% | 40.1% | 66.5% | 59.9% | 53.7% | 68.7% | 84.0% | 33.1% | 55.3% | 9.0% | 0.0% | **41.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 54,091,261 | 35,568,487 | 21,878,460 | 3,360,009 | 10,037,120 | 1,573,509 | 2,084,169 | 4,124,400 | 50,111 | 59,400 | 4,006 | 0 | **132,830,931** |
| Total MME | 119,907,837 | 87,883,656 | 56,918,976 | 5,064,530 | 16,547,646 | 2,550,912 | 3,037,601 | 4,797,200 | 138,155 | 109,440 | 57,544 | 0 | **297,013,496** |
| Percentage of Total MME | 45.1% | 40.5% | 38.4% | 66.3% | 60.7% | 61.7% | 68.6% | 86.0% | 36.3% | 54.3% | 7.0% | 0.0% | **44.7%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 36,061 | 35,568 | 218 | 22,400 | 10,037 | 393 | 695 | 10,311 | 501 | 59 | 16 | 0 | **116,260** |
| Total Calculated Base Weight (g) | 79,939 | 87,884 | 567 | 33,764 | 16,548 | 638 | 1,013 | 11,993 | 1,382 | 109 | 230 | 0 | **234,065** |
| Percentage of Total Calculated Base Weight (g) | 45.1% | 40.5% | 38.4% | 66.3% | 60.7% | 61.7% | 68.6% | 86.0% | 36.3% | 54.3% | 7.0% | 0.0% | **49.7%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



All Defendant Shipments to HBC Service Company - MME

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County and Trumbull County, OH Identified by
## Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 1,207 | 9,852 | 626 | 1,373 | 161 | 245 | 75 | 511 | 38 | 0 | 0 | 0 | **14,088** |
| Total # of Transactions | 24,167 | 79,359 | 7,433 | 4,881 | 4,296 | 1,033 | 661 | 1,296 | 251 | 63 | 117 | 0 | **123,557** |
| Percentage of Total # of Transactions | 5.0% | 12.4% | 8.4% | 28.1% | 3.7% | 23.7% | 11.3% | 39.4% | 15.1% | 0.0% | 0.0% | 0.0% | **11.4%** |
| Flagged Orders - Dosage Units | 610,600 | 3,206,350 | 12,229 | 330,190 | 22,900 | 40,400 | 8,420 | 66,460 | 4,600 | 0 | 0 | 0 | **4,302,149** |
| Total Dosage Units | 9,762,180 | 20,392,130 | 113,728 | 1,348,200 | 547,000 | 158,700 | 72,940 | 146,620 | 28,725 | 2,712 | 12,180 | 0 | **32,585,115** |
| Percentage of Total Dosage Units | 6.3% | 15.7% | 10.8% | 24.5% | 4.2% | 25.5% | 11.5% | 45.3% | 16.0% | 0.0% | 0.0% | 0.0% | **13.2%** |
| Flagged Orders - MME | 6,851,793 | 14,291,825 | 4,700,645 | 1,273,976 | 409,690 | 898,275 | 380,168 | 2,010,600 | 26,581 | 0 | 0 | 0 | **30,843,553** |
| Total MME | 119,907,837 | 87,883,656 | 56,918,976 | 5,064,530 | 16,547,646 | 2,550,912 | 3,037,601 | 4,797,200 | 138,155 | 109,440 | 57,544 | 0 | **297,013,496** |
| Percentage of Total MME | 5.7% | 16.3% | 8.3% | 25.2% | 2.5% | 35.2% | 12.5% | 41.9% | 19.2% | 0.0% | 0.0% | 0.0% | **10.4%** |
| Flagged Orders - Calculated Base Weight (g) | 4,568 | 14,292 | 46 | 8,493 | 410 | 225 | 127 | 5,027 | 266 | 0 | 0 | 0 | **33,453** |
| Total Calculated Base Weight (g) | 79,939 | 87,884 | 567 | 33,764 | 16,548 | 638 | 1,013 | 11,993 | 1,382 | 109 | 230 | 0 | **234,065** |
| Percentage of Total Calculated Base Weight (g) | 5.7% | 16.3% | 8.2% | 25.2% | 2.5% | 35.2% | 12.5% | 41.9% | 19.2% | 0.0% | 0.0% | 0.0% | **14.3%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 17,757 | 72,725 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90,482 |
| Total # of Transactions | 24,167 | 79,359 | 7,433 | 4,881 | 4,296 | 1,033 | 661 | 1,296 | 251 | 63 | 117 | 0 | 123,557 |
| Percentage of Total # of Transactions | 73.5% | 91.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 73.2% |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 7,283,780 | 19,190,810 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,474,590 |
| Total Dosage Units | 9,762,180 | 20,392,130 | 113,728 | 1,348,200 | 547,000 | 158,700 | 72,940 | 146,620 | 28,725 | 2,712 | 12,180 | 0 | 32,585,115 |
| Percentage of Total Dosage Units | 74.6% | 94.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 81.2% |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 91,899,615 | 83,014,196 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 174,913,810 |
| Total MME | 119,907,837 | 87,883,656 | 56,918,976 | 5,064,530 | 16,547,646 | 2,550,912 | 3,037,601 | 4,797,200 | 138,155 | 109,440 | 57,544 | 0 | 297,013,496 |
| Percentage of Total MME | 76.6% | 94.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 58.9% |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 61,266 | 83,014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 144,281 |
| Total Calculated Base Weight (g) | 79,939 | 87,884 | 567 | 33,764 | 16,548 | 638 | 1,013 | 11,993 | 1,382 | 109 | 230 | 0 | 234,065 |
| Percentage of Total Calculated Base Weight (g) | 76.6% | 94.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 61.6% |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units**

