UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Three Cases* | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**Notice of Filing**<br>**Plaintiffs' Expert Reports** |

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted Plaintiff expert reports from Case Track 3. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, numerous previously redacted expert reports are hereby publicly filed as unredacted or less redacted. This filing is further made in accordance with the Court's Order dated July 5, 2019, paragraph C (Doc. No. 1813).

| Exhibit | Expert | Date of Report | Redaction Status |
|---|---|---|---|
| 1. | Caleb Alexander, MD, MS Report with Appendices A-D and F | April 16, 2021 | Unredacted |
| 2. | Carmen Catizone, MS, RPh, DPh Report with Appendices A-B | April 16, 2021 | Redacted |
| 3. | Carmen Catizone Supplemental Report | May 19, 2021 | Redacted |
| 4. | David Cutler Report | April 16, 2021 | Unredacted |
| 5. | Supplement to David Cutler Report | April 21, 2021 | Unredacted |
| 6. | Supplement to David Cutler Report (Second) | May 19, 2021 | Unredacted |
| 7. | Katherine Keyes, PhD Report with Exhibits & Supplemental Materials Considered | April 16, 2021<br>June 2, 2021 | Unredacted |

| Exhibit | Expert | Date of Report | Redaction Status |
|---|---|---|---|
| 8. | Anna Lembke, MD Report with Exhibits | April 16, 2021 | Redacted |
| 9. | Daniel Malone, MS, PhD, FACMP Report and Attachment I | April 15, 2021 | Redacted |
| 10. | Craig McCann, PhD, CFA Report, with Appendices 1-6, 9 and 13 | April 16, 2021 | Redacted |
| 11. | Craig McCann Supplemental Report | May 4, 2021 | Unredacted |
| 12. | Craig McCann Second Supplemental Report | May 19, 2021 | Redacted |
| 13. | James Rafalski Expert Report with Schedule I and Supplemental Reliance List | April 16, 2021 July 14, 2021 | Redacted |

Dated:  December 29, 2021

/s/*Anthony D. Irpino*
Anthony D. Irpino
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
airpino@irpinolaw.com
*Plaintiffs' Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd. Mt. Pleasant, SC 29464 (843) 216-9000
(843) 216-9290 (fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite

202 San Juan, PR 00907
(304)654-8281
paul@farrellfuller.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY
&LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: December 29, 2021                    */s/ Anthony D. Irpino*
                                             Anthony D. Irpino