EXPERT REPORT OF KATHERINE KEYES, PHD

April 16, 2021

# TABLE OF CONTENTS

**Page**

I.      Background and Qualifications.................................................................... 1

    A.      Summary ........................................................................................... 1

    B.      Education .......................................................................................... 1

    C.      Field of specialty and employment history........................................ 1

    D.      Research areas and publications ....................................................... 1

    E.      Professional Organizations/Professional Societies/Awards ................. 2

II.     Opinions .................................................................................................... 3

III.    Methodology .............................................................................................. 5

    A.      Definitions of methodological and substantive terms........................... 5

    B.      What role does epidemiology play in describing opioid-related harm? .............. 9

    C.      Methodology for review of the evidence .......................................... 11

        1.      Literature search methodology ............................................... 11

        2.      Levels of evidence evaluated .................................................. 12

IV.     Detailed Discussion of General Opinions and Reasons and Bases for Them.................. 14

    A.      Distribution, sales, and marketing of opioids increased in the 1990s.................. 14

    B.      Opioids were diverted and used by individuals with opioid use disorder and for non-medical use.......................................................................... 24

    C.      The incidence and prevalence of both medical and non-medical opioid use increased in concert with the increased supply of opioids.................................. 28

    D.      The increase in the prescription opioid supply, coupled with opioid use disorders and increases in non-medical use and non-medical opioid use disorder, resulted in an exponential increase in prescription opioid overdose as well as many other non-fatal consequences. .................................... 30

    E.      Polydrug use on toxicology in drug overdose deaths: implications for causal attribution.............................................................................. 34

    F.      Prescription opioid use is causally related to heroin use ...................... 35

    G.      The impact of diverted opioids was not random, but part of a complex system that involved community level economic conditions .............................. 39

    H.      Availability principles and the relationship with harms related to prescription opioids.......................................................................... 41

    I.      Comparison of deaths due to prescription opioids with NSAIDs........................ 42

    J.      Summary......................................................................................... 43

# TABLE OF CONTENTS
(continued)

Page

**SCHEDULE 1 – Case Track 3 – Lake and Trumbull Counties**

I.    Case-Specific Opinions ................................................................. 45

II.    Lake and Trumbull Counties: evidence of burden of the opioid epidemic ..................... 45

    A.    Opioid-related harm in Lake and Trumbull Counties, and Ohio, have increased greatly between 1999 and 2019, including the death rates due to prescription opioids ................................................................. 45

        (a)    Rates of opioid-related harm in Ohio have largely been increasing since 1999. ................................................. 46

        (b)    Rates of opioid-related harm in Lake County and in Trumbull County have also increased since 1999 ...................... 48

    B.    Increases in neonatal abstinence syndrome, emergency department visits, admissions for treatment, and non-medical opioid use among adults and adolescents are additional key harms due to opioids in the population .............. 50

    C.    Need for treatment in Lake and Trumbull Counties ........................................... 53

    D.    Consequences of opioid use, disorder, and overdose for children in Lake County and Trumbull County ........................................................................ 57

    E.    Quantifying the proportion of opioid death that is attributable to prescription opioids ............................................................................ 59

CONFIDENTIAL

# I. BACKGROUND AND QUALIFICATIONS

## A. Summary

I am an Associate Professor of Epidemiology at Columbia University, specializing in substance use and substance use disorders epidemiology.

## B. Education

I received a Masters degree in Public Health from Columbia University in 2004, and a PhD in Epidemiology from Columbia University in 2010.

## C. Field of specialty and employment history

My field of specialty is substance use and substance use disorders, as well as related comorbidity, focusing on psychiatric disorders, and consequences of substance use including intentional and unintentional injury. After receiving my PhD in Epidemiology in 2010, I completed a post-doctoral fellowship in Epidemiology at Columbia University from 2010 through 2012, and then was recruited by Columbia University to join the faculty in 2012 as a tenure-track Assistant Professor. I was promoted to Associate Professor in 2016, and received tenure at Columba University in 2020. I also hold academic appointments at various other universities. I am a Research Assistant Professor at the University of Michigan, and an Adjunct Associate Professor at the Society for Health and Research at Universidad Mayor in Santiago, Chile.

## D. Research areas and publications

I have published 300 peer-reviewed articles, editorials, and book chapters, more than 80 of which are first-authored. Much of this research has been published in the leading, highest impact epidemiology, psychiatry, and substance use journals, including in *Pediatrics, JAMA Psychiatry, Lancet Psychiatry, Nature Communications, British Medical Journal, British Journal of Psychiatry, American Journal of Psychiatry, American Journal of Epidemiology,* and *International Journal of Epidemiology*, among others. My articles have been cited in numerous disciplines, including psychiatry, epidemiology, public health, and pediatrics. My *h*-index is 78[*] on Google Scholar. Currently, 50 of my articles have been cited more than 100 times; 15 of my articles have been cited more than 200 times; and 4 have been cited more than 500 times. Since obtaining my doctoral degree, I have led and sustained numerous grant-funded projects as Principal Investigator, and have successfully competed for grant funding from the National Institutes of Health to conduct my research. I have received numerous grants from Columbia University for my work, including the Calderone Prize for junior faculty, and the Tow scholarship (awarded to high-achieving mid-career scientists). I serve as a co-Investigator on numerous federally-funded projects both at Columbia and at other institutions (including University of Michigan and New York University). In 2019, I was named as a "Highly Cited Researcher" by Web of Science, which recognizes "the world's most influential researchers of the past decade, demonstrated by the production of multiple highly-cited papers that rank in the top 1% by citations for the field and year in Web of Science."

---

[*] An *h*-index is a measure of productivity and research impact. It measures the correlation between the number of peer-reviewed papers and the number of times each paper. An *h*-index of 78 indicates that I have published a median of 78 papers that have been cited at least 68 times. Benchmarks for *h*-indices vary; at Columbia University the standards for promotion in the department of epidemiology, are an *h*-index of at least 15 for promotion to Associate Professor, and at least 25 for promotion to professor. My *h*-index is more than twice that needed for a full professor rank in my department at Columbia University, indicative of high productivity and impact.

I have published two textbooks on epidemiological methods, and I am well-qualified to assess the literature on opioid-related harm. The first is *Epidemiology Matters: A New Introduction to Methodological Foundations*, published by Oxford University Press in 2014, which is currently being used to teach graduate students about epidemiological methods in more than 20 universities. The second is *Population Health Science*, also published by Oxford University Press, which details the theoretical and methodological foundations of the science of public health.

My expertise on opioid-related harm includes large scale survey data and vital statistics analyses, as well as the development of theories, hypotheses, and publishing findings concerning the role of macro-social factors in producing opioid epidemics. Specifically, I have extensively used high-quality survey data collected at the national level in order to estimate incidence, prevalence, and trends in risk factors for opioid use disorders, and trends in opioid use. Further, I have utilized data on fatal and non-fatal overdose to estimate determinants of variation in overdose across communities. My work focuses on community-based sampling strategies as well as hospital records to document epidemiological correlates and determinants of risk. I have published 28 peer-reviewed journal articles on opioid use and related harms (and many more on drug use disorders more generally), detailing trends over time in prescription opioid misuse, birth cohort trends in nonmedical opioid use and overdose, risk factors for non-medical prescription opioid use, and consequences of use across developmental periods, including consequences related to overdose. I have particularly focused on elucidating drivers of population-level trends, including literature reviews, synthesis, and empirical analyses of urban-rural differences in nonmedical opioid use and overdose. This work is aided by the 2019 inauguration of the Policy and Health Initiatives on Opioids and Other Substances (PHIOS) center at Columbia University based in the department of epidemiology, where I serve as a faculty member and also as a steering committee member of the Substance Abuse Epidemiology Training Program (SAETP), by which I train and mentor doctoral and post-doctoral scholars in substance abuse epidemiology. I am an investigator on the HEALing Communities Study, a large, $350 million dollar NIH-funded initiative aiming to reduce opioid overdose by 40 percent in four states, including New York, Ohio, Kentucky, and Massachusetts through implementation and dissemination of evidence-based prevention and intervention efforts, including expanded access to medication for opioid use disorder, distribution of naloxone to reverse overdose, and efforts to reduce high-risk prescribing. My role on the project is to develop mathematical simulations of the cycle of opioid use in New York State, and to estimate the anticipated reduction in overdose deaths by simulating combinations of intervention initiatives taking into account the system dynamics of counties in New York State. I am also a co-investigator of an NIH grant-funded project focused on estimating the impact of policies that target opioid use (e.g., prescription drug monitoring programs, prescribing and clinic laws, Good Samaritan laws, etc.) on opioid and benzodiazepine co-prescribing and overdose. Thus, I am well-qualified to review the literature and offer opinions based on the evidence and my own experience. I have no conflicts of interest in making these assessments, and have never consulted on behalf of any entities that stand to profit from drug or medical device sales.

### E. Professional Organizations/Professional Societies/Awards

I have assumed national and international leadership roles in my areas of expertise. I am currently on the executive board of the *Society for Epidemiological Research*, to which I was elected by my peers. I am on the executive board of the *World Psychiatric Association Epidemiology and Public Health* section, and, in 2018, hosted the bi-annual meeting of the section at Columbia University. I serve on committees and boards for numerous other societies, including the *Research Society on Alcoholism* (program committee), *International Association of Population Health Science* (program committee), and

CONFIDENTIAL

*Society for Research on Adolescents* (dissertation award committee) among others, and each year I actively participate as a symposium chair and speaker on multiple workshops and roundtables at each of these meetings. In 2017, I was invited to join a National Academies of Sciences committee on accelerating the progress to reduce alcohol-impaired driving and contributed to the consensus report with evidence-based policy recommendations.[1] I have served on numerous NIH review committees for several study sections and institutes, and I joined the Epidemiology, Prevention and Behavior Research Review subcommittee of the National Institute of Alcohol Abuse and Alcoholism in 2019. Finally, I serve as Associate Editor of the journal *Drug and Alcohol Dependence* and as field editor for *Alcoholism: Clinical and Experimental Research*, both of which are highly regarded journals for original research on alcohol and drug use disorders and related harms.

My career achievements have been recognized with numerous awards. I was given the early career achievement award by three scientific societies (*Research Society on Alcoholism, American Psychopathological Association,* and *the World Psychiatric Association Epidemiology and Public Health Section*), as well as the *NIH Office of Disease Prevention Early-Stage Investigator* award, a competitive award recognizing two scholars per year, from any NIH institute, who are poised to become leaders in the field. I was awarded the Carol J. Rowland Hogue Mid-Career Award by the Society for Epidemiologic Research in 2020, which is awarded to "a mid-career scientist who has made an exceptional contribution to the practice of epidemiology." I have been and continue to be invited as a speaker nationally and internationally, with approximately 40 invited lectures, including 26 between 2017 and 2020.

## II.   OPINIONS

For the detailed reasons stated in this report and the attachments, I intend to offer the following opinions in this case:

1.      In the United States, almost 50,000 people died of a drug overdose in 2018 for an opioid-involved overdose death rate of 15 per 100,000,[2] an almost 8-fold increase since 1999.[3–5] The beginning of the opioid crisis was marked by a rise in prescription opioid overdose deaths. Approximately three quarters of those who use opioids extra-medically, and those fatally injured by opioids, began their opioid use with prescription opioids.

2.      The epidemic of opioid-related harm began with a rapid increase in prescription opioid overdose death. The opioid supply increased dramatically in the United States beginning in the mid-1990s, and a direct consequence of the increased supply of opioids was an increase in the incidence and prevalence of opioid use disorder among both medical patients and non-patients (among non-patients, over-supply of opioids was diverted to illicit marketplaces), and an increase in prescription opioid-related deaths (late 1990s and early 2000s). The epidemic then transitioned to heroin use being identified more frequently in opioid overdose deaths (while prescription opioids remained high), and in the mid- to latter half of the 2010s (depending on the region), synthetic opioids (primarily fentanyl) have been increasingly identified in opioid deaths. The expansion of prescription opioid distribution and availability laid the foundation for the increase in heroin and fentanyl deaths, and my report details the existing literature on the extensive evidence that prescription opioids modally precede heroin and fentanyl use, providing a basis for the opinion that prescription opioid use is a cause of subsequent heroin and fentanyl use, morbidity, and mortality.

3.      Prescription opioid overdose increased exponentially in the United States in the past 20 years, and these increases strongly correlate with rates of prescription opioid supply for medical

CONFIDENTIAL

use both in terms of geographic variation in supply as well as year-to-year variation, in both observational and quasi-experimental studies, providing an evidence base that supports this opinion that supply and availability of opioids caused an increase in the rate of prescription opioid overdose.

4.     Medical use of opioids is associated with the development of opioid use disorder at higher rates than were reported by drug manufacturers. This assessment is based on standard principles and methods in the field of epidemiology, including confounding assessments, as well as consistency with biological knowledge, replication, dose response and length of opioid use among medical users.

5.     Opioid use disorder is prevalent and disabling. Mild to severe OUD occurs in approximately 21-29% of individuals who are prescribed opioids, and  moderate to severe OUD occurs in approximate 8-12% of individuals who are prescribed opioids. These are likely underestimates given that systematic assessments are not routinely done, and that tolerance and withdrawal after medical prescription cannot be diagnosed as opioid use disorder under the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5) criteria, a change from the DSM IV criteria that was industry-supported and relies on no statistical evidence of which I am aware.

6.     The expansion of non-medical prescription opioid use would not have occurred without the widespread availability of prescription opioids that were originally dispensed supposedly (but not always actually) for medical uses, often in greater quantities and doses than needed, leaving a surplus of opioids that could be diverted for non-medical uses.

7.     Prescription opioid use is causally associated with harm across the lifecourse, especially when it is initiated at critical developmental windows such as adolescence, and during fetal development due to maternal use.

8.     Prescription opioid use is causally related to subsequent heroin use. Approximately 70-80% of heroin users since the turn of the 21st century used prescription opioids before heroin use, and while the proportion of prescription opioid users who progress to heroin use is relatively small, even a small increases in the proportion who progress can explain the majority of the increase in heroin use in the United States. There is substantial overlap in medical and non-medical use of opioids; those who use medically are at higher risk for non-medical use, and those who use non-medically are more likely to also subsequently use medically. However, even among those who use medically only (no non-medical use), there is a higher risk of transition to heroin use than among those who have never used prescription opioids. Because the heroin supply has been contaminated with high-potency synthetic opioids (e.g., fentanyl) in the mid- to latter half of the 2010s (depending on the region), prescription opioid use is also causally related to the increase in synthetic opioid morbidity and mortality, since prescription opioids frequently precede the transition to heroin, including heroin contaminated with fentanyl.

9.     Prescription opioids cause accelerated and increased risk of harm when used in conjunction with other drugs such as other opioids, benzodiazepines, stimulants, and alcohol. When multiple drugs are listed as part of the contributing causes of death in an overdose death, the preponderance of evidence indicates that certain combinations of drugs, especially those that include opioids, are associated with multiplicative increases in the risk of death; that is, without the prescription opioid, the individual would not have died when and how they did. Thus, multiple drugs present in a toxicology report are likely indicative of synergistic interactions for which prescription opioids are attributed as a cause when listed as per the current available evidence in epidemiological and toxicological sciences. For these reasons, CDC and other authoritative sources

4

correctly report overdose deaths that include prescription opioids as prescription-opioid deaths, even when additional drugs are identified.[6]

10.     Prescription opioid and other opioid mortality disproportionately affected economically deprived areas; however, the available evidence indicates that economic conditions played a relatively small part in increased opioid-related morbidity and mortality. The driving force in increasing opioid-related morbidity and mortality was, and continues to be, access to and wide-spread availability of opioids.

11.     Compared with other commonly used pain relievers, such as non-steroidal anti-inflammatory drugs (NSAIDs), the adverse health and addiction consequences are substantially and significantly greater from opioids than from NSAIDs, including for cardiovascular events, fractures, and falls, as well as poisoning and overdose.

In addition to the above general opinions, I offer the opinions with respect to the specific Counties at issue in this case, which are set forth in the attached Schedule 1 along with the jurisdiction-specific bases and reasons for them.

To summarize, there is compelling evidence of harm from the oversupply of prescription opioids, both for medical users, and to non-medical users because of diversion. The counties at issue in this case have experienced a high burden of harm due to opioids. These harms include opioid use disorders and overdose; these harms are greater than those associated with other pain relief drugs, and are causally related to additional harms from opioids including transition to addiction with illicit opioids.

## III.   METHODOLOGY
### A.   Definitions of methodological and substantive terms

Before detailing the scientific evidence that underlies my opinions, it is useful to describe a set of terms that I will be using throughout the report.

1.     *Prescription opioids.* Drugs approved for medical use in the United States for the control of moderate to severe pain that are either natural opiate analgesics derived from opium (morphine and codeine), semi-synthetic opioid analgesics (oxycodone, hydrocodone, hydromorphone, and oxymorphone), synthetic opioids (methadone), or synthetic opioid analgesics (e.g., tramadol and fentanyl).[7]

2.     *Medical use of prescription opioids.* Medical use will refer to use of prescription opioids prescribed by a physician and used as directed by that physician exercising professional judgment acting within the scope of his or her license.

3.     *Non-medical use of prescription opioids.* Non-medical use refers to both using prescription opioids more often or longer than prescribed, or use of prescription opioids without a prescription. These definitions are commonly used in large scale surveys of prescription opioid use in the population. For example, the National Survey on Drug Use and Health asks, "Have you ever, even once, used any prescription pain reliever in any way a doctor did not direct you to use it?" Examples given to respondents include use without a prescription, use in greater amounts, more often, or longer than prescribed, or use in any other way that a doctor did not direct. This question and similarly worded questions on other large-scale surveys are the commonly used assessment of non-medical prescription opioid use. Some reports also label this as "prescription opioid misuse"; however, I will use the term 'non-medical prescription opioid use' for consistency. Non-medical

5

prescription opioid use is also referred to as '*opioid misuse*' in much of the literature, although definitions and measurement assessments differ in what is included as opioid misuse. For example, some measures of opioid misuse include using opioids for euphoria, or for the experience or feeling that using opioids caused, which could conflate some medical and non-medical reasons for use.[8]

4. *Opioid misuse.* For the purposes of this report, opioid misuse is synonymous with "non-medical prescription opioid use", and refers to use of prescription opioids in ways other than prescribed, including taking more than prescribed, or using prescription opioids that were not prescribed by a physician. As noted above, however, throughout this report I will detail the definitions that studies use when using the term "misuse" to highlight variation in the definition in the literature, and will primarily rely on the term "non-medical use of prescription opioids" when discussing the literature and findings related to use of opioids that is outside the medical oversight and prescription of a physician.

5. *Tolerance and physical opioid dependence.* Individuals who use opioids can develop tolerance to the medication. Tolerance develops when the endogenous opioid system acclimates to the medication and more is needed to produce the desired effects. Dependence on opioids also occurs in medical uses of opioids, in which more opioids are needed to achieve the desired effects (tolerance) and when the cessation of opioids produces symptoms of withdrawal and craving for opioids. Physical opioid dependence can occur even at low doses, but is increased with dose and duration of use. Physical opioid dependence does not currently meet the criteria for opioid use disorder, with changes to the DSM in the most recent revision. Physical opioid dependence is expected even when opioids are used medically; yet physical opioid dependence is clinically challenging, and increases the risk for transition of patients to opioid use disorders and addiction.

6. *Opioid use disorders.* Opioid use disorder is a diagnosis in the DSM, as well as the International Classification of Disease (ICD). It is important to point out from the outset of this description that opioid use disorder is distinct from the physical opioid dependence (defined above) that would be expected to occur with repeated administration of opioids. Medical use of opioids would be expected to produce symptoms such as tolerance (needing more opioids to achieve the same effect) and withdrawal (uncomfortable and painful physical and psychological symptoms during cessation of opioids). However, opioid use disorders involve a maladaptive pattern of use from which there are serious consequences in domains of functioning. The fourth version of the DSM was published in 1994, and included two diagnoses that together comprised opioid use disorders: opioid abuse and opioid dependence. Opioid abuse was diagnosed if there was "a maladaptive pattern of use leading to clinically significant distress or impairment" as indexed by at least one of four symptoms in a 12-month period, including recurrent failure to fulfill major role obligations (e.g., repeated absences from work, neglect of children), recurrent use in physically hazardous situations (e.g., driving under the influence), continued use despite social or interpersonal problems because of use (e.g., arguments with family, physical fights while intoxicated), and legal problems due to use.[9] Opioid dependence was diagnosed if there was "a maladaptive pattern of use leading to clinically significant distress or impairment" as indexed by at least three of seven symptoms in a 12-month period including tolerance (needing more opioids to achieve intoxication or desire effect, or diminished effect with continued use of the same amount of opioids), withdrawal (defined via a substance specific syndrome), using the substance in larger amounts or over a longer period than intended, persistent desire or unsuccessful efforts to cut down or control use, physical or emotional problems caused or exacerbated by use, excessive time spent in activities to obtain or use substance, and social/occupational/recreational activities given up in order to use.[9] Tolerance and withdrawal are symptoms of opioid use disorder; tolerance and withdrawal alone were excluded

CONFIDENTIAL

as a sole set of criteria for OUD diagnosis in DSM-5. This change to exclude individuals from diagnosis when based on tolerance and withdrawal alone underestimates the total burden of opioid use disorder in the population, given that psychometric and epidemiological evidence indicates that tolerance and withdrawal are valid indicators on the dimension of opioid use disorder (discussed further on Page 20 of this report). In DSM-IV, opioid abuse could only be diagnosed if the criteria for opioid dependence were not met. In DSM-5, opioid abuse and dependence criteria were combined for a single diagnosis of "opioid use disorder"; craving was added as a criterion (strong desires to use opioids); and "legal problems" was removed as a criterion. Diagnoses could be made at three levels: mild (2-3 symptoms); moderate (4-5 symptoms); and severe (6+ symptoms). Opioid use disorder diagnoses are sometimes made based on ICD-9 and ICD-10 criteria. These criteria overlap substantially with DSM criteria

7.      *Addiction.* Addiction is a concept often synonymous with opioid use disorder, but is not a clinical term available for diagnosis in major nosology such as the DSM or the ICD. However, it is used frequently in the literature with various definitions, sometimes used to refer to physical opioid dependence, but most often to refer to individuals who use opioids non-medically for their euphoric effect, and/or those who exhibit harms due to opioids that include important social, occupational, physical, and relationship impairments due to non-medical prescription opioid use. Because addiction is not a well-defined clinical diagnosis, throughout this report I will detail how "addiction" is defined in studies that use the term, and will focus on opioid use disorder primarily when discussing the literature on opioid-related harms.

8.      *Overdose.* An injury to the body caused by poisoning from excessive opioid use. Symptoms of an overdose include shallow breathing, weak pulse, loss of consciousness, and constricted pupils. An overdose can be fatal or non-fatal.

9.      *Incidence.* Incidence, or incidence rates, refers to new diagnosis over a population at risk for developing the outcome during a specified time interval or per a specified time scale. For example, the incidence of opioid use disorder would be an assessment of newly developed cases among those who did not previously have a diagnosis across a specified time interval.

10.      *Prevalence.* Prevalence, or prevalence rates, refers to the total number of cases over a well-described population. For example, the prevalence of opioid use disorder in a given year would be estimated as the total number of cases of opioid use disorder (both new and persistent) over the total population size.

11.      *Relationship between incidence and prevalence.* Prevalence and incidence are both used to demonstrate total burden of harm for health outcomes in the United States. Prevalence rates provide essential information regarding the counts of cases and are a combination of new and existing over time, and can be used to assess risk factors and correlations. Because prevalence includes both new and existing cases, the prevalence of an outcome in a given population at a given time is estimated by the incidence rate multiplied by the average duration of the outcome (given a steady state population). Prevalence is critical for determining total burden of health outcomes, especially to assess surveillance of trends over time. Incidence of an outcome is critical for documenting emerging epidemics and the existence of new cases. The assessment of risk factors for incident cases is of interest because it can establish the extent to which exposures generate new cases of a health outcome; risk factors for prevalent cases combine risk factors for new cases plus risk factors for cases that are chronic or un-resolving. This report will include information on both incidence and prevalence.

12.      *Diversion.* Diversion of opioids has been defined in various ways across a variety of sources, including the transfer of opioids obtained through legal medical sources to the illicit marketplace. I will use a broader definition of diversion, which is consistent with numerous other scholars, which is that diversion occurs when opioids are diverted from their intended recipient, for example, when traded for monetary value, barter, or for no cost among family and individuals in a shared social network, or when sold for money by illicit dealers and traffickers. Opioids that are prescribed to individuals who knowingly deceive prescribers to obtain opioids, as well as by physicians who knowingly prescribe to individuals with no legitimate medical need, have a high likelihood of being diverted for non-medical use.

13.      *Morbidity.* Morbidity refers to specific health conditions. In the context of this report, morbidity refers to conditions subsequent to opioid use such as opioid use disorder, non-fatal overdose and hospitalization, and other acute and chronic health conditions that arise from opioid use.

14.      *Comorbidity.* Comorbidity refers to two or more specific health conditions of interest occurring concurrently. For example, individuals who have more than one drug use disorder simultaneously have comorbid drug use disorders.

15.      *Systematic review.* A systematic review is designed to carefully summarize existing evidence on a specific topic. Systematic reviews provide defined search criteria in the peer-reviewed literature, report articles that were included an excluded with transparent criteria, and the relevancy of the studies included for generating conclusions about the research question under consideration. Judgments are made from systematic reviews about the quality of evidence that has been gathered, existing gaps in the research, and quantitative as well as qualitative assessments of the strength of the evidence. The purpose of a systematic review is to summarize the strength of the evidence for a particular topic. However, systematic reviews can be well or poorly executed, and their utility and reliability needs to be assessed carefully just like any other peer-reviewed publication.

16.      *Meta-analysis.* Meta-analysis quantitatively combines evidence across studies to provide summary estimates for the association between exposures and outcomes. Meta-analyses take published and in some cases unpublished estimates from across studies and uses them to generate a summary estimate with more statistical power because of the combined effect across studies. Methods in meta-analysis allow researchers to weight studies based on quality or informativeness, such that studies that have a higher quality of evidence can be given a greater weight in determining the summary estimate. Meta-analyses are considered a higher level of evidence than single studies, because while single studies may have particular bias or confounding, a large number of studies analyzed together generally provide a more rigorous estimate of the true relationship. Studies that are included in a meta-analysis should be sufficiently similar to warrant summarizing estimates of magnitudes of association together, while simultaneously estimating heterogeneity in effect sizes across studies. As in the case of systematic reviews, meta-analyses can be well or poorly executed, and their utility and reliability needs to be assessed carefully just like any other peer-reviewed publication.

17.      *Confounding.* Confounding occurs when risk factors that are causes of the outcome are unequally distributed between exposed and unexposed persons. Study estimates that are confounded do not reflect the true causal relationship between exposures and outcomes. For example, consider the relationship between prescription opioid use (exposure) and heroin use (outcome), which is evaluated in this report. Men are more likely to both use prescription opioids and to use heroin. Thus, the estimate of the relationship between prescription opioid use and heroin

CONFIDENTIAL

use is confounded by sex, and control for sex in statistical analyses of the relationship would be appropriate.

18.     *Bias and misclassification.* Bias can arise in the study design and analysis of epidemiological studies from a variety of sources. Among the most pernicious forms of bias in epidemiological studies is information bias, also called misclassification. For example, a common source of misclassification in studies of substance use disorder occurs when reporting on the presence of substance use disorder among a group of research subjects, any substance use disorder that is missed among research subjects would be characterized as misclassification. With regard to opioid use disorders, the presence of disorder is often underestimated due to misclassification of opioid dependent individuals as non-dependent. Misclassification is magnified when opioid use disorders are not assessed with structured, validated instruments for measurement of opioid use disorder, or with objective assessments of the presence of opioids and other drugs through urine toxicology. Further, misclassification has been assessed in vital statistics designations of causes of death for which opioids may be involved.[10] Death certificate procedures vary by state and local region within a state, in terms of the training of the individual completing and certifying the death certificate, and with regard to the quality and completeness of the information presented on the death certificate. Death certificate validity on overdose is maximized with investigations that include toxicological assessments.

### B.     What role does epidemiology play in describing opioid-related harm?

Epidemiology is the "science of understanding the causes and distributions of population health."[11] To understand causes and distributions, epidemiologists examine the dynamic nature of populations and how health and disease arise within them, as well as the conditions that shape population health over time and space, including policies, practices, and politics that create conditions that improve or deteriorate population health. Whereas a physician examines each patient that enters her clinic, asking what caused a particular health outcome for this particular patient, an epidemiologist looks over the landscape of a population across time to determine why the burden of a particular health outcome is greater or worse in some areas, at some time points, and among some subgroups, and queries what in the social, political, and environmental landscape create the distributions and their changes over time.

When evaluating a body of literature to draw conclusions about causation, epidemiologists rely on sets of criteria to determine the extent to which the evidence is consistent with a causal effect of exposures such as opioid medications on outcomes such as opioid use disorder and death. The most well-known and well-documented set of criteria are Bradford Hill's causal criteria.[12] These are not a 'check-list' of criteria, but rather a framework that aids in decision-making about the strength of evidence. I have written on and contributed to the epidemiological evidence base of the use of Hill's causal criteria in modern epidemiology and how these criteria correspond to other causal frameworks.[13] Hill's causal criteria include the following:

- Temporality: the exposure must precede the outcome

- Strength of association: the larger the magnitude of an association, the more likely it is to be causal

- Dose-response: if the outcome increases in risk with an increasing amount of the exposure, it is less likely to be explained by confounding and more likely to be causal

- Consistency: if the relationship between exposure and outcome is observed across many studies in many settings, it is more likely to be causal

CONFIDENTIAL

- Biological plausibility: there should be a plausible biological explanation for how the exposure influences the outcome

- Specificity: associations are more likely to be causal if they are specific, that is, if the exposure causes a single outcome

- Coherence: closely linked to biological plausibility, associations are more likely to be casual if they are coherent with known facts and science

- Experiment: randomly assigning exposures and observing whether the outcome occurs increases likelihood that associations are causal

- Analogy: causation is supported if there are clear and compelling analogies to other causal associations in the literature

In evaluating the literature, assessing the extent to which exposures and outcomes meet Hill's causal criteria is a well-documented and acceptable methodology to establish scientific opinion and conclusion about casual relationships. Particularly important causal criteria include the strength of the association, dose response, and biological plausibility, especially in observational epidemiology, in which exposures cannot be ethically randomized.

Epidemiology has played a key role in understanding the increases in opioid use and related harm in the population. A central role for epidemiology is surveillance. Using a variety of methods, epidemiologists examine the incidence and prevalence of opioid use, non-medical opioid use, and consequences of use such as opioid use disorders, overdose, and neo-natal abstinence syndrome across time and place, as well as factors that influence opioid prescribing, use, and misuse. Epidemiological studies have documented changes in the incidence and prevalence of these outcomes across time, heterogeneity in the incidence and prevalence by state and county, and correlations with factors such as availability and access of opioids, individual-level risk factors, and policy changes. Further, epidemiological studies are critical in documenting the longitudinal short- and long-term consequences of inter-individual variation in risks associated with opioid use. That is, epidemiological studies compare individuals with and without specific opioid use patterns to determine the longitudinal associations between use and health and mortality. Epidemiologists are particularly trained to control for and examine confounding, which is commonly used to mean common causes of an exposure and an outcome that are being assessed. When confounding is present, groups are not comparable to each other on causes of the outcomes other than exposure. For example, individuals who do and do not use opioids (both medically and non-medically) may have different underlying risk factors for long-term health and mortality risks, and thus the science of epidemiology involves testing the extent to which relationships between exposures and outcomes are robust to statistical controls for these risk factors. Epidemiologists use a variety of methods to control for confounding in estimates, including statistical controls in regression models, propensity scores estimation, randomization, and quasi-experimental methods such as instrumental variable analysis. In summary, the role of epidemiology in describing opioids is to quantify the extent to which use and harms associated with use are changing over time, the determinants of those changes, as well as individual-level risk factors for non-medical use and harm.

Key to epidemiological assessments is the concept of risk factors. Risk factors are variables that, when present, increase the frequency with which an outcome occurs, but need not be necessary or sufficient for the occurrence of the outcome to be fully determined. A useful example is that of cigarette smoking and lung cancer. It is now widely accepted that cigarette smoking is a cause of lung cancer. However, not all cigarette smokers will develop lung cancer (thus, cigarette smoking is

10

not sufficient to cause lung cancer in and of itself), and not all lung cancers occur among smokers (thus, cigarette smoking is not fully necessary to cause lung cancer). Yet, cigarette smoking increases the risk that lung cancer will occur, and thus it is considered a cause of lung cancer if there are cases of lung cancer that would not have occurred in the absence of cigarette smoking. I will apply the same "risk factor" framework to my assessment of the causes of the opioid crisis, considering factors to be causes of opioid use disorders, overdose, and related harm if some cases would not have occurred in the absence of prescription opioid use. This framework does not preclude or ignore that addiction and related harms are multi-factorial in their etiology, but rather asks whether there are cases for which the outcome would not have occurred without the presence of prescription opioid use.

## C.  Methodology for review of the evidence

I undertook a review of the evidence to assess the impact of opioid sales and distribution in the United States, as well as harms incurred from opioid use, opioid use disorders, diversion, and transition to heroin on opioid-related outcomes and among families and children. I also estimate unmet need for treatment in the Counties at issue in this case, as discussed in Schedule 1.

### 1.  Literature search methodology

My review of the evidence began with a literature search. In order to conduct this literature search. I relied on methodology that is considered standard in the scientific process, as outlined below.

First, I used search terms in the peer-reviewed literature related to the areas of my literature search. For this I used PubMed (https://www.ncbi.nlm.nih.gov/pubmed/), a search engine produced and maintained by the US National Library of Medicine National Institutes of Health. Full texts of scientific articles produced in the searches were available by subscription through my faculty appointment at Columbia University. Search terms were entered into the search bar, and titles were then reviewed for relevance to each particular topic. Full- texts were then reviewed to determine if there was original data and information within each specific category that related to topics covered in the expert report. Full-text articles in journals that are indexed in PubMed are considered to be reputable; journals that are indexed by PubMed have long histories of publication, and are included only if they meet well-recognized standards including editorial oversight by recognized experts in the field as well as peer-review by experts.

Peer-review is considered to be the gold-standard of the scientific process; peers are experts in the field who evaluate each submitted paper for flaws in design and logic and make quality assessments. However, while peer-review is an important component of the scientific process, peer-review is not sufficient alone to establish quality and validity of a scientific study. Limitations in the peer-review system have long been documented in the scientific literature, including that inadequate study design and statistical analysis flaws go unnoticed by peer-reviewers,[14] publication biases lead to scientific studies with statistically significant results more likely to be published and cited than studies with null results,[15] incorrect and inaccurate reporting of study outcomes and results,[16] and the pernicious influence of conflicts of interest among study researchers that leads to bias in the conduct and reporting of research.[17] For example, the British Medical Journal found that financial ties of study investigators were associated with a 3-fold increase in positive study results, based on analysis of 190 clinical trials that were published in 2013.[18] While the scientific literature has made advances in the peer-review system through rigorous development of reporting guidelines, more clarity and specificity in the reporting of conflicts of interest, and the inclusion and compensation of editors who additionally review papers for quality, peer-reviewed studies should still be rigorously evaluated

11

when deciding whether to cite them for a particular piece of evidence. In this report I have included studies assessed by peer-review and done additional review of the articles based on my own expertise in order to discern whether they meet quality benchmarks. As an associate editor for multiple scientific journals, I have over a decade of experience evaluating the quality of the scientific literature for publication. I have served as a peer reviewer for hundreds of scientific papers in the field of substance use and substance use disorder epidemiology, and I am thus well qualified to evaluate the literature for papers that demonstrate a sufficient level of quality to be relied upon in my review of the evidence.

Second, within full-text reviews, additional studies that were relevant to each topic were identified based on the reference lists and citations of articles identified by PubMed search. Reference lists were reviewed and additional articles extracted based first on title review for broad relevance to the topic of study. Then, full texts were studied and evaluated, and included in the evidence review if the article contained original information that was reliable and relevant to the topic under study.

Finally, I also studied and evaluated the non-peer-reviewed "gray" literature relevant to the topics under study. Specifically, I reviewed government and agency reports from the following: Centers for Disease Control and Prevention, Substance Abuse and Mental Health Services Administration, and Agency for Healthcare Research and Quality. These reports included assessments of time trends in opioid poisoning and overdose, rates of opioid use disorder, and hospitalizations for opioid-related causes. Other gray literature was included in my evidence review based on review of reference lists from PubMed searches when relevant to the topic of study. I have also, where appropriate, considered new and novel data contained in Letters published in top tier journal where submissions are peer reviewed. I also considered materials provided by the Plaintiff's counsel, and they are included in the materials considered list.

    2.    *Levels of evidence evaluated*

Throughout this report, I make assessments of the rigor of the evidence that has been used to support conclusions and opinions. This includes assessing the extent to which the observed literature is consistent with causal criteria such as Hill's causal criteria. There are two general categories of studies that I will include in this report: the first are studies that examine associations, and the second are studies that examine trends over time.

With regard to studies that examine associations, I considered the following levels of evidence. First, I considered randomized controlled trials to be a high level of evidence, given that the possibility of confounding and bias to influence the results is most likely to be mitigated in randomized controlled trials. For example, in sections on evidence for opioid use disorder after medical use of opioids, I included randomized controlled trials that included information on outcomes such as "aberrant drug use behavior." However, for many of the associations reported in this statement, randomized controlled trials are unfeasible or unethical, or uninformative for the question of interest. For example when assessing the transition from prescription opioid to heroin use, it is highly unethical and would never be considered to randomize individuals to high levels of prescription opioids in order to observe the transition to heroin once prescription opioids were tapered. Indeed, for much of the literature cited in this report, randomized controlled trials would never be conducted. Furthermore, randomized controlled trials are not *de facto* strong evidence, as publication bias, conflicts of interest, specifics of the study design, study population assessed, outcome measurement, study duration, statistical power, and rigor of statistical analysis should all be considered when evaluating a particular randomized controlled trial for the level of evidence that it

CONFIDENTIAL

brings to a particular study question. For example, many randomized trial of prescription opioids are uninformative for relevant questions of opioid use disorder incidence due to the lack of systematic measures of opioid use disorder and psychiatric diagnoses, exclusions from participation in trials among those with prior substance use disorders, and low dose/short duration of opioid exposure. In the circumstances that randomized controlled trials were not available, rigorous, or applicable to the question at hand (e.g., risk of opioid use disorders among those prescribed opioids), I considered meta-analysis and systematic reviews to be high levels of evidence, and cite them as well as discuss their findings when they are available. Systematic reviews and meta-analysis are considered high levels of evidence because they quantitatively and qualitatively assess the overall body of the literature and provide quality assessments that weight evidence, but are subject to limitations if not conducted rigorously and are not taken as strong evidence without careful review. I consider studies that had prospective follow-up of patients or participants, a well-described strategy for statistical control of confounders, and well-designed comparison groups to be the next level of evidence. Prospective follow-up is an important study design because it reduces biases in epidemiological studies from retrospective reporting of symptoms or events. Further, statistical controls are necessary to overcome the potential for bias from confounding. Prospective studies often involve comparison groups (e.g., prescription opioid users and a comparison group of non-prescription opioid users). Study designs with comparison groups provide evidence regarding opioid-related harm that is over and above harm in patient and general population samples across varying levels of opioid exposure. Studies of patient populations without comparison groups, however, are also informative particularly for research questions germane to the prevalence of opioid use disorders and related harm among patients prescribed opioids (especially high doses in long duration), as well as questions related to the proportion of drug users who previously used prescription opioids. Well-designed studies of single populations without explicit comparison groups are thus also considered by me as relevant evidence for characterization of prescription opioid-related harms.

With regard to studies that assess trends over time, I considered three data sources to be the highest levels of evidence. First, I relied on death records that are collected and harmonized by the national vital statistics surveillance system. While death records can have misclassification of causes of death, they are considered by experts to be a reliable indicator of national and local burden of specific causes of death, especially when examining trends over time. Second, I relied on data sources with a national reputation for transparency in reliability and validity that assess hospitalization and other clinical records, such as large electronic health databases, as well as national studies such as the National Inpatient Sample. Again, while such records can include misclassification, data sources gathered from reputable organizations such as the Agency for Healthcare Research and Quality include reliability and validity assessments that allow the researcher using them to be able to draw conclusions based on the best available evidence. Third, I relied on survey data that is routinely collected in the general population of households in the United States over time. Surveys are essential parts of surveillance, given that many cases of substance use disorder do not come to clinical attention, and thus relying on clinically ascertained records can give a biased assessment of trends and burden in the population. Survey data source methodology involves clustered sampling so that samples are representative of the entire United States, and respondents are interviewed with validated instruments that are designed to elicit diagnoses and information with maximum accuracy in the survey context. Generally, I do not include surveys that are not representative of the population, as they are not strong evidence for an assessment of the total burden and trends over time.

## IV.    DETAILED DISCUSSION OF GENERAL OPINIONS AND REASONS AND BASES FOR THEM

### A.    Distribution, sales, and marketing of opioids increased in the 1990s

There is voluminous evidence regarding the increased distribution, sales, and marketing of opioids beginning in the 1990s. This evidence is the subject of other expert reports, and I will not repeat all of that evidence here. Instead, I will summarize some points for context. Opioid pain relievers became an increasingly widely-used option starting in the mid-1990s, particularly for chronic non-cancer pain, a use that had rarely been seen previously. Estimates from the Automation of Reports and Consolidated Orders System (ARCOS), which tracks prescription distribution and sales, indicate that prescription opioids were dispensed at an estimated 96 mg per person in 1997, and increased to 700 mg per person by 2007 (greater than 600% increase).[19,20] In 1995, the year OxyContin entered the market, the number of opioid prescriptions filled in the United States increased by 7 million, and continued to increase over the next two decades before peaking in the fourth quarter of 2012 at 62 million prescriptions dispensed.[21,22] From 1997 to 2002, prescriptions for OxyContin for non-cancer pain increased from approximately 670,000 in 1997 to about 6.2 million in 2002.[23] The increase in opioid prescribing was driven by a multitude of factors, including direct marketing to physicians using data that underestimated opioid use disorder risks in patients, which I will detail in Section B. Evidence shows that pharmaceutical marketing of prescription drugs increases prescribers' likelihood of prescribing the marketed drug in the future.[24,25] That is also true for prescription opioids; as a result, increasing marketing of opioid drugs led to increased sales of the marketed drugs.[26–28]

As discussed in detail below, based on the available evidence, including multiple studies, the rapid increase in total opioid prescribing levels after the introduction of OxyContin in 1996 correlates with marketing of opioids to physicians which downplayed the risks of harms associated with prescribing, including opioid use disorder and overdose.

Evidence published in 2019 indicates that the number of opioid prescriptions filled has declined in recent years,[29] and yet the number of opioid prescriptions filled remains high—and significantly higher than it was in the mid-1990s. Data from outpatient prescribing records from the IQVIA Xponent database, covering 59,400 pharmacies (representing 92% of retail prescriptions dispensed in the United States), reflects trends from 2006 through 2017 in milligrams of prescribed opioids, duration per prescription, high-dosage prescription fills (defined as a dosage equal to or greater than 90 morphine milligram equivalents [MMEs] per day), prescriptions filled for 3 days or fewer and 30 days or longer, and extended-release/long-acting formulation prescriptions.[29] While there are overall declines in opioid prescribing, and high-dose prescribing, the volume of opioids prescribed remains high and prescription length continues to increase. Opioid prescriptions per person in the United States increased annually at an average rate of 6.9% per year until 2010, and decreased at an average rate of 3.8% per year from 2010 through 2015. In 2017, there remained a high level of opioid prescribing in the United States, with 191,218,266 prescriptions dispensed, leading authors to conclude that still in 2017 "pharmacies filled enough opioid prescriptions to theoretically provide every US resident with 5 mg of hydrocodone bitartrate every 4 hours around the clock for 3 weeks."[29] Hydrocodone bitartrate has several formulations, including hydrocodone bitartrate with acetaminophen, commonly known as Vicodin. Risks of opioid use disorder following medical use of prescription opioids follow a "dose-response" pattern.

Early studies cited in marketing materials to physicians underestimated the addiction potential of prescription opioids, and included claims that risks of opioid use disorders are rare among those prescribed opioids. Much of the material provided to physicians on the risks of opioid

use disorders after medical prescription of opioids, however, was based on studies that were inadequate epidemiologically, such as Porter and Jick (1980),[30] which did not examine risk of use disorder or dependence based on dose or length of use of opioids, and did not use validated or objective assessments of opioid use disorder. Further, the doses, conditions, and range of medications actually provided to patients often differed from what was cited in these studies. The lack of attention to the to the risk of opioid use disorder with increasing dose and duration of opioids is particularly appalling given that before, during, and after the time period in which opioid distribution rapidly accelerated, there was a literature base to draw on regarding the risks of opioid use disorder indicating substantially higher risk of disorder symptoms among those under medical care than reported by industry,[23,31] with variation in the reported rates of OUD based on condition, dose, and duration of opioid use.[32–35] From early research, the epidemiological science supported the opinion that OUD rates increased with dose and duration of opioid use.

For this report I reviewed six systematic reviews and/or meta-analyses that assessed opioid use disorder among medical users of opioids, as well as additional relevant literature that is not included among the systematic reviews and meta-analyses.

Vowles et al. (2015)[36] provides the most transparent and high-quality review of the evidence of opioid use disorder among patients prescribed opioids for chronic pain. Vowles et al. (2015), unlike other reviews, calculated estimates of prevalence of three outcomes: (1) misuse, described by Vowles et al. as using opioids contrary to directed or prescribed; (2) abuse, described as intentional use of opioids for euphoric effects; (3) addiction, described as continued use with experience of, or demonstrated potential for, harm. Among studies reviewed, 38 studies met inclusion criteria, which is more comprehensive than comparable reviews also discussed in this report. An important qualification is that Vowles et al. used the term "misuse" to describe a range of underlying studies that themselves assessed a broader range of criteria that included clear indications of opioid use disorder that ranged from mild to severe as consistent with DSM-IV criteria. While Vowles et al. defines "misuse" as any use outside that which is prescribed by a physician, the actual studies that comprise the "misuse" category in the Vowles et al. analysis include studies with data that corresponds to a range of levels of opioid use disorder when the underlying data that is used in the Vowles et al. paper is carefully reviewed.

I will focus on those studies that estimate opioid "misuse" and opioid "addiction". Given that the measurement of opioid misuse includes criteria of opioid use disorder (use more than intended or prescribed; difficulties with responsibilities as to work, school, appointments, etc.), the most reasonable analysis of the Vowles study in relation to DSM-5 criteria is that Vowles' 8-12% "addiction" rate corresponds to moderate-to-severe OUD, and Vowles' 21-29% category of "misuse" includes the full spectrum of DSM-5 categories, from mild (defined as 2-3 criteria met), moderate (4-5 symptoms) to severe OUD (6+ criteria met).[37,38] These studies measured addiction with a range of assessment tools, including diagnostic interviews and urine toxicology. Given that a higher threshold was indicated for "addiction" versus "misuse", the disorders assessed as "addiction" in the Vowles et al. (2015) review generally correspond to opioid use disorders that range from moderate (5-7 symptoms) to severe (8+ symptoms). The highest rates of addiction in Vowles et al. (2015) were documented by Jamison et al. (2010),[39] a sample of over 600 patients that were taking long-term prescribed opioids for non-cancer pain. Individuals in the study completed a series of questionnaires to measure opioid misuse, including patient and provider questionnaires, as well as urine toxicology tests. Opioid use disorder assessments were based on patients scoring above cut-points on the self-reported scale, and in the case that patients were below the cut-off, criteria for opioid use disorder were also considered to be met if the patient scored above a cut-point on the

15

CONFIDENTIAL

physician-reported aberrant behavior scale and the urine toxicology was positive for an illicit substance or an additional opioid medication that was not prescribed. Individuals in the study had been using opioids for an average of 5-6 years; 34.1% of the sample had evidence of opioid use disorder, including 31% of men and 36.7% of women, indicating a high level of opioid use disorders when patients are assessed with validated instruments, as well as objective measures of the presence of opioids such as urine toxicology. The study with the lowest reported rate of opioid use disorder or "addiction" cited in Vowles et al. (2015) was Edlund et al. (2007),[40] based on estimates from a nationally-representative survey of over 9,000 individuals in the community. Authors used several questions that map on to DSM-IV criteria for opioid use disorder. They did not include all criteria, however, and thus the reported evidence is for symptoms of opioid use disorder. Among those who had received a prescription for an opioid, the prevalence of opioid use disorders symptoms was more than 10 times higher than those who had not, at an estimated 7.3%,[†] which is in line with other literature on the range of addiction estimates among medical users of opioids. Controlling for a range of confounders, Edlund et al. (2007) documented that those who used prescription opioids had 3.07 times higher risk of opioid misuse, and 6.11 times higher rates of "addiction". These risk ratios were higher than for other known risk factors for substance use disorders such as mental health diagnoses. Further, the risk of "non-opioid illegal drug use" was not higher among prescription opioid users, suggesting specificity in the relationship between prescription opioid use, and subsequent opioid-related harms. It is important to note, however, that assessments of opioid use disorder based on questionnaires may be an underestimate due to patient reluctance to admit non-medical or aberrant drug use, and that urine toxicology may also be an underestimate because non-medical or aberrant use of prescribed opioid medications may not appear as aberrant on a urine toxicology.



Figure 1. Estimates of misuse, abuse, and addiction of opioids among chronic pain patients

Total opioid treated patients

Opioid use disorder from mild to severe
21-29%

Opioid use disorder from moderate to severe
8-12%

* Estimated from a systematic review of 38 studies published by Vowles et al. (2015)

Another way to examine the studies in the Vowles review is to focus on those that are among the highest quality studies. Studies in Vowles et al. (2015) were rated by the authors based on the quality of the evidence, as assessed by sampling and data quality, adequate description of methods, and potential influence of the raters on the identification of opioid misuse and addiction. Note that the assessment of quality was not necessarily correlated to the primary purpose of the study; that is, whether or not assessment of opioid use disorder was the primary research question underlying the analytic framework. Indeed, high quality studies that assess opioid use disorder should be given higher inferential weight regardless of whether opioid use disorder was the primary endpoint. Among these studies, the prevalence estimates of

---

[†] Close reading of the Edlund text indicates that the 0.7% incidence in the article applied to the entire database, the vast majority of whom had no evidence of having used opioids. Since the other data points in the Vowles analysis were taken from populations that had all been exposed to prescription opioids, that should have been the source for the Edlund data set as well. The 7.3% incidence rate is found in the Edlund (2007) study, based upon the correct population of opioid-exposed individuals.

CONFIDENTIAL

addiction vary but generally are in the range of at least 5-15%. Cowan et al. (2003) reported a rate of "addiction" of 2.8% in a sample of 104 pain clinic patients in the UK who were prescribed opioids – although the authors did not assess "addiction" based on DSM or ICD criteria, but instead on their own assessment of maladaptive consequences of use, which did not include well-validated criteria such as tolerance and physical dependence. However, it should be noted that 59 of the 104 patients dropped out of the study before study completion. The rate of "addiction" – using the authors' definition – among those who remained in the study was more than double what was reported in the abstract, at 6.5%.[41] Further, this is likely an underestimate given that well-validated symptoms of opioid use disorder were not included in the definition. The highest rates of opioid use disorder, assessed based on a questionnaire that included some DSM substance use disorder symptoms, was 15.7% in a pain clinic sample of 197 patients whose charts were reviewed.[42] The summary of the evidence presented by Vowles et al. (2015) is that among chronic pain patients, an estimated 21-29% of patients meet criteria that would be characterized as between mild to severe opioid use disorder, and an estimated 8-12% of patients meet criteria that would be consistent with moderate to severe opioid use disorders. This summary is included as Figure 1 of this report. Of note, the ranges of opioid use disorder given medical use of opioids in the Vowles et al. review are supported and cited in a range of other scientific literature and consensus statements from experts.[43]

The studies in Vowles et al. (2015) overlap, though not completely, with other reviews of the topic of opioid use disorders after medical prescription.

Fishbain et al. (2008)[44] reviewed 24 studies with various definitions of "addiction" to report an average prevalence of "addiction" of 3.3%, with a range of 0 to 45%; however, there are three central limitations to the Fishbain et al. (2008) review that together suggest that the prevalence of addiction was underestimated. First, the authors assessed "aberrant drug-related behaviors" as a marker for opioid use disorder, and studies with low prevalence of aberrant drug-related behaviors were based on designs that did not allow for comprehensive assessment of addiction. For example, Appendix 1 of Fishbain et al. (2008) includes data from 23 studies that assessed aberrant drug-related behavior as assessed by clinical opinion. Of the 5 studies that reported 0% prevalence of addiction, 2 excluded anyone with a current or former history of drug use disorders, and one defined addiction as physical dependence rather than on recommended opioid use disorder nosologies. In contrast, five studies in the review assessed aberrant drug-related behavior based on opioids other than prescribed in urine, or no opioids in urine; the range of prevalences for some indicators of aberrant drug-related behavior was 13% to 40%. Five other studies assessed illicit drugs in urine and found prevalence ranges of 1.1% prevalence of cocaine use through 57% prevalence of cannabinoids or cocaine. In summary, low prevalence of estimated "addiction" are documented in the review when using measures of addiction that are known to underestimate prevalence (e.g., clinical opinion); measures such as urine toxicology find higher rates of addiction. Second, Fishbain et al. (2008) included an assessment of levels of evidence, from the highest levels (meta-analysis of multiple well-designed controlled studies) through the lowest (case reports and clinical examples). Of studies reporting aberrant drug-related behaviors, there were no studies that were rated as the highest levels of evidence. Authors rated each study based on a series of 23 criteria that assessed quality that could be converted into a total score from 0-100. While studies below 50 were considered "low quality", the authors used a cut-off of 65 for inclusion in the review though no validity assessment was done regarding the cut-off score, which omitted several studies that have been included in previous reviews that reported prevalence of addiction from 16-19%.[32,45,46] Indeed, these omitted studies were included in a previous review by the same authors (Fishbain et al. in 1992),[47] reporting a higher rate of prevalence of opioid use disorders following medical use, from

approximately 3 to 18.9%. It is also worth noting that the lead author had undisclosed ties to opioid pharmaceutical manufacturers, which may have influenced the analysis and presentation of results as well as the decision to omit studies reporting higher rates of addition.

Hojsted & Sjogren (2007) reviewed 36 studies focused on individuals with chronic non-malignant pain and with cancer pain, and found a range in prevalence of opioid use disorders from 0-50% among non-cancer pain patients, and 0-7.7% among cancer pain patients.[48] However, the wide range of definitions that were considered as part of "misuse" in the narrative review made for a vague summary of potential rates of harm, and as such the review is of little clinical and public health relevance.

Noble et al. (2010)[49] conducted a systematic review of 10 bibliographic databases through May 2009 assessing opioid use disorder among patients prescribed opioids for chronic non-cancer pain after at least 6 months of treatment. In total, 26 studies met inclusion criteria. Investigators reported that the rate of "addiction" was 0.27%, which for several reasons is not a credible estimate for the general patient population receiving opioids. First, of the 27 treatment groups assessed in the 26 studies, 18 excluded individuals with any history of substance use disorders from participation, and the remaining 9 did not state whether patients with a history of substance use disorders were excluded or not. Further, 18 studies did not assess opioid use disorders as an outcome, and thus they are not relevant to the question of opioid use disorder risk among patients. Among the 2,613 combined patients drawn across the studies reviewed as having been assessed for addiction potential, Noble et al. inappropriately concludes that addiction is rare based on a calculated "event rate" 0.27%. Among the 7 studies that reported addiction among patients, 2 reported non-zero cases, for a total of 7 cases. A closer look at the 2 studies that were used to comprise these 7 cases reveals the flawed methodology for this event rate estimate. Portenoy et al. (2007),[50] in an industry-sponsored study, reported "problematic drug-related behavior" in 13 patients among 227 who were treated with controlled-release Oxycodone for 1-3 years, for an incidence of 5.7%; an expert review panel of those 13 patients concluded that 6 had probable opioid use disorder. Problematic drug-related behaviors included symptoms of drug use disorder, seeking prescriptions from other doctors, withdrawal symptoms upon discontinuation of medication (although no other criteria for opioid use disorder was used), and other patients with suspected symptoms of opioid use disorder but without definitive evidence for a diagnosis. These reports are likely an underestimate, given that urine toxicology was not performed, and that patients receiving opioids under-report opioid use disorder symptoms. Further, the sponsorship of the study by industry suggests that there was a financial interest in reporting a low number of opioid use disorders in the patient population, suggestive of bias due to financial conflicts of interest. The other study cited by Noble et al. (2010) as evidence for low risk of opioid use disorders was Anderson et al. (1999),[51] a study of 30 individuals prescribed intraspinal morphine and followed for 24 months on average. One patient among the 30 was described as having "drug-seeking behavior", and was thus included in the Noble et al. (2010) review as a case of addiction. However, it should be noted that within this 30 person trial, 3 persons died and 5 more had only partial follow-up data; the remainder were not systematically assessed for opioid use disorder. Thus the actual event rate is unknown. To infer an event rate of 0.27% based on 7 cases reported in 257 patients, many of whom were not systematically assessed for opioid use disorder or assessed with urine toxicology, based predominantly on one industry-funded study, is inappropriate and not scientifically rigorous.

Minozzi et al. (2012) reviewed 17 studies involving 88,235 patients that subsumed systematic reviews, one randomized trial, eight cross-sectional studies and four case series.[52] The majority of studies included patients with non-cancer chronic pain who had been treated with opioids for long

periods of time. Recorded incidence of opioid use disorders across these studies ranged from 0 to 24%, and prevalence ranged from 0 to 31%. However, again, many of the studies assessing non-medical opioid use, and opioid use disorders, among medical users likely had underreporting and undercounting of opioid use disorder symptoms, as they were based primarily on chart review rather than structured diagnostic interviews and/or urine toxicology. Further, the length of opioid duration varied substantially, including periods of only 3 days duration or 10 days or more within a month after which opioid use disorder would not be expected to occur at substantial rates (because of intermittent rather than continuous use). The strong evidence base is that opioid use disorder occurs with increased frequency as dose and duration increase, thus assessing opioid use disorder when combining short episodes of use with longer episodes obscures this important finding. Further, Minozzi et al. included data that overlapped with Noble (2010) and Fishbain 2008), which I found unreliable for reasons that are previously described.

Martell et al (2007)[53] focused on patient populations with chronic back pain. The authors reviewed 4 studies that reported prevalence rates of aberrant drug using behavior which ranged from between 3 and 43%, which is in line with the review by Vowles et al., which focused on a broader patient population but had prevalence estimates of addiction in the same range. Further, Martell et al. (2007) also included analysis of 5 studies that reported substance use disorders, which were reported by approximately 36% to 56% of patients included in the studies.

Finally, Higgins, Smith, and Matthews (2018)[54] purportedly aims to review the incidence of opioid use disorder among patients in pain who were prescribed opioid analgesics. My assessment of this review is that it does not address the research question that it aimed to address, and lacks methodological rigor to the extent that it is not a reliable assessment of opioid use disorder risk. I make these assessments for the following reasons. Higgins et al. include studies that do not meet their stated inclusion criteria. Among the stated criteria included populations in which interventions with opioid analgesics were performed, and incidence of opioid use disorder was assessed. Yet several studies do not meet these criteria. For example, Dersh et al.[55] assessed previous opioid use disorder at the time of entry into the study population, and did not introduce any opioid intervention; the study does not assess opioid use disorder incidence, nor do they claim to do so. Opioid use disorder prevalence at entry was incorrectly reported as the study incidence in Higgins et al.[54] Additionally, Adams et al. (2006)[56] excluded patients with a current substance abuse "problem" (based on physician judgment), but not past history of opioid use disorder, which would be the correct exclusion to estimate incidence. Similarly, Cowan et al. (2002),[57] a pilot study of only 22 patients, does not exclude patients with prior opioid use disorder. Thus, the systematic review does not assess the stated goal of estimating incidence. Most problematically, the article reports on an overall association between any opioid use and opioid use disorder, but this association is uninformative and essentially pointless. It is well-documented that risks of opioid-related adverse outcomes are heterogeneous by dose and duration of use. Without assessment of these two factors, the review paper is far from what is standard in the literature at this point in opioid epidemiology. Higgins et al. use an assessment of "strong" versus "weak" opioids, based on product, without considering dose and duration of MME based on any standard conversion. This is not a valid or well-accepted assessment of opioid strength. Further, several studies included in Higgins' review (e.g. Edlund et al. 2014)[58] have critical information on both dose and duration that could be used to inform a more accurate assessment of the risk of opioid use disorder, but such information was omitted from the Higgins manuscript. For example, authors cite an opioid use disorder incidence rate of 0.2%, purportedly derived from Edlund, but this is largely (almost 95%) based on patients who had acute (short duration) opioids, thus not an appropriate assessment of the overall effect of

CONFIDENTIAL

opioid therapy on opioid use disorder at all doses and durations. The Edlund article itself points out that it is inappropriate to present overall rates, where the data show a 50-fold difference between the rate for low-dose, acute opioid users compared to high dose chronic opioid users. This same issue underlies Cepeda et al. (2013),[59] which was also included in the Higgins review; the study includes data for almost 40,000 patients from insurance claims databases and reports an overall association between opioid prescriptions and claims-recorded opioid use disorder, without disaggregating the dose or duration. Such information is uninformative for assessment of opioid use disorder risk with prescription opioid use, given the known heterogeneity. Further, the outcome of opioid use disorder is inadequately assessed in many of the studies included in the review. For example, several studies used the presence of ICD-9 or ICD-10 codes in patient charts as an assessment of study outcome. These chart diagnoses are known to underestimate opioid use disorder. Further, there may be changes in the coding of opioid use disorder when using administrative data sources that changed coding schemes from ICD-9 to ICD-10, although careful analysis of available data suggest that this change would have small but limited impact on rates of disorders over time.[60,61] Additionally, there are several areas where scientific rigor is undermined throughout the Higgins et al. review in terms of framing limitations and comparing results with more rigorous work. Studies routinely disclose that their incidence estimates are likely underestimates due to generally accepted limitations of such data (e.g. those of Edlund et al.); Higgins et al. does not list the underestimation of outcomes as a limitation, which is concerning for the scientific accuracy of the work. Higgins inaccurately discusses consistency with the Vowles 2015[36] study as evidence of the strength of Higgins' analysis. However, Higgins incorrectly states that Vowles reached a conclusion similar to their own, as to the rates of addiction (4.3 v. 4.7%), when in fact Vowles reported a much higher rate of addiction (8-12%), or approximately 21-29% when the spectrum of mild through severe OUD is included. In summary, this systematic review is largely uninformative. There are errors in article inclusion, coupled with the lack of informativeness of the exposure category, and the lack of validity of the outcome assessments, which in total render the systematic review of little scientific value.

In summary, the range of reviews available on the risks of "misuse" and "addiction" of prescription opioids from medical use vary because of differences in inclusion criteria and definitions. However, the results of multiple studies with a wide range of designs indicate that risks are high when opioids are prescribed in large doses for long periods of time, with available and reliable estimates indicating that opioid misuse rates range from 21-29% (corresponding to opioid use disorder ranging from mild to severe), and that opioid addiction risk among this group ranges from approximately 8-12% (corresponding to opioid use disorder ranging from moderate to severe), with even higher rates when assessing individuals who are on high doses of opioids for long periods of time.

More recent studies that were not included in aforementioned reviews also provide evidence that risks of opioid use disorders are substantial after medical use. As previously noted, using a large pharmacy and medical claims database from 2000 to 2005, Edlund et al. (2014) documented that the risk of chart-documented opioid use disorders increased with both dose and duration of opioid use in a large health services database of adults.[62] The majority of the sample were either non-opioid users (65% of the sample), or those who had been prescribed opioids for acute pain (94.1% of those prescribed opioids). Among those who had high dose opioids for a greater number of days, the risk of opioid use disorders was in line with what previous reviews and meta-analyses suggest is the range of prevalence estimates for opioid use disorders among medical users, at 6.1% incidence of new opioid use disorder. The level of risk of incident opioid use disorder varied according to the dose and length of opioid use, and there was a dose-response relationship between dose and length of

CONFIDENTIAL

opioid use and incident opioid use disorder diagnosis including high daily dose (≥100 MME), and long-term opioid use (>3 months), with highest risk of opioid use disorders observed among persons prescribed high doses (≥120 MME) for long-term use (91+ days). Indeed, among these patients, the risk of incident opioid use disorders was 122.5 times higher than those with no opioid use, after adjustment for age, sex, indicators of pain and mental disorders, and the estimated incidence was around 6% for these individuals. These results are compelling evidence with respect to the Hill's causal criteria of dose-response, strength of association, and specificity. Indeed, risk ratios that are over 100 fold in magnitude are extraordinarily strong associations that are unlikely to be explained by confounding, and the fact that there is dose response in addition to strong associations is very compelling evidence. Further, the fact that the prescriptions used were opioid medications and the outcome is disordered use of the same pharmacological product provides compelling evidence of biological plausibility and specificity.

Edlund et al. also provides important evidence that prescribed opioid use increases the risk of opioid use disorder even at low levels of use. At very low levels of use, the risk of opioid use disorder diagnoses was significant. Among those with acute (1-90 days of use) opioid use at a low dose (1-36 MME), risk of incident opioid use disorders was 3.03 times higher than those with no opioid use. There is also undercounting of opioid use disorders using clinical records. Edlund et al. (2014) relied on incident diagnoses with a relatively short window after opioids use, which would not capture those with recurrent opioid use disorder symptoms or those who did not develop symptoms shortly after use. Thus, as the authors acknowledged, total burden is likely underestimated, and may be considered a lower bound of all potential harm.  Of note, as summarized in the definitions section of this report, the DSM-V changed the diagnosis of opioid use disorder diagnoses to exclude those who have tolerance and withdrawal but no additional symptoms when under 'appropriate' medical supervision. As outlined in Section B of the report, this decision was not based on empirical evidence, and thus to the extent that DSM-5 diagnoses were used in studies that assess opioid use disorder, prevalence is likely underestimated even further.

Further, Boscarino et al. (2015)[63] utilized data on patients randomly selected from outpatient clinical records who were receiving care for non-cancer conditions such as pain, arthritis, and orthopedic conditions and had been prescribed five or more prescription opioid medications in a 12 month period. Patients consented to structured interviews for opioid use disorder based on DSM-IV and DSM-5 criteria (N=705). Among these patients, 28.1% had 2-3 symptoms of opioid use disorder (designated in DSM-5 as "mild" disorder), 9.7% had 4-5 symptoms ("moderate" disorder), and 3.5% had 6+ symptoms ("severe" disorder), for a total prevalence of any opioid use disorder from mild to severe of 41.3%. These rates are remarkably consistent with Vowles et al. (2015), in that the prevalence of "addiction" was estimated between 8-12%, which is consistent with the total of moderate and severe opioid use disorder reported by Boscarino et al., in that moderate and severe opioid use disorder together would be an estimated 13.2%. Further, Vowles et al. (2015) estimated that the prevalence of opioid "misuse" was between 21-29%, which is consistent with the 28.1% prevalence from Boscarino et al. for "mild" opioid use disorder. Such evidence of consistency provides additional support for the reliability of the results.

Finally, Vowles et al. as well as some other reviews estimated the prevalence of opioid use disorder among medical users of opioids. Existing evidence also establishes that there is an increased incidence of opioid use disorder among medical users of opioids, and that incidence of opioid use disorder increases with dose-response with prescribed opioid medication as well. This is important to establish, because it shows that even among patients who have no history of opioid use disorder and no history of taking opioid medications, new prescriptions increase the risk for new opioid use

disorder incidence. Papadomanolakis-Pakis et al. (2021)[64] utilized data from over 1.6 million individuals who were naïve to opioids, had no history of opioid use disorder and initiated a prescription within the study period. There was a clear dose-response relationship between the morphine milligram equivalent of opioids prescribed and the likelihood of an opioid use disorder diagnosis, ranging from an increased hazard of 1.11 for those prescribed 20-50 MME versus <30 MME, and up to 4.15 times the hazard of opioid use disorder among those prescribed >200 MME compared to those prescribed <20 MME. This design is strong for drawing conclusions about causation, including using Hill's causal criteria given that incidence and temporality are firmly established, and dose response and strength of association are established as well.

Risks of opioid use disorder after prescription opioid use are not solely determined by dose and length of opioid use. Individual risk-factors for opioid use disorders include younger age (e.g., 18-30), lifetime history of psychoactive illicit drug use, and lifetime psychiatric or substance use disorder. However, risks for opioid use disorder based on dose and length of opioid prescription persist even when controlling for these risk factors, and the magnitude of the association for dose and duration of opioid use are greater than individual-level risk factors for opioid use disorders, even when taking them all into consideration together. Nevertheless, the burden of opioid use disorders following medical prescription of opioids, especially at high doses and for long duration, is especially greater among those who already have vulnerabilities to addiction. Indeed, results of studies that exclude those with a history of drug use disorders from inclusion in the study sample are not generalizable to the total patient population of individuals receiving opioid medication therapies due to the higher baseline risk for addiction.

Generally, the existing evidence likely underestimates the total burden of opioid use disorders. Even in the setting of high-quality evidence and structured diagnostic interviews with adjunctive evidence through urine toxicology, existing studies routinely underestimate opioid use disorder. Less than half of substance use disorders identified in community samples are even diagnosed and/or treated in medical settings, and thus a substantial portion, upwards of half, of total diagnoses are likely missed throughout studies that recruit and treat patients in medical settings. Further, studies using urine toxicology screens, validated instruments for opioid use disorder, and other high-quality objective indicators demonstrate a higher proportion of opioid use disorder than studies relying on administrative records that are not collected for research purposes.[65,66] Studies that use diagnostic questionnaires provide assessment of opioid use disorder that are more valid than case files, though may still underestimate rates of opioid use disorder, especially in medical settings where patients may not want to disclose problems related to medication usage. Diagnostic interviews coupled with urine toxicology identify more cases than either alone. For example, Katz et al. documented that 21% of patients with no behavioral symptoms of substance use disorder had positive urine screens for illicit drugs or non-prescribed controlled medication, and 14% of those without positive urine toxicology had evidence of substance use disorders in a sample of 122 patients maintained on long-term opioids for non-cancer pain.[67] Additional studies have also provided evidence that urine toxicology identifies individuals with drug use disorders among those who deny such use in interviews among medical opioid users,[65] suggesting that the combination of urine toxicology plus structured, validated self-report measures, together provide rigorous data to assess drug use disorders among medical users of opioids.

Further, opioid use disorder is likely underestimated when using DSM-5, because the criteria of "tolerance" (needing more of the drug to get the same effect) and "withdrawal" (manifesting symptoms when the drug is not taken) were generally considered diagnostic of OUD, but those criteria could *not* be considered diagnostic of OUD when they were observed among individuals

CONFIDENTIAL

taking opioids solely under 'appropriate' (based on the DSM-5 definition) medical supervision. This distinction, however, is fraught with error that renders this decision from DSM-5 to be an erroneous one that results in misclassification. There is no scientific evidence that individuals with these two criteria have a different pathology or course of disorder compared to individuals with any other two criteria, or that individuals who have these two criteria and who use opioids non-medically have any differences in course or consequences than individuals who have these two criteria who use opioids under medical supervision. The very notion that the medical supervision of opioid use would have any impact on the course of opioid use disorder among those who the same symptoms of opioid use disorder defies logic. Further, 'appropriate' medical supervision is not defined, and presumes that physicians have scientifically accurate and independent information about the risks and benefits of opioid prescribing which previous research has demonstrated is far from ubiquitous. Indeed, as well documented in other sections of this report, opioid use disorder is common among individuals who obtain opioid prescriptions from a physician, with approximately 21-29% of patients exhibiting mild to severe opioid use disorder. Mikosz et al. (2020) indicate that physicians prescribing opioids at quantities and durations beyond recommended guidelines for many indications remains a significant problem in the US, thus the notion that currently prescribing practices are 'appropriate' is not consistent with the available evidence.[68] Further, there is evidence that industry influence played a role in creating this hierarchical exclusion, as the committee included a consultant for pharmaceutical companies that produce opioids,[69] thus representing a conflict of interest,[70] and, as a result the decision to restrict the diagnoses from those patients with these two criteria, erroneously supported an industry-favored narrative. I have contributed extensively to the literature on psychometric properties of substance use disorder criteria,[71–76] in evaluating the scientific evidence for the structure and dimensionality of substance use disorder criteria in both general population and clinical samples. I did this work primarily during the years in which potential changes from DSM-IV in preparation for DSM-V were being evaluated (I had no role on the committee).[77] My work, as well as others' (reviewed here[77]), demonstrated that substance use disorder criteria (including tolerance and withdrawal) are unidimensional, indicating that they are statistically correlated and underlie graduations in a similar underlying spectrum of substance use disorder severity. There is no statistical evidence to indicate that those who experience tolerance and withdrawal alone have a fundamentally different disorder or set of outcomes compared with individuals who experience any two other symptoms, especially based on where the opioids were obtained. Indeed, numerous epidemiological studies indicate that they are reliable indicators of substance use disorder and statistically corrected with other indicators of substance use disorder. Thus, the scientific rationale behind excluding individuals who experience tolerance and withdrawal from medical prescriptions of opioids is unpersuasive; the fact that tolerance and withdrawal are expected consequences of continued use of opioids has no bearing on their validity as symptoms of dysfunction. It is my opinion that withholding a diagnosis of substance use disorder based on tolerance and withdrawal alone is not consistent with the epidemiological literature concerning substance use disorders.

In summary, there is a wide range of reported prevalence and incidence estimates of opioid use disorders. The reasons for this range include the characteristics of the samples (e.g., pain conditions, amount and types of opioids used, individual-level patient characteristics that predispose individuals to developing opioid use disorder) as well as the measurement of opioid use disorder, sample size and study design. However, the high-quality evidence across reviews indicates that the risk of incident opioid use disorders, as well as recurrence of opioid use disorders, increases in a dose-response fashion with the dose of opioids and the length of opioid use, even after controlling for individual-level predisposing factors, and that 21-29% of chronic opioid users have mild, moderate or severe OUD. Importantly, the evidence is clear that risks of opioid use disorder

CONFIDENTIAL

following medical use of prescription opioids follow a "dose-response" pattern, supporting my opinion that there is a causal relationship between prescription opioid exposure and opioid use disorder.

**B.  Opioids were diverted and used by individuals with opioid use disorder and for non-medical use**

Diversion of opioids occurs at many points along the supply and distribution pipeline, and generally is considered to occur when opioids are transferred from an intended recipient to an unintended recipient.  This broad definition underlies multiple pathways in which opioid diversion occurs; the end result in all mechanisms of diversion is non-medical use of opioids. Two common pathways to diversion are those that are due to: (a) pervasive overprescribing to consumers, and (b) pervasive oversupply from high volume facilities and pharmacies distributing extraordinary quantities of opioids.

*Pervasive overprescribing resulted in unused prescribed opioid medications diverted for monetary value, barter, or for no cost among family and individuals in a shared social network.* Receipt of prescription opioids from a friend or family member is a common mechanism, which is the result of a high level and volume of prescribing of opioids that are unnecessary to control pain in many patients. Available estimates indicate that 90% of patients prescribed opioids after surgery have unused medication,[78–80] most of which is not disposed of or stored safely.[81] Thus, the high volume of opioid prescriptions, both in routine prescribing and through high volume prescribers and facilitates that were unchecked in distributing massive quantities of opioid pills, became the foundation for the overall expansion in the opioid supply and opioid related harm. This is evident in that that close to 98 million Americans receive prescription pain relievers every year, a much larger number than the estimated 12.5 million who use opioids non-medically,[8] suggesting that the expansion of opioid sales and distribution served as a catalyst for the overall ability of these medications to be diverted through social networks. Data from the National Survey on Drug Use and Health (NSDUH) from 2013-2014 indicates that among non-medical opioid users interviewed about where they obtain their opioids, 50.5% report from a friend or relative.[82] Other data sources on drug diversion converge in supporting the fact that the common routes for opioid prescriptions on the illicit marketplace are drug dealers as well as family and friends. Inciardi et al. (2009)[83] reviewed a number of studies that estimated illicit sources of prescription opioids. Data from the NSDUH, a national sample primarily from households in the general population, show that 57% of non-medical opioid users in 2007 obtained opioids from a friend or relative for free, with another 9% reporting that friend or relative for purchase was also a source of opioids. Of those reporting their source as a friend or family member, approximately 80% of these friends or family members are reported to have received opioids from a single prescriber, indicating that at least a fifth of individuals who received opioid prescriptions did so from a friend or family member who was receiving opioids from multiple prescribers. In contrast to users in treatment, a relatively small proportion of individuals in the NSDUH obtained opioids from a drug dealer (individual or group who explicitly sell illicit opioids for profit). Data sources focused on adolescents and young adults support these findings; a large survey of college students found that peers and family were the most common sources of prescription opioids.[84,85] Further, availability of prescriptions from a family member is associated with harms to opioids; for example, a large case-control study using data on prescribed opioids from a commercial insurance database linked to hospital records indicated that opioid dispensing to family members is associated with 3 times the risk of prospective individual hospitalized overdose, and that the relationship increased with the dose prescribed to a family member.[86]

CONFIDENTIAL

*Pervasive oversupply led to diversion of opioids through medical providers for the purpose of non-medical use, including individuals obtaining multiple prescriptions across providers, as well as through high-volume prescribers that were not properly regulated.*
Medical sources of prescription opioids that are diverted for non-medical use are also common. Shei et al (2015)[87] analyzed data among 9,291 commercially insured patients aged 12-64 who had a recorded diagnosis of opioid abuse or dependence (per medical record, thus unclear whether based on DSM criteria or clinical judgment), and 395,901 comparison individuals with no diagnosis. It is important to note that a record of opioid abuse/dependence is likely a drastic undercount of the actual proportion of individuals who would meet criteria for OUD, given that there was no systematic validated interview of individuals in the study and no toxicology performed. Nevertheless, allowing for this limitation, Shei et al. (2015) document a high proportion of medical sources of opioids for diversion. Among those with an opioid abuse/dependence diagnosis in the medical record, 79.9% had at least one claim for a prescription opioid prior to diagnosis. The high rate of medical sources of opioids among those with opioid use disorder also support my opinion that patients using opioids under medical supervision are at risk for developing opioid use disorder. Furthermore, among those with no prior prescription for an opioid, an additional 10% had a family member with at least one prior prescription for an opioid, suggesting that diversion from family or friends could also contribute to OUD diagnoses within this sample. Indeed, overall, 50.8% had a family member with an opioid prescription claim, compared with 42.2% of patients with no diagnosis. Additional evidence for diversion having occurred is that 20.1% of those with an opioid abuse/dependence diagnosis had no record of a prescription opioid. Overall prescribing rates in the sample were high; among this group of individuals who were receiving medical treatment of some kind, even among those with no OUD diagnosis, 56.8% of patients had a prescription for opioids. However, it is worth noting that while these individuals did not have an OUD diagnosis on their medical record, under-ascertainment of OUD in medical settings is common. Also of note, the study was not able to distinguish whether those with OUD who had no record of prescription opioids used prescription opioids, heroin, or other forms of opioids. Importantly, however, the study was industry funded and the authors of Shei et al. (2015) are comprised of pharmaceutical manufacturer employees and consultants; thus the finding that medical sources of opioids are found in the vast majority of individuals with OUD, even more than individuals without a notation of OUD in their medical record, could be considered likely conservative given that they indicate strong overlap between the supply-side sources of prescription opioids and the development of OUD.

Individuals who misuse opioids and/or develop OUD are likely to obtain them from multiple available sources, including physicians and other providers, sometimes multiple physicians. Data from the NSDUH from 2013-2014 indicate that while family/relative is the most common source of non-medical prescription opioids, 25.1% obtain opioids from at least one physician.[82] Among the various samples of users reported by Cicero and colleagues (2011),[88] medical sources of prescription opioids were commonly reported. For example, among 1,983 individuals in treatment for opioid dependence, 25% reported that their primary method of obtaining access was through doctors, and more than 50% reported that doctors were among the various methods of obtaining opioids. Among the sample of 782 individuals in substance abuse treatment collected in South Florida, 13.8% reported obtaining opioids from a medical practice (however, it should be noted that these results were assessed prior to the restrictions on high-volume prescribing in Florida, thus may not be generalizable to more recent years).[88] In a study of 346 individuals with prescription opioids as a primary drug of abuse and in methadone maintenance, 20% reported doctors as a primary source, and 9% reported emergency rooms.[83] Data from the NSDUH study indicated that among

those who reported non-medical prescription opioid use, 18% reported that they obtained opioids for non-medical use from a doctor.

Further, another mechanism through which individuals obtain opioids for non-medical use is the practice of visiting multiple providers, so-called 'doctor shopping'. The practice of obtaining multiple prescriptions across providers is frequently reported among individuals with prescription opioid use disorder.[89] The prevalence of multiple-provider visits for the purpose of obtaining opioids for non-medical use is complicated to estimate given that there is no empirical flag in the data for the purpose or medical need for prescription opioids. Multiple prescribing can indicate individuals who are recklessly seeking opioids for non-medical personal use and sale, or could be indicative of poorly managed care.[90] McDonald and Carlson (2013) estimated prevalence using a probabilistic algorithm that took into account the number of unique providers within a given time period that prescribed opioids per person using data on commercially insured patients in the United States, including more than 146.1 million prescriptions for opioids written in 2008. On average, among patients who received opioid prescriptions, 14% received additional prescriptions from at least one more provider, 3% of these patients obtained additional prescriptions from between 5-9 providers, 0.35% from 10-19 providers, and 0.04% from 20 or more.[91] In a follow-up analysis, McDonald and Carlson (2014) also estimated the extent to which there is geographic variation in the estimated predicted prevalence of multiple provider use. Using a predicted estimate of probable 'doctor shoppers' based on outlier data on individuals who used a suspiciously high number of providers to obtain multiple prescriptions, investigators determined that the prevalence varied across counties from 0.6 per 1,000 and 2.5 per 1,000. The overall mean prevalence across states indicated that doctor shopping is relatively rare in comparison to the high quantity of opioids that have flowed into the medical market, with a mean of 0.7 per 1,000. The prevalence of probable 'doctor shopping' increased with the prevalence of the general prescribing practices of various geographic locations, indicating that as the supply of opioids increased, so too did diversion for non-medical use, including through individuals 'doctor shopping'.[92] The population estimates of multiple-prescribing episodes generally range from <1% to between 7-9%, depending on the criteria used to define 'doctor shopping'. The variation in the population estimates of multiple prescribing indicate substantial variability, and studies that were funded by the pharmaceutical industry generally publish lower estimates of 'doctor shopping' than independent scholars,[93] indicative of the industry's financial interest in suggesting low rates of diversion. Among Tennessee Medicaid recipients from 2003 to 2010,[94] 7.6% of patients prescribed opioids received medication from 4 or more pharmacies within a one-year window, and these patients had almost 7 times the odds of a subsequent overdose death. Data from Medicaid recipients in 2016 estimated the prevalence of 'doctor shopping' to be 3.9% among 66,328 patients, defining shopping as the receipt of opioid prescriptions with greater than 1-day overlap filled at 3 or more pharmacies within a 6-month period. While the expansion of prescription drug monitoring programs in most states is intended to reduce the practice of uncoordinated care that can result in multiple provider visits and the potential for individuals intentionally obtaining opioids for the purpose of misuse, there is wide variation in the strength and implementation of prescription drug monitoring program (PDMP) policies and questionable effectiveness in many jurisdictions.[95–97] Data on PDMP policies have been specifically evaluated for Ohio, including policy mandates on health care licensing based on adoption of PDMP use, as well as PDMP usage requirements for pain-relieving controlled substances for chronic non-malignant pain. Strickler et al. (2019)[98] examined prescribing data from the Prescription Behavior Surveillance System from 2010 to 2017. Using regression discontinuity approaches, Strickler et al. (2019) document that the prescriber enrollment and use of PDMPs increased substantially in Ohio after legal mandate, and reduced inappropriate opioid prescribing to some degree. However, effects were

CONFIDENTIAL

generally small and some evidence indicated that they wane over time, underscoring the need for additional resources in the state to combat the opioid overdose crisis.

In summary, there is variation in the literature in the definition of 'doctor shopping', but despite variation, there is consistent evidence that diversion of opioids through individuals obtaining multiple prescriptions for the purpose of non-medical use or sale occurs with regularity. Further, that 'doctor shopping' increases in prevalence as the overall supply and dispensing of opioids increases across jurisdictions in the United States. While prescribing of opioids has declined in Ohio since 2011, overall prescribing patterns remains extraordinarily high.

In addition to patients who intentionally visit multiple prescribers to obtain opioids in order to divert them, there is also evidence of diversion of prescription opioids through high-volume providers who inappropriately prescribe opioids for profit (often referred to as "Pill Mills"). Available evidence indicates that Pill Mills created considerable damage to population health in many areas of the United States throughout the 1990s and 2000s, although in a context of an extraordinary and voluminous increase in opioid prescribing across almost all medical specialties. Indeed, studies of high-volume prescribing indicate that there are certainly prescribers with an extraordinary volume of prescriptions, both in Ohio and elsewhere; those in Ohio can be identified through IQVIA and other prescribing data that include prescriber and prescriber identifiers. Guy & Zhang (2018) reported that, of the 209.5 million opioid prescriptions dispensed in the United States between July 2016 and July 2017, the average yearly prescription volume was 215.8 prescriptions per provider, but that some specialties prescribed on average up to 1,314.9 per provider.[99] County level data from IQVIA indicates substantial and ongoing high rates of prescribing throughout the US, including Ohio.[100] Similarly to PDMP policies, there has been a concentration of legislative work to regulate and close high-volume prescribers,[101] with variable implementation and effectiveness across states.[96,102–105] These laws typically include requirements for annual licensing, place limits on the number of patients to providers, and include prohibitions on dispensing of opioids at the same location as the provider.  Numerous studies have examined high-volume prescribing laws in diverse states such as Florida,[105,106] Texas,[107] Ohio and Tennessee,[108] and such laws are generally associated with reductions in prescribing, overdose death and other harms, although they are typically packaged with other laws, such as PDMPs, and thus these studies typically capture their combined effects. Despite these legislative and law enforcement efforts, high-volume prescribing remains an important source of opioid-related harm. Available data indicate that prescribing of opioids increased across many specialties in medicine, and while some specialties of medicine have a more concentrated prescription practice for opioids (e.g., pain, anesthesia, and physical therapy), general practitioners in family and internal medicine dispense the greater number of opioids, widespread across geographic areas of the United States.[109]

*Summary*. A substantial portion of the opioid crisis has arisen due to the diversion of prescription opioids from medical to non-medical uses. These include the vast availability of opioids in American homes due to oversupply and over-prescription, from which opioids were traded, given, or sold within social networks. It also includes individuals who sought multiple prescriptions in order to use non-medically and/or sell, as well as high-volume prescribers who did not prescribe based on legitimate medical need. All three of these streams of over-supply have contributed to the increase in opioid use disorder, overdose, and related harms in the United States.

### C.    The incidence and prevalence of both medical and non-medical opioid use increased in concert with the increased supply of opioids

The evidence is clear that the opioid supply increased dramatically in the United States beginning in the mid-1990s; that medical use of opioids is causally associated with the development of opioid use disorder; and that diversion of opioids occurred. The increased supply of opioids contributed substantially to an increase in the incidence and prevalence of non-medical opioid use and non-medical opioid use disorder in the general population. Evidence regarding non-medical prescription opioid use in the general population is not generally available before the early 2000s for adults. Among adolescents, data can be drawn from the Monitoring the Future study, a large, annually conducted survey of high-school attending adolescents. Among students in the 12th grade, for example, use of "narcotics other than heroin" increased annually beginning in 1992, from 3.3% to a peak of 7.0% in 2000. In 2002, the question wording and example changed, thus trends before and after 2002 cannot be directly compared. McCabe et al. reported these trends in prevalence in both medical and nonmedical use in a 2017 publication in *Pediatrics*, noting that adolescent non-medical use of opioids is frequently preceded by medical use.[110] The prevalence of narcotics other than heroin has been generally declining among adolescents since the early 2000s.[111] Further examinations of the Monitoring the Future data have confirmed these trends. McCabe et al. (2020) reported that schools vary widely in the proportion of students who report using opioids for medical reasons, and that students in schools with high levels of medical use are at increased risk of non-medical use as well, reflecting the high levels of diversion and the overlap between medical and non-medical users.[112]

While prescription opioid use has been declining among adolescents, among adults, trends indicate that prescription opioid use is stable, with generally low magnitude declines since 2012 but still a high burden of harm for heavy use and addiction. Martins et al. (2010) documented birth-cohort trends in non-medical prescription opioid use and opioid use disorder by comparing two surveys: one conducted in 1991-1992, and another, using the same sampling frame and measurement questions, in 2001-2002. The study found that among adults, past-year non-medical prescription opioid use increased by 44% (from 0.9 to 1.3%) across the decade, and that past year prescription opioid use disorder increased by 55% (from 0.2 to 0.3%). Among those who reported non-medical prescription opioid use in their lifetime, the prevalence of past-year opioid use disorder increased 89.6% (from 4.8 to 9.1%).[113]

Other data can be drawn from to infer trends in non-medical prescription opioid use during the 1990s and 2000s. Crane (2015), for example, documented that emergency department (ED) visits for non-medical prescription opioids use from 2005 to 2009 increased over 200% among those aged 18-34 years old, a greater increase than any other age group.[114] Analyses of the Drug Abuse Warning Network (DAWN) data have found increases in ED mentions of opioid analgesic misuse through 2011; for example, the number of ED mentions of oxycodone increased from 41,701 in 2004 to 151,218 in 2011. Total for all pharmaceutical opioids, ED mentions increased from 152,827 in 2004 to 404, 829 in 2011.[115] Finally, data from the Treatment Episode Data Set indicate that from 2005 to 2015, the proportion of individuals entering treatment with prescription opioid use as the principal drug for services increased from 18% to approximately 38%.[116]

More recent data generally show that the prevalence of non-medical prescription opioid use is stabilizing or beginning to decline, depending on the population and outcome, but that burden remains substantial. For example, data from the NSDUH indicate that among those 18 through 64, the prevalence of non-medical prescription opioid use decreased from 5.4% in 2003 to 4.4% in

CONFIDENTIAL

2018.[117] However, the same study documented that harms related to opioid use remained on the rise, with increased prescription opioid use disorders, frequency of use, and mortality (mortality will be reviewed in detail in Section E).[118] Indeed, from 2003 through 2018, the prevalence of opioid use disorders, among the surveyed population as a whole, increased from 0.6% to 0.8%, and among users the prevalence of opioid use disorder increased from 11.9% to 17.0%. From 2003 to 2013, high frequency use increased from 0.3% to 0.4%, and among users high frequency use increased from 5.0% to 8.2%, and mean days of use increased from 40.0 to 54.2 days. Between 2003 and 2013, comorbidity with other drug use disorders ranged from risk ratios of approximately 1.50 to 2.0.

Important to consider in interpreting the evidence are limitations of survey data sources, which consistently underestimate the populations at highest risk of opioid-related harm. Existing survey data sources capture rates of non-medical opioid use and opioid use disorder among those living in households and group quarters as the explicit sampling frame. Such surveys do not include high risk populations, such as those incarcerated and homeless. Existing research demonstrates that survey responders are generally healthier than the general population,[119] and thus fewer individuals using opioids non-medically and those with opioid use disorder will be captured in these data systems compared to the actual burden in the population. Indeed, heavy opioid use is associated with criminal justice involvement and homelessness;[120–122] thus I would expect that those with the highest burden of use would be least likely to be captured in household-based surveys. However, higher opioid use among these at-risk groups (housing insecure, incarcerated individuals) also would not occur without access to opioids through an increased supply that began with the widespread pharmaceutical distribution; thus the exclusion of these groups from the sampling of survey sources does not change my conclusions. Nevertheless, while estimates of prevalence are likely underestimated, the trends over time should not be affected as long as the methodology remains consistent across time, that is, as long as the same high-risk groups are consistently excluded from the surveys at each time point, which they are in the case of household survey data.

Further, survey data sources regularly query explicitly non-medical prescription opioid use, and do not collect information on the portion of respondents who also used opioids medically, either prior to or concurrently with non-medical prescription opioid use. However, data indicate that a substantial portion of non-medical users obtain opioids at some point from physicians for medical uses (see Section C for discussion of and reference to patterns of physician contact among non-medical users).

Recent data indicates that the expansion of the supply of opioids also underlies the increases in overdose from non-opioid drug as well, including psychostimulants such as methamphetamines and ecstasy. Using data provided by the CDC, Cano & Huang (2020) documented that state-level differences in rates of opioid prescribing in 2012, opioid overdose from 1999-2012, and opioid use disorder in 2015-2018 were significantly correlated with increases in psychostimulant overdose from 2015 to 2018, indicative of the expansion of the opioid supply creating a population at increased risk and vulnerability for non-medical use of opioids and progression to other drugs as well, including psychostimulants.[123]

In summary, the expansion of non-medical prescription opioid use would not have occurred without the widespread availability of prescription opioids, often prescribed in extraordinarily high quantities for a wide range of indications for which they were unnecessary based on assessment of the epidemiological evidence,[68,124] leaving a surplus of opioids that could be diverted for non-medical uses. There is clear and unambiguous evidence to conclude that non-medical prescription opioid use, prescription opioid disorder, and ED visits for prescription opioid use increased in the US

29

population from the 1900s through the late 2000s. Available evidence indicates declines in overall non-medical prescription opioid use in recent years among both adolescents and adults, but there remain steady increases in heavy use and opioid use disorders, indicating that the burden of harm remains high.

### D. The increase in the prescription opioid supply, coupled with opioid use disorders and increases in non-medical use and non-medical opioid use disorder, resulted in an exponential increase in prescription opioid overdose as well as many other non-fatal consequences.

Data on the increase in prescription drug overdose deaths in the United States are primarily drawn from the National Vital Statistics Surveillance System. In 2000, the overdose death rate attributed to prescription opioids was 1.4 per 100,000 (representing 4,030 designated deaths). By 2003 the rate had more than doubled to 2.9 per 100,000 (representing 8,517 designated deaths), and the rate continued to increase yearly until approximately 2010 (at a rate of 5.4 per 100,000, representing 16,651 deaths).[125] From 2010 to 2014, the rate remained relatively stable, albeit a quadrupling of the rate that was observed in 1999, after which increases in the overdose death rate renewed. Heroin and synthetic opioids began an exponential increase after 2010, and overdose rates due to heroin and synthetic opioids continued to climb. However, it is important to note that prescription opioid deaths remain an important contributor to overall overdose deaths, even as heroin and synthetic opioid deaths rise exponentially. I examined the rates of opioid overdose from 2016 to 2019 based on two sets of causes of death: (1) all natural, semisynthetic, and methadone opioids; and (2) natural and semisynthetic opioids alone. The rate of natural, semisynthetic category mortality, when including methadone overdose, has declined from its peak of 5.29 per 100,000 representing 17,087 deaths in 2016 to 4.31 per 100,000, representing 14,139 deaths in 2019.[126] Considering those deaths designated as natural and semisynthetic opioids alone (i.e. excluding methadone deaths), death rates are falling slightly from 2016 to 2019, but still indicating a high burden of harm.[127] In 2016, the death rate for natural and semisynthetic opioids peaked at 4.48 per 100,000 (representing 14,487 deaths), and was 3.84 per 100,000 in 2019 (representing 12,552 deaths). Of note, CDC reporting of overdose death for specific categories reports each drug associated with a given death regardless of other drugs present at the time of death; thus each death can contribute to multiple categories of drug death when multiple drugs are present. This is the standard for reporting and the one that I use in this Report as well.

There have been rapid increases in opioid overdose death due to heroin and synthetic opioids, with heroin deaths beginning to increase in approximately 2011-2013, and synthetic opioids beginning in approximately 2013-2015.[128] Data from the CDC indicate that from 2013 to 2019, the death rate due to synthetic opioids increased more than 1,000% nationally, from 1.0 to 11.4 per 100,000 persons in the US, age-adjusted. These increases are devastating, and it is important to note that prescription opioid overdose deaths remain a substantial public health burden. Indeed, while synthetic opioid deaths have increased substantially, the rate of prescription opioid deaths in 2019 was 4.2 per 100,000, which was three times higher than the rate of 1.4 per 100,00 in the year 2000. Examining the total number of overdose deaths due to natural and semisynthetic opioids, which would exclude heroin and fentanyl deaths, there have been a total of 246,664 deaths between 1999 and 2019. This number of deaths is greater than the recorded deaths from heroin over the same time period (N=132,347) or the recorded number of deaths due to non-methadone synthetic opioids (N=160,845). When considering semisynthetic opioids and methadone, a recent CDC publication indicated that the number of prescription opioid deaths was 17,029 in 2017 and 14,975 in 2018,[2] suggesting that the burden of prescription opioid overdose in the United States remains high,

CONFIDENTIAL

underscoring the public health burden of prescription opioid overdose. Provisional data released by the CDC in July 2020 indicate that over 70,000 individuals in the US died of overdose in 2019, an increase from the death rate in 2018, suggesting that the devastation to human life caused by the overdose crisis continues.[6]

The empirical literature demonstrates a strong and statistically significant association between the opioid supply and the increase in prescription opioid deaths. In the United States, Paulozzi & Ryan (2006),[129] documented the distribution of prescription opioids, based on data from the ARCOS. Scholars estimated the total rate of prescription opioid dispensing per 100,000 in each state in 2002, and correlated it across states with the drug poisoning death rate per 100,000 based on vital statistics data. Two findings are noteworthy. First, there was wide variation in opioid prescribing across states. For example, hydrocodone distributions ranged over 12-fold across states, and oxycodone distributions ranged over 7-fold; such variations are noteworthy because, to my knowledge, there is not sufficient data to conclude that the pain need for such medications varies by 7 to 12-fold across the United States. Further, this variation across states was highly correlated with drug poisoning rates; all prescription opioids combined were correlated with drug poisoning deaths at 0.73 for the correlation coefficient, which indicates a high correlation. Investigators reported the total amount of variation, that is, differences between state-level overdose rates and the national average, that was explained by each drug. Note that variance explained is not the same as the risk of overdose, or the proportion of overdose deaths due to a particular drug; rather, it is another way to express correlation. Oxycodone dispensing alone explained 43% of the variation in drug poisoning mortality; methadone dispensing explained 46%. While the death rates from methadone substantially contributed to mortality variation in Paulozzi & Ryan (2006), it should be noted that death rates from methadone have declined precipitously since the time period of the study. Methadone death in the United States reached a height in 2006/2007 at 1.8 per 100,000, and has declined annually since then, stabilizing at 1.0 per 100,001 in 2015-2017, [128] which is a 44% decrease in just one decade. Methadone now contributes a relatively small proportion of drug overdose events, with most recent data suggesting that 14.7% of overdose deaths are attributable to methadone. These declines are attributable to Food and Drug Administration warnings and guidelines for methadone prescribing, as well as voluntary limits on the distribution of high milligram formulations of methadone among manufacturers.[130] Given the declines in methadone use, the findings on methadone in Paulozzi & Ryan (2006) regarding the proportion of variance explained in geographical death rates do not generalize to methadone-related harm in recent years. However, prescription opioid overdose deaths are higher than methadone rates of death and have remained relatively stable in recent years, suggesting that geographic variation explained in prescription opioid overdose deaths is more generalizable than methadone death rates.

Further, Wisniewski et al. (2008)[131] examined the relationship between prescribing of opioids and non-medical opioid use, as well as emergency department visits related to opioids. Data on prescribing were drawn from the National Hospital Ambulatory Medical Care Survey and the National Ambulatory Medical Care Survey; opioid prescriptions were based on medication codes indicating whether hydrocodone, oxycodone, or a morphine-containing product were prescribed at each patient encounter (including 576,178 patient encounters). Prescription rates increased from 2-fold for hydrocodone, 2.64 for morphine, and 3.21 for oxycodone products from 1995 to 2004. Concomitantly, opioid-related emergency department visits based on Drug Abuse Warning Network (DAWN) data and respondent reports of non-medical opioid use based on NSDUH data increased across the same time period. Correlations between rates of prescription and rates of opioid-related ED visits and non-medical use were significant for hydrocodone (correlations ranged between 0.73

CONFIDENTIAL

to 0.79) and oxycodone (correlations ranged from 0.76 to 0.87). Taken together, these data indicate strong and statistically significant correlations between opioid supply and opioid-related harm in the US population.

The relationship between opioid supply and opioid-related harm has been examined more recently as well. Ghertner (2019)[132] examined the relationship between opioid sales based on data from ARCOS with county-level opioid-related hospitalization rates based on counties in the states that report data to the Healthcare Cost and Utilization Program (HCUP) program. In a modeling strategy that used variation in Medicare Part D prescriptions as an instrumental variable to increase study rigor, as well as models that controlled for economic factors, there was a 9% increase in opioid-related hospitalizations for each one morphine kilogram equivalent increase in opioid sales. Further, results indicated that each morphine kilogram equivalent in sales resulted in a 14% increase in maternal and neonatal mortality. The relationship was specific to opioid-related hospitalizations, and was not associated with alcohol-related hospitalizations, underscoring the specificity of the association and increasing confidence in the validity of the results. In totality, the multiple sources of evidence, cited above, consistently support the high correlation between opioid supply and opioid-related harm.

Further, the consistency of the association across other studies that measure opioid dispensing and sales with opioid related harm and mortality support my opinion that supply of opioids is causally associated with harm.[133] In 2009, Fisher et al. (2013) documented statistically significant and high correlations between the rate of hydromorphone dispensing and deaths due to hydromorphone, as well as the rate of oxycodone dispensing and deaths due to oxycodone. These correlations were high within-province, which is important because the base rates of overdose and dispensing varied by province and yet the correlations remained strong in each. Similar associations with non-fatal outcomes, such as substance abuse treatment admissions, have been published by the same investigators, indicating that the association between prescription opioid supply and opioid-related harms in Canada extends across outcomes related to opioid use disorder, as well as opioid overdose.[134]

These studies also support the Hill criteria of 'dose-response'. Across the studies that have examined the association between opioid dispensing and prescribing and opioid related death, there is an association whereby with increasing opioid dispensing, there are more and more deaths, indicative of dose-response. In sum, a number of the important Hill's causal criteria are established in the existing studies of opioid dispensing and prescribing and opioid-related harm and death. There are strong associations, consistent across time and location, and there is a dose-response association as well. These associations are plausible and coherent with the known facts and literature. There is a high degree of evidence that increased opioid prescribing and dispensing leads to more harm to individuals and communities.

The studies cited in the material above are based on associations, and alone are not sufficient in isolation to conclude a casual role of opioid distributions and opioid-related harm. This fact is acknowledged in the discussion section of these publications, however, building a scientific evidence base is not about the conclusion of one paper. I base my conclusion on the totality of evidence from across studies examining a variety of opioid prescribing and distribution measures, opioid-related morbidity and mortality outcomes, across a wide variety of geographic areas. The reliability of the observed association supports the opinion that there is a causal relationship. There are many of Hill's causal criteria that are met in these studies, as described above, further strengthening the ability to draw inferences.

CONFIDENTIAL

The supply of opioids was also facilitated by pharmaceutical promotional activity to physicians. While I did not evaluate the specific marketing materials of the manufacturers, I did evaluate peer-reviewed epidemiological studies that document the association between opioid marketing with sales, which is germane to my expertise. Epidemiological evidence using statistical methods is routinely used to assess the association between exposure to pharmaceutical marketing and sales efforts with changes in prescribing, and has reliably found across many studies in many populations that exposure to pharmaceutical marketing and sales is significantly associated with increases in prescribing of the marketed drugs. Indeed, available epidemiological evidence using rigorous quasi-experimental designs, such as difference-in-difference models, as well as controlling for numerous potential confounders, has consistently documented an association between the industry payments, meals, and sales outreach to physicians, as well as pharmaceutical promotions, with increases in requests to add specific products to hospital formularies[135] as well as increases in rates of prescribing the marketed product.[136–139] These broader literatures provide a consistent evidence base when examining the associations between opioid marketing and opioid sales. Empirical evidence has demonstrated that industry payments to physicians as part of the marketing of prescription opioids were associated with increased opioid prescriptions,[140] and that 1 in 12 physicians in the US, and 1 in 5 family physicians, received opioid-related marketing.[25,140–142] Hadland et al. (2019)[143] used data from the Centers for Medicare & Medicaid Services Open Payments database to assess the monetary value of payments to physicians for opioid products in all US counties over time, as well as data on dispensing of opioids in available counties in the US, and examined the spatial and temporal correlations with prescription opioid deaths as designated in the vital statistics records. The authors used a rigorous statistical model that included controls for a range of county-level factors such as economic environment (e.g., unemployment, income, income inequality), as well as demographics. Results demonstrated that even with statistical controls in place, each one standard deviation increase in payments to physicians was associated with statistically significant increases in prescription opioid overdose, including when marketing was assessed by marketing value in dollars per capita (each standard deviation increase associated with 1.09 times the rate of death), number of payments to physicians per capita (each standard deviation increase associated with 1.18 times the rate of death), and number of physicians receiving marketing per capita (each standard deviation increase associated with 1.12 times the rate of death). Further, these authors conducted mediation analysis to quantitatively demonstrate that the association between marketing to physicians and prescription opioid overdose was mediated by (that is, explained by) the increase in opioid prescribing and increased distribution.

While the authors note that each study was not causal in and of itself, they also note that the body of evidence, including the results of the studies, are consistent with many of Hill's causal criteria that epidemiologists use to base conclusions on causality. In particular, Hadland et al. note, and my assessment of these studies concurs, that they meet many of the important, influential Hill's causal criteria, including dose-response (increased marketing efforts associated with increased deaths), plausibility and coherence (the entire purpose of marketing to physicians is to increase sales, plus mediation analysis demonstrated that marketing is associated with opioid death through opioid prescription sales and distribution), temporality (marketing efforts preceded deaths), consistency across studies (numerous studies have demonstrated an association between increased sales and distribution of opioids with opioid death), and strength of association. Further, it is important to note that payments to physicians are only one type of promotional activity, and accounted for only a proportion of the overall promotion strategy for opioid pharmaceuticals. These specific studies do not preclude potential effects of other kinds of marketing efforts; they do, however, provide

CONFIDENTIAL

empirical evidence for the marketing efforts for which data are available to academic researchers. These results confirm through independent epidemiological analysis that outreach and payments to physicians through the pharmaceutical companies was an important way in which the distribution of opioids across the United States was facilitated.

Finally, Powell et al. (2020)[144] examined the introduction of the Medicare Prescription Drug Benefit (Part D) program in 2006 as a potential driver of opioid use among those aged 65+. This paper is particularly informative given the quasi-experimental design of using an exposure with exogenous variation to assess the effects of changes in opioid use. "Exogenous variation" is a term that is commonly used in epidemiological and economics literature to mean that there is no possibility that confounding factors such as increased prevalence of pain, or increased risk factors for addiction, could explain changes in the exposure. Thus, changes in the Medicare insurance coverage cannot be caused by factors related to use, and for that reason, associations between changes in Medicare and changes in opioid use can be interpreted as causal. Using data from 1999 through 2016, the authors documented that the Medicare insurance expansion affected the opioid use, with states that had a relatively larger proportion of individuals gaining access to prescription drug coverage exhibiting an increase in opioid use based on ARCOS data. Further, the authors examined correlations with drug overdose deaths (specifically those with codes that indicate prescription opioid poisoning), as well as substance abuse treatment admissions (which is an indicator of the occurrence of opioid use disorders). For both prescription deaths and treatment admissions, there was evidence that the increase in the exogenous increase in opioid use caused by the insurance expansion was associated with increases in deaths and treatment admissions; results were robust to a range of sensitivity analyses, alternative modeling of the statistical associations, and a range of quasi-experimental statistical models. These data reinforce the conclusion that opioid use directly results in increased opioid-related harm, and provide a strong design and test of the hypothesis using the quasi-experimental instrument of changes in Medicare prescription coverage.

In summary, the available evidence, including temporal and geographic covariance of opioid supply, as well as quasi-experimental changes in opioid availability, strongly correlate with rates of prescription opioid overdose, providing an evidence base to demonstrate that supply and availability of opioids caused an increase in the rate of prescription opioid overdose.

### E.    Polydrug use on toxicology in drug overdose deaths: implications for causal attribution.

Available evidence from national epidemiological studies, confirmed via local data including data drawn from Ohio, indicates that in the early days of the epidemic around the mid- to late 1990s, opioid overdose deaths primarily involved prescription opioids,[145] frequently without the presence of other drugs. For example, as recently as 2010, analyses of death certificates indicated that among drug overdose deaths involving pharmaceuticals, opioids were the most frequently implicated drug listed, and of deaths involving psychotherapeutic and central nervous system pharmaceuticals, opioids were the single class of drugs in 30% of cases.[146] As the epidemic progressed towards the second and third stages, in which heroin and high-potency synthetic opioids as a cause of death significantly increased as contributors to the overdose death causes, polydrug use on toxicology became more frequent in the majority of drug overdose deaths involving opioids.

Given that the prevalence of multiple drugs listed on death certificates involving opioid overdose has increased, it is critical to note that deaths in which prescription opioids are listed, even in the presence of multiple other drugs listed, are attributable to prescription opioids through drug-

drug interactions. That is, there is substantial epidemiological, toxicological, and clinical literature that indicates that the adverse respiratory depressant, seizure, and other consequences of opioid use are accelerated and exacerbated when other drugs are present,[145,147–150] so much so that guidelines warn against prescribing a variety of medications such as benzodiazepines with opioids.[151,152] The mechanisms underlying these interactions include inhibiting metabolism as well as other pathways.[153] The most common drugs that in conjunction cause drug overdose include opioids and benzodiazepines, often in combination with alcohol. While benzodiazepines alone rarely cause overdose death,[154] they potentiate harm when used in combination with other drugs such as opioids. Other drugs that are prevalent in toxicological screening when overdose occurs in conjunction with opioids include skeletal muscle relaxants,[155] cocaine and other stimulants such as methamphetamine, as well as tranquilizers and other depressants. In cases of drug-drug interaction, the opioid was a necessary component cause of the overdose death.[156] That is, without the opioid present, these deaths would not occur. The addition of other drugs such as benzodiazepines potentiates the overdose potential of the opioids; indeed, given that benzodiazepines alone rarely cause death, cases in which opioids and benzodiazepines are present may have been caused by both, but the opioid is a necessary component for death to occur. Available epidemiological literature highlights the extent and damage of drug-drug interactions involving opioids. Tori et al. (2020) documented that from 1999 through 2017, benzodiazepines were present in 33.1% of prescription overdose deaths and alcohol was present in between 9-14% prescription opioids overdose deaths.[157] Thus, deaths in which multiple drugs are listed remain attributable to opioids given the strong evidence of harm and overdose associated with use, and accelerated but not replaced by use of other drugs. Thus, prescription opioids are highly likely to be the most significant contributing cause when listed on death certificates. Further, this underscores how CDC reports on overdose deaths by specific substances;[158] deaths that are attributable to opioids are reported as opioid deaths regardless of other drugs that are positive at the time of the opioid death, given that the lethality of opioids is potentiated by other drugs; thus often both are necessary for a death to occur.

### F.  Prescription opioid use is causally related to heroin use

The available evidence establishes that prescription opioid use causally increases the risk for heroin use.[‡] Heroin and prescription opioids have similar pharmacological properties; thus there is the potential for substitution with one for the other when one is unavailable or available at lower cost.

The number of individuals who use heroin has been increasing in the United States.[159] Estimates of the number of individuals who use heroin in the United States were approximately 100,000 in the 1960s and 1970s, and heroin use was considered largely a problem of urban, low-income areas.[160] However, that has fundamentally changed in the US; as of 2010, available estimates were that there were 1.5 million individuals in the United States using heroin at least 4 times per month or more,[161] and there have been increases thereafter in heroin use as well. The demographics of heroin use are also changing, with increases in use across race, social class, gender, and urbanicity.[159,162] The increases in heroin use largely occurred among individuals who are or were prescription opioid users. Among individuals who use prescription opioids, heroin use increased by 138% from 2002-2004 to 2011-2013, and the connection is particularly strong among young adults.[163] Cross-sectional studies of samples recruited based on non-medical prescription opioid use

---

[‡] It is not ethical or possible, of course, to conduct randomized controlled trials to demonstrate this effect. But where such studies are not possible, epidemiologists routinely rely on other kinds of evidence, including other types of studies such as those described in this Report.

CONFIDENTIAL

and/or heroin use consistently find strong signals of a relationship. I reviewed 16 studies that found that individuals who use prescription opioids non-medically have higher rates of injecting and snorting heroin than individuals who do not use prescription opioids, even after controlling for health and mental health, as well as demographics.[89,162,164–177] While these studies are observational rather than experimental, in that no randomized clinical trial or experimental evidence has examined risk of heroin use following prescription opioid use, the studies are sufficiently diverse in population, valid in design and consistent in their results in order to draw the conclusion that prescription opioid use is causally related to heroin use.

Numerous studies show that approximately 70-80% of individuals who used heroin in the last 20 years started their opioid use with prescription opioids. The most extensive report is from Cicero et al. (2014), reporting on data collected from 2,797 individuals seeking treatment for opioid use disorders.[162] Cicero et al. (2014) demonstrated that among those who initiated opioids in the 1960s through 1980s, less than one third used prescription opioids before heroin. From the 1990s on, as the supply of opioids increased, so too did the proportion of individuals who use heroin who began opioid use with prescription opioids based on the analysis in Cicero et al (2014) (among those initiating in the 1990s, 50%; 2000s, 85%; 2010s, 78%). The figure that approximately 70-80% of individuals who use heroin began with prescription opioids has been replicated in numerous other studies among those who began using opioids in the last 20 years. Lankenau et al. (2012)[176] examined drug use histories among 50 individuals who inject drugs who had non-medically used opioids in the three months prior to the study, and documented that 86% of the sample used opioids non-medically prior to heroin use. Further, while individuals who use non-medically obtained opioids from a variety of sources including dealers, family, and friends, 75% of these individuals who use non-medically had obtained a prescription for opioids during their lifetime, and 2/5 of those reported that their own prescription was the initial source of opioid misuse. Pollini et al. (2011)[177] studied 123 individuals who inject heroin, documenting that 39.8% reported prescription opioid use prior to heroin use. Mateu-Gelabert et al. (2015)[164] interviewed 46 individuals who inject heroin, 70% of whom initiated opioid use with prescription opioids; mean age of first prescription opioid use was 17.9, and heroin use was 18.8 years; among individuals who use prescription opioids and heroin, the average difference in mean age of initiation between prescription opioids and heroin was 1.3 years. Ethnographers in New York, Philadelphia, San Francisco, Wilmington, and Ohio documented trajectories from medical and non-medical prescription opioid use to heroin, especially among younger cohort members.[89,165,166]

While studies of individuals who use heroin and other opioid interviewed about their drug use histories provide another signal, still more evidence from large-scale surveys and cohort studies has documented the relative risk of initiating heroin given prescription opioid use, compared to individuals who do not use prescription opioids. I cited above the evidence among adolescents and young adults that has found strikingly high estimated incidence rate ratios for the transition to heroin given non-medical prescription opioid use, even when controlling for individual-level risk factors that underlie a proclivity for drug use overall. There are also numerous studies



Figure 2. Fitted HRs of heroin initiation associated with prior nonmedical prescription opioid use, by age of nonmedical prescription opioid use initiation (NSDUH, 2004-2011)

CONFIDENTIAL

that demonstrate strong relationships between non-medical prescription opioid use and heroin use among adults. Muhuri et al.[167] documented the association between prescription opioid use and heroin initiation estimated from age of onset reports across 9 years of the NSDUH. Pooled analyses indicated that the risk of heroin initiation was 19 times higher among those with prior non-medical prescription opioid use compared to those who did not use, even after controlling for a range of factors involved in the drug taking behavior. Banerjee et al. (2016)[168] found that non-medical prescription opioid use was associated with a more than 5 times increased hazard of heroin initiation compared to no use, even after adjusting for multiple risk factors. Data from Cerda et al. (2015)[169] are shown in Figure 2, and indicate that nonmedical prescription opioid use is associated with 10-15 times faster rate of transition to heroin use, across all ages of adolescence to young adulthood. Of those who reported new onset non-medical prescription opioid use, 27% subsequently initiated heroin.

Some studies of the transition from prescription opioids to heroin have only analyzed such transition among subjects who used prescription opioids "*non-medically*." For example, the Muhuri study, cited above, assessed such transitions among the respondents to a NSDUH survey which only inquired about prior use outside the parameters of a doctor's prescription. However, where investigators have evaluated the transition from *medical* use to heroin, as in the study by Mars et al., it is clear that the same transition to heroin does occur. Most convincingly, McCabe et al. (2020) reported that nearly one-third of nonmedical prescription opioid users in adolescence transitioned to heroin use, using nationally-representative longitudinal panel data.  An increased risk of heroin use after prescription opioid use in adolescence was observed for adolescents **who had only reported using medically** (among all cohorts, those who reported using only medically were 1.65 times more likely to use heroin than those who never were prescribed an opioid, and among more recent cohorts, those who only used medically were 2.7 times more likely to transition to heroin than those who never were prescribed an opioid).[178] Risks of transition to heroin use were also elevated among adolescents who used opioids nonmedically before medical use (among all cohorts, they were 4.3 times more likely to transition to heroin use) as well as those who used medically and subsequently non-medically (among all cohorts, they were 1.93 times more likely to transition to heroin use). Those students who reporting using non-medically without a history of medical prescriptions (e.g., through diverted sources due to over-prescription of family and friend), were almost 5 times more likely to transition to heroin than those who never used an opioid. The rigor of this study was enhanced by the robust statistical control for confounding, and the longitudinal design.[178] It should be noted that a previous publication from these same data (McCabe et al. (2019))[179] reported that those adolescents who only reported using medically had an elevated, but lower, risk of transition to any substance use disorder by age 35. However given the non-specificity of the 'any substance use disorder' category (that is primarily comprised by alcohol and cannabis use disorders, rather than opioid or heroin use disorder), the paper was not germane to the question of whether those adolescents who use medically have an increased risk of non-medical opioid use and/or heroin use. The results from the more recent study (McCabe et al. (2020)) confirm that use of opioids, whether originally prescribed by a physician or not, place adolescents at increased risk of transition to heroin use.  Gaines et al. (2020)[180] documented in a sample of at least 330 individuals who used pharmaceutical opioids that 49.4% had obtained their first pharmaceutical opioid from a medical provider, and that the transition to heroin was common among both those who obtained opioids from a medical provider as well as those who did not. Indeed, *9.5% of those who initiated heroin use never used pharmaceutical opioids in a non-prescribed manner before initiating heroin use*.

CONFIDENTIAL

It is also important to note when interpreting existing evidence that there is substantial overlap between the "non-medical" and "medical" use populations. For example, McCabe et al. (2020)[112] showed that *non-medical* use of prescription opioids was significantly greater at high schools where a higher degree of *medical* use of such drugs was reported. The authors commented that these data were consistent with previous data showing that the most frequent sources of prescription opioids among non-medical users were their peers with medical prescriptions. This overlap is consistent with other findings that indicate that the expansion of prescription opioids underlay the increase in other harms associated with non-opioid substances as well. Cano & Huang (2020) documented that county-level differences in prescription opioids distribution, opioid use disorder, and opioid overdose in 2012 were strongly associated with increases in psychostimulant overdose across US counties, including Ohio counties, from 2015-2018. These data indicate that the distribution of opioids created large populations with drug use disorders, vulnerable for transition to numerous substances, including psychostimulants.[123]

That prescription drug use is neither necessary nor sufficient to predict heroin use does not mean there is no causal relationship. In fact, the same can be said for many risk factors that are neither necessary nor sufficient to produce particular health outcomes, and yet have been shown to be causes of those outcomes. Examples include smoking and cancer; seat belts and deaths in automobile accidents; sedentary lifestyle and heart disease; and obesity and diabetes.

Several additional points are worth keeping in mind. A small but significant proportion of individuals who use prescription opioids progress to heroin use.[167] However, heroin use does not need to be common in order to be causally related to prior use of prescription opioids. For example, all scientists would agree that smoking is a cause of lung cancer. In 2016 there were 218,229 new lung cancer cases in the United States (56 per 100,000 persons),[181] which makes lung cancer a rare disease. Yet smoking is no less a cause of lung cancer because lung cancer is rare than if it were common. By comparison, there were at minimum four times more heroin users (estimated 948,000 based on NSDUH data, which is likely an underestimate, thus at least a rate of 293.1 per 100,000)[182] in the United States than lung cancer cases; thus by comparison, heroin use is much more common. The existence of a causal relationship between risk factors and outcomes does not depend on prevalence. The number of individuals who use prescription opioids is approximately seven times larger than the number of individuals who use heroin; thus, while the absolute risk of transitioning to heroin given prescription opioid use is relatively small, the vast majority of individuals who use heroin began with prescription opioid use, and even small increases in progression to heroin use create a significant public health burden.[163] Reasons cited for the transition to heroin use given prescription opioid use based on the research cited above are most often cost and convenience; prescription opioids are more expensive to obtain illegally than heroin, and more difficult in many geographic areas. Numerous factors predict transition from prescription opioid use to heroin use, including individual-level and community-level characteristics. However, the inverse association between age of first prescription opioid use and hazard of heroin use being dose-response (i.e. the younger the age of onset, the higher the likelihood of transition)[169] suggests that the proportion initiating heroin increases in a dose-response relationship with length of prescription opioid use, providing further support for a causal relationship. Further, existing evidence indicates that there are greater rates of heroin use, and increases in heroin use across time, among non-medical opioid users, and that these relationships are consistent with a dose-response relationship;[183] rates of heroin use increase with increasing amount of prescription opioids used. Based on the evidence, it is reasonable to conclude that there is a causal relationship between prescription opioid and heroin use, and that

the increases in population-level heroin use in the United States are due, at least in significant part, to individuals who use prescription opioids transitioning to heroin use.

Another indicator that prescription opioid use is causally related to heroin use is the accumulating evidence that restricting prescription opioid supply among those who are dependent on opioids leads to an increase in heroin use and with risky patterns of use that cause opioid-associated death. A systematic review of 17 studies that evaluate the effectiveness of prescription drug monitoring programs indicated three of six studies found increase in heroin-associated death when supply is restricted through PDMPs, although noting that more research was needed given that methodological limitations precluded firm inference. Since then, additional studies with rigorous methodology confirm that, across different PDMP programs, as well as other restrictions on opioid supply, such as OxyContin reformulation, an increase in heroin overdose is a consequence of some supply restrictions, due to the restriction of prescription opioids among individuals who are dependent on them. For example, Martins et al. (2019) found that states with certain PDMP features had increases in heroin overdose by 19%.[104] Importantly, not all PDMP programs were associated with an increase in heroin overdose death, indicating that transition is not inevitable if additional supports are in place for drug users. Additionally, Alpert et al. (2018) analyzed variation in OxyContin misuse across states to demonstrate that those states with the highest OxyContin misuse prior to reformulation had the highest increases in heroin overdose after the reformulation.[184] This evidence certainly points to a mechanism in which individuals who are dependent on prescription opioids transition to heroin after supply or potency is curtailed. Of note, a connection between reductions in opioid prescribing and increases in heroin overdose should not be interpreted as a signal that opioid supply policies are misguided; rather, they are indicative that: 1) the reduction in opioid supply is not sufficient to curtail the extensive harm associated with the initial public health burden of widespread opioid oversupply; 2) there is a causal connection between opioid products (prescription opioids to subsequent heroin use); and 3) the need for a robust and integrated system of treatment and services for those affected has never been more urgent.

Finally, since approximately 2013, overdose deaths due to synthetic opioids (e.g., fentanyl) have been exponentially increasing in the United States. These synthetic opioids are much more potent than heroin; less than 2 mg of fentanyl, equivalent to approximately two grains of salt, can cause overdose.[185] Available evidence indicates that fentanyl and other high-potency opioids have been adulterating the supply of both heroin and illicitly manufactured prescription opioids.[186] Given the evidence that prescription opioid use is causally related to heroin use, prescription opioid use is also responsible for the increase in fentanyl and other synthetic opioid harms. Indeed, individuals who use prescription opioids who both obtain illicitly manufactured prescription opioids as well as heroin will be potentially exposed to fentanyl, increasing the risk of overdose and death. In terms of the magnitude and scope of the relationship, given that available estimates indicate that approximately 70-80% of individuals who use heroin begin their opioid-using trajectories with prescription opioids, I estimate that approximately 70-80% of fentanyl-involved opioid deaths are attributable to prescription opioid use.

### G. The impact of diverted opioids was not random, but part of a complex system that involved community level economic conditions

The exponential increases in the opioid supply, and the resulting opioid diversion and related harms, did not occur in isolation. It is important to put in context that opioid use disorder and overdose disproportionately affected economically deprived areas, and also interacted with

individual-level risk factors for use. However, ready access to prescription opioids was a necessary precondition to their widespread availability and uptake.

The relationship between shifting macroeconomic conditions and drug poisonings has received considerable attention since the publication of Case and Deaton's widely-discussed paper.[187] In their 2015 paper, Case and Deaton reported a recent spike in mortality rates among less-educated non-Hispanic Whites, and posited that long-term shifts in the labor market, reduced employment opportunities, and overall life prospects for persons with a high school degree or less have driven increases in "deaths of despair" (i.e., deaths from suicides, cirrhosis of the liver, and drug poisonings). This model suggests that the increased rates of opioid-related mortality over the past three decades are attributed to shifting macroeconomic conditions. However, several studies contradict the narrative that the rise of deaths in the United States is due to a common source such as "despair". In a working paper by Ruhm (2018),[188] known measures of economic factors predicted drug and opioid overdose, but explained very little of the variation in rates over time. Further, Masters et al. (2018)[189] reanalyzed vital statistics data by gender, age, and birth cohort, and concluded that drug overdose rates increased across a wide range of age groups, especially those in young and middle adulthood, and did not mirror trends for other "despair"-related death such as suicide, indicating that the drivers of opioid-related deaths in the United States were factors that could influence a broad range of age groups simultaneously. Indeed, the evidence that prescription opioids have an independent effect on risk of death, and that availability was the principal driver of prescription opioid use rather than economic conditions, is supportive of the role of availability rather than economic factors as the principal causal factor in driving increases in opioid-related harm. Indeed, this conclusion is supported by consensus expertise in the scientific literature. A 2021 publication based on numerous committee areas of expertise in the National Academies of Science, Engineering, and Medicine reviewed the literature and conducted independent analyses assessing the contribution of opioid supply and the intersection with economic factors in the United States underlying increases in opioid-related harm.[190] Authors cited the "flooding" of the market with "highly addictive yet deadly substances", and the "aggressive and highly effective marketing tactics on the part of the pharmaceutical industry (manufacturers, distributors, and pharmacies)" as well as other groups, as underlying the increases in conjunction with vulnerabilities in the population that created the "perfect storm" of factors leading to the crisis (section 7-19, page 176).

While there is considerable literature on macroeconomic conditions and opioid-related mortality, four studies form the highest rigor of the evidence base.[188,191–193] One of these studies[191] found that average drug-related mortality rates were higher in counties with greater economic and family distress and in counties with greater population share dependent on mining compared to other areas of the labor market, and lower in counties with more religious establishments, higher percentage of recent in-migrants, and counties with greater population share dependent on public sector employment. Two other studies[187,192] found that a 1% increase in county unemployment rate was associated with a 0.19 per 100,000 increase in opioid-related mortality rate (3.6%) and that the estimated change in mortality accounted for by worsening economic conditions ranged from 5 to 7% for prescription opioid-related mortality and from 2 to 5% for illicit opioid-related deaths at the 3-digit ZIP code level, indicating that economic conditions account for less than one-tenth of the rise in mortality rates over time. Finally, Pear et al.[193] found that two area-level indicators, percent in poverty and percent of adults with less than a high school education, were associated with higher rates of prescription opioid related mortality, while median household income was associated with lower rates. However, urbanicity modified the association between macroeconomic conditions and rates of heroin-related mortality, with poverty and unemployment associated with increases in

CONFIDENTIAL

heroin-related mortality in metropolitan areas and low educational attainment alone associated with heroin-related mortality in rural areas. Limitations of the extant research are that publicly released files do not include all deaths (to reduce the potential for confidentiality violations),[191] inadequate measure of outcome,[191] failure to account for area-level prescription opioid supply,[191,193] and no investigation of the stability of effect estimates at different levels of organization.[188,191–193]

In summary, there is evidence that the population distributions of prescription opioid and other opioid mortality disproportionately affected economically deprived areas; however, the available evidence indicates that economic conditions played a relatively small part in increased opioid-related morbidity and mortality. The driving force in increasing opioid-related morbidity and mortality was access to and widespread availability of opioids.[§]

## H. Availability principles and the relationship with harms related to prescription opioids

Arguments have been made that the increases in prescription opioid overdose and addiction in the United States are largely driven by individuals who use non-medically, and that as prescription opioids have become more difficult to obtain because of changes to the changes to prescription opioid supply (e.g., prescription drug monitoring programs, physician education), those who use drugs have progressed to heroin and other more available and less expensive opioids to satiate addiction. While certainly there are data that rates of overdose, addiction, and harm among those who use opioids non-medically are high, there is evidence that harm among those who use opioids medically is also high. Further, as the data cited in this Report show, the proportion of individuals with opioid use disorder that receive a prescription at some point from a physician is more than half, and the risk of addiction given medical use of opioids at high doses for long periods of time is many times higher for high dose than low dose prescriptions (e.g., Edlund et al.[58] estimate that rates of opioid use disorder among those prescribed high doses is 50 times that of those who receive low doses). Rates of opioid distribution and opioid-related death vary substantially across geographic areas, and all available evidence indicates that prescription opioids harms, due to medical use as well as diversion, increase with the supply of opioids. With regard to recent decreases in the opioid supply, there is evidence that restricting the prescription opioid supply is associated with greater transition to heroin,[97] and that this transition has influenced death rates due to the contamination of heroin with fentanyl and other synthetic opioids. As such, abatement that is broad ranging in scope is necessary. However, the notion that the current opioid epidemic is due to economic conditions or despair/depression is not supported by data. There is no evidence that depression has increased across time among adults in the US, and available evidence from economic studies of the role of the economy in drug overdose have suggested that there is a limited role for economic conditions; based on the studies and data discussed above, the role of opioid supply is so much more strongly correlated that no reasonable interpretation of the data would support the conclusion that economic conditions are more important than supply in producing the observed trends. The validity of the principle that addiction increases as availability increases has been established in multiple contexts, and it is highly probable that increased availability of prescription opioids is the driving force contributing to OUD, overdose morbidity and mortality, and NAS.

Indeed, there are decades of public health research that have a strong analogy to the current opioid epidemic. The relationship between supply of an addictive substance and subsequent rates of

---

[§] It is beyond the scope of this report to review or discuss the impact of economic conditions on treatment and abatement needs, which may be important to consider in the remedial context.

CONFIDENTIAL

substance use disorder has been well established in the public health literature for years through principles of availability.[194] Succinctly, this principle posits that one driver of population burden related to substance use harm is the availability and cost of the substance.[195,196] The relationship between availability/cost and harm has been extensively documented for decades for alcohol and tobacco, and it is one reason that alcohol and cigarette taxes, minimum pricing, and other public health efforts aimed at availability and price are among the most effective population level interventions to reduce alcohol-related harms, such as alcohol-impaired driving fatalities.[197–199] In summary, as prescription opioids became more commonly available in the market, decades of prior work across numerous substances would predict a rise in opioid-related harm, and in fact, supportive evidence has been shown across numerous substances and time periods and populations.

## I.     Comparison of deaths due to prescription opioids with NSAIDs

Among the threads of inquiry related to the increases in opioid-related harm in the United States are comparisons to harm associated with other pharmaceutical products that also cause harm in some users. For comparison, non-steroidal anti-inflammatory drugs (NSAIDs) are commonly prescribed for a range of conditions, including pain, but also arthritis and other inflammatory conditions, as well as fever. Common forms of NSAIDs are available over-the-counter, such as aspirin and ibuprofen, but a range of products are available by prescription as well. NSAIDs are prevalent, and their use varies across age. Data from the National Health and Nutrition Examination Surveys from 1999-2004 indicated a past-year prevalence of 26.1% of the US population for all NSAID use, and 9.5% for prescription NSAID use.[200] While use is common, it comes with health risks, including, for example, cardiovascular events. Available reviews and meta-analysis suggests that the risk of serious GI events with extended NSAID treatment is between 1-3%, which is approximately 10 times higher than the background rate in the population.[201–205]

Given their potential for harm and that both are used to treat pain, it is worth comparing the deaths due to NSAIDs with the deaths due to prescription opioids. It has been estimated that 16,500 per year are due to GI bleeding from NSAID use. This estimate, however, is not reliable. It is based on a single article that extrapolated from 19 deaths among 4,258 patients in an administrative database,[206] multiplying the 19 deaths by estimated population size. Such extrapolation is not quantitatively specific due to measurement error in death rates, and further, the cohort from which the 19 deaths were observed was among a sample with rheumatoid arthritis, among whom the baseline mortality rates are higher than the general population. Another study estimated deaths due to NSAIDs to be closer to 3,200 deaths,[207] but this too is not a reliable estimate. The estimate of 3,200 deaths is based on the estimate of the attributable fraction for NSAID and death. The attributable fraction (an estimate of the proportion of deaths that are causally related to an exposure) varies based on the baseline prevalence of exposure. Thus, the authors multiplied the attributable fraction in the study sample by the proportion of the US population that used any NSAID in the previous week (regardless of dose or duration), based on a phone survey of 2,590 individuals, which is not a large sample size for total population extrapolation. Further, applying a summary attributable fraction is incomplete, as it does not take into consideration type and dose (e.g., any NSAID use counts at the same level of risk as long-term use); it is well known that the prevalence of NSAID use varies widely by race, sex, and age,[200] such that applying one average to the whole population without incorporating subgroup heterogeneity will include substantial error.

Solomon et al. (2010)[208] directly compared the risks associated with NSAID to those with prescription opioids as well as cyclooxygenase 2 inhibitors (coxibs) among a large claims database of low-income older adults who were Medicare beneficiaries in Pennsylvania and New Jersey and had

CONFIDENTIAL

diagnoses of osteoarthritis or rheumatoid arthritis on 2 separate visits (N=36,414). Authors used a propensity score to balance potential confounding factors among those using NSAIDs, coxibs, and opioids. The use of a propensity score in this analysis is important and rigorous, as it controls for the potential reasons why an individual would be prescribed, for example, NSAIDs over opioids. Once matched on propensity scores, the three groups were balanced on over 40 covariates including demographics, clinical characteristics, health history, and use of other medications. Further, the authors included incident use of medications in the comparison groups, which further helps to establish causality, and examined incident health events. Comparing prescribed NSAIDS to prescribed opioids, those prescribed opioids had higher rates of a range of adverse events including cardiovascular events, fractures, kidney injury and falls, and approximately equivalent rates of events such as GI bleeding. And finally, the mortality rate among opioid users was 75 per 1000 patient years among prescribed opioid users, compared to 47 per 1000 patient years among prescription NSAID users over the course of the study, for an increased hazard of death of 1.87 times that of NSAID users. While the particular hazard ratios may differ in other populations, there is no *a priori* reason to doubt the applicability of Solomon et al.'s general conclusion that prescription opioids are associated with greater incidence of adverse events and mortality. With that in mind, however, Solomon et al. (2010) remains the most rigorous study to date that has directly compared the harm of medical prescription opioid use with medical NSAID use, and determined that mortality as well as a wide range of medical morbidities were higher, substantially so, for opioids compared with NSAIDs.

### J.      Summary

In this Report, I have outlined an overview of the scientific evidence and provided the reasons and bases for my opinions. I have used well-accepted epidemiological methodology and principles in evaluating this literature, including Hill's causal criteria to determine the evidence for causation. Through this evaluation, it is my opinion that there is evidence to conclude that prescribed opioid use is casually related to opioid use disorder, based on strength of association, consistency, dose-response evidence, and temporality. Further, there is substantial evidence for the conclusion that overprescribing of opioids leads to diversion and harm to populations, and that this underscores how the increase in the supply of opioids was directly and causally related to harm to populations, including opioid use disorder, overdose, and other adverse outcomes associated with increased morbidity and mortality. Opioids were causally responsible for hundreds of thousands of overdose deaths, and were potentiated when other drugs were also present, but these deaths would not have occurred without opioids present as well. Prescription opioids use, both medical and non-medical, is causally related to subsequent heroin use, and thus the pervasive overprescription of opioids set the stage for the coming heroin and fentanyl crisis that is still rampant in the US population. While opioid use is part of a complex system that also involves economic factors, the overwhelming body of evidence indicates that the supply of opioids was the cause of the opioid crisis, not economic factors. Such a conclusion is in line with public health principles that have been established for decades; making harmful substances more available, through cost and access, will result in more harm. This is certainly the case in the emergence and persistence of the opioid epidemic in the US, and began with the supply of opioids.

CONFIDENTIAL

**Schedule and Exhibits to this Report**

Attached as Schedule 1 are my case-specific opinions and the reasons and bases for them.

Attached as Exhibit A is a copy of my current curriculum vitae and a list of all publications I have authored in the past 10 years.

Attached as Exhibit B is a list of data or other information I have considered in forming the opinions expressed herein.

Attached as Exhibit C is a statement of my compensation for services performed in this case.

Attached as Exhibit D is a list of all the cases in which I have testified as an expert at trial or by deposition during the past four years.


Executed on:   April 16, 2021

Katherine Keyes

44

CONFIDENTIAL

**SCHEDULE 1 – Case Track 3 – Lake and Trumbull Counties**

**Case-Specific Opinions and the Reasons and Bases For Them**

In addition to the opinions offered in the body of this Report at pp. 3-5, below I provide my opinions which are specific to Lake County and Trumbull County, Ohio.

## I.   CASE-SPECIFIC OPINIONS

12.   Prescription opioid dispensing increased dramatically in the US in the 1990s when aggressive marketing and distribution practices began, including in Ohio and in Lake and Trumbull Counties. Overall prescribing increased 2- to 4-fold from the late 1990s through 2012; prescribing then began decreasing although remains extraordinarily high. For example, the opioid prescribing rate in Lake County increased from 72.3 to 90.2 prescriptions per 100 persons from 2006 to 2012, and the rate in Trumbull County increased from 99.1 to 114.1 prescriptions per 100 persons from 2006 to 2010 (note, this indicates that there was more than one prescription for *every resident* of Trumbull County between 2007-2015). Prescribing has since declined from 2012 levels but nevertheless remains extraordinarily high.

13.   There is a significant and ongoing public health burden of opioid use disorder and overdose in Ohio, and in Lake and Trumbull Counties. Ohio has the sixth highest rate of opioid overdose in the nation, and among counties that report overdose rates, both Lake and Trumbull have been among the top 200 counties (out of over 3,000) in the nation with the highest overdose death rate for the last nine out of nine years.

14.   Data from Lake and Trumbull Counties indicate that fentanyl mortality began increasing after 2015; the increase in fentanyl mortality deaths can be largely attributed to the oversupply of prescription opioids that began in the 1990s and continues to the present time.

15.   In 2019, the last year of data available, I estimate that the prevalence of opioid use disorder is approximately 2-4% in the Lake and Trumbull Counties.

In addition to fatal overdose, other consequences to Lake and Trumbull effected by opioid oversupply include emergency department visits for overdose, increased burden in the treatment and chemical dependency provider system, opioid use disorder and opioid use among both adults and adolescents, and neonatal abstinence syndrome (NAS).

## II.   LAKE AND TRUMBULL COUNTIES: EVIDENCE OF BURDEN OF THE OPIOID EPIDEMIC

In the sections below, I provide an overview of opioid-related overdose and other consequences related to opioid use in Lake and Trumbull Counties as well as Ohio as a whole. These sources document an exceptionally high burden of harm in these communities well beyond mortality, including ongoing morbidity from opioid use.

### A.   Opioid-related harm in Lake and Trumbull Counties, and Ohio, have increased greatly between 1999 and 2019, including the death rates due to prescription opioids

CONFIDENTIAL



The National Vital Statistics Surveillance System (NVSS) provides publicly available county-level data on death, allowing for a quantification of the risk of overdose death in the counties of Lake and Trumbull in years where deaths are sufficient to report without violating data suppression requirements. The data provided by the NVSS are consistent with other sources of data that I reviewed regarding overdose in Ohio; I rely as a principal source of my opinions upon the NVSS data given that they are routinely used for epidemiological surveillance. Of particular relevance are trends in opioid-related deaths in Ohio as a whole and Lake and Trumbull counties in particular. The death rates from 1999 through 2019 for: drug-related, opioid-related, and prescription opioid-related deaths from the vital statistics records are shown in Figure 3 (note, data from Lake in 2001 and 2003 are excluded due to data suppression requirements), Figure 5, and Figure 7 respectively. These figures are based on my own analysis of the vital statistics data.

*Data suppression.* I use publicly available mortality data accessed through the NVSS, specifically the CDC Wonder Multiple Cause of Death 1999-2019 database. Death counts and corresponding rates are suppressed for sub-national data representing zero to nine deaths, as the relatively small size of these estimates may yield unreliable inference. Throughout I will note in figures and text when data are "suppressed" per these CDC reporting and data dissemination guidelines.

(a)     Rates of opioid-related harm in Ohio have largely been increasing since 1999.

Figure 4. Overdose deaths, crude rate per 100,000 population, 2014-2019, Ohio

*Rates of drug overdose.* The rate of drug overdose in Ohio has increased from 4.12 per 100,000 to 38.28 per 100,000 from 1999 through 2019. In terms of absolute deaths, from 1999 to 2019 there have been a total of 43.957 drug overdose deaths in Ohio. Figure 4 shows the map of Ohio drug overdose deaths in 2014-2019. The blue color of the map becomes darker as the overdose rate increases. The rates of overall drug overdose from 2014-2019 were 33.68 per 100,000 in Lake County and 49.27 per 100,000 in Trumbull County.

*Rates of opioid overdose.* Deaths in Ohio that were adjudicated as due to opioids have also increased, from 1.26 per 100,000 in 1999 to 29.13 per 100,000 in 2019, with some evidence of non-linear variation in the years in between.

ICD-Codes: Underlying Cause: X40-X44, X60-X64, X85, Y10-Y14, Contributing Cause: T36-T50

CONFIDENTIAL



Figure 5. Overdose death rates, all opioids

ICD-Codes: Underlying Cause: X40-X44, X60-X64, X85, Y10-Y14, Contributing Cause: T40.0-T40.4

Indeed, from 1999 to 2019, there have been a total of 29,119 opioid overdose deaths in Ohio.

The available evidence indicates that there were distinct contributors to the increase in overdose in Ohio. From 1999 to 2011, prescription opioids were the largest contributor to the increase in overdose deaths over other opioids such as heroin. Figure 6 provides the number of drug overdose deaths in Ohio across three categories: prescription opioids, heroin, and synthetic opioids other than methadone, by year, from 1999 through 2018 (data through 2019 not yet available). In accordance with CDC practice with these data, these categories are not mutually exclusive; deaths for which more than one drug was listed were counted in each category; thus the category totals represent counts of events of drugs, and do not sum to the total number of deaths. Data are sourced from CDC WONDER and the graph was generated and published by the National Institute on Drug Abuse.[209] As is clear from the graph, natural and semisynthetic opioids were listed more often than heroin or synthetic opioids as involved in overdose death from 1999 through 2011. In recent years, heroin deaths have increased as being involved in overdose deaths, beginning in approximately 2012-2014; my analysis of the CDC WONDER data indicated that in 2015 to 2016, heroin was counted as contributing to overdose 1,444 and 1,478 times, respectively, in Ohio (as an important note, the listing of heroin does not preclude prescription opioids from also being involved, again, as these categories are not mutually exclusive). Synthetic opioid (e.g. fentanyl) deaths began exponentially increasing as having involvement in overdose deaths in recent years as well. Of note, increases in heroin and fentanyl deaths are a result of the increase in prescription opioid use in the



Figure 6. Number of overdose deaths involving opioids in Ohio, by opioid category (Source: CDC WONDER, graph generated and published the National Institute on Drug Abuse)

United States to the extent that prescription opioid use is concurrent with, or temporally prior and causally related to subsequent heroin and fentanyl use. As I detail in Section I, there is sufficient evidence to conclude that prescription opioid use is a cause of heroin and fentanyl use, and approximately 70-80% of individuals who use heroin in the last 20 years begin with prescription opioids.

*Rates of opioid overdose due to prescription opioids.* I used ICD-10 codes including  X40-X44,  X60-X64, X85, Y10-14, and T-codes T40.2, T40.3, and a portion of T40.4 to estimate the rate of overdose due to natural, semisynthetic opioids and methadone, and synthetic opioids, all categories that would

47

CONFIDENTIAL

include prescription opioids to some degree. Given the evidence that illegally manufactured synthetic opioids began contributing to overdose death in the US around 2013-2015, I included all overdoses due to synthetic opioids (T40.4) prior to 2013 as prescription opioid overdose deaths. Then, I estimated the average number of synthetic opioid overdose deaths from 1999 to 2012, and applied that number to synthetic opioid overdose deaths from 2013 and onwards as an estimate of the number of synthetic opioid overdose deaths that are reasonably attributable to prescription opioids. Rates of estimated prescription opioid overdose in Ohio ranged from 1.44 per 100,000 in 1999 to 5.72 in 2016.



Figure 7. Overdose death rates, prescription opioids

*Opioid-related suicide.* Suicide using opioids is an additional source of harm that has impacted mortality in Ohio. Suicide generally refers to intentional self-harm that results in death, and requires a designation of the intentionality of the decedent by the death certificate certifier. In the case of opioid overdose, whether the overdose was intentional or not can be difficult to determine. Suicide may be the designated cause if there is confirmatory evidence such as a suicide note that describes the intentionality, acute suicidal behavior proximal to the death, or other indicators based on investigation. Suicide using opioids has more than doubled in the United States from 1999-2014, from 0.3 per 100,000 to 0.7 per 100,000.[210] In Ohio the count of suicides due to opioids from 2000 to 2019 from vital statistics is provided in Figure 8. Data indicate the number of suicide deaths that were designated to be attributable to opioids ranged from 23 in 2000 to 65 in 2011.

(b)   Rates of opioid-related harm in Lake County and in Trumbull County have also increased since 1999



Figure 8. Number of suicide deaths involving any opioid, Ohio

*Rates of drug overdose.* Per the CDC WONDER data, the rate of drug overdose in has increased from 4.83 per 100,000 in 1999 to 34.33 per 100,000 in 2019 in Lake County, and 8.40 per 100,000 in 1999 to 52.03 per 100,000 in 2019 in Trumbull County. These rates comprise a high degree of harm; indeed, overall from 1999 to 2019, 848 mortalities in Lake County and 1,145 in Trumbull County have been recorded in NVSS due to drug overdose. Compared to the national average, Lake and Trumbull

Counties have substantially higher rates of drug overdose per capita, although the absolute number of deaths is indicative of a high burden of harm, with 79 overdose deaths in Lake and 103 in Trumbull in 2019 alone.

*Rates of opioid overdose.* Per the CDC WONDER data, deaths in both Lake County and Trumbull County that were adjudicated as due to opioids have also increased substantially. From

CONFIDENTIAL

2004 to 2019, the death rate in Lake County more than sextupled from 4.39 per 100,000 to 29.55 per 100,000. In the same period, the rate in Trumbull County more than quintupled, going from 8.65 per 100,000 to 44.96 per 100,000. The number of opioid overdose deaths reported in CDC WONDER in Lake County have increased from 10 to 68 and in Trumbull County from 19 to 89 from 2004 to 2019. The rate per capita in Trumbull County was between 1.27 and 4.10 times higher than national average in all years for which data are available; the heightened risk compared to the national average peaked in 2015 with a rate of opioid overdose that was 4.10 times the national average. Much like in Ohio, opioid overdose death in recent years has increased in recent years concomitant with heroin overdose and high-potency synthetic opioids, which are attributable to individuals who also use or have used prescription opioids to the extent that prescription opioids were temporally prior to and caused subsequent heroin and synthetic opioid use. The available literature cited in Section I indicate that approximately 70-80% of heroin users first used prescription opioids, indicating that a similar proportion of deaths due to heroin and synthetic opioid use are attributable to prescription opioids.

*Rates of prescription opioid overdose.* Deaths that are categorized as prescription opioid related (T40.2, T40.3, and a portion of T40.4 as described above) were higher in both Lake County and Trumbull County compared with the national average for the years in which available NVSS estimates are released. In total from 1999 to 2019, I estimate that there were 287 deaths in Lake and 279 deaths in Trumbull attributed to prescription opioids (note that some years are not included in this estimate due to small numbers in particular years), per my estimate including the number of synthetic opioid overdose deaths that are reasonably attributable to prescription opioids based on deaths before illicitly manufactured synthetic opioids began to be detected in the drug supply. I included moving averages in analyses of prescription opioid overdose in Figure 7. Simple moving averages were estimated using a rolling mean over a period defined by 4 time points, and allow for statistical summaries that average out noise in the data. While data are suppressed for certain years in the publicly available vital statistics data, for years in which data are available, based on the moving averages, these prescription drug overdose deaths increased from 5.90 deaths per 100,000 in 2008 to a height of 11.31 per 100,000 in 2013 in Lake and from 9.42 deaths per 100,000 in 2008 to a height of 10.60 per 100,000 in 2017 in Trumbull. These rates are indicative of a large degree of burden. In Lake and Trumbull Counties, prescription opioid overdose deaths are higher than the national average for the years in which reliable county level estimates could be extracted from NVSS. In Lake County, the heightened risk compared to the national average peaked in 2011 with a rate of opioid overdose that was 1.90 times the national average, while in Trumbull County, the heightened risk peaked in 2007, with a rate that was 3.02 times the national average.

Important in interpreting the death rates attributed in the vital statistics system to prescription opioids are a number of limitations. Designation of opioid-related harm in the CDC WONDER data due to overdose is complicated by the heterogeneous ways in which death certificates are completed across jurisdictions. The designation of an opioid-related death in CDC WONDER is assessed statistically with "T-codes" found in the ICD-10 to identify the drug(s) involved; however, these codes are sometimes inconsistently used and applied, and changes in coding from ICD-9 to ICD-10 impact the assessment of mortality related to opioids.[60,61] The publication by Slavova et al. (2015)[10] details the methodological issues with respect to counting overdose cases using death certificates and T-codes. Nevertheless, these data at the county-level are regularly used in both governmental and academic reports and publications to assess the burden and trends in mortality, including mortality related to opioids.

Further, I have had the opportunity to meet with and interview professionals in Lake and Trumbull Counties regarding the processes for death investigation and certification, and I also reviewed deposition transcripts and material. In Lake County, I met with Mark Komar, the County Coroner, and Mary Pshock; and in Trumbull County, I met with Kathleen Mezsaros in the Trumbull Medical Examiner's office. In each interview, I confirmed that the process for certifying deaths as an overdose death, as well as the processes for identifying the opioid involvement in the death, was reliable and comparable to other counties in the US with high quality death information. I also reviewed documents that were produced by various county government offices on overdose death, including information on the number of deaths, manner of death, and opioid involvement. While there are incremental differences between county estimates and CDC WONDER (which is expected), the data that were produced by the county are consistent with the CDC WONDER estimates of death in terms of the trends over time. For example, deaths recorded by Trumbull County from 2006-2016 indicate that prescription opioids were the most common opioid found in overdose deaths from 2006 to 2010; after 2010, heroin began being rapidly identified in overdose deaths from 2011 through 2015, wherein deaths involving fentanyl began rapidly contributing to overdose.[211] Such confirmation is also available in the data and reports produced by Lake County; I reviewed the ADAMHS Board minutes and Ohio Substance Abuse Monitoring Network reports that include Lake County, wherein the progression from prescription opioids, to heroin, to synthetic opioids is described, as well as the substantial unmet need for treatment services. Such trends in the county's own data confirm the CDC WONDER data, which show similar trends and transitions.

### B.   Increases in neonatal abstinence syndrome, emergency department visits, admissions for treatment, and non-medical opioid use among adults and adolescents are additional key harms due to opioids in the population

*Neonatal abstinence syndrome.* Neonatal abstinence syndrome (NAS) occurs when infants are born exposed to opioids *in utero* and experience withdrawal symptoms after birth. The majority of neonatal abstinence syndrome among US infants is due to opioid exposure *in utero*.[212] Withdrawal symptoms develop in an estimated 55-95% of opioid-exposed infants, depending on the extent of exposure as well as a range of clinical and demographic predictors, and 30-65% of infants require pharmacological treatment for withdrawal symptoms.[213] NAS is associated with significant medical morbidity, from low birthweight and general discomfort and pain for the infant to medically serious issues such as respiratory disorders and seizures. Cases of NAS can have long-lasting effects on infants, as the clinical literature has documented increased incidence of developmental delays and child behavior problems into childhood.[214] Several large-scale databases have been used to assess trends in NAS, including the Kids' Inpatient Database (KID) and the Nationwide Inpatient Sample (NIS), part of the HCUP family of databases. Available estimates indicate that the rate of NAS per 1,000 hospital births increased from 1.2 in 2000 to 3.39 per 1,000 live births in 2009.[215] An updated publication from the NIS data indicated an increase in NAS from 1.2 per 1,000 in 2004 to 7.5 per 1,000 in 2013 among rural infants, and 1.4 in 2004 to 4.8 per 1,000 in 2013 among urban infants.[216] Further, these data also provided estimates of deliveries complicated by maternal opioid use among delivering



Figure 9. Neonatal abstinence syndrome

CONFIDENTIAL

mothers, indicating an increase from approximately from 1.3 per 1,000 deliveries in 2004 to 8.1 per 1,000 deliveries in 2013 among rural mothers, and approximately 1.6 per 1,000 in 2004 to 4.8 in 2013 among urban mothers. These estimates are consistent across other data sources. Data from the State Inpatient Databases, also housed in HCUP, documented a 300% increase in the incidence of NAS from 1999 through 2013, from an incidence rate of 1.5 per 1,000 hospital births to 6.0 per 1,000 hospital births in 2013.[217] Thus, these data together show that NAS is dramatically increasing in the United States because of increases in maternal opioid use at the time of delivery. Children with NAS will require long-lasting monitoring and increased supports through development, long after treatment for NAS and release from hospital care.

Neonatal abstinence syndrome continues to be a heavy burden in Ohio and within its counties; it is challenging clinically to treat and remains associated with adverse long-term outcomes.[218–220] As shown in Figure 9, the rate of NAS in Ohio more than quadrupled from 2008 to 2018, from 2.48 per 1,000 births in 2008 to 11.61 per 1,000 births in 2018. These estimates are based on HCUP data from 2008 to 2018. In terms of absolute numbers, in Ohio there were a total of 134,461 births where the mother's state of residence is Ohio in 2018;[221] with an NAS rate of 11.61 per 1,000 in 2018, this would indicate approximately 1,568 children with NAS and in need of NAS-related care in Ohio per year in recent years. Also shown on Figure 9 is the prevalence of NAS in the US as a whole based on the years available in HCUP data, and as shown NAS in Ohio is always higher than the US as a whole. Table 1 shows the estimated number of infants with NAS in Lake and Trumbull Counties based on what we would expect given the rate of NAS in Ohio multiplied by the number of live births reported in the counties by year for 2006 through 2011. Figure 10 provides a map of NAS in Ohio, indicating high rates of NAS throughout the state, including Lake County and Trumbull County, indicative of ongoing harm.

| Table 1.   Estimated Number of NAS Births | | |
|---|---|---|
| | Lake | Trumbull |
| 2008 | 6 | 6 |
| 2009 | 8 | 8 |
| 2010 | 11 | 10 |
| 2011 | 13 | 12 |
| 2012 | 17 | 17 |
| 2013 | 21 | 20 |
| 2014 | 23 | 22 |
| 2015 | 27 | 24 |
| 2016 | 25 | 24 |
| 2017 | 24 | 23 |
| 2018 | 26 | 24 |



Figure 10. Neonatal abstinence syndrome hospitalizations, crude rate per 100,000 population, 2014-2018, Ohio

*Opioid-related hospital use.* Another way to quantify the contribution of opioids to harm in Ohio is to examine the burden and trends in hospital use, including inpatient, outpatient, and emergency visits. Data are drawn from the HCUP, a reliable and well-characterized source of surveillance data in almost all states regarding healthcare use and expenditures. In Ohio, as shown in Figure 11, opioid-related inpatient hospital stays more

CONFIDENTIAL

than doubled in less than 15 years, from 128 per 100,000 in the second quarter of 2005 to 355 per 100,000 total population in the second quarter of 2019.

*Non-medical opioid use in Ohio.* Data on non-medical opioid use in primarily household populations, both prescription opioid and heroin use, can be drawn from the National Survey on Drug Use and Health (NSDUH), which is conducted annually in the United States and draws a representative sample of a primarily household sampling frame. Understanding the sampling frame is important, because populations with high levels of opioid use are excluded from the sampling frame, such as those incarcerated and homeless. Thus, the NSDUH estimates should be considered an underestimate of the total state burden. With that caveat, available evidence indicates that non-medical pain reliever use (which is primarily opioids) is declining among non-institutionalized mostly household populations in Ohio overall, from 1.40% of those in Ohio in the sampling frame reporting past-month use in 2015-2016 to 1.30% in 2017-2018. Drug



Figure 11. Opioid-related hospital use

use disorder, however, has increased; available Ohio data indicate that 2.40% of those in the sampling frame in Ohio met criteria for past-year illicit drug use disorders in 2015-2016, which increased in 2017-2018 to 3.30% prevalence.[222] The Ohio NSDUH report comparing 2016-2017 to 2017-2018[223] indicates that among those 18 and older, the prevalence is increasing, with 2.96% prevalence in 2016-2017, and 3.26% prevalence in 2017-2018.

*Non-medical opioid use among adolescents in Ohio.* Data on trends and current burden of opioid use among adolescents in Ohio can be drawn from two sources, including the NSDUH, as well as the Youth Risk Behavior Surveillance Survey (YRBS), which is also state-level representative of adolescents in schools (and thus, again an underestimate of total burden given that adolescents who drop out of school are at higher risk for drug use than those who remain in school). In the NSDUH data, evidence indicates that non-medical use of prescription pain relievers has decreased in recent years, from 3.49% in 2016-2017 and 2.87% in 2017-2018, respectively, and reports of heroin use in the past year among adolescents in Ohio remained stable at 0.07% in both 2016-2017 and 2017-2018.[223] Data from the YRBS indicates the proportion of adolescents in Ohio who have *ever* used heroin in their lifetime has decreased in the past decade, from 3.8% in 2003 to 2.0% in 2013.[224,225] Further, the proportion of adolescents using drugs through injection has remained relatively constant, from 2.3% in 2003 to 2.2% in 2013.[224,225]

*Other opioid-related harms in the Lake and Trumbull Counties.* While the total number of non-fatal overdoses is difficult to empirically quantify because many do not come to clinical attention, a study based on medical records of 9,940 insured individuals who received 3+ opioid prescriptions within 90 days for noncancer pain found that the rate of non-fatal to fatal overdoses was approximately 7 non-fatal overdoses for each fatal overdose.[226] Given that there were 86 fatal overdoses in Lake County and 110 in Trumbull County in 2017, I estimate that at least 602 individuals in Lake and 770 in Trumbull experienced at least one non-fatal overdose in 2017 (at least 1-2 individuals per day per county), a ratio that is likely to be similar in other years as well. This number of non-fatal overdoses

is a number that is certainly a conservative underestimate given that overdose has increased with the adulteration of the drug market with highly potent synthetic opioids.

Other harms due to opioids in Lake County and Trumbull County include the wide range of medical and psychiatric disorders that are concomitant as a result of opioid use. For example, excluding cases diagnosed in state correctional facilities, the incidences of acute Hepatitis B and C were 1.5 per 100,000 and 2.5 per 100,000, respectively, in Trumbull, with 3 new cases of Hepatitis B and 5 new cases of Hepatitis C in 2018.[227,228] In Lake County, the incidence of new cases of acute Hepatitis C was 1.3 per 100,000 in 2018, with 3 new cases. These in coupling with the array of other medical and psychiatric conditions that co-occur with opioid use disorder indicate a heavy burden to the community. Furthermore, there are other conditions that can be a consequence of opioid use including endocarditis, congenital syphilis, and others that render available estimates of the harms caused in Lake and Trumbull Counties by opioids an underestimate of the total harm.

### C.    Need for treatment in Lake and Trumbull Counties

There is need for treatment and recovery services for opioid use disorder across the country, with many communities struggling to scale up capacity and providers with sufficient training in order to meet demand.[229–232] Understanding the total needs for treatment in Lake and Trumbull Counties is another metric of the harm to communities for the continued opioid crisis. I provide some conservative estimates of the need for treatment in this section, as well as information on the needs of services for families and children. Of note, there are a range of current services that are provided in Lake and Trumbull Counties that aim to provide treatment services to individuals with OUD, including emergency services, inpatient and outpatient OUD recovery, peer support, MOUD, services for women and families, and neonatal care. These have been described to me in meetings with local city and county officials, including April Caraway and Lauren Thorp from Trumbull County Mental Health and Recovery Board, and Kim Fraser, who directs the ADAMHS Board in Lake County. The consensus among local officials and experts is that while the community provides services for those affected by OUD, they are insufficient because of the magnitude of the public health issue. This was also confirmed in reviewing documents produced in the litigation that overview the unmet need for families and communities. Thus, in this section I provide my estimate of the total treatment needs, and note that my discussion with local officials and experts indicate that these needs are insufficiently met by current treatment and service availability.

*Number of individuals with opioid use disorder.* I estimated the number of individuals with opioid use disorder (OUD) in the US, Ohio, Lake County, and Trumbull County in order to obtain an estimate of the number who should have access to services to treat OUD, under the assumption that any individual who has mild, moderate, or severe OUD may have significant symptoms of discomfort, withdrawal, and additional distressing and medically-serious symptoms upon reduction or discontinuation use, and thus should have accessible and available services in a medically supervised way through appropriate evidence-based treatment.  Of note, this estimate of OUD numbers is an underestimate of the total number of individuals who may need medically supervised resources to manage reduction or cessation of opioid use, including those who use opioids in medically-supervised settings who may have tolerance to medication and experience withdrawal upon cessation given that continued opioids use and reductions in use often require additional medical supervision and can be associated with morbidity and mortality even in the absence of meeting criteria for OUD.

Estimating the number of people with opioid use disorder is a challenge given that there is no systematic way to count this population. However, we can rely on a variety of data sources that

inform epidemiologically regarding the plausible range of dependent or regular opioid users in a given area. A well-accepted method in epidemiology for many years for estimating population sizes for difficult to count groups to use multiplier methods: divide the known rate of an outcome for the difficult to count group by the number of individuals in the population of interest with the outcome to estimate the size of the difficult to count group. For individuals with OUD, available systematic review and meta-analyses have estimated the overdose mortality rate of individuals who are ascertained as having OUD, in treatment for OUD, or otherwise can be reasonably assumed to experience OUD based on duration and extent of opioid use. The most recent meta-analysis was published in 2019 in JAMA Psychiatry,[233] among the most prestigious and high-impact journals in the field. This systematic review included 124 cohort studies that assessed mortality rates among "extramedical" opioid users (defined as "use of heroin or other illicitly manufactured opioids and the use of pharmaceutical opioids outside the bounds of a medical prescription"), including 56 that assessed drug overdose rates, and of those, including 6 studies that were conducted within the United States. The meta-analysis included samples of individuals with heterogeneous underlying inclusion criteria, including community-based studies of individuals using opioids, those in treatment for opioid use disorder (including residential treatment, methadone maintenance and other medications for opioid use disorder (MOUD)), and individuals utilizing other kinds of medical care for ongoing medical need related to opioid use. Note that among the studies included in the meta-analysis, there were no studies that specifically focused on mortality rates among those using opioids only as prescribed within medical supervision (see Appendix 5 of Larney et al.), although the inclusion criteria do not preclude individuals who used opioids in this way if they, for example, underwent detoxification or OUD treatment; thus it is important to underscore that the estimates of the size of the OUD populations in Lake and Trumbull may be undercounts of those who may have symptoms of OUD but have not been ascertained in the specific inclusion criteria of the meta-analysis. The common linkage was history of non-medical opioids use or dependent use of opioids. However, individuals who use opioids medically at high doses for sustained periods of time often develop painful withdrawal and craving during cessation of use,[234,235] which in many cases calls for increased services including opioid substitution therapy, as well as other opioid-related services as necessary.[236,237] The estimated overdose death rate, averaged across all studies, was 0.52 per 100 person-years, with a confidence interval from 0.46 to 0.59 per 100 person-years. When examined just among those studies conducted in the United States, the range of drug overdose death rates was comparable to the overall rate, ranging from 0.21 per 100 person-years to 0.61 per 100 person-years, thus estimation was done with the overall meta-analyzed drug overdose rate of 0.52 per 100 person-years. Given an event rate of 0.52 per 100 person-years, we can estimate the number of people who have OUD if we know the number of drug overdoses in a particular area, and divide that number by 0.52 per 100 person-years, to provide an estimate of the OUD population.

Note that Larney et al. examined the risk for all overdose deaths regardless of the drug that caused the overdose (the majority of the overdose deaths among individuals with OUD include opioids, but other drugs may cause or contribute to opioids when used contemporaneously);[238] thus, the rate of 0.52 per 100 person-years would include overdose deaths from opioids, as well as other drugs. To summarize, 0.52 per 100 person-years is the overall overdose death rate among those with OUD; thus, dividing the number of total overdose deaths (including but not limited to opioids) by 0.52 per 100 person-years, I obtain an estimate of the size of the population with OUD.

However, the application of the 0.52 per 100 person-years estimate needs to be adjusted for the increase in the death rate that occurred after fentanyl adulteration. The studies included in the Larney et al. study were published before the outbreak of fentanyl-induced deaths, so the estimated

CONFIDENTIAL

overdose death rate of 0.52 per 100 person-years is likely an underestimate of the total mortality risk among those with OUD. Therefore, it is appropriate to apply a correction to the estimate in Larney et al. Specifically, that the estimated overdose event rate from synthetic opioid use is approximately three times that of heroin based on available literature (the overdose rate due to heroin and synthetic non-methadone opioids increased by a factor of three from 2011 to 2015).[239,240] With the available evidence regarding the proportion of overdose deaths that are due to synthetic opioids versus other drugs, I applied a death rate three times higher than what is reported in Larney et al. for the proportion of cases that is attributable to synthetic opioids. Based on the CDC Wonder Multiple Cause of Death 1999-2019 database, in 2019 in Lake and Trumbull Counties respectively, approximately 78% and 81% of the overdose deaths were due to synthetic opioids (compared to, for example just 38% and 31% in 2015) based on publicly available vital statistics data.

In Lake County, the number of drug overdoses in 2019, the most recent year of available data, is 79, and an estimated 78% of those deaths are attributable to synthetic opioids. Thus, assuming a death rate of 0.52 per 100 person-years for 22% the underlying population of opioid users and a death rate of 1.56 among 78% of the underlying population individuals with OUD, I estimate that there are approximately 5,934 individuals who have OUD in Lake County, who may be in need of treatment services. Using the confidence interval provided by Larney et al. (2019), we can estimate a plausible range of the number of individuals who have OUD as 5,867 to 5,994. There are an estimated 230,149 people in Lake, thus this estimate indicates that the prevalence of OUD in Lake County is approximately 2.6%. In Trumbull County, the number of drug overdoses in 2019 is 103, and an estimated 81% of those deaths are attributable to synthetic opioids. Thus, assuming a death rate of 0.52 per 100 person-years for 19% the underlying population of opioid users and a death rate of 1.56 among 81% of the underlying population individuals with OUD, I estimate that there are approximately 7,560 individuals who have OUD in Trumbull County, who may be in need of treatment services. Using the confidence interval provided by Larney et al. (2019), we can estimate a plausible range of the number of individuals who have OUD as 7,487 to 7,624. There are an estimated 197,974 people in Trumbull; thus this estimate indicates that the prevalence of OUD in Trumbull County is approximately 3.8%.

It should be noted that even an estimate of 2-4% prevalence is likely an underestimate, given that Larney et al. reports on death rates among "extramedical" opioid users. In 2017, 61.4 opioid prescriptions were dispensed for every 100 people in Lake County and 80.4 opioid prescriptions were dispensed for every 100 people in Trumbull County based on IQVIA estimates provided by the CDC.[241] Even among those who are prescribed opioids who do not concurrently or subsequently use non-medically, credible reviews and meta-analyses suggest that approximately 8-12% of individuals who use opioid analgesic prescriptions for prolonged periods of time will develop moderate to severe opioid use disorder, and 21-29% will develop mild to severe disorders.[36] It is accepted epidemiologic practice to base projections on reasonable inferences from the data, especially where multiple data sources and analytic methods are employed.

*Number of individuals with opioid use disorder across time.* Based on the methodology above, I can estimate the total number and prevalence of opioid use disorder in the US, Ohio, Lake County and Trumbull County by year.  By way of summary, I used the death rate among individuals with OUD from the most recent meta-analysis of cohort studies in order to anchor my estimation the best available literature. This meta-analysis includes a number of cohorts that are based in the US and North America, and estimates are generalizable. I made an additional modification to the estimates in order to examine prevalence data across time, based on higher death rate from opioids that is commensurate with the adulteration of the opioid supply with high-potency synthetic opioids.

CONFIDENTIAL

Specifically, for each year, I estimated the proportion of overdose deaths in which synthetic opioids were listed as a contributing cause. I then weighted each year for the higher death rate from synthetic opioids that would be expected. That is, an individual using non-synthetic opioids has a lower risk of death given each use than an individual using high-potency synthetic opioids. The meta-analytic estimate provided by Larney et al. (2019) is based on cohorts prior to the introduction of high-potency synthetic opioids into the opioid supply, thus the death rate from opioids is likely lower in the meta-analysis than in recent years of opioid users.  Therefore, I adjusted each estimate for the death rates

| | US | | Ohio | | Lake County | | Trumbull County | |
|---|---|---|---|---|---|---|---|---|
| | N | Moving average | N | Moving average | N | Moving average | N | Moving average |
| 1999 | 2,990,919 | | 81,294 | | 1,923 | | 3,322 | |
| 2000 | 3,095,085 | | 96,669 | | 1,717 | | 2,747 | |
| 2001 | 3,386,189 | | 123,988 | | N/A | | 2,699 | |
| 2002 | 4,032,624 | 3,376,204 | 159,856 | 115,452 | 2,232 | 1,957 | 5,151 | 3,480 |
| 2003 | 4,502,448 | 3,754,087 | 132,898 | 128,353 | N/A | N/A | 3,606 | 3,551 |
| 2004 | 4,703,468 | 4,156,182 | 191,633 | 152,094 | 3,205 | 2,719 | 7,254 | 4,678 |
| 2005 | 5,111,092 | 4,587,408 | 205,570 | 172,489 | 3,813 | 3,083 | 5,802 | 5,453 |
| 2006 | 5,700,763 | 5,004,443 | 250,497 | 195,150 | 5,139 | 4,052 | 6,300 | 5,741 |
| 2007 | 6,177,370 | 5,423,173 | 268,219 | 228,980 | 5,229 | 4,347 | 11,302 | 7,665 |
| 2008 | 6,249,141 | 5,809,592 | 297,218 | 255,376 | 4,979 | 4,790 | 7,727 | 7,783 |
| 2009 | 6,236,336 | 6,090,903 | 208,502 | 256,109 | 2,868 | 4,554 | 5,229 | 7,640 |
| 2010 | 6,347,812 | 6,252,665 | 294,071 | 267,003 | 6,891 | 4,992 | 7,853 | 8,028 |
| 2011 | 7,093,750 | 6,481,760 | 335,544 | 283,834 | 8,289 | 5,757 | 9,947 | 7,689 |
| 2012 | 7,122,596 | 6,700,124 | 358,468 | 299,146 | 8,266 | 6,579 | 6,242 | 7,318 |
| 2013 | 7,412,955 | 6,994,278 | 395,749 | 345,958 | 7,928 | 7,844 | 7,254 | 7,824 |
| 2014 | 7,292,649 | 7,230,488 | 366,052 | 363,953 | 7,612 | 8,024 | 8,013 | 7,864 |
| 2015 | 7,406,957 | 7,308,789 | 365,606 | 371,469 | 5,682 | 7,372 | 11,159 | 8,167 |
| 2016 | 7,552,707 | 7,416,317 | 404,033 | 382,860 | 8,230 | 7,363 | 9,868 | 9,074 |
| 2017 | 7,415,786 | 7,417,025 | 412,734 | 387,106 | 7,803 | 7,332 | 11,572 | 10,153 |
| 2018 | 6,673,870 | 7,262,330 | 318,830 | 375,301 | 5,709 | 6,856 | 6,868 | 9,867 |
| 2019 | 6,654,789 | 7,074,288 | 332,317 | 366,979 | 5,934 | 6,919 | 7,560 | 8,967 |

Table 2. Estimated number of individuals with OUD in the US, Ohio, Lake County and Trumbull County

CONFIDENTIAL



Figure 12. Prevalence of opioid use disorder in the United States, Ohio, Lake County, and Trumbull County

of synthetic and non-synthetic opioids to provide a more accurate total estimate of the number of opioid users. Adjustments for death rates and extrapolation from meta-analyses to estimate population sizes is a common and well-accepted practice in simulation techniques, including many simulations of opioid use and overdose in US and other populations.[242] Thus, the present methodology is standard practice in my field, and this type of methodology, using available literature estimates to extrapolate to population sizes, is one that I have used in numerous studies that are published in peer-reviewed journals.[243–245] Using this methodology, Figure 12 provides my estimate of the prevalence of OUD in the US, Ohio, Lake County, and Trumbull County from 1999 through 2019. Table 2 provides the numbers of OUD cases, multiplying the prevalence by estimates of population size. Both Table 2 and Figure 12 show the estimate of the prevalence of OUD cases, and the moving averages, which were estimated by calculating the rolling average of rates over a period of 4 years. Based on the moving averages, cases in Lake County are estimated to range between 1,957 in 2004 to 8,024 in 2014 and cases in Trumbull County are estimated to range between 3,480 in 2002 to 10,153 in 2017.

Figure 13 below provides the distribution of my estimate of OUD cases in Lake and Trumbull Counties stratified by the proportion that I estimate are directly attributable to prescription opioids (opioid use disorder due to prescription opioids), and indirectly attributable to prescription opioids (opioid use disorder due to heroin, multiplied by the minimum estimate of the proportion of heroin OUD cases that initiated opioid use with prescription opioids) using the minimum estimate of the initiation of opioid use with non-medical prescription opioids based on analysis of NSDUH data described in Section I. This approach provides a conservative estimate of the indirect attribution of heroin use to prescription opioids.

## D. Consequences of opioid use, disorder, and overdose for children in Lake County and Trumbull County



Figure 13. Number of individuals with opioid use disorder overall, directly attributable to prescription opioids, and indirectly attributable to prescription opioids

We estimated the burden of harm for Lake County and Trumbull County. US Census estimates that the population size of Lake County is 230,149 individuals as of 2019.[246] Approximately 19.7% of the population is under 18, thus there are approximately 45,339 children. US Census estimates that the population size of Trumbull County is 197,974 individuals as of 2019.[246] Approximately 20.3% of the population is under 18; thus

CONFIDENTIAL

there are approximately 40,189 children Available evidence suggests that a significant number of children have, and will, experience substantial harm.

Given that I estimated that 5,934 individuals in Lake County and 7,560 individuals in Trumbull County experience mild to severe OUD, there are likely serious consequences of opioid use to children in these counties. While it is unknown what proportion of Lake and Trumbull County opioid users are parents, planning for public health would suggest that administrators should be inclusive when estimating burden. Census data indicates that approximately 60% of Lake residents and 58% of Trumbull residents are between 18-64, a reasonable range for individuals parenting dependents 0-17 years old, thus, if 60% of the 5,934 individuals in Lake and 58% of the 7,560 individuals in Trumbull are parents of at least one child, then an upper bound estimate is that approximately 3,560 children in Lake County and 4,385 children in Trumbull County are potentially exposed to parental opioid use during development.[247] In terms of consequences to developing fetuses and neonates, available data from Lake County and Trumbull County suggests a substantial burden of NAS in both counties, as detailed in Table 1.

Children in Lake County and Trumbull County are expected to experience a large burden of psychiatric disorders and learning disorders throughout pre-school and school-age developmental periods due to in utero exposure to opioids as well as parental opioid use during development. Available estimates indicate that rates of psychiatric and learning disorders are approximately 2-3 times higher among children who experience parental drug use and parental separation or death, with ADHD, depression/anxiety, and PTSD among the leading disorders of children associated with parental drug use. The table below provides the US estimates[248] of any child mood disorder (including major depression, dysthymia, and bipolar), any anxiety disorder (including agoraphobia, generalized anxiety disorder, social phobia, specific phobia, panic disorder, post-traumatic stress disorder, and separation anxiety disorder), attention deficit hyperactivity disorder (ADHD), substance use disorder (including alcohol abuse/dependence and drug abuse/dependence), and any learning disability (based on a general population survey of parents querying whether a doctor, health professional, or school official ever told a parents that their child has a 'learning disability').[249] Given that the literature review conducted above indicates that in general, children who experience parental substance use have rates of disorders that are 2x to 3x times higher than other children, and that I estimate an upper bound for the number of children exposed to parental opioid use in Lake County of 3,560 and Trumbull County of 4,385, Table 3 provides the estimated number of children in each county who should be provided counseling, psychiatric and learning services during school age.

| Table 3. Approximate number of children in Lake County and Trumbull County in need of psychiatric and other services to manage symptoms | | | | |
|---|---|---|---|---|
| | Prevalence in the general population[248] | Estimated prevalence among children exposed to parental drug use (2x to 3x higher risk) | Number of children in Lake County potentially needing psychiatric or other services to manage symptoms due to parental opioid | Number of children in Trumbull County potentially needing psychiatric or other services to manage symptoms due |

| | | | use | to parental opioid use |
|---|---|---|---|---|
| Any mood disorder | 14.3% | 28.6 to 42.9% | 1,018 to 1,527 | 1,254 to 1,881 |
| Any anxiety disorder | 31.9% | 63.8 to 95.7% | 2,271 to 3,407 | 2,798 to 4,196 |
| ADHD | 8.7% | 17.4 to 26.1% | 619 to 929 | 763 to 1,144 |
| Any substance use disorder | 11.4% | 22.8 to 34.2% | 811 to 1,218 | 1,000 to 1,500 |
| Learning disability | 9.7% | 19.4 to 29.1% | 691 to 1,036 | 851 to 1,276 |

In summary, due to the high burden of opioid use, opioid use disorder, and the sequelae of these disorders for families and children, there is a high burden of need in Lake County and Trumbull County at each point in development. Pregnant women require evidence-based prenatal care including medication for opioid use disorder as needed; neonates require monitoring for congenital abnormalities, neonatal withdrawal, and growth and weight restriction; developing children need support for potential parental death, incarceration, abuse and neglect, as well as psychiatric disorders and learning problems as a result of parental substance use.

These estimates were supported in interviews with local officials in Lake and Trumbull Counties, including April Caraway and Lauren Thorp from the Trumbull County Mental Health and Recovery Board, and Kim Fraser, who directs the ADAMHS Board in Lake County. They confirmed that families are in need of additional support services throughout the counties, and that the children of individuals with opioid use disorders remain in need of extensive supports. This was also confirmed in reviewing documents produced to me in the litigation. For example, the executive director of the Children's Service for Trumbull County noted that in 2017, the number of children in care in Trumbull county increased "at an alarming rate of 11%" from 2016 to 2017, and increase that he attributes to parents with untreated opioid use disorder.[250]

### E. Quantifying the proportion of opioid death that is attributable to prescription opioids.

Given that approximately 70-80% of individuals who use opioids will first use prescription opioids before other drugs such as heroin, and that the preponderance of evidence support the conclusion that prescription opioid use is causally associated with heroin and other opioid use, it is reasonable to conclude that a substantial proportion of heroin and other opioid deaths in the United States, and in Lake and Trumbull Counties, are attributable to prescription opioid use. That is, prescription opioid distribution and the first wave of the opioid epidemic set the stage for all that has followed, and the evidence indicates that had the prescription opioid epidemic not occurred, there would be no heroin and high-potency synthetic overdose crisis. I designate between deaths that are directly attributable to prescription opioids, which include those for which prescription opioids were listed as a contributing factor on the death certificate. Deaths indirectly attributable to prescription opioids include opioid deaths for which prescription opioids were not listed on the death certificate, but that we can conservatively estimate can be attributed to the initiation of opioid use with prescription opioids.

Indeed, using the estimates that I derived from existing studies to estimate the total proportion of regular and dependent opioid users in Lake County and Trumbull County, I can

provide a conservative estimate of the extent to which these cases are directly attributable to prescription opioids (prescription opioid listed as a contributing factor) as well as indirectly attributable to prescription opioids (prescription opioids not listed as a contributing factor to the death, but the death remains attributable based on the estimate that opioid use most often begins with prescription opioids).  The causal attribution of these cases to an initial set of causes and conditions follows the epidemiological standard of component causes theories, articulated by both Rothman and others in well-accepted epidemiological textbooks,[251] including my own.[11,252] A factor is a component cause if it is a necessary but insufficient cause of at least some cases of the outcome, in this case regular or dependent use of opioids. That is, among those who are currently using a non-prescription opioid such as heroin, prescription opioids are a component cause if among some of those individuals, the heroin use would not have occurred without the initial use of prescription opioids.

First, the proportion of individuals with opioid use disorder that are directly attributable to prescription opioids in each year can be estimated by applying the annual ratio of prescription opioid use disorder to total opioid use disorder based on NSDUH data.  Specifically, this ratio is calculated using rates of prescription opioid use disorder and heroin use disorder for Ohio (NSDUH restricted-use data analysis system [RDAS]), the 10.4% overlap of heroin use disorder and prescription opioid use disorder (NSDUH RDAS), and the populations of Lake County and Trumbull County (CDC Wonder). Second, for those cases that are not directly attributable to prescription opioids, I estimate that a substantial proportion remain attributable to prescription opioids. Indeed, available literature reliably indicates that 70-80% of individuals who use heroin and other opioids also used prescription opioids prior to the start of heroin and other opioid use. In



Figure 14. Number of deaths attributable to opioids overall, directly attributable to prescription opioids, and indirectly attributable to prescription opioids

providing an estimate for the proportion of OUD and opioid deaths indirectly attributable to prescription opioids, I selected the most conservative approach that would provide the lower bound of the proportion that can be attributed to prescription opioids. To do so, I used the percentage of respondents reporting lifetime heroin use who first used prescription drugs before or at the same age as first use of heroin, and averaged this across NSDUH years with available data (2008-2014). The coding follows that of the Cerda et al. 2015 paper, "Nonmedical Prescription Opioid Use in Childhood and Early Adolescence Predicts Transitions to Heroin Use in Young Adulthood: A National Study."[169] However, this methodology provides a conservative estimates compared to the existing literature, for several reasons. First, as discussed throughout this report, the NSDUH is primarily a household sample and does not include individuals who are incarcerated or in other institutional settings, and under-represents heroin and other drug users. Indeed, as noted in other sections of this report, the estimate of individuals with OUD is substantially under-estimated in the NSDUH data, and as such, the reports of non-medical prescription opioid use are likely under-reports as well. Second, the NSDUH data that I analyzed asked survey respondents specifically about their history of non-medical prescription opioid use,

CONFIDENTIAL

thus under-counting initiation with prescription opioids obtained in a medical setting. Thus, estimating the proportion of non-medical prescription opioid use that preceded heroin use among NSDUH respondents provides the most conservative, or minimum-bound, approach to estimating the proportion of OUD cases and deaths for which prescription opioids were not listed as a contributing factor that are indirectly attributable to prescription opioids in Ohio and Lake and Trumbull Counties. Using this methodology, I estimated the proportion of heroin users who report non-medical prescription opioid use at an age equal to or prior to the age in which they began using heroin. Across years, this prevalence estimate ranged from 45.5 in 2006 to 62.8 in 2014. Averaging across those years, a minimum of 53.4% of opioid use disorder cases and deaths in Lake County and Trumbull County are indirectly attributable to prescription opioids, averaged across years from 2006 to 2014. Figure 14 provides the number of individuals with opioid use disorder that I estimate to due directly to prescription opioids, indirectly due to prescription opioids, and the total attributable to prescription opioids. The average of 53.4% is lower than the broader literature estimate that 70-80% of individuals who use heroin and other illicit opioids begin with prescription opioids; this is expected, given the undercounting of these cases in the NSDUH data, thus the two estimates are quite comparable – at minimum, more than half of heroin OUD cases and deaths are attributable to prescription opioids, and the broader literature supports that had all heroin and other illicit opioid cases been sampled, the true proportion is close to three quarters.

Using the same methodology outlined above, I can estimate the minimum of the total number of deaths from opioid overdose in Lake County and Trumbull County that are directly and indirectly due to prescription opioids, as well as deaths due to non-prescription opioids. Opioid overdose deaths for which a prescription opioid was listed on the death certificate as a contributing cause are deemed directly due to prescription opioids.  Among other deaths, I estimate that a minimum of 53.4% of deaths are indirectly due to prescription opioids, given the NSDUH data estimates of the proportion of non-prescription opioid use disorder for which prescription opioids were a preceding substance use. Therefore, Figure 14 provides the total number of opioid overdose deaths in Lake County and Trumbull County for each year from 2006 through 2019, with the number directly attributable and minimum number indirectly attributable to prescription opioids.

***Summary***. Both Lake and Trumbull County experienced a high burden as result of the opioid epidemic. This is evident through examination of drug poisoning deaths, including prescription opioids, heroin, and synthetic opioids. There remains a substantial burden of unmet treatment need in Lake and Trumbull Counties, and a high prevalence of opioid use disorder. The collateral damage of the opioid epidemic is experienced throughout Lake and Trumbull Counties, including by children and families of those affected by overdose, who have higher rates of psychiatric disorders and other detrimental health outcomes.

Executed on:   April 16, 2021

Katherine Keyes

CONFIDENTIAL

## References

1.  Negussie Y, Geller. Getting to Zero Alcohol-Impaired Driving Fatalities: A Comprehensive Approach to a Persistent Problem. Negussie Y, Geller A, Teutsch SM, eds. Published online January 2018. doi:10.17226/24951

2.  Wilson N, Kariisa M, Seth P, Smith H, Davis NL. Drug and Opioid-Involved Overdose Deaths — United States, 2017–2018. *MMWR Morb Mortal Wkly Rep.* 2020;69(11):290-297. doi:10.15585/mmwr.mm6911a4

3.  Hedegaard H, Warner M, Miniño AM. *Drug Overdose Deaths in the United States, 1999–2015.*; 2017.

4.  Rudd RA, Aleshire N, Zibbell JE, Matthew Gladden R. Increases in Drug and Opioid Overdose Deaths - United States, 2000-2014. *Am J Transplant.* 2016;16(4):1323-1327. doi:10.1111/ajt.13776

5.  Centers for Disease Control and Prevention. Wide-ranging online data for epidemiologic research (WONDER) data: Multiple cause of death data for years 1999-2019. Published online 2020.  Available at http://wonder.cdc.gov.

6.  Ahmad F, Rossen L, Sutton P. Provisional drug overdose death counts. *Natl Cent Heal Stat.* Published online 2020.

7.  Centers for Disease Control and Prevention. Opioid overdose - commonly used terms. Published online 2019.

8.  Hughes A, Williams M, Lipari RN, Bose J, Copello EAP, Kroutil LA. Prescription Drug Use and Misuse in the United States: Results from the 2015 National Survey on Drug Use and Health. *NSDUH Data Rev.* Published online 2016.

9.  American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, 4th ed. Text Revision (DSM-IV-TR). Published online 2000.

10. Slavova S, O'Brien DB, Creppage K, et al. Drug Overdose Deaths: Let's Get Specific. *Public Health Rep.* 2015;130(4):339-342. doi:10.1177/003335491513000411

11. Keyes KM, Galea S. *Epidemiology Matters: A New Introduction to Methodological Foundations.* Oxford University Press; 2014.

12. Hill AB. The environment and disease: Association or causation? *Proc R Soc Med.* 1965;58(5):295-300.

13. Shimonovich M, Pearce A, Thomson H, Keyes K, Katikireddi SV. Assessing causality in epidemiology: revisiting Bradford Hill to incorporate developments in causal thinking. *Eur J Epidemiol.* Published online December 2020. doi:10.1007/s10654-020-00703-7

14. Callaham ML, Baxt WG, Waeckerle JF, Wears RL. Reliability of editors' subjective quality ratings of peer reviews of manuscripts. *JAMA.* 1998;280(3):229-231.

15. DeVito NJ, Goldacre B. Catalogue of bias: publication bias. *BMJ Evidence-Based Med.* Published online December 2018. doi:10.1136/bmjebm-2018-111107

16. Goldacre B, Drysdale H, Marston C, et al. COMPare: Qualitative analysis of researchers' responses to critical correspondence on a cohort of 58 misreported trials. *Trials.* 2019;20(1):124. doi:10.1186/s13063-019-3172-3

17. Fontanarosa P, Bauchner H. Conflict of Interest and Medical Journals. *JAMA.* 2017;317(17):1768-1771. doi:10.1001/jama.2017.4563

18. Ahn R, Woodbridge A, Abraham A, et al. Financial ties of principal investigators and randomized controlled trial outcomes: cross sectional study. *BMJ.* 2017;356:i6770. doi:10.1136/bmj.i6770

19. Paulozzi LJ, Baldwin GT, Franklin GM, et al. CDC Grand Rounds: Prescription Drug

Overdoses—a U.S. Epidemic. *Morb Mortal Wkly Rep.* 2012;61(01):10-13.

20.   US Department of Justice; Drug Enforcement Administration. Automation of Reports and Consolidated Orders System (ARCOS).

21.   Dart RC, Surratt HL, Cicero TJ, et al. Trends in Opioid Analgesic Abuse and Mortality in the United States. *N Engl J Med.* 2015;372(3):241-248. doi:10.1056/NEJMsa1406143

22.   Volkow ND. *America's Addiction to Opioids: Heroin and Prescription Drug Abuse.*; 2014.

23.   Van Zee A. The promotion and marketing of OxyContin: Commercial triumph, public health tragedy. *Am J Public Health.* 2009;99(2):221-227. doi:10.2105/AJPH.2007.131714

24.   Fickweiler F, Fickweiler W, Urbach E. Interactions between physicians and the pharmaceutical industry generally and sales representatives specifically and their association with physicians' attitudes and prescribing habits: a systematic review. *BMJ Open.* 2017;7(9):e016408. doi:10.1136/bmjopen-2017-016408

25.   DeJong C, Aguilar T, Tseng C-W, Lin GA, Boscardin WJ, Dudley RA. Pharmaceutical Industry–Sponsored Meals and Physician Prescribing Patterns for Medicare Beneficiaries. *JAMA Intern Med.* 2016;176(8):1114-1122. doi:10.1001/jamainternmed.2016.2765

26.   Hadland SE, Cerda M, Li Y, Krieger MS, Marshall BDL. Association of pharmaceutical industry marketing of opioid products to physicians with subsequent opioid prescribing. *JAMA Intern Med.* 2018;178(6):861-863. doi:10.1001/jamainternmed.2018.1999

27.   Hadland SE, Krieger MS, Marshall BDL. Industry payments to physicians for opioid products, 2013–2015. *Am J Public Health.* 2017;107(9):1493-1495. doi:10.2105/AJPH.2017.303982

28.   Hadland SE, Rivera-Aguirre A, Marshall BDL, Cerdá M. Association of pharmaceutical industry marketing of opioid products with mortality from opioid-related overdoses. *JAMA Netw Open.* 2019;2(1):e186007-e186007. doi:10.1001/jamanetworkopen.2018.6007

29.   Schieber LZ, Guy GPJ, Seth P, et al. Trends and patterns of geographic variation in opioid prescribing practices by state, United States, 2006-2017. *JAMA Netw Open.* 2019;2(3):e190665. doi:10.1001/jamanetworkopen.2019.0665

30.   Porter J, Jick H. Addiction rare in patients treated with narcotics. *N Engl J Med.* 1980;302(2):123.

31.   ASPPH Task Force on Public Health Initiatives to Address the Opioid Crisis. Bringing science to bear on opioids: report and recommendations from the ASPPH task force on public health initiatives to address the opioid crisis. Published online 2019.

32.   Evans P. Narcotic addiction in patients with chronic pain. *Anaesthesia.* 1981;36(6):597-602.

33.   Maruta T, Swanson DW, Finlayson RE. Drug abuse and dependency in patients with chronic pain. *Mayo Clin Proc.* 1979;54(4):241-244.

34.   Bouckoms AJ, Masand P, Murray GB, Cassem EH, Stern TA, Tesar GE. Chronic nonmalignant pain treated with long-term oral narcotic analgesics. *Ann Clin Psychiatry.* 1992;4(3):185-192. doi:10.3109/10401239209149570

35.   Manchikanti L, Pampati V, Damron KS, Beyer CD, Barnhill RC, Fellows B. Prevalence of prescription drug abuse and dependency in patients with chronic pain  in western Kentucky. *J Ky Med Assoc.* 2003;101(11):511-517.

36.   Vowles KE, McEntee ML, Julnes PS, Frohe T, Ney JP, van der Goes DN. Rates of opioid misuse, abuse, and addiction in chronic pain: a systematic review and data synthesis. *Pain.* 2015;156(4).

37.   Meltzer EC, Rybin D, Saitz R, et al. Identifying prescription opioid use disorder in primary care: diagnostic characteristics of the Current Opioid Misuse Measure (COMM). *Pain.* 2011;152(2):397-402. doi:10.1016/j.pain.2010.11.006

38.    Substance Abuse and Mental Health Services Administration. *Impact of the DSM-IV to DSM-5 Changes on the National Survey on Drug Use and Health*. Substance Abuse and Mental Health Services Administration; 2016.

39.    Jamison RN, Butler SF, Budman SH, Edwards RR, Wasan AD. Gender Differences in Risk Factors for Aberrant Prescription Opioid Use. *J Pain*. 2010;11(4):312-320. doi:https://doi.org/10.1016/j.jpain.2009.07.016

40.    Edlund M, Sullivan M, Steffick D, Harris K, Wells K. Do users of regularly prescribed opioids have higher rates of substance use problems than nonusers? *Pain Med*. 2007;8(8):647-656. doi:10.1111/j.1526-4637.2006.00200.x

41.    Cowan D, Wilson-Barnett J, Griffiths P, Allan L. A survey of chronic noncancer pain patients prescribed opioid analgesics. *Pain Med*. 2003;4(4):340-351.

42.    Schneider J, Kirsh K. Defining clinical issues around tolerance, hyperalgesia, and addiction: a quantitative and qualitative outcome study of long-term opioid dosing in a chronic pain practice. *J Opioid Manag*. 2010;6(6):385-395.

43.    Association of Schools and Programs of Public Health. Bringing science to bear on opioids: report and recommendations from the ASPPH task force on public health initiatives to address the opioid crisis. Published online 2019.

44.    Fishbain D, Cole B, Lewis J, Rosomoff H, Rosomoff R. What percentage of chronic nonmalignant pain patients exposed to chronic opioid analgesic therapy develop abuse/addiction and/or aberrant drug-related behaviors? A structured evidence-based review. *Pain Med*. 2008;9(4):444-459. doi:10.1111/j.1526-4637.2007.00370.x

45.    Turner JA, Calsyn DA, Fordyce WE, Ready LB. Drug utilization patterns in chronic pain patients. *Pain*. 1982;12(4):357-363. doi:10.1016/0304-3959(82)90180-4

46.    Katon W, Egan K, Miller D. Chronic pain: lifetime psychiatric diagnoses and family history. *Am J Psychiatry*. 1985;142(10):1156-1160. doi:10.1176/ajp.142.10.1156

47.    Fishbain DA, Rosomoff HL, Rosomoff RS. Drug abuse, dependence, and addiction in chronic pain patients. *Clin J Pain*. Published online 1992. doi:10.1097/00002508-199206000-00003

48.    Højsted J, Sjøgren P. Addiction to opioids in chronic pain patients: a literature review. *Eur J Pain*. 2007;11(5):490-518. doi:10.1016/j.ejpain.2006.08.004

49.    Noble M, Treadwell JR, Tregear SJ, et al. Long-term opioid management for chronic noncancer pain. *Cochrane Database Syst Rev*. 2010;(1). doi:10.1002/14651858.CD006605.pub2

50.    Portenoy RK, Farrar JT, Backonja M-M, et al. Long-term use of controlled-release oxycodone for noncancer pain: results of a 3-year registry study. *Clin J Pain*. 2007;23(4):287-299. doi:10.1097/AJP.0b013e31802b582f

51.    Anderson VC, Burchiel KJ. A prospective study of long-term intrathecal morphine in the management of chronic nonmalignant pain. *Neurosurgery*. 1999;44(2):281-289.

52.    Minozzi S, Amato L, Davoli M. Development of dependence following treatment with opioid analgesics for pain relief: A systematic review. *Addiction*. 2013;108(4):688-698. doi:10.1111/j.1360-0443.2012.04005.x

53.    Martell BA, O'Connor PG, Kerns RD, et al. Systematic review: Opioid treatment for chronic back pain: Prevalence, efficacy, and association with addiction. *Ann Intern Med*. Published online 2007. doi:10.7326/0003-4819-146-2-200701160-00006

54.    Higgins C, Smith BH, Matthews K. Incidence of iatrogenic opioid dependence or abuse in patients with pain who were exposed to opioid analgesic therapy: a systematic review and meta-analysis. *Br J Anaesth*. 2018;120(6):1335-1344. doi:10.1016/j.bja.2018.03.009

55.    Dersh J, Mayer TG, Gatchel RJ, Polatin PB, Theodore BR, Mayer EAK. Prescription opioid

dependence is associated with poorer outcomes in disabling spinal disorders. *Spine (Phila Pa 1976)*. 2008;33(20):2219-2227. doi:10.1097/BRS.0b013e31818096d1

56. Adams EH, Breiner S, Cicero TJ, et al. A comparison of the abuse liability of tramadol, NSAIDs, and hydrocodone in patients with chronic pain. *J Pain Symptom Manage*. 2006;31(5):465-476. doi:10.1016/j.jpainsymman.2005.10.006

57. Cowan DT, Allan L, Griffiths P. A pilot study into the problematic use of opioid analgesics in chronic non-cancer pain patients. *Int J Nurs Stud*. 2002;39(1):59-69. doi:10.1016/s0020-7489(01)00003-7

58. Edlund MJ, Martin BC, Russo JE, DeVries A, Braden JB, Sullivan MD. The role of opioid prescription in incident opioid abuse and dependence among individuals with chronic noncancer pain: the role of opioid prescription. *Clin J Pain*. 2014;30(7).

59. Cepeda MS, Fife D, Ma Q, Ryan PB. Comparison of the risks of opioid abuse or dependence between tapentadol and oxycodone: results from a cohort study. *J Pain*. 2013;14(10):1227-1241. doi:10.1016/j.jpain.2013.05.010

60. Lagisetty P, Garpestad C, Larkin A, et al. Identifying individuals with opioid use disorder: Validity of International Classification of Diseases diagnostic codes for opioid use, dependence and abuse. *Drug Alcohol Depend*. 2021;221:108583. doi:10.1016/j.drugalcdep.2021.108583

61. Yang H, Pasalic E, Rock P, Davis JW, Nechuta S, Zhang Y. Interrupted time series analysis to evaluate the performance of drug overdose morbidity indicators shows discontinuities across the ICD-9-CM to ICD-10-CM transition. *Inj Prev*. 2021;27(S1):i35-i41. doi:10.1136/injuryprev-2019-043522

62. Edlund MJ, Martin BC, Russo JE, DeVries A, Braden JB, Sullivan MD. The Role of Opioid Prescription in Incident Opioid Abuse and Dependence Among Individuals With Chronic Noncancer Pain: The Role of Opioid Prescription. *Clin J Pain*. 2014;30(7).

63. Boscarino JA, Hoffman SN, Han JJ. Opioid-use disorder among patients on long-term opioid therapy: impact of final DSM-5 diagnostic criteria on prevalence and correlates. *Subst Abuse Rehabil*. 2015;6:83-91. doi:10.2147/SAR.S85667

64. Papadomanolakis-Pakis N, Moore KM, Peng Y, Gomes T. Prescription opioid characteristics at initiation for non-cancer pain and risk of treated opioid use disorder: A population-based study. *Drug Alcohol Depend*. 2021;221:108601. doi:10.1016/j.drugalcdep.2021.108601

65. Fleming MF, Balousek SL, Klessig CL, Mundt MP, Brown DD. Substance Use Disorders in a Primary Care Sample Receiving Daily Opioid Therapy. *J Pain*. 2007;8(7):573-582. doi:10.1016/j.jpain.2007.02.432

66. Butler SF, Budman SH, Fernandez K, Jamison RN. Validation of a screener and opioid assessment measure for patients with chronic pain. *Pain*. 2004;112(1-2):65-75. doi:10.1016/j.pain.2004.07.026

67. Katz NP, Sherburne S, Beach M, et al. Behavioral monitoring and urine toxicology testing in patients receiving long-term opioid therapy. *Anesth Analg*. 2003;97(4):1097-1102.

68. Mikosz CA, Zhang K, Haegerich T, et al. Indication-specific opioid prescribing for US patients with Medicaid or private insurance, 2017. *JAMA Netw Open*. 2020;3(5):e204514-e204514. doi:10.1001/jamanetworkopen.2020.4514

69. O'Brien C. Addiction and dependence in DSM-V. *Addiction*. 2011;106(5):866-867. doi:10.1111/j.1360-0443.2010.03144.x

70. Cosgrove L, Krimsky S. A comparison of DSM-IV and DSM-5 panel members' financial associations with industry: A pernicious problem persists. *PLOS Med*. 2012;9(3):e1001190.

71. Keyes KM, Geier T, Grant BF, Hasin DS. Influence of a drinking quantity and frequency

measure on the prevalence and demographic correlates of DSM-IV alcohol dependence. *Alcohol Clin Exp Res.* 2009;33(5):761-771. doi:10.1111/j.1530-0277.2009.00894.x

72. Keyes KM, Hasin DS. Socio-economic status and problem alcohol use: the positive relationship between income and the DSM-IV alcohol abuse diagnosis. *Addiction.* 2008;103(7):1120-1130. doi:10.1111/j.1360-0443.2008.02218.x

73. Hasin DS, Keyes KM, Alderson D, Wang S, Aharonovich E, Grant BF. Cannabis withdrawal in the United States: Results from NESARC. *J Clin Psychiatry.* 2008;69(9):1354-1363.

74. Keyes KM, Krueger RF, Grant BF, Hasin DS. Alcohol craving and the dimensionality of alcohol disorders. *Psychol Med.* 2011;41(3):629-640. doi:10.1017/S003329171000053X

75. Shmulewitz D, Keyes K, Beseler C, et al. The dimensionality of alcohol use disorders: Results from Israel. *Drug Alcohol Depend.* 2010;111(1-2). doi:10.1016/j.drugalcdep.2010.04.002

76. Shmulewitz D, Keyes KM, Wall MM, et al. Nicotine dependence, abuse and craving: dimensionality in an Israeli sample. *Addiction.* 2011;106(9):1675-1686. doi:10.1111/j.1360-0443.2011.03484.x

77. Hasin DS, O'Brien CP, Auriacombe M, et al. DSM-5 criteria for substance use disorders: Recommendations and rationale. *Am J Psychiatry.* 2013;170(8):834-851. doi:10.1176/appi.ajp.2013.12060782

78. Bartels K, Mayes L, Dingmann C, Bullard K, Hopfer C, Binswanger IA. Opioid use and storage patterns by patients after hospital discharge following surgery. *PLoS One.* 2016;11(1):e0147972.

79. Maughan BC, Hersh E V, Shofer FS, et al. Unused opioid analgesics and drug disposal following outpatient dental surgery: a randomized controlled trial. *Drug Alcohol Depend.* 2016;168:328-334. doi:10.1016/j.drugalcdep.2016.08.016

80. Hill M, McMahon M, Stucke R, Barth R. Wide variation and excessive dosage of opioid prescription for common general surgical procedures. *Ann Surg.* 2017;265(4):709-714.

81. McDonald EM, Kennedy-Hendricks A, McGinty EE, Shields WC, Barry CL, Gielen AC. Safe storage of opioid pain relievers among adults living in households with children. *Pediatrics.* 2017;139(3):e20162161. doi:10.1542/peds.2016-2161

82. Lipari RN, Hughes A. How poeple obtain the prescription pain relievers they misuse. *CBHSQ Rep.* Published online 2017.

83. Inciardi JA, Surratt HL, Cicero TJ, Kurtz SP, Martin SS, Parrino MW. The "black box" of prescription drug diversion. *J Addict Dis.* 2009;28(4):332-347. doi:10.1080/10550880903182986

84. McCabe SE, Boyd CJ. Sources of prescription drugs for illicit use. *Addict Behav.* 2005;30(7):1342-1350. doi:10.1016/j.addbeh.2005.01.012

85. Boyd CJ, McCabe SE, Cranford JA, Young A. Prescription drug abuse and diversion among adolescents in a southeast Michigan school district. *Arch Pediatr Adolesc Med.* 2007;161(3):276-281. doi:10.1001/archpedi.161.3.276

86. Khan NF, Bateman BT, Landon JE, Gagne JJ. Association of opioid overdose with opioid prescriptions to family members. *JAMA Intern Med.* 2019;179(9):1186-1192. doi:10.1001/jamainternmed.2019.1064

87. Shei A, Rice JB, Kirson NY, et al. Sources of prescription opioids among diagnosed opioid abusers. *Curr Med Res Opin.* 2015;31(4):779-784. doi:10.1185/03007995.2015.1016607

88. Cicero TJ, Kurtz SP, Surratt HL, et al. Multiple Determinants of Specific Modes of Prescription Opioid Diversion. *J Drug Issues.* 2011;41(2):283-304.

89. Inciardi JA, Surratt HL, Cicero TJ, Beard RA. Prescription opioid abuse and diversion in an urban community: the results of an ultra-rapid assessment. *Pain Med.* 2009;10(3):537-548.

doi:10.1111/j.1526-4637.2009.00603.x

90.  Yang Z, Wilsey B, Bohm M, et al. Defining risk of prescription opioid overdose: pharmacy shopping and overlapping prescriptions among long-term opioid users in medicaid. *J Pain*. 2015;16(5):445-453. doi:10.1016/j.jpain.2015.01.475

91.  McDonald DC, Carlson KE. Estimating the prevalence of opioid diversion by "doctor shoppers" in the United States. *PLoS One*. 2013;8(7):e69241-e69241. doi:10.1371/journal.pone.0069241

92.  McDonald DC, Carlson KE. The ecology of prescription opioid abuse in the USA: geographic variation in patients' use of multiple prescribers ("doctor shopping"). *Pharmacoepidemiol Drug Saf*. 2014;23(12):1258-1267. doi:10.1002/pds.3690

93.  Cepeda MS, Fife D, Chow W, Mastrogiovanni G, Henderson SC. Opioid shopping behavior: how often, how soon, which drugs, and what payment method. *J Clin Pharmacol*. 2013;53(1):112-117. doi:10.1177/0091270012436561

94.  Gwira Baumblatt JA, Wiedeman C, Dunn JR, Schaffner W, Paulozzi LJ, Jones TF. High-risk use by patients prescribed opioids for pain and its role in overdose deaths. *JAMA Intern Med*. 2014;174(5):796-801. doi:10.1001/jamainternmed.2013.12711

95.  Cerda M, Ponicki W, Smith N, et al. Measuring relationships between proactive reporting state-level prescription drug monitoring programs and county-level fatal prescription opioid overdoses. *Epidemiology*. Published online October 2019. doi:10.1097/EDE.0000000000001123

96.  Smith N, Martins SS, Kim J, et al. A typology of prescription drug monitoring programs: a latent transition analysis of the evolution of programs from 1999 to 2016. *Addiction*. 2019;114(2):248-258. doi:10.1111/add.14440

97.  Fink DS, Schleimer JP, Sarvet A, et al. Association between prescription drug monitoring programs and nonfatal and fatal drug overdoses: a systematic review. *Ann Intern Med*. 2018;168(11):783-790. doi:10.7326/M17-3074

98.  Strickler GK, Zhang K, Halpin JF, Bohnert ASB, Baldwin GT, Kreiner PW. Effects of mandatory prescription drug monitoring program (PDMP) use laws on prescriber registration and use and on risky prescribing. *Drug Alcohol Depend*. 2019;199:1-9. doi:https://doi.org/10.1016/j.drugalcdep.2019.02.010

99.  Guy Jr. GP, Zhang K. Opioid prescribing by specialty and volume in the U.S. *Am J Prev Med*. 2018;55(5):e153-e155. doi:10.1016/j.amepre.2018.06.008

100. Guy Jr GP, Zhang K, Schieber LZ, Young R, Dowell D. County-level opioid prescribing in the United States, 2015 and 2017. *JAMA Intern Med*. 2019;179(4):574-576. doi:10.1001/jamainternmed.2018.6989

101. Rutkow L, Vernick JS, Alexander GC. More states should regulate pain management clinics to promote public health. *Am J Public Health*. 2017;107(2):240-243. doi:10.2105/AJPH.2016.303568

102. Chang H-Y, Murimi I, Faul M, Rutkow L, Alexander GC. Impact of Florida's prescription drug monitoring program and pill mill law on high-risk patients: a comparative interrupted time series analysis. *Pharmacoepidemiol Drug Saf*. 2018;27(4):422-429. doi:10.1002/pds.4404

103. Rutkow L, Smith KC, Lai AY, Vernick JS, Davis CS, Alexander GC. Prescription drug monitoring program design and function: a qualitative analysis. *Drug Alcohol Depend*. 2017;180:395-400. doi:https://doi.org/10.1016/j.drugalcdep.2017.08.040

104. Martins SS, Ponicki W, Smith N, et al. Prescription drug monitoring programs operational characteristics and fatal heroin poisoning. *Int J Drug Policy*. 2019;74:174-180. doi:10.1016/j.drugpo.2019.10.001

105. Kennedy-Hendricks A, Richey M, McGinty EE, Stuart EA, Barry CL, Webster DW. Opioid overdose deaths and Florida's crackdown on pill mills. *Am J Public Health*. 2015;106(2):291-297. doi:10.2105/AJPH.2015.302953

106. Rutkow L, Chang HY, Daubresse M, Webster DW, Stuart EA, Alexander GC. Effect of Florida's Prescription Drug Monitoring Program and pill mill laws on opioid prescribing and use. *JAMA Intern Med*. 2015;175(10):1642-1649. doi:10.1001/jamainternmed.2015.3931

107. Lyapustina T, Rutkow L, Chang HY, et al. Effect of a "pill mill" law on opioid prescribing and utilization: The case of Texas. *Drug Alcohol Depend*. 2016;159:190-197. doi:10.1016/j.drugalcdep.2015.12.025

108. Brighthaupt SC, Stone EM, Rutkow L, McGinty EE. Effect of pill mill laws on opioid overdose deaths in Ohio & Tennessee: A mixed-methods case study. *Prev Med (Baltim)*. 2019;126:105736. doi:10.1016/j.ypmed.2019.05.024

109. Chen JH, Humphreys K, Shah NH, Lembke A. Distribution of Opioids by Different Types of Medicare Prescribers. *JAMA Intern Med*. 2016;176(2):259-261. doi:10.1001/jamainternmed.2015.6662

110. McCabe SE, West BT, Veliz P, McCabe V V, Stoddard SA, Boyd CJ. Trends in Medical and Nonmedical Use of Prescription Opioids Among US Adolescents: 1976–2015. *Pediatrics*. 2017;139(4):e20162387. doi:10.1542/peds.2016-2387

111. Miech RA, Johnston LD, O'Malley PM, Bachman JG, Schulenberg JE, Patrick ME. Monitoring the Future national survey results on drug use, 1975–2016: Volume I, secondary school students. Published online 2017.

112. McCabe SE, Schulenberg J, McCabe V V, Veliz PT. Medical use and misuse of prescription opioids in US 12th-grade youth: School-level correlates. *Pediatrics*. 2020;146(4). doi:10.1542/peds.2020-0387

113. Martins SS, Keyes KM, Storr CL, Zhu H, Grucza RA. Birth-Cohort Trends in Lifetime and Past-Year Prescription Opioid-Use Disorder Resulting From Nonmedical Use: Results From Two National Surveys. *J Stud Alcohol Drugs*. 2010;71(4):480-487. doi:10.15288/jsad.2010.71.480

114. Crane EH. Emergency department visits involving narcotic pain relievers. *CBHSQ Rep*. Published online 2015.

115. Atluri S, Sudarshan G, Manchikanti L. Assessment of the trends in medical use and misuse of opioid analgesics from 2004 to 2011. *Pain Physician*. 2014;17(2):E119-28.

116. *Treatment Episode Data Set (TEDS): 2005-2015. National Admissions to Substance Abuse Treatment Services*. Substance Abuse and Mental Health Services Administration; 2017.

117. U.S. Department of Health and Human Services: Substance Abuse and Mental Health Services Administration - Center for Behavioral Health Statistics and Quality. National Survey on Drug Use and Health. Published online 2018. https://datafiles.samhsa.gov/

118. Han B, Compton WM, Jones CM, Cai R. Nonmedical Prescription Opioid Use and Use Disorders Among Adults Aged 18 Through 64 Years in the United States, 2003-2013. *JAMA*. 2015;314(14):1468-1478. doi:10.1001/jama.2015.11859

119. Keyes KM, Rutherford C, Popham F, Martins SS, Gray L. How Healthy Are Survey Respondents Compared with the General Population?: Using Survey-linked Death Records to Compare Mortality Outcomes. *Epidemiology*. 2018;29(2):299-307. doi:10.1097/EDE.0000000000000775

120. Albizu-Garcia CE, Caraballo JN, Caraballo-Correa G, Hernandez-Viver A, Roman-Badenas L. Assessing need for medication-assisted treatment for opiate-dependent prison inmates. *Subst Abus*. 2012;33(1):60-69. doi:10.1080/08897077.2011.620462

121. Chandler RK, Fletcher BW, Volkow ND. Treating drug abuse and addiction in the criminal justice system: improving public health and safety. *JAMA*. 2009;301(2):183-190. doi:10.1001/jama.2008.976

122. Baggett TP. Overdose Fatality and Surveillance as a Method for Understanding Mortality Trends in Homeless Populations—Reply. *JAMA Intern Med*. Published online 2013. doi:10.1001/jamainternmed.2013.7766

123. Cano M, Huang Y. Overdose deaths involving psychostimulants with abuse potential, excluding cocaine: State-level differences and the role of opioids. *Drug Alcohol Depend*. Published online October 2020:108384. doi:10.1016/j.drugalcdep.2020.108384

124. Delgado MK, Huang Y, Meisel Z, et al. National variation in opioid prescribing and risk of prolonged use for opioid-naive patients treated in the emergency department for ankle sprains. *Ann Emerg Med*. 2018;72(4):389-400.e1. doi:10.1016/j.annemergmed.2018.06.003

125. *Number and Age-Adjusted Rates of Drug-Poisoning Deaths Involving Opioid Analgesics and Heroin: United States, 1999–2014*.; 2015.

126. Scholl L, Seth P, Kariisa M, Wilson N, Baldwin G. Drug and Opioid-Involved Overdose Deaths—United States, 2013–2017. *Morb Mortal Wkly Rep*. 2019;67(5152):1419-1427.

127. Hedegaard H, Miniño AM, Warner M. Drug Overdose Deaths in the United States, 1999-2017: data tables for figures. NCHS Data Brief.

128. Hedegaard H, Miniño AM, Warner M. *Drug Overdose Deaths in the United States, 1999-2017*.; 2018.

129. Paulozzi LJ, Ryan GW. Opioid Analgesics and Rates of Fatal Drug Poisoning in the United States. *Am J Prev Med*. 2006;31(6):506-511. doi:10.1016/j.amepre.2006.08.017

130. Paulozzi LJ, Mack KA, Jones CM. Vital Signs: Risk for Overdose from Methadone Used for Pain Relief—United States, 1999-2010. *Morb Mortal Wkly Report2*. 2012;61.

131. Wisniewski AM, Purdy CH, Blondell RD. The epidemiologic association between opioid prescribing, non-medical use, and emergency department visits. *J Addict Dis*. 2008;27(1):1-11. doi:10.1300/J069v27n01_01

132. Ghertner R. U.S. county prevalence of retail prescription opioid sales and opioid-related hospitalizations from 2011 to 2014. *Drug Alcohol Depend*. 2019;194:330-335. doi:https://doi.org/10.1016/j.drugalcdep.2018.10.031

133. Brandenburg MA. Prescription opioids are associated with population mortality in US deep south middle-age non-hispanic whites: an ecological time series study. *Front Public Heal*. 2019;7:252.

134. Fischer B, Nakamura N, Urbanoski K, Rush B, Rehm J. Correlations between population levels of prescription opioid use and prescription-opioid-related substance use treatment admissions in the USA and Canada since 2001. *Public Health*. 2012;126(9):749-751. doi:10.1016/j.puhe.2012.04.010

135. Chren MM, Landefeld CS. Physicians' behavior and their interactions with drug companies. A controlled study of physicians who requested additions to a hospital drug formulary. *JAMA*. 1994;271(9):684-689.

136. Spurling GK, Mansfield PR, Montgomery BD, et al. Information from pharmaceutical companies and the quality, quantity, and cost of physicians' prescribing: a systematic review. *PLoS Med*. 2010;7(10):e1000352.

137. Carey CM, Lieber EMJ, Miller S. Drug firms' payments and physicians' prescribing behavior in Medicare Part D. Published online 2017:1-55.

138. Larkin I, Ang D, Steinhart J, et al. Association between academic medical center pharmaceutical detailing policies and physician prescribing. *JAMA*. 2017;317(17):1785-1795.

doi:10.1001/jama.2017.4039

139. DeJong C, Aguilar T, Tseng C-W, Lin GA, Boscardin WJ, Dudley RA. Pharmaceutical industry–sponsored meals and physician prescribing patterns for Medicare beneficiaries. *JAMA Intern Med.* 2016;176(8):1114-1122. doi:10.1001/jamainternmed.2016.2765

140. Hadland SE, Cerda M, Li Y, Krieger MS, Marshall BDL. Association of Pharmaceutical Industry Marketing of Opioid Products to Physicians With Subsequent Opioid Prescribing. *JAMA Intern Med.* 2018;178(6):861-863. doi:10.1001/jamainternmed.2018.1999

141. Yeh JS, Franklin JM, Avorn J, Landon J, Kesselheim AS. Association of Industry Payments to Physicians With the Prescribing of Brand-name Statins in Massachusetts. *JAMA Intern Med.* 2016;176(6):763-768. doi:10.1001/jamainternmed.2016.1709

142. Hadland SE, Krieger MS, Marshall BDL. Industry Payments to Physicians for Opioid Products, 2013–2015. *Am J Public Health.* 2017;107(9):1493-1495. doi:10.2105/AJPH.2017.303982

143. Hadland SE, Rivera-Aguirre A, Marshall BDL, Cerda M. Association of Pharmaceutical Industry Marketing of Opioid Products With Mortality From Opioid-Related Overdoses. *JAMA Netw Open.* 2019;2(1):e186007. doi:10.1001/jamanetworkopen.2018.6007

144. Powell D, Pacula RL, Taylor E. How increasing medical access to opioids contributes to the opioid epidemic: e vidence from Medicare Part D. *J Health Econ.* 2020;71:102286. doi:10.1016/j.jhealeco.2019.102286

145. Centers for Disease Control and Prevention. Vital signs: overdoses of prescription opioid pain relievers - United States, 1999-2008. *Morb Mortal Wkly Rep.* 2011;60(43):1487-1492.

146. Jones CM, Mack KA, Paulozzi LJ. Pharmaceutical overdose deaths, United States, 2010. *JAMA.* 2013;309(7):657-659. doi:10.1001/jama.2013.272

147. Park TW, Saitz R, Ganoczy D, Ilgen MA, Bohnert ASB. Benzodiazepine prescribing patterns and deaths from drug overdose among US veterans receiving opioid analgesics: case-cohort study. *BMJ.* 2015;350:h2698. doi:10.1136/bmj.h2698

148. Larochelle MR, Zhang F, Ross-Degnan D, Wharam JF. Trends in opioid prescribing and co-prescribing of sedative hypnotics for acute and chronic musculoskeletal pain: 2001-2010. *Pharmacoepidemiol Drug Saf.* 2015;24(8):885-892. doi:10.1002/pds.3776

149. Saunders KW, Von Korff M, Campbell CI, et al. Concurrent use of alcohol and sedatives among persons prescribed chronic opioid therapy: prevalence and risk factors. *J Pain.* 2012;13(3):266-275. doi:10.1016/j.jpain.2011.11.004

150. Jones CM, McAninch JK. Emergency department visits and overdose deaths from combined use of opioids and benzodiazepines. *Am J Prev Med.* 2015;49(4):493-501. doi:10.1016/j.amepre.2015.03.040

151. Warner M, Chen LH, Makuc DM, Anderson RN, Miniño AM. Drug poisoning deaths in the United States, 1980-2008. *NCHS Data Brief.* 2011;(81):1-8.

152. Dowell D, Haegerich TM, Chou R. CDC guideline for prescribing opioids for chronic pain—United States, 2016. *JAMA.* 2016;315(15):1624-1645. doi:10.1001/jama.2016.1464

153. Jones JD, Mogali S, Comer SD. Polydrug abuse: a review of opioid and benzodiazepine combination use. *Drug Alcohol Depend.* 2012;125(1-2):8-18. doi:10.1016/j.drugalcdep.2012.07.004

154. Overdose Death Rates. National Institute on Drug Abuse.

155. Munzing T. Physician guide to appropriate opioid prescribing for noncancer pain. *Perm J.* 2017;21:16-169. doi:10.7812/TPP/16-169

156. Geissert P, Hallvik S, Van Otterloo J, et al. High-risk prescribing and opioid overdose: prospects for prescription drug  monitoring program-based proactive alerts. *Pain.*

2018;159(1):150-156. doi:10.1097/j.pain.0000000000001078

157. Tori ME, Larochelle MR, Naimi TS. Alcohol or benzodiazepine co-involvement with opioid overdose deaths in the United States, 1999-2017. *JAMA Netw Open*. 2020;3(4):e202361-e202361. doi:10.1001/jamanetworkopen.2020.2361

158. Mattson CL, Tanz L, Quinn K, Kariisa M, Patel P, Davis N. Trends and geographic patterns in drug and synthetic opioid overdose deaths — United States, 2013–2019. *MMWR*. 2021;70(6):202-207.

159. Martins SS, Sarvet A, Santaella-Tenorio J, Saha T, Grant BF, Hasin DS. Changes in US Lifetime Heroin Use and Heroin Use Disorder: Prevalence From the 2001-2002 to 2012-2013 National Epidemiologic Survey on Alcohol and Related Conditions. *JAMA Psychiatry*. 2017;74(5):445-455. doi:10.1001/jamapsychiatry.2017.0113

160. Ball JC, Englander DM, Chambers CD. The Incidence and Prevalence of Opiate Addiction in the United States. In: Ball JC, Chambers CD, eds. *The Epidemiology of Opiate Addiction in the United States*. Charles C. Thomas; 1970:68-78.

161. Kilmer B, Everingham S, Caulkins J, et al. *What America's Users Spend on Illegal Drugs: 2000-2010*.; 2014.

162. Cicero TJ, Ellis MS, Surratt HL, Kurtz SP. The changing face of heroin use in the United States: a retrospective analysis of the past 50 years. *JAMA Psychiatry*. 2014;71(7):821-826. doi:10.1001/jamapsychiatry.2014.366

163. Compton WM, Jones CM, Baldwin GT. Relationship between nonmedical prescription-opioid use and heroin use. *N Engl J Med*. 2016;374(2):154-163. doi:10.1056/NEJMra1508490

164. Mateu-Gelabert P, Guarino H, Jessell L, Teper A. Injection and sexual HIV/HCV risk behaviors associated with nonmedical use of prescription opioids among young adults in New York City. *J Subst Abuse Treat*. 2015;48(1):13-20. doi:10.1016/j.jsat.2014.07.002

165. Mars SG, Bourgois P, Karandinos G, Montero F, Ciccarone D. "Every 'Never' I Ever Said Came True": Transitions from opioid pills to heroin injecting. *Int J Drug Policy*. 2014;25(2):257-266. doi:https://doi.org/10.1016/j.drugpo.2013.10.004

166. Siegal HA, Carlson RG, Kenne DR, Swora MG. Probable relationship between opioid abuse and heroin use. *Am Fam Physician*. 2003;67(5):942,945.

167. Muhuri PK, Gfroerer JC, Davies C. Associations of nonmedical pain reliever use and initiation of heroin use in the United States. Published online 2013.

168. Banerjee G, Edelman EJ, Barry DT, et al. Non-medical use of prescription opioids is associated with heroin initiation among US veterans: a prospective cohort study. *Addiction*. Published online 2016. doi:10.1111/add.13491

169. Cerdá M, Santaella J, Marshall BDL, Kim JH, Martins SS. Nonmedical prescription opioid use in childhood and early adolescence predicts transitions to heroin use in young adulthood: A national study. *J Pediatr*. 2015;167(3):605-612. doi:10.1016/j.jpeds.2015.04.071

170. Grau LE, Dasgupta N, Harvey AP, et al. Illicit Use of Opioids: Is OxyContin® a "Gateway Drug"? *Am J Addict*. 2007;16(3):166-173. doi:10.1080/10550490701375293

171. Becker WC, Sullivan LE, Tetrault JM, Desai RA, Fiellin DA. Non-medical use, abuse and dependence on prescription opioids among U.S. adults: Psychiatric, medical and substance use correlates. *Drug Alcohol Depend*. 2008;94(1-3):38-47. doi:10.1016/j.drugalcdep.2007.09.018

172. Khosla N, Juon HS, Kirk GD, Astemborski J, Mehta SH. Correlates of non-medical prescription drug use among a cohort of injection drug users in Baltimore City. *Addict Behav*. 2011;36(12):1282-1287. doi:10.1016/j.addbeh.2011.07.046

173. Havens JR, Stoops WW, Leukefeld CG, et al. Prescription opiate misuse among rural stimulant users in a multistate community-based study. *Am J Drug Alcohol Abuse*.

2009;35(1):18-23. doi:10.1080/00952990802326298

174. Davis WR, Johnson BD. Prescription opioid use, misuse, and diversion among street drug users in New York City. *Drug Alcohol Depend*. 2008;92(1-3):267-276. doi:10.1016/j.drugalcdep.2007.08.008

175. Surratt HL, Inciardi JA, Kurtz SP. Prescription opioid abuse among drug-involved street-based sex workers. *J Opioid Manag*. 2006;2(5):283—289.

176. Lankenau SE, Teti M, Silva K, Bloom JJ, Harocopos A, Treese M. Initiation into prescription opioid misuse among young injection drug users. *Int J Drug Policy*. 2012;23(1):37-44. doi:10.1016/j.drugpo.2011.05.014

177. Pollini RA, Banta-Green CJ, Cuevas-Mota J, Metzner M, Teshale E, Garfein RS. Problematic use of prescription-type opioids prior to heroin use among young heroin injectors. *Subst Abuse Rehabil*. 2011;2(1):173-180. doi:10.2147/SAR.S24800

178. McCabe SE, Boyd CJ, Evans-Polce RJ, McCabe V V, Schulenberg JE, Veliz PT. Pills to powder: A 17-year transition from prescription opioids to heroin among US adolescents followed into adulthood. *J Addict Med*. Published online September 2020. doi:10.1097/ADM.0000000000000741

179. McCabe SE, Veliz PT, Boyd CJ, Schepis TS, McCabe V V, Schulenberg JE. A prospective study of nonmedical use of prescription opioids during adolescence and subsequent substance use disorder symptoms in early midlife. *Drug Alcohol Depend*. 2019;194:377-385. doi:10.1016/j.drugalcdep.2018.10.027

180. Gaines TL, Wagner KD, Mittal ML, et al. Transitioning from pharmaceutical opioids: A discrete-time survival analysis of heroin initiation in suburban/exurban communities. *Drug Alcohol Depend*. 2020;213:108084. doi:10.1016/j.drugalcdep.2020.108084

181. Centers for Disease Control and Prevention. Lung cancer statistics. Published online 2019.

182. National Institute on Drug Abuse. What is the scope of heroin use in the United States? Published online 2018.

183. Jones CM. Heroin use and heroin use risk behaviors among nonmedical users of prescription opioid pain relievers - United States, 2002-2004 and 2008-2010. *Drug Alcohol Depend*. 2013;132(1-2):95-100. doi:10.1016/j.drugalcdep.2013.01.007

184. Alpert A, Powell D, Pacula RL. Supply-side drug policy in the presence of substitutes: evidence from the introduction of abuse-deterrent opioids. *Am Econ J Econ Policy*. 2018;10(3):1-35.

185. Hess R, Stiebler G, Herz A. Pharmacokinetics of fentanyl in man and the rabbit. *Eur J Clin Pharmacol*. 1972;4(3):137-141.

186. *Influx of Fentanyl-Laced Counterfeit Pills and Toxic Fentanyl-Related Compounds Further Increases Risk of Fentanyl-Related Overdose and Fatalities*. Centers for Disease Control Health Alert Network; 2016.

187. Case A, Deaton A. Rising morbidity and mortality in midlife among white non-Hispanic Americans in the 21st century. *Proc Natl Acad Sci*. 2015;112(49):15078-15083. doi:10.1073/pnas.1518393112

188. Ruhm CJ. Deaths of Despair or Drug Problems? *NBER Work Pap Ser*. 2018;24188.

189. Masters RK, Tilstra AM, Simon DH. Explaining recent mortality trends among younger and middle-aged White Americans. *Int J Epidemiol*. 2018;47(1):81-88. doi:10.1093/ije/dyx127

190. National Acadamies of Sciences Engineering and Medicine. *High and Rising Mortality Rates Among Working-Age Adults*. (Harris KM, Majmundar M, Becker T, eds.). The National Academies Press; 2021. doi:10.17226/25976

191. Monnat SM. Factors Associated With County-Level Differences in U.S. Drug-Related

CONFIDENTIAL

Mortality Rates. *Am J Prev Med*. 2018;54(5):611-619. doi:10.1016/j.amepre.2018.01.040

192.   Hollingsworth A, Ruhm CJ, Simon K. Macroeconomic conditions and opioid abuse. *J Health Econ*. 2017;56:222-233. doi:https://doi.org/10.1016/j.jhealeco.2017.07.009

193.   Pear VA, Ponicki WR, Gaidus A, et al. Urban-rural variation in the socioeconomic determinants of opioid overdose. *Drug Alcohol Depend*. 2019;195:66-73. doi:10.1016/j.drugalcdep.2018.11.024

194.   Single EW. The availability theory of alcohol-related problems. *Theor Alcohol*. Published online 1988:325-351.

195.   Skog O -J. The Collectivity of Drinking Cultures: A Theory of the Distribution of Alcohol Consumption. *Br J Addict*. 1985;80(1):83-99. doi:10.1111/j.1360-0443.1985.tb05294.x

196.   Babor T. *Alcohol: No Ordinary Commodity: Research and Public Policy*. Oxford University Press; 2010.

197.   Anderson P, Chisholm D, Fuhr DC. Effectiveness and cost-effectiveness of policies and programmes to reduce the harm caused by alcohol. *Lancet*. 2009;373(9682):2234-2246. doi:10.1016/S0140-6736(09)60744-3

198.   Campbell CA, Hahn RA, Elder R, et al. The Effectiveness of Limiting Alcohol Outlet Density As a Means of Reducing Excessive Alcohol Consumption and Alcohol-Related Harms. *Am J Prev Med*. 2009;37(6):556-569. doi:10.1016/j.amepre.2009.09.028

199.   Popova S, Giesbrecht N, Bekmuradov D, Patra J. Hours and Days of Sale and Density of Alcohol Outlets: Impacts on Alcohol Consumption and Damage: A Systematic Review. *Alcohol Alcohol*. 2009;44(5):500-516. doi:10.1093/alcalc/agp054

200.   Davis JS, Lee HY, Kim J, et al. Use of non-steroidal anti-inflammatory drugs in US adults: changes over time and by demographic. *Open Hear*. 2017;4(1):e000550. doi:10.1136/openhrt-2016-000550

201.   Schaffer D, Florin T, Eagle C, et al. Risk of serious NSAID-related gastrointestinal events during long-term exposure: a systematic review. *Med J Aust*. 2006;185(9):501-506. doi:10.5694/j.1326-5377.2006.tb00665.x

202.   Henry D, Lim LL, Garcia Rodriguez LA, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. *BMJ*. 1996;312(7046):1563-1566.

203.   Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. *Ann Intern Med*. 1991;115(10):787-796.

204.   Hernandez-Diaz S, Rodriguez LA. Association between nonsteroidal anti-inflammatory drugs and upper gastrointestinal tract bleeding/perforation: an overview of epidemiologic studies published in the 1990s. *Arch Intern Med*. 2000;160(14):2093-2099.

205.   Richy F, Bruyere O, Ethgen O, et al. Time dependent risk of gastrointestinal complications induced by non-steroidal anti-inflammatory drug use: a consensus statement using a meta-analytic approach. *Ann Rheum Dis*. 2004;63(7):759-766. doi:10.1136/ard.2003.015925

206.   Singh G, Triadafilopoulos G. Epidemiology of NSAID induced gastrointestinal complications. *J Rheumatol Suppl*. 1999;56:18-24.

207.   Tarone RE, Blot WJ, McLaughlin JK. Nonselective nonaspirin nonsteroidal anti-inflammatory drugs and gastrointestinal bleeding: relative and absolute risk estimates from recent epidemiologic studies. *Am J Ther*. 2004;11(1):17-25.

208.   Solomon DH, Rassen JA, Glynn RJ, Lee J, Levin R, Schneeweiss S. The Comparative Safety of Analgesics in Older Adults With Arthritis. *Arch Intern Med*. 2010;170(22):1968-1978. doi:10.1001/archinternmed.2010.391

CONFIDENTIAL

209. NIDA. Ohio: Opioid-involved deaths and related harms. Published online 2020.

210. Braden JB, Edlund MJ, Sullivan MD. Suicide deaths with opioid poisoning in the United States: 1999-2014. *Am J Public Health*. 2017;107(3):421-426. doi:10.2105/AJPH.2016.303591

211. Document TRUM003646880. *Accidental Drug Related Deaths, 2006-2015*.

212. Kocherlakota P. Neonatal abstinence syndrome. *Pediatrics*. 2014;134(2):e547 LP-e561. doi:10.1542/peds.2013-3524

213. Wexelblatt SL, McAllister JM, Nathan AT, Hall ES. Opioid Neonatal Abstinence Syndrome: An Overview. *Clin Pharmacol Ther*. 2018;103(6):979-981. doi:10.1002/cpt.958

214. Hall ES, McAllister JM, Wexelblatt SL. Developmental Disorders and Medical Complications Among Infants with Subclinical Intrauterine Opioid Exposures. *Popul Health Manag*. 2019;22(1):19-24. doi:10.1089/pop.2018.0016

215. Patrick SW, Schumacher RE, Benneyworth BD, Krans EE, McAllister JM, Davis MM. Neonatal Abstinence Syndrome and Associated Health Care Expenditures: United States, 2000-2009Trends in Neonatal Abstinence Syndrome. *JAMA*. 2012;307(18):1934-1940. doi:10.1001/jama.2012.3951

216. Villapiano NLG, Winkelman TNA, Kozhimannil KB, Davis MM, Patrick SW. Rural and Urban Differences in Neonatal Abstinence Syndrome and Maternal Opioid Use, 2004 to 2013. *JAMA Pediatr*. 2017;171(2):194-196. doi:10.1001/jamapediatrics.2016.3750

217. Ko JY, Patrick SW, Tong VT, Patel R, Lind JN, Barfield WD. Incidence of Neonatal Abstinence Syndrome—28 States, 1999–2013. *Morb Mortal Wkly Rep*. 2016;65(31):799-802.

218. American College of Obstetricians and Gynecologists. Opioid use and opioid use disorder in pregnancy. Committee opinion No. 711. *Obstet Gynecol*. 2017;130:e81-e94.

219. Maguire DJ, Taylor S, Armstrong K, et al. Long-term outcomes of infants with neonatal abstinence syndrome. *Neonatal Netw*. 2016;35(5):277-286. doi:10.1891/0730-0832.35.5.277

220. Harder HJ, Murphy AZ. Early life opioid exposure and potential long-term effects. *Neurobiol Stress*. 2019;10:100156. doi:10.1016/j.ynstr.2019.100156

221. Centers for Disease Control and Prevention. Natality public-use data on CDC WONDER online database for years 2007-2018. Published online 2019.

222. Substance Abuse and Mental Health Services Administration. Restricted-use Data Analysis System (RDAS).

223. Substance Abuse and Mental Health Services Administration. Comparison of 2016-2017 and 2017-2018 NSDUH population percentages (50 states and the District of Columbia). *Natl Surv Drug Abus*. Published online 2019.

224. Grunbaum JA, Kann L, Kinchen S, et al. Youth risk behavior surveillance - United States, 2003. *MMWR Surveill Summ*. Published online 2004.

225. Kann L, McManus T, Harris WA, et al. Youth risk behavior surveillance - United States, 2013. *MMWR Surveill Summ*. Published online 2014.

226. Dunn KM, Saunders KW, Rutter CM, et al. Opioid prescriptions for chronic pain and overdose: A cohort study. *Ann Intern Med*. 2010;152(2):85-92. doi:10.7326/0003-4819-152-2-201001190-00006

227. Ohio Department of Health Hepatitis Surveillance Program. Ohio Hepatitis B Cases, 2015-2018. Published online 2018. https://odh.ohio.gov/wps/wcm/connect/gov/5c9e0fec-cf4b-4426-87ac-b574c1352b0d/HBV+4+Year+Report_2018.pdf?MOD=AJPERES&CONVERT_TO=url&CACHEID=ROOTWORKSPACE.Z18_M1HGGIK0N0JO00QO9DDDDM3000-5c9e0fec-cf4b-4426-87ac-b574c1352b0d-mLRwdyM

228. Ohio Department of Health Hepatitis Surveillance Program. Ohio Hepatitis C Cases, 2014-

2018. Published online 2019. https://odh.ohio.gov/wps/wcm/connect/gov/a85bd075-e2e9-4cd3-bd72-480ea66279b2/HCV+5+Year+Report_2018.pdf?MOD=AJPERES&CONVERT_TO=url&CACHEID=ROOTWORKSPACE.Z18_M1HGGIK0N0JO00QO9DDDDM3000-a85bd075-e2e9-4cd3-bd72-480ea66279b2-mLRwTqK

229. Jones CM, Campopiano M, Baldwin G, McCance-Katz E. National and state treatment need and capacity for opioid agonist medication-assisted treatment. *Am J Public Health*. 2015;105(8):e55-e63. doi:10.2105/AJPH.2015.302664

230. Mark TL, Lubran R, McCance-Katz EF, Chalk M, Richardson J. Medicaid coverage of medications to treat alcohol and opioid dependence. *J Subst Abuse Treat*. 2015;55:1-5. doi:10.1016/j.jsat.2015.04.009

231. Burns RM, Pacula RL, Bauhoff S, et al. Policies related to opioid agonist therapy for opioid use disorders: the evolution of state policies from 2004 to 2013. *Subst Abus*. 2016;37(1):63-69. doi:10.1080/08897077.2015.1080208

232. Hansen H, Siegel C, Wanderling J, DiRocco D. Buprenorphine and methadone treatment for opioid dependence by income, ethnicity and race of neighborhoods in New York City. *Drug Alcohol Depend*. 2016;164:14-21. doi:10.1016/j.drugalcdep.2016.03.028

233. Larney S, Tran LT, Leung J, et al. All-cause and cause-specific mortality among people using extramedical opioids: a systematic review and meta-analysis. *JAMA Psychiatry*. Published online December 2019. doi:10.1001/jamapsychiatry.2019.4170

234. Henry SG, Paterniti DA, Feng B, et al. Patients' experience with opioid tapering: a conceptual model with recommendations for clinicians. *J Pain*. 2019;20(2):181-191. doi:10.1016/j.jpain.2018.09.001

235. Chou R, Ballantyne J, Lembke A. Rethinking opioid dose tapering, prescription opioid dependence, and indications for buprenorphine. *Ann Intern Med*. 2019;171(6):427-429. doi:10.7326/M19-1488

236. Frank JW, Lovejoy TI, Becker WC, et al. Patient outcomes in dose reduction or discontinuation of long-term opioid therapy: a systematic review. *Ann Intern Med*. 2017;167(3):181-191. doi:10.7326/M17-0598

237. Eccleston C, Fisher E, Thomas KH, et al. Interventions for the reduction of prescribed opioid use in chronic non-cancer pain. *Cochrane Database Syst Rev*. 2017;11:CD010323. doi:10.1002/14651858.CD010323.pub3

238. Rudd RA, Seth P, David F, Scholl L. Increases in Drug and Opioid-Involved Overdose Deaths — United States, 2010–2015. *Morb Mortal Wkly Rep*. 2016;65(50-51):1445–1452. doi:http://dx.doi.org/10.15585/mmwr.mm655051e1

239. Centers for Disease Control and Prevention. Synthetic opioid overdose data. Published online 2019.

240. Dowell D, Noonan RK, Houry D. Underlying factors in drug overdose deaths. *JAMA*. 2017;318(23):2295-2296. doi:10.1001/jama.2017.15971

241. Centers for Disease Control and Prevention. U.S. county prescribing rates. Published online 2016.

242. Sharareh N, Sabounchi SS, McFarland M, Hess R. Evidence of modeling impact in development of policies for controlling the opioid epidemic and improving public health: A scoping review. *Subst Abus Res Treat*. 2019;13:1178221819866211. doi:10.1177/1178221819866211

243. Keyes KM, Hamilton AD, Swanson JM, Tracy M, Cerdá M. Simulating the suicide prevention effects of firearms restrictions based on psychiatric hospitalization and treatment records:

CONFIDENTIAL

Social benefits and unintended adverse consequences. *Am J Public Health*. 2019;109(S3):S236-S243.

244.  Keyes KM, Shev A, Tracy M, Cerdá M. Assessing the impact of alcohol taxation on rates of violent victimization in a large urban area: an agent-based modeling approach. *Addiction*. 2019;114(2):236-247. doi:10.1111/add.14470

245.  Cerdá M, Tracy M, Keyes KM. Reducing urban violence: a contrast of public health and criminal justice approaches. *Epidemiology*. 2018;29(1):142-150. doi:10.1097/EDE.0000000000000756

246.  United States Census Bureau. QuickFacts: Lake County, OH and Trumbull County, OH. Published online 2020. https://www.census.gov/quickfacts/fact/table/trumbullcountyohio,lakecountyohio/PST045 219

247.  United States Census Bureau. Annual County and Resident Population Estimates by Selected Age Groups and Sex: April 1, 2010 to July 1, 2019 (CC-EST2019-AGESEX). Published online 2020.

248.  Merikangas KR, He JP, Burstein M, et al. Lifetime prevalence of mental disorders in U.S. adolescents: results from the National Comorbidity Survey Replication--Adolescent Supplement (NCS-A). *J Am Acad Child Adolesc. Psychiatry*. 2010;49(10):980-989. doi:10.1016/j.jaac.2010.05.017

249.  Altarac M, Saroha E. Lifetime prevalence of learning disability among US children. *Pediatrics*. 2007;119(Supplement 1):S77 LP-S83. doi:10.1542/peds.2006-2089L

250.  Document TRUM000002987. *Trumbull County Children's Services, 2017 Annual Report*.

251.  Rothman KJ, Greenland S, Lash TL. *Modern Epidemiology*. 3rd ed. Lippincott Williams & Wilkins; 2008.

252.  Keyes KM, Galea S. *Population Health Science*. Accessed June 21, 2018. https://global.oup.com/academic/product/population-health-science-9780190459376?cc=us&lang=en&

# Katherine Keyes, PhD Expert Report

MDL Case Track 3
*Case No. 1:18-op-45032 and No. 1:18-op-45079 Opioid Litigation*

# **EXHIBIT A**

Curriculum Vitae

**Katherine M. Keyes, PhD**
Department of Epidemiology
Columbia University
722 West 168th Street
New York, NY 10032
(212) 305-6706
kmk2104@columbia.edu

**Date of Preparation:** April 9th, 2021

**Personal Data:**
Name: Katherine Keyes
Birthplace:    Minneapolis, MN
Citizenship: USA

<u>**Academic Appointments/Work Experience**</u>

| | | |
|---|---|---|
| 7/1/2016 – Present | **Department of Epidemiology** <br> **Mailman School of Public Health, Columbia University** <br> *Associate Professor of Epidemiology (tenured March 2020)* | New York, NY |
| 2/1/2012 – 6/30/2016 | **Department of Epidemiology** <br> **Mailman School of Public Health, Columbia University** <br> *Assistant Professor of Epidemiology* | New York, NY |
| 11/15/2010- 1/31/2012 | **Mailman School of Public Health, Columbia University** <br> *Instructor in Epidemiology* | New York, NY |
| 7/1/2013 – 6/30/2016 | **Department of Psychiatry** <br> **Mailman School of Public Health, Columbia University** <br> *Assistant Professor of Epidemiology (in Psychiatry)* | New York, NY |
| 1/2015 – Present | **Survey Research Center, Institute for Social Research** <br> **University of Michigan** <br> *Adjunct Research Assistant Professor* | Ann Arbor, MI |
| 7/2018 – Present | **Society and Health Research Center** <br> **Universidad Mayor** <br> *Adjunct Associate Professor* | Santiago, Chile |

*Keyes Report*                                   *Confidential – Subject to Protective Order*

## Education

| 09/2006 – 06/2010 | **Columbia University**, **Mailman School of Public Health** | New York, NY |
|---|---|---|
| | PhD: Epidemiology, June 2010 | |
| | Thesis title: *Ecologic-level disapproval and the prevalence of substance use: A multi-level age-period-cohort analysis of high-school attending adolescents in the United States* | |
| | Sponsor: Deborah Hasin | |
| 09/2004 – 05/2006 | **Columbia University**, **Mailman School of Public Health** | New York, NY |
| | MPH: Epidemiology, May 2006 | |
| 09/1998 – 12/2001 | **University of Minnesota** | Minneapolis, MN |
| | BS: Finance, BA: Theater Arts, December 2001 | |

## Training

| 06/2010 – 01/2012 | **Columbia University** | New York, NY |
|---|---|---|
| | *Epidemiology Merit Post-Doctoral Fellow* | |
| 09/2006 – 06/2010 | **Columbia University** | New York, NY |
| | *Psychiatric Epidemiology Pre-Doctoral Training Fellow (T32 MH013043. PI: Link)* | |

## Honors and Awards

Carol J. Rowland Hogue Mid Career Award, Society for Epidemiologic Research, 2020
NIH Early-Stage Investigator, Office of Disease Prevention, 2017
Robins-Guze early career investigator award, American Psychopathological Association, 2016
Michelle Tansella Award, World Psychiatric Association Epidemiology section, 2016
Calerdone Junior Faculty Prize, Mailman School of Public Health, Columbia University, 2016
Tow Scholarship, Mailman School of Public Health, Columbia University, 2015
Research Society on Alcoholism Young Investigator Award, 2015
Columbia Psychiatric-Neurological Epidemiology Early Investigator Award, 2012
Robert Wood Johnson Health and Society Scholars Fellowship, 2010 (declined)
William Farr Award in Epidemiology, Columbia University, 2010
Student Merit Travel Award, Research Society on Alcoholism, 2009
Student award, Epidemiology Section, American Public Health Association, 2009
First place, Division 50 Student Poster Competition, American Psychological Association, 2009
National Institute of Drug Abuse Travel Award, American Psychological Association, 2009
Student Merit Travel Award, Research Society on Alcoholism, 2008
Gordis Award for outstanding student research, Research Society on Alcoholism, 2008
Lilienfeld Prize for Student Research, Society for Epidemiologic Research, 2008

Student Merit Travel Award, Research Society on Alcoholism, 2007
Finalist, Gordis Award for outstanding student research, Research Society on
Alcoholism, 2007
Women & Gender Junior Investigator Award, College on Problems of Drug
Dependence, 2006
Student Merit Travel Award, Research Society on Alcoholism, 2006

## Administrative Leadership and Academic Service

ACADEMIC SERVICE
- Methods qualifying exam committee, 2015-present

ADMINISTRATIVE LEADERSHIP AT CUMC AND NYP
- Irving Institute for Clinical and Translational Research, KL2 career and training
  award reviewer, 2017-2019

## Professional Organization and Societies

MEMBERSHIPS AND POSITIONS

American Psychopathological Association (2006-present)
- Nominations committee, 2013
- Robins-Guze early career investigator award recipient, 2017
Research Society on Alcoholism (2006-present)
- Program committee, 2015-present
- Young Investigator Award recipient, 2015
Society for Epidemiologic Research (2007-present)
- Lilienfeld award recipient, 2008
- Education committee member, 2015-2018
- Education committee chair, 2019-present
- Member-at-Large, Executive committee, 2018-present
- Carol Hogue Mid-Career Award recipient, 2020
Society for Research on Child Development (2012-present)
- Thornberg Dissertation Award committee, 2014-2018
- Communications committee, 2017-2019
World Psychiatric Association Epidemiology and Public Health Section (2011-present)
- Michelle Tansella Award recipient, 2016
- Executive committee, 2016-present
- Local host of 2018 meeting, held at Columbia University, New York, May 2-
4th, 2018

*NIH STUDY SECTIONS*
- NIAAA: AA1: Biomedical Research Review Subcommittee, November 9th, 2015
- NIAAA: AA1: Biomedical Research Review Subcommittee, July 11th, 2016
- NIDA: Special Emphasis Panel: PAR-16-24: Accelerating the Pace of Drug Abuse
Research Using Existing Data, November 4th, 2016

• NIAAA: AA2: Epidemiology, Prevention and Behavior Research Review Subcommittee, March 6th, 2017
• Social Sciences and Population Studies-B (SSPB) study section, June 15th, 2017
• NIAAA: AA1: Biomedical Research Review Subcommittee, July 14th, 2017
• NIAAA: AA2: Epidemiology, Prevention and Behavior Research Review Subcommittee, March 5th, 2018
• NIDA: Special Emphasis Panel: PAR-16-24: Accelerating the Pace of Drug Abuse Research Using Existing Data, March 1st, 2018
• CSR Special Emphasis Panel: Tobacco Control Policies to Reduce Health Disparities, March 29, 2019.
• NIAAA: AA2: Epidemiology, Prevention and Behavior Research Review Subcommittee, Standing member. 2019-present

*NATIONAL COMMITTEE MEMERSHIP*
National Academy of Sciences, Engineering, and Medicine: Health and Medicine Division
"Accelerating the Progress to Reduce Alcohol-Impaired Driving Fatalities" 2017-2018

JOURNAL REVIEWER (selection)
Addiction; Alcoholism: Clinical and Experimental Research; American Journal of Epidemiology; American Journal of Psychiatry; American Journal of Public Health; Archives of General Psychiatry; BMC Psychiatry; British Journal of Psychiatry; Contemporary Drug Problems; Demography; Depression and Anxiety; Drug and Alcohol Dependence; Epidemiology; International Gambling Studies; International Journal of Epidemiology; JAMA; JAMA Pediatrics; JAMA Psychiatry; Journal of Nervous and Mental Diseases; Journal of Psychiatric Research; Journal of Traumatic Stress; Journal of Studies on Alcohol and Drugs; Molecular Psychiatry; New England Journal of Medicine; Preventive Medicine; PLoS One; Psychological Medicine; Social Psychiatry and Psychiatric Epidemiology; Social Science and Medicine; Substance Abuse Treatment, Prevention, and Policy; others.

*ABSTRACT REVIEW*
Society for Epidemiologic Research

EDITORIAL BOARD

*CURRENT*
• Drug and Alcohol Dependence, Associate Editor, 2015 to present
• American Journal of Public Health, guest editor, Special Issue: "Improving Population Mental Health in the 21st Century", 2019
• Alcoholism: Clinical and Experimental Research, Field Editor, 2014 to present
• Injury Epidemiology, Associate Editor, 2013 to present

*FORMER*
• BMC Psychiatry, Associate Editor, 2011 to 2015

• Social Psychiatry and Psychiatric Epidemiology, Editor of commentaries and editorials, 2014 to 2016

CONSULTING

Expert witness, National Prescription Opioid Litigation, Multi-district Litigation, Tracks 1, 1b, 2, 3, 4
Expert witness, New York State opioid litigation, retained by the People of the State of New York

**Fellowship and Grant Support**

PENDING RESEARCH FUNDING

**"Temperature, shade, and adolescent psychopathology; understanding how place shapes health"**
Role on Project: Co-Principal Investigator and Contact PI (with Andrew Rundle)
Dates of funding: 9/1/2021-8/31/2026
Funder: National Institute of Mental Health
Total annual direct and indirect costs: $472,672
**"Standardized and Linked Real-World Data and Informatics Infrastructure to Study Post-Acute Sequelae of SARS-CoV-2 Infection across New York City" (PI: Pathak)**
Role on Project: Co-Investigator and PI of Columbia Subcontract
Dates of funding: 5/15/2021-5/14-2026
Funder: National Institutes of Health
Total direct and indirect costs: TBD

**"Leveraging the Social Media App Parler to Monitor Threats of Firearm and Other Violence: Implications for Prevention of Mass Violence"**
Role on Project: Principal Investigator
Dates of funding: 8/1/2021-7/30-2024
Funder: National Institute of Justice
Total direct and indirect costs: $600,000

ACTIVE RESEARCH FUNDING

**"The representative brain: how sampling bias influences scientific discovery of the neural underpinnings of adolescent health"**
Seed Grant for Interdisciplinary Projects in Society and Neuroscience
Role on Project: Principal investigator
Dates of funding: 3/15/2021-4/15/2022
Funder: Presidential Scholars in Society and Neuroscience
Total direct and indirect costs: $50,000

**"Research Training Program in Psychiatric Epidemiology" (PI: Keyes)**
T32 MH013043
Role on project: Principal investigator and director
Dates of funding: 7/1/1972-6/30/2022
Funder: National Institute of Mental Health
Total annual direct and indirect costs: $403,961

**"Suicide as a contagion: modeling and forecasting emergent outbreaks" (PIs: Keyes and Shaman)**
R01 MH 121410
Role on project: Co-principal Investigator and contact PI (multiple PI with Jeff Shaman)
Dates of funding: 01/24/2020-11/30/2024
Funder: National Institute of Mental Health
Total annual direct and indirect costs: $665,349.00

**"As adolescent substance use declines, internalizing symptoms increase: identifying high-risk substance using groups and the role of social media, parental supervision, and unsupervised time" (PI: Keyes)**
R01-DA048853
Role on project: Principal investigator
Dates of funding: 07/01/2019-06/30/2024
Funder: National Institute of Drug
Total annual direct and indirect costs: $434,794

**"Age, period, and cohort effects on gender differences in alcohol use and alcohol-related problems in 47 national, longitudinally-followed cohorts" (PIs: Keyes and Jager)**
R01-AA026861
Role on project: Co-principal investigator and contact PI (Multiple PI with Justin Jager)
Dates of funding: 07/01/2018-06/30/2023
Funder: National Institute of Alcohol Abuse and Alcoholism
Total annual direct and indirect costs: $529,899

**"Diverging trends between depression/suicidality and alcohol/opioid use among adolescents in the United States: Subgroup variation and the role of social media in 2 samples of adolescents" (PI: Keyes)**
R49 CE002096, subproject of CDC injury center resubmission
Role on project: Principal investigator
Dates of funding: 07/01/2019-06/30/2021
Funder: Centers for Disease Control and Prevention
Total direct and indirect costs: $200,000

**"CHASE: an innovative county-level public health response to the opioid epidemic in New York State" (PIs: El-Bassel, Feaster, Gilbert, Nunes)**
UM1 DA049415
Role on project: Co-Investigator

Dates of funding: 04/17/2019-03/31/2023
Funder: National institute on Drug Abuse
Total direct and indirect costs: $22,510,844

**"Columbia Injury Control Research Center" (PI: Branas)**
R49 CE002096
Role on project: Research Director
Dates of funding: 08/01/2019-07/31/2023
Funder: Centers for Disease Control and Prevention

**"Impact of medical and recreational marijuana laws on cannabis, opioids, and psychiatric medications: national study of VA patients, 2000-2024" (PI: Hasin)**
Role on project: Co-Investigator
Dates of funding: July 2019 – April 2024
Funder: National Institute on Drug Abuse (R01-DA048860)
Total direct and indirect costs: $611,811

**"Examining the synergistic effects of cannabis and prescription opioid policies on chronic pain, opioid prescribing, and opioid overdose" (PI: Martins and Cerda)**
Role on project: Co-Investigator
Dates of funding: January 2019 – November 2023
Funder: National Institute on Drug Abuse (R01-DA045872)
Total direct and indirect costs: $730,223

**"Drug use among nightclub and dance festival attendees in New York City" (PI: Palamar)**
Role on project: Co-Investigator, PI of Columbia subcontract
Dates of funding: 09/01/2018-05/31/2021
Funder: National Institute on Drug Abuse (R01-DA044207)
Total direct and indirect costs: $497,339

**"Monitoring the Future: Drug Use and Lifestyles of American Youth" (PI: Miech)**
Role on project: Co-Investigator, PI of Columbia subcontract
Dates of funding: August 2017 – June 2022
Funder: National Institute on Drug Abuse (R01 DA001411)
Direct costs: $5,123,733

PAST SUPPORT

**"Is social media affecting adolescent mental health? Piloting machine learning techniques to identify at-risk youth in national samples of adolescents from 2009 through 2018."**
Role on the project: Principal Investigator
Funder: Columbia Population Research Center
Dates: May 2019-May 2020
Total direct costs: $15,000

**"Substance abuse history, mental health and firearm violence: from evidence to action" (PI: Keyes and Cerda)**
Role on project: Principal investigator and Contact PI (Multiple PI with Magdalena Cerda)
Dates of funding: June 2015 – May 2019
Funder: National Institute of Alcohol Abuse and Alcoholism (R21 DA041154)
Direct costs: $275,000

**"Race, alcohol consumption, and vehicle crashes: an epidemiologic paradox" (PI: Keyes)**
Role on project: Principal investigator
Dates of funding: June 2013 – May 2019
Funder: National Institute of Alcohol Abuse and Alcoholism (K01AA021511)
Direct costs: $849,849

**"Aging well with alcohol? Harnessing longitudinal data from 20 countries to understand health impacts of moderate drinking among older adults" (PI: Keyes)**
Role on project: Principal investigator
Dates of funding: June 2017 – May 2019
Funder: The Robert N. Butler Columbia Aging Center
Direct costs: $30,000

**"State medical marijuana laws and NSDUH marijuana use and consequences since 2004" (PI: Martins)**
Role on project: Co-Investigator
Dates of funding: August 2013 – December 2018
Funder: National Institute on Drug Abuse (R01 DA037866)
Direct costs: $      750,000

**"State medical marijuana laws and teen marijuana use and attitudes since 1991" (PI: Hasin)**
Role on project: Co-Investigator, PI of Columbia subcontract
Dates of funding: August 2012 – July 2017
Funder: National Institute on Drug Abuse (R01 DA034244)
Direct costs: $      374,562

**"Neighborhood interventions in alcohol-related homicide: a systems approach" (MPI: Keyes and Cerda)**
Role on project: Principal investigator and Contact PI (Multiple PI with Magdalena Cerda)
Dates of funding: October 2013-September 2016
Funder: National Institute of Alcohol Abuse and Alcoholism (R21 AA021909)
Direct costs: $275,000

**"Racial/Ethnic Disparity in Alcohol-Attributable Mortality from Motor Vehicle Crashes"**
Role on project: Principal investigator (PI)
Dates of funding: January 2016 – December 2016
Funder: Columbia University Center for Injury Epidemiology and Prevention
Direct costs: $10,000

**"Correcting nonresponse bias in national surveys"**
Role on project: Principal investigator
Dates of funding: November 2015-October 2016
Funder: Columbia University Calderone Junior Faculty Prize
Direct costs: $25,000

**"Principles of Epidemiology: a flipped classroom proposal"**
Role on the project: Principal Investigator (Multiple PI with Silvia Martins)
Dates of funding: May 2015 to May 2016
Funder: Columbia University Provost Hybrid Learning Course Redesign and Delivery program
Direct costs: $12,000

**"Mental health and firearm violence: from evidence to action (MPI: Keyes and Cerda)**
Role on project: Principal investigator (Multiple PI with Magdalena Cerda)
Dates of funding: January 2015 – December 2015
Funder: Columbia University Center for Injury Epidemiology and Prevention
Direct costs: $10,000

**"Developing a translational framework for studying grief and grief-related pathologies"**
Role on the project: Co-Investigator (PI: Zoe Donaldson)
Dates of funding: May 2015 – September 2015
Funder: Columbia University Collaborative and Multidisciplinary Pilot Research Awards
Direct costs: $15,000

**"Does structural discrimination explain health disparities by race? Preliminary analyses in state-to-state mobility" (PI: Keyes)**
Role on project: Principal investigator
Dates of funding: December 2012 – June 2013
Funder: Robert Wood Johnson Health & Society Scholars Program at Columbia University
Direct costs: $5,000.00

**Research Associate Award: "The longitudinal emergence of racial/ethnic differences in alcohol use disorders and depression from adolescence to adulthood" (PI: Keyes)**

Role on project: Principal Investigator
Dates of funding: September 2011 – June 2012
Funder: Columbia University
Direct costs: $30,000.00.

**"Period and cohort effects in adolescent substance use: testing the effects of the social environment in a time series of U.S. adolescents from 1976-2008" (PI: Keyes)**
Role on project: Principal Investigator
Dates of funding: December 2010 – June 2011
Funder: Robert Wood Johnson Health & Society Scholars Program at Columbia University
Direct costs: $10,000.00

**"Age-period-cohort effects on substance use in adolescence, 1976-2006" (PI: Keyes)**
Role on project: Principal Investigator
Dates of funding: June 2009 – October 2011 (electively terminated June 2010 due to early graduation)
Funder: National Institute on Drug Abuse (F31 DA026689-01)

## Educational Contributions

DIRECT TEACHING/PRECEPTING/SUPERVISING

Current courses
  • EPID P8410: Psychiatric Epidemiology, 2016-2020
  • EPIC Summer Institute: Principles of Epidemiology, 2014-2020

Former courses:
*Role: Instructor*
  • EPID 787: Multi-level analysis for public health research, 2015-2020 (University of Michigan Graduate Summer Session in Epidemiology)
  • EPIC Summer Institute: Multi-level analysis for public health research, 2016-2019
  • HPMN P8545: Analysis of Large-Scale Data, 2016-2019
  • Special short course: Multi-level analysis for public health research, 2017, (University of Cape Town, Cape Town, South Africa)
  • EPID P6400: Principles of Epidemiology, 2010- 2015
  • EPIC Summer Institute: Analysis of Complex Survey Data, 2011-2013
  • MSPH Core: Quantitative Foundations of Public Health, 2012

*Role: Assistant Course Director*
  • EPID P6400: Principles of Epidemiology, 2008, 2009

*Role: Guest lecturer*
  • Health as a System, Columbia University School of Engineering and Applied Sciences, 2020

    • K Award Seminar Series, New York State Psychiatric Institute, 2013-2020
    • EPID P9489: Advanced Techniques in Epidemiological Methods, 2017
    • MPH Core Module 202-206: Principles of Epidemiology, (École des hautes études en santé publique, Paris, France), 2011-2016
    • EPID P8416: Selected Problems in Measurement, 2010-2016
    • EPID P8438: Design and Conduct of Observational Epidemiology, 2012-2015
    • EPID P8419: Reading Seminar in Psychiatric Epidemiology, 2009-2015
    • EPID P8470: Epidemiology of Alcohol and Drug Problems, 2011-2015
    • EPID P9419: Master's Essay in Epidemiology, 2008-2015
    • EPID P8471: Social Epidemiology, 2010

*Role: Teaching assistant*
    • EPID P6400: Principles of Epidemiology, 2006-2008
    • EPID P8421: Introduction to Clinical Psychiatry for Public Health, 2006
    • EPID P8471: Social Epidemiology, 2008
    • EPID P8419: Reading Seminar in Psychiatric Epidemiology, 2009
    • EPID P8470: Epidemiology of Alcohol and Drug Problems, 2010

ADVISING AND MENTORSHIP
Master's students:
    Mary Elizabeth Smith, 2011 (thesis, second reader)
    Pedro Carneiro, 2012 (thesis, second reader)
    Bryan Kutner, 2012 (thesis, second reader)
    Erin Gilbert, 2012 (thesis, second reader)
    Xinfan Liu, 2012 (thesis, second reader)
    Charissa Pratt, 2013 (thesis, first reader)
    Arti Virkud, 2013 (thesis, first reader)
    Jonathan Platt, 2013 (thesis, first reader)
    Edward Gastel, 2013 (thesis, first reader)
    Nathalie DuRivage, 2013 (thesis, first reader)
    Thomas Vo, 2014 (thesis, first reader)
    Mark Morgan, 2014 (thesis, first reader)
    Sabrina Cheng, 2014 (thesis, first reader)
    Stephanie Brazis, 2014 (thesis, first reader)
    Ruth Chang, 2014 (thesis, first reader)
    Amy Lanza, 2015 (thesis, first reader)
    David Sowa, 2015 (thesis, first reader)
    Chidinma Egbukichi, 2015 (thesis, first reader)
    Khudejha Asghar, 2015 (thesis, first reader)
    Dahsan Gary, 2016 (thesis, first reader)
    Joy Ukaigwe, 2016 (thesis, first reader)
    Elizabeth Wartella, 2016 (thesis, first reader)
    Rachel Webster, 2016 (thesis, first reader)
    Caroline Hugh, 2017 (thesis, first reader)
    Ghadah Gadi, 2017 (thesis, first reader)
    Margaret Havunjian, 2018 (thesis, first reader)

Miriam Woodward, 2018 (thesis, first reader)
Ian Rodgers, 2018 (thesis, first reader)
Tatini Mal-Sarkar, expected 2019 (thesis, first reader)
    \* Sidney Kark Award for Excellence in Global Epidemiology
Noah Kreski, 2019 (thesis, first reader)
Mia Pandit, 2019 (thesis, first reader)
Catherine Gimbrone, 2019 (thesis, first reader)
    \* Abstract selected for oral presentation on Epi Masters Student Day
Alicia Singham Goodwin, 2020 (thesis, first reader)
Pallavi Krishnamurthy, 2020 (thesis, first reader)

Doctoral students (former):
Joanne Brady, 2013-2014 (dissertation, second reader)
    • Currently: senior research fellow, NORC at the University of Chicago
Melissa Dupont-Reyes, 2015-2017 (dissertation, second reader)
    • Currently: Assistant Professor, University of Texas at Austin
Nina Banerjee, 2014-present (dissertation, second reader)
    • Currently: psychologist in private practice, Orange County, CA
Julian Santaella, 2015-2018 (dissertation, sponsor)
    • Currently: faculty, Universidad del Valle, Colombia
    \*Awarded the William Farr Award for Social Epidemiology for dissertation work, 2019
Jonathan Platt, 2015-2019 (dissertation, sponsor)
    • Currently: post-doctoral scholar, Department of Epidemiology, Columbia University
    \*Awarded the William Farr Award for Social Epidemiology for dissertation work, 2019
Eleanor Hayes-Larson, 2018-2019
    • Currently: post-doctoral scholar, Department of Epidemiology, University of California Los Angeles
    \* Awarded the Anna C. Gelman Award for Excellence in Epidemiology for dissertation work, 2019
Somjen Frazer, 2015-2019
    Currently: President and principal consultant, Strength in Numbers Consulting Group
Paula Bordelois, 2015-2019
Aravind Pillai, 2016-2020
    Currently: Epidemiology, Kentucky Department of Public Health
Greg Cohen, 2018-present (dissertation, chair)
    Currently: Post-doctoral research fellow, Boston University
Victor Puac-Polanco, 2018-present (dissertation, chair)
    Currently: Post-doctoral research fellow, Harvard University
David Fink, 2015-present (dissertation, second reader)
    Currently: Post-doctoral research fellow, Columbia University
Jonathan Pamplin, 2018-present (dissertation, chair)
    Currently: Post-doctoral research fellow, New York University

Doctoral students (present):
- Andrew Ratanatharathorn, 2018-present (dissertation, second reader)
- Precious Esie, 2020-present (dissertation, second reader)
- Alex Perlmutter, 2020-present (dissertation, second reader)
- Sandhya Kajeepeta, 2021-present (dissertation, second reader)
- Sarah McKetta, 2019-present (dissertation, sponsor)
- Deborah Huang, 2019-present (dissertation, sponsor)
- Michelle Nolan, 2019-present (dissertation, sponsor)
- Alexandra Restrepo Henao, 2019-present (dissertation, sponsor)
- Shadiya Moss, 2019-present (dissertation, sponsor)
- Melanie Askari, 2020-present (dissertation, sponsor)
- Gonzalo Martinez-Ales, 2020-present (dissertation, chair)

Discussant for dissertation proposal defense:
- Wendy Cheng, 2014
- Kate Sapra, 2014
- Emily Greene, 2016
- Anton Palma, 2019
- Adriana Maldonado, 2019
- Byoungjun Kim, 2021

## EDUCATIONAL ADMINISTRATION AND LEADERSHIP

- Director, Psychiatric Epidemiology Training Program, 2020-present
  - Directly responsible for administration of NIMH-funded T32 training program, which provides funding and training for four pre-doctoral students and three post-doctoral students. Provided advising to students, administration of program structure and content, coordination with co-directors on weekly seminar and field placements for students.

- Director, Executive MS in Epidemiology Program, 2012-2015
  - Directly responsible for administration of the program, including designing the coursework and program, overseeing instructors, overseeing admissions process, advising students. Contact hours were 10 hours per week.

*TRAINING PROGRAM INVOLVEMENT*
- T32 MH013043-45 "A Research Training Program in Psychiatric Epidemiology"
  Role: Director (with Ezra Susser, Bruce Dohrenwend, and Sharon Schwartz)
- T32 DA-031099-05 "Epidemiology of Substance Use Disorders Training Program at Columbia University" (PI: Hasin)
  Role: Faculty, Steering Committee
- T32 ES023772-02 "Training Program in Environmental Life Course Epidemiology" (PI: Factor-Litvak)

Role: Faculty

## Publications

PEER-REVIEWED RESEARCH PUBLICATIONS IN PRINT OR OTHER MEDIA

+ **mentee**
* **senior author**

1. +Martinez-Alex G, +Pamplin JR, +Rutherford C, +Gimbrone C, Kandula S, Olfson M, Gould MS, Shaman J, ***Keyes KM**. 2021. Age, period, and cohort effects on suicide death in the United States from 2009 to 2018: moderation by sex, race, and firearm involvement. Molecular Psychiatry, ePub April 7. PMID: 33828236.

2. +Pillai A, **Keyes KM**, Susser E. 2021. Antidepressant prescriptions and adherence in primary care in India: Insights from a cluster randomized control trial. PLoS One, March 19;16(3). PMID 33739982.

3. **Keyes KM**, Kandula S, Olfson M, Gould MS, +Martinez-Ales G, +Rutherford C, Shaman J. 2021. Suicide and the agent-host-environment triad: leveraging surveillance sources to inform prevention. Psychological Medicine, ePub March 5. PMID: 33663629.

4. +Kajeepeta S, Mauro PM, **Keyes KM**, El-Sayed AM, Rutherford CG, Prins SJ. 2021. Association between county jail incarceration and cause-specific county mortality in the USA, 1987-2017: a retrospective, longitudinal study. Lancet Public Health, ePub February 23. PMID: 33636104.

5. Adams RS, +Jiang T, Rosellini AJ, Horvath-Puho E, Street AE, **Keyes KM**, Cerda M, Lash TL, Sorensen HT, Gradus JL. 2021. Sex-specific risk profiles for suicide among persons with substance use disorders in Denmark. Addiction, ePub Feb 23. PMID: 33620758

6. Palamar JJ, Fitzgerald ND, **Keyes KM**, Cottler LB. 2021. Drug checking at dance festivals: A review with recommendations to increase generalizability of findings. <u>Experimental and Clinical Psychopharmacology</u>, ePub Feb 18. PMID: 33600199.

7. +McKetta S, Morrison C, ***Keyes KM**. 2021. Trends in US Alcohol Consumption Frequency during the First Wave of the SARS-CoV-2 Pandemic. <u>Alcoholism: Clinical and Experimental Research</u>. ePub Feb 15. PMID: 33587290.

8. Beaulieu E, DiGennaro C, Stringfellow E, Connolly A, Hamilton A, Hyder A, Cerda M. Keyes KM, Jalai MS. 2021. Economic evaluation in opioid modeling: systematic review. Feb;24(12):158-173. PMID: 33518022.

9. +Chan CS, Sarvet SL, Basu A, Koenen K, ***Keyes KM**. 2021. Associations of intimate partner violence and financial adversity with familial homelessness in pregnant and postpartum women: A 7-year prospective study of the ALSPAC cohort. <u>PLoS One</u>. Jan 15;16(1). PMID: 33449965.

10. Jager J, ***Keyes KM**. 2021. Is substance use changing because of the COVID-19 pandemic? Conceptual and methodological considerations to delineating the impact of the Covid-19 pandemic on substance use and disorder. <u>Addiction</u>, ePub Jan 15. PMID: 33449443.

11. +Platt JM, Bates L, Jager J, McLaughlin KA, **Keyes KM**. 2021. Is the US Gender Gap in Depression Changing Over Time? A Meta-Regression. <u>American Journal of Epidemiology</u>, ePub Jan 11. PMID: 33423055.

12. +Puac-Polanco V, **Keyes KM**, Mauro PM, Branas CC. 2020. A systematic review of drink specials, drink special laws, and alcohol-related outcomes. <u>Current Epidemiology Reports</u>, 7(4):300-314. PMID: 33364145.

13. Linas BP, Savinkina A, Barbosa C, Mueller PP, Cerda M, **Keyes KM**, Chhatwal J. 2021. A clash of epidemics: impact of COVID-19 pandemic response on opioid overdose. <u>Journal of Substance Abuse Treatment</u>, ePub Jan;120:108158. PMID: 33298298.

14. +Shimonovich M, Pearce A, Thomson H, **Keyes KM**, Katikireddi SV. 2020. Assessing causality in epidemiology: revisiting Bradford Hill to incorporate developments in causal thinking. <u>European Journal of Epidemiology</u>, ePub December 16. PMID: 33324996.

15. +Grummitt LR, Kelly EV, Barrett EL, **Keyes KM**, Newton NC. 2020. Identifying targets for substance use prevention in youth people exposed to childhood adversity: protocol for a systematic review. <u>JMIR Research Protocols</u>. Dec 4;9(12):e22368. PMID: 33275102.

16. Cerda M, Krawczyk N, Hamilton L, Rudolph KE, Friedman SR. *****Keyes KM**. 2020. A Critical Review of the Social and Behavioral Contributions to the Overdose Epidemic. <u>Annual Review of Public Health</u>, Nov 30. PMID: 33256535.

17. Prins SJ, +McKetta S, +Platt J, Muntaner C, **Keyes KM**, Bates LM. 2020. "The Serpent of their Agonies": Exploitation As Structural Determinant of Mental Illness. <u>Epidemiology</u>, Nov 25th. PMID: 33252438.

18. HEALing Communities Study Consortium. 2020. The HEALing (Helping to End Addiction Long-term) Communities Study: Protocol for a cluster randomized trial at the community level to reduce opioid overdose deaths through implementation of an integrated set of evidence-based practices. <u>Drug and Alcohol Dependence</u>, ePub Oct 17. PMID: 33248391.

19. Calvo E, Allel K, Staudinger UM, Castillo-Carniglia A, Medina JT, *****Keyes KM**. 2020. Cross-country differences in age trends in alcohol consumption among older adults: a cross-sectional study of individuals aged 50 years and older in 22 countries. <u>Addiction</u>, ePub Nov 25. PMID: 33241648.

20. Abdalla SM, **Keyes KM**, Galea S. 2020. A public health approach to tackling the role of culture in shaping the gun violence epidemic in the United States. <u>Public Health Reports</u>. ePub October 27. PMID: 33130532.

21. +Kaur N, **Keyes KM**, +Hamilton AD, Chapman C, Livingson M, Slade T, Swift W. 2020. Trends in cannabis use and attitudes toward legalization and use among Australians from 2001-2016: an age-period-cohort analysis. <u>Addiction</u>, ePub Sep 19. PMID: 32949418.

22. Zafari Z, **Keyes KM**, Jiao B, Williams SZ, Muennig PA. 2020. Differences between black and whites in well-being, beliefs, emotional states, behaviors, and survival: 1978-2014. <u>PLoS One</u>, Sept 14:15(9). PMID: 32925952.

23. Masfety VK, +Woodward MJ, **Keyes KM**, Bitfoi A, Carta MG, Koc C, Lesinskiene S, Mihova Z, Otten R, Husky M. 2020. Gender, the gender gap, and their interaction: analysis of relationships with children's mental health problems.

Social Psychiatry and Psychiatric Epidemiology, ePub September 10. PMID: 32914299.

24. Meinhofer A, Onuoha E, Anglero-Diaz Y, ***Keyes KM**. 2020. Parental drug use and racial and ethnic disproportionality in the U.S. foster care system. Child Youth Serv Rev. Nov,118:105336. PMID: 32863501.

25. +Martinez-Ales G, Hernandez-Calle D, Khauli N, ***Keyes KM**. 2020. Why Are Suicide Rates Increasing in the United States? Towards a Multilevel Reimagination of Suicide Prevention. Curr Top Behav Neurosci, ePub Aug 30. PMID: 32860592.

26. +Kreski N, +Platt J, +Rutherford C, Olfson M, Odgers C, Schulenberg J, ***Keyes KM**. 2020. Social media use and depressive symptoms among United States adolescents. Journal of Adolescent Health, ePub Aug 11. PMID: 32798102.

27. Calvo E, Medina JT, Ornstein KA, Staudinger UM, Fried LP, ***Keyes KM**. 2020. Cross-country and historical variation in alcohol consumption among older men and women: leveraging recently harmonized survey data in 21 countries. Drug and Alcohol Dependence, ePub Aug 4. PMID 32795884.

28. +Richardson RA, **Keyes KM**, Medina JT, Calvo E. 2020. Sociodemographic inequalities in depression among older adults: cross-sectional evidence from 18 countries. Lancet Psychiatry, 7(8):673-681. PMID: 32711708.

29. **Keyes KM**, Jager J, +Platt J, +Rutherford C, Patrick ME, Kloska DD, Schulenberg J. 2020. When does attrition lead to biased estimates of alcohol consumption? Bias analysis for loss to follow-up in 30 longitudinal cohorts. International Journal of Methods in Psychiatric Research. ePub July 13th. PMID: 32656917.

30. +Santaella-Tenorio J, Martins SS, Cerda M, Olfson M, ***Keyes KM**. 2020. Suicidal ideation and attempts following nonmedical use of prescription opioids and related disorder. Psychological Medicine, ePub July 8. PMID: 32635959.

31. +Kaur N, +Rutherford CG, Martins SS, ***Keyes KM**. 2020. Associations between digital technology and substance use among US adolescents: Results form the 2018 Monitoring the Future survey. Drug and Alcohol Dependence, ePub Jun 18. PMID: 32590211.

32. +Santaella-Tenorio J, Wheeler-Martin K, DiMaggio CJ, Castillo-Carniglia A, **Keyes KM**, Hasin D, Cerda M. 2020. Association of Recreational Cannabis Laws in Colorado and Washington State With Changes in Traffice Fatalities, 2005-2017. JAMA Internal Medicine, ePub June 22. PMID: 32568378.

33. +Platt JM, Bates LM, Jager J, McLaughlin KA, ***Keyes KM**. 2020. Changes in the depression gender gap from 1992 to 2014: Cohort effects and mediation by gendered social position. Social Science and Medicine, ePub May 30. PMID: 32540513.

34. Palamar JJ, Han BH, ***Keyes KM**. 2020. Trends in characteristics of individuals who use methamphetamine in the United States, 2015-2018. Drug and Alcohol Dependence, ePub June 3. PMID: 32531703.

35. Castillo-Carniglia A, Rivera-Aguirre A, Calvo E, Queirolo R, **Keyes KM**, Cerda M. 2020. Trends in marijuana use in two Latin American countries: an age, period, and cohort study. Addiction, ePub March 20. PMID 32196789.

36. Puac-Polanco V, Chihuri S, Fink DS, Cerda M, **Keyes KM**, Li G. 2020. Prescription Drug Monitoring Programs and Prescription Opioid-Related Outcomes in the United States. Epidemiology Reviews, ePub April 3. PMID: 32242239.

37. Morrison CN, Mehranbod C, Kwizera M, Rundle AG, **Keyes KM**, Humphreys DK. 2020. Ridesharing and motor vehicle crashes: a spatial ecological case-crossover study of trip-level data. Injury Prevention, ePub Apr 6. PMID: 32253258.

38. Margolis AE, Broitman J, Davis JM, Alexander L, Hamilton A, Liao Z, Banker S, Thomas L, Ramphal B, Salum GA, Merikangas K, Goldsmith J, Paus T, **Keyes KM**, Milham MP. 2020. Estimated Prevalence of Nonverbal Learning Disability Among North American Children and Adolescents. JAMA Netw Open, ePub Apr 1. PMID: 32275324.

39. +McKetta SC, **\*Keyes KM**. 2020. Trends in U.S. women's binge drinking in middle adulthood by socioeconomic status, 2006-2018. Drug and Alcohol Dependence, ePub Apr 28. PMID: 32408139.

40. Palamar JJ, **\*Keyes KM**. 2020. Trends in drug use among electronic dance music party attendees in New York City, 2016-2019. Drug and Alcohol Dependence, ePub Feb 5th. PMID: 32050110.

41. Lau B, Duggal P, Ehrhardt S, Armenian H, Branas CC, Colditz GA, Fox MP, Hawes SE, He J, Hofman A, **Keyes KM**, Ko AI, Lash TL, Levy D, Lu M, Morabia A, Ness R, Nieto FJ, Schisterman EF, Strumer T, Szklo M, Werler M, Wilcox AJ, Celentano DD. 2020. Perspectives on the Future of Epidemiology: a Framework for Training. American Journal of Epidemiology, ePub Jan 31. PMID: 32003778.

42. Palamar JJ, Salomone A, +Rutherford C, **\*Keyes KM**. 2020. Extensive Underreported Exposure to Ketamine Among Electronic Dance Music Party Attendees. J Gen Intern Medicine, ePub Jan 29. PMID: 31997140.

43. +Kajeepeta S, +Rutherford CG, **Keyes KM**, El-Sayed AM, Prins SJ. 2020. County Jail Incarceration Rates and County Mortality Rates in the United States, 1987-2016. American Journal of Public Health, Jan110(S1):S109-S115. PMID: 31967885.

44. Hasin DS, Shmulewitz D, Cerda M, **Keyes KM**, Olfson M, Sarvet AL, Wall MM. 2020. U.S. Adults With Pain, A Group Increasingly Vulnerable to Nonmedical Cannabis Use and Cannabis Use Disorder: 2001-2002 and 2012-2013. American Journal of Psychiatry, ePub Jan 22. PMID: 31964162.

45. Miech R, **Keyes KM**, O'Malley PM, Johnston LD. 2020. The great decline in adolescent cigarette smoking since 2000: consequences for drug use among US adolescents. Tobacco Control, ePub Jan 15. PMID 31941823.

46. +Platt JM, **Keyes KM**, McLaughlin KA, Kaufman AS. 2019. The Flynn effect for fluid IQ may not generalize to all ages or ability levels: a population-based study of 10,000 US adolescents. Intelligence, Vol 77. PMID: 32322129.

47. Kagawa R, Pear VA, Rudolph KE, **Keyes KM**, Cerda M, Wintemute GJ. 2019. Distress level and daily functioning problems attributed to firearm victimization: Sociodemographic specific responses. Annals  of Epidemiology. ePub Dec 6. PMID: TBD.

48. +McKetta S, **Keyes KM**. 2019. Heavy and binge alcohol drinking and parenting status in the United States from 2006 to 2018: An analysis of nationally representative cross-sectional surveys. <u>PLoS Medicine</u>, 16(11):e1002954. PMID: 31770389.

49. Tsai AC, Kiang MV, Barnett ML, Beletsky L, **Keyes KM**, McGinty EE, Smith LR, Stathdee SA, Wakeman SE, Venkataramani AS. 2019. Stigma as a fundamental hindrance to the United States opioid overdose crisis response. <u>PLoS Medicine</u>, 16(11):e1002969. PMID: 31770387.

50. **Keyes KM**, Allel K, Staudinger UM, Ornstein KA, Calvo E. 2019. Alcohol consumption predicts incidence of depressive episodes across 10 years among older adults in 19 countries. <u>International Review of Neurobiology</u>. 148:1-38. PMID: 31733662.

51. Cerda M, Mauro C, +Hamilton A, Levy NS, Santaella-Tenorio J, Hasin D, Wall MM, **Keyes KM**, Martins SS. 2019. Association Between Recreational Marijuana Legalization in the United States and Changes in Marijuana Use and Cannabis Use Disorder From 2008 to 2016. <u>JAMA Psychiatry</u>, ePub Nov 13. PMID: 31722000.

52. Castillo-Carniglia A, **Keyes KM**, Hasin D, Cerda M. 2019. Psychiatric comorbidities in alcohol use disorder. <u>Lancet Psychiatry</u>, ePub Oct 17. PMID: 31630984.

53. **Keyes KM**, +Hamilton A, Patrick ME, Schulenberg J. 2019. Diverging Trends in the Relationship Between Binge Drinking and Depressive Symptoms Among Adolescents in the U.S. From 1991 through 2018. <u>Journal of Adolescent Health</u>, epub Oct 29. PMID: 31676228.

54. Hasin DS, Shmulewitz D, **\*Keyes KM**. 2019. Alcohol use and binge drinking among US men, pregnant and non-pregnant women ages 18-44; 2002-2017. <u>Drug and Alcohol Dependence</u>, ePub Sep 17. PMID: 31600616.

55. +Pamplin JR 2nd, Susser ES, Factor-Litvak P, Link BG, **\*Keyes KM**. 2019. Racial differences in alcohol and tobacco use in adolescence and mid-adulthood in a community-based sample. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Sep 21. PMID: 31542795.

56. +Martinez-Alex G, **\*Keyes KM**. 2019. Fatal and Non-fatal Self-injury in the USA; Critical review of Current Trends and Innovations in Prevention. <u>Curr Psychiatry Rep</u>. 21(10);104. PMID: 31522256.

57. Hatzenbuehler M, +Rutherford C, +McKetta S, Prins SJ, **Keyes KM**. 2019. Structural stigma and all-cause mortality among sexual minorities: Differences by sexual behavior? <u>Social Science and Medicine</u>, ePub Jul 13. PMID: 31439269.

58. Palamar J, Rutherford C, **\*Keyes KM**. 2019. Summer as a risk factor for drug initiation. J Gen Intern Med, ePub Jul 23. PMID: 31338794.

59. +Cullen B, Smith DJ, Deary IJ, Pell JP, **Keyes KM**, Evans JJ. 2019. Understanding cognitive impairment in mood disorders: mediation analyses in the UK Biobank cohort. Br J Psychiatry, ePub Aug 15. PMID: 31412972.

60. **Keyes KM**, +Hamilton A, +Tracy M, Swanson J, Cerda M. 2019. Simulating the suicide prevention effects of firearms restrictions based on psychiatric hospitalization and treatment records: Social benefits and unintended adverse

consequences. <u>American Journal of Public Health</u>. 109(S3):S236-S243. PMID: 31242005. PMCID: PMC6595507.

61. **Keyes KM**, Calvo E, Ornstein KA, +Rutherford C, Fox MP, Staudinger UM, Fried LP. 2019. Alcohol consumption in later life and mortality in the United States: Results from nine waves of the Health and Retirement Study. <u>Alcoholism: Clinical and Experimental Research</u>. 43(8):1734-1746. PMID: 31276233. PMCID: PMC6677628.

62. +Wu J, Muennig PA, **Keyes KM**, Wu J. 2019. Generational differences in longitudinal blood pressure trajecotories by geographic region during socioeconomic transitions in China. International Journal of Public Health, ePub Jun 26. PMID: 31243471.

63. +Sy KTL, Shaman J, Kandula S, Pei S, Gould M, *Keyes KM*. 2019. Spatiotemporal clustering of suicides in the US from 1999 to 2016: a spatial epidemiological approach. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub June 8. PMID: 31177308.

64. Whitley R, +Fink DS, +Santaella-Tenorio J, *Keyes KM*. 2019. Suicide Mortality in Canada after the Death of Robin Williams, in the Context of High-Fidelity to Suicide Reporting Guidelines in the Canadian Media. <u>Canadian Journal of Psychiatry</u>, ePub June 10. PMID: 31181955.

65. +Hamilton AD, Jang JB, Patrick ME, Schulenberg JE, *Keyes KM*. 2019. Age, period, and cohort effects in frequent cannabis use among US students: 1991-2018. <u>Addiction</u>. 114(10):1763-1772. PMID: 31106501. PMCID: PMC6732038.

66. **Keyes KM**, Jager J, +Mal-Sarkar T, Patrick ME, +Rutherford C, Schulenberg J, Hasin D. 2019. Is there a recent epidemic of women's drinking? A critical review of national studies. <u>Alcoholism Clinical and Experimental Research</u>. 43(7):1344-1359. PMID: 31074877. PMCID: PMC6602861.

67. Colich N, Platt JM+, **Keyes KM**, Sumner JA, Allen NB, McLaughlin KA. 2019. Earlier age at menarche as a transdiagnostic mechanism linking childhood trauma with multiple forms of psychopathology. <u>Psychological Medicine</u>, ePub April 25. PMID: 31020943.

68. **Keyes KM**, Westreich D. 2019. UK Biobank, big data, and the consequences of non-representativeness. <u>Lancet</u>, 393(10178):1297. PMID: 30938313.

69. **Keyes KM**, +Hamilton A, +Gary D, O'Malley P, Schulenberg J. 2019. Recent increases in depressive symptoms among US adolescents: trends from 1991 to 2018.  <u>Social Psychiatry and Psychiatric Epidemiology</u>. 54(8):987-996. PMID: 30929042.

70. +Kagawa RMC, +Gary DS, Wintemute GJ, Rudolph KE, Pear VA, **Keyes KM**, Cerda M. 2019. Psychiatric disorders and gun carrying among adolescents in the United States. <u>The Journal of Pediatrics</u>. 209:198-203. PMID: 30850086.

71. Palamar JJ, +Rutherford C, *Keyes KM*. 2019. "Flakka" use among high school seniors in the United States. <u>Drug and Alcohol Dependence</u>, 196:86-90. PMID: 30709657. PMCID: PMC6377311.

72. +Pear VA, Ponicki WR, Gaidus A, **Keyes KM**, Martins SS, +Fink DS, Rivera-Aguirre A, Gruenwald PJ, Cerda M. 2019. Urban-rural variation in the socioeconomic determinants of opioid overdose. <u>Drug and Alcohol Dependence</u>, 195:6-73. PMID: 30592998. PMCID: PMC6375680.

73. Prins SJ, +McKetta S, +Platt J, Muntaner C, **Keyes KM**, Bates LM. Mental illness, drinking, and the social division and structure of labor in the United States: 2003-2015. American Journal of Industrial Medicine, 62(2):131-144. PMID: 30565724. PMCID: PMC6511991.

74. +Castillo-Carniglia A, Pear VA, Tracy M, **Keyes KM**, Cerda M. 2019. Limiting alcohol outlet density to prevent alcohol use and violence? Estimating policy interventions through agent-based modeling. American Journal of Epidemiology. 188(4):694-702. PMID: 30608509. PMCID: PMC6438810.

75. +McKetta S, *Keyes KM**. 2019. Oral contraceptive use and depression among adolescents. Annals of Epidemiology, 29:46-51. PMID: 30674431. PMCID: PMC6349422.

76. +Moss SL, +Santaella-Tenorio J, Mauro PM, **Keyes KM**, Martins SS. 2019. Changes over time in marijuana use, deviant behavior and preference for risky behavior among U.S. adolescents from 2002-2014: Testing the moderating effect of gender and age. Addiction. 114(4):674-686. PMID: 30461115. PMCID: PMC6619500.

77. Ward JB, Gartner DR, **Keyes KM**, Fliss MD, McClure ES, Robinson WR. 2019. How do we assess a racial disparity in health? Distribution, interaction, and interpretation in epidemiological studies. Annals of Epidemiology. 29:1-7. PMID: 30342887. PMCID: PMC6628690.

78. **Keyes KM**, Shev A, +Tracy M, Cerda M. 2019. Assessing the impact of alcohol taxation on rates of violent victimization in a large urban area: an agent-based modeling approach. Addiction. 114(2):236-247. PMID: 30315599. PMCID: PMC6314891.

79. +Platt JM, **Keyes KM**, McLaughlin KA, Kaufman AS. 2019. Intellectual disability and mental disorders in a US population representative sample of adolescents. Psychological Medicine. 49(6):952-961. PMID: 29996960. PMCID: PMC6330165.

80. +McKetta S, Prins SJ, +Platt, J, Bates LM, *Keyes KM**. 2018. Social sequencing to determine patterns in health and work-family trajectories for US women, 1968-2013. Social Science and Medicine Population Health, 6:301—308. PMID: 30533486. PMCID: PMC6261835.

81. **Keyes KM**, +Rutherford C, Miech R. 2018. Historical trends in the grade of onset and sequence of cigarette, alcohol, and marijuana use among adolescents from 1976-2016: implications for "Gateway" patterns. Drug and Alcohol Dependence, 194:51-58. PMID: 30399500. PMCID: PMC6390293.

82. +Taggart TC, Eaton NR, **Keyes KM**, Hammett JF, Ulloa EC. 2018. Oral contraceptive use is associated with greater mood stability and higher relationship satisfaction. Neurology, Psychiatry and Brain Research. 30:154-162. doi:10.1016/j.npbr.2018.10.004

83. Galbraith T, +Carliner H, **Keyes KM**, McLaughlin KA, McCloskey MS, Heimberg RG. 2018. The co-occurrence and correlates of anxiety disorders among adolescents with intermittent explosive disorder. Aggressive Behavior. 44(6):581-590. PMID: 30040122. PMCID: PMC6249027.

84. +Fink DS, Gradus JL, **Keyes KM**, Calabrese JR, Liberzon I, Tamburrino MB, Cohen GH, Sampson L, Galea S. 2018. Subthreshold PTSD and PTSD and a

prospective-longitudinal cohort of military personnel: Potential targets for preventive interventions. <u>Depression and Anxiety</u>. 35(11):1048-1055. PMID: 30099820. PMCID: PMC6212313.

85. Kagawa RMC, Cerda M, Rudolph KE, Pear VA, **Keyes KM**, Wintemute GJ. 2018. Firearm involvement in Violent Victimization and Mental Health: An Observational Study. <u>Annals of Internal Medicine</u>, 169(8):584-585. PMID: 29913485.

86. +Platt JM, McLaughlin KA, Luedtke AR, Ahern J, Kaufman AS, *****Keyes KM**. 2018. Targeted Estimation of the Relationship between Childhood Adversity and Fluid Intelligence in a US Population Sample of Adolescents. <u>American Journal of Epidemiology</u>, 187(7): 1456-1466. PMID: 29982374. PMCID: PMC6031033.

87. Shiau S, Kahn, LG, Platt J, Li C, Guzman JT, Kornhauser ZG, **Keyes KM**, Martins SS. 2018. Evaluation of a flipped classroom approach to learning introductory epidemiology. <u>BMC Med Educ</u>. 18(1):63. PMID: 29609654. PMCID: PMC5879803.

88. Crookes DM, Demmer TR, **Keyes KM**, Koenen KC, Suglia SF. 2018. Depressive Symptoms, Antidepressant Use, and Hypertension in Young Adulthood. <u>Epidemiology</u>. 29(4):547-555. PMID: 29629939. PMCID: PMC5980764.

89. Sarvet AL, Wall MM, **Keyes KM**, Olfson M, Cerda M, Hasin DS. 2018. Self-medication of mood and anxiety disorder with marijuana: Higher in states with medical marijuana laws. <u>Drug and Alcohol Dependence</u>. 186:10-15. PMID: 29525698. PMCID: PMC5911228.

90. Sarvet AL, Wall MM, **Keyes KM**, Cerda M. Schulenberg JE, O'Malley PM, Johnston LD, Hasin DS. 2018. Recent rapid decrease in adolescents' perception that marijuana is harmful, but no concurrent increase in use. <u>Drug and Alcohol Dependence</u>. 186:68-74. PMID: 29550624. PMCID: PMC6134844.

91. **Keyes KM**, +Rutherford C, Popham F, Martins SS, Gray L. 2018. How healthy are survey respondents compared with the general population? Using survey-linked death records to compare mortality outcomes. <u>Epidemiology</u>, 29(2):299-307. PMID: 29389712. PMCID: PMC5794231.

92. +Fink DS, Santaella-Tenorio J, *****Keyes KM**. 2018. Increase in suicides in months after the death of Robin Williams in the US. <u>PLoS One</u>, 13(2):e0191405. PMID: 29415016. PMCID: PMC5802858.

93. Sarvet AL, Wall MM, Fink DS, Greene E, Le A, Boustead AE, Pacula RL, **Keyes KM**, Cerda M, Galea S, Hasin DS. 2018. Medical marijuana laws and adolescent marijuana use in the United States: A systematic review and meta-analysis. <u>Addiction</u>. 113(6):1003-1016. PMID: 29468763. PMCID: PMC5942879.

94. Cerda M, Sarvet AL, Wall M. Feng T, **Keyes KM**, Galea S, Hasin DS. 2018. Medical marijuana laws and adolescent use of marijuana and other substances: Alcohol, cigarettes, prescription drugs, and other illicit drugs. <u>Drug and Alcohol Dependence</u>. 183:62-68. PMID: 29227839. PMCID: PMC5803452.

95. +Tracy M, Cerdá M, *****Keyes KM**. 2018. Agent-based modeling in public health: Current applications and future directions. <u>Annual Reviews of Public Health</u>. 39:77-94. PMID: 29328870. PMCID: PMC5937544.

96. +Huang X, **Keyes KM**, Li G. 2018. Increasing Prescription Opioid and Heroin Overdose Mortality in the United States: 1999-2014: An Age-Period-Cohort

Analysis. <u>American Journal of Public Health</u>, 108(1):131-136. PMID: 29161066. PMCID: PMC5719690.

97. Galea S, **Keyes KM**. 2018. What matters, when, and for whom? Three questions to guide population health scholarship. <u>Injury Prevention</u>. 24(Suppl 1):i3-i6. PMID: 28988201. PMCID: PMC5940569.

98. +Cheng S, **Keyes KM**, Bitfoi A, Carta MG, Koc C, Goelitz D, Otten R, Lesinskiene S, Mihova Z, Pez O, Kovess-Masfety V. 2018. Understanding parent-teacher agreement of the Strengths and Difficulties Questionnaire (SDQ): Comparison across seven European countries. <u>Int J Methods Res</u>. 27(1). PMID: 29024371. PMCID: PMC5937526.

99. **Keyes KM**, Platt J, Kaufman AS, McLaughlin K. 2017. Fluid intelligence and psychiatric disorders in a population representative sample of US adolescents. <u>JAMA Psychiatry</u>. 74(2):179-188. PMID: 28030746. PMCID: PMC5288266.

100. LeWinn KZ, Sheridan MA, **Keyes KM**, Hamilton A, McLaughlin KA. 2017. Sample composition alters associations between age and brain structure. <u>Nat Communication</u>, Oct 12;8(1):874. PMID: 29026076. PMCID: PMC5638928.

101. Galea S, **Keyes KM**. 2017. Population Health Science and the Challenges of Prediction. <u>Annals of Internal Medicine</u>, Oct 3;167(7):511-512. PMID: 28847011. PMCID: PMC5931711.

102. +Carliner H, Gary D, McLaughlin KA, *****Keyes KM**. 2017. Trauma Exposure and Externalizing Disorders in Adolescents: Results from the National Comorbidity Survey Adolescent Supplement. <u>Journal of the American Academy of Child and Adolescent Psychiatry</u>, 56(9):755-764. PMID: 28838580. PMCID: PMC5657578.

103. **Keyes KM**, Wall M, Feng T, Cerda M, Hasin DS. 2017. Race/ethnicity and marijuana use in the United States: Diminishing differences in the prevalence of use, 2006-2015. <u>Drug and Alcohol Dependence</u>, Oct 1;179:379-386. PMID: 28846954. PMCID: PMC5599376.

104. El-Khoury F, Sutter-Dallay AL, Van Der Waerden J, Surkan P, Martins S, **Keyes KM**, de Lauzon-Guillain B, Charles MA, Melchoir M. 2017. Smoking Trajectories during the Perinatal Period and Their Risk Factors: The Nationally Representative French ELFE (Etude Longitudinale Francaise Depuis l'Enfance) Birth Cohort Study. <u>European Addiction Research</u>, 23(4): 194-203. PMID: 28866664. PMCID: PMC5942878.

105. Cerdá M, Tracy M, *****Keyes KM**. 2017. Reducing urban violence: a contrast of public health and criminal justice approaches. <u>Epidemiology</u>, ePub Sept 18. PMID: 28926374. PMCID: PMC5718925.

106. Wray-Lake L, Schulenberg J, **Keyes KM**, Shubert J. 2017. The Developmental Course of Community Service Across the Transition to Adulthood in a National U.S. Sample. <u>Developmental Psychology</u>, ePub Sept 21. PMID: 28933877. PMCID: PMC5705564.

107. +Platt JM, Colich NL, McLaughlin KA, Gary D, *****Keyes KM**. 2017. Transdiagnostic psychiatric disorder risk associated with early age of menarche: A latent modeling approach. <u>Comprehensive Psychiatry</u>, ePub July 6. PMID: 28757148. PMCID: PMC5643227.

*Confidential – Subject to Protective Order*

108. +Brady JE, Giglio R, **Keyes KM**, DiMaggio C, Li G. 2017. Risk markers for fatal and non-fatal prescription drug overdose: a meta-analysis. <u>Injury Epidemiology</u>, 4(1):24. PMID: 28762157. PMCID: PMC5545182.

109. Kovess-Masfety V, Sowa D, **Keyes KM**, Husky M, Fermanian C, Bitfoi A, Carta MG, Koc C, Goelitz D, Lesinskiene S, Mihova Z, Otten R, Pez O. 2017. The association between car accident fatalities and children's fears: A study in seven EU countries. <u>PLoS One</u>, ePub Aug 3. PMID: 28771500. PMCID: PMC5542599.

110. +McKetta S, Hatzenbuehler ML, Pratt C, Bates L, Link BG, *****Keyes KM**. 2017. Does social selection explain the association between state-level racial animus and racial disparities in self-rated health in the United States? <u>Annals of Epidemiology</u>, ePub Jul 13. PMID: 28778656. PMCID: PMC5610069.

111. **Keyes KM**, Gary DS, Bechtold J, Prins SJ, O'Malley P, Rutherford C, Schulenberg J. 2017. Age, period and cohort effects in conduct problems among American adolescents from 1991 through 2015. <u>American Journal of Epidemiology</u>, ePub June 30. PMID: 28679165. PMCID: PMC5860025.

112. Husky MM, **Keyes KM**, Hamilton A, Stragalinou A, Pez O, Kuijpers R, Lesinskiene S, Mihova Z, Oten R, Kovess-Masfety V. 2017. Maternal Problem Drinking and Child Mental Health. <u>Subst Use Misuse</u>, Jul 13: 1-9: PMID: 28704164. PMCID: PMC5947853.

113. Ananth CV, Friedman AM, **Keyes KM**, Lavery JA, Hamilton A, Wright JD. 2017. Primary and Repeat Cesarean Deliveries: A Population-based Study in the United States, 1979-2010. <u>Epidemiology</u>, 28(4):567-574. PMID: 28346271. PMCID: PMC5501955.

114. Hasin DS, Sarvet AL, Cerda M, **Keyes KM**, Stohl M, Galea S, Wall MM. 2017. US Adult Illicit Cannabis Use, Cannabis Use Disorder, and Medical Marijuana Laws: 1991-1992 to 2012-2013. <u>JAMA Psychiatry</u>, ePub Apr 26. PMID: 28445557. PMCID: PMC5539836.

115. +Fink DS, **Keyes KM**, Calabrese JR, Liberzon I, Tamburrino MB, Cohen GH, Sampson L, Galea S. 2017. Deployment and Alcohol Use in a Military Cohort: Use of Combined Methods to Account for Exposure-Related Covariates and Heterogeneous Response to Exposure. <u>Am J Epidemiology</u>, ePub May 5. PMID: 28482012. PMCID: PMC5860008.

116. Chapman C, Slade T, Swift W, **Keyes KM**, Tonks Z, Teeson M. 2017. Evidence for Sex Convergence in Prevalence of Cannabis Use: A Systematic Review and Meta-Regression. <u>J Stud Alcohol Drugs</u>. May 78(3):344-352. PMID: 28499099. PMCID: PMC5440360.

117. +Walsh K, McLaughlin KA, Hamilton A, *****Keyes KM**. 2017. Trauma exposure, incidence psychiatric disorders, and disorder transitions in a longitudinal population representative sample. <u>J Psychiatr Res.</u> ePub May 5. PMID: 28531836. PMCID: PMC5539922.

118. Jang JB, Patrick ME, **Keyes KM**, Hamilton AD, Schulenberg JE. 2017. Frequent Binge Drinking Among US Adolescents, 1991 to 2015. <u>Pediatrics</u>, ePub May 22. PMID: 28562275. PMCID: PMC5470505.

119. Kristensen P, **Keyes KM**, Susser E, Corbett K, Mehlum IS, Irgens LM. 2017. High birth weight and perinatal mortality among siblings: A register based study

in Norway, 1967-2011. Plos One, Feb 28;12(2). PMID: 28245262. PMCID: PMC5330506.

120. Han BH, Moore AA, Sherman S, **Keyes KM**, Palamar JJ. 2017. Demographic trends of binge alcohol use and alcohol use disorders among older adults in the United States, 2005-2014. Drug and Alcohol Dependence, Jan 1: 170:198-207. PMID: 27979428. PMCID: PMC5241162.

121. +Santaella-Tenorio J, Maura CM, Wall MM, Kim JH, Cerda M, **Keyes KM**, Hasin DS, Galea S, Martins SS. 2017. US Traffic Fatalities, 1985-2014, and Their Relationship to Medical Marijuana Laws. American Journal of Public Health, ePub Dec 20 2016. PMID: 27997245. PMCID: PMC5227945.

122. Cerda M, Wall M, Feng T, **Keyes KM**, Sarvet A, Schulenberg J, O'Malley PM, Pacula RL, Galea S, Hasin DS. 2017. Association of State Recreational Marijuana Laws with Adolescent Marijuana Use. JAMA Pediatrics, ePub Dec 27 2016. PMID: 28027345. PMCID: PMC5365078.

123. Martins SS, Segura LE, Santaella-Tenorio J, Perlmutter A, Fenton MC, Cerda M, **Keyes KM**, Ghandour LA, Storr CL, Hasin DS. 2016. Prescription opioid use disorder and heroin use among 12-34 year-olds in the United States from 2002 to 2014. Addictive Behaviors, ePub Aug 30. PMID: 27614657. PMCID: PMC51440701.

124. Kim JH, Santaella-Tenorio J, Mauro C, Wrobel J, Cerda M, **Keyes KM**, Hasin DS, Martins SS, Li G. 2016. State Medical Marijuana Laws and the Prevalence of Opioids Detected Among Fatally Injured Drivers. American Journal of Public Health, 106(11): 2032-2037. PMID: 27631755. PMCID: PMC5055785.

125. +Fink D, **Keyes KM**, Cerda M. Social determinants of population health: a systems science approach. 2016. Current Epidemiology Reports, 3(1):98-105. PMID: 27642548. PMCID: PMC5025257.

126. +Puac-Polanco V, **Keyes KM**, Li G. 2016. Mortality from motorcycle crashes: the baby-boomer cohort effect. Injury Epidemiology, Dec; 3(1):19. PMID: 27547704. PMCID: PMC4978754.

127. **Keyes KM**, Galea S. 2016. The limits of risk factors revisited: it is time for a causal architecture approach. Epidemiology, Oct 11. PMID: 27755276. PMCID: PMC5130600.

   - ***Commentaries invited on the paper***
   - **Keyes K**, Galea S. 2017. Rejoinder: RE: Some thoughts on Consequential Epidemiology and Causal Architecture. Epidemiology, Feb 15. PMID: 28212139. PMCID: PMC5557702.

128. Martins SS, Mauro CM, Santaella-Tenorio J, Kim JH, Cerda M, **Keyes KM**, Hasin DS, Galea S, Wall M. 2016. State-level medical marijuana laws, marijuana use, and perceived availability of marijuana and the general US population. Drug and Alcohol Dependence, Oct 11; 169:26-32. PMID: 27755989. PMCID: PMC5140747.

129. Slade T, Chapman C, Swift W, **Keyes KM**, Tonks Z, Teesson M. 2016. Birth cohort trends in the global epidemiology of alcohol use and alcohol-related harms in men and women: systematic review and metaregression. BMJ Open, 6(10):e011827. PMID: 27797998. PMCID: PMC5093369.

130. **Keyes KM**, Wall M, Cerda M, Schulenberg J, O'Malley PM, Galea S, Feng T, Hasin DS. 2016. How does state marijuana policy affect US youth? Medical marijuana laws, marijuana use, and perceived harmfulness: 1991-2014, <u>Addiction</u>, ePub Jul 9. PMID: 27393902. PMCID: PMC5222836.

131. Brown QL, Hasin DS, **Keyes KM**, Fink DS, Ravenell O, Martins SS. 2016. Health insurance, alcohol and tobacco use among pregnant and non-pregnant women of reproductive age. <u>Drug and Alcohol Dependence</u>, 166:116-24. PMID: 27422762. PMCID: PMC4983465.

132. McLaughlin KA, Basu A, Walsh K, Slopen N, Sumner JA, Koenen KC, **\*Keyes KM**. 2016. Childhood Exposure to Violence and Chronic Physical Conditions in a National Sample of US Adolescents. <u>Psychosomatic Medicine</u>. ePub Jul 15. PMID: 27428855. PMCID: PMC5096968.

133. +Carliner H, **Keyes KM**, McLaughlin KA, Meyers JL, Dunn EC, Martins SS. 2016. Childhood Trauma and Illicit Drug Use in Adolescence: A Population-Based National Comorbidity Survey Replication-Adolescent Supplement Study. <u>J Am Acad Child Adolesc Psychiary</u>, 55(8): 701-8. PMID: 27453084. PMCID: PMC4964281.

134. Cerda M, Gaidus A, **Keyes KM**, Ponicki W, Marins S, Galea S, Gruenewald P. 2016. Prescription opioid poisoning across urban and rural areas: identifying vulnerable groups and geographic areas. <u>Addiction</u>, ePub Jul 29. PMID: 27470224. PMCID: PMC5148642.

135. **Keyes KM**, Rutherford C, Hamilton A, Palamar JJ. 2016. Age, period, and cohort effects in synthetic cannabinoid use among US adolescents, 2011-2015. <u>Drug and Alcohol Dependence</u>, 166:159-167. PMID: 27491817. PMCID: PMC4996475.

136. +Lavery JA, Friedman AM, **Keyes KM**, Wright JD, Ananth CV. 2016. Gestational diabetes in the United States: temporal changes in prevalence rates between 1979 and 2010. <u>BJOG</u>, Aug 11. PMID: 27510598. PMCID: PMC5303559.

137. Shmulewitz D, Stohl M, **Keyes KM**, Brown Q, Saha TD, Hasin D. 2016. Effects of State-Level Tobacco Environment on Cigarette Smoking are Stronger Among Those With Individual-Level Risk Factors. ePub Apr 29. <u>Nicotine Tob Research</u>. PMID 27130948. PMCID: PMC5016847.

138. Palamar JJ, **Keyes KM**, Cleland CM. 2016. Underreporting of ecstasy use among high school seniors in the US. <u>Drug and Alcohol Dependence</u>, ePub June 6. PMID: 27296977. PMCID: PMC4939104.

139. Castaldelli-Maia JM, Andrade LH, **Keyes KM**, Cerda M, Pilowsky DJ, Martins SS. 2016. Exploring the latent trait of opioid use disorder criteria among frequent nonmedical prescription opioid users. <u>J Psychiatr Res</u>. May 24;80:79-86. PMID: 27302873. PMCID: PMC4980160.

140. Kovess-Masfety V, Husky MM, **Keyes KM**, Hamilton A, Pez O, Bitfoi A, Carta MG, Goelitz D, Kuijpers R, Otten R, Koc C, Lesinskiene S, Mihova Z. 2016. Comparing the prevalence of mental health problems in children 6-11 across Europe. <u>Soc Psychiatry Psychiatr Epidemiol</u>. ePub June 17. PMID: 27314494. PMCID: PMC5279951.

141. **Keyes KM**, Hamilton A, Kandel D. (2016). Birth Cohorts Analysis of Adolescent Cigarette Smoking and Subsequent Marijuana and Cocaine Use. <u>American</u>

Journal of Public Health, 106(6):1143-9. PMID; 27077359. PMCID: PMC4880234.

142. Shmulewitz D, Stohl M, **Keyes KM**, Brown Q, Saha TD, Hasin D. (2016). Effects of State-Level Tobacco Environment on Cigarette Smoking are Stronger Among Those with Individual-Level Risk Factors. Nicotine Tob Res. ePub Apr 29. PMID: 27130948. PMCID: PMC5016847.

143. Chauhan P, Ahren J, Galea S, *****Keyes KM**. (2016). Neighborhood Context and Binge Drinking by Race and Ethnicity in New York City, Alcoholism: Clinical and Experimental Research, ePub March 10. PMID: 26969558. PMCID: PMC4851160.

144. **Keyes KM**, Galea S. 2016. Setting the agenda for a new discipline: Population Health Science. American Journal of Public Health, 106(4):633-634. PMID: 26959265. PMCID: PMC4804350.

145. Wall MM, Mauro C, Hasin DS, **Keyes KM**, Cerda M, Martins SS, Feng T. 2016. Prevalence of marijuana use does not differentially increase among youth after states pass medical marijuana laws: Commentary on Stolzenberg et al (2015) and reanalysis of US National Survey on Drug Use in Households data 2002-2011. International Journal of Drug Policy, ePub Feb 5. PMID: 26895950. PMCID: PMC4819395.

146. Kovess V, **Keyes KM**, Hamilton A, Hanson G, Bitfoi A, Golitz D, Koc C, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Pez O. 2016. Are video games promoting or deteriorating mental health, cognitive and social skills in young children? Social Psychiatry and Psychiatric Epidemiology, ePub Feb 5. PMID: 26846228. PMCID: PMC4814321.

147. Suglia S, Wahi R, Demmer RT, **Keyes KM**, Koenen KC. 2016. Depressive symptoms during adolescence and young adulthood and development of Type 2 diabetes mellitus. American Journal of Epidemiology, 183(4):269-76. PMID: 26838597. PMCID: PMC4753278.

148. Hoshen MD, Benis A, **Keyes KM**, Zoega H. 2016. Stimulant use for ADHD and relative age in class among children in Israel. Pharmacoepidemiology and Drug Safety, ePub Jan 26. PMID: 26823045. PMCID: PMC4889495.

149. Talati A, **Keyes KM**, Hasin DS. 2016. Changing relationships between smoking and psychiatric comorbidity across 20th century birth cohorts: Clinical and Research Implications. Molecular Psychiatry, ePub Jan 26. PMID: 26809837. PMCID: PMC4801658.

150. +Carliner H, Delker E, Fink DS, **Keyes KM**, Hasin DS. 2016. Racial discrimination, socioeconomic position, and illicit drug use among US blacks. Social Psychiatry and Psychiatric Epidemiology, ePub Jan 25. PMID: 26810670. PMCID: PMC4824661.

151. +Walsh K, Hasin D, **Keyes KM**, Koenen KC. 2015. Associations between gender-based violence and personality disorders in US women. Personality Disorders: Theory, Research, & Treatment, Nov 16. PMID: 26569577. PMCID: PMC4816663.

152. +Platt J, Prins S, Bates LM, *****Keyes KM**. 2015. Unequal depression for equal work? How the wage gap explains gendered disparities in mood disorders. Social Science and Medicine, Dec 8. PMID: 26689629. PMCID: PMC4801117.

153. Elliott JC, Stohl M, Wall MM, **Keyes KM**, Skodol AE, Eaton NR, Shmulewitz D, Goodwin RD, Grant BF, Hasin DS. 2015. Childhood maltreatment, personality disorders, and 3-year persistence of adult alcohol and nicotine dependence in a national sample. <u>Addiction</u>, Dec 29. PMID: 26714255. PMCID: PMC4826838.

154. +Prins S, **Keyes KM**, Bates LM. 2015. Anxious? Depressed? You might be suffering from advanced capitalism: Contradictory class locations and the prevalence of mood and anxiety disorders in the United States. <u>Sociology of Health and Illness</u>, 37(8): 1352-72. PMID: 26385581. PMCID: PMC4609238.

155. +El-Sayed A, Paczkowski M, **Keyes KM**, Galea S. 2015. Social environments, genetics, and Black-White disparities in infant mortality. <u>Paediatric and Perinatal Epidemiology</u>, 29(6): 546-551. PMID: 26443986. PMCID: PMC4676266.

156. Miech R, Johnston L, O'Malley PM, **Keyes KM**, Heard K. 2015. Prescription Opioids in Adolescence and Future Opioid Misuse. <u>Pediatrics</u>, ePub October 26. PMID: 26504126. PMCID: PMC4834210.

157. **Keyes KM**, McLaughlin K, Vo T, Heinberg G. 2015. Anxious and aggressive: comorbidity between intermittent explosive disorders and anxiety disorders among adolescents and adults in the United States. <u>Depression and Anxiety</u>, ePub Sept 30. PMID: 26422701. PMCID: PMC4729594.

158. Boschloo, L, van Borkulo CD, Rhemtulla M, **Keyes KM**, Borsboom D, Schoevers RA. 2015. The Network Structure of Symptoms of the Diagnostic and Statistical Manual of Mental Disorders. <u>PLOS One</u>, 10(9):e0137621. PMID: 26368008. PMCID: PMC4569413.

159. Hasin DS, Wall M, **Keyes KM**, Cerda M, Feng T, Schulenberg J, Pacula R. 2015. State medical marijuana laws and adolescent marijuana use in the United States: 1991-2012. <u>Lancet Psychiatry</u>, 2(7):601-8. PMID: 26303557. PMCID: PMC4630811.

160. Reither EN, Land KC, Joen SY, Powers DA, Masters RK, Zheng H, Hardy MA, **Keyes KM**, Fu Q, Hanson HA, Smith KR, Utz RL, Yang CY. 2015. Clarifying hierarchical age-period-cohort models: A rejoinder to Bell and Jones. <u>Soc Sci Med</u>, ePub Jul 31. PMID: 26277370. PMCID: PMC4673395.

161. **Keyes KM**, Agnew-Blais J, Roberts A, Hamilton A, De Vivo I, Ranu H, Koenen K. 2015. The role of allelic variation in estrogen receptor genes and major depression in the Nurses Health Study. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Jul 14. PMID: 26169989. PMCID: PMC4655148.

162. Kalesan B, Villarreal MD, **Keyes KM**, Galea S. Gun ownership and social gun culture. <u>Injury Prevention</u>, ePub June 29. PMID: 26124073. PMCID: PMC4809774.

163. Kuijpers RC, Otten R, Vermulst AA, Pez O, Bitfoi A, Carta M, Goelitz D, **Keyes KM**, Koc C, Lesinskiene S, Mihova Z, Engels RC, Kovess V. 2015. Reliability, Factor Structure, and Meaurement Invariance of the Dominic Interactive Across European Countries: Cross-Country Utility of a Child Mental Health Self-Report. <u>Psychol Assess</u>. ePub Aug 3. PMIS: 26237209. PMCID: PMC4740260.

164. Cerda M, Tracy M, **Keyes KM**, Galea S. To treat or to prevent? Reducing the population burden of violence-related posttraumatic stress disorder. 2015. <u>Epidemiology</u>, Sept;26(5): 681-9. PMID: 26237744. PMCID: PMC4827920.

165. Lee YC, Agnew-Blais J, Malspeis S, **Keyes KM**, Costenbader K, Kubzansky LD, Roberts AL, Koenen KC, Karlson EW. 2015. Posttraumatic Stress Disorder and Risk for Incidence Rheumatoid Arthritis. Arthritis Care Res. ePub Aug 3. PMID: 26239524. PMCID: PMC4740283.

166. +Chang HY, Chung Y, **Keyes KM**, Jung SJ, Kim SS. Associations between the timing of childhood adversity and adulthood suicidal behavior: A nationally-representative cohort. Journal of Affective Disorders. ePub Jul 26;186:198-202. PMID: 26247912. PMCID: PMC4671499.

167. **Keyes KM**, Jager J, Hamilton A, O'Malley PM, Miech R, Schulenberg JE. 2015. National multi-cohort time trends in adolescent risk preferences and the relation with problem behavior from 1976 to 2011. Drug and Alcohol Dependence, ePub Jul 2. PMID: 26254018. PMCID: PMC4581913.

168. +Brady JE, DiMaggio C, **Keyes KM**, Doyle JJ, Richardson L, Li G. 2015. Emergency Department Utilization and Subsequent Prescription Drug Overdose Death. Annals of Epidemiology, 25(8):613-619. PMID: 25935710. PMCID: PMC4675463.

169. Jager J, **Keyes KM**, Schulenberg J. 2015. Historical variation in binge drinking trajectories and its link to historical variation in social roles and minimum legal drinking age. Developmental Psychology, ePub May 25. PMID: 26010381. PMCID: PMC4517691.

170. Ananth CV, **Keyes KM**, Hamilton A, Gissler M, Wu C, Liu S, Luque-Fernandez MA, Skjaerven R, Williams MA, Tikkanen M, Cnattingius S. 2015. An international constrast of rates of placental abruption: an age-period-cohort analysis. Plos One, 10(5):e0125246. PMID: 26018653. PMCID: PMC4446321.

171. +Fink DS, Hu R, Cerda M. **Keyes KM**, Marshall BD, Galea S. 2015. Patterns of major depression and nonmedical use of prescription opioids in the United States. Drug and Alcohol Dependence, ePub May 19. PMID: 26026492. PMCID: PMC4509797.

172. Olaya B, Moneta MV, Pez O, Bitfoi A, Carta MG, Eke C, Geolito D, **Keyes KM**, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Haro JM, Kovess V. Country-level and individual correlates of overweight and obesity among primary school children: a cross-sectional study in seven European countries. BMC Public Health, 15(1): 475. PMID: 25952506. PMCID: PMC4429414.

173. +Brady, JE, DiMaggio CJ, **Keyes KM**, Doyle LL, Richardson LD, Li G. 2015. Emergency department utilization and subsequent prescription drug overdose death. Annals of Epidemiology, ePub April 2. PMID: 25935710. PMCID: PMC4675463.

174. **Keyes KM**, Galea S. 2015. What matters most: Quantifying an epidemiology of consequence. Annals of Epidemiology, 25(5): 305-311. PMID: 25749559. PMCID: PMC4397182.

175. +El-Sayed AM, Finkton DW Jr, Paczkowski M, **Keyes KM**, Galea S. 2015. Socioeconomic position, health behaviors, and racial disparities in cause-specific infant mortality in one US state. Preventive Medicine, 76:8-13. PMID: 25849882. PMCID: PMC4671200.

176. Demmer RT, Gelb S, Sublia SF, **Keyes KM**, Aiello A, Colombo PC, Galea S, Uddin M, Koenen KC, Kubzansky LD. 2015. Sex Differences in the Association

Between Depression, Anxiety, and Type 2 Diabetes Mellitus. <u>Psychosomatic Medicine</u>, 77(4): 467-77. PMID: 25867970. PMCID: PMC4431947.

177. Walsh K, **Keyes KM**, Hasin DS, Koenen KC. 2015. Lifetime prevalence of gender-based violence in US women: associations with mood/anxiety and substance use disorders. <u>Journal of Psychiatric Research</u>, ePub Jan 14. PMID: 25648384. PMCID: PMC4386280.

178. +DuRivage N, **Keyes KM**, Levy E, Pez O, Bitfoi A, Koc C, Geolitz D, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Kovess Masfety V. 2015. Parental use of corporal punishment in Europe: intersection between public health and policy. <u>PLOS One</u>, 10(2), Feb 12. PMID: 25674788. PMCID: PMC4326463.

179. **Keyes KM**, Davey Smith G, Koenen K, Galea S. 2015. The mathematical limits of genetic prediction for complex chronic disease. <u>Journal of Epidemiology and Community Health</u>, ePub Feb 3. PMID: 25648993. PMCID: PMC4430395.

180. **Keyes KM**, Maslowsky J, Hamilton A, Schulenberg J. 2015. The Great Sleep Recession: Changes in Sleep Duration Among US Adolescents, 1991-2012. <u>Pediatrics</u>, ePub Feb 16. PMID: 25687142. PMCID: PMC4338325.

181. **Keyes KM**, Brady JE, Li G. 2015. Effects of Minimum Legal Drinking Age on Alcohol and Marijuana Use: Evidence from Toxicological Testing Data for Fatally Injured Drivers Aged 16 to 25 Years. <u>Injury Epidemiology</u>, 2(1):1-10. PMID: 27747733. PMCID: PMC4539964.

182. +Liu X, **Keyes KM**, Li G. 2014. Work stress and alcohol consumption among adolescents: moderation by family and peer influences. <u>BMC Public Health</u>, 14(1): 1303. PMID: 25523951. PMCID: PMC4301940.

183. Martins SS, Kim JH, Chen LY, Levin D, **Keyes KM**, Cerda M, Storr CL. (2014). Nonmedical prescription drug use among US young adults by educational attainment. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Nov 27. PMID: 25427665. PMCID: PMC4405452.

184. Chang HY, **Keyes KM**, Mok Y, Jung KJ, Shin YJ, Jee SH. 2015. Depression as a risk fact+or for overall and hormone-related cancer: The Korean cancer prevention study. <u>J Affect Disorder</u>, ePub March 1. PMID: 25462388. PMCID: PMC4402221.

185. **Keyes KM**, Vo T, Wall M, Caetano R, Suglia SF, Martins SS, Galea S, Hasin DS. (2014). Racial/ethnic differences in use of alcohol, tobacco, and marijuana: Is there a cross-over from adolescence to adulthood? <u>Social Science and Medicine</u>, ePub Nov 18. PMID: 25461870. PMCID: PMC4391514.

186. Kovess V, **Keyes KM**, Pez O, Bitfoi A, Eke C, Golitz D, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Pilowsky DJ, Susser E. (2014). Maternal smoking and offspring hyperactivity: results from a cross-national European survey. <u>European Journal Child and Adolescent Psychiatry</u>, European Journal of Child and Adolescent Psychiatry, ePub Nov 21. PMID: 25413602. PMCID: PMC4440844.

187. Taillieu TL, Afifi TO, Mota N, **Keyes KM**, Sareen J. (2014). Age, Sex, and Racial Differences in Harsh Physical Punishment: Results from a Nationally Representative United States Sample. <u>Child Abuse and Neglect</u>, So145-2134(14). PMID: 25466426. PMCID: PMC4402223.

188.  +Lee E, **Keyes KM**, Bitfoi A, Zlatka, M, Pez O, Yoon E, Kovess Masfety, V. (2014). Mental health disparities between Roma and non-Roma children in Romania and Bulgaria. <u>BMC Psychiatry</u>, 14(1):297. PMID: 25404375. PMCID: PMC4240804.

189.  Hatzenbuehler ML, **Keyes KM**, Uddin M, Hamilton A, Galea S. (2014). The collateral damage of mass incarceration: increased risk of psychiatric morbidity among non-incarcerated residents of high-incarceration neighborhoods. <u>American Journal of Public Health</u>, Nov 12: e1-e6. PMID: 25393200. PMCID: PMC4265900.

190.  +Cheslack-Postava K, **Keyes KM**, Lowe S, Koenen K. (2014). Oral Contraceptives are Associated with Reduced Risk of Subthreshold Panic Disorder in a Nationally Representative Sample of U.S. Women. <u>Archives of Women's Mental Health</u>, ePub August 13. PMID: 25113319. PMCID: PMC4308571.

191.  **Keyes KM**, Galea S. (2014). Current practices in teaching introductory epidemiology: how we got here, where to go. <u>American Journal of Epidemiology</u>, 180(7): 661-668. PMID: 25190677. PMCID: PMC4481568.
      **\*Selected as a 2014 Article of the Year for American Journal of Epidemiology**

192.  Lee E, Chang HY, Lee KS, Suh DI, Yu HS, Kang MJ, Choi IA, Park J, Kim KW, Shin YH, Ahn KM, Kwon JY, Choi SJ, Lee KJ, Won HS, Yang SI, Jung YH, Kim HY, Seo JH, Kwon JW, Kim BJ, Kim HB, Lee SY, Kim EJ, Lee JS, **Keyes KM**, Shin YJ, Hong SJ. (2014). The effect of perinatal anxiety on bronchiolitis is influenced by polymorphisms in ROS-related genes. <u>BMC Pulmonary Medicine</u>, 13(1): 154. PMID: 25263840. PMCID: PMC4196140.

193.  **Keyes KM**, Susser E, Pilowsky DJ, Hamilton A, Pez O, Bitfoi A, Koc C, Golitz D, Kuijpers R, Lesinkiene S, Mihova Z, Otten R, Kovess V. (2014). The health consequences of child mental health problems and parenting styles: Unintentional injuries among European schoolchildren. <u>Preventive Medicine</u>, ePub Jul 26. PMID: 25073079. PMCID: PMC4409127.

194.  Tu Y, **Keyes KM**, Davey Smith G. (2014). Mortality cohort effects from mid 19th to mid 20th century Britain: did they exist? <u>Annals of Epidemiology</u>, 24(8): 570-4. PMID: 25084701. PMCID: PMC4402224.

195.  Kim J, Martins S, Shmulewitz D, Santaella J, Wall M, **Keyes KM**, Eaton N, Krueger RF, Grant BF, Hasin DS. (2014). Childhood maltreatment, stressful life events, and alcohol craving in adult drinkers. <u>Alcoholism: Clinical and Experimental Research</u>, 38(7):2048-55. PMID: 24961735. PMCID: PMC4107183.

196.  Cerda M, Bordelois P, **Keyes KM**, Roberts A, Martins S, Seisner S, Austin S, Corliss H, Koenen K. (2014). Family ties: maternal-offspring attachment and young adult nonmedical prescription opioid use. <u>Drug and Alcohol Dependence</u>, ePub June 30. PMID: 25024105. PMCID: PMC4134317.

197.  **Keyes KM**, Nicholson R, Kinley J, Raposo S, Stein M, Goldner E, Sareen J. (2014). Age, period, and cohort effects in psychological distress in the United States and Canada. <u>American Journal of Epidemiology</u>, ePub May 15. PMID: 24692432. PMCID: PMC4010185.

198. **Keyes KM**, Pratt C, McLaughligh K, Galea S, Koenen K, Shear K. (2014). The Burden of Loss: Unexpected death of a loved one and psychiatric disorders across the life course in a national study. <u>American Journal of Psychiatry</u>, ePub May 16, PMID: 24832609. PMCID: PMC4119479.

199. Welch AE, Caramanica K, Maslow CB, Cone JE, Farfel MR, **Keyes KM**, Stellman SD, Hasin DS. (2014). Frequent binge drinking five to six years after exposure to 9/11: Findings from the World Trade Center Health Registry. <u>Drug and Alcohol Dependence</u>, ePub Apr 28, PMID: 24831753. PMCID: PMC4154498.

200. +Barnes D, **Keyes KM**, Hamilton A, Hatzenbuehler ML. (2014). Sexual orientation disparities in mental health: the moderating role of educational attainment. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Feb 26. PMID: 24570204. PMCID: PMC4145056.

201. Hatzenbuehler ML, **Keyes KM**, Hamilton A, Hasin DS. (2014). State-Level Tobacco Environments and Sexual Orientation Disparities in Tobacco Use and Dependence in the United States. <u>Tobacco Control</u>, ePub Feb 25. PMID: 24570099. PMCID: PMC4386615.

202. +Lukachko A, Hatzenbuehler M, *****Keyes KM**. (2014). Structural racism and myocardial infarction in the United States. <u>Social Science and Medicine</u>, 103:42-50. PMID: 24507909. PMCID: PMC4133127.

203. Elliott J, Stohl M, Wall M, **Keyes KM**, Goodwin R, Skodol A, Krueger R, Grant BF, Hasin D. (2014). The risk for persistent adult alcohol and nicotine dependence: the role of childhood maltreatment. <u>Addiction</u>, ePub Jan 8. PMID: 24401044. PMCID: PMC3984602.

204. **Keyes KM**, Cerda M, Brady J, Havens J, Galea S. (2013). Understanding the rural-urban differences in nonmedical prescription opioid use and abuse in the United States. <u>American Journal of Public Health</u>, ePub Dec 12. PMID: 24328642. PMCID: PMC3935688.

205. +Chang HY, **Keyes KM**, Lee K, Choi I, Kim SJ, Kim, KW, Shin YH, Ahn KM, Hong S, Shin Y. (2013). The Effect of Prenatal Maternal Depression on Risk of Low Birth Weight, Gestational Age, and Weight for Gestational Age in Term Infants in Korea. <u>Early Human Development</u>, ePub Dec 10. PMID: 24331828.

206. Ananth CV, **Keyes KM**, Wapner RJ. (2013). Pre-eclampsia rates in the United States, 1980-2010: age-period-cohort analysis. <u>British Medical Journal</u>, ePub Nov 7. PMID: 24201165. PMCID: PMC3898425.

207. **Keyes KM**, Shmulewitz D, Greenstein E, McLaughlin M, Wall M, Aharonovich E, Weizman A, Frisch A, Spivak B, Grant BF, Hasin DS. 2013. Exposure to the Lebanon War of 2006 and effects on alcohol use disorders: The moderating role of childhood maltreatment. <u>Drug and Alcohol Dependence</u>, ePub Oct 31. PMID: 24262650. PMCID: PMC3884580.

208. +Platt J, **Keyes KM**, Koenen K. 2013. Size of social network versus quality of social support: which is more protective against PTSD? <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Dec 6. PMID: 24310782.

209. Cerda M, Randome Y, **Keyes KM**, Koenen KC, Tardiff KJ, Vlahov D, Galea S. 2013. Revisiting the role of the urban environment in substance use. The case of

analgesic overdose fatalities. <u>American Journal of Public Health</u>, ePub Oct 17. PMID: 24134362. PMCID: PMC3828967.

210. Kilpatrick D, Resnick HS, Milanak ME, Miler MW, **Keyes KM**, Friedman MJ. 2013. National Estimates of Exposure to Traumatic Events and PTSD Prevalence Using DSM-IV and Proposed DSM-5 Criteria. <u>Journal of Traumatic Stress</u>, 26(5):537-47. PMID: 24151000. PMCID: PMC4096796.

211. Meyers JL, Shmulewitz D, Wall MM, **Keyes KM**, Aharonovich A, Spivak B, Weizman A, Frisch A, Edenberg HJ, Gelernter J, Grant BF, Hasin D. 2013. Childhood adversity moderates the effect of ADH1B on risk for alcohol-related phenotypes in Jewish Israeli drinkers. <u>Addiction Biology</u>, ePub Oct 24. PMID: 24164917. PMCID: PMC3999313.

212. Talati A, Wickramaratne PJ, **Keyes KM**, Hasin DS, Levin F, Weissman MM. Smoking and psychopathology increasingly associated in recent birth cohorts. <u>Drug and Alcohol Dependence</u>, ePub Sep 5. PMID: 24071570. PMCID: PMC3818417.

213. Carragher N, Krueger RF, Eaton NR, Markon KE, **Keyes KM**, Blanco C, Hasin DS. 2013. ADHD and the externalizing spectrum: direct comparison of categorical, continuous, and hybrid Models of liability in a nationally representative sample. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Oct 1. PMID: 24081325. PMCID: PMC3972373.

214. Kahn S, Okuda M, Hasin DS, Secades-Villa R, **Keyes KM**, Lin K, Grant B, Blanco C. 2013. Gender differences in Lifetime Alcohol Dependence: Results from the National Epidemiologic Survey on Alcohol and Related Conditions. <u>Alcoholism: Clinical and Experimental Research</u>, ePub June 13. PMID: 23763329. PMCID: PMC3796956.

215. Cerda M, Bordelois PM, **Keyes KM**, Galea S, Koenen KC, Pardini D. 2013. Cumulative and Recent Psychiatric Symptoms as Predictors of Substance Use Onset: Does Timing Matter? <u>Addiction</u>, ePub August 14. PMID: 23941263. PMCID: PMC3833999.

216. Meyers JL, Cerda M, Galea S, **Keyes KM**, Aiello AE, Uddin M, Wildman DE, Koenen K. 2013. Interaction between Polygenic Risk for Cigarette Use and Environmental Exposures in the Detroit Neighborhood Health Study. <u>Translational Psychiatry</u>, ePub August 13. PMID: 23942621. PMCID: PMC3756291.

217. **Keyes KM**, Cheslack-Postava K, Heim C, Westhoff C, Haloosim M, Walsh K, Koenen K. 2013. Association of Hormonal Contraceptive Use with Reduced Levels of Depressive Symptoms: A National Study of Sexually Active Women in the United States. <u>American Journal of Epidemiology</u>, ePub Sept 15. PMID: 24043440. PMCID: PMC3888252.

218. Hatzenbuehler M, **Keyes KM**. 2013. Inclusive anti-bullying policies and reduced risk of suicide attempts in lesbian and gay youth. <u>Journal of Adolescent Health</u>, 53, S21-S26. PMID: 23790196. PMCID: PMC3696185.

219. +Barnes D, **Keyes KM**, Bates L. Racial differences in depression in United States: How do subgroup analyses inform a paradox? <u>Social Psychiatric and Psychiatric Epidemiology</u>, ePub Jun 4. PMID: 23732705. PMCID: PMC3834079.

220. **Keyes KM**, Davey Smith G, Susser E. 2013. Associations of prenatal maternal smoking and offspring hyperactivity: causal or confounded? Psychological Medicine, ePub May 15. PMID: 23676207. PMCID: PMC4615686.

221. Pilowsky D, **Keyes KM**, Geier T, Hasin DS. 2013. Stressful Life Events and Relapse Among Formerly Alcohol Dependent Adults. Social Work in Mental Health, 11(2):184-197. PMID: 24167441. PMCID: PMC3808003.

222. **Keyes KM**, McLaughlin K, Demmer R, Cerda M, Koenen K, Uddin M, Galea S. 2013. Potentially traumatic events and the risk of six physical health conditions in a population-based sample. Depression and Anxiety, ePub March 11. PMID: 23495094. PMCID: PMC4180235.

223. **Keyes KM**, Miech R. 2013. Age, period, and cohort effects in heavy episodic drinking in the US from 1985-2009. Drug and Alcohol Dependence, ePub Feb 20. PMID: 23433898. PMCID: PMC4827021.

224. Katz C, El-Gabalawy R, **Keyes KM**, Martins SS, Sareen J. 2013. Risk factors for incident nonmedical prescription opioid use and abuse and dependence: Results from a longitudinal nationally representative sample. Drug and Alcohol Dependence, ePub Feb 8. PMID: 23399466.

225. +Fenton MC, Geier T, **Keyes KM**, Skodol AE, Grant BF, Hasin DS. 2013. Combined role of childhood maltreatment, family history, and gender in the risk for alcohol dependence. Psychological Medicine, 43(5):1045-1057. PMID: 22883538. PMCID: PMC3767412.

226. Cerda M, Randome Y, **Keyes KM**, Koenen KC, Tardiff KJ, Vlahov D, Galea S. 2013. Prescription opiate mortality trends in New York City, 1990-2006: examining the emergence of an epidemic. Drug and Alcohol Dependence, ePub Jan 25. PMID: 23357743. PMCID: PMC3748247.

227. Uddin M, Chang SC, Zhang C, Ressler K, Galea S, **Keyes KM**, McLaughlin K, Wildman DE, Aiello A, Koenen K. 2013. Adcyap1r1 genotype, posttraumatic stress disorder, and depression among women exposed to childhood maltreatment. Depression and Anxiety, ePub Dec 28 2012. PMID: 23280952. PMCID: PMC4081452.

228. Robins WR, **Keyes KM**, Utz RL, Martin CL, Yang Y. 2012. Birth cohort effects on abdominal obesity in the United Stets. The Silent Generation, Baby Boomers, and Generation X. International Journal of Obesity, ePub Dec 11. PMID: 23229734. PMCID: PMC3604045.

229. **Keyes KM**, March D, Link BG, Chilcoat HD, Susser E. Do socio-economic gradients in smoking emerge differently among women? Implications for the tobacco epidemic. Social Science and Medicine, ePub Nov 8th. PMID: 23186639. PMCID: PMC3612831.

230. Shmulewitz D, Wall MM, **Keyes KM**, Aharonovich E, Aivadyan C, Greenstein E, Spivak B, Weizman A, Frisch A, Hasin DS. (2012). Alcohol use disorders and perceived drinking norms: ethnic differences in Israeli adults. Journal of Studies on Alcohol and Drugs, 73(6): 981-990. PMID: 23036217. PMCID: PMC3469051.

231. Eaton NR, **Keyes KM**, Krueger RF, Noordhof A, Skodol AE, Markon KE, Grant BF, Hasin DS. (2012). Ethnicity and psychiatric comorbidity in a national sample: evidence for latent comorbidity factor invariance and connections with disorder

prevalence. Social Psychiatry and Psychiatric Epidemiology, ePub Sep 30. PMID: 23052426. PMCID: PMC3562755.

232. **Keyes KM**, Eaton N, Krueger RF, Wall M, Skodol A, Siever L, Grant BF, Hasin DS. (2012). Thought Disorder in the meta-structure of psychopathology. Psychological Medicine, ePub Nov 21. PMID: 23171498. PMCID: PMC3767418.

233. **Keyes KM**, Hatzenbuehler M, Grant BF, Hasin D. (2012). Stress and Alcohol: Epidemiologic Evidence. Alcohol Research: Current Reviews, 34(4): 391-400. PMID: 23584105. PMCID: PMC3797525.

234. Eaton N, Krueger RF, Markon K, **Keyes KM**, Skodol AE, Wall M, Hasin DS, Grant BF. (2012). The Structure, Continuity, and Predictive Validity of the Internalizing Disorders. Journal of Abnormal Psychology, Epub: Aug 20. PMID: 22905862. PMCID: PMC3755742.

235. +Fenton MC, Geier T, **Keyes KM**, Skodol AE, Grant BF, Hasin DS. (2012). Combined Role of Childhood Maltreatment, Family History, and Gender in the Risk for Alcohol Dependence. Psychological Medicine, EPub Aug 10. PMID: 22883538. PMCID: PMC3767412.

236. **Keyes KM**, Schulenberg JE, O'Malley PM, Johnston LD, Bachman JG, Li G, Hasin DS. (2012). Birth cohort effects on adolescent alcohol use: The influence of social norms from 1976-2007. Archives of General Psychiatry, EPub Aug 6. PMID: 22868751. PMCID: PMC3597448.

237. Goodwin RD, Zvolensky MJ, **Keyes KM**, Hasin DS. (2012). Mental disorders and cigarette use among adults in the United States. American Journal on Addictions, 21(5):416-423. PMID: 22882392. PMCID: PMC3701304.

238. +Fenton M, **Keyes KM**, Geier T, Greenstein E, Skodol A, Krueger RF, Hasin D. 2012. Psychiatric comorbidity and the persistence of drug use disorders in the United States. Addiction, 107(3):599-609, PMID: 21883607. PMCID: PMC3260401.

239. Cerda M, Wall M, **Keyes KM**, Galea S, Hasin DS. 2012. Medical marijuana laws in 50 states: investigating the impact of state legalization of medical marijuana and marijuana use, abuse and dependence. Drug and Alcohol Dependence, 120(1-3):22-27. PMID: 22099393. PMCID: PMC3251168.

240. Robinson WC, Martin C, **Keyes KM**, Utz R, Yang Y. 2012. Birth cohort effects among US-born adults born in the 1980s: foreshadowing future trends in US obesity prevalence. International Journal of Obesity, Epub May 1. PMID: 22546778. PMCID: PMC3448850.

241. **Keyes KM**, Susser E, Cheslack-Postava K, Fountain C, Liu K, Bearman P. 2012. Cohort effects explain the increase in autism diagnosis among children born from 1992 to 2003 in California. International Journal of Epidemiology, 41(2):495-503. PMID: 22253308. PMCID: PMC3324454.

242. **Keyes KM**, Eaton N, Krueger RF, McLaughlin K, Wall M, Grant BF, Hasin DS. 2011. Childhood maltreatment and the structure of common psychiatric disorders. British Journal of Psychiatry, ePub Dec 8. PMID: 22157798. PMCID: PMC3269653.

243. McLaughlin K, Nandi A, **Keyes KM**, Uddin M, Aiello AE, Galea S, Koenen KC. 2011. Home foreclosure and risk of psychiatric morbidity during the recent

financial crisis. Psychological Medicine, ePub Nov 21. PMID: 22099861. PMCID: PMC3438142.

244. Hasin DS, Fenton M, Skodal A, Krueger R, **Keyes KM**, Blanco C, Johnson J, Geier T, Grant B. 2011. Personality disorders and the 3-year course of alcohol, drug, and nicotine use disorders. Archives of General Psychiatry, 68(11):1158-1167. PMID: 22065531. PMCID: PMC3500879.

245. **Keyes KM**, McLaughlin K, Koenen KC, Goldmann E, Uddin M, Galea S. 2011. Child maltreatment increases sensitivity to adverse social contexts: Neighborhood physical disorder and incident binge drinking in Detroit. Drug and Alcohol Dependence, ePub Oct 5. PMID: 21981990. PMCID: PMC3288803.

246. Hankerson SH, Fenton MC, Geier TJ, **Keyes KM**, Weissman MM, Hasin DS. 2011. Racial Differences in Symptoms, Comorbidity, and Treatment for Major Depressive Disorder among Black and White Adults. Journal of the National Medical Association, 103(7):576-84. PMID: 21999032. PMCID: PMC3866690.

247. Martins SS, Fenton MC, **Keyes KM**, Blanco C, Zhu H, Storr CL. 2011. Mood/Anxiety disorders and their association with non-medical prescription opioid use and prescription opioid use disorder: longitudinal evidence from the National Epidemiologic Study on Alcohol and Related Conditions. Psychological Medicine, ePub Oct 17. PMID: 21999943. PMCID: PMC3513363.

248. **Keyes KM**, Liu XC, Cerda M. 2011. The role of race/ethnicity in alcohol-attributable injury in the United States. Epidemiologic Reviews, ePub Sep 19. PMID: 21930592. PMCID: PMC3283099.

249. Lee SY, Martins SM, **Keyes KM**, Lee HB. 2011. Mental Health Service Use by Persons of Asian Ancestry With DSM-IV Mental Disorders in the United States. Psychiatric Services, 62(10): 1180-6. PMID: 21969644. PMCID: PMC3698479.

250. **Keyes KM**, Li G, Hasin DS. 2011. Birth cohort effects and gender differences in alcohol epidemiology: a review and synthesis. Alcoholism: Clinical and Experimental Research, 35(12):2101-2012. PMID: 21919918. PMCID: PMC3221910.

251. Eaton, NR, **Keyes KM**, Krueger, RF, Balsis S, Skodol AE, Markon KE, Grant BF, Hasin DS. 2011. An Invariant Dimensional Liability Model of Gender Differences in Mental Disorder Prevalence: Evidence from a National Sample. Journal of Abnormal Psychology, Aug 15 EPub. PMID: 21842958. PMCID: PMC3402021.

252. Wall M, Poh E, Cerda M, **Keyes KM**, Galea S, Hasin DS. 2011. Adolescent marijuana use from 2002 to 2008: higher in states with medical marijuana laws, cause still unclear. Annals of Epidemiology, 21(9):714-716. PMID: 21820632. PMCID: PMC3358137.

253. Baca-Garcia E, Perez-Rodriguez MM, Oquendo MA, **Keyes KM**, Hasin DS, Grant BF, Blanco C. Estimating risk for suicide attempt: are we asking the right questions? Passive suicidal ideation as a marker for suicidal behavior. Journal of Affective Disorders, EPub Jul 22. PMID: 21784532. PMCID: PMC3172880.

254. Hatzenbuehler ML, Wieringa NF, **Keyes KM**. 2011. Community-level determinants of tobacco use disparities in LGB youth: Results from a population-based study. Archives of Pediatrics and Adolescent Medicine, 165(6): 527-32. PMID: 21646585.

255. Shmulewitz D, **Keyes KM**, Wall MM, Aharonovich E, Aivadyan C, Greenstein E, Spivak B, Weizman A, Frisch A, Grant BF, Hasin DS. 2011. Nicotine dependence, abuse and craving: dimensionality in an Israeli sample. Addiction, 106(9):1675-86. PMID: 21545668. PMCID: PMC3163441.

256. **Keyes KM**, Schulenberg JS, O'Malley PE, Johnston LD, Bachman JG, Li G, Hasin DS. 2011. The social norms of birth cohorts and adolescent marijuana use in the United States, 1976–2007. Addiction, ePub May 6. PMID: 21545669. PMCID: PMC3174352.

257. **Keyes KM**, Hatzenbuehler ML, Hasin DS. 2011. Stressful life experiences, alcohol consumption, and alcohol use disorders: the epidemiologic evidence for four main types of stressors. Psychopharmacology, 218(1):1-17. PMID: 21373787. PMCID: PMC3755727.

258. Goodwin RD, Lipsitz JD, **Keyes KM**, Galea S, Fyer AJ. 2011. Family history of alcohol use disorders among adults with panic disorder in the community. Journal of Psychiatric Research, 45(8)1123-7. PMID: 21334007. PMCID: PMC3337757.

259. Hatzenbuehler ML, **Keyes KM**, McLaughlin K. 2011. The protective effects of social/contextual factors on psychiatric morbidity in LGB populations. International Journal of Epidemiology, 40(4)1071-80. PMID: 21330343. PMCID: PMC3156367.

260. **Keyes KM**, Martins S, Hatzenbuehler ML, Bates L, Blanco C, Hasin DS. 2011. Mental health service utilization for psychiatric disorders among Latinos living in the United States: the role of ethnic subgroup, ethnic identity, and language/social preferences. Social Psychiatry and Psychiatric Epidemiology. Epub Feb 3. PMID: 21290097. PMCID: PMC3756540.

261. **Keyes KM**, Barnes D, Bates L. 2011. Stress, coping, and depression: testing a new hypothesis in a prospectively studied general population sample of U.S. born Whites and Blacks. Social Science and Medicine, 72(5):650-659. PMID: 21227557. PMCID: PMC3202962.

262. Skodol AE, Grilo CM, **Keyes KM**, Geier T, Grant BF, Hasin DS. 2011. Relationship of Personality Disorders to the Course of Major Depressive Disorder in a Nationally Representative Sample. American Journal of Psychiatry, 168(3):257-264. PMID: 21245088. PMCID: PMC3202962.

263. Baca-Garcia E, Perez-Rodriguez MM, **Keyes KM**, Oquendo MA, Hasin DS, Grant BF, Blanco C. 2011. Suicidal ideation and suicide attempts among Hispanic subgroups in the United States: 1991-1992 and 2001-2002. Journal of Psychiatric Research, 45(4):512-518. PMID: 20937507. PMCID: PMC3032009.

264. Eaton N, Krueger RF, **Keyes KM**, Skodol A, Markon K, Grant B, Hasin D. 2011. Borderline Personality Disorder Comorbidity: relationship to the internalizing-externalizing structure of common mental disorders. Psychological Medicine, 41(5):1041-1050. PMID: 20836905. PMCID: PMC3193799.

265. **Keyes KM**, Keyes MA, March D, Susser E. 2011. Levels of risk: maternal-, middle childhood-, and neighborhood-level predictors of adolescent disinhibitory behaviors from a longitudinal birth cohort in the United States. Mental Health and Substance Use, 4(1):22-37. PMID: 21483643. PMCID: PMC3072573.

266. **Keyes KM**, Krueger RF, Grant BF, Hasin DS. 2011. Alcohol craving and the dimensionality of alcohol disorders. Psychological Medicine, 41(3):629-640. PMID: 20459881. PMCID: PMC2981698.

267. **Keyes KM**, Hatzenbuehler ML, McLaughlin K, Link BG, Olfson M, Grant B, Hasin DS. 2010. Stigma and treatment for alcohol disorders in the United States. American Journal of Epidemiology, 172(12):1364-1372. PMID: 21044992. PMCID: PMC2998202.

268. Lizardi D, Thompson R, **Keyes KM**, Hasin DS. 2010. The role of depression in the differential effect of childhood parental divorces on male and female adult offspring suicide attempt risk. Journal of Nervous and Mental Diseases, 198(9):687-690. PMID: 20823733. PMCID: PMC3755764.

269. **Keyes KM**, Li G. 2010. A multi-phase method for estimating cohort effects in age-period contingency table data. Annals of Epidemiology, 20(10):779-785. PMID: 20627769. PMCID: PMC2946643.

270. Fenton M, **Keyes KM**, Martins S, Hasin DS. 2010. The Role of a Prescription in Anxiety Medication Use, Abuse, and Dependence. American Journal of Psychiatry, 167(10):1247-1253. PMID: 20595413. PMCID: PMC3756550.

271. **Keyes KM**, Martins SS, Blanco CB, Hasin DS. 2010. Telescoping and gender differences in alcohol dependence: new evidence from two national surveys. American Journal of Psychiatry, 167(8):969-976. PMID: 20439391. PMCID: PMC3767417.

272. Shmulewitz D, **Keyes KM**, Beseler C, Aharonovich E, Aivadyan C, Spivak B, Hasin DS. 2010. The dimensionality of alcohol use disorders: Results from Israel. Drug and Alcohol Dependence, 111(1-2):146-154. PMID: 20537809. PMCID: PMC3884677.

273. Martins SS, **Keyes KM**, Storr CL, Zhu H, Grucza, RA. 2010. Birth-Cohort Trends in Lifetime and Past-Year Prescription Opioid-Use Disorder Resulting From Nonmedical Use: Results From Two National Surveys. Journal of Studies on Alcohol and Drugs, 71(4)480-487. PMID: 20553656. PMCID: PMC2887918.

274. McLaughlin K, Hatzenbuehler M, **Keyes KM**. 2010. Responses to Discrimination and Psychiatric Disorders Among Black, Hispanic, Female, and Lesbian, Gay, and Bisexual Individuals. American Journal of Public Health, 100(8):1477-1484. PMID: 20558791. PMCID: PMC2901295.

275. **Keyes KM**, Utz R, Robinson W, Li G. 2010. What is a cohort effect? Comparison of three statistical methods for modeling cohort effects in obesity prevalence in the United States, 1971–2006. Social Science and Medicine, 70:1100-1108. PMID: 20122771. PMCID: PMC3469580.

276. Baca-Garcia E, Perez-Rodriguez M, **Keyes KM**, Oquendo MA, Hasin DS, Grant BF, Blanco C. 2010. Suicidal ideation and suicide attempts in the United States: 1991-1992 and 2001-2002. Molecular Psychiatry, 15(3):250-259. PMID: 18779820. PMCID: PMC2825279.

277. Hatzenbuehler ML, McLaughlin K, **Keyes KM**. 2010. The impact of institutional discrimination on psychiatric disorders in lesbian, gay, and bisexual populations: a prospective study. American Journal of Public Health, 100(3):452-459. PMID: 20075314. PMCID: PMC2820062.

278. Hatzenbuehler ML, **Keyes KM**, Hasin DS. 2009. State-level policies and psychiatric morbidity in lesbian, gay, and bisexual populations. American Journal of Public Health, 99(12):2275-2281. PMID: 19833997. PMCID: PMC2775762.

279. Lizardi D, Thompson R, **Keyes KM**, Hasin DS. 2009. Parental divorce, parental depression, and gender differences in adult offspring suicide attempt. Journal of Nervous and Mental Disease, 197(12):899-904. PMID: 20010025. PMCID: PMC3767404.

280. **Keyes KM**, Geier T, Grant BF, Hasin DS. 2009. Influence of a drinking quantity and frequency measure on the prevalence and demographic correlates of DSM-IV alcohol dependence. Alcoholism: Clinical and Experimental Research, 33(5):761-771. PMID: 19298332. PMCID: PMC3163446.

281. Martins SS, **Keyes KM**, Storr CL, Zhu H, Chilcoat, HD. 2009. Pathways between nonmedical opioid use/dependence and psychiatric disorders: results from the National Epidemiologic Survey on Alcohol and Related Conditions. Drug and Alcohol Dependence, 103(1-2):16-24. PMID: 19414225. PMCID: PMC2699563.

282. Goodwin RD, **Keyes KM**, Stein MB, Talley NJ. 2009. Peptic ulcer and mental disorders among adults in the community: The role of nicotine and alcohol use disorders. Psychosomatic Medicine, 71(4)463-468. PMID: 19443694. PMCID: PMC3340907.

283. Pilowsky D, **Keyes KM**, Hasin DS. 2009. Adverse Childhood Events and Lifetime Alcohol Dependence. American Journal of Public Health, 99(2):258-263. PMID: 19059847. PMCID: PMC2622772.

284. Goodwin, RD, **Keyes KM**, Hasin DS. 2009. Changes in cigarette use and nicotine dependence in the United States. American Journal of Public Health, 99(8):1471-1477. PMID: 19008515. PMCID: PMC2707489.

285. Hatzenbuehler ML, **Keyes KM**, Hasin DS. 2009. Associations between perceived weight discrimination and the prevalence of psychiatric disorders in the general population. Obesity, 17(11):2033-2039. PMID: 19390520. PMCID: PMC3767420.

286. Goodwin R, Davidson KW, **Keyes KM**. 2009. Mental disorders and cardiovascular disease among adults in the United States. Journal of Psychiatric Research, 43(3): 239-246. PMID: 18614179. PMCID: PMC3340909.

287. Hasin D, **Keyes KM**, Alderson D, Wang S, Aharonovich E, Grant B. 2008. Cannabis withdrawal in the United States: Results from the NESARC. Journal of Clinical Psychiatry, 69(9);1354-63. PMID: 19012815. PMCID: PMC2777674.

288. **Keyes KM**, Grant BF, Hasin DS. 2008. Evidence for a closing gender gap in alcohol use, abuse, and dependence in the United States population. Drug and Alcohol Dependence, 93(1-2): 21-29. PMID: 17980512. PMCID: PMC3163892.

289. Thompson R, Lizardi D, **Keyes KM**, Hasin DS. 2008. Childhood or Adolescent Parental Divorce/Separation, Parental History of Alcohol Problems, and Offspring Lifetime Alcohol Dependence. Drug and Alcohol Dependence, 98(3):264-269. PMID: 18757141. PMCID: PMC3818521.

290. **Keyes KM**, Hasin DS. 2008. Socio-economic status and problem alcohol use: the positive relationship between income and the DSM-IV alcohol abuse diagnosis. Addiction, 103(7):1120-30. PMID: 18494841. PMCID: PMC385924.

291. Hatzenbuehler ML, **Keyes KM**, Narrow WE, Grant BF, Hasin DS. 2008. Racial/Ethnic disparities in service utilization for mental health and substance disorders: comorbid individuals in the general population. Journal of Clinical Psychiatry, 69(7):1112-1121. PMID: 18517286. PMCID: PMC2745048.

292. Vesga-Lopez O, Blanco C, **Keyes KM**, Olfson M, Grant BF, Hasin DS. 2008. Psychiatric disorders in pregnant and postpartum women in the United States. Archives of General Psychiatry, 65(7):805-15. PMID: 18606953. PMCID: PMC2669282.

293. **Keyes KM**, Martins SS, Hasin DS. 2008. Past 12-month and lifetime comorbidity and poly-drug use of ecstasy users among young adults in the United States: Results from the National Epidemiologic Survey on Alcohol and Related Conditions. Drug and Alcohol Dependence, 97(1-2): 139-149. PMID: 18524499. PMCID: PMC3771490.

294. Heiman G, Ogburn E, Gorroochurn P, **Keyes KM**, Hasin D. 2008. Evidence for a two-stage model of dependence using the NESARC and its implications for genetic association studies. Drug and Alcohol Dependence, 92(1-3), 258-266. PMID: 17933473. PMCID: PMC2266584.

295. Beseler C, Aharonvich E, **Keyes KM**, Hasin DS. 2008. Adult transition from at-risk drinking to alcohol dependence: The relationship of family history and drinking motives. Alcoholism: Clinical and Experimental Research, 32(4):607-16. PMID: 18341650. PMCID: PMC3850293.

296. **Keyes KM**, Hatzenbuehler ML, Alberti PM, Narrow WE, Grant BF, Hasin DS. 2008. Service utilization differences for axis I psychiatric and substance use disorders between white and black adults. Psychiatric Services, 59(8):893-901. PMID: 18678687. PMCID: PMC2729457.

297. Goodwin RD, Zvolensky, MJ, **Keyes KM**. 2008. Nicotine dependence and mental disorders among adults in the United States. Evaluating the role of mode of administration. Psychological Medicine, 43(3):1471-1477. PMID: 18366824.

298. Goodwin RD, **Keyes KM**, Simuro N. 2007. Cigarette use and mental disorders during pregnancy. American Journal of Obstetrics and Gynecology, 109(4):875-83. PMID: 17400849.

299. Hasin DS, **Keyes KM**, Hatzenbuehler M, Aharonovich E, Alderson D. 2007. Effects of physical proximity, loss, and previously-assessed history on alcohol use and traumatic stress symptoms following terrorist attacks. American Journal of Public Health, 97(12):2268-75. PMID: 17971553. PMCID: PMC2089108.

300. Hasin DS, Hatzenbuehler ML, **Keyes KM**, Ogburn E. 2006. Substance use disorders: Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV) and International Classification of Diseases, tenth edition (ICD-10). Addiction, (101 Suppl 1): 59-75. PMID: 16930162.

*Confidential – Subject to Protective Order*

OTHER PEER REVIEWED PUBLICATIONS IN PRINT OR OTHER MEDIA

REVIEWS, CHAPTERS, MONOGRAPHS, EDITORIALS

1. **Keyes KM**, Schwartz S, Susser E. 2020. Psychiatric Epidemiology. In Rothman, Greenland, Lash, Vanderweele (Eds.), Modern Epidemiology, 4th Edition. Lippincott Williams and Wilkins.
2. Galea S, **Keyes KM**. 2020 Understanding the Covid-19 pandemic through the lens of population health science. American Journal of Epidemiology, ePub Jul 15. PMID: 32666083.
3. Fuhrer R, **Keyes KM**. 2019. Population Mental Health in the 21st Century: Aspirations and Experiences. American Journal of Public Health, 109(S3) S150-S151.
4. Fuhrer R, **Keyes KM**. 2019. Population Mental Health in the 21st Century: Time to Act. American Journal of Public Health, 109(S3):S152-S153. PMID: 31242014.
5. Fuhrer R, **Keyes KM**. 2019. Population Mental Health Today: Confronting the Challenge. 109(S3):S149. PMID: 31242012
6. Galea S, **Keyes KM**. Epidemiology at the Heart of Population Health Science. 2019. American Journal of Epidemiology, 188(5): 883-885.
7. Cerda M, **Keyes KM**. 2019. Systems Modeling to Advance the Promise of Data Science in Epidemiology. American Journal of Epidemiology 188(5):862-865.
8. Cerda M, **Keyes K**. Longitudinal methods for social epidemiologic research. In J. Kaufman and J.M. Oakes (Eds.), Methods in Social Epidemiology. Jossey-Bass. Expected 2019.
9. Fink D, **Keyes K**, Cerda M. Systems science and social epidemiology. In El-Sayed A, Galea S (Eds.), Systems Science in Population Health. Springer. 2016.
10. Fink D, **Keyes K**. Wrong answers. In El-Sayed A, Galea S (Eds.), Systems Science in Population Health. Springer. 2016.
11. **Keyes KM**, Liu X. 2013. Age, period, and birth cohort effects in psychiatric disorders in the United States. In press. In K. Koenen, S. Rudenstine, S. Galea, and E. Susser (Eds.), Life Course Epidemiology of Mental Disorders. Oxford University Press.
12. **Keyes KM**, Li G. Age-period-cohort analysis in injury epidemiology. 2012. In G. Li & S. Baker (Eds.), Injury Research: Theories, Methods, and Approaches. Springer.
13. Hasin DS, **Keyes KM**. Epidemiology. 2011. In B. Johnson (Ed.), Addiction Medicine: Science and Practice.
14. Pilowsky D, **Keyes KM**. Women and depression. 2010. In R. Senie (Ed.), Epidemiology of Women's Health. Jones & Bartlett, Publishers.
15. **Keyes KM**, Hasin DS. 2010. Epidemiology and Management of Alcohol Misuse Comorbid with Other Disorders. In J. Saunders & J. Rey (Eds.), Young People and Alcohol: Impact, Policy, Prevention, Treatment. Wiley-Blackwell, publishers.
16. **Keyes KM**, Hasin DS. 2008. Gender and complications of substance disorders. In Korsmeyer P & Kranzler H (Eds.), Encyclopedia of Drugs, Alcohol & Addictive Behavior, 3rd edition. Gale Cengage Publishers.

17. **Keyes KM**, Hasin DS. 2008. Causes of alcohol and drug disorders: gender. In Korsmeyer P & Kranzler H (Eds.), Encyclopedia of Drugs, Alcohol & Addictive Behavior, 3rd edition. Gale Cengage Publishers.
18. **Keyes KM**, Hasin DS. 2008. Epidemiology of Alcohol Disorders. In Korsmeyer P & Kranzler H (Eds.), Encyclopedia of Drugs, Alcohol & Addictive Behavior, 3rd edition. Gale Cengage Publishers.
19. Hasin D, **Keyes KM**, Ogburn E, Hatzenbuehler M. 2007. "Vulnerability to Alcohol and Drug Use Disorders." In M. Tsuang (Ed.), Toward Prevention and Early Intervention of Major Mental and Substance Abuse Disorders. American Psychiatric Publishing, Inc.


BOOKS/TEXTBOOKS FOR MEDICAL OR SCIENTIFIC CONMMUNITY
*AUTHOR*

1. **Keyes KM**, Galea S. 2016. Population Health Science. New York, Oxford University Press.
   a. Highest-selling epidemiology title in 2016
   b. >1,500 copies sold
2. **Keyes KM**, Galea S. 2014. Epidemiology matters: a new introduction to methodological foundations. New York, Oxford University Press.
   a. Highest-selling epidemiology title in 2014
   b. Used in graduate introductory epidemiology in at least 22 universities worldwide (based on their contact with Keyes and Galea)
   c. >3,000 copies sold
3. Shrout PE, **Keyes KM**, Ornstein K, eds. 2010. Causality and Psychopathology. Oxford University Press

COMMENTARIES AND LETTERS TO THE EDITOR

1. **Keyes KM**, Whitley R, +Fink D, +Santaella J, Pirkis J. 2021. The global impact of celebrity suicides: implication for prevention. World Psychiatry, 20(1):144-145. PMID: 33432751.
2. +Moss SL, **Keyes KM**. 2020. Commentary on Foxon & Selya (2020); Social gradients in long-term health consequences of cigarette use – will adolescent e-cigarette use follow the same trajectory? Addiction, ePub October 13. PMID: 33047826.
3. Galea S, **Keyes KM**. 2020. Understanding the Covid-19 pandemic through the lens of population health science. American Journal of Epidemiology, ePub July 15. PMID: 3266083.
4. **Keyes KM**, +Kreski N. 2020. Is there an association between social media use and mental health? The timing of confounding measurement matters. JAMA Psychiatry, ePub Jan 15. PMID: 31940014.
5. +Martinez-Alex G, **Keyes KM**, Baca-Garcia E. 2019. Beyond Statistical Significance: An Underrated Suicide Prevention Intervention. 80(4). PMID: 31237993.

6.  **Keyes KM**, Susser E. (2014). Expanding the scope of psychiatric epidemiology in the 21st century. <u>Social Psychiatry and Psychiatric Epidemiology</u>, 49(10): 1521-4. PMID: 25096981. PMCID: PMC4167940.

7.  **Keyes KM**, Ananth C. (2014). Age, period, and cohort effects in perinatal epidemiology: implications and considerations. <u>Paediatric and Perinatal Epidemiology</u>, 28(4):277-9. PMID: 24920490. PMCID: PMC5647997.

8.  **Keyes KM**, Davey Smith G, Susser E. (2014). Smoking in pregnancy and offspring health: early insights into family-based designs? <u>International Journal of Epidemiology</u>, 43(5): 1381-8. PMID: 25301865. PMCID: PMC4757959.

9.  **Keyes KM**, Cheslack-Postava K, Heim C, Westhoff C, Haloosim M, Walsh K, Koenen K. (2013). Author's response to "Hormonal Contraception and Mood." <u>American Journal of Epidemiology</u>, ePub Sept 15. PMID: 24043438. PMCID: PMC3954083.

10. **Keyes KM**, Miech R. (2013). Commentary on Dawson et al. (2013): Drink to your health? Maybe not. <u>Addiction</u>, 108(4):723-4. PMID: 23496071.

11. **Keyes KM**, Davey Smith G, Susser E. (2013). On sibling designs. <u>Epidemiology</u>, 24(3): 473-4. PMID: 23549193.

12. **Keyes KM**, Cerda M. (2013). Racial/ethnic differences in alcohol-related suicide: A call for focus on unraveling paradoxes and understanding structural forces that shape alcohol-related health. <u>Alcoholism: Clinical and Experimental Research</u>, ePub Feb 26. PMID: 23441581. PMCID: PMC5540371.

13. Wall MM, Poh E, Cerda M, **Keyes KM**, Galea S, Hasin DS. (2012). Commentary on Harper S, Strumph EC, Kaufman JS. Do Medical Marijuana Laws Increase Marijuana Use? Replication Study and Extension. <u>Annals of Epidemiology</u>, 22(7): 536-7. PMID: 22534177. PMCID: PMC3547124.

14. Kirkbride JB, **Keyes KM**, Susser E. 2018. City Living and Psychotic Disorders-Implications of Global Heterogeneity for Theory Development. <u>JAMA Psychiatry</u>, ePub Oct 10th. PMID: 30304485.

15. Susser E, **Keyes KM**, Mascayano F. 2018. Health pregnancy and prevention of psychosis. <u>World Psychiatry</u>, 17(3):357-358. PMID: 30192106.

16. **Keyes KM**. 2018. Invited commentary: Marijuana, drug use, and mental health in the United States: a tale of two generations. <u>Addiction</u>, 113(3):482-483. PMID: 29423983.

17. **Keyes KM**, Tracy M, Mooney SJ, Shev A, Cerda M. 2017. Invited commentary: Agent-based models: bias in the face of discovery. <u>American Journal of Epidemiology</u>, ePub June 30. PMID: 28673036. PMCID: PMC5860003.

18. **Keyes KM**, Susser E. 2017. Invited commentary: An ingenious approach to examining the relationship between maternal stress and offspring health? <u>American Journal of Epidemiology</u>, Feb 3, 1-4. PMID: 28158433.

19. Susser E, **Keyes KM**. 2017. Prenatal nutritional deficiency and psychosis: where do we go from here? <u>JAMA Psychiatry</u>, Feb 22. PMID: 28241254. PMCID: PMC5488265.

20. Susser E, Verhulst S, Kark JD, Factor-Litvak PR, **Keyes K**, Magnus P, Aviv A. 2016. Non-Dynamic Association of Depressive and Anxiety Disorders with Leukocyte Telomere Length? <u>American Journal of Psychiatry</u>, 173(11): 1147. PMID: 27798991. PMCID: PMC5325116.

21. Reininghaus U, **Keyes KM**, Morgan C. Novel methods in psychiatric epidemiology. 2016. <u>Soc Psychiatry and Psychiatr Epidemiol</u>. ePub Jun 22. PMID: 27333982. PMCID: PMC4962869.

22. **Keyes KM**, Barnes D, Bates L. 2015. A letter in response to: Weaver A, Himle JA, Taylor RJ, Matusko NN, Abelson JM. Urban vs Rural Residence and the Prevalence of Depression and Mood Disorder Among African American Women and Non-Hispanic White Women. <u>JAMA Psychiatry</u>. PMID: 26561032. PMCID: PMC4671197.

23. **Keyes KM**, Susser E, Cheslack-Postava K, Fountain C, Liu K, Bearman PS. 2014. Authors' response: Cohort effects explain the increase in autism diagnosis: an identifiability problem of the age-period-cohort model. <u>International Journal of Epidemiology</u>, 43(5): 1381-8. PMID: 25393200. PMCID: PMC4265900.

24. Bates L, Barnes D, **Keyes KM**. 2011. Re: Reconsidering the role of social disadvantage in physical and mental health: stressful life events, health behaviors, race, and depression. <u>American Journal of Epidemiology</u>. PMID: 21540321. PMCID: PMC3937594.

THESIS

Keyes, KM. Ecologic-level disapproval and the prevalence of substance use: A multi-level age-period-cohort analysis of high-school attending adolescents in the United States. Columbia University, 2010.

OTHER NON-PEER REVIEWED PUBLICATIONS IN PRINT OR OTHER MEDIA

Teutsch SM, Geller A, Negussie Y, eds. Getting to Zero Alcohol-Impaired Driving Fatalities: A Comprehensive Approach to a Persistent Problem. National Academicies of Sciences, Engineering, and Medicine. Washington, DC; 2018.
- Committee member for consensus study, 2017-2018

**Invited and/or Peer-Selected Presentations at Regional, National or International Levels**

CONFERENCE PRESENTATIONS
*REGIONAL*

1. Changes in United States health policy: implications for substance use and injury. <u>Society for Epidemiological Research</u>, symposium chair, June 2018, Baltimore, MD.

2. Consequences of medical and recreational cannabis legislation on opioid-related harm. <u>Society for Epidemiological Research</u>, symposium presentation, June 2018, Baltimore, MD.

3. Are urban and rural health differences due to exposure prevalence variation or interaction: when and why does it matter? <u>Society for Epidemiological Research</u>, symposium presentation, June 2018, Baltimore, MD

4. Who thinks like that? Survey methods for non-survey data. <u>Society for Epidemiological Research</u>, symposium presentation, June 2018, Baltimore, MD.

5. The Great Sleep Recession: Changes in Sleep Duration Among US Adolescents, 1991-2012. Symposium presentation, <u>Society for Research on Child Development</u>. March 2015, Philadelphia, PA.

6. Has the population prevalence of adolescent sensation seeking and its relation to substance use changed over time? Symposium presentation, <u>Society for Research on Child Development</u>. March 2015, Philadelphia, PA.

7. Understanding substance use epidemiology across time, space, and generation. <u>Society for Epidemiologic Research</u>, Symposium chair, June 2013, Boston, MA.

8. Early life stress and adult psychiatric disorders: assessing causation in a sea of correlation. <u>Society for Epidemiologic Research</u>, Symposium presentation, June 2013, Boston, MA.

9. Racial/ethnic differences in alcohol-attributable homicide: how do we move forward? <u>Society for Epidemiologic Research</u>, Symposium presentation, June 2013, Boston, MA.

10. New Methods for an Old Epidemiologic Problem: Age, Period, and Cohort Effects. <u>Society for Epidemiologic Research</u>, Symposium chair, June 2013, Boston, MA.

11. Testing the 'Jackson hypothesis': are black/white differences in depression due to differential effects of stress and unhealthy behaviors? Symposium presentation, <u>Psychiatric Epidemiology Faculty/Fellows Training Seminar.</u> November 2010, New York, NY.

12. Adverse childhood events and the structure of common psychiatric disorders. Symposium presentation, <u>Adverse Childhood Experiences, Personality Psychopathology, and Alcohol Disorders</u>. May 2010, New York, NY.

13. The role of craving in future classifications of alcohol use disorders. Symposium presentation, <u>Adverse Childhood Experiences, Personality Psychopathology, and Alcohol Disorders</u>. December 2009, New York, NY.

14. 'Age Selection of Mortality from Tuberculosis': a re-analysis of Frost on the 70th anniversary of publication. Symposium presentation, <u>American Public Health Association</u>, November 2009, Philadelphia, PA.

15. Population-level disapproval and the prevalence of substance use: a multi-level age-period-cohort analysis of high-school attending adolescents in the United States, 1976-2008. Symposium presentation, <u>Research Seminars in Epidemiology</u>, October 2009, New York, NY.

16. Age-Period-Cohort estimation throughout history: tracing the meaning of a 'cohort effect' Symposium presentation. <u>Psychiatric Epidemiology Faculty/Fellows Training Seminar.</u> February 2009, New York, NY.

17. Influence of a drinking quantity and frequency measure on the prevalence and demographic correlates of DSM-IV alcohol use disorders. Symposium presentation, <u>Research Society on Alcoholism.</u> June 2008, Washington, DC.

18. Methodological Issues in the Estimation of Age-Period-Cohort Effects. Symposium presentation. <u>Psychiatric Epidemiology Faculty/Fellows Training Seminar.</u> March 2008, New York, NY.

19. Disentangling age-period-cohort effects: problems and possibilities. Symposium presentation, <u>American Psychopathological Association.</u> March 2008, New York, NY.

20. Time in the causal landscape: age, period, and cohort effects in alcohol and drug epidemiology. Symposium presentation, <u>Psychiatric Epidemiology Faculty/Fellow Training Seminar.</u> May 2007, New York, NY.
21. Birth cohort effects on gender differences in the risk for alcohol and drug dependence. Symposium presentation, <u>Research Society on Alcoholism</u>. June 2006, Baltimore, MD.
22. Gender differences in the risk for alcohol abuse and dependence: the effect of birth cohort. Symposium presentation, <u>Psychiatric Epidemiology Faculty/Fellow Training Seminar.</u> December 2005, New York, NY.
23. Cannabis withdrawal in 2,613 lifetime heavy cannabis users. Symposium presentation, <u>Novel Phenotype Development for Genetics Studies of Substance Abuse Disorders</u>. September 2005, New York, NY.

*NATIONAL*

1. Age, Period, and Cohort Effects on Substance Use and Mental Health in the 21st Century. <u>Society for Epidemiologic Research</u>, plenary talk, December 2020. Virtual.
2. The rapid decline in adolescent mental health in the 21st century: magnitude, causes, and treatment innovations from a life course perspective. <u>Society for Epidemiologic Research</u>, symposium chair, December 2020. Virtual.
3. The mental health of adolescents in the 21st century: time trends and how they inform etiology. <u>Society for Epidemiologic Research</u>, symposium presentation, December 2020. Virtual.
4. Suicide mortality in the United States: 1999 to 2019 and beyond. <u>Society for Epidemiologic Research</u>, symposium presentation, December 2020. Virtual.
5. Family matters: using family designs to control confounding in observational studies. <u>Society for Epidemiologic Research</u>, symposium chair, June 2019, Minneapolis, MN.
6. Simulating firearm suicide based on gun ownership disqualifications: an agent-based modeling approach. <u>Association for Psychological Science</u>, symposium presentation, May 2019, Washington, DC.
7. Rapid increases in depressive symptoms among US adolescents: 1991-2018. <u>Society for the Advancement of Violence and Injury Research</u>, symposium presentation, April 2019, Cincinnati, OH.
8. Declines in the relationship between adolescent depressive affect and binge drinking: implications for public mental health. Research Society on Alcoholism, symposium presentation, June 2018, San Diego, CA.
9. Psychiatric epidemiology in the era of precision medicine: what is our role? Symposium chair, <u>Society for Epidemiologic Research</u>, June 2017, Seattle, WA.
10. Fifty years of high impact epidemiological research on drug use disorders and related conditions: Looking back and ahead. Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2017, Seattle, WA.
11. Agent-based model of alcohol taxation effects on violence and homicide in New York City. Symposium presentation, <u>Research Society on Alcoholism</u>, June 2016, New Orleans, LA.

12. The impact of traumatic experiences across diverse populations: causes, consequences, and correlates. Symposium chair, <u>Society for Epidemiologic Research</u>, June 2016, Miami, FL.

13. Agent-Based models and the G-Formula: Comparable Approaches for Evaluating Population Intervention Effects? Symposium discussant, <u>Society for Epidemiologic Research</u>, June 2016, Miami, FL.

14. How similar are survey respondents to the general population? Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2016, Miami, FL.

15. Mental Health and Aging: Chronic Disease, Cognition, and Pathways Connecting Mind and Body. Symposium chair, <u>Society for Epidemiological Research</u>, June 2015, Denver, CO.

16. Teaching epidemiology by building on foundational concepts. Symposium presentation, <u>Society for Epidemiological Research</u>, June 2015, Denver, CO.

17. The mathematical limits of genetic prediction for complex chronic disease. Symposium presentation, <u>Society for Epidemiological Research</u>, June 2015, Denver, CO.

18. Alcohol Interventions and Rates of Violence and Homicide in New York City: an Agent-Based Approach. Symposium presentation, <u>Society for Epidemiological Research</u>, June 2015, Denver, CO.

19. Racial/ethnic differences in alcohol use across the life course: an explanation of health disparities? <u>International Epidemiological Association</u>, August 2014, Anchorage, AL.

20. Health within and across generations: new research in life course epidemiology. Symposium chair, <u>Society for Epidemiologic Research</u>, June 2014, Seattle, WA.

21. How should we prioritize 'external validity' when aiming to conduct an epidemiology that matters? Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2014, Seattle, WA.

22. Multi-national birth cohort trends in sensation seeking in the United States from 1976 to 2011. Symposium presentation, <u>Society for Research on Adolescents</u>, March 2014, Austin, TX.

23. Racial/ethnic differences in drinking in the US: paradoxes, problems, and research priorities. <u>Research Society on Alcoholism</u>, Symposium chair and presentation, June 2013, Orlando, FL.

24. The burden of loss: unexpected death and psychiatric disorders across the life course. <u>International Society for Traumatic Stress Studies</u>, Symposium presentation, November 2012, Los Angeles, CA.

25. The social norms of birth cohorts: age, period, and cohort effects in adolescent and adult binge drinking. Symposium presentation, <u>Society for Research on Child Development</u>, October 2012, Tampa, FL.

26. Thought disorders in the meta-structure of psychopathology. Symposium presentation, <u>Research Society on Alcoholism</u>, June 2012, San Francisco, CA.

27. Time Trends and Their Explanations. Symposium chair, <u>Research Society on Alcoholism</u>, June 2011, Atlanta, Georgia.

28. Novel Methods to Assess Societal-Level Causes of Alcohol Disorders Across Time and Place. Symposium chair, <u>Research Society on Alcoholism</u>, June 2010, San Antonio, Texas.

29. A multi-level framework for understanding birth cohort effects. Symposium presentation, <u>Research Society on Alcoholism</u>, June 2010, San Antonio, Texas.
30. A Comprehensive Approach to Age-Period-Cohort Analysis. Plenary session presentation, <u>Society for Epidemiologic Research</u>. June 2008, Chicago, IL.
31. Economic capital and problem alcohol use: the positive relationship between income and the DSM-IV alcohol abuse diagnosis. Symposium presentation, <u>Research Society on Alcoholism,</u> July 2007, Chicago, IL.
32. Keyes KM, Hasin DS. Birth cohort effects on gender differences in the risk for drug dependence. <u>College on Problems of Drug Dependence</u>. July 2006, Scottsdale, AZ.
    * Selected for Women & Gender Junior Investigator Award

*INTERNATIONAL*
1. War and Mental Health. <u>World Psychiatric Association</u>, March 2021, Bangkok, Thailand. Virtual.
2. Mental health and firearm violence: what role should disqualification criteria on firearm ownership play? Symposium presentation <u>International Federation of Psychiatric Epidemiology</u>, October 2017, Melbourne, Australia.
3. Mental health and firearm violence: Understanding social and environmental contexts on the path to prevention. Symposium chair, <u>International Federation of Psychiatric Epidemiology</u>, October 2017, Melbourne, Australia.
4. Transdiagnostic psychiatric disorder risk associated with early and late age of menarche: a latent modeling approach. Symposium presentation, <u>International Federation of Psychiatric Epidemiology</u>, October 2017, Melbourne, Australia.
5. Utilising epidemiology to guide innovative prevention for comorbid mental and substance use problems in young people. Symposium discussant, <u>International Federation of Psychiatric Epidemiology</u>, October 2017, Melbourne, Australia.
6. The influence of medical marijuana laws on adolescent and adult outcomes: current state evidence from the United States. Symposium presentation, <u>World Psychiatric Association</u>, October 2017, Berlin, Germany.
7. How healthy are survey respondents compared to the general population? A comparison of mortality rates from linked death records. Symposium presentation, <u>World Psychiatric Association Epidemiology Section</u>, April 2016, Munich, Germany.
8. Anxious and angry: course and comorbidity of intermittent explosive disorder and anxiety disorders in adolescence. Symposium presentation, <u>International Federation of Psychiatric Epidemiology</u>, October 2015, Bergen, Norway.
9. Trajectories of alcohol and cigarette use across the lifecourse: evidence from a pregnancy cohort. Symposium presentation, <u>World Psychiatric Association</u>, September 2014, Madrid, Spain.
10. Maternal alcohol consumption and offspring psychopathology. <u>European Public Health Association Conference</u>, Symposium presentation, November 2013, Brussels, Belgium.
11. Understanding the teenage brain in context: 35 years of adolescent sensation seeking in the United States. <u>International Federation of Psychiatric Epidemiology</u>, Symposium chair and presentation, June 2013, Leipzig, Germany.

12. Comorbidity of less common psychiatric disorders in the meta-structure of psychopathology. Symposium presentation, <u>World Psychiatric Association</u>, October 2012, Prague, Czech Republic.
13. How can thought disorders be conceptualized in the meta-structure of psychopathology? Symposium presentation, <u>Life History Society</u>, October 2012, Surrey, England.
14. Understanding family-based designs using Directed Acyclic Graphs. Symposium presentation, <u>World Psychiatric Association Epidemiology Section</u>, March 2012, Sao Paulo, Brazil.
15. Childhood Maltreatment and the Structure of Common Psychiatric Disorders. Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2011, Montreal, Canada.
16. Methodological issues in the assessment of adverse childhood events. Symposium chair, <u>Society for Epidemiologic Research</u>, June 2011, Montreal, Canada.
17. Time as a multi-level risk factor: the impact of time period- and birth cohort-specific social norms on adolescent marijuana use, 1976-2007. Symposium presentation, <u>École Des Hautes Études En Santé Publique</u>, January 2010, Paris, France.
18. Challenging the paradigm of a "telescoping" phenomenon in gender differences for substance disorders: results of a cohort analysis in the U.S. population. Symposium presentation, <u>International Federation of Psychiatric Epidemiology.</u> April 2009, Vienna, Austria.

INVITED LECTURES

*REGIONAL*
1. Suicide and the agent-host-environment trial. Mailman School of Public Health, Spatial Epidemiology and the Science of Place in Shaping Health Equity series, March 2021, New York, NY. Virtual.
2. Age, period, and cohort effects: an introduction to conceptual and analytic issues. Mt Sinai Brookdale Department of Geriatrics and Palliative Medicine, January 2021, New York, NY. Virtual.
3. Trends in alcohol use in the 20th century: gender differences and implications for the decades to come. Columbia Liver Transplant Lunch & Learn. November, 2020, New York, NY. Virtual.
4. Using agent-based models to simulate the opioid epidemic: a critical review of the literature and proposed framework for New York State and beyond. <u>HIV Intervention Science Training Program for Underrepresented New Investigators</u>. August 2019, New York, NY.
5. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Substance Abuse Epidemiology Training Program seminar, Columbia University, October 2018, New York, NY.
6. Adolescent mental health and substance use in the 21st century: implications for research and prevention. <u>NIAAA Webinar: Women, Drinking, and Pregnancy Working group</u>. November 2018, Bethesda, MD.

7.  Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Substance Abuse Epidemiology Training Program seminar, Columbia University, October 2018, New York, NY.

8.  Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Epidemiology and Biostatistics Seminar, Drexel University, November 2018, Philadelphia, PA.

9.  Mental health over the life course: adolescence. National Academy of Sciences workshop: Women's Mental Health across the Life Course. March 7th, 2018. Washington DC.

10.  Life Course Psychopathology: The Next Decade. American Psychopathological Association, invited talk, March 3rd, 2018. New York, NY.

11.  As adolescent substance use declines, depression and suicidality increase: a tale across generations. NYU Population Health, Epidemiology Seminar Series. December 4th, 2017, New York, NY.

12.  Historical and current trends in adolescent heavy alcohol use, depressive affect, and their relationship: implications for adolescent suicide in the United States. NIAAA Workshop to Explore Research Needs in Addressing Alcohol-Related Suicide, September 2017, National Institute of Alcohol Abuse and Alcoholism, Rockville, Maryland.

13.  Alcohol use and morbidity across historical time: what does variation tell us about environmental determinants of alcohol-related outcomes? National Institute of Health Director's Wednesday Afternoon Lecture Series (WALS), May 2017, NIH, Bethesda, MD.

14.  The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Population Health Research Seminar, October 2016, New York University, New York, NY.

15.  How and why do psychiatric disorders change across time. Brain Health Colloquium, Harvard T.H. Chan School of Public Health, Seminar presentation, April 2016, Boston, MA.

16.  The mathematical limits of genetic prediction for complex chronic disease. Symposium presentation, American Psychopathological Association, March 2016, New York, NY.

17.  How and why do psychiatric disorders change across time. Institute for Translational Epidemiology, Mount Sinai School of Medicine, Seminar presentation, January 2016, New York, NY.

18.  Psychiatric disorders among bereaved individuals. Grand Rounds speaker, Hartford Hospital Institute of Living, October 2014, Hartford, CT.

19.  How can we intervene in neighborhoods to reduce racial/ethnic inequalities in alcohol-related homicide? Simulating in-silico counterfactuals. Partnership for a Healthier New York City, June 2014, New York, NY.

20.  How can we intervene in neighborhoods to reduce racial/ethnic inequalities in alcohol-related homicide? Simulating in-silico counterfactuals. Innovations in Translating Injury Research Into Effective Prevention, May 2014, New York, NY.

21. Social norms, attitudes, and behavior: how do we harness intention for public health prevention? <u>Columbia University Epidemiologic Science Symposium</u>, April 2014, New York, NY

22. Age, period, and cohort effects: an introduction to theory and approaches to analysis. <u>CUNY School of Public Health Epidemiology and Biostatistics Seminar Series</u>, Invited lecture, November 2013, New York, NY.

23. Social norms and alcohol use: evidence and recommendations for New York City. <u>Community Services Board Meeting</u>, Invited lecture, New York City Department of Health, March 2013, New York, NY.

24. How does exogenous and endogenous hormone variation affect mental health? New designs for old problems. <u>Psychiatric-Neurological Epidemiology Cluster Seminar</u>, Invited lecture, Columbia University, February 2013, New York, NY.

25. The critical role of social norms in population health. Symposium presentation, <u>Columbia University Epidemiology Scientific Symposium: Charting the Course of Social Epidemiology in the Next 25 Years</u>, Symposium presentation, October 2012, New York, NY.

26. Time trends in alcohol use: Understanding cohort effects, <u>Adult Psychiatry Grand Rounds</u>, Columbia University Department of Psychiatry, May 2012, New York, NY.

27. The Epidemiology of Substance Use Disorders. <u>Sexuality and HIV Seminar, HIV Center for Clinical and Behavioral Science</u>. February 2011, New York, NY

*NATIONAL*

1. The role of epidemiology in assessing causes and interventions in mental health research in the 21st century: when does sampling matter?  <u>Bridging Science and Society retreat, National Institute of Mental Health</u>, April 2021. Virtual.

2. Age, Period, and Cohort Effects in Alcohol Use in the 20th and 21st Century: implications for the decades to come. <u>50th Anniversary of the National Institute on Alcohol Abuse and Alcoholism symposium</u>, NIAAA, December 2020. Virtual.

3. The Rapid Decline in Adolescent Mental Health in the 21st Century: Magnitude, Causes, and Public Health Implications. <u>Dean's Seminar Series, College of Health and Human Services, George Mason University</u>, January 2020.

4. The changing landscape of adolescent mental health and substance use in the 21st century. <u>Epidemiology seminar, National Institute on Drug Abuse</u>, March 2019, Bethesda, MD.

5. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. <u>Epidemiology seminar, Michigan State University</u>, March 2019, Lansing, MI.

6. Psychiatric Disorders after Loss. <u>Dean's Symposium on Death and Dying, Boston University School of Public Health</u>, February 2019, Boston, MA.

7. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. <u>Epidemiology seminar, University of Pittsburgh School of Public Health</u>, February 2019, Pittsburgh, PA.

8. Does epidemiology matter? Epidemiology and population health science in the 21st century. Johns Hopkins School of Public Health, Epidemiology Centennial Symposium, November 2018, Baltimore, MD.

9. Opioid use, disorder, and mortality: past, present, and evidence-based control strategies. Mass Torts Made Perfect conference, invited talk, April 2018, Las Vegas, NV.

10. The epidemiology of opioid use, opioid disorder, and overdose in the United States: past, present, and evidence-based control strategies. Keynote address, Kentucky Association of Counties annual conference, November 2017, Louisville, Kentucky.

11. Fundamentals of age-period-cohort analysis. Epidemiology Seminar Series, February 2017, University of California San Francisco, San Francisco, California.

12. The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Epidemiology Seminar Series, November 2016, Virginia Commonwealth University, Richmond, Virginia.

13. Alcohol use and morbidity across historical time: what does variation tell us about environmental determinants of alcohol-related outcomes? Plenary talk, Research Society on Alcoholism, June 2016, New Orleans, LA.

14. Using complex systems modeling to examine alcohol-attributable homicide in New York City. Invited lecture, Injury Prevention Research Center, Office of the Vice-Chancellor for Research, Social Epidemiology Program, Epidemiology Department, Gillings School of Global Public Health, University of North Carolina. October 2015, Chapel Hill, NC.

15. Racial/ethnic differences in substance use across the life course. Grand Rounds speaker, Alcohol Research Group. November 2014, Berkeley, California.

16. A brief introduction to age-period-cohort methodology. SER Experts presentation, Society for Epidemiologic Research, June 2014, Seattle, WA.

17. Time in the causal landscape: problems and possibilities in age-period-cohort research. Survey Research Center, February 2010, Ann Arbor, Michigan.

*INTERNATIONAL*

1. The mental health of adolescents in the 21st century: time trends and how they inform etiology. Leaders in Prevention Summit, August 2020, Sydney, Australia. Virtual.

2. Does epidemiology matter? Epidemiology and population health science in the 21st century. University College London Department of Psychiatry, April 2019, London, England.

3. How health disparities are obscured and underreported in national survey data, and implications for policy. University of Glasgow, April 2019, Glasgow, Scotland.

4. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Centro de Investigación en Sociedad y Salud, Universidad Mayor, November 2018, Santiago, Chile.

5. The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Seminar Series, April 2017, French National Institute of Health and Medical Research (INSERM), Paris, France.

6. The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Seminar Series, August 2017, National Institute of Occupational Health, Oslo, Norway.

7. The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Key note address, Epidemiology Student Research Day, April 2017, McGill University, Montreal, Canada.

8. The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Epidemiology Seminar Series, April 2017, University of Capetown, Capetown, South Africa.

9. Why does epidemiology matter? Invited lecture, International Journal of Epidemiology Conference, October 2016, Bristol, UK.

10. Cohort studies in epidemiology: considering cross-generational influences on health. Invited speaker, World Psychiatric Association Epidemiology Section, April 2016, Munich, Germany.

11. How and why do psychiatric disorders change across time. Canadian Association of Psychiatric Epidemiology, Keynote speaker, September 2015, Vancouver, Canada.

12. Advances in age, period, and cohort effect analysis. Faculty of Health Sciences Research Seminar Series, Invited lecture, September 2015, Vancouver, Canada.

13. The burden of loss: unexpected death and psychiatric disorders across the life course. Symposium presentation, World Psychiatric Association Epidemiology Section, October 2014, Nara, Japan.

14. Age, period, and cohort effects: an introduction to theory and approaches to analysis. University of Manitoba Clinical Health Sciences, Department of Psychiatry, Invited lecture, January 2013, Winnipeg, Canada.

*Confidential – Subject to Protective Order*

# Katherine Keyes, PhD Expert Report

MDL Case Track 3
*Case No. 1:18-op-45032 and No. 1:18-op-45079 Opioid Litigation*

# EXHIBIT B

Materials Considered

## Dr. KATHERINE KEYES MATERIALS CONSIDERED

1.  2010 MAT treatment SAMHSA

2.  2012.03.07 CAH v Holder et al. Memorandum of Opinion. Case 1:12-cv-00185-RBW

3.  2016  West Virginia Overdose Fatality. https://dhhr.wv.gov/bph/Documents/ODCP Reports 2017/2016 West Virginia Overdose Fatality Analysis_004302018.pdf

4.  2016 OD Death Demographics Report

5.  2016 WV Overdose Fatality Analysis.  Healthcare Systems Utilization, Risk Factors, and Opportunities for Intervention.

6.  2016.12.22 U.S. v Kinray, LLC. Consent_decree. Case 1:16-cv-09767-RA

7.  2017 State Profile — West Virginia National Survey of Substance Abuse Treatment Services (N-SSATS) SAMHSA

8.  2017.08.17 Hartman email ABDCMDL00571804_image (004)

9.  2018 U.S. Census WV Cabell Huntington Data

10.  Aaron M. Gilson, Karen M. Ryan, David E. Joranson, and June L. Dahl. A Reassessment of Trends in the Medical Use and Abuse of Opioid Analgesics and Implications for Diversion Control: 1997–2002. Journal of Pain and Symptom Management Vol. 28 No. 2

11.  Adams EH, Breiner S, Cicero TJ, et al. A comparison of the abuse liability of tramadol, NSAIDs, and hydrocodone in patients with chronic pain. J Pain Symptom Manage. 2006;31(5):465-476. doi:10.1016/j.jpainsymman.2005.10.006

12.  Adoption & Foster Care Statistics. Children's Bureau: An Office of the Administration for Children & Families. https://www.acf.hhs.gov/cb/research-data- technology/statistics-research/afcars.

13.  Agency for Healthcare Research and Quality

14.  Ahmad F, Rossen L, Sutton P. Provisional drug overdose death counts. Natl Cent Heal Stat. 2020. https://www.cdc.gov/nchs/nvss/vsrr/drug-overdose-data.htm.

15.  Ahn R, Woodbridge A, Abraham A, et al. Financial ties of principal investigators and randomized controlled trial outcomes: cross sectional study. BMJ. 2017;356:i6770. doi:10.1136/bmj.i6770

16.  Albizu-Garcia CE, Caraballo JN, Caraballo-Correa G, Hernandez-Viver A, Roman-Badenas L. Assessing need for medication-assisted treatment for opiate-dependent prison inmates. Subst Abus. 2012;33(1):60-69. doi:10.1080/08897077.2011.620462

17.  Aleksandra Zgierska, Michael Miller, and David Rabago. Patient Satisfaction, Prescription Drug Abuse, and Potential Unintended Consequences. JAMA Vol 307, No. 13

18.  All documents referenced or identified in the Expert Witness reports of March 25, 2019 (MDL 2804) and December 19, 2019

19.  Allen, N. et al. Non-Pharmacological interventions for Neonatal Abstinence Syndrome. Addiction, 113, 1750–1752

20.  Allen, S. et al. Correlates of Transactional Sex Among a Rural Population of People Who Inject Drugs. AIDS Behav. 2020 Mar;24(3):775-781

21.     Allen, S. et al. Estimating the Number of People Who Inject Drugs in A Rural County in Appalachia. Am J Public Health. 2019;109:445–450

22.     Allen, S. et al. Take-home naloxone possession among people who inject drugs in rural West Virginia . Drug and Alcohol Dependence Volume 204, 1 November 2019, 107581

23.     Pitt, A., *et al.*  Modeling Health Benefits and Harms of Public Policy Responses to the US Opioid Epidemic. Am J Public Health. 2018;108:1394–1400. doi:10.2105/AJPH.2018.304590

24.     Alpert A, Powell D, Pacula RL. Supply-side drug policy in the presence of substitutes: evidence from the introduction of abuse-deterrent opioids. Am Econ J Econ Policy. 2018;10(3):1-35.

25.     Altarac M, Saroha E. Lifetime prevalence of learning disability among US children. Pediatrics. 2007;119(Supplement 1):S77 LP-S83. doi:10.1542/peds.2006-2089L

26.     American College of Obstetricians and Gynecologists. Opioid use and opioid use disorder in pregnancy. Committee opinion No. 711. Obstet Gynecol. 2017;130:e81-e94.

27.     American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, 4th ed. Text Revision (DSM-IV-TR). Published online 2000.

28.     AMFAR. Opioid & Health Indicators Database. WV Opioid Epidemic. Available at: https://opioid.amfar.org/WV

29.     Amlani A, McKee G, Khamis N, Raghukumar G, Tsang E, Buxton JA. Why the FUSS (Fentanyl Urine Screen Study)? A cross-sectional survey to characterize an emerging threat to people who use drugs in British Columbia, Canada. Harm Reduct J. 2015;12:54. doi:10.1186/s12954-015-0088-4

30.     Anderson P, Chisholm D, Fuhr DC. Effectiveness and cost-effectiveness of policies and programmes to reduce the harm caused by alcohol. Lancet. 2009;373(9682):2234- 2246. doi:10.1016/S0140- 6736(09)60744-3

31.     Anderson VC, Burchiel KJ. A prospective study of long-term intrathecal morphine in the management of chronic nonmalignant pain. Neurosurgery. 1999;44(2):281-289.

32.     Andrew Kolodny, David T. Courtwright, Catherine S. Hwang, Peter Kreiner, John L. Eadie, Thomas W. Clark, and G. Caleb Alexander. The Prescription Opioid and Heroin Crisis: A Public Health Approach to an Epidemic of Addiction. Annu. Rev. Public Health 2015 . 36:559–74

33.     Andrews L, Davies TH, Linz M and Payne M. Polydrug Abuse and Fetal Exposure: A Review. J Pediatr & Child Health Care. 2018; 3(1): 1019

34.     Andrews, L. et al. Necrotizing enterocolitis and its association with the neonatal abstinence syndrome. Journal of Neonatal-Perinatal Medicine 13 (2020) 81–85

35.     Appendices A-D to Lagisetty P, et al. Identifying individuals with opioid use disorder: Validity of ICD diagnostic codes for opioid use, dependence and abuse. Drug Alcohol Depend. 2021;221. https://www.sciencedirect.com/science/article/abs/pii/S0376871621000788?via%3Dihub

36.     Aron J. Hall, Joseph E. Logan, Robin L. Toblin, James A. Kaplan, James C. Kraner, Danae Bixler, Alex E. Crosby, Leonard J. Paulozzi. Patterns of Abuse Among Unintentional Pharmaceutical Overdose Fatalities. JAMA Vol. 300, No. 22

37.     Art Van Zee. The Promotion and Marketing of OxyContin: Commercial Triumph, Public Health Tragedy. American Journal of Public Health

38.     ASPPH Report and Recommendation from the ASPPH Bringing Science to Bear on Opioids: Task Force on Public Health Initiatives to Address the Opioid Crisis November 2019

39.     Assurance of Discontinuance Pursuant to Exec Law §63(15)

40.     Atluri S, Sudarshan G, Manchikanti L. Assessment of the trends in medical use and misuse of opioid analgesics from 2004 to 2011. Pain Physician. 2014;17(2):E119-28.

41.     Attila Mihalik.  A Call to Action: America's Painful Addiction.  Inside Pain Management Vol 3, No. 3

42.     Attorney General Patrick Morrisey. DEA's failure to combat diversion cost lives: Results from the West Virginia Attorney General's investigation into the DEA's catastrophic failure to manage the National Drug Quota System from 2010-2016. 2020.

43.     Babcok, C. Bringing Naloxone to Ground Zero: Huntington, WV. Journal of the American Pharmacists Association 57 (2017) S8eS11

44.     Babor T. Alcohol: No Ordinary Commodity: Research and Public Policy. Oxford University Press; 2010.

45.     Baggett TP. Overdose Fatality and Surveillance as a Method for Understanding Mortality Trends in Homeless Populations—Reply. JAMA Intern Med. 2013. doi:10.1001/jamainternmed.2013.7766

46.     Ball JC, Englander DM, Chambers CD. The Incidence and Prevalence of Opiate Addiction in the United States. In: Ball JC, Chambers CD, eds. The Epidemiology of Opiate Addiction in the United States. Springfield, IL: Charles C. Thomas; 1970:68-78

47.     Ballreich, J., Mansour, O., Hu, E., Chingcuanco, F., Pollack, H. A., Dowdy, D. W., & Alexander, G. C. (2020). Modeling mitigation strategies to reduce opioid-related morbidity and mortality in the US. JAMA network open, 3(11), e2023677-e2023677

48.     Banerjee G, Edelman EJ, Barry DT, et al. Non-medical use of prescription opioids is associated with heroin initiation among US veterans: a prospective cohort study. Addiction. 2016. doi:10.1111/add.13491

49.     Barocas JA, White LF, Wang J, et al. Estimated prevalence of opioid use disorder in Massachusetts, 2011-2015: a capture-recapture analysis. Am J Public Health. 2018;108(12):1675-1681. doi:10.2105/AJPH.2018.304673

50.     Barry S. Summit County Sheriff's Office 2017 Annual Report. https://co.summitoh.net/SHERIFF/images/stories/PDFs/2017 annual report.pdf. Published 2018.

51.     Bartels K, Mayes L, Dingmann C, Bullard K, Hopfer C, Binswanger IA. Opioid use and storage patterns by patients after hospital discharge following surgery. PLoS One. 2016;11(1):e0147972.

52.     Bates MC, Annie F, Jha A, Kerns F. Increasing incidence of IV-drug use associated endocarditis in southern West Virginia and potential economic impact. Clin Cardiol. 2019;42(4):432-437. doi:10.1002/clc.23162

53.     Bates, et al. Increasing incidence of IV drug use associated endocarditis in WV Increasing incidence of IV-drug use associated endocarditis in southern West Virginia and potential economic impact. Clinical Cardiology. 2019;42:432–437.

54.    Bauer-Leffler S, Haas S. West Virginia correctional population forecast, 2010-2020: a study of the state's prison population. Off Res Strateg Planning, Crim Justice Stat Anal Center State West Virginia Dep Mil Aff Public Saf Div Justice Community Serv. 2011.

55.    Becker WC, Sullivan LE, Tetrault JM, Desai RA, Fiellin DA. Non-medical use, abuse and dependence on prescription opioids among U.S. adults: Psychiatric, medical and substance use correlates. Drug Alcohol Depend. 2008;94(1-3):38-47. doi:10.1016/j.drugalcdep.2007.09.018

56.    Beaulieu, E., DiGennaro, C., Stringfellow, E., Connolly, A., Hamilton, A., Hyder, A., ... & Jalali, M. S. (2020). Economic Evaluation in Opioid Modeling: Systematic Review. Value in Health

57.    Benedikt Fischer, Annette Keates, Gerhard Bühringer, Jens Reimer, and Jürgen Rehm. Non-medical use of prescription opioids and prescription opioid-related harms: why so markedly higher in North America compared to the rest of the world?. Addiction - Society for the Study of Addiction

58.    Berna C, Kulich RJ, Rathmell JP. Tapering Long-term Opioid Therapy in Chronic Noncancer Pain: Evidence and Recommendations for Everyday Practice. Mayo Clin Proc. 2015;90(6):828-842. doi:https://doi.org/10.1016/j.mayocp.2015.04.003

59.    Bohnert, A. et al. Understanding Links among Opioid Use, Overdose, and Suicide. N Engl J Med 2019;380:71-9.

60.    Boscarino JA, Hoffman SN, Han JJ. Opioid-use disorder among patients on long- term opioid therapy: impact of final DSM-5 diagnostic criteria on prevalence and correlates. Subst Abuse Rehabil. 2015;6:83-91. doi:10.2147/SAR.S85667

61.    Boslett, A. et al. Using contributing causes of death improves prediction of opioid involvement in unclassified drug overdoses in US death records. Society for the Study of Addiction 2019

62.    Bouckoms AJ, Masand P, Murray GB, Cassem EH, Stern TA, Tesar GE. Chronic nonmalignant pain treated with long-term oral narcotic analgesics. Ann Clin Psychiatry. 1992;4(3):185-192. doi:10.3109/10401239209149570

63.    Bowden, N, Merino, R., Katamneni, S., Coustasse, A. (2018, April). The cost of the opioid epidemic in West Virginia. Paper presented at the 54th Annual MBAA Conference, Chicago, IL

64.    Bowers, Robert C.; Hatfield Kresch, Makenzie; Roy, Amy; Lancaster, Danielle; and Yoost, Jennie L. (2019) "Failure of effective contraception in opioid addicted mothers: a disparity in planned and actual usage, "Marshall Journal of Medicine: Vol. 5: Iss. 1, Article 7.

65.    Boyd CJ, McCabe SE, Cranford JA, Young A. Prescription drug abuse and diversion among adolescents in a southeast Michigan school district. Arch Pediatr Adolesc Med. 2007;161(3):276-281.doi:10.1001/archpedi.161.3.276

66.    Braden JB, Edlund MJ, Sullivan MD. Suicide deaths with opioid poisoning in the United States: 1999-2014. Am J Public Health. 2017;107(3):421-426. doi:10.2105/AJPH.2016.303591

67.    Brandenburg MA. Prescription opioids are associated with population mortality in US deep south middle-age non-hispanic whites: an ecological time series study. Front Public Heal. 2019;7:252. https://www.frontiersin.org/article/10.3389/fpubh.2019.00252.

68.    Brett Poe, Research Associate, and Alaina Boyer. Addressing the Opioid Epidemic How the Opioid Crisis Affects Homeless Populations.  National Health Care for the Homeless Council Fact Sheet (May 2017)

69.     Brian J.Piper, Clare E. Desrosiers, John W. Lipovsky, Matthew A. Rodney, Robert P. Baker, Kenneth L. McCall, Stephanie D. Nichols and Sarah L. Martin. Use and Misuse of Opioids in Maine: Results From Pharmacists, the Prescription Monitoring, and the Diversion Alert Programs. Department of Psychology, Bowdoin College, Brunswick, ME

70.     Brian T. Yeh.  Legal Authorities Under the Controlled Substances Act to Combat the Opioid Crisis. Congressional Research Service

71.     Bridget M. Kuehn. CDC: Major Disparities in Opioid Prescribing Among States Some States Crack Down on Excess Prescribing. JAMA

72.     Brighthaupt SC, Stone EM, Rutkow L, McGinty EE. Effect of pill mill laws on opioid overdose deaths in Ohio & Tennessee: a mixed-methods case study. Prev Med (Baltim). 2019;126:105736. doi:https://doi.org/10.1016/j.ypmed.2019.05.024

73.     Brown R, Riley MR, Ulrich L, et al. Impact of New York prescription drug monitoring program, I-STOP, on statewide overdose morbidity. Drug Alcohol Depend. 2017;178:348-354. doi:https://doi.org/10.1016/j.drugalcdep.2017.05.023

74.     Bruce Gundy Deposition Testimony Excerpts – MDL 2804 CT1, November 7, 2018

75.     Brundage SC, Fifield A, Partridge L. The ripple effect: national and state estimates of the U.S. opioid epidemic's impact on children. United Hosp Fund. 2019.

76.     Brundage, Suzanne C., and Carol Levine. "The ripple effect: The impact of the opioid epidemic on children and families." United Hospital Fund and Milbank Memorial Fund (2019).

77.     Burns RM, Pacula RL, Bauhoff S, et al. Policies related to opioid agonist therapy for opioid use disorders: the evolution of state policies from 2004 to 2013. *Subst Abus*. 2016;37(1):63-69. doi:10.1080/08897077.2015.1080208

78.     Buse, D., et al. Chronic Migraine Prevalence, Disability, and Sociodemographic Factors: Results From the American Migraine Prevalence and Prevention Study. Headache 2012. 1456-70. doi: 10.1111/j.1526-4610.2012.02223.x

79.     Butler SF, Budman SH, Fernandez K, Jamison RN. Validation of a screener and opioid assessment measure for patients with chronic pain. Pain. 2004;112(1-2):65-75. doi:10.1016/j.pain.2004.07.026

80.     Cabell County Family Resource Network  http://dhhr.wv.gov/bcf/Services/Pages/Safe-At-Home-West-Virginia.aspx

81.     Cabell County prescription opioid and heroin awareness-toolkit

82.     Cabell County Resiliency Plan January 2020

83.     Cabell County, WV - Profile data - Census Reporter. Jan. 17, 2020

84.     Cabell Drop Off Locations. https://ago.wv.gov/consumerprotection/Fighting Substance Abuse/Pages/DropOffLocations.aspx?DropOffCounty=Cabell

85.     Cabell ED visits for drug overdose ER visits for 2019-2020. Feb. 29, 2020

86.     Cabell Huntington Hospital-Standard-Charges

87.     Cabell WV Resiliency Plan 09.03.2019

88.     Cabell. Prescription Opioid Problematic Prescribing Indicators County Report. October 2017

89. CAH DEA Order  from Auburn, Wash. Facility

90. Caleb Alexander. An Epidemic in the Midst of a Pandemic: Opioid Use Disorder and COVID-19. Ann Intern Med. doi:10.7326/M20-1141

91. Callaham ML, Baxt WG, Waeckerle JF, Wears RL. Reliability of editors' subjective quality ratings of peer reviews of manuscripts. JAMA. 1998;280(3):229-231.

92. Campbell CA, Hahn RA, Elder R, et al. The Effectiveness of Limiting Alcohol Outlet Density As a Means of Reducing Excessive Alcohol Consumption and Alcohol-Related Harms. Am J Prev Med. 2009;37(6):556-569. doi:10.1016/j.amepre.2009.09.028

93. Cano M, Huang Y. Overdose deaths involving psychostimulants with abuse potential, excluding cocaine: State-level differences and the role of opioids. *Drug Alcohol Depend*. Published online October 2020:108384. doi:10.1016/j.drugalcdep.2020.108384

94. Cardinal Health Inc. Agrees to pay $34 million to settle claims that it failed to report suspicious sales of Widely-Abused Controlled Substances. October 2, 2008. USAO

95. Cardinal Health to Cease Distribution of Controlled Substances from Florida Facility

96. Carey CM, Lieber EMJ, Miller S. Drug firms' payments and physicians' prescribing behavior in Medicare Part D. 2017:1-55.

97. Carol J. Boyd, Christian J. Teter, Brady T. West, Michele Morales and Dean Esteban McCabe. Non-Medical Use of Prescription Analgesics: A three Year Nation Longitudinal Study.  Journal of Addictive Diseases, 28:232-242.

98. Case A, Deaton A. Rising morbidity and mortality in midlife among white non- Hispanic Americans in the 21st century. Proc Natl Acad Sci. 2015;112(49):15078-15083. doi:10.1073/pnas.1518393112

99. Cases of HIV confirmed in Cabell County vide. https://www.youtube.com/watch?v=nWJg273TNpU

100. CBER and Economic Research. Crime Statistics Analysis and Research for the City of Huntington. Oct 10, 2015

101. CDC Wonder Multiple Cause of Death 1999-2019 database

102. CDC, *Number and Age-Adjusted Rates of Drug-Poisoning Deaths Involving Opioid Analgesics and Heroin: United States, 1999–2014*.; 2015

103. CDC. NVSS Provisional Drug Overdose Death Counts. 7/5/2020

104. Celine Gounder. Who Is Responsible for the Pain Pill Epidemic?. The New Yorker

105. Census of State and Local Law Enforcement Agencies 2008. USDJ

106. Centers for Disease Control and Prevention. CDC Grand Rounds: Prescription Drug Overdoses - a US Epidemic. CDC MMWR:CDC Grand Rounds: Prescription Drug Overdoses - a US Epidemic

107. Centers for Disease Control and Prevention. Increases in Drug and Opioid Overdose Deaths - United Sates, 2000-2014. CDC MMWR: Increases in Drug and Opioid Overdose Deaths — United States, 2000–2014

108. Centers for Disease Control and Prevention. Lung cancer statistics. 2019. https://www.cdc.gov/cancer/lung/statistics/index.htm.

109.   Centers for Disease Control and Prevention. Module 6: Dosing and titration of opioids: how much, how long, and how and when to stop? 2017. https://www.cdc.gov/drugoverdose/training/dosing/accessible/index.html.

110.   Centers for Disease Control and Prevention. Multiple Cause of Death 1999-2017. Vital Statistics Cooperative Program. Natl Cent Heal Stat. 2018.

111.   Centers for Disease Control and Prevention. Natality public-use data on CDC WONDER online database for years 2007-2018. 2019.

112.   Centers for Disease Control and Prevention. Opioid Data Analysis and Resources. Published online 2020.

113.   Centers for Disease Control and Prevention. Opioid overdose - commonly used terms. 2019. https://www.cdc.gov/drugoverdose/opioids/terms.html.

114.   Centers for Disease Control and Prevention. Press Release - Prescription painkiller overdoses at epidemic levels.  CDC Online Newsroom

115.   Centers for Disease Control and Prevention. Synthetic opioid overdose data. 2019. https://www.cdc.gov/drugoverdose/data/fentanyl.html.

116.   Centers for Disease Control and Prevention. U.S. county prescribing rates. 2016. https://www.cdc.gov/drugoverdose/maps/rxcounty2016.html.

117.   Centers for Disease Control and Prevention. U.S. opioid prescribing rate maps. Available at https://www.cdc.gov/drugoverdose/maps/rxrate-maps.html

118.   Centers for Disease Control and Prevention. U.S. opioid prescribing rate maps. Natl Cent Inj Prev Control. 2018. https://www.cdc.gov/drugoverdose/maps/rxrate-maps.html.

119.   Centers for Disease Control and Prevention. Understanding the Epidemic. CDC MMWR: Increases in Drug and Opioid Overdose Deaths — United States, 2000–2014

120.   Centers for Disease Control and Prevention. Understanding the Epidemic. Centers for Disease Control and Prevention - Updated August 30, 2017

121.   Centers for Disease Control and Prevention. Vital signs: overdoses of prescription opioid pain relievers - United States, 1999-2008. Morb Mortal Wkly Rep. 2011;60(43):1487-1492.

122.   Centers for Disease Control and Prevention. WISQARS: Web-based injury statistics query and reporting system. 2019. https://www.cdc.gov/injury/wisqars/index.html.

123.   Centers for Medicare & Medicaid Service Open Payments database. Available at https://www.cms.gov/OpenPayments

124.   Cepeda MS, Fife D, Chow W, Mastrogiovanni G, Henderson SC. Opioid shopping behavior: how often, how soon, which drugs, and what payment method. J Clin Pharmacol. 2013;53(1):112-117. doi:10.1177/0091270012436561

125.   Cepeda MS, Fife D, Ma Q, Ryan PB. Comparison of the risks of opioid abuse or dependence between tapentadol and oxycodone: results from a cohort study. J Pain. 2013;14(10):1227-1241. doi:10.1016/j.jpain.2013.05.010

126.   Cerda M, Ponicki W, Smith N, et al. Measuring relationships between proactive reporting state-level prescription drug monitoring programs and county-level fatal prescription opioid overdoses. Epidemiology. October 2019. doi:10.1097/EDE.0000000000001123

127. Cerdá M, Santaella J, Marshall BDL, Kim JH, Martins SS. Nonmedical Prescription Opioid Use in Childhood and Early Adolescence Predicts Transitions to Heroin Use in Young Adulthood: A National Study. J Pediatr. 2015;167(3):605-612. doi:10.1016/j.jpeds.2015.04.071

128. Cerdá M, Tracy M, Keyes KM. Reducing urban violence: a contrast of public health and criminal justice approaches. Epidemiology. 2018;29(1):142-150.

129. Chabal, C., et al. Prescription Opiate Abuse in Chronic Pain Patients: Clinical Criteria, Incidence, and Predictors. The Clinical Journal of Pain: June 1997 - Volume 13 - Issue 2 - p 150-155

130. Chandler RK, Fletcher BW, Volkow ND. Treating drug abuse and addiction in the criminal justice system: improving public health and safety. JAMA. 2009;301(2):183-190. doi:10.1001/jama.2008.976

131. Chang H-Y, Murimi I, Faul M, Rutkow L, Alexander GC. Impact of Florida's prescription drug monitoring program and pill mill law on high-risk patients: a comparative interrupted time series analysis. Pharmacoepidemiol Drug Saf. 2018;27(4):422-429. doi:10.1002/pds.4404

132. Chang H-Y, et al. Impact of prescription drug monitoring programs and pill mill laws on high-risk opioid prescribers: A comparative interrupted time series analysis. Drug and Alcohol Dependence 165 (2016) 1–8

133. Chen JH, Humphreys K, Shah NH, Lembke A. Distribution of Opioids by Different Types of Medicare Prescribers. JAMA Intern Med. 2016;176(2):259-261. doi:10.1001/jamainternmed.2015.6662

134. Chen X, *et al*. A large-scale retrospective study of opioid poisoning in New York State with implications for targeted interventions. *Sci Rep*. 2021;11(1):1-10.

135. Child Disability Stats WV.csv

136. Child Trends Foster Care WV

137. Chou R, Ballantyne J, Lembke A. Rethinking opioid dose tapering, prescription opioid dependence, and indications for buprenorphine. Ann Intern Med. 2019;171(6):427-429. doi:10.7326/M19-1488

138. Chren MM, Landefeld CS. Physicians' behavior and their interactions with drug companies. A controlled study of physicians who requested additions to a hospital drug formulary. JAMA. 1994;271(9):684-689.

139. Chris Cordes.  The Opioid Epidemic and Drug Diversion.  US Public Health Service (Power Point Presentation)

140. Chris Delchera, Alexander C. Wagenaar, Bruce A. Goldberger, Robert L. Cook, Mildred M. Maldonado-Molina. Abrupt decline in oxycodone-caused mortality after implementation of Florida's Prescription Drug Monitoring Program.  Drug and Alcohol Dependence 150 63–68

141. Chris Zimmerman Deposition Testimony Excerpts – MDL 2804 CT 1, Volume 1 August 3, 2018 (30 b6), Volume 2 February 8, 2019

142. Ciccarone, Daniel. The Triple Wave Epidemic: Supply and Demand Drivers of the US Opioid Overdose Crisis. Int J Drug Policy. 2019 September; 71: 183–188. doi:10.1016/j.drugpo.2019.01.010.

143.    Cicero TJ, Ellis MS, Surratt HL, Kurtz SP. The Changing Face of Heroin Use in the United States: A Retrospective Analysis of the Past 50 Years. JAMA Psychiatry. 2014;71(7):821-826. doi:10.1001/jamapsychiatry.2014.366

144.    Cicero TJ, Kurtz SP, Surratt HL, et al. Multiple Determinants of Specific Modes of Prescription Opioid Diversion. J Drug Issues. 2011;41(2):283-304.

145.    City of Cleveland Fire Training Academy.  Summary of Narcan Administration by Cleveland Fire from 2016 to mid-2018.  CLEVE_000248973

146.    Colon-Berezin C, Nolan M, Blachman-Forshay J, Paone D. Overdose deaths involving fentanyl analogs — New York City, 2000-2017. MMWR Morb Mortal Wkly Rep. 2019;68(2):37-40.

147.    Columbia School of Social Work. HEALING Communities: Columbia Scientists Tackle the Opioid Crisis in the State of New York. Vimeo Livestream https://livestream.com/accounts/3727021/events/8896476/videos/199057011

148.    Comer SD, Sullivan MA, Yu E, et al. Injectable, sustained-release naltrexone for the treatment of opioid dependence: a randomized, placebo-controlled trial. Arch Gen Psychiatry. 2006;63(2):210-218. doi:10.1001/archpsyc.63.2.210

149.    Commissioner Carlton. Naloxone factsheet assembled by Commissioner Carlton. CLEVE_000010988

150.    Communication with April Caraway – Trumbull County Mental Health and Recovery Board, Trumbull County, Ohio

151.    Communication with Beth Welsh – Marshall University Associate Director of Operations for Addiction Sciences in Family Medicine

152.    Communication with Chuck Zerkle – Cabell County Sheriff

153.    Communication with David Chaffin, MD, FACOG – Professor, Marshall University

154.    Communication with Ellen A. Thompson, MD – Professor, Marshall Health, Huntington, West Virginia

155.    Communication with Gordon Merry – Cabell County EMS Director

156.    Communication with Hank Dial – City of Huntington Police Chief

157.    Communication with Jan Rader – City of Huntington Fire Chief

158.    Communication with Kathleen Mezsaros – Trumbull Medical Examiner's Office, Trumbull County, Ohio

159.    Communication with Keith Thomas – Coordinator of Student Support, Cabell County Schools

160.    Communication with Kelly Watts – Assistant Superintendent, Division of Instruction and Leadership, Cabell County Schools

161.    Communication with Kim Fraser – Director of ADAMHS Board, Lake County, Ohio

162.    Communication with Lauren Thorp – Trumbull County Mental Health and Recovery Board, Trumbull County, Ohio

163.    Communication with Lyn O'Connell, PhD – Associate Director of Addiction Sciences, Marshall Health

164.    Communication with Marcia Knight – Director of Education, Cabell County EMS

165.  Communication with Mark Komar – County Coroner, Lake County, Ohio

166.  Communication with Mary Pshock – County Coroner's Office, Lake County, Ohio

167.  Communication with Michael Kilkenny, MD – Director, Cabell County Department of Public Health

168.  Communication with Ray Cornwell – City of Huntington Police Captain

169.  Communication with Rocky Johnson – City of Huntington Police Department, Police Captain, Special Investigations Bureau (Former)

170.  Communication with Sean Loudin, MD – Associate Professor, Marshall University School of Medicine

171.  Communication with Stephen Petrany, MD – Chair of Family & Community Health, Marshall University School of Medicine

172.  Communication with Steve Murray – Assistant Director, Cabell County EMS

173.  Communication with Steve Williams – Mayor of Huntington

174.  Communication with Tim Hardesty – Assistant Superintendent, Division of District Support and employee Relations, Cabell County Schools

175.  Communication with Todd Davies, PhD – Marshall University Assistant Professor; Cabell-Huntington Coalition for the Homeless, Executive Director

176.  Communication with Zach Hansen, MD – Doctor, Valley Health

177.  Compton WM, Jones CM, Baldwin GT. Relationship between Nonmedical Prescription-Opioid Use and Heroin Use. N Engl J Med. 2016;374(2):154-163. doi:10.1056/NEJMra1508490

178.  Conn J. Summit County Children Services works to reunite families as opioid crisis continues. https://www.cleveland.com/akron/2018/02/summit_county_children_service_9.html. Published 2018.

179.  Connery HS. Medication-assisted treatment of opioid use disorder: Review of the evidence and future directions. Harv Rev Psychiatry. 2015. doi:10.1097/HRP.0000000000000075

180.  Copy of NAS_Selected_Data.xlsx

181.  Correspondent Bill Whitaker. Ex-DEA Agent: Opioid Crisis Fueled by Drug Industry and Congress. 60 Minutes

182.  Cosgrove L, Krimsky S. A comparison of DSM-IV and DSM-5 panel members' financial associations with industry: A pernicious problem persists. PLOS Med. 2012;9(3):e1001190. https://doi.org/10.1371/journal.pmed.1001190.

183.  Count of ED visits for drug overdose ER visits for 2018

184.  County of Cuyahoga, Ohio: For fiscal year ended 12/31/16; Annual informational statement in connection with obligations of the county. https://fiscalofficer.cuyahogacounty.us/pdf_fiscalofficer/en-US/obm/2017-AIS.pdf. Published 2017.

185.  Cowan DT, Allan L, Griffiths P. A pilot study into the problematic use of opioid analgesics in chronic non-cancer pain patients. Int J Nurs Stud. 2002;39(1):59-69. doi:10.1016/s0020-7489(01)00003-7

186.   Cowan DT, Wilson-Barnett J, Griffiths P, Allan LG. A survey of chronic noncancer pain patients prescribed opioid analgesics. Pain Med. 2003;4(4):340-351

187.   Crane EH. Emergency department visits involving narcotic pain relievers. CBHSQ Rep. 2015.

188.   Crum, T. Community groups conduct homeless population count. https://www.herald-dispatch.com/news/community-groups-conduct-homeless-population-count/article_36b195aa-99f4-5887-b35b-f11309362846.html

189.   Cuyahoga County Health and Human Services 2017 Overview. https://cuyahogacounty.us/docs/default-source/default-document-library/2017hhsannualreportprinter.pdf?sfvrsn=2eb668f4_0. Published 2018.

190.   Cuyahoga County Medical Examiners Office. Heroin/Fentanyl/Cocaine Related Deaths in Cuyahoga County 2017 December Update.  Cuyahoga County Medical Examiners Office

191.   Dai Z, Abate MA, Smith GS, Kraner JC, Mock AR. Fentanyl and fentanyl-analog involvement in drug-related deaths. Drug Alcohol Depend. 2019;196:1-8. doi:10.1016/j.drugalcdep.2018.12.004

192.   Dana Clarke. Veterinary Opioids: A Risk Factor for Diversion and Misuse?. Addiction

193.   Dart RC, Surratt HL, Cicero TJ, et al. Trends in Opioid Analgesic Abuse and Mortality in the United States. N Engl J Med. 2015;372(3):241-248. doi:10.1056/NEJMsa1406143

194.   David E. Joranson, Aaron M. Gilson. Drug Crime Is a Source of Abused Pain Medications in the United States.  Journal of Pain and Symptom Management Vol. 30 No. 4

195.   David E. Joranson; Karen M. Ryan; Aaron M. Gilson; et al.. Trends in Medical Use and Abuse of Opioid Analgesics.  JAMA;283(13):1710-1714

196.   David May Deposition Testimony Excerpts – MDL 2804, August 4, 2018

197.   Davis C, Carr D. State legal innovations to encourage naloxone dispensing. J Am Pharm Assoc. 2017;57(2):S180-S184. doi:10.1016/j.japh.2016.11.007

198.   Davis CS, Ruiz S, Glynn P, Picariello G, Walley AY. Expanded access to naloxone among firefighters, police officers, and emergency medical technicians in Massachusetts. Am J Public Health. 2014;104(8):e7-e9. doi:10.2105/AJPH.2014.302062

199.   Davis JS, Lee HY, Kim J, et al. Use of non-steroidal anti-inflammatory drugs in US adults: changes over time and by demographic. Open Hear. 2017;4(1):e000550. doi:10.1136/openhrt-2016-000550

200.   Davis WR, Johnson BD. Prescription opioid use, misuse, and diversion among street drug users in New York City. Drug Alcohol Depend. 2008;92(1-3):267-276. doi:10.1016/j.drugalcdep.2007.08.008

201.   DEA  Reinstatement Orlando Distrib AmerisourceBergen Signs Agreement with DEA Leading to Reinstatement of Its Orlando Distribution Center's Suspended License to Distribute Controlled Substances

202.   DEA 360 STRATEGY REACH AND IMPACT REPORT: CHARLESTON 2018

203.   DEA database. Where the pain pills went - Washington Post. Updated July 21, 2019

204.   DEA Order to show cause Settlement and Release agreement

205. DEA Suspends Pharmaceutical Wholesale Distributor and Retailers' Ability to Sell Controlled Substances Recent Efforts Go Beyond "Mom and Pop" Businesses. DEA.

206. DEA West Virginia Drug Situation. DEA-WAS-DIR-024-17. May 2017

207. Degenhardt L, Bucello C, Mathers B, et al. Mortality among regular or dependent users of heroin and other opioids: a systematic review and meta-analysis of cohort studies. Addiction. 2011;106(1):32-51. doi:10.1111/j.1360-0443.2010.03140.x

208. Degenhardt L, Larney S, Kimber J, Farrell M, Hall W. Excess mortality among opioid-using patients treated with oral naltrexone in Australia. Drug Alcohol Rev. 2015;34(1):90-96. doi:10.1111/dar.12205

209. DeJong C, Aguilar T, Tseng C-W, Lin GA, Boscardin WJ, Dudley RA. Pharmaceutical Industry– Sponsored Meals and Physician Prescribing Patterns for Medicare Beneficiaries. JAMA Intern Med. 2016;176(8):1114-1122. doi:10.1001/jamainternmed.2016.2765

210. Delgado MK, Huang Y, Meisel Z, et al. National variation in opioid prescribing and risk of prolonged use for opioid-naive patients treated in the emergency department for ankle sprains. Ann Emerg Med. 2018;72(4):389-400.e1. doi:10.1016/j.annemergmed.2018.06.003

211. Demographic Statistics for West Virginia https://www.infoplease.com/us/comprehensive-census-data-state/demographic-statistics-318

212. Department of Family and Community Health Cabell County Resiliency Plan August 22 2020

213. Deposition Exhibits of John M. Gray 5, 10, 11, 12, 13 (7/30/2020)

214. Deposition Transcript of Carney 10/16/18 MDL 2804

215. Deposition Transcript of Craig Preece

216. Deposition Transcript of Gary Gunther

217. Deposition Transcript of George Sterbenz

218. Deposition Transcript of Gundy 11/07/18 MDL 2804

219. Deposition Transcript of Hartle 07/31/18 MDL 2804

220. Deposition Transcript of Hartman 11/29/18 MDL 2804

221. Deposition Transcript of Kathlen M. Meszaros. Jan 22, 2021. (MDL  No. 2804)

222. Deposition Transcript of Kevin Yingling, RPh, MD, FACP

223. Deposition Transcript of Lisa Kohler

224. Deposition Transcript of Mark K. Komar, M.D., December 29, 2020,  The County of Lake, Ohio and The County of Trumbull, Ohio v. Purdue Pharma, LP, et al., (Case No. 18-op-45032; Case No. 1:18-op-45079)

225. Deposition Transcript of Mary Pshock, December 5, 2020,  The County of Lake, Ohio and The County of Trumbull, Ohio v. Purdue Pharma, LP, et al., (Case No. 18-op-45032; Case No. 1:18-op-45079)

226. Deposition Transcript of May 08/04/18 MDL 2804

227. Deposition Transcript of Patrick Gillespie

228. Deposition Transcript of Steve Perch

229. Deposition Transcript of Zimmerman 02/08/19 MDL 2804

230. Deposition Transcript of Zimmerman 08/03/18 MDL 2804

231. Deposition Transcript of Beth Thompson

232. Deposition Transcript of Charles (Chuck) Zerkle

233. Deposition Transcript of Crystal Welch

234. Deposition Transcript of Deron Runyon

235. Deposition Transcript of Doug Adams

236. Deposition Transcript of Elizabeth Adkins

237. Deposition Transcript of Garret Jacobs

238. Deposition Transcript of Gordon Merry

239. Deposition Transcript of Hank Dial

240. Deposition Transcript of Jan Rader

241. Deposition Transcript of Kathleen Napier

242. Deposition Transcript of Kelli Sobonya

243. Deposition Transcript of Nicholas Leftwich

244. Deposition Transcript of Paul Hunter

245. Deposition Transcript of Phyllis Smith

246. Deposition Transcript of Ray Canafax

247. Deposition Transcript of Rocky Johnson

248. Deposition Transcript of Scott Arthur

249. Deposition Transcript of Scott Lemley

250. Deposition Transcript of Steve Williams

251. Deposition Transcript of Sue Ann Painter

252. Deposition Transcript of Tim Hazelett

253. Deposition Transcript of Tom McComas

254. Deposition Transcript of Vic Brown, Appalachia HIDTA

255. Dersh J, Mayer TG, Gatchel RJ, Polatin PB, Theodore BR, Mayer EAK. Prescription opioid dependence is associated with poorer outcomes in disabling spinal disorders. Spine (Phila Pa 1976). 2008;33(20):2219-2227. doi:10.1097/BRS.0b013e31818096d1

256. Detailed Offense Profile in Public and Private Facilities for United States, 2015

257. DeVito NJ, Goldacre B. Catalogue of bias: publication bias. BMJ Evidence-Based Med. December 2018. doi:10.1136/bmjebm-2018-111107

258. DHHR State Opioid Response (SOR) Grant: Building a Strategy for West Virginia November 2018

259. DHHR_ CPS to pull fewer kids from homes _ State & Region.  https://www.register-herald.com/news/state_region/dhhr-cps-to-pull-fewer-kids-from-homes/article_b5d9fc1c-1877-50ea-b08d-1278145a55bd.html

260. Dolan KA, Shearer J, MacDonald M, Mattick RP, Hall W, Wodak AD. A randomized controlled trial of methadone maintenance treatment versus wait list control in an Australian prison system. Drug Alcohol Depend. 2003;72(1):59-65.

261. Douglas C. McDonald, Kenneth E. Carlson. Estimating the Prevalence of Opioid Diversion by ''Doctor Shoppers'' in the United States. PLoS ONE 8(7): e69241

262. Dowell D, Haegerich TM, Chou R. CDC guideline for prescribing opioids for chronic pain—United States, 2016. JAMA. 2016;315(15):1624-1645. doi:10.1001/jama.2016.1464

263. Dowell D, Noonan RK, Houry D. Underlying factors in drug overdose deaths. JAMA. 2017;318(23):2295-2296. doi:10.1001/jama.2017.15971

264. Draft Testimony of John M. Gray (7/30/2020)

265. Drug-related emergency room visits, January 1-December 31, 2016. Data Br Annu Report, Cuyahoga Cty Board Heal. 2016.

266. Drug-related emergency room visits, January 1-December 31, 2017. Data Brief: Annual Report, Cuyahoga County Board of Health. http://www.ccbh.net/wp- content/uploads/2018/02/Epi-Center-Drug-Related-Injuries-Report-Annual-Report-2017- 2.12.18.pdf. Published 2017.

267. Dunn KM, Saunders KW, Rutter CM, et al. Opioid prescriptions for chronic pain and overdose: A cohort study. Ann Intern Med. 2010;152(2):85-92. doi:10.7326/0003-4819-152- 2-201001190-00006

268. Eaton T. Hundreds of flags represent number of children in foster care in Cabell County. WSAZ. https://www.wsaz.com/content/news/Hundreds-of-flags-represent-number-of-children-in-foster-care-in-Cabell-County-510404131.html. Published 2019.

269. Eccleston C, Fisher E, Thomas KH, et al. Interventions for the reduction of prescribed opioid use in chronic non-cancer pain. Cochrane Database Syst Rev. 2017;11:CD010323. doi:10.1002/14651858.CD010323.pub3

270. Edlund M, Sullivan M, Steffick D, Harris K, Wells K. Do users of regularly prescribed opioids have higher rates of substance use problems than nonusers? Pain Med. 2007;8(8):647-656.doi:10.1111/j.1526-4637.2006.00200.x

271. Edlund MJ, Martin BC, Russo JE, DeVries A, Braden JB, Sullivan MD. The Role of Opioid Prescription in Incident Opioid Abuse and Dependence Among Individuals With Chronic Noncancer Pain: The Role of Opioid Prescription. Clin J Pain. 2014;30(7).

272. Edlund, M., et al. Risk factors for clinically recognized opioid abuse and dependence among veterans using opioids for chronic non-cancer pain. Pain 129 (2007)355–362

273. Edlund, M., et al. Risks for opioid abuse and dependence among recipients of chronic opioid therapy: Results from the TROUP Study. Drug and Alcohol Dependence 112 (2010) 90–98

274. Elizabeth Y. Schiller and Oren J. Mechanic.  Opioid, Overdose.  NCBI Bookshelf. A Service of the National Library of Medicine, National Institute of Health (Stat Pearls Publishing)

275. EMT National Registry Maps and Data WV. https://www.nremt.org/rwd/public/data/maps

276. Epidemiology and Prevention of HIV and Viral Hepatitis Co-infections. CDC

277.   ER Inspector West Virginia. https://projects.propublica.org/emergency/state/WV

278.   Erin K. Sauber-Schatz, Karin A. Mack, Shane T. Diekman, Leonard J. Paulozzi. Associations between pain clinic density and distributions of opioid pain relievers, drug-related deaths, hospitalizations, emergency department visits, and neonatal abstinence syndrome in Florida. Drug and Alcohol Dependence 133 161– 166

279.   Evans P. Narcotic addiction in patients with chronic pain. Anaesthesia. 1981;36:597-602.

280.   Expert Report of Daniel Ciccarone, MD, MPH. *City of Huntington, West Virginia et al. v. AmerisourceBergen Drug Corporation et al.*, Case No. 3:17-01362. August 3, 2020

281.   Exhibit to Report of Gordon Smith, MD

282.   Expert Report of F. Michael Ferrante

283.   Expert Report of Gordon Smith, MD

284.   Faber K. The Opioid Crisis: The Impact on the Medicaid Population Is Stretching the State's Safety Net.; 2018.

285.   FDA Requiring Labeling Changes for Opioid Pain Medicines, Opioid Use Disorder Medicines Regarding Naloxone. FDA. July 23, 2020

286.   Feder KA, Krawczyk N, Saloner B. Medication-Assisted Treatment for Adolescents in Specialty Treatment for Opioid Use Disorder. J Adolesc Heal. 2017;60(6):747- 750. doi:10.1016/j.jadohealth.2016.12.023

287.   Feder KA, Letourneau EJ, Brook J. Children in the Opioid Epidemic: Addressing the Next Generation's Public Health Crisis. Pediatrics. 2019;143(1):e20181656. doi:10.1542/peds.2018-1656

288.   Fickweiler F, Fickweiler W, Urbach E. Interactions between physicians and the pharmaceutical industry generally and sales representatives specifically and their association with physicians' attitudes and prescribing habits: a systematic review. BMJ Open. 2017;7(9):e016408. doi:10.1136/bmjopen-2017- 016408

289.   Fields MD, Abate MA, Hu L, et al. Parent and metabolite opioid drug concentrations in unintentional deaths involving opioid and benzodiazepine combinations. J Forensic Sci. 2015;60(4):950-956. doi:10.1111/1556-4029.12807

290.   Fink DS, Schleimer JP, Sarvet A, et al. Association Between Prescription Drug Monitoring Programs and Nonfatal and Fatal Drug Overdoses: A Systematic Review. Ann Intern Med. 2018;168(11):783-790. doi:10.7326/M17-3074

291.   Fischer B, Nakamura N, Urbanoski K, Rush B, Rehm J. Correlations between population levels of prescription opioid use and prescription-opioid-related substance use treatment admissions in the USA and Canada since 2001. Public Health. 2012;126(9):749-751. doi:10.1016/j.puhe.2012.04.010

292.   Fishbain D, Cole B, Lewis J, Rosomoff H, Rosomoff R. What percentage of chronic nonmalignant pain patients exposed to chronic opioid analgesic therapy develop abuse/addiction and/or aberrant drug-related behaviors? A structured evidence-based review. Pain Med. 2008;9(4):444-459. doi:10.1111/j.1526-4637.2007.00370.x

293. Fishbain DA, Rosomoff HL, Rosomoff RS. Drug abuse, dependence, and addiction in chronic pain patients. *Clin J Pain*. Published online 1992;8:77-85. doi:10.1097/00002508-199206000-00003

294. Fishbain, et al. Does Opioid Tapering in Chronic Pain Patients Result in Improved Pain or Same Pain vs Increased Pain at Taper Completion? A Structured Evidence-Based Systematic Review. Pain Med. 2018. doi:10.1093/pm/pny231

295. Fleischauer, et al. Hospitalizations for Endocarditis and Associated Health Care Costs Among Persons with Diagnosed Drug Dependence — North Carolina, 2010–2015. MMWR. Weekly. Vo. 66, No.22

296. Fleming MF, Balousek SL, Klessig CL, Mundt MP, Brown DD. Substance Use Disorders in a Primary Care Sample Receiving Daily Opioid Therapy. J Pain. 2007;8(7):573- 582. doi:10.1016/j.jpain.2007.02.432

297. Fleming, M., et al. Reported lifetime aberrant drug-taking behaviors are predictive of current substance use and mental health problems in primary care patients. Pain Med. 2008 November; 9(8): 1098–1106. doi:10.1111/j.1526-4637.2008.00491.x.

298. Fontanarosa P, Bauchner H. Conflict of Interest and Medical Journals. JAMA. 2017;317(17):1768- 1771. doi:10.1001/jama.2017.4563

299. Frank JW, Lovejoy TI, Becker WC, et al. Patient outcomes in dose reduction or discontinuation of long-term opioid therapy: a systematic review. Ann Intern Med. 2017;167(3):181-191. doi:10.7326/M17-0598

300. Frequently Asked Questions About Becoming a Foster Parent in WV. https://westvirginia.kvc.org/services/foster-care/frequently-asked-questions-about-becoming-a-foster-parent-in-west-virginia/

301. Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med. 1991;115(10):787-796.

302. Gaines TL, Wagner KD, Mittal ML, et al. Transitioning from pharmaceutical opioids: A discrete-time survival analysis of heroin initiation in suburban/exurban communities. *Drug Alcohol Depend*. 2020;213:108084. doi:10.1016/j.drugalcdep.2020.108084

303. Garrett A. Summit County enters new phase of opioid crisis: Deaths decline, but unknown dangers lurk. Akron Beacon Journal. January 20, 2018.

304. Geissert P, Hallvik S, Van Otterloo J, et al. High-risk prescribing and opioid overdose: prospects for prescription drug  monitoring program-based proactive alerts. Pain. 2018;159(1):150-156. doi:10.1097/j.pain.0000000000001078

305. Ghertner R. U.S. county prevalence of retail prescription opioid sales and opioid- related hospitalizations from 2011 to 2014. Drug Alcohol Depend. 2019;194:330-335. doi:https://doi.org/10.1016/j.drugalcdep.2018.10.031

306. Gibson AE, Degenhardt LJ. Mortality related to pharmacotherapies for opioid dependence: a comparative analysis of coronial records. Drug Alcohol Rev. 2007;26(4):405-410. doi:10.1080/09595230701373834

307.    Giglio RE, Li G, DiMaggio CJ. Effectiveness of bystander naloxone administration and overdose education programs: a meta-analysis. Inj Epidemiol. 2015;2(1):10. doi:10.1186/s40621-015-0041-8

308.    Gilson TP, Shannon H, Freiburger J. The Evolution of the Opiate/Opioid Crisis in Cuyahoga County. Acad Forensic Pathol. 2017;7(1):41-49. doi:10.23907/2017.005

309.    Gilson TP. Heroin/Fentanyl/Cocaine Related Deaths in Cuyahoga County. http://medicalexaminer.cuyahogacounty.us/pdf_medicalexaminer/en-US/HeroinFentanylReports/100418-HeroinFentanylReport.pdf. Published 2018.

310.    Girgis A, Durcinoska I, Levesque J V, et al. eHealth System for Collecting and Utilizing Patient Reported Outcome Measures for Personalized Treatment and Care (PROMPT- Care) Among Cancer Patients: Mixed Methods Approach to Evaluate Feasibility and Acceptability. J Med Internet Res. 2017;19(10):e330. doi:10.2196/jmir.8360

311.    Gisev N, Larney S, Kimber J, et al. Determining the impact of opioid substitution therapy upon mortality and recidivism among prisoners: A 22 year data linkage study. NDARC Tech Rep. 2014;(330).

312.    Gladden, R. Matthew, et al. "Fentanyl Law Enforcement Submissions and Increases in Synthetic Opioid–Involved Overdose Deaths — 27 States, 2013–2014" (1997), available at https://www.cdc.gov/mmwr/volumes/65/wr/mm6533a2.htm

313.    Goldacre B, Drysdale H, Marston C, et al. Compare: Qualitative analysis of researchers' responses to critical correspondence on a cohort of 58 misreported trials. Trials. 2019;20(1):124. doi:10.1186/s13063-019-3172-3

314.    Golden, Matthew R., et al. "Outbreak of human immunodeficiency virus infection among heterosexual persons who are living homeless and inject drugs—Seattle, Washington, 2018." Morbidity and Mortality Weekly Report 68.15 (2019): 344.

315.    Goldman JE, Waye KM, Periera KA, Krieger MS, Yedinak JL, Marshall BDL. Perspectives on rapid fentanyl test strips as a harm reduction practice among young adults who use drugs: a qualitative study. Harm Reduct J. 2019. doi:10.1186/s12954-018-0276-0

316.    Gomes, T. Gabapentin, opioids, and the risk of opioid-related death_ A population-based nested case–control study. PLoS Med. 2017 Oct; 14(10): e1002396

317.    Gordon MS, Kinlock TW, Schwartz RP, Fitzgerald TT, O'Grady KE, Vocci FJ. A randomized controlled trial of prison-initiated buprenorphine: prison outcomes and community treatment entry. Drug Alcohol Depend. 2014;142:33-40. doi:10.1016/j.drugalcdep.2014.05.011

318.    Governor's Council on Substance Abuse Prevention and Treatment "West Virginia 2020-2022 Substance Use Response Plan" January 20, 2020

319.    Grau LE, Dasgupta N, Harvey AP, et al. Illicit Use of Opioids: Is OxyContin® a "Gateway Drug"? Am J Addict. 2007;16(3):166-173. doi:10.1080/10550490701375293

320.    Green TC, Clarke J, Brinkley-Rubinstein L, et al. Post incarceration Fatal Overdoses After Implementing Medications for Addiction Treatment in a Statewide Correctional System. JAMA Psychiatry. 2018;75(4):405-407. doi:10.1001/jamapsychiatry.2017.4614

321.    Grunbaum JA, Kann L, Kinchen S, et al. Youth risk behavior surveillance - United States, 2003. MMWR Surveill Summ. 2004.

322.   Gupta, Rahul (2018) "Overcoming America's Opioid Epidemic Will Need Action Not Words, "Marshall Journal of Medicine: Vol. 4: Iss. 1, Article 2

323.   Guy Jr GP, Zhang K, Schieber LZ, Young R, Dowell D. County-level opioid prescribing in the United States, 2015 and 2017. *JAMA Intern Med*. 2019;179(4):574-576. doi:10.1001/jamainternmed.2018.6989

324.   Guy Jr. GP, Zhang K. Opioid prescribing by specialty and volume in the U.S. Am J Prev Med. 2018;55(5):e153-e155. doi:10.1016/j.amepre.2018.06.008

325.   Gwira Baumblatt JA, Wiedeman C, Dunn JR, Schaffner W, Paulozzi LJ, Jones TF. High-risk use by patients prescribed opioids for pain and its role in overdose deaths. JAMA Intern Med. 2014;174(5):796-801. doi:10.1001/jamainternmed.2013.12711

326.   Hadland SE, Cerda M, Li Y, Krieger MS, Marshall BDL. Association of Pharmaceutical Industry Marketing of Opioid Products to Physicians With Subsequent Opioid Prescribing. JAMA Intern Med. 2018;178(6):861-863. doi:10.1001/jamainternmed.2018.1999

327.   Hadland SE, Krieger MS, Marshall BDL. Industry Payments to Physicians for Opioid Products, 2013–2015. Am J Public Health. 2017;107(9):1493-1495. doi:10.2105/AJPH.2017.303982

328.   Hadland SE, Rivera-Aguirre A, Marshall BDL, Cerda M. Association of Pharmaceutical Industry Marketing of Opioid Products With Mortality From Opioid-Related Overdoses. JAMA Netw Open. 2019;2(1):e186007. doi:10.1001/jamanetworkopen.2018.6007

329.   Hal Johnson, Leonard Paulozzi, Christina Porucznik, Karin Mack, and Blake Herter. Decline in Drug Overdose Deaths After State Policy Changes — Florida, 2010–2012. Morbidity and Mortality Weekly Report Vol. 63

330.   Hall AJ, Logan JE, Toblin RL, et al. Patterns of abuse among unintentional pharmaceutical overdose fatalities. JAMA. 2008;300(22):2613-2620. doi:10.1001/jama.2008.802

331.   Hall ES, McAllister JM, Wexelblatt SL. Developmental Disorders and Medical Complications Among Infants with Subclinical Intrauterine Opioid Exposures. Popul Health Manag. 2019;22(1):19-24. doi:10.1089/pop.2018.0016

332.   Hall MT, Wilfong J, Huebner RA, Posze L, Willauer T. Medication-Assisted Treatment Improves Child Permanency Outcomes for Opioid-Using Families in the Child Welfare System. J Subst Abuse Treat. 2016;71:63-67. doi:https://doi.org/10.1016/j.jsat.2016.09.006

333.   Han B, Compton WM, Jones CM, Cai R. Nonmedical Prescription Opioid Use and Use Disorders Among Adults Aged 18 Through 64 Years in the United States, 2003-2013. JAMA. 2015;314(14):1468-1478. doi:10.1001/jama.2015.11859

334.   Hansen H, Siegel C, Wanderling J, DiRocco D. Buprenorphine and methadone treatment for opioid dependence by income, ethnicity and race of neighborhoods in New York City. Drug Alcohol Depend. 2016;164:14-21. doi:10.1016/j.drugalcdep.2016.03.028

335.   Harder HJ, Murphy AZ. Early life opioid exposure and potential long-term effects. Neurobiol Stress. 2019;10:100156. doi:10.1016/j.ynstr.2019.100156

336.   Harm Reduction Ohio. "Ohio's carfentanil death rate 21 times higher — yes, 2000%! — than in other states." Harm Reduction Ohio. August 6, 2018. https://www.harmreductionohio.org/deadly-mystery-ohio-carfentanil-death-rate-21-times-that-of-other-states/

337. Harocopos A, Allen B, Paone D. Circumstances and contexts of heroin initiation following non-medical opioid analgesic use in New York City. Int J Drug Policy. 2016;28:106- 112. doi:10.1016/j.drugpo.2015.12.021

338. Hasin DS, Keyes KM, Alderson D, Wang S, Aharonovich E, Grant BF. Cannabis withdrawal in the United States: Results from NESARC. J Clin Psychiatry. 2008;69(9):1354-1363.

339. Hasin DS, O'Brien CP, Auriacombe M, et al. DSM-5 criteria for substance use disorders: Recommendations and rationale. Am J Psychiatry. 2013;170(8):834-851. doi:10.1176/appi.ajp.2013.12060782

340. Havens JR, Stoops WW, Leukefeld CG, et al. Prescription opiate misuse among rural stimulant users in a multistate community-based study. Am J Drug Alcohol Abuse. 2009;35(1):18-23. doi:10.1080/00952990802326298

341. HEALTH ADVISORY #162 Human Immunodeficiency Virus (HIV) Infections Among People Who Inject Drugs -- Additional Area Seeing Increase, Others Vulnerable. West Virginia Health Advisory Number WV162-10-09-2019

342. Health Statistics Center. West Virginia Department of Health and Human Resources. Heroin fast stats. Available at http://www.wvdhhr.org/bph/hsc/pubs/other/heroinfaststats/heroinfaststats.pdf

343. Healthcare Cost and Utilization Project. HCUP Fast Stats - Neonatal Abstinence Syndrome (NAS) Among Newborn Hospitalizations. 2019

344. Healthcare Cost and Utilization Project. HCUP Fast Stats - Opioid-Related Hospital Use. 2020

345. Healton, Cheryl, Robert Pack, and Sandro Galea. "The Opioid Crisis, Corporate Responsibility, and Lessons From the Tobacco Master Settlement Agreement." Jama 322.21 (2019): 2071-2072.

346. Heavey SC, Delmerico AM, Burstein G, et al. Descriptive Epidemiology for Community-wide Naloxone Administration by Police Officers and Firefighters Responding to Opioid Overdose. J Community Health. 2018;43(2):304-311. doi:10.1007/s10900-017-0422-8

347. Hedegaard H, Miniño AM, Warner M. Drug Overdose Deaths in the United States, 1999-2017.; 2018.

348. Hedegaard H, Miniño AM, Warner M. Drug Overdose Deaths in the United States, 1999-2017: data tables for figures. NCHS Data Brief. https://www.cdc.gov/nchs/data/databriefs/db329_tables- 508.pdf#page=4. Published 2018.

349. Hedegaard H, Warner M, Miniño AM. Drug Overdose Deaths in the United States, 1999–2015.; 2017.

350. Henry D, Lim LL, Garcia Rodriguez LA, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ. 1996;312(7046):1563-1566.

351. Henry SG, Paterniti DA, Feng B, et al. Patients' experience with opioid tapering: a conceptual model with recommendations for clinicians. J Pain. 2019;20(2):181-191. doi:10.1016/j.jpain.2018.09.001

352. Hernandez-Diaz S, Rodriguez LA. Association between nonsteroidal anti- inflammatory drugs and upper gastrointestinal tract bleeding/perforation: an overview of epidemiologic studies published in the 1990s. Arch Intern Med. 2000;160(14):2093-2099.

353.

354. Hess R, Stiebler G, Herz A. Pharmacokinetics of fentanyl in man and the rabbit. Eur J Clin Pharmacol. 1972;4(3):137-141.

355. Hessler, C. More than 65 million opioids flooded Cabell County over 7 years, data shows. https://www.herald-dispatch.com/_recent_news/more-than-million-opioids-flooded-cabell-county-over-yearsdata/article_8f0d8676-a9a9-11e9-98ff-ebdd2586af3f.html

356. Hickman, M., et al. Indirect Methods to Estimate Prevalence. 113-131

357. Higgins C, Smith BH, Matthews K. Incidence of iatrogenic opioid dependence or abuse in patients with pain who were exposed to opioid analgesic therapy: a systematic review and meta-analysis. Br J Anaesth. 2018;120(6):1335-1344. doi:10.1016/j.bja.2018.03.009

358. Higgins C, Smith BH, Matthews K. Incidence of iatrogenic opioid dependence or abuse in patients with pain who were exposed to opioid analgesic therapy: a systematic review and meta-analysis. Br J Anaesth. 2018;120(6):1335-1344. doi:10.1016/j.bja.2018.03.009

359. Higham, S. et al. 76 billion opioid pills: Newly released federal data unmasks the epidemic. The Washington Post. July 16, 2019

360. Hill AB. The environment and disease: Association or causation? *Proc R Soc Med*. 1965;58(5):295-300.

361. Hill M, McMahon M, Stucke R, Barth R. Wide variation and excessive dosage of opioid prescription for common general surgical procedures. Ann Surg. 2017;265(4):709-714.

362. HIV and Acquire Immune Deficiency Syndrome (AIDS). Outbreak of Human Immunodeficiency Virus (HIV) Lin Drug Use. https://oeps.wv.gov/hiv-aids/Pages/default.aspx

363. HIV Cases DHHRWV OEPS. https://oeps.wv.gov/hiv-aids/Pages/default.aspx

364. HIV Infection Investigation in a Rural Area WV_CDC

365. Højsted J, Sjøgren P. Addiction to opioids in chronic pain patients: a literature review. Eur J Pain. 2007;11(5):490-518. doi:10.1016/j.ejpain.2006.08.004

366. Hollingsworth A, Ruhm CJ, Simon K. Macroeconomic conditions and opioid abuse. J Health Econ. 2017;56:222-233. doi:https://doi.org/10.1016/j.jhealeco.2017.07.009

367. HRSA National Outcome Measures https://mchb.tvisdata.hrsa.gov/PrioritiesAndMeasures/NationalOutcomeMeasures

368. Hser Y-I, Fu L, Wu F, Du J, Zhao M. Pilot trial of a recovery management intervention for heroin addicts released from compulsory rehabilitation in China. J Subst Abuse Treat. 2013;44(1):78-83. doi:10.1016/j.jsat.2012.03.009

369. Huffman, K., et al. Opioid Use 12 Months Following Interdisciplinary Pain Rehabilitation with Weaning. Pain Medicine 2013; 14: 1908–1917

370. Hughes A, Williams M, Lipari RN, Bose J, Copello EAP, Kroutil LA. Prescription Drug Use and Misuse in the United States: Results from the 2015 National Survey on Drug Use and Health. NSDUH Data Rev. 2016. https://www.samhsa.gov/data/report/prescription-drug-use-and-misuse-united-states-results- 2015-national-survey-drug-use-and.

371. Hung-En Sung, Linda Richter, Roger Vaughan, Patrick B. Johnson, and Bridgette Thom. Nonmedical use of prescription opioids among teenagers in the United States: Trends and correlates. Journal of Adolescent Health 37 44–51

372.    Huntington Resiliency Plan Early Intervention Workgroup Meeting Minutes 6-25

373.    Huntington Resiliency Plan Economic Development Workgroup Meeting Minutes 7-2

374.    Huntington Resiliency Plan Educational-Vocational Services Meeting Minutes 6-28

375.    Huntington Resiliency Plan Healthy Communities-Social Supports Workgroup Meeting Minutes 6-26

376.    Huntington Resiliency Plan Inpatient-Residential Services Workgroup Meeting Minutes 6-28

377.    Huntington Resiliency Plan Legal-Policy-First Responders Workgroup Meeting Minutes 7-3

378.    Huntington Resiliency Plan Outpatient Services Workgroup Meeting 6-25

379.    Huntington Resiliency Plan Prevention Workgroup Meeting Minutes 6-26

380.    Huntington Resiliency Plan Research Workgroup Meeting Minutes 6-24

381.    Huntington West Virginia City of Solutions: A Guide to What Works (and what does not) in Reducing the Impact of Substance Use on Local Communities (26 Sept 2019)

382.    Huntington Work Release Center Visiting hours, inmate phones, mail

383.    Huntington Work Release Center. www.prisonpro.com/content/huntington-work-release-center 1/

384.    Huntington WV Demographics data with population from census

385.    Huntington, WV_City of Solutions. A Guidebook to What Works (and what does not) in Reducing the Impact of Substance Use on Local Communities

386.    Hylan, T., et al. Automated Prediction of Risk for Problem Opioid Use in a Primary Care Setting. The Journal of Pain, Vol 16, No 4 (April), 2015: pp 380-387

387.    In the Matter of Cardinal Health, Inc. Assurance of Discontinuance Pursuant to Exec Law §63(15)

388.    Inciardi JA, Surratt HL, Cicero TJ, Beard RA. Prescription opioid abuse and diversion in an urban community: the results of an ultra-rapid assessment. Pain Med. 2009;10(3):537-548. doi:10.1111/j.1526-4637.2009.00603.x

389.    Inciardi JA, Surratt HL, Cicero TJ, Kurtz SP, Martin SS, Parrino MW. The "black box" of prescription drug diversion. J Addict Dis. 2009;28(4):332-347. doi:10.1080/10550880903182986

390.    Influx of Fentanyl-Laced Counterfeit Pills and Toxic Fentanyl-Related Compounds Further Increases Risk of Fentanyl-Related Overdose and Fatalities. Centers for Disease Control Health Alert Network; 2016. https://emergency.cdc.gov/han/han00395.asp.

391.    INFOGRAPHIC. The Opioid Epidemic by the Numbers 2016 and 2017 Data. HHS.GOV

392.    Inpatient substance abuse treatment to be offered at Western Regional Jail _ WCHS. https://wchstv.com/news/local/inpatient-substance-abuse-treatment-to-be-offered-at-western-regional-jail

393.    Inside America's Hepatitis Epidemic video. Vice. Nov 18, 2016 https://www.youtube.com/watch?v=4mFZxnr7YQE

394.    IQVIA Xponent database

395.   James A. Inciardi, Hilary L. Surratt, Steven P. Kurtz, and Theodore J. Cicero. Mechanisms of Prescription Drug Diversion Among Drug-Involved Club- and Street-Based Populations. Pain Medicine Volume 8, Number 2

396.   James A. Inciardi, Hilary L. Surratt, Yamilka Lugo, and Theodore J. Cicero. The Diversion of Prescription Opioid Analgesics. Law Enforcement Executive Forum

397.   Jamison RN, Butler SF, Budman SH, Edwards RR, Wasan AD. Gender Differences in Risk Factors for Aberrant Prescription Opioid Use. J Pain. 2010;11(4):312-320. doi:https://doi.org/10.1016/j.jpain.2009.07.016

398.   Jane C. Ballantyne, M.D., and Jianren Mao, M.D., Ph.D.. Opioid Therapy for Chronic Pain. New England Journal of Medicine (November 13, 2013 - N Engl J Med 2003;349:1943-53.

399.   Jeanette M. Tetrault and Jenna L. Butner. Non-Medical Prescription Opioid Use and Prescription Opioid Use Disorder: A Review. Yale Journal of Biology and Medicine 88, pp.227-233

400.   Jennifer J. Carroll, Traci C. Green, and Rita K. Noonan. Evidence-Based Strategies for Preventing Opioid Overdose: What's Working in the United States An introduction for public heath, law enforcement, local organizations, and others striving to serve their community. Centers for Disease Control and Prevention - national Center for Injury Prevention and Control

401.   Jennifer P. Schneider and Kenneth L. Kirsh. Defining clinical issues around tolerance, hyperalgesia, and addiction: A quantitative and qualitative outcome study of long-term opioid dosing in a chronic pain practice. Journal of Opioid Management

402.   Jesse C. Vivian. DEA Continues Corporate Responsibility Drive. US Pharmacist, 37(5):56-58

403.   Jessica M. Irvine, Sara E. Hallvik, Christi Hildebran, Miguel Marino, Todd Beran, and Richard A. Deyo. Who Uses a Prescription Drug Monitoring Program and How? Insights from a Statewide Survey of Oregon Clinicians. J Pain.

404.   John J. Coleman. The Supply Chain of Medicinal Controlled Substances: Addressing the Achilles Heel of Drug Diversion. Journal of Pain & Palliative Care Pharmacotherapy

405.   Jones CM, Campopiano M, Baldwin G, McCance-Katz E. National and state treatment need and capacity for opioid agonist medication-assisted treatment. Am J Public Health. 2015;105(8):e55-e63. doi:10.2105/AJPH.2015.302664

406.   Jones CM, Mack KA, Paulozzi LJ. Pharmaceutical overdose deaths, United States, 2010. JAMA. 2013;309(7):657-659. doi:10.1001/jama.2013.272

407.   Jones CM, McAninch JK. Emergency department visits and overdose deaths from combined use of opioids and benzodiazepines. Am J Prev Med. 2015;49(4):493-501. doi:10.1016/j.amepre.2015.03.040

408.   Jones CM. Heroin use and heroin use risk behaviors among nonmedical users of prescription opioid pain relievers - United States, 2002-2004 and 2008-2010. *Drug Alcohol Depend*. 2013;132(1-2):95-100. doi:10.1016/j.drugalcdep.2013.01.007

409.   Jones JD, Mogali S, Comer SD. Polydrug abuse: a review of opioid and benzodiazepine combination use. Drug Alcohol Depend. 2012;125(1-2):8-18. doi:10.1016/j.drugalcdep.2012.07.004

410.   Joseph Darius Jaafari "Born into Rehab: Giving Life to West Virginia's Tiniest Opioid Victims January 17, 2018

411.   Joshua A. Barocas, Laura F. White, Jianing Wang, Alexander Y. Walley, Marc R. LaRochelle, Dana Bernson, Thomas Land, Jake R. Morgan, Jeffrey H. Samet, and Benjamin P. Linas. Estimated Prevalence of Opioid Use Disorder in Massachusetts, 2011–2015: A Capture–Recapture Analysis.  AJPH Vol 108, No. 12

412.   Kann L, McManus T, Harris WA, et al. Youth risk behavior surveillance - United States, 2017. MMWR Surveill Summ. 2018. doi:10.15585/mmwr.ss670

413.   Karow A, Verthein U, Pukrop R, et al. Quality of life profiles and changes in the course of maintenance treatment among 1,015 patients with severe opioid dependence. Subst Use Misuse. 2011;46(6):705-715. doi:10.3109/10826084.2010.509854

414.   Kate M. Dunn, Kathleen W. Saunders, Carolyn M. Rutter, Caleb J. Banta-Green, Joseph O. Merrill, Mark D. Sullivan, Constance M. Weisner, Michael J. Silverberg, Cynthia I. Campbell, Bruce M. Psaty, and Michael Von Korff. Opioid Prescriptions for Chronic Pain and Overdose A Cohort Study.  Annals of Internal Medicine (Ann Intern Med. 152:85-92)

415.   Kathryn L. Hahn. Strategies to Prevent Opioid Misuse, Abuse, and Diversion That May Also Reduce the Associated Costs. American Health & Drug Benefits. 2011;4(2):107- 114

416.   Katon W, Egan K, Miller D. Chronic pain: lifetime psychiatric diagnoses and family history. Am J Psychiatry. 1985;142(10):1156-1160. doi:10.1176/ajp.142.10.1156

417.   Katz NP, Sherburne S, Beach M, et al. Behavioral monitoring and urine toxicology testing in patients receiving long-term opioid therapy. Anesth Analg. 2003;97(4):1097-1102.

418.   Katz, J, et al. In Shadow of Pandemic, U.S. Drug Overdose Deaths Resurge to Record. NYT July 15, 2020

419.   Keane C, Egan JE, Hawk M. Effects of naloxone distribution to likely bystanders: Results of an agent- based model. Int J Drug Policy. 2018;55:61-69.

420.   Keeshin, S. et al. Endocarditis as a Marker for New Epidemics of Injection Drug Use. Am J Med Sci. 2016 Dec; 352(6): 609–614.

421.   Kelty E, Hulse G. Examination of mortality rates in a retrospective cohort of patients treated with oral or implant naltrexone for problematic opiate use. Addiction. 2012;107(10):1817—1824. doi:10.1111/j.1360-0443.2012.03910.x

422.   Kennedy-Hendricks A, Richey M, McGinty EE, Stuart EA, Barry CL, Webster DW. Opioid overdose deaths and Florida's crackdown on pill mills. Am J Public Health. 2015;106(2):291-297. doi:10.2105/AJPH.2015.302953

423.   Kersey L.  Cabell judge says judicial views on drug treatment have changed. https://www.wvgazettemail.com/news/health/cabell-judge-says-judicial-views-on-drug-treatment-havechanged/article_d948d333-e270-5eab-8278-9e01274fc802.html

424.   Keyes KM, Galea S. Epidemiology Matters: A New Introduction to Methodological Foundations. Oxford University Press; 2014

425.   Keyes KM, Galea S. Population Health Science. New York, NY: Oxford University Press; 2016.

426.   Keyes KM, Geier T, Grant BF, Hasin DS. Influence of a drinking quantity and frequency measure on the prevalence and demographic correlates of DSM-IV alcohol dependence. Alcohol Clin Exp Res. 2009;33(5):761-771. doi:10.1111/j.1530-0277.2009.00894.x

427.    Keyes KM, Hamilton AD, Swanson JM, Tracy M, Cerdá M. Simulating the suicide prevention effects of firearms restrictions based on psychiatric hospitalization and treatment records: Social benefits and unintended adverse consequences. Am J Public Health. 2019;109(S3):S236-S243.

428.    Keyes KM, Hasin DS. Socio-economic status and problem alcohol use: the positive relationship between income and the DSM-IV alcohol abuse diagnosis. Addiction. 2008;103(7):1120-1130. doi:10.1111/j.1360-0443.2008.02218.x

429.    Keyes KM, Krueger RF, Grant BF, Hasin DS. Alcohol craving and the dimensionality of alcohol disorders. Psychol Med. 2011;41(3):629-640. doi:10.1017/S003329171000053X

430.    Keyes KM, Rutherford C, Popham F, Martins SS, Gray L. How Healthy Are Survey Respondents Compared with the General Population?: Using Survey-linked Death Records to Compare Mortality Outcomes. Epidemiology. 2018;29(2):299-307. doi:10.1097/EDE.0000000000000775

431.    Keyes KM, Shev A, Tracy M, Cerdá M. Assessing the impact of alcohol taxation on rates of violent victimization in a large urban area: an agent-based modeling approach. Addiction. 2019;114(2):236-247.

432.    Keyes, K, et al. Is There a Recent Epidemic of Women's Drinking? A Critical Review of National Studies. Alcohol Clin Exp Res, Vol 43, No 7, 2019: pp 1344–1359

433.    Keyes, K, et al. Stress and Alcohol. Epidemiologic Evidence. Alcohol Research. 391-97

434.    Khan NF, Bateman BT, Landon JE, Gagne JJ. Association of opioid overdose with opioid prescriptions to family members. JAMA Intern Med. 2019;179(9):1186-1192. doi:10.1001/jamainternmed.2019.1064

435.    Khary K. Rigg, Samantha J. March, James A, Inciardi. Prescription Drug Abuse & Diversion: Role of the Pain Clinic. Journal of Drug Issues 0022-0426/10/03

436.    Khary K. Rigg, Steven P. Kurtz, and Hilary L. Surratt. Patterns of prescription medication diversion among drug dealers. Drugs (Abingdon Engl).

437.    Khosla N, Juon HS, Kirk GD, Astemborski J, Mehta SH. Correlates of non- medical prescription drug use among a cohort of injection drug users in Baltimore City. Addict Behav. 2011;36(12):1282-1287. doi:10.1016/j.addbeh.2011.07.046

438.    Kids Count Data Center Children who had a parent who was ever incarcerated in West Virginia April 2019

439.    Kids' Inpatient Database (KID) and the Nationwide Inpatient Sample (NIS), part of the HCUP family of databases

440.    Kilmer B, Everingham S, Caulkins J, et al. What America's Users Spend on Illegal Drugs: 2000-2010. Santa Monica, CA; 2014.

441.    Kinder R. Kids in care: where are all the children in foster care? Charleston Gazette-Mail. https://www.wvgazettemail.com/life/columns/kids-in-care-where-are-all-the-children-in-foster/article_7fcfcee9-bb7b-5fd3-969f-185fd16349ed.html. Published 2019.

442.    Kinlock TW, Gordon MS, Schwartz RP, Fitzgerald TT, O'Grady KE. A randomized clinical trial of methadone maintenance for prisoners: results at 12 months post release. J Subst Abuse Treat. 2009;37(3):277-285. doi:10.1016/j.jsat.2009.03.002

443. Ko JY, Patrick SW, Tong VT, Patel R, Lind JN, Barfield WD. Incidence of Neonatal Abstinence Syndrome—28 States, 1999–2013. Morb Mortal Wkly Rep. 2016;65(31):799-802.

444. Kocherlakota P. Neonatal abstinence syndrome. *Pediatrics*. 2014;134(2):e547 LP-e561. doi:10.1542/peds.2013-3524

445. Konapur, R. et al. Combative Treatment for Carfentanil Epidemic _ Journal of Addictions Nursing. Vol 30. Nos 1, 2-3. 2019

446. Kramer. Fatal Opioid Overdoses May Be More Common Than Thought. Public Health June 1, 2020

447. Krupitsky E, Nunes E V, Ling W, Illeperuma A, Gastfriend DR, Silverman BL. Injectable extended- release naltrexone for opioid dependence: a double-blind, placebo- controlled, multicentre randomised trial. Lancet. 2011;377(9776):1506-1513. doi:10.1016/S0140-6736(11)60358-9

448. Lagisetty P, et al. Identifying individuals with opioid use disorder: Validity of ICD diagnostic codes for opioid use, dependence and abuse. Drug Alcohol Depend. 2021;221. https://www.sciencedirect.com/science/article/abs/pii/S0376871621000788?via%3Dihub

449. Lagisetty P, Garpestad C, Larkin A, et al. Identifying individuals with opioid use disorder: Validity of International Classification of Diseases diagnostic codes for opioid use, dependence and abuse. *Drug Alcohol Depend*. 2021;221:108583. doi:10.1016/j.drugalcdep.2021.108583

450. Lake County, Ohio. Coroner's page. https://www.lakecountyohio.gov/coroner/

451. Lanemark, et al. Drug Abuse in Migraine Patients. Pain, 19 (1984) 81-86

452. Lankenau SE, Teti M, Silva K, Bloom JJ, Harocopos A, Treese M. Initiation into Prescription Opioid Misuse among Young Injection Drug Users. Int J Drug Policy. 2012;23(1):37-44. doi:10.1016/j.drugpo.2011.05.014

453. Larkin I, Ang D, Steinhart J, et al. Association between academic medical center pharmaceutical detailing policies and physician prescribing. JAMA. 2017;317(17):1785-1795. doi:10.1001/jama.2017.4039

454. Larney, Sarah, et al. "All-cause and cause-specific mortality among people using extramedical opioids: a systematic review and meta-analysis." JAMA psychiatry 77.5 (2020): 493-502.

455. Larochelle MR, Zhang F, Ross-Degnan D, Wharam JF. Trends in opioid prescribing and co-prescribing of sedative hypnotics for acute and chronic musculoskeletal pain: 2001-2010. Pharmacoepidemiol Drug Saf. 2015;24(8):885-892. doi:10.1002/pds.3776

456. Laxmaiah Manchikanti, Standiford Helm II, Bert Fellows, Jeffrey W. Janata, Vidyasagar Pampati, Jay S. Grider, and Mark V. Boswell. Opioid Epidemic in the United States. Pain Physician

457. Laxmaiah Manchikanti.  Prescription Drug Abuse: What is Being Done to Address This New Drug Epidemic? Testimony Before the Subcommittee on Criminal Justice, Drug Policy and Human Resources. Pain Physician

458. Lee JD, Friedmann PD, Kinlock TW, et al. Extended-Release Naltrexone to Prevent Opioid Relapse in Criminal Justice Offenders. N Engl J Med. 2016;374(13):1232-1242. doi:10.1056/NEJMoa1505409

459.  Lee JD, McDonald R, Grossman E, et al. Opioid treatment at release from jail using extended-release naltrexone: a pilot proof-of-concept randomized effectiveness trial. Addiction. 2015;110(6):1008-1014. doi:10.1111/add.12894

460.  Lee JD, Nunes EVJ, Novo P, et al. Comparative effectiveness of extended-release naltrexone versus buprenorphine-naloxone for opioid relapse prevention (X:BOT): a multicentre, open-label, randomised controlled trial. Lancet. 2018;391(10118):309-318. doi:10.1016/S0140-6736(17)32812-X

461.  Leonard J. Paulozzi, Karin A. Mack, Jason M. Hockenberry,. Vital Signs: Variation Among States in Prescribing of Opioid Pain Relievers and Benzodiazepines — United States, 2012. MMWR - Vol. 63 No. 26

462.  Lester, Will; Andrews, Lacey; Nellhaus, Emma M.; Murray, Sara; Loudin, Sean; and Davies, Todd H.  (2019) "Symptomology Associated with in Utero Exposures to Polysubstance in an Appalachian Population," Marshall  Journal of Medicine: Vol. 5: Iss. 2, Article 9.

463.  Lipari RN, Hughes A. How people obtain the prescription pain relievers they misuse. CBHSQ Rep. 2017.

464.  Live Stories Cabell County 2017 Opioid Death Statistics https://www.livestories.com/statistics/us-data-reports

465.  Local Data: West Virginia - AIDSVu. January 13, 2020

466.  Local Data: West Virginia - HepVu. Feb. 11, 2020

467.  Loudin, S. Caring for Babies Thinking of Families.  Marshall Univ. presentation

468.  Loudin, S. et al. A management strategy that reduces NICU admissions and decreases charges from the front line of the neonatal abstinence syndrome epidemic. J Perinatol. 2017 Oct; 37(10): 1108–1111.

469.  Loudin, S. Identifying Co-Exposure to Opiates and Gabapentin During Pregnancy. The Journal of Pediatrics. February 2020 Volume 217, Pages 196–198

470.  Loudin, S. Opioid epidemic-- is there an end in sight. Marshall Journal of Medicine: Vol. 3: Iss. 4, Article 4.

471.  Loudin, S., et al. An Atypical Withdrawal Syndrome in Neonates Prenatally Exposed to Gabapentin and Opioids. J Pediatr 2017;181:286-8

472.  Loudin, Sean (2018) "The State of Neonatal Abstinence Syndrome in West Virginia," Marshall Journal
of Medicine: Vol. 4: Iss. 3, Article 3

473.  Lundgren LM, Fitzgerald T, Young N, Amodeo M, Schilling RF. Medication assisted drug treatment and child well-being. Child Youth Serv Rev. 2007;29(8):1051-1069. doi:https://doi.org/10.1016/j.childyouth.2007.04.003

474.  Lyapustina T, Rutkow L, Chang HY, et al. Effect of a "pill mill" law on opioid prescribing and utilization: The case of Texas. Drug Alcohol Depend. 2016;159:190-197. doi:10.1016/j.drugalcdep.2015.12.025

475.  Lyn O'Connell_ Negativity sells, but it is selling our city short. https://www.herald-dispatch.com/opinion/lyn-o-connell-negativity-sells-but-it-is-selling-our/article_ffb3f3b4-5001-5ddd-bff8-304f517b43ab.html

476. Lyna Z. Schieber, Gery P. Guy Jr, Puja Seth, Randall Young, Christine L. Mattson, Christina A. Mikosz, Richard A. Schieber. Supplementary Online Content to Trends and Patterns of Geographic Variation in Opioid Prescribing Practices by State, United States, 2006-2017. JAMA Network Open

477. Lyna Z. Schieber, Gery P. Guy Jr, Puja Seth, Randall Young, Christine L. Mattson, Christina A. Mikosz, Richard A. Schieber. Trends and Patterns of Geographic Variation in Opioid Prescribing Practices by State, United States, 2006-2017. JAMA Network Open

478. Macmadu A, Carroll JJ, Hadland SE, Green TC, Marshall BDL. Prevalence and correlates of fentanyl- contaminated heroin exposure among young adults who use prescription opioids non-medically. Addict Behav. 2017. doi:10.1016/j.addbeh.2017.01.014

479. Maddox, T. et al. Abnormal Presentation of Hypoxic Ischemic Encephalopathy Attributed to Polysubstance Exposure Am J Case Rep. 2019; 20: 1715–1718

480. Maguire DJ, Taylor S, Armstrong K, et al. Long-term outcomes of infants with neonatal abstinence syndrome. Neonatal Netw. 2016;35(5):277-286. doi:10.1891/0730- 0832.35.5.277

481. Magura S, Lee JD, Hershberger J, et al. Buprenorphine and methadone maintenance in jail and post- release: a randomized clinical trial. Drug Alcohol Depend. 2009;99(1-3):222-230. doi:10.1016/j.drugalcdep.2008.08.006

482. Manchikanti et.al  Prevalence of prescription drug abuse and dependency in patients with chronic pain in western Kentucky. J Ky Med Assoc 2003;101:511–17

483. Manchikanti L, Pampati V, Damron KS, Beyer CD, Barnhill RC, Fellows B. Prevalence of prescription drug abuse and dependency in patients with chronic pain  in western Kentucky. J Ky Med Assoc. 2003;101(11):511-517.

484. Manuel Cano, Ying Huang, Drug and Alcohol Dependence, https://doi.org/10.1016/j.drugalcdep.2020.108384

485. Mark C. Bicket, MD; Jane J. Long, BS; Peter J. Pronovost, MD, PhD; G. Caleb Alexander, MD, MS; Christopher L.Wu, MD. Prescription Opioid Analgesics Commonly Unused After Surgery A Systematic Review. JAMA - JAMA Surg. 2017;152(11):1066-1071.

486. Mark TL, Lubran R, McCance-Katz EF, Chalk M, Richardson J. Medicaid coverage of medications to treat alcohol and opioid dependence. J Subst Abuse Treat. 2015;55:1- 5. doi:10.1016/j.jsat.2015.04.009

487. Mars SG, Bourgois P, Karandinos G, Montero F, Ciccarone D. "Every 'Never' I Ever Said Came True": Transitions from opioid pills to heroin injecting. Int J Drug Policy. 2014;25(2):257-266. doi:https://doi.org/10.1016/j.drugpo.2013.10.004

488. Marsden J, Stillwell G, Jones H, et al. Does exposure to opioid substitution treatment in prison reduce the risk of death after release? A national prospective observational study in England. Addiction. 2017;112(8):1408-1418. doi:10.1111/add.13779

489. Marsden P V. Core Discussion Networks of Americans. Am Sociol Rev. 1987;52(1):122. doi:10.2307/2095397

490. Marsh, Clay B. MD (2017) "Physician, Heal Thy Community," Marshall Journal of Medicine: Vol. 3: Iss. 3, Article 2.

491. Marshall University (Edwards) - Best Medical Schools - US News

492.   Martell BA, O'Connor PG, Kerns RD, et al. Systematic review: Opioid treatment for chronic back pain: Prevalence, efficacy, and association with addiction. Ann Intern Med. 2007. doi:10.7326/0003- 4819-146-2-200701160-00006

493.   Martinez-Ales, G, et al. Fatal and Non-fatal Self-Injury in the USA: Critical Review of Current Trends and Innovations in Prevention. Current Psychiatry Reports (2019) 21: 104

494.   Martins SS, Keyes KM, Storr CL, Zhu H, Grucza RA. Birth-Cohort Trends in Lifetime and Past-Year Prescription Opioid-Use Disorder Resulting From Nonmedical Use: Results From Two National Surveys. J Stud Alcohol Drugs. 2010;71(4):480-487. doi:10.15288/jsad.2010.71.480

495.   Martins SS, Ponicki W, Smith N, et al. Prescription drug monitoring programs operational characteristics and fatal heroin poisoning. Int J Drug Policy. 2019;74:174-180. doi:10.1016/j.drugpo.2019.10.001

496.   Martins SS, Sarvet A, Santaella-Tenorio J, Saha T, Grant BF, Hasin DS. Changes in US Lifetime Heroin Use and Heroin Use Disorder: Prevalence From the 2001-2002 to 2012- 2013 National Epidemiologic Survey on Alcohol and Related Conditions. JAMA Psychiatry. 2017;74(5):445-455. doi:10.1001/jamapsychiatry.2017.0113

497.   Maruta T, Swanson DW, Finlayson RE. Drug abuse and dependency in patients with chronic pain. Mayo Clin Proc. 1979;54(4):241-244.

498.   Maruta, et al. Drug Abuse and Dependency in Patients with Chronic Pain. Mayo Clin. Proc 54:241-44, 1979

499.   Masters RK, Tilstra AM, Simon DH. Explaining recent mortality trends among younger and middle- aged White Americans. Int J Epidemiol. 2018;47(1):81-88. doi:10.1093/ije/dyx127

500.   MAT Cabell Jail Video. Western Regional Jail starts Drug Pilot Program. https://www.youtube.com/watch?v=r4JNRzHadi4&feature=youtu.be

501.   Mateu-Gelabert P, Guarino H, Jessell L, Teper A. Injection and sexual HIV/HCV risk behaviors associated with nonmedical use of prescription opioids among young adults in New York City. J Subst Abuse Treat. 2015;48(1):13-20. doi:10.1016/j.jsat.2014.07.002

502.   Mattick RP, Breen C, Kimber J, Davoli M. Methadone maintenance therapy versus no opioid replacement therapy for opioid dependence. Cochrane Database Syst Rev. 2009;(3):CD002209. doi:10.1002/14651858.CD002209.pub2

503.   Mattick RP, Kimber J, Breen C, Davoli M. Buprenorphine maintenance versus placebo or methadone maintenance for opioid dependence. Cochrane Database Syst Rev. 2008;(2):CD002207.doi:10.1002/14651858.CD002207.pub3

504.   Mattson CL, Tanz L, Quinn K, Kariisa M, Patel P, Davis N. Trends and geographic patterns in drug and synthetic opioid overdose deaths — United States, 2013–2019. *MMWR*. 2021;70(6):202-207.

505.   Maughan BC, Hersh E V, Shofer FS, et al. Unused opioid analgesics and drug disposal following outpatient dental surgery: a randomized controlled trial. Drug Alcohol Depend. 2016;168:328-334. doi:10.1016/j.drugalcdep.2016.08.016

506.   Mayor's Office of Drug Control Policy. Two-year strategic plan for addressing the opioid crisis in the city of Huntington/Cabell and Wayne counties, West Virginia. 2017. http://www.cityofhuntington.com/city-government/mayors-office- of-drug-control-policy.

507. McCabe SE, Boyd CJ. Sources of prescription drugs for illicit use. Addict Behav. 2005;30(7):1342-1350. doi:10.1016/j.addbeh.2005.01.012

508. McCabe SE, Schulenberg J, McCabe VV, et al. Medical Use and Misuse of Prescription Opioids in US 12th-Grade Youth: School-Level Correlates. Pediatrics. 2020;146(4):e20200387

509. McCabe SE, Veliz PT, Boyd CJ, Schepis TS, McCabe V V, Schulenberg JE. A prospective study of nonmedical use of prescription opioids during adolescence and subsequent substance use disorder symptoms in early midlife. *Drug Alcohol Depend*. 2019;194:377-385. doi:10.1016/j.drugalcdep.2018.10.027

510. McCabe SE, West BT, Veliz P, McCabe V V, Stoddard SA, Boyd CJ. Trends in Medical and Nonmedical Use of Prescription Opioids Among US Adolescents: 1976–2015. Pediatrics. 2017;139(4):e20162387. doi:10.1542/peds.2016-2387

511. McCabe, Sean Esteban, et al. "Pills to Powder: A 17-Year Transition From Prescription Opioids to Heroin Among US Adolescents Followed Into Adulthood." Journal of Addiction Medicine (2020).`

512. McCann Exhibit 1.7

513. McCann, K. et al. Structured Management of Chronic Nonmalignant Pain with Opioids in a Rural Primary Care Office. J Am Board Fam Med 2018;31:57– 63

514. McDonald DC, Carlson KE. Estimating the prevalence of opioid diversion by "doctor shoppers" in the United States. PLoS One. 2013;8(7):e69241-e69241. doi:10.1371/journal.pone.0069241

515. McDonald DC, Carlson KE. The ecology of prescription opioid abuse in the USA: geographic variation in patients' use of multiple prescribers ("doctor shopping"). Pharmacoepidemiol Drug Saf. 2014;23(12):1258-1267. doi:10.1002/pds.3690

516. McDonald EM, Kennedy-Hendricks A, McGinty EE, Shields WC, Barry CL, Gielen AC. Safe storage of opioid pain relievers among adults living in households with children. Pediatrics. 2017;139(3):e20162161. doi:10.1542/peds.2016-2161

517. McKenzie M, Zaller N, Dickman SL, et al. A randomized trial of methadone initiation prior to release from incarceration. Subst Abus. 2012;33(1):19-29. doi:10.1080/08897077.2011.609446

518. McKesson Agrees to Pay Record $150 Million Settlement for Failure to Report Suspicious Orders of Pharmaceutical Drugs. DOJ

519. McKesson Corporation Agrees to Pay More than $13 Million to Settle Claims that it Failed to Report Suspicious Sales of Prescription Medications. USDOJ

520. McKinney, Ralph E., "Barriers to Employment: A Substance Abuse Story" (2019). Faculty Research Day. 7.

521. McLellan, Turner. Prescription Opioids, Overdose Deaths, and Physician Responsibility. JAMA The Journal of the American Medical Association

522. Medical Schools in West Virginia - Medical School Headquarters

523. Meltzer EC, Rybin D, Saitz R, et al. Identifying prescription opioid use disorder in primary care: diagnostic characteristics of the Current Opioid Misuse Measure (COMM). Pain. 2011;152(2):397-402. doi:10.1016/j.pain.2010.11.006

524. Merikangas KR, He JP, Burstein M, et al. Lifetime prevalence of mental disorders in U.S. adolescents: results from the National Comorbidity Survey Replication--Adolescent Supplement

(NCS-A). J Am Acad Child Adolesc Psychiatry. 2010;49(10):980-989. doi:10.1016/j.jaac.2010.05.017

525.     Merrall E, Kariminia A, Binswanger I, et al. Meta-analysis of drug-related deaths soon after release from prison. Addiction. 2010;105:1545-1554. doi:10.1111/j.1360- 0443.2010.02990.x

526.     Michael Von Korff, Andrew Kolodny, Richard A. Deyo, and Roger Chou. Long- Term Opioid Therapy Reconsidered.  Annals of Internal Medicine (Ann Intern Med.155:325- 328)

527.     Miech RA, Johnston LD, O'Malley PM, Bachman JG, Schulenberg JE, Patrick ME. Monitoring the Future national survey results on drug use, 1975–2016: Volume I, secondary school students. 2017.

528.     Mikosz CA, Zhang K, Haegerich T, et al. Indication-specific opioid prescribing for US patients with Medicaid or private insurance, 2017. JAMA Netw Open. 2020;3(5):e204514-e204514. doi:10.1001/jamanetworkopen.2020.4514

529.     Minard, M. Jim Justice mostly correct on adoption statistic. PolitiFact West Virginia

530.     Minozzi S, Amato L, Bellisario C, Davoli M. Maintenance treatments for opiate - dependent adolescents. Cochrane Database Syst Rev. 2014;(6):CD007210. doi:10.1002/14651858.CD007210.pub3

531.     Minozzi S, Amato L, Davoli M. Development of dependence following treatment with opioid analgesics for pain relief: A systematic review. *Addiction*. 2013;108(4):688-698. doi:10.1111/j.1360-0443.2012.04005.x

532.     Mitch Betses, R.Ph., and Troyen Brennan, M.D., M.P.H. Abusive Prescribing of Controlled Substances — A Pharmacy View. New England Journal of Medicine (N Engl J Med 369;11 nejm.org)

533.     Monnat SM. Factors Associated With County-Level Differences in U.S. Drug- Related Mortality Rates. Am J Prev Med. 2018;54(5):611-619. doi:10.1016/j.amepre.2018.01.040

534.     Moreno JL, Wakeman SE, Duprey MS, Roberts RJ, Jacobson JS, Devlin JW. Predictors for 30-Day and 90-Day Hospital Readmission Among Patients With Opioid Use Disorder. J Addict Med. 2019.

535.     Morgan, P. The Opioid Epidemic, NAS, and Special Education Costs _ Psychology Today. https://www.psychologytoday.com/us/blog/children-who-struggle/201907/the-opioid-epidemic-nas-and-special-education-costs

536.     Mueller SR, Walley AY, Calcaterra SL, Glanz JM, Binswanger IA. A Review of Opioid Overdose Prevention and Naloxone Prescribing: Implications for Translating Community Programming Into Clinical Practice. Subst Abus. 2015;36(2):240-253. doi:10.1080/08897077.2015.1010032

537.     Muhuri PK, Gfroerer JC, Davies C. Associations of nonmedical pain reliever use and initiation of heroin use in the United States. 2013.

538.     Mullins, C. 2016 WV Overdose Fatality Analysis: Healthcare Systems Utilization, Risk Factors, and Opportunities for Intervention.  October 2018 Handle with Care Conference (002) - REV

539.     Munzing T. Physician guide to appropriate opioid prescribing for noncancer pain. Perm J. 2017;21:16-169. doi:10.7812/TPP/16-169

540.  Nabarun Dasgupta, E. Douglas Kramer, Mary-Ann Zalman a, Salvatore Carino Jr., Meredith Y. Smith , J. David Haddox, Curtis Wright, IV.  Association between non-medical and prescriptive usage of opioids.  Drug and Alcohol Dependence 82 135–142

541.  Nabarun Dasgupta, Kenneth D. Mandl, John S. Brownstein. Breaking the News or Fueling the Epidemic? Temporal Association between News Media Report Volume and Opioid-Related Mortality.  PLoS ONE 4(11): e7758

542.  Nalini Sehgal, MD1, Laxmaiah Manchikanti, and Howard S. Smith.  Prescription Opioid Abuse in Chronic Pain: A Review of Opioid Abuse Predictors and Strategies to Curb Opioid Abuse. Pain Physician; 15:ES67-ES92

543.  Naloxone Administration by Ohio EMS Providers By County, Ohio, 2017. www.wms.ohio.gov

544.  Naloxone Administration by Ohio EMS Providers By County, Ohio, 2018. www.wms.ohio.gov

545.  NAS Graph-Map Data

546.  NAS Graph-Map Data 2

547.  NAS Maternal Characteristics Graph

548.  Nash, B. Cabell Huntington registered nurses begin seeking union representation. https://www.herald-dispatch.com/news/cabell-huntington-registered-nurses-begin-seeking-unionrepresentation/article_42cf7177-58de-5bfe-af74-411ab2da4f8b.html

549.  Nash, B. Confirmed HIV cases in Cabell reach 44. https://www.herald-dispatch.com/news/confirmed-hiv-cases-in-cabell-reach/article_91c0fc14-6952-11e9-bd56-f73b6de772f0.html

550.  Nash, B. DHHR says Cabell HIV cluster is growing. https://www.wvgazettemail.com/news/health/dhhr-says-cabell-hiv-cluster-is-growing/article_ba37b709-32ec-5b16-8b8c- 32867037b9b1.html

551.  Nathan Hartle Deposition Testimony Excerpts – MDL 2804, Volume 1, July 31, 2018

552.  National Academies of Science Engineering and Medicine (NASEM). Pain Management and the Opioid Epidemic: Balancing Societal and Individual Benefits and Risks of Prescription Opioid Use; 2017. doi:10.17226/24781

553.  National Academies of Sciences, Engineering, and Medicine 2021. High and Rising Mortality Rates Among Working-Age Adults. Washington, DC: The National Academies Press. https://doi.org/10.17226/25976.

554.  National Center for Health Statistics Data Brief

555.  National Institute on Drug Abuse. What is the scope of heroin use in the United States? 2018. https://www.drugabuse.gov/publications/research-reports/heroin/scope-heroin-use- in-united-states.

556.  National Prescription Opiate Litigation MDL No. 2804, Deposition of Joseph Natko. 2018:126:6-23; 127:5-13.

557.  National Vital Statistics System. Revisions of the US standard certificates and reports. 2020. https://www.cdc.gov/nchs/nvss/revisions-of-the-us-standard-certificates-and-reports.htmhttps://www.cdc.gov/nchs/nvss/revisions-of-the-us-standard-certificates-and-reports.htm.

558. Needle Exchange Programs video.  https://www.youtube.com/watch?v=uMS3Mj3lYiw  Apr 27, 2018

559. Needle Exchanges Help Curb Disease video. https://www.youtube.com/watch?v=LMw0LhhFAnM  Oct 11, 2016

560. Negussie Y, Geller. Getting to Zero Alcohol-Impaired Driving Fatalities: A Comprehensive Approach to a Persistent Problem. Negussie Y, Geller A, Teutsch SM, eds. January 2018. doi:10.17226/24951

561. Nellhaus, E. et al. Neonatal withdrawal following in utero exposure to kratom. Int J Clin Pediatr. 2018;7(4):55-58

562. Neonatal Abstinence Syndrome and Associated Health Care Expenditures: United States, 2000-2009 Trends in Neonatal Abstinence Syndrome.

563. New York State Department of Health. New York State - County opioid quarterly report. 2019. https://health.ny.gov/statistics/opioid/data/pdf/nys_oct19.pdf.

564. New York State Department of Health. New York State community health indicator reports (CHIRS). 2019. Available at https://webbi1.health.ny.gov/SASStoredProcess/guest?_program=/EBI/PHIG/apps/chir_dashboard/chir_dashboard

565. New York State Department of Health. New York State opioid data dashboard - county level. 2019. https://www.health.ny.gov/statistics/opioid/.

566. New York State Department of Health. New York State opioid data dashboard - state level. 2019. Available at https://webbi1.health.ny.gov/SASStoredProcess/guest?_program=/EBI/PHIG/apps/opioid_dashboard/op_dashboard&p=sh

567. Nicholas B. King, Veronique Fraser, Constantina Boikos, Robin Richardson, and Sam Harper. Determinants of Increased Opioid-Related Mortality in the United States and Canada, 1990–2013: A Systematic Review.  American Journal of Public Health

568. Nichold, M., et al. Lake County General Health District.  Lake County Drug-related Overdose Deaths: 2013- to 2017. Informing a Five-year Perspective. Available at https://www.lcghd.org/wp-content/uploads/Admin/LCGHD_2013_to_2017_Lake_County_Community_Overdose_Report_October_12_2018_891.pdf

569. NIDA West Virginia Opioid Summary Feb 2018

570. NIDA. West Virginia: Opioid-involved deaths and related harms. 2020. https://www.drugabuse.gov/drug-topics/opioids/opioid-summaries-by-state/west-virginia-opioid-involved-deaths-related-harms.

571. Noble M, Treadwell JR, Tregear SJ, et al. Long-term opioid management for chronic noncancer pain. Cochrane Database Syst Rev. 2010;(1). doi:10.1002/14651858.CD006605.pub2

572. Nora D. Volkow and A. Thomas McLellan. Opioid Abuse in Chronic Pain — Misconceptions and Mitigation Strategies. New England Journal of Medicine (N Engl J Med 2016;374:1253-63)

573. Nora D. Volkow, Thomas A. McLellan,.  Curtailing Diversion and Abuse of Opioid Analgesics Without Jeopardizing Pain Treatment.  JAMA Vol 305, No. 13

574.   NOWS Research

575.   Number and Age-Adjusted Rates of Drug-Poisoning Deaths Involving Opioid Analgesics and Heroin: United States, 1999–2014.; 2015. https://www.cdc.gov/nchs/data/health_policy/AADR_drug_poisoning_involving_OA_Heroin_US_2000-2014.pdf.

576.   Number of infant drug addiction cases in WV isn't decreasing. https://www.herald-dispatch.com/news/number-of-infant-drug-addiction-cases-in-wv-isn-t/article_36bc2f96-3e01-11e8-8514-436d43c1dbf6.html

577.   NYS Annual Reports https://www.health.ny.gov/statistics/diseases/communicable/index.htm

578.   NYS DOH Communicable Disease Annual Reports and Related Information https://www.health.ny.gov/statistics/diseases/communicable/index.htm

579.   NYS Health Foundation. Follow the Money: Pharmaceutical Manufacturer Payments and Opioid Prescribing Patterns in New York State. NYS Health Foundation

580.   O'Brien C. Addiction and dependence in DSM-V. Addiction. 2011;106(5):866-867. doi:10.1111/j.1360-0443.2010.03144.x

581.   O'Connell, L. Channel Anger Into Action. LinkedIn. Sept. 19,2016

582.   ODD_Marshall Dashboard

583.   Office of Drug Control Policy website. https://dhhr.wv.gov/office-of-drug-control-policy/datadashboard/Pages/default.aspx

584.   Ohio Department of Health Hepatitis Surveillance Program. Ohio Hepatitis B Cases, 2015-2018. Published online 2018. https://odh.ohio.gov/wps/wcm/connect/gov/5c9e0fec-cf4b-4426-87ac-b574c1352b0d/HBV+4+Year+Report_2018.pdf?MOD=AJPERES&CONVERT_TO=url&CACHEID=ROOTWORKSPACE.Z18_M1HGGIK0N0JO00QO9DDDDM3000-5c9e0fec-cf4b-4426-87ac-b574c1352b0d-mLRwdyM

585.   Ohio Department of Health Hepatitis Surveillance Program. Ohio Hepatitis C Cases, 2014-2018. Published online 2019. https://odh.ohio.gov/wps/wcm/connect/gov/a85bd075-e2e9-4cd3-bd72-480ea66279b2/HCV+5+Year+Report_2018.pdf?MOD=AJPERES&CONVERT_TO=url&CACHEID=ROOTWORKSPACE.Z18_M1HGGIK0N0JO00QO9DDDDM3000-a85bd075-e2e9-4cd3-bd72-480ea66279b2-mLRwTqK

586.   Ohio DMHAS, Executive Summaries and Full Drug Trend Reports (2009-2019).

587.   Ohio Hospital Association. 2017 Ohio Neonatal Abstinence Syndrome Report. Ohio Department of Health. https://odh.ohio.gov/wps/portal/gov/odh/know-our- programs/violence-injury-prevention- program/media/nas-datatable-2017. Published 2017.

588.   Olfson M, Crystal S, Wall M, Wang S, Liu S-M, Blanco C. Causes of Death After Nonfatal Opioid Overdose. JAMA Psychiatry. 2018;75(8):820-827. doi:10.1001/jamapsychiatry.2018.1471

589.   Opioid crisis adds to issues for W.Va. Agencies. News and Sentinel. https://www.newsandsentinel.com/news/local-news/2019/11/opioid-crisis-adds-to-issues-for-w-va-agencies/

590.   Opioid Hospital Stays. Emergency Department Visits - HCUP Fast Stats

591.  Opioid Prevention Program: Data to Action Fentanyl-related deaths in New York State outside of New York City, 2015-2017 February 2019 (https://www.health.ny.gov/statistics/opioid/data/pdf/nysdoh_dta1_fentanyl.pdf)

592.  Order governing production and de-identification of certain medical and pharmacy information. Supreme Court of the State of New York, dkt no 1359 index no 400000/2017

593.  O'Rourke, A. et al. Acceptability of safe drug consumption spaces among people who inject drugs in rural West Virginia. Harm Reduction Journal volume 16, Article number: 51 (2019)

594.  OSAM Drug Abuse Trends in the Cleveland Region, Drug Trend Report. June 2018-Jan 2019

595.  OUD Over Time Graph

596.  OUD Population at a Glance

597.  OUD Population at a Glance map 2

598.  Overdose Death Rates. National Institute on Drug Abuse. https://www.drugabuse.gov/related-topics/trends-statistics/overdose-death-rates. Published 2019.

599.  Papadomanolakis-Pakis, Nicholas, et al. "Prescription opioid characteristics at initiation for non-cancer pain and risk of treated opioid use disorder: a population-based study." Drug and Alcohol Dependence (2021): 108601.

600.  Park TW, Saitz R, Ganoczy D, Ilgen MA, Bohnert ASB. Benzodiazepine prescribing patterns and deaths from drug overdose among US veterans receiving opioid analgesics: case-cohort study. BMJ. 2015;350:h2698. doi:10.1136/bmj.h2698

601.  Patrick SW, Schumacher RE, Benneyworth BD, Krans EE, McAllister JM, Davis MM. Neonatal Abstinence Syndrome and Associated Health Care Expenditures: United States, 2000-2009Trends in Neonatal Abstinence Syndrome. JAMA. 2012;307(18):1934-1940. doi:10.1001/jama.2012.3951

602.  Paul III, D. P., Botre, N., Phillips, M., Abboud, J., Coustasse, A. The Continuing Epidemic of Hepatitis C in the United States: The Case of west Virginia. Proceedings of the Northeast Business & Economics Association 2018 Conference (pp. 230-236). Galloway, NJ.

603.  Paulozzi LJ, Baldwin GT, Franklin GM, et al. CDC Grand Rounds: Prescription Drug Overdoses—a U.S. Epidemic. Morb Mortal Wkly Rep. 2012;61(01):10-13.

604.  Paulozzi LJ, Mack KA, Jones CM. Vital Signs: Risk for Overdose from Methadone Used for Pain Relief—United States, 1999-2010. Morb Mortal Wkly Report2. 2012;61.

605.  Paulozzi LJ, Ryan GW. Opioid Analgesics and Rates of Fatal Drug Poisoning in the United States. Am J Prev Med. 2006;31(6):506-511. doi:10.1016/j.amepre.2006.08.017

606.  Pear VA, Ponicki WR, Gaidus A, et al. Urban-rural variation in the socioeconomic determinants of opioid overdose. Drug Alcohol Depend. 2019;195:66-73. doi:10.1016/j.drugalcdep.2018.11.024

607.  Peiper NC, Clarke SD, Vincent LB, Ciccarone D, Kral AH, Zibbell JE. Fentanyl test strips as an opioid overdose prevention strategy: Findings from a syringe services program in the Southeastern United States. Int J Drug Policy. 2019. doi:10.1016/j.drugpo.2018.08.007

608.  Physicians Assistants near Huntington, WV. Available at: https://www.healthgrades.com/general-medicine-physicians-assistant-directory/wv-west-virginia/huntington

609.  Plaintiffs' Third Amended Complaint. *In re National Prescription Opiate Litigation.* 17-md-02804

610.  Pollini RA, Banta-Green CJ, Cuevas-Mota J, Metzner M, Teshale E, Garfein RS. Problematic use of prescription-type opioids prior to heroin use among young heroin injectors. Subst Abuse Rehabil. 2011;2(1):173-180. doi:10.2147/SAR.S24800

611.  Popova S, Giesbrecht N, Bekmuradov D, Patra J. Hours and Days of Sale and Density of Alcohol Outlets: Impacts on Alcohol Consumption and Damage: A Systematic Review. Alcohol Alcohol. 2009;44(5):500-516. doi:10.1093/alcalc/agp054

612.  Portenoy RK, Farrar JT, Backonja M-M, et al. Long-term use of controlled- release oxycodone for noncancer pain: results of a 3-year registry study. Clin J Pain. 2007;23(4):287-299. doi:10.1097/AJP.0b013e31802b582f

613.  Porter J, Jick H. Addiction rare in patients treated with narcotics. N Engl J Med. 1980;302(2):123.

614.  Powell D, Pacula RL, Taylor E. How increasing medical access to opioids contributes to the opioid epidemic: evidence from Medicare Part D. J Health Econ. 2020;71:102286. doi:10

615.  Powell D, Pacula RL, Taylor E. How Increasing Medical Access to Opioids Contributes to the Opioid Epidemic: Evidence from Medicare Part D. NBER Work Pap Ser. 2015;No. 21072. doi:10.3386/w21072

616.  Preliminary 2018 Drug Overdose Death Statistics: Cuyahoga County, Ohio. Office of the Executive. http://executive.cuyahogacounty.us/en-US/2018-Drug-Overdose-Death-Statistics.aspx.

617.  Prescott, John (2016) "Academic Medicine Responds to the Opioid Crisis,"Marshall Journal of Medicine: Vol. 2: Iss. 4, Article 3. DOI: http://dx.doi.org/10.18590/mjm.2016.vol2.iss4.3

618.  Prescription Drug Disposal Locations. Oct 25, 2019.

619.  Prescription Drug Use and Misuse in the United States: Results from the 2015 National Survey on Drug Use and Health (NSDUH)

620.  Proposed Opioid Response Plan for the State of West Virginia: Proposed Report for Public Comment January 10 2018

621.  Public Children Services Association of Ohio. The Opioid Epidemic's Impact on Children Services in Ohio. PCSAO report on opioid epidemic's impact on children services in OH

622.  Puja Seth, Lawrence Scholl, Rose A. Rudd, Sarah Bacon.  Overdose Deaths Involving Opioids, Cocaine, and Psychostimulants — United States, 2015–2016.  Morbidity and Mortality Weekly Report - US Dept of Heath and Human Services/CDC -  Vol. 67 No. 12

623.  Putrich, G. BABY STEPS For drug-exposed infants, intensive care is too intense. Nation & World. Dec 22, 2017

624.  R. Miech, et al., Prescription Opioids in Adolescence and Future Opioid Misuse, Pediatrics, Volume 136:e1169- 1177 (2015).

625.  Rachel N. Lipari and Arthur Hughes. HOW PEOPLE OBTAIN THE PRESCRIPTION PAIN RELIEVERS THEY MISUSE. SAMHSA The CBHSQ Report

626. Radel L, Baldwin M, Crouse G, Ghertner R, Waters A. Substance Use, the Opioid Epidemic, and the Child Welfare System: Key Findings from a Mixed Methods Study. ASPE Research Brief. 2018.

627. RAND Corporation. Simulation of county neonatal abstinence syndrome (NAS) rates tool. 2019. https://www.rand.org/pubs/tools/TL327/tool.html#rates-by-year-.

628. Rawson R, Cousins SJ, McCann M, Pearce R, Donsel A Van. Assessment of medication for opioid use disorder as delivered within the Vermont hub and spoke system. J Subst Abuse Treat. 2019;97:84- 90. doi:https://doi.org/10.1016/j.jsat.2018.11.003

629. Raymond Carney Deposition Testimony Excerpts – MDL 2804, October 16, 2018

630. Rebecca Ahrnsbrak, Jonaki Bose, Sarra L. Hedden, Rachel N. Lipari, Eunice Park- Lee. Key Substance Use and Mental Health Indicators in the United States: Results from the 2016 National Survey on Drug Use and Health. HHS Publication No. SMA 17-5044, NSDUH Series H-52

631. Rebecca L. Haffajee and Michelle M. Mello. Drug Companies' Liability for the Opioid Epidemic.  The New England Journal of Medicine

632. Rees DI, Sabia JJ, Argys LM, Latshaw J, Dave D. With a little help from my friends: the effects of naloxone access and good Samaritan laws on opioid-related deaths. NBER Work Pap Ser. 2017;No. 23171.

633. Registered Nurses in WV. https://wvrnboard.wv.gov/Pages/default.aspx

634. Results from the 2013 National Survey on Drug Use and Health: Detailed Tables. Substance Abuse and Mental Health Services Administration. https://www.samhsa.gov/data/sites/default/files/NSDUH-DetTabs2013/NSDUH-DetTabs2013.htm#tab1.54a.

635. Rich JD, McKenzie M, Larney S, et al. Methadone continuation versus forced withdrawal on incarceration in a combined US prison and jail: a randomised, open-label trial. Lancet. 2015;386(9991):350-359. doi:https://doi.org/10.1016/S0140-6736(14)62338-2

636. Rich, K. et al. Integrated Models of Care for Individuals with Opioid Use Disorder How do we prevent HIV and HCV. Curr HIV/AIDS Rep. 2018; 15(3): 266–275

637. Richard C. Dart, Hilary L. Surratt, Theodore J. Cicero, Mark W. Parrino, S. Geoff Severtson, Becki Bucher-Bartelson, and Jody L. Green,. Trends in Opioid Analgesic Abuse and Mortality in the United States. New England Journal of Medicine - N Engl J Med;372:241-8.

638. Richard C. Dart, Hillary L. Surratt, Theodore J. Cicero, Mark W. Parrino and S. Geoff Severtson. Trends in opioid analgesic abuse and mortality in the United States. The New England Journal of Medicine.372,3. 241-8.

639. Richard Harruff and Julia Hood.  Toward a Real-Time Drug Overdose Monitoring System. Public Health Seattle and King Counties (power point)

640. Richy F, Bruyere O, Ethgen O, et al. Time dependent risk of gastrointestinal complications induced by non-steroidal anti-inflammatory drug use: a consensus statement using a meta-analytic approach. Ann Rheum Dis. 2004;63(7):759-766. doi:10.1136/ard.2003.015925

641. Ritterband, V. 3-minute case study: When hugs are the best medicine. https://www.athenahealth.com/insight/3-minute-case-study-when-hugs-are-best-medicine

642.   Robert K. Twillman, Rebecca Kirch, Aaron Gilson.  Efforts to Control Prescription Drug Abuse: Why Clinicians Should Be Concerned and Take Action as Essential Advocates for Rational Policy. American Cancer Society, cacancerjournal.com VOLUME 64 NUMBER 6

643.   Robert M. Califf, Janet Woodcock, and Stephen Ostroff. A Proactive Response to Prescription Opioid Abuse. The New England Journal of Medicine at NEJM.org.

644.   Roger Chou, Jane C. Ballantyne, Gilbert J. Fanciullo, Perry G. Fine, and Christine Miaskowski. Research Gaps on Use of Opioids for Chronic Noncancer Pain: Findings From a Review of the Evidence for an American Pain Society and American Academy of Pain Medicine Clinical Practice Guideline.  The Journal of Pain, Vol 10, No 2 : pp 147-159

645.   Rose A. Rudd, Noah Aleshire, Jon E. Zibbell, R. Matthew Gladden. Increases in Drug and Opioid Overdose Deaths - United Sates, 2000-2014.  Morbitiy and Mortality Weekly Report - US Dept of Heath and Human Services/CDC - Vol. 64 Nos. 50 & 51

646.   Rose G. Sick individuals and sick populations. Int J Epidemiol. 2001;30(3):427- 432. doi:10.1093/ije/30.3.427

647.   Roth, D. et al. Inclusion of Positive Self-reporting by Mothers of Substance Exposed Neonates Increases the Predictability of NAS Severity Over Toxicology Alone. Maternal and Child Health Journal (2020) 24:340–350

648.   Rothman KJ, Greenland S, Lash TL. Modern Epidemiology. 3rd ed. Philadelphia, PA: Lippincott Williams & Wilkins; 2008.

649.   Rough Transcript of Deposition of Daniel Ciccarone, MD, MPH.  City of Huntington, West Virginia et al. v. AmerisourceBergen Drug Corporation et al., Case No. 3:17-01362. September 8, 2020

650.   Rough Transcript of Deposition of T. Davies 2020-07-28

651.   Rowe C, Vittinghoff E, Santos G-M, Behar E, Turner C, Coffin PO. Performance Measures of Diagnostic Codes for Detecting Opioid Overdose in the Emergency Department. Acad Emerg Med. 2016;24(4):475-483. doi:10.1111/acem.13121

652.   Rudd RA, Aleshire N, Zibbell JE, Matthew Gladden R. Increases in Drug and Opioid Overdose Deaths - United States, 2000-2014. *Am J Transplant*. 2016;16(4):1323-1327. doi:10.1111/ajt.13776

653.   Rudd RA, Seth P, David F, Scholl L. Increases in Drug and Opioid-Involved Overdose Deaths — United States, 2010–2015. Morb Mortal Wkly Rep. 2016;65(50-51):1445– 1452. doi:http://dx.doi.org/10.15585/mmwr.mm655051e1

654.   Ruhm CJ. Deaths of Despair or Drug Problems? NBER Work Pap Ser. 2018;24188.

655.   Rural Communities In Crisis. Bloomberg American Health Initiative. https://americanhealth.jhu.edu/RuralOpioidsCount

656.   Rutkow L, Chang HY, Daubresse M, Webster DW, Stuart EA, Alexander GC. Effect of Florida's Prescription Drug Monitoring Program and pill mill laws on opioid prescribing and use. JAMA Intern Med. 2015;175(10):1642-1649. doi:10.1001/jamainternmed.2015.3931

657.   Rutkow L, Smith KC, Lai AY, Vernick JS, Davis CS, Alexander GC. Prescription drug monitoring program design and function: a qualitative analysis. Drug Alcohol Depend. 2017;180:395-400. doi:https://doi.org/10.1016/j.drugalcdep.2017.08.040

658.    Rutkow L, Vernick JS, Alexander GC. More states should regulate pain management clinics to promote public health. Am J Public Health. 2017;107(2):240-243. doi:10.2105/AJPH.2016.303568

659.    SAHMSA Behavioral Health Barometer West Virginia, 2015

660.    Saunders KW, Von Korff M, Campbell CI, et al. Concurrent use of alcohol and sedatives among persons prescribed chronic opioid therapy: prevalence and risk factors. J Pain. 2012;13(3):266-275. doi:10.1016/j.jpain.2011.11.004

661.    Schaffer D, Florin T, Eagle C, et al. Risk of serious NSAID-related gastrointestinal events during long-term exposure: a systematic review. Med J Aust. 2006;185(9):501-506. doi:10.5694/j.1326-5377.2006.tb00665.x

662.    Schieber LZ, Guy GPJ, Seth P, et al. Trends and patterns of geographic variation in opioid prescribing practices by state, United States, 2006-2017. JAMA Netw Open. 2019;2(3):e190665. doi:10.1001/jamanetworkopen.2019.0665

663.    Schneider J, Kirsh K. Defining clinical issues around tolerance, hyperalgesia, and addiction: a quantitative and qualitative outcome study of long-term opioid dosing in a chronic pain practice. J Opioid Manag. 2010;6(6):385-395.

664.    Schneider, K. et al. Polysubstance use in rural West Virginia Associations between latent classes of drug use, overdose, and take-home naloxone. International Journal of Drug Policy 76 (2020) 102642

665.    Scholl L, Seth P, Kariisa M, Wilson N, Baldwin G. Drug and Opioid-Involved Overdose Deaths— United States, 2013–2017. Morb Mortal Wkly Rep. 2019;67(5152):1419- 1427.

666.    Schwartz RP, Gryczynski J, O'Grady KE, et al. Opioid agonist treatments and heroin overdose deaths in Baltimore, Maryland, 1995-2009. Am J Public Health. 2013;103(5):917-922. doi:10.2105/AJPH.2012.301049

667.    Scott Higham.  Drugmakers and distributors face barrage of lawsuits over opioid epidemic.  The Washington Post

668.    Sean Esteban McCabe, Brady T. West, and Carol J. Boyd.  Leftover Prescription Opioids and Nonmedical Use Among High School Seniors: A Multi-Cohort National Study. Journal of Adolescent Health 52 - 480e485

669.    Second Supplement to the Expert Report of Gregory K. Bell

670.    Segel, Joel E., and Tyler NA Winkelman. "Persistence and Pervasiveness: Early Wave Opioid Overdose Death Rates Associated With Subsequent Overdose Death Rates." Public Health Reports (2020): 0033354920969171.

671.    Shames A, Subramanian R. A Path to Recovery: Treating Opioid Use in West Virginia's Criminal Justice System. New York: Vera Institute of Justice; 2017.

672.    Sharareh N, Sabounchi SS, McFarland M, Hess R. Evidence of modeling impact in development of policies for controlling the opioid epidemic and improving public health: A scoping review. Subst Abus Res Treat. 2019;13:1178221819866211. doi:10.1177/1178221819866211

673.    Sharon Hartman Deposition Testimony Excerpts – MDL 2804 CT1, November 29, 2018

674.    Shei A, Rice JB, Kirson NY, et al. Sources of prescription opioids among diagnosed opioid abusers.  Curr Med Res Opin. 2015;31(4):779-784. doi:10.1185/03007995.2015.1016607

675.　Shimonovich M, Pearce A, Thomson H, Keyes K, Katikireddi SV. Assessing causality in epidemiology: revisiting Bradford Hill to incorporate developments in causal thinking. *Eur J Epidemiol*. Published online December 2020. doi:10.1007/s10654-020-00703-7

676.　Shmulewitz D, Keyes K, Beseler C, et al. The dimensionality of alcohol use disorders: Results from Israel. Drug Alcohol Depend. 2010;111(1-2). doi:10.1016/j.drugalcdep.2010.04.002

677.　Shmulewitz D, Keyes KM, Wall MM, et al. Nicotine dependence, abuse and craving: dimensionality in an Israeli sample. *Addiction*. 2011;106(9):1675-1686. doi:10.1111/j.1360-0443.2011.03484.x

678.　Siegal HA, Carlson RG, Kenne DR, Swora MG. Probable relationship between opioid abuse and heroin use. Am Fam Physician. 2003;67(5):942,945.

679.　Singer, J. A, et al.. Today's nonmedical opioid users are not yesterday's patients; implications of data indicating stable rates of nonmedical use and pain reliever use disorder.. Journal of Pain Research 12 617–620.

680.　Singh G, Triadafilopoulos G. Epidemiology of NSAID induced gastrointestinal complications. J Rheumatol Suppl. 1999;56:18-24.

681.　Single EW. The availability theory of alcohol-related problems. Theor Alcohol. 1988:325-351.

682.　Skog O. J. The Collectivity of Drinking Cultures: A Theory of the Distribution of Alcohol Consumption. Br J Addict. 1985;80(1):83-99. doi:10.1111/j.1360-0443.1985.tb05294.x

683.　Slavova S, O'Brien DB, Creppage K, et al. Drug Overdose Deaths: Let's Get Specific. Public Health Rep. 2015;130(4):339-342. doi:10.1177/003335491513000411

684.　Smith D. County of Summit Alcohol, Drug Addiction & Mental Health Services Board.

685.　Smith N, Martins SS, Kim J, et al. A typology of prescription drug monitoring programs: a latent transition analysis of the evolution of programs from 1999 to 2016. Addiction. 2019;114(2):248-258. doi:10.1111/add.14440

686.　Smith, Fran. Babies Fall Victim to the Opioid Crisis. National Geographic September 2017 https://www.nationalgeographic.com/magazine/2017/09/science-of-addiction-babies-opioids/

687.　Solomon DH, Rassen JA, Glynn RJ, Lee J, Levin R, Schneeweiss S. The Comparative Safety of Analgesics in Older Adults With Arthritis. Arch Intern Med. 2010;170(22):1968-1978. doi:10.1001/archinternmed.2010.391

688.　Sorg, M. Additive Effects of Cointoxicants in Single-Opioid Induced Deaths. Sage Journals. Volume: 6 issue: 3, page(s): 532-542

689.　Spurling GK, Mansfield PR, Montgomery BD, et al. Information from pharmaceutical companies and the quality, quantity, and cost of physicians' prescribing: a systematic review. PLoS Med. 2010;7(10):e1000352. https://doi.org/10.1371/journal.pmed.1000352.

690.　State ER Visits Opioids Dashboard 2019-2020. Feb. 29, 2020

691.　State Inpatient Databases, housed in HCUP

692.　Statewide Estimated Drug Overdoses Dashboard. Summit County Public Health's Data Dashboard. https://www.scph.org/dashboards.

693.　Stephan A.Schwartz. America's Deadly Opioid Epidemic From Which Everyone But the Users Profits. EXPLORE Vol.13,No.4 Schwartzreport

694.    Stevan Geoffrey Severtson, Becki Bucher Bartelson, Jonathan M. Davis, Alvaro Munoz, Michael F. Schneider, Howard Chilcoat, Paul M. Coplan, Hilary Surratt, and Richard C. Dart. Reduced Abuse, Therapeutic Errors, and Diversion Following Reformulation of Extended- Release Oxycodone in 2010.  The Journal of Pain, Vol 14, No 10: pp 1122-1130

695.    Steven Stanos. Rational Chronic Pain Therapy & the Burden of Patient Satisfaction. American Academy of Physical Medicine and Rehabilitation PP

696.    Strickler GK, Zhang K, Halpin JF, Bohnert ASB, Baldwin GT, Kreiner PW. Effects of mandatory prescription drug monitoring program (PDMP) use laws on prescriber registration and use and on risky prescribing. Drug Alcohol Depend. 2019;199:1-9. doi:https://doi.org/10.1016/j.drugalcdep.2019.02.010

697.    Stuck, T. Medication-assisted treatment on the rise. https://www.herald-dispatch.com/news/medication-assisted-treatment-on-the-rise/article_0b6436bd-6a8b-55d1-80bccffec08659a2.html

698.    Stuck, T. Prevention still best tactic against addiction. https://www.herald-dispatch.com/news/prevention-still-best-tactic-against-addiction/article_30977870-eb8d-5a0b-9b5a-07c1422e5e6f.html

699.    Su Albert, Fred W. Brason II, Catherine K. Sanford, Nabarun Dasgupta, Jim Graham, and Beth Lovette. Project Lazarus: Community-Based Overdose Prevention in Rural North Carolina. Pain Medicine 2011; (12: S77–S85 Wiley Periodicals, Inc)

700.    Substance Abuse and Mental Health Services Administration. Advancing the Care of Pregnant and Parenting Women With Opioid Use Disorder and Their Infants: A Foundation for Clinical Guidance. Rockville, MD: Substance Abuse and Mental Health Services Administration; 2016.

701.    Substance Abuse and Mental Health Services Administration. Behavioral health barometer: Massachusetts, Volume 5: Indicators as measured through the 2017 National Survey of Substance Abuse Treatment Services. HHS Publ No SMA 19-Baro-17-MA. 2019.

702.    Substance Abuse and Mental Health Services Administration. Comparison of 2015-2016 and 2016-2017 NSDUH population percentages (50 states and the District of Columbia). Natl Surv Drug Abus. 2018. http://www.samhsa.gov/data/sites/default/files/cbhsq-reports/NSDUHsaeChangeTabs2017/NSDUHsaeShortTermCHG2017.pdf.

703.    Substance Abuse and Mental Health Services Administration. Comparison of 2016-2017 and 2017-2018 NSDUH population percentages (50 states and the District of Columbia).

704.    Substance Abuse and Mental Health Services Administration. Federal Guidelines for Opioid Treatment Programs.  Substance Abuse and Mental Health Services Administration

705.    Substance Abuse and Mental Health Services Administration. Impact of the DSM-IV to DSM-5 Changes on the National Survey on Drug Use and Health. Rockville, MD: Substance Abuse and Mental Health Services Administration; 2016. https://www.ncbi.nlm.nih.gov/books/NBK519702/.

706.    Substance Abuse and Mental Health Services Administration. Restricted-use Data Analysis System (RDAS). https://rdas.samhsa.gov/.

707.    Substance Abuse and Mental Health Services Administration. Behavioral Health Barometer: West Virginia, Volume 5: Indicators as measured through the 2017 National Survey on Drug Use and Health and the National Survey of Substance Abuse Treatment Services. HHS

Publication No. SMA-19-Baro-17-WV.Rockville,MD: Substance Abuse and Mental Health Services Administration, 2019.

708. SUD Population at a Glance

709. Summit Count Public health. Drug Overdose Visits to Hospital Emergency Rooms.  Population Health Vital Statistics Brief: VOLUME 3: DRUG OVERDOSES

710. Summit County Sequential Intercept Mapping and Action Planning for Opioid Epidemic Response. https://www.neomed.edu/wp-content/uploads/CJCCOE_Summit-Opiate- SIM-Final-Report- 7.27.18.pdf. Published 2018.

711. Surratt HL, Inciardi JA, Kurtz SP. Prescription opioid abuse among drug-involved street-based sex workers. J Opioid Manag. 2006;2(5):283—289.

712. Susan Calcaterraa, Jason Glanzc, and Ingrid A. Binswanger. National Trends in Pharmaceutical Opioid Related Overdose Deaths Compared to other Substance Related Overdose Deaths:.  Drug Alcohol Depend. 131(3): 263–270

713. Susan Okie.  A Flood of Opioids, a Rising Tide of Deaths. The New England Journal of Medicine

714. Tarone RE, Blot WJ, McLaughlin JK. Nonselective nonaspirin nonsteroidal anti- inflammatory drugs and gastrointestinal bleeding: relative and absolute risk estimates from recent epidemiologic studies. Am J Ther. 2004;11(1):17-25.

715. Tatyana Lyapustina and G. Caleb Alexander. The prescription opioid addiction and abuse epidemic:  how it happened and what we can do about it. The Pharmaceutical Journal

716. Tatyana Lyapustina, MD, MPH, Renan Castillo, Elise Omaki, Wendy Shields, Eileen McDonald, Richard Rothman, Andrea Gielen,. The Contribution of the Emergency Department To Opioid Pain Reliever Misuse And Diversion: A Critical Review. World Institute of Pain

717. Taub A. Opioid analgesics in the treatment of chronic intractable pain of non-neoplastic origin. In: Kitahata LM, Collins JD, eds. Narcotic Analgesics in Anesthesiology. Baltimore, MD: Williams & Wilkins; 1982:199–208

718. Ted Miller and Bina Ali. Exploring Whether Misuse and Use Disorders by Drug Track Quantity Dispensed, and How Much Heroin Use Stems from Prescription Opioid Misuse. MEMO

719. The Death toll of Prescription Drug Abuse: Statistics and Analysis, Past and Present. Mock Drug Talk 2016 working Updated 3-31-2016

720. The Washington Post. A new look at how the opioid epidemic evolved. December 24, 2019

721. The Washington Post. Drilling into the DEA's pain pill database. https://www.washingtonpost.com/graphics/2019/investigations/dea-pain-pill-database/. Published 2019.

722. Thurston, R. et al. Association of Sexual Harassment and Sexual Assault With Midlife Women's Mental and Physical Health. JAMA Intern Med. 2019 Jan; 179(1): 48–53

723. Todd CS, Mills SJ, Innes AL. Electronic health, telemedicine, and new paradigms for training and care. Curr Opin HIV AIDS. 2017;12(5):475-487. doi:10.1097/COH.0000000000000402

724. Todd, R. Inside West Virginia's Overwhelmed Foster Care System. PoliFact. Oct, 24, 2019

725.    Tori ME, Larochelle MR, Naimi TS. Alcohol or benzodiazepine co-involvement with opioid overdose deaths in the United States, 1999-2017. JAMA Netw Open. 2020;3(4):e202361-e202361. doi:10.1001/jamanetworkopen.2020.2361

726.    Total Number of Births. The Henry J. Kaiser Family Foundation

727.    Tracy, M. et al. Agent-Based Modeling in Public Health: Current Applications and Future Directions. Annu Rev Public Health. 2018 April 01; 39: 77–94. doi:10.1146/annurev-publhealth-040617-014317

728.    Tran TH, Griffin BL, Stone RH, Vest KM, Todd TJ. Methadone, Buprenorphine, and Naltrexone for the Treatment of Opioid Use Disorder in Pregnant Women. Pharmacotherapy. 2017;37(7):824-839. doi:10.1002/phar.1958

*729.*    Treatment Episode Data Set (TEDS): 2005-2015. National Admissions to Substance Abuse Treatment Services. Rockville, MD: Substance Abuse and Mental Health Services Administration; 2017.

730.    Turner JA, Calsyn DA, Fordyce WE, Ready LB. Drug utilization patterns in chronic pain patients. Pain. 1982;12(4):357-363. doi:10.1016/0304-3959(82)90180-4

731.    U.S. Department of Health and Human Services: Substance Abuse and Mental Health Services Administration - Center for Behavioral Health Statistics and Quality. National Survey on Drug Use and Health. Published online 2018. https://datafiles.samhsa.gov/

732.    Umer A, Loudin S, Maxwell S, et al. Capturing the statewide incidence of neonatal abstinence syndrome in real time: the West Virginia experience. Pediatr Res. 2019;85(5):607-611. doi:10.1038/s41390-018-0172-z

733.    United Nations Office on Drugs and Crime. Bulletin on narcotics: the science of drug abuse epidemiology. United Nations. 2002;Volume LIV(Nos. 1 and 2).

734.    United States Census Bureau. Annual County and Resident Population Estimates by Selected Age Groups and Sex: April 1, 2010 to July 1, 2019 (CC-EST2019-AGESEX). 2020. https://www.census.gov/data/tables/time-series/demo/popest/2010s-counties-detail.html.

735.    United States Census Bureau. Population and Housing Unit Estimates Tables. 2019. https://www.census.gov/programs-surveys/popest/data/tables.html.

736.    United States Census Bureau. QuickFacts: Cabell County, West Virginia. 2018. https://www.census.gov/quickfacts/cabellcountywestvirginia.

737.    United States Census Bureau. QuickFacts: Lake County, OH and Trumbull County, OH. Published online 2020. https://www.census.gov/quickfacts/fact/table/trumbullcountyohio,lakecountyohio/PST045219

738.    United States Drug Enforcement Administration. DEA issues nationwide alert on fentanyl as threat to health and public safety. 2015. https://www.dea.gov/press-releases/2015/03/18/dea-issues-nationwide-alert-fentanyl-threat-health-and-public-safety.

739.    United States General Accounting Office.  PRESCRIPTION DRUGS OxyContin Abuse and Diversion and Efforts to Address the Problem.  GAO Report to Congressional Requesters

740.    United States Patent.  US Patent Application Publication. Patent Application

741.    United States Reaches $34 Million Settlement With Cardinal Health For Civil Penalties Under The Controlled Substances Act. DOJ MDFL

742.    US Department of Health and Human Services. 2015 Child Maltreatment Report published by U.S. Department of Health & Human Services. U.S. Department of Health & Human Services, Administration for Children and Families, Administration on Children, Youth and Families, Children's Bureau. Child Maltreatment 2015.

743.    US Department of Health and Human Services. 2016 Child Maltreatment Report published by U.S. Department of Health & Human Services. U.S. Department of Health & Human Services, Administration for Children and Families, Administration on Children, Youth and Families, Children's Bureau. Child Maltreatment 2016

744.    US Department of Health and Human Services. 2017 Child Maltreatment Report published by U.S. Department of Health & Human Services. U.S. Department of Health & Human Services, Administration for Children and Families, Administration on Children, Youth and Families, Children's Bureau. Child Maltreatment 2017.

745.    US Department of Health and Human Services. What is the U.S. Opioid Epidemic?. US Department of Health and Human Services

746.    US Department of Justice; Drug Enforcement Administration. Automation of Reports and Consolidated Orders System (ARCOS). https://www.deadiversion.usdoj.gov/arcos/index.html.

747.    US Department of Justice; National Drug Intelligence Center. National Drug Threat Assessment 2010: Controlled Prescription Drugs. https://www.justice.gov/archive/ndic/pubs38/38661/rx.htm#Top. Published 2010.

748.    US News Marshall University (Edwards) - Best Medical Schools

749.    US News WV School of Osteopathic Medicine - Best Medical Schools

750.    Van Zee A. The Promotion and Marketing of OxyContin: Commercial Triumph, Public Health Tragedy. Am J Public Health. 2009;99(2):221-227. doi:10.2105/AJPH.2007.131714

751.    Vera Institute of Justice. A Path to Recovery: Treating Opioid Use in West Virginia's Criminal Justice System October 2017

752.    Villapiano NLG, Winkelman TNA, Kozhimannil KB, Davis MM, Patrick SW. Rural and Urban Differences in Neonatal Abstinence Syndrome and Maternal Opioid Use, 2004 to 2013. JAMA Pediatr. 2017;171(2):194-196. doi:10.1001/jamapediatrics.2016.3750

753.    Volkow ND, Frieden TR, Hyde PS, Cha SS. Medication-Assisted Therapies — Tackling the Opioid- Overdose Epidemic. N Engl J Med. 2014;370(22):2063-2066. doi:10.1056/NEJMp1402780

754.    Volkow ND, McLellan AT. Opioid Abuse in Chronic Pain — Misconceptions and Mitigation Strategies. N Engl J Med. 2016;374(13):1253-1263. doi:10.1056/NEJMra1507771

755.    Volkow ND. America's Addiction to Opioids: Heroin and Prescription Drug Abuse.; 2014.

756.    Vowles KE, McEntee ML, Julnes PS, Frohe T, Ney JP, van der Goes DN. Rates of opioid misuse, abuse, and addiction in chronic pain: a systematic review and data synthesis. Pain. 2015;156(4). https://journals.lww.com/pain/Fulltext/2015/04000/Rates_of_opioid_misuse,_abuse,_and_addiction_in.3.aspx.

757.    W. Rees Davis and Bruce D. Johnson. Prescription Opioid Use, Misuse, and Diversion among Street Drug Users in New York City. Drug Alcohol Depend. ; 92(1-3): 267– 276

758.    Waite K, Deeken A, Perch S, Kohler LJ. Carfentanil and Current Opioid Trends in Summit County, Ohio. Acad Forensic Pathol. 2017;7(4):632-639. doi:10.23907/2017.053

759.    Warner M, Chen LH, Makuc DM, Anderson RN, Miniño AM. Drug poisoning deaths in the United States, 1980-2008. NCHS Data Brief. 2011;(81):1-8.

760.    West Virginia 2020_2022 Substance Use Response Plan. Governor's Council on Substance Abuse Prevention and Treatment.

761.    West Virginia Board of Pharmacy. Prescription Opioid Problematic Prescribing Indicators County Report. Cabell County

762.    West Virginia Department of Health & Human Resources. Hospital Emergency Room Dashboard Related to Overdoses. 2020. https://dhhr.wv.gov/office-of-drug-control-policy/datadashboard/Pages/Hospital-Emergency-Room-Dashboard-Related-to-Overdoses.aspx.

763.    West Virginia Department of Health & Human Resources. West Virginia drug overdose deaths historical overview 2001-2015. 2017. https://dhhr.wv.gov/oeps/disease/ob/documents/opioid/wv-drug-overdoses-2001_2015.pdf.

764.    West Virginia DHHR NAS Surveillance in West Virginia

765.    West Virginia DHHR. DHHR Releases Neonatal Abstinence Syndrome Data for 2017. April 11 2018 https://dhhr.wv.gov/News/2018/Pages/DHHR-Releases-Neonatal-Abstinence-Syndrome-Data-for-2017-.aspx

766.    West Virginia Emergency Department Visits for Unintentional Drug Overdose. Jan 2018 Monthly Surveillance Report.

767.    West Virginia Fire Departments Profile

768.    West Virginia Office of the Chief Medical Examiner forensic drug database

769.    West Virginia Opioid Overdose Deaths by Age Group. https://www.kff.org/other/state-indicator/opioid-overdose-deaths-by-age-group/?activeTab=map&currentTimeframe=0&selectedDistributions=total&selectedRows=%7B%22stat

770.    West Virginia Overdose Deaths Historical Overview  2001-2015 https://dhhr.wv.gov/oeps/disease/ob/documents/opioid/wv-drug-overdoses-2001_2015.pdf

771.    West Virginia Percent of Neonatal Abstinence Syndrome (NAS) https://dhhr.wv.gov/bph/Documents/ODCP%20Reports%202017/NAS%20DATA%202017.pdf

772.    West Virginia Perinatal Partnership. Report of the Maternity Care Professional Shortages Committee 2011-2012

773.    West Virginia profile. Prison Policy Initiative. 13,000 people from West Virginia are behind bars today

774.    West Virginia School of Osteopathic Medicine - Best Medical Schools - US News

775.    West Virginia State Profile of Primary Care Workforce and Social Determinants of Health

776.    West Virginia University - Best Medical Schools - US News

777.    West Virginia Violence and Injury Prevention Center. (2017)
        West Virginia Drug Overdose Deaths in 2016:
        Healthcare Systems Utilization, Risk Factors, and Opportunities for Intervention

778.    West Virginia. National Institute of Corrections. Jan. 13, 2020

779.    West Virginia's Children 2018- CWLA

780.    Wexelblatt SL, McAllister JM, Nathan AT, Hall ES. Opioid Neonatal Abstinence Syndrome: An Overview. Clin Pharmacol Ther. 2018;103(6):979-981. doi:10.1002/cpt.958

781.    White, R. et al. Initiating Persons into Injection Drug Use in Rural West Virginia, USA, Substance Use & Misuse, 55:2, 337-344

782.    Wickramatilake S, Zur J, Mulvaney-Day N, Klimo MC von, Selmi E, Harwood H. How States Are Tackling the Opioid Crisis. Public Health Rep. 2017;132(2):171-179. doi:10.1177/0033354916688206

783.    Wilde M, Pichini S, Pacifici R, Tagliabracci A, Busardò FP,  Auwärter V and Solimini R (2019) Metabolic Pathways and Potencies of New Fentanyl Analogs. Front. Pharmacol. 10:238. doi: 10.3389/fphar.2019.00238

784.    Williams AR, Nunes E V, Bisaga A, Levin FR, Olfson M. Development of a Cascade of Care for responding to the opioid epidemic. Am J Drug Alcohol Abuse. January 2019:1-10. doi:10.1080/00952990.2018.1546862

785.    Wilson N, Kariisa M, Seth P, Smith H, Davis NL. Drug and Opioid-Involved Overdose Deaths — United States, 2017–2018. MMWR Morb Mortal Wkly Rep. 2020;69(11):290-297. doi:10.15585/mmwr.mm6911a4

786.    Winstanley. E. Et al. Barriers to Implementation of Opioid Overdose Prevention Programs in Ohio. Subst Abus. 2016 Jan-Mar; 37(1): 42–46

787.    Wisniewski AM, Purdy CH, Blondell RD. The epidemiologic association between opioid prescribing, non-medical use, and emergency department visits. J Addict Dis. 2008;27(1):1-11. doi:10.1300/J069v27n01_01

788.    WOWK 13 News. Cases of HIV confirmed in Cabell County video.  March 5, 2019. https://www.youtube.com/watch?v=nWJg273TNpU

789.    WV Department of Health and Human Resources Bureau for Children and Families Youth Services Annual Report July 1, 2015-June 30, 2016

790.    WV DHHR Legislative Foster Care Report

791.    WV DHHR_Aug 2016 Opioid-outbreak-report

792.    WV DHHR_Cabell Family Resource Network

793.    WV DJS-Annual Report 2017

794.    WV Drug Courts Map FY 2019

795.    WV Homelessness Statistics.  USICH.gov Homelessness Statistics. https://www.usich.gov/homelessness-statistics/wv/

796.    WV OEPS. Jan 22, 2020

797.    WV OEPS_Harm Reduction Program

798.    WV Opioid Summary. NIH. Feb. 2018

799.    WV Overdose Fatality Analysis. 2016 WV Overdose Fatality Analysis: Healthcare Systems Utilization, Risk Factors, and Opportunities for Intervention

800.    WV Overdoses 2001-2018 Selected Drugs

801.    WV State Snapshot. 13,448 children were identified in 2015-2016 with specific learning disabilities (SLD) in West Virginia, where they accounted for the largest of the 13 disability categories covered under special education law.

802.    WV study details promising method for estimating rural intravenous drug use. https://www.sciencedaily.com/releases/2019/01/190124171419.htm

803.    WV Viral Hepatitis B and C Surveillance. A surveillance overview of the incidence and risk factors associated with cases of viral hepatitis B and C from 2012-2015 in West Virginia

804.    WVU Students   School of Dentistry   West Virginia University. https://dentistry.wvu.edu/students/

805.    Yang H, Pasalic E, Rock P, et al. Interrupted time series analysis to evaluate the performance of drug overdose morbidity indicators shows discontinuities across the ICD-9- CM to ICD-10-CM transition. Inj Prev 2021;27:i35–i41. Inj Prev: first published as 10.1136/injuryprev-2019-043522 on 5 March 2021. Downloaded from http://injuryprevention.bmj.com/ on March 8, 2021.

806.    Yang Z, Wilsey B, Bohm M, et al. Defining risk of prescription opioid overdose: pharmacy shopping and overlapping prescriptions among long-term opioid users in Medicaid. J Pain. 2015;16(5):445-453. doi:10.1016/j.jpain.2015.01.475

807.    Yeh JS, Franklin JM, Avorn J, Landon J, Kesselheim AS. Association of Industry Payments to Physicians With the Prescribing of Brand-name Statins in Massachusetts. JAMA Intern Med. 2016;176(6):763-768. doi:10.1001/jamainternmed.2016.1709


**BATES STAMPED DOCUMENTS**


808.    ABDCMDL00158342

809.    ABDCMDL00159072

810.    ABDCMDL00269383

811.    ABDCMDL00571804

812.    ADAMHS000000001

813.    ADAMHS000000003

814.    ADAMHS000000047

815.    ADAMHS000000056

816.    ADAMHS000000393

817.    ADAMHS000000515

818.    ADAMHS000000603

819.    ADAMHS000001126

820.   ADAMHS000001222

821.   ADAMHS000001303

822.   ADAMHS000001498

823.   ADAMHS000001813

824.   ADAMHS000001956

825.   ADAMHS000002103

826.   ADAMHS000002205

827.   ADAMHS000002206

828.   ADAMHS000002300

829.   ADAMHS000002320

830.   ADAMHS000002437

831.   ADAMHS000002598

832.   ADAMHS000002638

833.   ADAMHS000002728

834.   ADAMHS000002770

835.   ADAMHS000002870

836.   ADAMHS000002944

837.   ADAMHS000002947

838.   ADAMHS000004728

839.   ADAMHS000004753

840.   ADAMHS000004851

841.   ADAMHS000005037

842.   ADAMHS000005038

843.   ADAMHS000005039

844.   ADAMHS000005040

845.   ADAMHS000005041

846.   ADAMHS000005132

847.   ADAMHS000005133

848.   ADAMHS000005134

849.   ADAMHS000005258

850.   ADAMHS000005308

851.  ADAMHS000005310

852.  ADAMHS000005313

853.  ADAMHS000005336

854.  ADAMHS000005337

855.  ADAMHS000005382

856.  ADAMHS000005383

857.  ADAMHS000005384

858.  ADAMHS000005569

859.  ADAMHS000006266

860.  ADAMHS000020606

861.  ADAMHS000023766

862.  ADAMHS000023769

863.  ADAMHS000026036

864.  CAH_MDL_PRIORPROD_DEA12_00004212

865.  CAH_MDL_PRIORPROD_DEA12_00013049

866.  CAH_MDL2804_02465982

867.  CHHD_0000871

868.  CHHD_0055465

869.  CHHD_0061559

870.  CHHD_0075557

871.  CUYAH_000010424

872.  CUYAH_000017387

873.  CUYAH_000018356

874.  CUYAH_000018510

875.  CUYAH_000018578

876.  CUYAH_002147343

877.  CUYAH_002148949

878.  CUYAH_002351018

879.  CUYAH_002472581

880.  CUYAH_002486141

881.  CUYAH_003468436

882.  CUYAH_003505168

883.  CUYAH_013470168

884.  CUYAH_014207127

885.  HUNT_00009752

886.  HUNT_00009992

887.  HUNT_00010368

888.  HUNT_00027750

889.  HUNT_00028762

890.  HUNT_00028960

891.  HUNT_00028961

892.  HUNT_00029477

893.  HUNT_00030062

894.  HUNT_00030093

895.  HUNT_00030096

896.  HUNT_00030097

897.  HUNT_00030099

898.  HUNT_00030183

899.  HUNT_00030290

900.  HUNT_00030365

901.  HUNT_00030366

902.  HUNT_00030411

903.  HUNT_00030412

904.  HUNT_00036558

905.  HUNT_00042695

906.  HUNT_00043871

907.  HUNT_00047053

908.  HUNT_00047080

909.  HUNT_00053204

910.  HUNT_00053205

911.  HUNT_00053206

912.  HUNT_00060305

913.    HUNT_00061244

914.    HUNT_00061307

915.    HUNT_00061433

916.    HUNT_00061434

917.    HUNT_00063582

918.    HUNT_00068488

919.    HUNT_00074829

920.    HUNT_00078524

921.    HUNT_00080816

922.    HUNT_00081484

923.    HUNT_00085831

924.    HUNT_00089822

925.    HUNT_00094258

926.    HUNT_00094259

927.    HUNT_00095511

928.    HUNT_00096300

929.    HUNT_00099227

930.    HUNT_00103403

931.    HUNT_00224613

932.    HUNT_00224690

933.    HUNT_00225171

934.    HUNT_00321072

935.    HUNT_00321073

936.    HUNT_01682433

937.    HUNT_01682433

938.    HUNT_ESI_REV_001751284

939.    LAKE000002371

940.    LAKE000002387

941.    LAKE000002403

942.    LAKE000003673

943.    LAKE000003679

944.   LAKE000003685

945.   LAKE000003686

946.   LAKE000003687

947.   LAKE000009107

948.   LAKE000047019

949.   LAKE000057535

950.   LAKE000065119

951.   LAKE000065139

952.   LAKE000082146

953.   LAKE000082147

954.   LAKE000082171

955.   LAKE000082172

956.   LAKE000102767

957.   LAKE000102792

958.   LAKE000339022

959.   LAKE000348296

960.   LAKE000367655

961.   LAKE001151355

962.   LAKE00151355

963.   LAKE002342073

964.   LAKE002342077

965.   LAKE002342304

966.   LAKE002342415

967.   LAKE002343560

968.   LAKE002343829

969.   LAKE002346044

970.   LAKE002346045

971.   LAKE002346224

972.   LAKE002346226

973.   LAKE002350330

974.   LAKE002351098

975.   LAKE002351784

976.   LAKE002351977

977.   LAKE002351981

978.   LAKE002352332

979.   LAKE002352538

980.   LAKE002353497

981.   LAKE002353606

982.   LAKE002353610

983.   LAKE002354042

984.   LAKE002354148

985.   LAKE002354211

986.   LAKE002354430

987.   LAKE002354435

988.   LAKE002354790

989.   LAKE002354802

990.   LAKE002356118

991.   LAKE002356415

992.   LAKE002356416

993.   LAKE002356425

994.   LAKE002356426

995.   LAKE002356493

996.   LAKE002356500

997.   LAKE002356564

998.   LAKE002356567

999.   LAKE002357372

1000.   LAKE002357373

1001.   LAKE002357519

1002.   LAKE002357524

1003.   LAKE002357545

1004.   LAKE002357631

1005.   LAKE002357637

1006.   LAKE002357666

1007.   LAKE002357674

1008.   LAKE002358034

1009.   LAKE002358235

1010.   LAKE002358236

1011.   LAKE002385636

1012.   LAKE002430160

1013.   LAKE002430424

1014.   LAKE002430449

1015.   LAKE002433132

1016.   LAKE002433260

1017.   LAKE002434349

1018.   LAKE002434881

1019.   LAKE002724728

1020.   LAKE002732839

1021.   LAKE002732980

1022.   LAKE002733746

1023.   LAKE002733774

1024.   LAKE002733775

1025.   LAKE002733782

1026.   LAKE002733783

1027.   LAKE002733813

1028.   LAKE002733814

1029.   LAKE002733890

1030.   LAKE002734270

1031.   LAKE002736803

1032.   LAKE002819097

1033.   LAKE002860097

1034.   LAKE003921585

1035.   LAKE003977670

1036.   LAKE003980281

1037.  LAKE003982012

1038.  LAKE003982168

1039.  LAKE003982674

1040.  LAKE003984896

1041.  LAKE003985309

1042.  LAKE003986313

1043.  LAKE003987010

1044.  LAKE004004142

1045.  LAKE004007290

1046.  LAKE004007482

1047.  LAKE004008517

1048.  LAKE004014845

1049.  LAKE004019694

1050.  LAKE004023373

1051.  LAKE004023467

1052.  LAKE004038554

1053.  LAKE004038555

1054.  LAKE004038556

1055.  LAKE004082962

1056.  LAKE005097289

1057.  LAKE005131247

1058.  LAKE005132975

1059.  LAKE005135909

1060.  LAKE005137079

1061.  LAKE005137080

1062.  LAKE005137229

1063.  LAKE005137557

1064.  LAKE005137558

1065.  LAKE005138490

1066.  LAKE005138491

1067.  LAKE005138541

1068. LAKE005138542

1069. LAKE005138543

1070. LAKE005138548

1071. LAKE005143008

1072. LAKE005143009

1073. LAKE005143905

1074. LAKE005143909

1075. LAKE005143912

1076. LAKE005143914

1077. LAKE005314271

1078. LAKE005314276

1079. LAKE005314277

1080. LGRC_MDL_Internal_00000012

1081. MarshallHealth_00000001

1082. MarshallHealth-00002208

1083. MarshallHealth-00002209

1084. MarshallHealth-00002210f

1085. MarshallHealth-00002211

1086. MarshallHealth-00002212

1087. MarshallHealth-00002213

1088. MarshallHealth-00002214

1089. MarshallHealth-00002215

1090. MarshallHealth-00002216 f

1091. MarshallHealth-00002227_MH003

1092. MarshallHealth-00002228_MH003

1093. MarshallHealth-00002236_MH003

1094. MarshallHealth-00002237_MH003

1095. MarshallHealth-00002238_MH003

1096. MarshallHealth-00002239_MH003

1097. MarshallHealth-00002240_MH003

1098. MarshallHealth-00002241_MH003

1099.  MarshallHealth-00002242_MH003

1100.  MarshallHealth-00002243_MH003

1101.  MCKMDL00496309

1102.  MCKMDL00557196

1103.  Nassau_00069863

1104.  Nassau_00070135

1105.  Nassau_00070515

1106.  Nassau_00070518

1107.  Nassau_00070685

1108.  Nassau_00075956

1109.  Nassau_00076517

1110.  Nassau_00078259

1111.  Nassau_00078260

1112.  Nassau_00078261

1113.  Nassau_00078262

1114.  Nassau_00078267

1115.  Nassau_00078268

1116.  Nassau_00078271

1117.  Nassau_00081513

1118.  Nassau_00095789

1119.  Nassau_00095790

1120.  Nassau_00095791

1121.  Nassau_00471222

1122.  Nassau_00475195

1123.  NYAG00262888

1124.  NYAG00262889

1125.  NYAG01526575

1126.  NYAG01578189

1127.  NYAG01578190

1128.  NYAG01578191

1129.  NYAG01578192

1130.  NYAG01578196

1131.  NYAG01578197

1132.  NYAG02016718

1133.  NYAG02016742

1134.  NYAG02016746

1135.  NYAG02016750

1136.  NYAG02016754

1137.  NYAG02016758

1138.  NYAG02016760

1139.  NYAG02016762

1140.  NYAG02016764

1141.  NYAG02016766

1142.  NYAG02016768

1143.  NYAG02016770

1144.  NYAG02016772

1145.  NYAG02016774

1146.  NYAG02016776

1147.  NYAG02016778

1148.  NYAG02016780

1149.  NYAG02016782

1150.  NYAG02016784

1151.  NYAG02016786

1152.  NYAG02016788

1153.  NYAG02016790

1154.  NYAG02016792

1155.  NYAG02016794

1156.  NYAG02016796

1157.  NYAG02016798

1158.  NYAG02016800

1159.  NYAG02016802

1160.  NYAG02016804

1161.   NYAG02016806

1162.   NYAG02016808

1163.   NYAG02016810

1164.   NYAG02016812

1165.   NYAG02016814

1166.   NYAG02016816

1167.   NYAG02016818

1168.   NYAG02016820

1169.   NYAG02016822

1170.   NYAG02016829

1171.   NYAG02016837

1172.   NYAG02016845

1173.   NYAG02016853

1174.   NYAG02016861

1175.   NYAG02016869

1176.   NYAG02016877

1177.   NYAG02016885

1178.   NYAG02016893

1179.   NYAG02016901

1180.   NYAG02016958

1181.   NYAG02017028

1182.   NYAG02017029

1183.   NYAG02017030

1184.   NYAG02017031

1185.   NYAG02017032

1186.   NYAG02017033

1187.   NYAG02017034

1188.   NYAG02017035

1189.   NYAG02017036

1190.   NYAG02017037

1191.   NYAG02017174

1192.  NYAG02017312

1193.  NYAG02017451

1194.  NYAG02017589

1195.  NYAG02017728

1196.  NYAG02017865

1197.  NYAG02018003

1198.  NYAG02018142

1199.  NYAG02018280

1200.  NYAG02018419

1201.  NYAG02018420

1202.  NYAG02018421

1203.  NYAG02018486

1204.  NYAG02018613

1205.  NYAG02018759

1206.  SUFFOLK00297211

1207.  SUFFOLK00297324

1208.  SUFFOLK00297360

1209.  SUFFOLK00298252

1210.  SUFFOLK00299071

1211.  SUFFOLK00307374

1212.  SUFFOLK00311750

1213.  SUFFOLK00312401

1214.  SUFFOLK00313621

1215.  SUFFOLK00313622

1216.  SUFFOLK00315437

1217.  SUFFOLK00347633

1218.  SUFFOLK00347639

1219.  SUFFOLK00347726

1220.  SUFFOLK00347837

1221.  SUFFOLK00347842

1222.  SUFFOLK00347871

1223.  SUFFOLK00347876

1224.  SUFFOLK00347908

1225.  SUFFOLK00347909

1226.  SUFFOLK00348423

1227.  SUFFOLK00348429

1228.  SUFFOLK00348698

1229.  SUFFOLK00348728

1230.  SUFFOLK00348741

1231.  SUFFOLK00348754

1232.  SUFFOLK00348810

1233.  SUFFOLK00349038

1234.  SUFFOLK00349163

1235.  SUFFOLK00350259

1236.  SUFFOLK00350699

1237.  SUFFOLK00353298

1238.  SUFFOLK00356891

1239.  SUFFOLK00360423

1240.  SUFFOLK00360575

1241.  SUFFOLK00360607

1242.  SUFFOLK00360645

1243.  SUFFOLK00360941

1244.  SUFFOLK00361411

1245.  SUFFOLK00362445

1246.  SUFFOLK00362604

1247.  SUFFOLK00367944

1248.  SUFFOLK00494708

1249.  SUFFOLK00499161

1250.  SUFFOLK00548338

1251.  SUFFOLK00556591

1252.  SUFFOLK00718440

1253.  SUFFOLK00879600

1254.  SUFFOLK00881516

1255.  SUFFOLK00883926

1256.  SUFFOLK00887154

1257.  SUFFOLK00891052

1258.  SUFFOLK00895094

1259.  SUFFOLK00900172

1260.  SUFFOLK00907094

1261.  SUFFOLK00913086

1262.  SUFFOLK00918216

1263.  SUFFOLK00923682

1264.  SUFFOLK00928054

1265.  SUFFOLK00932280

1266.  SUFFOLK01186082

1267.  SUFFOLK01195432

1268.  SUFFOLK01404748

1269.  SUFFOLK01404761

1270.  SUFFOLK01404862

1271.  SUFFOLK01404864

1272.  SUFFOLK01404866

1273.  SUFFOLK01404868

1274.  SUFFOLK01404872

1275.  SUFFOLK01404874

1276.  SUFFOLK01404876

1277.  SUFFOLK01404878

1278.  SUFFOLK01404880

1279.  SUFFOLK01404882

1280.  SUFFOLK01404886

1281.  SUFFOLK01404888

1282.  SUFFOLK01404925

1283.  SUFFOLK01563032

1284.  SUFFOLK01928414

1285.  SUFFOLK01988775

1286.  SUFFOLK02099919

1287.  SUFFOLK02099974

1288.  SUFFOLK02099975

1289.  SUFFOLK02099976

1290.  SUFFOLK02099980

1291.  SUFFOLK02099985

1292.  SUFFOLK02099987

1293.  SUFFOLK02099989

1294.  SUFFOLK02099991

1295.  SUFFOLK02099993

1296.  SUFFOLK02099994

1297.  SUFFOLK02099998

1298.  SUFFOLK02100002

1299.  SUFFOLK02100004

1300.  SUFFOLK02100006

1301.  SUFFOLK02100008

1302.  SUFFOLK02100010

1303.  SUFFOLK02100042

1304.  SUFFOLK02100060

1305.  SUFFOLK02100065

1306.  SUFFOLK02100070

1307.  SUFFOLK02100074

1308.  SUFFOLK02285232

1309.  SUFFOLK02317450

1310.  SUFFOLK02317621

1311.  SUFFOLK027222367

1312.  SUFFOLK02722368

1313.  SUFFOLK02722374

1314.  SUFFOLK02722383

1315.  SUFFOLK02722397

1316.  SUFFOLK02722411

1317.  SUFFOLK02722425

1318.  SUFFOLK02722438

1319.  SUFFOLK02722450

1320.  SUFFOLK02722463

1321.  SUFFOLK02722476

1322.  SUFFOLK02722489

1323.  SUFFOLK02722514

1324.  SUFFOLK02722537

1325.  SUFFOLK02722557

1326.  SUFFOLK02722577

1327.  SUFFOLK02722597

1328.  SUFFOLK02722617

1329.  SUFFOLK02722638

1330.  SUFFOLK02722660

1331.  SUFFOLK02722683

1332.  SUFFOLK02722707

1333.  SUFFOLK02722731

1334.  SUFFOLK02722755

1335.  SUFFOLK02722779

1336.  SUFFOLK02722803

1337.  SUFFOLK02722827

1338.  SUFFOLK02722851

1339.  SUFFOLK02722876

1340.  SUFFOLK02722902

1341.  SUFFOLK02722928

1342.  SUFFOLK02722954

1343.  SUFFOLK02722981

1344.  SUFFOLK02723005

1345.  SUFFOLK02723027

1346.  SUFFOLK02723047

1347.   SUFFOLK02723067

1348.   SUFFOLK02723087

1349.   SUFFOLK02723107

1350.   SUFFOLK02723117

1351.   SUFFOLK02723147

1352.   SUFFOLK02723187

1353.   SUFFOLK02723189

1354.   SUFFOLK02723190

1355.   SUFFOLK02723191

1356.   SUFFOLK02723192

1357.   SUFFOLK02723193

1358.   SUFFOLK02723194

1359.   SUFFOLK02723195

1360.   SUFFOLK02723196

1361.   SUFFOLK02723197

1362.   SUFFOLK02723198

1363.   SUFFOLK02723199

1364.   SUFFOLK02723200

1365.   SUFFOLK02723201

1366.   SUFFOLK02723202

1367.   SUFFOLK02723203

1368.   SUFFOLK02723204

1369.   SUFFOLK02723205

1370.   SUFFOLK02723206

1371.   SUFFOLK02723207

1372.   SUFFOLK02723208

1373.   SUFFOLK02723209

1374.   SUFFOLK02723211

1375.   SUFFOLK02723213

1376.   SUFFOLK02723215

1377.   SUFFOLK02723217

1378.   SUFFOLK02723219

1379.   SUFFOLK02723221

1380.   SUFFOLK02723223

1381.   SUFFOLK02723225

1382.   SUFFOLK02723227

1383.   SUFFOLK02723229

1384.   SUFFOLK02723231

1385.   SUFFOLK02723233

1386.   SUFFOLK02723234

1387.   SUFFOLK02723236

1388.   SUFFOLK02723238

1389.   SUFFOLK02723240

1390.   SUFFOLK02723242

1391.   SUFFOLK02723244

1392.   SUFFOLK02723246

1393.   SUFFOLK02723247

1394.   SUFFOLK02723249

1395.   SUFFOLK02723251

1396.   SUFFOLK02723253

1397.   SUFFOLK02723255

1398.   SUFFOLK02723257

1399.   SUFFOLK02723259

1400.   SUFFOLK02723261

1401.   SUFFOLK02723263

1402.   SUFFOLK02723265

1403.   SUFFOLK02723267

1404.   SUFFOLK02723269

1405.   SUFFOLK02723271

1406.   SUFFOLK02723273

1407.   SUFFOLK02723275

1408.   SUFFOLK02723277

1409. SUFFOLK02723279

1410. SUFFOLK02723281

1411. SUFFOLK02723283

1412. SUFFOLK02723285

1413. SUFFOLK02723287

1414. SUFFOLK02723289

1415. SUFFOLK02723291

1416. SUFFOLK02723293

1417. SUFFOLK02723295

1418. SUFFOLK02723297

1419. SUFFOLK02723299

1420. SUFFOLK02723301

1421. SUFFOLK02723303

1422. SUFFOLK02723305

1423. SUFFOLK02723307

1424. SUFFOLK02723309

1425. SUFFOLK02723311

1426. SUFFOLK02723313

1427. SUFFOLK02723315

1428. SUFFOLK02723317

1429. SUFFOLK02723319

1430. SUFFOLK02723321

1431. SUFFOLK02723323

1432. SUFFOLK02723325

1433. SUFFOLK02723327

1434. SUFFOLK02723329

1435. SUFFOLK02723331

1436. SUFFOLK02723333

1437. SUFFOLK02723335

1438. SUFFOLK02723337

1439. SUFFOLK02723339

1440.  SUFFOLK02723341

1441.  SUFFOLK02723343

1442.  SUFFOLK02723345

1443.  SUFFOLK02723347

1444.  SUFFOLK02723349

1445.  SUFFOLK02723351

1446.  SUFFOLK02723353

1447.  SUFFOLK02723355

1448.  SUFFOLK02723357

1449.  SUFFOLK02723359

1450.  SUFFOLK02723361

1451.  SUFFOLK02723363

1452.  SUFFOLK02723365

1453.  SUFFOLK02723367

1454.  SUFFOLK02723369

1455.  SUFFOLK02723371

1456.  SUFFOLK02723373

1457.  SUFFOLK02723375

1458.  SUFFOLK02723377

1459.  SUFFOLK02723379

1460.  SUFFOLK02723381

1461.  SUFFOLK02723383

1462.  SUFFOLK02723385

1463.  SUFFOLK02723387

1464.  SUFFOLK02723389

1465.  SUFFOLK02723391

1466.  SUFFOLK02723393

1467.  SUFFOLK02723395

1468.  SUFFOLK02723397

1469.  SUFFOLK02723399

1470.  SUFFOLK02723401

1471. SUFFOLK02723403

1472. SUFFOLK02723405

1473. SUFFOLK02723407

1474. SUFFOLK02723409

1475. SUFFOLK02723411

1476. SUFFOLK02723413

1477. SUFFOLK02723415

1478. SUFFOLK02723417

1479. SUFFOLK02723419

1480. SUFFOLK02723421

1481. SUFFOLK02723423

1482. SUFFOLK02723425

1483. SUFFOLK02723427

1484. SUFFOLK02723429

1485. SUFFOLK02723431

1486. SUFFOLK02723433

1487. SUFFOLK02723435

1488. SUFFOLK02723437

1489. SUFFOLK02723439

1490. SUFFOLK02723441

1491. SUFFOLK02723443

1492. SUFFOLK02723445

1493. SUFFOLK02723447

1494. SUFFOLK02723449

1495. SUFFOLK02723451

1496. SUFFOLK02723453

1497. SUFFOLK02723455

1498. SUFFOLK02723457

1499. SUFFOLK02723459

1500. SUFFOLK02723461

1501. SUFFOLK02723463

1502.   SUFFOLK02723491

1503.   SUMMIT_000139445

1504.   SUMMIT_000993534

1505.   SUMMIT_001266515

1506.   SUMMIT_001738505

1507.   TRUM000002967

1508.   TRUM000002972

1509.   TRUM000002977

1510.   TRUM000002982

1511.   TRUM000002987

1512.   TRUM000002992

1513.   TRUM000004202

1514.   TRUM000004203

1515.   TRUM000004204

1516.   TRUM000004205

1517.   TRUM000004206

1518.   TRUM000004207

1519.   TRUM000004208

1520.   TRUM000004209

1521.   TRUM000004210

1522.   TRUM000004211

1523.   TRUM000004212

1524.   TRUM000004213

1525.   TRUM000004214

1526.   TRUM000004215

1527.   TRUM000004216

1528.   TRUM000004217

1529.   TRUM000004218

1530.   TRUM000004219

1531.   TRUM000004220

1532.   TRUM001033141

*Confidential – Subject to Protective Order*

1533.  TRUM001033142

1534.  TRUM001033265

1535.  TRUM001033266

1536.  TRUM001033267

1537.  TRUM001033268

1538.  TRUM001414273

1539.  TRUM001517668

1540.  TRUM001518311

1541.  TRUM001524900

1542.  TRUM001529971

1543.  TRUM001536970

1544.  TRUM001538523

1545.  TRUM001736746

1546.  TRUM001751589

1547.  TRUM001751592

1548.  TRUM001760308

1549.  TRUM001760311

1550.  TRUM002025779

1551.  TRUM002028661

1552.  TRUM002028685

1553.  TRUM002134455

1554.  TRUM002588010

1555.  TRUM002588058

1556.  TRUM002588176

1557.  TRUM002588199

1558.  TRUM003184915

1559.  TRUM003189051

1560.  TRUM003191508

1561.  TRUM003191511

1562.  TRUM003191513

1563.  TRUM003191617

1564.  TRUM003193839

1565.  TRUM003198038

1566.  TRUM003199177

1567.  TRUM003199707

1568.  TRUM003200466

1569.  TRUM003200519

1570.  TRUM003201031

1571.  TRUM003201306

1572.  TRUM003202199

1573.  TRUM003204465

1574.  TRUM003204631

1575.  TRUM003205393

1576.  TRUM003206143

1577.  TRUM003206351

1578.  TRUM003206863

1579.  TRUM003213466

1580.  TRUM003215220

1581.  TRUM003636643

1582.  TRUM003636644

1583.  TRUM003637489

1584.  TRUM003637490

1585.  TRUM003646853

1586.  TRUM003646856

1587.  TRUM003646859

1588.  TRUM003646865

1589.  TRUM003646869

1590.  TRUM003646870

1591.  TRUM003646871

1592.  TRUM003646875

1593.  TRUM003646876

1594.  TRUM003646877

1595. TRUM003646878

1596. TRUM003646879

1597. TRUM003646880

1598. TRUM003913829

1599. TRUM003993623

1600. TRUM004002903

1601. TRUM004164577

1602. TRUM004165186

1603. TRUM004267812

1604. TRUM004267813

1605. TRUM004267814

1606. TRUM004267815

1607. TRUM004267816

1608. TRUM004267817

1609. TRUM004589936

1610. TRUM004589941

1611. TRUM004589942

1612. TRUM004590050

1613. TRUM004590051

1614. TRUM004590054

1615. TRUM004590055

1616. TRUM004590057

1617. TRUM004590059

1618. TRUM004590061

1619. TRUM004590063

1620. TRUM004590065

1621. TRUM004592725

1622. TRUM004592729

1623. TRUM004592755

1624. TRUM004593809

1625. TRUM004593810

1626.   TRUM004593846

1627.   TRUM004594955

1628.   TRUM004595047

1629.   TRUM004595049

1630.   TRUM004595073

1631.   TRUM004595421

1632.   TRUM004595645

1633.   TRUM004596653

1634.   TRUM004596655

1635.   TRUM004596656

1636.   TRUM004596659

1637.   TRUM004596752

1638.   TRUM004596754

1639.   TRUM004597265

1640.   TRUM004597364

1641.   TRUM004597422

1642.   TRUM004597458

1643.   TRUM004597482

1644.   TRUM004597545

1645.   TRUM004598208

1646.   TRUM004598211

1647.   TRUM004598683

1648.   TRUM004598685

1649.   TRUM004599129

1650.   TRUM004599316

1651.   TRUM004601422

1652.   TRUM004603985

1653.   TRUM004604370

1654.   TRUM004606569

1655.   TRUM004607486

1656.   TRUM004608700

1657.   TRUM004610234

1658.   TRUM004610282

1659.   TRUM004610414

1660.   TRUM004638414

1661.   TRUM004638415

1662.   TRUM004648664

1663.   TRUM004648821

1664.   TRUM004648825

1665.   TRUM004648884

1666.   TRUM004649016

1667.   TRUM004676624

1668.   TRUM004676626

1669.   TRUM004679305

1670.   TRUM004681664

1671.   TRUM004687158

1672.   TRUM004687164

1673.   TRUM004687170

1674.   TRUM004687226

1675.   TRUM004687233

1676.   TRUM004687234

1677.   TRUM004687235

1678.   TRUM004687300

1679.   TRUM004687310

1680.   TRUM004687320

1681.   TRUM004687329

1682.   TRUM004687341

1683.   TRUM004687348

1684.   TRUM004687360

1685.   TRUM004687437

1686.   TRUM004687440

1687.   TRUM004687441

1688.  TRUM004687443

1689.  TRUM004698410

1690.  TRUM004698417

1691.  TRUM004707667

1692.  TRUM004707668

1693.  TRUM004707669

1694.  TRUM004707671

1695.  TRUM004707696

1696.  TRUM004707697

1697.  TRUM004707698

1698.  TRUM004707699

1699.  TRUM004707700

1700.  TRUM004707701

1701.  TRUM004707702

1702.  TRUM004707703

1703.  TRUM004707704

1704.  TRUM004707705

1705.  TRUM004707707

1706.  TRUM004707711

1707.  TRUM004707712

1708.  TRUM004707713

1709.  TRUM004707714

1710.  TRUM004707715

1711.  TRUM004707716

1712.  TRUM004707717

1713.  TRUM004707718

1714.  TRUM004707719

1715.  TRUM004707721

1716.  TRUM004707723

1717.  TRUM004707724

1718.  TRUM004707725

1719.  TRUM004707727

1720.  TRUM004707729

1721.  TRUM004707731

1722.  TRUM004707732

1723.  TRUM004707734

1724.  TRUM004707735

1725.  TRUM004707736

1726.  TRUM004707737

1727.  TRUM004707905

1728.  TRUM004707911

1729.  TRUM004708164

1730.  TRUM004830718

1731.  TRUM004836905

1732.  TRUM004836910

1733.  TRUM004837045

1734.  TRUM004837052

1735.  TRUM004837055

1736.  TRUM004837058

1737.  TRUM004837061

1738.  TRUM004837499

1739.  TRUM004837501

1740.  TRUM004837763

1741.  TRUM004837931

1742.  TRUM004837934

1743.  TRUM004838196

1744.  TRUM004838198

1745.  TRUM004838232

1746.  TRUM004838234

1747.  TRUM004838235

1748.  TRUM004838239

1749.  TRUM004839063

1750.  TRUM004839066

1751.  TRUM004839199

1752.  TRUM004839368

1753.  TRUM004839415

1754.  TRUM004839416

1755.  TRUM004839417

1756.  TRUM004839418

1757.  TRUM004839419

1758.  TRUM004839421

1759.  TRUM004839422

1760.  TRUM004839423

1761.  TRUM004839424

1762.  TRUM004839425

1763.  TRUM004839430

1764.  TRUM004839533

1765.  TRUM004839536

1766.  TRUM004839555

1767.  TRUM004839556

1768.  TRUM004839558

1769.  TRUM004839560

1770.  TRUM004839562

1771.  TRUM004839569

1772.  TRUM004841233

1773.  TRUM004984304

1774.  TRUMBULL_ESI_000000098

1775.  TRUMBULL_ESI_000000099

1776.  TRUMBULL_ESI_000478042

1777.  TRUMBULL_ESI_000478250

1778.  WV – HUNT_00063590

*All Expert Witness reports, from MDL 2804 served on March 25, 2019 and May 10, 2019 as well as materials identified within, and any supplements, errata, or attachments associated with them.*

*All Expert Witness reports from the NY Opioid Litigation 400000/2017 served on December 19, 2019 and February 3rd, 2020 as well as materials identified within and any supplements, errata, or attachments associated with them.*

*All Expert Witness reports from Cabell County Commission and City of Huntington, West Virginia, (The Cabell Huntington Community) v. AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation served on August 3, 2020 as well as materials identified within, and any supplements, errata, or attachments associated with them.*

*All items referenced in Dr. Keyes's expert witness reports or listed on Materials Considered lists.*

# Katherine Keyes, PhD Expert Report

MDL Case Track 3
*Case No. 1:18-op-45032 and No. 1:18-op-45079 Opioid Litigation*

# EXHIBIT C

Compensation

*Confidential – Subject to Protective Order*

**Katherine M. Keyes, PhD**
Department of Epidemiology
Columbia University
722 West 168th Street
New York, NY 10032
(212) 305-6706
kmk2104@columbia.edu

**Compensation**
Reviewing materials and writing report: $400 per hour
Deposition and trial testimony: $550 per hour

*Confidential – Subject to Protective Order*

# Katherine Keyes, PhD Expert Report

## MDL Case Track 3
*Case No. 1:18-op-45032 and No. 1:18-op-45079 Opioid Litigation*

# EXHIBIT D

Prior Testimony

**Katherine M. Keyes, PhD**
Department of Epidemiology
Columbia University
722 West 168th Street
New York, NY 10032
(212) 305-6706
kmk2104@columbia.edu

**Prior Testimony**

1. *National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio, Case 1:17-md-2804) (Case Track 1a)

2. *In Re Opioid Litigation*, (Suffolk County, New York Supreme Court, Index No. 400000/2017), relating to Case Nos. County of Suffolk, 400001/2017; County of Nassau, 400008/2017; and New York State, 400016/2018 (Deposition and Frye hearing)

3. *National Prescription Opiate Litigation*, MDL No. 2804, (N.D.W.Va. Case No. 1:17-op-45053-DAP and No. 1:17-op-45054 Opioid Litigation) (Case Track 2)

## <u>DR. KATHERINE KEYES</u>

## CT3 SUPPLEMENTAL MATERIALS CONSIDERED LIST

1. Coffin, P. Data: Non-Exclusive Substance-Related Deaths in San Francisco from 2006-2019. April 24, 2021.

2. San Francisco Dept. of Health. Harm Reduction Services in San Francisco Issue Brief. June 2017

3. Errata Sheet for the August 3rd, 2020 Expert Report of Thomas McGuire, Ph.D. City of Huntington, West Virginia et al. v. AmerisourceBergen Drug Corporation et al., Case No. 3:17-01362. September 23, 2020.

*This supplemental list includes all documents provided to Dr. Keyes since April 16, 2021.*

1