

**College of Pharmacy**
**L.S. Skaggs Pharmacy Institute**
Department of Pharmacotherapy

30 South 2000 East
Salt Lake City, Utah 84112
Office 801-587-3472
Fax 801-587-7923

An Expert Report

for the

# National Prescription Opiate Litigation

**MDL 2804**

Provided by:

Daniel C. Malone, BS Pharmacy, MS, PhD, FACMP
Professor
Department of Pharmacotherapy
University of Utah

April 15, 2021

## Expert Experience and Qualifications

Details regarding my professional career with respect to education, training, and research can be found in my curriculum vitae (CV) (See Attachment Figure 1).  In summary, I received a bachelor of science (magna cum laude) in pharmacy from the University of Colorado in 1987. Shortly thereafter, I passed the State of Colorado pharmacist license examination (#12379) and practiced as a pharmacist in both hospital and community settings.  In 1988 I became licensed as pharmacist in the State of Texas (#30390). Up through 1993 I was employed as a pharmacist for various hospitals and community pharmacies, including both Walgreens and Walmart. Since 1993 I have pursued an academic career but kept my licenses active until 2019 (Colorado) and 2020 (Texas).

My research career over the past 29 years has been focused on improving medication and patient safety. This work has largely been supported by the Agency for Healthcare Research and Quality  (AHRQ), but I have also received funding from the Centers for Disease Control and Prevention, various state agencies, and also the pharmaceutical industry. The balance of my research has been federally supported, starting in 2001 with the  Arizona Center for Education and Research on Therapeutics (AzCERT) (1U18HS017001 (Principal Investigator (PI): Woosley)), with a principal focus on preventing drug-drug interactions. Within the AzCERT, I led multiple investigations to evaluate health-system issues concerning preventing drug interactions from 2001 to 2011. In 2009, I also  successfully secured funding for a conference grant (**R13HS18307 (Malone-PI)**) to assemble a group of world-renowned experts on drug interactions. Building the that success, I led a large conference grant supported by AHRQ (**1R13HS021826; (PI: Malone**)) to develop standards for drug interaction evaluation, classification, and  communication for clinical decision support systems. My research currently includes an R01 (**1R01HS025984; (PI:Malone**) and a previously funded R21 (**1R21HS023826; (PI:Malone**)) studies to identify risk factors for drug interactions, develop algorithms to implement such risk factors within clinical health records, and conduct studies in a learning healthcare network to reduce excessive alerts while appropriately identifying patients at risk of harm. In fall of 2019 I obtained a U18 award (**1U18HS027099; (PI:Malone**)) to develop a smart app to prevent drug interactions that will reside within electronic health records. I am also PI on a R18 dissemination grant (**1R18HS026662-01: Malone PI**) focused on reducing exposure to medications that prolong the QTc cardiac signal using a validated risk score and clinical decision support in 28 hospitals. In addition to these successful research projects, I was the PI on iAdapt – Innovative Diffusion of Comparative Effectiveness Research (CER) (**1R18HS19220**) that educated Pharmacy & Therapeutic committee members about CER methods and AHRQ's Effective Healthcare Program. Over my career I have published more than 210 papers (more than 195 peer-reviewed) and have obtained over $23 million in extramural support as PI or co-Investigator.

With respect to the issues associated with the National Prescription Opiate Litigation, I have significant experience using data from pharmacies, pharmacy administrative claims data, prescriber DEA registration files, electronic health record data, and various healthcare databases including data from insurance companies and various payers such as Medicare,

1

Department of Veterans Affairs, and Medicaid. I have spent 20 years studying the issue of drug-drug interactions and how to provide useful information to both prescribers and pharmacists to reduce exposure to harmful combination. This work includes studies evaluating knowledge of drug-drug interactions (DDIs), evidence supporting existence of harm, human factors engineering as it relates to warning about potential interactions, and various other issues related to DDIs. Myself and my research team have developed algorithms and written computer code to identify medication-related safety issues, especially as it relates to drug-drug interactions.

As a part of my research, I have purchased data files from Medi-Span (A drug knowledge database) and Drug Enforcement Agency (DEA) prescriber and pharmacy registration data from NTIS.

I have taught a required statistics course for pharmacists from 2004 to 2015, 2018-2019, at the University of Arizona. In addition, I taught an elective course in pharmacy informatics at the University of Arizona at various points in time from 2013 to 2018.

## Issues Addressed

The scope of this expert review focusses on the technological capabilities of pharmacy organizations to provide useful information to pharmacists and pharmacy staff regarding potentially inappropriate of use opiate and other medications. The key questions this report addresses are was it possible using data available to chain pharmacy organizations to:

1. Conduct drug utilization analyses and provide meaningful metrics to assist pharmacists and pharmacy staff to identify and prevent inappropriate use of opiates and other medications both within and across pharmacies within their organization?;

2. Provide pharmacists with alerts/warnings about over-prescribing by certain licensed prescribers?;

3. Detect inappropriate prescribing and consumption using geospatial data analysis?;

4. Detect excessive dose and quantity accounting for prescriber specialty and practice?;

5. Identify potential pharmacy shopping by consumers seeking opiates and other medications?;

6. Identify use of drug combinations, so-called "Holy Trinity" using pharmacy data?; and

2

7. Detect overuse through early refills or new prescriptions?

## Materials Reviewed:

### CVS
*RX2000 (old) and RxConnect are the names of CVS's Pharmacy Software*

(1) testimony and exhibits from the deposition of CVS's designated "data" expert (located in a subfolder under William Boyd who was the deponent)
(2) an 1998 Internet article from CVS's corporate website on the $200 million CVS spent on it's first system
(3) a 2001 Internet article from ADT magazine on CVS's data warehouse
(4) a 2012 SAS program written by CVS's vendor AGI computing red flags from their dispensing data, see Bates: SAAGI00069454
(5) a 2012 CVS corporate PPT outlining Prescriber Red Flag Reports (ex: magnify pg 6), see Bates: CVS-MDLT3-000034324
(6) a 2013 CVS corporate PPT outlining all Red Flags used in their Enhanced Program (ex: see page 12), see Bates: CVS-MDLT3-000034325
(7) a 2013 CVS corporate PPT (see page 7 of the pdf), see Bates: CVS-MDLT1-000129873
(8) a 2014 SAS program written by CVS's vendor AGI computing red flags from their dispensing data, see Bates: CVS-MDLT1-000026070
(9) an article appearing in New England Journal of Medicine 2013: 269:11: see Bates: CVS-MDLT!-000000418

### Walgreens
*Intercom Connect Plus or IC+ is the name of Walgreens's Pharmacy Software*

(1) testimony and exhibits from the deposition of Walgreens's designated "data" expert (located in a subfolder under Jon Arends who was the deponent)
(2) a 2010 Walgreens corporate PPT walking through the DUR screens in IC+, see Bates: WAGMDL00784104
(3) a 2013 Walgreens corporate PPT walking through the basic screens in IC+, see Bates: WAGMDL01166502

### Walmart
*ConnexUs is the name of Walmart's Pharmacy Software*

(1) testimony and exhibits from the deposition of Walmart's designated "data" expert (located in a subfolder under Darren Townzen who was the deponent )
(2) a 2009 Walmart corporate manual on ConnexUs DUR process with screenshots, see Bates: WMT_MDL_000405150
(3) a 2010 Walmart corporate manual on ConnexUs updates with screenshots, see Bates: WMT_MDL_000418530
(3) a 2012 Walmart corporate PPT going through all the screens in ConnexUs, see Bates: WMT_MDL_000376862

3



**Giant Eagle**
*PDX Classic or EPS or Enterprise Pharmacy Software is Giant Eagle's Pharmacy Software (from a 3rd party vendor called PDX)*

(1) testimony and exhibits from the deposition of Giant Eagle's designated "data" expert (located in a subfolder under Christopher Miller who was the deponent )
(2) a manual circa 2011 on the Internet for PDX (downloaded in multiple parts – originally from https://documentation.help/PDX-WorkstationConfig/documentation.pdf but no longer online)
(3) a 2008 Giant Eagle corporate PPT with some screenshots of the earlier PDX Classic system (ex: pages 69, 70 of the pdf), see Bates HBC_MDL00191107
(4) a 2019 Giant Eagle corporate document with screenshots of the DUR screen, see Bates HBC_MDL00191231


In addition to these materials, I reviewed the National Council for Prescription Drug Programs's (NCPDP) technical standard documentation called "Script V5.0". NCPDP is responsible for creating and maintaining data standards used by every pharmacy to file third-party claims to pharmacy benefit managers and various other data processors. Script Version 5.0 was implemented in approximately 2005 and the data elements relevant to this litigation have largely remained constant since then. Those data elements broadly include:

        a. Pharmacy information
        b. Patient and patient insurance information
        c. Drug product information
        d. Prescriber identification information
        e. Pricing information

Because of the third-party programs, the data elements contained in this standard are collected and maintained by every pharmacy in the nation, although individuals state regulations and legislation may require additional data elements.


## Evaluation of Key Questions

Drug Utilization Review at the Prescription Level: Each of the pharmacy organizations indicated in testimony that drug utilization review (DUR) analyses were conducted, often using data

provided by Medi-Span.  DUR activities supported by such programs are largely based on medication-related attributes, such as chemical entity and strength.  DDI warnings are specific to the unique product, so are drug-allergy, and drug-disease alerts. However, these vendors don't provide warnings based on aggregate prescription use or at the prescriber level. Algorithms by Medi-Span and First DataBank may account for age of the patient, known drug allergies, and conditions (i.e. diagnoses). Most DUR warnings are therefore not relevant to inappropriate opiate use. Additional data is required to assess so-called "red-flags."

Creating Opioid Specific "Red Flags": Each pharmacy organization (CVS, Giant Eagle, Rite Aid, Walgreens, and Walmart) had a mechanism to move store level prescription dispensing data to a central server or computer system that could have been used to assist pharmacists and pharmacy staff identify inappropriate opioid use. Red flags related to pharmacy shopping, doctor shopping, pattern prescribing, early fills/refills, and frequent cash payment could have been implemented within each organization using available data.  It was well known by the early 2000's that there was an opioid prescription epidemic in our country.  With the dispensing data on opioid dispensing accumulated in the central server or computer system, these pharmacy organizations had valuable information which could have been analyzed and communicated to the store level pharmacists as an important tool to identify red flags that only the nationally accumulated data would really reveal.

Walgreens was likely the first pharmacy to create a computer system that allowed remote storage of prescription drug dispensing information, going back to at least 1988.  Because the information about the patient, prescriber, and medication were stored in identical formats across stores within the same organization, the analysis of this data was possible. Indeed, this data (excluding patient information) was often sold to other organizations (i.e., IMS Health/ IQVIA) to track physician prescribing habits and track utilization of every medication. IMS Health/IQVIA would sell reports based on this data to drug manufacturers who utilized the data to drive sales.

Based on depositions provided by representatives of the various pharmacy organizations, it is clear that this data was accessed to track pharmacy store performance and sometimes performance of specific individuals. Because of data standardization, analyses could have been performed using measures of variance to identify outlier behavior  with respect to:
   a. Quantity per prescription by medication product and strength
   b. Days supply (anticipated duration of prescription)
   c. Number of prescriptions written for opiate and other medications by prescriber
   d. Evidence of doctor shopping by consumers
   e. Distance from patient to provider
   f. Distance from patient to pharmacy
   g. Frequent fills or refills of opiate and other medications
   h. Prior refusals to fill
Rationale for why each of these attributes were technically possible with existing data frameworks are discussed in detail below.

The number of unique prescriptions for specific products dispensed as an individual pharmacy is relatively low based on my previous research. Therefore, it is challenging for pharmacists to assess the degree of "excessive" quantity on a medication order for a given product. "Professional judgement" is highly variable when assessing medication orders/refills. However, it would have been easy for pharmacy organizations to provide dashboard statistics about measures of central tendency and dispersion for a given opioid medication based on prior prescriptions. In addition, given that the prescriber was known and linked to prescriber characteristics provided by Lexis/Nexus, data could be provided according to prescribers with the same credentials, specialty, and subspecialty. Extreme values for dose, duration, or morphine equivalents per prescription, such as top 5% or 1% could have been displayed to pharmacist's and pharmacy staff when evaluating a prescription order. These dashboard statistics could have been created for days supply as well.  These measures would have provided pharmacists with near real-time "peer" data about what would be an appropriate vs. inappropriate medication order. It should be noted, that the earlier such a system would have been put in place, the more data would be accumulated and the algorithms run on the data would have increased the accuracy and validity of the red flags.  This would have enhanced the tools for the pharmacists at the store level and likely would have prevented the dispensing of opioids that led to diversion.

Opioid prescribing is associated with prescriber specialty, with prescribers working in departments of emergency medicine (ERs) and urgent care facilities associated with greater percent of opioid prescriptions as compared to other specialists, such as a dermatologist. Each pharmacy organization had the necessary data elements to evaluate proportion of opioid prescriptions relative to other prescriptions by specialty and subspecialty to identify "outlier" prescribers. This information could have been provided to pharmacists and pharmacy staff when they were evaluating a prescription order for inappropriateness.

Data at the patient level that was linked across prescriptions could have been used to identify potential doctor shopping behavior by patients. While prescription drug monitoring programs (PDPM) aggregate across pharmacies, more real-time data could have been provided by pharmacy organizations to pharmacists and would be useful in jurisdictions where PDPM is not mandated or was slow to be mandated, or in pharmacy organizations where PDMP utilization was not mandated or compliance not monitored. Pharmacy chain organizations had data at their disposal that could have made it easier to identify consumers using multiple pharmacies within the same chain who were doctor shopping.

The geospatial analysis of prescription orders could have also been accomplished at the pharmacy chain level using programs like SAS (implemented by CVS) or other SQL programs to calculate the distance from the consumer to the pharmacy based on address or zip code. Data could have been summarized across all prescription orders dispensed to determine measure of central tendency and dispersion to assist pharmacists and pharmacy staff in identifying potentially inappropriate use. The same techniques could have also identified illogical distances between prescribers and patients, accounting for specialty and subspecialty care. In addition,

6

warnings based on geospatial analysis could have been configured based on local availability of prescribers (e.g. different maximum distances for urban vs. rural pharmacy locations).

The feasibility of the chain pharmacies to create the very systems I have described was ably described by the authors of an article published in the NEJM entitled "Abusive Prescribing of Controlled Substances-A Pharmacy View." The co-authors were employed by CVS.

Assessment of emerging inappropriate use through multiple medications could have been developed by each of the pharmacy organizations using existing data. While Medi-Span and drug knowledge bases have created DUR flags (similar to DDI warnings) for concomitant use of opioids, muscle relaxants, and benzodiazepines, it would have been possible for each organization to develop such algorithms independently. Admittedly, incorporation of such algorithms within "off-the-shelf" dispensing software such as PDX is more challenging than organizations who developed their own dispensing software systems. Because of Medi-Span and other drug knowledge databases, identification of products that would trigger such an alert can be based on therapeutic classifications. Also, algorithms can consider date ranges to determine if use is concurrent or not based on days supply. Finally, pharmacy organizations could have requested such algorithms be included in Medi-Span or other drug knowledge data vendors.

Finally, data on the frequency of fill and refill of opiates and other inappropriate medications could have been provided to pharmacists using dashboards to give pharmacists information on which to exercise their professional judgement about the legitimacy of dispensing a medication. Third-party insurance companies provide this information to pharmacies for prescriptions submitted for insurance coverage. Similar programs could have been implemented by pharmacy chain organizations for prescriptions not covered by insurance programs or not submitted for electronic adjudication.

## Previous Expert Service

I have not provided a deposition or given trial testimony in any litigation in the previous 4 years.

## Compensation Statement

My hourly compensation rate for expert evaluation is $380 per hour.

## Summary

In summary, pharmacy chain organizations created, purchased, or aggregated data that could have been used to reduce the inappropriate use of opiates and other medications. The data elements required for the above activities has long resided (since at least 2006 and likely years

7

before that time) within databases and accumulation of such data across multiple pharmacies permitted the opportunity to inform pharmacists and pharmacy staff to potential illegitimate opioid use.

_Daniel C. Malone, PhD, FAMCP_

_April 15th, 2021_
Date

## ATTACHMENT 1

## Daniel C. Malone, PhD, FAMCP

Professor
Skaggs College of Pharmacy
University of Utah

Curriculum Vitae
March 2021

Office
Address:
Department of Pharmacotherapy, Skaggs College of Pharmacy
University of Utah

Phone:
Office (801) 581-8054
Mobile (520) 481-2025

Email:
dan.malone@utah.edu

Google Scholar:
http://scholar.google.com/citations?user=ACzpckMAAAAJ&hl=en&oi=ao

## EDUCATION

1993 - 1994
Post-Doctoral Fellow
Agency for Health Care Policy and Research Sponsored Fellowship
University of Washington
School of Public Health and Community Medicine and School of Pharmacy
Seattle, Washington

1993
The University of Texas at Austin
Ph.D., Health Outcomes

1990
The University of Texas at Austin
M.S., Health Outcomes

1987
University of Colorado
B.S., Pharmacy (magna cum laude)

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 10/19 to present | Professor, Department of Pharmacotherapy, Skaggs College of Pharmacy University of Utah |
| 7/06 to 9/19 | Professor, Department of Pharmacy Practice and Science, College of Pharmacy, The University of Arizona, Tucson, Arizona Associate Professor, College of Public Health |
| 7/01 to 6/06 | Associate Professor, Department of Pharmacy Practice and Science, College of Pharmacy, The University of Arizona, Tucson, Arizona |
| 8/99 to 6/01 | Assistant Professor, Department of Pharmacy Practice and Science, College of Pharmacy, The University of Arizona, Tucson, Arizona |
| 10/94 to 8/99 | Assistant Professor of Pharmacy, Department of Pharmacy Practice, University of Colorado Health Sciences Center, Denver, Colorado |
| 6/93 to 9/94 | Research Associate, School of Pharmacy, University of Washington, Seattle, Washington |

## PUBLICATIONS

### Refereed Journal Articles

Trinkley KE, Kroehl ME, Kahn MG, Allen LA, Bennett TD, Hale G, Haugen H, Heckman S, Kao DP, Kim J, Matlock DM, **Malone DC**, Page RL, Stine J, Suresh K, Wells L, Lin CT. Applying clinical decision support design best practices with the practical robust implementation and sustainability model versus reliance on commercially available clinical decision support tools: randomized controlled trial. JMIR Medical Informatics 2021; 9(3):e243591.

Chou E, Boyce RD, Balkan B, Subbian V, Romero A, Hansten PD, Horn JR, Gephart S, **Malone DC**. Designing and evaluating contextualized drug-drug interaction algorithms.  JAMIA Open 2021: doi: 10.1093/jamiaoepn/ooab023.

Zhou L, Bhattacharjee S, Kwoh CK, Tighe P, Reisfield GM, **Malone DC**, Slack M, Wilson DL, Chang CY, Lo-Ciganic WH. Dual-trajectories of opioid and gabapentinoid use and risk of subsequent drug overdose among Medicare beneficiaries in the United States: a retrospective cohort study. Addiction 2020: https://doi.org/10.1111/add.15189.

Brixner D, Biskupiak J, Oderda G, Burgoyne D, **Malone DC**, Arondekar B, Niyazov A. Payer perceptions on the use of real-world evidence in oncology-based decision making. *Journal of Managed Care and Specialty Pharmacy* (in press).

Reese T, Del Fiol G, Morgan K, Hurwitz J, Kawamoto K, Gomez-Lumbreras A, Brown ML, Thiess H, Vazquez S, Nelson S, Boyce R, **Malone DC**.  Shared decision making for drug-interactions: design and usability of an application for warfarin and non-steroidal anti-inflammatory drugs. JMIR Human Factors (in press).

Hochheiser H, Jing X, Garcia E, Ayvaz S, Sahay R, Dumontier M, Banda JM, Beyan O, Brochhausen M, Draper E, Habiel S, Hassanzadeh O, Herrero-Zazo M, Hocum B, Horn J, Lebaron B, **Malone DC**, Nytrø Ø, Reese T, Romagnoli K, Schneider J, Zhang LY, Boyce RD.  A minimal information model for potential drug-drug interactions. Frontiers in Pharmacology 2021; doi: 10.3389/fphar.2020.608068.

Shao T, Li X, Zhou C, Zang X, **Malone DC**, Zhang L, Zhou J, Tang W. Effectiveness and efficiency of non-drug therapy among community-dwelling adults with hypertension in China: a protocol for a network meta-analysis and cost-effectiveness analysis. Frontiers in Medicine 2021; 8:192. DOI: 10.3389/fmed.2021.651559.

