IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL | : | MDL No. 2804 |
| PRESCRIPTION OPIATE | : | |
| LITIGATION | : | CASE NO. 1:17-MD-2804 |
| **Lake County and Trumbull** | : | |
| **County, OH Case** | | |

SUPPLEMENTAL EXPERT REPORT OF

CRAIG J. MCCANN, Ph.D., CFA

May 4, 2021

**Table of Contents**

I.    Qualifications and Remuneration ....................................................- 6 -
A.    Materials Reviewed ..........................................................................- 6 -
B.    Assignment ........................................................................................- 6 -
II.   Lake County and Trumbull County, OH Distributor Summary ......- 6 -
      A.    Method 1: Maximum Monthly, Trailing Six-month Threshold .- 7 -
      B.    Method 2: Trailing Six-month Maximum Monthly, Fixed After
            First Triggered Threshold ....................................................- 13 -
      C.    Method 3: Twice Trailing Twelve-Month Average Pharmacy
            Dosage Units ........................................................................- 19 -
      D.    Method 4: Three Times Trailing Twelve-Month Average
            Pharmacy Dosage Units ........................................................- 25 -
      E.    Method 5: Maximum 8,000 Dosage Units Monthly ............- 31 -
      F.    Method 6: Maximum Daily Dosage Units............................- 37 -
      G.    Method 7: Maximum Monthly, Trailing Six-month Threshold
            on Rolling 30-Day Dosage Units .........................................- 43 -
III.  Conclusion ......................................................................................- 49 -

## Table of Supplemental Figures

Supplemental Figure 12 Trailing Six-Month Maximum Threshold Flagged Transactions, Lake County 2000 to 2019 ...........................................................................- 8 -

Supplemental Figure 13 Trailing Six-Month Maximum Threshold Flagged Transactions, Trumbull County 2000 to 2019 ...................................................................- 11 -

Supplemental Figure 14 Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Flagged Transactions, Lake County 2000 to 2019 .....- 14 -

Supplemental Figure 15 Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Flagged Transactions, Trumbull County 2000 to 2019 - 17 -

Supplemental Figure 16 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019......................- 20 -

Supplemental Figure 17 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019 ..............- 23 -

Supplemental Figure 18 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019............- 26 -

Supplemental Figure 19 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019.....- 29 -

Supplemental Figure 20 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Lake County 2000 to 2019....................................................- 32 -

Supplemental Figure 21 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Trumbull County 2000 to 2019.............................................- 35 -

Supplemental Figure 22 Maximum Daily Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019 ........................................................................- 38 -

Supplemental Figure 23 Maximum Daily Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019 .................................................................- 41 -

Supplemental Figure 24 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units, Lake County 2000 to 2019 ......................................- 44 -

Supplemental Figure 25 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Trumbull County 2000 to 2019 ...- 47 -

## Table of Supplemental Tables

Supplemental Table 30 Trailing Six-Month Maximum Threshold Flagged Transactions, Lake County, Total MME and % MME ......................................................- 7 -

Supplemental Table 31 Trailing Six-Month Maximum Threshold Flagged Transactions, Lake County 2000 to 2019 ..........................................................................- 9 -

Supplemental Table 32 Trailing Six-Month Maximum Threshold Flagged Transactions, Trumbull County, Total MME and % MME ...............................................- 10 -

Supplemental Table 33 Trailing Six-Month Maximum Threshold Flagged Transactions, Trumbull County 2000 to 2019 ..................................................................- 12 -

Supplemental Table 34 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Lake County, Total MME and % MME .................- 13 -

Supplemental Table 35 Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Flagged Transactions, Lake County 2000 to 2019.....- 15 -

Supplemental Table 36 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Trumbull County, Total MME and % MME ...........- 16 -

Supplemental Table 37 Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Flagged Transactions, Trumbull County 2000 to 2019 - 18 -

Supplemental Table 38 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County, Total MME and % MME .- 19 -

Supplemental Table 39 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019......................- 21 -

Supplemental Table 40 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County, Total MME and % MME.- 22 -

Supplemental Table 41 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019 ..............- 24 -

Supplemental Table 42 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County, Total MME and % MME .............................................................................................................- 25 -

Supplemental Table 43 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019............- 27 -

Supplemental Table 44 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County, Total MME and % MME .......................................................................................................- 28 -

Supplemental Table 45 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019.....- 30 -

Supplemental Table 46 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Lake County, Total MME and % MME ................................- 31 -

Supplemental Table 47 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Lake County 2000 to 2019...................................................- 33 -

Supplemental Table 48 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Trumbull County, Total MME and % MME .........................- 34 -

Supplemental Table 49 Maximum 8,000 Dosage Units Monthly Threshold Flagged
          Transactions, Trumbull County 2000 to 2019.................................................- 36 -
Supplemental Table 50 Maximum Daily Dosage Units Threshold Flagged Transactions,
          Lake County, Total MME and % MME......................................................- 37 -
Supplemental Table 51 Maximum Daily Dosage Units Threshold Flagged Transactions,
          Lake County 2000 to 2019 .......................................................................- 39 -
Supplemental Table 52 Maximum Daily Dosage Units Threshold Flagged Transactions,
          Trumbull County, Total MME and % MME ...............................................- 40 -
Supplemental Table 53 Maximum Daily Dosage Units Threshold Flagged Transactions,
          Trumbull County 2000 to 2019 .................................................................- 42 -
Supplemental Table 54 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-
          Day Dosage Units, Lake County, Total MME and % MME ......................- 43 -
Supplemental Table 55 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-
          Day Dosage Units Flagged Transactions, Lake County 2000 to 2019 ........- 45 -
Supplemental Table 56 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-
          Day Dosage Units Flagged Transactions, Trumbull County, Total MME and %
          MME .......................................................................................................- 46 -
Supplemental Table 57 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-
          Day Dosage Units Flagged Transactions, Trumbull County 2000 to 2019 .- 48 -

## I.      Qualifications and Remuneration

1.      On April 16, 2021, I filed an Expert Report (the "McCann Report") in this matter. My Qualifications and Remuneration are contained in the McCann Report §1 and are unchanged.

