IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : : | MDL No. 2804 CASE NO. 1:17-MD-2804 |
| **Lake County and Trumbull County, OH Case** | | |

SECOND SUPPLEMENTAL EXPERT REPORT OF

CRAIG J. MCCANN, PH.D., CFA

May 19, 2021

**Table of Contents**

I.    Qualifications and Remuneration ................................................... - 3 -
II.   Materials Reviewed ......................................................................... - 3 -
III.  Assignment ...................................................................................... - 3 -
IV.   Red Flag Computations on Dispensing Data ................................. - 3 -
           1.   CVS ....................................................................... - 5 -
           2.   Giant Eagle / HBC Service Company ......................... - 6 -
           3.   Rite Aid ................................................................. - 7 -
           4.   Walgreens ............................................................. - 8 -
           5.   Wal-Mart ............................................................... - 9 -
V.    Unique Doctors and Patients ......................................................... - 10 -
VI.   Conclusion ...................................................................................... - 12 -

## Table of Figures

**Figure 1** - CVS Combination Red Flagged Prescriptions, Lake County, OH ................- 5 -
**Figure 2** - CVS Combination Red Flagged Prescriptions, Trumbull County, OH ........- 5 -
**Figure 3** - Giant Eagle / HBC Combination Red Flagged Prescriptions, Lake County, OH ................................................................................................................- 6 -
**Figure 4** - Giant Eagle / HBC Combination Red Flagged Prescriptions, Trumbull County, OH ................................................................................................................- 6 -
**Figure 5** - Rite Aid Combination Red Flagged Prescriptions, Lake County, OH..........- 7 -
**Figure 6** - Rite Aid Combination Red Flagged Prescriptions, Trumbull County, OH ..- 7 -
**Figure 7** - Walgreens Combination Red Flagged Prescriptions, Lake County, OH ......- 8 -
**Figure 8** - Walgreens Combination Red Flagged Prescriptions, Trumbull County, OH.- 8 -
**Figure 9** - Wal-Mart Combination Red Flagged Prescriptions, Lake County, OH ........- 9 -
**Figure 10** - Wal-Mart Combination Red Flagged Prescriptions, Trumbull County, OH - 9 -

## I. Qualifications and Remuneration

1. On April 16, 2021, I filed an Expert Report (the "McCann Report") in this matter. My Qualifications and Remuneration are contained in the McCann Report §1 and are unchanged. On May 4, 2021, I filed a supplement to that report (the "First Supplemental McCann Report").

## II. Materials Reviewed

2. The list of Materials Reviewed in preparing the McCann Report is contained in the McCann Report §2.

## III. Assignment

3. I have been asked to file this additional report (the "Second Supplemental McCann Report") to summarize those prescriptions that were triggered by a *combination* of at least one of the first 16 red flag computations (1 to 16), and at least one of the subsequent 27 red flag computations (17 to 43) ("Combination Red Flagged Prescriptions").[1]

## IV. Red Flag Computations on Dispensing Data

4. I recreate Figures 46 to 55 and Figures 66 to 75 in the McCann Report using only the Combination Red Flagged Prescriptions, as shown by the new figures below. I also create Supplemental Appendices 14 A-G, which are similar to the Appendices 12A to 12G in the McCann Expert Report, to summarize the Combination Red Flagged Prescriptions.

---

[1] I discuss the 43 red flag computations in Section X.A of the McCann Report.

5. Of the 4,566,574 prescriptions for opioids, benzodiazepines, or muscle relaxers in the Lake and Trumbull County dispensing data provided by Defendants, 884,166 prescriptions were flagged both by one of the first 16 red flag computations and also by one of the subsequent 27 red flag computations.[2] These prescriptions comprise the Combination Red Flagged Prescriptions.

---

[2] The blue bars on the following figures and Appendix 14A, D represent prescriptions for opioids, benzodiazepines, or muscle relaxers which were dispensed by this Defendant, but which were not flagged by both one of the first 16 red flags computations and also one of the subsequent 27 red flag computations.

*1. CVS*

**Figure 1** - CVS Combination Red Flagged Prescriptions, Lake County, OH



**Figure 2** - CVS Combination Red Flagged Prescriptions, Trumbull County, OH



2. *Giant Eagle / HBC Service Company*

**Figure 3** - Giant Eagle / HBC Combination Red Flagged Prescriptions, Lake County, OH



**Figure 4** - Giant Eagle / HBC Combination Red Flagged Prescriptions, Trumbull County, OH





- 7 -

*4. Walgreens*

**Figure 7** - Walgreens Combination Red Flagged Prescriptions, Lake County, OH



**Figure 8** - Walgreens Combination Red Flagged Prescriptions, Trumbull County, OH



## 5. *Wal-Mart*

**Figure 9** - Wal-Mart Combination Red Flagged Prescriptions, Lake County, OH



**Figure 10** - Wal-Mart Combination Red Flagged Prescriptions, Trumbull County, OH



## V. Unique Doctors and Patients

6. The Combination Red Flagged Prescriptions were written by at least 15,788 unique prescribers. After writing the initial prescription identified in the Combination Red Flagged Prescriptions, these same prescribers wrote 3,144,183 additional prescriptions for opioids, 733,452 additional prescriptions for benzodiazepines, and 408,356 additional prescriptions for muscle relaxers that were dispensed by these Defendants, as reflected in the produced dispensing data.

7. The Combination Red Flag Prescriptions dispensed by Defendant CVS were dispensed to 29,273 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 328,313 additional prescriptions for opioids, 64,501 additional prescriptions for benzodiazepines, and 41,827 additional prescriptions for muscle relaxers by these CVS stores.

8. The Combination Red Flag Prescriptions dispensed by Defendant Giant Eagle / HBC Service Company were dispensed to 31,115 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 351,679 additional prescriptions for opioids, 144,824 additional prescriptions for benzodiazepines, and 68,378 additional prescriptions for muscle relaxers by these Giant Eagle stores.

███

10. The Combination Red Flag Prescriptions dispensed by Defendant Walgreens were dispensed to 25,448 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 424,828 additional prescriptions for opioids, 93,677 additional prescriptions for benzodiazepines, and 57,170 additional prescriptions for muscle relaxers by these Walgreens stores.

11. The Combination Red Flag Prescriptions dispensed by Defendant Wal-Mart were dispensed to 8,773 unique patients. After being dispensed the initial prescription identified in the Combination Red Flagged Prescriptions, these same patients were also dispensed 91,549 additional prescriptions for opioids, 18,018 additional prescriptions for benzodiazepines, and 13,421 additional prescriptions for muscle relaxers by these Wal-Mart stores.

## VI. Conclusion

12. I have summarized certain Combination Red Flagged Prescriptions.

13. I continue to review documents and gather information and reserve the right to update my analysis and opinions based upon that further review of documents and based on any new information - including, possibly, reports of other experts - I may receive.

_____

Signature of Expert