**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *All Cases* | Judge Dan Aaron Polster |

**NOTICE OF TWENTY-THIRD AMENDED BANKRUPTCY COURT ORDER GRANTING INJUNCTION AGAINST CONTINUATION OF PROCEEDINGS AS TO RELATED PARTIES TO DEBTOR PURDUE PHARMA L.P. AND AFFILIATED DEBTORS**

On January 3, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") issued an order extending the preliminary injunction (the "**Injunction**"), previously entered by the Bankruptcy Court, including the injunctions that were attached to the undersigned Related Party Defendants' Notices of Sixth and Eighth Amended Bankruptcy Court Orders, filed February 24, 2020 and April 2, 2020, respectively, in this multi-district action (Docs. 3183 and 3251).  *See* Twenty-Third Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *In re Purdue Pharma L.P., et al.*, No. 19-23649 (RDD), Adv. Pro. No. 19-08289 (RDD), Dkt. No. 314 (Bankr. S.D.N.Y. Jan. 3, 2022) (the "**Twenty-Third Amended Preliminary Injunction Order**"), a copy of which (without appendices) is attached as **Exhibit 1** hereto.  The Injunction is in effect "through and including February 1, 2022."  *See* Ex. 1 at 9.

Notwithstanding the filing of this notice, the undersigned Related Party Defendants expressly preserve all of their defenses, including, but not limited to, the lack of personal jurisdiction.

        Respectfully submitted,

        /s/ Stuart G. Parsell
        Stuart G. Parsell (Ohio Bar No. 0063510)
        ZEIGER, TIGGES & LITTLE LLP
        41 South High Street, Suite 3500
        Columbus, Ohio 43215
        Tel: (614) 365-9900
        Fax: (614) 365-7900
        parsell@litohio.com

        Attorneys for Defendants Richard Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, the Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler as alleged Trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Former Attorneys to Jonathan Sackler, individually and as alleged Trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Beverly Sackler (both of whom are now deceased)

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Stuart G. Parsell
Stuart G. Parsell (0063510)

932483