# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-3460

_____

Filed: January 05, 2022

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

1:17md2804

------------------------------

SALIH, fka Cecil La'Roy Hall; MARK BROWN; JASON HALL; JEROME ROBERTS; WALTONA WINCHESTER; JACKIE BROOKS

    Proposed Intervenors - Appellants

v.

PLAINTIFF'S LIAISON COUNSEL; MANUFACTURING DEFENDANTS; DISTRIBUTOR DEFENDANTS; PHYSICIAN DEFENDANTS; CHAIN PHARMACY DEFENDANTS

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 12/14/2021 the mandate for this case hereby issues today.

COSTS: None