**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: Case No. 1:18-op-45776-DAP | Case No. 17-md-2804 |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE, | Judge Dan Aaron Polster |
| Plaintiff, | |
| vs. | |
| PURDUE PHARMA, et al., | |
| Defendants. | |

**PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S THIRD PARTY COMPLAINT**

COMES now Board of County Commissioners of the County of Santa Fe, by Counsel, with this Motion to Strike Defendants' Third Party Complaint. Plaintiff moves to strike Defendant, Kroger's, Third Party Complaint against Defendants John and Jane Does 1-5000 (Doc. No. 45).[1] Pursuant to the Track Eleven Case Management Order for the Board of County Commissioners of the County of Santa Fe, New Mexico section C(4) (Doc. No. 26), Plaintiff hereby incorporates by reference the similar motion to strike filed in Track 3 (MDL Doc. #3542) and identifies this additional briefing and Order:

- Pharmacy Defendants' Opposition to the Motion (MDL Doc. #3551);

- Plaintiffs' Reply (MDL Doc. No. 3556); and

---

[1] All references to "Doc. No. _" refer to the docket entries in Case No. 1:18-op-45776, and all references to "MDL Doc. No. _" refer to the master docket in 1:17-md-2804.

- the November 18, 2021 Order Granting the Motion to Strike (MDL Doc. No. 3561).

## CONCLUSION

For the reasons stated in the Track 3 Plaintiffs' briefing identified above and in the Order Granting the Motion to Strike in Track 3, Plaintiff's Motion to Strike should be granted.

Dated: January 11, 2022                                      Respectfully submitted,


                                                            /s/ Jayne Conroy
                                                            Jayne Conroy
                                                            Laura Fitzpatrick
                                                            SIMMONS HANLY CONROY
                                                            112 Madison Avenue, 7th Floor
                                                            New York, NY 10016
                                                            (212) 784-6400
                                                            (212) 213-5949 (Fax)
                                                            jconroy@simmonsfirm.com
                                                            lfitzpatrick@simmonsfirm.com

                                                            Sarah Burns
                                                            Jo Anna Pollock
                                                            One Court Street
                                                            Alton, IL 62002
                                                            (618) 259-2222
                                                            sburns@simmonsfirm.com
                                                            jpollock@simmonsfirm.com

                                                            Erin K. Dickinson
                                                            Charles J. Crueger
                                                            Krista K. Baisch
                                                            CRUEGER DICKINSON LLC
                                                            4532 N Oakland Avenue
                                                            Whitefish Bay, WI 53211
                                                            (414) 210-3868
                                                            ekd@cruegerdickinson.com
                                                            cjc@cruegerdickinson.com
                                                            kkb@cruegerdickinson.com

                                                            *Attorneys for Plaintiff*

Justin R. Kaufman
Rosalind B. Bienvenu
Caren I. Friedman
DURHAM, PITTARD & SPALDING, LLP
505 Cerrillos Road, Suite A209
Santa Fe, NM 87501
(505) 986-0600
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com
cfriedman@dpslawgroup.com

*Counsel for Board of the County
Commissioners of the County of Santa Fe*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2022, I electronically filed the foregoing document and served on counsel of record using the CM/ECF system.

 */s/ Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY