## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**, <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Track Three Cases* | MDL 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster |

### DECLARATION OF JENNIFER R. SCULLION IN OPPPOSITION TO THE PHARMACY DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DR. KATHERINE KEYES

JENNIFER R. SCULLION declares the following, pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of Seeger Weiss LLP, one of the firms representing the Plaintiffs in the above-captioned litigation.

2. I submit this Declaration in opposition to the Pharmacy Defendants' motion to exclude certain opinions of Dr. Katherine Keyes, which was served on July 23, 2021. *See* Doc. #: 3798.

3. Annexed hereto as Exhibit 1 is a copy of an article by Magdalena Cerdá, Yusuf Ransome, Katherine M. Keyes *et al.*, entitled *Prescription opioid mortality trends in New York City, 1990-2006: Examining the emergence of an epidemic*, published in 132 Drug Alcohol Dependency 53 (Sept. 2013), which is available on the website of the National Library of Medicine of the National Institutes of Health, at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3748247/pdf/nihms440471.pdf (last visited Aug. 17, 2021).

4. Annexed hereto as Exhibit 2 is a copy of the plea agreement in *United States v. Purdue Pharma L.P.*, dated October 20, 2020, which is available on the website of the U.S. Department

of Justice's Office of Public Affairs, at https://www.justice.gov/opa/press-release/file/1329576/download (last visited Aug. 17, 2021).

5. Annexed hereto as Exhibit 3 is a true copy of a document produced in discovery by Defendant Walmart Inc., Bates-numbered WMT_MDL_001139294.

6. Annexed hereto as Exhibit 4 is a true copy of a document produced in discovery by Defendant Walmart Inc., Bates-numbered WMT_MDL_000185387.

7. Annexed hereto as Exhibit 5 is a copy of an article by Wilson M. Compton, M.D., M.P.E., *et al.*, entitled *Relationship between Nonmedical Prescription-Opioid Use and Heroin Use*, published in the New England Journal of Medicine at 374 N. Engl. J. Med. 154-63 (2016), and available at https://www.nejm.org/doi/pdf/10.1056/NEJMra1508490?articleTools=true (last visited Aug. 17, 2021).

8. Annexed hereto as Exhibit 6 is a copy of the November 2019 report of the Association of Schools and Programs of Public Health's Task Force on Public Health Initiatives to Address the Opioid Crisis, entitled *Bringing Science to Bear on Opioids:  Report and Recommendations from the ASPPH Task Force on Public Health Initiatives to Address the Opioid Crisis.*  The report is available at https://aspph-wp-production.s3.us-east-1.amazonaws.com/wp-content/uploads/2019/09/ASPPH.Opioids.FINAL_.11.01.20191.pdf  (last visited Aug. 17, 2021).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August, 2021.

/s/*Jennifer R. Scullion*
Jennifer R. Scullion