# EXHIBIT 4

| | |
|---|---|
| **From:** | Debbie Mack |
| **To:** | George Chapman |
| **Sent:** | 9/17/2012 1:00:37 PM |
| **Subject:** | FW: DEA CONFERENCE |

His concern is simply that it is priced at $4.  Do you want to mention in a meeting.

Debbie Mack, RPh, CHC
**Director, Corporate Compliance**
**Health and Wellness Practice Compliance**
Office: 479-277-0491 Fax: 479-273-8675
Debbie.Mack@wal-mart.com

**Walmart ⁎ Compliance**
*The Right Way- Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

---

**From:** Jeffrey Plunkett - jwplunk.s00275
**Sent:** Monday, September 17, 2012 7:58 AM
**To:** Debbie Mack
**Subject:** RE: DEA CONFERENCE

```
I priced it using F8 in Connexus,  did  not bother looking at the
list.
This is what I have been concerned about is the price, may not
actually
be on the listing.
```

Jeff Plunkett
US.WAL-MART.COM\JWPLUNK.s00275
Wal~Mart 0275
Livingston, Texas
"it is my job"
"do it now!"
"do it well!"

---

**From:** Debbie Mack
**Sent:** Monday, September 17, 2012 7:37 AM
**To:** Jeffrey Plunkett - jwplunk.s00275
**Subject:** RE: DEA CONFERENCE

Are you sure that isn't Walmart insurance.  All generics are $4.  If its on the list please fax me the list.

Debbie Mack, RPh, CHC
**Director, Corporate Compliance**
**Health and Wellness Practice Compliance**

CONFIDENTIAL

Office: 479-277-0491 Fax: 479-273-8675
Debbie.Mack@wal-mart.com

## Walmart ☼ Compliance
*The Right Way- Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

---

**From:** Jeffrey Plunkett - jwplunk.s00275
**Sent:** Monday, September 17, 2012 7:20 AM
**To:** Debbie Mack
**Subject:** RE: DEA CONFERENCE

```
as of this morning 100=4$
                              200= 8$
```

Jeff Plunkett
US.WAL-MART.COM\JWPLUNK.s00275
Wal~Mart 0275
Livingston, Texas
"it is my job"
"do it now!"
"do it well!"

---

**From:** Debbie Mack
**Sent:** Friday, September 14, 2012 4:30 PM
**To:** Jeffrey Plunkett - jwplunk.s00275
**Subject:** FW: DEA CONFERENCE

Jeff
We checked the $4 list and it is not on there.

Debbie Mack, RPh, CHC
**Director, Corporate Compliance**
**Health and Wellness Practice Compliance**
Office: 479-277-0491 Fax: 479-273-8675
Debbie.Mack@wal-mart.com

## Walmart ☼ Compliance
*The Right Way- Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

---

**From:** Jeffrey Plunkett - jwplunk.s00275
**Sent:** Monday, September 10, 2012 4:30 PM
**To:** Debbie Mack
**Subject:** RE: DEA CONFERENCE

```
I know I am hard nosed about this, but honestly Debbie, we are
contributing
```

CONFIDENTIAL
WMT_MDL_000185388

to a bad thing by doing this and the DEA is taking a strong interest in this product.

Jeff Plunkett
US.WAL-MART.COM\JWPLUNK.s00275
Wal~Mart 0275
Livingston, Texas
"it is my job"
"do it now!"
"do it well!"

---

**From:** Debbie Mack
**Sent:** Monday, September 10, 2012 3:28 PM
**To:** Jeffrey Plunkett - jwplunk.s00275
**Subject:** Re: DEA CONFERENCE

Ill see what I can do


Thanks

Debbie Mack, RPh, CHC
Director, Pharmacy Regulatory Affairs
Office (479)277-0491 Cell (479)366-8398
Fax (479)277-9679
debbie.mack@wal-mart.com

Health and Wellness Professional Affairs
Walmart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716-0230

---

**From:** Jeffrey Plunkett - jwplunk.s00275
**Sent:** Monday, September 10, 2012 09:37 AM
**To:** Debbie Mack
**Subject:** DEA CONFERENCE

Debbie,
      I had spoken to you once before about this but after this weekends
DEA conference, we really need to reevaluate our position on selling Tramadol for 4$.  Based on what we are seeing at store levels and the disclosure by the DEA that tramadol seems to be replacing hydrocodone and carisoprodol, we need to think hard about providing this at this price.
It is not uncommon to see scripts for 240 or 360 per month.

Jeff Plunkett
US.WAL-MART.COM\JWPLUNK.s00275
Wal~Mart 0275

CONFIDENTIAL

WMT_MDL_000185389

Livingston, Texas
"it is my job"
"do it now!"
"do it well!"

CONFIDENTIAL

WMT_MDL_000185390