# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Track Three Cases* | MDL NO. 2804<br>Case No. 1:17-MD-2804<br>Hon. Dan. A. Polster |

### NOTICE OF SERVICE OF PLAINTIFFS' OPPOSITION TO CERTAIN DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OFFERED BY JAMES RAFALSKI

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted copy of Plaintiffs' Opposition to Certain Defendants' *Daubert* Motion to Exclude the Opinions Offered by James Rafalski on all Parties, the Court, and Special Master Cohen, and are now filing the same not under seal.

Dated: January 13, 2022

Respectfully submitted,

/s/ *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
(304) 654-8281
paul@farrell.law
*Plaintiffs' Co-Lead Counsel*

1

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2022, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino