# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*Track Three Cases* | MDL NO. 2804<br>Case No. 1:17-MD-2804<br>Hon. Dan. A. Polster |

## NOTICE OF SERVICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF CRAIG McCANN

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted copies of the following documents on all Parties, the Court, and Special Master Cohen, and are now filing the same not under seal:

- Summary Sheet for Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann.

- Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann.

- Declaration of Page A. Poerschke.

- Exhibits 1 through 11.

Dated:       January 13, 2022

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
(304) 654-8281
paul@farrell.law
*Plaintiffs' Co-Lead Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2022, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino