UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>TRACK THREE CASES | MDL 2804<br>CASE NO. 17-MD-2804<br>HON. DAN AARON POLSTER |

### DECLARATION OF PAGE A. POERSCHKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF CRAIG MCCANN

Pursuant to 28 U.S.C. § 1746, I, Page A. Poerschke, hereby declare as follows:

1. I am an attorney at Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., counsel for Plaintiffs Lake County and Trumbull County, Ohio in the above-captioned cases.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinionsand Testimony of Craig McCann and to place before the Court true and correct copies of the attached documents.

3. Attached as **Exhibit 1** is a true and correct copy of a document produced in discovery by Defendant Walgreens, bearing bates number WAGMDL00037521.

4. Attached as **Exhibit 2** is a true and correct copy of a document produced in discovery by Defendant Walmart, bearing bates number WMT_MDL_000042987.

5. Attached as **Exhibit 3** is a true and correct copy of a document produced in discovery by Defendant Rite Aid, bearing bates number Rite_Aid_OMDL_0044379.

6. Attached as **Exhibit 4** is a true and correct copy of a document produced in

discovery by Defendant CVS, bearing bates number CVS-NYAG-000040732.

7. Attached as **Exhibit 5** is a true and correct copy a document produced in discovery by Defendant HBC/Giant Eagle, bearing bates number HBC_MDL00191292.

8. Attached as **Exhibit 6** is a true and correct copy of a document produced in discovery by Defendant Rite Aid, bearing bates number Rite_Aid_OMDL_0044327.

9. Attached as **Exhibit 7** is a true and correct copy of a document produced in discovery by Defendant Walgreens, bearing bates number WAGMDL00879313.

10. Attached as **Exhibit 8** is a true and correct copy of a document produced in discovery by Defendant Walgreens, bearing bates number WAGFLDEA00000467

11. Attached as **Exhibit 9** is a true and correct copy of a document produced in discovery by Defendant Walgreens, bearing bates number WAGMDL00008110.

12. Attached as **Exhibit 10** is a true and correct copy of a document produced in discovery by Defendant Walmart, bearing bates number WMT_MDL_000069745.

13. Attached as **Exhibit 11** is a true and correct copy of an email serving the May 19, 2021, supplemental expert report and related materials for Craig McCann.

14. I declare under penalty of perjury that the foregoing is true and correct to the bestof my knowledge, information, and belief.

Executed on this 18th day of August, 2021.

> /s/ Page A. Poerschke
> Page A. Poerschke
> **Levin, Papantonio, Rafferty, Proctor,**
> **Buchanan, O'Brien, Barr & Mougey, P.A.**
> 316 S. Baylen Street, Suite 600
> Pensacola, FL 32502-5996
> (205) 401-2373
> ppoerschke@levinlaw.com