# PD7 McCann Opp Exh 04



# Prescriber Algorithm Metrics and Definitions

FOIL Confidential

CVS-NYAG-000040732

Confidential



# Region reference

| Region | Description | State |
|--------|-------------|-------|
| Region 12 | Florida | FL |
| Region 1 | New England | CT, MA, ME, NH, RI, VT |
| Region 2 | Mid-Atlantic | OH, NJ, NY, PA |
| Region 3 | South-Atlantic | DC, DE, MD, VA, WV |
| Region 4 | Mid-South | AL, AR, LA, MS, OK, TX |
| Region 7 | Great Lakes | MI, IL, IN, MN, MO, WI |
| Region 8 | Southeast | GA, KY, NC, SC, TN |
| Region 14 | West | AK, AZ, CA, CO, HI, ID, NM, NV, OR, UT, WA, WY |
| Region 18 | Mid-West | IA, KS, MT, ND, NE, SD |
| Region 20 | Puerto Rico | PR |

**FOIL Confidential**

**CVS-NYAG-000040733**

**Confidential**