# PD7 McCann Opp Exh 08



"Pharmacy Manager  03606"
<rxm.03606@store.walgreens.com>

10/25/2011 09:50 AM

To <hugh.Morrow@walgreens.com>
cc
bcc
Subject  Fw: DEA Red Flags

:0)

----- Original Message -----
**From:** Hugh.Morrow@walgreens.com
**To:** District53Rx@walgreens.com
**Cc:** Market3RxSupv@walgreens.com
**Sent:** Wednesday, October 12, 2011 6:17 AM
**Subject:** DEA Red Flags

Good information from a CE article that Amber read.....I thought I would pass it on......

Hi Hugh,

I was just reading a CE:  (The DEA Opines on "Corresponding Responsibility" of Pharmacists).

In this CE, the DEA hired an expert to examine prescriptions seized in a DEA raid.  They found these ten "red flags" that the pharmacist should have caught and not filled the prescriptions.  This might help those of us out there unsure of what we should fill.

1. "cocktailed" prescriptions (ex: "the triple": oxycodone/hydrocodone, soma, alprazolam)

2. no individualization of dosing by prescribing physician

3. filling multiple prescriptions for the strongest formulations of hydrocodone/oxycodone and alprazolam

4. requests for early dispensing of refills

5. prescriptions from doctors more than 100 miles away

6. large proportion of controlled substance prescriptions written by one particular physician

7. pharmacist should reach out to other pharmacists to determine why they are not filling prescriptions from particular doctor

8. patients travelled to the pharmacist in groups

9. filling large percentage of cash prescriptions

10. verification of prescription as "legitimate" was not simply satisfied because the practitioner said so and performed blood tests on the patient

CONFIDENTIAL

CONFIDENTIAL

WAG00000468

WAGFLDEA00000467

Might help, might not... I thought that it was good info.

Talk to you later!
Amber

CONFIDENTIAL

CONFIDENTIAL

WAG00000469

WAGFLDEA00000468