# PD7 McCann Opp Exh 10