# PD7 McCann Opp Exh 11

| | |
|---|---|
| **From:** | 2804 Discovery, MDL |
| **To:** | MDL 2804 |
| **Subject:** | FW: CT3 Plaintiffs Supplemental Report of Craig McCann 5-19-21 |
| **Date:** | Wednesday, May 19, 2021 9:55:29 PM |

**CAUTION:** This email message is **EXTERNAL.**

**From:** Ellyn Hurd <ehurd@simmonsfirm.com>
**Sent:** Thursday, May 20, 2021 2:44:42 AM
**To:** EXT Track3Defendants <EXT-TRACK3DEFENDANTS@groups.jonesday.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Cc:** Weinberger, Peter H. <PWeinberger@spanglaw.com>; Ellyn Hurd <ehurd@simmonsfirm.com>
**Subject:** CT3 Plaintiffs Supplemental Report of Craig McCann 5-19-21

CAUTION:EXTERNAL

Counsel:

Pursuant to the Court's May 10, 2021 Order, Docket Number 3726, below is a link to the supplemental expert report and related materials for Craig McCann. The link contains the universe of prescriptions and code associated with the red flag prescriptions for purposes of proceeding with the sampling process per our agreement.

https://simmonsfirm.box.com/s/ju36ua1cnnglt31i8avuw2wt77cjmdrq

Mr. McCann is available for deposition on June 10, 2021 or June 11, 2021, but those dates are contingent on Dr. McCann's testimony in the CT2 trial.

Thank you,

Ellyn H. Hurd*
ehurd@simmonsfirm.com
Simmons Hanly Conroy
112 Madison Ave 7th Floor
New York, New York 10016
212 784 6400 office
508 560 6488 cell
*admitted only in Massachusetts

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files   |   Leave group   |   Learn more about Microsoft 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.