# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*Track Three Cases* | MDL NO. 2804<br>Case No. 1:17-MD-2804<br>Hon. Dan. A. Polster |

### NOTICE OF SERVICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT ABOUT ALLEGED MISCONDUCT AFTER 2010 [DKT. #3843] AND MEMORANDUM IN SUPPORT

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted copy of Plaintiffs' Opposition to Defendants' Motion *in Limine* to Preclude Evidence or Argument about Alleged Misconduct After 2010 (Dkt. No. 3843) and Memorandum in Support on all Parties, the Court, and Special Master Cohen, and are now filing the same not under seal.

Dated:   January 13, 2022

Respectfully submitted,

/s/   *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
(304) 654-8281
paul@farrell.law
*Plaintiffs' Co-Lead Counsel*

1

> Jayne Conroy
> SIMMONS HANLY CONROY
> 112 Madison Avenue, 7th Floor
> New York, NY 10016
> (212) 784-6400
> jconroy@simmonsfirm.com
> *Plaintiffs' Co-Lead Counsel*
>
> Joseph F. Rice
> MOTLEY RICE
> 28 Bridgeside Blvd.
> Mt. Pleasant, SC 29464
> (843) 216-9000
> jrice@motleyrice.com
> *Plaintiffs' Co-Lead Counsel*
>
> Peter H. Weinberger (0022076)
> SPANGENBERG SHIBLEY & LIBER
> 1001 Lakeside Avenue East, Suite 1700
> Cleveland, OH 44114
> (216) 696-3232
> pweinberger@spanglaw.com
> *Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of January, 2022, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

> /s/     *Anthony D. Irpino*
> Anthony D. Irpino