**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: Case No. 1:18-op-45274-DAP | Judge Dan Aaron Polster |
| TARRANT COUNTY, | |
| Plaintiff, | |
| vs. | |
| PURDUE PHARMA, L.P., ET AL., | |
| Defendants. | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS'**
**THIRD PARTY COMPLAINT**

COMES now Tarrant County, by Counsel, with this Motion to Strike Defendants' Third Party Complaint. Plaintiff moves to strike Defendants' Third Party Complaint against Defendants John and Jane Does 1-5000 (Doc. No. 75).[1] Pursuant to the Track Nine Case Management Order for Tarrant County, Texas, section C(4) (Doc. No. 70), Plaintiff hereby incorporates by reference the similar motion to strike filed in Track 3 (MDL Doc. #3542) and identifies this additional briefing and Order:

- Pharmacy Defendants' Opposition to the Motion (MDL Doc. #3551)

- Plaintiffs' Reply (MDL Doc. No. 3556); and

- the November 18, 2021 Order Granting the Motion to Strike (MDL Doc. No. 3561).

---

[1] All references to "Doc. No. _" refer to the docket entries in Case No. 1:18-op-45274, and all references to "MDL Doc. No. _" refer to the master docket in 1:17-md-2804.

## CONCLUSION

For the reasons stated in the Track 3 Plaintiffs' briefing identified above and in the Order

Granting the Motion to Strike in Track 3, Plaintiff's Motion to Strike should be granted.

Dated: January 14, 2022

Respectfully Submitted,

**THE LANIER LAW FIRM**

*/s/ W. Mark Lanier*
W. Mark Lanier
Rebecca Phillips
10940 W. Sam Houston Parkway N.
Houston, TX 77064
Tel: 713-659-5200
Fax: 713-659-2204
mark.lanier@lanierlawfirm.com
rebecca.phillips@lanierlawfirm.com

*/s/ Evan Janush*
Evan Janush
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: 212-421-2800
Fax: 212-421-2878
evan.janush@lanierlawfirm.com

**THE LAW OFFICES OF TOM HALL**

Tom Hall
2605 Airport Freeway, Suite 100
Fort Worth, TX 76111
docket@opioidcounsel.com

*Counsel for Plaintiff Tarrant County*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on January 14, 2022, I electronically filed the

foregoing document and served on counsel of record using the CM/ECF system.

By: */s/ W.Mark Lanier*
W. Mark Lanier
THE LANIER LAW FIRM