# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to:<br>Case No. 1:18-op-45776-DAP | Case No. 17-md-2804 |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE, | Judge Dan Aaron Polster |
| Plaintiff, | |
| vs. | |
| PURDUE PHARMA. et al., | |
| Defendants. | |

## OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE THE KROGER DEFENDANTS' THIRD-PARTY COMPLAINT

Defendants and Third-Party Plaintiffs The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II, oppose Plaintiff's Motion to Strike (the "Motion"), incorporate by reference the opposition to plaintiffs' motion to strike in Track 3 (MDL ECF No. 3551), and respectfully submit that the Court erred by striking the third-party complaint in Track 3 (MDL ECF No. 3561).

Dated: January 18, 2022

                                                  Respectfully submitted,

                                                  **COUNSEL FOR DEFENDANTS AND THIRD PARTY PLAINTIFFS THE KROGER CO., KROGER LIMITED PARTNERSHIP I AND KROGER LIMITED PARTNERSHIP II**

*s/ Ronda L. Harvey*
Ronda L. Harvey (WVSB 6326)
Fazal A. Shere (WVSB 5433)
Ashley Hardesty Odell (WVSB 9380)
Aaron C. Boone (WVSB 9479)
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1701
rharvey@bowlesrice.com
fshere@bowlesrice.com
ahardestyodell@bowlesrice.com
aboone@bowlesrice.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of January 2022, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Ronda L. Harvey*
Ronda L. Harvey

13375348.1