## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> **This document relates to:** <br><br> *Track Three Cases* | **MDL No. 2804** <br> **Case No. 17-md-2804** <br> **Judge Dan Aaron Polster** |

### NOTICE OF SERVICE OF REPLY MEMORANDUM IN FURTHER SUPPORT OF CERTAIN DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OFFERED BY JAMES RAFALSKI

Defendants Giant Eagle, Inc. and HBC Service Company, and Walmart Inc. ("Moving Defendants") hereby provide notice that on August 27, 2021, they served unredacted copies of the following documents on all Parties, the Court, and Special Master Cohen, and are now filing the same not under seal:

- Reply Memorandum in Further Support of Certain Defendants' *Daubert* Motion to Exclude the Opinions Offered by James Rafalski;

- Declaration of Brian C. Hill, along with the corresponding Exhibits:

  Exhibit 1: James Rafalski 4/16/2021 Expert Report Excerpts; and

  Exhibit 2: *Sardis v. Overhead Door Corp.*, No. 20-1411 (4th Cir. Aug. 20, 2021) Opinion and Attachment Excerpts: Advisory Committee Materials.

Dated: January 18, 2022

Respectfully submitted,

*/s/ Scott D. Livingston*
Scott D. Livingston
Robert M. Barnes
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre 301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
E-mail: livingston@marcus-shapira.com
E-mail: rbarnes@marcus-shapira.com

E-mail: kobrin@marcus-shapira.com

*Attorneys for Giant Eagle, Inc. and HBC Service Company*

*/s/ John M. Majoras* (consent)
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
E-mail: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on January 18, 2022.

*/s/ Scott D. Livingston*
Scott D. Livingston