UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Track Three Cases* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**REPLY IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE CERTAIN OPINIONS AND
TESTIMONY OF DR. KATHERINE KEYES**

**REPLY EXHIBIT 2**

```
 1                                                                    1

 2        SUPREME COURT OF THE STATE OF NEW YORK
          COUNTY OF SUFFOLK: PART 48
 3        ------------------------------------------------x

 4        IN RE: OPIOID LITIGATION

 5

 6                                      INDEX NO.:400000/2017

 7        ------------------------------------------------x

 8                                      September 10, 2020
                                        Central Islip, New York
 9

10                    MINUTES OF FRYE HEARING
                       (Testimony of Dr. Keyes)
11

12        B E F O R E:      HON. JERRY GARGUILO
                            Supreme Court Justice
13
          A P P E A R A N C E S:
14

          SIMMONS HANLY CONROY, LLC
15        **Attorneys for Suffolk County**
          112 Madison Avenue
16        New York, New York 10016
          BY:   JAYNE CONROY, ESQ.
17              THOMAS I. SHERIDAN, III, ESQ.
                (212) 784-6401
18              jconroy@simmonsfirm.com
                tsheridan@simmonsfirm.com
19

20        NAPOLI SHKOLNIK, PLLC
          **Attorneys for Nassau County**
21        400 Broadhollow Road, Suite 305
          Melville, New York 11747
22        BY:   SALVATORE C. BADALA, ESQ.
                (212)397-1000
23              sbadala@napolilaw.com

24

25
```

```
 1                  Frye Hearing - Dr. Keyes              55
 2        Q.   In your work on this case, did you also
 3   review rates of prescribing of prescription opioids?
 4        A    Yes.
 5        Q.   And did you do that in -- in reviewing
 6   studies that analyzed that sort of data?
 7        A    Yes.
 8        Q.   Now, in this last section of this
 9   examination, I'd like to discuss how you applied
10   your methodology in reaching your opinions.
11             THE COURT:  Doctor, is this your
12        methodology or the Bradford Hill methodology
13        that you applied?
14             THE WITNESS:  I would say it fits into
15        both.  You know, the Bradford Hill
16        methodology is sort of a larger set of
17        criteria to use when looking at a body of
18        literature, but, you know, the reliability of
19        the underlying data is one of those factors.
20        And so --
21             THE COURT:  Did I hear correctly, you
22        indicated that you applied six of the
23        criteria of the Bradford Hill methodology?
24             THE WITNESS:  Yes.
25             THE COURT:  Is there nine?
```

```
 1                    Frye Hearing - Dr. Keyes              56
 2              THE WITNESS:  There are nine.
 3     BY MR. REISMAN:
 4         Q.   Would it be fair to say that you applied
 5     all of the factors, but the six that we've just
 6     discussed are the most important factors for
 7     purposes of explaining your methodology today?
 8              MR. SCHMIDT:  I'll object to his feeding
 9         testimony to the witness, leading.
10              THE COURT:  Just do me a favor.  Take
11         the mask off for a second.  What's the
12         objection?
13              MR. SCHMIDT:  Sorry.  I will object to
14         that one as leading because he's feeding
15         testimony to the witness.
16              THE COURT:  Rephrase the question.  I'm
17         not going to consider the answer.  Rephrase
18         the question, and then I'll consider the
19         answer.
20     BY MR. REISMAN:
21         Q.   Dr. Keyes, in your methodology in this
22     case, did you apply all of the Bradford Hill
23     factors?
24         A    Generally, if I can give an example, I
25     think it would be helpful.
```

```
                        Frye Hearing - Dr. Keyes              57
```

1
2          THE COURT: Go ahead. Give me an
3     example.
4          THE WITNESS: So another Bradford Hill
5     criteria, for example, is analogy. An
6     analogy is, you know, not necessarily the,
7     you know, whether the evidence is consistent
8     with other associations in the literature
9     that aren't germane to the one that you're
10    considering. And I used analogy in my
11    report.
12         I just didn't consider it to be among
13    the most, you know, kind of important and
14    compelling factors that drove my opinions,
15    but certainly there are in my report
16    analogies in other, in other literatures, and
17    that would be a Bradford Hill criteria. So
18    that's an example.
19         THE COURT: Next question.
20  BY MR. REISMAN:
21    Q.   Did you use the name Bradford Hill?
22  Does it appear in your report anywhere?
23    A    No.
24    Q.   But you did use the principles, the
25  factors that Bradford Hill described in your report;

