**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | § § § | **MDL NO. 2804** |
| | | **Case No. 1:17-MD-2804** |
| **This document relates to:** | § § | **Hon. Dan. A. Polster** |
| | § | |
| *Track Three Cases* | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT Defendants Fresenius USA Manufacturing, Inc.,  by and through the undersigned, designate the following to appear as counsel in the referenced matter:

Lauren Hunt Brogdon
State Bar No.  24082
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151 – Telephone
(713) 651-5246 – Facsimile
lauren.brogdon@nortonrosefulbright.com

Dated:  January 14, 2022

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP


*/s/ Erin Lunceford*

Erin Lunceford
Attorney in Charge
State Bar No.  12694200
erin.lunceford@nortonrosefulbright.com
Kevin Yankowsky
State Bar No. 00791967
Kevin.yankowsky@nortonrosefulbright.com
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246

ATTORNEYS FOR DEFENDANT
FRESENIUS USA MANUFACTURING,
INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service pursuant to the Federal Rules of Civil Procedure on this 14th day of January, 2022.

/s/ Erin Lunceford
Erin E. Lunceford
Counsel for Fresenius USA Manufacturing, Inc.