# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | Case No. 1:17-md-2804-DAP<br><br>Honorable Dan Aaron Polster |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Joshua Burk of Hueston Hennigan LLP withdraw as counsel on behalf of Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. (collectively, "Endo") in the above-captioned matter.

Counsel at Skadden, Arps, Slate, Meagher & Flom LLP and Hueston Hennigan LLP shall continue to serve as counsel of record for Endo in this action.

Dated:  January 21, 2022

Respectfully Submitted,

By: _____
Padraic W. Foran
Joshua Burk
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (323) 788-4340
Facsimile: (888) 775-0898
pforan@hueston.com
jburk@hueston.com

*Counsel for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*

- 1 -

6047876

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, a true and correct copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system

        HUESTON HENNIGAN LLP

By: _____
     Joshua Burk

6047876