IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: Case No. 1:18-op-45274-DAP | Case No. 17-md-2804 |
| TARRANT COUNTY, TX, | Judge Dan Aaron Polster |
| Plaintiff, | |
| vs. | |
| PURDUE PHARMA, et al., | |
| Defendants. | |

**OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS'
<u>THIRD-PARTY COMPLAINT</u>**

Defendants and Third-Party Plaintiffs The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II and Kroger Texas LP, (collectively, "Kroger") and Albertson's LLC, Albertsons Companies, Inc., Randall's Food & Drug LP, Safeway Inc., United Supermarkets LLC, (collectively, "Albertsons") oppose Plaintiff's Motion to Strike Defendants' Third-Party Complaint (the "Motion"), incorporate by reference the opposition to Plaintiffs' motion to strike in Track 3 (MDL ECF No. 3551), and respectfully submit that the Court erred by striking the third-party complaint in Track 3 (MDL ECF No. 3561).

| | |
|---|---|
| Dated:   January 24, 2022 | Respectfully submitted, |
| /s Ronda L. Harvey | s/ Gretchen N. Miller |
| Ronda L. Harvey (WVSB #6326) | Gretchen N. Miller |
| Fazal A. Shere (WVSB #5433) | Francis A. Citera (SBN IL 6185263) |
| Ashley P. Hardesty Odell (WVSB #9380) | citeraf@gtlaw.com |
| **BOWLES RICE LLP** | Gretchen N. Miller (SBN IL 6273075) |
| 600 Quarrier Street | millerg@gtlaw.com |
| Post Office Box 1386 | |
| Charleston, West Virginia  25326-1386 | GREENBERG TRAURIG, LLP |
| 304-347-1701 | 77 West Wacker Drive, Suite 3100 |
| rharvey@bowlesrice.com | Chicago, Illinois 60601 |
| fshere@bowlesrice.com | Telephone:    312.456.8400 |
| ahardestyodell@bowlesrice.com | Facsimile:    312.456.8435 |
| | |
| Counsel for Defendants The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II and Kroger Texas L.P. | Peter S. Wahby |
| | State Bar No. 24011171 |
| | wahbyp@gtlaw.com |
| | Gregory Franklin |
| | State Bar No. 24096997 |
| | frankling@gtlaw.com |
| | |
| | GREENBERG TRAURIG, LLP |
| | 2200 Ross Avenue, Suite 5200 |
| | Dallas, Texas 75210 |
| | Telephone:  (214) 665-3600 |
| | Facsimile: (214)  665-3601 |
| | |
| | Counsel for Defendants Albertson's LLC, Albertsons Companies, Inc., Randall's Food & Drug LP, Safeway Inc., United Supermarkets LLC II |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of January 2022, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                              */s/ Ronda L. Harvey*
                                              Ronda L. Harvey

13381336.1