# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION** ) ) ) | |
| | **MDL No. 2804** |
| THIS DOCUMENT RELATES TO: ) ) | |
| ) | **Case No. 1:17-MD-2804** |
| ) | |
| *Track Seven: Montgomery County, Ohio* ) | Case No. 1:18-OP-46326 |
| *Track Eight: Cobb County, Georgia* ) | Case No. 1:18-OP-45817 |
| *Track Nine: Tarrant County, Texas* ) | Case No. 1:18-OP-45274 |
| *Track Ten: Durham County, NC* ) | Case No. 1:19-OP-45346 |
| *Track Eleven: Santa Fe County, NM* ) | Case No. 1:18-OP-45776 |

**Judge Dan Aaron Polster**

## NOTICE OF APPEARANCE

Please take notice that attorney Alec H. Schultz of Hilgers Graben, PLLC, hereby enters his appearance as counsel of record on behalf of defendant Walgreens, Co., in the above-captioned action.

Date:   January 27, 2022            Respectfully submitted,

                                    */s/ Alec H. Schultz*
                                    Alec H. Schultz
                                    Florida Bar No. 35022
                                    HILGERS GRABEN, PLLC
                                    1221 Brickell Avenue, Suite 900
                                    Miami, FL 33131
                                    Telephone: (305) 630-8304
                                    E-mail: aschultz@hilgersgraben.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on January 27, 2022.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

*/s/ Alec H. Schultz*
Alec H. Schultz