IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*This document relates to:*<br><br>ALL CASES | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### MOTION TO WITHDRAW YIFEI "EVELYN" LI AS COUNSEL FOR CERTAIN PLAINTIFFS

Yifei "Evelyn" Li respectfully requests leave of this Court to withdraw as counsel for Plaintiffs Southwest Mississippi Regional Medical Center, Infirmary Health Hospitals, Inc., Monroe County Hospital, Takoma Regional Hospital, Inc. f/k/a Takoma Hospital, Inc., AMISUB (SFH), Inc., Campbell County HMA, LLC, Clarksville Health System, G.P., Cleveland Tennessee Hospital Company, LLC, Cocke County HMA, LLC, Dickenson Community Hospital, Hawkins County Memorial Hospital f/k/a Hawkins County Memorial Hospital, Jefferson County HMA, LLC, Johnston Memorial Hospital, Inc., Lebanon HMA, LLC f/k/a Lebanon HMA, Inc., Lexington Hospital Corporation, Metro Knoxville HMA, LLC, Mountain States Health Alliance f/k/a Johnson City Medical Center Hospital, Inc., Norton Community Hospital, Saint Francis Hospital – Bartlett, Inc. f/k/a Tenet Health System Bartlett, Inc., Shelbyville Hospital Company, LLC f/k/a Shelbyville Hospital Corporation, Smyth County Community Hospital, Tullahoma HMA, LLC f/k/a Tullahoma HMA, Inc., and Wellmont Health System f/k/a BRMC/HVHMC, Inc. (hereinafter "The Represented Parties"). In support of this Motion, Yifei "Evelyn" Li states as follows:

1

1. For professional and business reasons, and after discussions with The Represented Parties, Yifei "Evelyn" Li moves to withdraw as counsel for said Plaintiffs.

2. As required by these rules and Rule 83.9 of the Local Civil Rules of the Northern District of Ohio, Yifei "Evelyn" Li has provided notice to The Represented Parties of her intention to withdraw as counsel. By this motion, Yifei "Evelyn" Li provides notice to the other parties in this litigation and to the Court's appointed Special Masters.

3. The Represented Parties have advised Yifei "Evelyn" Li that they do not object to this motion for withdrawal. The Represented Parties will continue to be represented by numerous attorneys who previously appeared in this MDL proceeding as counsel for The Represented Parties and are reflected on the Court's docket.

4. Accordingly, the withdrawal of Yifei "Evelyn" Li will not have a material adverse effect on the interests of the client.

5. A proposed Order granting this Motion is attached as Exhibit A.

WHEREFORE, Yifei "Evelyn" Li respectfully requests this Court grant her Motion to Withdraw as Counsel for good cause shown.

Dated: January 28, 2022　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Yifei Li
　　　　　　　　　　　　　　　　　　　　　　Yifei "Evelyn" Li
　　　　　　　　　　　　　　　　　　　　　　Jonathan W. Cuneo
　　　　　　　　　　　　　　　　　　　　　　CUNEO GILBERT & LaDUCA, LLP
　　　　　　　　　　　　　　　　　　　　　　4725 Wisconsin Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　　　　　Telephone No.: (202) 789-3960
　　　　　　　　　　　　　　　　　　　　　　evelyn@cuneolaw.com
　　　　　　　　　　　　　　　　　　　　　　jonc@cuneolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's ECF system to all counsel of record. Parties may access this filing through the Court's system.

*/s/ Don Barrett*
John W. ("Don") Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
