IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** *This document relates to:* *ALL CASES* | MDL 2804 Case No. 17-md-2804 Hon. Dan Aaron Polster |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Pending is the Motion of Yifei "Evelyn" Li to withdraw as counsel for Plaintiffs Southwest Mississippi Regional Medical Center, Infirmary Health Hospitals, Inc., Monroe County Hospital, Takoma Regional Hospital, Inc. f/k/a Takoma Hospital, Inc., AMISUB (SFH), Inc., Campbell County HMA, LLC, Clarksville Health System, G.P., Cleveland Tennessee Hospital Company, LLC, Cocke County HMA, LLC, Dickenson Community Hospital, Hawkins County Memorial Hospital f/k/a Hawkins County Memorial Hospital, Jefferson County HMA, LLC, Johnston Memorial Hospital, Inc., Lebanon HMA, LLC f/k/a Lebanon HMA, Inc., Lexington Hospital Corporation, Metro Knoxville HMA, LLC, Mountain States Health Alliance f/k/a Johnson City Medical Center Hospital, Inc., Norton Community Hospital, Saint Francis Hospital – Bartlett, Inc. f/k/a Tenet Health System Bartlett, Inc., Shelbyville Hospital Company, LLC f/k/a Shelbyville Hospital Corporation, Smyth County Community Hospital, Tullahoma HMA, LLC f/k/a Tullahoma HMA, Inc., and Wellmont Health System f/k/a BRMC/HVHMC, Inc. (hereinafter "The Represented Parties"). For good cause shown, The Represented Parties and all counsel of record being fully informed, the Court grants Yifei "Evelyn" Li's Motion.

The Clerk is directed to send all Court orders and entries in this matter to the attention of

The Represented Parties' remaining counsel of record.

    IT IS SO ORDERED.

DATE: _____        JUDGE: _____