UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster |
| *Track Three Cases* | ) ) **ORDER REGARDING PHASE II** ) **DISCOVERY ORDER** |

    Before the Court is Defendants' Objection to the Special Master's Phase II Discovery Order (Doc. #: 4252). For the reasons set forth below, the Objection is **SUSTAINED IN PART**.

    Defendants object to two of the Special Master's rulings related to abatement-related discovery requests: (1) a request for updated custodial files for the two fact witnesses, April Caraway and Kim Fraser, whom plaintiffs intend to call at the abatement proceeding, and (2) Interrogatory No. 5, which asks plaintiffs to provide information, in a deidentified fashion, about the persons they seek to treat through their abatement plan. Doc. # 4252 at 1.

    The Court **SUSTAINS** Defendants' first objection regarding the updated custodial files. The Court agrees the updated productions from these files are relevant to the upcoming abatement proceeding and should be produced. The failure to have previously addressed these documents appears to have been an inadvertent oversight. Accordingly, Plaintiffs are hereby ORDERED to produce these documents.

    Regarding Defendants' second objection, the Court will wait to rule until Plaintiffs have an opportunity to respond. Plaintiffs are ORDERED to respond by noon on Monday, February 7, 2022.

    IT IS SO ORDERED                    */s/ Dan Aaron Polster  January 31, 2022*
                                                           DAN AARON POLSTER
                                                           UNITED STATES DISTRICT JUDGE .