UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  \* \* \* | |
| TOWN OF BARRINGTON, RHODE ISLAND, \* <br> TOWN OF BRISTOL, RHODE ISLAND, \* <br> TOWN OF BURRILLVILLE, RHODE ISLAND, \* <br> CITY OF CENTRAL FALLS, RHODE ISLAND, \* <br> TOWN OF CHARLESTOWN, RHODE ISLAND, \* <br> TOWN OF COVENTRY, RHODE ISLAND, \* <br> CITY OF CRANSTON, RHODE ISLAND, \* <br> TOWN OF CUMBERLAND, RHODE ISLAND, \* <br> TOWN OF EAST GREENWICH, RHODE ISLAND, \* <br> CITY OF EAST PROVIDENCE, RHODE ISLAND, \* <br> TOWN OF FOSTER, RHODE ISLAND, \* <br> TOWN OF GLOCESTER, RHODE ISLAND, \* <br> TOWN OF HOPKINTON, RHODE ISLAND, <br> TOWN OF JAMESTOWN, RHODE ISLAND, <br> TOWN OF JOHNSTON, RHODE ISLAND, <br> TOWN OF MIDDLETOWN, RHODE ISLAND, <br> TOWN OF NARRAGANSETT, RHODE ISLAND, <br> CITY OF NEWPORT, RHODE ISLAND, <br> TOWN OF NORTH KINGSTOWN, RHODE ISLAND, <br> TOWN OF NORTH PROVIDENCE, RHODE ISLAND, <br> CITY OF PAWTUCKET, RHODE ISLAND, <br> TOWN OF PORTSMOUTH, RHODE ISLAND, <br> CITY OF PROVIDENCE, RHODE ISLAND, <br> TOWN OF RICHMOND, RHODE ISLAND, <br> TOWN OF SCITUATE, RHODE ISLAND, <br> TOWN OF SMITHFIELD, RHODE ISLAND, <br> TOWN OF SOUTH KINGSTOWN, RHODE ISLAND, <br> TOWN OF WARREN, RHODE ISLAND, <br> CITY OF WARWICK, RHODE ISLAND, <br> TOWN OF WEST GREENWICH, RHODE ISLAND, <br> TOWN OF WEST WARWICK, RHODE ISLAND, <br> TOWN OF WESTERLY, RHODE ISLAND, AND <br> CITY OF WOONSOCKET, RHODE ISLAND, | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> JUDGE DAN AARON POLSTER |

          PLAINTIFFS,

  V.

AMERISOURCEBERGEN CORPORATION,

CARDINAL HEALTH, INC., AND
MCKESSON CORPORATION,

DEFENDANTS.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned Parties (the "Parties) have settled the above-referenced litigation pursuant to the Distributors Rhode Island Settlement Agreement, executed on January 24, 2022, in which Plaintiffs—the Rhode Island subdivisions listed in Appendix A—have elected to participate. The undersigned Parties agree that references to the "Distributor Settlement" in the Subdivision Distributor Settlement Participation Form in Appendix B include the Distributors Rhode Island Settlement Agreement. Plaintiffs agree that the conditions set forth in paragraphs 2 and 13 of the Subdivision Distributor Settlement Participation form have been satisfied. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants AmerisourceBergen Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributor Defendants"), agree that all claims of Plaintiffs in the actions identified in Appendix A against Distributor Defendants are dismissed with prejudice, with each party to bear its own costs.[1]

Date: January 31, 2022                Respectfully submitted,

                                                      **ATTORNEYS FOR PLAINTIFFS**

                                                      */s/ Peter J. Mougey*
                                                      Peter J. Mougey
                                                      Jeffrey R. Gaddy
                                                      LEVIN, PAPANTONIO, RAFFERTY,
                                                      PROCTOR, BUCHANAN, O'BRIEN, BARR, &
                                                      MOUGEY, P.A.
                                                      316 S. Baylen Street, Suite 600

---

[1] "Distributor Defendants" include any and all subsidiaries of these entities that may be individually named in any of Plaintiffs' complaints.

Pensacola, FL 32502-5996
850.435.7068 (office)
850.436.6068 (fax)
pmougey@levinlaw.com
jgaddy@levinlaw.com


/s/ *Vincent Greene*
Fidelma Fitzpatrick
Robert J. McConnell
Vincent Greene
Kate E. Menard
MOTLEY RICE
55 Cedar St., Ste. 100
Providence, RI 02903
(401) 457-7700
(401) 457-7708 (Fax)
ffitzpatrick@motleyrice.com
bmcconnell@motleyrice.com
vgreene@motleyrice.com
kmenard@motleyrice.com


Linda Singer (Admitted Pro Hac Vice)
David I. Ackerman (Admitted Pro Hac Vice)
David A. Benner (Admitted Pro Hac Vice)
Sara Aguiñiga (Admitted Pro Hac Vice)
MOTLEY RICE LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com
dbenner@motleyrice.com
saguiniga@motleyrice.com


Donald Migliori
Kristen Hermiz
Natalie Deyneka (Admitted Pro Hac Vice)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450

dmigliori@motleyrice.com
khermiz@motleyrice.com
ndeyneka@motleyrice.com


**MCKESSON CORPORATION, d/b/a MCKESSON DRUG COMPANY**

*/s/ Joseph V. Cavanagh, III*
Joseph V. Cavanagh, Jr. (#1139)
Mary Cavanagh Dunn (#6712)
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 751-7542
jvc@blishcavlaw.com
mcd@blishcavlaw.com
jvc3@blishcavlaw.com

Neil Roman, Esq., pro hac vice
nroman@cov.com
Christian J. Pistilli, Esq., pro hac vice
cpistilli@cov.com
Laura Flahive Wu, Esq., pro hac vice
lflahivewu@cov.com
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW Washington, DC 20001-4956
Tel: (202) 662-5097
*Counsel for Defendant McKesson Corporation, d/b/a McKesson Drug Company*


**AMERISOURCEBERGEN CORPORATION**

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103

4

Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
*Counsel for Defendant AmerisourceBergen Corporation*

**CARDINAL HEALTH, INC.**

*/s/ Enu A. Mainigi*
Enu A. Mainigi
725 Twelfth Street NW
Washington, DC 20005
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com
*Counsel for Defendant Cardinal Health, Inc.*

5

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2022 the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Northern District of Ohio by using the CM/ECF System. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                                        */s/ Peter J. Mougey*
                                                        Peter J. Mougey