# APPENDIX A

## **Exhibit E**

## **Agreed List of Litigating Subdivisions**

- Barrington (RI), Town of
- Bristol (RI), Town of
- Burrillville (RI), Town of
- Central Falls (RI), City of
- Charlestown (RI), Town of
- Coventry (RI), Town of
- Cranston (RI), City of
- Cumberland (RI), Town of
- East Greenwich (RI), Town of
- East Providence (RI), City of
- Foster (RI), Town of
- Glocester (RI), Town of
- Hopkinton (RI), Town of
- Jamestown (RI), Town of
- Johnston (RI), Town of
- Middletown (RI), Town of
- Narragansett (RI), Town of
- Newport (RI), City of
- North Kingstown (RI), Town of
- North Providence (RI), Town of
- Pawtucket (RI), City of
- Portsmouth (RI), Town of
- Providence (RI), City of
- Richmond (RI), Town of
- Scituate (RI), Town of
- Smithfield (RI), Town of
- South Kingstown (RI), Town of
- Warren (RI), Town of
- Warwick (RI), City of
- West Greenwich (RI), Town of
- West Warwick (RI), Town of
- Westerly (RI), Town of
- Woonsocket (RI), City of