FIRST JUDICIAL DISTRICT
COURT COUNTY OF SANTA FE
STATE OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL., HECTOR BALDERAS, ATTORNEY GENERAL, <br><br>Plaintiff, <br><br>vs. <br><br>PURDUE PHARMA L.P., et al. <br><br>Defendants. | NO. D-101-CV-2017-02541 |

### NOTICE OF FACT DEPOSITION OF BLAIR WOOLF

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rules 1-026 and 1-030 of the New Mexico Rules of Civil Procedure, Plaintiffs will take the deposition of Blair Woolf on February 10, 2022, at 9:00 a.m. MDT in St. George, UT. Counsel will notify all parties seven (7) days prior to the deposition if proceeding in-person or via remote. If it is determined that the deposition will proceed via remote, it will be conducted in accordance with the protocol(s) established by the Court in the event that the witness is prepared or the deposition is defended remotely.

The deposition will be recorded stenographically, by video, and through instant visual display of testimony, before a notary public or other person authorized to administer oaths pursuant to Rule 1-028.

Pursuant to Rule 1-028, Plaintiffs will utilize Golkow Litigation Services for court reporting and videographer services. Contact information is Golkow Litigation Services, 1650



Market Street, Suite 5150, Philadelphia, PA, 19103. Telephone number is (215) 586-4220.  Email address is scheduling@golkow.com.

Dated: January 11, 2022

RESPECTFULLY SUBMITTED:

HECTOR H. BALDERAS
NEW MEXICO ATTORNEY GENERAL

*/s/ P. Cholla Khoury*
Brian E. McMath
P. Cholla Khoury
201 3rd. St. NW, Suite 300
Albuquerque, NM 87102
bmcmath@nmag.gov
ckhoury@nmag.gov
Tel.: (505) 717-3531

Luis Robles
Marcus J. Rael, Jr.
ROBLES, RAEL & ANAYA, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
Tel.: (505) 242-2228
Fax: (505) 242-1106
luis@roblesrael.com
marcus@roblesrael.com

Russell W. Budd (pro hac vice)
Christine C. Mansour (pro hac vice)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: (214) 521-3605
Fax: (214) 520-1181
rbudd@baronbudd.com
cmansour@baronbudd.com

Jennifer Fountain Connolly (pro hac vice)
BARON & BUDD, P.C.
600 New Hampshire Avenue NW
Washington, DC  20037
Tel.: (202) 333-487
jconnolly@baronbudd.com

J. Burton LeBlanc, IV (pro hac vice)
BARON & BUDD, P.C.
2600 Citiplace Dr.
Baton Rouge, LA 70808
Tel: (225) 927-5441
bleblanc@baronbudd.com

and

Peter J. Mougey (pro hac vice)
Jeffrey Gaddy (pro hac vice)
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr, and Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
pmougey@levinlaw.com
jgaddy@levinlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022 the foregoing has been served via email only to theDefendants in this action via the following listserv email address designated by Defendants:

zOpioidNMAllDefendants@skaddenlists.com

>/s/*Jeff R. Gaddy*
> Jeff R. Gaddy (pro hac vice)
> Levin, Papantonio, Rafferty, Proctor,
> Buchanan, O'Brien, Barr, and Mougey, P.A.
> 316 S. Baylen Street, Suite 600
> Pensacola, FL 32502-5996
> Tel.: 850-435-7068
> Fax: 850-436-6068
> jgaddy@levinlaw.com
>
> *Attorney for Plaintiff*