IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO.: 1:17-md-2804 ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Board of Education of Thornton Township High Schools, District 205, et al. v. Cephalon, Inc. et al.*, 1:20-op-45281-DAP | ) ) ) ) |
| *Board of Education of Chicago Public Schools, District 299, et al. v. Cephalon, Inc. et al.*, 1:19-op-46042-DAP | ) ) ) |

## WITHDRAWAL OF APPEARANCES

The undersigned attorneys, Matthew J. Piers, Charles D. Wysong, Emily R. Brown, and Margaret E. Truesdale of the law firm Hughes Socol Piers Resnick & Dym, Ltd., hereby withdraw their appearances for Public School Districts.[1]

---

[1] Public School Districts include: the Board of Education of Thornton Township High Schools, District 205; Rochester Public School District; Minnetonka Public School District; Mason County Public Schools; Baltimore City Board of School Commissioners; East Aurora Public Schools, District 131; Thornton Fractional High Schools, District 215; Joliet Public Schools, District 86; Fayette County Public Schools; Larue County Public Schools; Bullitt County Public Schools; Breathitt County Public Schools; Estill County Public Schools; Harrison County Public Schools; Hart County Public Schools; Jefferson County Public Schools; Johnson County Public Schools; Lawrence County Public Schools; Martin County Public Schools; Menifee County Public Schools; Owsley County Public Schools; Wolfe County Public Schools; Bangor School Department; Cape Elizabeth School District; Maine Regional School Unit ("RSU") 10; Maine RSU 13; Maine RSU 25; Maine RSU 26; Maine RSU 29; Maine RSU 34; Maine RSU 40; Maine RSU 50; Maine RSU 57; Maine RSU 60; Maine RSU 71; Maine RSU 9; Maine School Administrative District ("SAD") 11; Maine SAD 15; Maine SAD 28/Five Town Central School District; Maine SAD 35; Maine SAD 44; Maine SAD 53; Maine SAD 55; Maine SAD 6; Maine SAD 61; Maine SAD 72; Portland School District; Scarborough School District; South Portland School District; St. George Municipal School District; Waterville School District; Ellsworth School Department; Goshen School District; Kearsarge RSU-School Administrative Unit 65; Lebanon School District; Pittsfield School District; Tamworth School District; and Board of Education of Chicago Public Schools, District 299.

Matthew J. Piers, Charles D. Wysong, Emily R. Brown, and Margaret E. Truesdale do not occupy leadership positions in these proceedings. Public School Districts will continue to be represented by Cyrus Mehri of Mehri & Skalet, PLLC; Neil L. Henrichsen of Henrichsen Law Group, PLLC; and Wayne Hogan of Terrell Hogan Yegelwel, P.A.; among others. Further, Public School Districts have not been selected for any upcoming bellwether trials. Accordingly, the withdrawal of the attorneys of Hughes Socol Piers Resnick & Dym, Ltd., will not impact the representation of the Public School Districts or result in any delay in these proceedings.

WHEREFORE, the undersigned counsel hereby withdraw their appearances in this matter.

Dated: February 1, 2022

Respectfully submitted,

HUGHES SOCOL PIERS RESNICK & DYM, LTD.

By: */s/ Matthew J. Piers*

Matthew J. Piers
Charles D. Wysong
Emily R. Brown
Margaret E. Truesdale
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Tel: (312) 580-0100
Fax: (312) 580-1994
mpiers@hsplegal.com
cwysong@hsplegal.com
ebrown@hsplegal.com
mtruesdale@hsplegal.com

*Counsel to the Public School Districts*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I caused a copy of the foregoing document to be served via the electronic case file system upon counsel of record for all parties.

/s/ Matthew J. Piers