# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) **MDL No. 2804** |
| THIS DOCUMENT RELATES TO: | ) ) **Case No. 1:17-md-2804** |
| *Board of County Commissioners of the County of Torrance v. Allergan PLC, et al.* Case No. 1:21-cv-01229 | ) ) ) **Judge Dan Aaron Polster** ) ) ) |

## NOTICE OF APPEARANCE

Please take notice that attorney Francis A. Citera of Greenberg Traurig, LLP, hereby enters his appearance as counsel of record on behalf of Defendant, Albertson's LLC, in the above-captioned action.

Dated:  February 2, 2022                                         Respectfully Submitted,


                                                                 By: */s/ Francis A. Citera*
                                                                 One of Defendant's Attorneys

                                                                 Francis A. Citera
                                                                 Greenberg Traurig, LLP
                                                                 77 W. Wacker Drive, Suite 3100
                                                                 Chicago, IL  60601
                                                                 Tel: (312) 456-8400
                                                                 Fax: (312) 456-8435
                                                                 citeraf@gtlaw.com

                                                                 *Counsel for Albertson's LLC*

1

**CERTIFICATE OF SERVICE**

    I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing Notice of Appearance of Francis A. Citera, to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this 2nd Day of February, 2022.

                                                                                 */s/ Francis A. Citera*
                                                                                  Francis A. Citera