# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Cases* | MDL No. 2804<br><br>Case No. 1:17-MD-2804<br><br>Judge Dan Aaron Polster |

### NOTICE OF TWENTY-FOURTH AMENDED BANKRUPTCY COURT ORDER GRANTING INJUNCTION AGAINST CONTINUATION OF PROCEEDINGS AS TO RELATED PARTIES TO DEBTOR PURDUE PHARMA L.P. AND AFFILIATED DEBTORS

On February 1, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") issued an order extending the preliminary injunction (the "**Injunction**") previously entered by the Bankruptcy Court, including the injunctions that were attached to the undersigned Related Party Defendants' Notices of Sixth, Eighth, and Twenty-Third Amended Bankruptcy Court Orders, filed February 24, 2020, April 2, 2020, and January 4, 2022, respectively, in this multi-district action (Docs. 3183, 3251, and 4221).  *See* Twenty-Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *In re Purdue Pharma L.P., et al.*, No. 19-23649 (RDD), Adv. Pro. No. 19-08289 (RDD), Dkt. No. 323 (Bankr. S.D.N.Y. Feb. 1, 2022) (the "**Twenty-Fourth Amended Preliminary Injunction Order**"), a copy of which (without appendices) is attached as **Exhibit 1** hereto.  The Injunction is in effect "through and including February 17, 2022."  *See* Ex. 1 at 9-10.

Notwithstanding the filing of this notice, the undersigned Related Party Defendants expressly preserve all of their defenses, including, but not limited to, the lack of personal jurisdiction.

Respectfully submitted,

/s/ Stuart G. Parsell
Stuart G. Parsell (Ohio Bar No. 0063510)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
parsell@litohio.com

Attorneys for Defendants Richard Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, the Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler as alleged Trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Former Attorneys to Jonathan Sackler now deceased), individually and as alleged Trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Beverly Sackler (now deceased)

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of February, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Stuart G. Parsell
Stuart G. Parsell (0063510)

936285