UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION
*This document relates to:*

*Track Three Cases*

MDL 2804
Case No. 17-md-2804
Hon. Dan Aaron Polster

## PLAINTIFFS LAKE AND TRUMBULL COUNTIES' RESPONSE TO DEFENDANTS' MOTION TO COMPEL

At the January 3, 2022 status conference, the Court stated that the plaintiffs had produced a "whole lot of discovery" and that the Court did not think much of what defendants had sought is necessary. The Court further stated that, as to the defendants' new discovery requests, "I don't think new discovery is appropriate". The Court indicated that to assist the court at the abatement phase of the trial, it would order the plaintiffs, for each element of their abatement plan, to disclose, if possible, what each county spent in the past two fiscal years for which such a spending report may have been generated. The court formalized that ruling as follows:

> "The Court further orders that, for each element listed in their abatement plan,
> Plaintiffs shall produce by February 1 discovery showing how much money Lake
> County and Trumbull County each expended on those elements in the two most
> recent years **for which such data is available.**" (emphasis added)

Plaintiffs complied with that court order by providing a letter from counsel on February 1, 2022. That letter provides an extensive analysis that analyzes department by department how each department engaged in various programs to address the opioid epidemic and charts which of Dr. Caleb Alexander's sub-categories of abatement remedies each department addressed.

Plaintiffs' counsel met with department heads and employees to comply with the court's order which served the basis for the disclosures set forth in the letter. The financial data does not

1

allow anyone to determine with specificity exactly what each department spent on each element of opioid epidemic abatement.  Instead, the county employees who were interviewed were asked to provide a best estimate of what percentage of the departments' activities were impacted by the opioid epidemic.   That is what was disclosed in the letter.

Plaintiffs request that the Defendants' motion to compel be denied. However, out of an abundance of caution, and to further address the Court's request, plaintiffs supplement their February 1, 2022 letter with this submission.

It is impossible for the plaintiffs to line up past expenditures on each category of abatement described in Dr. Alexander's abatement plan with what plaintiffs' experts, to wit, Dr. Alexander and plaintiffs' economists (Burke Rosen), project as the future costs of each category of the plan. Plaintiffs' accounting systems  do not permit such a comparison because past expenditures are simply not tracked in this manner.

Separately for each plaintiff county, the county provides in the first section a chart containing the expenditure by each department and agency for the two years (FY2020 and FY2021), which includes opioid related expenditures as well as non-opioid related expenditures. Each County is unable to distinguish between opioid and non-opioid related expenditures for each department or agency.  Hence, plaintiffs provide their best estimate of what percentage of the expenditures are opioid related.

In the second section, each county provides a description of county departments and agencies services related to the Dr. Caleb Alexander's individual categories of his abatement plan. Under each subcategory of the Dr. Alexander's abatement categories, the county provides the future costs (for only the first 2 years for comparison purposes with past expenditures) of  Dr. Alexander plan as calculated by Burke Rosen.

**LAKE COUNTY'S SUBMISSION**

**I.**   **Lake County's Estimated Annual Expenditure (2020, 2021)**

  Provided in the chart below is the expenditure by each department for the two years (FY2020 and FY2021) which includes opioid related expenditures as well as non-opioid related expenditures. The County is not able to breakout with a high degree of specificity the opioid related vs the non-opioid related expenditures. Once again, the county, with the assistance of counsel, surveyed department employees to create a best estimate of the percentage of the total expenditures by department that were opioid related.

| Department | 2020 Departmental Expenditure | 2021 Departmental Expenditure | Estimated Percentage of Department Impacted by the Opioid Epidemic | Total Opioid Related (2020 & 2021) |
|---|---|---|---|---|
| Lake County Alcohol, Drug Addiction, and Mental Health Services Board (ADAMHS)[1] | $15,885,753.37 | $14,738,331.92 | 75% | $22,968,063.97 |
| Lake County Job & Family Services/Children and Family Services | $27,993,513.51 | $27,432,204.51 | 60% | $33,255,430.81 |
| Lake County Prosecutor's Office | $5,897,907.64 | $5,642,916.27 | 35% | $4,039,288.37 |
| Lake County Public Defender's Office | $2,023,179.55 | $2,006,821.91 | 50% | $2,015,000.73 |

---

[1] There are various third-party providers that receive funding from the County that are not fully captured herein. Services they provide are funded by the County as well as other revenue sources such as grants and foundations. The funding which the county provides is inadequate to serve the needs of these providers. Abatement of the opioid epidemic will necessitate not only continued funding but also increased funding.

| Department | 2020 Departmental Expenditure | 2021 Departmental Expenditure | Estimated Percentage of Department Impacted by the Opioid Epidemic | Total Opioid Related (2020 & 2021) |
|---|---|---|---|---|
| Lake County Court of Common Pleas | $2,461,057.08 | $2,735,119.17 | 75% | $3,897,132.19 |
| Lake County Juvenile Court | $4,560,877.88 | $4,522,238.82 | 50% | $4,541,558.35 |
| Lake County Sheriff's Office | $20,894,495.07 | $19,994,835.80 | 50% | $20,444,665.44 |
| Lake County Jail | $2,444,296.45 | $2,499,127.84 | 70% | $3,460,397.00 |
| Lake County Lake County Narcotics ("LCNA") | $1,304,782.08 | $1,512,759.48 | 40% | $1,127,016.62 |
| Lake County Medical Examiner (Coroner's Office) | $563,660.19 | $649,450.47 | 60% | $727,866.40 |
| Lake County Probation Department | $1,557,476.08 | $1,538,567.04 | 70% | $2,167,230.18 |
| Lake County Crime Lab | $2,671,644.49 | $2,602,603.47 | 45% | $2,373,411.58 |
| Lake County General Health District | $8,907,614.58 | $8,028,292.09 | 20% | $3,387,181.33 |
| **Total** | $97,166,257.97 | $93,903,268.79 | | $104,404,242.97 |

## II. A description of Lake County's current services which address Dr. Alexander's separate categories of future abatement and the future cost of providing those services projected by plaintiffs' economists, Burke Rosen, for only the first two years of the Alexander plan (to compare to the prior 2 years of expenditures)

**Category 1: Prevention - Reducing Opioid Oversupply and Improving Safe Opioid Use**

### A. Health Professional Education

The goal of this remedy is to train health care providers, including prescribers and other

health care personnel – including those employed by the County – such as dispensers (pharmacists)

4

and emergency medical technicians (EMTs), regarding the appropriate use of opioids in clinical

practice, as well as how to identify and appropriately respond to patients who may have OUD.

- Lake County ADAMHS – Hub of connectivity between individuals in need and health professionals.   Update health professionals about emerging trends and needs. Communicating standards and effective adherence to guidelines. Delivering high quality care within guidelines that evolve over time.  Communicate how providers can respond and screening alternatives.
- Lake County Jobs & Family Services/Children & Family Services – Educate health professionals on interaction with their clients, including children and families affected by the opioid epidemic.
- Lake County Sheriff's Office – Outreach to health professionals as part of investigations and efforts in the community.  Making sure they get up to evolving standards, and safe disposal of prescriptions. Communicating problems, emerging trends.
- Lake County Jail – Educating professionals about increased risks and maintaining opioid-related care upon release from jail and unique needs of re-entry population.
- Lake County Narcotics Agency – Outreach to health professionals as part of investigations and efforts in the community.  Making sure they get up to evolving standards, and safe disposal of prescriptions. Communicating problems, emerging trends.
- Lake County Medical Examiner – Reporting/communicating of trends, new analogs, increase in fatalities, deadliness of new analogs.
- Lake County Crime Lab – Identify and communicate new fentanyl analogs and specific concerns surrounding them.
- Lake County General Health District – Screening, identifying, and responding to attributable complications to the opioid epidemic (*i.e.* – HIV, HCV, endocarditis). Prevention education related to those complications to improve individual and community health.

Burke Rosen Cost for Year 1: $341,118
Burke Rosen Cost for Year 2: $203,668


**B. Patient and Public Education**

The goal of this remedy is to raise awareness and activate patients and the general public

in the Communities regarding the risks of opioids as well as the prevalence and treatability of

OUD. Patient and public education can help to address the fact that many people do not

understand the risks of opioids or that OUD is a treatable brain disease. It can also help to reduce

stigma, which serves as a profound barrier to treatment.

