IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: Case No. 1:18-op-45776-DAP | Case No. 17-md-2804 |
| | Judge Dan Aaron Polster |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SANTA FE, | |
| Plaintiff, | |
| vs. | |
| PURDUE PHARMA. et al., | |
| Defendants. | |

## CROSS-NOTICE OF FACT DEPOSITION OF JEANIE GOODRICH

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b), Defendants The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II, and Smith's Food & Drug Centers, Inc., by undersigned counsel, hereby cross-notice in this matter the deposition of Jeanie Goodrich. Plaintiff's Notice of Fact Deposition of Jeanie Goodrich in *State of New Mexico v. Purdue Pharma, L.P.*, Case No. D-101-CV-2017-02541, is attached hereto as **Exhibit A.**

The deposition will take place on February 16, 2022, at 9:00 a.m. MDT. Plaintiff will utilize Golkow Litigation Services for court reporting and videographer services, the contact information of which is Golkow Litigation Services, 1650 Market Street, Suite 5150, Philadelphia,

PA, 19103. The telephone number is (215) 586-4220 and email address is scheduling@golkow.com.

The deposition will be conducted remotely in accordance with the protocol(s) established by the Court in *State of New Mexico v. Purdue Pharma, L.P.* The deposition will be recorded stenographically, by video, and through instant visual display of testimony, before a notary public or other person authorized to administer oaths pursuant to Rule 1-028.

You are invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure and the New Mexico Rules of Civil Procedure.

        Respectfully submitted,

**COUNSEL FOR DEFENDANTS THE KROGER CO., KROGER LIMITED PARTNERSHIP I,
KROGER LIMITED PARTNERSHIP II and SMITH'S FOOD & DRUG CENTERS, INC.**

*s/ Ronda L. Harvey*
Ronda L. Harvey (WVSB 6326)
Fazal A. Shere (WVSB 5433)
Ashley Hardesty Odell (WVSB 9380)
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1701
rharvey@bowlesrice.com
fshere@bowlesrice.com
ahardestyodell@bowlesrice.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of February 2022, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                                        */s/ Ronda L. Harvey*
                                                        Ronda L. Harvey