**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THE MUSCOGEE (CREEK) NATION, | ) | MDL No. 2804 |
| Plaintiff, | ) | Master Docket No.: 1:17-MD-02804-DAP |
| vs. | ) | Case No. 1:18-op-45459 |
| PURDUE PHARMA L.P., et al., | ) | Judge Dan Aaron Polster |
| Defendants. | ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| | ) | |

Notice is hereby given that Eric T. Michener of Critchfield, Critchfield & Johnston, Ltd. is substituted as counsel for mis-named Defendant CityPlex Pharmacy, otherwise known as Southwestern Regional Medical Center, Inc. dba CityPlex Pharmacy ("CityPlex") in place of Ralph Streza in the within action. Kimberly L. Hall of Critchfield, Critchfield & Johnston, Ltd. remains as co-counsel for CityPlex.

Respectfully submitted,

**CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.**

By: /s/ Kimberly L. Hall
     Kimberly L. Hall (S. Ct. #0090677)
     Eric T. Michener (S. Ct. #0074559)
     225 N. Market Street
     Wooster, OH  44691
     Phone: 330.264.4444
     Fax: 330.263.9278
     Email:  khall@ccj.com; michener@ccj.com
     *Counsel for Defendant, Southwestern Regional Medical Center, Inc. dba CityPlex Pharmacy*

<u>CERTIFICATE OF FILING AND SERVICE</u>

I hereby certify that on the 17th day of February, 2022, I caused the foregoing to be filed via the ECF System for the United States District Court for the Northern District of Ohio, Eastern Division, and that the Notice will be served upon all counsel of record via the Court's electronic filing system.

_____*/s/ Kimberly L. Hall*_____

Kimberly L. Hall (Ohio S. Ct. #0090677)

*Counsel for Defendant, Southwestern Regional Medical Center, Inc. dba CityPlex Pharmacy*