# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd. et al.,*<br>*Case No. 1:22-op-45007* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## THE GOVERNMENT OF PUERTO RICO'S MOTION TO REMAND

COMES NOW Plaintiff, the Government of Puerto Rico ("the Government" or "Puerto Rico"), through its undersigned counsel, pursuant to 28 U.S.C. § 1447, and respectfully moves this Honorable Court to remand this action to the Superior Court of Puerto Rico, Court of First Instance, San Juan Part. As set forth more fully in the attached memorandum, the Removing Defendant has asserted a groundless removal theory that multiple courts across the country have uniformly rejected in at least a dozen different cases. The same result should occur here.

Actavis has improperly removed this case, over which there is no federal question jurisdiction. The Government therefore moves this Honorable Court for an Order remanding this case back to Puerto Rico Superior Court. In support of its motion, the Government files the attached memorandum of law.

**WHEREFORE**, the Government of Puerto Rico respectfully requests that this Honorable Court enter an Order granting its Motion to Remand, and promptly remand this matter to the Puerto Rico Superior Court, San Juan Part.

Respectfully submitted this 22nd day of February 2022.

        **HON. DOMINGO EMANUELLI**
        **SECRETARIO DE JUSTICIA**
        **DEPARTAMENTO DE JUSTICIA**
        **GOBIERNO DE PUERTO RICO**
        P.O. Box 9020192
        San Juan, Puerto Rico 00902-0192
        Tel: (787) 721-2900

        By Counsel,

        *s/Linda Singer*
        Linda Singer
        David Ackerman
        Sara Aguiñiga
        *Pro Hac Vice to be Submitted*
        **MOTLEY RICE LLC**
        401 9th Street, NW
        Suite 1001
        Washington, DC 20004
        Tel. (202) 386-9626
        Fax (202) 386-9622
        lsinger@motleyrice.com
        dackerman@motleyrice.com
        saguiniga@motleyrice.com

        *s/Andrés W. López (w/consent)*
        Andrés W. López
        USDC-PR No. 215311
        **THE LAW OFFICES OF**
        **ANDRÉS W. LÓPEZ, P.S.C.**
        P.O. Box 13909
        San Juan, PR 00908
        Tel. (787) 294-9508
        andres@awllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February 2022, I caused the foregoing *The Government of Puerto Rico's Motion to Remand* to be electronically filed with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

*s/Linda Singer*
Linda Singer
