**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: *The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd. et al., Case No. 1:22-op-45007* | Judge Dan Aaron Polster |

## <u>ORDER</u>

On February 22, 2022, the Government of Puerto Rico filed a Motion to Remand the above-captioned case to the Superior Court of Puerto Rico, Court of First Instance, San Juan Part. For the reasons set forth in the Government's Memorandum of Law in Support of Renewed Motion to Remand, the Government's Motion is hereby **GRANTED** and this matter is remanded to the Superior Court of Puerto Rico, Court of First Instance, San Juan Part.

Dated: _____          _____
                                                                  Judge Dan Aaron Polster