**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | JUDGE POLSTER |
| THIS DOCUMENT RELATES TO: "All Cases" | ) ) ) | |
| | ) ) ) ) ) | **ORDER CLARIFYING THE "CMO EFFECTIVE DATE" FOR CASES OF NON-PARTICIPATING SUBDIVISIONS** |

This Court earlier entered a *Case Management Order Applicable to Cases of "Non-Participating Subdivisions" Asserting Claims Against Settling Defendants* (docket no. 3795) ("NPS CMO").  The NPS CMO set forth certain obligations on plaintiff Subdivisions that are not participating in the global settlement agreements with McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation, and Johnson & Johnson.

Because of the contingent nature of the settlement agreements, however, the NPS CMO was somewhat imprecise on the deadline for compliance with those obligations.  *See NPS CMO* at 2 (defining the "CMO Effective Date" relative to the settlement agreement "Determination Date," which was "approximate;" and requiring production of certain information beginning 60 days thereafter).  Accordingly, the Court now clarifies the "CMO Effective Date" as follows: the NPS CMO becomes effective in each MDL case filed by a Non-Participating Subdivision on the later of

these two dates: (a) February 25, 2022; or (b) the date thirty (30) days after the Non-Participating Subdivision's case is filed in, removed to, or transferred to the MDL, if such date is after February 25, 2022 (collectively, the "CMO Effective Date").

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** February 25, 2022