# Exhibit 1

## DECLARATION OF DEBRA SANTANGELO

I, Debra E. Santangelo, hereby declare under penalty of perjury the following to be true and accurate as to the effort and process undertaken for purposes of responding to the January 4, 2022 Court Order.

1.  I am the Chief Deputy Auditor for Trumbull County, Ohio.

2.  As a result of my position and duties, I am familiar with the accounting practices of Trumbull County.

3.  Trumbull County does not track or record expenditures in a manner that allows them to be identified as related to the abatement elements as described by Dr. Caleb Alexander in his April 14, 2021 report.

4.  Trumbull County does not track expenditures in a manner that allows them to be identified as specifically related to efforts to abate the opioid epidemic as it is not in accordance with general accounting principles.

5.  As a result of how expenditures are recorded, Trumbull County is unable to line up past expenditures on each category of abatement as described in Dr. Alexander's abatement plan.

6.  I have provided the total expenditure directly from our Munis Accounting System by department or agency for Fiscal Year 2020 and Fiscal Year 2021 for use by our counsel in our submissions to the court.

7.  The amounts represented in Trumbull County's submissions on February 1 and February 11 are true and accurate in terms of the amount of expenditure by department for Fiscal Year 2020 and Fiscal Year 2021.

Dated: February 25, 2022

Debra E. Santangelo