UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: NATIONAL PRESCRITION OPIATE LITIGATION | CASE NO. 1:17 MD 2804 |
|---|---|
| | JUDGE DAN AARON POLSTER |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Matthew R. McCarley, as counsel of record on behalf of the Plaintiffs for the captioned cases listed below.

| Case Name | Case Number |
|---|---|
| *City of London, Kentucky v. Purdue Pharma, L.P. et. al.* | 1:19-op-45103-DAP |
| *City of Loyall, Kentucky v. Purdue Pharma, L.P. et. al.* | 1:19-op-45107-DAP |
| *City of Lynch, Kentucky v. Purdue Pharma, L.P. et. al.* | 1:19-op-45102-DAP |
| *City of Manchester, Kentucky, v. Purdue Pharma, L.P. et. al.* | 1:19-op-45138-DAP |
| *City of Morehead, Kentucky v. Purdue Pharma, L.P. et. al.* | 1:19-op-45104-DAP |
| *City of Pipa Passes, Kentucky v. Purdue Pharma, L.P. et. al.* | 1:19-op-45137-DAP |
| *City of Whitesburg, Kentucky v. Purdue Pharma, L.P. et. Al.* | 1:19-op-45218-DAP |
| *Warren County, Kentucky v. Purdue Pharma, L.P. et. Al.* | 1:20-op-45075-DAP |
| *City of Berlin, Maryland v. Purdue Pharma, L.P. et. Al.* | 1:19-op-45676-DAP |
| *County Commissioners of Calvert County, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45609-DAP |
| *Charles County. Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45094-DAP |
| *City of Aberdeen, Maryland v. Purdue Pharma, L.P. et al* | 1:19-op-45772-DAP |
| *City of Cambridge, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45611-DAP |
| *City of Charlestown, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45677-DAP |

| **Case Name** | **Case Number** |
|---|---|
| *City of Havre De Grace, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45678-DAP |
| *County of Wicomico, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45681-DAP |
| *Dorchester County, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45610-DAP |
| *City of Grantsville, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45668-DAP |
| *Howard County, Maryland v. Teva Pharmaceuticals USA, Inc., et. al.* | 1:19-op-46169-DAP |
| *City Of Laurel, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45714-DAP |
| *City of Mountain Lake Park, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45666-DAP |
| *City of North East, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45670-DAP |
| *City of Oakland, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45916-DAP |
| *City of Perryville, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45679-DAP |
| *County of Somerset, Maryland v. Cephalon, Inc. et. al.* | 1:19-op-45911-DAP |
| *City of Bel Air, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45669-DAP |
| *City of Vienna, Maryland v. Purdue Pharma, L.P. et. al.* | 1:19-op-45680-DAP |
| *Big Stone County, Minnesota v. Purdue Pharma, L.P. et. al.* | 1:20-op-45102-DAP |
| *City of Clarksdale, Mississippi v. Purdue Pharma, L.P. et. al.* | 1:19-op-45620-DAP |
| *City of Grenada, Mississippi v. Purdue Pharma, L.P. et. al.* | 1:19-op-45622-DAP |
| *City of Indianola, Mississippi v. Purdue Pharma, L.P. et. al.* | 1:19-op-45624-DAP |
| *Grenada County, Mississippi v. Purdue Pharma, L.P. et. al.* | 1:18-op-46279-DAP |
| *Patients' Choice Medical Center of Claiborne County, LLC v. Purdue Pharma, L.P. et. al.* | 1:19-op-45300-DAP |
| *City of Albuquerque v. Teva Pharmaceuticals USA, Inc. et. al.* | 1:20-op-45136-DAP |
| *City of Santa Fe v. Purdue Pharma L.P. et. al.* | 1:20-op-45137-DAP |

| Case Name | Case Number |
| --- | --- |
| *Barnes County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45640-DAP |
| *Benson County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45643-DAP |
| *Burleigh County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45630-DAP |
| *City of Bismarck, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45629-DAP |
| *City of Devils Lake, North Dakota, v. Purdue Pharma, L.P. et. al.* | 1:19-op-45637-DAP |
| *City of Lisbon, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45761-DAP |
| *Dickey County, North Dakota v. Teva Pharmaceuticals USA, Inc., et. al.* | 1:19-op-45919-DAP |
| *Dunn County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45631-DAP |
| *Eddy County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45917-DAP |
| *Foster County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45918-DAP |
| *Grand Forks County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45647-DAP |
| *Lamoure County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45760-DAP |
| *McKenzie County, North Dakota Purdue Pharma, L.P. et. al.* | 1:19-op-46134-DAP |
| *McLean County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45632-DAP |
| *Mercer County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45635-DAP |
| *Mountrail County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45634-DAP |
| *Pembina County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45674-DAP |
| *Pierce County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45683-DAP |
| *Ramsey County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45641-DAP |
| *Ransom County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45645-DAP |
| *Richland County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45644-DAP |
| *Rolette County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45646-DAP |

| Case Name | Case Number |
|---|---|
| *Sargent County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45642-DAP |
| *Stark County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45763-DAP |
| *Towner County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45639-DAP |
| *Walsh County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45638-DAP |
| *Ward County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45762-DAP |
| *Wells County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45682-DAP |
| *Williams County, North Dakota v. Purdue Pharma, L.P. et. al.* | 1:19-op-45633-DAP |
| *Patients' Choice Medical Center of Erin, TN v. Purdue Pharma, L.P. et. al.* | 1:19-op-45771-DAP |
| *Brazos County, Texas v. Purdue Pharma, L.P. et. al.* | 1:18-op-45863-DAP |
| *Ellis County, Texas v. Purdue Pharma, L.P. et. al.* | 1:19-op-45860-DAP |
| *Henderson County, Texas v. Purdue Pharma, L.P. et. al.* | 1:19-op-45684-DAP |
| *Kaufman County, Texas v. Purdue Pharma, L.P. et. al.* | 1:18-op-46081-DAP |
| *Rockwall County, Texas v. Purdue Pharma, L.P. et. al.* | 1:19-op-45859-DAP |
| *Stephens County, Texas v. Purdue Pharma, L.P. et. al.* | 1:18-op-45804-DAP |

Dated: March 3, 2022

Respectfully submitted,

/s/ *Matthew R. McCarley*
Matthew R. McCarley (TX 24041426)
FEARS LAW
5473 Blair Rd.
Dallas, Texas 75231
(214) 461-6231