UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>*Track Three Cases* | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

# PLAINTIFFS LAKE AND TRUMBULL COUNTIES' CORRECTED RESPONSE TO DEFENDANTS' MOTION TO COMPEL

Plaintiffs Lake and Trumbull Counties submit the below corrected Trumbull County Estimated Annual Expenditure (2020, 2021). This is a correction to the chart identified in Docket No. 4277 at 25-26. The only correction is to a mathematical error in the last column of the chart "Total Opioid Related (2020 & 2021)" as explained further herein.

## TRUMBULL COUNTY'S SUBMISSION

### I. Trumbull County's Estimated Annual Expenditure (2020, 2021)

Provided in the chart below is the expenditure by each department for the two years (FY2020 and FY2021) which includes opioid related expenditures as well as non-opioid related expenditures. The County is not able to breakout with a high degree of specificity the opioid related vs the non-opioid related expenditures. Once again, the county, with the assistance of counsel, surveyed department employees to create a best estimate of the percentage of the total expenditures by department that were opioid related.

| Department | 2020 Expenditure | 2021 Expenditure | Estimated Percentage of Department Impacted by the Opioid Epidemic | Total Opioid Related (2020 & 2021) |
|---|---|---|---|---|
| Trumbull County Mental Health & Recovery Board (MHRB)[1] | $7,565,095.00 | $7,414,060.07 | 85% | $12,732,281.81 |
| Trumbull County Job & Family Services/Children and Family Services | $16,264,367.81 | $16,636,212.24 | 80% | $26,320,464.04 |
| Trumbull County Prosecutor's Office | $3,011,997.71 | $3,090,894.92 | 75% | $4,577,169.47 |
| Trumbull County Public Defender's Office | $419,368.00 | $140,857.00 | 85% | $476,191.25 |
| Trumbull County Court of Common Pleas | $2,588,058.25 | $2,914,779.15 | 70% | $3,851,986.18 |
| Trumbull County Juvenile Court | $4,542,479.69 | $5,074,092.26 | 20% | $1,923,314.39 |
| Trumbull County Sheriff's Office/Jail | $12,132,004.11 | $13,609,594.61 | 40% | $10,296,639.49 |
| Trumbull County TAG | $228,974.54 | $198,201.47 | 95% | $405,817.21 |
| Trumbull County Medical Examiner (Coroner's Office) | $428,164.44 | $415,771.14 | 60% | $506,361.35 |
| Trumbull County Drug Court | $8,502,338.78 | $8,441,093.11 | 95% | $16,096,260.30 |
| Trumbull County Family | $59,658.54 | $60,243.17 | 85% | $101,916.45 |

---

[1] There are various third-party providers that receive funding from the County that are not fully captured herein. Services they provide are funded by the County as well as other revenue sources such as grants and foundations. The funding which the county provides is inadequate to serve the needs of these providers. Abatement of the opioid epidemic will necessitate not only continued funding but also increased funding.

| Department | 2020 Expenditure | 2021 Expenditure | Estimated Percentage of Department Impacted by the Opioid Epidemic | Total Opioid Related (2020 & 2021) |
|---|---|---|---|---|
| Dependency Treatment Court | | | | |
| Trumbull County 911 Emergency Communications | $3,335,805.64 | $2,873,205.07 | 30% | $1,862,703.21 |
| Trumbull County Probation Department | $1,235,545.55 | $1,301,111.74 | 70% | $1,775,660.10 |
| **TOTAL** | $60,313,858.06 | $62,170,115.95 | | $80,926,765.25 |

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR 00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX 77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*

*/s/Peter H. Weinberger*
 Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113 (216)
861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
hunter@napolilaw.com

Salvatore C. Badala
NAPOLI SHKOLNIK
360 Lexington Avenue
New York, New York 10017
(212) 397-1000
sbadala@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Hunter J. Shkolnik*
Hunter J. Shkolnik
