UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *All Cases* | Judge Dan Aaron Polster |

NOTICE OF TWENTY-SIXTH AMENDED BANKRUPTCY
COURT ORDER GRANTING INJUNCTION AGAINST
CONTINUATION OF PROCEEDINGS AS TO RELATED
PARTIES TO DEBTOR PURDUE PHARMA L.P. AND
AFFILIATED DEBTORS

On March 2, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") issued an order extending the preliminary injunction (the "**Injunction**") previously entered by the Bankruptcy Court, including the injunctions that were attached to the undersigned Related Party Defendants' Notices of Sixth, Eighth, Twenty-Third, Twenty-Fourth, and Twenty-Fifth Amended Bankruptcy Court Orders, filed February 24, 2020, April 2, 2020, January 4, 2022,  February 3, 2022, and February 21, 2022, respectively, in this multi-district action (Docs. 3183, 3251, 4221, 4269, and 4284).  *See* Twenty-Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *In re Purdue Pharma L.P., et al.*, No. 19-23649 (RDD), Adv. Pro. No. 19-08289 (RDD), Dkt. No. 338 (Bankr. S.D.N.Y. March 2, 2022) (the "**Twenty-Sixth Amended Preliminary Injunction Order**"), a copy of which (without appendices) is attached as **Exhibit 1** hereto.  The Injunction is in effect "through and including March 23, 2022."  *See* Ex. 1 at 10.

Notwithstanding the filing of this notice, the undersigned Related Party Defendants expressly preserve all of their defenses, including, but not limited to, the lack of personal jurisdiction.

Respectfully submitted,

/s/ Stuart G. Parsell
Stuart G. Parsell (Ohio Bar No. 0063510)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
parsell@litohio.com

Attorneys for Defendants Richard Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, the Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler as alleged Trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Former Attorneys to Jonathan Sackler (now deceased), individually and as alleged Trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Beverly Sackler (now deceased)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Stuart G. Parsell
Stuart G. Parsell (0063510)

939497