# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) ) ) MDL No. 2804 ) ) ) Hon. Dan A. Polster ) ) ) ) ) ) ) |
| This document relates to: | |
| *The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd., et al.*, Case No. 1:22-op-45007 | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Notice of Consent to Remand, it is hereby

**ORDERED** that the action entitled *The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd., et al.*, Case No. 1:22-op-45007 (D.P.R.) is **REMANDED** to the the Superior Court of Puerto Rico, Court of First Instance, San Juan Part (Case No. SJ2021CV05540).

**It is so ORDERED.**

DATED: _____     _____
Hon. Dan Aaron Polster
United States District Judge