# EXHIBIT A

```
                                                              Page 1
  1            IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF OHIO
  2                     EASTERN DIVISION
  3                       - - - - -
  4
          IN RE:                           )   MDL No. 2804
  5       NATIONAL PRESCRIPTION            )
          OPIATE LITIGATION                )
  6                                        )
                                           )   Case No.
  7       This Document Relates To:        )   1:17-md-2804
                                           )
  8       The County of Lake, Ohio v.      )   Judge
          Purdue Pharma L.P., et al.       )   Dan Aaron
  9       Case No. 18-op-45032             )   Polster
                                           )
 10       The County of Trumbull, Ohio    )
          v. Purdue Pharma L.P.,           )
 11       et al.                           )
          Case No. 18-op-45079             )
 12                                        )
          Track 3 Cases                    )
 13
                              - - - - -
 14
 15         Remote Videotaped Deposition of:
               G. CALEB ALEXANDER, M.D.
 16            Appearing Remotely from
              Baltimore County, Maryland
 17
 18
 19              February 11, 2022
                     1:16 p.m.
 20
 21
 22
 23
 24      Reporter:  Kristin Wegryn, RMR, CRR
               Appearing Remotely from
 25             Cuyahoga County, Ohio
```

Page 67

1 focusing on the number of individuals who have
2 opioid use disorder.  I appreciate your plan goes
3 beyond that, as well.
4             But just focusing on the folks who you
5 estimate have opioid use disorder in Lake and
6 Trumbull counties, you don't make any distinction
7 regarding the source of those individuals' opioid
8 use disorder, correct?
9      A.     Well, I call for services and programs
10 to address different groups of individuals.  So,
11 you know, syringe service programs aren't for
12 people that aren't using intravenously and the
13 like.
14      Q.     Okay.  So folks who -- depending on how
15 they -- they're currently using their drug.  But
16 what I'm -- I meant it slightly differently, so
17 let me try to ask my question again.
18             Your abatement plan would provide
19 treatment services to those individuals who never
20 took a prescription opioid but became addicted to
21 illicit opioids, correct?
22      A.     Yes.  And some -- I mean, there's no
23 other way to abate the opioid epidemic.  I've
24 never seen an abatement plan that said we're just
25 going to treat people that are using heroin and