# APPENDIX A

## Dismissing School District Plaintiffs

1. Board of Education of Chicago School District 299, 1:19-op-46042
2. Board of Education of Thornton Township High Schools, District 205, 1:20-op-45281
3. Board of Education of East Aurora, School District 131, 1:20-op-45281
4. Board of Education of Thornton Fractional Township High Schools, District 215, 1:20-op-45281
5. Board of Education of Joliet Township High School, District 204, 1:20-op-45281
6. Board of Education of Cape Elizabeth School Department, 1:20-op-45281
7. Board of Education of Maine Regional School Unit 13, 1:20-op-45281
8. Board of Education of Maine Regional School Unit 26, 1:20-op-45281
9. Board of Education of Maine Regional School Unit 50, 1:20-op-45281
10. Board of Education of Maine Regional School Unit 29, 1:20-op-45281
11. Board of Education of Maine Regional School Unit 71, 1:20-op-45281
12. Board of Education of Maine School Administrative District 11, 1:20-op-45281
13. Board of Education of Maine School Administrative District 35, 1:20-op-45281
14. Board of Education of Maine Regional School Unit 40, 1:20-op-45281
15. Board of Education of Maine Regional School Unit 9, 1:20-op-45281
16. Board of Education of Maine School Administrative District 15, 1:20-op-45281
17. Board of Education of Maine School Administrative District 53, 1:20-op-45281
18. Board of Education of Maine School Administrative District 6, 1:20-op-45281
19. Board of Education of Maine School Administrative District 61, 1:20-op-45281
20. Board of Education of Portland School Department, 1:20-op-45281
21. Board of Education of South Portland School Department, 1:20-op-45281
22. Board of Education of St. George Municipal School District, 1:20-op-45281
23. Board of Education of Bangor School Department
24. Board of Education of Maine Regional School Unit 57, 1:20-op-45281
25. Board of Education of Maine School Administrative District 44, 1:20-op-45281
26. Board of Education of Scarborough School Department, 1:20-op-45281
27. Board of Education of Waterville School Department, 1:20-op-45281
28. Board of Education of Ellsworth School Department, 1:20-op-45281
29. Board of Education of Maine Regional School Unit 25, 1:20-op-45281
30. Board of Education of Maine Regional School Unit 10, 1:20-op-45281
31. Board of Education of Maine Regional School Unit 34, 1:20-op-45281
32. Board of Education of Maine Regional School Unit 60, 1:20-op-45281
33. Board of Education of Maine School Administrative District 28, 1:20-op-45281
34. Board of Education of Maine School Administrative District 55, 1:20-op-45281

35. Board of Education of Maine School Administrative District 72, 1:20-op-45281
36. Board of Education of Lebanon School District, 1:20-op-45281
37. Board of Education of Pittsfield School District, 1:20-op-45281
38. Board of Education of Goshen School District, 1:20-op-45281
39. Board of Education of Kearsarge Regional School Unit – School Administrative Unit 65, 1:20-op-45281
40. Board of Education of Tamworth School District, 1:20-op-45281
41. Mesa County Valley School District 51, 1:21-op-45080

Dated: March 11, 2022

Respectfully submitted,

*/s/ Cyrus Mehri*

Wayne Hogan
hogan@terrellhogan.com
Leslie A. Goller
lgoller@terrellhogan.com
TERRELL HOGAN YEGELWEL, P.A.
233 E. Bay Street, Suite 800
Jacksonville, FL 32202
 904.722.2228

Cyrus Mehri
cmehri@findjustice.com
Joshua Karsh
jkarsh@findjustice.com
Ezra Bronstein
ebronstein@findjustice.com
MEHRI & SKALET, PLLC
2000 K Street, N.W., Suite 325
Washington, D.C. 20006
202.822.5100

Richard Lyle Coffman
rcoffman@coffmanlawfirm.com
THE COFFMAN LAW FIRM
505 Orleans, Suite 505
Beaumont, TX 77701
409.833.7700

Neil Henrichsen
nhenrichsen@hslawyers.com
HENRICHSEN SIEGAL, PLLC
301 W. Bay Street, Suite 1400
Jacksonville, FL 32202
904.381.8183

Ronald E. Johnson
rjohnson@justicestartshere.com
HENDY JOHNSON VAUGHN EMERY
600 W. Main Street, Suite 100
Louisville, Kentucky 40202
502.540.5700

*Attorneys for the Dismissing School District Plaintiffs*