UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL 2804 |
| **THIS DOCUMENT RELATES TO:**  ) | Case No. 1:17-md-2804 |
| ) | Judge Dan Aaron Polster |
| *1:18-op-45677*  ) | |
| ) | **ORDER** |
| *1:19-op-45859*  ) | |
| ) | |
| *1:19-op-45860*  ) | |
| ) | |
| *1:20-op-45136* | |
| *1:20-op-45137* | |

In response to the Sixth Circuit order issued earlier today regarding the mandamus petition filed by the plaintiffs in these five cases, the Court **ORDERS** that in any case where Defendants have not filed a response, they shall file a joint response within **14 days**.  Plaintiffs shall have **14 days** from the date of the filing of the response to file a reply.

In any case where Defendants have previously filed an opposition, Defendants shall review their response and file a supplementary joint brief only if they *now* have a good faith basis to believe the Court has subject-matter jurisdiction to hear the case.  Such supplementary filings shall also be made within **14 days,** and Plaintiffs shall have **14 days** from the date of the filing of the supplemental response to file a reply.  Should Defendants now consent to remand, they shall so state.

2

The Court emphasizes that should any Defendant file either a supplemental or initial brief in opposition to remand that the Court deems frivolous, the Court shall impose significant monetary sanctions on both counsel and that Defendant.

**IT IS SO ORDERED.**

<u>  /s/ Dan Aaron Polster  March 11, 2022  </u>
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**