# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * * * * MDL No. 2804 * * Case No. 1:17-md-2804 * * JUDGE DAN AARON * POLSTER * * * * |

## ORDER DISMISSING CERTAIN SETTLING DEFENDANTS

On this day, the Court considered Dismissing School District Plaintiffs' Notice of Dismissal Concerning the Janssen Defendants and Settling Distributor Defendants, and finds and orders as follows:

1.  The Court finds that the relief sought by Dismissing School District Plaintiffs should be granted.

2.  Therefore, pursuant to each Dismissing School District Plaintiff's election to participate in the Janssen Settlement Agreement, which is dated and was announced on July 21, 2021, is binding on the Dismissing School District Plaintiffs and the Janssen Defendants, and has an Effective Date of April 2, 2022, Dismissing School District Plaintiffs' claims and causes of action as set forth in Appendix A, against Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.

3

(collectively and together with their Released Entities, the "Janssen Defendants"[2]), hereby are released and dismissed, with prejudice, with each party to bear its own costs.

3. Pursuant to each Dismissing Plaintiff's election to participate in the Settling Distributor Defendants Settlement Agreement, which was announced on July 21, 2021, is binding on the Dismissing Plaintiffs and the Settling Distributor Defendants, and has an Effective Date of April 2, 2022, Dismissing Plaintiffs' claims and causes of action as set forth in Appendix A against Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively and together with their Released Entities, the "Settling Distributor Defendants"[3]), hereby are released and dismissed, with prejudice, with each party to bear its own costs.

4. The Court shall retain jurisdiction over these settlements to the extent provided under such agreement.

**IT IS SO ORDERED** this  14th  day of  March , 2022.

/s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge

---

[2] The Released Entities are each entity of any of the Janssen Defendants that is a "Released Entity" set forth in Section I.61 and Exhibit J of the Janssen Settlement Agreement, dated as of July 21, 2021.

[3] The Released Entities include each entity of any of the Settling Distributor Defendants that is a "Released Entity" set forth in Section I.HHH and Exhibit J of the Settling Distributor Defendants Settlement Agreement, dated as of December 23, 2021.