UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Exhibit* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND ORDER  DISMISSING
WITH PREJUDICE CLAIMS
<u>PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Released Entities, the "Janssen Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Janssen Settlement Agreement, which is dated and was announced on July 21, 2021, which is binding on the Dismissing Plaintiffs and the Janssen Defendants, and which has an Effective Date of April 2, 2022 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Janssen Defendant, including any entity identified on the attached Appendix

---

[1] The Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section I.61 and Exhibit J of the Janssen Settlement Agreement, dated as of March 11, 2022, a copy of which is attached as Appendix B.  Appendix C, also attached hereto, represents a good faith effort by the Janssen Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints.  Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Janssen Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

C, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Janssen Settlement Agreement to the extent provided under that Agreement.

March 11, 2022               Respectfully submitted,

Agreed as to form and substance:

/s/Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

/s/Joseph F. Rice
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

/s/Paul T. Farrell, Jr.
Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

/s/Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

  /s/Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

SO ORDERED this 14 day of March, 2022.

  /s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge