# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 <br> CASE NO.: 1:17-MD-2804 <br><br> HON. DAN A. POLSTER |
| This document relates to: <br><br> *MSPA Claims 1, LLC, et al. v. Purdue Pharma, L.P., et al.* <br> Case No.: 1:18-op-45057-DAP <br><br> *MSP Recovery Claims, Series LLC, et al. v Purdue Pharma, L.P., et al.* <br> Case No.: 1:18-op-45091-DAP <br><br> *MSPA Claims 1, LLC, et al. v. ANDA, Inc., et al.* <br> Case No.: 1:18-op-45526-DAP |  |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Janpaul Portal, Esq., of MSP Recovery Law Firm, pursuant to the applicable Federal Rules of Civil Procedures, hereby files this Notice of Appearance as counsel on behalf of Plaintiffs, MSPA Claims 1, LLC; MAO-MSO Recovery II, LLC; and MSP Recovery Claims, Series LLC; in the above-captioned matter.

It is respectfully requested that service of all further pleadings, notices, filings, papers, etc., shall be served on the undersigned counsel.

DATED this 16th day of March 2022.

                                               Respectfully submitted,

                                               Attorney for Plaintiffs, MSPA Claims 1, LLC, et al.

                                               By: */s/ Janpaul Portal* <br>
                                               Janpaul Portal, Esq. <br>
                                               Florida Bar No.: 567264 <br>
                                               MSP RECOVERY LAW FIRM <br>
                                               2701 S. LeJeune Rd., 10th Floor <br>
                                               Miami, FL 33134 <br>
                                               Telephone: (305) 614-2222 <br>
                                               Email: jportal@msprecoverylawfirm.com <br>
                                                                 serve@msprecoverylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16th, 2022, I electronically file the foregoing document with the Clerk of the United States District Court, Northern District of Ohio. The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Janpaul Portal
Janpaul Portal, Esq.