**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | * |
| | * |
| | * |
| | * |
| | * |
| | *  **MDL No. 2804** |
| | * |
| | *  **Case No. 1:17-md-2804** |
| | * |
| | *  **JUDGE DAN AARON** |
| | *  **POLSTER** |
| | * |
| | * |
| | * |
| | * |

**SUPPLEMEMNT TO NOTICE OF DISMISSAL [4301] CORRECTING APPENDIX C**

The Dismissing School District Plaintiffs (collectively, the "Dismissing Plaintiffs"), by and through their counsel, file the Attached Appendix C to correct the version which was previously filed with Dismissing Plaintiff's Notice of Dismissal and [Proposed] Order Dismissing with Prejudice Claims Pursuant to National Settlement Agreements [ECF 4301]. The attached Appendix C correctly names the Released Entities for the "Settling Distributor Defendants"[1] and supplements the previously filed version.

---

[1] The Released Entities are each and every entity of any of the Settling Distributor Defendants that is a "Released Entity" as set forth in Section I.HHH and Exhibit J of the Distributor Settlement Agreement, dated as of December 23, 2021, a copy of which is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Settling Distributor Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints.  Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Settling Distributor Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

Dated: March 17, 2022

Respectfully submitted,

*/s/ Cyrus Mehri*

Wayne Hogan
hogan@terrellhogan.com
Leslie A. Goller
lgoller@terrellhogan.com
TERRELL HOGAN YEGELWEL, P.A.
233 E. Bay Street, Suite 800
Jacksonville, FL 32202
904.722.2228

Cyrus Mehri
cmehri@findjustice.com
Joshua Karsh
jkarsh@findjustice.com
Ezra Bronstein
ebronstein@findjustice.com
MEHRI & SKALET, PLLC
2000 K Street, N.W., Suite 325
Washington, D.C. 20006
202.822.5100

Neil Henrichsen
nhenrichsen@hslawyers.com
HENRICHSEN SIEGAL, PLLC
301 W. Bay Street, Suite 1400
Jacksonville, FL 32202
904.381.8183

Richard Lyle Coffman
rcoffman@coffmanlawfirm.com
THE COFFMAN LAW FIRM
505 Orleans, Suite 505
Beaumont, TX 77701
409.833.7700

Ronald E. Johnson
rjohnson@justicestartshere.com
HENDY JOHNSON VAUGHN EMERY
600 W. Main Street, Suite 100
Louisville, Kentucky 40202
502.540.5700

*Attorneys for the Dismissing School District Plaintiffs*