# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>Case No. 1:20-op-45065-DAP<br><br>THE COUNTY OF FAYETTE, OHIO et al.,<br><br>Plaintiff,<br><br>vs.<br><br>PURDUE PHARMA L.P. et al.,<br><br>Defendants. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO REMAND**

COMES now Fayette County, Ohio and the State of Ohio ex. rel. Prosecuting Attorney of Fayette County, Jess Weade (collectively, the "County") by Counsel, and respectfully submits this Notice of Withdrawal of Motion to Remand. The County's motion has been pending as Dkt. 18 in the above-captioned case and is hereby withdrawn.

Dated: March 17, 2022

Respectfully Submitted,

*/s/ Linda Singer*
Linda Singer
Motley Rice LLC
401 9th Street NW
Suite 630

1

Washington, DC 20004
(202) 386-9626
lsinger@motleyrice.com

Lisa Saltzburg
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
(843) 216-9000
lsaltzburg@motleyrice.com

Jess Weade,
Fayette County Prosecuting Attorney
110 E. Court Street
Washington Court house, Ohio 43160

Donald W. Davis, Jr. (Ohio Sup Ct. Reg. # 0030559)
Stephen Colecchi (Ohio Sup Ct. Reg. # 00006838)
Adam D. Fuller (Ohio Sup Ct. Reg. # 0076431)
Elizabeth Shively Boatwright (Ohio Sup Ct. Reg. # 0081264)
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, OH 44308
Tel:  330-253-5060
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

William T. Junk (Ohio Sup Ct. Reg. # 0001227)
Junk & Junk
213 N. Main St.
Washington Court House, OH 43160-1331
Tel: (740) 335-3231
junkandjunk@att.net

*Counsel for Plaintiffs the County of Fayette, Ohio and the State of Ohio ex. rel. Prosecuting Attorney of Fayette County, Jess Weade*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of the Court and served on counsel of record using the CM/ECF system.

                         By: */s/ Lisa Saltzburg*
                          Lisa Saltzburg