UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Track Three Cases* | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

**TRACK 3 PLAINTIFFS LAKE AND TRUMBULL COUNTIES' MOTION TO COMPEL THE TRACK 3 DEFENDANTS TO COMPLY WITH THE COURT'S ORDER REGARDING THE PLAINTIFFS' ABATEMENT PLAN**

Plaintiffs Lake and Trumbull Counties move the court for an order requiring the Track 3 Defendants to comply with the court's directives issued at the January 3, 2022 status conference. At that time, the Court discussed with the parties how it intended to proceed with the Phase 2 trial. The court asked that the plaintiffs produce their abatement proposal and include therein the costs associated with each element of the plaintiffs' proposal. Plaintiffs complied. The court further ordered that the defendants produce their own abatement plan and to explain why the defendants disagreed with each specific element of plaintiffs' proposal, if a disagreement existed. The defendants' submission (Doc# 4315) does not comply with the court's directive. It merely reiterates portions of their "legal brief" Doc #4299) and broadly argues that the plaintiffs' plan is too broad. It does not set forth an alternative abatement plan.

Plaintiffs request that the court compel that the defendants comply with the court's directive. In the alternative, Plaintiffs seek an order prohibiting the defendants from presenting any evidence contradicting plaintiffs or from arguing that Plaintiffs' plan should not be adopted by the court.

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*

*/s/Peter H. Weinberger*
 Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

2

        Frank L. Gallucci
        PLEVIN & GALLUCCI CO., L.P.A.
        55 Public Square, Suite 222
        Cleveland, OH 44113 (216) 861-0804
        (216) 861-5322 (Fax)
        FGallucci@pglawyer.com

        Hunter J. Shkolnik
        Salvatore C. Badala
        NAPOLI SHKOLNIK
        270 Munoz Rivera Avenue, Suite 201
        Hato Rey, Puerto Rico 00918
        (347) 379-1688
        hunter@napolilaw.com
        sbadala@napolilaw.com

        *Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

        */s/Peter H. Weinberger*
        Peter H. Weinberger