UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804-DAP |
| | (Judge Dan Aaron Polster) |
| This Document Relates to: | |
| All Cases | |

**DEFENDANT ALLERGAN FINANCE LLC'S**
**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.9 for the Northern District of Ohio, Defendant Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. ("Allergan"), by and through counsel, hereby moves this Court for an Order granting the withdrawal of John R. Mitchell as counsel.  Mr. Mitchell was previously an attorney with Thompson Hine LLP and represented Defendant Allergan along with listed co-counsel. Mr. Mitchell has since left Thompson Hine LLP, and therefore should be removed from electronic service as well as the official court record as counsel for Defendant Allergan.  Defendant Allergan will continue to be represented by the remaining Thompson Hine LLP counsel listed on record.  This withdrawal will not adversely affect Allergan's case or its interests. A proposed Order Granting Motion for Withdrawal of Counsel is attached.

1

72991515v1

Respectfully submitted,

/s/ John R. Mitchell
John R. Mitchell (0066759)
   Trial Attorney
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio  44114-2302
Tel: (216) 706-3909
Fax: (216) 241-3707
jmitchell@taftlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by electronic means, via the Court's CM/ECF, on March 21, 2022, upon all counsel of record and registered parties.

/s/ John R. Mitchell
John R. Mitchell (0066759)

72991515v1