UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> This Document Relates to: <br><br> All Cases | : Case No. 1:17-MD-2804-DAP <br> : <br> : (Judge Dan Aaron Polster) <br> : <br> : <br> : <br> : <br> : <br> : |

**<u>ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL</u>**

Upon the Motion of Defendant Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., for John R. Mitchell to withdraw as counsel, and for good cause shown, the Motion to Withdraw as Counsel is GRANTED.

IT IS ORDERED that John R. Mitchell of Taft Stettinius & Hollister LLP, is hereby withdrawn as counsel for Defendant Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., in the above-captioned matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Clerk: Copies to all parties and counsel of record.

72991515v1