# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION, | MDL No. 2804 |
| Plaintiff, | Case No. 17-md-2804 |
| v. | Judge Dan Aaron Polster |
| PURDUE PHARMA, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now Plaintiffs Butler County, Missouri; Camden County, Missouri; Cape Girardeau County, Missouri; Christian County, Missouri; Crawford County, Missouri; Dent County, Missouri; Greene County, Missouri; Iron County, Missouri; Jasper County, Missouri; Lincoln County, Missouri; Madison County, Missouri; Perry County, Missouri; Ste. Genevieve County, Missouri; St. Francois County, Missouri; Stone County, Missouri; Taney County, Missouri; Texas County, Missouri; Washington County, Missouri; City of Independence, Missouri; City of Joplin, Missouri; by and through their undersigned attorneys of record, and hereby dismisses their claims and causes of action against Defendants Mylan Pharmaceuticals Inc. and Mylan N.V. only, with prejudice, and with each party to bear their own costs.

Respectfully Submitted,

**CAREY DANIS & LOWE**

By:   <u>/s/ John F. Garvey</u>
John F. Garvey, #35879
Sarah Shoemake Doles, #45747
James J. Rosemergy, #50166
Alyson M. Petrick, #68323
Attorneys for Plaintiffs
8235 Forsyth Blvd, Ste. 1100
St. Louis, MO 63105
(314) 725-7700
(314) 721-0905 – Facsimile
jgarvey@careydanis.com
sdoles@careydanis.com
jrosemergy@careydanis.com
apetrick@careydanis.com

**THE LANIER LAW FIRM**
W. Mark Lanier
Dara Hegar
Rebecca Phillips
Kathryn Rachel Lanier
10940 W. Sam Houston Parkway N
Suite 100
Houston, TX 77064
(713) 659-5200
WML@LanierLawFirm.com
Dara.Hegar@LanierLawFirm.com
Rebecca.Phillips@LanierLawFirm.com
Rachel.Lanier@LanierLawFirm.com

**THE CICALA LAW FIRM, PLLC**
Joanne Cicala
Josh Wackerly
101 College Street
Drippings Springs, TX 78620
(512) 275-6550
joanne@cicalapplc.com
josh@cicalapplc.com

**THURMAN, HOWALD, WEBER, SENKEL & NORRICK, LLC**
Derrick Good, #50300
P.O. Box 800 – 301 Main Street
Hillsboro, MO 63050
(636) 797-2601
(636) 797-2904 - Facsimile
good@thurmanlaw.com

**Holland Law Firm**
Eric D. Holland
Anne Callis
300 N. Tucker, Ste. 801
St. Louis, MO  63101
(877) 255-3352
eholland@hollandtriallawyers.com
acallis@hollandtriallawyers.com

**HOLLORAN SCHWARTZ & GAERTNER**
James P. Holloran  #20662
Thomas E. Schwartz #44504
9200 Litzsinger Road
St. Louis, MO 63144
(314) 772-8989
(314) 279-1333 –  Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 24, 2022, I electronically filed the foregoing with the Clerk of the Court by using the e-filing system which will send notification of such filing to all attorneys of record.

/s/ *John F. Garvey*

3