# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE PRESCRIPTION OPIATE LITIGATION, | MDL No. 2804 |
| Plaintiff, | Case No. 17-md-2804 |
| v. | Judge Dan Aaron Polster |
| PURDUE PHARMA, et al., | |
| Defendants. | |

## ORDER

Comes now the Court and having reviewed Plaintiffs' Butler County, Missouri; Camden County, Missouri; Cape Girardeau County, Missouri; Christian County, Missouri; Crawford County, Missouri; Dent County, Missouri; Greene County, Missouri; Iron County, Missouri; Jasper County, Missouri; Lincoln County, Missouri; Madison County, Missouri; Perry County, Missouri; Ste. Genevieve County, Missouri; St. Francois County, Missouri; Stone County, Missouri; Taney County, Missouri; Texas County, Missouri; Washington County, Missouri; City of Independence, Missouri; City of Joplin, Missouri, Voluntary Dismissal With Prejudice, hereby Orders the cases dismissed with prejudice against Defendants Mylan Pharmaceuticals Inc. and Mylan N.V. only, with prejudice, and with each party to bear their own costs.

_____   _____
Judge Dan Aaron Polster                                  Dated