UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: *Rockwall County v. CVS Health Corporation, et al.* Case No. Case No. 1:19-op-45859-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### DISTRIBUTOR DEFENDANTS' NOTICE OF SETTLEMENT AND PENDING DISMISSAL

Defendants AmerisourceBergen Drug Corporation, Cardinal Health 110 LLC, Cardinal Health 200 LLC, Cardinal Health 414 LLC, Cardinal Health, Inc., McKesson Corporation, and McKesson Medical-Surgical Inc. (collectively, "Distributor Defendants") write to respond to the Court's March 11, 2022 Order regarding Plaintiff Rockwall County ("Plaintiff")'s motion to remand in the above-captioned case.

Plaintiff has signed a Participation Agreement under the Distributor's Texas Settlement Agreement, and is thus a Participating Subdivision within the meaning of that settlement. The Distributors' Texas Settlement Agreement, which establishes a later timeline for certain implementation steps than the national Distributors' Settlement Agreement, requires the State of Texas to file a Consent Judgment no later than April 9, 2022, and Participating Subdivisions to dismiss all claims against Distributor Defendants with prejudice within 14 calendar days of entry of the Texas Consent Judgment. As Rockwall County is accordingly required to dismiss its claims against Distributor Defendants in the near future, Distributor Defendants take no position on the issues presented in Plaintiff's pending motion to remand in the above-captioned complaint. Distributor Defendants do not waive, and expressly reserve, the right to oppose the

remand of any other cases in this MDL to which they are a party that are not within the scope of the Distributors' Texas Settlement, the national Distributors' Settlement, or any other settlement.

March 25, 2022 /s/ Mark H. Lynch
Mark H. Lynch
Geoffrey E. Hobart
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: mlynch@cov.com
Email: ghobart@cov.com
Telephone: 202-662-6000

*Counsel for McKesson Corporation and McKesson Medical-Surgical Inc.*


/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*


/s/ Michael W. Mengis
Michael W. Mengis
mmengis@bakerlaw.com
State Bar No. 13941040
Matt R. Raley
mraley@bakerlaw.com
State Bar No. 24051224
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: 713.751.1600
Fax: 713.751.1717

Enu Mainigi

3

        emainigi@wc.com
        F. Lane Heard
        lheard@wc.com
        Steven M. Pyser
        spyser@wc .com
        Ashley W. Hardin
        ahardin@wc.com
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, DC 20005
        Phone: 202.434.5000
        Fax:    202.434.5029

        *Counsel for Defendants Cardinal Health, Inc., Cardinal Health 110 LLC, Cardinal Health 200 LLC, and Cardinal Health 414 LLC*