UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| *This document relates to:* | JUDGE DAN AARON POLSTER |
| *All Cases Noted on Attached Exhibit* | |

**SECOND MASTER STIPULATION AND [PROPOSED] ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing

Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-

Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica,

Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Released Entities, the

"Janssen Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in

the Janssen Settlement Agreement, which was announced on July 21, 2021 and is now dated March

11, 2022, which is binding on the Dismissing Plaintiffs and the Janssen Defendants, and which has

an Effective Date of April 2, 2022 (a copy of which is attached as Appendix B), all claims of each

Dismissing Plaintiff against any Janssen Defendant, including any entity identified on the attached

---

[1] The Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section I.61 and Exhibit J of the Janssen Settlement Agreement, dated as of March 11, 2022, a copy of which is attached as Appendix B.  Appendix C, also attached hereto, represents a good faith effort by the Janssen Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints.  Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Janssen Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

Appendix C, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear

its own costs.  The Court shall retain jurisdiction with respect to the Janssen Settlement Agreement

to the extent provided under that Agreement.

March 25, 2022                                    Respectfully submitted,

Agreed as to form and substance:

                                    */s/Jayne Conroy*
                                    Jayne Conroy
                                    SIMMONS HANLY CONROY
                                    112 Madison Avenue, 7th Floor
                                    New York, NY 10016
                                    (212) 784-6400
                                    (212) 213-5949 (fax)
                                    jconroy@simmonsfirm.com

                                    */s/Joseph F. Rice*
                                    Joseph F. Rice
                                    MOTLEY RICE LLC
                                    28 Bridgeside Blvd.
                                    Mt. Pleasant, SC 29464
                                    (843) 216-9000
                                    (843) 216-9290 (Fax)
                                    jrice@motleyrice.com

                                    */s/Paul T. Farrell, Jr.*
                                    Paul T. Farrell, Jr., Esq.
                                    FARRELL & FULLER LLC
                                    1311 Ponce de Leone Ave., Suite 202
                                    San Juan, PR  00907
                                    (304)654-8281
                                    paul@farrellfuller.com

                                    *Plaintiffs' Co-Lead Counsel*


                                    */s/Peter H. Weinberger*
                                    Peter H. Weinberger (0022076)
                                    SPANGENBERG SHIBLEY &LIBER
                                    1001 Lakeside Avenue East, Suite 1700
                                    Cleveland, OH 44114
                                    (216) 696-3232
                                    (216) 696-3924 (Fax)
                                    pweinberger@spanglaw.com

                                    *Plaintiffs' Liaison Counsel*

*/s/Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen*
*Pharmaceuticals, Inc., Johnson &*
*Johnson, Janssen Pharmaceutica, Inc.*
*n/k/a Janssen Pharmaceuticals, Inc., and*
*Ortho-McNeil-Janssen Pharmaceuticals,*
*Inc. n/k/a Janssen Pharmaceuticals, Inc.*

SO ORDERED this __ day of March, 2022.

_____
Hon. Dan Aaron Polster
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger