# APPENDIX A

| Subdivision Name | State | Signed With Permission | Name of at least one law firm of record | Jurisdiction | Docket Number(s) |
|---|---|---|---|---|---|
| Natchitoches Parish | LA | /s/Laborde Earles Law Firm | Laborde Earles Law Firm | NDOH | 1:20-op-45270-DAP |
| St Martin Parish | LA | /s/Irpino, Avin & Hawkins | Irpino, Avin & Hawkins | NDOH | 1:18-op-45720-DAP |
| Palmetto city | FL | /s/Robertson Law Firm | Robertson Law Firm | NDOH | 1:18-op-46055-DAP |
| Hawaii County | HI | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:20-op-45014-DAP |
| Warren Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45281-DAP |
| Warwick city | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45460-DAP |
| East Greenwich Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45515-DAP |

| West Warwick Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45484-DAP |
|---|---|---|---|---|---|
| Newport city | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45479-DAP |
| Cranston city | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45472-DAP |
| Woonsocket city | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45328-DAP |
| East Providence City | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45464-DAP |
| Burrillville Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45470-DAP |

| | | | | |
|---|---|---|---|---|
| Cumberland Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45465-DAP |
| Glocester Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45474-DAP |
| Charlestown Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45467-DAP |
| North Providence Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45461-DAP |
| Westerly Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45485-DAP |
| Sheriff of St. Mary Parish | LA | /s/Irpino, Avin & Hawkins | Irpino, Avin & Hawkins | NDOH | 1:18-op-46229-DAP |
| Detroit Wayne, Mental Health Authority | MI | /s/Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:18-op-46332-DAP |
| Coroner's Office of St. Bernard Parish | LA | /s/Porteous, Hainkel and Johnson, LLP | Porteous, Hainkel and Johnson, LLP | NDOH | 1:20-op-45077-DAP |

| | | | | |
|---|---|---|---|---|
| District Attorney of Winn Parish | LA | /s/Neblett, Beard & Arsenault | Neblett, Beard & Arsenault | NDOH | 1:19-op-45296-DAP |
| Donaldsonville City | LA | /s/Leger & Shaw | Leger & Shaw | NDOH | 1:19-op-45028-DAP |
| De Soto Parish | LA | /s/Porteous, Hainkel and Johnson, LLP | Porteous, Hainkel and Johnson, LLP | NDOH | 1:19-op-45090-DAP |
| Kenner city | LA | /s/Irpino, Avin & Hawkins | Irpino, Avin & Hawkins | NDOH | 1:19-op-45093-DAP |
| Covington city | LA | /s/Porteous, Hainkel and Johnson, LLP | Porteous, Hainkel and Johnson, LLP | NDOH | 1:18-op-45661-DAP |
| Niceville City | FL | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:21-op-45081-DAP |
| Sanford City | FL | /s/Romano Law Group | Romano Law Group | NDOH | 1:19-op-45599-DAP |
| Forsyth County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45420-DAP |
| Henry County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46310-DAP |
| Kauai County | HI | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45862-DAP |
| Coventry Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45471-DAP |
| Portsmouth Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45554-DAP |

| | | | | |
|---|---|---|---|---|
| SmithfieldTown | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45481-DAP |
| South Kingstown Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45482-DAP |
| Williamson County | IL | /s/Prince Law Firm | Prince Law Firm | NDOH | 1:19-op-45657-DAP |
| Iberia Parish School Board | LA | /s/Irpino, Avin & Hawkins | Irpino, Avin & Hawkins | NDOH | 1:18-op-46245-DAP |
| Grayson city | KY | /s/Whaley Law Firm | Whaley Law Firm | NDOH | 1:19-op-45085-DAP |
| Minnesota Prairie County Alliance | MN | /s/Lockridge Grindal Nauen, P.L.L.P. | Lockridge Grindal Nauen, P.L.L.P. | NDOH | 1:19-op-45800-DAP |
| Winchester city | KY | /s/Whaley Law Firm | Whaley Law Firm | NDOH | 1:18-op-46348-DAP |
| Cumberland County | KY | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:17-op-45012-DAP |
| Bossier Parish | LA | /s/Irpino, Avin & Hawkins | Irpino, Avin & Hawkins | NDOH | 1:18-op-45087-DAP |
| Webster Parish | LA | /s/Irpino, Avin & Hawkins | Irpino, Avin & Hawkins | NDOH | 1:18-op-45980-DAP |
| Clayton County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46298-DAP |
| Bristol Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45468-DAP |

| West Greenwich Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45483-DAP |
|---|---|---|---|---|---|
| Jamestown Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45476-DAP |
| Pawtucket city | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45463-DAP |
| Foster Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45473-DAP |
| Richmond Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45480-DAP |
| North Kingstown Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45477-DAP |

| | | | | |
|---|---|---|---|---|
| Hopkinton Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45475-DAP |
| Millington city | TN | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45474-DAP |
| Clay County | KY | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:17-op-45031-DAP |
| Coroner's Office of St. Tammany Parish | LA | /s/Lillis Law Firm | Lillis Law Firm | NDOH | 1:18-op-45492-DAP |
| Sarasota city | FL | /s/Robertson Law Firm | Robertson Law Firm | NDOH | 1:18-op-45513-DAP |
| Washington County | FL | /s/DeGaris & Rogers, LLC | DeGaris & Rogers, LLC | NDOH | 1:18-op-45523-DAP |
| Rockdale County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46296-DAP |
| Barrington Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45469-DAP |
| Middletown Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45818-DAP |
| Central Falls city | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45466-DAP |

| Scituate Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45282-DAP |
|---|---|---|---|---|---|
| Johnston Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45462-DAP |
| Narragansett Town | RI | /s/Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45478-DAP |
| DeKalb County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45503-DAP |
| Atlanta city | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46308-DAP |
| Fulton County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45374-DAP |
| Eddy County | NM | /s/Crueger Dickinson | Crueger Dickinson | NDOH | 1:22-op-45015-DAP |