IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 17-md-2804 ) |
| **THIS DOCUMENT RELATED TO**: | ) ) Judge Dan Aaron Polster ) |
| *City of Albuquerque v. Teva Pharmaceuticals USA, Inc., et al.* Case No. *1:20-op-45136* | ) ) **NOTICE REGARDING REMAND** ) **BRIEFING** ) |
| *City of Santa Fe v. Purdue Pharma L.P., et al.* Case No. *1:20-op-45137* | ) ) ) ) ) ) |

In response to this Court's March 11, 2022 Order (Doc. No. 4303), Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. advise the Court that they do not intend to submit any further briefing in support of their previous filings regarding remand in the above-referenced cases.

Date:   March 25, 2022

Respectfully submitted,

/s/ Ruth E. Hartman
Carole S. Rendon (0070345)
Ruth E. Hartman (0078860)
BAKER HOSTETLER
Key Tower
127 Public Square | Suite 2000
Cleveland, OH 44114-1214

4854-1755-2665.1

Phone:  (216) 861-7420
crendon@bakerlaw.com
rhartman@bakerlaw.com

John H. Beisner
Jessica D. Miller
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 371-7000
Fax: (202) 661-8301

Thomas E. Fox
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

4891-3541-1481.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 25, 2022 a true and correct copy of the foregoing *Notice Regarding Remand* was served electronically on all counsel of record via the Court's ECF filing system.

      /s/ *Ruth Hartman*
      Ruth E. Hartman

4891-3541-1481.1