UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Exhibit* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**NOTICE OF FILING CORRECTED APPENDICES A & C TO MASTER
STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE
CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS [ECF No. 4304]**

Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs")
by and through their counsel, file the attached corrected Appendices A and C to correct the version
which was previously filed with the Master Stipulation and [Proposed] Order Dismissing with
Prejudice Claims Pursuant to National Settlement Agreements [ECF No. 4304].  The attached
Corrected Appendix A corrects certain law firm names, Corrected Appendix C adds Masters Drug
Company, Inc. as an additional Released Entity as defined in the Master Stipulation, and
supplements the previously filed version.

Dated March 25, 2022                    Respectfully submitted,

                                        */s/Jayne Conroy*
                                        Jayne Conroy
                                        SIMMONS HANLY CONROY
                                        112 Madison Avenue, 7th Floor
                                        New York, NY 10016
                                        (212) 784-6400
                                        (212) 213-5949 (fax)
                                        jconroy@simmonsfirm.com

*/s/Joseph F. Rice*
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

*/s/Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

*/s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger