# APPENDIX A

| Subdivision Name | State | Signed With Permission | Name of at least one law firm of record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Williamson County | IL | /s/Prince Law Firm | Prince Law Firm | NDOH | 1:19-op-45657-DAP |
| Eddy County | NM | /s/Crueger Dickinson | Crueger Dickinson | NDOH | 1:22-op-45015-DAP |
| Palmetto City | FL | /s/Robertson Law Firm | Robertson Law Firm | NDOH | 1:18-op-46055-DAP |
| Sarasota City | FL | /s/Abbot Law Group, P.A. | Robertson Law Firm | NDOH | 1:18-op-45513-DAP |
| Millington City | TN | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45474-DAP |
| Rockdale County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46296-DAP |
| St. Mary Parish School Board | LA | /s/Irpino Avin & Hawkins | Irpino Avin & Hawkins | NDOH | 1:18-op-46232-DAP |
| Coroner's Office of St. Tammany Parish | LA | /s/Lillis Law Firm | Lillis Law Firm | NDOH | 1:18-op-45492-DAP |
| Bossier Parish | LA | /s/Irpino Avin & Hawkins | Irpino Avin & Hawkins | NDOH | 1:18-op-45087-DAP |
| St . Martin Parish | LA | /s/Irpino Avin & Hawkins | Irpino Avin & Hawkins | NDOH | 1:18-op-45720-DAP |
| Webster Parish | LA | /s/Irpino Avin & Hawkins | Irpino Avin & Hawkins | NDOH | 1:18-op-45980-DAP |

| | | | | | |
|---|---|---|---|---|---|
| Forsyth County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45420-DAP |
| Santa Fe County | NM | s/Crueger Dickinson | Crueger Dickinson | NDOH | 1:18-op-45776-DAP |
| Sheriff of St. Mary Parish | LA | /s/Irpino Avin & Hawkins | Irpino Avin & Hawkins | NDOH | 1:18-op-46229-DAP |
| Washington County | FL | /s/DeGaris & Rogers, LLC | DeGaris & Rogers, LLC | NDOH | 1:18-op-45523-DAP |
| Clayton County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46298-DAP |
| Winchester City | KY | /s/Whaley Law Firm | Whaley Law Firm | NDOH | 1:18-op-46348-DAP |
| Dawsonville City | GA | /s/Brinson, Askew, Berry | Brinson, Askew, Berry | NDOH | 1:18-op-45282-DAP |
| Henry County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46310-DAP |
| San Miguel County | NM | /s/Law Offices of Felicia C. Weingartner, P.C. | Law Offices of Felicia C. Weingartner, P.C. | NDOH | 1:19-op-45354-DAP |
| Memphis City | TN | /s/Johnson and Johnson, PLLC | Johnson and Johnson, PLLC | NDOH | 1:19-op-45220-DAP |
| Kauai County | HI | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45862-DAP |
| Grant County | KS | /s/Skikos, Crawford, Skikos & Joseph | Skikos, Crawford, Skikos & Joseph | NDOH | 1:19-op-45394-DAP |

| | | | | | |
|---|---|---|---|---|---|
| Kenner City | LA | /s/Irpino Avin & Hawkins | Irpino Avin & Hawkins | NDOH | 1:19-op-45093-DAP |
| Natchitoches Parish | LA | /s/Laborde Earles Law Firm | Laborde Earles Law Firm | NDOH | 1:20-op-45270-DAP |
| Fulton County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45374-DAP |
| Marietta City | OH | /s/Fields, Dehmlow & Vessels, LLC | Fields, Dehmlow & Vessels, LLC | NDOH | 1:19-op-45230-DAP |
| Atlanta City | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46308-DAP |
| DeKalb County | GA | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45503-DAP |