UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) Case No. 1:17-md-2804 |
| *County of Burleson* v. *Walmart Inc., et al.,* Case No. 1:20-op-45054 | ) ) ) Judge Dan Aaron Polster ) ) **REMAND ORDER** |
| *County of Duval* v. *CVS Health Corporation, et al.*, Case No. 1:19-op-45861 | ) ) ) ) ) |
| *County of Jim Hogg* v. *CVS Health Corporation, et al.,* Case No. 1:19-op-46160 | ) ) ) ) |
| *County of Jim Wells* v. *CVS Pharmacy, Inc., et al.,* Case No. 1:19-op-45884 | ) ) ) ) |
| *County of Kleberg* v. *CVS Health Corporation, et al.,* Case No. 1:19-op-46159 | ) ) ) ) |
| *County of Williamson v. Walgreens Boots Alliance, et al.,* Case No. 1:19-op-46161 | ) ) ) |
| *Dallas County Hospital District* v. *Amneal Pharmaceuticals, Inc., et al.,* Case No. 1:20-op-45142 | ) ) ) ) |
| *Ellis County* v. *Walgreens Boots Alliance, Inc., et al.,* Case No. 1:19-op-45860 | ) ) ) |
| *Harris County Hospital District* v. *McKesson Corporation et al.,* Case No. 1:21-op-45096 | ) ) ) ) |
| *Rockwall County* v. *CVS Health Corporation, et al.*, Case No. 1:19-op-45859 | ) ) ) ) |

Pending in this case is a motion to remand.  On March 25, 2022, the removing Pharmacy Defendants consented to remand of this case for the purpose of facilitating the Defendants' ability to select bellwether cases in the Texas MDL.  Accordingly, this case is remanded to the state court in Texas from which it was removed

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster  March 26, 2022*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**