# EXHIBIT A

**Marvin, Cynthia**

| | |
|---|---|
| **From:** | Hunter, Tucker <tucker.hunter@kirkland.com> |
| **Sent:** | Tuesday, March 8, 2022 10:55 AM |
| **To:** | Aguiniga, Sara |
| **Cc:** | Ciullo, Zac; andres@awllaw.com |
| **Subject:** | Puerto Rico - Motion to Remand |

CAUTION:EXTERNAL

Hi Sara,

We wanted to discuss the motion to remand filed in the Puerto Rico case.  Our understanding is that Puerto Rico's action against the Janssen defendants has been stayed.  We would like to discuss the possibility of entering into a similar stay in exchange for Defendant's agreement not to contest remand.  The deadline to file an opposition to the motion to remand is today, so we'd appreciate hearing back from you as soon as possible.

Thanks,
Tucker

**Tucker Hunter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3758  **M** +1 312 825 2773
**F** +1 312 862 2200

tucker.hunter@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.