# EXHIBIT B

# Marvin, Cynthia

| | |
|---|---|
| **From:** | Aguiniga, Sara |
| **Sent:** | Tuesday, March 8, 2022 11:01 AM |
| **To:** | Hunter, Tucker |
| **Cc:** | Ciullo, Zac; andres@awllaw.com |
| **Subject:** | RE: Puerto Rico - Motion to Remand |

Hi Tucker,
Thanks for your email- The stay that the Puerto Rico Department of Justice has with Janssen is pursuant to the global settlement negotiations with Janssen and the big three distributors. Therefore, it is unique to those defendants. Puerto Rico cannot agree to a stay against the Teva Defendants at this time. I am happy to discuss further if you would like.
Thanks,
Sara

**Sara Aguiniga** | Associate | Motley Rice LLC
401 9th St. NW, Suite 630 | Washington, DC 20004
o. 202.386.9628  | f. 202.386.9622 | saguiniga@motleyrice.com

*Please note that our Suite number has changed. We are now located on the 6th floor of the same building.*

---

**From:** Hunter, Tucker <tucker.hunter@kirkland.com>
**Sent:** Tuesday, March 8, 2022 10:55 AM
**To:** Aguiniga, Sara <saguiniga@motleyrice.com>
**Cc:** Ciullo, Zac <zac.ciullo@kirkland.com>; andres@awllaw.com
**Subject:** Puerto Rico - Motion to Remand

CAUTION:EXTERNAL

Hi Sara,

We wanted to discuss the motion to remand filed in the Puerto Rico case. Our understanding is that Puerto Rico's action against the Janssen defendants has been stayed. We would like to discuss the possibility of entering into a similar stay in exchange for Defendant's agreement not to contest remand. The deadline to file an opposition to the motion to remand is today, so we'd appreciate hearing back from you as soon as possible.

Thanks,
Tucker

**Tucker Hunter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3758  M +1 312 825 2773
F +1 312 862 2200

tucker.hunter@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of

this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.