# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd., et al.*, Case No. 1:22-op-45007 | )<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 2804<br>)<br>)<br>) Hon. Dan A. Polster<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CONSENT TO REMAND

1. While continuing to maintain that there is a basis for federal jurisdiction in this case, Defendants hereby consent to remand of *The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd., et al.*, Case No. 1:22-op-45007 (D.P.R.), to the Superior Court of Puerto Rico, Court of First Instance, San Juan Part.

2. A proposed order remanding this case is attached.

RESPECTFULLY SUBMITTED,

Dated: March 8, 2022

   s/ *Brian M. Ercole*
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5603
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP

600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Phone: 305.415.3000
Fax: 305.415.3001
brian.ercole@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219
Telephone: +1.412.560.3300
Facsimile: +1.412.560.7001
wendy.feinstein@morganlewis.com

*Counsel for TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., WATSON LABORATORIES, INC., ACTAVIS PHARMA, INC. F/K/A/ WATSON PHARMA, INC., ACTAVIS SOUTH ATLANTIC LLC, ACTAVIS ELIZABETH LLC, ACTAVIS MID ATLANTIC LLC, ACTAVIS TOTOWA LLC, ACTAVIS LLC, ACTAVIS KADIAN LLC, ACTAVIS LABORATORIES UT, INC. F/K/A WATSON LABORATORIES, INC.-SALT LAKE CITY, AND TEVA PUERTO RICO LLC F/K/A WARNER CHILCOTT COMPANY, LLC*

*s/ Donna Welch*
Donna Welch, P.C.
Timothy Knapp P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com
timothy.knapp@kirkland.com

Jennifer G. Levy, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
jennifer.levy@kirkland.com

*COUNSEL FOR ALLERGAN FINANCE, LLC, ALLERGAN USA, INC. and ALLERGAN SALES, LLC*

## CERTIFICATE OF SERVICE

I, Brian M. Ercole, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

Dated: March 8, 2022                    *s/Brian M. Ercole*
                                         Brian M. Ercole

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd., et al.*, Case No. 1:22-op-45007 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2804<br><br>Hon. Dan A. Polster |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Notice of Consent to Remand, it is hereby

**ORDERED** that the action entitled *The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd., et al.*, Case No. 1:22-op-45007 (D.P.R.) is **REMANDED** to the the Superior Court of Puerto Rico, Court of First Instance, San Juan Part (Case No. SJ2021CV05540).

**It is so ORDERED.**


DATED: _____    _____
                            Hon. Dan Aaron Polster
                            United States District Judge