# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> This document relates to: <br> *The Government of Puerto Rico v. Teva Pharmaceutical Industries, Ltd. et al., Case No. 1:22-op-45007* | MDL No. 2804 <br><br> Case No. 17-md-2804 <br><br> Judge Dan Aaron Polster |

## ORDER

On March 29, 2022, the Government of Puerto Rico filed a Motion for Just Costs and Actual Expenses and supporting Memorandum of Law in the above-captioned case. After review of the Government's filing, and any response thereto, and for good cause shown, it is hereby **ORDERED** that the Government's Motion for Just Costs and Actual Expenses is **GRANTED.**

Dated: _____

_____
Judge Dan Aaron Polster