UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Harris v. Purdue Pharma L.P. et al.*<br>1:18-op-45677<br><br>*City of Albuquerque v. Teva Pharmaceuticals USA, Inc., et al.*<br>1:20-op-45136<br><br>*City of Santa Fe v. Purdue Pharma L.P., et al.*<br>1:20-op-45137 | MDL 2804<br><br>Case No. 1:17-MD-2804<br><br>Judge Dan Aaron Polster<br><br>**<u>REMAND ORDER</u>** |

On March 11, 2022, in light of the Sixth Circuit order issued that same day regarding the motions to remand in the above-captioned cases, the Court ordered, "In any case where Defendants have previously filed an opposition, Defendants shall review their response and file a supplementary joint brief only if they ***now*** have a good faith basis to believe the Court has subject-matter jurisdiction to hear the case." Doc. #: 4303 at 1 (emphasis in original). In other words, a defendant who does not file a supplementary brief indicates to the Court that they no longer have a good faith basis to believe the Court has subject-matter jurisdiction. Furthermore, Defendants had until March 25 to file these supplementary filings setting forth their basis for maintaining their opposition to remand. *Id.* Defendants, however, have not complied with the Court's March 11 order.

In *City of Albuquerque* and *City of Santa Fe, New Mexico*, removing Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. (collectively, "Endo") merely "advise[d] the

Court that they [did] not intend to submit any further briefing in support of their previous filings," and therefore did not submit supplementary filings as the Court required.  Doc. #: 4332.

In *County of Harris*, nothing was filed and the removal is effectively moot.  That case was removed by the Distributor Defendants.[1]  Because Harris County, Texas has since joined the Distributors' Texas settlement, the Distributor Defendants are no longer in that case.

Accordingly, all three cases are **REMANDED** to their respective state courts in New Mexico and Texas from which they were removed.

   **IT IS SO ORDERED.**

               **/s/ Dan Aaron Polster  March 30, 2022**
               **DAN AARON POLSTER**
               **UNITED STATES DISTRICT JUDGE**

---

[1] The removing defendants here were the Distributor Defendants, comprising AmerisourceBergen Drug Corporation, McKesson Corporation, McKesson Medical-Surgical Inc., and the Cardinal Health Defendants.  1:18-op-45677 Doc. #: 53 at 2.