UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: *"All West Virginia Cases"* | Hon. Dan Aaron Polster |

### UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING SUPPLEMENTAL PLAINTIFF FACT SHEETS BY WV MDL GOVERNMENTAL SUBDIVISIONS

Moving Plaintiffs, West Virginia subdivisions with cases pending in this MDL ("WV MDL Subdivisions"), hereby move this Court for an Order extending the service deadline for Supplemental Plaintiff Fact Sheets, hereinafter "PFS," which Motion is not opposed.[1] WV MDL Subdivisions offer the following:

### PROCEDURAL HISTORY

On July 23, 2021, this Court issued Case Management Order Applicable to Cases of "Non-Participating Subdivisions" Asserting Claims Against Settling Defendants (DOC #3795, Page ID #514775) and set forth the following deadlines for service of Supplemental Plaintiff Fact Sheets.

---

[1] Moving Plaintiffs include all WV MDL cases, namely: Boone County, Town of Whitesville, Cabell County, City of Huntington, City of Milton, Fayette County, City of Montgomery, Town of Gauley Bridge, City of Smithers, Greenbrier County, Town of Quinwood, Town of Rainelle, Town of Rupert, Kanawha County, City of Charleston, Town of Clendenin, City of Dunbar, City of St. Albans, WV, Logan County, Town of Chapmanville, Wayne County, Town of Fort Gay, City of Kenova, Braxton County, Town of Sutton, Calhoun County, Gilmer County, Town of Glenville, Nicholas County, City of Summersville, Clay County, Lincoln County, Town of Hamlin, Town of West Hamlin, McDowell County, City of Welch, Mercer County, City of Bluefield, City of Princeton, Mingo County, Town of Gilbert, Town of Kermit, City of Williamson, Berkeley County, Jefferson County, City of Charles Town, Morgan County, Pocahontas County, Wyoming County, Putnam County, Town of Eleanor, City of Winfield, City of Hurricane, Raleigh County, Town of Sophia, Summers County, Orphans to State Court City of Buckhannon, City of Vienna, Town of Granville, and City of Parkersburg.

- Nonparticipating subdivisions were originally required to serve Amended PFSs with supporting documentation on or before April 1, 2022, (60 calendar days from the CMO Effective Date).

- Nonparticipating subdivisions were required to serve summary expert reports involving damage and liability issues on or before May 1, 2022 (90 calendar days from the CMO effective date).

- Nonparticipating subdivision representatives were required to serve verifying Affidavits on or before June 1, 2022 (120 calendar days from the CMO effective date).

On February 25, 2022, this Court amended its previous Case Management Order by entering "Order Clarifying the CMO Effective Date" for Cases of Non-Participating Subdivisions (DOC #4287, Page ID#571978) which extended the deadlines for the service of amended PFSs to April 26, 2022; the service of the summary expert reports on or before May 26, 2022, and the service of verifying Affidavits by subdivisions on or before June 27, 2022.

## UNOPPOSED REQUEST FOR EXTENSION OF DEADLINES

As this Court is aware, the WV MDL Subdivisions were not included in the National Big3 Distributor Settlement and the West Virginia Attorney General is not participating in the National Johnson & Johnson Settlement.

As this Court may be aware, the West Virginia Attorney General's trial against defendant Johnson & Johnson is now set to begin Monday, April 4, 2022.

An intra-state West Virginia Memorandum of Understanding hereinafter "MOU" has been agreed to by the West Virginia Attorney General and the West Virginia subdivisions with opioid cases pending in the MDL and in West Virginia state court. Under the MOU, any settlement or judgment will be distributed among the State and the subdivisions.

Attorneys for the WV MDL Subdivisions are assisting the West Virginia Attorney General in preparation for this trial against Johnson & Johnson. With the above-referenced trial date looming, the parties' resources would not be best served by supplementing PFSs, and your

movants respectfully request a 60-day extension for service of Supplemental PFSs, Summary Expert Reports, and verified Affidavits, following final judgment in the trial.

If settlement is reached prior to verdict between the West Virginia Attorney General and the defendant, Johnson & Johnson, the WV MDL Subdivisions are expected to participate as set forth in the MOU, thereby obviating the need to comply with the CMO.

Counsel for Defendant Johnson & Johnson have authorized Plaintiffs to represent to the Court that Defendant does not object to the relief requested in this motion.

