IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) ) ) ) ) ) ) ) ) ) | MDL No. 2804 <br><br> Civil Case No. 1:17-md-02804-DAP <br><br> JUDGE POLSTER |
| THIS DOCUMENT RELATES TO: Jefferson County Commission v. Purdue Pharmaceutical Products, LP, et al No. 1:17-op-45170-DAP | | |

## NOTICE OF APPEARANCE

Please take notice that Holly Marie Wilson of Reminger Co., LPA, 101 West Prospect Avenue, Suite 1400, Cleveland, Ohio 44114, hereby enters her appearance as co-counsel of record, along with Hugh J. Bode, for Defendant Weis Markets, Inc. in the above-captioned action.

Respectfully submitted,

/s/ Holly Marie Wilson
Holly Marie Wilson (0074291)
Hugh J. Bode (0000487)
REMINGER CO., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, Ohio 44115-1093
(216) 687-1311
hwilson@reminger.com
hbode@reminger.com

Attorney for Defendant Weis Markets, Inc.

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Appearance was forwarded to all counsel of record via the Court's electronic filing system this 4th day of April, 2022.

/s/ Holly Marie Wilson
Holly Marie Wilson (0074291)
REMINGER CO., L.P.A.