UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION ) <br> OPIATE LITIGATION                ) <br>                                                ) <br>                                                ) <br>                                                ) | CASE NO. 1:17-MD-2804 <br><br> JUDGE DAN A. POLSTER |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Jonathan G. Cooper of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance for Defendants Express Scripts, Inc., Express Scripts Pharmacy Inc., ESI Mail Pharmacy Service, Inc., and Evernorth Health, Inc. (formerly known as "Express Scripts Holding Company") in the above-captioned action.

Dated:  April 06, 2022

QUINN EMANUEL
URQUHART & SULLIVAN, LLP

By:/s/*Jonathan G. Cooper*
Jonathan G. Cooper
Quinn Emanuel Urquhart & Sullivan,
LLP 1300 I Street, NW, Suite 900
Washington, D.C. 20005
T: +1 202-538-8146
Jonathancooper@quinnemanuel.com

*Attorney for Defendants Evernorth Health, Inc., Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION ) <br> OPIATE LITIGATION ) <br> ) <br> ) <br> ) | CASE NO. 1:17-MD-2804 <br><br> JUDGE DAN A. POLSTER |

NOTICE OF APPEARANCE

Please take notice that the undersigned, Michael J. Lyle of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance for Defendants Express Scripts, Inc., Express Scripts Pharmacy Inc., ESI Mail Pharmacy Service, Inc., and Evernorth Health, Inc. (formerly known as "Express Scripts Holding Company") in the above-captioned action.

Dated: April 06, 2022

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By:/s/*Michael J. Lyle*
Michael J. Lyle
Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street, NW, Suite 900
Washington, D.C. 20005
T: +1 202-538-8166
mikelyle@quinnemanuel.com

*Attorney for Defendants Evernorth Health, Inc., Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc.*