UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION

THIS DOCUMENT RELATES TO:

Case No. 17-md-2804

Judge Dan Aaron Polster

**STIPULATION AND PROPOSED ORDER
REGARDING WASHINGTON SUBDIVISIONS' COMPLIANCE WITH CASE
MANAGEMENT ORDER DKT. 3795**

WHEREAS, on July 23, 2021, pursuant to the Case Management Order Applicable to Cases of "Non-Participating Subdivisions" Asserting Claims Against Settling Defendants (Doc. # 3795) (hereinafter "CMO"), the Court set forth various requirements for Non-Participating Subdivisions to comply with if they were not a Participating Subdivision to the national settlements proposed by Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation (collectively, "Settling Distributors"), and Johnson & Johnson ("J&J");

WHEREAS, on December 13, 2021, this Court denied a motion for clarification brought by MDL Plaintiff Clark County, Nevada, seeking relief from the requirements of the CMO for Subdivisions in States that did not opt-into the deal (Doc. # 4192);

WHEREAS, on March 30, 2022, the Washington State Subdivisions filed a letter brief to this Court seeking relief from the CMO, and in the alternative, remand of all or some of its cases (Doc. # 4343); and

WHEREAS, the Settling Distributors' response to this letter brief is due on April 13, 2022;

NOW THEREFORE, the Settling Distributors and the Washington State Subdivisions (collectively the "Parties") hereby stipulate, subject to Court approval, that the requirements of the

1

CMO, including those set forth in Sections I-III of the CMO, be stayed for the Washington State Subdivisions for a period of 60 days from the date of this Order.

The Parties further stipulate, subject to Court approval, that any response to the Washington States Subdivisions' letter brief seeking relief from the CMO, and in the alternative, remand, be stayed for a period of 60 days from the date of this Order.

DATED this 13th day of April, 2022.

*/s/ Mark H. Lynch*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5544
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for Defendant
McKesson Corporation*

*/s/ Shannon E. McClure*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for Defendant
AmerisourceBergen Corporation*

*/s/ Jennifer G. Wicht*
Enu Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP

*/s/ Lynn Sarko*
Lynn Sarko
Derek Loeser
David J. Ko
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
lsarko@kellerrorhback.com
dloeser@kellerrohrback.com
dko@kellerrohrback.com

*Counsel for City of Tacoma, King County, Skagit County, City of Mount Vernon, City of Burlington, City of Sedro-Woolley, Pierce County, Thurston County, Clark County, City of Kent, Clallam County, Spokane County, Whatcom County, Franklin County, Kitsap County, Island County, City of Olympia, Walla Walla County, Kittitas County, Jefferson County, Whitman County, Chelan County, San Juan County, City of Anacortes, City of Lakewood, City of Vancouver, Lincoln County, City of Bainbridge Island, City of Spokane, and City of Kirkland*

*/s/ Chris Huck*
Christopher M. Huck
GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
(206) 452-0260
huck@goldfarb-huck.com

*Counsel for Snohomish County
and City of Everett*

2

| | |
|---|---|
| 725 Twelfth Street NW<br>Washington, DC 20005<br>(202) 434-5000<br>emainigi@wc.com<br>jwicht@wc.com<br>spyser@wc.com<br>ahardin@wc.com<br><br>*Counsel for Defendant*<br>*Cardinal Health Inc.* | */s/ Steve Berman*<br>Steve Berman<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>1301 2nd Ave Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>steve@hbsslaw.com<br><br>Ben Harrington<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>benh@hbsslaw.com<br><br>*Counsel for City of Seattle*<br><br>*/s/ Shayna E. Sacks*<br>Shayna E. Sacks<br>NAPOLI SHKOLNIK<br>360 Lexington Ave., 11th Floor<br>New York, NY 10017<br>(212) 397-1000<br>ssacks@napolilaw.com<br><br>*Counsel for Lewis County* |

SO ORDERED this _____ day of April, 2022.

_____
Honorable Dan A. Polster
United States District Judge

3