UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *Washington State Subdivision Cases* ) ) ) | MDL 2804 Case No. 1:17-md-2804 Judge Dan Aaron Polster **ORDER** |

On April 13th, 2022, a group of Washington State Subdivision Plaintiffs and Settling Distributors (McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation) filed a Joint Stipulation requesting that the requirements in the Court's July 23rd, 2021 Case Management Order (CMO) for Non-Participating Subdivisions be stayed for 60 days. Settling Defendant Johnson & Johnson does not oppose the proposed extension.

The proposed 60 day extension is hereby granted with respect to the Washington State Subdivision Plaintiffs who agreed to the April 13th Joint Stipulation. The new deadlines are as follows: i) Plaintiff Fact Sheets are due June 27th, 2022; ii) summary expert reports are due July 25th, 2022; iii) and verifying Affidavits are due August 26th, 2022.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster  April 15, 2022
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE