# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | |
|---|---|
| **CITY OF HENDERSON, KENTUCKY, ET AL.,** | |
| **PLAINTIFFS,** | |
| **v.** | **CASE NO.  3:19-CV-00067-GFVT** |
| **PURDUE PHARMA L.P., ET AL.,** | |
| **DEFENDANTS.** | |

**RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF THE JANSSEN &  DISTRIBUTOR DEFENDANTS**

Pursuant to **Fed.R.Civ.P.41(a)(1)(A)(i)**, Plaintiff City of Henderson, Kentucky, on behalf

of itself and the putative class (collectively the "Home Rule City Class") hereby submits this

notice of voluntary dismissal with prejudice of their claims against: (i) Defendants Johnson &

Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a

Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals,

Inc. (collectively and together with their Janssen Released Entities, the **"Janssen Defendants"**[1]);

and (ii) McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation

(collectively and together with their Distributor Released Entities, the "**Distributor**

**Defendants**"[2]).

The Home Rule City Class is defined in the pleadings as "All Kentucky Home Rule

cities, with populations in excess of 4,000 and excluding those that have filed, and have pending,

---

[1]    The Janssen "**Released Claims**" and "**Released Entities**" are set forth respectively in
Sections I.60 and I.61 of the Janssen Settlement Agreement, dated July 21, 2021.
[2]    The Distributor "**Released Claims**" and "**Released Entities**" are set forth respectively in
Sections I.GGG and I.HHH of the Distributor Settlement Agreement, dated July 21, 2021.

a civil action in the National Prescription Opiate Litigation MDL 2804."[3]  In order to expedite

terms of the agreed settlement with the Janssen and the Distributor Defendants, the Home Rule

City Class hereby voluntarily dismiss their claims ("Released Claims") against the Janssen and

the Distributor Defendants (respectively the "Released Entities").

The Home Rule City Class's claims against all other Defendants shall **not** be impacted by

this filing in any manner.

* * * * * * * * *

Dated: March 10, 2022                    /s/ Andrew M. Grabhorn


**Bahe Cook Cantley & Nefzger PLC**          **Grabhorn Law | Insured Rights®**

William D. Nefzger (KBA 88508)              Michael D. Grabhorn (KBA 84892)
*will@bccnlaw.com*                          *m.grabhorn@grabhornlaw.com*
1041 Goss Avenue                            Andrew M. Grabhorn (KBA 96477)
Louisville, KY 40217                        *a.grabhorn@grabhornlaw.com*
p (502) 587-2002                            2525 Nelson Miller Parkway, Suite 107
f (502) 587-2006                            Louisville, KY 40223
                                            p (502) 244-9331
                                            f (502) 244-9334


***Counsel for Plaintiffs and the Putative Home Rule City Class***

---

[3]    Dkt. 1-8: Complaint, ¶ 648, PageID #169.