# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| HARDIN COUNTY FISCAL COURT, ET AL., <br><br> PLAINTIFFS, <br><br> v. <br><br> PURDUE PHARMA L.P., ET AL., <br><br> DEFENDANTS. | CASE NO. 3:19-cv-00068-GFVT |

RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF THE JANSSEN & DISTRIBUTOR DEFENDANTS

Pursuant to **Fed.R.Civ.P.41(a)(1)(A)(i)**, Plaintiffs, on behalf of themselves, and the putative class (collectively the "County Class") hereby submits this notice of voluntary dismissal with prejudice of their claims against: (i) Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Janssen Released Entities, the **"Janssen Defendants"**[1]); and (ii) McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively and together with their Distributor Released Entities, the "**Distributor Defendants**"[2]).

The County Class is defined in the pleadings as "All Kentucky Counties (Fiscal Courts), *excluding* those that .have filed, and have pending, a civil action in the National Prescription

---

[1] The Janssen "**Released Claims**" and "**Released Entities**" are set forth respectively in Sections I.60 and I.61 of the Janssen Settlement Agreement, dated July 21, 2021.

[2] The Distributor "**Released Claims**" and "**Released Entities**" are set forth respectively in Sections I.GGG and I.HHH of the Distributor Settlement Agreement, dated Jul 21, 2021.

Opiate Litigation MDL 2804."[3]  In order to expedite terms of the agreed settlement with the Janssen and the Distributor Defendants, the County Class hereby voluntarily dismisses their claims ("Released Claims") against the Janssen and the Distributor Defendants (respectively the "Released Entities").

The County Class's claims against all other Defendants shall **not** be impacted by this filing in any manner.

* * * * * * * * *

Dated: March 10, 2022                    /s/ Andrew M. Grabhorn

**Bahe Cook Cantley & Nefzger PLC**          **Grabhorn Law | Insured Rights®**

William D. Nefzger (KBA 88508)               Michael D. Grabhorn (KBA 84892)
*will@bccnlaw.com*                           *m.grabhorn@grabhornlaw.com*
1041 Goss Avenue                             Andrew M. Grabhorn (KBA 96477)
Louisville, KY 40217                         *a.grabhorn@grabhornlaw.com*
p (502) 587-2002                             2525 Nelson Miller Parkway, Suite 107
f (502) 587-2006                             Louisville, KY 40223
                                             p (502) 244-9331
                                             f (502) 244-9334

*Counsel for Plaintiffs and the Putative County Class*

---

[3]  Dkt. 1-1: Class Action Complaint, ¶ 652, PageID #169.