# EXHIBIT H

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| **CITY OF RUSSELL, ET AL.,**<br><br>PLAINTIFFS,<br><br>v.<br><br>**ABBOTT LABORATORIES, ET AL.,**<br><br>DEFENDANTS. | **CASE NO. 3:21-CV-30-GFVT** |

### RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF THE JANSSEN & DISTRIBUTOR DEFENDANTS

Pursuant to **Fed.R.Civ.P.41(a)(1)(A)(i)**, Plaintiffs, on behalf of themselves, and the putative class (collectively the "Home Rule City Class") hereby submit this notice of voluntary dismissal with prejudice of their claims against: (i) Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Janssen Released Entities, the **"Janssen Defendants"**[1]); and (ii) McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively and together with their Distributor Released Entities, the "**Distributor Defendants**"[2]).

The Home Rule City Class is defined in the pleadings as "All Kentucky Home Rule cities

---

[1] The Janssen "**Released Claims**" and "**Released Entities**" are set forth respectively in Sections I.60 and I.61 of the Janssen Settlement Agreement, dated July 21, 2021.
[2] The Distributor "**Released Claims**" and "**Released Entities**" are set forth respectively in Sections I.GGG and I.HHH of the Distributor Settlement Agreement, dated July 21, 2021.

with populations *less than* four thousand (4,000)."[3] In order to expedite terms of the agreed settlement with the Janssen and the Distributor Defendants, the Home Rule City Class hereby voluntarily dismiss their claims ("Released Claims") against the Janssen and the Distributor Defendants (respectively the "Released Entities").

The Home Rule City Class's claims against all other Defendants shall **not** be impacted by this filing in any manner.

\* \* \* \* \* \* \* \* \*

Dated: March 10, 2022 /s/ Andrew M. Grabhorn

**Bahe Cook Cantley & Nefzger PLC**

William D. Nefzger (KBA 88508)
*will@bccnlaw.com*
1041 Goss Avenue
Louisville, KY 40217
p (502) 587-2002
f (502) 587-2006

**Grabhorn Law | Insured Rights®**

Michael D. Grabhorn (KBA 84892)
*m.grabhorn@grabhornlaw.com*
Andrew M. Grabhorn (KBA 96477)
*a.grabhorn@grabhornlaw.com*
2525 Nelson Miller Parkway, Suite 107
Louisville, KY 40223
p (502) 244-9331
f (502) 244-9334

*Counsel for Plaintiffs and the Putative Home Rule City Class*

---

[3] Dkt. 1-2: Complaint, ¶ 533, PageID #151.