# EXHIBIT I

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CITY OF HENDERSON, KENTUCKY, ET AL.,**<br><br>PLAINTIFFS,<br><br>v.<br><br>**PURDUE PHARMA L.P., ET AL.,**<br><br>DEFENDANTS. | Case No. 1:20-op-45062<br><br>Judge Dan Aaron Polster<br><br>*This document relates to:*<br>*No. 3:19-cv-00067-GFVT (E.D.Ky.)*<br>*No. 19-ci-941 (Franklin Cir., Ky.)* |

## NOTICE OF FILING

## RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE JANSSEN & DISTRIBUTOR DEFENDANTS[1]

Pursuant to **Fed.R.Civ.P.41(a)(1)(A)(i)**, Plaintiff City of Henderson, Kentucky, on behalf of itself and the putative class (collectively the "Home Rule City Class") hereby submits this notice of voluntary dismissal with prejudice of their claims against: (i) Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Janssen Released Entities, the **"Janssen Defendants"**[2]); and (ii) McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively and together with their Distributor Released Entities, the "**Distributor**

---

[1] This filing is to notify the Court a Fed.R.Civ.P.41(a)(1)(A)(i) dismissal has been filed in Case No.3:19-cv-67-GFVT and is filed with this Court out of an abundance of caution—to ensure dismissal of the claims as discussed herein.
[2] The Janssen "**Released Claims**" and "**Released Entities**" are set forth respectively in Sections I.60 and I.61 of the Janssen Settlement Agreement, dated July 21, 2021.

1

Defendants"[3]).

The Home Rule City Class is defined in the pleadings as "All Kentucky Home Rule cities, with populations in excess of 4,000 and excluding those that have filed, and have pending, a civil action in the National Prescription Opiate Litigation MDL 2804."[4]  In order to expedite terms of the agreed settlement with the Janssen and the Distributor Defendants, the Home Rule City Class hereby voluntarily dismiss their claims ("Released Claims") against the Janssen and the Distributor Defendants (respectively the "Released Entities").

The Home Rule City Class's claims against all other Defendants shall **not** be impacted by this filing in any manner.

* * * * * * * * *

Dated: March 11, 2022              /s/ Michael D. Grabhorn

**Bahe Cook Cantley & Nefzger PLC**         **Grabhorn Law | Insured Rights®**

William D. Nefzger (KBA 88508)              Michael D. Grabhorn (KBA 84892)
will@bccnlaw.com                            m.grabhorn@grabhornlaw.com
1041 Goss Avenue                            Andrew M. Grabhorn (KBA 96477)
Louisville, KY 40217                        a.grabhorn@grabhornlaw.com
p (502) 587-2002                            2525 Nelson Miller Parkway, Suite 107
f (502) 587-2006                            Louisville, KY 40223
                                            p (502) 244-9331
                                            f (502) 244-9334

*Counsel for Plaintiffs and the Putative Home Rule City Class*

---

[3]  The Distributor "**Released Claims**" and "**Released Entities**" are set forth respectively in Sections I.GGG and I.HHH of the Distributor Settlement Agreement, dated July 21, 2021.
[4]  Dkt. 1-8: Complaint, ¶ 648, PageID #169.