# EXHIBIT L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

RUSSELL, KY, *et al.*, )
)
    Plaintiffs, )
) Civil No. 3:21-cv-00030-GFVT
v. )
)
ABBOTT LABORATORIES, )
*et al.*, ) **ORDER**
)
    Defendants. )
)
)

On March 10, 2022, Plaintiffs filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). [R. 18.] Having reviewed the stipulation, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. All claims of Plaintiffs against Defendants (i) Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, INC. n/k/a/ Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc., n/k/a Janssen Pharmaceuticals, Inc; and (ii) McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation are **DISMISSED WITH PREJUDICE**;

2. The Home Rule City Class's claims against all other Defendants are not impacted by this filing.

This the 16th day of March, 2022.

Gregory F. Van Tatenhove
United States District Judge

2