# EXHIBIT M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| CITY OF HENDERSON, KENTUCKY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil No. 3:19-cv-00067-GFVT |
| V. | ) ) | |
| PURDUE PHARMA L.P., *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court on the Plaintiff City of Henderson, Kentucky's Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i). [R. 153.] On behalf of itself and the putative class (the "Home Rule City Class"), Henderson is dismissing its claims against the Janssen Defendants (Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Janssen Released Entities)) and the Distributor Defendants (McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively and together with their Distributor Released Entities)). *Id.* Voluntary dismissal of these Defendants is appropriate under Rule 41(a)(1)(A)(i) because none has filed an Answer or Motion for Summary Judgment. The Court being sufficiently advised, it is hereby **ORDERED** that all of the Plaintiffs' claims against the Janssen Defendants and the Distributor Defendants in this action are hereby **DISMISSED WITH PREJUDICE**. This Order does not affect the Plaintiffs' claims against any other Defendant.

This the 15th day of March, 2022.

Gregory F. Van Tatenhove
United States District Judge

2