## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) | CASE NO. 1:17-MD-2804 |
| | ) | David R. Cohen |
| THIS DOCUMENT RELATES TO: *"All Cases"* | ) ) | Randi S. Ellis Hon. David R. Herndon |
| | ) ) ) ) | FEE PANEL ORDER NO. 1 REGARDING APPLICATIONS FOR FEE AND COST AWARDS |

Pursuant to the Distributors and Janssen Settlement Agreements, and the *Order to Establish Qualified Settlement Fund, Appoint Fee Panel of Common Benefit and Contingency Fee Fund Arbiters, Approve Fee Fund Allocation and Distribution Process, and Approve Common Benefit Cost Payment and Assessment* ("*Fee Panel Order*") (Doc. 3828), the Fee Panel and Cost Fund Administrator[1] hereby provide notice to all eligible Participating Litigating Subdivisions, as defined in the Settlement Agreements, and their counsel, of how to apply for awards from the Attorney Fee Fund and the Participating Litigating Subdivision Cost Fund ("the Funds").

    **I.    Attorney Fees.**

The Attorney Fee Fund includes the Contingency Fee Fund and the Common Benefit Fund. To apply for an award from the Contingency Fee Fund, eligible counsel must submit a Contingent Fee Application. To apply for an award from the Common Benefit Fund, eligible

---

[1] For simplicity, the Fee Panel and Cost Fund Administrator are referred to below collectively as the Fee Panel.

counsel must submit a Common Benefit Fee Application and a Time Report.  To obtain these Applications and related materials, see section III below.

II.     **Costs.**

To apply for reimbursement of eligible costs and expenses from the Participating Litigating Subdivision Cost Fund ("Cost Fund"), Participating Litigating Subdivisions or their counsel must submit an Expense Application and an Expense Report. To obtain the Application and related materials, see section III below.

III.    **Applications and Related Materials.**

The Fee Panel has established the website https://OpioidFeePanelDocuments.com ("Fee Panel website") to provide information to persons who wish to apply for an award from the Contingency Fee Fund, Common Benefit Fund, or Cost Fund.

The Fee Panel has opened the application process for awards from the Contingency Fee Fund and the Common Benefit Fund.  The Fee Panel expects to open the application process for awards from the Cost Fund soon.

Prospective applicants who wish to apply for an award from one or more of these Funds must first obtain access to the secure online application portal.  **Applicants must obtain separate access for each Fund.**  Instructions on how to obtain access to the application for each Fund are posted on the Fee Panel Website.

Applicants may also obtain the following materials at the Fee Panel website: (1) relevant Orders entered by the MDL Court and the Fee Panel governing the process and procedures for applying to each Fund (*including deadlines*); (2) the required Time Report and Expense Report

applicants must use when applying to the Common Benefit Fund and Cost Fund, respectively; and (3) instructions and training materials to assist applicants in preparing and submitting all information required to apply for an award from the Funds.  (*Note*: some of these materials are still being prepared and may not yet be posted on the Fee Panel website as of the date of this Order.)

**IT IS SO ORDERED.**

/s/ *David R. Cohen*
*Randi S. Ellis*
*David R. Herndon*
**FEE PANEL**

**Dated:** April 19, 2022