UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCIPTION
OPIATE LITIGATION

*This document relates to:*

*All Cases Noted on Attached Appendix*

MDL No. 2804

Case No. 1:17-md-2804

JUDGE DAN AARON POLSTER

## NOTICE OF VOLUNTARY DISMISSAL AS TO
## COLLEGIUM PHARMACEUTICAL, INC.

Pursuant to F.R.C.P. 41(a)(1)(A)(i), the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs") and their counsel hereby give notice that their claims against Defendant Collegium Pharmaceutical, Inc. ("Collegium"), as set forth in the cases identified on Appendix A, are hereby dismissed with prejudice, with each party to bear its own costs.

April 19, 2022

Respectfully submitted,

*/s/ Beth A. Kaswan*
Beth A. Kaswan
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
bkaswan@scott-scott.com

*Attorneys for the Dismissing Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

      I certify that on April 19, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                   /s/ Joseph Cleemann         

# Appendix A

| SUBDIVISION NAME | State | Name of Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|
| Town of Enfield | CT | Scott + Scott Attorneys at Law LLC | NDOH | 1:19-op-45581 |
| City of Middletown | CT | Scott + Scott Attorneys at Law LLC | NDOH | 1:19-op-45651 |
| City of Norwich | CT | Scott + Scott Attorneys at Law LLC | NDOH | 1:19-op-45840 |
| Town of Wethersfield | CT | Scott + Scott Attorneys at Law LLC | NDOH | 1:19-op-45663 |
| Town of Windham | CT | Scott + Scott Attorneys at Law LLC | NDOH | 1:20-op-45103 |
| City of Paterson | NJ | Scott + Scott Attorneys at Law LLC | NDOH | 1:18-op-45371 |
| City of Trenton | NJ | Scott + Scott Attorneys at Law LLC | NDOH | 1:19-op-46158 |
| City of Portsmouth | VA | Scott + Scott Attorneys at Law LLC | NDOH | 1:19-op-45856 |