# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| **This document relates to:** | Judge Dan Aaron Polster |
| *City of Altus v. Cephalon, Inc., et al.,* | |
| **Member Case No. 1:21-op-45046-DAP** | |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

PLEASE TAKE NOTICE that Harrison C. Lujan hereby enters an appearance in the above-captioned member case as counsel of record for Plaintiffs, City of Altus.

Dated: April 20, 2022          Respectfully submitted,

*/s/ Harrison C. Lujan*
HARRISON C. LUJAN, OBA #30154
FULMER SILL LAW GROUP
P.O. Box 2448
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Phone/Fax: 405-510-0077
hlujan@fulmersill.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      This is to certify that on April 20, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System. A Notice of Electronic Filing will be automatically transmitted to all persons who have entered either appearance as ECF registrants in this case.

*/s/ Harrison C. Lujan*