# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| **This document relates to:** | Judge Dan Aaron Polster |
| *City of Bethany v. Purdue Pharma L.P., et al.* | |
| **Member Case No. 1:19-op-46148-DAP** | |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

      PLEASE TAKE NOTICE that Harrison C. Lujan hereby enters an appearance in the above-captioned member case as counsel of record for Plaintiffs, City of Bethany.

Dated: April 20, 2022        Respectfully submitted,

                              */s/ Harrison C. Lujan*
                              HARRISON C. LUJAN, OBA #30154
                              FULMER SILL LAW GROUP
                              P.O. Box 2448
                              1101 N. Broadway Ave., Suite 102
                              Oklahoma City, OK 73103
                              Phone/Fax: 405-510-0077
                              hlujan@fulmersill.com

                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  This is to certify that on April 20, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System. A Notice of Electronic Filing will be automatically transmitted to all persons who have entered either appearance as ECF registrants in this case.

          */s/ Harrison C. Lujan*