# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*City of Seminole v. Purdue Pharma L.P., et al.*<br><br>**Member Case No. 1:20-op-45004-DAP** | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

PLEASE TAKE NOTICE that Harrison C. Lujan hereby enters an appearance in the above-captioned member case as counsel of record for Plaintiffs, City of Seminole.

Dated: April 20, 2022          Respectfully submitted,

>                               */s/ Harrison C. Lujan*
>                               HARRISON C. LUJAN, OBA #30154
>                               FULMER SILL LAW GROUP
>                               P.O. Box 2448
>                               1101 N. Broadway Ave., Suite 102
>                               Oklahoma City, OK 73103
>                               Phone/Fax: 405-510-0077
>                               hlujan@fulmersill.com
>
>                               *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      This is to certify that on April 20, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System. A Notice of Electronic Filing will be automatically transmitted to all persons who have entered either appearance as ECF registrants in this case.

      */s/ Harrison C. Lujan*