# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*City of Stillwater v. Cephalon, Inc., et al.,*<br><br>**Member Case No. 1:21-op-45045-DAP** | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

PLEASE TAKE NOTICE that Harrison C. Lujan hereby enters an appearance in the above-captioned member case as counsel of record for Plaintiffs, City of Stillwater.

Dated: April 20, 2022            Respectfully submitted,

>           */s/ Harrison C. Lujan*
> HARRISON C. LUJAN, OBA #30154
> FULMER SILL LAW GROUP
> P.O. Box 2448
> 1101 N. Broadway Ave., Suite 102
> Oklahoma City, OK 73103
> Phone/Fax: 405-510-0077
> hlujan@fulmersill.com
>
> *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      This is to certify that on April 20, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System. A Notice of Electronic Filing will be automatically transmitted to all persons who have entered either appearance as ECF registrants in this case.

      */s/ Harrison C. Lujan*