# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*Board of County Commissioners of Love County v. Purdue Pharma L.P., et al.*<br><br>**Member Case No. 1:20-op-45000-DAP** | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

PLEASE TAKE NOTICE that Harrison C. Lujan hereby enters an appearance in the above-captioned member case as counsel of record for Plaintiffs, Board of County Commissioners of Love County.

Dated:  April 20, 2022            Respectfully submitted,

>  */s/ Harrison C. Lujan*
>  HARRISON C. LUJAN, OBA #30154
>  FULMER SILL LAW GROUP
>  P.O. Box 2448
>  1101 N. Broadway Ave., Suite 102
>  Oklahoma City, OK 73103
>  Phone/Fax: 405-510-0077
>  hlujan@fulmersill.com
>
>  *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      This is to certify that on April 20, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System. A Notice of Electronic Filing will be automatically transmitted to all persons who have entered either appearance as ECF registrants in this case.

      */s/ Harrison C. Lujan*