# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  **This document relates to:**  *Board of County Commissioners of McCurtain County v. Purdue Pharma L.P., et al.*  **Member Case No. 1:20-op-45259-DAP** | MDL No. 2804  Case No. 1:17-md-2804  Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

PLEASE TAKE NOTICE that Harrison C. Lujan hereby enters an appearance in the above-captioned member case as counsel of record for Plaintiffs, Board of County Commissioners of McCurtain County.

Dated:  April 20, 2022          Respectfully submitted,

> */s/ Harrison C. Lujan*
> HARRISON C. LUJAN, OBA #30154
> FULMER SILL LAW GROUP
> P.O. Box 2448
> 1101 N. Broadway Ave., Suite 102
> Oklahoma City, OK 73103
> Phone/Fax: 405-510-0077
> hlujan@fulmersill.com
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      This is to certify that on April 20, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System. A Notice of Electronic Filing will be automatically transmitted to all persons who have entered either appearance as ECF registrants in this case.

      */s/ Harrison C. Lujan*