## CERTIFICATE OF SERVICE

I hereby certify that, on April 21, 2022, the Motion for Leave to File Settling Distributors' Motion To Dismiss Claims Filed By Non-Participating New York Subdivisions As Barred By Statute was served on all counsel of record via the CM/ECF system.

/s/ *Robert A. Nicholas*
Robert A. Nicholas