**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 1:17-md-2804 |
| *City of Muskogee v. Cephalon, Inc., et al.* | Judge Dan Aaron Polster |
| Member Case No. 1:20-op-45162-DAP | |

**NOTICE OF APPEARANCE**

**TO THE CLERK:**

PLEASE TAKE NOTICE that Harrison C. Lujan hereby enters an appearance in the above-

captioned member case as counsel of record for Plaintiffs, City of Muskogee.

Dated:  April 21, 2022          Respectfully submitted,

By*: /s/ Harrison C. Lujan*
HARRISON C. LUJAN, OBA #30154
FULMER SILL LAW GROUP
P.O. Box 2448
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Phone/Fax: 405-510-0077
hlujan@fulmersill.com

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on April 21, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System. A Notice of Electronic Filing will be automatically transmitted to all persons who have entered either appearance as ECF registrants in this case.


*/s/ Harrison C. Lujan*