**All Defendant Shipments to HBC Service Company - 2006-2014**

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 22,569 | 78,053 | 0 | 601 | 2,401 | 367 | 0 | 0 | 0 | 0 | 0 | 0 | **103,991** |
| Total # of Transactions | 23,937 | 79,359 | 0 | 4,823 | 4,296 | 1,033 | 0 | 0 | 251 | 0 | 0 | 0 | **113,699** |
| Percentage of Total # of Transactions | 94.3% | 98.4% | 0.0% | 12.5% | 55.9% | 35.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **91.5%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 9,500,980 | 20,224,830 | 0 | 258,390 | 318,000 | 61,200 | 0 | 0 | 0 | 0 | 0 | 0 | **30,363,400** |
| Total Dosage Units | 9,762,180 | 20,392,130 | 0 | 1,342,400 | 547,000 | 158,700 | 0 | 0 | 28,725 | 0 | 0 | 0 | **32,231,135** |
| Percentage of Total Dosage Units | 97.3% | 99.2% | 0.0% | 19.2% | 58.1% | 38.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **94.2%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 115,816,111 | 87,185,410 | 0 | 969,648 | 9,495,362 | 1,228,090 | 0 | 0 | 0 | 0 | 0 | 0 | **214,694,622** |
| Total MME | 119,644,268 | 87,883,656 | 0 | 5,056,795 | 16,547,646 | 2,550,912 | 0 | 0 | 138,155 | 0 | 0 | 0 | **231,821,431** |
| Percentage of Total MME | 96.8% | 99.2% | 0.0% | 19.2% | 57.4% | 48.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **92.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 77,211 | 87,185 | 0 | 6,464 | 9,495 | 307 | 0 | 0 | 0 | 0 | 0 | 0 | **180,663** |
| Total Calculated Base Weight (g) | 79,763 | 87,884 | 0 | 33,712 | 16,548 | 638 | 0 | 0 | 1,382 | 0 | 0 | 0 | **219,925** |
| Percentage of Total Calculated Base Weight (g) | 96.8% | 99.2% | 0.0% | 19.2% | 57.4% | 48.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **82.1%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



All Defendant Shipments to HBC Service Company - MME

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Lake County and Trumbull County, OH Identified by
### Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

**All Defendant Shipments to HBC Service Company - 2006-2014**

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 22,704 | 75,332 | 0 | 4,312 | 3,040 | 460 | 21 | 211 | 0 | 0 | 0 | 0 | **106,080** |
| Total # of Transactions | 24,167 | 79,359 | 7,433 | 4,881 | 4,296 | 1,033 | 661 | 1,296 | 251 | 63 | 117 | 0 | **123,557** |
| Percentage of Total # of Transactions | 93.9% | 94.9% | 0.0% | 88.3% | 70.8% | 44.5% | 3.2% | 16.3% | 0.0% | 0.0% | 0.0% | 0.0% | **85.9%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 9,304,380 | 19,521,930 | 0 | 1,235,300 | 393,700 | 78,600 | 2,680 | 28,380 | 0 | 0 | 0 | 0 | **30,564,970** |
| Total Dosage Units | 9,762,180 | 20,392,130 | 113,728 | 1,348,200 | 547,000 | 158,700 | 72,940 | 146,620 | 28,725 | 2,712 | 12,180 | 0 | **32,585,115** |
| Percentage of Total Dosage Units | 95.3% | 95.7% | 0.0% | 91.6% | 72.0% | 49.5% | 3.7% | 19.4% | 0.0% | 0.0% | 0.0% | 0.0% | **93.8%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 113,076,361 | 84,119,699 | 0 | 4,635,208 | 11,768,577 | 1,509,674 | 111,066 | 956,000 | 0 | 0 | 0 | 0 | **216,176,585** |
| Total MME | 119,907,837 | 87,883,656 | 56,918,976 | 5,064,530 | 16,547,646 | 2,550,912 | 3,037,601 | 4,797,200 | 138,155 | 109,440 | 57,544 | 0 | **297,013,496** |
| Percentage of Total MME | 94.3% | 95.7% | 0.0% | 91.5% | 71.1% | 59.2% | 3.7% | 19.9% | 0.0% | 0.0% | 0.0% | 0.0% | **72.8%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 75,384 | 84,120 | 0 | 30,901 | 11,769 | 377 | 37 | 2,390 | 0 | 0 | 0 | 0 | **204,978** |
| Total Calculated Base Weight (g) | 79,939 | 87,884 | 567 | 33,764 | 16,548 | 638 | 1,013 | 11,993 | 1,382 | 109 | 230 | 0 | **234,065** |
| Percentage of Total Calculated Base Weight (g) | 94.3% | 95.7% | 0.0% | 91.5% | 71.1% | 59.2% | 3.7% | 19.9% | 0.0% | 0.0% | 0.0% | 0.0% | **87.6%** |