Zhou L, Battacharjee S, Kwoh CK, **Malone DC**, Tighe PJ, Reisfield GM, Slack M, Wilson DL, Lo-Ciganic WH. Association between dual-trajectories of opioid and gabapentinoid use and healthcare expenditures among United States Medicare beneficiaries. *Value in Health* 2021; 24(2):196-205.

Guo J, Lo-Ciganic WH, Yang Q, Huang JL, Weiss JC, Cochran G, Malone DC, Kuza C, Gordon AJ, Donohue JM,  Gellad WF. Predicting mortality after a hospital or emergency room visit for nonfatal opioid overdose. *Journal of General Internal Medicine* (accepted).

**Malone DC**. Real-world evidence enhances decision making.  *Journal of Managed Care and Specialty Pharmacy* 2020; 26(12):1612-1614.

Kruzikas DT, **Malone DC**, Pham S, Reinsch TK, Akehurst R. HTA and economics in the United States: a systematic review of ICER reports to evaluate trends, identify factors associated with recommendations, and understand implications. *Journal of Managed Care and Specialty Pharmacy* 2020; 26(12):1548-57.

Bhattacharjee S, Naeem S, Knapp S, Lee J, Patanwala A, Vadiel N, **Malone DC**, Lo-Ciganic W, Burke W. Health outcomes associated with adherence to antidepressant use during acute and continuation phases of depression treatment among older adults with dementia and major depression. *Translational Research in Aging, Geriatrics, and Gerontology* (in press).

Trinkley KE, Kahn MG, Bennett TD, Glasgow RE, Haugen H, Kao DP, Kroehl ME, Lin CT, **Malone DC**, Matlock DD. An implementation science approach to clinical decision support within electronic health records: integrating PRISM with CDS design best practices. *Journal of Medical Internet Research* 2020; 22(10):e19676.

Chien CL, Chen YC, **Malone DC**, Peng YL, Ko Y. Cost-Utility Analysis of Second-Line Anti-Diabetic Therapy in Patients with Type 2 Diabetes Mellitus Inadequately Controlled on Metformin. *Current Medical Research & Opinion* (accepted).

Bhattacharjee S, Lee JK, Vadiei N, Patanwala AE, **Malone DC**, Knapp SM, Lo-Ciganic WH, Burke WJ. Extent and factors associated with adherence to antidepressant treatment during acute and continuation phase depression treatment among older adults with dementia and major depressive disorder. *Neuropsychiatric Disease and Treatment* 2020; 16:1433-1450.

Villa Zapata L, Hansten PD, Panic J, Horn JR, Boyce RD, Gephart S, Subbian V, Romero A, **Malone DC**.  Risk of bleeding with exposure to warfarin and nonsteroidal anti-inflammatory drugs: a systematic review and meta-analysis. *Thrombosis and Haemostasis* 2020; 120(7): 1066-1074.

Villa Zapata L, Hansten PD, Horn JR, Boyce RD, Gephart S, Subbian V, Romero A, **Malone DC**.  Evidence of clinically meaningful drug-drug interaction with concomitant use of colchicine and clarithromycin. *Drug Safety* 2020; 43(7): 661-668.

**Malone DC**, Ramsey SD, Patrick DL, Johnson FR, Roberts MS, Willke RJ, Marshall DA. Criteria and process for initiating and developing ISPOR Good Practices Task Force Report. *Value in Health* 2020; 23(4):409-415.

Chang CY, Park H, **Malone DC**, Wang CY, Wilson DL, Van Boemmel-Wegmann S, Lo-Ciganic WH. Immune checkpoint inhibitors and immune-related adverse events in patients with advanced melanoma: a systemic review and network meta-analysis. *JAMA Network Open* 2020: 3(3):e201611. DOI:10.1001/jamanetworkopen.2020.1611.

Vouri SM, Jiang X, Manini TM, Solberg LM, Pepine C, **Malone DC**, Winterstein AG. Magnitude of and characteristics associated with the treatment of calcium channel blocker-induced lower-extremity edema with loop diuretics. *JAMA Network Open.* 2019;2(12):e1918425.

Coens C, Pe M, Dueck AC, Sloan J, Basch E, Calvert M, Campbell A, Cleedland C, Cocks K, Collette L, Devlin N, Dorme L, Fletcher HH, Gotay C, Griebsch I, Groenvold M, King M, Kluetz PG, Koller M, **Malone DC**, Martinelli F, Mitchell SA, Musoro J, O'Conner D, Oliver K, Piault-Louis E, Piccart M, Quinten C, Reijneveld JC, Schurmann C, Smith AW, Soltys KM, Taphoorn M, Velikova G, Bottomley A. International standards for the analysis of quality of life and patient reported outcomes endpoints in cancer randomized controlled trials; recommendations based on critical reviews of the literature and international multi-expert, multi-stakeholder collaborative process. *The Lancet Oncology* 2020; 21:e83-96.

Bhattacharjee S, Patanwala AE, Lo-Ciganic W, **Malone DC**, Lee JK, Knapp SM, Warholak T, Burke WJ. Alzheimer's disease medication and risk of all-cause mortality and all-cause hospitalization: a retrospective cohort study. *Alzheimer's &Dementia: Translational Research & Clinical Interventions* 2019; 5:294-302.

**Malone DC**, Dean R, Arjuinji R, Jensen I, Cyr P, Miller B, Maru B, Sproule DM, Feltner DE, Dabbous O. Cost-effectiveness analysis of using onasemnogene abeparvocec (AVXS-101) in spinal muscle atrophy type 1 patients. *Journal of Market Access & Health Policy* 2019; 7:1601484. Doi: https://doi.org/10.1080/20016689.2019.1601484

Tang W, Xie J, **Malone DC**\*. Per prescription drug expenditure by source of payment and income levels in the US, 1997 to 2015. *Value in Health* 2019.

Lo-Ciganic W, Huang JL, Zhang HH, Weiss JC, Wu Y, Kwoh CK, Donohue JM, Cochran G, Gordon AJ, **Malone DC**, Kuza CC, Gellad WF. Use of Machine Learning to Predict Risk of Opioid Overdose among Medicare Beneficiaries Prescribed Opioids. *JAMA Network Open* 2019; 2(3): e190968.doi:10.1001/jamanetworkopen.2019.0968.

Trinkley KE, Blakeslee WW, Matlock DD, Kao DP, Van Matre AG, Harrison R, Larson CL, Kostman N, Nelson JA, Lin CT, **Malone DC**. Clinician preferences for computerized clinical decision support for medications in primary care: A focus group study. *BMJ Health Care Inform*atics 2019;26(1):e000015.

Bhattacharjee S, Lee JK, Patanwala AE, Vadiei N, **Malone DC**, Knapp S, Lo-Ciganic W, Burke WJ. Extent and Predictors of Potentially Inappropriate Antidepressant Use among Older Adults with Dementia and Major Depressive Disorder. *The American Journal of Geriatric Psychiatry* 2019; 27(8): 794-805.

Panich J, Gooden A, Shirazi FM, **Malone DC**. Warning for drug-drug interactions in consumer medication information provided by community pharmacies. *Journal of the American Pharmacists Association* 2019: 59:35-42.

Grizzle AJ, Horn J, Collins C, Schneider J, **Malone DC**, Stottlemyer B, Boyce RD. Identifying common methods used by drug interaction experts for finding evidence about potential drug-drug interactions. *Journal Medical Internet Research* 2019; 21(1):e11182 DOI: 10.2196/11182.

Trinkley KE, Anderson HD, Nair KV, **Malone DC**, Saseen JJ. Assessing the incidence of acidosis in patients receiving metformin with and without risk factors for lactic acidosis. *Therapeutic Advances in Chronic Disease;* 2018; 9:179-90.

Pe M, Dorme L, Coens C, Basch E, Bonnetain F, Calvert M, Campbell A, Cleeland C, Cocks K, Collette L, Dueck A, Devlin N, Flechtner HH, Gotay C, Greimel V, Griebsch I, Groenvold M, Hamel JF, King M, Kluetz PG, Koller M, **Malone DC**, Martinelli F, Mitchell SA, Moinpour CM, Musoro JZ O'Connor D, Oliver K, Piault-Louis E, Piccart M, Pimentel FL, Quinten C, Reijneveld JC, Schurmann C, Smith AW, Soltys K, Sridhara R, Taphoorn MJB, Velikova G, Bottomley A. *Lancet Oncology 2018*; 19:e459-69.

Bottomley A, Pe, Sloan J, Basch E, Bonnetain F, Calvert M, Campbell A, Cleeland C, Cocks K, Collette L, Dueck A, Devlin N, Flechtner HH, Gotay C, Greimel V, Griebsch I, Groenvold M, Hamel JF, King M, Kluetz PG, Koller M, **Malone DC**, Martinelli F, Mitchell SA, Moinpour CM, Musoro JZ O'Connor D, Oliver K, Piault-Louis E, Piccart M, Pimentel FL, Quinten C, Reijneveld JC, Schurmann C, Smith AW, Soltys K, Sridhara R, Taphoorn MJB, Velikova G, Coens C. Moving forward toward standardizing analysis of quality of life data in randomized cancer clinical trials. *Clinical Trials 2018*; doi:10.1177/1740774518795637.

Siaw MYL, **Malone DC**, Ko Y, Lee JYC. Cost-effectiveness of multidisciplinary collaborative care versus usual care in the management of high-risk patients with diabetes in Singapore: short-term results from a randomized controlled trial. *Journal of Clinical Pharmacy and Therapeutics* 2018;43: 775-783.

**Malone DC**. Are US healthcare payers efficient?  *Value in Health* 2018; 21:398-399.

Wung SF, **Malone DC**, Szalacha L. Sensory overload and technology in critical care. *Critical Care Nursing Clinics North America* 2018; 30(2): 179-190.

Ip Q, **Malone DC***, Chong J, Harris RB, Labiner DM.  Economic impact of epilepsy and the cost of nonadherence to antiepileptic drugs in older Medicare beneficiaries. *Epilepsy & Behavior* 2018; 80:208-214.

Ip Q, **Malone DC***, Chong J, Harris RB, Labiner DM. An update on the prevalence and incidence of epilepsy among older adults.  *Epilepsy Research* 2018; 139:107-112.

**Malone DC**, Brown M, Hurwitz JT, Peters L, Graff JS. Real-world evidence: useful in the real world of US payer decision making? How? When? And what studies?  *Value in Health* 2018; 21(4):389-399.

Tang W, Xie J, Lu Y, Liu Q, **Malone DC**, Ma A. Effects on the medical revenue of comprehensive pricing reform in Chinese urban public hospitals after removing drug markups: case of Nanjing. *Journal of Medical Economics* 2017; doi: 10.1080/13696998.2017.1405817.

**Malone DC**, Gallo T, Beck J, Clark D.  Feasibility of measuring QT intervals with a portable device. *American Journal of Health-System Pharmacy* 2017; 74:1850-1851.

Siaw MYL, Ko Y, **Malone DC**, Tsou KYK, Lew YJ, Foo D, Tan E, Chan SC, Chia A, Sinaram SS, Coh KC, Lee JYC. Impact of pharmacist-involved collaborative care on the clinical, humanistic and cost outcomes of high-risk patients with Type 2 diabetes (IMPACT): a randomized controlled trial. *Journal of Clinical Pharmacy and Therapeutics* 2017; 42:475-482.

Hurwitz J, Brown M, Graff J, Peters L, **Malone DC**. Is real-world evidence used in P&T monographs and therapeutic class reviews. *Journal of Managed Care and Specialty Pharmacy* 2017; 23(6): 613-620.

Bottomly A, Pe M, Sloan J, Basch E, Bonnetain F, Calvert M, Campbell A, Cleeland C, Cocks K, Collette L, Dueck AC, Devlin N, Flechtner HH, Gotay C, Greimel E, Griebsch I, Groenvold M, Hamel JF, King M, Kleutz PG, Koller M, **Malone DC**, Martineilli F, Mitchell SA, Moinpour CM, Musoro J, O'Connor D, Oliver K, Paault-Louis E, Piccart M, Pimentel FL, Quinten C, Reijneveld JC, Schurmann C, Smith AW, Soltys KM,

Taphoon MJB, Veliova G, Coens C, for the Setting Standards in Analyzing Patient-Reported Outcomes and Quality of Life Endpoints Data (SISAQOL) consortium. *Lancet Oncology* 2016; Published Online October 18, 2016: http://dx.doi.org/10.1016/S1470-2045(16)30510-1.

Samwald M, Blagec K, Empey PE, **Malone DC**, Ahmed SM, Ryan P, Hofer S, Boyce RD. Incidence of exposure of patients in the United States to multiple drugs for which pharmacogenomics guidelines are available. *PLOS One* 2016; DOI:10.1371/journal.pone.0164972.

**Malone DC**, Berg NS, Claxton K, Garrison Jr, LP, IJzerman M, Marsh K, Neumann PJ, Sculpher M, Towse A, Uyl-de Groot C, Weinstein M. International Society for Pharmacoeconomics and Outcomes Research comments on the American Society of Clinical Oncology Value Framework. *Journal of Clinical Oncology* 2016; 34:2936-2937.

Armstrong EP, **Malone DC**, Yeh WS, Dahl GJ, Lee RL, Sicignano N. The economic burden of spinal muscular atrophy. *Journal of Medical Economics* 2016; 19:822-826.

Schultz NM, Wong WB, Coleman AL, **Malone DC\***. Predictors, utilization, and short-term costs of laser trabeculoplasty versus medication management in open-angle glaucoma. *American Journal of Opthalmology* 2016; 168:78-85.

Bao YC, Blanchette CM, Burke L, Cashman L, Cobbs EJ, Daniel G, Danielson D, Francer JK, Graff J, Hay JW, Hoverman R, Jackson J, **Malone DC**, Marttila JK, Mattson C, Mcclure J, Mcknight J, Naughten P, Neumann P, Perfetto EM, Rodriguez C, Wesolowicz L, Williams R, Winckler SC, Zablow-Salles L, Zlateva G, Bruns K, Cantrell SA, Carden MJ, Dragovich C, Richardson T, Saha S. ACMP partnership forum: FDAMA section 114- improving the exchange of health care economic data. *Journal of Managed Care and Specialty Pharmacy* 2016; 22:826-831.

Trinkley KE, **Malone DC**, Kennedy A, Nelson JA, Saseen JS. Prescribing attitudes, behaviors and opinions regarding metformin for patients with diabetes. *Therapeutic Advances in Chronic Disease* 2016; 7:220-228.

Hincapie AL, Slack M, **Malone DC**, MacKinnon NJ, Warholak TL. Relationship between patient's perceptions of care quality and health care errors in 11 countries: a second data analysis. *Quality and Management in Health Care* 2016; 25(1):13-21.

Augustine J, Warholak TL, Hines LE, Sun D, Brown M, Hurwitz J, Taylor AM, Cobaugh DJ, Schlaifer M, **Malone DC\***. Ability and use of comparative effectiveness research by Pharmacy and Therapeutic committee members and support staff: a one-year follow up. *Journal of Managed Care and Specialty Pharmacy* 2016; 22(6): 618-625.

Tilson H, Hines LE, McEvoy G, Weinstein DM, Hansten PD, Matuszewski K, le Comte M, Higby-Baker S, Hanlon JT, Pezzullo L, Vieson K, Helwig AL, Haung SM, Perre A, Bates DW, Poikenen J, Wittie MA, Grizzle AJ, Brown M, **Malone DC\***. Recommendations for selecting drug-drug interactions for clinical decision support. *American Journal of Health-Systems Pharmacy* 2016; 73(8):576-585.

Sarker A, O'Connor K, Ginn R, Scotch M, Smith K, **Malone D**, Gonzales G. Social media mining for toxicovigilance: automatic monitoring of prescription medication abuse from Twitter. *Drug Safety* 2016: DOI: 10.1007/s40264-015-03794.

Villa-Zapata L, Warholak T, Slack M, **Malone DC**, Murko A, Runger G, Levengood M. Predictive modeling using a nationally representative database to identify patients at risk of developing microalbuminuria. *International Urology and Nephrology* 2016; 48(2): 249-56.

Yehoshua A, Chancellor M, Vasavada S, **Malone DC**, Armstrong EP, Joshi M, Campbell K, Pulicharm R. Health resource utilization and cost for patients with incontinent overactive bladder treated with

anticholinergics. *Journal of Managed Care and Specialty Pharmacy* 2016; 22(4):406-413.

McGarry LJ, Chen YJ, Divino V, Pokras S, Taylor CR, Munakata J, Neiset CC, Huang H, Jabbour E, **Malone DC**. Increasing economic burden of tyrosine kinase inhibitor treatment failure by line of therapy in chronic myeloid leukemia. *Current Medical Research & Opinion* 2016; 32(2): 289-299.

Nerapusse O, Chinthammit C, Romyen C, Pangjunhom M, **Malone DC**, Sakulbumrungsil. Long-acting injectable antipsychotics in patients with schizophrenia: systematic review and mixed treatment comparison. *Asian Biomedicine* 2015; 9(6):741-750.

Tang DH, **Malone DC**, Warholak TL, Chong J, Armstrong EP, Slack MK, Hsu C, Labiner DM. Healthcare resource burden of newly diagnosed epilepsy in the US low-income elderly population. *European Geriatric Medicine* 2015; 6(3): 251-256.

Tang DH, **Malone DC**, Warholak TL, Chong J, Armstrong EP, Slack MK, Hsu C, Labiner DM. Prevalence and incidence of epilepsy in an elderly and low-income population in the United States. *Journal of Clinical Neurology* 2015; 11(3):252-61.

Hines LE, **Malone DC**. A population-based approach to improving patient safety related to drug-drug interactions. *The American Journal of Pharmacy Benefits* (September/October) 2015; 7:5:212-214.

Park H, Rascati KL, Lawson KA, Barner J, Richards K, **Malone DC**.  Health costs and outcomes associated with Medicare Part D prescription drug cost-sharing in beneficiaries on dialysis.  *Journal of Managed Care Pharmacy* 2015; 21(10):956-64.

Lao WL, **Malone DC**, Armstrong EP, Voellinger D, Somers S, Jin J, Dreyer N, Globe D. Effect of adjustable gastric banding on quality of life and weight loss in the Helping Evaluate Reduction in Obesity (HERO) registry study: 2 year analysis. *Current Medical Research & Opinion* 2015: (doi:10.1185/03007995.2015.1059802).

Wang MT, Chu CL Yeh CB, Chang LC, **Malone DC**, Liou JT. Antidepressant use and risk of recurrent stroke. *Journal of Clinical Psychiatry* 2015; 76(7): e877-e885.

Khalaf KM, Coyne K, Globe D, Armstrong E, **Malone DC**, Burks J. The impact of lower urinary tract symptoms on health-related quality of life among patients with multiple sclerosis. *Neurourology and Urodynamics* 2015; 17(1):14-25.

Nelson SD, **Malone D**, LaFleur. Calculating the baseline incidence in patients without risk factors: a strategy for economic evaluation. *PharmacoEconomics* 2015; May 6, 2015: DOI: 10.1007/s40273-015-0283-x.

Payne TH, Hines LE, Chan RC, Hartman S, Kapusnik-Uner J, Russ AL, Chaffee BW, Hartman C, Tamis V, Galbreath B, Glassman PA, Phansalkar S, van der Sijs H, Gephart S, Mann G, Strasburg HR, Grizzle AJ, Brown M, Kuperman G, Steiner C, Sullins A, Ryan H, Wittie MA, **Malone DC\***. Recommendations to improve usability of drug-drug interaction clinical decision support alerts. *Journal of the American Medical Informatics Association* 2015; 22(6): 1243-50.

Scheife RT, Hines LE, Boyce RD, Chung SP, Momper JD, Sommer CD, Abernathy DR, Horn JR, Sklar SJ, Wong SK, Jones G, Brown ML, Grizzle AJ, Comes S, Wilkins TL, Borst C, Wittie MA, **Malone DC\***. Consensus recommendations for systematic evaluation of drug-drug interaction evidence for clinical decision support. *Drug Safety* 2015; 38:197-206.

Khalaf KM, Coyne K, Globe D, Armstrong E, **Malone DC**, Burks J. Lower urinary symptom treatment patterns among patients with multiple sclerosis. *International Journal of Multiple Sclerosis Care* 2015:17(1):14-25.