### A.      Materials Reviewed

2.      The list of Materials Reviewed in preparing the McCann Report is contained in the McCann Report §2.

### B.      Assignment

3.      I documented how I processed, validated and augmented opioid transaction data produced by the Drug Enforcement Administration ("DEA") in the McCann Report. I also reported the results of running certain flagging algorithms on the processed ARCOS data. The ARCOS data had some missing transactions which I have since filled in with Defendants' Transactional Data produced in discovery. I highlighted this issue in the McCann Report using Walmart's ARCOS data and its data produced in Discovery.

4.       I have been asked to file this report (the "Supplemental McCann Report") to report the results of applying the flagging algorithms to the processed ARCOS data supplemented with the missing transactions found in the Defendants' Transactional Data, and fix a typo in the McCann Report.[1]

## II.     Lake County and Trumbull County, OH Distributor Summary

5.      The flagging methodologies described in Section VII of the McCann Report are used to identify transactions meeting specified criteria

---

[1] In §278 of McCann Report, the data range for Rite Aid dispensing data should be "January 2006-November 2019".

using the ARCOS Data, supplemented with the Defendants' Transactional Data. The detailed results are reported in the Supplemental Appendix 8A.

### A. Method 1: Maximum Monthly, Trailing Six-month Threshold

#### 1. *Lake County Summary*

6.      Supplemental Table 30 reports Total MME and % of Total MME in transactions flagged in Lake County using the Trailing Six-Month Maximum Threshold.

Supplemental Table 30 Trailing Six-Month Maximum Threshold Flagged Transactions, Lake County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------------------------|-------------|------|
| 2000 | 198,963 | 0 | 0.0% |
| 2001 | 860,018 | 548,022 | 63.7% |
| 2002 | 5,248,812 | 1,101,219 | 21.0% |
| 2003 | 13,080,589 | 5,548,715 | 42.4% |
| 2004 | 14,812,415 | 10,468,099 | 70.7% |
| 2005 | 18,006,836 | 12,319,689 | 68.4% |
| 2006 | 27,694,352 | 16,774,475 | 60.6% |
| 2007 | 32,917,019 | 24,229,677 | 73.6% |
| 2008 | 36,450,880 | 29,461,066 | 80.8% |
| 2009 | 39,574,741 | 31,643,332 | 80.0% |
| 2010 | 44,625,937 | 36,193,619 | 81.1% |
| 2011 | 47,450,511 | 40,172,984 | 84.7% |
| 2012 | 41,680,846 | 36,010,620 | 86.4% |
| 2013 | 25,276,076 | 22,946,129 | 90.8% |
| 2014 | 16,212,200 | 14,580,016 | 89.9% |
| 2015 | 7,762,299 | 6,591,083 | 84.9% |
| 2016 | 12,810,506 | 6,542,433 | 51.1% |
| 2017 | 13,975,875 | 9,600,308 | 68.7% |
| 2018 | 8,535,946 | 7,336,709 | 86.0% |
| 2019 | 6,202,341 | 5,550,086 | 89.5% |
| **Total** | **413,377,164** | **317,618,281** | **76.8%** |

7.      Supplemental Figure 12 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Lake County from 2000 to 2019 and those transactions which would be flagged by the Trailing Six-Month Maximum Threshold methodology. The Trailing Six-Month Maximum Threshold methodology flags 85.3% of transactions accounting for 92.6% of Dosage Units, 76.8% of MME and 90.3% of drug weight shipped into Lake County.

Supplemental Figure 12 Trailing Six-Month Maximum Threshold Flagged Transactions, Lake County 2000 to 2019



8.    Supplemental Table 31 summarizes the transactions flagged based on the Trailing Six-Month Maximum Threshold Approach in Lake County.

Supplemental Table 31 Trailing Six-Month Maximum Threshold Flagged Transactions, Lake County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 19,760 | n/a | n/a | n/a | 1,243 | **21,003** |
| HBC Service Company | 3,809 | 15,375 | 12 | 0 | 20 | 453 | **19,669** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 12,110 | n/a | n/a | n/a | 519 | **12,629** |
| Wal-Mart | 11,137 | 14,685 | 1,391 | 323 | 0 | 663 | **28,199** |
| Walgreen Co | 16,735 | 20,081 | 5,176 | 879 | 0 | 1,510 | **44,381** |
| **Total** | **31,681** | **82,011** | **6,579** | **1,202** | **20** | **4,388** | **125,881** |

## 2.    *Trumbull County Summary*

9.    Supplemental Table 32 reports Total MME and % of Total MME in transactions flagged in Trumbull County using the Trailing Six-Month Maximum Threshold.

Supplemental Table 32 Trailing Six-Month Maximum Threshold Flagged Transactions, Trumbull County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------|------|------|
| 2000 | 687,732 | 0 | 0.0% |
| 2001 | 2,906,501 | 1,951,043 | 67.1% |
| 2002 | 6,113,438 | 3,434,133 | 56.2% |
| 2003 | 12,407,747 | 9,333,319 | 75.2% |
| 2004 | 13,065,304 | 11,629,534 | 89.0% |
| 2005 | 15,173,028 | 12,830,266 | 84.6% |
| 2006 | 22,085,748 | 15,648,850 | 70.9% |
| 2007 | 27,694,027 | 21,675,192 | 78.3% |
| 2008 | 37,533,489 | 28,455,349 | 75.8% |
| 2009 | 38,742,283 | 31,411,925 | 81.1% |
| 2010 | 52,769,118 | 41,604,417 | 78.8% |
| 2011 | 57,513,529 | 51,823,500 | 90.1% |
| 2012 | 58,010,505 | 53,205,239 | 91.7% |
| 2013 | 35,985,699 | 34,677,493 | 96.4% |
| 2014 | 21,323,955 | 20,939,147 | 98.2% |
| 2015 | 5,235,834 | 4,655,256 | 88.9% |
| 2016 | 11,801,204 | 7,191,018 | 60.9% |
| 2017 | 15,591,459 | 12,591,811 | 80.8% |
| 2018 | 12,089,539 | 9,204,198 | 76.1% |
| 2019 | 11,705,528 | 9,912,239 | 84.7% |
| **Total** | **458,435,665** | **382,173,929** | **83.4%** |

10.     Supplemental Figure 13 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Trumbull County from 2000 to 2019 and those transactions which would be flagged by the Trailing Six-Month Maximum Threshold methodology. The Trailing Six-Month Maximum Threshold methodology flags 86.9% of transactions accounting for 93.3% of Dosage Units, 83.4% of MME and 90.8% of drug weight shipped into Trumbull County.