| | | |
|---|---|---|
| 1 | Frye Hearing - Dr. Keyes | 58 |

2   is that right?
3       A    That's right.
4       Q.   Now, we're going to move on in this last
5   section to talking about your opinions and how you
6   got from your methodology to your opinions.  Does
7   this slide summarize your opinions at a high level
8   in this case, the opinions relating to causation?
9       A    Yes.
10          THE COURT:  Do you have a copy of that
11      slide on paper?
12          MR. REISMAN:  We can make one.
13          THE COURT:  I'll move it.  We can see it
14      this way.  Thank you.
15  BY MR. REISMAN:
16      Q.   So the first one, Dr. Keyes, is use of
17  prescription opioids increases the risk of opioid
18  use disorder and abuse of illicit opioids such as
19  heroin and fentanyl; is that right?
20      A    Yes.
21      Q.   The second is the increased supply of
22  prescription opioids since the 1990s led to an
23  increase in rates of opioid use disorder, opioid
24  overdose deaths, and other harms.  Did I read that
25  correctly?

```
 1                    Frye Hearing - Dr. Keyes                 114
 2     a term, Bradford Hill, that you never once mention
 3     in your report; is that correct?
 4          A    That's correct.
 5          Q.   You don't lay out in your report,
 6     according to the nine factors of Bradford Hill and
 7     how you believe your opinions track against those
 8     nine factors, correct?
 9          A    Correct.
10          Q.   And you certainly don't do that if you
11     recall Slide 14 of your presentation, that's where
12     you have the three individual opinions.  You
13     certainly don't do that for those three individual
14     opinions.  Say, for this opinion, here's how factor
15     one is met, here's how factor 2 is met, here's how
16     coherence is met.  Here's how analysis of alternate
17     causes is met, correct?  You don't do that?
18          A    That's right.
19          Q.   There's no mention at all in your
20     report, for example, of something like biological
21     plausibility, correct?
22          A    Those words may not be in the report.
23          Q.   Now, you do set forth your methodology
24     in your report, correct?
25          A    Yes.
```

```
 1                    Frye Hearing - Dr. Keyes                    115
 2              Q.   Do you have it handy?
 3              A    Yes.
 4              Q.   If you look at page 11 of your report, I
 5     believe there is a two- or three-page discussion of
 6     your methodology for the review of the evidence,
 7     correct?
 8              A    Yes.
 9              Q.   And there's no mention of Bradford Hill
10     in there, correct?
11              A    Not that name.
12              Q.   There's no walk through of Bradford Hill
13     factors one by one in there, is there?  Yes or no.
14              A    Not of the Hill factors.
15              Q.   Okay.  And you talked about published
16     articles you have on prescription opioids.  You've
17     never published an article on prescription opioids
18     that contains one of the three opinions that you
19     stated on Slide 14 that you were shown with
20     Plaintiffs' counsel.  You've never published an
21     article setting forth one of those three opinions
22     and specifically invoking Bradford Hill to analyze
23     those opinions, correct?
24              A    I mean, those are two questions, right?
25     The first is --
```

```
 1                    Frye Hearing - Dr. Keyes              116
 2           Q.    It's a two-part question.  Have you
 3    published the opinions that you've given us in court
 4    in an article that specifically discusses the
 5    Bradford Hill factors or even references the
 6    Bradford Hill criteria?  Yes or no.
 7           A     The word Bradford Hill specifically?
 8           Q.    Yes.
 9           A     Not the word Bradford Hill specifically.
10           Q.    Or that walks through each factor one at
11    a time?
12           A     The discussion sections of the paper is
13    generally in epidemiology cohered to the types of
14    factors that Bradford Hill outlined in.
15           Q.    Can you points me to a paper you
16    published where you give one of the opinions on
17    causation in this case and specifically walk through
18    the various Bradford Hill factors to support that
19    opinion?  Yes or no.
20           A     No, not at the time.
21           Q.    Now, I'd like to turn now to the
22    substance and how that tracks your methodology, and
23    I want to start first with your opinion on supply.
24    I want to talk about the why of supply.
25                 Are you aware that the DEA, the Drug
```