- Lake County ADAMHS – Hub of connectivity between individuals in need and health professionals. Deliver programs on OUD prevention and educate the public on the dangers of opioids and where to find treatment or other resources. Provide campaigns to reduce stigma. Communicating to the public the pervasive nature of the opioid epidemic, vast spectrum of individuals affected, and resources available to those in need for both prevention and treatment.
- Lake County Jobs & Family Services/Children & Family Services – Educate the public on the impact of the opioid epidemic on children and families, trends in the community, and resources available.
- Lake County Court of Common Pleas – Educate the court community they serve on the opioid epidemic and its impact as well as resources available. Create awareness for alternatives to incarceration for those affected by the opioid epidemic (directly and indirectly).
- Lake County Juvenile Court – Educate the juvenile court community they serve on the opioid epidemic and its impact as well as resources available. Create awareness for alternatives to incarceration for those affected by the opioid epidemic (directly and indirectly).
- Lake County Sheriff's Office – Outreach to those impacted by the opioid epidemic (directly and indirectly) as well as the community at large on impact, emerging trends, overdoses, and fatalities.
- Lake County Jail – Educating the jail population about increased risks, treatment opportunities while incarcerated, and maintaining care upon release from jail, as well as additional unique needs of the re-entry population (including warm handoffs).
- Lake County Narcotics Agency – Public outreach as part of investigations, education, and efforts in the community. Making sure the public is aware of safe disposal of prescriptions and dangers associated with opioids.
- Lake County Medical Examiner – Notifying public of trends, new analogs, increase in fatalities, and deadliness of new analogs.
- Lake County Probation Department – Notifying the probation population about diversion programs for those impacted by the opioid epidemic, specific drug trends, and resources available to increase success within the program.
- Lake County Crime Lab – Communicate new analogs and specific concerns surrounding them.
- Lake County General Health District – Screening for properly identifying attributable complications to the opioid epidemic (*i.e.* – HIV, HCV, endocarditis). Prevention education related to those complications.

Burke Rosen Cost for Year 1: $71,576
Burke Rosen Cost for Year 2: $72,220

### C. Safe Storage and Drug Disposal

This remedy respects the principle of intervening comprehensively along the prescription

opioid supply chain, including addressing enormous stockpiles of opioids in homes within the

communities, by providing individuals in the communities with convenient opportunities to safely store and discard unused medicines.

- Lake County ADAMHS – Creating and implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. As a community hub Lake County ADAMHS assists with drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Lake County Jobs & Family Services/Children & Family Services – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization of drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Lake County Sheriff's Office – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization of drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Lake County Jail – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization, upon release, of drug takeback programs, safe disposal sites, and distribution of Deterra bags. In addition, assists with collection and disposal of drugs from the jail population.
- Lake County Narcotics Agency – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization of drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Lake County Probation Department – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization of drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Lake County Crime Lab – Safe disposal of drugs tested at the crime lab to prevent such drugs from being re-circulated into the community.

Burke Rosen Cost for Year 1: $6,023
Burke Rosen Cost for Year 2: $6,087

### D. Community Prevention and Resiliency

The goal of this remedy is to form coalitions that can identify needs and trends within communities, and to implement evidence-based, culturally-responsive interventions that reflect the values, capacities and expressed needs of local communities. These programs seek to strengthen social bonds and promote healthy behaviors. In doing so, these programs bolster the resiliency of

a community, in part by helping to mitigate the clinical, social, and economic impact of the opioid epidemic in the County.

Each of the below departments and agencies assist with programs to strengthen and repair community and social harms that are a result of the opioid epidemic.

- Lake County ADAMHS – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to OUD treatment and potential sequelae of the opioid epidemic. Facilitate services as needed with outside organizations to implement programs.
- Lake County Jobs & Family Services/Children & Family Services – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to jobs and children or family services. Refer children or families affected by the opioid epidemic to these programs, such as mentorship or job skills.
- Lake County Court of Common Pleas – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to the criminal justice system.
- Lake County Juvenile Court – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to youth, their families, and the criminal justice system.
- Lake County Sheriff's Office – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to community safety and establishing trust between law enforcement and key communities.
- Lake County Jail – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to the criminal justice system.
- Lake County Narcotics Agency – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to community safety and establishing trust between law enforcement and key communities.
- Lake County Medical Examiner – Participate as coalition member to implement prevention, education, and other resiliency-building programs within the community.
- Lake County Crime Lab – Participate as coalition member to implement prevention, education, and other resiliency-building programs within the community.
- Lake County General Health District – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to OUD treatment and potential sequelae of the opioid epidemic. Facilitate services as needed with outside organizations to implement programs.

Burke Rosen Cost for Year 1: $484,234
Burke Rosen Cost for Year 2: $467,016

### E. Harm Reduction

The goal of this remedy is to implement evidence-based interventions that "meet people where they are at," as compared to zero-tolerance approaches that criminalize opioid use, propagate stigma, and serve as a barrier to accessing treatment. Such approaches recognize the formidable barriers that often prevent people from seeking treatment or achieving full recover; harm reduction will decrease individual and societal harms from the opioid epidemic in the communities.

Each of the below departments and agencies address harm reduction by either developing or participating in programs such as needle exchange, fentanyl test strips, overdose prevention, and prevention of HIV/HCV. These efforts are specifically targeted for those actively using and focused on how to make such use safer until being admitted into recovery. In doing so these harm reduction efforts reduce the disease burden on the community and create an avenue for people to get into treatment.

- Lake County ADAMHS
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency
- Lake County Medical Examiner
- Lake County Crime Lab
- Lake County General Health District

Burke Rosen Cost for Year 1: $759,014
Burke Rosen Cost for Year 2: $608,554

### F. Surveillance, Evaluation, and Leadership

The goal of this remedy is to convert local data to actionable intelligence at a local level by gathering, curating, and disseminating timely information about key dimensions of the epidemic to public health officials, policy-makers, and other stakeholders. This is important

because the absence of timely, granular information about the epidemiology of opioid use, addiction, and overdose at a local level has limited the ability of stakeholders to rapidly design, iterate and evaluate targeted interventions to address the epidemic in the communities. However, in addition to surveillance, leadership – including comprehensive planning and multi-agency coordination – is important in order to maximize efficient use of constrained resources to address the epidemic.

Each of the below departments and agencies are involved in the governance of various opioid related programs. Each are involved in creating data that is utilized for identifying needs and administering abatement programs designed to address those needs. The data is compiled for community leaders and stakeholders involved in fighting the epidemic. The impact of these efforts is realized by the public, including both users and non-users.

- Lake County ADAMHS
- Lake County Jobs & Family Services/Children & Family Services
- Lake County Prosecutor's Office
- Lake County Public Defender's Office
- Lake County Court of Common Pleas
- Lake County Juvenile Court
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency
- Lake County Medical Examiner
- Lake County Crime Lab
- Lake County General Health District

Burke Rosen Cost for Year 1: $369,748
Burke Rosen Cost for Year 2: $378,282

**Category 2: Treatment – Supporting Individuals Affected by the Epidemic**

**A.  Connecting Individuals to Care**

The goal of this remedy is to address the widespread treatment gaps that prevent so many from seeking or being retained in care. For example, studies show that some individuals who

overdose in the field are not formally evaluated or successfully linked with treatment while many others, even if brought to an Emergency Department are discharged rather than transferred to an inpatient induction/rehabilitation facility, enrolled in an intensive outpatient (IOP) program, or initiated on MAT. There are opportunities to improve the identification and treatment of individuals with OUD within each of these settings. Because of this, multiple methods are needed to connect people to services, ranging from helplines, peer-recovery coaches, and transportation assistance to "bridge programs" and Quick Response Teams designed for those newly encountering the health care system due to an opioid overdose or other acute opioid-related harm.

- Lake County ADAMHS – Utilizes a variety of approaches to proactively seek out and connect people to treatment options, including but not limited to, providing addiction counselors and peer recovery coaches for quick response teams (QRTs). Ensure that individuals can be inducted on MAT through an emergency department Bridge program. Staff and maintain a 24/7/365 helpline to connect individuals to treatment. Coordinate peer recovery coaches to staff recovery houses and opioid treatment programs. Provide transportation vouchers for individuals to access treatment.
- Lake County Jobs & Family Services/Children & Family Services – Provide screening to identify those in need and working to appropriately transition them into care and supportive services.
- Lake County Prosecutor's Office – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases.
- Lake County Public Defender's Office – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases.
- Lake County Court of Common Pleas – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases. Connect individuals to care through drug court. Work with such population on follow-up post closure of the legal matter.
- Lake County Juvenile Court – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases. Connect individuals to care through drug court. Work with such population on follow-up post closure of the legal matter.
- Lake County Sheriff's Office – Implements law enforcement diversion to immediately connect those in need to care and provide alternatives to incarceration. Incorporate staff that can triage and effectively provide referrals to treatment and services for individuals with or affected by the opioid epidemic. Proactively seek out and connect people to treatment options, including but not limited to, providing first responders for quick response teams (QRTs).