THEREFORE, the WV MDL Subdivisions respectfully request a 60-day extension of the deadline from the date any final judgment entered in the Johnson & Johnson trial for all of the reasons set forth above.

Dated this 1st day of April 2022.

Respectfully submitted,

**WEST VIRGINIA
MDL GOVERNMENTAL SUBDIVISIONS**

By Counsel,

| | |
|---|---|
| *s/Paul T. Farrell, Jr.* | Joseph Rice, Esquire |
| Paul T. Farrell, Jr. WVSB | Anne McGinness Kearse (WVSB 12547) |
| Michael J. Fuller, Jr. | **MOTLEY RICE, LLC** |
| **FARRELL & FULLER, LLC** | 28 Bridgeside Boulevard |
| 1311 Ponce de Leon Ave., Suite 202 | Mt. Pleasant, SC  29464 |
| San Juan, Puerto Rico 00907 | jrice@motleyrice.com |
| 304.654.8281 | 843-216-9159 |
| paul@farrellfuller.com | 843-216-9290 fax |

<div style="display: flex;">
<div>

-and-

Anthony J. Majestro (WVSB 5165)
**POWELL & MAJESTRO PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV  25301
304-346-2889
304-346-2895 fax
amajestro@powellmajestro.com

*Counsel for Kanawha County Commission, Cabell County Commission, Wayne County Commission, Greenbrier County Commission, Logan County Commission, Fayette County Commission, Boone County Commission, and City of Vienna*

Warren R. McGraw, II (WVSB 5086)
**McGRAW LAW OFFICE**
P. O. Box 279
Prosperity, WV  25909
304-252-1015
Mcgrawlaw1@aol.com

*Counsel for Wyoming County Commission*

John D. Wooton, Sr. (WVSB 4138)
Christopher M. Davis
**WOOTON DAVIS HUSSELL
  & JOHNSON PLLC**
201 N. Kanawha Street
P. O. Box 2600
Beckley, WV  25802
304-255-2188
john.wooton@wdhjlaw.com

*Counsel for Raleigh County Commission, Summers County Commission*

</div>
<div>

-and-

Charles R. "Rusty" Webb (WVSB 4782)
**The Webb Law Centre, PLLC**
716 Lee St. E.
Charleston, WV 25301
304-344-9322
rusty@rustywebb.com

*Counsel for Town of Granville, Braxton County Commission, Calhoun County Commission, City of Charleston, City of Glenville, City of Hurricane, City of Parkersburg, City of Saint Albans, City of Smithers, City of Winfield, City of Dunbar, Nicholas County Commission, City of Bluefield, Town of Eleanor, Town of Fort Gay, Town of Quinwood, Town of Rainelle, Town of Rupert, City of Summersville, Town of Sutton, City of Logan, Town of Clendenin, City of Princeton, City of Montgomery, Town of Sophia, Town of Whitesville, Town of Gauley Bridge, City of Buckhannon, Gilmer County Commission, City of Kenova, and Town of Milton*

H. Truman Chafin (WVSB 7207)
Letitia Neese Chafin, Esquire (WVSB 7207)
**THE CHAFIN LAW FIRM, PLLC**
P. O. Box 1799
Williamson, WV  25661
304-235-2221
tish@thechafinlawfirm.com

-and-

</div>
</div>

| | |
|---|---|
| Stephen G. Skinner, Esquire (WVSB 6725)<br>**SKINNER LAW FIRM**<br>P. O. Box 487<br>Charles Town, WV  25414<br>304-725-7029<br>sskinner@skinnerfirm.com<br><br>*Counsel for Berkeley County Council, Jefferson County Commission, Morgan County Commission, Pocahontas County Commission and City of Charles Tow* | James D. Young (FL Bar 567507)<br>**MORGAN & MORGAN**<br>76 S. Laura Street, Suite 1100<br>Jacksonville, FL  32202<br>904-398-2722<br><br>*Counsel for McDowell County Commission, Mingo County Commission, Mercer County Commission, Lincoln County Commission, Clay County Commission, City of Welch, City of Williamson, Town of Kermit, Town of Gilbert, Town of Chapmanville, Town of Hamlin, Town of West Hamlin* |

Alan Pritt, Esq.
Joseph H. Spano, Jr., Esq.
**PRITT & SPANO PLLC**
716 Lee Street, East, Suite 204
Charleston, WV  25301
304-513-4082

*Counsel for Putnam County Commission*

615341

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.