_Notes:_
Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County and Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County and Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County, OH Identified by
## Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 8,993 | 25,528 | 0 | 1,317 | 799 | 165 | 0 | 178 | 0 | 0 | 0 | 0 | **36,980** |
| Total # of Transactions | 9,662 | 27,097 | 2,286 | 1,504 | 1,571 | 605 | 411 | 767 | 92 | 6 | 40 | 0 | **44,041** |
| Percentage of Total # of Transactions | 93.1% | 94.2% | 0.0% | 87.6% | 50.9% | 27.3% | 0.0% | 23.2% | 0.0% | 0.0% | 0.0% | 0.0% | **84.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 4,479,800 | 5,780,820 | 0 | 498,910 | 115,800 | 25,000 | 0 | 23,140 | 0 | 0 | 0 | 0 | **10,923,470** |
| Total Dosage Units | 4,736,500 | 6,049,320 | 36,393 | 563,110 | 218,400 | 92,600 | 46,640 | 96,540 | 9,825 | 84 | 4,080 | 0 | **11,853,492** |
| Percentage of Total Dosage Units | 94.6% | 95.6% | 0.0% | 88.6% | 53.0% | 27.0% | 0.0% | 24.0% | 0.0% | 0.0% | 0.0% | 0.0% | **92.2%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 41,345,184 | 22,761,033 | 0 | 1,836,308 | 2,549,492 | 691,874 | 0 | 801,600 | 0 | 0 | 0 | 0 | **69,985,492** |
| Total MME | 43,648,973 | 23,863,151 | 15,648,606 | 2,072,292 | 4,748,452 | 1,659,141 | 1,761,005 | 2,876,200 | 45,601 | 3,600 | 15,767 | 0 | **96,342,789** |
| Percentage of Total MME | 94.7% | 95.4% | 0.0% | 88.6% | 53.7% | 41.7% | 0.0% | 27.9% | 0.0% | 0.0% | 0.0% | 0.0% | **72.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 27,563 | 22,761 | 0 | 12,242 | 2,549 | 173 | 0 | 2,004 | 0 | 0 | 0 | 0 | **67,293** |
| Total Calculated Base Weight (g) | 29,099 | 23,863 | 155 | 13,815 | 4,748 | 415 | 587 | 7,191 | 456 | 4 | 63 | 0 | **80,396** |
| Percentage of Total Calculated Base Weight (g) | 94.7% | 95.4% | 0.0% | 88.6% | 53.7% | 41.7% | 0.0% | 27.9% | 0.0% | 0.0% | 0.0% | 0.0% | **83.7%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold
All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold
All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Lake County, OH Identified by
### Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

**All Defendant Shipments to HBC Service Company - 2006-2014**

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 5,434 | 11,901 | 0 | 295 | 83 | 10 | 0 | 12 | 0 | 0 | 0 | 0 | **17,735** |
| Total # of Transactions | 9,662 | 27,097 | 2,286 | 1,504 | 1,571 | 605 | 411 | 767 | 92 | 6 | 40 | 0 | **44,041** |
| Percentage of Total # of Transactions | 56.2% | 43.9% | 0.0% | 19.6% | 5.3% | 1.7% | 0.0% | 1.6% | 0.0% | 0.0% | 0.0% | 0.0% | **40.3%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 2,784,600 | 2,765,530 | 0 | 134,810 | 15,700 | 1,500 | 0 | 2,400 | 0 | 0 | 0 | 0 | **5,704,540** |
| Total Dosage Units | 4,736,500 | 6,049,320 | 36,393 | 563,110 | 218,400 | 92,600 | 46,640 | 96,540 | 9,825 | 84 | 4,080 | 0 | **11,853,492** |
| Percentage of Total Dosage Units | 58.8% | 45.7% | 0.0% | 23.9% | 7.2% | 1.6% | 0.0% | 2.5% | 0.0% | 0.0% | 0.0% | 0.0% | **48.1%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 26,175,916 | 10,856,123 | 0 | 498,727 | 329,677 | 33,854 | 0 | 53,000 | 0 | 0 | 0 | 0 | **37,947,297** |
| Total MME | 43,648,973 | 23,863,151 | 15,648,606 | 2,072,292 | 4,748,452 | 1,659,141 | 1,761,005 | 2,876,200 | 45,601 | 3,600 | 15,767 | 0 | **96,342,789** |
| Percentage of Total MME | 60.0% | 45.5% | 0.0% | 24.1% | 6.9% | 2.0% | 0.0% | 1.8% | 0.0% | 0.0% | 0.0% | 0.0% | **39.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 17,451 | 10,856 | 0 | 3,325 | 330 | 8 | 0 | 133 | 0 | 0 | 0 | 0 | **32,102** |
| Total Calculated Base Weight (g) | 29,099 | 23,863 | 155 | 13,815 | 4,748 | 415 | 587 | 7,191 | 456 | 4 | 63 | 0 | **80,396** |
| Percentage of Total Calculated Base Weight (g) | 60.0% | 45.5% | 0.0% | 24.1% | 6.9% | 2.0% | 0.0% | 1.8% | 0.0% | 0.0% | 0.0% | 0.0% | **39.9%** |

*Notes:*
Once an order(s) exceeds the largest total order of any of the previous six months all subsequent monthly threshold is fixed. All monthly order(s) exceeding this threshold is considered suspicious. This method assumes no due diligence on the suspicious order(s), but it is cleared and shipped.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014

### Hydrocodone Monthly Shipments to Lake County, OH Identified by
### Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units**