Armstrong EP, **Malone DC**, Krishnan S, Wessler MJ.  Adherence to clotting factors among persons with hemophilia A or B. *Hematology* 2015; 20(3):148-153.

Armstrong EP, **Malone DC**, Krishnan S, Wessler JM. Costs and utilization of hemophilia A and B patients with and without inhibitors. *Journal of Medical Economics* 2014: 11:1-16

Park H, Rascati KL, Lawson KA, Barner J, Richards K, **Malone DC**.  Adherence and persistence to prescribed medication therapy among Medicare Part D beneficiaries on dialysis: Comparisons of benefit type and benefit phase.  *Journal of Managed Care Pharmacy* 2014; 20(8):862-876.

**Malone DC**, Hines LE, Graf J. The good, the bad, and the different: a primer on aspects of heterogeneity of treatment effects.  *Journal of Managed Care Pharmacy* 2014; 20(6):555-63.

Warholak TL, Hilgaertner JW, Dean JL, Taylor AM, Hines LE, Brown M, **Malone DC\***. Evaluation of an educational program on deciphering heterogeneity for medical coverage decisions.  *Journal of Managed Care Pharmacy* 2014; 20(6):566-73.

Armstrong EP, Wang SM, Hines LE, Patel BV, Leslie RS, **Malone DC\***.  Prescriber perceptions of a near-real time fax alert program for potential drug-drug interactions. *Journal of Managed Care and Specialty Pharmacy* 2014; 20(5):494-500.

Tang DH, Warholak TL, Hines LE, Hurwitz J, Brown M, Taylor AM, Brixner D, **Malone DC\***. Evaluation of pharmacy and therapeutic (P&T) committee member knowledge, attitudes and ability regarding the use of comparative effectiveness research (CER) in health care decision making. *Research in Social and Administrative Pharmacy* 2014; 10(5):768-80.

Villa L, Warholak TL, Hines LE, Taylor AM, Brown M, Brixner D, **Malone DC\***.  Health care decision maker's use of comparative effectiveness research: report from a series of focus groups. *Journal of Managed Care Pharmacy* 2013; 19:745-54.

Villa LA, **Malone DC**, Ross D.  Evaluating the efficacy and safety of apixaban, a new oral anticoagulant, using Bayesian meta-analysis. *International Journal of Hematology* 2013; 98(4):390-7.

**Malone DC**, Liberman JN, Sun D. Effect of an educational outreach program on prescribing potential drug-drug interactions. *Journal of Managed Care Pharmacy* 2013; 19(7):549-57.

Gilligan AM, **Malone DC\***, Warholak TL, Armstrong EP.  Predictors of hospitalization and institutionalization in Medicaid patient populations with Alzheimer's disease.  *Advances in Alzheimer's Disease* 2013; 2(3):74-82.

Wang MT, Lo YW, Tsai CL, Chang LC, **Malone DC**, Chu CL, Liou JT.  Statin use and risk of COPD exacerbation requiring hospitalization.  *American Journal of Medicine* 2013; 126(7);598-606.

Harrington AR, Armstrong EP, Nolan P, **Malone DC\***. Cost-effectiveness of apixaban, dabigatran, rivoroxaban, and warfarin for stroke prevention in atrial fibrillation. *Stroke* 2013; 44:1676-81.

Mutebi A, Warholak TL, Hines LE, Plummer R, **Malone DC**. Assessing patients' information needs regarding drug-drug interactions. *Journal of the American Pharmacists Association* 2013: 53:39-45.

Armstrong EP, Hines LE, Gao S, Patel BV, **Malone DC\***.  Evaluation of a drug-drug interaction fax alert intervention program. *BMC Medical Informatics and Decision Making 2013*; 13:32. DOI: 10.1186/1472-6947-13-32.

Gilligan AM, **Malone DC\***, Warholak TL, and Armstrong EP. Health disparities in the cost of care in patients with Alzheimer's Disease: an analysis across four state Medicaid populations. *American Journal of Alzheimer's Disease and Other Dementias* 2013; 28:84-92.

Gilligan AM, **Malone DC\***, Warholak TL, Armstrong EP.  Racial and ethnic disparities in Alzheimer's disease pharmacotherapy exposure: an analysis across four state Medicaid populations.  *American Journal of Geriatric Pharmacotherapy* 2012; 10(5):303-312.

Hines LE, **Malone DC\***, Murphy JE. Recommendations for generating, evaluating, and implementing drug-drug interaction evidence. *Pharmacotherapy* 2012;32:304-13.

Brown MR, Leib ML, Brown SR, Warholak T, **Malone DC\***. The appropriateness of use of 3 classes of psychotropic medications in children and adolescents. *American Journal of Pharmacy Benefits* 2012;4(2):49-56.

Tang DH, **Malone DC**. A network meta-analysis of efficacy of serotonin type 3 receptor antagonists used in adults during first 24 hours for postoperative nausea and vomiting prophylaxis. *Clinical Therapeutics* 2012; 34:282-294.

Harrington AR, Warholak TL, Hines LE, Taylor AM, Sherrill D, **Malone DC\***.  Healthcare professional students' knowledge of drug-drug interactions. *American Journal of Pharmacy Education* 2011; Dec 15:75(10):199.

Dworkin RH, Panarites CJ, Armstrong EP, **Malone DC**, Pham SV.  Is treatment of postherpetic neuralgia in the community consistent with evidence-based recommendations?  *Pain* 2012; 153:869-875.

Hincapie AL, Warholak TL, Hines LE, Taylor AM, **Malone DC**.  Impact of a drug-drug interaction intervention on pharmacy and medical students' knowledge and attitudes: a 1-year follow-up.  *Research in Social and Administrative Pharmacy* 2012; doi:10.1016/j.sapharm.2011.11.003.

**Malone DC**, Saverno KR.  Evaluation of wireless handheld medication management device in the prevention of drug-drug interactions in a Medicaid population.  *Journal of Managed Care Pharmacy* 2012; 18:33-45.

Hines LE, Boesen MD, Warholak TL, Saverno KR, Boesen MD, Sisk MA, **Malone DC\***.  Drug-Drug interaction software quality assurance: lessons learned. *Journal of the American Pharmacists Association* 2011:51:570-572.

Gilligan AM, Warholak TL, Murphy JE, Hines LE, **Malone DC\***.  Pharmacy students' retention of knowledge of drug-drug interactions.  *American Journal of Pharmaceutical Education* 2011; 75 (6): Article 110.

Warholak TL, Holdford DA, West D, DeBake DL, Bently JP, **Malone DC**, Murphy JE. Perspectives on educating pharmacy students about the science of safety.  *American Journal of Pharmaceutical Education* 2011; 75(7):Article 142.

Holford DA, Warholak TL, Strum-West D, Bentley JP, **Malone DC**, Murphy JE, Marchand H.  Teaching the science of safety in U.S. schools of pharmacy.  *American Journal of Pharmaceutical Education* 2011; 75(4):Article 77.

Hines LE, Murphy JE, Grizzle AJ, **Malone DC\***.  Critical issues associated with drug-drug interactions: highlights from a multistakeholder conference. *American Journal of Health-System Pharmacy* 2011 68:941-946.

Warholak TL, Hines LE, Saverno KR, Grizzle AJ, **Malone DC\***. An assessment tool for pharmacy drug-drug interaction software.  *Journal of the American Pharmacists Association* 2011; 51: 418-424.

Hines LE, Saverno TL, Warholak TL, Taylor A, Grizzle AJ, Murphy JE.  **Malone DC\***.  Pharmacists' awareness of clinical decision support in pharmacy information systems: an exploratory evaluation.  *Research in Social and Administrative Pharmacy* 2012;7:359-368.

Armstrong EP, **Malone DC**, McCarberg B, Panarites CJ, Pham SV. Cost-effectiveness analysis of a new 8% capsaicin patch compared to existing therapies for Postherpetic neuralgia. *Current Medical Research & Opinion* 2011; 27:939-50.

Warholak TL, Hines LE, Song MC, Gessay A, Menke JM, Sherrill D, Reel S, Murphy JE, **Malone DC\***. Medical, nursing, and pharmacy students' ability to recognize potential drug-drug interactions: a comparison of healthcare professional students. *Journal of the American Academy of Nurse Practitioners* 2011; 23: 216-221.

Warholak TL, Menke M, Hines LE, Reel S, Murphy J, Sherril D, **Malone DC\***. A drug-drug knowledge assessment instrument for health professional students:  A Rasch analysis of validity evidence. *Research in Social and Administrative Pharmacy* 2011; 7:16-26

Dworkin RH, Panarites CJ, Armstrong EP, **Malone DC**, Pham SV.  Healthcare utilization in people with post-herpetic neuralgia and painful diabetic peripheral neuropathy.  *Journal of the American Geriatrics Association* 2011; 59:827-36.

Hines LE, Ceron-Cabrera D, Armstrong EP, Anthony M, Romero K, Woosley RL, **Malone DC\***.  Evaluation of warfarin interactions listed in FDA-approved prescribing information for warfarin and drugs known to interact with warfarin.  *Clinical Therapeutics* 2011; 33:36-45.

Saverno KR, Hines LE, Warholak TL, Grizzle AJ, Babits L, Clark C, Taylor AM, **Malone DC\***. Ability of pharmacy clinical decision support software to alert users about clinically important drug-drug interactions. *Journal of the American Medical Informatics Association* 2011: 18:32-37.

Hincapie AL, Warholak TL, Murcko A, Slack M, **Malone DC**.  Physicians' opinions of a health information exchange. *Journal of the American Medical Informatics Association* 2011; 18:60-65.

Hess LM, **Malone DC\***, Skrepnek GH, Reed PG, Armstrong EP, Weihs K. Preferences of patients and oncologists for advanced ovarian cancer treatment-related health states. *Health Outcomes and Research in Medicine* 2010; 1(e51-e59).

Higgins L, Brown M, Murphy JE, **Malone DC**, Armstrong EP, Woosley RL.  Community pharmacy and pharmacist-staff call center assessment of medication safety and effectiveness: a feasibility study. *Journal of the American Pharmacists Association* 2011; 51:82-89

**Malone DC**, Waters HC, Van Den Bos J, Popp J, Draahtel K, Rahman MI.  A claims-based Markov model for Crohn's disease.  *Alimentary Pharmacology and Therapeutics* 2010; 32:448-458.

Daniel GW, Ewen E, Willey VJ, Reese C, Shirazi F. **Malone DC\***. Efficiency and economic benefits of a payer-based electronic health record in an emergency department. *Academic Emergency Medicine* 2010; 17:824-833.

Charland SL, **Malone DC**.  Prediction of cardiovascular event reduction from lipid changes associated with high potency dyslipidemia therapy. *Current Medical Research & Opinion* 2010; 26(2):365-375.

Olvey EL, Clauschee S, **Malone DC\***.  Comparison of critical drug-drug interactions from the Department of Veteran's Affairs medical system to standard reference compendia. *Clinical Pharmacology and Therapeutics* 2010; 87:48-51.

Dworkin RH, **Malone DC**, Panarites CJ, Armstrong EP, Pham SV.  Impact of postherpectic neuralgia and painful diabetic peripheral neuropathy on health care costs. *Journal of Pain* 2010; 11:360-368

**Malone DC**, Boudreau DM, Nichols GA, Raebel MA, Fishman PA, Feldstein AC, Ben-Joseph RH, Okamoto LJ, Boscoe A, Magid DJ.  Association of cardiometabolic risk factors and prevalent cardiovascular events. *Metabolic Syndrome and Related Disorders* 2009; 7:585-594.

Hess LM, **Malone DC\***, Skrepnek GH, Reed PG, Armstrong EP, Coons SJ. Oncologist preferences for health states associated with the treatment of advanced ovarian cancer. *Applied Health Economics and Health Policy* 2010;8:217-223.

Anthony M, Romero K, **Malone DC**, Hines L, Higgins L, Woosley, RL.  Warfarin interactions listed in drug information compendia and the FDA approved label for warfarin sodium (Coumadin®). *Clinical Pharmacology and Therapeutics* 2009; 86:425-9.

**Malone DC**, McLaughlin TP, Wahl P, Leibman C, Arrighi HM, Cziraky MJ, Mucha LM.  Burden of Alzheimer's disease and associated negative health outcomes. *American Journal of Managed Care* 2009; 15;481-488.

Boudreau DM, **Malone DC**, Raebel MR, Fishman PA, Nichols GA, Feldstein AC, Hill A, Boscoe AN, Ben-Joseph R, Magid DJ, Okamoto LJ.  Health care utilization and costs by metabolic syndrome risk factors. *Metabolic Syndrome and Related Disorde*rs 2009;7(4):305-314.

Saverno KR, **Malone DC\***, Kurowsky J.  Pharmacy students' ability to identify potential drug-drug interactions.  *American Journal of Pharmaceutical Education* 2009; 73(2):Article 27.

Brixner DI, Holtorf AP, Neumann PJ, **Malone DC**, Watkins JB.  Standardizing quality assessment of observational studies for decision making in health care. *Journal of Managed Care Pharmacy* 2009; 15:275-283.

Smith K, Warholak T, Armstrong EP, Leib M, Rehfield R, **Malone DC**.  Evaluation of risk factors and health outcomes among persons with asthma. *Journal of Asthma* 2009; 46:234-237.

Murphy JE, **Malone DC\***, Olson BM, Grizzle AJ, Armstrong EP, Skrepnek GH.  Development of computerized alert with management strategy for 25 serious drug-drug interactions. *American Journal of Health-Systems Pharmacy* 2009; 66:38-44.

Ko Y, **Malone DC\***, D'Agostino JV, Skrepnek GH, Armstrong EP, Brown M, Woosley RL.  Potential determinants of prescribers' drug-drug interaction knowledge.  *Research in Social and Administrative Pharmacy* 2008; 4:355-366.

Mahmood MH. Armstrong EP. **Malone DC\***. Skrepnek GH. Relationship between pharmaceutical services characteristics and exposure rates to drug-drug interactions in Veterans Affairs medical centers. *American Journal of Health-System Pharmacy* 2008; 65(18):1744-9.

Anthony M, Lee KY, Bertram CT, Abarca J, Rehfeld RA, **Malone DC**,  Freeman M, Woosley RL.  Gender and age differences in medications dispensed from a national chain drug store.  *Journals of Women's Health* 2008; 17:735-743.

Ko Y, **Malone DC\***, Skrepnek GH, Armstrong EP, Murphy JE, Abarca J, Rehfeld RA, Reel SJ, Woosley RL.  Prescribers knowledge of and source for drug-drug interaction information. *Drug Safety* 2008; 31:525-536.

Armstrong EP. **Malone DC**. Erder MH. A Markov cost-utility analysis of escitalopram and duloxetine for the treatment of major depressive disorder. *Current Medical Research & Opinion* 2008; 24(4):1115-21.

Wang MT, Skrepnek GH, Armstorng EP, Sherrill DL, Harris RB.  Tsai CL, **Malone DC\***.  Use of salmeterol with and without concurrent use of inhaled corticosteroids and the risk of asthma-related hospitalization among patients with asthma.  *Current Medical Opinion and Research*  2008; 24:859-867.

Grizzle AJ, Murphy JE, Mahmood M, Armstrong EP, Skrepnek GH, Woosley RL, Jones WN, Schepers GP, Nichol P, Houranieh A, Dare DC, Hoey CT, **Malone DC\***.  Reasons provided by prescribers when overriding drug-drug interaction alerts. *American Journal of Managed Care* 2007;13:573-580.

Mahmood M, **Malone DC\***, Skrepnek GH, Abarca J, Armstrong EP, Murphy JE, Grizzle AJ, Ko Y, Woosley RL.  Assessment of potential drug-drug interactions within the Veterans Affairs medical centers.  *American Journal of Health-Systems Pharmacy* 2007;64:1500-1505.

Yeh WS, Armstrong EP, Skrepnek GH, **Malone DC**.  Peginterferon alfa-2a versus peginterferon alfa-2b as initial treatment of hepatitis C virus infection: a cost-utility analysis from the perspective of the Veterans Affairs Health Care System. *Pharmacotherapy* 2007; 27:813-24.

**Malone DC**, Abarca J, Skrepnek GH, Murphy JE, Grizzle AJ, Rehfeld RA, Woosley RL.  Pharmacist workload and pharmacy characteristics associated with dispensing of potentially clinically important drug-drug interactions.  *Medical Care* 2007; 45:456-462.

Hess LM, Benham-Hutchins M, Herzog TJ, Hsu CH, **Malone DC**, Skrepnek GH, Slack MK, Alberts DS. A meta-analysis of the efficacy of intraperitoneal cisplatin for the front-line treatment of ovarian cancer. *International Journal of Gynecological Cancer* 2007; 17:561-570.

Daniel GW.  **Malone DC\***.  Characteristics of older adults who meet the annual prescription drug expenditure threshold for medicare medication therapy management programs.  *Journal of Managed Care Pharmacy* 2007; 13:142-154.

Ko Y, Abarca J, **Malone DC**, Dare DC, Geraets D, Houranieh A, Jones WN, Nichol WP, Schepers GP, Wilhardt M.  Practitioners' views on computerized drug-drug interaction alerts in the VA system.  *Journal of the American Medical Informatics Association* 2007; 14:56-64.

Ko Y, **Malone DC\***, Armstrong EP.  A pharmacoeconomic evaluation of antimuscarinic agents for the treatment of overactive bladder.  *Pharmacotherapy* 2006; 26:1694-1702.

Hess LM, Raebel MR, Conner DA, **Malone DC\***.  The measurement of adherence in pharmacy administrative databases: a proposal for standard definitions and preferred measures.  *Annals of Pharmacotherapy* 2006; 40:1280-1288.

Murphy JE, **Malone DC**, Skrepnek GH, Armstrong EP, Abarca J, Grizzle AJ, Rehfeld R, Woosley RL. The role of technicians in the management of computerized drug-drug interaction alerts in community pharmacies. *Journal of Pharmacy Technology* 2006; 22:155-160.

Abarca J, Colon LR, Wang VS, **Malone DC**, Murphy JE, Armstrong EP. Evaluation of drug-drug interaction screening software in community and hospital pharmacies. *Journal of Managed Care Pharmacy* 2006; 12:383-389.

Perkins NA, Murphy JE, Armstrong EP, **Malone DC\***. Performance of drug-drug interaction software for personal digital assistants. *Pharmacotherapy* 2006; 40:850-855.

Johnson L, Strich H, Taylor A, Timmerman B, **Malone DC**, Teufel-Shone N, Drummond R, Woosley R, Pereira E, Martinez A. Use of herbal remedies by diabetic Hispanic women in the Southwestern United States. *Phytotherapy Research* 2006:20: 250-255.

Skrepnek GH, Armstrong EP, **Malone DC**, Abarca J, Murphy JE, Grizzle AJ, Rehfeld RA, Woosley RL. Workload and the availability of technology in community pharmacy practice. *Journal of the American Pharmacist Association* 2006; 46(2):154-160.

Abarca J, **Malone DC\***, Skrepnek GH, Rehfeld RA, Murphy JE, Grizzle AJ, Armstrong EP, Woosley RL. Community pharmacy managers' perception of computerized drug-drug interaction alerts. *Journal of the American Pharmacist Association* 2006; 46(2):148-153.

Hess LM, Sadoda K, **Malone DC\***, Salache S, Warneke J, Alberts DS. Adherence assessment using medication weight in a phase IIb clinical trial of difluoromethylornithine for the chemoprevention of skin cancer. *Cancer Epidemiology and Biomarkers Prevention* 2005; 14:2579-2583.

**Malone DC**, Tran TT, Poordad FF, Cost-efficacy analysis of peginterferon alfa-2b plus ribavirin compared with peginterferon alfa-2a plus ribavirin for the treatment of chronic hepatitis C. *Journal of Managed Care Pharmacy* 2005;11:687-94.

Skrepnek GH, Abarca J, **Malone DC**, Armstrong EP, Shirazi FM, Woosley RL. Incremental effects of concurrent pharmacotherapeutic regimens for heart failure on hospitalizations and costs. *Annals of Pharmacotherapy* 2005; 39:1785-91.

**Malone DC**, Hutchins DS, Haupert H, Hansten P, Duncan B, Van Bergen RC, Solomon SL, Lipton RB. Assessment of potential drug–drug interactions with a prescription claims database. *American Journal of Health-Systems Pharmacy* 2005 62: 1983-1991.