Supplemental Figure 13 Trailing Six-Month Maximum Threshold Flagged Transactions, Trumbull County 2000 to 2019



11.    Supplemental Table 33 summarizes the transactions flagged based on the Trailing Six-Month Maximum Threshold Approach in Trumbull County.

Supplemental Table 33 Trailing Six-Month Maximum Threshold Flagged Transactions, Trumbull County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 17,792 | n/a | n/a | n/a | 798 | **18,590** |
| HBC Service Company | 4,431 | 25,660 | 146 | 0 | 0 | 593 | **30,830** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 36,199 | n/a | n/a | n/a | 1,191 | **37,390** |
| Wal-Mart | 5,737 | 12,835 | 52 | 0 | 0 | 420 | **19,044** |
| Walgreen Co | 12,472 | 20,500 | 2,233 | 0 | 0 | 946 | **36,151** |
| **Total** | **22,640** | **112,986** | **2,431** | **0** | **0** | **3,948** | **142,005** |

## B. Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

### 1. Lake County Summary

12.     Supplemental Table 34 reports Total MME and % of Total MME in transactions flagged in Lake County using the Trailing Six-Month Maximum, Fixed After Triggered Threshold.

Supplemental Table 34 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Lake County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|-----------------------|-------------|-----|
| 2000 | 198,963 | 0 | 0.0% |
| 2001 | 860,018 | 140,484 | 16.3% |
| 2002 | 5,248,812 | 380,207 | 7.2% |
| 2003 | 13,080,589 | 1,516,668 | 11.6% |
| 2004 | 14,812,415 | 2,961,632 | 20.0% |
| 2005 | 18,006,836 | 4,567,421 | 25.4% |
| 2006 | 27,694,352 | 8,304,226 | 30.0% |
| 2007 | 32,917,019 | 12,622,679 | 38.3% |
| 2008 | 36,450,880 | 17,554,829 | 48.2% |
| 2009 | 39,574,741 | 20,294,490 | 51.3% |
| 2010 | 44,625,937 | 24,361,380 | 54.6% |
| 2011 | 47,450,511 | 26,609,090 | 56.1% |
| 2012 | 41,680,846 | 22,631,339 | 54.3% |
| 2013 | 25,276,076 | 12,962,302 | 51.3% |
| 2014 | 16,212,200 | 7,778,068 | 48.0% |
| 2015 | 7,762,299 | 3,417,957 | 44.0% |
| 2016 | 12,810,506 | 2,908,786 | 22.7% |
| 2017 | 13,975,875 | 2,516,450 | 18.0% |
| 2018 | 8,535,946 | 732,970 | 8.6% |
| 2019 | 6,202,341 | 186,031 | 3.0% |
| **Total** | **413,377,164** | **172,447,009** | **41.7%** |

- 13 -

13.     Supplemental Figure 14 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Lake County from 2000 to 2019 and those transactions which would be flagged by the Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold methodology. The Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold methodology flags 37.3% of transactions accounting for 47.4% of Dosage Units, 41.7% of MME and 44.4% of drug weight shipped into Lake County.

Supplemental Figure 14 Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Flagged Transactions, Lake County 2000 to 2019



14.    Supplemental Table 35 summarizes the transactions flagged based on the Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Approach in Lake County.

Supplemental Table 35 Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Flagged Transactions, Lake County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 10,123 | n/a | n/a | n/a | 280 | **10,403** |
| HBC Service Company | 173 | 1,983 | 1 | 0 | 2 | 103 | **2,262** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 6,196 | n/a | n/a | n/a | 53 | **6,249** |
| Wal-Mart | 6,101 | 5,754 | 283 | 14 | 0 | 230 | **12,382** |
| Walgreen Co | 10,579 | 10,510 | 2,307 | 72 | 0 | 225 | **23,693** |
| **Total** | **16,853** | **34,566** | **2,591** | **86** | **2** | **891** | **54,989** |

- 15 -

## 2. *Trumbull County Summary*

15. Supplemental Table 36 reports Total MME and % of Total MME in transactions flagged in Trumbull County using the Trailing Six-Month Maximum, Fixed After Triggered Threshold.

Supplemental Table 36 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Trumbull County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------|------|------|
| 2000 | 687,732 | 0 | 0.0% |
| 2001 | 2,906,501 | 384,911 | 13.2% |
| 2002 | 6,113,438 | 932,467 | 15.3% |
| 2003 | 12,407,747 | 3,280,689 | 26.4% |
| 2004 | 13,065,304 | 3,916,171 | 30.0% |
| 2005 | 15,173,028 | 5,145,493 | 33.9% |
| 2006 | 22,085,748 | 6,681,507 | 30.3% |
| 2007 | 27,694,027 | 9,679,526 | 35.0% |
| 2008 | 37,533,489 | 15,467,186 | 41.2% |
| 2009 | 38,742,283 | 16,651,162 | 43.0% |
| 2010 | 52,769,118 | 24,104,555 | 45.7% |
| 2011 | 57,513,529 | 30,006,322 | 52.2% |
| 2012 | 58,010,505 | 31,064,188 | 53.5% |
| 2013 | 35,985,699 | 17,094,574 | 47.5% |
| 2014 | 21,323,955 | 8,809,163 | 41.3% |
| 2015 | 5,235,834 | 2,295,357 | 43.8% |
| 2016 | 11,801,204 | 3,188,269 | 27.0% |
| 2017 | 15,591,459 | 4,490,759 | 28.8% |
| 2018 | 12,089,539 | 1,982,221 | 16.4% |
| 2019 | 11,705,528 | 1,499,971 | 12.8% |
| **Total** | **458,435,665** | **186,674,491** | **40.7%** |

16.    Supplemental Figure 15 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Trumbull County from 2000 to 2019 and those transactions which would be flagged by the Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold methodology. The Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold methodology flags 32.0% of transactions accounting for 41.4% of Dosage Units, 40.7% of MME and 40.4% of drug weight shipped into Trumbull County.