- Lake County Jail – Connects population with OUD who are in jail with care and other supportive services (e.g., counseling), and manage complications associated with the opioid epidemic. Ensures safe release through continuation of OUD treatment and referral to services outside of criminal justice system.
- Lake County Narcotics Agency – Implements law enforcement diversion to immediately connect those in need to care and provide alternatives to incarceration. Incorporate staff that can triage and effectively provide referrals to treatment and services for individuals with OUD or affected by the opioid epidemic. Proactively seek out and connect people to treatment options, including but not limited to, providing first responders for quick response teams (QRTs).
- Lake County Probation Department – Work directly with the courts to screen and identify those in need and work to appropriately navigate such persons through drug court and alternatives that exist for opioid related cases. Work with such population on follow-up post closure of the legal matter. Provide referrals to treatment and services for individuals with OUD or affected by the opioid epidemic.
- Lake County Health District – Utilizes a variety of approaches to proactively seek out and connect people to treatment options, including but not limited to, use of peer recovery coaches and syringe service programs. Provide transportation vouchers for individuals to access treatment.

Burke Rosen Cost for Year 1: $1,020,047
Burke Rosen Cost for Year 2: $1,046,944

### B. Treatment for Opioid Use Disorder

Though there have been efforts to scale up treatment within the Communities for those with OUD, more investments are needed so as to fulfill the overarching goal of this remedy: the provision of readily accessible treatment to patients with OUD. Such treatment should include access to FDA-approved MAT for use in individuals with OUD, since these are efficacious treatments that not only reduce the likelihood of opioid use, but also the risk of overdose, criminal activity, and the transmission of infectious disease (reference footnote 320 of Alexander's Report). However, not everyone with OUD requires MAT, and even when it is provided, it should be part of a full continuum of care, including care that addresses other acute, chronic, and preventive needs.

In addition to the services provided above, each of the below departments and agencies act proactively in engaging to assist with identifying and providing treatment that meets the

individual's needs, such as Assertive Community Treatment (ACT). This also includes focusing on success with activities of daily living, how to reintegrate into society, and how to integrate treatment into that. These departments and agencies work to address stigma reduction, the economic and structural barriers to high quality OUD care, and continuous management of acute, chronic, and preventative care needs.

- Lake County ADAMHS
- Lake County Prosecutor's Office
- Lake County Public Defender's Office
- Lake County Court of Common Pleas
- Lake County Juvenile Court
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency
- Lake County Probation Department
- Lake County Health District

Burke Rosen Cost for Year 1: $35,536,329
Burke Rosen Cost for Year 2: $38,915,305

### C. Managing Complications Attributable to the Epidemic

The goal of this abatement remedy is to provide unfettered access to high quality, longitudinal, compassionate, and comprehensive treatment to individuals in the Communities with OUD who have complications from the disorder. Such complications include chronic infectious diseases, such as hepatitis C (HCV) or HIV, acquired through the sharing of needles during injection drug use, as well as endocarditis and valvular heart disease, complications from blood-borne bacterial infections that can seed the heart valves and cause significant morbidity and mortality.

Each of the below departments and agencies assist with identifying providing access to treatment related to complications attributable to the opioid epidemic such as HCV, HIV, and endocarditis.

- Lake County ADAMHS
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency

<u>Burke Rosen Cost for Year 1: $7,322,637</u>
<u>Burke Rosen Cost for Year 2: $7,447,127</u>

### D. Workforce Expansion and Resiliency

The goal of this remedy is to expand the healthcare workforce, since the Communities benefits from well-trained healthcare professionals who are equipped to deliver services for those living with chronic pain and/or OUD. The workforce must be trained and equipped to meet the needs of residents in the Communities, and to provide evidence-informed services to address the social and medical harms associated with the opioid epidemic.

Each of the below departments and agencies continue to experience compassion fatigue, requiring assistance addressing the burnout experience from addressing the opioid epidemic and its harms. This problem is aggravated by the fact that there is an insufficient number of providers to deliver care and services.

- Lake County ADAMHS
- Lake County Jobs & Family Services/Children & Family Services
- Lake County Court of Common Pleas
- Lake County Juvenile Court
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency
- Lake County Medical Examiner
- Lake County Probation Department

<u>Burke Rosen Cost for Year 1: $1,750,771</u>
<u>Burke Rosen Cost for Year 2: $1,769,006</u>

### E.  Distributing Naloxone and Providing Training

The goal of this remedy is to expand upon and support the efforts of the naloxone distribution and training that is currently being done in the Communities. This is important because naloxone is an opioid antagonist, or "blocker," that can save lives by safely and rapidly reversing opioid overdoses. However, its costs, stigma, and other barriers have historically limited accessibility to those in need.

Each of the below departments and agencies provide or assist with the awareness and distribution of Naloxone throughout the community. In addition, the below departments and agencies provide or assist with the training of the use of Naloxone in jails, law enforcement encounters, community members, medical community, and emergency situations.

- Lake County ADAMHS
- Lake County Jobs & Family Services/Children & Family Services
- Lake County Court of Common Pleas
- Lake County Juvenile Court
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency
- Lake County Probation Department
- Lake County Health District

Burke Rosen Cost for Year 1: $495,853
Burke Rosen Cost for Year 2: $423,479

## Category 3: Recovery – Enhancing Public Safety and Reintegration

### A.  Public Safety

Law enforcement officers are in a key position to help reverse the opioid epidemic in the Communities as they respond to overdoses and engage in public health-oriented policing interventions. Despite this, police departments, as with other local agencies, have been stretched thin because of the demands of the opioid epidemic, diminishing their ability to address other

public safety needs. The abatement interventions proposed in this report, combined with the expansion of social workers and mental health personnel in the Communities, will address or prevent many of the calls that police and other first responders currently have to respond to. However, in addition to expansion of treatment and mental health services, there is also a need for a greater number of specialized detectives who can focus on the opioid epidemic, as well as stigma reduction training and pretrial diversion, that can equip the broader police force responding to it.

- Lake County ADAMHS – Assuring treatment is available for individuals who enter into a diversion program through law enforcement. Provide stigma reduction training to law enforcement and correctional officers.
- Lake County Prosecutor's Office – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Work with detectives to develop cases for prosecution that investigate the upstream supply chain of opioids involved in overdose.
- Lake County Public Defender's Office – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Provide counsel to individuals involved in investigations related to opioids and overdoses.
- Lake County Court of Common Pleas – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Hear cases related to opioid investigations.
- Lake County Juvenile Court – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Hear cases related to opioid investigations.
- Lake County Sheriff's Office – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Education on stigma reduction training for people with direct contacts to the opioid affected population. Investigate the upstream supply chain of opioids involved overdose.
- Lake County Jail – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Stigma reduction training for people with direct contacts to the opioid affected population.
- Lake County Narcotics Agency – Stigma reduction training for people with direct contacts to the opioid affected population. Investigate the upstream supply chain of opioids involved in overdose.
- Lake County Medical Examiner – Investigates overdose fatalities that may inform later conviction or court proceedings.
- Lake County Probation Department – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Stigma reduction training for people with direct contacts to the opioid affected population. Contribute to investigations related to opioids and overdoses.
- Lake County Crime Lab – Investigates overdoses through testing that may be used in later case development or court proceedings.

<u>Burke Rosen Cost for Year 1: $369,183</u>
<u>Burke Rosen Cost for Year 2: $369,378</u>

## B.  Criminal Justice System

The criminal justice system is a major thoroughfare for individuals with opioid addiction and represents an opportunity to identify and link those individuals to treatment, reducing their risk of overdose and recidivism while improving their societal reintegration. This remedy also focuses on ways that the criminal justice system can positively impact the opioid epidemic in the Communities, such as by building upon the Drug Courts and reentry programs in the County.

Each of the below departments and agencies provide or assist with the re-entry and reintegration of persons previously in the custody of the criminal justice system. Services and programs for such persons includes housing, social support, mental health services, addiction services, and drug court, including programs such as treatment in lieu of incarceration. These services and programs are also designed to reduce the risk of recidivism.

- Lake County ADAMHS – Assuring treatment is available for individuals who enter into a diversion program through the court system. Coordinate services for opioid screening upon booking. Facilitate treatment while individuals are in jail and upon release.
- Lake County Jobs & Family Services/Children & Family Services – Coordinate services families impacted by opioids. Place children with parents in the criminal justice system. Interface with courts upon release.
- Lake County Prosecutor's Office – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Lake County Public Defender's Office – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Lake County Court of Common Pleas – Conduct drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Lake County Juvenile Court – Conduct drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Lake County Sheriff's Office – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Lake County Jail – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.