All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 2,034 | 0 | 573 | 788 | 604 | 378 | 349 | 679 | 0 | 0 | 11 | 0 | **5,416** |
| Total # of Transactions | 9,662 | 27,097 | 2,286 | 1,504 | 1,571 | 605 | 411 | 767 | 92 | 6 | 40 | 0 | **44,041** |
| Percentage of Total # of Transactions | 21.1% | 0.0% | 25.1% | 52.4% | 38.4% | 62.5% | 84.9% | 88.5% | 0.0% | 0.0% | 27.5% | 0.0% | **12.3%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 1,023,000 | 0 | 10,464 | 331,510 | 90,600 | 60,600 | 39,040 | 86,000 | 0 | 0 | 1,100 | 0 | **1,642,314** |
| Total Dosage Units | 4,736,500 | 6,049,320 | 36,393 | 563,110 | 218,400 | 92,600 | 46,640 | 96,540 | 9,825 | 84 | 4,080 | 0 | **11,853,492** |
| Percentage of Total Dosage Units | 21.6% | 0.0% | 28.8% | 58.9% | 41.5% | 65.4% | 83.7% | 89.1% | 0.0% | 0.0% | 27.0% | 0.0% | **13.9%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 11,327,054 | 0 | 3,826,060 | 1,217,844 | 1,949,563 | 1,208,230 | 1,575,672 | 2,619,400 | 0 | 0 | 4,006 | 0 | **23,727,827** |
| Total MME | 43,648,973 | 23,863,151 | 15,648,606 | 2,072,292 | 4,748,452 | 1,659,141 | 1,761,005 | 2,876,200 | 45,601 | 3,600 | 15,767 | 0 | **96,342,789** |
| Percentage of Total MME | 26.0% | 0.0% | 24.4% | 58.8% | 41.1% | 72.8% | 89.5% | 91.1% | 0.0% | 0.0% | 25.4% | 0.0% | **24.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 7,551 | 0 | 38 | 8,119 | 1,950 | 302 | 525 | 6,549 | 0 | 0 | 16 | 0 | **25,049** |
| Total Calculated Base Weight (g) | 29,099 | 23,863 | 155 | 13,815 | 4,748 | 415 | 587 | 7,191 | 456 | 4 | 63 | 0 | **80,396** |
| Percentage of Total Calculated Base Weight (g) | 26.0% | 0.0% | 24.3% | 58.8% | 41.1% | 72.8% | 89.5% | 91.1% | 0.0% | 0.0% | 25.4% | 0.0% | **31.2%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Lake County, OH Identified by
## Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County, OH Identified by
## Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 1,207 | 0 | 437 | 7 | 161 | 165 | 46 | 456 | 0 | 0 | 0 | 0 | **2,479** |
| Total # of Transactions | 9,662 | 27,097 | 2,286 | 1,504 | 1,571 | 605 | 411 | 767 | 92 | 6 | 40 | 0 | **44,041** |
| Percentage of Total # of Transactions | 12.5% | 0.0% | 19.1% | 0.5% | 10.2% | 27.3% | 11.2% | 59.5% | 0.0% | 0.0% | 0.0% | 0.0% | **5.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 610,600 | 0 | 8,629 | 3,600 | 22,900 | 25,000 | 4,660 | 60,340 | 0 | 0 | 0 | 0 | **735,729** |
| Total Dosage Units | 4,736,500 | 6,049,320 | 36,393 | 563,110 | 218,400 | 92,600 | 46,640 | 96,540 | 9,825 | 84 | 4,080 | 0 | **11,853,492** |
| Percentage of Total Dosage Units | 12.9% | 0.0% | 23.7% | 0.6% | 10.5% | 27.0% | 10.0% | 62.5% | 0.0% | 0.0% | 0.0% | 0.0% | **6.2%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 6,851,793 | 0 | 3,047,890 | 13,924 | 409,690 | 691,874 | 220,393 | 1,834,200 | 0 | 0 | 0 | 0 | **13,069,764** |
| Total MME | 43,648,973 | 23,863,151 | 15,648,606 | 2,072,292 | 4,748,452 | 1,659,141 | 1,761,005 | 2,876,200 | 45,601 | 3,600 | 15,767 | 0 | **96,342,789** |
| Percentage of Total MME | 15.7% | 0.0% | 19.5% | 0.7% | 8.6% | 41.7% | 12.5% | 63.8% | 0.0% | 0.0% | 0.0% | 0.0% | **13.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 4,568 | 0 | 30 | 93 | 410 | 173 | 73 | 4,586 | 0 | 0 | 0 | 0 | **9,932** |
| Total Calculated Base Weight (g) | 29,099 | 23,863 | 155 | 13,815 | 4,748 | 415 | 587 | 7,191 | 456 | 4 | 63 | 0 | **80,396** |
| Percentage of Total Calculated Base Weight (g) | 15.7% | 0.0% | 19.3% | 0.7% | 8.6% | 41.7% | 12.5% | 63.8% | 0.0% | 0.0% | 0.0% | 0.0% | **12.4%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Number of

# of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



## Oxycodone Monthly Shipments to Lake County, OH Identified by
### Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Lake County, OH Identified by
### Methodology: Maximum 8,000 Dosage Units Monthly

**All Defendant Shipments to HBC Service Company - 2006-2014**

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 6,848 | 20,947 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **27,795** |
| Total # of Transactions | 9,662 | 27,097 | 2,286 | 1,504 | 1,571 | 605 | 411 | 767 | 92 | 6 | 40 | 0 | **44,041** |
| Percentage of Total # of Transactions | 70.9% | 77.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **63.1%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 3,403,600 | 4,953,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **8,357,300** |
| Total Dosage Units | 4,736,500 | 6,049,320 | 36,393 | 563,110 | 218,400 | 92,600 | 46,640 | 96,540 | 9,825 | 84 | 4,080 | 0 | **11,853,492** |
| Percentage of Total Dosage Units | 71.9% | 81.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **70.5%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 32,487,973 | 19,460,645 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **51,948,618** |
| Total MME | 43,648,973 | 23,863,151 | 15,648,606 | 2,072,292 | 4,748,452 | 1,659,141 | 1,761,005 | 2,876,200 | 45,601 | 3,600 | 15,767 | 0 | **96,342,789** |
| Percentage of Total MME | 74.4% | 81.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **53.9%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 21,659 | 19,461 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **41,119** |
| Total Calculated Base Weight (g) | 29,099 | 23,863 | 155 | 13,815 | 4,748 | 415 | 587 | 7,191 | 456 | 4 | 63 | 0 | **80,396** |
| Percentage of Total Calculated Base Weight (g) | 74.4% | 81.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **51.1%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



### Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - Base Weight

Within Threshold    Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014

## Hydrocodone Monthly Shipments to Lake County, OH Identified by
## Methodology: Maximum 8,000 Dosage Units Monthly



All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County, OH Identified by
## Methodology: Maximum Daily Dosage Units

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 8,702 | 25,805 | 0 | 8 | 723 | 296 | 0 | 0 | 0 | 0 | 0 | 0 | **35,534** |
| Total # of Transactions | 9,556 | 27,097 | 0 | 1,501 | 1,571 | 605 | 0 | 0 | 92 | 0 | 0 | 0 | **40,422** |
| Percentage of Total # of Transactions | 91.1% | 95.2% | 0.0% | 0.5% | 46.0% | 48.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **87.9%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 4,580,600 | 5,884,320 | 0 | 5,600 | 106,000 | 45,400 | 0 | 0 | 0 | 0 | 0 | 0 | **10,621,920** |
| Total Dosage Units | 4,736,500 | 6,049,320 | 0 | 562,810 | 218,400 | 92,600 | 0 | 0 | 9,825 | 0 | 0 | 0 | **11,669,455** |
| Percentage of Total Dosage Units | 96.7% | 97.3% | 0.0% | 1.0% | 48.5% | 49.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **91.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 41,293,326 | 23,176,813 | 0 | 20,554 | 2,272,717 | 978,423 | 0 | 0 | 0 | 0 | 0 | 0 | **67,741,834** |
| Total MME | 43,568,557 | 23,863,151 | 0 | 2,071,960 | 4,748,452 | 1,659,141 | 0 | 0 | 45,601 | 0 | 0 | 0 | **75,956,864** |
| Percentage of Total MME | 94.8% | 97.1% | 0.0% | 1.0% | 47.9% | 59.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **89.2%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 27,529 | 23,177 | 0 | 137 | 2,273 | 245 | 0 | 0 | 0 | 0 | 0 | 0 | **53,360** |
| Total Calculated Base Weight (g) | 29,046 | 23,863 | 0 | 13,813 | 4,748 | 415 | 0 | 0 | 456 | 0 | 0 | 0 | **72,341** |
| Percentage of Total Calculated Base Weight (g) | 94.8% | 97.1% | 0.0% | 1.0% | 47.9% | 59.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **73.8%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



## Oxycodone Monthly Shipments to Lake County, OH Identified by Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - Number of

# of Transactions

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Daily Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Lake County, OH Identified by
## Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 9,167 | 25,838 | 0 | 1,401 | 936 | 368 | 0 | 211 | 0 | 0 | 0 | 0 | **37,921** |
| Total # of Transactions | 9,662 | 27,097 | 2,286 | 1,504 | 1,571 | 605 | 411 | 767 | 92 | 6 | 40 | 0 | **44,041** |
| Percentage of Total # of Transactions | 94.9% | 95.4% | 0.0% | 93.2% | 59.6% | 60.8% | 0.0% | 27.5% | 0.0% | 0.0% | 0.0% | 0.0% | **86.1%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 4,560,100 | 5,832,420 | 0 | 523,610 | 137,700 | 58,900 | 0 | 28,380 | 0 | 0 | 0 | 0 | **11,141,110** |
| Total Dosage Units | 4,736,500 | 6,049,320 | 36,393 | 563,110 | 218,400 | 92,600 | 46,640 | 96,540 | 9,825 | 84 | 4,080 | 0 | **11,853,492** |
| Percentage of Total Dosage Units | 96.3% | 96.4% | 0.0% | 93.0% | 63.0% | 63.6% | 0.0% | 29.4% | 0.0% | 0.0% | 0.0% | 0.0% | **94.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 42,005,051 | 22,975,462 | 0 | 1,926,757 | 3,005,017 | 1,188,370 | 0 | 956,000 | 0 | 0 | 0 | 0 | **72,056,657** |
| Total MME | 43,648,973 | 23,863,151 | 15,648,606 | 2,072,292 | 4,748,452 | 1,659,141 | 1,761,005 | 2,876,200 | 45,601 | 3,600 | 15,767 | 0 | **96,342,789** |
| Percentage of Total MME | 96.2% | 96.3% | 0.0% | 93.0% | 63.3% | 71.6% | 0.0% | 33.2% | 0.0% | 0.0% | 0.0% | 0.0% | **74.8%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 28,003 | 22,975 | 0 | 12,845 | 3,005 | 297 | 0 | 2,390 | 0 | 0 | 0 | 0 | **69,516** |
| Total Calculated Base Weight (g) | 29,099 | 23,863 | 155 | 13,815 | 4,748 | 415 | 587 | 7,191 | 456 | 4 | 63 | 0 | **80,396** |
| Percentage of Total Calculated Base Weight (g) | 96.2% | 96.3% | 0.0% | 93.0% | 63.3% | 71.6% | 0.0% | 33.2% | 0.0% | 0.0% | 0.0% | 0.0% | **86.5%** |

*Notes:*
Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days
All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Lake County, OH
2006-2014



Oxycodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Lake County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Lake County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Total Shipments to Trumbull County, OH Identified by
### Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold

**All Defendant Shipments to HBC Service Company - 2006-2014**

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 12,549 | 48,813 | 0 | 2,724 | 1,493 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | **65,659** |
| Total # of Transactions | 14,505 | 52,262 | 5,147 | 3,377 | 2,725 | 428 | 250 | 529 | 159 | 57 | 77 | 0 | **79,516** |
| Percentage of Total # of Transactions | 86.5% | 93.4% | 0.0% | 80.7% | 54.8% | 18.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **82.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 4,480,380 | 13,524,310 | 0 | 689,990 | 188,300 | 15,400 | 0 | 0 | 0 | 0 | 0 | 0 | **18,898,380** |
| Total Dosage Units | 5,025,680 | 14,342,810 | 77,335 | 785,090 | 328,600 | 66,100 | 26,300 | 50,080 | 18,900 | 2,628 | 8,100 | 0 | **20,731,623** |
| Percentage of Total Dosage Units | 89.1% | 94.3% | 0.0% | 87.9% | 57.3% | 23.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **91.2%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 65,470,190 | 60,409,486 | 0 | 2,612,080 | 6,400,001 | 206,400 | 0 | 0 | 0 | 0 | 0 | 0 | **135,098,156** |
| Total MME | 76,258,865 | 64,020,505 | 41,270,370 | 2,992,239 | 11,799,194 | 891,770 | 1,276,595 | 1,921,000 | 92,553 | 105,840 | 41,777 | 0 | **200,670,707** |
| Percentage of Total MME | 85.9% | 94.4% | 0.0% | 87.3% | 54.2% | 23.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **67.3%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 43,647 | 60,409 | 0 | 17,414 | 6,400 | 52 | 0 | 0 | 0 | 0 | 0 | 0 | **127,922** |
| Total Calculated Base Weight (g) | 50,839 | 64,021 | 412 | 19,948 | 11,799 | 223 | 426 | 4,803 | 926 | 106 | 167 | 0 | **153,669** |
| Percentage of Total Calculated Base Weight (g) | 85.9% | 94.4% | 0.0% | 87.3% | 54.2% | 23.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **83.2%** |

_Notes:_
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Number of

# of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold
All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold
All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold
All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - MME

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy
Specific Threshold

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Trumbull County, OH Identified by**
**Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold**

All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 2,364 | 14,612 | 0 | 289 | 95 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | **17,363** |
| Total # of Transactions | 14,505 | 52,262 | 5,147 | 3,377 | 2,725 | 428 | 250 | 529 | 159 | 57 | 77 | 0 | **79,516** |
| Percentage of Total # of Transactions | 16.3% | 28.0% | 0.0% | 8.6% | 3.5% | 0.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **21.8%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 894,700 | 4,131,580 | 0 | 126,900 | 13,200 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | **5,167,080** |
| Total Dosage Units | 5,025,680 | 14,342,810 | 77,335 | 785,090 | 328,600 | 66,100 | 26,300 | 50,080 | 18,900 | 2,628 | 8,100 | 0 | **20,731,623** |
| Percentage of Total Dosage Units | 17.8% | 28.8% | 0.0% | 16.2% | 4.0% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **24.9%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 12,883,086 | 18,415,150 | 0 | 452,311 | 372,590 | 9,930 | 0 | 0 | 0 | 0 | 0 | 0 | **32,133,067** |
| Total MME | 76,258,865 | 64,020,505 | 41,270,370 | 2,992,239 | 11,799,194 | 891,770 | 1,276,595 | 1,921,000 | 92,553 | 105,840 | 41,777 | 0 | **200,670,707** |
| Percentage of Total MME | 16.9% | 28.8% | 0.0% | 15.1% | 3.2% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **16.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 8,589 | 18,415 | 0 | 3,015 | 373 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | **30,394** |
| Total Calculated Base Weight (g) | 50,839 | 64,021 | 412 | 19,948 | 11,799 | 223 | 426 | 4,803 | 926 | 106 | 167 | 0 | **153,669** |
| Percentage of Total Calculated Base Weight (g) | 16.9% | 28.8% | 0.0% | 15.1% | 3.2% | 1.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **19.8%** |