Olson BM, **Malone DC\***, Zachry WM, Coons SJ. Consumer understanding and satisfaction associated with a 3-tier prescription drug benefit. *Journal of Managed Care Pharmacy 2005;* 11:480-492.

**Malone DC**, Raebel MA, Porter JA, Lanty FA, Conner DA, Gay EC, Merenich JA, Vogel EA. Cost-effectiveness of sibutramine in the LOSE weight study: evaluating the role of pharmacological weight-loss therapy within a weight management program. *Journal of Managed Care Pharmacy* 2005; 11:458-468.

Romero AV, **Malone DC\***. Accuracy of adverse-drug-event reports collected using an automated dispensing system. *American Journal of Health-System Pharmacy* 2005; 62:1375-1380.

Joish VN, **Malone DC\***, Wendel C, Draugalis JR, Mohler MJ. Development and validation of a diabetes severity index (DSI): a risk adjustment tool for predicting healthcare resource use and costs. *Pharmacotherapy* 2005; 25:676-684.

Skrepnek GH, Armstrong EP, **Malone DC**, Ramachandran S. An economic and outcomes assessment of first-line monotherapy in the treatment of community-acquired pneumonia within managed care. *Current Medical Research & Opinion* 2005; 21(2):261-70.

Abarca J, **Malone DC\***, Armstrong EP, Grizzle AJ, Cohen MD.  Longitudinal analysis of the use of etanercept versus infliximab determined from a medical chart audit.  *Journal of Managed Care Pharmacy* 2004; 10:538-542.

Raebel MA, **Malone DC**, Conner DA, Xu S, Porter JA, Lanty FA.  Health services use and health care costs of obese and non-obese health maintenance organization members.  *Archives of Internal Medicine 2004: 164:2135-2140.*

Armstrong EP, Zachry WM III, **Malone DC**.  Cost-effectiveness analysis of simvastatin and lovastatin/extended-release niacin to achieve LDL and HDL goal using NHANES data.  *Journal of Managed Care Pharmacy* 2004; 10:251-258.

**Malone DC**, Abarca J, Hansten PD, Grizzle AJ, Armstrong EP, Van Bergen R, Duncan-Edgar BS, Solomon SL, Lipton RL.  Identification of serious drug-drug interactions: results of the partnership to prevent drug-drug interactions.  *Journal of the American Pharmacist Association* 2004: 44:142-151.

Abarca J, **Malone DC\***, Armstrong EP, Grizzle AJ, Hansten PD, Van Bergen R, Lipton RB. Concordance of major drug interaction classifications among drug interaction compendia.  *Journal of the American Pharmacist Association* 2004; 44:136-141.

Joish V, **Malone DC\***, Wendal C, Mohler MJ.  Profiling quality of diabetes care in a Veterans Affairs health care system.  *American Journal of Medical Quality* 2004; 19(3);112-120.

Abarca J, **Malone DC\***, Armstrong EP, Zachry III WM.  Use of ACE inhibitor therapy among patients with congestive heart failure enrolled in a managed care organization: the effect on hospitalization and costs. *Pharmacotherapy* 2004; 24: 351-357.

Gardner M, **Malone DC**, Babington M, Sey M.  Mirtazapine is associated with less anxiolytic use among elderly depressed patients in long-term care facilities.  *Journal of the American Medical Directors Association* 2004; 5:101-106.

**Malone DC**, Luskin AT.  Hydrofluoroalkane-134a beclomethasone as a dominant economic asthma therapy. *Respiratory Medicine* 2003; 97:1269-1276.

Joish V, **Malone DC\***, Miller JM.  A cost benefit analysis of vision screening methods for preschoolers and school-aged children.  *Journal of AAPOS* 2003; 7:283-290.

Lackner TE, Heard T, Glunz S, Gann N, Babington M, **Malone DC**.  Gastrointestinal disease control after histamine$_2$-receptor antagonist dose modification for renal impairment in frail chronically-ill elderly patients. *Journal of the American Geriatrics Association* 2003; 51:650-656.

Lee EK, **Malone DC**.  Comparison of peptic ulcer drug use and expenditure before and after separation of prescribing and dispensing policy in Korea.  *Clinical Therapeutics* 2003; 25: 578-592.

Armstrong EP, **Malone DC**.  The impact of nonsteroidal anti-inflammatory drugs on blood pressure, with an emphasis on newer agents.  *Clinical Therapeutics* 2003; 25:1-18.

Armstrong EA, **Malone DC**.  Fluticasone propionate is associated with lower asthma-related costs than leukotriene modifiers in a real-world analysis.  *Pharmacotherapy* 2002; 22(9):1117-1123.

**Malone DC**, Armstrong EP.  Economic burden of asthma: implications for outcomes and cost-effectiveness analysis.  *Expert Review of Pharmacoeconomics & Outcomes Research* 2001; 1:177-186.

**Malone DC**, Mubarak-Shaban H.  Adherence to ATS guidelines for hospitalized patients with community-acquired pneumonia.  *Annals of Pharmacotherapy* 2001; 35:1180-1185.

Okano GJ, **Malone DC***, Billups SJ, Carter BL, Sintek CD, Covey D, Mason B, Jue S, Carmichael J, Guthrie K, Sloboda L, Dombrowski R, Gereats DR, Amato MG.  Reduced quality of life in veterans at risk for drug related problems.  *Pharmacotherapy* 2001; 21(9):1123-1129.

Gonzales R, **Malone DC**, Maselli JH, Sande MA.  Excess antibiotic use for acute respiratory infections in the United States.  *Clinical Infectious Diseases* 2001:33(6):757-762.

Carter BL, **Malone DC**, Billups SJ, Valuck RJ, Barnette, DJ, Sintek CD, Okano GJ, Ellis SL, Covey D, Mason B, Jue S, Carmichael J, Guthrie K, Sloboda L, Dombrowski R, Gereats DR, Amato MG.  The IMPROVE study: how should the findings be interpreted?  *American Journal Health-Systems Pharmacy 2001*: 58:1330-1337.

**Malone DC**, Carter BL, Billups SJ, Valuck RJ, Barnette, DJ, Sintek CD, Okano GJ, Ellis SL, Covey D, Mason B, Jue S, Carmichael J, Guthrie K, Sloboda L, Dombrowski R, Gereats DR, Amato MG.  Can Clinical Pharmacists Affect SF-36 Scores in Veterans at High-Risk For Medication-Related Problems?  *Medical Care* 2001:39:109-112.

Carter BC, Billups SJ, **Malone DC**, Valuck RJ, Barnette, DJ, Sintek CD.  Recommended guidelines for pharmacists who provide care for patients in the IMPROVE Study.  *Federal Practitioner* 2001; 18(1):38-46.

Ellis SL, Carter BL, **Malone DC**, Valuck RJ, Barnette, DJ, Sintek CD, Okano GJ, Ellis SL, Covey D, Mason B, Jue S, Carmichael J, Guthrie K, Sloboda L, Dombrowski R, Gereats DR, Amato MG. Clinical and economic impact of ambulatory care clinical pharmacists in management of dyslipidemia in older adults: The IMPROVE Study.  *Pharmacotherapy* 2000; 20(12):1508-1516.

**Malone DC**, Carter BL, Billups SJ, Valuck RJ, Barnette, DJ, Sintek CD, Okano GJ, Ellis SL, Covey D, Mason B, Jue S, Carmichael J, Guthrie K, Sloboda L, Dombrowski R, Gereats DR, Amato MG.  An economic analysis of a randomized controlled multi-center study of clinical pharmacist interventions for high-risk veterans: The IMPROVE Study.  *Pharmacotherapy* 2000; 20(10):1149-1158.

Billups SJ, **Malone DC***, Carter BL.  Economic outcomes of medication non-compliance.  *Pharmacotherapy* 2000; 20(8):941-949.

MacLaughlin EJ, Saseen JJ, **Malone DC**.  Selection and costs of antibiotics for patients with a reported beta-lactam allergy.  *Archives of Family Medicine* 2000; 9:722-726.

Carter BC, **Malone DC**, Ellis SL, Dombrowski R.  Antihypertensive drug utilization in hypertensive veterans with complex medication profiles.  *Journal of Clinical Hypertension* 2000; 2: 172-180.

Ellis SA, Billups SJ, **Malone DC***, Carter BL, Covey D, Mason B, Jue S, Carmichael J, Guthrie K, Soloboda L, Sintek CD, Geraets DR, Dombrowski R, Amata M.  Ambulatory care clinical pharmacist interventions: The IMPROVE Study.  *Pharmacotherapy* 2000; 20(4):429-435.

Billups SJ, Okano GJ, **Malone DC***, Carter BL, Valuck RJ, Barnette DJ, Sintek CD.  Assessing the structure and process for delivering pharmaceutical care in Veteran Affairs medical centers: The IMPROVE Study.  *American Journal of Health-System Pharmacy* 2000; 57:29-39.

**Malone DC**, Rascati KL, Martin JD.  An analysis of the product-liability costs borne by prescription drug manufacturers.  *Research in Finance* 1999; 17:173-189.

**Malone DC**, Billups SJ, Valuck RJ, Carter BL. Development of a Chronic Disease Indicator Score Using a Veterans Affairs Medical Center Medication Database. *Journal of Clinical Epidemiology* 1999; 52:551-557.

**Malone DC**, Okano GJ.  Treatment of urge incontinence in Veterans Affairs medical centers.  *Clinical Therapeutics* 1999; 21:867-877.

Isaksen SF, Jonassen J, **Malone DC\***, Billups SJ, Carter BL, Sintek CD.  Estimating risk factors for patients with potential drug related problems using electronic pharmacy data. *The Annals of Pharmacotherapy* 1999; 33: 406-412.

Kelly RM, Meyer JD, Matsuura JE, Hart MJ, **Malone DC**, Manning MC.  In vitro release kinetics of gentamycin from  a sodium hyaluronate gel delivery system suitable for the treatment of peripheral vestibular disease. *Drug Development and Industrial Pharmacy* 1999; 25: 15-20.

Lousberg TR, Witt DM, Beall DG, Carter BL, **Malone DC**.  Evaluation of excessive anticoagulation in a group model health maintenance organization.  *Archives of Internal Medicine* 1998; 158: 528-534.

**Malone DC**, Lackner T, Korenblat BM, Babington M, Yoon P.  A clinical and economic comparison of nifedipine CC and nifedipine GITS in long-term care patients. *The Consultant Pharmacist* 1998; 13(2): 182-192.

Alsuwaidan S, **Malone DC**, Billups SJ, Carter BL.  Description of ambulatory care services provided by veterans affairs medical centers. *American Journal of Health-System Pharmacy* 1998; 55: 68-73.

Carter BL, **Malone DC**, Valuck R, Barnette DJ, Sintek C, Billups SJ.  The IMPROVE Study: background and study design.  *American Journal of Health-System Pharmacy* 1998; 55: 62-67.

Smith DH, **Malone DC\***, Lawson KL, Okamoto LJ, Battista C, and Saunders WB.  A national estimate of the economic costs of asthma.  *American Journal of Respiratory and Critical Care Medicine* 1997; 156: 787-793.

**Malone DC**, Gwyn BC.  Consultant pharmacist services and payment in long-term care facilities.  *The Consultant Pharmacist* 1997; 12: 781-790.

**Malone DC**, Lawson KA, Smith DH, Arrighi HM, and Battista C.  A Cost of illness study of allergic rhinitis in the United States.  *Journal of Allergy and Clinical Immunology* 1997; 99: 22-27.

**Malone DC**, Rascati KL, Gagnon JP. Consumers' Evaluation of a Value-Added Pharmacy Services Program. *American Pharmacy* 1993; NS33(3): 48-56.


## Editor-Reviewed Journal Articles

Smeeding J, **Malone DC**, Ramchandani M, Stolshek B, Green L, Schneider P. Biosimilars: considerations for payers. P&T 2019; 44(2):54-63

**The AMCP Format Committee.** The AMCP Format for Formulary Submissions: Welcome to Version 4.0. *Journal of Managed Care and Specialty Pharmacy* 2016; 22:444-446.  (Member of the Committee)

**Malone DC**.  A primer on comparative effectiveness research methods.  *The American Journal of Pharmacy Benefits* 2010; 2:301-303.

**Malone DC**.  Health care reform and bending the cost curve.  *ISPOR Connections*, May-June 2010: 14.

**Malone DC**.  Evidence-based medicine and the role of pharmacoeconomics in decision making.  Managed Care Interface 2007; 20(12):

**Malone DC**. Using indirect comparisons in pharmacoeconomic studies--time for implementation. *Clinical Therapeutics* 2007; 29:2454-5.

**Malone DC**. A budget-impact and cost-effectiveness model for second-line treatment of major depression. *Journal of Managed Care Pharmacy* 2007; 13(6 Suppl A):S8-18.

**Malone DC**. The role of pharmacoeconomic modeling in evidence-based and value-based formulary guidelines. *Journal of Managed Care Pharmacy* 2005; 11(4 Supp):7-10.

Christensen DB. Ferguson MS. Garrett DG. Bunting BA. **Malone DC**. Cranor CW. Studying pharmaceutical care: difficult but necessary. *Journal of the American Pharmacists Association* 2003; *43(5 Suppl 1):S36-7.*

**Malone DC**.  Determining the value of pharmacy services – the search for rigorous research designs.  *Journal of Managed Care Pharmacy* 2002; 8:152-155

Olson BM, **Malone DC**.  Modeling the cost-effectiveness of doubling atorvastatin's dose versus adding niacin ER.  *Formulary* 2001;36:730-746.

Reith CH, **Malone DC**.  Understanding the fundamental concepts for interpreting or conducting meta-analyses. *Formulary* 2001;36:594-609.

**Malone DC**, Sullivan SD, Veenstra DL.  Determining unit cost values for health care resources in pharmacoeconomic studies.  *Formulary* 2001: 36:294-304.

**Malone DC**.  Article critique: cost-effective analysis of interferon alpha-2b with ribavirin for chronic hepatitis C infection.  *Formulary* 2000; 35:681-689.

**Malone DC**, Lawson KA, Smith DH.  Asthma: analysis of high-cost patients.  *Pharmacy Practice Management Quarterly* 2000; 20:12-20.

Grier D, Carter BL, **Malone D**, Badger B.  The University of Colorado School of Pharmacy and the University of Colorado health plan forge a PBM partnership.  *Journal of Managed Care Pharmacy* 1998; 4: 478-480.

Gwyn BC, **Malone DC**, Valuck RJ, Schafermeyer KW.  1996 Colorado cost of dispensing study.  *Colorado Pharmacist* 1997; 28(3): 15-17.

**Malone DC**.  Carve outs and pharmacy: fashion or fad?  *Journal of Managed Care Pharmacy* 1996; 2(4): 352-359.

**Malone DC**. Computers in Pharmacy.  *Texas Pharmacy*, (1990) Vol. 109, No. 9: 26-27.

**Malone DC**. Computers and Automation in Pharmacy: A Case for Mandatory Patient Counseling. NABP Newsletter, (1989) Vol. 18, No. 7: 77-79.

**Malone DC**. Marketing Pharmacy. *Pharmacy Student* (1987) Vol. 17: 15.

## **Book Chapters**

Pharmacy and Therapeutics Committees in Managed Care Organizations. Navaro RP, **Malone DC**, Manieri E, Frear RS, Regan TS, Urick PN, White TJ. In: Managed Care Pharmacy Practice, 2nd Edition, Robert Navaro Ed). Boston: Jones and Barlett Publishers.

Health Economics. **Malone DC**, Armstrong EP, Rahman MI. In: Principals and Practice of Pharmaceutical Medicine, 3rd Edition. Edwards LD, Fox AW, and Stonier PD (editors). Hoboken NJ: Blackwell Publishing. 2011.

## PEER-REVIEWED PRESENTATIONS (since 2002)

Lo-Ciganic WJ, Haung JL, Zhang HH, Weiss JC, Wu Y, Kwoh K, Donohue JM, Cochran J, Gordon AJ, Malone DC, Kuza CC, Gellad WF. Using machine learning to predict risk of opioid overdose in Medicare. International Society for Pharmacoepidemiology Annual Meeting, August 27, 2019, Philadelphia PA.

Kruzikas DT, Malone S, Pham S, Reinsch TK. Akehurst R. Emerging trends in US HTA: a systematic review of ICER value assessments to identify factors associated with recommendations. International Society for Pharmacoeconomic and Outcomes Research 24th Annual Meeting, May 21, 2019, New Orleans LA.

Bhattacharjee S, Lee JK, Patanwala AE, Vadiei N, Malone DC, Knapp, Lo-Ciganic W. Extent and factors associated with adherence to appropriate antidepressant treatment during acute and continuation phase depression treatment among older adults with dementia. International Society for Pharmacoeconomic and Outcomes Research 24th Annual Meeting, May 22, 2019, New Orleans LA.

Malone DC, Miller B, Dean R, Arjunji R, Jensen IS, Maru B, Dabbous O. Use of single dose gene-replacement therapy for treatment of spinal muscular atropy type 1: A United States payer budget impact analysis. International Society for Pharmacoeconomic and Outcomes Research 24th Annual Meeting, May 22, 2019, New Orleans LA.

Malone DC, Dean R, Miller B, Arjunji R, Feltner DE, Sproule DM, Jensen IS, Maru B, Dabbous O. Cost-utility analysis of single dose gene-replacement therapy for spinal muscular atrophy Type 1 compared to chronic nusinersen treatment. International Society for Pharmacoeconomic and Outcomes Research 24th Annual Meeting, May 21, 2019, New Orleans LA.

Zhou L, Bhattacharjee S, Kwoh CK, Tighe P, Malone DC, Slack M, Lo-Ciganic W. Trends, patient and prescriber characteristics and off-label use of gabapentinoids in United States ambulatory care visits from 2003-2015. International Society for Pharmacoeconomic and Outcomes Research 24th Annual Meeting, May 22, 2019, New Orleans LA.

Zhou L, Bhattacharjee S, Kwoh CK, Tighe P, Malone DC, Slack M, Lo-Ciganic W. Dual-trajectories of opioid and gabapentenoid use and risk of subsequent drug overdose among United States Medicare beneficiaries. International Society for Pharmacoeconomic and Outcomes Research 24th Annual Meeting, May 22, 2019, New Orleans LA.

Lo-Ciganic W, Gellad WF, Zhou L, Donohue JM, Roubal A, Hines L, Lindermann J, Malone DC, Bhattacharjee S, Lee JK, Kwoh CK. Geographical variation of high-risk opioid use and risk of overdose among disabled Medicare beneficiaries in the US from 2011 to 2015. International Society for Pharmacoeconomic and Outcomes Research 23rd Annual Meeting, May 22, 2018, Baltimore, MD.

Velez FF, Sacks H, Messina J, Kozma CM, Malone DC, Mahmoud R. Estimating the current costs of endoscopic sinus surgery in the US – a claims-based approach. International Society for Pharmacoeconomic and Outcomes Research 23rd Annual Meeting, May 22, 2018, Baltimore, MD.

Bhattacharjee S, Patanwala A, Malone DC, Lee JK, Knapp S, Lo-Ciganic W, Warholak T, Burke WJ. Comparison of all-cause mortality and all-cause hospitalization risk for medications to treat Alzheimer's disease. International Society for Pharmacoeconomic and Outcomes Research 23rd Annual Meeting, May 22, 2018, Baltimore, MD.

Gharaibeh M, Folse HJ, Stolshek B, Zou D, Harris M, Collier D, Malone DC. Cost-effectiveness analysis of biologic therapies for treatment of psoriatic arthritis. International Society for Pharmacoeconomic and Outcomes Research 23rd Annual Meeting, May 23, 2018, Baltimore, MD.

Tang W, Malone DC. Prescription drug prices and source of payments in the US from 1997 to 2015. International Society for Pharmacoeconomic and Outcomes Research 23rd Annual Meeting, May 22, 2018, Baltimore, MD.

Tang W, Malone DC. The relationship between insurance coverage and medication payments in the US from 1997 to 2015. International Society for Pharmacoeconomic and Outcomes Research 23rd Annual Meeting, May 22, 2018, Baltimore, MD.

Bhattacharjee S, Malone DC, Lee JK, Knapp S, Lo-Ciganic W, Burke WJ. Extent and predictors of potentially inappropriate antidepressant use among older adults with dementia and major depressive disorder. International Society for Pharmacoeconomic and Outcomes Research 23rd Annual Meeting, May 22, 2018, Baltimore, MD.