Supplemental Figure 15 Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Flagged Transactions, Trumbull County 2000 to 2019



17.　　Supplemental Table 37 summarizes the transactions flagged based on the Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Approach in Trumbull County.

Supplemental Table 37 Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold Flagged Transactions, Trumbull County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 4,429 | n/a | n/a | n/a | 104 | **4,533** |
| HBC Service Company | 958 | 1,669 | 9 | 0 | 0 | 95 | **2,731** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 21,552 | n/a | n/a | n/a | 212 | **21,764** |
| Wal-Mart | 2,497 | 1,832 | 3 | 0 | 0 | 66 | **4,398** |
| Walgreen Co | 7,674 | 10,820 | 217 | 0 | 0 | 107 | **18,818** |
| **Total** | **11,129** | **40,302** | **229** | **0** | **0** | **584** | **52,244** |

### C. Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units

#### 1. *Lake County Summary*

18.     Supplemental Table 38 reports Total MME and % of Total MME in transactions flagged in Lake County using the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Supplemental Table 38 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 2000 | 198,963 | 0 | 0.0% |
| 2001 | 860,018 | 0 | 0.0% |
| 2002 | 5,248,812 | 0 | 0.0% |
| 2003 | 13,080,589 | 369,971 | 2.8% |
| 2004 | 14,812,415 | 3,546,840 | 23.9% |
| 2005 | 18,006,836 | 5,280,183 | 29.3% |
| 2006 | 27,694,352 | 8,384,420 | 30.3% |
| 2007 | 32,917,019 | 15,472,112 | 47.0% |
| 2008 | 36,450,880 | 22,509,475 | 61.8% |
| 2009 | 39,574,741 | 24,746,885 | 62.5% |
| 2010 | 44,625,937 | 26,471,446 | 59.3% |
| 2011 | 47,450,511 | 28,511,097 | 60.1% |
| 2012 | 41,680,846 | 24,607,089 | 59.0% |
| 2013 | 25,276,076 | 11,520,238 | 45.6% |
| 2014 | 16,212,200 | 7,620,308 | 47.0% |
| 2015 | 7,762,299 | 6,355,829 | 81.9% |
| 2016 | 12,810,506 | 9,649,017 | 75.3% |
| 2017 | 13,975,875 | 11,116,148 | 79.5% |
| 2018 | 8,535,946 | 6,507,453 | 76.2% |
| 2019 | 6,202,341 | 5,102,670 | 82.3% |
| **Total** | **413,377,164** | **217,771,182** | **52.7%** |

19.     Supplemental Figure 16 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Lake County from 2000 to 2019 and those transactions which would be flagged by the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology. The Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags 29.5% of transactions accounting for 33.4% of Dosage Units, 52.7% of MME and 46.9% of drug weight shipped into Lake County.

Supplemental Figure 16 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019



20.   Supplemental Table 39 summarizes the transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Lake County.

Supplemental Table 39 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 0 | n/a | n/a | n/a | 577 | **577** |
| HBC Service Company | 4,178 | 1,436 | 153 | 31 | 97 | 509 | **6,404** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 2,058 | n/a | n/a | n/a | 286 | **2,344** |
| Wal-Mart | 9,527 | 0 | 1,315 | 547 | 29 | 2,121 | **13,539** |
| Walgreen Co | 10,165 | 0 | 4,762 | 1,227 | 33 | 4,565 | **20,752** |
| **Total** | **23,870** | **3,494** | **6,230** | **1,805** | **159** | **8,058** | **43,616** |

## 2. *Trumbull County Summary*

21.    Supplemental Table 40 reports Total MME and % of Total MME in transactions flagged in Trumbull County using the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Supplemental Table 40 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 2000 | 687,732 | 0 | 0.0% |
| 2001 | 2,906,501 | 64,386 | 2.2% |
| 2002 | 6,113,438 | 752,772 | 12.3% |
| 2003 | 12,407,747 | 2,889,624 | 23.3% |
| 2004 | 13,065,304 | 5,989,087 | 45.8% |
| 2005 | 15,173,028 | 7,805,845 | 51.4% |
| 2006 | 22,085,748 | 9,909,779 | 44.9% |
| 2007 | 27,694,027 | 13,088,524 | 47.3% |
| 2008 | 37,533,489 | 16,356,033 | 43.6% |
| 2009 | 38,742,283 | 18,590,455 | 48.0% |
| 2010 | 52,769,118 | 24,803,614 | 47.0% |
| 2011 | 57,513,529 | 36,624,906 | 63.7% |
| 2012 | 58,010,505 | 39,005,688 | 67.2% |
| 2013 | 35,985,699 | 25,575,695 | 71.1% |
| 2014 | 21,323,955 | 17,191,067 | 80.6% |
| 2015 | 5,235,834 | 3,270,890 | 62.5% |
| 2016 | 11,801,204 | 6,040,016 | 51.2% |
| 2017 | 15,591,459 | 9,250,607 | 59.3% |
| 2018 | 12,089,539 | 7,577,009 | 62.7% |
| 2019 | 11,705,528 | 8,278,598 | 70.7% |
| **Total** | **458,435,665** | **253,064,594** | **55.2%** |

22.     Supplemental Figure 17 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Trumbull County from 2000 to 2019 and those transactions which would be flagged by the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology. The Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags 53.0% of transactions accounting for 63.2% of Dosage Units, 55.2% of MME and 58.0% of drug weight shipped into Trumbull County.