17

- Lake County Narcotics Agency – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Lake County Medical Examiner – Facilitate drug courts and other approved activities for individuals with OUD.
- Lake County Probation Department – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Lake County Crime Lab – Facilitate drug courts and other approved activities for individuals with OUD.

Burke Rosen Cost for Year 1: $1,115,608
Burke Rosen Cost for Year 2: $1,091,941

### C. Vocational Training, Education, and Job Placement

The goal of this remedy is to promote economic development to make gainful employment readily available to individuals in the Communities with OUD or who have been otherwise impacted by the opioid epidemic. This is important because of the complex but beneficial relationship between employment and recovery (reference to footnote 487 of Alexander's Report).

Each of the below departments and agencies provide or assist with training, education, community outreach, or job placement for those individuals with OUD or those impacted by the opioid epidemic. This is done by community outreach, recovery supporting workplaces, trainings and programs for persons in recovery (including vocational training), and education for business and community leaders. Addressing the needs for this population requires specific attention, in light of the fact they often have criminal or drug related histories.

- Lake County ADAMHS
- Lake County Jobs & Family Services/Children & Family Services
- Lake County Prosecutor's Office
- Lake County Public Defender's Office
- Lake County Court of Common Pleas
- Lake County Juvenile Court
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency
- Lake County Probation Department

<u>Burke Rosen Cost for Year 1: $6,927,241</u>
<u>Burke Rosen Cost for Year 2: $7,005,216</u>

### D. Mental Health Counseling and Grief Support

The goal of this remedy is to ensure that mental health services, including counselling for individuals with mental illness as well as the bereaved, are available to all who may be in need within the Communities. This is important because historically these services have not always been readily available within the Communities, and yet the opioid epidemic has created unprecedented demand for such care.

- Lake County ADAMHS – Hub of connectivity between individuals in need and mental health counseling and grief support, which may include stigma from having a loved one overdose. Additionally, connects those with chronic pain who and others who may be impacted by the opioid epidemic (*i.e.*, shame or stigma from having a friend, family member, or close relative overdose) to counseling.
- Lake County Jobs & Family Services/Children & Family Services – Provide counseling and support for those individuals and families impacted by the opioid epidemic. Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Prosecutor's Office – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Public Defender's Office – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Court of Common Pleas – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Juvenile Court – Referring juveniles and their families to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Sheriff's Office – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Jail – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Narcotics Agency – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Medical Examiner – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Lake County Probation Department – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.

<u>Burke Rosen Cost for Year 1: $389,349</u>
<u>Burke Rosen Cost for Year 2: $396,710</u>

**Category 4: Addressing Needs of Special Populations**

    **A.  Pregnant Women, New Mothers, and Infants**

This abatement remedy focuses on pregnant women and new mothers who have chronic opioid dependence, opioid misuse or OUD, as well as infants born with neonatal opioid withdrawal syndrome (NOWS), a condition among newborns that is a consequence of in utero exposure to opioids. (NOWS is also sometimes referred to neonatal abstinence syndrome [NAS], although the latter is a less specific term that in certain contexts may refer to in utero exposure to other substances such as alcohol or tobacco.) As with other special populations, pregnant women, new mothers, and their newborns are important to consider because of the ways that abatement remedies should be designed to address their unique needs and vulnerabilities (reference to footnote V of Alexander's Report).

Each of the below departments and agencies provide or assist with both pre- and postnatal services related to the opioid epidemic. Services include special education for infants born exposed to opioids, providing services for such infants, and services as the infant ages from 0 – 21. These departments and agencies work collaboratively to identify, treat, and monitor children born with neonatal exposure as well as children exposed to opioids in the home. Coupled with the care for the child also is the medical, legal, and social needs of the family members.

- Lake County ADAMHS
- Lake County Jobs & Family Services/Children & Family Services
- Lake County Prosecutor's Office
- Lake County Public Defender's Office
- Lake County Court of Common Pleas
- Lake County Juvenile Court
- Lake County Sheriff's Office
- Lake County Jail

- Lake County Narcotics Agency
- Lake County Probation Department

Burke Rosen Cost for Year 1: $1,223,984
Burke Rosen Cost for Year 2: $1,543,772

## B. Adolescents and Young Adults

The goal of this remedy is to address the direct impact of opioid use, addiction, and overdose on children, adolescents, and young adults in the Communities, including prevention programs that delay initiation or escalation of opioid use as well as screening and treatment programs that are customized to the unique needs of these special populations.

Each of the below departments and agencies provide or assist in prevention, screening, and referring such adolescent and young adult populations to treatment centers. Prevention includes education at events and in schools. Involved in school and family-based prevention programs designed to delay or prevent initiation or escalation of opioid use. Examples of such programs would be Life Skills Training and Strengthening Families Programs, which are both designed to reduce substance abuse. These departments and agencies are involved in the dissemination, implementation, and evaluation of programs such of these that are geared towards educating the broad population relative to risks, treatment options, and recovery support connected to the opioid epidemic.

- Lake County ADAMHS
- Lake County Jobs & Family Services/Children & Family Services
- Lake County Prosecutor's Office
- Lake County Public Defender's Office
- Lake County Court of Common Pleas
- Lake County Juvenile Court
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency
- Lake County Probation Department

Burke Rosen Cost for Year 1: $1,240,058
Burke Rosen Cost for Year 2: $1,210,902

### C. Families and Children

The goal of this remedy is to improve the resources available to support children in the Communities who have been orphaned by the epidemic, as well as to assist children and their families who have otherwise been impacted and who may be served through child protective services.

- Lake County ADAMHS – Assist families and children with OUD as well as persons who have a family member with OUD. Assist in notifying the community of the impact of the opioid epidemic on children and families to raise awareness and funding. Work together with Children and Family Services to make sure children in foster care, or that are adopted, receive adequate medical care and comprehensive social services.
- Lake County Jobs & Family Services/Children & Family Services – Assist families and children with OUD as well as persons who have a family member with OUD. Assist in notifying the community of the impact of the opioid epidemic on children and families to raise awareness and funding. Assist with both medical and non-medical needs of children entering the foster care system which include food, clothing, and housing. In addition, assist with costs regarding children in foster care with special needs. CPS assists in ensuring a safe and permanent home for children affected by the opioid epidemic. For example, the Kinship Navigator Program which helps grandparents and other family members who have custody of children due to another family member's opioid use.
- Lake County Prosecutor's Office – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Lake County Public Defender's Office – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Lake County Court of Common Pleas – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Lake County Juvenile Court – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Lake County Sheriff's Office – Assist families and children with OUD as well as persons who have a family member with OUD. Further, the department works to create awareness

of alternative programs to address the needs of the affected and those at high risk for future opioid involvement.

- Lake County Jail – Administers programs designed to meet the needs of the opioid affected jail population in an effort to ensure a safe environment for their children and remaining family members during incarceration and upon release.
- Lake County Narcotics Agency – Assist families and children with OUD as well as persons who have a family member with OUD. Further, the department works to create awareness of alternative programs to address the needs of the affected and those at high risk for future opioid involvement.
- Lake County Probation Department – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.

Burke Rosen Cost for Year 1: $10,445,292
Burke Rosen Cost for Year 2: $10,107,453

**D. Homeless and Housing Insecure Individuals**

The goal of this abatement remedy is to focus on individuals with OUD in the Communities who may be homeless or housing insecure. In order to be successful, abatement programs within the Communities must be deployed to address the unique and pressing clinical and public health needs of these often marginalized populations.

Each of the below departments and agencies through task force involvement and interdepartmental collaboration work to address the special needs of the affected homeless and housing insecure individuals. Due to the prevalence of increased drug use amongst this population, this includes not only recovery housing but providing peer recovery coaches, safe alternatives and treatment options for drug use, post-traumatic stress disorder, depression, suicidal ideation, and integration with the community.

- Lake County ADAMHS –
- Lake County Jobs & Family Services/Children & Family Services –
- Lake County Prosecutor's Office –
- Lake County Public Defender's Office –
- Lake County Court of Common Pleas –
- Lake County Juvenile Court –

- Lake County Sheriff's Office –
- Lake County Jail –
- Lake County Narcotics Agency –
- Lake County Probation Department –

Burke Rosen Cost for Year 1: $329,947
Burke Rosen Cost for Year 2: $323,486

### E. Individuals with Opioid Misuse

This abatement remedy focuses on individuals who misuse opioids. This category is important because many individuals engage in such misuse, and they are at elevated risk for a number of harms from opioids, including the development of OUD and overdose death.