*Notes:*
Once an order(s) exceeds the largest total order of any of the previous six months all subsequent monthly threshold is fixed. All monthly order(s) exceeding this threshold is considered suspicious. This method assumes no due diligence on the suspicious order(s), but it is cleared and shipped.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by
### Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Trumbull County, OH Identified by
## Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 8,425 | 26,757 | 2,444 | 2,129 | 1,939 | 123 | 102 | 404 | 72 | 29 | 0 | 0 | **42,424** |
| Total # of Transactions | 14,505 | 52,262 | 5,147 | 3,377 | 2,725 | 428 | 250 | 529 | 159 | 57 | 77 | 0 | **79,516** |
| Percentage of Total # of Transactions | 58.1% | 51.2% | 47.5% | 63.0% | 71.2% | 28.7% | 40.8% | 76.4% | 45.3% | 50.9% | 0.0% | 0.0% | **53.4%** |
| Flagged Orders - Dosage Units | 2,844,080 | 7,960,310 | 35,180 | 565,190 | 236,800 | 24,600 | 11,060 | 37,160 | 9,500 | 1,500 | 0 | 0 | **11,725,380** |
| Total Dosage Units | 5,025,680 | 14,342,810 | 77,335 | 785,090 | 328,600 | 66,100 | 26,300 | 50,080 | 18,900 | 2,628 | 8,100 | 0 | **20,731,623** |
| Percentage of Total Dosage Units | 56.6% | 55.5% | 45.5% | 72.0% | 72.1% | 37.2% | 42.1% | 74.2% | 50.3% | 57.1% | 0.0% | 0.0% | **56.6%** |
| Flagged Orders - MME | 42,764,207 | 35,568,487 | 18,052,400 | 2,142,165 | 8,087,558 | 365,279 | 508,497 | 1,505,000 | 50,111 | 59,400 | 0 | 0 | **109,103,104** |
| Total MME | 76,258,865 | 64,020,505 | 41,270,370 | 2,992,239 | 11,799,194 | 891,770 | 1,276,595 | 1,921,000 | 92,553 | 105,840 | 41,777 | 0 | **200,670,707** |
| Percentage of Total MME | 56.1% | 55.6% | 43.7% | 71.6% | 68.5% | 41.0% | 39.8% | 78.3% | 54.1% | 56.1% | 0.0% | 0.0% | **54.4%** |
| Flagged Orders - Calculated Base Weight (g) | 28,509 | 35,568 | 180 | 14,281 | 8,088 | 91 | 169 | 3,763 | 501 | 59 | 0 | 0 | **91,211** |
| Total Calculated Base Weight (g) | 50,839 | 64,021 | 412 | 19,948 | 11,799 | 223 | 426 | 4,803 | 926 | 106 | 167 | 0 | **153,669** |
| Percentage of Total Calculated Base Weight (g) | 56.1% | 55.6% | 43.7% | 71.6% | 68.5% | 41.0% | 39.8% | 78.3% | 54.1% | 56.1% | 0.0% | 0.0% | **59.4%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Trumbull County, OH

2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold  ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Trumbull County, OH Identified by
## Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 0 | 9,852 | 189 | 1,366 | 0 | 80 | 29 | 55 | 38 | 0 | 0 | 0 | **11,609** |
| Total # of Transactions | 14,505 | 52,262 | 5,147 | 3,377 | 2,725 | 428 | 250 | 529 | 159 | 57 | 77 | 0 | **79,516** |
| Percentage of Total # of Transactions | 0.0% | 18.9% | 3.7% | 40.5% | 0.0% | 18.7% | 11.6% | 10.4% | 23.9% | 0.0% | 0.0% | 0.0% | **14.6%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 0 | 3,206,350 | 3,600 | 326,590 | 0 | 15,400 | 3,760 | 6,120 | 4,600 | 0 | 0 | 0 | **3,566,420** |
| Total Dosage Units | 5,025,680 | 14,342,810 | 77,335 | 785,090 | 328,600 | 66,100 | 26,300 | 50,080 | 18,900 | 2,628 | 8,100 | 0 | **20,731,623** |
| Percentage of Total Dosage Units | 0.0% | 22.4% | 4.7% | 41.6% | 0.0% | 23.3% | 14.3% | 12.2% | 24.3% | 0.0% | 0.0% | 0.0% | **17.2%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 0 | 14,291,825 | 1,652,755 | 1,260,052 | 0 | 206,400 | 159,775 | 176,400 | 26,581 | 0 | 0 | 0 | **17,773,789** |
| Total MME | 76,258,865 | 64,020,505 | 41,270,370 | 2,992,239 | 11,799,194 | 891,770 | 1,276,595 | 1,921,000 | 92,553 | 105,840 | 41,777 | 0 | **200,670,707** |
| Percentage of Total MME | 0.0% | 22.3% | 4.0% | 42.1% | 0.0% | 23.1% | 12.5% | 9.2% | 28.7% | 0.0% | 0.0% | 0.0% | **8.9%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 0 | 14,292 | 17 | 8,400 | 0 | 52 | 53 | 441 | 266 | 0 | 0 | 0 | **23,520** |
| Total Calculated Base Weight (g) | 50,839 | 64,021 | 412 | 19,948 | 11,799 | 223 | 426 | 4,803 | 926 | 106 | 167 | 0 | **153,669** |
| Percentage of Total Calculated Base Weight (g) | 0.0% | 22.3% | 4.0% | 42.1% | 0.0% | 23.1% | 12.5% | 9.2% | 28.7% | 0.0% | 0.0% | 0.0% | **15.3%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Number of

# of Transactions

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Oxycodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

All Defendant Shipments to HBC Service Company - Dosage Units



■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - MME

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units



All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage
Units

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 10,909 | 51,778 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **62,687** |
| Total # of Transactions | 14,505 | 52,262 | 5,147 | 3,377 | 2,725 | 428 | 250 | 529 | 159 | 57 | 77 | 0 | **79,516** |
| Percentage of Total # of Transactions | 75.2% | 99.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **78.8%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 3,880,180 | 14,237,110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **18,117,290** |
| Total Dosage Units | 5,025,680 | 14,342,810 | 77,335 | 785,090 | 328,600 | 66,100 | 26,300 | 50,080 | 18,900 | 2,628 | 8,100 | 0 | **20,731,623** |
| Percentage of Total Dosage Units | 77.2% | 99.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **87.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 59,411,642 | 63,553,550 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **122,965,193** |
| Total MME | 76,258,865 | 64,020,505 | 41,270,370 | 2,992,239 | 11,799,194 | 891,770 | 1,276,595 | 1,921,000 | 92,553 | 105,840 | 41,777 | 0 | **200,670,707** |
| Percentage of Total MME | 77.9% | 99.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **61.3%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 39,608 | 63,554 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **103,161** |
| Total Calculated Base Weight (g) | 50,839 | 64,021 | 412 | 19,948 | 11,799 | 223 | 426 | 4,803 | 926 | 106 | 167 | 0 | **153,669** |
| Percentage of Total Calculated Base Weight (g) | 77.9% | 99.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **67.1%** |