Marapuru S, Malone DC. An appraisal of the quality of economic evidence in cost-effectiveness and cost-utility studies identified via systematic review for B-type natriuretic peptide-guided therapy in heart failure management patients. International Society for Pharmacoeconomic and Outcomes Research 23rd Annual Meeting, May 23, 2018, Baltimore, MD.

Bhattacharjee S, Malone DC, Warholak TL, Knapp S, Lo Ciganic WH, Lee JK, Burke WJ. Comparison of fall and fracture risk for medications to treat Alzheimer's disease. Academy of Managed Care Pharmacy Nexus meeting 2017. October 17, 2017, Dallas, TX,

Aguilar A, Campbell P, Malone DC. An evaluation of injectable drug prices in times of shortage in the United States. International Society for Pharmacoeconomic and Outcomes Research 22nd Annual Meeting, May 23, 2017, Boston MA.

Smith KL, Sarker A, Nijfarjam A, Malone DC, Gonzalez-Hernandez G. Mining adverse events in twitter: experiences of adalimumab users. International Society for Pharmacoeconomic and Outcomes Research 22nd Annual Meeting, May 23, 2017, Boston, MA.

Oh M, Malone DC. An evaluation of the impact of statin drug-drug interactions leading to rhabdomyolysis requiring hospitalization. ISPOR 22nd Annual Meeting. May 23, 2017, Boston, MA.

Zhou L, Kwoh CK, Gellad WF, Donohue JM, Roubal A, Hines L, Malone DC, Lo Ciganic WH. Geographic variation of inappropriate prescription opioid use among disabled Medicare beneficiaries. International Society for Pharmacoeconomic and Outcomes Research Annual meeting, May 23, 2017, Boston, MA. (**Best Podium Award**)

Malone DC, Hurwitz J, Brown M, Peters L, Graff JS. Is real-world evidence cited in P&T monographs and therapeutic class reviews? Academy of Managed Care Pharmacy Annual Meeting, San Francisco, CA, April 18, 2016.

Ip Q, Malone DC. Are non-randomized controlled studies being published in top medical journals? International Society for Pharmacoeconomic and Outcomes Research 21st Annual International Meeting. Washington, DC, May 24, 2016.

Ballen W, Engel R, Wisdom M, Wasko R, Reilly D, Yanina G, Malone DC. Simplified Approach to the Treatment of Ruptured Appendicitis in a Pediatric Population. IDWeek 2015,  October 10, 2015, San Diego, CA.

Armstrong EP, Malone DC, Yeh W, Dahl GJ, Lee R, Sicignano N. The economic burden of spinal muscular atrophy. International Society for Pharmacoeconomic and Outcomes Research 20th Annual International Meeting. May 22, 2015, Philadelphia, PA.

Schultz N, Malone DC.  A cost-effectiveness analysis of ivacaftor for the treatment of cystic fibrosis. American Thoracic Society annual meeting, May 20, 2015, Denver, CO.

Brochhausen, M, Hogan, WR, Empey, PE., Malone, DM, Boyce, RD. Using Semantic Web technology to link potential drug-drug interaction information to biological and biomedical data. MCBIOS XII Emerging trends in Bioinformatics. March 12-14, 2015, Little Rock, AR, USA.

Gharaibeh M, Malone DC. Economic evaluation of paclitaxel albumin, paclitaxel, and docetaxel as a second line treatment for metastatic breast cancer. International Society for Pharmacoeconomics and Outcomes Research 17th Annual European Congress.  November 9, 2014, Amsterdam, The Netherlands.

Chen YJ, Huang H, Divino V, Pokras S, Hallinan SI, Munahata J, Taylor C, McGarry L, Malone DC. Increasing burden of tyrosine kinase inhibitor treatment failure with later lines of therapy in chronic myeloid leukemia: a real-world database analysis. Academy of Managed Care Pharmacy Annual meeting.  *Journal of Managed Care & Specialty Pharmacy* 2014; 20:S14-15.

Ip Q, Smith KW, Malone DC. Bayesian analysis of malformation outcome in selective serotonin reuptake inhibitor (SSRI) use during pregnancy: an indirect comparison of citalopram, fluoxetine, paroxetine, and sertraline. International Society for Pharmacoeconomics and Outcomes Research European Meeting, Dublin, Ireland, November 2013.

Chinthammit C, Malone DC, A Bayesian multiple treatment comparison of duloxetine, pregabalin, gabapentin, amitriptyline, and their combinations for painful peripheral neuropathy based on pain reduction reported in clinical trials.  International Society for Pharmacoeconomics and Outcomes Research European Meeting, Dublin, Ireland, November 2013.

Armstrong EP, Malone DC, Krishnan S, Wessler J. Costs and Utilization of Hemophilia A and B Patients with and without Inhibitors. National Association of Specialty Pharmacy, San Antonio, Texas; October 15, 2013.

Armstrong EP, Malone DC, Krishnan S, Wessler J. Adherence to Clotting Factor Treatment Among Patients with Hemophilia A or B. National Association of Specialty Pharmacy, San Antonio, Texas; October 15, 2013.

Armstrong EP, Malone DC, Krishnan S, Wessler J. Adherence to clotting factors among persons with type A or B Haemophilia. International Society on Thrombosis and Haemostasis XXIV Congress, Amsterdam, The Netherlands; July 1, 2013.

Armstrong EP, Malone DC, Krishnan S, Wessler J. Costs and Utilisation of Haemophilia A and B patients with and without inhibitors. International Society on Thrombosis and Haemostasis XXIV Congress, Amsterdam, The Netherlands; July 1, 2013.

Yehoshua A, Malone DC, Gillard P, Globe D. Cost-effectiveness analysis for refractory overactive bladder: a systematic literature review. International Society for Pharmacoeconomics and Outcomes Research 18th Annual Meeting, New Orleans, LA, May 22, 2013

Harrington AR, Armstrong EP, Nolan P, Malone DC.  Lifetime costs and life-years gained associated with apixaban, dabigatran, rivaroxaban, and warfarin for stroke prevention in atrial fibrillation. International Society for Pharmacoeconomics and Outcomes Research 18th Annual Meeting, New Orleans, LA, May 22, 2013

Harrington AR, Armstrong EP, Nolan P, Malone DC. Lifetime costs and life-years gained associated with apixaban, dabigatran, rivaroxaban, and warfarin for stroke prevention in atrial fibrillation. Western Pharmacoeconomic Conference, Tucson, AZ March 2013

Schrader BJ, Charland SL, Malone DC, Agatep BC, Herrera V, Hawk GS, Stanek EJ. Assessment of adoption of U.S. prescribing guidelines for dabigatran in a real world population. International Society for Pharmacoeconomics and Outcomes Research European Annual Meeting, Berlin, Germany, Nov 6, 2012.*Value in Health* 2012:15;A465.

Malone DC, Charland SL, Agatep BC, Herrera V, Hawk GS, Schrader BJ, Stanek EJ. The use of claims-based CHA2DS2-VASC and ATRIA scores to predict stroke/systemic embolism and bleeding rates among anticoagulated patients with atrial fibrillation (AFIB) in a pharmacy-benefit management (PBM) environment. International Society for Pharmacoeconomics and Outcomes Research European Annual Meeting, Berlin, Germany, Nov 6, 2012. *Value in Health* 2012:15;A464.

Charland SL, Malone DC, Agatep BC, Herrera V, Hawk GS, Schrader BJ, Stanek EJ. Real-world risk of thromboembolism or bleeding with warfarin or dabigatran therapy in patients with atrial fibrillation. American Heart Association Annual Meeting, Los Angeles, CA, November 4, 2012. *Circulation* 2012;126:A16370.

LaFleur *J*, Smith J, Nelson S, Nelson R, Adler RA, Nebeker JR, Malone DC. Cost-effectiveness analysis of different strategies for fragility fracture prevention in United States veterans. International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting. Washington, DC. June 2012.

Armstrong EP, Malone DC, Cognata Smith C.  A systematic evaluation of oral antibiotic and isotretinoin therapies for moderate to severe acne. International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting, Washington, DC, June 2012.

Tsai K, Globe D, Malone DC.  Nocturia and the risk of falls, fractures, sleep, and work productivity: a systematic review and analysis.  International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting, Washington, DC, June 2012.

Saverno KS, Malone DC, Warholak TL, Armstrong EP, Slack M.  Impact of Medicare Part D on pharmaceutical and medical utilization in Arizona's dual eligible population. International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting, Washington, DC, June 2012.

Gilligan AM, Warholak TL, Armstrong EP, Malone DC.  Determining the existence of racial and ethnic disparities in Alzheimer's disease pharmacotherapy exposure: an analysis across four state Medicaid populations. International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting, Washington, DC, June 2012.

Malone DC, Hines LE, Brown SR.  The clinical consequences of exposure to clinically important drug-drug interactions. International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting, Washington, DC, June 2012. **Winner of Best Poster Award**

Malone DC, Hines LE, Brown SR, Warholak TL. The incidence of potential drug-drug interactions originating from the same prescriber.  International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting, Washington, DC., June 2012.

Malone DC, Armstrong EP, Bui CN.  Cost-effectiveness of pharmacologic treatment of overactive bladder. International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting, Washington, DC., June 2012.

Malone DC, Armstrong EP.  Cost-effectiveness of collagenase clostridium histolyticum, limited faciectomy, and percutaneous needle faciotomy in the treatment of Dupuytren's contracture.   International Society for Pharmacoeconomics and Outcomes Research 17th International Meeting, Washington, DC., June 2012.

Khalaf K, Globe D, Armstrong E, Malone D, Coyne K.  Productivity Impairment among People with MS and Urinary Symptoms.  Consortium of Multiple Sclerosis Centers, San Diego, CA, June 2012.

Khalaf K, Globe D, Armstrong E, Malone D, Coyne K.  Health-related Quality of Life Among People with MS and Urinary Symptoms.  Consortium of Multiple Sclerosis Centers, San Diego, CA, June 2012.

Khalaf KM, Globe DG, Armstrong EP, Malone DC, Coyne K.  Prevalence of Lower Urinary Tract Symptoms among Patients with Multiple Sclerosis.  American Urological Association, Atlanta, GA, May 2012.

Khalaf, KM, Armstrong, EP, Skrepnek, G.  An assessment of disease-specific quality of life instruments relating to bladder dysfunction used in patients with multiple sclerosis. International Society for Pharmacoeconomics and Outcomes Research, May 2011.

Khalaf KM, Eremenco SE, Globe DG, Armstrong EP, Malone, DC, Coyne K.  Considerations for targeted recruitment of patients with a chronic condition using an online survey. Society for Medical Decision Making, Chicago IL, October 2011.

Khalaf KM, Globe DG, Armstrong EP, Malone DC, Coyne K.  The relationship between patient-reported health-related quality of life and disability status among patients with multiple sclerosis.  International Society of Pharmacoeconomics and Outcomes Research, Madrid, Spain, November 2011

Khalaf KM, Globe DG, Armstrong EP, Malone DC, Coyne K.  Online collection of patient-reported outcomes for patients with multiple sclerosis. International Society of Quality of Life Research, Denver, CO, October 2011

Daniels SR, Armstrong EP, Malone DC, Burgess SM.  Obesity- and weigh-specific health-related quality of life instruments for obese children and adolescents. International Society for Pharmacoeconomics and Outcomes Research, Atlanta, GA, May 19, 2010

Malone DC, Hansen GL, Sorensen L.  A Bayesian analysis of biphosphonate efficacy for the treatment of postmenopausal osteoporosis. International Society for Pharmacoeconomics and Outcomes Research, Atlanta, GA, May 18, 2010

Harrington AR, Warholak TL, Malone DC.  Health care professional students' knowledge of drug-drug interactions: a pretest posttest study. International Society for Pharmacoeconomics and Outcomes Research, Atlanta, GA, May 18, 2010

Tang D, Malone DC.  A meta-analysis of the 5-HT3 receptor antagonists use in post-operative nausea and vomiting prophylaxis. International Society for Pharmacoeconomics and Outcomes Research, Atlanta, GA, May 18, 2010

Smith K, Brown S, Malone DC, Warholak TL.  Association of warfarin, NSAIDs, and gastrointestinal bleeding. International Society for Pharmacoeconomics and Outcomes Research, Atlanta, GA, May 17, 2010

Gilligan A, Malone DC. A Bayesian meta-analysis comparing treatments for Alzheimer's disease. International Society for Pharmacoeconomics and Outcomes Research, Paris, France, October 24, 2009.

Malone DC, Boudreau D, Nichols G, Raebel MA, Fishman P, Feldstein A, Ben-Joseph R, Okamoto LJ. Association of cardiometabolic risk factors and prevalent cardiovascular events. International Society for Pharmacoeconomics and Outcomes Research, Orlando, Florida, May 16, 2009.

Rahman M, Malone DC, Armstrong EP.  An economic evaluation of circulating tumor cells detection in metastatic breast cancer. International Society for Pharmacoeconomics and Outcomes Research, Orlando, Florida, May 16, 2009.

Saverno K, Malone DC.  Evalation of a wireless handheld medication management program in the prevention of drug-drug interactions. International Society for Pharmacoeconomics and Outcomes Research, Orlando, Florida, May 16, 2009.

Perera P.  Malone DC. Metformin treatment for improving outcomes related to infertility in polycystic ovary syndrome – a Bayesian analysis. International Society for Pharmacoeconomics and Outcomes Research, Orlando, Florida, May 16, 2009.

Daniels GW, Willey VJ, Shirazi M, Malone DC. Efficiency and economic benefits associated with the use of a payer-based electronic health record in an emergency department among a health insured population. International Society for Pharmacoeconomics and Outcomes Research, Orlando, Florida, May 16, 2009.

Menke JM, Malone DC. Which public policy is more cost-effective in reducing cardiac deaths: increased taxes or smoking bans? International Society for Pharmacoeconomics and Outcomes Research, Orlando, Florida, May 16, 2009.

Malone DC, Wahl PM, McLaughlin TP, Leibman CW, Zbrozek A, Arrighi HM.  An elevated burden of disease for persons with both Alzheimer's Disease and Diabetes.  American Society of Consultant Pharmacists Annual Meeting.  New Orleans, LA, November 21, 2008.

Malone DC, Wahl PM, McLaughlin TP, Leibman CW, Arrighi HM.  Fracture rates among persons with and without Alzheimer's disease.  International Conference on Alzheimer's Disease.  Chicago, IL, July 30, 2008

Hess LM, Skrepnek GH, Armstrong EP, Malone DC.  Comparison of standard gamble utilities and visual analog scale values in an ovarian cancer patient and oncologist study of cancer treatment preferences.  International Society for Pharmacoeconomics and Outcomes Research, Toronto, Canada.  May 5, 2008.

Saverno K, Malone DC.  Pharmacy students' ability to recognize drug-drug interactions (DDIs).  International Society for Pharmacoeconomics and Outcomes Research, Toronto, Canada.  May 5, 2008.

Malone DC, Thompson HC, Van Den Bos J, Draaghtel K, Rahman MI.  Development of a claims-based Markov model for Crohn's disease.  International Society for Pharmacoeconomics and Outcomes Research, Toronto, Canada.  May 5, 2008.

Mahmood MH, Malone DC.  Atypical antipsychotic medications in the treatment of schizophrenia:a bayesian meta-analysis of direct and indirect comparisons.   International Society for Pharmacoeconomics and Outcomes Research, Toronto, Canada.  May 6, 2008.

Skora JL, Skrepnek GH, Armstrong EP, Malone DC.  A cost-effectiveness analysis of treatment to low-density lipoprotein (ldl) cholesterol goal in high-risk patients based upon the 2004 national cholesterol education program (ncep) guideline update.  International Society for Pharmacoeconomics and Outcomes Research, Toronto, Canada.  May 5, 2008.

Smith KL, Ranger-Moore J, Mohler MJ, Armstrong EP, Skrepnek GH, Malone DC.  Longitudinal decline of renal function in hypertensive veterans.  International Society for Pharmacoeconomics and Outcomes Research, Toronto, Canada.  May 6, 2008.

Hess LM, Coons SJ, Skrepnek G, Weihs K, Malone, DC. A pilot study of ovarian cancer patient preferences: empirical support for non-linear decision making

processes. 9th World Congress of Psycho-Oncology, London, United Kingdom.  September 16, 2007

Ko Y, Malone DC, Skrepnek GH, Armstrong EP, Murphy JE, Abarca J, Rehfeld RA, Reel SJ, Woosley RL  A national survey on prescribers' knowledge of and their source of drug-drug interaction information.  International Society for Pharmacoeconomics and Outcomes Research, Crystal City, Virginia.  May 21, 2007.

Ko Y, Malone DC, Skrepnek GH, Armstrong EP, Murphy JE, Abarca J, Rehfeld RA, Reel SJ, Woosley RL  A national survey on prescribers' knowledge of and their source of drug-drug interaction information.  International Society for Pharmacoeconomics and Outcomes Research, Crystal City, Virginia.  May 21, 2007.

Mahmood MH, Armstrong EP, Malone DC, Skrepnek GH.  Examining the association between exposure rates t clinically important drug-drug interactions and pharmaceutical services within ambulatory care setting in Veterans Affairs medical centers.   International Society for Pharmacoeconomics and Outcomes Research, Crystal City, Virginia.  May 21, 2007.

Malone DC, Abarca J, Skrepnek GH, Murphy JE, Armstrong EP, Grizzle AJ, Rehfeld RA, Woosley RL.  Pharmacist workload and pharmacy characteristics associated with the dispensing of potentially clinically important drug-drug interactions.  International Society for Pharmacoeconomics and Outcomes Research, Crystal City, Virginia.  May 21, 2007.

Malone DC, Charland SL. Evaluation of dyslipidemia therapies for treatment
of low hdl and high ldl:a cost-effectiveness analysis based on National Health and Nutrition Examination Survey III.  International Society for Pharmacoeconomics and Outcomes Research, Crystal City, Virginia.  May 21, 2007.

Smith KL,Warholak-Jackson T, Malone DC, Armstrong EP, Rehfeld RA.  Evaluation of risk factors and predictors of health outcomes among persons with asthma.  International Society for Pharmacoeconomics and Outcomes Research, Crystal City, Virginia.  May 21, 2007.

Ko Y, Malone DC, D'Agostino JV, Skrepnek GH, Armstrong EP, Brown M, Rehfeld RA, Abarca J, Woosley RL.  An application of item response theory to prescribers' knowledge and attitude measurement.  International Society for Pharmacoeconomics and Outcomes Research, Crystal City, Virginia.  May 21, 2007.

Malone DC, Armstrong EP.  Cost-utility analysis of anti-depressants for second-line treatment of major depressive disorder.  International Society for PharmacoEconomics and Outcomes Research European Meeting.  Copenhagen, Denmark,  October 30, 2006.

Daniel GW, Malone DC.  Characteristics of seniors with high annual prescription drug expenditures: findings from the 2002 and 2003 Medical Expenditure Panel Survey.  International Society for PharmacoEconomics and Outcomes Research Annual meeting, May 23, 2006.

Smith KL, Malone DC, Bhandary D.  Association of antihypertensive medication class with blood pressure control and persistence on monotherapy.  International Society for PharmacoEconomics and Outcomes Research Annual meeting, May 23, 2006.

Wang MT, Malone DC, Skrepnek GH.  An evaluation of the association between health care utilization and use of salmeterol among subjects with asthma.  International Society for PharmacoEconomics and Outcomes Research Annual meeting, May 22, 2006.

Malone DC.  Mahmood M.  Evaluating the difference between average wholesale price and wholesale acquisition cost for pharmaceuticals in the United States.  International Society for PharmacoEconomics and Outcomes Research European meeting, November 6, 2005.

Bhandary D, Malone DC.  An evaluation of pharmaceutical prices under the pharmaceutical federal supply schedule.  International Society for PharmacoEconomics and Outcomes Research Annual Meeting, May 17, 2005. *Value in Health* 2005; 8:243.

Ko Y, Malone DC, Armstrong EP.  A pharmacoeconomic evaluation of oxybutynin and tolterodine for the treatment of overactive bladder.  International Society for PharmacoEconomics and Outcomes Research Annual Meeting, May 17, 2005.  *Value in Health* 2005; 8:414:415.

Malone DC, Raebel M, Porter JA, Lanty F, Conner DA, Merenich JA, Vogel EA.  Cost effectiveness of sibutramine in the long-term outcomes of sibutramine effectiveness on weight study.  International Society for PharmacoEconomics and Outcomes Research Annual Meeting, May 17, 2005.  *Value in Health* 2005; 8:407. Armstrong EP, Skrepnek GH, Malone DC, Erder H. A cost-effectiveness analysis of escitalopram and sertraline in the treatment of major depressive disorder.  International Society for PharmacoEconomics and Outcomes Research Annual Meeting, May 17, 2005.  *Value in Health* 2005; 8:393.

Wang MT, Malone DC, Skrepnek GH, Armstrong EP. Introduction of bias when using the smearing re-transformation method in the presence of positively skewed anti-logged residuals.  International Society for PharmacoEconomics and Outcomes Research Annual Meeting, May 17, 2005.  *Value in Health* 2005; 8:375-376.

Yeh WS, Skrepnek GH, Armstrong EP, Malone DC.  A comparison of methods to assess quality of life in economic analyses of hepatitis C treatments.  International Society for PharmacoEconomics and Outcomes Research Annual Meeting, May 16, 2005.  *Value in Health* 2005; 8:309-310.

Smith K, Smith D, Hazlet TK, Malone DC.  Effect of a pharmacy benefit change on accuracy of prescription database's days supply variable.  International Society for PharmacoEconomics and Outcomes Research Annual Meeting, May 16, 2005.  *Value in Health* 2005; 8:288.

Skrepnek GH, Abarca J, Malone DC, Armstrong EP, Shirazi FM, Woosley RL.  Incremental effects of concurrent pharmacotherapeutic regimens for heart failure on hospitalizations and costs.  International Society for PharmacoEconomics and Outcomes Research Annual Meeting, May 16, 2005.  *Value in Health* 2005; 8:265.

Murphy JE, Wang VS, Malone DC, Armstrong EP. Performance of drug interaction software in Tucson hospital pharmacies.  American Society of Health-Systems Pharmacists Midyear Clinical Meeting, December 7, 2004

Perkins NA, Malone DC, Armstrong EP, Murphy JE.  Performance of drug-drug interaction software for personal digital assistants.  American Society of Health-Systems Pharmacists Midyear Clinical Meeting, December 7, 2004

Colon L, Armstrong EP, Malone DC, Murphy JE.  Evaluation of drug interaction screening software programs in community pharmacies in Tucson, Arizona.  American Society of Health-Systems Pharmacists Midyear Clinical Meeting, December 8, 2004

Malone DC, Ward S, Gesser K.  A cost-effectiveness analysis of treating open angle glaucoma.   International Society for Pharmaceutical Outcomes and Research 9th Annual International Meeting, Alexandria, VA, May 16, 2004

Skrepnek GH, Armstrong EP, Malone DC, Ramanchandran S.  An economic and clinical assessment of first-line monotherapy in the treatment of community-acquired pneumonia within managed care.  International Society for Pharmaceutical Outcomes and Research 9th Annual International Meeting, Alexandria, VA, May 17, 2004

Joish VN, Malone DC, Wendal C, Mohler MJ.  Validation of the diabetes resource consumption index (DRCI): a risk adjustment tool for predicting health care resource use and costs.  International Society for Pharmaceutical Outcomes and Research 9th Annual International Meeting, Alexandria, VA, May 17, 2004

Joish VN, Malone DC, Wendal C, Mohler MJ.  Development of a diabetes resource consumption index (DRCI) using veterans health administration data.  International Society for Pharmaceutical Outcomes and Research 9th Annual International Meeting, Alexandria, VA, May 17, 2004

Stoplman NM, Valuck RJ, Lezotte D, Malone DC, Glazner J, Everson GT.  A pharmacoeconomic assessment of the benefits and costs of managing immunosuppression in post-liver transplant patients: a university hospital perspective.  International Society for Pharmaceutical Outcomes and Research 9th Annual International Meeting, Alexandria, VA, May 17, 2004

Wanke LA, Chiou CF, Reyes E, Malone DC, Woolley M.  Cost-efficacy comparison of biologics used to treat psoriasis.  Society of Investigational Dermatology Annual Meeting, Providence, Rhode Island, April 29, 2004.

Malone DC, Abarca J, Skrepnek G, Rehfield R, Armstrong EP, Murphy JE, Grizzle AJ, Woosley R.  *Community pharmacists' perceptions of computerized drug-drug interaction alerts*.  American Pharmaceutical Association Annual Meeting, March 28, 2004.  Journal of the American Pharmacists Association 2004; 44: 279.

Malone DC, Poulios N, Li-McLeod J.  Evaluation of influenza substrates distributions for use in economic models evaluating influenza vaccines.  Drug Information Association Pharmaceutical Outcomes Research Conference, Tucson Arizona, January 18, 2004.

Abarca J, Malone DC, Armstrong EP, Grizzle AJ, Rehfeld R, Cohen MD.  Drug Use Evaluation of TNF-$\alpha$ Inhibitors in the Treatment of Rheumatoid Arthritis in Routine Clinical Practice in the US.  American College of Rheumatology Annual Meeting.  Orlando, Florida, October 25, 2003.

Chiou CF, Wanke LA, Reyes C, Malone DC, Ortmeier B, Ofman JJ, Weisman M.  Biologics in Rheumatoid Arthritis: Cost-Efficacy Based on Clinically Meaningful Improvement in Health Assessment Questionnaire Scores. American College of Rheumatology Annual Meeting.  Orlando, Florida, October 25, 2003.

Chiou CF, Wanke LA, Reyes C, Malone DC, Ortmeier B, Ofman JJ, Weisman M.  Comparison of the Cost-Efficacy of Biologics in the Treatment of Rheumatoid Arthritis. American College of Rheumatology Annual Meeting.  Orlando, Florida, October 25, 2003.

Singh A, Wanke LA, Malone DC, Ortmeier BG. Cost-Efficacy Comparison of Adalimumab and Etanercept in the Treatment of Rheumatoid Arthritis. American College of Rheumatology Annual Meeting.  Orlando, Florida, October 26, 2003.

Chiou CF, Wanke LA, Reyes C, Malone DC, Ortmeier BG, Ofman J, Weisman M. A cost-efficacy comparison of biologic agents in the treatment of rheumatoid arthritis.  Annual European Congress of Rheumatology.  Lisbon Portugal, June 21, 2003.

Malone DC, Ortmeier BG.  Cost-effectiveness analysis of etanercept versus infliximab in the treatment of rheumatoid arthritis.  Annual European Congress of Rheumatology.  Lisbon Portugal, June 21, 2003.

Malone DC, Singh A, Wanke LA, Ortmeier BG.  A cost-efficacy comparison of adalimumab and etanercept in treatment of rheumatoid arthritis.  Annual European Congress of Rheumatology.  Lisbon Portugal, June 21, 2003.

Malone DC, Singh A, Wanke LA, Ortmeier BG.  A cost-efficacy comparison of adalimumab and etanercept in treatment of rheumatoid arthritis.  Annual European Congress of Rheumatology.  Lisbon Portugal, June 21, 2003.

Malone DC, Gardner ME, Babington MA, Sey M.  Drug use evaluation of mirtazepine in nursing facility residents: impact on use of concomitant medications.  American Geriatrics Society Annual Meeting, Baltimore, MD, May 16, 2003.

Armstrong EP, Zachry III WM, Malone DC.  Cost-effectiveness analysis of simvastatin and lovastatin/extended-release niacin to achieve LDL and HDL goal using NHANES data.  International Society for Pharmaceutical Outcomes and Research 8th Annual International Meeting, Alexandria, VA, May 20, 2003.

Olson BM, Malone DC.  Consumer understanding and satisfaction associated with a three-tier prescription drug benefit.  Academy of Managed Care Pharmacy Annual Meeting, Minneapolis, MN, April 11, 2003.  *Awarded Best Student/fellow Poster Prize

White TJ, Chang E, Fontes C, Berenbeim D, Malone DC.  An analysis of the relationship between initial asthma medication selected and total cost of care.  Academy of Managed Care Pharmacy Annual Meeting, Minneapolis, MN, April 11, 2003

Malone DC, Gardner ME, Babington MA, Sey M.  Drug use evaluation of mirtazepine in nursing facility residents: impact on use of concomitant medications.  American Society of Consultant Pharmacists Annual Meeting, Anaheim, California, November 14, 2002.

Lackner TE, Heard T, Glunz S, Gann N, Babington M, Malone DC.  Gastrointestinal disease control after histamine$_2$-receptor antagonist dose modification for renal impairment in frail chronically-ill elderly patients (encore presentation).  American Society of Consultant Pharmacists Annual Meeting, Anaheim, California, November 15, 2002.

Yalkowsky R, Malone DC.  Cost-effectiveness of triptan therapy in treatment of migraine.  ISPOR European Meeting.  Rotterdam, Holland.  November 5, 2002.

Malone DC, Ortmeier BG.  Cost effectiveness analysis of etanercept versus infliximab in the treatment of rheumatoid arthritis.  American College of Rheumatology Annual Meting.  New Orleans, Louisiana.  October 27, 2002.

Malone DC, Ortmeier BG.  Cost-efficacy of etanercept versus infliximab plus methotrexate in the treatment of DMARD-resistant rheumatoid arthritis.  Annual European Congress of Rheumatology.  Stockholm, Sweden, June 15, 2002.

Malone DC, Ortmeier BG.  Cost-efficacy of etanercept versus infliximab plus methotrexate in rheumatoid arthritis based upon radiographic data.  Annual European Congress of Rheumatology.  Stockholm, Sweden, June 15, 2002.

Abarca, J, Malone DC, Armstrong EA. The effect of beta-blocker and ace inhibitor therapy on the risk of hospitalization and resource utilization among patients with chf enrolled in a managed care organization. International Society for Pharmacoecnomic and Outcomes Research 7th Annual meeting.  Crystal City, Virginia. May 20, 2002.  *Value in Health* 2002; 5(3):170 (abstract).

Zachry W, Jackson T, Malone D.  Prescriber behavioral intentions associated with patient disease state and clinician type.  American Pharmaceutical Association Annual Meeting.  Philadelphia, Pennsylvania, March 18, 2002.  Journal of the American Pharmaceutical Association 2002; 42(2):328 (abstract).


## GRANTS
**Principal investigator is listed first.**


## Federal

Title:                         Enabling Shared Decision Making to Reduce Harm from Drug Interactions:
                               An End-to-End Demonstration

Source:              Agency for Healthcare Research and Quality -
Dates:               9/30/19 to 9/29/21
Investigators:       Malone, Boyce, Del Foils, Kawamoto, Weir
Role:                Principal Investigator
Amount:              $995,341
Percent Effort:      20%


Title:               Dissemination and Implementation of QT Risk Clinical Decision Support
Source:              Agency for Healthcare Research and Quality -1R18HS0266662-01
Dates:               4/1/19 to 3/31/21
Investigators:       Malone, Antonescu, Bedrick, Heise, Gallo, Gephart, Tisdale, Woosley
Role:                Principal Investigator
Amount:              $776,430
Percent Effort:      20%


Title:               Meaningful Drug Interaction Alerts
Source:              Agency for Healthcare Research and Quality –1R01HS025984-01
Dates:               5/1/18 to 2/28/22
Investigators:       Malone, Gephart, Subbian, Boyce
Role:                Principal Investigator
Amount:              $1,589,749
Percent Effort:      23%

Title:               Addressing gaps in clinically useful evidence on drug-drug interactions
Source:              National Library of Medicine – 5R01NLM011838-04
Dates:               2/15/14 to 2/15/18
Investigators:       Boyce, Malone,
Role:                Co-Investigator
Amount:              $1,600,000
Percent Effort:      10%


Title:               Depression Treatment and Outcomes Among Older Adults with Dementia in
                     the United States.
Source:              National Institute of Mental Health -1R03MH114503-01
Dates:               7/1/2017 to 6/30/2019
Investigators:       Bhattachariee, Malone, Warholak, Lo-Ciganic
Role:                Co-Investigator
Amount:              $153,500
Percent Effort:      1%


Title:               Using Machine Learning to Predict Problematic Opioid Use.

| | |
|---|---|
| Source: | National Institute for Drug Abuse - 1R01DA044985-01 |
| Dates: | 9/1/2017 to 6/20/2020 |
| Investigators: | Gellad, Lo-Ciganic, Kwoh, Donohue, James, Calhoun, Cochran, Gordon, Malone, Zhu, Zhang |
| Role: | Co-Investigator |
| Amount: | $825,427 |
| Percent Effort: | 3% |

| | |
|---|---|
| Title: | Individualized Drug Interaction Alerts |
| Source: | Agency for Health Care Research Quality -1R21 HS023826-01 |
| Dates: | 7/1/2015 to 6/30/017 |
| Investigators: | Malone, Hines, Boyce, |
| Role: | Principal Investigator |
| Amount: | $299,830 |
| Percent Effort: | 20% |

| | |
|---|---|
| Title: | Clinical Decision Support Optimizing NEC Prevention and Early Recognition |
| Source: | Agency for Health Care Research Quality - K08 HS22908-01A1 |
| Dates: | 9/30/14 to 9/29/19 |
| Investigators: | Gephart, Malone, Greenes, Titler, Bell, Shuffitt |
| Role: | Primary Mentor |
| Amount: | $702,920 |
| Percent Effort: | No support for mentors allowed |

| | |
|---|---|
| Title: | Drug-Drug Interaction Clinical Decision Support Conference Series |
| Source: | Agency for Health Care Research Quality -1R13HS021826-01 |
| Dates: | 9/30/12 to 9/29/15 |
| Investigators: | Malone, Hines |
| Role: | Principal Investigator |
| Amount: | $287,596 plus $40,000 from drug knowledge vendors |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Mining Social Network Postings for Mentions of Potential Adverse Drug Reactions |
| Source: | National Library of Medicine -1R01LM011176-01 |
| Dates: | 9/10/12 to 8/31/16 |
| Investigators: | Gonzalez, Malone, Smith, Pettiti |
| Role: | Co-Investigator |
| Amount: | $1,408,499 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Innovation Diffusion of Comparative Effectiveness Research |
| Source: | Agency for Health Care Research Quality - 1R18 HS 19220-01 01 |
| Dates: | 9/30/10 to 9/29/12 |
| Investigators: | Malone, Warholak, Hines, Brixner, Cobaugh, Schlaiffer |
| Role: | Principal Investigator |
| Amount: | $1,250,153 |
| Percent Effort: | 15% |

| | |
|---|---|
| Title: | Epidemiologic follow-up study of newly diagnosed epilepsy among seniors from different ethnic groups |
| Source: | Centers for Disease Control and Prevention |
| Dates: | 9/30/10 to 9/29/14 |
| Investigators: | Labiner, Chong, Malone, Kudrimoti, Drake, Denninghoff, Harris, Malone, Fain, Reinschmidt, LaFleur |
| Role: | Co-Investigator |
| Amount: | $1,600,000 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Home-based Cancer Symptom Management. |
| Source: | Caracal, Inc. (Subcontract from NIH – 5R43MD011210-02 |
| Dates: | 9/15/10 to 11/30/13 |
| Investigators: | Lopez, Krupinski, Malone |
| Role: | Co-Investigator |
| Amount: | $648,930 |
| Percent Effort: | Varying 4% to 7% |

| | |
|---|---|
| Title: | Generating, Evaluating, and Implementing Evidence for Drug-Drug Interactions in Health Information Technology to Improve Patient Safety: A Multi-Stakeholder Conference. |
| Source: | Agency for Health Care Research Quality -1R13HS018307-01 |
| Dates: | 8/1/09 to 7/31/11 |
| Investigators: | Malone, Hines, Grizzle, Murphy, |
| Role: | Principal Investigator |
| Amount: | $50,000 plus $22,000 from Drug Knowledge Database Vendors |
| Percent Effort: | 20% |

| | |
|---|---|
| Title: | Arizona Center for Education and Research on Therapeutics |
| Source: | Agency for Health Care Research Quality  - U18 HS017001-01 |
| Dates: | 9/1/07 to 8/31/11 |
| Investigators: | Core Investigators: Woosley, Malone, Anthony, Warholak, Armstrong, Murphy, Reel, Sherrill, Romero |
| Role: | Co-Investigator and Director of Pharmaceutical Outcomes Core |
| Amount: | $3,958,568 |
| Percent Effort: | 20% |

| | |
|---|---|
| Title: | Center for Education and Research on Therapeutics |
| Source: | Agency for Health Care Research Quality -U18 HS10385-05 |
| Dates: | 9/30/02 to 9/29/07 |
| Investigators: | Woosley, Malone, Campbell, Johnson |
| Role: | Co-Investigator |
| Amount: | $3,988,451 |
| Percent Effort: | 28% |

| | |
|---|---|
| Title: | Clinical Importance of Drug-Drug Interactions |
| Source: | National Institute of Aging – 5R01AG025152-01 |

Dates:                9/30/07 to 9/29/10
Investigators:        Hennessey, Strom, Horn, Malone
Role:                 Co-Investigator
Amount:               $3,707,071
Percent Effort:       5%


Title:                CERT - Community Pharmacy Safety Network
Source:               Agency for Health Care Research Quality (supplement to U18 HS10385-05)
Dates:                9/30/05 to 9/29/06
Investigators:        Woosley, Malone, Abarca, Brown, Armstrong, Murphy, Reel.
Role:                 Co-Investigator
Amount:               $142,798
Percent Effort:       2%


Title:                Enhancing the monitoring of pharmaceutical services and patient safety
                      through connectivity
Source:               Centers for Disease Control and Prevention
Dates:                9/25/01 to 9/30/02
Investigators:        Lipton, Malone, Grizzle, Duncan, Armstrong
Role:                 Co-Principal Investigator
Amount:               $195,417
Percent Effort:       30%


Title:                Enhancing the monitoring of pharmaceutical services and patient safety
                      through connectivity – Year 2 continuation
Source:               Centers for Disease Control
Dates:                9/25/02 to 9/30/03
Investigators:        Lipton, Malone, Grizzle, Duncan, Armstrong
Role:                 Co-Principal Investigator
Amount:               $286,228
Percent Effort:       12%


Title:                The Arizona Targeted Research Enhancement Program
Source:               Department of Veterans Affairs – HSR&D Service
Dates:                7/1/03 to 6/30/04
Investigators:        Ampel, Mohler, Babcock, Malone, Jones, Chen.
Role:                 Co- Investigator
Amount:               $130,000
Percent Effort:       20%


## State

Title:
Source:               Arizona Health Care Cost Containment System
Dates:                7/1/19 to 6/30/21
Investigators:        Trinkley, Malone,
Role:                 Co-Principal Investigator
Amount:               $183,867
Percent Effort:       10%

| | |
|---|---|
| Title: | Medicaid Transformation III Grant: Value Driven Decision Support Tool Box. |
| Source: | Arizona Health Care Cost Containment System |
| Dates: | 1/8/08 to 6/30/09 |
| Investigators: | Malone, Warholak |
| Role: | Co-Principal Investigator |
| Amount: | $183,867 |
| Percent Effort: | 10% |

| | |
|---|---|
| Title: | Interagency Agreement Between AHCCCS and the HOPE Center |
| Source: | Arizona Health Care Cost Containment System |
| Dates: | 07/01/07 to 07/01/08 |
| Investigators: | Malone, Warholak |
| Role: | Principal Investigator |
| Amount: | $104,900 |
| Percent Effort: | 20% |

| | |
|---|---|
| Title: | Psychotropic Medication Use in Children |
| Source: | Arizona Health Care Cost Containment System |
| Dates: | 4/15/07 to 7/16/07 |
| Investigators: | Malone, Warholak |
| Role: | Principal Investigator |
| Amount: | $28,871 |
| Percent Effort: | 10% |

| | |
|---|---|
| Title: | Interagency Agreement Between AHCCCS and the HOPE Center |
| Source: | Arizona Health Care Cost Containment System |
| Dates: | 06/01/05 to 06/01/07 |
| Investigators: | Malone |
| Role: | Principal Investigator |
| Amount: | $51,218 |
| Percent Effort: | 10% |

| | |
|---|---|
| Title: | Colorado Cost of Dispensing Study |
| Source: | Colorado State Department of Health Care Policy and Financing |
| Dates: | 02/01/96 to 8/31/96 |
| Investigators: | Malone, Valuck |
| Role: | Co-Principal Investigator |
| Amount: | $37,477 |
| Percent Effort: | 40% |

**Foundations/ Non-profit**:

| | |
|---|---|
| Title: | Use of Real World Evidence to Support Drug Coverage Decisions |
| Source: | National Pharmaceutical Council |
| Dates: | 6/1/15 to 5/18/17 |
| Investigators: | Malone, Brown, Hurwitz |
| Role: | Principal Investigator |

Amount:              $123,220
Percent Effort:      10%

Title:               The good, the bad, and the different: deciphering heterogeneity for managed
                     care pharmacy and medical directors
Source:              National Pharmaceutical Council
Dates:               1/1/12 to 6/30/13
Investigators:       Malone, Warholak, Hines
Role:                Principal Investigator
Amount:              $205,434
Percent Effort:      15%

Title:               Predictive modeling using medication-based indicators for patient care
                     management
Source:              University of Arizona Health Network
Dates:               6/1/11 to 5/31/12
Investigators:       Malone
Role:                Principal Investigator
Amount:              $55,363
Percent Effort:      5%

Title:               Evaluation of intraperitoneal vs. intravenous administration of cisplatin-based
                     chemotherapy regimens for the treatment of ovarian cancer
Source:              University of Arizona Better than Ever Small faculty grant program
Dates:               7/1/04 to 6/30/05
Investigators:       Hess, Malone
Role:                Co-investigator
Amount:              $38,492
Percent Effort:      5%

Title:               Development of a chronic disease indicator using pharmacy data from a
                     managed care organization
Source:              American Association of Colleges of Pharmacy 1999-2000 New Investigators
                     Program
Dates:               1/1/2000 to 1/31/2001
Investigators:       Malone
Role:                Principal Investigator
Amount:              $9,834
Percent Effort:      5%

Title:               Establishing the Division of Pharmaceutical Policy to promote informed policy
                     development and evaluation
Source:              The Merck Company Foundation
Dates:               1/01/00 to 12/31/03
Investigators:       Bootman, Armstrong, Coons, Cox, Grizzle, Malone, Motheral
Role:                Co-Investigator
Amount:              $600,000
Percent Effort:      15%

| | |
|---|---|
| Title: | Comparison of lovastatin, fluvastatin and pravastatin |
| Source: | Research Institute of the American College of Clinical Pharmacy |
| Dates: | 7/1/99 to 6/30/00 |
| Investigators: | Saseen, Follin, Malone, Donahoo |
| Role: | Co-Investigator |
| Amount: | $10,000 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | A controlled study of pharmacy intervention for hyperlipidemic patients in a managed care setting |
| Source: | National Pharmacy Cholesterol Council |
| Dates: | 1/97 to 12/97 |
| Investigators: | Barnette, Erin Burke, Malone, Price |
| Role: | Co-Investigator |
| Amount: | $12,644 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Academia oriented springboard to teaching fellowship in pharmacy administration |
| Source: | American Foundation for Pharmaceutical Education |
| Dates: | 8/92 to 10/96 |
| Investigators: | Malone |
| Role: | Principal Investigator |
| Amount: | $22,500 |
| Percent Effort: | Not specified – unrestricted startup funds |

## Corporations / Pharmaceutical Industry/ Other For-Profit Entities

| | |
|---|---|
| Title: | An evaluation of the evidence for medication conflicts that may result in adverse drug events |
| Source: | Humana |
| Dates: | 2/1/09 to 12/31/09 |
| Investigators: | Malone |
| Role: | Principal Investigator |
| Amount: | $37,534 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Medicaid asthma burden of illness study |
| Source: | MedTap UnitedBiosource |
| Dates: | 11/1/05 to 3/31/06 |
| Investigators: | Jackson, Malone, Armstrong, Skrepnek, |
| Role: | Co-investigator |
| Amount: | $52,500 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | An Analysis of the Clinical and Economic Consequences of Disease Management Programs for the Treatment of Schizophrenia and Diabetes |

| | |
|---|---|
| Source: | Eli Lilly |
| Dates: | 7/1/04 to 6/30/05 |
| Investigators: | Skrepnek, Armstrong, Malone |
| Role: | Co-investigator |
| Amount: | $125,044 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Upper Gastrointestinal Bleeding Associated With The Use Of ASA And Other Non-Steroidal Anti-Inflammatory Drugs |
| Source: | TAP Pharmaceuticals |
| Dates: | 10/1/02 to 10/1/03 |
| Investigators | Lackner, Malone, Babbington |
| Role: | Co-Investigator |
| Amount: | 5% |
| Percent Effort: | $85,000 |

| | |
|---|---|
| Title: | An analysis of the impact of extended-release niacin in combination with HMG-coA reductase inhibitors for the treatment of high serum cholesterol |
| Source: | KOS Pharmaceuticals |
| Dates: | 1/10/02 to 6/1/03 |
| Investigators: | Armstrong, Zachry, Malone |
| Role: | Co investigator |
| Amount: | $99,213 |
| Percent Effort: | 7% |

| | |
|---|---|
| Title: | An analysis of the impact of inhaled corticosteroids versus leukotrienes on managed care costs for persons with asthma |
| Source: | Glaxo Wellcome, Inc. |
| Dates: | 9/1/00 to 3/1/01 |
| Investigators: | Armstrong, Malone |
| Role: | Co-Investigator |
| Amount: | $90,194 |
| Percent Effort: | 25% |

| | |
|---|---|
| Title: | An exploratory analysis of factors associated with early patient withdrawal from chemotherapy treatment |
| Source: | Amgen |
| Dates: | 3/1/00 to 9/30/00 |
| Investigators: | Malone, Grizzle |
| Role: | Principal Investigator |
| Amount: | $64,664 |
| Percent Effort: | 20% |

| | |
|---|---|
| Title: | Changes in utilization of and compliance with prescription medications after reaching 60 percent of a capped prescription benefit |
| Source: | The Merck Company |
| Dates: | 4/01/00 to 6/30/00 |
| Investigators: | Malone, Joish |

| | |
|---|---|
| Role: | Principal Investigator |
| Amount: | $7,074 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Use of selective serotonin reuptake inhibitors in Veterans Affairs Medical Centers |
| Source: | Pharmacia and Upjohn |
| Dates: | 6/4/99 to 8/31/99 |
| Investigators: | Malone, Valuck |
| Role: | Principal Investigator |
| Amount: | $23,742 |
| Percent Effort: | 20% |

| | |
|---|---|
| Title: | Evaluation of clinical, humanistic, and economic effectiveness of Meridia® within a weight management program in a managed care environment |
| Source: | Knoll Pharmaceuticals |
| Dates: | 12/1/98 to 12/31/01 |
| Investigators: | Porter, Raebel, Huttenhower, Lanty, Malone, Menerich, Butler, Gray, Williams, Nguyen |
| Role: | Co-Investigator |
| Amount: | $755,159 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Treatment of urinary incontinence in Veteran Affairs Medical Centers |
| Source: | Pharmacia and Upjohn |
| Dates: | 2/01/98 to 8/31/98 |
| Investigators: | Malone, Okano |
| Role: | Principal Investigator |
| Amount: | $29,282 |
| Percent Effort: | 20% |

| | |
|---|---|
| Title: | The cost of allergic rhinitis and asthma in the United States, continuation of studies |
| Source: | Glaxo Wellcome |
| Dates: | 4/01/97 to 8/31/98 |
| Investigators: | Malone, Lawson, Smith |
| Role: | Principal Investigator |
| Amount: | $25,814 |
| Percent Effort: | 15% |

| | |
|---|---|
| Title: | Outcomes of helicobacter pylori eradication therapy in nursing home patients on maintenance histamine$_2$-receptor antagonists for duodenal ulcer |
| Source: | Glaxo-Wellcome, Meretek, and PharMerica |
| Dates: | 11/97 to 12/99 (study stopped due to lack of patient recruitment) |
| Investigators: | Lackner, Malone, Ganz, Marti |
| Role: | Co-Investigator |
| Amount: | $76,000 |
| Percent Effort: | 15% |

| | |
|---|---|
| Title: | Development of drug specific drug interaction DUR criteria |
| Source: | The United States Pharmacopeial Convention, Inc. |
| Dates: | 01/01/97 to 03/31/98 |
| Investigators: | Valuck, Malone, Weiss |
| Role: | Co-Investigator |
| Amount: | $150,000 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | Histamine$_2$-receptor antagonist dose modification in renal impairment outcomes trial |
| Source: | Eli Lilly and Company |
| Dates: | 11/01/96 to 12/31/98 |
| Investigators: | Lackner, Malone, Walker-Renard, Babington |
| Role: | Co-Investigator |
| Amount: | $86,600 |
| Percent Effort: | 15% |

| | |
|---|---|
| Title: | Implementation of pharmaceutical care in VA hospitals utilizing managed care principles |
| Source: | Veterans Affairs Pharmacy and Pharmacia and Upjohn (competitive peer-reviewed) |
| Dates: | 02/01/96 to 12/31/98 |
| Investigators: | Carter, Malone, Barnette, Sintek, Valuck |
| Role: | Co-Principal Investigator |
| Amount: | $591,285 ($291,285 to University of Colorado and $300,000 for research assistants in VA Medical Centers) |
| Percent Effort: | 20% |

| | |
|---|---|
| Title: | The costs of allergic rhinitis and asthma in the United States |
| Source: | Glaxo-Wellcome |
| Dates: | 4/01/95 to 8/31/96 |
| Investigators: | Malone, Lawson, Smith |
| Role: | Principal Investigator |
| Amount: | $55,313 |
| Percent Effort: | 15% |

| | |
|---|---|
| Title: | A clinical and economic comparison of Adalat CC® and Procardia XL® in hypertensive long-term care patients |
| Source: | Bayer Corporation |
| Dates: | 11/01/94 to 06/01/96 |
| Investigators: | Malone, Babington |
| Role: | Principle Investigator |
| Amount: | $4,347 |
| Percent Effort: | 5% |

| | |
|---|---|
| Title: | A non-restricted grant to develop a pharmacoeconomic protocol for community acquired pneumonia |
| Source: | Pfizer Pharmaceuticals |
| Dates: | 2/01/95 to 6/31/95 |

| | |
|---|---|
| Investigators: | Malone, Bendale, Mogyoros |
| Role: | Principal Investigator |
| Amount: | $22,680 |
| Percent Effort: | 10% |

| | |
|---|---|
| Title: | A pharmacoeconomic analysis of PIXY321 |
| Source: | Immunex Corporation |
| Dates: | 4/01/93 to 4/01/96 |
| Investigators: | Stergachis, Sullivan, Black, Malone |
| Role: | Co-Investigator |
| Amount: | $210,418 |
| Percent Effort: | 30% |

| | |
|---|---|
| Title: | A randomized, double-blinded pharmacoeconomic evaluation of triamcinolone acetonide |
| Source: | Rhone-Poulenc Rorer Pharmaceuticals, Inc. |
| Dates: | 8/01/93 to 12/31/98 |
| Investigators: | Sullivan, Lessler, Malone, Malter, Schulz, Perrin |
| Role: | Co-Investigator |
| Amount: | $340,134 |
| Percent Effort: | 15% |

## PROFESSIONAL ACTIVITIES

### Intramural (since 1999)

### Department Committees Duties

Promotion and Tenure committee, July 2017 to September 2019.

Peer Review committee (elected by faculty), January 2013 to June 2015.

Co-Chair, Pharmacy Practice and Science Faculty Search Committee, June 2012 to August 2013.

Member, Graduate Studies in Pharmaceutical Economics Outcomes, and Policy committee, September 1999 to present.

Member, Tucson-Phoenix Roadmap Committee, August 2008 to June 2012.

Chair, Graduate Studies in Pharmaceutical Economics, Outcomes, and Policy committee, September 2006 to June 2008.

Chair, Graduate Studies in Pharmaceutical Economics, Outcomes, and Policy committee, July 2004 to August 2005.

Chair, Graduate Studies in Pharmaceutical Economics and Administrative Sciences committee,  January 2001 to December 2001.

Peer Review committee (elected by faculty), January 2000 to December 2001.

Member, Social Committee, September 1999 to December 2000.

Member, Pharmacy Administration Faculty Search Committee,  February 2000 to June 2000.

## College Committees / Duties

Member, PharmD project committee, Octoboer 2019 to present

Faculty Advisor, Academy of Managed Care Pharmacy University of Arizona Student Chapter, June 2016 to August 2019.

Member, Faculty Status Committee (Promotion and Tenure), August 2016 to June 2017.

Faculty Mentor for Dr. Jenny Lo-Ciganic, January 2015 to June 2018.

Member, Curriculum Committee, June 2014 to September 2016.

Member, Research Committee, September 2009 to 2017.

Chair, Faculty Status Committee (Promotion and Tenure), September 2007 to August 2009.

Member, Phoenix Expansion Task Force, September 2004 to August 2006.

Member, Graduate Program Committee, July 2004 to August 2005.

Member, Department Head Search Committee, November 2003 to March 2005.

Member, Executive Committee,  September 2004 to 2006.

Member, ACPE Accreditation Self-Study Committee, March 2003 to December 2003.

Member, Curriculum Committee, August 1999 to September 2004.

Director, Division of Pharmaceutical Policy, Center for Health Outcomes and PharmacoEconomic Research. June 2000 to August 2012.

Faculty mentor for Terri Warholak.  June 2007 to August 2013.

Center for Health Outcomes and PharmacoEconomic Research January Conference planning committee, 2000, 2001, 2002, 2003, 2004, 2005, and 2006.

Faculty advisor, Phi Delta Chi professional pharmacy fraternity, January 2002 to January 2004 and June 2007 to present.

Faculty advisor, Rho Chi Honorary Society, May 2001 to August 2005, September 2006 to May 2010.

Faculty mentor for Grant Skrepnek, January 2002 to September 2005.

Co-Preceptor, Managed Care Residency with AdvancePCS, 2003-2004.

## University Service

Member, Campus Data Management Committee, September 2012 to June 2018

Member, Committee on Conciliation, 2014

Member, Data Management Advisory Committee, May 2011 to February 2012

## **Extramural**

Special Advisor to Board of Directors, International Society for Pharmacoeconomic and Outcomes Research. July 1, 2017 to present.

Immediate Past-President, International Society for Pharmacoeconomic and Outcomes Research. July 1, 2016 to June 30, 2017.

President, International Society for Pharmacoeconomic and Outcomes Research. July 1, 2015 to June 30, 2016.

President-Elect, International Society for Pharmacoeconomic and Outcomes Research. July 1, 2014 to June 30, 2015.

Board of Directors, International Society for Pharmacoeconomic and Outcomes Research. July 1, 2014 to June 30, 2017.

Board of Directors, Credible Meds, July 1, 2014 to present.

American Society for Health-Systems Pharmacists Section Advisory Group Clinical Information Systems, September 2012 to June 2015.

Study Section, ASHP Foundation, Pharmacy Practice Model Initiative, 2012 to 2015.

Co-Chair, Best Paper Awards Committee, International Society for Pharmacoeconomic and Outcomes Research Awards Committee – 2013.

Foundation for Managed Care Pharmacy Executive Committee for the AMCP Format for Formulary Submissions, October 2008 to March 2018.

Study Section, Training Programs in Comparative Effectiveness Research, PhRMA Foundation, 2011 to present.

Academy of Managed Care Pharmacy eDossier Oversight Committee.  January 2010 to January 2012.

Advisory Committee Member – Office of the National Coordinator – Clinically Important Drug-Drug Interactions, September 2010 to December 2010.

Board of Directors, Pharmacy and Therapeutics Society, January 2007 to December 2012.
        Chair, Education committee for P&T Society, January 2009 to December 2012.
        Secretary – June 2010 to December 2012.

Annual Meeting Program Chair, International Society for Pharmacoeconomic and Outcomes Research, May 2009 to May 2010.

Member, SIG on Personalized Medicine, International Society for Pharmacoeconomic and Outcomes Research, May 2009 to present.

Member, SIG on Indirect Treatment Comparisons, International Society for Pharmacoeconomic and Outcomes Research, May 2009 to March 2010.

Member, Pharmacy Practice Research Alliance Planning Committee for Medication Use Conference,  January 2009 to December 2010.

Chairman, International Society for Pharmacoeconomic and Outcomes Research Awards Committee, December 2005 to June 2008.

Member, American Association of Colleges of Pharmacy Committee on Practice-Based Research Networks, October 17, 2005.

Member, Board of Directors, AMCP Horizons.  October 2003 to April 2006.

Chairman, International Society for Pharmacoeconomics and Outcomes Research Distance Learning Evaluation Task Force, January 2004 to January 2007.

Member, American Association of Colleges of Pharmacy Research and Graduate Affairs Committee, September 2004 to June 2005.

Member, International Society for Pharmacoeconomic and Outcomes Research PBM Research Subcommittee. June 2002 to June 2004.

Member, International Society for Pharmacoeconomic and Outcomes Research PBM Sig Organization Bridge Building Subcommittee, June 2002 to June 2003.

Member, Editorial Advisory Board for the *Journal of Managed Care Pharmacy*, 2001 to 2004 and 2005 to 2007.

Member, Editorial Advisory Board for *Clinical Therapeutics*, January 2001 to December 2008.

Member, Southern Arizona Veterans Affairs Health Care System Research Committee, March 2001 to March 2004.

Member, Pharmacoeconomic Study Team, Kaiser Permanente, January 1998 to May 2001.

Study Section, Agency for Health Care Research and Quality, Health Services Research, March 2001.

Study Section, National Patient Safety Foundation, a division of the American Medical Association, April 2000.

## Seminars (Since 2006)

Issues of Drug Interaction Detection in the United States. Mediseen+, Tel Aviv, Israel, May 8, 2018.

Multiple Criteria Decision Analysis: Potential Implications to Formulary Decision-Making. AMCP Annual Meeting, Boston, MA, April 25, 2018.

Drug Interaction Clinical Decision Support – Mending the Safety Net. Grand Rounds, University of Arizona College of Medicine, Phoenix, AZ, April 20, 2018.

Pharmaceutical Value Frameworks, La Jolla Pharmaceuticals, San Diego, CA, February 8, 2018.

Pharmaceutical Pricing. University of Wyoming School of Pharmacy seminar. Laramie WY, October 13, 2017.

Pharmaceutical Pricing Turmoil: Where's the Value to My System.  Health Trust University Annual Meeting, Las Vegas, NV, July 17, 2017.

Why Pharmaceutical Prices are Out of Control: Policy Options for Sustainable and Affordable Products. University of Arkansas College of Pharmacy, Little Rock, AK, April 27, 2017.

Global View of Value Assessment Frameworks: How Does AMCP Format 4.0 Compare? Academy of Managed Care Pharmacy Annual Meeting, March 26, 2017.

Understanding FDAMA Section 114 and Its Implications. Academy of Managed Care Pharmacy Fall Nexus Meeting, October 4, 2016.

The role of health technology assessment in a dynamic healthcare environment. Health Technology Assessment: Current Issues in Research and Policy Making. Taipei Medical University, Taipei, Taiwan, August 17, 2016.

What to do in the absence of direct evidence – implications for comparative effectiveness research.  Health Technology Assessment: Current Issues in Research and Policy Making. Taipei Medical University, Taipei, Taiwan, August 17, 2016.

Use of Real-World Evidence in Payer Decision Making: Fact or Fiction? International Society for Pharmacoeconomics and Outcomes Research Annual Meeting. Washington DC, May 23, 2016.

Perspectives in assessing the value of emerging therapies. Academy of Managed Care Annual Meeting, San Francisco, CA, April 19, 2016.

Separating Fact From Fiction – Drug-Drug Interactions and Clinical Decision Support. 11th Annual Louise C. Littlefield Celebrating Pharmacy Research Excellence Day, The University of Texas, Austin, Texas, April 23, 2015.

Drug-Drug Interaction Clinical Decision Support Conference Series: A multi-stakeholder approach to improving clinical decision support for drug-drug interactions.  2014 International Symposium on Human Factors and Ergonomics in Health Care: Leading the Way. Chicago, IL, March 17, 2014.

Defining clinically relevant drug interactions.  American Society of Health-Systems Pharmacy Midyear Clinical Meeting. Anaheim, CA, December 9, 2014

Recommendations to Combat Drug Interaction Alert Fatigue. American Society of Health-Systems Pharmacy Midyear Clinical Meeting. Anaheim, CA, December 8, 2014

Drug-Drug Interaction Clinical Decision Support Conference Series, Pre-Meeting Symposia, American Medical Informatics Association Annual Meeting, Washington DC, November 14, 2014.

Computer Alert Fatigue – Don't Ignore These Important Drug-Drug Interactions, Arkansas Pharmacists Association Annual Meeting, Fort Smith, Arkansas, June 10, 2014.

Interpreting the clinical literature: statistical sink holes and evolving techniques, 14th Annual Physician and Pharmacy Continuing Education, Sterling, AK  September 14, 2014

Jumping the crevasse between assertions of drug interactions and clinical relevant.  International Biomedical Conference on Ontology, Houston, TX, October 6, 2014

Proving the Value for Oncology Therapy Using Comparative Effectiveness Research, ABBV, Los Angeles, CA April

Drug-Drug Interactions Every Pharmacist Should Know.  University of Colorado Health Science Center Campus, Aurora, CO February 22, 2014

Overview of Statistical Approaches Used in CER.  American College of Clinical Pharmacology, National Webinar, August 31, 2014.

Crying Wolf? Clinical Decision Support and Drug Interactions. University of Texas College of Pharmacy, April 24, 2014.

Computer-aided Medication Surveillance: Focus on Drug-Drug Interactions.  International Pharmaceutical Federation (FIP) Centennial Congress, Amsterdam, The Netherlands, October 5, 2012

Comparative Effectiveness Research and Medication Formulary Decision Making in American Natives.  24th Annual Native Health Research Conference, Seattle, WA, July 18, 2012

Introduction to Comparative Effectiveness Research.  CER Training Program, University of Arizona College of Pharmacy, March 12-14" 2012

Overview of statistical terms used in CER. CER Training Program, University of Arizona College of Pharmacy, March 12-14," 2012

Heterogeneity: understanding important differences relevant to CER. CER Training Program, University of Arizona College of Pharmacy, March 12-14," 2012

Fundamentals of meta-analysis – combining studies and synthesizing evidence. CER Training Program, University of Arizona College of Pharmacy, March 12-14, 2012

Mixed treatment comparisons: approaches for indirect evidence assessment. CER Training Program, University of Arizona College of Pharmacy, March 12-14," 2012

Drug-Drug Interactions Happen: A focus on the important few.  11th Annual Interdisciplinary Conference for Physicians and Pharmacists, September 9th, 2012

The clinical consequences of exposure to clinically important drug-drug interactions.  Skaggs Research Symposium, University of Colorado at Denver Health Sciences, September 28, 2012

Markov modeling.  Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona. Marriott University Park, Tucson, Arizona.  September 25, 2012

Managed care workshop.  Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona. Marriott University Park, Tucson, Arizona.  September 27, 2012

Comparative Effectiveness Research.  Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona.  Marriott University Park, Tucson, Arizona.  September 27, 2012

What is a "Clinically Important" Drug-Drug Interaction – and how can we prevent them from occurring? University Illinois at Chicago, February 10, 2012

Decision analysis and Markov modeling. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 9-11, 2012

Probabilistic models. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 9-11, 2012

Creating cost-effectiveness graphs. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 9-11, 2012

Mixed treatment comparisons. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 9-11, 2012

Bayesian approaches to mixed treatment comparisons. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 9-11, 2012

Nuts and Bolts of Comparative Effectiveness Research, University of Arizona College of Nursing, December 13, 2011

Economic Issues in the Off-Label Prescription Drug Use.  University of Florida, Gainsville, Florida, March 5, 2011

Comparative Effectiveness Research and the Role of Bayesian Models to Improve Decision Making.  University of Washington Western Pharmacoeconomics Conference, March 27, 2011

Comparative Effectiveness Research: The Role of Prevention of Cancer in Underserved Populations. Cancer Prevention and Control Seminar Series, University of Arizona, February 23, 2011

Evaluating Study Quality. Putting Comparative Effectiveness Research into Practice: What you Need to Know. Program delivered: April 13th, AMCP Annual Meeting, June 12, ASHP Annual meeting, July 12, Indian Health Service National P&T meeting, October 19, AMCP Educational Meeting, December 4, ASHP Mid-year Clinical Meeting, 2011.

Workshop in CER using the Effective Health Care program materials. Putting Comparative Effectiveness Research into Practice: What you Need to Know.  Program delivered: April 13th, AMCP Annual Meeting, June 12, ASHP Annual meeting, July 12, Indian Health Service National P&T meeting, October 19, AMCP Educational Meeting, December 4, ASHP Mid-year Clinical Meeting, 2011.

Decision analysis and Markov modeling. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 5-7, 2011

Probabilistic models. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 5-7, 2011

Creating and interpreting cost-effectiveness graphs. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 5-7, 2011

Mixed treatment comparisons. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 5-7, 2011

Bayesian approaches to mixed treatment comparisons. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 5-7, 2011

Expected value of perfect information. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 5-7, 2011

Interpreting cost-effectiveness results. Training Program in Health Outcomes and Pharmacoeconomic Research. Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona.  Marriott University Park, Tucson, Arizona.  September 27, 2011

Markov Models. Training Program in Health Outcomes and Pharmacoeconomic Research.  Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona.  Marriott University Park, Tucson, Arizona. September 27, 2011

Case studies in pharmacoeconomic evaluations: improving the value to decision makers. Training Program in Health Outcomes and Pharmacoeconomic Research.  Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona.  Marriott University Park, Tucson, Arizona.  September 28, 2011

Managed care workshop. Training Program in Health Outcomes and Pharmacoeconomic Research.  Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona.  Marriott University Park, Tucson, Arizona.  September 28, 2011

Comparative effectiveness research. 10th Annual Interprofessional Conference for Physicians and Pharmacists, Sterling, AK, September 13 and 20, 2010

Interpreting cost-effectiveness results. Training Program in Health Outcomes and Pharmacoeconomic Research. Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona.  Marriott University Park, Tucson, Arizona.  September 22, 2010

Budget impact models: an overview of principles and practices. Training Program in Health Outcomes and Pharmacoeconomic Research.  Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona.  Marriott University Park, Tucson, Arizona.  September 22, 2010

Case studies in pharmacoeconomic evaluations: improving the value to decision makers. Training Program in Health Outcomes and Pharmacoeconomic Research.  Center for Health Outcomes and Pharmacoeconomic Research, University of Arizona.  Marriott University Park, Tucson, Arizona.  September 24, 2010

Decision analysis and Markov modeling. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 6-8, 2010

Probabilistic models. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 6-8, 2010

Creating and interpreting cost-effectiveness graphs. Advanced Course in Pharmacoeconomic Modeling. University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 6-8, 2010

Mixed treatment comparisons. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 6-8, 2010

Bayesian approaches to mixed treatment comparisons. Advanced Course in Pharmacoeconomic Modeling. University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 6-8, 2010

Expected value of perfect information. Advanced Course in Pharmacoeconomic Modeling.  University of Arizona Center for Health Outcomes and Pharmacoeconmics, Jan 6-8, 2010

Applied Pharmacoeconomics and Healthcare Decision Making: Strategies and Case Studies to Demonstrate the Value of Pharmaceuticals.  Takeda Pharmaceuticals Scientific Seminar Series, Chicago, IL, August 18, 2010

The DDI Quiz Show: Knowledge Test and A Quick Look Behind the Curtin on the Evidence for Drug

Interactions.  New Mexico State Society of Health-Systems Pharmacists, Albuquerque, NM, Oct 4, 2010

Case studies involving pharmacoeconomics: improving the value to decision makers.  Training Program in Health Outcomes and Pharmacoeconomic Research, Tucson, AZ  September 30, 2010

Creating and interpreting cost-effectiveness results.  Training Program in Health Outcomes and Pharmacoeconomic Research, Tucson, AZ  December 1, 2010

Budget impact models: an overview of principles and practices.  Training Program in Health Outcomes and Pharmacoeconomic Research, Tucson, AZ  December 1, 2010

The DDI Quiz Show: Pharmacodynamic, Enzyme Induction, and CYP3A4 Inhibition Inhibitors.  American Society of Health-Systems Pharmacists Midyear Clinical Meeting, Las Vegas, NV, December 7, 2009

National Drug Codes: Issues in Product Identification.  CERT Centers for Medicare and Medicaid Special Interest Group, Webinar, November 11, 2009

Challenges in accepting real-world data evidence vs. clinical trials. International Society for Pharmacoeconomics and Outcomes Research European Meeting, Paris, France, October 24, 2009

The Arizona CERT: A Health-Systems Approach to Drug-Drug Interactions.  United States Pharmacopeial Convention, Rockville, MD, Oct 15, 2009

Decision Models.  Johnson and Johnson, Horsham, PA, September 29, 2009

Perceptions of Risk - Irrelevance of p-values.  8th Annual Interprofessional Conference for Physicians and Pharmacists, Sterling, AK, September 13 and 20, 2009

Fundementals and clinical applications of decision analysis: a different form of meta-synthesis. .  8th Annual Interprofessional Conference for Physicians and Pharmacists, Sterling, AK, September 13 and 20, 2009

The Arizona CERT: A Health-Systems Approach to Drug-Drug Interactions.  Washington State University, Spokane, WA, August 14, 2009

Preventing Serious Drug-Drug Interactions.  Phi Delta Chi Grand Council, Phoenix AZ, August 6, 2009

Decision Models, Bayer A.G., Singapore, June 20, 2009

Probabilistic Modeling in Pharmacoeconomics, Bayer, A.G., Singapore, June 20, 2009

Presenting and Interpreting Cost-Effectiveness Studies, Bayer, A.G., Singapore, June 20, 2009

Pharmacoeconomics: Incorporating Cost into Medical Decision Making.  May 20, 2009, Ft. Lauderdale, FL,  and March 26, 2009, Seattle, WA

Comparative Effectiveness Evidence Synthesis.  University of Southern California School of Pharmacy, Los Angeles, CA, March 6, 2009

Advancing the Use of Real World Data in Formulary and Reimbursement Decision Making.  Academy of Managed Care Pharmacy Fall Educational Conference.  Kansas City, MO, Oct 16, 2008

Advanced Course in Pharmacoeconomic Modeling.  University of Arizona, Tucson AZ, August 11-13, 2008, August 3-5, 2009, and January 6-8, 2010

Pfizer Pharmacoeconomic Training Program – Minneapolis Convention Center, Minneapolis, MN, August 4-5, 2008

Pharmacoeconomic research: who cares and why.  Urology/Dermatology Scientific Liaison Training for Astellas Pharma, Inc.  Kansas City, KS, August 20, 2007

Pharmacoeconomic research: who cares and why.  Infectious Disease/Immunology Scientific Liaison Training for Astellas Pharma, Inc.  Chicago, IL, August 22, 2007

Pharmacoeconomic methodology.  Urology/Dermatology Scientific Liaison Training for Astellas Pharma, Inc. Kansas City, KS, August 20, 2007

Pharmacoeconomic methodology.  Infectious Disease/Immunology Scientific Liaison Training for Astellas Pharma, Inc.  Chicago, IL, August 22, 2007

Evaluating pharmacoeconomic literature: PE model for treatment for overactive bladder disease. Urology/Dermatology Scientific Liaison Training for Astellas Pharma, Inc.  Kansas City, KS, August 21, 2007

Evaluating pharmacoeconomic literature: Empirical Anti-Candida Therapy Among Select Patients in the ICU: A Cost-Effectiveness Analysis  Infectious Disease/Immunology Scientific Liaison Training for Astellas Pharma, Inc.  Chicago, IL, August 22, 2007

Expected value of perfect information: determining if additional research is needed.  University of Arizona Advanced Course in Pharmacoeconomic Modeling.  College of Pharmacy, Tucson, AZ,  August 6, 2007

Meta-analysis and Bayesian approaches to mixed treatment comparisons.  University of Arizona Advanced Course in Pharmacoeconomic Modeling.  College of Pharmacy, Tucson, AZ,  August 6, 2007

Mixed treatment comparisons.  University of Arizona Advanced Course in Pharmacoeconomic Modeling. College of Pharmacy, Tucson, AZ, August 6, 2007

Creating and interpreting cost-effectiveness graphs.  University of Arizona Advanced Course in Pharmacoeconomic Modeling.  College of Pharmacy, Tucson, AZ,  August 6, 2007

Probabilistic models: addressing uncertainty, heterogeneity, and incorporating distributions into models. University of Arizona Advanced Course in Pharmacoeconomic Modeling.  College of Pharmacy, Tucson, AZ, August 6, 2007

Markov Modeling.  University of Arizona Advanced Course in Pharmacoeconomic Modeling.  College of Pharmacy, Tucson, AZ,  August 6, 2007

Identifying and managing clinically important drug-drug interactions.  Southwestern Clinical Pharmacy Seminar, March 2, 2007.  Tucson, AZ

Excel-based probabilistic cost-effectiveness analysis.  University of Utah, Salt Lake City, UT, February 9, 2007

Mix treatment comparisons.  University of Utah, Salt Lake City, UT, February 9, 2007

Introduction to Bayesian statistics.  University of Utah, Salt Lake City, UT, February 9, 2007

Probabilistic modeling in pharmacoeconomics.  University of Utah, Salt Lake City, UT, February 9, 2007

Identifying and preventing drug-drug interactions: the role of health care technology systems.  National Taiwan University, Taipei, Taiwan, December 19, 2006

Making better decisions under uncertainty: the role of pharmacoeconomics.  National Defense Medical Center. Taipei, Taiwan, December 18, 2006

Markov models: a subset of decision analysis.  Centocor, Harrisburg, PA, December 10, 2006

The AMCP dossier process.  University of Arizona Certificate Program in Pharmacoeconomics.  September 28, 2006

Markov decision analysis.  University of Arizona Certificate Program in Pharmacoeconomics.  September 27, 2006

Case studies involving pharmacoeconomics: improving the value to decision makers.  University of Arizona Certificate Program in Pharmacoeconomics.  September 27, 2006

Examining the top side in cost-effectiveness: pharmaceutical pricing in the US and evidence (or not) of competition in the pharmaceutical industry.  Centre for Health Economics, University of York, Heslington, England.  July 13, 2006

Medicare Part D.  4th Hurdle.  London, England, June 26, 2006

Developing a formulary plan for a new medication.  TAP Pharmaceuticals.  Chicago, IL.  March 8, 2006

Strategic Planning for Health Economics and Health Outcomes Research.  TAP Pharmaceuticals.  Chicago, IL. March 8, 2006

Potential Value of Quality of Life Research.  TAP Pharmaceuticals.  Chicago, IL.  March 8, 2006

Metabolic syndrome – defining a growing problem.  University of Arizona January Conference, January 25, 2006

Markov Decision Analysis.  Kaiser Permanente of Colorado, Aurora, CO, January 19, 2006

Metabolic syndrome – defining a growing problem.  University of Wyoming, Laramie, WY, January 13, 2006

## Symposia

Informatics and Interoperability. International Society for Pharmacoeconomics Annual Meeting, Washington DC 2017.

Informatics and Interoperability. International Society for Pharmacoeconomics Annual Meeting, Philadelphia PA, 2016.

Recommendations to Combat Drug Interaction Alert Fatigue. American Society of Health-Systems Pharmacists, Anaheim, CA. December 8, 2014,

Drug-Drug Interaction Clinical Decision Support Conference Series, American Medical Informatics Annual Meeting, Washington DC, November 14, 2014.

Drug-Drug Interaction Clinical Decision Support Conference Series, A Multi-Stakeholder Approach to Improving Clinical Decision Support for Drug-Drug Interactions. Human Factors Engineering Society, Chicago, IL, March 18, 2014.

Overview of Heterogeneity and Using Statistical Information to Identify Heterogeneity.  National Managed Care Round Table, Dallas, TX.  October 19, 2012

Heterogeneity: Understanding Important Differences Related to CER.  Academy of Managed Care Pharmacy Educational Meeting, Cincinnati, OH, October 3, 2012

Comparative Effectiveness Research and Medication Formulary Decision Making in American Natives.  24th Annual Native Health Research Conference, Seattle, WA, July 18, 2012

Comparative Effectiveness Research: From Conception to Practical Application, AMCP Fall Educational Meeting, October 20, 2011

Making Decisions in Health Care Delivery: The Role of Pharmacoeconomic Evaluations.  California Society of Rheumatology, Los Angeles, California, May 21, 2011

The Carrot and the Stick: Is Meaningful Use Criteria for Electronic Records Becoming Meaningless Criteria? Sterling, Alaska, September 12 and 19, 2011

Walking the tightrope: balancing formulary management while decreasing rates of non-adherence and non-compliance for better quality care.  Academy of Managed Care Pharmacy Annual Meeting April 17, 2008. Session Chair.

Patient perspectives on the managed care benefit.  Presentation provided during symposia titled "Walking the tightrope: balancing formulary management while decreasing rates of non-adherence and non-compliance for better quality care."  Academy of Managed Care Pharmacy Annual Meeting April 17, 2008.

Controlling the Monster?  A report card on pharmaceconomic evaluations.  Presentation provided during symposia titled "Re-defining the role of pharmacoeconomic analyses in a new age of specialty and biologic products."  Academy of Managed Care Pharmacy Annual Meeting April 16, 2008.

Lessons learned from drug-drug interactions: implications for risk management.  Implementation of Risk Minimization Action Plans (RiskMAPs) to Support Quality Use of Pharmaceuticals: Opportunities and Challenges.  Joint Food and Drug Administration and Agency for Healthcare Research and Quality Workshop on Risk Minimization Action Plans.  Rockville, MD, June 26, 2007.

Identification of clinically significant drug-drug interactions and management strategies.  ASHP Midyear Clinical Meeting.  December 6, 2006

Making better decisions under uncertainty: the role of pharmacoeconomics.  Academy of Managed Care Pharmacy Fall Educational Meeting, Chicago, IL, October 6, 2006

## AWARDS and HONORS

| | |
|---|---|
| 2017 | International Society for PharmacoEconomics and Outcomes Research Distinguished Service Award |
| 2015 | University of Texas Clifford Littlefield Distinguished Seminar in Pharmaceutical Research |
| 2013 | Fellow- Academy of Managed Care Pharmacy |

| 2010 | Food and Drug Administration – Levering Collaboration Award, Safety of Science |
| 2010 | International Society for PharmacoEconomics and Outcomes Research Distinguished Service Award |
| 2005 – 2006 | Pharmaceutical Research and Manufacturers Association Foundation Sabbatical in Health Outcomes Award |
| 1993 - 1994 | AHCPR Post-doctoral Fellowship in Health Services Research |
| 1992 - 1996 | AFPE "Academia-Oriented Springboard to Teaching" Fellow in Pharmacy Administration |
| 1989 | NABP Foundation Scholarship Award |
| 1987 | Excellence in Pharmacy Award, University of Colorado |
| 1986 | Professional Achievement Award, School of Pharmacy University of Colorado |
| 1985 | Professional Achievement Award, School of Pharmacy University of Colorado |

## ASSOCIATION MEMBERSHIPS

American Association of Colleges of Pharmacy
American Pharmacists Association
American Society of Health-Systems Pharmacists
Academy of Managed Care Pharmacy
International Society of Pharmaceutical Outcomes Researchers
Rho Chi Pharmacy Honor Society

## REVIEWER

*American Journal of General Practice*
*American Journal of Health-Systems Pharmacy*
*American Journal of Managed Care*
*Annals of Internal Medicine*
*Archives of Internal Medicine*
*BMJ Open*
*British Journal of Pharmacology*
*British Journal of Clinical Pharmacy*
*Clinical Therapeutics*
*Clinical Pharmacology and Therapeutics*
*Critical Care Medicine*
*Current Medical Opinion and Research*
*Current Therapeutic Research*
*Drug Safety*
*Drugs and the Elderly*
*Drug and Aging*
*Formulary*
*Health Services Research*
*JAMA*
*Journal of the American Geriatrics Association*
*Journal of the American Medical Informatics Association*
*Journal of Clinical Epidemiology*
*Journal of Clinical Oncology*
*Journal of General Internal Medicine*

*Journal of Managed Care Pharmacy*
*Journal of the American Pharmaceutical Association*
*Journal of Psychiatry*
*Journal of Rheumatology*
*Medical Care*
*Pharmacoepidemiology and Drug Safety*
*Pharmacotherapy*
*Pharmacy Practice*
*PharmacoEconomics*
*Research in Social and Administrative Pharmacy*
*Respiratory Medicine*
*Stem Cells*
*Stroke*
*Value in Health*

## PHARMACIST LICENSURE
1987 - 2013          State of Colorado, #12379
1988 - Present       State of Texas, #30390

## PHARMACY PRACTICE EXPERIENCE
1990 - 1993          Nau's Pharmacy, 2401 San Gabriel, Austin, Texas
1989 - 1993          Johns Community Hospital, Taylor, Texas
1989 - 1990          38th Street Pharmacy, Austin, Texas
1988 - 1989          Walgreens, Austin Region, Texas
1987 - 1988          St. Mary-Corwin Hospital, Pueblo, Colorado