Supplemental Figure 17 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019



23.    Supplemental Table 41 summarizes the transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Trumbull County.

Supplemental Table 41 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 15,130 | n/a | n/a | n/a | 541 | **15,671** |
| HBC Service Company | 2,434 | 17,504 | 392 | 43 | 30 | 1,277 | **21,680** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 22,408 | n/a | n/a | n/a | 939 | **23,347** |
| Wal-Mart | 1,801 | 5,580 | 50 | 17 | 0 | 498 | **7,946** |
| Walgreen Co | 3,188 | 10,411 | 1,500 | 141 | 0 | 2,678 | **17,918** |
| **Total** | **7,423** | **71,033** | **1,942** | **201** | **30** | **5,933** | **86,562** |

### D. Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units

#### 1. *Lake County Summary*

24.     Supplemental Table 42 reports Total MME and % of Total MME in transactions flagged in Lake County using the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Supplemental Table 42 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------|------|------|
| 2000 | 198,963 | 0 | 0.0% |
| 2001 | 860,018 | 0 | 0.0% |
| 2002 | 5,248,812 | 0 | 0.0% |
| 2003 | 13,080,589 | 98,680 | 0.8% |
| 2004 | 14,812,415 | 584,783 | 3.9% |
| 2005 | 18,006,836 | 678,757 | 3.8% |
| 2006 | 27,694,352 | 1,059,762 | 3.8% |
| 2007 | 32,917,019 | 6,478,127 | 19.7% |
| 2008 | 36,450,880 | 13,366,098 | 36.7% |
| 2009 | 39,574,741 | 14,751,071 | 37.3% |
| 2010 | 44,625,937 | 19,280,478 | 43.2% |
| 2011 | 47,450,511 | 20,437,160 | 43.1% |
| 2012 | 41,680,846 | 18,403,454 | 44.2% |
| 2013 | 25,276,076 | 8,608,171 | 34.1% |
| 2014 | 16,212,200 | 5,697,812 | 35.1% |
| 2015 | 7,762,299 | 5,123,147 | 66.0% |
| 2016 | 12,810,506 | 7,315,039 | 57.1% |
| 2017 | 13,975,875 | 8,098,327 | 57.9% |
| 2018 | 8,535,946 | 4,604,043 | 53.9% |
| 2019 | 6,202,341 | 3,572,678 | 57.6% |
| **Total** | **413,377,164** | **138,157,587** | **33.4%** |

25.　　Supplemental Figure 18 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Lake County from 2000 to 2019 and those transactions which would be flagged by the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology. The Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags 17.0% of transactions accounting for 20.3% of Dosage Units, 33.4% of MME and 26.9% of drug weight shipped into Lake County.

Supplemental Figure 18 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019



26.    Supplemental Table 43 summarizes the transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Lake County.

Supplemental Table 43 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 0 | n/a | n/a | n/a | 1 | **1** |
| HBC Service Company | 2,853 | 1,434 | 137 | 0 | 59 | 277 | **4,760** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 0 | n/a | n/a | n/a | 172 | **172** |
| Wal-Mart | 6,637 | 0 | 777 | 323 | 0 | 1,427 | **9,164** |
| Walgreen Co | 5,804 | 0 | 3,830 | 358 | 0 | 989 | **10,981** |
| **Total** | **15,294** | **1,434** | **4,744** | **681** | **59** | **2,866** | **25,078** |

## 2. *Trumbull County Summary*

27. Supplemental Table 44 reports Total MME and % of Total MME in transactions flagged in Trumbull County using the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Supplemental Table 44 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------------|-------------|------|
| 2000 | 687,732 | 0 | 0.0% |
| 2001 | 2,906,501 | 0 | 0.0% |
| 2002 | 6,113,438 | 0 | 0.0% |
| 2003 | 12,407,747 | 1,085,901 | 8.8% |
| 2004 | 13,065,304 | 2,560,354 | 19.6% |
| 2005 | 15,173,028 | 2,719,380 | 17.9% |
| 2006 | 22,085,748 | 3,272,414 | 14.8% |
| 2007 | 27,694,027 | 4,217,590 | 15.2% |
| 2008 | 37,533,489 | 5,777,821 | 15.4% |
| 2009 | 38,742,283 | 7,606,373 | 19.6% |
| 2010 | 52,769,118 | 10,306,621 | 19.5% |
| 2011 | 57,513,529 | 11,140,855 | 19.4% |
| 2012 | 58,010,505 | 11,300,119 | 19.5% |
| 2013 | 35,985,699 | 10,271,334 | 28.5% |
| 2014 | 21,323,955 | 5,948,491 | 27.9% |
| 2015 | 5,235,834 | 0 | 0.0% |
| 2016 | 11,801,204 | 1,813,649 | 15.4% |
| 2017 | 15,591,459 | 3,854,704 | 24.7% |
| 2018 | 12,089,539 | 3,855,480 | 31.9% |
| 2019 | 11,705,528 | 5,673,130 | 48.5% |
| **Total** | **458,435,665** | **91,404,216** | **19.9%** |

28.     Supplemental Figure 19 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Trumbull County from 2000 to 2019 and those transactions which would be flagged by the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology. The Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags 17.7% of transactions accounting for 27.9% of Dosage Units, 19.9% of MME and 23.4% of drug weight shipped into Trumbull County.

Supplemental Figure 19 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019



29.    Supplemental Table 45 summarizes the transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Trumbull County.

Supplemental Table 45 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 5,822 | n/a | n/a | n/a | 240 | **6,062** |
| HBC Service Company | 1,285 | 2,262 | 0 | 19 | 0 | 645 | **4,211** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 11,206 | n/a | n/a | n/a | 664 | **11,870** |
| Wal-Mart | 0 | 0 | 0 | 0 | 0 | 152 | **152** |
| Walgreen Co | 0 | 5,773 | 313 | 0 | 0 | 504 | **6,590** |
| **Total** | **1,285** | **25,063** | **313** | **19** | **0** | **2,205** | **28,885** |

### E. Method 5: Maximum 8,000 Dosage Units Monthly

#### 1. *Lake County Summary*

30.     Supplemental Table 46 reports Total MME and % of Total MME in transactions flagged in Lake County using the Maximum 8,000 Dosage Units Monthly Threshold.

Supplemental Table 46 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Lake County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 2000 | 198,963 | 0 | 0.0% |
| 2001 | 860,018 | 126,393 | 14.7% |
| 2002 | 5,248,812 | 781,902 | 14.9% |
| 2003 | 13,080,589 | 3,081,076 | 23.6% |
| 2004 | 14,812,415 | 6,550,828 | 44.2% |
| 2005 | 18,006,836 | 9,017,034 | 50.1% |
| 2006 | 27,694,352 | 13,802,035 | 49.8% |
| 2007 | 32,917,019 | 17,417,762 | 52.9% |
| 2008 | 36,450,880 | 21,703,900 | 59.5% |
| 2009 | 39,574,741 | 24,462,343 | 61.8% |
| 2010 | 44,625,937 | 30,397,909 | 68.1% |
| 2011 | 47,450,511 | 33,437,867 | 70.5% |
| 2012 | 41,680,846 | 29,284,819 | 70.3% |
| 2013 | 25,276,076 | 18,998,103 | 75.2% |
| 2014 | 16,212,200 | 12,285,194 | 75.8% |
| 2015 | 7,762,299 | 6,129,721 | 79.0% |
| 2016 | 12,810,506 | 9,601,411 | 74.9% |
| 2017 | 13,975,875 | 10,668,448 | 76.3% |
| 2018 | 8,535,946 | 6,837,636 | 80.1% |
| 2019 | 6,202,341 | 5,332,102 | 86.0% |
| **Total** | **413,377,164** | **259,916,482** | **62.9%** |

31.     Supplemental Figure 20 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Lake County from 2000 to 2019 and those transactions which would be flagged by the Maximum 8,000 Dosage Units Monthly Threshold methodology. The Maximum 8,000 Dosage Units Monthly Threshold methodology flags 66.7% of transactions accounting for 78.5% of Dosage Units, 62.9% of MME and 62.0% of drug weight shipped into Lake County.

Supplemental Figure 20 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Lake County 2000 to 2019



32.     Supplemental Table 47 summarizes the transactions flagged based on the Maximum 8,000 Dosage Units Monthly Threshold Approach in Lake County.

Supplemental Table 47 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Lake County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 16,062 | n/a | n/a | n/a | 0 | **16,062** |
| HBC Service Company | 4,647 | 14,768 | 0 | 0 | 0 | 0 | **19,415** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 6,601 | n/a | n/a | n/a | 0 | **6,601** |
| Wal-Mart | 9,713 | 12,514 | 0 | 0 | 0 | 0 | **22,227** |
| Walgreen Co | 15,475 | 18,712 | 0 | 0 | 0 | 0 | **34,187** |
| **Total** | **29,835** | **68,657** | **0** | **0** | **0** | **0** | **98,492** |

### 2.    *Trumbull County Summary*

33.    Supplemental Table 48 reports Total MME and % of Total MME in transactions flagged in Trumbull County using the Maximum 8,000 Dosage Units Monthly Threshold.

Supplemental Table 48 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Trumbull County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------|------|------|
| 2000 | 687,732 | 89,879 | 13.1% |
| 2001 | 2,906,501 | 912,786 | 31.4% |
| 2002 | 6,113,438 | 3,246,289 | 53.1% |
| 2003 | 12,407,747 | 7,929,363 | 63.9% |
| 2004 | 13,065,304 | 9,644,228 | 73.8% |
| 2005 | 15,173,028 | 12,143,979 | 80.0% |
| 2006 | 22,085,748 | 14,587,634 | 66.0% |
| 2007 | 27,694,027 | 18,412,358 | 66.5% |
| 2008 | 37,533,489 | 26,475,789 | 70.5% |
| 2009 | 38,742,283 | 28,005,995 | 72.3% |
| 2010 | 52,769,118 | 42,287,313 | 80.1% |
| 2011 | 57,513,529 | 47,200,282 | 82.1% |
| 2012 | 58,010,505 | 47,558,590 | 82.0% |
| 2013 | 35,985,699 | 30,902,881 | 85.9% |
| 2014 | 21,323,955 | 19,640,502 | 92.1% |
| 2015 | 5,235,834 | 3,822,520 | 73.0% |
| 2016 | 11,801,204 | 7,779,683 | 65.9% |
| 2017 | 15,591,459 | 12,011,551 | 77.0% |
| 2018 | 12,089,539 | 9,039,510 | 74.8% |
| 2019 | 11,705,528 | 9,673,103 | 82.6% |
| **Total** | **458,435,665** | **351,364,234** | **76.6%** |

34.     Supplemental Figure 21 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Trumbull County from 2000 to 2019 and those transactions which would be flagged by the Maximum 8,000 Dosage Units Monthly Threshold methodology. The Maximum 8,000 Dosage Units Monthly Threshold methodology flags 81.7% of transactions accounting for 89.7% of Dosage Units, 76.6% of MME and 75.6% of drug weight shipped into Trumbull County.

Supplemental Figure 21 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Trumbull County 2000 to 2019



35.     Supplemental Table 49 summarizes the transactions flagged based on the Maximum 8,000 Dosage Units Monthly Threshold Approach in Trumbull County.

Supplemental Table 49 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Trumbull County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 18,696 | n/a | n/a | n/a | 0 | **18,696** |
| HBC Service Company | 4,666 | 29,341 | 0 | 0 | 0 | 0 | **34,007** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 33,145 | n/a | n/a | n/a | 0 | **33,145** |
| Wal-Mart | 2,179 | 12,892 | 0 | 0 | 0 | 0 | **15,071** |
| Walgreen Co | 11,225 | 21,334 | 0 | 0 | 0 | 0 | **32,559** |
| **Total** | **18,070** | **115,408** | **0** | **0** | **0** | **0** | **133,478** |

### F.  Method 6: Maximum Daily Dosage Units

#### 1.  *Lake County Summary*

36.     Supplemental Table 50 reports Total MME and % of Total MME in transactions flagged in Lake County using the Maximum Daily Dosage Units Threshold.

Supplemental Table 50 Maximum Daily Dosage Units Threshold Flagged Transactions, Lake County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------|------|------|
| 2000 | 198,963 | 183,958 | 92.5% |
| 2001 | 860,018 | 859,875 | 100.0% |
| 2002 | 3,988,622 | 3,282,490 | 82.3% |
| 2003 | 9,489,680 | 8,965,558 | 94.5% |
| 2004 | 10,965,238 | 10,432,384 | 95.1% |
| 2005 | 12,792,916 | 12,271,250 | 95.9% |
| 2006 | 21,877,421 | 19,583,283 | 89.5% |
| 2007 | 25,984,886 | 24,074,307 | 92.6% |
| 2008 | 30,447,290 | 28,752,610 | 94.4% |
| 2009 | 32,744,094 | 31,476,834 | 96.1% |
| 2010 | 38,049,333 | 37,056,266 | 97.4% |
| 2011 | 40,404,222 | 39,533,673 | 97.8% |
| 2012 | 36,068,688 | 35,217,388 | 97.6% |
| 2013 | 23,054,962 | 22,263,312 | 96.6% |
| 2014 | 14,792,730 | 14,282,941 | 96.6% |
| 2015 | 6,696,794 | 6,591,083 | 98.4% |
| 2016 | 10,939,840 | 10,295,291 | 94.1% |
| 2017 | 11,565,248 | 11,301,288 | 97.7% |
| 2018 | 7,658,674 | 7,232,877 | 94.4% |
| 2019 | 5,223,854 | 4,773,369 | 91.4% |
| **Total** | **343,803,472** | **328,430,037** | **95.5%** |

37.  Supplemental Figure 22 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Lake County from 2000 to 2019 and those transactions which would be flagged by the Maximum Daily Dosage Units Threshold methodology. The Maximum Daily Dosage Units Threshold methodology flags 94.2% of transactions accounting for 95.4% of Dosage Units, 95.5% of MME and 85.5% of drug weight shipped into Lake County.

Supplemental Figure 22 Maximum Daily Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019



38.     Supplemental Table 51 summarizes the transactions flagged based on the Maximum Daily Dosage Units Threshold Approach in Lake County.

Supplemental Table 51 Maximum Daily Dosage Units Threshold Flagged Transactions, Lake County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 20,851 | n/a | n/a | n/a | 735 | **21,586** |
| HBC Service Company | 4,772 | 16,983 | 0 | 0 | n/a | 3 | **21,758** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 12,575 | n/a | n/a | n/a | 83 | **12,658** |
| Wal-Mart | 11,110 | 14,666 | 1,483 | 388 | n/a | 282 | **27,929** |
| Walgreen Co | 17,378 | 21,486 | 5,346 | 912 | n/a | 159 | **45,281** |
| **Total** | **33,260** | **86,561** | **6,829** | **1,300** | **n/a** | **1,262** | **129,212** |

## 2.    *Trumbull County Summary*

39.    Supplemental Table 52 reports Total MME and % of Total MME in transactions flagged in Trumbull County using the Maximum Daily Dosage Units Threshold.

Supplemental Table 52 Maximum Daily Dosage Units Threshold Flagged Transactions, Trumbull County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|-----------------------|-------------|------|
| 2000 | 687,732 | 676,700 | 98.4% |
| 2001 | 2,906,501 | 2,906,501 | 100.0% |
| 2002 | 5,763,343 | 5,589,485 | 97.0% |
| 2003 | 11,265,494 | 11,190,963 | 99.3% |
| 2004 | 11,822,482 | 11,579,973 | 97.9% |
| 2005 | 13,343,913 | 13,018,539 | 97.6% |
| 2006 | 19,446,383 | 17,316,603 | 89.0% |
| 2007 | 24,137,380 | 22,853,821 | 94.7% |
| 2008 | 32,041,680 | 31,023,150 | 96.8% |
| 2009 | 33,335,947 | 32,346,551 | 97.0% |
| 2010 | 47,290,554 | 46,297,436 | 97.9% |
| 2011 | 52,357,594 | 51,470,473 | 98.3% |
| 2012 | 53,714,995 | 52,968,484 | 98.6% |
| 2013 | 34,876,765 | 34,328,930 | 98.4% |
| 2014 | 21,178,120 | 20,776,528 | 98.1% |
| 2015 | 4,983,376 | 4,655,256 | 93.4% |
| 2016 | 10,066,567 | 8,478,376 | 84.2% |
| 2017 | 12,644,198 | 11,878,361 | 93.9% |
| 2018 | 9,707,178 | 8,445,606 | 87.0% |
| 2019 | 9,458,073 | 8,620,899 | 91.1% |
| **Total** | **411,028,276** | **396,422,635** | **96.4%** |

40.　　Supplemental Figure 23 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Trumbull County from 2000 to 2019 and those transactions which would be flagged by the Maximum Daily Dosage Units Threshold methodology. The Maximum Daily Dosage Units Threshold methodology flags 95.6% of transactions accounting for 97.1% of Dosage Units, 96.4% of MME and 89.9% of drug weight shipped into Trumbull County.

Supplemental Figure 23 Maximum Daily Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019



41. Supplemental Table 53 summarizes the transactions flagged based on the Maximum Daily Dosage Units Threshold Approach in Trumbull County.

Supplemental Table 53 Maximum Daily Dosage Units Threshold Flagged Transactions, Trumbull County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 19,022 | n/a | n/a | n/a | 308 | **19,330** |
| HBC Service Company | 4,261 | 29,238 | 0 | 18 | n/a | 134 | **33,651** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 37,719 | n/a | n/a | n/a | 354 | **38,073** |
| Wal-Mart | 5,672 | 14,263 | 52 | 17 | n/a | 205 | **20,209** |
| Walgreen Co | 12,927 | 21,563 | 2,731 | 205 | n/a | 702 | **38,128** |
| **Total** | **22,860** | **121,805** | **2,783** | **240** | **n/a** | **1,703** | **149,391** |

## G. Method 7: Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units

### 1. Lake County Summary

42.     Supplemental Table 54 reports Total MME and % of Total MME in transactions flagged in Lake County using the Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units.

Supplemental Table 54 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units, Lake County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 2000 | 198,963 | 0 | 0.0% |
| 2001 | 860,018 | 699,520 | 81.3% |
| 2002 | 5,248,812 | 1,101,219 | 21.0% |
| 2003 | 13,080,589 | 7,681,981 | 58.7% |
| 2004 | 14,812,415 | 10,619,784 | 71.7% |
| 2005 | 18,006,836 | 12,319,689 | 68.4% |
| 2006 | 27,694,352 | 17,987,188 | 64.9% |
| 2007 | 32,917,019 | 24,671,659 | 75.0% |
| 2008 | 36,450,880 | 29,678,872 | 81.4% |
| 2009 | 39,574,741 | 31,837,313 | 80.4% |
| 2010 | 44,625,937 | 36,943,000 | 82.8% |
| 2011 | 47,450,511 | 40,498,564 | 85.3% |
| 2012 | 41,680,846 | 36,095,577 | 86.6% |
| 2013 | 25,276,076 | 22,953,481 | 90.8% |
| 2014 | 16,212,200 | 14,580,016 | 89.9% |
| 2015 | 7,762,299 | 6,591,083 | 84.9% |
| 2016 | 12,810,506 | 6,559,353 | 51.2% |
| 2017 | 13,975,875 | 10,777,255 | 77.1% |
| 2018 | 8,535,946 | 7,451,765 | 87.3% |
| 2019 | 6,202,341 | 5,769,625 | 93.0% |
| **Total** | **413,377,164** | **324,816,944** | **78.6%** |

43.     Supplemental Figure 24 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Lake County from 2000 to 2019 and those transactions which would be flagged by the Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units methodology. The Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units methodology flags 87.4% of transactions accounting for 94.5% of Dosage Units, 78.6% of MME and 92.7% of drug weight shipped into Lake County.

Supplemental Figure 24 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units, Lake County 2000 to 2019



44.    Supplemental Table 55 summarizes the transactions flagged based on Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units Approach in Lake County.

Supplemental Table 55 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Lake County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 20,015 | n/a | n/a | n/a | 1,304 | **21,319** |
| HBC Service Company | 4,128 | 15,908 | 159 | 0 | 18 | 489 | **20,702** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 12,240 | n/a | n/a | n/a | 595 | **12,835** |
| Wal-Mart | 11,288 | 14,747 | 1,446 | 437 | 0 | 676 | **28,594** |
| Walgreen Co | 17,214 | 20,519 | 5,238 | 1,049 | 17 | 1,603 | **45,640** |
| **Total** | **32,630** | **83,429** | **6,843** | **1,486** | **35** | **4,667** | **129,090** |

## 2.    *Trumbull County Summary*

45.    Supplemental Table 56 reports Total MME and % of Total MME in transactions flagged in Trumbull County using the Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units.

Supplemental Table 56 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Trumbull County, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 2000 | 687,732 | 0 | 0.0% |
| 2001 | 2,906,501 | 2,238,219 | 77.0% |
| 2002 | 6,113,438 | 3,434,133 | 56.2% |
| 2003 | 12,407,747 | 10,502,948 | 84.6% |
| 2004 | 13,065,304 | 11,654,626 | 89.2% |
| 2005 | 15,173,028 | 12,830,266 | 84.6% |
| 2006 | 22,085,748 | 16,332,369 | 73.9% |
| 2007 | 27,694,027 | 22,278,442 | 80.4% |
| 2008 | 37,533,489 | 29,397,448 | 78.3% |
| 2009 | 38,742,283 | 31,916,194 | 82.4% |
| 2010 | 52,769,118 | 43,926,012 | 83.2% |
| 2011 | 57,513,529 | 52,005,871 | 90.4% |
| 2012 | 58,010,505 | 53,481,417 | 92.2% |
| 2013 | 35,985,699 | 34,692,388 | 96.4% |
| 2014 | 21,323,955 | 20,939,147 | 98.2% |
| 2015 | 5,235,834 | 4,655,256 | 88.9% |
| 2016 | 11,801,204 | 7,450,891 | 63.1% |
| 2017 | 15,591,459 | 12,842,607 | 82.4% |
| 2018 | 12,089,539 | 9,405,734 | 77.8% |
| 2019 | 11,705,528 | 10,023,911 | 85.6% |
| **Total** | **458,435,665** | **390,007,880** | **85.1%** |

- 46 -

46.    Supplemental Figure 25 illustrates total opioid transactions from Distributors to pharmacies into Trumbull County from 2000 to 2019 and those transactions which would be flagged by the Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units methodology. The Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units methodology flags 89.3% of transactions accounting for 95.0% of Dosage Units, 85.1% of MME and 93.2% of drug weight shipped into Trumbull County.

Supplemental Figure 25 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Trumbull County 2000 to 2019



47.     Supplemental Table 57 summarizes the transactions flagged based on the Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units Approach in Trumbull County.

Supplemental Table 57 Maximum Monthly, Trailing Six-month Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Trumbull County 2000 to 2019

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | n/a | 18,184 | n/a | n/a | n/a | 830 | **19,014** |
| HBC Service Company | 4,522 | 26,845 | 276 | 0 | 0 | 612 | **32,255** |
| Omnicare Distribution | n/a | n/a | n/a | n/a | n/a | n/a | **n/a** |
| Rite Aid | n/a | 36,450 | n/a | n/a | n/a | 1,394 | **37,844** |
| Wal-Mart | 5,901 | 13,459 | 52 | 0 | 0 | 444 | **19,856** |
| Walgreen Co | 12,598 | 20,629 | 2,439 | 148 | 0 | 1,019 | **36,833** |
| **Total** | **23,021** | **115,567** | **2,767** | **148** | **0** | **4,299** | **145,802** |

### III.  Conclusion

48.    I reported the results of applying the non-exhaustive set of algorithms for flagging transactions to the transactions attributable to the processed ARCOS data supplemented with the missing transactions found in the Defendants' Transactional Data.

49.    I continue to review documents and  gather information and reserve the right to update my analysis and opinions based upon that further review of documents and based on any new information including, possibly, reports of other experts - I may receive.

Signature of Expert

- 49 -