The population addressed in this section are those who do not yet have OUD, with the goal being preventing such person from progressing to OUD. The efforts related to this category are subsumed in the aforementioned efforts primarily found in Sections 1(A) (Health Professional Education); 1(B) (Patient and Public Education); 1(C) (Safe Storage and Drug Disposal Programs); and 4(B) (Interventions Targeting Adolescents and Young Adults).

The components of this abatement category are subsumed in other abatement interventions discussed above.

- Lake County ADAMHS
- Lake County Jobs & Family Services/Children & Family Services
- Lake County Prosecutor's Office
- Lake County Public Defender's Office
- Lake County Court of Common Pleas
- Lake County Juvenile Court
- Lake County Sheriff's Office
- Lake County Jail
- Lake County Narcotics Agency
- Lake County Probation Department
- Lake County General Health District

# TRUMBULL COUNTY'S SUBMISSION

## I. Trumbull County's Estimated Annual Expenditure (2020, 2021)

Provided in the chart below is the expenditure by each department for the two years (FY2020 and FY2021) which includes opioid related expenditures as well as non-opioid related expenditures. The County is not able to breakout with a high degree of specificity the opioid related vs the non-opioid related expenditures. Once again, the county, with the assistance of counsel, surveyed department employees to create a best estimate of the percentage of the total expenditures by department that were opioid related.

| Department | 2020 Expenditure | 2021 Expenditure | Estimated Percentage of Department Impacted by the Opioid Epidemic | Total Opioid Related (2020 & 2021) |
|---|---|---|---|---|
| Trumbull County Mental Health & Recovery Board (MHRB)[2] | $7,565,095.00 | $7,414,060.07 | 85% | $13,867,046.06 |
| Trumbull County Job & Family Services/Children and Family Services | $16,264,367.81 | $16,636,212.24 | 80% | $29,573,337.60 |
| Trumbull County Prosecutor's Office | $3,011,997.71 | $3,090,894.92 | 75% | $5,330,168.90 |
| Trumbull County Public Defender's Office | $419,368.00 | $140,857.00 | 85% | $539,096.45 |
| Trumbull County Court of Common Pleas | $2,588,058.25 | $2,914,779.15 | 70% | $4,628,403.66 |

---

[2] There are various third-party providers that receive funding from the County that are not fully captured herein. Services they provide are funded by the County as well as other revenue sources such as grants and foundations. The funding which the county provides is inadequate to serve the needs of these providers. Abatement of the opioid epidemic will necessitate not only continued funding but also increased funding.

| Department | 2020 Expenditure | 2021 Expenditure | Estimated Percentage of Department Impacted by the Opioid Epidemic | Total Opioid Related (2020 & 2021) |
|---|---|---|---|---|
| Trumbull County Juvenile Court | $4,542,479.69 | $5,074,092.26 | 20% | $5,557,298.14 |
| Trumbull County Sheriff's Office/Jail | $12,132,004.11 | $13,609,594.61 | 40% | $17,575,841.95 |
| Trumbull County TAG | $228,974.54 | $198,201.47 | 95% | $417,265.94 |
| Trumbull County Medical Examiner (Coroner's Office) | $428,164.44 | $415,771.14 | 60% | $677,627.12 |
| Trumbull County Drug Court | $8,502,338.78 | $8,441,093.11 | 95% | $16,521,377.23 |
| Trumbull County Family Dependency Treatment Court | $59,658.54 | $60,243.17 | 85% | $110,865.23 |
| Trumbull County 911 Emergency Communications | $3,335,805.64 | $2,873,205.07 | 30% | $4,197,767.16 |
| Trumbull County Probation Department | $1,235,545.55 | $1,301,111.74 | 70% | $2,146,323.77 |
| **TOTAL** | $60,313,858.06 | $62,170,115.95 | | $101,142,419.22 |

II. **A description of Trumbull County's current services which address Dr. Alexander's separate categories of future abatement and the future cost of providing those services projected by plaintiffs' economists, Burke Rosen, for only the first two years of the Alexander plan (to compare to the to the prior 2 years of expenditures)**

**Category 1: Prevention - Reducing Opioid Oversupply and Improving Safe Opioid Use**

G. **Health Professional Education**

The goal of this remedy is to train health care providers, including prescribers and other health care personnel – including those employed by the County – such as dispensers (pharmacists)

and emergency medical technicians (EMTs), regarding the appropriate use of opioids in clinical practice, as well as how to identify and appropriately respond to patients who may have OUD.

- Trumbull County Mental Health & Recovery Board (MHRB) – Hub of connectivity between individuals in need and health professionals. Update health professionals about emerging trends and needs.  Communicating standards and effective adherence to guidelines. Delivering high quality care within guidelines that evolve over time. Communicate how providers can respond and screening alternatives.
- Trumbull County Job & Family Services/Children and Family Services – Educate health professionals on interaction with their clients, including children and families affected by the opioid epidemic.
- Trumbull County Sheriff's Office – Outreach to health professionals as part of investigations and efforts in the community.  Making sure they get up to evolving standards, and safe disposal of prescriptions. Communicating problems, emerging trends.
- Trumbull County Jail – Educating professionals about increased risks and maintaining opioid-related care upon release from jail and unique needs of re-entry population.
- Trumbull County Sheriff's Office-TAG – Outreach to health professionals as part of investigations and efforts in the community.  Making sure they get up to evolving standards, and safe disposal of prescriptions. Communicating problems, emerging trends.
- Trumbull County Medical Examiner (Coroner's Office) – Reporting/communicating of trends, new analogs, increase in fatalities, deadliness of new analogs.

Burke Rosen Cost for Year 1: $169,541
Burke Rosen Cost for Year 2: $99,781

### H.    Patient and Public Education

The goal of this remedy is to raise awareness and activate patients and the general public in the Communities regarding the risks of opioids as well as the prevalence and treatability of OUD. Patient and public education can help to address the fact that many people do not understand the risks of opioids or that OUD is a treatable brain disease. It can also help to reduce stigma, which serves as a profound barrier to treatment.

- Trumbull County Mental Health & Recovery Board (MHRB) – Hub of connectivity between individuals in need and health professionals. Deliver programs on OUD prevention and educate the public on the dangers of opioids and where to find treatment or other resources. Provide campaigns to reduce stigma. Communicating to the public the pervasive nature of the opioid epidemic, vast spectrum of individuals affected, and resources available to those in need for both prevention and treatment.

- Trumbull County Job & Family Services/Children and Family Services – Educate the public on the impact of the opioid epidemic on children and families, trends in the community, and resources available.
- Trumbull County Court of Common Pleas – Educate the court community they serve on the opioid epidemic and its impact as well as resources available. Create awareness for alternatives to incarceration for those affected by the opioid epidemic (directly and indirectly).
- Trumbull County Juvenile Court – Educate the juvenile court community they serve on the opioid epidemic and its impact as well as resources available. Create awareness for alternatives to incarceration for those affected by the opioid epidemic (directly and indirectly).
- Trumbull County Sheriff's Office – Outreach to those impacted by the opioid epidemic (directly and indirectly) as well as the community at large on impact, emerging trends, overdoses, and fatalities.
- Trumbull County Jail – Educating the jail population about increased risks, treatment opportunities while incarcerated, and maintaining care upon release from jail, as well as additional unique needs of the re-entry population (including warm handoffs).
- Trumbull County Sheriff's Office-TAG – Public outreach as part of investigations, education, and efforts in the community. Making sure the public is aware of safe disposal of prescriptions and dangers associated with opioids.
- Trumbull County Medical Examiner (Coroner's Office) – Notifying public of trends, new analogs, increase in fatalities, and deadliness of new analogs.
- Trumbull County Drug Court – Educate the juvenile court community they serve on the opioid epidemic and its impact as well as resources available. Create awareness for alternatives to incarceration for those affected by the opioid epidemic (directly and indirectly).
- Trumbull County Family Dependency Treatment Court – Educate the juvenile court community they serve on the opioid epidemic and its impact as well as resources available. Create awareness for alternatives to incarceration for those affected by the opioid epidemic (directly and indirectly).
- Trumbull County Probation Department – Notifying the probation population about diversion programs for those impacted by the opioid epidemic, specific drug trends, and resources available to increase success within the program.

Burke Rosen Cost for Year 1: $60,721
Burke Rosen Cost for Year 2: $61,267

## I.     Safe Storage and Drug Disposal

This remedy respects the principle of intervening comprehensively along the prescription opioid supply chain, including addressing enormous stockpiles of opioids in homes within the

communities, by providing individuals in the communities with convenient opportunities to safely store and discard unused medicines.

- Trumbull County Mental Health & Recovery Board (MHRB) – Creating and implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. As a community hub Trumbull County MHRB assists with drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Trumbull County Job & Family Services/Children and Family Services – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization of drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Trumbull County Sheriff's Office – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization of drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Trumbull County Jail – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization, upon release, of drug takeback programs, safe disposal sites, and distribution of Deterra bags. In addition, assists with collection and disposal of drugs from the jail population.
- Trumbull County Sheriff's Office-TAG – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization of drug takeback programs, safe disposal sites, and distribution of Deterra bags.
- Trumbull County Probation Department – Assists with implementing programs to reduce and eliminate the oversupply of prescription opioids in the community. Helps with awareness of and utilization of drug takeback programs, safe disposal sites, and distribution of Deterra bags.

Burke Rosen Cost for Year 1: $5,299
Burke Rosen Cost for Year 2: $5,133

### J.      Community Prevention and Resiliency

The goal of this remedy is to form coalitions that can identify needs and trends within communities, and to implement evidence-based, culturally-responsive interventions that reflect the values, capacities and expressed needs of local communities. These programs seek to strengthen social bonds and promote healthy behaviors. In doing so, these programs bolster the resiliency of a community, in part by helping to mitigate the clinical, social, and economic impact of the opioid epidemic in the County.

Each of the below departments and agencies assist with programs to strengthen and repair community and social harms that are a result of the opioid epidemic.

- Trumbull County Mental Health & Recovery Board (MHRB) – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to OUD treatment and potential sequelae of the opioid epidemic. Facilitate services as needed with outside organizations to implement programs.
- Trumbull County Job & Family Services/Children and Family Services – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to jobs and children or family services. Refer children or families affected by the opioid epidemic to these programs, such as mentorship or job skills.
- Trumbull County Court of Common Pleas – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to the criminal justice system.
- Trumbull County Juvenile Court – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to youth, their families, and the criminal justice system.
- Trumbull County Sheriff's Office – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to community safety and establishing trust between law enforcement and key communities.
- Trumbull County Jail - Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to the criminal justice system.
- Trumbull County Sheriff's Office-TAG – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to community safety and establishing trust between law enforcement and key communities.
- Trumbull County Medical Examiner (Coroner's Office) – Participate as coalition member to implement prevention, education, and other resiliency-building programs within the community.
- Trumbull County Family Dependency Treatment Court – Participate as coalition member. Implement prevention, education, and other resiliency-building programs within the community related to the criminal justice system.

Burke Rosen Cost for Year 1: $1,739,996
Burke Rosen Cost for Year 2: $1,791,708

## K.  Harm Reduction

The goal of this remedy is to implement evidence-based interventions that "meet people where they are at," as compared to zero-tolerance approaches that criminalize opioid use,

propagate stigma, and serve as a barrier to accessing treatment. Such approaches recognize the formidable barriers that often prevent people from seeking treatment or achieving full recover; harm reduction will decrease individual and societal harms from the opioid epidemic in the communities.

Each of the below departments and agencies address harm reduction by either developing or participating in programs such as needle exchange, fentanyl test strips, overdose prevention, and prevention of HIV/HCV. These efforts are specifically targeted for those actively using and focused on how to make such use safer until being admitted into recovery. In doing so these harm reduction efforts reduce the disease burden on the community and create an avenue for people to get into treatment.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Medical Examiner (Coroner's Office)

Burke Rosen Cost for Year 1: $770,501
Burke Rosen Cost for Year 2: $615,637

### L.  Surveillance, Evaluation, and Leadership

The goal of this remedy is to convert local data to actionable intelligence at a local level by gathering, curating, and disseminating timely information about key dimensions of the epidemic to public health officials, policy-makers, and other stakeholders. This is important because the absence of timely, granular information about the epidemiology of opioid use, addiction, and overdose at a local level has limited the ability of stakeholders to rapidly design, iterate and evaluate targeted interventions to address the epidemic in the communities. However, in addition to surveillance, leadership – including comprehensive planning and multi-agency

coordination – is important in order to maximize efficient use of constrained resources to address the epidemic.

Each of the below departments and agencies are involved in the governance of various opioid related programs. Each are involved in creating data that is utilized for identifying needs and administering abatement programs designed to address those needs. The data is compiled for community leaders and stakeholders involved in fighting the epidemic. The impact of these efforts is realized by the public, including both users and non-users.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Job & Family Services/Children and Family Services
- Trumbull County Prosecutor's Office
- Trumbull County Public Defender's Office
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Medical Examiner (Coroner's Office)
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County 911 Emergency Communications
- Trumbull County Probation Department

Burke Rosen Cost for Year 1: $303,372
Burke Rosen Cost for Year 2: $310,324

## Category 2: Treatment – Supporting Individuals Affected by the Epidemic

### A.      Connecting Individuals to Services and Care

The goal of this remedy is to address the widespread treatment gaps that prevent so many from seeking or being retained in care. For example, studies show that some individuals who overdose in the field are not formally evaluated or successfully linked with treatment while many others, even if brought to an Emergency Department are discharged rather than transferred to an inpatient induction/rehabilitation facility, enrolled in an intensive outpatient (IOP) program, or

initiated on MAT. There are opportunities to improve the identification and treatment of individuals with OUD within each of these settings. Because of this, multiple methods are needed to connect people to services, ranging from helplines, peer-recovery coaches, and transportation assistance to "bridge programs" and Quick Response Teams designed for those newly encountering the health care system due to an opioid overdose or other acute opioid-related harm.

- Trumbull County Mental Health & Recovery Board (MHRB) – Utilizes a variety of approaches to proactively seek out and connect people to treatment options, including but not limited to, providing addiction counselors and peer recovery coaches for quick response teams (QRTs) in Newton Falls in addition to their Safe Passages Program. Ensure that individuals can be inducted on MAT through an emergency department Bridge program. Staff and maintain a 24/7/365 helpline to connect individuals to treatment. Coordinate peer recovery coaches to staff recovery houses and opioid treatment programs. Provide transportation vouchers for individuals to access treatment.
- Trumbull County Job & Family Services/Children and Family Services – Provide screening to identify those in need and working to appropriately transition them into care and supportive services.
- Trumbull County Prosecutor's Office – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases.
- Trumbull County Public Defender's Office – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases.
- Trumbull County Court of Common Pleas – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases. Connect individuals to care through drug court. Work with such population on follow-up post closure of the legal matter.
- Trumbull County Juvenile Court – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases. Connect individuals to care through drug court. Work with such population on follow-up post closure of the legal matter.
- Trumbull County Sheriff's Office– Implements law enforcement diversion to immediately connect those in need to care and provide alternatives to incarceration. Incorporate staff that can triage and effectively provide referrals to treatment and services for individuals with or affected by the opioid epidemic. Proactively seek out and connect people to treatment options, including but not limited to, providing first responders for quick response teams (QRTs) in Newton Falls in addition to their Safe Passages Program.
- Trumbull County Jail – Connects population with OUD who are in jail with care and other supportive services (e.g., counseling), and manage complications associated with the opioid epidemic. Ensures safe release through continuation of OUD treatment and referral to services outside of criminal justice system.

- Trumbull County Sheriff's Office-TAG – Implements law enforcement diversion to immediately connect those in need to care and provide alternatives to incarceration. Incorporate staff that can triage and effectively provide referrals to treatment and services for individuals with OUD or affected by the opioid epidemic. Proactively seek out and connect people to treatment options, including but not limited to, providing first responders for quick response teams (QRTs) in Newton Falls in addition to their Safe Passages Program.
- Trumbull County Drug Court – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases. Connect individuals to care through drug court. Work with such population on follow-up post closure of the legal matter.
- Trumbull County Family Dependency Treatment Court – Identify cases where individuals may be connected to care and diverted from prosecution to drug court or other appropriate alternatives that exist for opioid-related cases. Connect individuals to care through drug court. Work with such population on follow-up post closure of the legal matter.
- Trumbull County Probation Department – Work directly with the courts to screen and identify those in need and work to appropriately navigate such persons through drug court and alternatives that exist for opioid related cases. Work with such population on follow-up post closure of the legal matter. Provide referrals to treatment and services for individuals with OUD or affected by the opioid epidemic.

Burke Rosen Cost for Year 1: $1,395,084
Burke Rosen Cost for Year 2: $1,431,655

### B.    Treatment for Opioid Use Disorder

Though there have been efforts to scale up treatment within the Communities for those with OUD, more investments are needed so as to fulfill the overarching goal of this remedy: the provision of readily accessible treatment to patients with OUD. Such treatment should include access to FDA-approved MAT for use in individuals with OUD, since these are efficacious treatments that not only reduce the likelihood of opioid use, but also the risk of overdose, criminal activity, and the transmission of infectious disease (reference footnote 320 of Alexander's Report). However, not everyone with OUD requires MAT, and even when it is provided, it should be part of a full continuum of care, including care that addresses other acute, chronic, and preventive needs.

In addition to the services provided above, each of the below departments and agencies act proactively in engaging to assist with identifying and providing treatment that meets the individual's needs, such as Assertive Community Treatment (ACT). This also includes focusing on success with activities of daily living, how to reintegrate into society, and how to integrate treatment into that. These departments and agencies work to address stigma reduction, the economic and structural barriers to high quality OUD care, and continuous management of acute, chronic, and preventative care needs.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Prosecutor's Office
- Trumbull County Public Defender's Office
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County Probation Department

Burke Rosen Cost for Year 1: $45,233,945
Burke Rosen Cost for Year 2: $49,560,204

### C.  Managing Complications Attributable to the Epidemic

The goal of this abatement remedy is to provide unfettered access to high quality, longitudinal, compassionate, and comprehensive treatment to individuals in the Communities with OUD who have complications from the disorder. Such complications include chronic infectious diseases, such as hepatitis C (HCV) or HIV, acquired through the sharing of needles during injection drug use, as well as endocarditis and valvular heart disease, complications from blood-borne bacterial infections that can seed the heart valves and cause significant morbidity and mortality.

Each of the below departments and agencies assist with identifying providing access to treatment related to complications attributable to the opioid epidemic such as HCV, HIV, and endocarditis.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG

Burke Rosen Cost for Year 1: $13,155,600
Burke Rosen Cost for Year 2: $13,414,184

### D.      Workforce Expansion and Resiliency

The goal of this remedy is to expand the healthcare workforce, since the Communities benefits from well-trained healthcare professionals who are equipped to deliver services for those living with chronic pain and/or OUD. The workforce must be trained and equipped to meet the needs of residents in the Communities, and to provide evidence-informed services to address the social and medical harms associated with the opioid epidemic.

Each of the below departments and agencies continue to experience compassion fatigue, requiring assistance addressing the burnout experience from addressing the opioid epidemic and its harms. This problem is aggravated by the fact that there is an insufficient number of providers to deliver care and services.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Job & Family Services/Children and Family Services
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Medical Examiner (Coroner's Office)
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County 911 Emergency Communications

- Trumbull County Probation Department

Burke Rosen Cost for Year 1: $1,280,260
Burke Rosen Cost for Year 2: $1,287,574

### E. Distributing Naloxone and Providing Training

The goal of this remedy is to expand upon and support the efforts of the naloxone distribution and training that is currently being done in the Communities. This is important because naloxone is an opioid antagonist, or "blocker," that can save lives by safely and rapidly reversing opioid overdoses. However, its costs, stigma, and other barriers have historically limited accessibility to those in need.

Each of the below departments and agencies provide or assist with the awareness and distribution of Naloxone throughout the community. In addition, the below departments and agencies provide or assist with the training of the use of Naloxone in jails, law enforcement encounters, community members, medical community, and emergency situations.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Job & Family Services/Children and Family Services
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County 911 Emergency Communications
- Trumbull County Probation Department

Burke Rosen Cost for Year 1: $541,909
Burke Rosen Cost for Year 2: $423,803

## Category 3: Recovery – Enhancing Public Safety and Reintegration

### A.  Public Safety

Law enforcement officers are in a key position to help reverse the opioid epidemic in the Communities as they respond to overdoses and engage in public health-oriented policing interventions. Despite this, police departments, as with other local agencies, have been stretched thin because of the demands of the opioid epidemic, diminishing their ability to address other public safety needs. The abatement interventions proposed in this report, combined with the expansion of social workers and mental health personnel in the Communities, will address or prevent many of the calls that police and other first responders currently have to respond to. However, in addition to expansion of treatment and mental health services, there is also a need for a greater number of specialized detectives who can focus on the opioid epidemic, as well as stigma reduction training and pretrial diversion, that can equip the broader police force responding to it.

- Trumbull County Mental Health & Recovery Board (MHRB) – Assuring treatment is available for individuals who enter into a diversion program through law enforcement. Provide stigma reduction training to law enforcement and correctional officers.
- Trumbull County Prosecutor's Office – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Work with detectives to develop cases for prosecution that investigate the upstream supply chain of opioids involved in overdose.
- Trumbull County Public Defender's Office – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Provide counsel to individuals involved in investigations related to opioids and overdoses.
- Trumbull County Court of Common Pleas – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Hear cases related to opioid investigations.
- Trumbull County Juvenile Court – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Hear cases related to opioid investigations.
- Trumbull County Sheriff's Office – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Education on stigma reduction training for people with direct contacts to the opioid affected population. Investigate the upstream supply chain of opioids involved overdose.

- Trumbull County Jail – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Stigma reduction training for people with direct contacts to the opioid affected population.
- Trumbull County Sheriff's Office-TAG – Stigma reduction training for people with direct contacts to the opioid affected population. Investigate the upstream supply chain of opioids involved in overdose.
- Trumbull County Medical Examiner (Coroner's Office) – Investigates overdose fatalities that may inform later conviction or court proceedings.
- Trumbull County Drug Court – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Hear cases related to opioid investigations.
- Trumbull County Family Dependency Treatment Court – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Hear cases related to opioid investigations.
- Trumbull County 911 Emergency Communications – Crisis Intervention Team (CRT) training conducted regularly to reduce stigma. Increased frequency and usage of 911.
- Trumbull County Probation Department – Involved in implementation of law enforcement diversion programs providing treatment in lieu of conviction. Stigma reduction training for people with direct contacts to the opioid affected population. Contribute to investigations related to opioids and overdoses.

Burke Rosen Cost for Year 1: $353,071
Burke Rosen Cost for Year 2: $353,083

### B.  Criminal Justice System

The criminal justice system is a major thoroughfare for individuals with opioid addiction and represents an opportunity to identify and link those individuals to treatment, reducing their risk of overdose and recidivism while improving their societal reintegration. This remedy also focuses on ways that the criminal justice system can positively impact the opioid epidemic in the Communities, such as by building upon the Drug Courts and reentry programs in the County.

Each of the below departments and agencies provide or assist with the re-entry and reintegration of persons previously in the custody of the criminal justice system. Services and programs for such persons includes housing, social support, mental health services, addiction services, and drug court, including programs such as treatment in lieu of incarceration. These services and programs are also designed to reduce the risk of recidivism.

- Trumbull County Mental Health & Recovery Board (MHRB) – Assuring treatment is available for individuals who enter into a diversion program through the court system. Coordinate services for opioid screening upon booking. Facilitate treatment while individuals are in jail and upon release.
- Trumbull County Job & Family Services/Children and Family Services – Coordinate services families impacted by opioids. Place children with parents in the criminal justice system. Interface with courts upon release.
- Trumbull County Prosecutor's Office – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Public Defender's Office – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Court of Common Pleas – Conduct drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Juvenile Court – Conduct drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Sheriff's Office – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Jail – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Sheriff's Office-TAG – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Medical Examiner (Coroner's Office) – Facilitate drug courts and other approved activities for individuals with OUD.
- Trumbull County Drug Court – Conduct drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Family Dependency Treatment Court – Conduct drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.
- Trumbull County Probation Department – Facilitate drug courts and other approved activities for individuals with OUD. Maintain best practices between courts and treatment community.

Burke Rosen Cost for Year 1: $1,589,666
Burke Rosen Cost for Year 2: $1,867,291

### C.    Vocational Training, Education, and Job Placement

The goal of this remedy is to promote economic development to make gainful employment readily available to individuals in the Communities with OUD or who have been otherwise

impacted by the opioid epidemic. This is important because of the complex but beneficial relationship between employment and recovery (reference to footnote 487 of Alexander's Report).

Each of the below departments and agencies provide or assist with training, education, community outreach, or job placement for those individuals with OUD or those impacted by the opioid epidemic. This is done by community outreach, recovery supporting workplaces, trainings and programs for persons in recovery (including vocational training), and education for business and community leaders. Addressing the needs for this population requires specific attention, in light of the fact they often have criminal or drug related histories.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Job & Family Services/Children and Family Services
- Trumbull County Prosecutor's Office
- Trumbull County Public Defender's Office
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County Probation Department

Burke Rosen Cost for Year 1: $4,315,622
Burke Rosen Cost for Year 2: $4,364,200

### D. Mental Health Counseling and Grief Support

The goal of this remedy is to ensure that mental health services, including counselling for individuals with mental illness as well as the bereaved, are available to all who may be in need within the Communities. This is important because historically these services have not always been readily available within the Communities, and yet the opioid epidemic has created unprecedented demand for such care.

- Trumbull County Mental Health & Recovery Board (MHRB) – Hub of connectivity between individuals in need and mental health counseling and grief support, which may include stigma from having a loved one overdose. Additionally, connects those with chronic pain who and others who may be impacted by the opioid epidemic (*i.e.*, shame or stigma from having a friend, family member, or close relative overdose) to counseling.
- Trumbull County Job & Family Services/Children and Family Services – Provide counseling and support for those individuals and families impacted by the opioid epidemic. Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Prosecutor's Office – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Public Defender's Office – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Court of Common Pleas – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Juvenile Court – Referring juveniles and their families to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Sheriff's Office – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Jail – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Sheriff's Office-TAG – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Drug Court – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Medical Examiner (Coroner's Office) – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Family Dependency Treatment Court – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.
- Trumbull County Probation Department – Referring individuals to mental health counseling and grief support for treatment related to harms associated with the opioid epidemic.

Burke Rosen Cost for Year 1: $300,521
Burke Rosen Cost for Year 2: $306,088

**Category 4: Addressing Needs of Special Populations**

    **A.    Pregnant Women, New Mothers, and Infants**

This abatement remedy focuses on pregnant women and new mothers who have chronic opioid dependence, opioid misuse or OUD, as well as infants born with neonatal opioid withdrawal syndrome (NOWS), a condition among newborns that is a consequence of in utero exposure to opioids. (NOWS is also sometimes referred to neonatal abstinence syndrome [NAS], although the latter is a less specific term that in certain contexts may refer to in utero exposure to other substances such as alcohol or tobacco.) As with other special populations, pregnant women, new mothers, and their newborns are important to consider because of the ways that abatement remedies should be designed to address their unique needs and vulnerabilities (reference to footnote V of Alexander's Report).

Each of the below departments and agencies provide or assist with both pre- and postnatal services related to the opioid epidemic. Services include special education for infants born exposed to opioids, providing services for such infants, and services as the infant ages from 0 – 21. These departments and agencies work collaboratively to identify, treat, and monitor children born with neonatal exposure as well as children exposed to opioids in the home. Coupled with the care for the child also is the medical, legal, and social needs of the family members.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Job & Family Services/Children and Family Services
- Trumbull County Prosecutor's Office
- Trumbull County Public Defender's Office
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County Probation Department

Burke Rosen Cost for Year 1: $2,294,846
Burke Rosen Cost for Year 2: $2,958,893

**B.**     **Adolescents and Young Adults**

The goal of this remedy is to address the direct impact of opioid use, addiction, and overdose on children, adolescents, and young adults in the Communities, including prevention programs that delay initiation or escalation of opioid use as well as screening and treatment programs that are customized to the unique needs of these special populations.

Each of the below departments and agencies provide or assist in prevention, screening, and referring such adolescent and young adult populations to treatment centers. Prevention includes education at events and in schools. Involved in school and family-based prevention programs designed to delay or prevent initiation or escalation of opioid use. Examples of such programs would be Life Skills Training and Strengthening Families Programs, which are both designed to reduce substance abuse. These departments and agencies are involved in the dissemination, implementation, and evaluation of programs such of these that are geared towards educating the broad population relative to risks, treatment options, and recovery support connected to the opioid epidemic.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Job & Family Services/Children and Family Services
- Trumbull County Prosecutor's Office
- Trumbull County Public Defender's Office
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County Probation Department

Burke Rosen Cost for Year 1: $1,467,422
Burke Rosen Cost for Year 2: $1,432,426

### C. Families and Children

The goal of this remedy is to improve the resources available to support children in the Communities who have been orphaned by the epidemic, as well as to assist children and their families who have otherwise been impacted and who may be served through child protective services.

- Trumbull County Mental Health & Recovery Board (MHRB) – Assist families and children with OUD as well as persons who have a family member with OUD. Assist in notifying the community of the impact of the opioid epidemic on children and families to raise awareness and funding. In Trumbull County many grandparents and other kinship caregivers are linked to support and information through the ASAP Coalition. Work together with Children and Family Services to make sure children in foster care, or that are adopted, receive adequate medical care and comprehensive social services.
- Trumbull County Job & Family Services/Children and Family Services – Assist families and children with OUD as well as persons who have a family member with OUD. Assist in notifying the community of the impact of the opioid epidemic on children and families to raise awareness and funding. Assist with both medical and non-medical needs of children entering the foster care system which include food, clothing, and housing. In addition, assist with costs regarding children in foster care with special needs. CPS assists in ensuring a safe and permanent home for children affected by the opioid epidemic. For example, the Kinship Navigator Program which helps grandparents and other family members who have custody of children due to another family member's opioid use.
- Trumbull County Prosecutor's Office – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Trumbull County Public Defender's Office – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Trumbull County Court of Common Pleas – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Trumbull County Juvenile Court – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.

- Trumbull County Sheriff's Office – Assist families and children with OUD as well as persons who have a family member with OUD. Further, the department works to create awareness of alternative programs to address the needs of the affected and those at high risk for future opioid involvement.
- Trumbull County Jail – Administers programs designed to meet the needs of the opioid affected jail population in an effort to ensure a safe environment for their children and remaining family members during incarceration and upon release.
- Trumbull County Sheriff's Office-TAG – Assist families and children with OUD as well as persons who have a family member with OUD. Further, the department works to create awareness of alternative programs to address the needs of the affected and those at high risk for future opioid involvement.
- Trumbull County Drug Court – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Trumbull County Family Dependency Treatment Court – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.
- Trumbull County Probation Department – Assist families and children with OUD as well as persons who have a family member with OUD. For families involved in the legal system as a result of the opioid epidemic they work together with the other departments and agencies to make sure medical and social service needs are met.

Burke Rosen Cost for Year 1: $13,001,766
Burke Rosen Cost for Year 2: $12,586,188

     **D.**     **Homeless and Housing Insecure**

The goal of this abatement remedy is to focus on individuals with OUD in the Communities who may be homeless or housing insecure. In order to be successful, abatement programs within the Communities must be deployed to address the unique and pressing clinical and public health needs of these often marginalized populations.

Each of the below departments and agencies through task force involvement and interdepartmental collaboration work to address the special needs of the affected homeless and housing insecure individuals. Due to the prevalence of increased drug use amongst this population, this includes not only recovery housing but providing peer recovery coaches, safe

alternatives and treatment options for drug use, post-traumatic stress disorder, depression, suicidal ideation, and integration with the community.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Job & Family Services/Children and Family Services
- Trumbull County Prosecutor's Office
- Trumbull County Public Defender's Office
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office
- Trumbull County Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County Probation Department

Burke Rosen Cost for Year 1: $354,781
Burke Rosen Cost for Year 2: $347,835

### E.    Individuals with Opioid Misuse

This abatement remedy focuses on individuals who misuse opioids. This category is important because many individuals engage in such misuse, and they are at elevated risk for a number of harms from opioids, including the development of OUD and overdose death.

The population addressed in this section are those who do not yet have OUD, with the goal being preventing such person from progressing to OUD. The efforts related to this category are subsumed in the aforementioned efforts primarily found in Sections 1(A) (Health Professional Education); 1(B) (Patient and Public Education); 1(C) (Safe Storage and Drug Disposal Programs); and 4(B) (Interventions Targeting Adolescents and Young Adults).

The components of this abatement category are subsumed in other abatement interventions discussed above.

- Trumbull County Mental Health & Recovery Board (MHRB)
- Trumbull County Job & Family Services/Children and Family Services
- Trumbull County Prosecutor's Office

- Trumbull County Public Defender's Office
- Trumbull County Court of Common Pleas
- Trumbull County Juvenile Court
- Trumbull County Sheriff's Office/Jail
- Trumbull County Sheriff's Office-TAG
- Trumbull County Drug Court
- Trumbull County Family Dependency Treatment Court
- Trumbull County Probation Department

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*

*/s/Peter H. Weinberger*
 Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113 (216)
861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
hunter@napolilaw.com

Salvatore C. Badala
NAPOLI SHKOLNIK
360 Lexington Avenue
New York, New York 10017
(212) 397-1000
sbadala@napolilaw.com

*Counsel for Plaintiffs Lake County and
Trumbull County, Ohio*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.


*/s/Peter H. Weinberger*                                
Peter H. Weinberger