*Notes:*
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - Number of

# of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum 8,000 Dosage Units Monthly



All Defendant Shipments to HBC Service Company - Number of

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - MME

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum 8,000 Dosage Units Monthly

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Total Shipments to Trumbull County, OH Identified by
## Methodology: Maximum Daily Dosage Units

### All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 13,867 | 52,248 | 0 | 593 | 1,678 | 71 | 0 | 0 | 0 | 0 | 0 | 0 | **68,457** |
| Total # of Transactions | 14,381 | 52,262 | 0 | 3,322 | 2,725 | 428 | 0 | 0 | 159 | 0 | 0 | 0 | **73,277** |
| Percentage of Total # of Transactions | 96.4% | 100.0% | 0.0% | 17.9% | 61.6% | 16.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **93.4%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 4,920,380 | 14,340,510 | 0 | 252,790 | 212,000 | 15,800 | 0 | 0 | 0 | 0 | 0 | 0 | **19,741,480** |
| Total Dosage Units | 5,025,680 | 14,342,810 | 0 | 779,590 | 328,600 | 66,100 | 0 | 0 | 18,900 | 0 | 0 | 0 | **20,561,680** |
| Percentage of Total Dosage Units | 97.9% | 100.0% | 0.0% | 32.4% | 64.5% | 23.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **96.0%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 74,522,784 | 64,008,597 | 0 | 949,094 | 7,222,645 | 249,667 | 0 | 0 | 0 | 0 | 0 | 0 | **146,952,788** |
| Total MME | 76,075,710 | 64,020,505 | 0 | 2,984,835 | 11,799,194 | 891,770 | 0 | 0 | 92,553 | 0 | 0 | 0 | **155,864,567** |
| Percentage of Total MME | 98.0% | 100.0% | 0.0% | 31.8% | 61.2% | 28.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **94.3%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 49,682 | 64,009 | 0 | 6,327 | 7,223 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | **127,303** |
| Total Calculated Base Weight (g) | 50,717 | 64,021 | 0 | 19,899 | 11,799 | 223 | 0 | 0 | 926 | 0 | 0 | 0 | **147,584** |
| Percentage of Total Calculated Base Weight (g) | 98.0% | 100.0% | 0.0% | 31.8% | 61.2% | 28.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **86.3%** |

_Notes:_
Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units



All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - Base Weight

Calculated Base Weight (g)

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - Number of

# of Transactions

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by Methodology: Maximum Daily Dosage Units



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - MME

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Daily Dosage Units

All Defendant Shipments to HBC Service Company - Base Weight

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Total Shipments to Trumbull County, OH Identified by**
**Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30 Days**

All Defendant Shipments to HBC Service Company - 2006-2014

| | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 13,537 | 49,494 | 0 | 2,911 | 2,104 | 92 | 21 | 0 | 0 | 0 | 0 | 0 | **68,159** |
| Total # of Transactions | 14,505 | 52,262 | 5,147 | 3,377 | 2,725 | 428 | 250 | 529 | 159 | 57 | 77 | 0 | **79,516** |
| Percentage of Total # of Transactions | 93.3% | 94.7% | 0.0% | 86.2% | 77.2% | 21.5% | 8.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **85.7%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 4,744,280 | 13,689,510 | 0 | 711,690 | 256,000 | 19,700 | 2,680 | 0 | 0 | 0 | 0 | 0 | **19,423,860** |
| Total Dosage Units | 5,025,680 | 14,342,810 | 77,335 | 785,090 | 328,600 | 66,100 | 26,300 | 50,080 | 18,900 | 2,628 | 8,100 | 0 | **20,731,623** |
| Percentage of Total Dosage Units | 94.4% | 95.4% | 0.0% | 90.7% | 77.9% | 29.8% | 10.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **93.7%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 71,071,309 | 61,144,237 | 0 | 2,708,451 | 8,763,560 | 321,304 | 111,066 | 0 | 0 | 0 | 0 | 0 | **144,119,927** |
| Total MME | 76,258,865 | 64,020,505 | 41,270,370 | 2,992,239 | 11,799,194 | 891,770 | 1,276,595 | 1,921,000 | 92,553 | 105,840 | 41,777 | 0 | **200,670,707** |
| Percentage of Total MME | 93.2% | 95.5% | 0.0% | 90.5% | 74.3% | 36.0% | 8.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **71.8%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 47,381 | 61,144 | 0 | 18,056 | 8,764 | 80 | 37 | 0 | 0 | 0 | 0 | 0 | **135,462** |
| Total Calculated Base Weight (g) | 50,839 | 64,021 | 412 | 19,948 | 11,799 | 223 | 426 | 4,803 | 926 | 106 | 167 | 0 | **153,669** |
| Percentage of Total Calculated Base Weight (g) | 93.2% | 95.5% | 0.0% | 90.5% | 74.3% | 36.0% | 8.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **88.2%** |

*Notes:*
Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Number of

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Dosage Units

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - MME

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold   ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

## Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
## Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
## Days

All Defendant Shipments to HBC Service Company - Number of



Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Dosage Units

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - MME

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.

All Shipments into HBC Service Company
Trumbull County, OH
2006-2014

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Hydrocodone Monthly Shipments to Trumbull County, OH Identified by
Methodology: Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold on Rolling 30
Days

All Defendant Shipments to HBC Service Company - Base Weight

■ Within Threshold    ■ Over Threshold

Notes: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA.