# APPENDIX B

FINAL AGREEMENT 3.25.22

# DISTRIBUTOR SETTLEMENT AGREEMENT

FINAL AGREEMENT 3.25.22

# Table of Contents

**Page**

I.      Definitions ........................................................................................................ 1

II.     Participation by States and Condition to Preliminary Agreement ..................... 13

III.    Injunctive Relief ............................................................................................... 13

IV.     Settlement Payments ......................................................................................... 13

V.      Allocation and Use of Settlement Payments ...................................................... 28

VI.     Enforcement ..................................................................................................... 34

VII.    Participation by Subdivisions ........................................................................... 40

VIII.   Condition to Effectiveness of Agreement and Filing of Consent Judgment ...... 42

IX.     Additional Restitution ...................................................................................... 44

X.      Plaintiffs' Attorneys' Fees and Costs ............................................................... 44

XI.     Release ............................................................................................................. 44

XII.    Later Litigating Subdivisions ........................................................................... 49

XIII.   Reductions/Offsets ........................................................................................... 53

XIV.    Miscellaneous .................................................................................................. 54

EXHIBIT A Alleged Harms ..................................................................................... A-1

EXHIBIT B Enforcement Committee Organizational Bylaws .................................. B-1

EXHIBIT C Litigating Subdivisions List ................................................................. C-1

EXHIBIT D Later Litigating Subdivision Suspension and Offset Determinations .... D-1

EXHIBIT E List of Opioid Remediation Uses ......................................................... E-1

EXHIBIT F List of States and Overall Allocation Percentages ................................ F-1

EXHIBIT G Subdivisions Eligible to Receive Direct Allocations from the Subdivision
        Fund and Default Subdivision Fund Allocation Percentages ............................... G-1

EXHIBIT H Participation Tier Determination[1] ....................................................... H-1

EXHIBIT I Primary Subdivisions ............................................................................. I-1

EXHIBIT J Settling Distributors' Subsidiaries, Joint Ventures, and Predecessor Entities ......... J-1

EXHIBIT K Subdivision Settlement Participation Form ........................................................... K-1

EXHIBIT L Settlement Fund Administrator ........................................................................... L-1

EXHIBIT M Settlement Payment Schedule .......................................................................... M-1

EXHIBIT N Additional Restitution Amount Allocation .......................................................... N-1

EXHIBIT O Adoption of a State-Subdivision Agreement ....................................................... O-1

EXHIBIT P Injunctive Relief ............................................................................................... P-1

EXHIBIT Q Illustrative Examples of Prepayments................................................................ Q-1

EXHIBIT R Agreement on Attorneys' Fees, Expenses and Costs ........................................... R-1

EXHIBIT S Agreement on the State Outside Counsel Fee Fund .............................................. S-1

EXHIBIT T Agreement on the State Cost Fund Administration................................................ T-1

EXHIBIT U ABC IRS Form 1098-F ...................................................................................... U-1

EXHIBIT V Cardinal IRS Form 1098-F ................................................................................ V-1

EXHIBIT W McKesson IRS Form 1098-F .............................................................................. W-1

EXHIBIT X Severity Factors................................................................................................ X-1

FINAL AGREEMENT 3.25.22

## DISTRIBUTOR SETTLEMENT AGREEMENT

This Settlement Agreement, dated as of July 21, 2021 (the "*Agreement*"), sets forth the terms of settlement between and among the Settling States, the Settling Distributors, and the Participating Subdivisions (as those terms are defined below).  Upon satisfaction of the conditions set forth in Section II and Section VIII, this Agreement will be binding on all Settling States, Settling Distributors, and Participating Subdivisions.  This Agreement will then be filed as part of Consent Judgments in the respective courts of each of the Settling States, pursuant to the terms set forth in Section VIII.

## I.    Definitions

For all sections of this Agreement except Exhibit E and Exhibit P, the following definitions apply:

A.    "*Abatement Accounts Fund*."  The component of the Settlement Fund described in Section V.E.

B.    "*Additional Restitution Amount*."  The amount available to Settling States listed on Exhibit N totaling $282,692,307.70.

C.    "*Agreement.*"  This agreement, as set forth above.  For the avoidance of doubt, this Agreement is inclusive of all exhibits.

D.    "*Alleged Harms*."  The alleged past, present, and future financial, societal, and public nuisance harms and related expenditures arising out of the alleged misuse and abuse of Products, non-exclusive examples of which are described in the documents listed on Exhibit A, that have allegedly arisen as a result of the physical and bodily injuries sustained by individuals suffering from opioid-related addiction, abuse, death, and other related diseases and disorders, and that have allegedly been caused by the Settling Distributors.

E.    "*Allocation Statute*."  A state law that governs allocation, distribution, and/or use of some or all of the Settlement Fund amounts allocated to that State and/or its Subdivisions. In addition to modifying the allocation set forth in Section V.D.2, an Allocation Statute may, without limitation, contain a Statutory Trust, further restrict expenditures of funds, form an advisory committee, establish oversight and reporting requirements, or address other default provisions and other matters related to the funds.  An Allocation Statute is not required to address all three (3) types of funds comprising the Settlement Fund or all default provisions.

F.    "*Annual Payment.*"  The total amount payable to the Settlement Fund Administrator by the Settling Distributors on the Payment Date each year, as calculated by the Settlement Fund Administrator pursuant to Section IV.B.1.e.  For the avoidance of doubt, this term does not include the Additional Restitution Amount or amounts paid pursuant to Section X.

G.    "*Appropriate Official*."  As defined in Section XIV.F.3.

H.    "*Bankruptcy Code*."  Title 11 of the United States Code, 11 U.S.C. § 101, et seq.

1

FINAL AGREEMENT 3.25.22

I.        "*Bar*."  Either:  (1) a law barring Subdivisions in a State from maintaining Released Claims against Released Entities (either through a direct bar or through a grant of authority to release claims and the exercise of such authority in full) or (2) a ruling by the highest court of the State (or, in a State with a single intermediate court of appeals, the intermediate court of appeals when not subject to further review by the highest court of the State) setting forth the general principle that Subdivisions in the State may not maintain any Released Claims against Released Entities, whether on the ground of this Agreement (or the release in it) or otherwise.  For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from the Annual Payments by Settling Distributors under this Agreement) shall not constitute a Bar.

J.        "*Case-Specific Resolution*."  Either:  (1) a law barring the Subdivision at issue from maintaining any Released Claims against any Released Entities (either through a direct bar or through a grant of authority to release claims and the exercise of such authority in full); or (2) a ruling by a court of competent jurisdiction over the Subdivision at issue that the Subdivision may not maintain any Released Claims at issue against any Released Entities, whether on the ground of this Agreement (or the release in it) or otherwise.  For the avoidance of doubt, a law or ruling that is conditioned or predicated upon payment by a Released Entity (apart from the Annual Payments by Settling Distributors under this Agreement) shall not constitute a Case-Specific Resolution.

K.        "*Claim*."  Any past, present or future cause of action, claim for relief, cross-claim or counterclaim, theory of liability, demand, derivative claim, request, assessment, charge, covenant, damage, debt, lien, loss, penalty, judgment, right, obligation, dispute, suit, contract, controversy, agreement, *parens patriae* claim, promise, performance, warranty, omission, or grievance of any nature whatsoever, whether legal, equitable, statutory, regulatory or administrative, whether arising under federal, state or local common law, statute, regulation, guidance, ordinance or principles of equity, whether filed or unfiled, whether asserted or unasserted, whether known or unknown, whether accrued or unaccrued, whether foreseen, unforeseen or unforeseeable, whether discovered or undiscovered, whether suspected or unsuspected, whether fixed or contingent, and whether existing or hereafter arising, in all such cases, including, but not limited to, any request for declaratory, injunctive, or equitable relief, compensatory, punitive, or statutory damages, absolute liability, strict liability, restitution, abatement, subrogation, contribution, indemnity, apportionment, disgorgement, reimbursement, attorney fees, expert fees, consultant fees, fines, penalties, expenses, costs or any other legal, equitable, civil, administrative, or regulatory remedy whatsoever.

L.        "*Claim-Over*."  A Claim asserted by a Non-Released Entity against a Released Entity on the basis of contribution, indemnity, or other claim-over on any theory relating to a Non-Party Covered Conduct Claim asserted by a Releasor.

M.        "*Compensatory Restitution Amount*."  The aggregate amount paid or incurred by the Settling Distributors hereunder other than amounts paid as attorneys' fees and costs or identified pursuant to <u>Section V.B.2</u> as being used to pay attorneys' fees, investigation costs or litigation costs.

2

N.        "*Consent Judgment.*"  A state-specific consent judgment in a form to be agreed by the Settling States and the Settling Distributors prior to the Initial Participation Date that, among other things, (1) approves this Agreement and (2) provides for the release set forth in Section XI.A, including the dismissal with prejudice of any Released Claims that the Settling State has brought against Released Entities.

O.        "*Covered Conduct.*"  Any actual or alleged act, failure to act, negligence, statement, error, omission, breach of any duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity of any kind whatsoever from the beginning of time through the Reference Date (and any past, present, or future consequence of any such act, failure to act, negligence, statement, error, omission, breach of duty, conduct, event, transaction, agreement, misstatement, misleading statement or other activity) relating in any way to (1) the discovery, development, manufacture, packaging, repackaging, marketing, promotion, advertising, labeling, recall, withdrawal, distribution, delivery, monitoring, reporting, supply, sale, prescribing, dispensing, physical security, warehousing, use or abuse of, or operating procedures relating to, any Product, or any system, plan, policy or advocacy relating to any Product or class of Products, including, but not limited to, any unbranded promotion, marketing, programs, or campaigns relating to any Product or class of Products; (2) the characteristics, properties, risks, or benefits of any Product; (3) the reporting, disclosure, non-reporting or non-disclosure to federal, state or other regulators of orders placed with any Released Entity; or (4) diversion control programs or suspicious order monitoring; *provided*, *however*, that as to any Claim that a Releasor has brought or could bring, Covered Conduct does not include non-compliance with statutory or administrative supply security standards concerning cleanliness of facilities or stopping counterfeit products, so long as such standards apply to the storage and distribution of both controlled and non-controlled pharmaceuticals.

P.        "*Designated State*."  New York.

Q.        "*Effective Date.*"  The date sixty (60) calendar days after the Reference Date.

R.         "*Enforcement Committee.*"  A committee consisting of representatives of the Settling States and of the Participating Subdivisions.  Exhibit B contains the organizational bylaws of the Enforcement Committee. Notice pursuant to Section XIV.Q shall be provided when there are changes in membership or contact information.

S.        "*Final Order.*"  An order or judgment of a court of competent jurisdiction with respect to the applicable subject matter (1) which has not been reversed or superseded by a modified or amended order, is not currently stayed, and as to which any right to appeal or seek certiorari, review, reargument, stay, or rehearing has expired, and as to which no appeal or petition for certiorari, review, reargument, stay, or rehearing is pending, or (2) as to which an appeal has been taken or petition for certiorari, review, reargument, stay, or rehearing has been filed and (a) such appeal or petition for certiorari, review, reargument, stay, or rehearing has been resolved by the highest court to which the order or judgment was appealed or from which certiorari, review, reargument, stay, or rehearing was sought, or (b) the time to appeal further or seek certiorari, review, reargument, stay, or rehearing has expired and no such further appeal or petition for certiorari, review, reargument, stay, or rehearing is pending.

3

FINAL AGREEMENT 3.25.22

T.  "*Global Settlement Abatement Amount.*"  The abatement amount of $19,045,384,616.

U.  "*Global Settlement Amount.*"  The Global Settlement Amount is $21 billion, which shall be divided into the Global Settlement Abatement Amount, the Additional Restitution Amount, and the Global Settlement Attorney Fee Amount.

V.  "*Global Settlement Attorney Fee Amount.*"  The attorney fee amount of $1,671,923,077.

W.  "*Incentive Payment A.*"  The incentive payment described in <u>Section IV.F.1</u>.

X.  "*Incentive Payment B.*"  The incentive payment described in <u>Section IV.F.2</u>.

Y.  "*Incentive Payment C.*"  The incentive payment described in <u>Section IV.F.3</u>.

Z.  "*Incentive Payment D.*"  The incentive payment described in <u>Section IV.F.4</u>.

AA.  "*Incentive Payment Final Eligibility Date.*"  With respect to a Settling State, the date that is the earlier of (1) the fifth Payment Date, (2) the date of completion of opening statements in a trial of any action brought by a Subdivision in that State that includes a Released Claim against a Released Entity when such date is more than two (2) years after the Effective Date, or (3) two (2) years after the Effective Date in the event a trial of an action brought by a Subdivision in that State that includes a Released Claim against a Released Entity began after the Initial Participation Date but before two (2) years after the Effective Date.

BB.  "*Initial Participating Subdivision.*"  A Subdivision that meets the requirements set forth in <u>Section VII.D</u>.

CC.  "*Initial Participation Date.*"  January 26, 2022, as extended by written agreement of the Settling Distributors and the Enforcement Committee on December 22, 2021.

DD.  "*Injunctive Relief Terms.*"  The terms described in <u>Section III</u> and set forth in <u>Exhibit P</u>.

EE.  "*Later Litigating Subdivision.*"  A Subdivision (or Subdivision official asserting the right of or for the Subdivision to recover for alleged harms to the Subdivision and/or the people thereof) that:  (1) first files a lawsuit bringing a Released Claim against a Released Entity after the Trigger Date; or (2) adds a Released Claim against a Released Entity after the Trigger Date to a lawsuit brought before the Trigger Date that, prior to the Trigger Date, did not include any Released Claims against a Released Entity; or (3) (a) was a Litigating Subdivision whose Released Claims against Released Entities were resolved by a legislative Bar or legislative Case-Specific Resolution as of the Trigger Date, (b) such legislative Bar or legislative Case-Specific Resolution is subject to a Revocation Event after the Trigger Date, and (c) the earlier of the date of completion of opening statements in a trial in an action brought by a Subdivision in that State that includes a Released Claim against a Released Entity or one hundred eighty (180) days from the Revocation Event passes without a Bar or Case-Specific Resolution being implemented as to that Litigating Subdivision or the Litigating Subdivision's

4

Released Claims being dismissed; or (4) (a) was a Litigating Subdivision whose Released Claims against Released Entities were resolved by a judicial Bar or judicial Case-Specific Resolution as of the Trigger Date, (b) such judicial Bar or judicial Case-Specific Resolution is subject to a Revocation Event after the Trigger Date, and (c) such Litigating Subdivision takes any action in its lawsuit asserting a Released Claim against a Released Entity other than seeking a stay or dismissal.

FF. "*Later Participating Subdivision.*" A Participating Subdivision that is not an Initial Participating Subdivision, but meets the requirements set forth in Section VII.E.

GG. "*Litigating Subdivision.*" A Subdivision (or Subdivision official) that brought any Released Claim against any Released Entity prior to the Trigger Date; *provided*, *however*, that a Subdivision (or Subdivision official) that is a Prior Litigating Subdivision shall not be considered a Litigating Subdivision. Exhibit C is an agreed list of all Litigating Subdivisions. Exhibit C will be updated (including with any corrections) periodically, and a final version of Exhibit C will be attached hereto as of the Reference Date.

HH. "*National Arbitration Panel.*" The panel comprised as described in Section VI.F.2.b.

II. "*National Disputes.*" As defined in Section VI.F.2.a.

JJ. "*Net Abatement Amount.*" The Global Settlement Abatement Amount as reduced by the Tribal/W. Va. Subdivision Credit.

KK. "*Net Settlement Prepayment Amount*." As defined in Section IV.J.1.

LL. "*Non-Litigating Subdivision.*" Any Subdivision that is neither a Litigating Subdivision nor a Later Litigating Subdivision.

MM. "*Non-Participating Subdivision.*" Any Subdivision that is not a Participating Subdivision.

NN. "*Non-Party Covered Conduct Claim.*" A Claim against any Non-Released Entity involving, arising out of, or related to Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity).

OO. "*Non-Party Settlement.*" A settlement by any Releasor that settles any Non-Party Covered Conduct Claim and includes a release of any Non-Released Entity.

PP. "*Non-Released Entity*." An entity that is not a Released Entity.

QQ. "*Non-Settling State.*" Any State that is not a Settling State.

RR. "*Offset Cap.*" The per-State dollar amount which the dollar-for-dollar offset described in Section XII.A cannot exceed in a Payment Year, to be calculated by multiplying the amount of the relevant Annual Payment apportioned to the State and to its Subdivisions for that Payment Year by the percentage for the applicable Participation Tier as set forth in Exhibit D.

FINAL AGREEMENT 3.25.22

SS.  "*Opioid Remediation*."  Care, treatment, and other programs and expenditures (including reimbursement for past such programs or expenditures[1] except where this Agreement restricts the use of funds solely to future Opioid Remediation) designed to (1) address the misuse and abuse of opioid products, (2) treat or mitigate opioid use or related disorders, or (3) mitigate other alleged effects of, including on those injured as a result of, the opioid epidemic.  Exhibit E provides a non-exhaustive list of expenditures that qualify as being paid for Opioid Remediation.  Qualifying expenditures may include reasonable related administrative expenses.

TT.  "*Opioid Tax*."  Any tax, assessment, license fee, surcharge or any other fee (other than a fixed prospective excise tax or similar tax or fee that has no restriction on pass-through) imposed by a State on a Settling Distributor on the sale, transfer or distribution of opioid products; *provided*, *however*, that neither the Excise Tax on sale of Opioids, Article 20-D of New York's Tax Law nor the Opioid Stewardship Act, Article 33, Title 2-A of New York's Public Health Law shall be considered an Opioid Tax for purposes of this Agreement.

UU.  "*Overall Allocation Percentage*."  A Settling State's percentage as set forth in Exhibit F.  The aggregate Overall Allocation Percentages of all States (including Settling States and Non-Settling States) shall equal one hundred percent (100%).

VV.  "*Participating Subdivision*."  Any Subdivision that meets the requirements for becoming a Participating Subdivision under Section VII.B and Section VII.C.  Participating Subdivisions include both Initial Participating Subdivisions and Later Participating Subdivisions.

WW.  "*Participation Tier*."  The level of participation in this Agreement as determined pursuant to Section VIII.C using the criteria set forth in Exhibit H.

XX.  "*Parties*."  The Settling Distributors and the Settling States (each, a "*Party*").

YY.  "*Payment Date*."  The date on which the Settling Distributors make the Annual Payment pursuant to Section IV.B.

ZZ.  "*Payment Year*."  The calendar year during which the applicable Annual Payment is due pursuant to Section IV.B.  Payment Year 1 is 2021, Payment Year 2 is 2022 and so forth.  References to payment "*for a Payment Year*" mean the Annual Payment due during that year.  References to eligibility "*for a Payment Year*" mean eligibility in connection with the Annual Payment due during that year.

AAA.  "*Preliminary Agreement Date*."  The date on which the Settling Distributors are to inform the Settling States of their determination whether the condition in Section II.B has been satisfied.  The Preliminary Agreement Date shall be no more than fourteen (14) calendar days after the end of the notice period to States, unless it is extended by written agreement of the Settling Distributors and the Enforcement Committee.

BBB.  "*Prepayment Notice*."  As defined in Section IV.J.1.

---

[1] Reimbursement includes amounts paid to any governmental entities for past expenditures or programs.

FINAL AGREEMENT 3.25.22

CCC.   "*Primary Subdivision.*"  A Subdivision that is a General Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entities that provide municipal-type government) with population over 10,000; *provided*, *however*, that as used in connection with Incentive Payment C, the population threshold is 30,000.  Attached as Exhibit I is an agreed list of the Primary Subdivisions in each State.

DDD.   "*Prior Litigating Subdivision*" A Subdivision (or Subdivision official) that brought any Released Claim against any Released Entity prior to the Trigger Date and all such Released Claims were separately settled or finally adjudicated prior to the Trigger Date; *provided*, *however*, that if the final adjudication was pursuant to a Bar, such Subdivision shall not be considered a Prior Litigating Subdivision.  Notwithstanding the prior sentence, the Settling Distributors and the Settling State of the relevant Subdivision may agree in writing that the Subdivision shall not be considered a Prior Litigating Subdivision.

EEE.   "*Product.*"  Any chemical substance, whether used for medicinal or non-medicinal purposes, and whether natural, synthetic, or semi-synthetic, or any finished pharmaceutical product made from or with such substance, that is:  (1) an opioid or opiate, as well as any product containing any such substance; or (2) benzodiazepine, carisoprodol, or gabapentin; or (3) a combination or "cocktail" of chemical substances prescribed, sold, bought, or dispensed to be used together that includes opioids or opiates.  "Product" shall include, but is not limited to, any substance consisting of or containing buprenorphine, codeine, fentanyl, hydrocodone, hydromorphone, meperidine, methadone, morphine, oxycodone, oxymorphone, tapentadol, tramadol, opium, heroin, carfentanil, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, midazolam, carisoprodol, gabapentin, or any variant of these substances or any similar substance.  Notwithstanding the foregoing, nothing in this section prohibits a Settling State from taking administrative or regulatory action related to benzodiazepine (including, but not limited to, diazepam, estazolam, quazepam, alprazolam, clonazepam, oxazepam, flurazepam, triozolam, temazepam, and midazolam), carisoprodol, or gabapentin that is wholly independent from the use of such drugs in combination with opioids, *provided* such action does not seek money (including abatement and/or remediation) for conduct prior to the Effective Date.

FFF.   "*Reference Date.*"  The date on which the Settling Distributors are to inform the Settling States of their determination whether the condition in Section VIII has been satisfied. The Reference Date shall be no later than thirty (30) calendar days after the Initial Participation Date, unless it is extended by written agreement of the Settling Distributors and the Enforcement Committee.

GGG.   "*Released Claims.*"  Any and all Claims that directly or indirectly are based on, arise out of, or in any way relate to or concern the Covered Conduct occurring prior to the Reference Date.  Without limiting the foregoing, Released Claims include any Claims that have been asserted against a Settling Distributor by any Settling State or Litigating Subdivision in any federal, state, or local action or proceeding (whether judicial, arbitral, or administrative) based on, arising out of, or relating to, in whole or in part, the Covered Conduct, or any such Claims that could be or could have been asserted now or in the future in those actions or in any comparable action or proceeding brought by a State, Subdivision, or Releasor (whether or not

7

such State, Subdivision, or Releasor has brought such action or proceeding).  Released Claims also include all Claims asserted in any proceeding to be dismissed pursuant to this Agreement, whether or not such claims relate to Covered Conduct.  The Parties intend that this term, "Released Claims," be interpreted broadly.  This Agreement does not release Claims by private individuals.  It is the intent of the Parties that Claims by private individuals be treated in accordance with applicable law.  Released Claims is also used herein to describe claims brought by a Later Litigating Subdivision or other non-party Subdivision that would have been Released Claims if they had been brought by a Releasor against a Released Entity.

HHH.    "*Released Entities.*"  With respect to Released Claims, the Settling Distributors and (1) all past and present subsidiaries, divisions, predecessors, successors, and assigns (in each case, whether direct or indirect) of each Settling Distributor; (2) all past and present subsidiaries and divisions (in each case, whether direct or indirect) of any entity described in subsection (1); (3) the respective past and present officers, directors, members, trustees, and employees of any of the foregoing (each for actions that occurred during and related to their work for, or employment with, any of the Settling Distributors or the foregoing entities); (4) all past and present joint ventures (whether direct or indirect) of each Settling Distributor or its subsidiaries, including in any Settling Distributor or subsidiary's capacity as a participating member in such joint venture; (5) all direct or indirect parents and shareholders of the Settling Distributors (solely in their capacity as parents or shareholders of the applicable Settling Distributor with respect to Covered Conduct); and (6) any insurer of any Settling Distributor or any person or entity otherwise described in subsections (1)-(5) (solely in its role as insurer of such person or entity and subject to the last sentence of Section XI.C).  Any person or entity described in subsections (3)-(6) shall be a Released Entity solely in the capacity described in such clause and shall not be a Released Entity with respect to its conduct in any other capacity.  For the avoidance of doubt, CVS Health Corp., Walgreens Boots Alliance, Inc., and Walmart Inc. (collectively, the "*Pharmacies*") are not Released Entities, nor are their direct or indirect past or present subsidiaries, divisions, predecessors, successors, assigns, joint ventures, shareholders, officers, directors, members, trustees, or employees (shareholders, officers, directors, members, trustees, and employees for actions related to their work for, employment with, or involvement with the Pharmacies) Released Entities.  Notwithstanding the prior sentence, any joint venture or past or present subsidiary of a Settling Distributor is a Released Entity, including any joint venture between a Settling Distributor or any Settling Distributor's subsidiary and a Pharmacy (or any subsidiary of a Pharmacy); *provided*, *however*, that any joint venture partner of a Settling Distributor or a Settling Distributor's subsidiary is not a Released Entity unless it falls within subsections (1)-(6) above.  Lists of Settling Distributors' subsidiaries, joint ventures, and predecessor entities are appended to this Agreement as Exhibit J.  With respect to joint ventures (including predecessor entities), only entities listed on Exhibit J are Released Entities.  With respect to wholly-owned subsidiaries (including predecessor entities), Exhibit J represents a good faith effort by the Settling Distributors to list all such entities, but any and all wholly-owned subsidiaries (including predecessor entities) of any Settling Distributor are Released Entities, whether or not they are listed on Exhibit J.  For the avoidance of doubt, any entity acquired, or joint venture entered into, by a Settling Distributor after the Reference Date is not a Released Entity.

III.    "*Releasors*."  With respect to Released Claims, (1) each Settling State; (2) each Participating Subdivision; and (3) without limitation and to the maximum extent of the

power of each Settling State's Attorney General and/or Participating Subdivision to release Claims, (a) the Settling State's and Participating Subdivision's departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind and attorneys, including its Attorney General, and any person in his or her official capacity whether elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, and other Special Districts in a Settling State, and (c) any person or entity acting in a *parens patriae*, sovereign, quasi-sovereign, private attorney general, *qui tam*, taxpayer, or other capacity seeking relief on behalf of or generally applicable to the general public with respect to a Settling State or Subdivision in a Settling State, whether or not any of them participate in this Agreement.  The inclusion of a specific reference to a type of entity in this definition shall not be construed as meaning that the entity is not a Subdivision.  Each Settling State's Attorney General represents that he or she has or has obtained (or will obtain no later than the Initial Participation Date) the authority set forth in Section XI.G.  In addition to being a Releasor as provided herein, a Participating Subdivision shall also provide the Subdivision Settlement Participation Form referenced in Section VII providing for a release to the fullest extent of the Participating Subdivision's authority.

JJJ. "*Revocation Event*."  With respect to a Bar, Settlement Class Resolution, or Case-Specific Resolution, a revocation, rescission, reversal, overruling, or interpretation that in any way limits the effect of such Bar, Settlement Class Resolution, or Case-Specific Resolution on Released Claims, or any other action or event that otherwise deprives the Bar, Settlement Class Resolution, or Case-Specific Resolution of force or effect in any material respect.

KKK. "*Settlement Class Resolution.*"  A class action resolution in a court of competent jurisdiction in a Settling State (that is not successfully removed to federal court) with respect to a class of Subdivisions in that State that (1) conforms with that Settling State's statutes, case law, and rules of procedure regarding class actions; (2) is approved and entered as an order of a court of competent jurisdiction in that State and such order has become a Final Order; (3) is binding on all Non-Participating Subdivisions in that State (other than opt outs as permitted under the next sentence); (4) provides that all such Non-Participating Subdivisions may not bring any Released Claims against any Released Entities, whether on the ground of this Agreement (or the releases herein) or otherwise; and (5) does not impose any costs or obligations on Settling Distributors other than those provided for in this Agreement, or contain any provision inconsistent with any provision of this Agreement.  If applicable state law requires that opt-out rights be afforded to members of the class, a class action resolution otherwise meeting the foregoing requirements shall qualify as a Settlement Class Resolution unless Subdivisions collectively representing more than one percent (1%) of the total population of that State opt out. In seeking certification of any Settlement Class, the applicable State and Participating Subdivisions shall make clear that certification is sought solely for settlement purposes and shall have no applicability beyond approval of the settlement for which certification is sought. Nothing in this Agreement constitutes an admission by any Party that class certification would be appropriate for litigation purposes in any case or for purposes unrelated to this Agreement.

LLL. "*Settlement Fund*."  The interest-bearing fund established pursuant to this Agreement into which the Annual Payments are made under Section IV.

MMM.    "*Settlement Fund Administrator.*"  The entity that annually determines the Annual Payment (including calculating Incentive Payments pursuant to Section IV and any amounts subject to suspension, offset, or reduction pursuant to Section XII and Section XIII), annually determines the Participation Tier pursuant to Section VIII.C, administers the Settlement Fund, and distributes amounts into the Abatement Accounts Fund, State Fund, and Subdivision Fund pursuant to this Agreement.  The duties of the Settlement Fund Administrator shall be governed by this Agreement.  Prior to the Initial Participation Date, the Settling Distributors and the Enforcement Committee shall agree to selection and removal processes for and the identity of the Settlement Fund Administrator, and a detailed description of the Settlement Fund Administrator's duties and responsibilities, including a detailed mechanism for paying the Settlement Fund Administrator's fees and costs, all of which shall be appended to the Agreement as Exhibit L.

NNN.    "*Settlement Fund Escrow.*"  The interest-bearing escrow fund established pursuant to this Agreement to hold disputed or suspended payments made under this Agreement, and to hold the first Annual Payment until the Effective Date.

OOO.    "*Settlement Payment Schedule*."  The schedule attached to this Agreement as Exhibit M.

PPP.    "*Settlement Prepayment.*"  As defined in Section IV.J.1.

QQQ.    "*Settlement Prepayment Reduction Schedule.*"  As defined in Section IV.J.1.

RRR.    "*Settling Distributors.*"  McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (each, a "*Settling Distributor*").

SSS.    "*Settling State.*"  A State that has entered into this Agreement with all Settling Distributors and delivers executed releases in accordance with Section VIII.A.

TTT.    "*State*."  With the exception of West Virginia, which has addressed its claims separately and is excluded from participation in this Agreement, the states, commonwealths, and territories of the United States of America, as well as the District of Columbia.  The 55 States are listed in Exhibit F.  Additionally, the use of non-capitalized "state" to describe something (*e.g.*, "state court") shall also be read to include parallel entities in commonwealths, territories, and the District of Columbia (*e.g.*, "territorial court").

UUU.    "*State Fund.*"  The component of the Settlement Fund described in Section V.C.

VVV.    "*State-Subdivision Agreement*."  An agreement that a Settling State reaches with the Subdivisions in that State regarding the allocation, distribution, and/or use of funds allocated to that State and to its Subdivisions.  A State-Subdivision Agreement shall be effective if approved pursuant to the provisions of Exhibit O or if adopted by statute.  Preexisting agreements addressing funds other than those allocated pursuant to this Agreement shall qualify if the approval requirements of Exhibit O are met.  A State and its Subdivisions may revise a State-Subdivision Agreement if approved pursuant to the provisions of Exhibit O, or if such revision is adopted by statute.

WWW.     "*Statutory Trust*."  A trust fund established by state law to receive funds allocated to a Settling State's Abatement Accounts Fund and restrict any expenditures made using funds from such Settling State's Abatement Accounts Fund to Opioid Remediation, subject to reasonable administrative expenses.  A State may give a Statutory Trust authority to allocate one (1) or more of the three (3) types of funds comprising such State's Settlement Fund, but this is not required.

XXX.     "*Subdivision*."  Any (1) General Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entities that provide municipal-type government), School District, or Special District within a State, and (2) any other subdivision or subdivision official or sub-entity of or located within a State (whether political, geographical or otherwise, whether functioning or non-functioning, regardless of population overlap, and including, but not limited to, Nonfunctioning Governmental Units and public institutions) that has filed a lawsuit that includes a Released Claim against a Released Entity in a direct, *parens patriae*, or any other capacity.  "General Purpose Government," "School District," and "Special District" shall correspond to the "five basic types of local governments" recognized by the U.S. Census Bureau and match the 2017 list of Governmental Units.[2]  The three (3) General Purpose Governments are county, municipal, and township governments; the two (2) special purpose governments are School Districts and Special Districts.[3]  "Fire District," "Health District," "Hospital District," and "Library District" shall correspond to categories of Special Districts recognized by the U.S. Census Bureau.[4]  References to a State's Subdivisions or to a Subdivision "in," "of," or "within" a State include Subdivisions located within the State even if they are not formally or legally a sub-entity of the State; *provided*, *however*, that a "Health District" that includes any of the following words or phrases in its name shall not be considered a Subdivision:  mosquito, pest, insect, spray, vector, animal, air quality, air pollution, clean air, coastal water, tuberculosis, and sanitary.

YYY.     "*Subdivision Allocation Percentage*."  The portion of a Settling State's Subdivision Fund set forth in Exhibit G that a Subdivision will receive pursuant to Section V.C or Section V.D if it becomes a Participating Subdivision.  The aggregate Subdivision Allocation Percentage of all Subdivisions receiving a Subdivision Allocation Percentage in each State shall equal one hundred percent (100%).  Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement,

---

[2] https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html

[3] *E.g.*, U.S. Census Bureau, "Technical Documentation:  2017 Public Use Files for State and Local Government Organization" at 7 (noting that "the Census Bureau recognizes five basic types of local governments," that three of those are "general purpose governments" (county governments, municipal governments, and township governments), and that the other two are "school district and special district governments"), https://www2.census.gov/programs-surveys/gus/datasets/2017/2017_gov_org_meth_tech_doc.pdf.

[4] A list of 2017 Government Units provided by the Census Bureau identifies 38,542 Special Districts and categorizes them by "FUNCTION_NAME."  "Govt_Units_2017_Final" spreadsheet, "Special District" sheet, included in "Independent Governments - list of governments with reference information," https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html.  As used herein, "Fire District" corresponds to Special District function name "24 – Local Fire Protection," "Health District" corresponds to Special District function name "32 – Health," "Hospital District" corresponds to Special District function name "40 – Hospitals," and "Library District" corresponds to Special District function name "52 – Libraries."  *See id.*

FINAL AGREEMENT 3.25.22

Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u>) that addresses allocation from the Subdivision Fund, or upon any, whether before or after the Initial Participation Date, <u>Exhibit G</u> will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u>.  The Subdivision Allocation Percentages contained in <u>Exhibit G</u> may not change once notice is distributed pursuant to <u>Section VII.A</u>, except upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u> (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by <u>Section V.D.3</u>) that addresses allocation from the Subdivision Fund.  For the avoidance of doubt, no Subdivision not listed on <u>Exhibit G</u> shall receive an allocation from the Subdivision Fund and no provision of this Agreement shall be interpreted to create such an entitlement.

ZZZ.    "*Subdivision Fund.*"  The component of the Settlement Fund described in <u>Section V.C</u>.

AAAA.    "*Subdivision Settlement Participation Form.*"  The form attached as <u>Exhibit K</u> that Participating Subdivisions must execute and return to the Settlement Fund Administrator.

BBBB.    "*Suspension Amount.*"  The amount calculated as follows:  the per capita amount corresponding to the applicable Participation Tier as set forth in <u>Exhibit D</u> multiplied by the population of the Later Litigating Subdivision.

CCCC.    "*Suspension Cap.*"  The amount calculated as follows:  the suspension percentage corresponding to the applicable Participation Tier as set forth in <u>Exhibit D</u> multiplied by the amount of the relevant Annual Payment apportioned to the State of the Later Litigating Subdivision and to Subdivisions in that State in each year of the suspension.

DDDD.    "*Suspension Deadline*."  With respect to a lawsuit filed by a Later Litigating Subdivision asserting a Released Claim, the deadline set forth in <u>Exhibit D</u> corresponding to the applicable Participation Tier.

EEEE.    "*Threshold Motion.*"  A motion to dismiss or equivalent dispositive motion made at the outset of litigation under applicable procedure.  A Threshold Motion must include as potential grounds for dismissal any applicable Bar or the relevant release by a Settling State or Participating Subdivision provided under this Agreement and, where appropriate under applicable law, any applicable limitations defense.

FFFF.    "*Tribal/W. Va. Subdivision Credit*."  The Tribal/W. Va. Subdivision Credit shall equal 2.58% of the Global Settlement Abatement Amount.

GGGG.    "*Trigger Date*."  In the case of a Primary Subdivision, the Reference Date.  In the case of all other Subdivisions, the Preliminary Agreement Date.

## II.     Participation by States and Condition to Preliminary Agreement

A.      *Notice to States*.  On July 22, 2021 this Agreement shall be distributed to all States.  The States' Attorneys General shall then have a period of thirty (30) calendar days to decide whether to become Settling States.  States that determine to become Settling States shall so notify the National Association of Attorneys General and Settling Distributors and shall further commit to obtaining any necessary additional State releases prior to the Reference Date. This notice period may be extended by written agreement of the Settling Distributors and the Enforcement Committee.

B.      *Condition to Preliminary Agreement*.  Following the notice period set forth in Section II.A above, the Settling Distributors shall determine on or before the Preliminary Agreement Date whether, in their sole discretion, enough States have agreed to become Settling States to proceed with notice to Subdivisions as set forth in Section VII below.  If the Settling Distributors determine that this condition has been satisfied, and that notice to the Litigating Subdivisions should proceed, they will so notify the Settling States by providing notice to the Enforcement Committee and Settlement Fund Administrator on the Preliminary Agreement Date.  If the Settling Distributors determine that this condition has not been satisfied, they will so notify the Settling States by providing notice to the Enforcement Committee and Settlement Fund Administrator, and this Agreement will have no further effect and all releases and other commitments or obligations contained herein will be void.

C.      *Later Joinder by States*.  After the Preliminary Agreement Date, a State may only become a Settling State with the consent of the Settling Distributors, in their sole discretion.  If a State becomes a Settling State more than sixty (60) calendar days after the Preliminary Agreement Date, but on or before January 1, 2022, the Subdivisions in that State that become Participating Subdivisions within ninety (90) calendar days of the State becoming a Settling State shall be considered Initial Participating Subdvisions.  A State may not become a Settling State after January 1, 2022.

D.      *Litigation Activity*.  Following the Preliminary Agreement Date, States that determine to become Settling States shall make best efforts to cease litigation activity against Settling Distributors, including by jointly seeking stays or severance of claim against the Settling Distributors, where feasible, and otherwise to minimize such activity by means of agreed deadline extensions and agreed postponement of depositions, document productions, and motion practice if a motion to stay or sever is not feasible or is denied.

## III.     Injunctive Relief

A.      *Injunctive Relief*.  As part of the Consent Judgment, the Parties agree to the entry of the injunctive relief terms attached in Exhibit P.

## IV.     Settlement Payments

A.      *Settlement Fund*.  All payments under this Section IV shall be made into the Settlement Fund, except that, where specified, they shall be made into the Settlement Fund Escrow.  The Settlement Fund shall be allocated and used only as specified in Section V.

FINAL AGREEMENT 3.25.22

B.     *Annual Payments*.  The Settling Distributors shall make eighteen (18) Annual Payments, each comprised of base and incentive payments as provided in this Section IV, as well as fifty percent (50%) of the amount of any Settlement Fund Administrator costs and fees that exceed the available interest accrued in the Settlement Fund as provided in Section V.C.5, and as determined by the Settlement Fund Administrator as set forth in this Agreement.

1.     All data relevant to the determination of the Annual Payment and allocations to Settling States and their Participating Subdivisions listed on Exhibit G shall be submitted to the Settlement Fund Administrator no later than sixty (60) calendar days prior to the Payment Date for each Annual Payment.  The Settlement Fund Administrator shall then determine the Annual Payment, the amount to be paid to each Settling State and its Participating Subdivisions included on Exhibit G, and the amount of any Settlement Fund Administrator costs and fees, all consistent with the provisions in Exhibit L, by:

a.     determining, for each Settling State, the amount of base and incentive payments to which the State is entitled by applying the criteria under Section IV.D, Section IV.E, and Section IV.F;

b.     applying any suspensions, offsets, or reductions as specified under Section IV, Section XII, and Section XIII;

c.     applying any adjustment required as a result of prepayment or significant financial constraint, as specified under Section IV.J and Section IV.K;

d.     determining the amount of any Settlement Fund Administrator costs and fees that exceed the available interest accrued in the Settlement Fund, as well as the amounts, if any, of such costs and fees owed by Settling Distributors and out of the Settlement Fund pursuant to Section V.C.5;

e.     determining the total amount owed by Settling Distributors (including any amounts to be held in the Settlement Fund Escrow pending resolution of a case by a Later Litigating Subdivision as described in Section XII) to all Settling States and the Participating Subdivisions listed on Exhibit G; and

f.     the Settlement Fund Administrator shall then allocate, after subtracting the portion of any Settlement Fund Administrator costs and fees owed out of funds from the Settlement Fund pursuant to Section V.C.5, the Annual Payment pursuant to Section V.C and Section V.D among the Settling States, among the separate types of funds for each Settling State (if applicable), and among the Participating Subdivisions listed on Exhibit G.

2.     The Settlement Fund Administrator shall also apply the allocation percentages set forth in Section IV.I and determine for each Settling Distributor the amount of its allocable share of the Annual Payment.  For the avoidance of doubt, each Settling Distributor's liability for its share of the Annual Payment is several, and not joint.

FINAL AGREEMENT 3.25.22

3.      As soon as possible, but no later than fifty (50) calendar days prior to the Payment Date for each Annual Payment and following the determination described in Section IV.B.1 and Section IV.B.2, the Settlement Fund Administrator shall give notice to the Settling Distributors, the Settling States, and the Enforcement Committee of the amount of the Annual Payment (including the amount of the Settlement Fund to be allocated to the Settlement Fund Administrator in costs and fees pursuant to Section V.C.5), the amount to be received by each Settling State, the amount to be received by the separate types of funds for each Settling State (if applicable), and the amount to be received by each Settling State's Participating Subdivisions listed on Exhibit G.  The Settlement Fund Administrator shall also give notice to each Settling Distributor of the amount of its allocable share of the Annual Payment, including its allocable share of the amount of any Settlement Fund Administrator costs and fees that exceed the available interest accrued in the Settlement Fund pursuant to Section V.C.5.

4.      Within twenty-one (21) calendar days of the notice provided by the Settlement Fund Administrator, any party may dispute, in writing, the calculation of the Annual Payment (including the amount allocated for Settlement Fund Administrator costs and fees), or the amount to be received by a Settling State and/or its Participating Subdivisions listed on Exhibit G.  Such disputing party must provide a written notice of dispute to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State, and the Settling Distributors identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) affected.

5.      Within twenty-one (21) calendar days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrator, the Enforcement Committee, any affected Settling State, and the Settling Distributors identifying the basis for disagreement with the notice of dispute.

6.      If no response is filed, the Settlement Fund Administrator shall adjust the amount calculated consistent with the written notice of dispute, and each Settling Distributor shall pay its allocable share of the adjusted amount, collectively totaling that year's Annual Payment, on the Payment Date.  If a written response to the written notice of dispute is timely sent to the Settlement Fund Administrator, the Settlement Fund Administrator shall notify the Settling Distributors of the preliminary amount to be paid, which shall be the greater of the amount originally calculated by the Settling Administrator or the amount that would be consistent with the notice of dispute, *provided*, *however*, that in no circumstances shall the preliminary amount to be paid be higher than the maximum amount of Base and Incentive Payments A and D for that Payment Year as set forth on Exhibit M.  For the avoidance of doubt, a transfer of suspended payments from the Settlement Fund Escrow pursuant to Section XII.A.2 does not count toward determining whether the amount to be paid is higher than the maximum amount of Base and Incentive Payments A and D for that Payment Year as set forth on Exhibit M.

7.      The Settlement Fund Administrator shall place any disputed amount of the preliminary amount paid by the Settling Distributors into the Settlement Fund Escrow and shall disburse any undisputed amount to each Settling State and its Participating

FINAL AGREEMENT 3.25.22

Subdivisions listed on Exhibit G within fifteen (15) calendar days of the Payment Date or at such later time as directed by each Settling State.

8.      Disputes described in this subsection shall be resolved in accordance with the terms of Section VI.F.

9.      For the avoidance of doubt, no Subdivision not listed on Exhibit G shall receive an allocation from the Subdivision Fund and no provision of this Agreement shall be interpreted to create such an entitlement.

C.      *Procedure for Annual Payment in Payment Years 1 and 2.*  The process described in Section IV.B shall not apply to Payment Years 1 and 2.  The procedure in lieu of Section IV.B.1 for Payment Years 1 and 2 is as set forth below:

1.      The Payment Date for Payment Year 1 is September 30, 2021.  *Provided* that the condition set forth in Section II.B has been satisfied, on or before such date, the Settling Distributors shall pay into the Settlement Fund Escrow the total amount of the base payment, Incentive Payment A for the Settling States (the amount specified in Exhibit M for Payment Year 1 reduced by the allocable share of any Non-Settling States), and the Settling Distributors' allocable share of the amount of any Settlement Fund Administrator costs and fees that exceed the available interest accrued in the Settlement Fund pursuant to Section V.C.5.  In the event that, in accordance with the terms of Section VIII.A, the Settling Distributors determine not to proceed with the Settlement, or the Settlement does not become effective for any other reason, the funds held in the Settlement Fund Escrow shall immediately revert to the Settling Distributors.  If the condition set forth in Section VIII.A is met, the Settlement Fund Administrator shall allocate the Annual Payment, after subtracting the portion of Settlement Fund Administrator costs and fees owed out of funds from the Settlement Fund pursuant to Section V.C.5, pursuant to Section V.C and Section V.D among the Settling States and their Participating Subdivisions listed on Exhibit G.  The portion of any Settlement Fund Administrator costs and fees owed out of funds from the Settlement Fund pursuant to Section V.C.5 shall be available to the Settlement Fund Administrator for the payment of such costs and fees immediately.  The remainder of the Annual Payment for Payment Year 1 shall be transferred by the Settlement Fund Administrator on the Effective Date from the Settlement Fund Escrow to the Settlement Fund and then to each Settling State and to its Initial Participating Subdivisions included on Exhibit G; *provided*, *however*, that for any Settling State where the Consent Judgment has not been entered as of the Effective Date, the funds allocable to that Settling State and its Participating Subdivisions included on Exhibit G shall not be transferred from the Settlement Fund Escrow or disbursed until ten (10) calendar days after the entry of the Consent Judgment in that State; and, *provided*, *further*, the Settlement Fund Administrator shall leave in the Settlement Fund Escrow funds allocated to Subdivisions included on Exhibit G that are not Initial Participating Subdivisions.  Should such a Subdivision become a Participating Subdivision between the Initial Participation Date and the Effective Date, the allocation for such Participating Subdivision shall be transferred to the Settlement Fund and paid to the Participating Subdivision at the same time as Initial Participating Subdivisions in that State are paid.

FINAL AGREEMENT 3.25.22

2.      The Payment Date for Payment Year 2 is July 15, 2022.  On or before such date, the Settling Distributors shall pay into the Settlement Fund the total amount of the base payment, Incentive Payment A for the Settling States (the amount specified in Exhibit M for Payment Year 2 reduced by the allocable share of any Non-Settling States), and the Settling Distributors' allocable share of the amount of any Settlement Fund Administrator costs and fees that exceed the available interest accrued in the Settlement Fund pursuant to Section V.C.5.  The portion of any Settlement Fund Administrator costs and fees owed out of funds from the Settlement Fund pursuant to Section V.C.5 shall be available to the Settlement Fund Administrator for the payment of such costs and fees immediately.  The Settlement Fund Administrator shall disburse the remaining amounts to each Settling State and to its Participating Subdivisions included on Exhibit G within fifteen (15) calendar days of the Payment Date or at such later time as directed by each Settling State.  If a Settling State enacts a legislative Bar after the Initial Participation Date, but before July 15, 2022, a Subdivision that meets the requirements for becoming a Participating Subdivision under Section VII prior to July 15, 2022 (but was not an Initial Participating Subdivision) shall be eligible to receive its allocated share (if any) for Payment Year 2, and it shall also receive any amounts allocated to it for Payment Year 1 from the Settlement Fund Escrow.

3.      Any amounts remaining in the Settlement Fund Escrow for allocations to Subdivisions listed on Exhibit G that have not become Participating Subdivisions after all payments for Payment Year 2 are disbursed shall be transferred to the Settlement Fund and disbursed to the appropriate sub-funds in each Settling State pursuant to Section V.D.5.

4.       Any disputes as to the allocation of the Annual Payments in Payment Years 1 and 2 shall be resolved pursuant to the process set forth in Section IV.B.3 through Section IV.B.8, except that in Payment Year 1, the Settlement Fund Administrator shall have until ten (10) calendar days after the Initial Participation Date to give notice of the amount to be received by each Settling State, the amount to be received by the separate types of funds for each Settling State (if applicable), and the amount to be received by each Initial Participating Subdivision in the Settling States that is listed on Exhibit G.

D.      *Payment Date for Subsequent Payment Years*.  The Payment Date for Payment Year 3 and successive Payment Years is July 15 of the third and successive years and the Annual Payment shall be made pursuant to the process set forth in Section IV.B, except that, with respect to Payment Year 3, Settling States shall have up to the Payment Date to become eligible for Incentive Payment A and thus avoid the reductions set forth in Section XIII.  If a Settling State enacts a Bar less than sixty (60) calendar days before the Payment Date for Payment Year 3, each Settling Distributor shall pay, within thirty (30) calendar days of the Payment Year 3 Payment Date, its allocable share, pursuant to Section IV.I, of the difference between the Annual Payment as calculated by the Settlement Fund Administrator and the amount that would have been owed had the Settlement Fund Administrator taken the Bar into account.

E.      *Base Payments*.  Subject to the suspension, reduction, and offset provisions set forth in Section XII and Section XIII, the Settling Distributors shall collectively make base

FINAL AGREEMENT 3.25.22

payments equal to fifty-five percent (55%) of the Net Abatement Amount multiplied by the aggregate Overall Allocation Percentage of the Settling States.  These payments will be due in installments consistent with <u>Exhibit M</u> over the eighteen (18) Payment Years and as adjusted by the Settlement Fund Administrator pursuant to the provisions in <u>Section IV</u>, <u>Section XII</u>, and <u>Section XIII</u>.

      F.     *Incentive Payments.*  Subject to the suspension, offset, and reduction provisions set forth in <u>Section XII</u> and <u>Section XIII</u>, the Settling Distributors shall collectively make potential additional incentive payments totaling up to a maximum of forty-five percent (45%) of the Net Abatement Amount multiplied by the aggregate Overall Allocation Percentage of the Settling States, with the actual amount depending on whether and the extent to which the criteria set forth below are met in each Settling State.  The incentive payments shall be divided among four (4) categories, referred to as Incentive Payments A-D.  Incentive Payments A-C will be due in installments over the eighteen (18) Payment Years, and Incentive Payment D will be due in installments over thirteen (13) years beginning with Payment Year 6.  The total amount of incentive payments in an Annual Payment shall be the sum of the incentive payments for which individual Settling States are eligible for that Payment Year under the criteria set forth below.  The incentive payments shall be made with respect to a specific Settling State based on its eligibility for that year under the criteria set forth below.

      1.    <u>Incentive Payment A</u>.  Incentive Payment A shall be equal to forty percent (40%) of the Net Abatement Amount multiplied by the aggregate Overall Allocation Percentage of the Settling States, provided all Settling States satisfy the requirements of Incentive Payment A.  Incentive Payment A will be due to a Settling State as part of the Annual Payment in each of the eighteen (18) Payment Years that a Settling State is eligible for Incentive Payment A and shall equal a total potential maximum of $7,421,605,477 if all States are eligible for all eighteen (18) Payment Years.  Each Settling State's share of Incentive Payment A in a given year, *provided* that Settling State is eligible, shall equal the total maximum amount available for Incentive Payment A for that year as reflected in <u>Exhibit M</u> times the Settling State's Overall Allocation Percentage.  Eligibility for Incentive Payment A is as follows:

      a.    For the Payment Years 1 and 2, all Settling States are deemed eligible for Incentive Payment A.

      b.    For each Payment Year other than Payment Years 1 and 2, a Settling State is eligible for Incentive Payment A if, as of sixty (60) calendar days prior to the Payment Date (except that in Payment Year 3, this date is as of the Payment Date), (i) there is a Bar in that State in full force and effect, (ii) there is a Settlement Class Resolution in that State in full force and effect, (iii) the Released Claims of all of the following entities are released through the execution of Subdivision Settlement Participation Forms, or there is a Case-Specific Resolution against such entities:  all Primary Subdivisions, Litigating Subdivisions, School Districts with a K-12 student enrollment of at least 25,000 or .10% of a State's population, whichever is greater, and Health Districts and Hospital Districts that have at least one hundred twenty-five (125) hospital beds in one or more hospitals rendering services in that district; or (iv) a combination of

FINAL AGREEMENT 3.25.22

the actions in clauses (i)-(iii) has achieved the same level of resolution of Claims by Subdivisions (*e.g.*, a Bar against future litigation combined with full joinder by Litigating Subdivisions). For the avoidance of doubt, subsection (iv) cannot be satisfied unless all Litigating Subdivisions are Participating Subdivisions or there is a Case-Specific Resolution against any such Subdivisions that are not Participating Subdivisions. The Settling Distributors and the Enforcement Committee shall meet and confer in order to agree on data sources for purposes of this Section prior to the Preliminary Agreement Date.

c.      Notwithstanding Section IV.F.1.b, for each Payment Year other than Payment Years 1 and 2, a Settling State that is not eligible for Incentive Payment A as of the Incentive Payment Final Eligibility Date shall not be eligible for Incentive Payment A for that Payment Year or any subsequent Payment Years.

d.      If the Settling Distributors made a payment under Incentive Payment A solely on the basis of a Bar or Settlement Class Resolution in a Settling State and that Bar or Settlement Class Resolution is subsequently removed, revoked, rescinded, reversed, overruled, interpreted in a manner to limit the scope of the release, or otherwise deprived of force or effect in any material respect, that Settling State shall not be eligible for Incentive Payment A thereafter, unless the State requalifies for Incentive Payment A through any method pursuant to Section IV.F.1.b, in which case the Settling State shall be eligible for Incentive Payment A less any litigation fees and costs incurred by Settling Distributor in the interim, except that, if the re-imposition occurs after the completion of opening statements in a trial involving a Released Claim, the Settling State shall not be eligible for Incentive Payment A (unless this exception is waived by the Settling Distributors).

e.      In determining the amount of Incentive Payment A that Settling Distributors will pay in a Payment Year and each Settling State's share, if any, of Incentive Payment A for that Payment Year, the Settlement Fund Administrator shall: (i) identify all Settling States that are eligible for Incentive Payment A; (ii) multiply the Overall Allocation Percentage for each such eligible Settling State by the maximum amount that Settling Distributors could owe with respect to Incentive Payment A for that Payment Year as listed on Exhibit M. The amount calculated in (ii) shall be the amount allocated to a Settling State eligible for Incentive Payment A for that Payment Year and the aggregate of each such amount for Settling States eligible for Incentive Payment A shall be the amount of Incentive Payment A Settling Distributors are obligated to pay in that Payment Year, all such amounts subject to the suspension, offset, and reduction provisions in Section XII and Section XIII.

2.      Incentive Payment B. Incentive Payment B shall be available to Settling States that are not eligible for Incentive Payment A for the applicable Payment Year. Incentive Payment B shall be equal to up to twenty-five percent (25%) of the Net Abatement Amount multiplied by the aggregate Overall Allocation Percentage of the

FINAL AGREEMENT 3.25.22

Settling States.  Incentive Payment B will be due to a Settling State as part of the Annual Payment in each of the eighteen (18) Payment Years that a Settling State is eligible for Incentive Payment B and equal a total potential maximum of $4,638,503,423 if all States are eligible for all eighteen (18) Payment Years.  Each Settling State's maximum share of Incentive Payment B in a given year shall equal the total maximum amount available for Incentive Payment B for that year as reflected in <u>Exhibit M</u> times the Settling State's Overall Allocation Percentage.  Eligibility for Incentive Payment B is as follows:

a.    A Settling State is not eligible for Incentive Payment B for a Payment Year for which it is eligible for Incentive Payment A.

b.    Subject to <u>Section IV.F.2.a</u>, the amount of Incentive Payment B for which a Settling State is eligible in a Payment Year shall be a percentage of that State's maximum share of Incentive Payment B based on the extent to which (A) Litigating Subdivisions in the State are Participating Subdivisions or (B) there is a Case-Specific Resolution against Litigating Subdivisions in the State, collectively, "*Incentive B Eligible Subdivisions*."  The percentage of the State's maximum share of Incentive Payment B that the State is eligible for in a Payment Year shall be determined according to the table below:

| Percentage of Litigating Subdivision Population that is Incentive B Eligible Subdivision Population[5] | Incentive Payment B Eligibility Percentage |
|---|---|
| Up to 85% | 0% |
| 85%+ | 30% |
| 86+ | 40% |
| 91+ | 50% |
| 95+ | 60% |
| 99+ | 95% |
| 100% | 100% |

---

[5] The "Percentage of Litigating Subdivision Population that is Incentive B Eligible Subdivision Population" shall be determined by the aggregate population of the Settling State's Litigating Subdivisions that are Incentive B Eligible Subdivisions divided by the aggregate population of the Settling State's Litigating Subdivisions.  In calculating the Settling State's population that resides in Litigating Subdivisions, (a) the population of the Settling State's Litigating Subdivisions shall be the sum of the population of all Litigating Subdivisions in the Settling State, notwithstanding that persons may be included within the population of more than one Litigating Subdivision, and (b) the population that resides in Incentive B Eligible Subdivisions shall be the sum of the population of the Incentive B Eligible Subdivisions, notwithstanding that persons may be included within the population of more than one Incentive B Eligible Subdivision.  An individual Litigating Subdivision shall not be included more than once in the numerator, and shall not be included more than once in the denominator, of the calculation regardless if it (or any of its officials) is named as multiple plaintiffs in the same lawsuit; *provided*, *however*, that for the avoidance of doubt, no Litigating Subdivision will be excluded from the numerator or denominator under this sentence unless a Litigating Subdivision otherwise counted in the denominator has the authority to release the Claims (consistent with <u>Section XI</u>) of the Litigating Subdivision to be excluded.  For the avoidance of doubt, a Settling State in which the population that resides in Incentive B Eligible Subdivisions is less than eighty-five percent (85%) of the population of Litigating Subdivisions shall not be eligible for any portion of Incentive Payment B.

     c.      In determining the amount that Settling Distributors will pay in a Payment Year under Incentive Payment B and each Settling State's share of Incentive Payment B for that Payment Year, the Settlement Fund Administrator shall:  (i) identify all States that are eligible for Incentive Payment B because they are ineligible for Incentive Payment A; (ii) determine the Incentive Payment B eligibility percentage for each such Settling State; (iii) multiply the Incentive Payment B eligibility percentage for each such State by the Overall Allocation Percentage of that State; (iv) multiply the product from (iii) by the maximum amount that Settling Distributors could owe under Incentive Payment B for that Payment Year from Exhibit M.  The amount calculated in (iv) shall be the amount allocated to a Settling State eligible for Incentive Payment B for that Payment Year, and the aggregate of such amounts for Settling States eligible for Incentive Payment B shall be the amount paid for that Payment Year by Settling Distributors with respect to Incentive Payment B, all such amounts subject to the suspension, offset, and reduction provisions in Section XII and Section XIII.  If there are no Litigating Subdivisions in a Settling State, and that Settling State is otherwise eligible for Incentive Payment B, that Settling State will receive its full allocable share of Incentive Payment B.

     d.      A Settling State's eligibility for Incentive Payment B for a Payment Year shall be determined as of sixty (60) calendar days prior to the Payment Date for that Payment Year; *provided* that the percentage of Incentive Payment B for which a Settling State is eligible as of the Incentive Payment Final Eligibility Date shall cap its eligibility for that Payment Year and all subsequent Payment Years.

     3.      Incentive Payment C.  Incentive Payment C shall be available to Settling States that are not eligible for Incentive Payment A for a Payment Year, including to Settling States that are also eligible for Incentive Payment B.  Incentive Payment C shall be equal to up to fifteen percent (15%) of the Net Abatement Amount multiplied by the aggregate Overall Allocation Percentage of the Settling States.  Incentive Payment C will be due to a Settling State as part of the Annual Payment in each of the eighteen (18) Payment Years that a Settling State is eligible for Incentive Payment C and equal a total potential maximum of $2,783,102,054 if all States are eligible for all eighteen (18) Payment Years.  Each Settling State's maximum share of Incentive Payment C in a given year shall equal the total maximum amount available for Incentive Payment C for that year as reflected in Exhibit M multiplied by the Settling State's Overall Allocation Percentage.  Eligibility for Incentive Payment C is as follows:

     a.      A Settling State is not eligible for Incentive Payment C for a Payment Year in which it is eligible for Incentive Payment A.

     b.      Subject to Section IV.F.3.a, the amount of Incentive Payment C for which a Settling State is eligible in a Payment Year shall be a percentage of the State's maximum share of Incentive Payment C based on the extent to which (A) Non-Litigating Subdivisions that are Primary Subdivisions with a population

21

FINAL AGREEMENT 3.25.22

over 30,000 and Litigating Subdivisions in the State are Participating
Subdivisions or (B) there is a Case-Specific Resolution against Non-Litigating
Subdivisions that are Primary Subdivisions with a population over 30,000 and
Litigating Subdivisions in the State, collectively, "*Incentive C Eligible
Subdivisions*." The percentage of the State's maximum share of Incentive
Payment C that the State is eligible for in a Payment Year shall be determined
according to the table below:

| Percentage of Relevant Subdivision Population that is Incentive C Eligible Population[6] | Incentive Payment C Eligibility Percentage |
|---|---|
| Up to 60% | 0% |
| 60%+ | 25% |
| 70%+ | 35% |
| 75%+ | 40% |
| 80%+ | 45% |
| 85%+ | 55% |
| 90%+ | 60% |
| 93%+ | 65% |
| 94%+ | 75% |
| 95+ | 90% |
| 98+ | 95% |
| 100% | 100% |

c.      In determining the amount that Settling Distributors will pay in a
Payment Year under Incentive Payment C and each Settling State's share of
Incentive Payment C for that Payment Year, the Settlement Fund Administrator
shall:  (i) identify all States that are eligible for Incentive Payment C because they
are ineligible for Incentive Payment A; (ii) determine the Incentive Payment C
eligibility percentage for each such Settling State; (iii) multiply the Incentive
Payment C eligibility percentage for each such State by the Overall Allocation
Percentage of that State; (iv) multiply the product from (iii) by the maximum

---

[6] The "Percentage of Relevant Subdivision Population that is Incentive C Eligible Population" shall be determined by the aggregate population of the Settling State's Incentive C Eligible Subdivisions divided by the aggregate population of the Settling State's Non-Litigating Primary Subdivisions with a population over 30,000 and Litigating Subdivisions ("*Incentive Payment C Subdivisions*").  None of the population figures shall include Prior Litigating Subdivisions.  In calculating the Settling State's population that resides in Incentive Payment C Subdivisions, (a) the population shall be the sum of the population of all Incentive Payment C Subdivisions in the Settling State, notwithstanding that persons may be included within the population of more than one Incentive Payment C Subdivision, and (b) the population that resides in Incentive C Eligible Subdivisions shall be the sum of the population of the Incentive C Eligible Subdivisions, notwithstanding that persons may be included within the population of more than one Incentive C Eligible Subdivision.  An individual Incentive Payment C Subdivision shall not be included more than once in the numerator, and shall not be included more than once in the denominator, of the calculation regardless if it (or any of its officials) is named as multiple plaintiffs in the same lawsuit.  For the avoidance of doubt, a Settling State in which the population that resides in Incentive C Eligible Subdivisions is less than sixty percent (60%) of the population of Incentive Payment C Subdivisions shall not be eligible for any portion of Incentive Payment C.

amount that Settling Distributors could owe under Incentive Payment C for that Payment Year from Exhibit M.  The amount calculated in (iv) shall be the amount allocated to a Settling State eligible for Incentive Payment C for that Payment Year and the aggregate of such amounts for Settling States eligible for Incentive Payment C shall be the amount paid for that Payment Year by Settling Distributors with respect to Incentive Payment C, all such amounts subject to the suspension, offset, and reduction provisions in Section XII and Section XIII.  If there are no Litigating Subdivisions or Non-Litigating Subdivisions that are Primary Subdivisions with a population of more than 30,000 in a Settling State, and that Settling State is otherwise eligible for Incentive Payment C, that Settling State will receive its full allocable share of Incentive Payment C.

d.      A Settling State's eligibility for Incentive Payment C for a Payment Year shall be determined as of sixty (60) calendar days prior to the Payment Date for that Payment Year; *provided* that the percentage of Incentive Payment C for which a Settling State is eligible as of the Incentive Payment Final Eligibility Date shall cap its eligibility for that Payment Year and all subsequent Payment Years.

4.      Incentive Payment D.  Incentive Payment D shall be applied at Payment Year 6.  Incentive Payment D shall be equal to five percent (5%) of the Net Abatement Amount multiplied by the aggregate Overall Allocation Percentage of the Settling States. Incentive Payment D will be due to a Settling State as part of the Annual Payment for each of thirteen (13) Payment Years (from Payment Year 6 to Payment Year 18) that any Settling State is eligible for Incentive Payment D and equal a total potential maximum of $927,700,685 if all States are eligible for all thirteen (13) Payment Years.  Each Settling State's share of Incentive Payment D in a given year shall equal the total maximum amount available for Incentive Payment D for that year as reflected in Exhibit M times the Settling State's Overall Allocation Percentage.  Eligibility for Incentive Payment D is as follows:

a.      A Settling State is eligible for Incentive Payment D if there has been no Later Litigating Subdivision in that State that has had a Claim against a Released Entity survive more than six (6) months after denial in whole or in part of a Threshold Motion.

b.      A Settling State's eligibility for Incentive Payment D shall be determined as of sixty (60) calendar days prior to the Payment Date.  If a Later Litigating Subdivision's lawsuit in that State survives more than six (6) months after denial in whole or in part of a Threshold Motion after that date, that State shall not be eligible for Incentive Payment D for the Payment Year in which that occurs and any subsequent Payment Year.

c.      Notwithstanding Section IV.F.4, a Settling State can become re-eligible for Incentive Payment D if the lawsuit that survived a Threshold Motion is dismissed pursuant to a later motion on grounds included in the Threshold Motion, in which case the Settling State shall be eligible for Incentive Payment D

less any litigation fees and costs incurred by Settling Distributor in the interim, except that if the dismissal motion occurs after the completion of opening statements in such action, the Settling State shall not be eligible for Incentive Payment D.

        d.      For the avoidance of doubt, a Settling State may be eligible for Incentive Payment D whether or not it is eligible for Incentive Payments A-C.

        e.      In determining the amount of Incentive Payment D that Settling Distributors will pay in a Payment Year and each Settling State's share, if any, of Incentive Payment D for that Payment Year, the Settlement Fund Administrator shall:  (i) identify all Settling States that are eligible for Incentive Payment D; (ii) multiply the Overall Allocation Percentage for each such eligible Settling State by the maximum amount that Settling Distributors could owe with respect to Incentive Payment D for that Payment Year listed on <u>Exhibit M</u>; and (iii) subtract any litigation fees and costs allowed to be deducted pursuant to <u>Section IV.F.4.c</u>. The amount calculated in (iii) shall be the amount allocated to a Settling State eligible for Incentive Payment D for that Payment Year and the aggregate of each such amount for Settling States eligible for Incentive Payment D shall be the amount of Incentive Payment D Settling Distributors are obligated to pay in that Payment Year, all such amounts subject to the suspension, reduction, and offset provisions in <u>Section XII</u> and <u>Section XIII</u>.

        G.      *Reductions/Offsets.*  The base and incentive payments are subject to suspension, offset, and reduction as provided in <u>Section XII</u> and <u>Section XIII</u>.

        H.      *State-Specific Agreements*.  Notwithstanding any other provision of this Agreement or any other agreement, in the event that:  (1) the Settling Distributors enter into an agreement with any Settling State that resolves with finality such Settling State's Claims consistent with <u>Section XI</u> of this Agreement and such agreement has an effective date prior to the Effective Date of this Agreement (such agreement, a "*State-Specific Agreement*") and (2) pursuant to the terms of the State-Specific Agreement, any payments, or any portion thereof, made by the Settling Distributors thereunder are made in lieu of any payments (for the avoidance of doubt, including the Additional Restitution Amount), or any portion thereof, to be made under this Agreement and the Settling Distributors make such a payment pursuant to the State-Specific Agreement, then the Settling Distributors will reduce any payments allocable to such Settling State (whether made to the Settlement Fund Escrow or the Settlement Fund) made pursuant to this Agreement to the extent such amount was already paid pursuant to the terms of the State-Specific Agreement.

        I.      *Allocation of Payments among Settling Distributors.*  Payments due from the Settling Distributors under this <u>Section IV</u>, <u>Section IX</u>, and <u>Section X</u> will be allocated among the Settling Distributors as follows:  McKesson – 38.1%; Amerisource – 31.0%; Cardinal – 30.9%.  A Settling Distributor's sole responsibility for payments under this Agreement shall be to make its share of each payment.  The obligations of the Settling Distributors in this Agreement are several and not joint.  No Settling Distributor shall be responsible for any portion of another Settling Distributor's share.

FINAL AGREEMENT 3.25.22

J.      *Pre-payment Option.*

1.      Any Settling Distributor shall have the right, subject to the limitations set forth in Section IV.J.3, to prepay any base payment or incentive payment in whole or in part, without premium or penalty (a "*Settlement Prepayment*") by providing at least fourteen (14) calendar days prior written notice to the Settlement Fund Administrator and Enforcement Committee (a "*Prepayment Notice*").  Any Prepayment Notice shall specify:  (a) the gross amount of the Settlement Prepayment (the "*Gross Settlement Amount*"), (b) the manner in which such Settlement Prepayment shall be applied to reduce such Settling Distributor's future share of Annual Payments (*i.e.*, to which future year(s) the allocable portion of an Annual Payment owed by such Settling Distributor the Settlement Prepayment should be applied) (such manner of application, a "*Settlement Prepayment Reduction Schedule*"), (c) the net present value of the Settlement Prepayment as of the Prepayment Date based on the Settlement Prepayment Reduction Schedule using a discount rate equal to the prime rate as published by the *Wall Street Journal* on the date of the Prepayment Notice plus 1.75% (such net present value amount, the "*Net Settlement Prepayment Amount*"), and (d) the date on which the prepayment will be made, which shall be no more than fifteen (15) calendar days after the date of the Prepayment Notice (the "*Prepayment Date*").

2.      On the Prepayment Date the Settling Distributor shall pay the Net Settlement Prepayment Amount to the Settlement Fund and such amount shall be used only as specified in Section V.  Following such payment, all future portions of the Annual Payments allocated to the applicable Settling Distributor under Section IV.E and Section IV.F shall be reduced pursuant to the Settlement Prepayment Reduction Schedule, and the Exhibit M will be updated to give effect to such reduction, and going forward such updated schedule will be Exhibit M.

3.      A Settling Distributor's right to make prepayments shall be subject to the following limitations:

a.      Prepayments may apply to base payments or to both base and incentive payments.  If the prepayment applies to both base and incentive payments, the prepayments will apply proportionately across base and incentive payments.

b.      A Settling Distributor shall make no more than three (3) prepayments over the eighteen (18) year payment term.  A Settling Distributor shall not make more than one (1) prepayment in a five (5) year period and there shall not be prepayments made in the first two (2) Payment Years.

c.      Prepayments shall only be applied to one (1) or more of the three (3) Payment Years following the prepayment.

d.      The total amount of a prepayment of base payments after discounting calculations shall not be larger than the base payment for the Payment Year with the lowest Annual Payment amount affected by the prepayment.  The

25

FINAL AGREEMENT 3.25.22

total amount of a prepayment for both base payments and incentive payments shall not be larger than the base payment and anticipated incentive payment for the lowest Payment Year affected by the prepayment.  The "anticipated incentive payment" for a future Payment Year shall reflect the incentives earned by each Settling State as of the time of the prepayment and any offsets or adjustments known at that time.

       e.     In a Payment Year against which there has been a prepayment, if the amount a Settling State is calculated to receive is greater than the amount prepaid prior to discounting calculations, the Settling Distributor shall pay the difference.  If, in a Payment Year for which there has been a prepayment, the amount that a Settling State is calculated to receive is less than the amount calculated at the time of the prepayment, there shall be a credit for the difference to the Settling Distributor to be applied in the subsequent Payment Year(s), if any.

       f.     Prepayments shall be applied proportionately to all Settling States.

     4.     The Settling States may agree to a prepayment that does not apply these restrictions.  Such a prepayment would need approval of Settling States representing at least ninety-five percent (95%) allocable share as measured by the allocations in Exhibit F; *provided*, *however*, that this provision does not limit or restrict any Settling State from negotiating its own prepayment with a Settling Distributor.

     5.     For illustrative purposes only, attached as Exhibit Q are examples showing a Settlement Prepayment, the related calculation of the Net Settlement Prepayment Amount, and the related adjustment to the Settlement Payment Schedule.

K.     *Significant Financial Constraint.*

     1.     A Settling Distributor's allocable share of the Annual Payment for a Payment Year may, at the election of such Settling Distributor, be deferred either (a) up to the amount by which that share plus such Settling Distributor's share of amounts payable under Section IX and Section X would exceed twenty percent (20%) of such Settling Distributor's total operating cash flow (as determined pursuant to United States generally accepted accounting principles) for its fiscal year that concluded most recently prior to the due date for that payment or (b) (i) up to twenty-five percent (25%) if, as of thirty (30) calendar days preceding that payment date, the company's credit rating from one or more of the three nationally recognized rating agencies is below BBB or Baa2 or (ii) up to one hundred percent (100%) if, as of thirty (30) calendar days preceding that payment date, the company's credit rating from one or more of the three nationally recognized rating agencies is below BBB- or Baa3.  If the reason for exceeding twenty percent (20%) of a Settling Distributor's total operating cash flow or the decrease in credit rating is substantially attributable to the incurrence of debt to fund post-settlement acquisitions or to the payment of dividends and/or share repurchases that together are of an amount that exceeds the total amount of those two items for the prior fiscal year, no deferral is available.  A Settling Distributor shall not be allowed to defer payment for a

Payment Year if that Settling Distributor engaged in any share repurchases in the three fiscal quarters prior to the Payment Date for that Payment Year.

2.      If a Settling Distributor has reason to believe that it will not be able to pay some or all of its allocable share of the Annual Payment for a Payment Year, it shall provide at least ninety (90) calendar days' prior written notice to the Settlement Fund Administrator and Enforcement Committee (a "*Deferred Payment Notice*").  Any Deferred Payment Notice shall specify and include:  (a) the gross amount of the payments owed (including the estimated allocable portion of the Annual Payment, and amounts owed under Section IX and Section X, by the relevant Settling Distributor), (b) the amount that the Settling Distributor believes it will be unable to pay, (c) the accounting and audited financial documents upon which the Settling Distributor relied for making this determination, and (d) any other relevant information for the Enforcement Committee to consider.

3.      A Settling Distributor shall not utilize this provision during the first three (3) Payment Years.  If a Settling Distributor defers some or all of the payments due in a Payment Year pursuant to this Section IV.K, it shall not repurchase any shares, or fund new acquisitions with an acquisition price greater than $250 million, during the deferral period until the deferred amount is fully repaid with interest.  Any amounts deferred shall bear interest at an interest rate equal to the prime rate as published by the *Wall Street Journal* on the date of the Deferral Payment Notice plus 0.5%.

4.      The Settling Distributor shall pay all deferred amounts, including applicable interest on the next Payment Date.  If the amounts previously deferred (including interest) together with the Settling Distributor's share of all payments due for a Payment Year would allow for a deferral under Section IV.K.1, the Settling Distributor shall pay as much of the previously deferred amounts (including interest) as it can pay without triggering the ability to defer payment and may defer the remainder as permitted under (and subject to the restrictions of) this Section IV.K.

5.       Deferrals will apply proportionally across base payments and incentive payments.  For the avoidance of doubt, this Section IV.K applies fully to Payment Years after the first three (3) Payment Years, including the base payments and all incentive payments due pursuant to this Agreement during the Payment Year at issue.

6.      If a Settling Distributor could pay a portion of its allocable share of the Annual Payments due pursuant to this Agreement during a Payment Year without triggering this Section IV.K, the Settling Distributor shall be required to pay that portion as scheduled and only the excess would be subject to deferral at the election of the Settling Distributor (in whole or in part) as provided herein.

7.      The Settling Distributor shall pay any deferred amounts, including applicable interest on or before the date on which the payment is due for Payment Year 18.

**V.      Allocation and Use of Settlement Payments**

A.      *Components of Settlement Fund.*  The Settlement Fund shall be comprised of an Abatement Accounts Fund, a State Fund, and a Subdivision Fund for each Settling State.  The payments made under Section IV into the Settlement Fund shall be initially allocated among those three (3) sub-funds and distributed and used as provided below.  Payments placed into the Settlement Fund do not revert back to the Settling Distributors.

B.      *Use of Settlement Payments.*

1.      It is the intent of the Parties that the payments disbursed from the Settlement Fund to Settling States and Participating Subdivisions be for Opioid Remediation, subject to exceptions that must be documented in accordance with Section V.B.2.  In no event may less than eighty-five percent (85%) of the Settling Distributors' maximum amount of payments pursuant to Section IV, Section IX, and Section X as set forth on Exhibit M over the entirety of all Payments Years (but not any single Payment Year) be spent on Opioid Remediation.

2.      While disfavored by the Parties, a Settling State or a Participating Subdivision set forth on Exhibit G may use monies from the Settlement Fund (that have not been restricted by this Agreement solely to future Opioid Remediation) for purposes that do not qualify as Opioid Remediation.  If, at any time, a Settling State or a Participating Subdivision set forth on Exhibit G uses any monies from the Settlement Fund for a purpose that does not qualify as Opioid Remediation, such Settling State or Participating Subdivision set forth on Exhibit G shall identify such amounts and report to the Settlement Fund Administrator and the Settling Distributors how such funds were used, including if used to pay attorneys' fees, investigation costs, litigation costs, or costs related to the operation and enforcement of this Agreement, respectively.  It is the intent of the Parties that the reporting under this Section V.B.2 shall be available to the public.  For the avoidance of doubt, (a) any amounts not identified under this Section V.B.2 as used to pay attorneys' fees, investigation costs, or litigation costs shall be included in the "*Compensatory Restitution Amount*" for purposes of Section VI.F and (b) Participating Subdivisions not listed on Exhibit G may only use monies from the Settlement Fund for purposes that qualify as Opioid Remediation.

C.      *Allocation of Settlement Fund.*

The allocation of the Settlement Fund allows for different approaches to be taken in different states, such as through a State-Subdivision Agreement.  Given the uniqueness of States and their Subdivisions, Settling States and their Subdivisions are encouraged to enter into State-Subdivision Agreements in order to direct the allocation of their portion of the Settlement Fund.  As set out below, the Settlement Fund Administrator will make an initial allocation to three (3) state-level sub-funds.  The Settlement Fund Administrator will then, for each Settling State and its Participating Subdivisions, apply the terms of this Agreement and any relevant State-Subdivision Agreement, Statutory Trust, Allocation Statute, or voluntary redistribution of funds as set out below before disbursing the funds.

FINAL AGREEMENT 3.25.22

      1.    <u>Base Payments</u>.  The Settlement Fund Administrator will allocate base payments under <u>Section IV.D</u> among the Settling States in proportion to their respective Overall Allocation Percentages.  Base payments for each Settling State will then be allocated fifteen percent (15%) to its State Fund, seventy percent (70%) to its Abatement Accounts Fund, and fifteen percent (15%) to its Subdivision Fund.  Amounts may be reallocated and will be distributed as provided in <u>Section V.D</u>.

      2.    <u>Incentive Payments</u>.  The Settlement Fund Administrator will treat incentive payments under <u>Section IV.F</u> on a State-specific basis.  Incentive payments for which a Settling State is eligible under <u>Section IV.F</u> will be allocated fifteen percent (15%) to its State Fund, seventy percent (70%) to its Abatement Accounts Fund, and fifteen percent (15%) to its Subdivision Fund.  Amounts may be reallocated and will be distributed as provided in <u>Section V.D</u>.

      3.    <u>Application of Adjustments</u>.  If a suspension, offset, or reduction under <u>Section XII</u> or <u>Section XIII</u> applies with respect to a Settling State, the suspension, offset, or reduction shall be applied proportionally to all amounts that would otherwise be apportioned and distributed to the State Fund, the Abatement Accounts Fund, and the Subdivision Fund for that State.

      4.    <u>Settlement Fund Administrator</u>.  Prior to the Initial Participation Date, the Settling Distributors and the Enforcement Committee will agree to a detailed mechanism consistent with the foregoing for the Settlement Fund Administrator to follow in allocating, apportioning, and distributing payments, which shall then be appended hereto as <u>Exhibit L</u>.

      5.    <u>Settlement Fund Administrator Costs</u>.  Any costs and fees associated with or arising out of the duties of the Settlement Fund Administrator as described in <u>Exhibit L</u> shall be paid from the interest accrued in the Settlement Fund Escrow and the Settlement Fund; *provided*, *however*, that if such accrued interest is insufficient to pay the entirety of any such costs and fees, Settling Distributors shall pay fifty percent (50%) of the additional amount and fifty percent (50%) shall be paid out of the Settlement Fund.

D.    *Settlement Fund Reallocation and Distribution*.

As set forth below, within a particular Settling State's account, amounts contained in the Settlement Fund sub-funds may be reallocated and distributed per a State-Subdivision Agreement or other means.  If the apportionment of amounts is not addressed and controlled under <u>Section V.D.1</u> and <u>Section V.D.2</u>, then the default provisions of <u>Section V.D.4</u> apply.  It is not necessary that a State-Subdivision Agreement or other means of allocating funds pursuant to <u>Section V.D.1</u> and <u>Section V.D.2</u> address all of the Settlement Fund sub-funds.  For example, a Statutory Trust might only address disbursements from a Settling State's Abatement Accounts Fund.

      1.    <u>Distribution by State-Subdivision Agreement</u>.  If a Settling State has a State-Subdivision Agreement, amounts apportioned to that State's State Fund, Abatement Accounts Fund, and Subdivision Fund under <u>Section V.C</u> shall be reallocated and

FINAL AGREEMENT 3.25.22

distributed as provided by that agreement.  Any State-Subdivision Agreement entered into after the Preliminary Agreement Date shall be applied only if it requires:  (a) that all amounts be used for Opioid Remediation, except as allowed by Section V.B.2, and (b) that at least seventy percent (70%) of amounts be used solely for future Opioid Remediation.[7]  For a State-Subdivision Agreement to be applied to the relevant portion of an Annual Payment, notice must be provided to the Settling Distributors and the Settlement Fund Administrator at least sixty (60) calendar days prior to the Payment Date.

2.      Distribution by Allocation Statute.  If a Settling State has an Allocation Statute and/or a Statutory Trust that addresses allocation or distribution of amounts apportioned to such State's State Fund, Abatement Accounts Fund, and/or Subdivision Fund and that, to the extent any or all such sub-funds are addressed, requires (1) all amounts to be used for Opioid Remediation, except as allowed by Section V.B.2, and (2) at least seventy percent (70%) of all amounts to be used solely for future Opioid Remediation,[8] then, to the extent allocation or distribution is addressed, the amounts apportioned to that State's State Fund, Abatement Accounts Fund, and Subdivision Fund under Section V.C shall be allocated and distributed as addressed and provided by the applicable Allocation Statute or Statutory Trust.  For the avoidance of doubt, an Allocation Statute or Statutory Trust need not address all three (3) sub-funds that comprise the Settlement Fund, and if the applicable Allocation Statute or Statutory Trust does not address distribution of all or some of these three (3) sub-funds, the applicable Allocation Statute or Statutory Trust does not replace the default provisions described in Section V.D.4 of any such unaddressed fund.  For example, if an Allocation Statute or Statutory Trust that meets the requirements of this Section V.D.2 only addresses funds restricted to abatement, then the default provisions in this Agreement concerning allocation among the three (3) sub-funds comprising the Settlement Fund and the distribution of the State Fund and Subdivision Fund for that State would still apply, while the distribution of the applicable State's Abatement Accounts Fund would be governed by the qualifying Allocation Statute or Statutory Trust.

3.      Voluntary Redistribution.  A Settling State may choose to reallocate all or a portion of its State Fund to its Abatement Accounts Fund.  A Participating Subdivision included on Exhibit G may choose to reallocate all or a portion of its allocation from the Subdivision Fund to the State's Abatement Accounts Fund or to another Participating Subdivision.  For a voluntary redistribution to be applied to the relevant portion of an Annual Payment, notice must be provided to the Settling Distributors and the Settlement Fund Administrator at least sixty (60) calendar days prior to the Payment Date.

4.      Distribution in the Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust.  If Section V.D.1 and Section V.D.2 do not apply, amounts

---

[7] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

[8] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

FINAL AGREEMENT 3.25.22

apportioned to that State's State Fund, Abatement Accounts Fund, and Subdivision Fund under Section V.C shall be distributed as follows:

a.      Amounts apportioned to that State's State Fund shall be distributed to that State.

b.      Amounts apportioned to that State's Abatement Accounts Fund shall be distributed consistent with Section V.E.  Each Settling State shall submit to the Settlement Fund Administrator a designation of a lead state agency or other entity to serve as the single point of contact for that Settling State's funding requests from the Abatement Accounts Fund and other communications with the Settlement Fund Administrator.  The designation of an individual entity is for administrative purposes only and such designation shall not limit funding to such entity or even require that such entity receive funds from this Agreement.  The designated entity shall be the only entity authorized to request funds from the Settlement Fund Administrator to be disbursed from that Settling State's Abatement Accounts Fund.  If a Settling State has established a Statutory Trust then that Settling State's single point of contact may direct the Settlement Fund Administrator to release the State's Abatement Accounts Fund to the Statutory Trust.

c.      Amounts apportioned to that State's Subdivision Fund shall be distributed to Participating Subdivisions in that State included on Exhibit G per the Subdivision Allocation Percentage listed in Exhibit G.  Section VII.I shall govern amounts that would otherwise be distributed to Non-Participating Subdivisions listed in Exhibit G.  For the avoidance of doubt and notwithstanding any other provision in this Agreement, no Non-Participating Subdivision will receive any amount from the Settlement Fund, regardless of whether such Subdivision is included on Exhibit G.

d.      Special Districts shall not be allocated funds from the Subdivision Fund, except through a voluntary redistribution allowed by Section V.D.3.  A Settling State may allocate funds from its State Fund or Abatement Accounts Fund for Special Districts.

5.      Restrictions on Distribution.  No amounts may be distributed from the Subdivision Fund contrary to Section VII, *i.e.*, no amounts may be distributed directly to Non-Participating Subdivisions or to Later Participating Subdivisions to the extent such a distribution would violate Section VII.E through Section VII.H.  Amounts allocated to the Subdivision Fund that cannot be distributed by virtue of the preceding sentence shall be distributed into the sub-account in the Abatement Accounts Fund for the Settling State in which the Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement described in Section V.D.1 or by an Allocation Statute or a Statutory Trust described in Section V.D.2.

E.      *Provisions Regarding the Abatement Accounts Fund.*

31

FINAL AGREEMENT 3.25.22

1.    State-Subdivision Agreement, Allocation Statute, and Statutory Trust Fund Provisions.  A State-Subdivision Agreement, Allocation Statute, or Statutory Trust may govern the operation and use of amounts in that State's Abatement Accounts Fund so long as it complies with the requirements of Section V.D.1 or Section V.D.2, as applicable, and all direct payments to Subdivisions comply with Section VII.E through Section VII.H.

2.    Absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust.  In the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust that addresses distribution, the Abatement Accounts Fund will be used solely for future Opioid Remediation[9] and the following shall apply with respect to a Settling State:

   a.    *Regional Remediation.*

      (i)    At least fifty percent (50%) of distributions for remediation from a State's Abatement Accounts Fund shall be annually allocated and tracked to the regional level.  A Settling State may allow the Advisory Committee established pursuant to Section V.E.2.d to define its regions and assign regional allocations percentages.  Otherwise, a Settling State shall (A) define its initial regions, which shall consist of one (1) or more General Purpose Subdivisions and which shall be designated by the state agency with primary responsibility for substance abuse disorder services employing, to the maximum extent practical, existing regions established in that State for opioid abuse treatment or other public health purposes; (B) assign initial regional allocation percentages to the regions based on the Subdivision Allocation Percentages in Exhibit G and an assumption that all Subdivisions included on Exhibit G will become Participating Subdivisions.

      (ii)    This minimum regional expenditure percentage is calculated on the Settling State's initial Abatement Accounts Fund allocation and does not include any additional amounts a Settling State has directed to its Abatement Accounts Fund from its State Fund, or any other amounts directed to the fund.  A Settling State may dedicate more than fifty percent (50%) of its Abatement Accounts Fund to the regional expenditure and may annually adjust the percentage of its Abatement Accounts Fund dedicated to regional expenditures as long as the percentage remains above the minimum amount.

      (iii)    The Settling State (A) has the authority to adjust the definition of the regions, and (B) may annually revise the percentages

---

[9] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

FINAL AGREEMENT 3.25.22

allocated to each region to reflect the number of General Purpose Subdivisions in each region that are Non-Participating Subdivisions.

b.      *Subdivision Block Grants.*  Certain Subdivisions shall be eligible to receive regional allocation funds in the form of a block grant for future Opioid Remediation.  A Participating Subdivision eligible for block grants is a county or parish (or in the case of States that do not have counties or parishes that function as political subdivisions, a city) that (1) does not contain a Litigating Subdivision or a Later Litigating Subdivision for which it has the authority to end the litigation through a release, bar or other action, (2) either (i) has a population of 400,000 or more or (ii) in the case of California has a population of 750,000 or more, and (3) has funded or otherwise managed an established health care or treatment infrastructure (*e.g.*, health department or similar agency).  Each Subdivision eligible to receive block grants shall be assigned its own region.

c.      *Small States.*  Notwithstanding the provisions of Section V.E.2.a, Settling States with populations under four (4) million that do not have existing regions described in Section V.E.2.a shall not be required to establish regions.  However, such a Settling State that contains one (1) or more Subdivisions eligible for block grants under Section V.E.2.c shall be divided regionally so that each block-grant eligible Subdivision is a region and the remainder of the state is a region.

d.      *Advisory Committee.*  The Settling State shall designate an Opioid Settlement Remediation Advisory Committee (the "*Advisory Committee*") to provide input and recommendations regarding remediation spending from that Settling State's Abatement Accounts Fund.  A Settling State may elect to use an existing advisory committee or similar entity (created outside of a State-Subdivision Agreement or Allocation Statute); *provided*, *however*, the Advisory Committee or similar entity shall meet the following requirements:

(i)      Written guidelines that establish the formation and composition of the Advisory Committee, terms of service for members, contingency for removal or resignation of members, a schedule of meetings, and any other administrative details;

(ii)      Composition that includes at least an equal number of local representatives as state representatives;

(iii)      A process for receiving input from Subdivisions and other communities regarding how the opioid crisis is affecting their communities, their abatement needs, and proposals for abatement strategies and responses; and

(iv)      A process by which Advisory Committee recommendations for expenditures for Opioid Remediation will be made to and considered by the appropriate state agencies.

3.    <u>Abatement Accounts Fund Reporting</u>.  The Settlement Fund Administrator shall track and assist in the report of remediation disbursements as agreed to among the Settling Distributors and the Enforcement Committee.

F.    *Nature of Payment*.  Each of the Settling Distributors, the Settling States, and the Participating Subdivisions acknowledges and agrees that notwithstanding anything to the contrary in this Agreement, including, but not limited to, the scope of the Released Claims:

1.    It has entered into this Agreement to avoid the delay, expense, inconvenience, and uncertainty of further litigation;

2.    (a) The Settling States and Participating Subdivisions sought compensatory restitution (within the meaning of 26 U.S.C. § 162(f)(2)(A)) as damages for the Alleged Harms allegedly suffered by the Settling States and Participating Subdivisions; (b) the Compensatory Restitution Amount is no greater than the amount, in the aggregate, of the Alleged Harms allegedly suffered by the Settling States and Participating Subdivisions; and (c) the portion of the Compensatory Restitution Amount received by each Settling State or Participating Subdivision is no greater than the amount of the Alleged Harms allegedly suffered by such Settling State or Participating Subdivision;

3.    The payment of the Compensatory Restitution Amount by the Settling Distributors constitutes, and is paid for, compensatory restitution (within the meaning of 26 U.S.C. § 162(f)(2)(A)) for alleged damage or harm (as compensation for alleged damage or harm arising out of alleged bodily injury) allegedly caused by the Settling Distributors;

4.    The Compensatory Restitution Amount is being paid as compensatory restitution (within the meaning of 26 U.S.C. § 162(f)(2)(A)) in order to restore, in whole or in part, the Settling States and Participating Subdivisions to the same position or condition that they would be in had the Settling States and Participating Subdivisions not suffered the Alleged Harms; and

5.    For the avoidance of doubt:  (a) no portion of the Compensatory Restitution Amount represents reimbursement to any Settling State or Participating Subdivision or other person or entity for the costs of any investigation or litigation, (b) the entire Compensatory Restitution Amount is properly characterized as described in <u>Section V.F</u>, and (c) no portion of the Compensatory Restitution Amount constitutes disgorgement or is properly characterized as the payment of statutory or other fines, penalties, punitive damages, or other punitive assessments.

## VI.    Enforcement

A.    *Enforceability.*  This Agreement is enforceable only by the Settling States and the Settling Distributors; *provided*, *however*, that Released Entities may enforce <u>Section XI</u> and Participating Subdivisions listed on <u>Exhibit G</u> have the enforcement rights described in <u>Section VI.D</u>.  Except to the extent allowed by the Injunctive Relief Terms, Settling States and Participating Subdivisions shall not have enforcement rights with respect to either the terms of

FINAL AGREEMENT 3.25.22

this Agreement that apply only to or in other States or any Consent Judgment entered into by another Settling State.  Participating Subdivisions shall not have enforcement rights against the Settling Distributors with respect to this Agreement or any Consent Judgment except that Participating Subdivisions listed on Exhibit G shall have enforcement rights as set forth herein as to payments that would be allocated to the Subdivision Fund or Abatement Accounts Fund pursuant to Section V; *provided*, *however*, that each Settling State shall allow Participating Subdivisions in such Settling State to notify it of any perceived violations of this Agreement or the applicable Consent Judgment.

B.      *Jurisdiction.*  The Settling Distributors consent to the jurisdiction of the court in which each Settling State files its Consent Judgment, limited to resolution of disputes identified in Section VI.F.1 for resolution in that court.

C.      *Specific Terms Dispute Resolution.*

1.      Any dispute that is addressed by the provisions set forth in the Injunctive Relief Terms shall be resolved as provided therein.

2.      In the event that Settling Distributors believe that the eighty-five percent (85%) threshold established in Section V.B.1 is not being satisfied, any Party may request that the Settling Distributors and Enforcement Committee meet and confer regarding the use of funds to implement Section V.B.1. The completion of such meet-and-confer process is a precondition to further action regarding any such dispute.  Further action concerning Section V.B.1 shall:  (i) be limited to the Settling Distributors seeking to reduce their Annual Payments by no more than five percent (5%) of the difference between the actual amount of Opioid Remediation and the eighty-five percent (85%) threshold established in Section V.B.1; (ii) only reduce Annual Payments to those Settling States and their Participating Subdivisions that are below the eighty-five percent (85%) threshold established in Section V.B.1; and (iii) not reduce Annual Payments restricted to future Opioid Remediation.

D.      *State-Subdivision Enforcement.*

1.      A Subdivision shall not have enforcement rights against a Settling State in which it is located with respect to this Agreement or any Consent Judgment except that a Participating Subdivision listed on Exhibit G shall have enforcement rights (a) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust with respect to intrastate allocation or (b) in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, to allegations that (i) the Settling State's use of Abatement Accounts Fund monies were not used for uses similar to or in the nature of those uses contained in Exhibit E; or (ii) a Settling State failed to pay funds directly from the Abatement Accounts Fund to a Participating Subdivision eligible to receive a block grant pursuant to Section V.E.2.b.

2.      A Settling State shall have enforcement rights against a Participating Subdivision located in its territory (a) as provided for in a State-Subdivision Agreement, Allocation Statute, or Statutory Trust; or (b) in the absence of a State-Subdivision

35

FINAL AGREEMENT 3.25.22

Agreement, Allocation Statute, or Statutory Trust, to allegations that the Participating Subdivisions' uses of Abatement Accounts Fund monies were not used for purposes similar to or in the nature of those uses contained in <u>Exhibit E</u>.

3.    As between Settling States and Participating Subdivisions, the above rights are contractual in nature and nothing herein is intended to limit, restrict, change or alter any other existing rights under law.

E.    *Subdivision Distributor Payment Enforcement.* A Participating Subdivision listed on <u>Exhibit G</u> shall have the same right as a Settling State pursuant to <u>Section VI.F.2.a(v)</u> to seek resolution regarding the failure by a Settling Distributor to make its allocable share of an Annual Payment in a Payment Year.

F.    *Other Terms Regarding Dispute Resolution.*

1.    Except to the extent provided by <u>Section VI.C</u> or <u>Section VI.F.2</u>, all disputes shall be resolved in either the court that entered the relevant Consent Judgment or, if no such Consent Judgment was entered, a state or territorial court with jurisdiction located wherever the seat of the relevant state government is located.

a.    State court proceedings shall be governed by the rules and procedures of the relevant forum.

b.    For the avoidance of doubt, disputes to be resolved in state court include, but are not limited to, the following:

(i)    disputes concerning whether expenditures qualify as Opioid Remediation;

(ii)    disputes between a Settling State and its Participating Subdivisions as provided by <u>Section VI.D</u>, except to the extent the State-Subdivision Agreement provides for other dispute resolution mechanisms. For the avoidance of doubt, disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes;

(iii)    whether this Agreement and relevant Consent Judgment are binding under state law;

(iv)    the extent of the Attorney General's or other participating entity's authority under state law, including the extent of the authority to release claims;

(v)    whether the definition of a Bar, a Case-Specific Resolution, Final Order, lead state agency as described in <u>Section V.D.4.b</u>, Later Litigating Subdivision, Litigating Subdivision, or Threshold Motion have been met; and

36

(vi)     all other disputes not specifically identified in <u>Section VI.C</u> or <u>Section VI.F.2</u>.

c.     Any Party may request that the National Arbitration Panel provide an interpretation of any provision of the settlement that is relevant to the state court determination, and the National Arbitration Panel shall make reasonable best efforts to supply such interpretation within the earlier of thirty (30) calendar days or the time period required by the state court proceedings.  Any Party may submit that interpretation to the state court to the extent permitted by, and for such weight provided by, the state court's rules and procedures.  If requested by a Party, the National Arbitration Panel shall request that its interpretation be accepted in the form of an *amicus curiae* brief, and any attorneys' fees and costs for preparing any such filing shall be paid for by the requesting Party.

2.     National Disputes involving a Settling State, a Participating Subdivision that has enforcement rights pursuant to <u>Section VI.A</u>, and/or a Settling Distributor shall be resolved by the National Arbitration Panel.

a.     National Disputes are disputes that are not addressed by <u>Section VI.C</u>, and which are exceptions to <u>Section VI.F.1</u>'s presumption of resolution in state courts because they involve issues of interpretation of terms contained in this Agreement applicable to all Settling States without reference to a particular State's law.  Disputes between a Settling State and any Participating Subdivision shall not be considered National Disputes.  National Disputes are limited to the following:

(i)     the amount of offset and/or credit attributable to Non-Settling States or the Tribal/W. Va. Subdivision Credit;

(ii)     issues involving the scope and definition of Product;

(iii)     interpretation and application of the terms "Covered Conduct," "Released Entities," and "Released Claims";

(iv)     the allocation of payments among Settling Distributors as described in <u>Section IV.I</u>;

(v)     the failure by a Settling Distributor to pay its allocable share of the Annual Payment or of the Additional Restitution Amount in a Payment Year, but for the avoidance of doubt, disputes between a Settling Distributor and a Settling State over the amounts owed only to that state that do not affect any other Settling State shall not be considered National Disputes;

(vi)     the interpretation and application of the significant financial constraint provision in <u>Section IV.K</u>, including, without limitation, eligibility for and amount of deferrals for any given year, time for repayment, and compliance with restrictions during deferral term;

(vii)    the interpretation and application of the prepayment provisions as described in <u>Section IV.J</u>;

(viii)    the interpretation and application of any most-favored-nation provision in <u>Section XIV.E</u>;

(ix)    questions regarding the performance and/or removal of the Settlement Fund Administrator;

(x)    replacement of the Monitor, as provided in the Injunctive Relief Terms;

(xi)    disputes involving liability of successor entities;

(xii)    disputes that require a determination of the sufficiency of participation in order to qualify for Incentive Payments A, B, or C, as well as disputes over qualification for Participation Tiers;

(xiii)    disputes involving a Releasor's compliance with, and the appropriate remedy under, <u>Section XI.B.I.A.3</u>;

(xiv)    disputes requiring the interpretation of Agreement terms that are national in scope or impact, which shall mean disputes requiring the interpretation of Agreement terms that (i) concretely affect four (4) or more Settling States; and (ii) do not turn on unique definitions and interpretations under state law; and

(xv)    any dispute subject to resolution under <u>Section VI.F.1</u> but for which all parties to the dispute agree to arbitration before the National Arbitration Panel under the provisions of this <u>Section VI.F.2</u>.

b.    The National Arbitration Panel shall be comprised of three (3) arbitrators.  One (1) arbitrator shall be chosen by the Settling Distributors, one (1) arbitrator shall be chosen by the Enforcement Committee with due input from Participating Subdivisions listed on <u>Exhibit G</u>, and the third arbitrator shall be agreed upon by the first two (2) arbitrators.  The membership of the National Arbitration Panel is intended to remain constant throughout the term of this Agreement, but in the event that replacements are required, the retiring arbitrator shall be replaced by the party that selected him/her.

c.    The National Arbitration Panel shall make reasonable best efforts to decide all matters within one hundred eighty (180) calendar days of filing, and in no event shall it take longer than one (1) year.

d.    The National Arbitration Panel shall conduct all proceedings in a reasonably streamlined process consistent with an opportunity for the parties to be heard.  Issues shall be resolved without the need for live witnesses where feasible,

FINAL AGREEMENT 3.25.22

and with a presumption in favor of remote participation to minimize the burdens on the parties.

e.      To the extent allowed under state law, a Settling State, a Participating Subdivision that has enforcement rights pursuant to <u>Section VI.A</u>, and (at any party's request) the National Arbitration Panel may certify to an appropriate state court any question of state law.  The National Arbitration Panel shall be bound by a final state court determination of such a certified question. The time period for the arbitration shall be tolled during the course of the certification process.

f.      The arbitrators will give due deference to any authoritative interpretation of state law, including any declaratory judgment or similar relief obtained by a Settling State, a Participating Subdivision that has enforcement rights pursuant to <u>Section VI.A</u>, or Settling Distributor on a state law issue.

g.      The decisions of the National Arbitration Panel shall be binding on Settling States, Participating Subdivisions, Settling Distributors, and the Settlement Fund Administrator.  In any proceeding before the National Arbitration Panel involving a dispute between a Settling State and one or more Settling Distributors whose resolution could prejudice the rights of a Participating Subdivision(s) in that Settling State, such Participating Subdivision(s) shall be allowed to file a statement of view in the proceeding.

h.      Nothing herein shall be construed so as to limit or otherwise restrict a State from seeking injunctive or other equitable relief in state court to protect the health, safety, or welfare of its citizens.

i.      Each party shall bear its own costs in any arbitration or court proceeding arising under this <u>Section VI</u>.  The costs for the arbitrators on the National Arbitration Panel shall be divided and paid equally by the disputing sides for each individual dispute, *e.g.*, a dispute between a Settling Distributor and Settling States/Participating Subdivisions shall be split fifty percent (50%) by the Settling Distributor and fifty percent (50%) by the Settling States/Participating Subdivisions that are parties to the dispute; a dispute between a Settling State and a Participating Subdivision shall be split fifty percent (50%) by the Settling State that is party to the dispute and fifty percent (50%) by any Participating Subdivisions that are parties to the dispute.

3.      Prior to initiating an action to enforce pursuant to this <u>Section VI.F</u>, the complaining party must:

a.      Provide written notice to the Enforcement Committee of its complaint, including the provision of the Consent Judgment and/or Agreement that the practice appears to violate, as well as the basis for its interpretation of the disputed provision.  The Enforcement Committee shall establish a reasonable process and timeline for obtaining additional information from the involved

parties; *provided*, *however*, that the date the Enforcement Committee establishes for obtaining additional information from the parties shall not be more than forty-five (45) calendar days following the notice. The Enforcement Committee may advise the involved parties of its views on the complaint and/or seek to resolve the complaint informally.

    b.    Wait to commence any enforcement action until thirty (30) calendar days after the date that the Enforcement Committee establishes for obtaining additional information from the involved parties.

    4.    If the parties to a dispute cannot agree on the proper forum for resolution of the dispute under the provisions of Section VI.F.1 or Section VI.F.2, a committee comprising the Enforcement Committee and sufficient representatives of the Settling Distributors such that the members of the Enforcement Committee have a majority of one (1) member will determine the forum where the dispute will be initiated within twenty-eight (28) calendar days of receiving notification of the dispute relating to the proper forum. The forum identified by such committee shall be the sole forum for litigating the issue of which forum will hear the substantive dispute, and the committee's identification of such forum in the first instance shall not be entitled to deference by the forum selected.

    G.    *No Effect.* Nothing in this Agreement shall be interpreted to limit the Settling State's Civil Investigative Demand ("*CID*") or investigative subpoena authority, to the extent such authority exists under applicable state law and the CID or investigative subpoena is issued pursuant to such authority, and Settling Distributors reserve all of their rights in connection with a CID or investigative subpoena issued pursuant to such authority.

## VII.    Participation by Subdivisions

    A.    *Notice.* No later than fifteen (15) calendar days after the Preliminary Agreement Date, the Settling States, with the cooperation of the Settling Distributors, shall send individual written notice of the opportunity to participate in this Agreement and the requirements of participation to all Subdivisions in the Settling States that are (1) Litigating Subdivisions or (2) Non-Litigating Subdivisions listed on Exhibit G. The costs of the written notice to such Subdivisions shall be paid for by the Settling Distributors. The Settling States, with the cooperation of the Settling Distributors, may also provide general notice reasonably calculated to alert Non-Litigating Subdivisions in the Settling States to this Agreement, the opportunity to participate in it, and the requirements for participation. Such notice may include publication and other standard forms of notification, as well as notice to national state and county organizations such as the National Association of Counties and the National League of Cities. The notice will include that the deadline for becoming an Initial Participating Subdivision is the Initial Participation Date. Nothing contained herein shall preclude a Settling State from providing further notice to or otherwise contacting any of its Subdivisions about becoming a Participating Subdivision, including beginning any of the activities described in this paragraph prior to the Preliminary Agreement Date.

    B.    *Requirements for Becoming a Participating Subdivision—Non-Litigating Subdivisions.* A Non-Litigating Subdivision in a Settling State may become a Participating

FINAL AGREEMENT 3.25.22

Subdivision by returning an executed Subdivision Settlement Participation Form to the Settlement Fund Administrator specifying (1) that the Subdivision agrees to the terms of this Agreement pertaining to Subdivisions, (2) that the Subdivision releases all Released Claims against all Released Entities, (3) that the Subdivision agrees to use monies it receives, if any, from the Settlement Fund pursuant to the applicable requirements of Section V; *provided*, *however*, that Non-Litigating Subdivisions may only use monies originating from the Settlement Fund for purposes that qualify as Opioid Remediation, and (4) that the Subdivision submits to the jurisdiction of the court where the applicable Consent Judgment is filed for purposes limited to that court's role under this Agreement. The required Subdivision Settlement Participation Form is attached as Exhibit K.

C.   *Requirements for Becoming a Participating Subdivision—Litigating Subdivisions/Later Litigating Subdivisions*. A Litigating Subdivision or Later Litigating Subdivision in a Settling State may become a Participating Subdivision by returning an executed Subdivision Settlement Participation Form to the Settlement Fund Administrator and upon prompt dismissal with prejudice of its lawsuit. A Settling State may require each Litigating Subdivision in that State to specify on the Subdivision Settlement Participation Form whether its counsel has waived any contingency fee contract with that Participating Subdivision and whether, if eligible, it intends to seek fees pursuant to Exhibit R. The Settlement Fund Administrator shall provide quarterly reports of this information to the parties organized by Settling State. A Litigating Subdivision or Later Litigating Subdivision may not become a Participating Subdivision after the completion of opening statements in a trial of the lawsuit it brought that includes a Released Claim against a Released Entity.

D.   *Initial Participating Subdivisions*. A Subdivision qualifies as an Initial Participating Subdivision if it meets the applicable requirements for becoming a Participating Subdivision set forth in Section VII.B or Section VII.C by the Initial Participation Date. All Subdivision Settlement Participation Forms shall be held in escrow by the Settlement Fund Administrator until the Reference Date.

E.   *Later Participating Subdivisions*. A Subdivision that is not an Initial Participating Subdivision may become a Later Participating Subdivision by meeting the applicable requirements for becoming a Participating Subdivision set forth in Section VII.B or Section VII.C after the Initial Participation Date and by agreeing to be subject to the terms of a State-Subdivision Agreement (if any) or any other structure adopted or applicable pursuant to Section V.D or Section V.E. The following provisions govern what a Later Participating Subdivision can receive (but do not apply to Initial Participating Subdivisions):

1.   Except as provided in Section IV.C, a Later Participating Subdivision shall not receive any share of any Annual Payment due before it became a Participating Subdivision.

2.   A Later Participating Subdivision that becomes a Participating Subdivision after July 15, 2022 shall receive seventy-five percent (75%) of the share of future base or incentive payments that it would have received had it become a Later Participating Subdivision prior to that date (unless the Later Participating Subdivision is subject to Section VII.E.3 or Section VII.E.4).

FINAL AGREEMENT 3.25.22

3.      A Later Participating Subdivision that, after the Initial Participation Date, maintains a lawsuit for a Released Claim(s) against a Released Entity and has judgment entered against it on every such Claim before it became a Participating Subdivision (other than a consensual dismissal with prejudice) shall receive fifty percent (50%) of the share of future base or incentive payments that it would have received had it become a Later Participating Subdivision prior to such judgment; *provided*, *however*, that if the Subdivision appeals the judgment and the judgment is affirmed with finality before the Subdivision becomes a Participating Subdivision, the Subdivision shall not receive any share of any base payment or incentive payments.

4.      A Later Participating Subdivision that becomes a Participating Subdivision while a Bar or Case-Specific Resolution involving a different Subdivision exists in its State shall receive twenty-five percent (25%) of the share of future base or incentive payments that it would have received had it become a Later Participating Subdivision without such Bar or Case-Specific Resolution.

F.      *No Increase in Payments*.  Amounts to be received by Later Participating Subdivisions shall not increase the payments due from the Settling Distributors.

G.      *Ineligible Subdivisions*.  Subdivisions in Non-Settling States and Prior Litigating Subdivisions are not eligible to be Participating Subdivisions.

H.      *Non-Participating Subdivisions*.  Non-Participating Subdivisions shall not directly receive any portion of any Annual Payment, including from the State Fund and direct distributions from the Abatement Accounts Fund; however, a Settling State may choose to fund future Opioid Remediation that indirectly benefits Non-Participating Subdivisions.

I.      *Unpaid Allocations to Later Participating Subdivisions and Non-Participating Subdivisions*.  Any base payment and incentive payments allocated pursuant to Section V.D to a Later Participating Subdivision or Non-Participating Subdivision that cannot be paid pursuant to this Section VII, including the amounts that remain unpaid after the reductions required by Section VII.E.2 through Section VII.E.4, will be allocated to the Abatement Accounts Fund for the Settling State in which the Subdivision is located, unless those payments are redirected elsewhere by a State-Subdivision Agreement or by a Statutory Trust.

## VIII.  Condition to Effectiveness of Agreement and Filing of Consent Judgment

A.      *Determination to Proceed With Settlement*.

1.      The Settling States shall confer with legal representatives of the Participating Subdivisions listed on Exhibit G and inform the Settling Distributors no later than eighteen (18) calendar days prior to the Reference Date whether there is sufficient participation to proceed with this Agreement.  Within seven (7) calendar days of informing the Settling Distributors that there is sufficient participation to proceed, the Settling States will deliver all signatures and releases required by the Agreement to be provided by the Settling States to the Settling Distributors.

FINAL AGREEMENT 3.25.22

2.      If the Settling States inform Settling Distributors that there is sufficient participation, the Settling Distributors will then determine on or before the Reference Date whether there is sufficient State participation and sufficient resolution of the Claims of the Litigating Subdivisions in the Settling States (through participation under Section VII, Case-Specific Resolution(s) and Bar(s)) to proceed with this Agreement. The determination shall be in the sole discretion of the Settling Distributors and may be based on any criteria or factors deemed relevant by the Settling Distributors.

B.      *Notice by Settling Distributors*.  On or before the Reference Date, the Settling Distributors shall inform the Settling States of their determination pursuant to Section VIII.A.  If the Settling Distributors determine to proceed, the Parties will proceed to file the Consent Judgments and the obligations in the Subdivision Settlement Participation Forms will be effective and binding as of the Reference Date.  If the Settling Distributors determine not to proceed, this Agreement will have no further effect, any amounts placed in escrow for Payment Year 1, including funds referenced in Section IV.C.1, Section IX, Section X, and Exhibit M, shall be returned to the Settling Distributors, and all releases (including those contained in Subdivision Settlement Participation Forms) and other commitments or obligations contained herein or in Subdivision Settlement Participation Forms will be void.

C.      *Determination of the Participation Tier*.

1.      On July 1, 2022, as extended by written agreement of the Settling Distributors and the Enforcement Committee, *provided* that Settling Distributors determine to proceed with this Agreement, the Settlement Fund Administrator shall determine the Participation Tier.  The criteria used to determine the Participation Tier are set forth in Exhibit H.  Any disputes as to the determination of the Participation Tier shall be decided by the National Arbitration Panel.

2.      The Participation Tier shall be redetermined by the Settlement Fund Administrator annually as of the Payment Date, beginning with Payment Year 3, pursuant to the criteria set forth in Exhibit H.

3.      After Payment Year 6, the Participation Tier cannot move higher, unless this restriction is waived by the Settling Distributors.

4.      In the event that a Participation Tier redetermination moves the Participation Tier higher, and that change is in whole or in part as a result of the post-Reference Date enactment of a Bar and there is later a Revocation Event with respect to such Bar, then on the next Payment Date that is at least one hundred eighty (180) calendar days after the Revocation Event, the Participation Tier shall move down to the Participation Tier that would have applied had the Bar never been enacted, unless the Bar is reinstated or all Subdivisions affected by the Revocation Event become Participating Subdivisions within one hundred eighty (180) calendar days of the Revocation Event. This is the sole circumstance in which, on a nationwide basis, the Participation Tier can move down.

5.      In the event that there is a post-Reference Date Revocation Event with respect to a Bar that was enacted in a Settling State prior to the Reference Date, then, on the next Payment Date that is at least one hundred eighty (180) calendar days after the Revocation Event, unless the Bar is reinstated or all Subdivisions affected by the Revocation Event become Participating Subdivisions within one hundred eighty (180) calendar days of the Revocation Event, the Participation Tier shall decrease – solely for the State in which the Revocation Event occurred – to the Participation Tier commensurate with the percentage of Litigating Subdivisions in that State that are Participating Subdivisions and the percentage of Non-Litigating Subdivisions that are both Primary Subdivisions and Participating Subdivisions, according to the criteria set forth in Exhibit G, except that the calculations shall be performed as to that State alone. For the avoidance of doubt and solely for the calculation in this subparagraph, the Settling States Column of Exhibit H shall play no role.  This is the sole circumstance in which one Settling State will have a different Participation Tier than other Settling States.

6.      The redetermination of the Participation Tier under Section VIII.C.2 shall not affect payments already made or suspensions, offsets, or reductions already applied.

## IX.     Additional Restitution

A.      *Additional Restitution Amount.*  Pursuant to the schedule set forth in Exhibit M and subject to the reduction specified in Section IX.B, the Settling Distributors shall pay an Additional Restitution Amount to the Settling States listed in Exhibit N.  Such funds shall be paid, on the schedule set forth on Exhibit M, on the Payment Date for each relevant Payment Year to such Settling States as allocated by the Settlement Fund Administrator pursuant to Exhibit N.

B.      *Reduction of Additional Restitution Amount.*  In the event that any Non-Settling States appear on Exhibit N, the amounts owed by Settling Distributors pursuant to this Section IX shall be reduced by the allocations set forth on Exhibit N for any such Non-Settling States.

C.      *Use of Funds.*  All funds paid as an Additional Restitution Amount shall be part of the Compensatory Restitution Amount, shall be used for Opioid Remediation, except as allowed by Section V.B.2, and shall be governed by the same requirements as specified in Section V.F.

## X.      Plaintiffs' Attorneys' Fees and Costs

The Agreement on Attorneys' Fees, Expenses and Costs is set forth in Exhibit R and incorporated herein by reference.  The Agreement on the State Outside Counsel Fee Fund and Agreement on the State Cost Fund Administration are set forth in Exhibit S and Exhibit T, respectively, and are incorporated herein by reference.

## XI.     Release

A.      *Scope.*  As of the Effective Date, the Released Entities are hereby released and forever discharged from all of the Releasors' Released Claims.  Each Settling State (for itself and its Releasors) and Participating Subdivision hereby absolutely, unconditionally, and irrevocably

FINAL AGREEMENT 3.25.22

covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever. The releases provided for in this Agreement are intended by the Parties to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of each Settling State and its Attorney General to release claims. This Agreement shall be a complete bar to any Released Claim.

B.    *Claim-Over and Non-Party Settlement*.

1.    It is the intent of the Parties that:

a.    Released Entities should not seek contribution or indemnification (other than pursuant to an insurance contract), from other parties for their payment obligations under this Agreement;

b.    the payments made under this Agreement shall be the sole payments made by the Released Entities to the Releasors involving, arising out of, or related to Covered Conduct (or conduct that would be Covered Conduct if engaged in by a Released Entity);

c.    Claims by Releasors against non-Parties should not result in additional payments by Released Entities, whether through contribution, indemnification or any other means; and

d.    the Agreement meets the requirements of the Uniform Contribution Among Joint Tortfeasors Act and any similar state law or doctrine that reduces or discharges a released party's liability to any other parties.

The provisions of this <u>Section XI.B</u> are intended to be implemented consistent with these principles. This Agreement and the releases and dismissals provided for herein are made in good faith.

2.    No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any other theory from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner; *provided* that a Released Entity shall be relieved of this prohibition with respect to any entity that asserts a Claim-Over against it. For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

3.    To the extent that, on or after the Reference Date, any Releasor enters into a Non-Party Settlement, including in any bankruptcy case or through any plan of reorganization (whether individually or as a class of creditors), the Releasor will include (or in the case of a Non-Party Settlement made in connection with a bankruptcy case, will cause the debtor to include), unless prohibited from doing so under applicable law, in the Non-Party Settlement a prohibition on contribution or indemnity of any kind substantially equivalent to that required from the Settling Distributors in <u>Section XI.B.2</u>, or a release

45

FINAL AGREEMENT 3.25.22

from such Non-Released Entity in favor of the Released Entities (in a form equivalent to the releases contained in this Agreement) of any Claim-Over.  The obligation to obtain the prohibition and/or release required by this subsection is a material term of this Agreement.

4.      In the event that any Releasor obtains a judgment with respect to Non-Party Covered Conduct against a Non-Released Entity that does not contain a prohibition like that described in Section XI.B.3, or any Releasor files a Non-Party Covered Conduct Claim against a Non-Released Entity in bankruptcy or a Releasor is prevented for any reason from obtaining a prohibition/release in a Non-Party Settlement as provided in Section XI.B.3, and such Non-Released Entity asserts a Claim-Over against a Released Entity, the Released Entity shall be relieved of the prohibition in Section XI.B.2 with respect to that Non-Released Entity and that Releasor and the Settling Distributors shall take the following actions to ensure that the Released Entities do not pay more with respect to Covered Conduct to Releasors or to Non-Released Entities than the amounts owed under this Settlement Agreement by the Settling Distributors:

a.      Settling Distributors shall notify that Releasor of the Claim-Over within sixty (60) calendar days of the assertion of the Claim-Over or sixty (60) calendar days of the Effective Date of this Settlement Agreement, whichever is later;

b.      Settling Distributors and that Releasor shall meet and confer concerning the means to hold Released Entities harmless and ensure that they are not required to pay more with respect to Covered Conduct than the amounts owed by Settling Distributors under this Agreement;

c.      That Releasor and Settling Distributors shall take steps sufficient and permissible under the law of the State of the Releasor to hold Released Entities harmless from the Claim-Over and ensure Released Entities are not required to pay more with respect to Covered Conduct than the amounts owed by Settling Distributors under this Agreement.  Such steps may include, where permissible:

(i)      Filing of motions to dismiss or such other appropriate motion by Settling Distributors or Released Entities, and supported by Releasors, in response to any claim filed in litigation or arbitration;

(ii)      Reduction of that Releasors' Claim and any judgment it has obtained or may obtain against such Non-Released Entity by whatever amount or percentage is necessary to extinguish such Claim-Over under applicable law, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

(iii)      Placement into escrow of funds paid by the Non-Released Entities such that those funds are available to satisfy the Claim-Over;

(iv)    Return of monies paid by Settling Distributors to that Releasor under this Settlement Agreement to permit satisfaction of a judgment against or settlement with the Non-Released Entity to satisfy the Claim-Over;

(v)    Payment of monies to Settling Distributors by that Releasor to ensure they are held harmless from such Claim-Over, up to the amount that Releasor has obtained, may obtain, or has authority to control from such Non-Released Entity;

(vi)    Credit to the Settling Distributors under this Agreement to reduce the overall amounts to be paid under the Agreement such that they are held harmless from the Claim-Over; and

(vii)    Such other actions as that Releasor and Settling Distributors may devise to hold Settling Distributors harmless from the Claim-Over.

d.    The actions of that Releasor and Settling Distributors taken pursuant to paragraph (c) must, in combination, ensure Settling Distributors are not required to pay more with respect to Covered Conduct than the amounts owed by Settling Distributors under this Agreement.

e.    In the event of any dispute over the sufficiency of the actions taken pursuant to paragraph (c), that Releasor and the Settling Distributors may seek review by the National Arbitration Panel, provided that, if the parties agree, such dispute may be heard by the state court where the relevant Consent Judgment was filed.  The National Arbitration Panel shall have authority to require Releasors to implement a remedy that includes one or more of the actions specified in paragraph (c) sufficient to hold Released Entities fully harmless.  In the event that the Panel's actions do not result in Released Entities being held fully harmless, Settling Distributors shall have a claim for breach of this Agreement by Releasors, with the remedy being payment of sufficient funds to hold Settling Distributors harmless from the Claim-Over.  For the avoidance of doubt, the prior sentence does not limit or eliminate any other remedy that Settling Distributors may have.

5.    To the extent that the Claim-Over is based on a contractual indemnity, the obligations under Section XI.B.4 shall extend solely to a Non-Party Covered Conduct Claim against a pharmacy, clinic, hospital or other purchaser or dispenser of Products, a manufacturer that sold Products, a consultant, and/or a pharmacy benefit manager or other third-party payor.  Each Settling Distributor shall notify the Settling States, to the extent permitted by applicable law, in the event that any of these types of Non-Released Entity asserts a Claim-Over arising out of contractual indemnity against it.

C.    *Indemnification and Contribution Prohibited.*  No Released Entity shall seek to recover for amounts paid under this Agreement based on indemnification, contribution, or any

other theory, from a manufacturer, pharmacy, hospital, pharmacy benefit manager, health insurer, third-party vendor, trade association, distributor, or health care practitioner. For the avoidance of doubt, nothing herein shall prohibit a Released Entity from recovering amounts owed pursuant to insurance contracts.

D. *General Release*. In connection with the releases provided for in this Agreement, each Settling State (for itself and its Releasors) and Participating Subdivision expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any State or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent**. A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that if known by him or her, would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Settling State (for itself and its Releasors) and Participating Subdivision hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Settling States' decision to enter into this Agreement or the Participating Subdivisions' decision to participate in this Agreement.

E. *Assigned Interest Waiver*. To the extent that any Settling State has any direct or indirect interest in any rights of a third-party that is a debtor under the Bankruptcy Code as a result of a claim arising out of Covered Conduct by way of assignment or otherwise, including as a result of being the beneficiary of a trust or other distribution entity, to assert claims against a Settling Distributor (whether derivatively or otherwise), under any legal or equitable theory, including for indemnification, contribution, or subrogation, such Settling State waives the right to assert any such claim, or to receive a distribution or any benefit on account of such claim and such claim, distribution, or benefit shall be deemed assigned to such Settling Distributor.

F. *Res Judicata*. Nothing in this Agreement shall be deemed to reduce the scope of the res judicata or claim preclusive effect that the settlement memorialized in this Agreement, and/or any Consent Judgment or other judgment entered on this Agreement, gives rise to under applicable law.

G. *Representation and Warranty*. The signatories hereto on behalf of their respective Settling States expressly represent and warrant that they have (or have obtained, or will obtain no later than the Initial Participation Date) the authority to settle and release, to the maximum extent of the State's power, all Released Claims of (1) their respective Settling States, (2) all past and present executive departments, state agencies, divisions, boards, commissions and instrumentalities with the regulatory authority to enforce state and federal controlled substances acts, and (3) any of their respective Settling State's past and present executive departments,

48

agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution license. For the purposes of clause (3) above, executive departments, agencies, divisions, boards, commissions, and instrumentalities are those that are under the executive authority or direct control of the State's Governor. Also for the purposes of clause (3), a release from a State's Governor is sufficient to demonstrate that the appropriate releases have been obtained.

H. *Effectiveness*. The releases set forth in this Agreement shall not be impacted in any way by any dispute that exists, has existed, or may later exist between or among the Releasors. Nor shall such releases be impacted in any way by any current or future law, regulation, ordinance, or court or agency order limiting, seizing, or controlling the distribution or use of the Settlement Fund or any portion thereof, or by the enactment of future laws, or by any seizure of the Settlement Fund or any portion thereof.

I. *Cooperation*. Releasors (1) will not encourage any person or entity to bring or maintain any Released Claim against any Released Entity and (2) will reasonably cooperate with and not oppose any effort by Settling Distributors to secure the prompt dismissal of any and all Released Claims.

J. *Non-Released Claims.* Notwithstanding the foregoing or anything in the definition of Released Claims, this Agreement does not waive, release or limit any criminal liability, Claims for liability under tax law, Claims under securities law by a State Releasor as investor, Claims against parties who are not Released Entities, Claims by private individuals, and any claims arising under this Agreement for enforcement of this Agreement.

## XII. Later Litigating Subdivisions

A. *Released Claims against Released Entities.* Subject to Section XII.B, the following shall apply in the event a Later Litigating Subdivision in a Settling State maintains a lawsuit for a Released Claim against a Released Entity after the Reference Date:

1. The Released Entity shall take ordinary and reasonable measures to defend the action, including filing a Threshold Motion with respect to the Released Claim. The Released Entity shall further notify the Settling State and Settlement Fund Administrator immediately upon notice of a Later Litigating Subdivision bringing a lawsuit for a Released Claim, and shall not oppose a Settling State's submission in support of the Threshold Motion.

2. The provisions of this Section XII.A.2 apply if the Later Litigating Subdivision is a Primary Subdivision (except as provided in Section XII.A.2.f):

a. If a lawsuit including a Released Claim survives until the Suspension Deadline for that lawsuit, the Settlement Fund Administrator shall calculate the Suspension Amount applicable to the next Payment due from the Settling Distributor(s) at issue and apportioned to the State of the Later Litigating Subdivision and to Subdivisions in that State; *provided*, *however*, that the Suspension Amount for a Payment Year cannot exceed the Suspension Cap. The

FINAL AGREEMENT 3.25.22

Suspension Amount shall be paid into the Settlement Fund Escrow account.  If the Suspension Amount exceeds the Suspension Cap for that Payment Year, then the remaining amount will be paid into the Settlement Fund Escrow in the following Payment Year, subject to the Suspension Cap for that Payment Year, and so forth in each succeeding Payment Year until the entire Suspension Amount has been paid into the Settlement Fund Escrow or the Released Claim is resolved, as provided below, whichever comes first.  A suspension does not apply during the pendency of any appeal dismissing the lawsuit for a Released Claim in whole.

b.      If the Released Claim is resolved with finality without requirement of payment by the Released Entity, the placement of any remaining balance of the Suspension Amount into the Settlement Fund Escrow shall cease and the Settlement Fund Administrator shall immediately transfer amounts in the Settlement Fund Escrow on account of the suspension to the Settling State at issue and its Participating Subdivisions.  The lawsuit will not cause further suspensions unless the Released Claim is reinstated upon further review, legislative action, or otherwise.

c.      If the Released Claim is resolved with finality on terms requiring payment by the Released Entity, the Settlement Fund Administrator will transfer the amounts in the Settlement Fund Escrow on account of the suspension to the Settling Distributor(s) at issue necessary to satisfy the payment obligation of the Released Entity to the relevant Later Litigating Subdivision.  If any balance remains in the Settlement Fund Escrow on account of the suspension after transfer of the amount necessary to satisfy the payment obligation, the Settlement Fund Administrator will immediately transfer the balance to the Settling State at issue and its Participating Subdivisions.  If the payment obligation of the Released Entity to the relevant Later Litigating Subdivision exceeds the amounts in the Settlement Fund Escrow on account of the suspension, the Settling Distributor at issue shall receive a dollar-for-dollar offset, subject to the yearly Offset Cap, for the excess amount against its obligation to pay its allocable share of Annual Payments that would be apportioned to the Settling State at issue and to its Subdivisions.  The offset shall be applied as follows:  first against the Settling Distributor's allocable share of the Annual Payment due in Payment Year 18, up to the Offset Cap for that Payment Year, with any remaining amounts above the Offset Cap applied against the Settling Distributor's allocable share of the Annual Payment due in Payment Year 17, up to the Offset Cap for that Payment Year, and so forth for each preceding Payment Year until the entire amount to be offset has been applied or no future Payment Years remain.

d.      If the lawsuit asserting a Released Claim is resolved with finality on terms requiring payment by the Released Entity, and the Released Claim did not give rise to a suspension of any Settling Distributor's portion of any Annual Payments (e.g., because it was resolved during Payment Years 1 or 2, during which all Settling States are deemed eligible for Incentive Payment A and thus no suspension of payments took place, as provided by Section XII.B), the Settling Distributor at issue shall receive a dollar-for-dollar offset, subject to the yearly

Offset Cap, for the amount paid.  The offset shall be applied against the relevant Settling Distributor's allocable portion of the Annual Payments starting in Payment Year 18 and working backwards as set forth in <u>Section XII.A.2.c</u>.  If the lawsuit for a Released Claim is otherwise resolved by the Released Entity, without the Settling Distributor filing a Threshold Motion despite an opportunity to do so, and the Released Claim did not give rise to a suspension of any Settling Distributor's portion of any Annual Payments, the Settling Distributor at issue shall not receive any offset for the amount paid.

        e.      If more than one Primary Subdivision in a Settling State becomes a Later Litigating Subdivision, a single Suspension Cap applies and the total amounts deducted from the share of the Annual Payment allocated to the Settling State and its Participating Subdivisions in a given Payment Year cannot exceed the Suspension Cap.  For the avoidance of doubt, an individual Primary Subdivision shall not trigger more than one suspension regardless if it (or any of its officials) is named as multiple plaintiffs in the same lawsuit.

        f.      This <u>Section XII.A.2</u> shall not apply with respect to a Primary Subdivision that is either (i) a Later Litigating Subdivision under <u>clause (3)</u> of the definition of that term solely because a legislative Bar or legislative Case-Specific Resolution applicable as of the Reference Date is invalidated by judicial decision after the Reference Date or (ii) a Later Litigating Subdivision under <u>clause (4)</u> of the definition of that term.  Such a Primary Subdivision shall be treated as a General Purpose Government under <u>Section XII.A.3</u>.

        3.      The terms of this <u>Section XII.A.3</u> apply if a the Later Litigating Subdivision is not a Primary Subdivision (except for Primary Subdivisions referenced in <u>Section XII.A.2.f</u>) but is a General Purpose Government, School District, Health District or Hospital District:  if the Released Claim is resolved with finality on terms requiring payment by the Released Entity, the Settling Distributor at issue shall receive a dollar-for-dollar offset, subject to the yearly Offset Cap, for the amount paid against its portion of the obligation to make Annual Payments that would be apportioned to the Settling State at issue and to its Subdivisions.  The offset shall be applied as follows:  first against the relevant Settling Distributor's allocable share of the Annual Payment due in Payment Year 18, up to the Offset Cap for that Payment Year, with any remaining amounts above the Offset Cap applied against the Payment due in Payment Year 17, up to the Offset Cap for that Payment Year, and so forth for each preceding Payment Year until the entire amount to be offset has been applied or no future Payment Year remains.  If the Released Claim is resolved on terms requiring payment during the first two (2) Payment Years, in no case will any amounts be offset against the amounts due in Payment Years 1 and 2.

        4.      In no event shall the total of Suspension Amounts and offsets pursuant to this Section applicable to a Settling State in a Payment Year for that Payment Year exceed the Offset Cap for that State.  If, in a Payment Year, the total of Suspension Amounts and offsets applicable to a Settling State exceeds the Offset Cap, the Suspension Amounts shall be reduced so that the total of Suspension Amounts and offsets equals the Offset Cap.

5. For the avoidance of doubt, any offset pursuant to this <u>Section XII</u> in a Settling State that is not eligible for Incentive Payment A shall continue to apply even if the Settling State at issue subsequently becomes eligible for Incentive Payment A.

6. "*Terms requiring payment*" shall mean (i) a final monetary judgment or (ii) a settlement; *provided* that the Released Entity sought the applicable State Attorney General's consent to the settlement and such consent was either obtained or unreasonably withheld. Should the judgment or settlement resolve claims that are not Released Claims, the offset shall be for the Released Claims portion only, which shall be distinguishable in the judgment or settlement.

B. *Exceptions.*

1. <u>Section XII.A</u> shall not apply where the Settling State at issue meets the eligibility criteria for and is entitled to Incentive Payment A for the Payment Year at issue, except as expressly provided therein. For the avoidance of doubt, because all Settling States are deemed eligible for Incentive Payment A for Payment Years 1 and 2 under <u>Section IV.F.1.c</u>, a suspension of Payments under <u>Section XII.A.2</u> shall not apply to any Settling States for those Payment Years.

2. An offset under <u>Section XII.A.2</u> and <u>Section XII.A.3</u> shall not apply where the Later Litigating Subdivision opted out of a Settlement Class Resolution in the Settling State at issue that was in full force and effect in that Settling State as of the due date of the payment for Payment Year 2 and remains in full force and effect; *provided* that an offset relating to that Subdivision may apply under <u>Section XIII</u>.

3. <u>Section XII.A</u> shall not apply where the Later Litigating Subdivision seeks less than $10 million, or so long as its total claim is reduced to less than $10 million, in the lawsuit for a Released Claim at issue.

4. An offset under <u>Section XII.A.3</u> shall not apply where the applicable Participation Tier is Participation Tier 1 and the population of the Later Litigating Subdivision is under 10,000.

5. If the applicable Participation Tier is Participation Tier 2 or higher, and the Later Litigating Subdivision has a population less than 10,000, the offset under <u>Section XII.A.3</u> shall only apply to amounts paid pursuant to a settlement or judgment that are over $10 million per case or resolution. Any type of consolidated or aggregated or joined or class actions, however styled, shall be considered a single case, and any resolutions that occur within a sixty (60) calendar day period of each other and involve Later Litigating Subdivisions that share common counsel and/or are created by the same or related judgments, settlement agreements, or other instruments or are conditioned upon one another, shall be considered a single resolution. For the avoidance of doubt, any such case or resolution shall have only a single $10,000,000 exemption from the offset under <u>Section XII.A.3</u>.

C. *No Effect on Other Provisions.* A suspension or offset under <u>Section XII.A</u> shall not affect the Injunctive Relief Terms or the Consent Judgment.

FINAL AGREEMENT 3.25.22

D.     *No Effect on Other States*.  A suspension or offset under Section XII.A applicable to one State shall not affect the allocation or payment of the Annual Payment to other Settling States.

## XIII.   Reductions/Offsets

A.     *Non-Settling States.*  Non-Settling States shall not be eligible for any payments or have any rights in connection with this Agreement.  Accordingly, the stated maximum dollar amounts of the payments specified in Exhibit M are reduced by the aggregate Overall Allocation Percentage of Non-Settling States as set forth in Exhibit F.

B.     *Offset Relating to Incentive Payment A.*  If a Settling State is not eligible for Incentive Payment A at the third Payment Date, the Settling Distributors shall receive an offset with respect to that State.[10]  The offset shall be the dollar amount difference between (1) the total amount of the Incentive Payment A due from the Settling Distributors on the Effective Date and on the Payment Date for Payment Year 2 allocated to that State and its Participating Subdivisions, and (2) the total amount of Incentive Payments B and C that would have been due from the Settling Distributors on the Effective Date and on the Payment Date for Payment Year 2 so allocated but for the State's deemed eligibility for Incentive Payment A.  The offset shall be applied in equal installments to reduce the Annual Payments for Payment Years 3 through 7 that would be apportioned to that State and to its Subdivisions, and shall remain applicable even if that State subsequently becomes eligible for Incentive Payment A.

C.     *Settlement Class Resolution Opt Outs.*  If a Settling State is eligible for Incentive Payment A on the basis of a Settlement Class Resolution, and a Primary Subdivision that opted out of the Settlement Class Resolution maintains a lawsuit asserting a Released Claim against a Released Entity, the following shall apply.  If the lawsuit asserting a Released Claim either survives a Threshold Motion or has an unresolved Threshold Motion fewer than sixty (60) calendar days prior to the scheduled start of a trial involving a Released Claim, and is resolved with finality on terms requiring payment by the Released Entity, the Settling Distributor at issue shall receive a dollar-for-dollar offset for the amount paid against its obligation to make remaining Incentive Payment A payments that would be apportioned to that State and to its Subdivisions.  For the avoidance of doubt, an offset shall not be applicable under this subsection if it is applicable under Section XII.A with respect to the Subdivision at issue.

D.     *Revoked Bar, Settlement Class Resolution, or Case-Specific Resolution.*  If the Settling Distributors made any Annual Payments that included any incentive payments earned as a result of the existence of a Bar, Settlement Class Resolution, or Case-Specific Resolution in a Settling State, and there is subsequently a Revocation Event with respect to that Bar, Settlement Class Resolution, or Case-Specific Resolution after the determination of the amount of such Annual Payment, the Settling Distributors shall receive a dollar-for-dollar offset against the portion of remaining Annual Payments that would be allocated to that State and its Participating Subdivisions.  This offset will be calculated as the dollar amount difference between (1) the total amount of incentive payments paid by the Settling Distributors by virtue of the Bar, Settlement

---

[10] For purposes of this provision, in determining whether a Settling State would not be eligible for Incentive Payment A for Payment Year 3, the criteria set forth in Section IV.F.1.b shall apply to that Payment Year.

FINAL AGREEMENT 3.25.22

Class Resolution, or Case-Specific Resolution subject to the Revocation Event and (2) the total amount of incentive payments that would have been due from the Settling Distributors during that time had the Bar, Settlement Class Resolution, or Case-Specific Resolution subject to the Revocation Event not been in effect.  The amount of incentive payments that would have been due, referenced in clause (2) above, will be calculated one hundred eighty (180) calendar days after the Revocation Event; for purposes of calculating the amount of incentive payments that would have been due, any relevant Subdivision shall be included as a Participating Subdivision if:  (1) its Released Claims are extinguished by any subsequent Bar, Settlement Class Resolution, or Case-Specific Resolution in effect as of the date of such calculation, or (2) it becomes a Participating Subdivision (in addition to all other Participating Subdivisions) prior to the date of such calculation.

E.     *Certain Taxes.*  Amounts paid by a Settling Distributor under an Opioid Tax in a Settling State in a Payment Year shall give rise to a dollar-for-dollar offset against that Settling Distributor's obligation to pay its share of the Annual Payment in that Payment Year that would be allocated to the taxing State or its Participating Subdivisions.  If such amounts paid exceed that Settling Distributor's allocable share of the Annual Payment allocable to the taxing State or its Participating Subdivisions in that Payment Year, the excess shall carry forward as an offset against its allocable share of remaining Annual Payments that would be allocated to the taxing State or its Participating  Subdivisions

F.     *Not Subject to Suspension Cap or Offset Cap.*  For the avoidance of doubt, neither the Suspension Cap nor the Offset Cap apply to the offsets and reductions set forth in this Section XIII.

## XIV.  Miscellaneous

A.     *Population of General Purpose Governments.*  The population figures for General Purpose Governments shall be the published U.S. Census Bureau's population estimates for July 1, 2019, released May 2020.  These population figures shall remain unchanged during the term of this Agreement.[11]

B.     *Population of Special Districts*.  For any purpose in this Agreement in which the population of a Special District is used other than Section IV.F.1.b:  (a) School Districts' population will be measured by the number of students enrolled who are eligible under the Individuals with Disabilities Education Act ("*IDEA*") or Section 504 of the Rehabilitation Act of 1973; (b) Health Districts' and Hospital Districts' population will be measured at twenty-five percent (25%) of discharges; and (c) all other Special Districts' (including Fire Districts' and Library Districts') population will be measured at ten percent (10%) of the population served. The Settling Distributors and the Enforcement Committee shall meet and confer in order to agree on data sources for purposes of this Section prior to the Preliminary Agreement Date.

---

[11] The estimates for counties and parishes were accessed at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-countiestotal.html.  The estimates for cities and towns can currently be found at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-total-cities-and-towns.html.

FINAL AGREEMENT 3.25.22

C.  *Population Associated with Sheriffs.*  For any purpose in this Agreement in which the population associated with a lawsuit by a sheriff is used, the population will be measured at twenty percent (20%) of the capacity of the jail(s) operated by the sheriff.

D.  *No Admission.*  The Settling Distributors do not admit liability or wrongdoing. Neither this Agreement nor the Consent Judgments shall be considered, construed or represented to be (1) an admission, concession or evidence of liability or wrongdoing or (2) a waiver or any limitation of any defense otherwise available to the Settling Distributors.

E.  *Most-Favored-Nation Provision.*—Settling States.

1.  If, after the Reference Date, any Settling Distributor enters into any settlement agreement with any Non-Settling State that resolves Claims similar in scope to the Claims released by a Settling State under this Agreement on overall payment terms that are more favorable to such Non-Settling State than the overall payment terms of the Agreement (after due consideration of relevant differences in population or other appropriate factors), then the Settling States, individually or collectively, may elect to seek review, pursuant to Section XIV.E.3, of the overall payment terms of this Agreement and the Non-Settling State agreement so that such Settling State(s) may obtain, with respect to that Settling Distributor, overall payment terms at least as favorable as those obtained by such Non-Settling State.  "*Overall payment terms*" refers to consideration of all payment terms of the two agreements, taken together, including, but not limited to the amount of payments, the timing of payments, and conditions or contingencies on payments.

2.  For any settlement with a Non-Settling State involving Released Claims that is entered into after the Reference Date, Settling Distributors shall provide the Enforcement Committee with a copy of the settlement agreement or relevant consent judgment within thirty (30) calendar days of the consummation of such settlement.  The Enforcement Committee will promptly distribute such copy to all Settling States.

3.  In the event that one or more Settling State(s) believes that the overall payment terms of an agreement by a Settling Distributor with a Non-Settling State are more favorable to the Non-Settling State, when compared based on the totality of the considerations set forth in Section XIV.E.1, the Settling State(s) and the Settling Distributor shall engage in the following process:

a.  The Settling State(s) shall provide notice, within sixty (60) calendar days of the date on which a settlement agreement or consent judgment is provided to the Enforcement Committee, to the Settling Distributor of its (their) intent to seek revision of this Agreement to provide payment terms that are, on an overall basis, as favorable as those obtained by the Non-Settling State.  Such notice shall be confidential and not disclosed publicly to the extent allowed by law and shall state, in detail, the basis for the State's (States') belief that it (they) is entitled to a revision of the Agreement.

FINAL AGREEMENT 3.25.22

b. The Settling Distributor shall, within thirty (30) calendar days, provide a response to the Settling State(s), explaining its position, in detail, as to whether the Settling State(s) is entitled to more favorable overall payment terms than those provided for in this Agreement.

c. In the event the Settling State(s) and Settling Distributor do not reach agreement as to the application of Section XIV.E.1, the Settling State(s) may petition the National Arbitration Panel to seek a ruling from the Panel as to the applicability of Section XIV.E.1, provided that the Settling State(s) may seek such review only if at least five (5) Settling States co-sign the petition. The Panel shall consider submissions and argument by the parties pursuant to the procedures set forth in Section VI.F.2.

d. The Settling State(s) and the Settling Distributor shall be bound by the determination of the National Arbitration Panel.

4. This Section XIV.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any Non-Settling State agreement with any Settling Distributor that is entered into with: (a) a Non-Settling State after a date sixty (60) calendar days prior to the scheduled start date of a trial between any Settling Distributor and the Non-Settling State or any severed or bifurcated portion thereof, provided that, where, in order to complete a settlement, a Non-Settling State and a Settling Distributor jointly request an adjournment of the scheduled start date of a trial within sixty (60) days of that date, this exception will apply as if the trial date had not been adjourned; (b) a Non-Settling State that previously litigated to judgment a case related to opioids against any manufacturer, distributor, or pharmacy; or (c) a Non-Settling State that has obtained any court order or judicial determination that grants judgment (in whole or in part) against any Settling Distributor. For avoidance of doubt, the National Arbitration Panel shall have no power to review agreements described in this paragraph.

5. This Section XIV.E does not apply to, and there is no ability of any Settling State to seek or obtain revision of this Agreement based on, any agreement between a Settling Distributor and (a) federally-recognized tribe(s) or (b) West Virginia subdivisions or (c) Non-Participating Subdivisions. This Section XIV.E will not apply to any agreement entered into more than eighteen (18) months after the Reference Date.

F. *Tax Cooperation and Reporting*.

1. Upon request by any Settling Distributor, the Settling States and Participating Subdivisions agree to perform such further acts and to execute and deliver such further documents as may be reasonably necessary for the Settling Distributors to establish the statements set forth in Section V.F to the satisfaction of their tax advisors, their independent financial auditors, the Internal Revenue Service, or any other governmental authority, including as contemplated by Treasury Regulations Section 1.162-21(b)(3)(ii) and any subsequently proposed or finalized relevant regulations or administrative guidance.

2.      Without limiting the generality of <u>Section XIV.F.1</u>, each Settling State and Participating Subdivision shall cooperate in good faith with any Settling Distributor with respect to any tax claim, dispute, investigation, audit, examination, contest, litigation, or other proceeding relating to this Agreement.

3.      The Designated State, as defined in <u>Section I.P</u> as New York, on behalf of all Settling States and Participating Subdivisions, shall designate one of its officers or employees to act as the "appropriate official" within the meaning of Treasury Regulations Section 1.6050X-1(f)(1)(ii)(B) (the "*Appropriate Official*").  The Designated State shall direct and ensure that the Appropriate Official timely (a) files (i) at the time this Agreement becomes binding on the Parties, an IRS Form 1098-F in the form attached as <u>Exhibit U</u>, <u>Exhibit V</u>, and <u>Exhibit W</u> with respect to each of the Settling Distributors and (ii) any legally required returns or amended returns with any applicable governmental authority, or any returns requested by the respective Settling Distributors, and (b) provides to each of the Settling Distributors a copy of (i) the IRS Form 1098-F filed with respect to such Settling Distributor and (ii) any legally required written statement pursuant to any applicable law and any other document referred to in clause (a)(ii) above.  Any such form, return, or statement shall be prepared and filed in a manner fully consistent with <u>Section V.F</u>.

4.      The Settling States and Participating Subdivisions agree that any return, amended return, or written statement filed or provided pursuant to paragraph 3, and any similar document, shall be prepared and filed in a manner consistent with reporting each Settling Distributor's portion of the Global Settlement Amount as the "Total amount to be paid" pursuant to this Agreement in Box 1 of IRS Form 1098-F and each Settling Distributor's portion of the Compensatory Restitution Amount as "Restitution/remediation amount" in Box 2 of IRS Form 1098-F, as reflected in the attached <u>Exhibit U</u>, <u>Exhibit V</u>, and <u>Exhibit W</u>.  If the Designated State or Appropriate Official shall be required to file any return, amended return, or written statement contemplated by this <u>Section XIV.F</u> other than an IRS Form 1098-F in the form attached as <u>Exhibit U</u>, <u>Exhibit V</u>, and <u>Exhibit W</u>, the Designated State shall direct and ensure that the Appropriate Official provides to each Settling Distributor a draft of such return, amended return, or written statement in respect of such Settling Distributor no later than sixty (60) calendar days prior to the due date thereof and shall accept and reflect any reasonable comments of such Settling Distributor on the return, amended return, or written statement in respect of such Settling Distributor.

5.      For the avoidance of doubt, neither the Settling Distributors nor the Settling States and Participating Subdivisions make any warranty or representation to any Settling State, Participating Subdivision, or Releasor as to the tax consequences of the payment of the Compensatory Restitution Amount (or any portion thereof).

G.      *No Third-Party Beneficiaries.*  Except as expressly provided in this Agreement, no portion of this Agreement shall provide any rights to, or be enforceable by, any person or entity that is not a Settling State or Released Entity.  No Settling State may assign or otherwise convey any right to enforce any provision of this Agreement.

FINAL AGREEMENT 3.25.22

H.    *Calculation*.  Any figure or percentage referred to in this Agreement shall be carried to seven decimal places.

I.    *Construction*.  None of the Parties and no Participating Subdivision shall be considered to be the drafter of this Agreement or of any of its provisions for the purpose of any statute, case law, or rule of interpretation or construction that would or might cause any provision to be construed against the drafter of this Agreement.  The headings of the provisions of this Agreement are not binding and are for reference only and do not limit, expand, or otherwise affect the contents or meaning of this Agreement.

J.    *Cooperation*.  Each Party and each Participating Subdivision agrees to use its best efforts and to cooperate with the other Parties and Participating Subdivisions to cause this Agreement and the Consent Judgments to become effective, to obtain all necessary approvals, consents and authorizations, if any, and to execute all documents and to take such other action as may be appropriate in connection herewith.  Consistent with the foregoing, each Party and each Participating Subdivision agrees that it will not directly or indirectly assist or encourage any challenge to this Agreement or any Consent Judgment by any other person, and will support the integrity and enforcement of the terms of this Agreement and the Consent Judgments.

K.    *Entire Agreement*.  This Agreement, including its exhibits and any other attachments, embodies the entire agreement and understanding between and among the Parties and Participating Subdivisions relating to the subject matter hereof and supersedes (1) all prior agreements and understandings relating to such subject matter, whether written or oral and (2) all purportedly contemporaneous oral agreements and understandings relating to such subject matter.

L.    *Execution*.  This Agreement may be executed in counterparts and by different signatories on separate counterparts, each of which shall be deemed an original, but all of which shall together be one and the same Agreement.  One or more counterparts of this Agreement may be delivered by facsimile or electronic transmission with the intent that it or they shall constitute an original counterpart hereof.  One or more counterparts of this Agreement may be signed by electronic signature.

M.    *Good Faith and Voluntary Entry*.  Each Party warrants and represents that it negotiated the terms of this Agreement in good faith.  Each of the Parties and Participating Subdivisions warrants and represents that it freely and voluntarily entered into this Agreement without any degree of duress or compulsion.  The Parties and Participating Subdivisions state that no promise of any kind or nature whatsoever (other than the written terms of this Agreement) was made to them to induce them to enter into this Agreement.

N.    *Legal Obligations*.  Nothing in this Agreement shall be construed as relieving any Settling Distributor of the obligation to comply with all state and federal laws, regulations or rules, nor shall any of the provisions herein be deemed to be permission to engage in any acts or practices prohibited by such laws, regulations, or rules.  Except with respect to the Injunctive Relief Terms, in the event of a conflict between this Agreement and any requirement or requirements of federal, state, or local laws, such that a Settling Distributor cannot comply with this Agreement without violating such a requirement or requirements, the Settling Distributor

FINAL AGREEMENT 3.25.22

shall document such conflicts and notify the Attorney(s) General of the relevant Settling State(s) that it intends to comply with the requirement or requirements to the extent necessary to eliminate the conflict.  With respect to the Injunctive Relief Terms, in the event of such a conflict, the procedures set forth in <u>Section III.X</u> of the Injunctive Relief Terms will be followed.

      O.    *No Prevailing Party.*  The Parties and Participating Subdivisions each agree that they are not the prevailing party in this action, for purposes of any claim for fees, costs, or expenses as prevailing parties arising under common law or under the terms of any statute, because the Parties and Participating Subdivisions have reached a good faith settlement.  The Parties and Participating Subdivisions each further waive any right to challenge or contest the validity of this Agreement on any ground, including, without limitation, that any term is unconstitutional or is preempted by, or in conflict with, any current or future law.  Nothing in the previous sentence shall modify, or be construed to conflict with, <u>Section XIV.M</u>.

      P.    *Non-Admissibility.*  The settlement negotiations resulting in this Agreement have been undertaken by the Parties and by certain representatives of the Participating Subdivisions in good faith and for settlement purposes only, and no evidence of negotiations or discussions underlying this Agreement shall be offered or received in evidence in any action or proceeding for any purpose.  This Agreement shall not be offered or received in evidence in any action or proceeding for any purpose other than in an action or proceeding arising under or relating to this Agreement.

      Q.    *Notices.*  All notices or other communications under this Agreement shall be in writing (including, but not limited to, electronic communications) and shall be given to the recipients indicated below:

For the Attorney(s) General:

    Ashley Moody,
    Attorney General
    State of Florida
    The Capitol,
    PL-01
    Tallahassee, FL 32399

    Josh Stein, Attorney General
    North Carolina Department of Justice
    Attn: Daniel Mosteller
    PO Box 629
    Raleigh, NC 27602
    Dmosteller@ncdoj.gov

For the Plaintiffs' Executive Committee:

    Paul T. Farrell, Jr., Esq.
    Farrell & Fuller, LLC

FINAL AGREEMENT 3.25.22

1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico  00907
paul@farrellfuller.com

Jayne Conroy
Simmons Hanly Conroy LLC
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
JConroy@simmonsfirm.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

Peter Mougey
Levin Papantonio Rafferty
316 South Baylen St.
Pensacola, FL 32502
pmougey@levinlaw.com

Paul J. Geller
Robbins Feller Rudman & Dowd LLP
120 East Palmetto Park Road
Boca Raton, FL 33432
PGeller@rgrdlaw.com

For Settling Distributors:

Copy to AmerisourceBergen Corporation's attorneys at:
Attn:  Michael T. Reynolds
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019
mreynolds@cravath.com

Copy to Cardinal Health, Inc.'s attorneys at:
Attn:  Jeffrey M. Wintner, Esq.
Attn:  Elaine P. Golin, Esq.
Attn:  JB Kelly, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
JMWintner@wlrk.com

FINAL AGREEMENT 3.25.22

> EPGolin@wlrk.com
> JBKelly@wlrk.com

> Copy to McKesson Corporation's attorneys at:
> Attn:  Thomas J. Perrelli
> Jenner & Block LLP
> 1099 New York Ave., NW, Suite 900
> Washington, D.C. 20001
> tperrelli@jenner.com

Any Party or the Plaintiffs' Executive Committee may change or add the contact information of the persons designated to receive notice on its behalf by notice given (effective upon the giving of such notice) as provided in this <u>Section XIV.P</u>.

      R.     *No Waiver.* The waiver of any rights conferred hereunder shall be effective only if made by written instrument executed by the waiving Party or Parties.  The waiver by any Party of any breach of this Agreement shall not be deemed to be or construed as a waiver of any other breach, whether prior, subsequent, or contemporaneous, nor shall such waiver be deemed to be or construed as a waiver by any other Party.

      S.     *Preservation of Privilege.* Nothing contained in this Agreement or any Consent Judgment, and no act required to be performed pursuant to this Agreement or any Consent Judgment, is intended to constitute, cause, or effect any waiver (in whole or in part) of any attorney-client privilege, work product protection, or common interest/joint defense privilege, and each Party and Participating Subdivision agrees that it shall not make or cause to be made in any forum any assertion to the contrary.

      T.     *Successors.*

      1.     This Agreement shall be binding upon, and inure to the benefit of, the Settling Distributors and their respective successors and assigns.

      2.     A Settling Distributor shall not, in one (1) transaction or a series of related transactions, sell or transfer U.S. assets having a fair market value equal to twenty-five percent (25%) or more of the consolidated assets of such Settling Distributor (other than sales or transfers of inventories, or sales or transfers to an entity owned directly or indirectly by such Settling Distributor) where the sale or transfer is announced after the Reference Date, is not for fair consideration, and would foreseeably and unreasonably jeopardize such Settling Distributor's ability to make the payments under this Agreement that are due on or before the third Payment Date following the close of a sale or transfer transaction, unless the Settling Distributor obtains the acquiror's agreement that it will be either a guarantor of or successor to the percentage of that Settling Distributor's remaining Payment Obligations under this Agreement equal to the percentage of the Settling Distributor's consolidated assets being sold or transferred in such transaction.  Percentages under this section shall be determined in accordance with United States generally accepted accounting principles and as of the date of the Settling

61

FINAL AGREEMENT 3.25.22

Distributor's most recent publicly filed consolidated balance sheet prior to the date of entry into the sale or transfer agreement at issue.  This <u>Section XIV.T</u> shall be enforceable solely by the Enforcement Committee, and any objection under this <u>Section XIV.T</u> not raised within twenty (20) calendar days of the announcement of the relevant transaction is waived.  Any dispute under this <u>Section XIV.T</u> shall be a National Dispute as described in <u>Section VI.F.2</u> and must be raised exclusively with the National Arbitration Panel as described therein within twenty (20) calendar days of the announcement, and the sole remedy shall be an order enjoining the transaction.

       3.     A Settling Distributor shall not, in one (1) transaction or a series of related transactions, sell or transfer (other than sales or transfers to an entity owned directly or indirectly by such Settling Distributor) more than twenty-five percent (25%) of the distribution centers within its Full-Line Wholesale Pharmaceutical Distribution Business (as that term is defined in the Injunctive Relief Terms) where the sale or transfer is announced after the Reference Date, unless the Settling Distributor obtains the acquiror's agreement that it will be bound by the Injunctive Relief Terms.

       U.    *Modification, Amendment, Alteration.*  After the Reference Date, any modification, amendment, or alteration of this Agreement by the Parties shall be binding only if evidenced in writing signed by the Settling Distributor to which the modification, amendment, or alteration applies, if the change applies to less than all Settling Distributors, along with the signatures of at least thirty-seven of those then serving Attorneys General of the Settling States along with a representation from each Attorney General that either: (1) the advisory committee or similar entity established or recognized by that Settling State (either pursuant to <u>Section V.E.2.d</u>, by a State-Subdivision Agreement, or by statute) voted in favor of the modification, amendment or alteration of this Agreement including at least one member appointed by the Participating Subdivisions listed on <u>Exhibit G</u>; or (2) in States without any advisory committee, that 50.1% (by population) of the Participating Subdivisions listed on <u>Exhibit G</u> expressed approval of the modification, amendment, or alteration of this Agreement in a writing.

       V.    *Termination.*

       1.     Unless otherwise agreed to by each of the Settling Distributors and the Settling State in question, this Agreement and all of its terms (except <u>Section XIV.P</u> and any other non-admissibility provisions, which shall continue in full force and effect) shall be canceled and terminated with respect to the Settling State, and the Agreement and all orders issued by the courts in the Settling State pursuant to the Agreement shall become null and void and of no effect if one or more of the following conditions applies:

       a.     a Consent Judgment approving this Agreement without modification of any of the Agreement's terms has not been entered as to the Settling State by a court of competent jurisdiction on or before one hundred eighty (180) calendar days after the Effective Date;

       b.     this Agreement or the Consent Judgment as to that Settling State has been disapproved by a court of competent jurisdiction to which it was presented for approval and/or entry (or, in the event of an appeal from or review

of a decision of such a court to approve this Agreement and the Consent Judgment, by the court hearing such appeal or conducting such review), and the time to appeal from such disapproval has expired, or, in the event of an appeal from such disapproval, the appeal has been dismissed or the disapproval has been affirmed by the court of last resort to which such appeal has been taken and such dismissal or disapproval has become no longer subject to further appeal (including, without limitation, review by the United States Supreme Court); or

2.      If this Agreement is terminated with respect to a Settling State for whatever reason pursuant to <u>Section XIV.V.1</u>, then:

a.      an applicable statute of limitation or any similar time requirement (excluding any statute of repose) shall be tolled from the date the Settling State signed this Agreement until the later of the time permitted by applicable law or for one year from the date of such termination, with the effect that the Settling Distributors and the Settling State in question shall be in the same position with respect to the statute of limitation as they were at the time the Settling State filed its action; and

b.      the Settling Distributors and the Settling State in question shall jointly move the relevant court of competent jurisdiction for an order reinstating the actions and claims dismissed pursuant to the terms of this Agreement governing dismissal, with the effect that the Settling Distributors and the Settling State in question shall be in the same position with respect to those actions and claims as they were at the time the action or claim was stayed or dismissed.

3.      Unless each of the Settling Distributors and the Enforcement Committee agrees otherwise, this Agreement, with the exception of the Injunctive Relief Terms that have their own provisions on duration, shall terminate as to all Parties as of the Payment Date for Payment Year 18, *provided* that all Settling Distributors that as of that date are not Bankrupt Settling Distributors have performed their Payment obligations under the Agreement as of that date.  If fewer than all Settling Distributors that as of that date are not Bankrupt Settling Distributors have performed their Payment obligations under the Agreement as of that date, then the Agreement shall terminate as of that date as to any Settling Distributor that has performed its Payment obligations under the Agreement and the Agreement (a) shall terminate as to each of the remaining Settling Distributors that as of that date is not a Bankrupt Settling Distributor at such time as each performs its Payment obligations under the Agreement and (b) shall terminate as to all Parties at such time as all Settling Distributors that are not Bankrupt Settling Distributors have performed their Payment obligations under the Agreement.  Notwithstanding any other provision in this <u>Section XIV.V.3</u> or in this Agreement, all releases under this Agreement will remain effective despite any termination under this <u>Section XIV.V.3</u>.

W.      *Governing Law.*  Except (1) as otherwise provided in this Agreement or (2) as necessary, in the sole judgment of the National Arbitration Panel, to promote uniformity of interpretation for matters within the scope of the National Arbitration Panel's authority, this Agreement shall be governed by and interpreted in accordance with the respective laws of the

Settling State, without regard to the conflict of law rules of such Settling State, that is seeking to enforce the Agreement against Settling Distributor(s) or against which Settling Distributor(s) are seeking enforcement. Notwithstanding any other provision in this subsection on governing law, any disputes relating to the Settlement Fund Escrow shall be governed by and interpreted in accordance with the law of the state where the escrow agent has its primary place of business.

X. *Bankruptcy.* The following provisions shall apply if a Settling Distributor enters Bankruptcy (a Settling Distributor which does so and takes the actions, or is otherwise subjected to the actions, referred to in (i) and/or (ii) herein being referred to as a "*Bankrupt Settling Distributor*") and (i) the Bankrupt Settling Distributor's bankruptcy estate recovers, pursuant to 11 U.S.C. § 550, any payments made under this Agreement, or (ii) this Agreement is deemed executory and is rejected by such Settling Distributor pursuant to 11 U.S.C. § 365:

1. In the event that both a number of Settling States equal to at least seventy-five percent (75%) of the total number of Settling States and Settling States having aggregate Overall Allocation Percentages as set forth on Exhibit F equal to at least seventy-five percent (75%) of the total aggregate Overall Allocation Percentages assigned to all Settling States deem (by written notice to the Settling Distributors other than the Bankrupt Settling Distributor) that the financial obligations of this Agreement have been terminated and rendered null and void as to such Bankrupt Settling Distributor (except as provided in Section XIV.X.1.a) due to a material breach by such Bankrupt Settling Distributor, whereupon, with respect to all Settling States:

a. all agreements, all concessions, all reductions of Releasing Parties' Claims, and all releases and covenants not to sue, contained in this Agreement shall immediately and automatically be deemed null and void as to such Bankrupt Settling Distributor; the Settling States shall be deemed immediately and automatically restored to the same position they were in immediately prior to their entry into this Settlement Agreement in respect to such Bankrupt Settling Distributor and the Settling States shall have the right to assert any and all claims against such Bankrupt Settling Distributor in the Bankruptcy or otherwise, subject to any automatic stay, without regard to any limits or agreements as to the amount of the settlement otherwise provided in this Agreement; *provided*, *however*, that notwithstanding the foregoing sentence, (i) all reductions of Releasing Parties' Claims, and all releases and covenants not to sue, contained in this Agreement shall remain in full force and effect as to all persons or entities other than the Bankrupt Settling Distributor itself; and (ii) in the event a Settling State asserts any Released Claim against a Bankrupt Settling Distributor after the rejection and/or termination of this Agreement with respect to such Settling Distributor as described in this Section XIV.X.1.a and receives a judgment, settlement or distribution arising from such Released Claim, then the amount of any payments such Settling State has previously received from such Bankrupt Settling Distributor under this Agreement shall be applied to reduce the amount of any such judgment, settlement or distribution (provided that no credit shall be given against any such judgment, settlement or distribution for any payment that such Settling State is required to disgorge or repay to the Bankrupt Settling Distributor's bankruptcy estate); and

FINAL AGREEMENT 3.25.22

   b.    the Settling States may exercise all rights provided under the federal Bankruptcy Code (or other applicable bankruptcy or non-bankruptcy law) with respect to their Claims against such Bankrupt Settling Distributor subject to all defenses and rights of the Bankrupt Settling Distributor.

FINAL AGREEMENT 3.25.22

**<u>EXHIBIT A</u>**

**<u>Alleged Harms</u>**

The following export reports that were filed in connection with the case captioned *In re National Prescription Opiate Litigation*, No. 1-17-md-02804 (S.D. Ohio):

1. Expert report of Professor David Cutler, dated March 25, 2019.
2. Expert report of Dr. Jeffrey B. Liebman, dated March 25, 2019.
3. Expert report of Professor Thomas McGuire regarding damages to Bellwethers, dated March 25, 2019.
4. Report of Professor Thomas McGuire regarding public nuisance, dated March 25, 2019.

FINAL AGREEMENT 3.25.22

## EXHIBIT B

## Enforcement Committee Organizational Bylaws

## ARTICLE I

These bylaws constitute the code of rules adopted by the Settling States and Participating Subdivisions for the creation of an Enforcement Committee (the "*Committee*") to exist and operate during the term of the Agreement with the Settling Distributors and shall control the regulation and management of the Committee's affairs.

## ARTICLE II
## Purpose

The Committee is organized for the sole purpose of evaluating and taking such action as deemed reasonable, necessary, and appropriate by the members of the Committee on the matters delegated to the Committee under that certain Settlement Agreement between the Settling States and the Settling Distributors dated July 21, 2021.

## ARTICLE III
## Members of the Committee

**(1)**   **Number of Members**
    The Committee will consist of seventeen (17) members (the "*Members*"). Upon majority resolution of the Committee, the number of Members may be increased or decreased from time to time, but in no event shall a decrease have the effect of decreasing the total number of Members to less than seven Members.

**(2)**   **Initial Members**
    The Committee initially will consist of eleven Settling State Members and six Participating Subdivision Members, three of the Participating Subdivisions shall be counties and three shall be municipalities. The initial Settling State Members are representatives from: Connecticut, Delaware, Florida, Georgia, Massachusetts, New York, North Carolina, Ohio, Pennsylvania, Tennessee, and Texas. The initial Participating Subdivision Members are: (a) Bexar County, Texas; (b) Broward County, Florida; (c) Chicago, Illinois; (d) Cincinnati, Ohio; (e) Nashville, Tennessee; and (f) Nassau County, New York. Until the Reference Date contained in the Settlement Agreement, the Participating Subdivisions may designate their outside counsel to serve as their representative. After the Reference Date, an employee or official of the Participating Subdivision must be the designated as the representative of the Participating Subdivision.

**(3)**   **Term of Members**
    The term of office for Members of the Committee will be until the end of the term of the Settlement Agreement, eighteen (18) years, unless and until a Member withdraws or resigns from the Committee.

FINAL AGREEMENT 3.25.22

**(4)**     **Resignation**
Any Member may resign at any time by delivering written notice to the Chairperson of the Committee. Such resignation shall take effect upon receipt or, if later, at the time specified in the notice.

**(5)**     **Removal**

(a) Any Member may be removed without cause, at any time, by a majority of the entire Committee, at a Regular or Special Meeting called for that purpose. Any Member under consideration of removal must first be notified about the consideration by written notice at least five days prior to the meeting at which the vote takes place.

(b)  In the event that any Member is not a Settling State or a Participating Subdivision or the Member subsequently becomes a Later Litigating Subdivision or otherwise does not support the Agreement, the Member shall be removed immediately without notice or vote of the Committee.

**(6)**     **Vacancies**
In the event of a vacancy, the Members of the same type (Settling State or Participating Subdivision) shall select another Settling State or Participating Subdivision to fill that Member's position.

**(7)**     **Compensation**
Members shall not receive any salaries or other compensation for their services, but, by resolution of the Committee, may be reimbursed for any actual expenses incurred in the performance of their duties for the Committee, as long as a majority of disinterested Members approve the reimbursement. Any reimbursement shall be sought from the Settlement Fund Administrator.

## ARTICLE IV
## Conflicts of Interest and Code of Ethics

If a Member, agent, or employee of the Committee has a conflict of interest, he or she may not participate in a vote, discussion, or decision about the matter. Each Member shall follow any applicable state or local law with respect to conflicts, gifts, and ethics.

## ARTICLE V
## Committee Meetings

**(1)**     **Place of Meetings**
Meetings of the Committee will be held at any place that the Chairperson may designate, including by telephonic or electronic means.

**(2)**     **Regular Meetings**
Regular meetings of the Committee shall be held as deemed necessary by the by the Chairperson or any three members.

FINAL AGREEMENT 3.25.22

**(3)   Notice of Meetings**
Written notice of the date, time, place and subject of each meeting must be provided to the Members at least 72 hours before the scheduled time of the meeting, except when there is an emergency or urgent public necessity.

**(4)   Quorum**
A majority of the incumbent Members (not counting vacancies) shall constitute a quorum for the purposes of convening a meeting or conducting business.

**(5)   Voting and Proxy**
When it is necessary to vote on any matter before the Committee, Members may vote by electronic means as provided in these Bylaws. Proxy voting is permitted. In order for a matter to pass, the matter must have a majority vote of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member. In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

**(6)   Minutes**
The Committee shall prepare and keep minutes. The minutes must state the subject of each deliberation and indicate each vote, order, decision, or other action taken.

**ARTICLE VI**
**Officers**

**(1)   Roster of Officers**
The Committee shall have a Chairperson, a Vice Chairperson, and a Secretary. The Committee may have at its discretion, such other officers as may be appointed by the Members of the Committee. One person may hold two or more offices, except those serving as Chairperson.

**(2)   Election and Removal of Officers**
All officers shall serve two-year terms. The election shall be conducted at the first meeting of the fiscal year. Officers shall remain in office until their successors have been selected. Officers may serve consecutive terms without limit. The election of officers shall be by majority vote of the Members of the Committee attending the meeting.

**(3)   Vacancies**
If a vacancy occurs during the term of office for any elected officer, the Members of the Committee shall elect a new officer to fill the remainder of the term as soon as practical, by majority vote of Members present.

**(4)   Chairperson**
The Chairperson will supervise and control the affairs of the Committee and shall exercise such supervisory powers as may be given him/her by the Members of the Committee. The Chairperson will perform all duties incident to such office and such other duties as may be

FINAL AGREEMENT 3.25.22

provided in these bylaws or as may be prescribed from time to time by the Committee. The Chairperson shall preside at all meetings and shall exercise parliamentary control in accordance with Robert's Rules of Order.

**(5)**     **Vice Chairperson**

The Vice Chairperson shall act in place of the Chairperson in the event of the Chairperson's absence, inability, or refusal to act, and shall exercise and discharge such other duties as may be required by the Committee. The Vice Chairperson shall serve as the parliamentarian and interpret any ambiguities of the bylaws.

**(6)**     **Secretary**

The Secretary will keep and maintain all records related to the Committee and take minutes of all meetings.

**(7)**     **Records**

All elected officers and committee chairpersons shall relinquish their records to the Chairperson immediately upon the completion of their term of office or completion of their term of office or completion of a project.

**(8)**     **Resignation**

An officer may resign the office while not resigning membership from the Committee, by submitting a letter to the Chairperson. Vacancies occurring in any office shall be appointed for the remainder of the term.

## ARTICLE VII
### Duties

**(1)**     **Prior to the Reference Date**

The Committee shall be responsible for any additional negotiations with the Settling Distributors, including, but not limited to, negotiating extensions of any periods created by the Settlement Agreement.

**(2)**     **After the Enforcement Date**

The Committee shall establish procedures for the receipt of notices that a dispute exists concerning the Agreement and review of such disputes, pursuant to Section VI of the Agreement. Members may engage with Settling Distributors, Settling States, and Participating Subdivisions attempting to resolve any dispute without further action by the Committee. The Committee may request additional information from Settling Distributors, Settling States, and Participating Subdivisions to the extent the Committee believes such information is necessary to understand, resolve, or provide advice related to a dispute. The Committee shall endeavor to provide advice relative to the dispute no later than 60 days after receipt of notice.

FINAL AGREEMENT 3.25.22

## ARTICLE VIII
### Rules of Procedure

The proceedings and business of the Committee shall be governed by Robert's Rules of Order unless otherwise waived by the Committee.

## ARTICLE IX
### Operations

**(1)**   **Records**
The Committee will keep correct and complete records and will also keep minutes of the proceedings of the Committee meetings and Committees. The Committee will keep at its principal place of business at a place designated by the Chairperson**.**

All elected officers and committee chairpersons shall relinquish their records to the Chairperson, immediately upon the completion of their term of office.

**(2)**   **Inspection of Books and Records**
The minutes of a meeting are public records and shall be available for public inspection and copying on request to the Committee's Chairperson or the Chairperson's designee.

**(3)**   **Amendments**
The bylaws may be amended at any time by a vote of a majority of Members present and must have at least one vote from a Settling State Member and a Participating Subdivision Member. In the event that there is a Quorum, but no Settling State or Participating Subdivision Member is present, then a matter may pass with a simple majority vote.

## EXHIBIT C

## Litigating Subdivisions List[12]

| | | | |
|---|---|---|---|
| 1. | Apache (AZ), County of, Arizona | 41. | Bald Knob (AR), City of, Arkansas |
| 2. | Bullhead City (AZ), City of, Arizona | 42. | Banks (AR), City of, Arkansas |
| 3. | Cochise (AZ), County of, Arizona | 43. | Barling (AR), City of, Arkansas |
| 4. | Glendale (AZ), City of, Arizona | 44. | Bassett (AR), City of, Arkansas |
| 5. | Kingman (AZ), City of, Arizona | 45. | Batesville (AR), City of, Arkansas |
| 6. | La Paz (AZ), County of, Arizona | 46. | Bauxite (AR), City of, Arkansas |
| 7. | Maricopa (AZ), County of, Arizona | 47. | Baxter (AR), County of, Arkansas |
| 8. | Mohave (AZ), County of, Arizona | 48. | Bay (AR), City of, Arkansas |
| 9. | Navajo (AZ), County of, Arizona | 49. | Bearden (AR), City of, Arkansas |
| 10. | Phoenix (AZ), City of, Arizona | 50. | Beaver (AR), City of, Arkansas |
| 11. | Pima (AZ), County of, Arizona | 51. | Beebe (AR), City of, Arkansas |
| 12. | Pinal (AZ), County of, Arizona | 52. | Beedeville (AR), City of, Arkansas |
| 13. | Prescott (AZ), City of, Arizona | 53. | Bella Vista (AR), City of, Arkansas |
| 14. | Surprise (AZ), City of, Arizona | 54. | Bellefonte (AR), City of, Arkansas |
| 15. | Tucson (AZ), The City of, Arizona | 55. | Belleville (AR), City of, Arkansas |
| 16. | Yuma (AZ), County of, Arizona | 56. | Ben Lomond (AR), City of, Arkansas |
| 17. | Adona (AR), City of, Arkansas | 57. | Benton (AR), City of, Arkansas |
| 18. | Alexander (AR), City of, Arkansas | 58. | Benton (AR), County of, Arkansas |
| 19. | Alicia (AR), City of, Arkansas | 59. | Bentonville (AR), City of, Arkansas |
| 20. | Allport (AR), City of, Arkansas | 60. | Bergman (AR), City of, Arkansas |
| 21. | Alma (AR), City of, Arkansas | 61. | Berryville (AR), City of, Arkansas |
| 22. | Almyra (AR), City of, Arkansas | 62. | Bethel Heights (AR), City of, Arkansas |
| 23. | Alpena (AR), City of, Arkansas | 63. | Big Flat (AR), City of, Arkansas |
| 24. | Altheimer (AR), City of, Arkansas | 64. | Bigelow (AR), City of, Arkansas |
| 25. | Altus (AR), City of, Arkansas | 65. | Biggers (AR), City of, Arkansas |
| 26. | Amagon (AR), City of, Arkansas | 66. | Birdsong (AR), City of, Arkansas |
| 27. | Amity (AR), City of, Arkansas | 67. | Biscoe (AR), City of, Arkansas |
| 28. | Anthonyvile (AR), City of, Arkansas | 68. | Black Oak (AR), City of, Arkansas |
| 29. | Antoine (AR), City of, Arkansas | 69. | Black Rock (AR), City of, Arkansas |
| 30. | Arkadelphia (AR), City of, Arkansas | 70. | Black Springs (AR), City of, Arkansas |
| 31. | Arkansas (AR), County of, Arkansas | 71. | Blevins (AR), City of, Arkansas |
| 32. | Arkansas City (AR), City of, Arkansas | 72. | Blue Eye (AR), City of, Arkansas |
| 33. | Ash Flat (AR), City of, Arkansas | 73. | Blue Mountain (AR), City of, Arkansas |
| 34. | Ashdown (AR), City of, Arkansas | 74. | Bluff City (AR), City of, Arkansas |
| 35. | Ashley (AR), County of, Arkansas | 75. | Blytheville (AR), City of, Arkansas |
| 36. | Atkins (AR), City of, Arkansas | 76. | Bodcaw (AR), City of, Arkansas |
| 37. | Aubrey (AR), City of, Arkansas | 77. | Bonanza (AR), City of, Arkansas |
| 38. | Augusta (AR), City of, Arkansas | 78. | Bono (AR), City of, Arkansas |
| 39. | Austin (AR), City of, Arkansas | 79. | Boone (AR), County of, Arkansas |
| 40. | Avoca (AR), City of, Arkansas | 80. | Booneville (AR), City of, Arkansas |

---

[12] For purposes of calculating the percentage of Litigating Subdivisions pursuant to Section IV.F.2.b and Exhibit H, an individual Litigating Subdivision shall not be included more than once in the numerator, and shall not be included more than once in the denominator, of the calculation regardless if it (or any of its officials) is named as multiple plaintiffs in the same lawsuit; provided, however, that for the avoidance of doubt, no Litigating Subdivision will be excluded from the numerator or denominator under this sentence unless a Litigating Subdivision otherwise counted in the denominator has the authority to release the Claims (consistent with Section XI) of the Litigating Subdivision to be excluded.

FINAL AGREEMENT 3.25.22

81.     Bradford (AR), City of, Arkansas
82.     Bradley (AR), City of, Arkansas
83.     Bradley (AR), County of, Arkansas
84.     Branch (AR), City of, Arkansas
85.     Briarcliff (AR), City of, Arkansas
86.     Brinkley (AR), City of, Arkansas
87.     Brookland (AR), City of, Arkansas
88.     Bryant (AR), City of, Arkansas
89.     Buckner (AR), City of, Arkansas
90.     Bull Shoals (AR), City of, Arkansas
91.     Burdette (AR), City of, Arkansas
92.     Cabot (AR), City of, Arkansas
93.     Caddo Valley (AR), City of, Arkansas
94.     Caldwell (AR), City of, Arkansas
95.     Cale (AR), City of, Arkansas
96.     Calhoun (AR), County of, Arkansas
97.     Calico Rock (AR), City of, Arkansas
98.     Calion (AR), City of, Arkansas
99.     Camden (AR), City of, Arkansas
100.    Cammack Village (AR), City of, Arkansas
101.    Campbell Station (AR), City of, Arkansas
102.    Caraway (AR), City of, Arkansas
103.    Carlisle (AR), City of, Arkansas
104.    Carroll (AR), County of, Arkansas
105.    Carthage (AR), City of, Arkansas
106.    Casa (AR), City of, Arkansas
107.    Cash (AR), City of, Arkansas
108.    Caulksville (AR), City of, Arkansas
109.    Cave City (AR), City of, Arkansas
110.    Cave Springs (AR), City of, Arkansas
111.    Cedarville (AR), City of, Arkansas
112.    Centerton (AR), City of, Arkansas
113.    Central City (AR), City of, Arkansas
114.    Charleston (AR), City of, Arkansas
115.    Cherokee Village (AR), City of, Arkansas
116.    Cherry Valley (AR), City of, Arkansas
117.    Chester (AR), City of, Arkansas
118.    Chicot (AR), County of, Arkansas
119.    Chidester (AR), City of, Arkansas
120.    Clarendon (AR), City of, Arkansas
121.    Clark (AR), County of, Arkansas
122.    Clarksville (AR), City of, Arkansas
123.    Clay (AR), County of, Arkansas
124.    Cleburne (AR), County of, Arkansas
125.    Cleveland (AR), County of, Arkansas
126.    Clinton (AR), City of, Arkansas
127.    Coal Hill (AR), City of, Arkansas
128.    Colt (AR), City of, Arkansas
129.    Columbia (AR), County of, Arkansas
130.    Concord (AR), City of, Arkansas
131.    Conway (AR), City of, Arkansas
132.    Conway (AR), County of, Arkansas
133.    Corning (AR), City of, Arkansas

134.    Cotter (AR), City of, Arkansas
135.    Cotton Plant (AR), City of, Arkansas
136.    Cove (AR), City of, Arkansas
137.    Coy (AR), City of, Arkansas
138.    Craighead (AR), County of, Arkansas
139.    Crawford (AR), County of, Arkansas
140.    Crawfordsville (AR), City of, Arkansas
141.    Crittenden (AR), County of, Arkansas
142.    Cross (AR), County of, Arkansas
143.    Crossett (AR), City of, Arkansas
144.    Cushman (AR), City of, Arkansas
145.    Daisy (AR), City of, Arkansas
146.    Dallas (AR), County of, Arkansas
147.    Damascus (AR), City of, Arkansas
148.    Danville (AR), City of, Arkansas
149.    Dardanelle (AR), City of, Arkansas
150.    Datto (AR), City of, Arkansas
151.    De Queen (AR), City of, Arkansas
152.    Decatur (AR), City of, Arkansas
153.    Delaplaine (AR), City of, Arkansas
154.    Delight (AR), City of, Arkansas
155.    Dell (AR), City of, Arkansas
156.    Denning (AR), City of, Arkansas
157.    Dermott (AR), City of, Arkansas
158.    Des Arc (AR), City of, Arkansas
159.    Desha (AR), County of, Arkansas
160.    Devalls Bluff (AR), City of, Arkansas
161.    Dewitt (AR), City of, Arkansas
162.    Diamond City (AR), City of, Arkansas
163.    Diaz (AR), City of, Arkansas
164.    Dierks (AR), City of, Arkansas
165.    Donaldson (AR), City of, Arkansas
166.    Dover (AR), City of, Arkansas
167.    Dumas (AR), City of, Arkansas
168.    Dyer (AR), City of, Arkansas
169.    Dyess (AR), City of, Arkansas
170.    Earle (AR), City of, Arkansas
171.    East Camden (AR), City of, Arkansas
172.    Edmondson (AR), City of, Arkansas
173.    Egypt (AR), City of, Arkansas
174.    El Dorado (AR), City of, Arkansas
175.    Elaine (AR), City of, Arkansas
176.    Elkins (AR), City of, Arkansas
177.    Elm Springs (AR), City of, Arkansas
178.    Emerson (AR), City of, Arkansas
179.    Emmet (AR), City of, Arkansas
180.    England (AR), City of, Arkansas
181.    Enola (AR), City of, Arkansas
182.    Etowah (AR), City of, Arkansas
183.    Eudora (AR), City of, Arkansas
184.    Eureka Springs (AR), City of, Arkansas
185.    Evening Shade (AR), City of, Arkansas
186.    Everton (AR), City of, Arkansas

FINAL AGREEMENT 3.25.22

| | | | | |
|---|---|---|---|---|
| 187. | Fairfield Bay (AR), City of, Arkansas | | 240. | Hackett (AR), City of, Arkansas |
| 188. | Fargo (AR), City of, Arkansas | | 241. | Hamburg (AR), City of, Arkansas |
| 189. | Farmington (AR), City of, Arkansas | | 242. | Hampton (AR), City of, Arkansas |
| 190. | Faulkner (AR), County of, Arkansas | | 243. | Hardy (AR), City of, Arkansas |
| 191. | Felsenthal (AR), City of, Arkansas | | 244. | Harrell (AR), City of, Arkansas |
| 192. | Fifty-Six (AR), City of, Arkansas | | 245. | Harrisburg (AR), City of, Arkansas |
| 193. | Fisher (AR), City of, Arkansas | | 246. | Harrison (AR), City of, Arkansas |
| 194. | Flippin (AR), City of, Arkansas | | 247. | Hartford (AR), City of, Arkansas |
| 195. | Fordyce (AR), City of, Arkansas | | 248. | Hartman (AR), City of, Arkansas |
| 196. | Foreman (AR), City of, Arkansas | | 249. | Haskell (AR), City of, Arkansas |
| 197. | Forrest City (AR), City of, Arkansas | | 250. | Hatfield (AR), City of, Arkansas |
| 198. | Fort Smith (AR), City of, Arkansas | | 251. | Havana (AR), City of, Arkansas |
| 199. | Fouke (AR), City of, Arkansas | | 252. | Haynes (AR), City of, Arkansas |
| 200. | Fountain Hill (AR), City of, Arkansas | | 253. | Hazen (AR), City of, Arkansas |
| 201. | Fountain Lake (AR), City of, Arkansas | | 254. | Heber Springs (AR), City of, Arkansas |
| 202. | Fourche (AR), City of, Arkansas | | 255. | Hector (AR), City of, Arkansas |
| 203. | Franklin (AR), City of, Arkansas | | 256. | Helena - West Helena (AR), City of, Arkansas |
| 204. | Friendship (AR), City of, Arkansas | | | |
| 205. | Fulton (AR), City of, Arkansas | | 257. | Hempstead (AR), County of, Arkansas |
| 206. | Fulton (AR), County of, Arkansas | | 258. | Hermitage (AR), City of, Arkansas |
| 207. | Garfield (AR), City of, Arkansas | | 259. | Hickory Ridge (AR), City of, Arkansas |
| 208. | Garland (AR), City of, Arkansas | | 260. | Higden (AR), City of, Arkansas |
| 209. | Garland (AR), County of, Arkansas | | 261. | Higginson (AR), City of, Arkansas |
| 210. | Garner (AR), City of, Arkansas | | 262. | Highfill (AR), City of, Arkansas |
| 211. | Gassville (AR), City of, Arkansas | | 263. | Highland (AR), City of, Arkansas |
| 212. | Gateway (AR), City of, Arkansas | | 264. | Hindsville (AR), City of, Arkansas |
| 213. | Gentry (AR), City of, Arkansas | | 265. | Holland (AR), City of, Arkansas |
| 214. | Georgetown (AR), City of, Arkansas | | 266. | Holly Grove (AR), City of, Arkansas |
| 215. | Gilbert (AR), City of, Arkansas | | 267. | Hope (AR), City of, Arkansas |
| 216. | Gillett (AR), City of, Arkansas | | 268. | Horatio (AR), City of, Arkansas |
| 217. | Gillham (AR), City of, Arkansas | | 269. | Horseshoe Bend (AR), City of, Arkansas |
| 218. | Gilmore (AR), City of, Arkansas | | 270. | Horseshoe Lake (AR), City of, Arkansas |
| 219. | Glenwood (AR), City of, Arkansas | | 271. | Hot Spring (AR), County of, Arkansas |
| 220. | Goshen (AR), City of, Arkansas | | 272. | Hot Springs (AR), City of, Arkansas |
| 221. | Gosnell (AR), City of, Arkansas | | 273. | Houston (AR), City of, Arkansas |
| 222. | Gould (AR), City of, Arkansas | | 274. | Howard (AR), County of, Arkansas |
| 223. | Grady (AR), City of, Arkansas | | 275. | Hoxie (AR), City of, Arkansas |
| 224. | Grannis (AR), City of, Arkansas | | 276. | Hughes (AR), City of, Arkansas |
| 225. | Grant (AR), County of, Arkansas | | 277. | Humnoke (AR), City of, Arkansas |
| 226. | Gravette (AR), City of, Arkansas | | 278. | Humphrey (AR), City of, Arkansas |
| 227. | Green Forest (AR), City of, Arkansas | | 279. | Hunter (AR), City of, Arkansas |
| 228. | Greenbrier (AR), City of, Arkansas | | 280. | Huntington (AR), City of, Arkansas |
| 229. | Greene (AR), County of, Arkansas | | 281. | Huntsville (AR), City of, Arkansas |
| 230. | Greenland (AR), City of, Arkansas | | 282. | Huttig (AR), City of, Arkansas |
| 231. | Greenway (AR), City of, Arkansas | | 283. | Imboden (AR), City of, Arkansas |
| 232. | Greenwood (AR), City of, Arkansas | | 284. | Independence (AR), County of, Arkansas |
| 233. | Greers Ferry (AR), City of, Arkansas | | 285. | Izard (AR), County of, Arkansas |
| 234. | Griffithville (AR), City of, Arkansas | | 286. | Jackson (AR), County of, Arkansas |
| 235. | Grubbs (AR), City of, Arkansas | | 287. | Jacksonport (AR), City of, Arkansas |
| 236. | Guion (AR), City of, Arkansas | | 288. | Jacksonville (AR), City of, Arkansas |
| 237. | Gum Springs (AR), City of, Arkansas | | 289. | Jasper (AR), City of, Arkansas |
| 238. | Gurdon (AR), City of, Arkansas | | 290. | Jefferson (AR), County of, Arkansas |
| 239. | Guy (AR), City of, Arkansas | | 291. | Jennette (AR), City of, Arkansas |

292. Jericho (AR), City of, Arkansas
293. Jerome (AR), City of, Arkansas
294. Johnson (AR), City of, Arkansas
295. Johnson (AR), County of, Arkansas
296. Joiner (AR), City of, Arkansas
297. Jonesboro (AR), City of, Arkansas
298. Judsonia (AR), City of, Arkansas
299. Junction City (AR), City of, Arkansas
300. Keiser (AR), City of, Arkansas
301. Kensett (AR), City of, Arkansas
302. Keo (AR), City of, Arkansas
303. Kibler (AR), City of, Arkansas
304. Kingsland (AR), City of, Arkansas
305. Knobel (AR), City of, Arkansas
306. Knoxville (AR), City of, Arkansas
307. La Grange (AR), City of, Arkansas
308. Lafayette (AR), County of, Arkansas
309. Lafe (AR), City of, Arkansas
310. Lake City (AR), City of, Arkansas
311. Lake View (AR), City of, Arkansas
312. Lake Village (AR), City of, Arkansas
313. Lakeview (AR), City of, Arkansas
314. Lamar (AR), City of, Arkansas
315. Lavaca (AR), City of, Arkansas
316. Leachville (AR), City of, Arkansas
317. Lead Hill (AR), City of, Arkansas
318. Lee (AR), County of, Arkansas
319. Leola (AR), City of, Arkansas
320. Lepanto (AR), City of, Arkansas
321. Leslie (AR), City of, Arkansas
322. Letona (AR), City of, Arkansas
323. Lewisville (AR), City of, Arkansas
324. Lexa (AR), City of, Arkansas
325. Lincoln (AR), City of, Arkansas
326. Lincoln (AR), County of, Arkansas
327. Little Flock (AR), City of, Arkansas
328. Little River (AR), County of, Arkansas
329. Little Rock (AR), City of, Arkansas
330. Lockesburg (AR), City of, Arkansas
331. Logan (AR), County of, Arkansas
332. London (AR), City of, Arkansas
333. Lonoke (AR), City of, Arkansas
334. Lonoke (AR), County of, Arkansas
335. Lonsdale (AR), City of, Arkansas
336. Louann (AR), City of, Arkansas
337. Lowell (AR), City of, Arkansas
338. Luxora (AR), City of, Arkansas
339. Lynn (AR), City of, Arkansas
340. Madison (AR), City of, Arkansas
341. Madison (AR), County of, Arkansas
342. Magazine (AR), City of, Arkansas
343. Magness (AR), City of, Arkansas
344. Magnolia (AR), City of, Arkansas

345. Malvern (AR), City of, Arkansas
346. Mammoth Spring (AR), City of, Arkansas
347. Manila (AR), City of, Arkansas
348. Mansfield (AR), City of, Arkansas
349. Marianna (AR), City of, Arkansas
350. Marie (AR), City of, Arkansas
351. Marion (AR), City of, Arkansas
352. Marion (AR), County of, Arkansas
353. Marked Tree (AR), City of, Arkansas
354. Marmaduke (AR), City of, Arkansas
355. Marshall (AR), City of, Arkansas
356. Marvell (AR), City of, Arkansas
357. Maumelle (AR), City of, Arkansas
358. Mayflower (AR), City of, Arkansas
359. Maynard (AR), City of, Arkansas
360. McCaskill (AR), City of, Arkansas
361. McRae (AR), City of, Arkansas
362. McCrory (AR), City of, Arkansas
363. McDougal (AR), City of, Arkansas
364. McGehee (AR), City of, Arkansas
365. McNab (AR), City of, Arkansas
366. McNeil (AR), City of, Arkansas
367. Melbourne (AR), City of, Arkansas
368. Mena (AR), City of, Arkansas
369. Menifee (AR), City of, Arkansas
370. Midland (AR), City of, Arkansas
371. Miller (AR), County of, Arkansas
372. Mineral Springs (AR), City of, Arkansas
373. Minturn (AR), City of, Arkansas
374. Mississippi (AR), County of, Arkansas
375. Mitchellville (AR), City of, Arkansas
376. Monette (AR), City of, Arkansas
377. Monroe (AR), County of, Arkansas
378. Montgomery (AR), County of, Arkansas
379. Monticello (AR), City of, Arkansas
380. Montrose (AR), City of, Arkansas
381. Moorefield (AR), City of, Arkansas
382. Moro (AR), City of, Arkansas
383. Morrilton (AR), City of, Arkansas
384. Morrison Bluff (AR), City of, Arkansas
385. Mount Ida (AR), City of, Arkansas
386. Mount Pleasant (AR), City of, Arkansas
387. Mount Vernon (AR), City of, Arkansas
388. Mountain Home (AR), City of, Arkansas
389. Mountain Pine (AR), City of, Arkansas
390. Mountain View (AR), City of, Arkansas
391. Mountainburg (AR), City of, Arkansas
392. Mulberry (AR), City of, Arkansas
393. Murfreesboro (AR), City of, Arkansas
394. Nashville (AR), City of, Arkansas
395. Nevada (AR), County of, Arkansas
396. Newark (AR), City of, Arkansas
397. Newport (AR), City of, Arkansas

FINAL AGREEMENT 3.25.22

| 398. | Newton (AR), County of, Arkansas |
| 399. | Nimmons (AR), City of, Arkansas |
| 400. | Norfork (AR), City of, Arkansas |
| 401. | Norman (AR), City of, Arkansas |
| 402. | Norphlet (AR), City of, Arkansas |
| 403. | North Little Rock (AR), City of, Arkansas |
| 404. | Oak Grove (AR), City of, Arkansas |
| 405. | Oak Grove Heights (AR), City of, Arkansas |
| 406. | Oakhaven (AR), City of, Arkansas |
| 407. | Oden (AR), City of, Arkansas |
| 408. | Ogden (AR), City of, Arkansas |
| 409. | Oil Trough (AR), City of, Arkansas |
| 410. | O'Kean (AR), City of, Arkansas |
| 411. | Okolona (AR), City of, Arkansas |
| 412. | Ola (AR), City of, Arkansas |
| 413. | Omaha (AR), City of, Arkansas |
| 414. | Oppelo (AR), City of, Arkansas |
| 415. | Osceola (AR), City of, Arkansas |
| 416. | Ouachita (AR), County of, Arkansas |
| 417. | Oxford (AR), City of, Arkansas |
| 418. | Ozan (AR), City of, Arkansas |
| 419. | Ozark (AR), City of, Arkansas |
| 420. | Palestine (AR), City of, Arkansas |
| 421. | Pangburn (AR), City of, Arkansas |
| 422. | Paragould (AR), City of, Arkansas |
| 423. | Paris (AR), City of, Arkansas |
| 424. | Parkdale (AR), City of, Arkansas |
| 425. | Parkin (AR), City of, Arkansas |
| 426. | Patmos (AR), City of, Arkansas |
| 427. | Patterson (AR), City of, Arkansas |
| 428. | Pea Ridge (AR), City of, Arkansas |
| 429. | Peach Orchard (AR), City of, Arkansas |
| 430. | Perla (AR), City of, Arkansas |
| 431. | Perry (AR), City of, Arkansas |
| 432. | Perry (AR), County of, Arkansas |
| 433. | Perrytown (AR), City of, Arkansas |
| 434. | Perryville (AR), City of, Arkansas |
| 435. | Phillips (AR), County of, Arkansas |
| 436. | Piggott (AR), City of, Arkansas |
| 437. | Pike (AR), County of, Arkansas |
| 438. | Pindall (AR), City of, Arkansas |
| 439. | Pine Bluff (AR), City of, Arkansas |
| 440. | Pineville (AR), City of, Arkansas |
| 441. | Plainview (AR), City of, Arkansas |
| 442. | Pleasant Plains (AR), City of, Arkansas |
| 443. | Plumerville (AR), City of, Arkansas |
| 444. | Pocahontas (AR), City of, Arkansas |
| 445. | Poinsett (AR), County of, Arkansas |
| 446. | Polk (AR), County of, Arkansas |
| 447. | Pollard (AR), City of, Arkansas |
| 448. | Pope (AR), County of, Arkansas |
| 449. | Portia (AR), City of, Arkansas |
| 450. | Portland (AR), City of, Arkansas |
| 451. | Pottsville (AR), City of, Arkansas |
| 452. | Powhatan (AR), City of, Arkansas |
| 453. | Poyen (AR), City of, Arkansas |
| 454. | Prairie (AR), County of, Arkansas |
| 455. | Prairie Grove (AR), City of, Arkansas |
| 456. | Prattsville (AR), City of, Arkansas |
| 457. | Prescott (AR), City of, Arkansas |
| 458. | Pulaski (AR), County of, Arkansas |
| 459. | Pyatt (AR), City of, Arkansas |
| 460. | Quitman (AR), City of, Arkansas |
| 461. | Randolph (AR), County of, Arkansas |
| 462. | Ratcliff (AR), City of, Arkansas |
| 463. | Ravenden (AR), City of, Arkansas |
| 464. | Ravenden Springs (AR), City of, Arkansas |
| 465. | Rector (AR), City of, Arkansas |
| 466. | Redfield (AR), City of, Arkansas |
| 467. | Reed (AR), City of, Arkansas |
| 468. | Reyno (AR), City of, Arkansas |
| 469. | Rison (AR), City of, Arkansas |
| 470. | Rockport (AR), City of, Arkansas |
| 471. | Roe (AR), City of, Arkansas |
| 472. | Rogers (AR), City of, Arkansas |
| 473. | Rondo (AR), City of, Arkansas |
| 474. | Rose Bud (AR), City of, Arkansas |
| 475. | Rosston (AR), City of, Arkansas |
| 476. | Rudy (AR), City of, Arkansas |
| 477. | Russell (AR), City of, Arkansas |
| 478. | Russellville (AR), City of, Arkansas |
| 479. | Salem (AR), City of, Arkansas |
| 480. | Salesville (AR), City of, Arkansas |
| 481. | Saline (AR), County of, Arkansas |
| 482. | Scott (AR), County of, Arkansas |
| 483. | Scranton (AR), City of, Arkansas |
| 484. | Searcy (AR), City of, Arkansas |
| 485. | Searcy (AR), County of, Arkansas |
| 486. | Sebastian (AR), County of, Arkansas |
| 487. | Sedgwick (AR), City of, Arkansas |
| 488. | Sevier (AR), County of, Arkansas |
| 489. | Shannon Hills (AR), City of, Arkansas |
| 490. | Sharp (AR), County of, Arkansas |
| 491. | Sheridan (AR), City of, Arkansas |
| 492. | Sherrill (AR), City of, Arkansas |
| 493. | Sherwood (AR), City of, Arkansas |
| 494. | Shirley (AR), City of, Arkansas |
| 495. | Sidney (AR), City of, Arkansas |
| 496. | Siloam Springs (AR), City of, Arkansas |
| 497. | Smackover (AR), City of, Arkansas |
| 498. | Smithville (AR), City of, Arkansas |
| 499. | South Lead Hill (AR), City of, Arkansas |
| 500. | Sparkman (AR), City of, Arkansas |
| 501. | Springdale (AR), City of, Arkansas |
| 502. | Springtown (AR), City of, Arkansas |

FINAL AGREEMENT 3.25.22

| | |
|---|---|
| 503. St. Charles (AR), City of, Arkansas | 556. Weiner (AR), City of, Arkansas |
| 504. St. Francis (AR), City of, Arkansas | 557. Weldon (AR), City of, Arkansas |
| 505. St. Francis (AR), County of, Arkansas | 558. West Fork (AR), City of, Arkansas |
| 506. St. Joe (AR), City of, Arkansas | 559. West Memphis (AR), City of, Arkansas |
| 507. St. Paul (AR), City of, Arkansas | 560. West Point (AR), City of, Arkansas |
| 508. Stamps (AR), City of, Arkansas | 561. Western Grove (AR), City of, Arkansas |
| 509. Star City (AR), City of, Arkansas | 562. Wheatley (AR), City of, Arkansas |
| 510. Stephens (AR), City of, Arkansas | 563. Whelen Springs (AR), City of, Arkansas |
| 511. Stone (AR), County of, Arkansas | 564. White (AR), County of, Arkansas |
| 512. Strawberry (AR), City of, Arkansas | 565. White Hall (AR), City of, Arkansas |
| 513. Strong (AR), City of, Arkansas | 566. Wickes (AR), City of, Arkansas |
| 514. Stuttgart (AR), City of, Arkansas | 567. Widener (AR), City of, Arkansas |
| 515. Subiaco (AR), City of, Arkansas | 568. Wiederkehr Village (AR), City of, Arkansas |
| 516. Success (AR), City of, Arkansas | |
| 517. Sulphur Rock (AR), City of, Arkansas | 569. Williford (AR), City of, Arkansas |
| 518. Sulphur Springs (AR), City of, Arkansas | 570. Willisville (AR), City of, Arkansas |
| 519. Summit (AR), City of, Arkansas | 571. Wilmar (AR), City of, Arkansas |
| 520. Sunset (AR), City of, Arkansas | 572. Wilmot (AR), City of, Arkansas |
| 521. Swifton (AR), City of, Arkansas | 573. Wilson (AR), City of, Arkansas |
| 522. Taylor (AR), City of, Arkansas | 574. Wilton (AR), City of, Arkansas |
| 523. Texarkana (AR), City of, Arkansas | 575. Winchester (AR), City of, Arkansas |
| 524. Thornton (AR), City of, Arkansas | 576. Winslow (AR), City of, Arkansas |
| 525. Tillar (AR), City of, Arkansas | 577. Winthrop (AR), City of, Arkansas |
| 526. Tinsman (AR), City of, Arkansas | 578. Woodruff (AR), County of, Arkansas |
| 527. Tollette (AR), City of, Arkansas | 579. Wooster (AR), City of, Arkansas |
| 528. Tontitown (AR), City of, Arkansas | 580. Wrightsville (AR), City of, Arkansas |
| 529. Traskwood (AR), City of, Arkansas | 581. Wynne (AR), City of, Arkansas |
| 530. Trumann (AR), City of, Arkansas | 582. Yell (AR), County of, Arkansas |
| 531. Tuckerman (AR), City of, Arkansas | 583. Yellville (AR), City of, Arkansas |
| 532. Tull (AR), City of, Arkansas | 584. Zinc (AR), City of, Arkansas |
| 533. Tupelo (AR), City of, Arkansas | 585. Alameda (CA), County of, California |
| 534. Turrell (AR), City of, Arkansas | 586. Amador (CA), County of, California |
| 535. Twin Groves (AR), City of, Arkansas | 587. Anaheim (CA), City of, California |
| 536. Tyronza (AR), City of, Arkansas | 588. Butte (CA), County of, California |
| 537. Ulm (AR), City of, Arkansas | 589. Calaveras (CA), County of, California |
| 538. Union (AR), County of, Arkansas | 590. Chico (CA), City of, California |
| 539. Valley Springs (AR), City of, Arkansas | 591. Chula Vista (CA), City of, California |
| 540. Van Buren (AR), City of, Arkansas | 592. Clearlake (CA), City of, California |
| 541. Van Buren (AR), County of, Arkansas | 593. Contra Costa (CA), County of, California |
| 542. Vandervoort (AR), City of, Arkansas | 594. Costa Mesa (CA), City of, California |
| 543. Victoria (AR), City of, Arkansas | 595. Del Norte (CA), County of, California |
| 544. Vilonia (AR), City of, Arkansas | 596. Downey Unified School District (CA), California |
| 545. Viola (AR), City of, Arkansas | |
| 546. Wabbaseka (AR), City of, Arkansas | 597. Dublin (CA), City of, California |
| 547. Waldenburg (AR), City of, Arkansas | 598. El Dorado (CA), County of, California |
| 548. Waldo (AR), City of, Arkansas | 599. El Monte (CA), City of, California |
| 549. Waldron (AR), City of, Arkansas | 600. Elk Grove Unified School District (CA), California |
| 550. Walnut Ridge (AR), City of, Arkansas | |
| 551. Ward (AR), City of, Arkansas | 601. Encinitas (CA), City of, California |
| 552. Warren (AR), City of, Arkansas | 602. Eureka (CA), City of, California |
| 553. Washington (AR), City of, Arkansas | 603. Fresno (CA), County of, California |
| 554. Washington (AR), County of, Arkansas | 604. Fullerton (CA), City of, California |
| 555. Watson (AR), City of, Arkansas | 605. Glenn (CA), County of, California |

606. Health Plan of San Joaquin (CA), California
607. Humboldt (CA), County of, California
608. Huntington Beach (CA), City of, California
609. Imperial (CA), County of, California
610. Inland Empire Health Plan (CA), California
611. Inyo (CA), County of, California
612. Irvine (CA), City of, California
613. Kern (CA), County of, California
614. Kern High School District (CA), California
615. La Habra (CA), City of, California
616. La Mesa (CA), City of, California
617. Laguna Beach (CA), City of, California
618. Lakeport (CA), City of, California
619. Lassen (CA), County of, California
620. Los Angeles (CA), City of, California
621. Los Angeles County o/a L.A. Care Health Plan (CA), Local Initiative Health Authority
622. Madera (CA), County of, California
623. Marin (CA), County of, California
624. Mariposa (CA), County of, California
625. Mendocino (CA), County of, California
626. Merced (CA), County of, California
627. Modoc (CA), County of, California
628. Mono (CA), County of, California
629. Monterey (CA), County of, California
630. Montezuma (CA), Fire Protection District, California
631. Murrieta (CA), City of, California
632. Napa (CA), County of, California
633. Nevada (CA), County of, California
634. Oxnard (CA), City of, California
635. Placentia (CA), City of, California
636. Placer (CA), County of, California
637. Pleasant Valley (CA), School District Board of Education, California
638. Plumas (CA), County of, California
639. Riverside (CA), County of, California
640. Sacramento (CA), City of, California
641. Sacramento (CA), County of, California
642. San Benito (CA), County of, California
643. San Bernardino (CA), County of, California
644. San Clemente (CA), City of, California
645. San Diego (CA), City of, California
646. San Diego (CA), County of, California
647. San Francisco (CA), City of, California
648. San Joaquin (CA), County of, California
649. San Jose (CA), City of, California
650. San Luis Obispo (CA), County of, California
651. San Mateo (CA), County of, California

652. Santa Ana (CA), City of, California
653. Santa Barbara (CA), County of, California
654. Santa Barbara San Luis Obispo Regional Heath Authority, d/b/a Central Hospital (CA), California
655. Santa Cruz (CA), County of, California
656. Shasta (CA), County of, California
657. Siskiyou (CA), County of, California
658. Sonoma (CA), County of, California
659. Stockton (CA), City of, California
660. Sutter (CA), County of, California
661. Tehama (CA), County of, California
662. Trinity (CA), County of, California
663. Tulare (CA), County of, California
664. Tuolumne (CA), County of, California
665. Ventura (CA), County of, California
666. Ventura County Medi-Cal Managed Care Commission d/b/a Gold Coast Health Plan (CA), California
667. Westminster (CA), City of, California
668. Yolo (CA), County of, California
669. Yuba (CA), County of, California
670. Adams (CO), County of (Board of Commissioners), Colorado
671. Alamosa (CO), City of, Colorado
672. Alamosa (CO), County of, Colorado
673. Arapahoe (CO), County of (Board of Commissioners), Colorado
674. Aurora (CO), City of, Colorado
675. Black Hawk (CO), City of, Colorado
676. Boulder (CO), County of (Board of Commissioners), Colorado
677. Brighton (CO), City of, Colorado
678. Broomfield (CO), City of, Colorado
679. Chaffee (CO), County of, Colorado
680. Commerce City (CO), City of, Colorado
681. Conejos (CO), County of, Colorado
682. Crowley (CO), County of, Colorado
683. Denver (CO), City of, Colorado
684. Federal Heights (CO), City of, Colorado
685. Fremont (CO), County of (Board of Commissioners), Colorado
686. Greeley (CO), City of, Colorado
687. Hudson (CO), City of, Colorado
688. Huerfano (CO), County of, Colorado
689. Jefferson (CO), County of (Board of Commissioners), Colorado
690. Lakewood (CO), City of, Colorado
691. Larimer (CO), County of (Board of Commissioners), Colorado
692. Las Animas (CO), County of, Colorado
693. Mesa (CO), County of (Board of Commissioners), Colorado

694. Mesa County Valley School District 51 (CO), Colorado
695. Northglenn (CO), City of, Colorado
696. Otero (CO), County of, Colorado
697. Pueblo (CO), County of, Colorado
698. Sheridan (CO), City of, Colorado
699. Teller (CO), County of (Board of Commissioners), Colorado
700. Thornton (CO), City of, Colorado
701. Tri-County Health Department (CO), Colorado
702. Westminster (CO), City of, Colorado
703. Wheat Ridge (CO), City of, Colorado
704. Ansonia (CT), City of, Connecticut
705. Beacon Falls (CT), Town of, Connecticut
706. Berlin (CT), Town of, Connecticut
707. Bethlehem (CT), Town of, Connecticut
708. Bridgeport (CT), City of, Connecticut
709. Bristol (CT), City of, Connecticut
710. Coventry (CT), Town of, Connecticut
711. Danbury (CT), City of, Connecticut
712. Derby (CT), City of, Connecticut
713. East Hartford (CT), Town of, Connecticut
714. Enfield (CT), Town of, Connecticut
715. Fairfield (CT), Town of, Connecticut
716. Middlebury (CT), Town of, Connecticut
717. Middletown (CT), City of, Connecticut
718. Milford (CT), City of, Connecticut
719. Monroe (CT), Town of, Connecticut
720. Naugatuck (CT), Borough of, Connecticut
721. New Britain (CT), City of, Connecticut
722. New Haven (CT), City of, Connecticut
723. New London (CT), City of, Connecticut
724. New Milford (CT), Town of, Connecticut
725. Newtown (CT), Town of, Connecticut
726. North Haven (CT), Town of, Connecticut
727. Norwalk (CT), City of, Connecticut
728. Norwich (CT), City of, Connecticut
729. Oxford (CT), Town of, Connecticut
730. Prospect (CT), Town of, Connecticut
731. Roxbury (CT), Town of, Connecticut
732. Seymour (CT), Town of, Connecticut
733. Shelton (CT), City of, Connecticut
734. Southbury (CT), Town of, Connecticut
735. Southington (CT), Town of, Connecticut
736. Stratford (CT), Town of, Connecticut
737. Thomaston (CT), Town of, Connecticut
738. Tolland (CT), Town of, Connecticut
739. Torrington (CT), City of, Connecticut
740. Wallingford (CT), Town of, Connecticut
741. Waterbury (CT), City of, Connecticut
742. West Haven (CT), City of, Connecticut
743. Wethersfield (CT), Town of, Connecticut
744. Windham (CT), Town of, Connecticut
745. Wolcott (CT), Town of, Connecticut
746. Woodbury (CT), Town of, Connecticut
747. Dover (DE), City of, Delaware
748. Kent (DE), County of, Delaware
749. Seaford (DE), City of, Delaware
750. Sussex (DE), County of, Delaware
751. Alachua (FL), County of, Florida
752. Apopka (FL), City of, Florida
753. Bay (FL), County of, Florida
754. Bradenton (FL), City of, Florida
755. Bradford (FL), County of, Florida
756. Brevard (FL), County of, Florida
757. Broward (FL), County of, Florida
758. Calhoun (FL), County of, Florida
759. Clay (FL), County of, Florida
760. Clearwater (FL), City of, Florida
761. Coconut Creek (FL), City of, Florida
762. Coral Gables (FL), City of, Florida
763. Coral Springs (FL), City of, Florida
764. Daytona Beach (FL), City of, Florida
765. Daytona Beach Shores (FL), City of, Florida
766. Deerfield Beach (FL), City of, Florida
767. Delray Beach (FL), City of, Florida
768. Deltona (FL), City of, Florida
769. Dixie (FL), County of, Florida
770. Eatonville (FL), Town of, Florida
771. Escambia (FL), County of, Florida
772. Florida City (FL), City of, Florida
773. Fort Lauderdale (FL), City of, Florida
774. Fort Pierce (FL), City of, Florida
775. Gilchrist (FL), County of, Florida
776. Gulf (FL), County of, Florida
777. Halifax Hospital Medical Center (FL), Florida
778. Hallandale Beach (FL), City of, Florida
779. Hamilton (FL), County of, Florida
780. Hernando (FL), County of, Florida
781. Hillsborough (FL), County of, Florida
782. Holmes (FL), County of, Florida
783. Homestead (FL), City of, Florida
784. Jackson (FL), County of, Florida
785. Jacksonville (FL), City of, Florida
786. Lake (FL), County of, Florida
787. Lauderhill (FL), City of, Florida
788. Lee (FL), County of, Florida
789. Lee Memorial Health System, d/b/a Lee Health (FL), Florida
790. Leon (FL), County of, Florida
791. Levy (FL), County of, Florida
792. Lynn Haven (FL), City of, Florida
793. Manatee (FL), County of, Florida

794. Marion (FL), County of, Florida
795. Miami (FL), City of, Florida
796. Miami Gardens (FL), City of, Florida
797. Miami-Dade (FL), County of, Florida
798. Miami-Dade (FL), School Board of, Florida
799. Miramar (FL), City of, Florida
800. Monroe (FL), County of (County Commission), Florida
801. New Port Richey (FL), City of, Florida
802. Niceville, City of (FL), Florida
803. North Broward Hospital District (FL), Florida
804. North Miami (FL), City of, Florida
805. Ocala (FL), City of, Florida
806. Ocoee (FL), City of, Florida
807. Okaloosa (FL), County of, Florida
808. Orange (FL), County of, Florida
809. Orlando (FL), City of, Florida
810. Ormond Beach (FL), City of, Florida
811. Osceola (FL), County of, Florida
812. Oviedo (FL), City of, Florida
813. Palatka (FL), City of, Florida
814. Palm Bay (FL), City of, Florida
815. Palm Beach (FL), County of, Florida
816. Palmetto (FL), City of, Florida
817. Panama City (FL), City of, Florida
818. Pasco (FL), County of, Florida
819. Pembroke Pines (FL), City of, Florida
820. Pensacola (FL), City of, Florida
821. Pinellas (FL), County of, Florida
822. Pinellas Park (FL), City of, Florida
823. Polk (FL), County of, Florida
824. Pompano Beach (FL), City of, Florida
825. Port St. Lucie (FL), City of, Florida
826. Putnam (FL), County of, Florida
827. Sanford (FL), City of, Florida
828. Santa Rosa (FL), County of, Florida
829. Sarasota (FL), City of, Florida
830. Sarasota (FL), County of, Florida
831. Sarasota County Public Hospital District d/b/a Memorial Healthcare System, Inc. (FL), Florida
832. Seminole (FL), County of, Florida
833. St. Augustine (FL), City of, Florida
834. St. Johns (FL), County of, Florida
835. St. Lucie (FL), County of, Florida
836. St. Petersburg (FL), City of, Florida
837. Stuart (FL), City of, Florida
838. Suwannee (FL), County of, Florida
839. Sweetwater (FL), City of, Florida
840. Tallahassee (FL), City of, Florida
841. Tampa (FL), City of, Florida
842. Taylor (FL), County of, Florida
843. Union (FL), County of, Florida
844. Volusia (FL), County of, Florida
845. Walton (FL), County of, Florida
846. Washington (FL), County of, Florida
847. West Volusia Hospital Authority (FL), Florida
848. Adel (GA), City of, Georgia
849. Advantage Behavioral Health Systems (GA), Georgia
850. Albany (GA), City of, Georgia
851. Albany Area Community Service Board d/b/a Aspire Behavioral Health & Developmental Disability Services (GA), Georgia
852. Alma (GA), City of, Georgia
853. Appling (GA), County of, Georgia
854. Appling (GA), County of (County Sheriff Mark Melton), Georgia
855. Arlington (GA), City of, Georgia
856. Ashburn (GA), City of, Georgia
857. Athens-Clarke County (GA), The Unified Government of, Georgia
858. Atkinson (GA), County of, Georgia
859. Atlanta (GA), City of, Georgia
860. Augusta (GA), City of; Augusta (GA), County of, Georgia
861. Bacon (GA), County of, Georgia
862. Bacon County Hospital Foundation, Inc. (GA), Georgia
863. Bainbridge (GA), City of, Georgia
864. Baldwin (GA), County of (Sheriff William C. Massee, Jr.), Georgia
865. Banks (GA), County of, Georgia
866. Bartow (GA), County of, Georgia
867. Ben Hill (GA), County of, Georgia
868. Berrien (GA), County of, Georgia
869. Bibb (GA), County of (Sheriff David J. Davis), Georgia
870. Bibb County School District (GA), Georgia
871. Blackshear (GA), City of, Georgia
872. Blakely (GA), City of, Georgia
873. Brantley (GA), County of, Georgia
874. Brooks (GA), County of, Georgia
875. Brunswick (GA), City of, Georgia
876. Bulloch (GA), County of, Georgia
877. Burke (GA), County of, Georgia
878. Butts (GA), County of, Georgia
879. Calhoun (GA), City of, Georgia
880. Camden (GA), County of, Georgia
881. Candler (GA), County of, Georgia
882. Candler County (GA), Hospital Authority, Georgia

FINAL AGREEMENT 3.25.22

883. Carroll (GA), County of, Georgia
884. Cartersville (GA), City of, Georgia
885. Catoosa (GA), County of, Georgia
886. Charlton (GA), County of, Georgia
887. Chatham (GA), County of, Georgia
888. Chatham County Hospital Authority (GA), Georgia
889. Chatsworth (GA), City of, Georgia
890. Chattooga (GA), County of, Georgia
891. Cherokee (GA), County of, Georgia
892. Clay (GA), County of, Georgia
893. Clayton (GA), County of, Georgia
894. Clayton Community MH/SA/DS Service Board (GA), Georgia
895. Clinch (GA), County of, Georgia
896. Clinch County (GA) Hospital Authority, Georgia
897. Cobb (GA) County of, Georgia
898. Cobb County Community Service Board (GA), Georgia
899. Coffee (GA), County of (Sheriff Doyle T. Wooten), Georgia
900. Colquitt (GA), County of, Georgia
901. Columbia (GA), County of, Georgia
902. Columbus (GA), City of, Georgia
903. Community Mental Health Center of East Central Georgia d/b/a Serenity Behavioral Health Systems (GA), Georgia
904. Community Service Board of Middle Georgia (GA), Georgia
905. Cook (GA), County of, Georgia
906. Crawford (GA), County of (Sheriff Lewis S. Walker), Georgia
907. Crisp (GA), County of, Georgia
908. Crisp (GA), County of (Sheriff H.W. Hancock), Georgia
909. Dade (GA), County of, Georgia
910. Damascus (GA), City of, Georgia
911. Dawson (GA), City of, Georgia
912. Dawson (GA), County of, Georgia
913. Dawsonville (GA), City of, Georgia
914. Decatur (GA), County of, Georgia
915. DeKalb (GA) County of, Georgia
916. Demorest (GA), City of, Georgia
917. Dodge County Hospital Authority d/b/a Dodge County Hospital (GA), Georgia
918. Dooly (GA), County of, Georgia
919. Doraville (GA), City of, Georgia
920. Dougherty (GA), County of, Georgia
921. Douglas (GA), County of, Georgia
922. Dunwoody (GA), City of, Georgia
923. Early (GA), County of, Georgia
924. Echols (GA), County of, Georgia
925. Effingham (GA), County of, Georgia
926. Elbert (GA), County of, Georgia
927. Emanuel (GA), County of, Georgia
928. Evans (GA), County of, Georgia
929. Evans Memorial Hospital, Inc. (GA), Georgia
930. Fannin (GA), County of, Georgia
931. Fayette (GA), County of, Georgia
932. Fitzgerald (GA), City of, Georgia
933. Floyd (GA), County of, Georgia
934. Forsyth (GA), County of, Georgia
935. Fulton (GA), County of, Georgia
936. Gainesville (GA), City of, Georgia
937. Gateway Community Service Board (GA), Georgia
938. Georgia Mountains Community Services d/b/a Avita Community Partners (GA), Georgia
939. Georgia Pines Community Service Board (GA), Georgia
940. Glascock (GA), County of, Georgia
941. Glynn (GA), County of, Georgia
942. Glynn (GA), County of (Sheriff E. Neal Jump), Georgia
943. Gordon (GA), County of, Georgia
944. Grady (GA), County of, Georgia
945. Greene (GA), County of, Georgia
946. Gwinnett (GA), County of, Georgia
947. Habersham (GA), County of, Georgia
948. Habersham County Medical Center (GA), Georgia
949. Hall (GA), County of, Georgia
950. Hancock (GA), County of, Georgia
951. Harris (GA), County of (Sheriff Mike Jolley), Georgia
952. Heard (GA), County of, Georgia
953. Helen (GA), City of, Georgia
954. Henry (GA), County of, Georgia
955. Highland Rivers Community Service Board d/b/a Highland Rivers Health (GA), Georgia
956. Hospital Authority of Bainbridge and Decatur County (GA), Georgia
957. Hospital Authority of Baxley and Appling County (GA), Georgia
958. Hospital Authority of Bleckley County (GA) d/b/a Bleckley Memorial Hospital, Georgia
959. Houston (GA), County of, Georgia
960. Houston (GA), County of (Sheriff Cullen Talton), Georgia
961. Irwin (GA), County of, Georgia
962. Jackson (GA), City of, Georgia

FINAL AGREEMENT 3.25.22

963.  Jackson (GA), County of, Georgia
964.  Jasper (GA), County of, Georgia
965.  Jeff Davis (GA), County of, Georgia
966.  Jeff Davis (GA), County of (Sheriff Preston Bohannon), Georgia
967.  Jefferson (GA), County of, Georgia
968.  Johnson (GA), County of, Georgia
969.  Jones (GA), County of, Georgia
970.  Jones (GA), County of (Sheriff R.N. Butch Reece), Georgia
971.  Lakeland (GA), City of, Georgia
972.  Lanier (GA), County of, Georgia
973.  Laurens (GA), County of, Georgia
974.  Laurens (GA), County of (Sheriff Larry H. Dean), Georgia
975.  Lee (GA), County of, Georgia
976.  Liberty (GA), County of, Georgia
977.  Lincoln (GA), County of, Georgia
978.  Long (GA), County of, Georgia
979.  Lookout Mountain Community Service Board (GA), Georgia
980.  Lowndes (GA), County of, Georgia
981.  Lumpkin (GA), County of, Georgia
982.  Macon (GA), County of, Georgia
983.  Macon-Bibb County (GA), Unified Government of, Georgia
984.  Madison (GA), County of, Georgia
985.  Marietta (GA), City of, Georgia
986.  McDonough (GA), City of, Georgia
987.  McDuffie (GA), County of, Georgia
988.  McIntosh (GA), County of, Georgia
989.  Meriwether (GA), County of, Georgia
990.  Meriwether (GA), County of (Sheriff Chuck Smith), Georgia
991.  Middle Flint Area Community Service Board d/b/a Middle Flint Behavioral Healthcare (GA), Georgia
992.  Milledgeville (GA), City of, Georgia
993.  Monroe (GA), County of, Georgia
994.  Montgomery (GA), County of, Georgia
995.  Moultrie (GA), City of, Georgia
996.  Murray (GA), County of, Georgia
997.  Murray (GA), County of (Sheriff Gary Langford), Georgia
998.  Nashville (GA), City of, Georgia
999.  New Horizons Community Service Board (GA), Georgia
1000.  Newton (GA), County of, Georgia
1001.  Oconee (GA), County of, Georgia
1002.  Oconee (GA), County of (Sheriff Scott R. Berry), Georgia
1003.  Oglethorpe (GA), County of, Georgia
1004.  Peach (GA), County of, Georgia

1005.  Peach (GA), County of (Sheriff Terry Deese), Georgia
1006.  Pierce (GA), County of, Georgia
1007.  Pierce (GA), County of (Sheriff Ramsey Bennett), Georgia
1008.  Pike (GA), County of, Georgia
1009.  Pineland Behavioral Health and Developmental Disabilities CSB (GA), Georgia
1010.  Polk (GA), County of, Georgia
1011.  Pooler (GA), City of, Georgia
1012.  Pulaski (GA), County of, Georgia
1013.  Rabun (GA), County of, Georgia
1014.  Randolph (GA), County of, Georgia
1015.  Richmond Hill (GA), City of, Georgia
1016.  Ringgold (GA), City of, Georgia
1017.  River Edge Behavioral Health (GA), Georgia
1018.  Rockdale (GA), County of, Georgia
1019.  Rome (GA), City of, Georgia
1020.  Sandy Springs (GA), City of, Georgia
1021.  Satilla Community Services d/b/a Unison Behavioral Health (GA), Georgia
1022.  Savannah (GA), City of, Georgia
1023.  Schley (GA), County of, Georgia
1024.  Screven (GA), County of, Georgia
1025.  Screven (GA), County of (Sheriff Mike Kile), Georgia
1026.  Seminole (GA), County of, Georgia
1027.  Snellville (GA), City of, Georgia
1028.  Spalding (GA), County of, Georgia
1029.  Springfield (GA), City of, Georgia
1030.  Stephens (GA), County of, Georgia
1031.  Sumter (GA), County of, Georgia
1032.  Taliaferro (GA), County of, Georgia
1033.  Tattnall (GA), County of, Georgia
1034.  Telfair (GA), County of, Georgia
1035.  Telfair (GA), County of (Sheriff Chris Steverson), Georgia
1036.  Tift (GA), County of (Sheriff Gene Scarbrough), Georgia
1037.  Tifton (GA), City of, Georgia
1038.  Toombs (GA), County of, Georgia
1039.  Towns (GA), County of, Georgia
1040.  Troup (GA), County of, Georgia
1041.  Twiggs (GA), County of, Georgia
1042.  Union (GA), County of, Georgia
1043.  Valdosta (GA), City of, Georgia
1044.  Valdosta and Lowndes County (GA), Hospital Authority of d/b/a South Georgia Medical Center, Georgia
1045.  View Point Health Community Service Board (GA), Georgia

FINAL AGREEMENT 3.25.22

1046. Villa Rica (GA), City of, Georgia
1047. Walton (GA), County of, Georgia
1048. Ware (GA), County of (Sheriff Randy F. Royal), Georgia
1049. Warren (GA), County of, Georgia
1050. Warwick (GA), City of, Georgia
1051. Washington (GA), County of, Georgia
1052. Wayne (GA), County of, Georgia
1053. Wayne (GA), County of (Sheriff John G. Carter), Georgia
1054. Wayne County (GA), Hospital Authority, Georgia
1055. Whitfield (GA), County of, Georgia
1056. Wilcox (GA), County of, Georgia
1057. Wilkes (GA), County of, Georgia
1058. Wilkinson (GA), County of, Georgia
1059. Winder (GA), City of, Georgia
1060. Woodbury (GA), City of, Georgia
1061. Woodstock (GA), City of, Georgia
1062. Worth (GA), County of, Georgia
1063. Kaua'i (HI), County of, Hawaii
1064. Ada (ID), County of, Idaho
1065. Adams (ID), County of, Idaho
1066. Bannock (ID), County of, Idaho
1067. Bingham (ID), County of, Idaho
1068. Blaine (ID), County of, Idaho
1069. Boise (ID), City of, Idaho
1070. Boise (ID), County of, Idaho
1071. Bonneville (ID), County of, Idaho
1072. Camas (ID), County of, Idaho
1073. Canyon (ID), County of, Idaho
1074. Caribou (ID), County of, Idaho
1075. Cassia (ID), County of, Idaho
1076. Chubbuck (ID), City of, Idaho
1077. Elmore (ID), County of, Idaho
1078. Gooding (ID), County of, Idaho
1079. Latah (ID), County of, Idaho
1080. Minidoka (ID), County of, Idaho
1081. Owyhee (ID), County of, Idaho
1082. Payette (ID), County of, Idaho
1083. Pocatello (ID), City of, Idaho
1084. Preston (ID), City of, Idaho
1085. Twin Falls (ID), City of, Idaho
1086. Twin Falls (ID), County of, Idaho
1087. Addison (IL), Village of, Illinois
1088. Alexander (IL), County of, Illinois
1089. Anna (IL), City of, Illinois
1090. Bedford Park (IL), Village of, Illinois
1091. Bellwood (IL), Village of, Illinois
1092. Bensenville (IL), Village of, Illinois
1093. Benton (IL), City of, Illinois
1094. Berkeley (IL), Village of, Illinois
1095. Berwyn (IL), City of, Illinois

1096. Board of Education of East Aurora, School District 131 (IL), Illinois
1097. Board of Education of Joliet Township High School, District 204 (IL), Illinois
1098. Board of Education of Thornton Fractional Township High Schools, District 215 (IL), Illinois
1099. Board of Education of Thornton Township High Schools, District 205 (IL), Illinois
1100. Bolingbrook (IL), Village of, Illinois
1101. Bond (IL), County of, Illinois
1102. Bridgeview (IL), Village of, Illinois
1103. Broadview (IL), Village of, Illinois
1104. Burbank (IL), City of, Illinois
1105. Bureau (IL), County of, Illinois
1106. Calhoun (IL), County of, Illinois
1107. Carbondale (IL), City of, Illinois
1108. Chicago (IL), Board of Education, School District No. 299, Illinois
1109. Chicago (IL), City of, Illinois
1110. Chicago Heights (IL), City of, Illinois
1111. Chicago Ridge (IL), Village of, Illinois
1112. Christian (IL), County of, Illinois
1113. Coles (IL), County of, Illinois
1114. Cook (IL), County of, Illinois
1115. Countryside (IL), City of, Illinois
1116. Dekalb (IL), County of, Illinois
1117. Dolton (IL), Village of, Illinois
1118. DuPage (IL), County of, Illinois
1119. Edwards (IL), County of, Illinois
1120. Effingham (IL), County of, Illinois
1121. Evergreen Park (IL), Village of, Illinois
1122. Forest Park (IL), Village of, Illinois
1123. Franklin (IL), County of, Illinois
1124. Franklin Park (IL), Village of, Illinois
1125. Gallatin (IL), County of, Illinois
1126. Granite City (IL), City of, Illinois
1127. Hamilton (IL), County of, Illinois
1128. Hardin (IL) County of, Illinois
1129. Harrisburg (IL), City of, Illinois
1130. Harvey (IL), City of, Illinois
1131. Harwood Heights (IL), Village of, Illinois
1132. Henry (IL), County of, Illinois
1133. Herrin (IL), City of, Illinois
1134. Hillside (IL), Village of, Illinois
1135. Hodgkins (IL), Village of, Illinois
1136. Hoffman Estates (IL), Village of, Illinois
1137. Jasper (IL), County of, Illinois
1138. Jefferson (IL), County of, Illinois
1139. Jersey (IL), County of, Illinois
1140. Johnson (IL), County of, Illinois
1141. Kane (IL), County of, Illinois
1142. Kankakee (IL), City of, Illinois

C-12

FINAL AGREEMENT 3.25.22

1143. Kendall (IL), County of, Illinois
1144. La Grange Park (IL), Village of, Illinois
1145. Lake (IL), County of, Illinois
1146. Lake (IL), Couty of (Sheriff), Illinois
1147. LaSalle (IL), County of, Illinois
1148. Lawrence (IL), County of, Illinois
1149. Lee (IL), County of, Illinois
1150. Livingston (IL), County of, Illinois
1151. Lyons (IL), Township of, Illinois
1152. Lyons (IL), Village of, Illinois
1153. Macoupin (IL), County of, Illinois
1154. Marion (IL), City of, Illinois
1155. Marion (IL), County of, Illinois
1156. Massac (IL), County of, Illinois
1157. Massac Memorial, LLC d/b/a Massac Memorial Hospital (IL), Illinois
1158. Maywood (IL), Village of, Illinois
1159. McCook (IL), Village of, Illinois
1160. McHenry (IL), County of, Illinois
1161. McLean (IL), County of, Illinois
1162. Melrose Park (IL), Village of, Illinois
1163. Merrionette Park (IL), Village of, Illinois
1164. Metropolis (IL), City of, Illinois
1165. North Riverside (IL), Village of, Illinois
1166. Northlake (IL), City of, Illinois
1167. Oak Lawn (IL), Village of, Illinois
1168. Oak Park (IL), Village of, Illinois
1169. Orland Fire Protection District (IL), Illinois
1170. Orland Park (IL), Village of, Illinois
1171. Palos Heights (IL), City of, Illinois
1172. Palos Hills (IL), City of, Illinois
1173. Pekin (IL), City of, Illinois
1174. Peoria (IL), City of, Illinois
1175. Piatt (IL), County of, Illinois
1176. Posen (IL), Village of, Illinois
1177. Princeton (IL), City of, Illinois
1178. Pulaski (IL), County of, Illinois
1179. River Forest (IL), Village of, Illinois
1180. River Grove (IL), Village of, Illinois
1181. Riverside (IL), Village of, Illinois
1182. Rockford (IL), City of, Illinois
1183. Saline (IL), County of, Illinois
1184. Sangamon (IL), County of, Illinois
1185. Schiller Park (IL), Village of, Illinois
1186. Schuyler (IL), County of, Illinois
1187. Sesser (IL), City of, Illinois
1188. Shelby (IL), County of, Illinois
1189. St. Clair (IL), County of, Illinois
1190. Stone Park (IL), Village of, Illinois
1191. Streator (IL), City of, Illinois
1192. Summit (IL), Village of, Illinois
1193. Tinley Park (IL), Village of, Illinois
1194. Union (IL), County of, Illinois
1195. Wabash (IL), County of, Illinois
1196. Washington (IL), County of, Illinois
1197. Waukegan Community Unit School District (IL), Illinois
1198. West Frankfort (IL), City of, Illinois
1199. West Franklin (IL), County of (Central Dispatch), Illinois
1200. White (IL), County of, Illinois
1201. Will (IL), County of, Illinois
1202. Williamson (IL), County of, Illinois
1203. Winnebago (IL), County of, Illinois
1204. Alexandria (IN), City of, Indiana
1205. Allen (IN), County of (Board of Commissioners), Indiana
1206. Atlanta (IN), Town of, Indiana
1207. Austin (IN), City of, Indiana
1208. Beech Grove (IN), City of, Indiana
1209. Benton (IN), County of, Indiana
1210. Blackford (IN), County of, Indiana
1211. Bloomington (IN), City of, Indiana
1212. Brownstown (IN), Town of, Indiana
1213. Chandler (IN), Town of, Indiana
1214. Connersville (IN), City of, Indiana
1215. Danville (IN), Town of, Indiana
1216. Delaware (IN), County of, Indiana
1217. Elwood (IN), City of, Indiana
1218. Evansville (IN), City of, Indiana
1219. Fayette (IN), County of, Indiana
1220. Fishers (IN), City of, Indiana
1221. Fort Wayne (IN), City of, Indiana
1222. Fort Wayne Community Schools (IN), Indiana
1223. Franklin (IN), City of, Indiana
1224. Franklin (IN), County of (Board of Commissioners), Indiana
1225. Gary (IN), City of, Indiana
1226. Greenwood (IN), City of, Indiana
1227. Hammond (IN), City of, Indiana
1228. Harrison (IN), County of, Indiana
1229. Hartford (IN), City of, Indiana
1230. Howard (IN), County of, Indiana
1231. Huntington (IN), City of, Indiana
1232. Indianapolis (IN), City of, Indiana
1233. Jackson (IN), County of, Indiana
1234. Jasper (IN), City of, Indiana
1235. Jay (IN), County of, Indiana
1236. Jeffersonville (IN), City of, Indiana
1237. Jennings (IN), County of, Indiana
1238. Kokomo (IN), City of, Indiana
1239. Lafayette (IN), City of, Indiana
1240. Lake (IN), County of, Indiana
1241. LaPorte (IN), County of, Indiana
1242. Lawrence (IN), City of, Indiana

C-13

FINAL AGREEMENT 3.25.22

1243. Lawrence (IN), County of, Indiana
1244. Logansport (IN), City of, Indiana
1245. Madison (IN), City of, Indiana
1246. Madison (IN), County of, Indiana
1247. Marion (IN), County of, Indiana
1248. Marshall (IN), County of, Indiana
1249. Martinsville (IN), City of, Indiana
1250. Mishawaka (IN), City of, Indiana
1251. Monroe (IN), County of, Indiana
1252. Montpelier (IN), City of, Indiana
1253. Mooresville (IN), Town of, Indiana
1254. Morgan (IN), County of, Indiana
1255. Muncie (IN), City of, Indiana
1256. New Albany (IN), City of, Indiana
1257. New Castle (IN), City of, Indiana
1258. Noblesville (IN), City of, Indiana
1259. Orange (IN), County of, Indiana
1260. Pendleton (IN), Town of, Indiana
1261. Penn-Harris-Madison School Corporation (IN), Indiana
1262. Peru (IN), City of, Indiana
1263. Plainfield (IN), Town of, Indiana
1264. Porter (IN), County of, Indiana
1265. Portland (IN), City of, Indiana
1266. Pulaski (IN), County of, Indiana
1267. Richmond (IN), City of, Indiana
1268. Ripley (IN), County of, Indiana
1269. School City of Mishawaka (IN), Indiana
1270. Scott (IN), County of, Indiana
1271. Seymour (IN), City of, Indiana
1272. Shelbyville (IN), City of, Indiana
1273. Sheridan (IN), Town of, Indiana
1274. Smith-Green Community Schools (IN), Indiana
1275. South Bend (IN), City of, Indiana
1276. South Bend Community School Corporation (IN), Indiana
1277. St. Joseph (IN), County of, Indiana
1278. Starke (IN), County of, Indiana
1279. Terre Haute (IN), City of, Indiana
1280. Tippecanoe (IN), County of, Indiana
1281. Upland (IN), Town of, Indiana
1282. Vanderburgh (IN), County of, Indiana
1283. Vigo (IN), County of, Indiana
1284. West Lafayette (IN), City of, Indiana
1285. Westfield (IN) City of, Indiana
1286. Zionsville (IN), Town of, Indiana
1287. Adair (IA), County of, Iowa
1288. Adams (IA), County of, Iowa
1289. Allamakee (IA), County of, Iowa
1290. Appanoose (IA), County of, Iowa
1291. Audubon (IA), County of, Iowa
1292. Benton (IA), County of, Iowa
1293. Black Hawk (IA), County of, Iowa
1294. Bremer (IA), County of, Iowa
1295. Buchanan (IA), County of, Iowa
1296. Buena Vista (IA), County of, Iowa
1297. Calhoun (IA), County of, Iowa
1298. Carroll (IA), County of, Iowa
1299. Cedar (IA), County of, Iowa
1300. Cerro Gordo (IA), County of, Iowa
1301. Cherokee (IA), County of, Iowa
1302. Chickasaw (IA), County of, Iowa
1303. Clay (IA), County of, Iowa
1304. Clayton (IA), County of, Iowa
1305. Clinton (IA), County of, Iowa
1306. Dallas (IA), County of, Iowa
1307. Delaware (IA), County of, Iowa
1308. Des Moines (IA), County of, Iowa
1309. Emmet (IA), County of, Iowa
1310. Fayette (IA), County of, Iowa
1311. Fremont (IA), County of, Iowa
1312. Hamilton (IA), County of, Iowa
1313. Hancock (IA), County of, Iowa
1314. Hardin (IA), County of, Iowa
1315. Harrison (IA), County of, Iowa
1316. Henry (IA), County of, Iowa
1317. Howard (IA), County of, Iowa
1318. Humboldt (IA), County of, Iowa
1319. Ida (IA), County of, Iowa
1320. Jasper (IA), County of, Iowa
1321. Johnson (IA), County of, Iowa
1322. Jones (IA), County of, Iowa
1323. Keokuk (IA), County of, Iowa
1324. Lee (IA), County of, Iowa
1325. Lyon (IA), County of, Iowa
1326. Madison (IA), County of, Iowa
1327. Mahaska (IA), County of, Iowa
1328. Marion (IA), County of, Iowa
1329. Mills (IA), County of, Iowa
1330. Mitchell (IA), County of, Iowa
1331. Monroe (IA), County of, Iowa
1332. Montgomery (IA), County of, Iowa
1333. Muscatine (IA), County of, Iowa
1334. O'Brien (IA), County of, Iowa
1335. Osceola (IA), County of, Iowa
1336. Plymouth (IA), County of, Iowa
1337. Pocahontas (IA), County of, Iowa
1338. Polk (IA), County of, Iowa
1339. Pottawattamie (IA), County of, Iowa
1340. Poweshiek (IA), County of, Iowa
1341. Sac (IA), County of, Iowa
1342. Scott (IA), County of, Iowa
1343. Shelby (IA), County of, Iowa
1344. Sioux (IA), County of, Iowa
1345. Tama (IA), County of, Iowa

1346. Taylor (IA), County of, Iowa
1347. Union (IA), County of, Iowa
1348. Webster (IA), County of, Iowa
1349. Winnebago (IA), County of, Iowa
1350. Winneshiek (IA), County of, Iowa
1351. Worth (IA), County of, Iowa
1352. Wright (IA), County of, Iowa
1353. Allen (KS), County of (Board of Commissioners), Kansas
1354. Barber (KS), County of (Board of Commissioners), Kansas
1355. Bourbon (KS), County of, Kansas
1356. Cherokee (KS), County of (Board of Commissioners), Kansas
1357. Cowley (KS), County of (Board of Commissioners), Kansas
1358. Crawford (KS), County of (Board of Commissioners), Kansas
1359. Dickinson (KS), County of (Board of County Counselors), Kansas
1360. Elk (KS), County of (Board of Commissioners), Kansas
1361. Elkhart (KS), City of, Kansas
1362. Finney (KS), County of (Board of Commissioners), Kansas
1363. Ford (KS), County of (Board of Commissioners), Kansas
1364. Grant (KS), County of (Board of Commissioners), Kansas
1365. Greenwood (KS), County of (Board of Commissioners), Kansas
1366. Harvey (KS) County of, Kansas
1367. Johnson (KS), County of, Kansas
1368. Leavenworth (KS), County of (Board of Commissioners), Kansas
1369. Manter (KS), City of, Kansas
1370. Meade (KS), County of (Board of Commissioners), Kansas
1371. Montgomery (KS), County of, Kansas
1372. Morton (KS), County of (Board of Commissioners), Kansas
1373. Neosho (KS), County of (Board of Commissioners), Kansas
1374. Overland Park (KS), City of, Kansas
1375. Pratt (KS), County of (Board of Commissioners), Kansas
1376. Reno (KS), County of, Kansas
1377. Sedgwick (KS), County of (Board of Commissioners), Kansas
1378. Seward (KS), County of (Board of Commissioners), Kansas
1379. Shawnee (KS), County of (Board of Commissioners), Kansas

1380. Stanton (KS), County of (Board of Commissioners), Kansas
1381. Ulysses (KS), City of, Kansas
1382. Wabaunsee (KS), County of (Board of Counsellors), Kansas
1383. Wichita (KS), City of, Kansas
1384. Wyandotte County - Kansas City (KS), Unified Government of, Kansas
1385. Adair (KY), County (Fiscal Court), Kentucky
1386. Allen (KY), County of (Fiscal Court), Kentucky
1387. Anderson (KY), County of (Fiscal Court), Kentucky
1388. Ballard (KY), County of (Fiscal Court), Kentucky
1389. Bath (KY), County of (Fiscal Court), Kentucky
1390. Bell (KY), County of (Fiscal Court), Kentucky
1391. Bellefonte (KY), City of, Kentucky
1392. Benham (KY), City of, Kentucky
1393. Board of Education of Breathitt County Public Schools (KY), Kentucky
1394. Board of Education of Bullitt County Public Schools (KY), Kentucky
1395. Board of Education of Estill County Public Schools (KY), Kentucky
1396. Board of Education of Fayette County Public Schools (KY), Kentucky
1397. Board of Education of Harrison County Public Schools (KY), Kentucky
1398. Board of Education of Hart County Public Schools (KY), Kentucky
1399. Board of Education of Jefferson County Public Schools (KY), Kentucky
1400. Board of Education of Johnson County Public School District (KY), Kentucky
1401. Board of Education of LaRue County Public Schools (KY), Kentucky
1402. Board of Education of Lawrence County Public Schools (KY), Kentucky
1403. Board of Education of Martin County Public Schools (KY), Kentucky
1404. Board of Education of Menifee County Public Schools (KY), Kentucky
1405. Board of Education of Owsley County Public Schools (KY), Kentucky
1406. Board of Education of Wolfe County Public Schools (KY), Kentucky
1407. Boone (KY), County of (Fiscal Court), Kentucky

FINAL AGREEMENT 3.25.22

1408. Bourbon (KY), County of (Fiscal Court), Kentucky
1409. Boyd (KY), County of (Fiscal Court), Kentucky
1410. Boyle (KY), County of (Fiscal Court), Kentucky
1411. Bracken (KY), County of (Fiscal Court), Kentucky
1412. Breathitt (KY), County of (Fiscal Court), Kentucky
1413. Breckinridge (KY), County of (Fiscal Court), Kentucky
1414. Buckhorn (KY), City of, Kentucky
1415. Bullitt (KY), County of (Fiscal Court), Kentucky
1416. Caldwell (KY), County of (Fiscal Court), Kentucky
1417. Calloway (KY), County of (Fiscal Court), Kentucky
1418. Campbell (KY), County of (Fiscal Court), Kentucky
1419. Campbellsville (KY), City of, Kentucky
1420. Carlisle (KY), County of (Fiscal Court), Kentucky
1421. Carter (KY), County of (Fiscal Court), Kentucky
1422. Casey (KY), County of (Fiscal Court), Kentucky
1423. Christian (KY), County of (Fiscal Court), Kentucky
1424. Clark (KY), County of (Fiscal Court), Kentucky
1425. Clay (KY), County of (Fiscal Court), Kentucky
1426. Clinton (KY), County of (Fiscal Court), Kentucky
1427. Columbia (KY), City of, Kentucky
1428. Covington (KY), City of, Kentucky
1429. Cumberland (KY), County of (Fiscal Court), Kentucky
1430. Daviess (KY), County of (Fiscal Court), Kentucky
1431. Edmonson (KY), County of (Fiscal Court), Kentucky
1432. Elliott (KY), County of (Fiscal Court), Kentucky
1433. Estill (KY) County Emergency Medical Services, Kentucky
1434. Estill (KY), County of (Fiscal Court), Kentucky
1435. Fleming (KY), County of (Fiscal Court), Kentucky
1436. Florence (KY), City of, Kentucky

1437. Floyd (KY), County of (Fiscal Court), Kentucky
1438. Franklin (KY), County of (Fiscal Court), Kentucky
1439. Fulton (KY), County of (Fiscal Court), Kentucky
1440. Gallatin (KY), County of (Fiscal Court), Kentucky
1441. Garrard (KY), County of (Fiscal Court), Kentucky
1442. Grant (KY), County of (Fiscal Court), Kentucky
1443. Grayson (KY), City of, Kentucky
1444. Green (KY), County of (Fiscal Court), Kentucky
1445. Greenup (KY), City of, Kentucky
1446. Greenup (KY), County of (Fiscal Court), Kentucky
1447. Hancock (KY), County of (Fiscal Court), Kentucky
1448. Hardin (KY), County of (Fiscal Court), Kentucky
1449. Hardin Memorial Hospital (KY), Kentucky
1450. Harlan (KY), City of, Kentucky
1451. Harlan (KY), County of (Fiscal Court), Kentucky
1452. Harrison (KY), County of (Fiscal Court), Kentucky
1453. Hart (KY), County of (Fiscal Court), Kentucky
1454. Henderson (KY), City of, Kentucky
1455. Henderson (KY), County of (Fiscal Court), Kentucky
1456. Henry (KY), County of (Fiscal Court), Kentucky
1457. Hickman (KY), County of (Fiscal Court), Kentucky
1458. Hillview (KY), City of, Kentucky
1459. Hopkins (KY), County of (Fiscal Court), Kentucky
1460. Hyden (KY), City of, Kentucky
1461. Inez (KY), City of, Kentucky
1462. Jamestown (KY), City of, Kentucky
1463. Jenkins (KY), City of, Kentucky
1464. Jessamine (KY), County of (Fiscal Court), Kentucky
1465. Kenton (KY), County of (Fiscal Court), Kentucky
1466. Kentucky River District Health Department (KY), Kentucky
1467. Knott (KY), County of (Fiscal Court), Kentucky

C-16

1468. Knox (KY), County of (Fiscal Court), Kentucky
1469. Larue (KY), County of (Fiscal Court), Kentucky
1470. Laurel (KY), County of (Fiscal Court), Kentucky
1471. Lawrence (KY), County of (Fiscal Court), Kentucky
1472. Lee (KY), County of (Fiscal Court), Kentucky
1473. Leslie (KY), County of (Fiscal Court), Kentucky
1474. Letcher (KY), County of (Fiscal Court), Kentucky
1475. Lewis (KY), County of (Fiscal Court), Kentucky
1476. Lexington-Fayette County (KY), Urban Government of, Kentucky
1477. Lincoln (KY), County of (Fiscal Court), Kentucky
1478. Logan (KY), County of (Fiscal Court), Kentucky
1479. London (KY), City of, Kentucky
1480. Louisville/Jefferson County (KY), Metro Government of, Kentucky
1481. Loyall (KY), City of, Kentucky
1482. Lynch (KY), City of, Kentucky
1483. Madison (KY), County (Fiscal Court), Kentucky
1484. Manchester (KY), City of, Kentucky
1485. Marshall (KY), County of (Fiscal Court), Kentucky
1486. Martin (KY), County of (Fiscal Court), Kentucky
1487. Mason (KY), County of (Fiscal Court), Kentucky
1488. McCracken (KY), County of (Fiscal Court), Kentucky
1489. McLean (KY), County of (Fiscal Court), Kentucky
1490. Meade (KY), County of (Fiscal Court), Kentucky
1491. Mercer (KY), County of (Fiscal Court), Kentucky
1492. Monroe (KY), County of (Fiscal Court), Kentucky
1493. Montgomery (KY), County of (Fiscal Court), Kentucky
1494. Morehead (KY), City of, Kentucky
1495. Morgan (KY), County of (Fiscal Court), Kentucky
1496. Morganfield (KY), City of, Kentucky
1497. Mt. Washington (KY), City of, Kentucky
1498. Muhlenberg (KY), County of (Fiscal Court), Kentucky
1499. Murray (KY), City of, Kentucky
1500. Nicholas (KY), Count of (Fiscal Court), Kentucky
1501. Ohio (KY), County of (Fiscal Court), Kentucky
1502. Oldham (KY), County of (Fiscal Court), Kentucky
1503. Owen (KY), County of (Fiscal Court), Kentucky
1504. Owensboro (KY), City of, Kentucky
1505. Owsley (KY), County of (Fiscal Court), Kentucky
1506. Paducah (KY), City of, Kentucky
1507. Paintsville (KY), City of, Kentucky
1508. Pendleton (KY), County (Fiscal Court), Kentucky
1509. Perry (KY), County of (Fiscal Court), Kentucky
1510. Pike (KY), County of, Kentucky
1511. Pineville (KY), City of, Kentucky
1512. Pippa Passes (KY), City of, Kentucky
1513. Powell (KY), County of (Fiscal Court), Kentucky
1514. Prestonsburg (KY), City of, Kentucky
1515. Pulaski (KY), County of (Fiscal Court), Kentucky
1516. Rowan (KY), County of (Fiscal Court), Kentucky
1517. Russell (KY), City of, Kentucky
1518. Russell (KY), County of (Fiscal Court), Kentucky
1519. Russell Springs (KY), City of, Kentucky
1520. Scott (KY), County of (Fiscal Court), Kentucky
1521. Shelby (KY), County of (Fiscal Court), Kentucky
1522. Shepherdsville (KY), City of, Kentucky
1523. South Shore (KY), City of, Kentucky
1524. Spencer (KY), County of (Fiscal Court), Kentucky
1525. Taylor (KY), County of (Fiscal Court), Kentucky
1526. Taylor County Hospital District Health Facilities Corporation (KY), Kentucky
1527. Todd (KY), County of (Fiscal Court), Kentucky
1528. Union (KY), County of (Fiscal Court), Kentucky
1529. Vanceburg (KY), City of, Kentucky
1530. Warfield (KY), City of, Kentucky
1531. Warren (KY), County of, Kentucky

FINAL AGREEMENT 3.25.22

1532. Wayne (KY), County of (Fiscal Court), Kentucky
1533. Webster (KY), County of (Fiscal Court), Kentucky
1534. West Liberty (KY), City of, Kentucky
1535. Whitesburg (KY), City of, Kentucky
1536. Whitley (KY), County of, Kentucky
1537. Winchester (KY), City of, Kentucky
1538. Wolfe (KY), County of (Fiscal Court), Kentucky
1539. Woodford (KY), County of (Fiscal Court), Kentucky
1540. Worthington (KY), City of, Kentucky
1541. Acadia-St. Landry (LA) Hospital Service District d/b/a Acadia-St. Landry Hospital, Louisiana
1542. Alexandria (LA), City of, Louisiana
1543. Allen (LA), Parish of (Sheriff), Louisiana
1544. Ascension (LA), Parish of, Louisiana
1545. Ascension (LA), Parish of (Sheriff), Louisiana
1546. Ascension (LA), Parish School Board, Louisiana
1547. Assumption (LA), Parish of (Police Jury), Louisiana
1548. Assumption (LA), Parish of (Sheriff Leland Falcon), Louisiana
1549. Avoyelles (LA), Parish of (Police Jury), Louisiana
1550. Avoyelles (LA), Parish of (Sheriff), Louisiana
1551. Baldwin (LA), Town of, Louisiana
1552. Bastrop (LA), City of, Louisiana
1553. Baton Rouge (LA), City of, Louisiana
1554. Beauregard (LA), Parish of (Police Jury), Louisiana
1555. Benton (LA) Fire No. 4, Louisiana
1556. Berwick (LA), Town of, Louisiana
1557. Bienville (LA), Parish of (Sheriff), Louisiana
1558. Bogalusa (LA), City of, Louisiana
1559. Bossier (LA) Parish Emergency Medical Services Ambulance District, Louisiana
1560. Bossier (LA), City of, Louisiana
1561. Bossier (LA), Parish of, Louisiana
1562. Caddo (LA) Fire Protection District No. 1, Louisiana
1563. Caddo (LA), Parish of, Louisiana
1564. Calcasieu (LA), Parish of (Police Jury), Louisiana
1565. Calcasieu (LA), Parish of (Sheriff), Louisiana
1566. Caldwell (LA), Parish of, Louisiana

1567. Cameron (LA), Parish of, Louisiana
1568. Catahoula (LA), Parish of (Police Jury), Louisiana
1569. Catahoula (LA), Parish of (Sheriff Toney Edwards), Louisiana
1570. Claiborne (LA), Parish of, Louisiana
1571. Concordia (LA), Parish of, Louisiana
1572. Concordia (LA), Parish of (Sheriff Kenneth Hedrick), Louisiana
1573. Covington (LA), City of, Louisiana
1574. Delhi (LA), Town of, Louisiana
1575. Desoto (LA), Parish of, Louisiana
1576. DeSoto Fire Protection District No. 8 (LA), Louisiana
1577. Donaldsonville (LA), City of, Louisiana
1578. East Baton Rouge (LA), Parish of (Clerk of Court Office), Louisiana
1579. East Baton Rouge (LA), Parish of (Sheriff), Louisiana
1580. East Carroll (LA), Parish of (Police Jury), Louisiana
1581. East Carroll (LA), Parish of (Sheriff), Louisiana
1582. Eunice (LA), City of, Louisiana
1583. Evangeline (LA), Parish of (Police Jury), Louisiana
1584. Evangeline (LA), Parish of (Sheriff), Louisiana
1585. Ferriday (LA), Town of, Louisiana
1586. Franklin (LA), City of, Louisiana
1587. Franklin (LA), Parish of, Louisiana
1588. Gramercy (LA), Town of, Louisiana
1589. Grant (LA), Parish of (Police Jury), Louisiana
1590. Grant (LA), Parish of (Sheriff), Louisiana
1591. Gretna (LA), City of, Louisiana
1592. Hospital Service District No. 1 of The Parish of Avoyelles, State of Louisiana, d/b/a Bunkie General Hospital (LA), Louisiana
1593. Hospital Service District No. 1 of The Parish of LaSalle, State of Louisiana. d/b/a Hardtner Medical Center (LA), Louisiana
1594. Iberia (LA), Parish of, Louisiana
1595. Iberia (LA), Parish School Board of, Louisiana
1596. Iberville (LA), Parish of (Parish Council), Louisiana
1597. Jackson (LA), Parish of (Police Jury), Louisiana
1598. Jackson (LA), Parish of (Sheriff), Louisiana
1599. Jean Lafitte (LA), Town of, Louisiana

C-18

FINAL AGREEMENT 3.25.22

1600. Jefferson (LA), Parish of, Louisiana
1601. Jefferson (LA), Parish of (Coroner's Office), Louisiana
1602. Jefferson (LA), Parish of (Sheriff), Louisiana
1603. Jefferson Davis (LA), Parish of (Police Jury), Louisiana
1604. Jefferson Davis (LA), Parish of (Sheriff), Louisiana
1605. Jefferson Parish Hospital Service District 1 (LA), Louisiana
1606. Jefferson Parish Hospital Service District 2 (LA), Louisiana
1607. Kenner (LA), City of, Louisiana
1608. Lafayette (LA), Parish of (Sheriff), Louisiana
1609. Lafourche (LA), Parish of, Louisiana
1610. LaFourche Parish School Board (LA), Louisiana
1611. Lake Charles (LA), City of, Louisiana
1612. Lake Providence (LA), Town of, Louisiana
1613. LaSalle (LA), Parish of, Louisiana
1614. Lincoln (LA), Parish of (Sheriff), Louisiana
1615. Livingston (LA), Parish of, Louisiana
1616. Livingston (LA), Parish of (Sheriff), Louisiana
1617. Lutcher (LA), Town of, Louisiana
1618. Madisonville (LA), Town of, Louisiana
1619. Mandeville (LA), City of, Louisiana
1620. Monroe (LA), City of, Louisiana
1621. Morehouse (LA), Parish of (Police Jury), Louisiana
1622. Morehouse (LA), Parish of (Sheriff), Louisiana
1623. Morgan (LA), City of, Louisiana
1624. Natchitoches (LA), City of, Louisiana
1625. Natchitoches (LA), Parish of (Parish Council), Louisiana
1626. New Iberia (LA), City of, Louisiana
1627. New Orleans (LA), City of, Louisiana
1628. New Roads (LA), City of, Louisiana
1629. North Caddo (LA) Hospital Service District d/b/a North Caddo Medical Center, Louisiana
1630. Opelousas (LA), City of, Louisiana
1631. Opelousas (LA), General Hospital Authority, a Louisiana Public Trust d/b/a Opelousas General Health System, Louisiana
1632. Orleans (LA), Parish of (Sheriff), Louisiana
1633. Orleans Parish Hospital Service District - District A (LA), Louisiana
1634. Ouachita (LA), Parish of (Police Jury), Louisiana
1635. Ouachita (LA), Parish of (Sheriff), Louisiana
1636. Patterson (LA), City of, Louisiana
1637. Pearl River (LA), Town of, Louisiana
1638. Pineville (LA), City of, Louisiana
1639. Pointe Coupee (LA), Parish of (Police Jury), Louisiana
1640. Pointe Coupee Parish (LA) Health Services District Number 1, Louisiana
1641. Rapides (LA), Parish of, Louisiana
1642. Rapides (LA), Parish of (Sheriff), Louisiana
1643. Red River (LA) Fire Protection District, Louisiana
1644. Red River (LA), Parish of, Louisiana
1645. Richland (LA), Parish of, Louisiana
1646. Richland (LA), Parish of (Sheriff), Louisiana
1647. Richwood (LA), Town of, Louisiana
1648. Sabine (LA), Parish of (Police Jury), Louisiana
1649. Sabine (LA), Parish of (Sheriff), Louisiana
1650. Shreveport (LA), City of, Louisiana
1651. Slidell (LA), City of, Louisiana
1652. St. Bernard (LA), Parish of, Louisiana
1653. St. Bernard (LA), Parish of (Coroner Dr. Bryan Bertucci), Louisiana
1654. St. Bernard (LA), Parish of (Sheriff), Louisiana
1655. St. Bernard Parish School Board (LA), Louisiana
1656. St. Charles (LA), Parish of, Louisiana
1657. St. Charles (LA), Parish of (Sheriff), Louisiana
1658. St. James (LA), Parish of, Louisiana
1659. St. James Parish School Board (LA), Louisiana
1660. St. John the Baptist (LA), Parish of, Louisiana
1661. St. Landry (LA), Parish of, Louisiana
1662. St. Landry (LA), Parish of (Sheriff), Louisiana
1663. St. Martin (LA), Parish of, Louisiana
1664. St. Martinville (LA), City of, Louisiana
1665. St. Mary (LA), Parish of, Louisiana
1666. St. Mary (LA), Parish of (Sheriff), Louisiana
1667. St. Mary (LA), Parish School Board of, Louisiana

FINAL AGREEMENT 3.25.22

1668. St. Tammany (LA) Fire Protection District No. 4, Louisiana
1669. St. Tammany (LA), Parish of, Louisiana
1670. St. Tammany (LA), Parish of (Coroner's Office), Louisiana
1671. St. Tammany (LA), Parish of (Sheriff), Louisiana
1672. St. Tammany Fire Protection District No. 1 (LA), Louisiana
1673. St. Tammany Fire Protection District No. 12 (LA), Louisiana
1674. St. Tammany Fire Protection District No. 13 (LA), Louisiana
1675. St. Tammany Fire Protection District No. 2 (LA), Louisiana
1676. St. Tammany Fire Protection District No. 3 (LA), Louisiana
1677. St. Tammany Fire Protection District No. 5 (LA), Louisiana
1678. Tensas (LA), Parish of (Sheriff), Louisiana
1679. Terrebonne (LA), Parish of, Louisiana
1680. Terrebonne (LA), Parish of (Sheriff), Louisiana
1681. Union (LA), Parish of, Louisiana
1682. Union (LA), Parish of (Sheriff), Louisiana
1683. Vermilion (LA), Parish of (Police Jury), Louisiana
1684. Vernon (LA), Parish of (Police Jury), Louisiana
1685. Vernon (LA), Parish of (Sheriff), Louisiana
1686. Washington (LA), Parish of, Louisiana
1687. Washington (LA), Parish of (Sheriff), Louisiana
1688. Webster (LA), Parish of, Louisiana
1689. West Ascension Parish (LA) Hospital Service District dba Prevost Memorial Hospital, Louisiana
1690. West Baton Rouge (LA) Fire Protection District No. 1, Louisiana
1691. West Baton Rouge (LA), Parish of, Louisiana
1692. West Carroll (LA), Parish of, Louisiana
1693. West Carroll (LA), Parish of (Sheriff), Louisiana
1694. West Monroe (LA), City of, Louisiana
1695. Westwego (LA), City of, Louisiana
1696. Winn (LA), Parish of (Police Jury), Louisiana
1697. Androscoggin (ME), County of, Maine
1698. Aroostook (ME), County of, Maine
1699. Auburn (ME), City of, Maine
1700. Augusta (ME), City of, Maine
1701. Bangor (ME), City of, Maine
1702. Biddeford (ME), City of, Maine
1703. Board of Education of Bangor School Department (ME), Maine
1704. Board of Education of Cape Elizabeth School Department (ME), Maine
1705. Board of Education of Maine Regional School Unit 10 (ME), Maine
1706. Board of Education of Maine Regional School Unit 13 (ME), Maine
1707. Board of Education of Maine Regional School Unit 25 (ME), Maine
1708. Board of Education of Maine Regional School Unit 26 (ME), Maine
1709. Board of Education of Maine Regional School Unit 29 (ME), Maine
1710. Board of Education of Maine Regional School Unit 34 (ME), Maine
1711. Board of Education of Maine Regional School Unit 40 (ME), Maine
1712. Board of Education of Maine Regional School Unit 50 (ME), Maine
1713. Board of Education of Maine Regional School Unit 57 (ME), Maine
1714. Board of Education of Maine Regional School Unit 60 (ME), Maine
1715. Board of Education of Maine Regional School Unit 71 (ME), Maine
1716. Board of Education of Maine Regional School Unit 9 (ME), Maine
1717. Board of Education of Maine School Administrative District 11 (ME), Maine
1718. Board of Education of Maine School Administrative District 15 (ME), Maine
1719. Board of Education of Maine School Administrative District 28/Five Town Central School District (ME), Maine
1720. Board of Education of Maine School Administrative District 35 (ME), Maine
1721. Board of Education of Maine School Administrative District 44 (ME), Maine
1722. Board of Education of Maine School Administrative District 53 (ME), Maine
1723. Board of Education of Maine School Administrative District 55 (ME), Maine
1724. Board of Education of Maine School Administrative District 6 (ME), Maine
1725. Board of Education of Maine School Administrative District 61 (ME), Maine
1726. Board of Education of Maine School Administrative District 72 (ME), Maine
1727. Board of Education of Portland School Department (ME), Maine

1728. Board of Education of Scarborough School Department (ME), Maine
1729. Board of Education of South Portland School Department (ME), Maine
1730. Board of Education of St. George Municipal School District (ME), Maine
1731. Board of Education of Waterville School Department (ME), Maine
1732. Calais (ME), City of, Maine
1733. Cumberland (ME), County of, Maine
1734. Ellsworth School Department (ME), The Board of Education of, Maine
1735. Kennebec (ME), County of, Maine
1736. Knox (ME), County of, Maine
1737. Lewiston (ME), City of, Maine
1738. Lincoln (ME), County of, Maine
1739. Penobscot (ME), County of, Maine
1740. Portland (ME), City of, Maine
1741. Rockland (ME), City of, Maine
1742. Saco (ME), City of, Maine
1743. Sagadahoc (ME), County of, Maine
1744. Sanford (ME), City of, Maine
1745. Somerset (ME), County of, Maine
1746. Waldo (ME), County of, Maine
1747. Washington (ME), County of, Maine
1748. Waterville (ME), City of, Maine
1749. York (ME), County of, Maine
1750. Aberdeen (MD), City of, Maryland
1751. Allegany (MD), County of, Maryland
1752. Annapolis (MD), City of, Maryland
1753. Anne Arundel (MD), County of, Maryland
1754. Balitmore (MD), County of, Maryland
1755. Baltimore (MD), City of (Mayor and City Council), Maryland
1756. Baltimore City Board of School Commissioners (MD), Maryland
1757. Bel Air (MD), City of, Maryland
1758. Berlin (MD), City of, Maryland
1759. Bowie (MD), City of, Maryland
1760. Calvert (MD), County of (Commissioners), Maryland
1761. Cambridge (MD), City of, Maryland
1762. Caroline (MD), County of, Maryland
1763. Carroll (MD), County of (Board of Commissioners), Maryland
1764. Cecil (MD), County of, Maryland
1765. Charles (MD), County of (Commissioners), Maryland
1766. Charlestown (MD), City of, Maryland
1767. Cottage City (MD), Town of, Maryland
1768. Cumberland (MD), City of, Maryland
1769. Dorchester (MD), County of, Maryland
1770. Forest Heights (MD), Town of, Maryland
1771. Frederick (MD), City of, Maryland
1772. Frederick (MD), County of, Maryland
1773. Frostburg (MD) City of, Maryland
1774. Garrett (MD), County of, Maryland
1775. Grantsville (MD), City of, Maryland
1776. Hagerstown (MD), City of, Maryland
1777. Harford (MD) County of Maryland
1778. Havre De Grace (MD), City of, Maryland
1779. Howard (MD), County of, Maryland
1780. Laurel (MD), City of, Maryland
1781. Montgomery (MD), County of, Maryland
1782. Mountain Lake Park (MD), City of, Maryland
1783. North Brentwood (MD), Town of, Maryland
1784. North East (MD), City of, Maryland
1785. Oakland (MD), City of, Maryland
1786. Perryville (MD), City of, Maryland
1787. Prince George's (MD), County of, Maryland
1788. Rockville (MD), City of (Mayor and Common Council), Maryland
1789. Seat Pleasant (MD), City of, Maryland
1790. Somerset (MD), County of, Maryland
1791. St. Mary's (MD), County of (Commissioners), Maryland
1792. Talbot (MD), County of, Maryland
1793. Upper Marlboro (MD), Town of, Maryland
1794. Vienna (MD), City of, Maryland
1795. Washington County (MD), County of (Board of Commissioners), Maryland
1796. Westminster (MD), City of (Mayor and Common Council), Maryland
1797. Wicomico (MD), County of, Maryland
1798. Acushnet (MA), Town of, Massachusetts
1799. Agawam (MA), Town of, Massachusetts
1800. Amesbury (MA), City of, Massachusetts
1801. Andover (MA), Town of, Massachusetts
1802. Aquinnah (MA), Town of, Massachusetts
1803. Athol (MA), Town of, Massachusetts
1804. Auburn (MA), Town of, Massachusetts
1805. Ayer (MA), Town of, Massachusetts
1806. Barnstable (MA), Town of, Massachusetts
1807. Belchertown (MA), Town of, Massachusetts
1808. Beverly (MA), City of, Massachusetts
1809. Billerica (MA), Town of, Massachusetts
1810. Boston (MA) Housing Authority, Massachusetts
1811. Boston (MA) Public Health Commission, Massachusetts
1812. Boston (MA), City of, Massachusetts
1813. Braintree (MA), Town of, Massachusetts

C-21

FINAL AGREEMENT 3.25.22

1814. Brewster (MA), Town of, Massachusetts
1815. Bridgewater (MA), Town of, Massachusetts
1816. Brockton (MA), City of, Massachusetts
1817. Brookline (MA), Town of, Massachusetts
1818. Cambridge (MA), City of, Massachusetts
1819. Canton (MA), Town of, Massachusetts
1820. Carver (MA), Town of, Massachusetts
1821. Charlton (MA), Town of, Massachusetts
1822. Chelmsford (MA), Town of, Massachusetts
1823. Chelsea (MA), City of, Massachusetts
1824. Chicopee (MA), City of, Massachusetts
1825. Clarksburg (MA), Town of, Massachusetts
1826. Clinton (MA), Town of, Massachusetts
1827. Danvers (MA), Town of, Massachusetts
1828. Dedham (MA), Town of, Massachusetts
1829. Dennis (MA), Town of, Massachusetts
1830. Douglas (MA), Town of, Massachusetts
1831. Dudley (MA), Town of, Massachusetts
1832. East Bridgewater (MA), Town of, Massachusetts
1833. Eastham (MA), Town of, Massachusetts
1834. Easthampton (MA), City of, Massachusetts
1835. Easton (MA), Town of, Massachusetts
1836. Everett (MA), City of, Massachusetts
1837. Fairhaven (MA), Town of, Massachusetts
1838. Fall River (MA), City of, Massachusetts
1839. Falmouth (MA), Town of, Massachusetts
1840. Fitchburg (MA), City of, Massachusetts
1841. Framingham (MA), City of, Massachusetts
1842. Freetown (MA), Town of, Massachusetts
1843. Georgetown (MA), Town of, Massachusetts
1844. Gloucester (MA), City of, Massachusetts
1845. Grafton (MA), Town of, Massachusetts
1846. Greenfield (MA), City of, Massachusetts
1847. Hanson (MA), Town of, Massachusetts
1848. Haverhill (MA), City of, Massachusetts
1849. Holliston (MA), Town of, Massachusetts
1850. Holyoke (MA), City of, Massachusetts
1851. Hopedale (MA), Town of, Massachusetts
1852. Hull (MA), Town of, Massachusetts
1853. Kingston (MA), Town of, Massachusetts
1854. Lakeville (MA), Town of, Massachusetts
1855. Leicester (MA), Town of, Massachusetts
1856. Leominster (MA), City of, Massachusetts
1857. Leverett (MA), Town of, Massachusetts
1858. Longmeadow (MA), Town of, Massachusetts
1859. Lowell (MA), City of, Massachusetts
1860. Ludlow (MA), Town of, Massachusetts
1861. Lunenburg (MA), Town of, Massachusetts
1862. Lynn (MA), City of, Massachusetts
1863. Lynnfield (MA), Town of, Massachusetts
1864. Malden (MA), City of, Massachusetts
1865. Marblehead (MA), Town of, Massachusetts
1866. Marshfield (MA), Town of, Massachusetts
1867. Mashpee (MA), Town of, Massachusetts
1868. Mattapoisett (MA), Town of, Massachusetts
1869. Medford (MA), City of, Massachusetts
1870. Melrose (MA), City of, Massachusetts
1871. Methuen (MA), City of, Massachusetts
1872. Middleborough (MA), Town of, Massachusetts
1873. Milford (MA), Town of, Massachusetts
1874. Millbury (MA), Town of, Massachusetts
1875. Millis (MA), Town of, Massachusetts
1876. Nantucket (MA), Town of, Massachusetts
1877. Natick (MA), Town of, Massachusetts
1878. New Bedford (MA), City of, Massachusetts
1879. Newburyport (MA), City of, Massachusetts
1880. North Adams (MA), City of, Massachusetts
1881. North Andover (MA), Town of, Massachusetts
1882. North Attleborough (MA), Town of, Massachusetts
1883. North Reading (MA), Town of, Massachusetts
1884. Northampton (MA), City of, Massachusetts
1885. Northbridge (MA), Town of, Massachusetts
1886. Norton (MA), Town of, Massachusetts
1887. Norwell (MA), Town of, Massachusetts
1888. Norwood (MA), Town of, Massachusetts
1889. Orange (MA), Town of, Massachusetts
1890. Oxford (MA), Town of, Massachusetts
1891. Palmer (MA), Town of, Massachusetts
1892. Peabody (MA), City of, Massachusetts
1893. Pembroke (MA), Town of, Massachusetts
1894. Pittsfield (MA), City of, Massachusetts
1895. Plainville (MA), Town of, Massachusetts
1896. Plymouth (MA), Town of, Massachusetts
1897. Provincetown (MA), Town of, Massachusetts
1898. Quincy (MA), City of, Massachusetts
1899. Randolph (MA), Town of, Massachusetts
1900. Rehoboth (MA), Town of, Massachusetts
1901. Revere (MA), City of, Massachusetts
1902. Rockland (MA), Town of, Massachusetts
1903. Salem (MA), City of, Massachusetts
1904. Salisbury (MA), Town of, Massachusetts
1905. Sandwich (MA), Town of, Massachusetts
1906. Scituate (MA), Town of, Massachusetts
1907. Seekonk (MA), Town of, Massachusetts
1908. Sheffield (MA), Town of, Massachusetts

FINAL AGREEMENT 3.25.22

1909. Shirley (MA), Town of, Massachusetts
1910. Somerset (MA), Town of, Massachusetts
1911. Somerville (MA), City of, Massachusetts
1912. South Hadley (MA), Town of, Massachusetts
1913. Southbridge (MA), Town of, Massachusetts
1914. Spencer (MA), Town of, Massachusetts
1915. Springfield (MA), City of, Massachusetts
1916. Stoneham (MA), Town of, Massachusetts
1917. Stoughton (MA), Town of, Massachusetts
1918. Sturbridge (MA), Town of, Massachusetts
1919. Sudbury (MA), Town of, Massachusetts
1920. Sutton (MA), Town of, Massachusetts
1921. Swampscott (MA), Town of, Massachusetts
1922. Templeton (MA), Town of, Massachusetts
1923. Tewksbury (MA), Town of, Massachusetts
1924. Truro (MA), Town of, Massachusetts
1925. Tyngsborough (MA), Town of, Massachusetts
1926. Upton (MA), Town of, Massachusetts
1927. Wakefield (MA), Town of, Massachusetts
1928. Walpole (MA), Town of, Massachusetts
1929. Ware (MA), Town of, Massachusetts
1930. Warren (MA), Town of, Massachusetts
1931. Watertown (MA), Town of, Massachusetts
1932. Wellfleet (MA), Town of, Massachusetts
1933. West Boylston (MA), Town of, Massachusetts
1934. West Bridgewater (MA), Town of, Massachusetts
1935. West Springfield (MA), Town of, Massachusetts
1936. West Tisbury (MA), Town of, Massachusetts
1937. Westborough (MA), Town of, Massachusetts
1938. Westford (MA), Town of, Massachusetts
1939. Weymouth (MA), Town of, Massachusetts
1940. Williamsburg (MA), Town of, Massachusetts
1941. Wilmington (MA), Town of, Massachusetts
1942. Winchendon (MA), Town of, Massachusetts
1943. Winthrop (MA), Town of, Massachusetts
1944. Woburn (MA), City of, Massachusetts
1945. Worcester (MA), City of, Massachusetts
1946. Alcona (MI), County of, Michigan
1947. Alger (MI), County of, Michigan
1948. Alpena (MI), County of, Michigan
1949. Antrim (MI), County of, Michigan
1950. Arenac (MI), County of, Michigan

1951. Baraga (MI), County of, Michigan
1952. Bay (MI), County of, Michigan
1953. Benzie (MI), County of, Michigan
1954. Berrien (MI), County of, Michigan
1955. Branch (MI), County of, Michigan
1956. Calhoun (MI), County of, Michigan
1957. Canton (MI), Charter Township of, Michigan
1958. Cass (MI), County of, Michigan
1959. Charlevoix (MI), County of, Michigan
1960. Cheboygan (MI), County of, Michigan
1961. Chippewa (MI), County of, Michigan
1962. Clinton (MI), Charter Township of, Michigan
1963. Clinton (MI), County of, Michigan
1964. Crawford (MI), County of, Michigan
1965. Delta (MI), County of, Michigan
1966. Detroit (MI), City of, Michigan
1967. Detroit Wayne (MI), Mental Health Authority, Michigan
1968. Dickinson (MI), County of, Michigan
1969. East Lansing (MI), City of, Michigan
1970. Eaton (MI), County of, Michigan
1971. Escanaba (MI), City of, Michigan
1972. Flint (MI), City of, Michigan
1973. Genesee (MI), County of, Michigan
1974. Grand Rapids (MI), City of, Michigan
1975. Grand Traverse (MI), County of, Michigan
1976. Gratiot (MI), County of, Michigan
1977. Harrison (MI), Charter Township of, Michigan
1978. Hillsdale (MI), County of, Michigan
1979. Houghton (MI), County of, Michigan
1980. Huron (MI), Township of, Michigan
1981. Ingham (MI), County of, Michigan
1982. Ionia (MI), County of, Michigan
1983. Iosco (MI), County of, Michigan
1984. Iron (MI), County of, Michigan
1985. Iron Mountain (MI), City of, Michigan
1986. Isabella (MI), County of, Michigan
1987. Jackson (MI), City of, Michigan
1988. Kalamazoo (MI), County of, Michigan
1989. Kent (MI), County of, Michigan
1990. Lake (MI), County of, Michigan
1991. Lansing (MI), City of, Michigan
1992. Leelanau (MI), County of, Michigan
1993. Lenawee (MI), County of, Michigan
1994. Livingston (MI), County of, Michigan
1995. Livonia (MI), City of, Michigan
1996. Luce (MI), County of, Michigan
1997. Macomb (MI), County of, Michigan
1998. Manistee (MI), County of, Michigan
1999. Marquette (MI), County of, Michigan

FINAL AGREEMENT 3.25.22

2000. Mason (MI), County of, Michigan
2001. Monroe (MI), County of, Michigan
2002. Montcalm, (MI) County of, Michigan
2003. Montmorency (MI), County of, Michigan
2004. Muskegon (MI), County of, Michigan
2005. Newaygo (MI), County of, Michigan
2006. Northville (MI), Township of, Michigan
2007. Oakland (MI), County of, Michigan
2008. Oceana (MI), County of, Michigan
2009. Ogemaw (MI), County of, Michigan
2010. Ontonagon (MI), County of, Michigan
2011. Osceola (MI), County of, Michigan
2012. Otsego (MI), County of, Michigan
2013. Pittsfield (MI), Charter Township of, Michigan
2014. Pontiac (MI), City of, Michigan
2015. Presque Isle (MI), County of, Michigan
2016. Romulus (MI), City of, Michigan
2017. Roscommon (MI), County of, Michigan
2018. Saginaw (MI), County of, Michigan
2019. Sanilac (MI), County of, Michigan
2020. Sault Ste. Marie (MI), City of, Michigan
2021. Shiawassee (MI), County of, Michigan
2022. St. Clair (MI), County of, Michigan
2023. Sterling Heights (MI), City of, Michigan
2024. Traverse City (MI), City of, Michigan
2025. Tuscola (MI), County of, Michigan
2026. Van Buren (MI), Township of, Michigan
2027. Warren (MI), City of, Michigan
2028. Washtenaw (MI), County of, Michigan
2029. Wayne (MI), City of, Michigan
2030. Wayne (MI), County of, Michigan
2031. Westland (MI), City of, Michigan
2032. Wexford (MI), County of, Michigan
2033. Anoka (MN), County of, Minnesota
2034. Beltrami (MN), County of, Minnesota
2035. Big Stone (MN), County of, Minnesota
2036. Board of Education of Minnetonka School District No. 276 (MN), Minnesota
2037. Carlton (MN), County of, Minnesota
2038. Carver (MN), County of, Minnesota
2039. Coon Rapids (MN), City of, Minnesota
2040. Dakota (MN), County of, Minnesota
2041. Douglas (MN), County of, Minnesota
2042. Duluth (MN), City of, Minnesota
2043. Freeborn (MN), County of, Minnesota
2044. Hennepin (MN), County of, Minnesota
2045. Itasca (MN), County of, Minnesota
2046. McLeod (MN), County of, Minnesota
2047. Meeker (MN), County of, Minnesota
2048. Minneapolis (MN), City of, Minnesota
2049. Minnesota Prairie County Alliance (MN), Minnesota
2050. Morrison (MN), County of, Minnesota
2051. Mower (MN), County of, Minnesota
2052. North St. Paul (MN), City of, Minnesota
2053. Olmsted (MN), County of, Minnesota
2054. Pine (MN), County of, Minnesota
2055. Proctor (MN), City of, Minnesota
2056. Ramsey (MN), County of, Minnesota
2057. Rochester (MN), City of, Minnesota
2058. Roseau (MN), County of, Minnesota
2059. Saint Paul (MN), City of, Minnesota
2060. Sibley (MN), County of, Minnesota
2061. St. Louis (MN), County of, Minnesota
2062. Steele (MN), County of, Minnesota
2063. Waseca (MN), County of, Minnesota
2064. Washington (MN), County of, Minnesota
2065. Winona (MN), County of, Minnesota
2066. Wright (MN), County of, Minnesota
2067. Yellow Medicine (MN), County of, Minnesota
2068. Adams (MS), County of, Mississippi
2069. Amite (MS), County of, Mississippi
2070. Amory (MS), City of, Mississippi
2071. Arcola (MS), Town of, Mississippi
2072. Attala (MS), County of, Mississippi
2073. Benton (MS), County of, Mississippi
2074. Bolivar (MS), County of, Mississippi
2075. Brookhaven (MS), City of, Mississippi
2076. Caledonia (MS), Town of, Mississippi
2077. Carroll (MS), County of, Mississippi
2078. Centreville (MS), Town of, Missisippi
2079. Charleston (MS), City of, Mississippi
2080. Chickasaw (MS), County of, Mississippi
2081. Claiborne (MS), County of, Mississippi
2082. Clarke (MS), County of, Mississippi
2083. Clarksdale (MS), City of, Mississippi
2084. Cleveland (MS), City of, Mississippi
2085. Columbia (MS), City of, Mississippi
2086. Columbus (MS), City of, Mississippi
2087. Community Hospital (MS), Sharkey-Issaquena, Mississippi
2088. Copiah (MS), County of, Mississippi
2089. Covington (MS), County of, Mississippi
2090. DeSoto (MS), County of, Mississippi
2091. Diamondhead (MS), City of, Mississippi
2092. Forrest (MS), County of, Mississippi
2093. Franklin (MS), County of, Mississippi
2094. Gautier (MS), City of, Mississippi
2095. George (MS), County of, Mississippi
2096. Greene (MS), County of, Mississippi
2097. Greenwood (MS), City of, Mississippi
2098. Grenada (MS), City of, Mississippi
2099. Grenada (MS), County of, Mississippi
2100. Gulfport (MS), City of, Mississippi

FINAL AGREEMENT 3.25.22

2101. Hancock (MS), County of, Mississippi
2102. Harrison (MS), County of, Mississippi
2103. Hattiesburg (MS), City of, Mississippi
2104. Hinds (MS), County of, Mississippi
2105. Holly Springs (MS), City of, Mississippi
2106. Holmes (MS), County of, Mississippi
2107. Humphreys (MS), County of, Mississippi
2108. Indianola (MS), City of, Mississippi
2109. Issaquena (MS), County of, Mississippi
2110. Itawamba (MS), County of, Mississippi
2111. Iuka (MS), City of, Mississippi
2112. Jackson (MS), City of, Mississippi
2113. Jackson (MS), County of, Mississippi
2114. Jefferson (MS), County of, Mississippi
2115. Jefferson Davis (MS), County of, Mississippi
2116. Jones (MS), County of, Mississippi
2117. Jonestown (MS), City of, Mississippi
2118. Kemper (MS), County of, Mississippi
2119. Kosciusko (MS), City of, Mississippi
2120. Lafayette (MS), County of, Mississippi
2121. Lauderdale (MS), County of, Mississippi
2122. Laurel (MS), City of, Mississippi
2123. Lawrence (MS), County of, Mississippi
2124. Leakesville (MS), Town of, Mississippi
2125. Lee (MS), County of, Mississippi
2126. Leflore (MS), County of, Mississippi
2127. Lincoln (MS), County of, Mississippi
2128. Long Beach (MS), City of, Mississippi
2129. Lumberton (MS), City of, Mississippi
2130. Madison (MS), County of, Mississippi
2131. Marion (MS), County of, Mississippi
2132. Marshall (MS), County of, Mississippi
2133. McLain (MS), Town of, Mississippi
2134. Memorial Hospital at Gulfport (MS), Mississippi
2135. Meridian (MS), City of, Mississippi
2136. Monroe (MS), County of, Mississippi
2137. Morton (MS), City of, Mississippi
2138. Moss Point (MS), City of, Mississippi
2139. Mound Bayou (MS), City of, Mississippi
2140. Neshoba (MS), County of, Mississippi
2141. Nettleton (MS), City of, Mississippi
2142. New Albany (MS), City of, Mississippi
2143. Ocean Springs (MS), City of, Mississippi
2144. Panola (MS), County of, Mississippi
2145. Pascagoula (MS), City of, Mississippi
2146. Pearl River (MS), County of, Mississippi
2147. Pearl River County Hospital (MS), Mississippi
2148. Perry (MS), County of, Mississippi
2149. Philadelphia (MS), City of, Mississippi
2150. Prentiss (MS), County of, Mississippi

2151. Quitman (MS), City of, Mississippi
2152. Regional Medical Center (MS), South Central, Mississippi
2153. Scott (MS), County of, Mississippi
2154. Shannon (MS), City of, Mississippi
2155. Shubuta (MS), Town of, Mississippi
2156. Starkville (MS), City of, Mississippi
2157. Stone (MS), County of, Mississippi
2158. Summit (MS), Town of, Mississippi
2159. Sunflower (MS), County of, Mississippi
2160. Tallahatchie (MS), County of, Mississippi
2161. Tate (MS), County of, Mississippi
2162. Tippah (MS), County of, Mississippi
2163. Tishomingo (MS), County of, Mississippi
2164. Tunica (MS), County of, Mississippi
2165. Tupelo (MS), City of, Mississippi
2166. Union (MS), County of, Mississippi
2167. Verona (MS), City of, Mississippi
2168. Vicksburg (MS), City of, Mississippi
2169. Walthall (MS), County of, Mississippi
2170. Washington (MS), County of, Mississippi
2171. Wayne (MS), County of, Mississippi
2172. Waynesboro (MS), City of, Mississippi
2173. Webb (MS), City of, Mississippi
2174. Wiggins (MS), City of, Mississippi
2175. Yalobusha (MS), County of, Mississippi
2176. Adair (MO), County of, Missouri
2177. Andrew (MO), County of, Missouri
2178. Atchison (MO), County of, Missouri
2179. Audrain (MO), County of, Missouri
2180. Barry (MO), County of, Missouri
2181. Barton (MO), County of, Missouri
2182. Boone (MO), County of, Missouri
2183. Buchanan (MO), County of, Missouri
2184. Butler (MO), County of, Missouri
2185. Callaway (MO), County of, Missouri
2186. Camden (MO), County of, Missouri
2187. Cape Girardeau (MO), County of, Missouri
2188. Cass (MO), County of, Missouri
2189. Chariton (MO), County of, Missouri
2190. Christian (MO), County of, Missouri
2191. Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital (MO), Missouri
2192. Clinton (MO), County of, Missouri
2193. Cole (MO), County of, Missouri
2194. Crawford (MO), County of, Missouri
2195. Dade (MO), County of, Missouri
2196. DeKalb (MO), County of, Missouri
2197. Dent (MO), County of, Missouri
2198. Douglas (MO), County of, Missouri
2199. Dunklin (MO), County of, Missouri
2200. Franklin (MO), County of, Missouri

2201. Gasconade (MO), County of, Missouri
2202. Greene (MO), County of, Missouri
2203. Grundy (MO), County of, Missouri
2204. Harrisonville (MO), City of, Missouri
2205. Henry (MO), County of, Missouri
2206. Hickory (MO), County of, Missouri
2207. Howell (MO), County of, Missouri
2208. Independence (MO), City of, Missouri
2209. Iron (MO), County of, Missouri
2210. Jackson (MO), County of, Missouri
2211. Jasper (MO), County of, Missouri
2212. Jefferson (MO), County of, Missouri
2213. Johnson (MO), County of, Missouri
2214. Joplin (MO), City of, Missouri
2215. Kansas City (MO), City of, Missouri
2216. Kinloch (MO), Fire Protection District of St. Louis County, Missouri
2217. Knox (MO), County of, Missouri
2218. Lafayette (MO), County of, Missouri
2219. Lawrence (MO), County of, Missouri
2220. Lewis (MO), County of, Missouri
2221. Lincoln (MO), County of, Missouri
2222. Livingston (MO), County of, Missouri
2223. Madison (MO), County of, Missouri
2224. Maries (MO), County of, Missouri
2225. McDonald (MO), County of, Missouri
2226. Miller (MO), County of, Missouri
2227. Moniteau (MO), County of, Missouri
2228. Montgomery (MO), County of, Missouri
2229. Morgan (MO), County of, Missouri
2230. New Madrid (MO), County of, Missouri
2231. Nodaway (MO), County of, Missouri
2232. Northeast Ambulance (MO), Fire Protection District of St. Louis County, Missouri
2233. Osage (MO), County of, Missouri
2234. Ozark (MO), County of, Missouri
2235. Pemiscot (MO), County of, Missouri
2236. Perry (MO), County of, Missouri
2237. Pettis (MO), County of, Missouri
2238. Phelps (MO), County of, Missouri
2239. Pike (MO), County of, Missouri
2240. Polk (MO), County of, Missouri
2241. Pulaski (MO), County of, Missouri
2242. Ralls (MO), County of, Missouri
2243. Randolph (MO), County of, Missouri
2244. Ray (MO), County of, Missouri
2245. Reynolds (MO), County of, Missouri
2246. Ripley (MO), County of, Missouri
2247. Schuyler (MO), County of, Missouri
2248. Scott (MO), County of, Missouri
2249. Sedalia (MO) City of, Missouri
2250. Shannon (MO), County of, Missouri
2251. Shelby (MO), County of, Missouri
2252. Springfield (MO), City of, Missouri
2253. St. Charles (MO), County of, Missouri
2254. St. Clair (MO), County of, Missouri
2255. St. Francois (MO), County of, Missouri
2256. St. Joseph (MO), City of, Missouri
2257. St. Louis (MO), City of, Missouri
2258. St. Louis (MO), County of, Missouri
2259. Ste. Genevieve (MO), County of, Missouri
2260. Stone (MO), County of, Missouri
2261. Taney (MO), County of, Missouri
2262. Texas (MO), County of, Missouri
2263. Vernon (MO), County of, Missouri
2264. Warren (MO), County of, Missouri
2265. Washington (MO), County of, Missouri
2266. Webster (MO), County of, Missouri
2267. Worth (MO), County of, Missouri
2268. Wright (MO), County of, Missouri
2269. Anaconda-Deer Lodge (MT), County of, Montana
2270. Cascade (MT), County of, Montana
2271. Gallatin (MT), County of, Montana
2272. Great Falls (MT), City of, Montana
2273. Lake (MT), County of, Montana
2274. Missoula (MT), City of, Montana
2275. Missoula (MT), County of, Montana
2276. Douglas (NE), County of, Nebraska
2277. Keith (NE), County of, Nebraska
2278. Knox (NE), County of, Nebraska
2279. Lincoln (NE), County of, Nebraska
2280. Sarpy (NE), County of, Nebraska
2281. South Sioux City (NE), City of, Nebraska
2282. Boulder (NV), City of, Nevada
2283. Carson City (NV), Nevada
2284. Central Lyon County Fire Protection District (NV), Nevada
2285. Churchill (NV), County of, Nevada
2286. Clark (NV), County of, Nevada
2287. Douglas (NV), County of, Nevada
2288. Ely (NV), City of, Nevada
2289. Esmeralda (NV), County of, Nevada
2290. Fernley (NV), City of, Nevada
2291. Henderson (NV), City of, Nevada
2292. Humboldt (NV), County of, Nevada
2293. Las Vegas (NV), City of, Nevada
2294. Lincoln (NV), County of, Nevada
2295. Lyon (NV), County of, Nevada
2296. Mesquite (NV), City of, Nevada
2297. Mineral (NV), County of, Nevada
2298. North Las Vegas (NV), City of, Nevada
2299. North Lyon County Fire Protection District (NV), Nevada
2300. Nye (NV), County of, Nevada

FINAL AGREEMENT 3.25.22

2301. Reno (NV), City of, Nevada
2302. Sparks (NV), City of, Nevada
2303. Washoe (NV), County of, Nevada
2304. West Wendover (NV), City of, Nevada
2305. White Pine (NV), County of, Nevada
2306. Belknap (NH), County of, New Hampshire
2307. Belmont (NH), City of, New Hampshire
2308. Berlin (NH), City of, New Hampshire
2309. Board of Education of Goshen School District (NH), New Hampshire
2310. Board of Education of Kearsarge RSU-School Administrative Unit 65 (NH), New Hampshire
2311. Board of Education of Lebanon School District (NH), New Hampshire
2312. Board of Education of Pittsfield School District (NH), New Hampshire
2313. Board of Education of Tamworth School District (NH), New Hampshire
2314. Carroll (NH), County of, New Hampshire
2315. Cheshire (NH), County of, New Hampshire
2316. Claremont (NH), City of, New Hampshire
2317. Concord (NH), City of, New Hampshire
2318. Coos (NH), County of, New Hampshire
2319. Derry (NH), Town of, New Hampshire
2320. Dover (NH), City of, New Hampshire
2321. Franklin (NH), City of, New Hampshire
2322. Grafton (NH), County of, New Hampshire
2323. Hillsborough (NH), County of, New Hampshire
2324. Keene (NH), City of, New Hampshire
2325. Laconia (NH), City of, New Hampshire
2326. Londonderry (NH), Town of, New Hampshire
2327. Manchester (NH), City of, New Hampshire
2328. Merrimack (NH), County of, New Hampshire
2329. Nashua (NH), City of, New Hampshire
2330. Rochester (NH), City of, New Hampshire
2331. Rockingham (NH), County of, New Hampshire
2332. Strafford (NH), County of, New Hampshire
2333. Sullivan (NH), County of, New Hampshire
2334. Atlantic (NJ), County of, New Jersey
2335. Barnegat (NJ), Township of, New Jersey
2336. Bayonne (NJ), City of, New Jersey
2337. Bergen (NJ), County of, New Jersey
2338. Bloomfield (NJ), The Township of, New Jersey
2339. Brick (NJ), Township of, New Jersey
2340. Burlington (NJ), County of, New Jersey
2341. Camden (NJ), County of, New Jersey
2342. Cape May (NJ), County of, New Jersey

2343. Clifton (NJ), City of, New Jersey
2344. Clinton (NJ), Town of, New Jersey
2345. Cumberland (NJ), County of, New Jersey
2346. Elizabeth (NJ), City of, New Jersey
2347. Essex (NJ), County of, New Jersey
2348. Hudson (NJ), County of, New Jersey
2349. Irvington (NJ), Township of, New Jersey
2350. Jersey City (NJ), City of, New Jersey
2351. Monmouth (NJ), County of, New Jersey
2352. Newark (NJ), City of, New Jersey
2353. Ocean (NJ), County of, New Jersey
2354. Paramus (NJ), Borough of, New Jersey
2355. Passaic (NJ), County of, New Jersey
2356. Paterson (NJ), City of, New Jersey
2357. Ridgefield (NJ) Borough of, New Jersey
2358. Saddle Brook (NJ), Township of, New Jersey
2359. Sussex (NJ), County of, New Jersey
2360. Teaneck (NJ), Township of, New Jersey
2361. Trenton (NJ), City of, New Jersey
2362. Union (NJ), County of, New Jersey
2363. Alamogordo (NM), City of, New Mexico
2364. Albuquerque (NM), City of, New Mexico
2365. Bernalillo (NM), County of (Commissioners), New Mexico
2366. Catron (NM), County of (Board of Commissioners), New Mexico
2367. Cibola (NM), County of (Board of Commissioners), New Mexico
2368. Colfax (NM), County of (Board of Commissioners), New Mexico
2369. Curry (NM), County of (Board of Commissioners), New Mexico
2370. Dona Ana (NM), County of (Board of Commissioners), New Mexico
2371. Eddy (NM), County of, New Mexico
2372. Espanola (NM), City of, New Mexico
2373. Grant (NM), County of, New Mexico
2374. Hidalgo (NM), County of (Board of Commissioners), New Mexico
2375. Hobbs (NM), City of, New Mexico
2376. Las Cruces (NM), City of, New Mexico
2377. Lea (NM), County of (Board of Commissioners), New Mexico
2378. Lincoln (NM), County of (Board of Commissioners), New Mexico
2379. Luna (NM), County of (Board of Commissioners), New Mexico
2380. McKinley (NM), County of (Board of Commissioners), New Mexico
2381. Mora (NM), County of, New Mexico
2382. Otero (NM), County of (Board of Commissioners), New Mexico

2383.  Rio Arriba (NM), County of, New Mexico
2384.  Roosevelt (NM), County of, New Mexico
2385.  San Juan (NM), County of, New Mexico
2386.  San Miguel (NM) County of (Board of Commissioners), New Mexico
2387.  Sandoval (NM), County of, New Mexico
2388.  Santa Fe (NM), County of (Board of Commissioners), New Mexico
2389.  Santa Fe (NM), City of, New Mexico
2390.  Sierra (NM), County of (Board of Commissioners), New Mexico
2391.  Socorro (NM), County of (Board of Commissioners), New Mexico
2392.  Taos (NM), County of (Board of Commissioners), New Mexico
2393.  Torrance County Board of Commissioners (NM), New Mexico
2394.  Union (NM), County of (Board of Commissioners), New Mexico
2395.  Valencia (NM), County of (Board of Commissioners), New Mexico
2396.  Albany (NY), City of, New York
2397.  Albany (NY), County of, New York
2398.  Allegany (NY), County of, New York
2399.  Amherst (NY), Town of, New York
2400.  Amityville (NY), Village of, New York
2401.  Amsterdam (NY), City of, New York
2402.  Auburn (NY), City of, New York
2403.  Babylon (NY), Town of, New York
2404.  Babylon (NY), Village of, New York
2405.  Bellmore (NY), Fire District of, New York
2406.  Bellport (NY), Village of, New York
2407.  Board of Education of Rochester City School District (NY), New York
2408.  Brookhaven (NY), Town of, New York
2409.  Broome (NY), County of, New York
2410.  Buffalo (NY), City of, New York
2411.  Cattaraugus (NY), County of, New York
2412.  Cayuga (NY), County of, New York
2413.  Centereach (NY), Fire District, New York
2414.  Centerport (NY), Fire District of, New York
2415.  Chautauqua (NY), County of, New York
2416.  Cheektowaga (NY), Town of, New York
2417.  Chemung (NY), County of, New York
2418.  Chenango (NY), County of, New York
2419.  Clarkstown (NY), Town of, New York
2420.  Clinton (NY), County of, New York
2421.  Columbia (NY), County of, New York
2422.  Cortland (NY) County of, New York
2423.  Dutchess (NY), County of, New York
2424.  East Hampton (NY), Village of, New York

2425.  East Rockaway (NY), Village of, New York
2426.  Erie (NY), County of, New York
2427.  Essex (NY), County of, New York
2428.  Farmingdale (NY), Village of, New York
2429.  Floral Park (NY), Village of, New York
2430.  Franklin (NY), County of, New York
2431.  Fulton (NY), County of, New York
2432.  Garden City (NY), Village of, New York
2433.  Genesee (NY), County of, New York
2434.  Geneva (NY), City of, New York
2435.  Great Neck (NY), Village of, New York
2436.  Greene (NY), County of, New York
2437.  Greenport (NY), Village of, New York
2438.  Hamilton (NY), County of, New York
2439.  Hauppauge (NY), Fire District, New York
2440.  Haverstraw (NY), Town of, New York
2441.  Hempstead (NY), Town of, New York
2442.  Hempstead (NY), Village of, New York
2443.  Herkimer (NY), County of, New York
2444.  Herkimer (NY), Village of, New York
2445.  Hicksville (NY), Water District of, New York
2446.  Huntington (NY), Town of, New York
2447.  Island Park (NY), Village of, New York
2448.  Islandia (NY), Village of, New York
2449.  Islip (NY), Town of, New York
2450.  Islip Terrace (NY), Fire District of, New York
2451.  Ithaca (NY), City of, New York
2452.  Jefferson (NY), County of, New York
2453.  Kingston (NY), City of, New York
2454.  Lackawanna (NY), City of, New York
2455.  Lake Grove (NY), Village of, New York
2456.  Lancaster (NY), Town of, New York
2457.  Lawrence (NY), Village of, New York
2458.  Levittown (NY), Fire District of, New York
2459.  Lewis (NY), County of, New York
2460.  Lindenhurst (NY), Village of, New York
2461.  Livingston (NY), County of, New York
2462.  Lloyd Harbor (NY), Village of, New York
2463.  Long Beach (NY), City of, New York
2464.  Lynbrook (NY), Village of, New York
2465.  Madison (NY), County of, New York
2466.  Massapequa Park (NY), Village of, New York
2467.  Melville (NY), Fire District of, New York
2468.  Merrick Library (NY), New York
2469.  Mill Neck (NY), Village of, New York
2470.  Miller Place (NY), Fire District of, New York
2471.  Millerton (NY), Village of, New York

FINAL AGREEMENT 3.25.22

2472. Monroe (NY), County of, New York
2473. Montgomery (NY), County of, New York
2474. Mount Sinai (NY), Fire District of, New York
2475. Mount Vernon (NY), City of, New York
2476. Nassau (NY), County of, New York
2477. Nassau University Medical Center (NY), New York
2478. Nesconset (NY), Fire District of, New York
2479. New Hyde Park (NY), Village of, New York
2480. New York (NY), City of, New York
2481. Niagara (NY), County of, New York
2482. Nissequogue (NY), Village of, New York
2483. North Hempstead (NY), Town of, New York
2484. North Merrick (NY), Fire District of, New York
2485. North Patchogue (NY), Fire District of, New York
2486. Northport (NY), Village of, New York
2487. Ogdensburg (NY), City of, New York
2488. Old Westbury (NY), Village of, New York
2489. Oneida (NY), County of, New York
2490. Onondaga (NY), County of, New York
2491. Ontario (NY), County of, New York
2492. Orange (NY), County of, New York
2493. Orangetown (NY), Town of, New York
2494. Orleans (NY) County of, New York
2495. Oswego (NY), County of, New York
2496. Otsego (NY), County of, New York
2497. Oyster Bay (NY), Town of, New York
2498. Patchogue (NY), Village of, New York
2499. Plainview - Old Bethpage Public Library (NY), New York
2500. Plattsburgh (NY), City of, New York
2501. Poquott (NY), Village of, New York
2502. Port Washington (NY), Water District of, New York
2503. Port Washington North (NY), Village of, New York
2504. Poughkeepsie (NY), City of, New York
2505. Poughkeepsie (NY), Town of, New York
2506. Putnam (NY), County of, New York
2507. Ramapo (NY), Town of, New York
2508. Rensselaer (NY), County of, New York
2509. Ridge (NY), Fire District of, New York
2510. Riverhead (NY), Town of, New York
2511. Rochester (NY), City of, New York
2512. Rockland (NY), County of, New York
2513. Rockville Centre Public Library (NY), New York

2514. Rome (NY), City of, New York
2515. Rosalyn (NY) Water District, New York
2516. Saltaire (NY), Village of, New York
2517. Saratoga (NY), County of, New York
2518. Saratoga Springs (NY), City of, New York
2519. Schenectady (NY), City of, New York
2520. Schenectady (NY), County of, New York
2521. Schoharie (NY), County of, New York
2522. Schuyler (NY), County of, New York
2523. Seneca (NY), County of, New York
2524. Smithtown (NY), Fire District of, New York
2525. Smithtown (NY), Town of, New York
2526. South Farmingdale (NY), Fire District of, New York
2527. Southampton (NY), Town of, New York
2528. Southold (NY), Town of, New York
2529. St James (NY), Fire District, New York
2530. St. Lawrence (NY), County of, New York
2531. Steuben (NY), County of, New York
2532. Stewart Manor (NY), Village of, New York
2533. Stony Brook (NY), Fire District of, New York
2534. Stony Point (NY), Town of, New York
2535. Suffern (NY), Village of, New York
2536. Suffolk (NY), County of, New York
2537. Sullivan (NY), County of, New York
2538. Syracuse (NY), City of, New York
2539. The Branch (NY), Village of, New York
2540. Tioga (NY), County of, New York
2541. Tompkins (NY), County of, New York
2542. Tonawanda (NY), Town of, New York
2543. Troy (NY), City of, New York
2544. Ulster (NY), County of, New York
2545. Uniondale (NY), Fire District of, New York
2546. Utica (NY), City of, New York
2547. Valley Stream (NY), Village of, New York
2548. Wappinger (NY), Town of, New York
2549. Wappingers Falls (NY), Village of, New York
2550. Warren (NY), County of, New York
2551. Washington (NY), County of, New York
2552. West Hampton Dunes (NY), Village of, New York
2553. West Haverstraw (NY), Village of, New York
2554. West Hempstead (NY) Public Library, New York
2555. Westbury (NY), Village of, New York
2556. Westchester (NY), County of, New York
2557. Wyoming (NY), County of, New York
2558. Yates (NY) County of, New York

FINAL AGREEMENT 3.25.22

2559. Yonkers (NY), City of, New York
2560. Alamance (NC), County of, North Carolina
2561. Alexander (NC), County of, North Carolina
2562. Alleghany (NC), County of, North Carolina
2563. Anson (NC), County of, North Carolina
2564. Ashe (NC), County of, North Carolina
2565. Beaufort (NC), County of, North Carolina
2566. Bertie (NC), County of, North Carolina
2567. Bladen (NC), County of, North Carolina
2568. Brunswick (NC), County of, North Carolina
2569. Buncombe (NC), County of, North Carolina
2570. Burke (NC), County of, North Carolina
2571. Cabarrus (NC), County of, North Carolina
2572. Caldwell (NC), County of, North Carolina
2573. Camden (NC), County of, North Carolina
2574. Canton (NC), City of, North Carolina
2575. Carteret (NC), County of, North Carolina
2576. Caswell (NC), County of, North Carolina
2577. Catawba (NC), County of, North Carolina
2578. Chatham (NC), County of, North Carolina
2579. Cherokee (NC), County of, North Carolina
2580. Chowan (NC), County of, North Carolina
2581. Cleveland (NC), County of, North Carolina
2582. Columbus (NC), County of, North Carolina
2583. Craven (NC), County of, North Carolina
2584. Cumberland (NC), County of, North Carolina
2585. Currituck (NC), County of, North Carolina
2586. Dare (NC), County of, North Carolina
2587. Davidson (NC), County of, North Carolina
2588. Davie (NC), County of, North Carolina
2589. Duplin (NC), County of, North Carolina
2590. Durham (NC), County of, North Carolina
2591. Fayetteville (NC), City Of, North Carolina
2592. Forsyth (NC), County of, North Carolina
2593. Franklin (NC), County of, North Carolina
2594. Gaston (NC), County of, North Carolina
2595. Granville (NC), County of, North Carolina
2596. Greene (NC), County of, North Carolina
2597. Greensboro (NC), City of, North Carolina
2598. Guilford (NC), County of, North Carolina
2599. Halifax (NC), County of, North Carolina
2600. Haywood (NC), County of, North Carolina
2601. Henderson (NC), City of, North Carolina
2602. Hickory (NC), City of, North Carolina
2603. Iredell (NC) County of, North Carolina
2604. Jacksonville (NC), City of, North Carolina
2605. Jones (NC), County of, North Carolina
2606. Lee (NC), County of, North Carolina
2607. Lenoir (NC), County of, North Carolina
2608. Lincoln (NC), County of, North Carolina

2609. Madison (NC), County of, North Carolina
2610. Martin (NC), County of, North Carolina
2611. McDowell (NC), County of, North Carolina
2612. Mecklenburg (NC), County of, North Carolina
2613. Mitchell (NC), County of, North Carolina
2614. Moore (NC), County of, North Carolina
2615. New Hanover (NC), County of, North Carolina
2616. Onslow (NC), County of, North Carolina
2617. Orange (NC), County of, North Carolina
2618. Pamlico (NC), County of, North Carolina
2619. Pasquotank (NC), County of, North Carolina
2620. Person (NC), County of, North Carolina
2621. Pitt (NC), County of, North Carolina
2622. Polk (NC), County of, North Carolina
2623. Randolph (NC), County of, North Carolina
2624. Richmond (NC), County of, North Carolina
2625. Robeson (NC), County of, North Carolina
2626. Rockingham (NC), County of, North Carolina
2627. Rowan (NC), County of, North Carolina
2628. Rutherford (NC), County of, North Carolina
2629. Sampson (NC), County of, North Carolina
2630. Scotland (NC), County of, North Carolina
2631. Stokes (NC), County of, North Carolina
2632. Surry (NC), County of, North Carolina
2633. Tyrrell (NC), County of, North Carolina
2634. Vance (NC), County of, North Carolina
2635. Warren (NC), County of, North Carolina
2636. Washington (NC), County of, North Carolina
2637. Watauga (NC), County of, North Carolina
2638. Wayne (NC), County of, North Carolina
2639. Wilkes (NC), County of, North Carolina
2640. Wilmington (NC), City of, North Carolina
2641. Winston-Salem (NC), City of, North Carolina
2642. Yadkin (NC), County of, North Carolina
2643. Yancey (NC), County of, North Carolina
2644. Barnes (ND), County of, North Dakota
2645. Benson (ND), County of, North Dakota
2646. Bismarck (ND), City of, North Dakota
2647. Burleigh (ND), County of, North Dakota
2648. Cass (ND), County of, North Dakota
2649. Devils Lake (ND), City of, North Dakota
2650. Dickey (ND), County of, North Dakota
2651. Dunn (ND), County of, North Dakota
2652. Eddy (ND), County of, North Dakota
2653. Fargo (ND), City of, North Dakota

FINAL AGREEMENT 3.25.22

2654. Foster (ND), County of, North Dakota
2655. Grand Forks (ND), City of, North Dakota
2656. Grand Forks (ND), County of, North Dakota
2657. Lamoure (ND), County of, North Dakota
2658. Lisbon (ND), City of, North Dakota
2659. McKenzie (ND), County of, North Dakota
2660. McLean (ND), County of, North Dakota
2661. Mercer (ND), County of, North Dakota
2662. Mountrail (ND), County of, North Dakota
2663. Pembina (ND), County of, North Dakota
2664. Pierce (ND), County of, North Dakota
2665. Ramsey (ND), County of, North Dakota
2666. Ransom (ND), County of, North Dakota
2667. Richland (ND), County of, North Dakota
2668. Rolette (ND), County of, North Dakota
2669. Sargent (ND), County of, North Dakota
2670. Stark (ND), County of, North Dakota
2671. Towner (ND), County of, North Dakota
2672. Walsh (ND), County of, North Dakota
2673. Ward (ND), County of, North Dakota
2674. Wells (ND), County of, North Dakota
2675. Williams (ND), County of, North Dakota
2676. Adams (OH), County of (Board of Commissioners), Ohio
2677. Akron (OH), City of, Ohio
2678. Allen (OH), County of (Board of Commissioners), Ohio
2679. Alliance (OH), City of, Ohio
2680. Ashland (OH), City of, Ohio
2681. Ashland (OH), County of (Board of Commissioners), Ohio
2682. Ashtabula (OH), County of, Ohio
2683. Athens (OH), County of (Board of Commissioners), Ohio
2684. Auglaize (OH), County of (Board of Commissioners), Ohio
2685. Aurora (OH), City of, Ohio
2686. Barberton (OH), City of, Ohio
2687. Belmont (OH), County of (Board of Commissioners), Ohio
2688. Boston (OH), Township of, Ohio
2689. Boston Heights (OH), Village of, Ohio
2690. Broadview Heights (OH), City of, Ohio
2691. Brooklyn Heights (OH), Village of, Ohio
2692. Brown (OH), County of (Board of Commissioners), Ohio
2693. Brunswick (OH), City of, Ohio
2694. Butler (OH), County of (Board of Commissioners), Ohio
2695. Canton (OH), City of, Ohio
2696. Carroll (OH), County of (Board of Commissioners), Ohio

2697. Champaign (OH), County of (Board of Commissioners), Ohio
2698. Cincinnati (OH), City of, Ohio
2699. Clermont (OH), County of (Board of Commissioners), Ohio
2700. Cleveland (OH), City of, Ohio
2701. Clinton (OH), County of (Board of Commissioners), Ohio
2702. Clinton (OH), Village of, Ohio
2703. Columbiana (OH), County of (Board of Commissioners), Ohio
2704. Columbus (OH), City of, Ohio
2705. Copley (OH), Township of, Ohio
2706. Coshocton (OH), County of (Board of Commissioners), Ohio
2707. Coventry (OH), Township of, Ohio
2708. Crawford (OH), County of (Board of Commissioners), Ohio
2709. Cuyahoga Falls (OH), City of, Ohio
2710. Darke (OH), County of (Commissioners), Ohio
2711. Dayton (OH), City of, Ohio
2712. Delaware (OH), County of (Board of Commissioners), Ohio
2713. East Cleveland (OH), City of, Ohio
2714. Elyria (OH), City of, Ohio
2715. Erie (OH), County of (Board of Commissioners), Ohio
2716. Euclid (OH), City of, Ohio
2717. Fairfield (OH), City of, Ohio
2718. Fairfield (OH), County of (Board of Commissioners), Ohio
2719. Fairlawn (OH), City of, Ohio
2720. Fayette (OH), County of, Ohio
2721. Findlay (OH), City of, Ohio
2722. Fostoria (OH), City of, Ohio
2723. Franklin (OH), County of (Board of Commissioners), Ohio
2724. Fulton (OH), County of (Board of Commissioners), Ohio
2725. Gallia (OH), County of (Board of Commissioners), Ohio
2726. Garfield Heights (OH), City of, Ohio
2727. Geauga (OH), County of (Commissioners), Ohio
2728. Green (OH), City of, Ohio
2729. Guernsey (OH), County of (Board of Commissioners), Ohio
2730. Hamilton (OH), City of, Ohio
2731. Hamilton (OH), County of (Board of Commissioners), Ohio
2732. Hancock (OH), County of (Board of Commissioners), Ohio

C-31

2733. Harrison (OH), County of (Commissioners), Ohio
2734. Hocking (OH), County of (Board of Commissioners), Ohio
2735. Huron (OH), City of, Ohio
2736. Huron (OH), County of (Board of Commissioners), Ohio
2737. Ironton (OH), City of, Ohio
2738. Jackson (OH), County of (Board of Commissioners), Ohio
2739. Jefferson (OH), County of, Ohio
2740. Kent (OH), City of, Ohio
2741. Knox (OH), County of (Board of Commissioners), Ohio
2742. Lake (OH), County of, Ohio
2743. Lakemore (OH), Village of, Ohio
2744. Lakewood (OH), City of, Ohio
2745. Lawrence (OH), County of (Board of Commissioners), Ohio
2746. Lebanon (OH), City of, Ohio
2747. Licking (OH), County (Board of Commissioners), Ohio
2748. Lima (OH), City of, Ohio
2749. Logan (OH), County of (Board of Commissioners), Ohio
2750. Lorain (OH), City of, Ohio
2751. Lorain (OH), County of, Ohio
2752. Lucas (OH), County of (Board of Commissioners), Ohio
2753. Lucas County Children Services Board of Trustees (OH), Ohio
2754. Lyndhurst (OH), City of, Ohio
2755. Macedonia (OH), City of, Ohio
2756. Mansfield (OH), City of, Ohio
2757. Marietta (OH), City of, Ohio
2758. Marion (OH), County of, Ohio
2759. Massillon (OH), City of, Ohio
2760. Mayfield Heights (OH), City of, Ohio
2761. Medina (OH), County of, Ohio
2762. Meigs (OH), County of, Ohio
2763. Mental Health & Recovery Services Board of Allen, Auglaize, and Hardin Counties (OH), Ohio
2764. Mental Health & Recovery Services Board of Lucas County (OH), Ohio
2765. Mercer (OH), County of (Board of Commissioners), Ohio
2766. Miami (OH), County of (Board of Commissioners), Ohio
2767. Middletown (OH), City of, Ohio
2768. Mogadore (OH), Village of, Ohio
2769. Monroe (OH), County of (Board of Commissioners), Ohio

2770. Montgomery (OH), County of (Board of Commissioners), Ohio
2771. Morrow (OH), County of (Board of Commisioners), Ohio
2772. Munroe Falls (OH), City of, Ohio
2773. Muskingum (OH), County of (Board of Commissioners), Ohio
2774. New Franklin (OH), City of, Ohio
2775. Newburgh Heights (OH), Village of, Ohio
2776. Noble (OH), County of (Commissioners), Ohio
2777. North Olmsted (OH), City of, Ohio
2778. North Ridgeville (OH), City of, Ohio
2779. North Royalton (OH), City of, Ohio
2780. Norton (OH), City of, Ohio
2781. Norwalk (OH), City of, Ohio
2782. Olmsted Falls (OH), City of, Ohio
2783. Ottawa (OH), County of (Board of Commissioners), Ohio
2784. Painesville (OH), Township of, Ohio
2785. Parma (OH), City of, Ohio
2786. Parma Heights (OH), City of, Ohio
2787. Peninsula (OH), Village of, Ohio
2788. Perry (OH), County of (Board of Commissioners), Ohio
2789. Pike (OH), County of (Board), Ohio
2790. Portage (OH), County of, Ohio
2791. Portsmouth (OH), City of, Ohio
2792. Ravenna (OH), City of, Ohio
2793. Richfield (OH), Village of, Ohio
2794. Richland (OH), County Children's Services of, Ohio
2795. Ross (OH), County of, Ohio
2796. Sandusky (OH), City of, Ohio
2797. Sandusky (OH), County of (Commissioners), Ohio
2798. Scioto (OH), County of (Board of Commissioners), Ohio
2799. Seneca (OH), County of (Board of Commissioners), Ohio
2800. Seven Hills (OH), City of, Ohio
2801. Shelby (OH), County of (Board of Commissioners), Ohio
2802. Silver Lake (OH), Village of, Ohio
2803. Springfield (OH), Township of, Ohio
2804. St. Marys (OH), City of, Ohio
2805. Stark (OH), County of, Ohio
2806. Stow (OH), City of, Ohio
2807. Strongsville (OH), City of, Ohio
2808. Tallmadge (OH), City of, Ohio
2809. Toledo (OH), City of, Ohio
2810. Trumbull (OH), County of, Ohio
2811. Tuscarawas (OH), County of, Ohio

FINAL AGREEMENT 3.25.22

2812. Valley Fire District (OH), Ohio
2813. Van Wert (OH), City of, Ohio
2814. Van Wert (OH), County of (Board of Commissioners), Ohio
2815. Vinton County (OH), County of (Board of Commissioners), Ohio
2816. Warren (OH), City of, Ohio
2817. Warrensville Heights (OH), City of, Ohio
2818. Washington (OH), County of, Ohio
2819. Wayne (OH), County of (Board of Commissioners), Ohio
2820. Wickliffe (OH), City of, Ohio
2821. Williams (OH), County of (Commissioners), Ohio
2822. Wyandot (OH), County of (Board of Commissioners), Ohio
2823. Youngstown (OH), City of, Ohio
2824. Clackamas (OR), County of, Oregon
2825. Clatsop (OR), County of, Oregon
2826. Columbia (OR), County of, Oregon
2827. Coos (OR), County of, Oregon
2828. Curry (OR), County of, Oregon
2829. Jackson (OR), County of, Oregon
2830. Josephine (OR), County of, Oregon
2831. Lane (OR), County of, Oregon
2832. Multnomah (OR), County of, Oregon
2833. Portland (OR), City of, Oregon
2834. Washington (OR), County of, Oregon
2835. Yamhill (OR), County of, Oregon
2836. Adams (PA), County of, Pennsylvania
2837. Aliquippa (PA), City of, Pennsylvania
2838. Allegheny, (PA), County of, Pennsylvania
2839. Allegheny (PA)County of (District Attorney Stephen A. Zappala Jr.), Pennsylvania
2840. Allentown (PA), City of, Pennsylvania
2841. Armstrong (PA), County of, Pennsylvania
2842. Beaver (PA), County of, Pennsylvania
2843. Bedford (PA), County of, Pennsylvania
2844. Bensalem (PA), Township of, Pennsylvania
2845. Berks (PA) County of (District Attorney John Adams), Pennsylvania
2846. Bradford (PA), County of, Pennsylvania
2847. Bristol (PA), Township, Pennsylvania
2848. Bucks (PA), County of, Pennsylvania
2849. Bucks (PA) County of (District Attorney Matthew Weintraub), Pennsylvania
2850. Cambria (PA), County of, Pennsylvania
2851. Carbon (PA), County of, Pennsylvania
2852. Chester (PA), County of, Pennsylvania
2853. Chester (PA) County of (District Attorney Deborah Ryan), Pennsylvania
2854. Clarion (PA), County of, Pennsylvania

2855. Clearfield (PA), County of, Pennsylvania
2856. Clearfield (PA) County of (District Attorney Ryan P. Sayers), Pennsylvania
2857. Clinton (PA), County of, Pennsylvania
2858. Coatesville (PA), City of, Pennsylvania
2859. Columbia (PA), County of, Pennsylvania
2860. Cumberland (PA), County of, Pennsylvania
2861. Dauphin (PA) County of, (District Attorney Francis Chardo), Pennsylvania
2862. Delaware (PA), County of, Pennsylvania
2863. Delaware (PA) County of (District Attorney Jack Stollsteimer), Pennsylvania
2864. Edwardsville (PA), Borough of, Pennsylvania
2865. Erie (PA), County of, Pennsylvania
2866. Erie (PA) County of (District Attorney Jack Daneri), Pennsylvania
2867. Exeter (PA), Borough of, Pennsylvania
2868. Fairview (PA), Township of, Pennsylvania
2869. Fayette (PA), County of, Pennsylvania
2870. Forty Fort (PA), Borough of, Pennsylvania
2871. Franklin (PA), County of, Pennsylvania
2872. Greene (PA), County of, Pennsylvania
2873. Hanover (PA), Township of, Pennsylvania
2874. Hazleton (PA), City of, Pennsylvania
2875. Huntingdon (PA), County of, Pennsylvania
2876. Indiana (PA), County of, Pennsylvania
2877. Kingston (PA), Borough of, Pennsylvania
2878. Lackawanna (PA), County of, Pennsylvania
2879. Lawrence (PA), County of, Pennsylvania
2880. Lehigh (PA), County of, Pennsylvania
2881. Lehigh (PA) County of (District Attorney Jack B. Martin), Pennsylvania
2882. Lock Haven (PA), City of, Pennsylvania
2883. Lower Makefield (PA), Township of, Pennsylvania
2884. Lower Southampton (PA), Township of, Pennsylvania
2885. Luzerne (PA), County of, Pennsylvania
2886. Lycoming (PA), County of, Pennsylvania
2887. Mercer (PA), County of, Pennsylvania
2888. Middletown (PA), Township of, Pennsylvania
2889. Monroe (PA), County of, Pennsylvania
2890. Morrisville (PA), Borough of, Pennsylvania
2891. Nanticoke (PA), City of, Pennsylvania
2892. New Castle (PA), City of, Pennsylvania
2893. Newtown (PA), Township of, Pennsylvania
2894. Norristown (PA), Municipality of, Pennsylvania

FINAL AGREEMENT 3.25.22

2895. Northampton (PA) County of (District Attorney Terence Houck), Pennsylvania
2896. Northumberland (PA), County of, Pennsylvania
2897. Philadelphia (PA), City of, Pennsylvania
2898. Philadelphia (PA) County of (District Attorney Lawrence Krasner), Pennsylvania
2899. Pike (PA), County of, Pennsylvania
2900. Pittsburgh (PA), City of, Pennsylvania
2901. Plains (PA), Township, Pennsylvania
2902. Schuylkill (PA), County of, Pennsylvania
2903. Sugar Notch (PA), Borough, Pennsylvania
2904. Tioga (PA), County of, Pennsylvania
2905. Union (PA), Township of, Pennsylvania
2906. Warminster (PA), Township of, Pennsylvania
2907. Warrington (PA), Township of, Pennsylvania
2908. Washington (PA), County of, Pennsylvania
2909. West Norriton (PA), Township of, Pennsylvania
2910. West Pittston (PA), Borough of, Pennsylvania
2911. Westmoreland (PA), County of, Pennsylvania
2912. Westmoreland (PA) County of (District Attorney John Peck), Pennsylvania
2913. Wilkes-Barre (PA), City of, Pennsylvania
2914. Wilkes-Barre (PA), Township, Pennsylvania
2915. Wright (PA), Township of, Pennsylvania
2916. Wyoming (PA), Borough of, Pennsylvania
2917. Wyoming (PA), County of, Pennsylvania
2918. York (PA), County of, Pennsylvania
2919. Adjuntas (PR), Municipality of, Puerto Rico
2920. Arroyo (PR), Municipality of, Puerto Rico
2921. Barceloneta (PR), Municipality of, Puerto Rico
2922. Bayamon (PR), Municipality of, Puerto Rico
2923. Caguas (PR), Municipality of, Puerto Rico
2924. Canovanas Puerto Rico (PR), Municipality of, Puerto Rico
2925. Catano (PR), Municipality of, Puerto Rico
2926. Cayey (PR), Municipality of, Puerto Rico
2927. Ceiba (PR), Municipality of, Puerto Rico
2928. Cidra (PR), Municipality of, Puerto Rico
2929. Coamo (PR), Municipality of, Puerto Rico
2930. Guayanilla (PR), Municipality of, Puerto Rico
2931. Isla de Vieques (PR), Municipality of, Puerto Rico

2932. Juncos (PR), Municipality of, Puerto Rico
2933. Loiza (PR), Municipality of, Puerto Rico
2934. Rio Grande (PR), Municipality of, Puerto Rico
2935. Sabana Grande (PR), Municipality of, Puerto Rico
2936. San Juan (PR), Municipality of, Puerto Rico
2937. Vega Alta (PR), Municipality of, Puerto Rico
2938. Villalba (PR), Municipality of, Puerto Rico
2939. Yabucoa (PR), Municipality of, Puerto Rico
2940. Barrington (RI), Town of, Rhode Island
2941. Bristol (RI), Town of, Rhode Island
2942. Burrillville (RI), Town of, Rhode Island
2943. Central Falls (RI), City of, Rhode Island
2944. Charlestown (RI), Town of, Rhode Island
2945. Coventry (RI), Town of, Rhode Island
2946. Cranston (RI), City of, Rhode Island
2947. Cumberland (RI), Town of, Rhode Island
2948. East Greenwich (RI), Town of, Rhode Island
2949. East Providence (RI), City of, Rhode Island
2950. Foster (RI), Town of, Rhode Island
2951. Glocester (RI), Town of, Rhode Island
2952. Hopkinton (RI), Town of, Rhode Island
2953. Jamestown (RI), Town of, Rhode Island
2954. Johnston (RI), Town of, Rhode Island
2955. Middletown (RI), Town of, Rhode Island
2956. Narragansett (RI), Town of, Rhode Island
2957. Newport (RI), City of, Rhode Island
2958. North Kingstown (RI), Town of, Rhode Island
2959. North Providence (RI), Town of, Rhode Island
2960. Pawtucket (RI), City of, Rhode Island
2961. Portsmouth (RI), Town of, Rhode Island
2962. Providence (RI), City of, Rhode Island
2963. Richmond (RI), Town of, Rhode Island
2964. Scituate (RI), Town of, Rhode Island
2965. Smithfield (RI), Town of, Rhode Island
2966. South Kingstown (RI), Town of, Rhode Island
2967. Warren (RI), Town of, Rhode Island
2968. Warwick (RI), City of, Rhode Island
2969. West Greenwich (RI), Town of, Rhode Island
2970. West Warwick (RI), Town of, Rhode Island
2971. Westerly (RI), Town of, Rhode Island
2972. Woonsocket (RI), City of, Rhode Island
2973. Abbeville (SC), County of, South Carolina

FINAL AGREEMENT 3.25.22

2974. Aiken (SC), County of, South Carolina
2975. Allendale (SC), County of, South Carolina
2976. Anderson, (SC), County of, South Carolina
2977. Bamberg (SC), County of, South Carolina
2978. Barnwell (SC), County of, South Carolina
2979. Beaufort (SC), County of, South Carolina
2980. Berkeley (SC), County of, South Carolina
2981. Calhoun (SC), County of, South Carolina
2982. Charleston (SC), City of, South Carolina
2983. Charleston (SC), County of, South Carolina
2984. Cherokee (SC), County of, South Carolina
2985. Chester (SC), City of, South Carolina
2986. Chester (SC), County of, South Carolina
2987. Chesterfield (SC), County of, South Carolina
2988. Clarendon (SC), County of, South Carolina
2989. Colleton (SC), County of, South Carolina
2990. Columbia (SC), City of, South Carolina
2991. Dillon (SC), County of, South Carolina
2992. Dorchester (SC), County of, South Carolina
2993. Edgefield (SC), County, South Carolina
2994. Fairfield (SC) County of, South Carolina
2995. Florence (SC), County of, South Carolina
2996. Georgetown (SC), City of, South Carolina
2997. Georgetown (SC), County of, South Carolina
2998. Greenville (SC), County of, South Carolina
2999. Greenwood (SC), County of, South Carolina
3000. Hampton (SC), County of, South Carolina
3001. Horry (SC), County of, South Carolina
3002. Jasper (SC), County of, South Carolina
3003. Kershaw (SC) County Hospital Board, South Carolina
3004. Kershaw (SC), County of, South Carolina
3005. Lancaster (SC), County of, South Carolina
3006. Laurens (SC), County of, South Carolina
3007. Lee (SC), County of, South Carolina
3008. Lexington County (SC), South Carolina
3009. Marion (SC), County of, South Carolina
3010. Marlboro (SC), County of, South Carolina
3011. McCormick (SC), County of, South Carolina
3012. Mt. Pleasant (SC), Town of, South Carolina
3013. Myrtle Beach (SC), City of, South Carolina
3014. Newberry (SC), County of, South Carolina
3015. North Charleston (SC), City of, South Carolina
3016. Oconee (SC), County of, South Carolina
3017. Orangeburg (SC), City of, South Carolina
3018. Orangeburg (SC), County of, South Carolina
3019. Pickens (SC) County of, South Carolina
3020. Richland (SC), County of, South Carolina
3021. Saluda (SC), County of, South Carolina
3022. Spartanburg (SC), County of, South Carolina
3023. Summerville (SC), Town of, South Carolina
3024. Sumter (SC), County of, South Carolina
3025. Union (SC), County of, South Carolina
3026. Williamsburg (SC) County of, South Carolina
3027. York (SC), County of, South Carolina
3028. Pennington (SD), County of, South Dakota
3029. Alexandria (TN), Town of, Tennessee
3030. Algood (TN), City of, Tennessee
3031. Ardmore (TN), City of, Tennessee
3032. Arlington (TN), Town of, Tennessee
3033. Auburntown (TN), Town of, Tennessee
3034. Baxter (TN), Town of, Tennessee
3035. Bedford (TN), County of, Tennessee
3036. Bell Buckle (TN), Town of, Tennessee
3037. Blount (TN), County of, Tennessee
3038. Byrdstown (TN), Town of, Tennessee
3039. Campbell (TN), County of, Tennessee
3040. Cannon (TN), County of, Tennessee
3041. Celina (TN), City of, Tennessee
3042. Centertown (TN), Town of, Tennessee
3043. Chapel Hill (TN), Town of, Tennessee
3044. Claiborne (TN), County of, Tennessee
3045. Clarksville (TN), City of, Tennessee
3046. Clay (TN), County of, Tennessee
3047. Clifton (TN), City of, Tennessee
3048. Collinwood (TN), City of, Tennessee
3049. Columbia (TN), City of, Tennessee
3050. Cookeville (TN), City of, Tennessee
3051. Cornersville (TN), Town of, Tennessee
3052. Crab Orchard (TN), City of, Tennessee
3053. Crockett (TN), County of, Tennessee
3054. Crossville (TN), City of, Tennessee
3055. Cumberland (TN), County of, Tennessee
3056. Dandridge (TN), Town of, Tennessee
3057. Decatur (TN), County of, Tennessee
3058. Decatur (TN), Town of, Tennessee
3059. Dekalb (TN), County of, Tennessee
3060. Dowelltown (TN), Town of, Tennessee
3061. Doyle (TN), Town of, Tennessee
3062. Eagleville (TN), City of, Tennessee
3063. Elkton (TN), City of, Tennessee
3064. Ethridge (TN), Town of, Tennessee
3065. Fayetteville (TN), City of, Tennessee
3066. Fentress (TN), County of, Tennessee

C-35

FINAL AGREEMENT 3.25.22

3067. Gatlinburg (TN) City of, Tennessee
3068. Germantown (TN), City of, Tennessee
3069. Giles (TN), County of, Tennessee
3070. Greene (TN), County of, Tennessee
3071. Hamilton (TN), County of, Tennessee
3072. Hancock (TN), County of, Tennessee
3073. Hawkins (TN), County of, Tennessee
3074. Haywood (TN), County of, Tennessee
3075. Henderson (TN), County of, Tennessee
3076. Jefferson (TN), County of, Tennessee
3077. Johnson (TN), County of, Tennessee
3078. La Vergne (TN), City of, Tennessee
3079. Lauderdale (TN), County of, Tennessee
3080. Lawrence (TN), County of, Tennessee
3081. Lawrenceburg (TN), City of, Tennessee
3082. Lewisburg (TN), City of, Tennessee
3083. Lexington (TN), City of, Tennessee
3084. Liberty (TN), Town of, Tennessee
3085. Lincoln (TN), County of, Tennessee
3086. Livingston (TN), Town of, Tennessee
3087. Loretto (TN), City of, Tennessee
3088. Lynchburg, Moore County Metropolitan Government (TN), Tennessee
3089. Lynnville (TN), Town of, Tennessee
3090. Madison (TN), County of, Tennessee
3091. Marshall (TN), County of, Tennessee
3092. Maryville (TN), City of, Tennessee
3093. McMinnville (TN), City of, Tennessee
3094. Memphis (TN), City of, Tennessee
3095. Millington (TN), City of, Tennessee
3096. Minor Hill (TN), City of, Tennessee
3097. Monterey (TN), Town of, Tennessee
3098. Montgomery (TN), County of, Tennessee
3099. Morgan (TN), County of, Tennessee
3100. Morrison (TN), Town of, Tennessee
3101. Mount Pleasant (TN), City of, Tennessee
3102. Murfreesboro (TN), City of, Tennessee
3103. Nashville and Davidson County (TN), Government of, Tennessee
3104. Normandy (TN), Town of, Tennessee
3105. Obion (TN), County of, Tennessee
3106. Overton (TN), County of, Tennessee
3107. Petersburg (TN), Town of, Tennessee
3108. Pickett (TN), County of, Tennessee
3109. Pigeon Forge (TN), City of, Tennessee
3110. Pleasant Hill (TN), Town of, Tennessee
3111. Pulaski (TN), City of, Tennessee
3112. Putnam (TN), County of, Tennessee
3113. Ripley (TN), City of, Tennessee
3114. Rutherford (TN), County of, Tennessee
3115. Scott (TN), County, Tennessee
3116. Shelby (TN), County of (Board of Commissioners), Tennessee

3117. Shelbyville (TN), City of, Tennessee
3118. Smith (TN), County of, Tennessee
3119. Smithville (TN), City of, Tennessee
3120. Smyrna (TN), Town of, Tennessee
3121. Sparta (TN), City of, Tennessee
3122. Spencer (TN), Town of, Tennessee
3123. Spring Hill (TN), City of, Tennessee
3124. St. Joseph (TN), City of, Tennessee
3125. Sumner (TN), County of, Tennessee
3126. Van Buren (TN), County of, Tennessee
3127. Viola (TN), Town of, Tennessee
3128. Warren (TN), County of, Tennessee
3129. Wartrace (TN), Town of, Tennessee
3130. Washington (TN), County of, Tennessee
3131. Wayne (TN), County of, Tennessee
3132. Waynesboro (TN), City of, Tennessee
3133. White (TN), County of, Tennessee
3134. Williamson (TN), County of, Tennessee
3135. Woodbury (TN), Town of, Tennessee
3136. Angelina (TX), County of, Texas
3137. Bailey (TX), County of, Texas
3138. Bastrop (TX), County of, Texas
3139. Bexar (TX), County of, Texas
3140. Bexar County Hospital District d/b/a University Health System (TX), Texas
3141. Bowie (TX), County of, Texas
3142. Brazos (TX), County of, Texas
3143. Brooks (TX), County of, Texas
3144. Burleson (TX), County of, Texas
3145. Burleson County Hospital District (TX), Texas
3146. Burnet (TX), County of, Texas
3147. Caldwell (TX), County of, Texas
3148. Calhoun (TX), County of, Texas
3149. Cameron (TX), County of, Texas
3150. Camp (TX), County of, Texas
3151. Cass (TX), County of, Texas
3152. Castro (TX), County of, Texas
3153. Cherokee (TX), County of, Texas
3154. Childress (TX), County of, Texas
3155. Clay (TX), County of, Texas
3156. Colorado (TX), County of, Texas
3157. Cooke (TX), County of, Texas
3158. Coryell (TX), County of, Texas
3159. Dallas (TX), County of, Texas
3160. Dallas County Hospital District d/b/a Parkland Health & Hospital System (TX), Texas
3161. Delta (TX), County of, Texas
3162. Dimmit (TX), County of, Texas
3163. Duval (TX), County of, Texas
3164. Eagle Pass (TX), City of, Texas
3165. Ector (TX), County of, Texas

3166. El Paso (TX), County of, Texas
3167. Ellis (TX), County of, Texas
3168. Falls (TX), County of, Texas
3169. Fannin (TX), County of, Texas
3170. Fort Bend (TX), County of, Texas
3171. Franklin (TX), County of, Texas
3172. Freestone (TX), County of, Texas
3173. Galveston (TX), County of, Texas
3174. Grayson (TX), County of, Texas
3175. Guadalupe (TX), County of, Texas
3176. Guadalupe Valley Hospital a/k/a Guadalupe Regional Medical Center (TX), Texas
3177. Harris (TX), County of, Texas
3178. Harris County Hospital District d/b/a Harris Health System (TX), Texas
3179. Harrison (TX), County of, Texas
3180. Haskell (TX), County of, Texas
3181. Hays (TX), County of, Texas
3182. Henderson (TX), County of, Texas
3183. Hidalgo (TX), County of, Texas
3184. Hopkins (TX), County of, Texas
3185. Houston (TX), City of, Texas
3186. Houston (TX), County of, Texas
3187. Irving Independent School District (TX), Texas
3188. Jasper (TX), County of, Texas
3189. Jefferson (TX), County of, Texas
3190. Jim Hogg (TX), County of, Texas
3191. Jim Wells (TX), County of, Texas
3192. Johnson (TX), County of, Texas
3193. Jones (TX), County of, Texas
3194. Kaufman (TX), County of, Texas
3195. Kendall (TX), County of, Texas
3196. Kerr (TX), County of, Texas
3197. Kinney (TX), County of, Texas
3198. Kleberg (TX), County of, Texas
3199. La Salle (TX), County of, Texas
3200. Lamar (TX), County of, Texas
3201. Laredo (TX), City of, Texas
3202. Leon (TX), County of, Texas
3203. Leon Valley (TX), City of, Texas
3204. Liberty (TX), County of, Texas
3205. Limestone (TX), County of, Texas
3206. Lubbock (TX), County of, Texas
3207. Madison (TX), County of, Texas
3208. Marion (TX), County of, Texas
3209. Maverick (TX), County of, Texas
3210. McLennan (TX), County of, Texas
3211. McMullen (TX), County of, Texas
3212. Milam (TX), County of, Texas
3213. Mitchell (TX), County of, Texas
3214. Montgomery (TX), County of, Texas

3215. Morris (TX), County of, Texas
3216. Nacogdoches (TX), County of, Texas
3217. Newton (TX), County of, Texas
3218. Nolan (TX), County of, Texas
3219. Nueces (TX), County of, Texas
3220. Nueces County Hospital District (TX), Texas
3221. Ochiltree County Hospital District (TX), Texas
3222. Orange (TX), County of, Texas
3223. Palo Pinto County Hospital District a/k/a Palo Pinto General Hospital (TX), Texas
3224. Panola (TX), County of, Texas
3225. Polk (TX), County of, Texas
3226. Potter (TX), County of, Texas
3227. Red River (TX), County of, Texas
3228. Roberts (TX), County of, Texas
3229. Robertson (TX), County of, Texas
3230. Rockwall (TX), County of, Texas
3231. Rusk (TX), County of, Texas
3232. San Antonio (TX), City of, Texas
3233. San Patricio (TX), County of, Texas
3234. San Saba (TX), County of, Texas
3235. Shackelford (TX), County of, Texas
3236. Shelby (TX), County of, Texas
3237. Smith (TX), County of, Texas
3238. Socorro Independent School District (TX), Texas
3239. Stephens (TX), County of, Texas
3240. Tarrant (TX), County of, Texas
3241. Tarrant County Hospital District (TX) d/b/a JPS Health Network, Texas
3242. Terrell (TX), County of, Texas
3243. Texarkana Independent School District (TX), Texas
3244. Throckmorton (TX), County of, Texas
3245. Titus (TX), County of, Texas
3246. Travis (TX), County of, Texas
3247. Trinity (TX), County of, Texas
3248. Upshur (TX), County of, Texas
3249. Uvalde (TX), County of, Texas
3250. Van Zandt (TX), County of, Texas
3251. Walker (TX), County of, Texas
3252. Waller (TX), County of, Texas
3253. Webb (TX), County of, Texas
3254. West Wharton County (TX) Hospital District, Texas
3255. Wichita (TX), County of, Texas
3256. Williamson (TX), County of, Texas
3257. Wilson (TX), County of, Texas
3258. Wilson County Memorial Hospital District (TX), Texas
3259. Wood (TX), County of, Texas

FINAL AGREEMENT 3.25.22

3260. Zavala (TX), County of, Texas
3261. Beaver (UT), County of, Utah
3262. Cache (UT), County of, Utah
3263. Carbon (UT), County of, Utah
3264. Daggett (UT), County of, Utah
3265. Davis (UT), County of, Utah
3266. Duchesne (UT), County of, Utah
3267. Emery (UT), County of, Utah
3268. Garfield (UT), County of, Utah
3269. Grand (UT), County of, Utah
3270. Iron (UT), County of, Utah
3271. Juab (UT), County of, Utah
3272. Kane (UT), County of, Utah
3273. Millard (UT), County of, Utah
3274. Piute (UT), County of, Utah
3275. Rich (UT), County of, Utah
3276. Salt Lake (UT), County of, Utah
3277. San Juan (UT), County of, Utah
3278. Sanpete (UT), County of, Utah
3279. Sevier (UT), County of, Utah
3280. Summit (UT), County of, Utah
3281. Tooele (UT), County of, Utah
3282. Tri-County Health Department (UT), Utah
3283. Uintah (UT), County of, Utah
3284. Utah (UT), County of, Utah
3285. Wasatch (UT), County of, Utah
3286. Washington (UT), County of, Utah
3287. Wayne (UT), County of, Utah
3288. Weber (UT), County of, Utah
3289. Bennington (VT), Town of, Vermont
3290. Brattleboro (VT), Town of, Vermont
3291. Sharon (VT), Town of, Vermont
3292. St. Albans (VT), City of, Vermont
3293. Accomack (VA), County of, Virginia
3294. Alexandria (VA), City of, Virginia
3295. Alleghany (VA), County of, Virginia
3296. Amherst (VA), County of, Virginia
3297. Arlington (VA), County of (County Board), Virginia
3298. Bland (VA), County of, Virginia
3299. Botetourt (VA), County of, Virginia
3300. Bristol (VA), City of, Virginia
3301. Buchanan (VA), County of, Virginia
3302. Buena Vista (VA), City of, Virginia
3303. Carroll (VA), County of, Virginia
3304. Charlotte (VA), County of, Virginia
3305. Chesapeake (VA), City of, Virginia
3306. Chesterfield (VA), County of, Virginia
3307. Covington (VA), City of, Virginia
3308. Culpeper (VA), County of, Virginia
3309. Cumberland (VA), County of, Virginia
3310. Danville (VA), City of, Virginia
3311. Dickenson (VA), County of, Virginia

3312. Dinwiddie (VA), County of, Virginia
3313. Emporia (VA), City of, Virginia
3314. Fairfax (VA), City of, Virginia
3315. Fairfax (VA), County of (Board of Supervisors), Virginia
3316. Fauquier (VA), County of, Virginia
3317. Floyd (VA), County of, Virginia
3318. Franklin (VA), County of, Virginia
3319. Frederick (VA), County of, Virginia
3320. Fredericksburg (VA), City of, Virginia
3321. Galax (VA), City of, Virginia
3322. Giles (VA), County of, Virginia
3323. Goochland (VA), County of, Virginia
3324. Grayson (VA), County of, Virginia
3325. Greensville (VA), County of, Virginia
3326. Halifax (VA), County of, Virginia
3327. Henrico (VA), County of, Virginia
3328. Henry (VA), County of, Virginia
3329. Hopewell (VA), City of, Virginia
3330. Isle of Wight (VA), County of, Virginia
3331. King and Queen (VA), County of, Virginia
3332. Lee (VA), County of, Virginia
3333. Lexington (VA), City of, Virginia
3334. Loudoun (VA), County of, Virginia
3335. Louisa (VA), County of, Virginia
3336. Madison (VA), County of, Virginia
3337. Martinsville (VA), City of, Virginia
3338. Mecklenburg (VA), County of, Virginia
3339. Montgomery (VA), County of, Virginia
3340. Norfolk (VA), City of, Virginia
3341. Northampton (VA), County of, Virginia
3342. Northumberland (VA), County of, Virginia
3343. Norton (VA), City of, Virginia
3344. Page (VA), County of, Virginia
3345. Patrick (VA), County of, Virginia
3346. Pittsylvania (VA), County of, Virginia
3347. Portsmouth (VA), City of, Virginia
3348. Prince George (VA), County of, Virginia
3349. Prince William (VA), County of (Board of Supervisors), Virginia
3350. Pulaski (VA), County of, Virginia
3351. Radford (VA), City of, Virginia
3352. Richlands (VA), Town of, Virginia
3353. Richmond (VA), City of, Virginia
3354. Richmond (VA), County of, Virginia
3355. Roanoke (VA), City of, Virginia
3356. Roanoke (VA), County of, Virginia
3357. Rockbridge (VA), County of, Virginia
3358. Russell (VA), County of, Virginia
3359. Salem (VA), City of, Virginia
3360. Scott (VA), County of (Board of Supervisors), Virginia
3361. Shenandoah (VA), County of, Virginia

C-38

3362. Smyth (VA), County of, Virginia
3363. Stafford (VA), County of, Virginia
3364. Tazewell (VA), County of, Virginia
3365. Virginia Beach (VA), City of, Virginia
3366. Virginia Beach (VA), City of (Sheriff), Virginia
3367. Warren (VA), County of, Virginia
3368. Washington (VA), County of, Virginia
3369. Waynesboro (VA), City of, Virginia
3370. Westmoreland (VA), County of, Virginia
3371. Winchester (VA), City of, Virginia
3372. Wise (VA), County of (Board of Supervisors), Virginia
3373. Wythe (VA), County of, Virginia
3374. Adams (WI), County of, Wisconsin
3375. Ashland (WI), County of, Wisconsin
3376. Barron (WI), County of, Wisconsin
3377. Bayfield (WI), County of, Wisconsin
3378. Brown (WI), County of, Wisconsin
3379. Buffalo (WI), County of, Wisconsin
3380. Burnett (WI), County of, Wisconsin
3381. Calumet (WI), County of, Wisconsin
3382. Chippewa (WI), County of, Wisconsin
3383. Clark (WI), County of, Wisconsin
3384. Columbia (WI), County of, Wisconsin
3385. Crawford (WI), County of, Wisconsin
3386. Cudahy (WI), City of, Wisconsin
3387. Dane (WI), County of, Wisconsin
3388. Dodge (WI), County of, Wisconsin
3389. Door (WI), County of, Wisconsin
3390. Douglas (WI), County of, Wisconsin
3391. Dunn (WI), County of, Wisconsin
3392. Eau Claire (WI), County of, Wisconsin
3393. Florence (WI), County of, Wisconsin
3394. Fond du Lac (WI), County of, Wisconsin
3395. Forest (WI), County of, Wisconsin
3396. Franklin (WI), City of, Wisconsin
3397. Grant (WI), County of, Wisconsin
3398. Green (WI), County of, Wisconsin
3399. Green Lake (WI), County of, Wisconsin
3400. Greenfield (WI), City of, Wisconsin
3401. Iowa (WI), County of, Wisconsin
3402. Iron (WI), County of, Wisconsin
3403. Jackson (WI), County of, Wisconsin
3404. Janesville (WI), City of, Wisconsin
3405. Jefferson (WI), County of, Wisconsin
3406. Juneau (WI), County of, Wisconsin
3407. Kenosha (WI), City of, Wisconsin
3408. Kenosha (WI), County of, Wisconsin
3409. Kewaunee (WI), County of, Wisconsin
3410. La Crosse (WI), County of, Wisconsin
3411. Lafayette (WI), County of, Wisconsin
3412. Langlade (WI), County of, Wisconsin

3413. Lincoln (WI), County of, Wisconsin
3414. Manitowoc (WI), County of, Wisconsin
3415. Marathon (WI), County of, Wisconsin
3416. Marinette (WI), City of, Wisconsin
3417. Marinette (WI), County of, Wisconsin
3418. Marquette (WI), County of, Wisconsin
3419. Menominee (WI), County of, Wisconsin
3420. Milwaukee (WI), City of, Wisconsin
3421. Milwaukee (WI), County of, Wisconsin
3422. Monroe (WI), County of, Wisconsin
3423. Mount Pleasant (WI), Village of, Wisconsin
3424. Oak Creek (WI), City of, Wisconsin
3425. Oconto (WI), County of, Wisconsin
3426. Oneida (WI), County of, Wisconsin
3427. Outagamie (WI), County of, Wisconsin
3428. Ozaukee (WI), County of, Wisconsin
3429. Pepin (WI), County of, Wisconsin
3430. Pierce (WI), County of, Wisconsin
3431. Pleasant Prairie (WI), Village of, Wisconsin
3432. Portage (WI), County of, Wisconsin
3433. Price (WI), County of, Wisconsin
3434. Racine (WI), County of, Wisconsin
3435. Richland (WI), County of, Wisconsin
3436. Rock (WI), County of, Wisconsin
3437. Rusk (WI), County of, Wisconsin
3438. Sauk (WI), County of, Wisconsin
3439. Sawyer (WI), County of, Wisconsin
3440. Shawano (WI), County of, Wisconsin
3441. Sheboygan (WI), County of, Wisconsin
3442. South Milwaukee (WI), City of, Wisconsin
3443. St. Croix (WI), County of, Wisconsin
3444. Sturtevant (WI), Village of, Wisconsin
3445. Superior (WI), City of, Wisconsin
3446. Taylor (WI), County of, Wisconsin
3447. Trempealeau (WI), County of, Wisconsin
3448. Union Grove (WI), Village of, Wisconsin
3449. Vernon (WI), County of, Wisconsin
3450. Vilas (WI), County of, Wisconsin
3451. Walworth (WI), County of, Wisconsin
3452. Washburn (WI), County of, Wisconsin
3453. Washington (WI), County of, Wisconsin
3454. Waukesha (WI), County of, Wisconsin
3455. Waupaca (WI), County of, Wisconsin
3456. Waushara (WI), County of, Wisconsin
3457. Wauwatosa (WI), City of, Wisconsin
3458. West Allis (WI), City of, Wisconsin
3459. Winnebago (WI), County of, Wisconsin
3460. Wood (WI), County of, Wisconsin
3461. Yorkville (WI), Village of, Wisconsin
3462. Carbon (WY), County of, Wyoming
3463. Casper (WY), City of, Wyoming

FINAL AGREEMENT 3.25.22

3464.  Cheyenne (WY), City of, Wyoming
3465.  Green River (WY), City of, Wyoming
3466.  Riverton (WY), City of, Wyoming
3467.  Rock Springs (WY), City of, Wyoming
3468.  Sweetwater (WY), County of, Wyoming

FINAL AGREEMENT 3.25.22

## EXHIBIT D

## Later Litigating Subdivision Suspension and Offset Determinations

| Participation Tier | Per Capita Amount[13] | Suspension Percentage | Offset Cap | Suspension Deadline and Ending Point |
|---|---|---|---|---|
| 1 | $2,500 | 66% | 66% | Earlier of (1) 6 months after denial of a motion to dismiss, (2) 12 months from filing, or (3) 6 months before final pre-trial conference, and until final judgment affirmed on appeal, including dismissal. |
| 2 | $2,000 | 33.33% | 34% | Earlier of (1) 6 months after denial of a motion to dismiss, (2) 12 months from filing, or (3) 6 months before final pre-trial conference, and until final judgment affirmed on appeal, including dismissal. |
| 3 | $1,500 | 27.5% | 30% | Earlier of (1) 9 months after denial of a motion to dismiss, (2) 12 months from filing, or (3) 6 months before final pre-trial conference, and until final judgment affirmed on appeal, including dismissal. |
| 4 | $1,000 | 20% | 25% | Earlier of (1) 9 months after denial of a motion to dismiss, (2) 12 months from filing, or (3) 6 months before final pre-trial conference, and until final judgment affirmed on appeal, including dismissal. |

---

[13] Population will be measured at the level of the Later Litigating Subdivision as described in Section XIV.A, Section XIV.B, and Section XIV.C.

FINAL AGREEMENT 3.25.22

**EXHIBIT E**

**List of Opioid Remediation Uses**

**Schedule A**
**Core Strategies**

States and Qualifying Block Grantees shall choose from among the abatement strategies listed in Schedule B.  However, priority shall be given to the following core abatement strategies ("*Core Strategies*").[14]

A.   **NALOXONE OR OTHER FDA-APPROVED DRUG TO REVERSE OPIOID OVERDOSES**

1.   Expand training for first responders, schools, community support groups and families; and

2.   Increase distribution to individuals who are uninsured or whose insurance does not cover the needed service.

B.   **MEDICATION-ASSISTED TREATMENT ("*MAT*") DISTRIBUTION AND OTHER OPIOID-RELATED TREATMENT**

1.   Increase distribution of MAT to individuals who are uninsured or whose insurance does not cover the needed service;

2.   Provide education to school-based and youth-focused programs that discourage or prevent misuse;

3.   Provide MAT education and awareness training to healthcare providers, EMTs, law enforcement, and other first responders; and

4.   Provide treatment and recovery support services such as residential and inpatient treatment, intensive outpatient treatment, outpatient therapy or counseling, and recovery housing that allow or integrate medication and with other support services.

---

[14] As used in this Schedule A, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

FINAL AGREEMENT 3.25.22

C.   **PREGNANT & POSTPARTUM WOMEN**

1.   Expand Screening, Brief Intervention, and Referral to Treatment ("*SBIRT*") services to non-Medicaid eligible or uninsured pregnant women;

2.   Expand comprehensive evidence-based treatment and recovery services, including MAT, for women with co-occurring Opioid Use Disorder ("*OUD*") and other Substance Use Disorder ("*SUD*")/Mental Health disorders for uninsured individuals for up to 12 months postpartum; and

3.   Provide comprehensive wrap-around services to individuals with OUD, including housing, transportation, job placement/training, and childcare.

D.   **EXPANDING TREATMENT FOR NEONATAL ABSTINENCE SYNDROME ("*NAS*")**

1.   Expand comprehensive evidence-based and recovery support for NAS babies;

2.   Expand services for better continuum of care with infant-need dyad; and

3.   Expand long-term treatment and services for medical monitoring of NAS babies and their families.

E.   **EXPANSION OF WARM HAND-OFF PROGRAMS AND RECOVERY SERVICES**

1.   Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments;

2.   Expand warm hand-off services to transition to recovery services;

3.   Broaden scope of recovery services to include co-occurring SUD or mental health conditions;

4.   Provide comprehensive wrap-around services to individuals in recovery, including housing, transportation, job placement/training, and childcare; and

5.   Hire additional social workers or other behavioral health workers to facilitate expansions above.

F.  **TREATMENT FOR INCARCERATED POPULATION**

1.  Provide evidence-based treatment and recovery support, including MAT for persons with OUD and co-occurring SUD/MH disorders within and transitioning out of the criminal justice system; and

2.  Increase funding for jails to provide treatment to inmates with OUD.

G.  **PREVENTION PROGRAMS**

1.  Funding for media campaigns to prevent opioid use (similar to the FDA's "Real Cost" campaign to prevent youth from misusing tobacco);

2.  Funding for evidence-based prevention programs in schools;

3.  Funding for medical provider education and outreach regarding best prescribing practices for opioids consistent with the 2016 CDC guidelines, including providers at hospitals (academic detailing);

4.  Funding for community drug disposal programs; and

5.  Funding and training for first responders to participate in pre-arrest diversion programs, post-overdose response teams, or similar strategies that connect at-risk individuals to behavioral health services and supports.

H.  **EXPANDING SYRINGE SERVICE PROGRAMS**

1.  Provide comprehensive syringe services programs with more wrap-around services, including linkage to OUD treatment, access to sterile syringes and linkage to care and treatment of infectious diseases.

I.  **EVIDENCE-BASED DATA COLLECTION AND RESEARCH ANALYZING THE EFFECTIVENESS OF THE ABATEMENT STRATEGIES WITHIN THE STATE**

**Schedule B**
**Approved Uses**

Support treatment of Opioid Use Disorder (OUD) and any co-occurring Substance Use Disorder or Mental Health (SUD/MH) conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

| PART ONE:  TREATMENT |
|---|

**A.**     **TREAT OPIOID USE DISORDER (OUD)**

Support treatment of Opioid Use Disorder ("*OUD*") and any co-occurring Substance Use Disorder or Mental Health ("*SUD/MH*") conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:[15]

1.     Expand availability of treatment for OUD and any co-occurring SUD/MH conditions, including all forms of Medication-Assisted Treatment ("*MAT*") approved by the U.S. Food and Drug Administration.

2.     Support and reimburse evidence-based services that adhere to the American Society of Addiction Medicine ("*ASAM*") continuum of care for OUD and any co-occurring SUD/MH conditions.

3.     Expand telehealth to increase access to treatment for OUD and any co-occurring SUD/MH conditions, including MAT, as well as counseling, psychiatric support, and other treatment and recovery support services.

4.     Improve oversight of Opioid Treatment Programs ("*OTPs*") to assure evidence-based or evidence-informed practices such as adequate methadone dosing and low threshold approaches to treatment.

5.     Support mobile intervention, treatment, and recovery services, offered by qualified professionals and service providers, such as peer recovery coaches, for persons with OUD and any co-occurring SUD/MH conditions and for persons who have experienced an opioid overdose.

6.     Provide treatment of trauma for individuals with OUD (*e.g.*, violence, sexual assault, human trafficking, or adverse childhood experiences) and family members (*e.g.*, surviving family members after an overdose or overdose fatality), and training of health care personnel to identify and address such trauma.

7.     Support evidence-based withdrawal management services for people with OUD and any co-occurring mental health conditions.

---

[15] As used in this Schedule B, words like "expand," "fund," "provide" or the like shall not indicate a preference for new or existing programs.

8.     Provide training on MAT for health care providers, first responders, students, or other supporting professionals, such as peer recovery coaches or recovery outreach specialists, including telementoring to assist community-based providers in rural or underserved areas.

9.     Support workforce development for addiction professionals who work with persons with OUD and any co-occurring SUD/MH conditions.

10.     Offer fellowships for addiction medicine specialists for direct patient care, instructors, and clinical research for treatments.

11.     Offer scholarships and supports for behavioral health practitioners or workers involved in addressing OUD and any co-occurring SUD/MH or mental health conditions, including, but not limited to, training, scholarships, fellowships, loan repayment programs, or other incentives for providers to work in rural or underserved areas.

12.     Provide funding and training for clinicians to obtain a waiver under the federal Drug Addiction Treatment Act of 2000 ("*DATA 2000*") to prescribe MAT for OUD, and provide technical assistance and professional support to clinicians who have obtained a DATA 2000 waiver.

13.     Disseminate of web-based training curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service–Opioids web-based training curriculum and motivational interviewing.

14.     Develop and disseminate new curricula, such as the American Academy of Addiction Psychiatry's Provider Clinical Support Service for Medication–Assisted Treatment.

B.     **SUPPORT PEOPLE IN TREATMENT AND RECOVERY**

Support people in recovery from OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the programs or strategies that:

1.     Provide comprehensive wrap-around services to individuals with OUD and any co-occurring SUD/MH conditions, including housing, transportation, education, job placement, job training, or childcare.

2.     Provide the full continuum of care of treatment and recovery services for OUD and any co-occurring SUD/MH conditions, including supportive housing, peer support services and counseling, community navigators, case management, and connections to community-based services.

3.     Provide counseling, peer-support, recovery case management and residential treatment with access to medications for those who need it to persons with OUD and any co-occurring SUD/MH conditions.

4.     Provide access to housing for people with OUD and any co-occurring SUD/MH conditions, including supportive housing, recovery housing, housing assistance programs, training for housing providers, or recovery housing programs that allow or integrate FDA-approved mediation with other support services.

5.     Provide community support services, including social and legal services, to assist in deinstitutionalizing persons with OUD and any co-occurring SUD/MH conditions.

6.     Support or expand peer-recovery centers, which may include support groups, social events, computer access, or other services for persons with OUD and any co-occurring SUD/MH conditions.

7.     Provide or support transportation to treatment or recovery programs or services for persons with OUD and any co-occurring SUD/MH conditions.

8.     Provide employment training or educational services for persons in treatment for or recovery from OUD and any co-occurring SUD/MH conditions.

9.     Identify successful recovery programs such as physician, pilot, and college recovery programs, and provide support and technical assistance to increase the number and capacity of high-quality programs to help those in recovery.

10.    Engage non-profits, faith-based communities, and community coalitions to support people in treatment and recovery and to support family members in their efforts to support the person with OUD in the family.

11.    Provide training and development of procedures for government staff to appropriately interact and provide social and other services to individuals with or in recovery from OUD, including reducing stigma.

12.    Support stigma reduction efforts regarding treatment and support for persons with OUD, including reducing the stigma on effective treatment.

13.    Create or support culturally appropriate services and programs for persons with OUD and any co-occurring SUD/MH conditions, including new Americans.

14.    Create and/or support recovery high schools.

15.    Hire or train behavioral health workers to provide or expand any of the services or supports listed above.

C.    **CONNECT PEOPLE WHO NEED HELP TO THE HELP THEY NEED (CONNECTIONS TO CARE)**

Provide connections to care for people who have—or are at risk of developing—OUD and any co-occurring SUD/MH conditions through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1.      Ensure that health care providers are screening for OUD and other risk factors and know how to appropriately counsel and treat (or refer if necessary) a patient for OUD treatment.

2.      Fund SBIRT programs to reduce the transition from use to disorders, including SBIRT services to pregnant women who are uninsured or not eligible for Medicaid.

3.      Provide training and long-term implementation of SBIRT in key systems (health, schools, colleges, criminal justice, and probation), with a focus on youth and young adults when transition from misuse to opioid disorder is common.

4.      Purchase automated versions of SBIRT and support ongoing costs of the technology.

5.      Expand services such as navigators and on-call teams to begin MAT in hospital emergency departments.

6.      Provide training for emergency room personnel treating opioid overdose patients on post-discharge planning, including community referrals for MAT, recovery case management or support services.

7.      Support hospital programs that transition persons with OUD and any co-occurring SUD/MH conditions, or persons who have experienced an opioid overdose, into clinically appropriate follow-up care through a bridge clinic or similar approach.

8.      Support crisis stabilization centers that serve as an alternative to hospital emergency departments for persons with OUD and any co-occurring SUD/MH conditions or persons that have experienced an opioid overdose.

9.      Support the work of Emergency Medical Systems, including peer support specialists, to connect individuals to treatment or other appropriate services following an opioid overdose or other opioid-related adverse event.

10.     Provide funding for peer support specialists or recovery coaches in emergency departments, detox facilities, recovery centers, recovery housing, or similar settings; offer services, supports, or connections to care to persons with OUD and any co-occurring SUD/MH conditions or to persons who have experienced an opioid overdose.

11.     Expand warm hand-off services to transition to recovery services.

12.     Create or support school-based contacts that parents can engage with to seek immediate treatment services for their child; and support prevention, intervention, treatment, and recovery programs focused on young people.

13.     Develop and support best practices on addressing OUD in the workplace.

14.     Support assistance programs for health care providers with OUD.

15.     Engage non-profits and the faith community as a system to support outreach for treatment.

16.     Support centralized call centers that provide information and connections to appropriate services and supports for persons with OUD and any co-occurring SUD/MH conditions.

**D.**     <u>**ADDRESS THE NEEDS OF CRIMINAL JUSTICE-INVOLVED PERSONS**</u>

Address the needs of persons with OUD and any co-occurring SUD/MH conditions who are involved in, are at risk of becoming involved in, or are transitioning out of the criminal justice system through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1.     Support pre-arrest or pre-arraignment diversion and deflection strategies for persons with OUD and any co-occurring SUD/MH conditions, including established strategies such as:

   1.     Self-referral strategies such as the Angel Programs or the Police Assisted Addiction Recovery Initiative ("*PAARI*");

   2.     Active outreach strategies such as the Drug Abuse Response Team ("*DART*") model;

   3.     "Naloxone Plus" strategies, which work to ensure that individuals who have received naloxone to reverse the effects of an overdose are then linked to treatment programs or other appropriate services;

   4.     Officer prevention strategies, such as the Law Enforcement Assisted Diversion ("*LEAD*") model;

   5.     Officer intervention strategies such as the Leon County, Florida Adult Civil Citation Network or the Chicago Westside Narcotics Diversion to Treatment Initiative; or

   6.     Co-responder and/or alternative responder models to address OUD-related 911 calls with greater SUD expertise.

2.     Support pre-trial services that connect individuals with OUD and any co-occurring SUD/MH conditions to evidence-informed treatment, including MAT, and related services.

3.     Support treatment and recovery courts that provide evidence-based options for persons with OUD and any co-occurring SUD/MH conditions.

4.  Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any co-occurring SUD/MH conditions who are incarcerated in jail or prison.

5.  Provide evidence-informed treatment, including MAT, recovery support, harm reduction, or other appropriate services to individuals with OUD and any co-occurring SUD/MH conditions who are leaving jail or prison or have recently left jail or prison, are on probation or parole, are under community corrections supervision, or are in re-entry programs or facilities.

6.  Support critical time interventions ("*CTI*"), particularly for individuals living with dual-diagnosis OUD/serious mental illness, and services for individuals who face immediate risks and service needs and risks upon release from correctional settings.

7.  Provide training on best practices for addressing the needs of criminal justice-involved persons with OUD and any co-occurring SUD/MH conditions to law enforcement, correctional, or judicial personnel or to providers of treatment, recovery, harm reduction, case management, or other services offered in connection with any of the strategies described in this section.

## E. ADDRESS THE NEEDS OF PREGNANT OR PARENTING WOMEN AND THEIR FAMILIES, INCLUDING BABIES WITH NEONATAL ABSTINENCE SYNDROME

Address the needs of pregnant or parenting women with OUD and any co-occurring SUD/MH conditions, and the needs of their families, including babies with neonatal abstinence syndrome ("*NAS*"), through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, those that:

1.  Support evidence-based or evidence-informed treatment, including MAT, recovery services and supports, and prevention services for pregnant women—or women who could become pregnant—who have OUD and any co-occurring SUD/MH conditions, and other measures to educate and provide support to families affected by Neonatal Abstinence Syndrome.

2.  Expand comprehensive evidence-based treatment and recovery services, including MAT, for uninsured women with OUD and any co-occurring SUD/MH conditions for up to 12 months postpartum.

3.  Provide training for obstetricians or other healthcare personnel who work with pregnant women and their families regarding treatment of OUD and any co-occurring SUD/MH conditions.

4.  Expand comprehensive evidence-based treatment and recovery support for NAS babies; expand services for better continuum of care with infant-need dyad; and expand long-term treatment and services for medical monitoring of NAS babies and their families.

5.     Provide training to health care providers who work with pregnant or parenting women on best practices for compliance with federal requirements that children born with NAS get referred to appropriate services and receive a plan of safe care.

6.     Provide child and family supports for parenting women with OUD and any co-occurring SUD/MH conditions.

7.     Provide enhanced family support and child care services for parents with OUD and any co-occurring SUD/MH conditions.

8.     Provide enhanced support for children and family members suffering trauma as a result of addiction in the family; and offer trauma-informed behavioral health treatment for adverse childhood events.

9.     Offer home-based wrap-around services to persons with OUD and any co-occurring SUD/MH conditions, including, but not limited to, parent skills training.

10.    Provide support for Children's Services—Fund additional positions and services, including supportive housing and other residential services, relating to children being removed from the home and/or placed in foster care due to custodial opioid use.

| PART TWO:  PREVENTION |
|---|

**F.     PREVENT OVER-PRESCRIBING AND ENSURE APPROPRIATE PRESCRIBING AND DISPENSING OF OPIOIDS**

Support efforts to prevent over-prescribing and ensure appropriate prescribing and dispensing of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1.     Funding medical provider education and outreach regarding best prescribing practices for opioids consistent with the Guidelines for Prescribing Opioids for Chronic Pain from the U.S. Centers for Disease Control and Prevention, including providers at hospitals (academic detailing).

2.     Training for health care providers regarding safe and responsible opioid prescribing, dosing, and tapering patients off opioids.

3.     Continuing Medical Education (CME) on appropriate prescribing of opioids.

4.     Providing Support for non-opioid pain treatment alternatives, including training providers to offer or refer to multi-modal, evidence-informed treatment of pain.

5.     Supporting enhancements or improvements to Prescription Drug Monitoring Programs ("*PDMPs*"), including, but not limited to, improvements that:

FINAL AGREEMENT 3.25.22

1.      Increase the number of prescribers using PDMPs;

2.      Improve point-of-care decision-making by increasing the quantity, quality, or format of data available to prescribers using PDMPs, by improving the interface that prescribers use to access PDMP data, or both; or

3.      Enable states to use PDMP data in support of surveillance or intervention strategies, including MAT referrals and follow-up for individuals identified within PDMP data as likely to experience OUD in a manner that complies with all relevant privacy and security laws and rules.

6.   Ensuring PDMPs incorporate available overdose/naloxone deployment data, including the United States Department of Transportation's Emergency Medical Technician overdose database in a manner that complies with all relevant privacy and security laws and rules.

7.   Increasing electronic prescribing to prevent diversion or forgery.

8.   Educating dispensers on appropriate opioid dispensing.

## G.      <u>PREVENT MISUSE OF OPIOIDS</u>

Support efforts to discourage or prevent misuse of opioids through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1.   Funding media campaigns to prevent opioid misuse.

2.   Corrective advertising or affirmative public education campaigns based on evidence.

3.   Public education relating to drug disposal.

4.   Drug take-back disposal or destruction programs.

5.   Funding community anti-drug coalitions that engage in drug prevention efforts.

6.   Supporting community coalitions in implementing evidence-informed prevention, such as reduced social access and physical access, stigma reduction—including staffing, educational campaigns, support for people in treatment or recovery, or training of coalitions in evidence-informed implementation, including the Strategic Prevention Framework developed by the U.S. Substance Abuse and Mental Health Services Administration ("*SAMHSA*").

7.   Engaging non-profits and faith-based communities as systems to support prevention.

8.     Funding evidence-based prevention programs in schools or evidence-informed school and community education programs and campaigns for students, families, school employees, school athletic programs, parent-teacher and student associations, and others.

9.     School-based or youth-focused programs or strategies that have demonstrated effectiveness in preventing drug misuse and seem likely to be effective in preventing the uptake and use of opioids.

10.   Create or support community-based education or intervention services for families, youth, and adolescents at risk for OUD and any co-occurring SUD/MH conditions.

11.   Support evidence-informed programs or curricula to address mental health needs of young people who may be at risk of misusing opioids or other drugs, including emotional modulation and resilience skills.

12.   Support greater access to mental health services and supports for young people, including services and supports provided by school nurses, behavioral health workers or other school staff, to address mental health needs in young people that (when not properly addressed) increase the risk of opioid or another drug misuse.

## H.     **PREVENT OVERDOSE DEATHS AND OTHER HARMS (HARM REDUCTION)**

Support efforts to prevent or reduce overdose deaths or other opioid-related harms through evidence-based or evidence-informed programs or strategies that may include, but are not limited to, the following:

1.     Increased availability and distribution of naloxone and other drugs that treat overdoses for first responders, overdose patients, individuals with OUD and their friends and family members, schools, community navigators and outreach workers, persons being released from jail or prison, or other members of the general public.

2.     Public health entities providing free naloxone to anyone in the community.

3.     Training and education regarding naloxone and other drugs that treat overdoses for first responders, overdose patients, patients taking opioids, families, schools, community support groups, and other members of the general public.

4.     Enabling school nurses and other school staff to respond to opioid overdoses, and provide them with naloxone, training, and support.

5.     Expanding, improving, or developing data tracking software and applications for overdoses/naloxone revivals.

6.     Public education relating to emergency responses to overdoses.

7.     Public education relating to immunity and Good Samaritan laws.

8.     Educating first responders regarding the existence and operation of immunity and Good Samaritan laws.

9.     Syringe service programs and other evidence-informed programs to reduce harms associated with intravenous drug use, including supplies, staffing, space, peer support services, referrals to treatment, fentanyl checking, connections to care, and the full range of harm reduction and treatment services provided by these programs.

10.    Expanding access to testing and treatment for infectious diseases such as HIV and Hepatitis C resulting from intravenous opioid use.

11.    Supporting mobile units that offer or provide referrals to harm reduction services, treatment, recovery supports, health care, or other appropriate services to persons that use opioids or persons with OUD and any co-occurring SUD/MH conditions.

12.    Providing training in harm reduction strategies to health care providers, students, peer recovery coaches, recovery outreach specialists, or other professionals that provide care to persons who use opioids or persons with OUD and any co-occurring SUD/MH conditions.

13.    Supporting screening for fentanyl in routine clinical toxicology testing.

PART THREE:  OTHER STRATEGIES

**I.     FIRST RESPONDERS**

In addition to items in section C, D and H relating to first responders, support the following:

1.     Education of law enforcement or other first responders regarding appropriate practices and precautions when dealing with fentanyl or other drugs.

2.     Provision of wellness and support services for first responders and others who experience secondary trauma associated with opioid-related emergency events.

**J.     LEADERSHIP, PLANNING AND COORDINATION**

Support efforts to provide leadership, planning, coordination, facilitations, training and technical assistance to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, the following:

1.     Statewide, regional, local or community regional planning to identify root causes of addiction and overdose, goals for reducing harms related to the opioid epidemic, and areas and populations with the greatest needs for treatment

E-13

intervention services, and to support training and technical assistance and other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

2.      A dashboard to (a) share reports, recommendations, or plans to spend opioid settlement funds; (b) to show how opioid settlement funds have been spent; (c) to report program or strategy outcomes; or (d) to track, share or visualize key opioid- or health-related indicators and supports as identified through collaborative statewide, regional, local or community processes.

3.      Invest in infrastructure or staffing at government or not-for-profit agencies to support collaborative, cross-system coordination with the purpose of preventing overprescribing, opioid misuse, or opioid overdoses, treating those with OUD and any co-occurring SUD/MH conditions, supporting them in treatment or recovery, connecting them to care, or implementing other strategies to abate the opioid epidemic described in this opioid abatement strategy list.

4.      Provide resources to staff government oversight and management of opioid abatement programs.

## K.      <u>TRAINING</u>

In addition to the training referred to throughout this document, support training to abate the opioid epidemic through activities, programs, or strategies that may include, but are not limited to, those that:

1.      Provide funding for staff training or networking programs and services to improve the capability of government, community, and not-for-profit entities to abate the opioid crisis.

2.      Support infrastructure and staffing for collaborative cross-system coordination to prevent opioid misuse, prevent overdoses, and treat those with OUD and any co-occurring SUD/MH conditions, or implement other strategies to abate the opioid epidemic described in this opioid abatement strategy list (*e.g.*, health care, primary care, pharmacies, PDMPs, etc.).

## L.      <u>RESEARCH</u>

Support opioid abatement research that may include, but is not limited to, the following:

1.      Monitoring, surveillance, data collection and evaluation of programs and strategies described in this opioid abatement strategy list.

2.      Research non-opioid treatment of chronic pain.

3.      Research on improved service delivery for modalities such as SBIRT that demonstrate promising but mixed results in populations vulnerable to opioid use disorders.

E-14

4.      Research on novel harm reduction and prevention efforts such as the provision of fentanyl test strips.

5.      Research on innovative supply-side enforcement efforts such as improved detection of mail-based delivery of synthetic opioids.

6.      Expanded research on swift/certain/fair models to reduce and deter opioid misuse within criminal justice populations that build upon promising approaches used to address other substances (*e.g.*, Hawaii HOPE and Dakota 24/7).

7.      Epidemiological surveillance of OUD-related behaviors in critical populations, including individuals entering the criminal justice system, including, but not limited to approaches modeled on the Arrestee Drug Abuse Monitoring ("*ADAM*") system.

8.      Qualitative and quantitative research regarding public health risks and harm reduction opportunities within illicit drug markets, including surveys of market participants who sell or distribute illicit opioids.

9.      Geospatial analysis of access barriers to MAT and their association with treatment engagement and treatment outcomes.

FINAL AGREEMENT 3.25.22

## EXHIBIT F

### List of States and Overall Allocation Percentages

| | |
|---|---|
| Alabama | 1.6419290312% |
| Alaska | 0.2584550539% |
| American Samoa | 0.0174042885% |
| Arizona | 2.3755949882% |
| Arkansas | 0.9663486633% |
| California | 9.9213830698% |
| Colorado | 1.6616291219% |
| Connecticut | 1.3343523420% |
| Delaware | 0.4900019063% |
| District of Columbia | 0.2048876457% |
| Florida | 7.0259134409% |
| Georgia | 2.7882080114% |
| Guam | 0.0509264160% |
| Hawaii | 0.3418358185% |
| Idaho | 0.5254331620% |
| Illinois | 3.3263363702% |
| Indiana | 2.2168933059% |
| Iowa | 0.7579283477% |
| Kansas | 0.8042000625% |
| Kentucky | 2.0929730531% |
| Louisiana | 1.5154431983% |
| Maine | 0.5613880586% |
| Maryland | 2.1106090494% |
| Massachusetts | 2.3035761083% |
| Michigan | 3.4020234989% |
| Minnesota | 1.2972597706% |
| Mississippi | 0.8898883053% |
| Missouri | 2.0056475170% |
| Montana | 0.3421667920% |
| N. Mariana Islands | 0.0185877315% |
| Nebraska | 0.4291907949% |
| Nevada | 1.2486754235% |
| New Hampshire | 0.6258752503% |
| New Jersey | 2.7551354545% |
| New Mexico | 0.8557238713% |
| New York | 5.3903813405% |

FINAL AGREEMENT 3.25.22

| | |
|---|---|
| **North Carolina** | 3.2502525994% |
| **North Dakota** | 0.1858703224% |
| **Ohio** | 4.3567051408% |
| **Oklahoma** | 1.5831626090% |
| **Oregon** | 1.4236951885% |
| **Pennsylvania** | 4.5882419559% |
| **Puerto Rico** | 0.7263201134% |
| **Rhode Island** | 0.4895626814% |
| **South Carolina** | 1.5834654145% |
| **South Dakota** | 0.2169945907% |
| **Tennessee** | 2.6881474977% |
| **Texas** | 6.2932157196% |
| **Utah** | 1.1889437113% |
| **Vermont** | 0.2844241374% |
| **Virgin Islands** | 0.0340410553% |
| **Virginia** | 2.2801150757% |
| **Washington** | 2.3189040182% |
| **Wisconsin** | 1.7582560561% |
| **Wyoming** | 0.1954758491% |

## EXHIBIT G

## Subdivisions Eligible to Receive Direct Allocations from the Subdivision Fund and Default Subdivision Fund Allocation Percentages

The Subdivisions set forth on this Exhibit G are eligible to receive direct allocations from the Subdivision Fund, if such Subdivisions are otherwise eligible to receive such funds under this Agreement. By default, the Subdivisions set forth on this Exhibit G shall include: (1) all Litigating Subdivisions that are General Purpose Governments; (2) all counties and parishes in States with functional counties or parishes; (3) all Subdivisions that are the highest level of General Purpose Government in States without functional counties or parishes; and (4) all other Subdivisions that are General Purpose Governments with a population of 10,000 or greater. A State may elect to add any additional Subdivisions to this Exhibit G at any time prior to the Initial Participation Date.

Immediately upon the effectiveness of any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3 (or upon the effectiveness of an amendment to any State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3) that addresses allocation from the Subdivision Fund, whether before or after the Initial Participation Date, this Exhibit G will automatically be amended to reflect the allocation from the Subdivision Fund pursuant to the State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution allowed by Section V.D.3.

For the avoidance of doubt, inclusion on this Exhibit G shall not create any claim for any amount of the Settlement Fund, and no such amounts shall be allocated or distributed to any Subdivision included herein if such Subdivision does not otherwise meet all requirements to receive any such funds pursuant to this Agreement.

The Parties recognize the benefits of remediation funds reaching all communities, including through direct payments from the Subdivision Fund. However, to promote efficiency in the use of such funds and avoid administratively-burdensome disbursements that would be too small to add a meaningful abatement response, certain Subdivisions do not receive a direct allocation from the Subdivision Fund. However, such Subdivisions will benefit from Opioid Remediation in their community, and are eligible to receive direct benefits from the Abatement Accounts Fund in their State. All settlement funds, whether allocated to a Settling State, an Abatement Accounts Fund or a Subdivision listed on this Exhibit G can be used for Opioid Remediation in communities not listed herein.

As provided by Section V.D.4.c, the Allocation Percentages shown below apply to distribution of each Settling State's Subdivision Fund in the absence of a State-Subdivision Agreement, Allocation Statute, or Statutory Trust. The allocation that would have otherwise gone to General Purpose Government Subdivisions not listed below as receiving a direct allocation shall be (1) directed to the county or parish in which such Subdivision is located in Settling States with functional counties or parishes if the relevant county or parish is a Participating Subdivision or (2) to the highest-level General Purpose Government in which such Subdivision is located in Settling States without functional counties or parishes if the relevant highest-level General

FINAL AGREEMENT 3.25.22

Purpose Government is a Participating Subdivision.  Where the relevant county, parish or highest-level General Purpose Government is not a Participating Subdivision, allocations of General Purpose Subdivisions not listed below as eligible to become Participating Subdivisions shall be allocated pursuant to <u>Section VII.I</u>.  The redirecting of funds described in this paragraph is intended to promote the efficient use of Opioid Remediation funds while keeping, where possible, local control of the distribution of those funds.

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AK1 | Anchorage Municipality, Alaska | 47.6578000000% |
| AK2 | Fairbanks City, Alaska | 5.1226000000% |
| AK3 | Fairbanks North Star Borough, Alaska | 10.9627000000% |
| AK4 | Juneau City and Borough, Alaska | 5.2324000000% |
| AK5 | Kenai Peninsula Borough, Alaska | 9.4922000000% |
| AK6 | Ketchikan Gateway Borough, Alaska | 2.2406000000% |
| AK7 | Kodiak Island Borough, Alaska | 2.1839000000% |
| AK8 | Matanuska-Susitna Borough, Alaska | 15.4726000000% |
| AK9 | Wasilla City, Alaska | 1.6351000000% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ1 | Apache County, Arizona | 0.3907470000% |
| AZ2 | Apache Junction City, Arizona | 0.2201340000% |
| AZ3 | Avondale City, Arizona | 0.5677140000% |
| AZ4 | Benson City, Arizona | 0.0652960000% |
| AZ5 | Bisbee City, Arizona | 0.0643685000% |
| AZ6 | Buckeye City, Arizona | 0.2664780000% |
| AZ7 | Bullhead City, Arizona | 0.6416380000% |
| AZ8 | Camp Verde Town, Arizona | 0.0416227000% |
| AZ9 | Carefree Town, Arizona | 0.0231720000% |
| AZ10 | Casa Grande City, Arizona | 0.2125144000% |
| AZ11 | Cave Creek Town, Arizona | 0.0347580000% |
| AZ12 | Chandler City, Arizona | 1.6567980000% |
| AZ13 | Chino Valley Town, Arizona | 0.0291788000% |
| AZ14 | Clarkdale Town, Arizona | 0.0308952000% |
| AZ15 | Clifton Town, Arizona | 0.0102870000% |
| AZ16 | Cochise County, Arizona | 1.1773685000% |
| AZ17 | Coconino County, Arizona | 1.2011808000% |
| AZ18 | Colorado City Town, Arizona | 0.0298780000% |
| AZ19 | Coolidge City, Arizona | 0.0644448000% |
| AZ20 | Cottonwood City, Arizona | 0.2098299000% |
| AZ21 | Dewey-Humboldt Town, Arizona | 0.0660814000% |
| AZ22 | Douglas City, Arizona | 0.1565620000% |
| AZ23 | Duncan Town, Arizona | 0.0002520000% |
| AZ24 | Eagar Town, Arizona | 0.1425540000% |
| AZ25 | El Mirage City, Arizona | 0.2259270000% |
| AZ26 | Eloy City, Arizona | 1.3418328000% |
| AZ27 | Flagstaff City, Arizona | 0.3114360000% |
| AZ28 | Florence Town, Arizona | 0.0456484000% |
| AZ29 | Fountain Hills Town, Arizona | 0.0984810000% |
| AZ30 | Fredonia Town, Arizona | 0.0052328000% |
| AZ31 | Gila Bend Town, Arizona | 0.0173790000% |
| AZ32 | Gila County, Arizona | 0.7780446000% |
| AZ33 | Gilbert Town, Arizona | 0.9906030000% |
| AZ34 | Glendale City, Arizona | 1.5235590000% |
| AZ35 | Globe City, Arizona | 0.1168266000% |
| AZ36 | Goodyear City, Arizona | 0.4402680000% |
| AZ37 | Graham County, Arizona | 0.4476494000% |
| AZ38 | Greenlee County, Arizona | 0.0794610000% |
| AZ39 | Guadalupe Town, Arizona | 0.0000000000% |
| AZ40 | Hayden Town, Arizona | 0.0263802000% |
| AZ41 | Holbrook City, Arizona | 0.0575625000% |
| AZ42 | Huachuca City Town, Arizona | 0.0168805000% |
| AZ43 | Jerome Town, Arizona | 0.0012873000% |
| AZ44 | Kearny Town, Arizona | 0.0107408000% |
| AZ45 | Kingman City, Arizona | 0.4853918000% |
| AZ46 | La Paz County, Arizona | 0.2670171000% |
| AZ47 | Lake Havasu City, Arizona | 0.6793526000% |
| AZ48 | Litchfield Park City, Arizona | 0.0231720000% |
| AZ49 | Mammoth Town, Arizona | 0.0061376000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ50 | Marana Town, Arizona | 0.3841282000% |
| AZ51 | Maricopa City, Arizona | 0.1047228000% |
| AZ52 | Maricopa County, Arizona | 29.8513290000% |
| AZ53 | Mesa City, Arizona | 3.5105580000% |
| AZ54 | Miami Town, Arizona | 0.0309482000% |
| AZ55 | Mohave County, Arizona | 3.0617398000% |
| AZ56 | Navajo County, Arizona | 1.0789515000% |
| AZ57 | Nogales City, Arizona | 0.0834350000% |
| AZ58 | Oro Valley Town, Arizona | 0.3207284000% |
| AZ59 | Page City, Arizona | 0.0575608000% |
| AZ60 | Paradise Valley Town, Arizona | 0.1969620000% |
| AZ61 | Parker Town, Arizona | 0.0156219000% |
| AZ62 | Patagonia Town, Arizona | 0.0024790000% |
| AZ63 | Payson Town, Arizona | 0.1846614000% |
| AZ64 | Peoria City, Arizona | 0.8747430000% |
| AZ65 | Phoenix City, Arizona | 12.3275040000% |
| AZ66 | Pima County, Arizona | 13.4612693000% |
| AZ67 | Pima Town, Arizona | 0.0159618000% |
| AZ68 | Pinal County, Arizona | 2.0334636000% |
| AZ69 | Pinetop-Lakeside Town, Arizona | 0.0729125000% |
| AZ70 | Prescott City, Arizona | 0.5917289000% |
| AZ71 | Prescott Valley Town, Arizona | 0.3471419000% |
| AZ72 | Quartzsite Town, Arizona | 0.0183910000% |
| AZ73 | Queen Creek Town, Arizona | 0.0637230000% |
| AZ74 | Safford City, Arizona | 0.1929077000% |
| AZ75 | Sahuarita Town, Arizona | 0.1510407000% |
| AZ76 | San Luis City, Arizona | 0.0963840000% |
| AZ77 | Santa Cruz County, Arizona | 0.2840860000% |
| AZ78 | Scottsdale City, Arizona | 2.3114070000% |
| AZ79 | Sedona City, Arizona | 0.0690392000% |
| AZ80 | Show Low City, Arizona | 0.1441365000% |
| AZ81 | Sierra Vista City, Arizona | 0.3084865000% |
| AZ82 | Snowflake Town, Arizona | 0.0451290000% |
| AZ83 | Somerton City, Arizona | 0.0449792000% |
| AZ84 | South Tucson City, Arizona | 0.0578057000% |
| AZ85 | Springerville Town, Arizona | 0.0740370000% |
| AZ86 | St. Johns City, Arizona | 0.0826620000% |
| AZ87 | Star Valley Town, Arizona | 0.0039970000% |
| AZ88 | Superior Town, Arizona | 0.0168784000% |
| AZ89 | Surprise City, Arizona | 0.5677140000% |
| AZ90 | Taylor Town, Arizona | 0.0411380000% |
| AZ91 | Tempe City, Arizona | 1.8943110000% |
| AZ92 | Thatcher Town, Arizona | 0.0624092000% |
| AZ93 | Tolleson City, Arizona | 0.1564110000% |
| AZ94 | Tombstone City, Arizona | 0.0215180000% |
| AZ95 | Tucson City, Arizona | 4.2720277000% |
| AZ96 | Tusayan Town, Arizona | 0.0113096000% |
| AZ97 | Wellton Town, Arizona | 0.0122488000% |
| AZ98 | Wickenburg Town, Arizona | 0.0579300000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AZ99 | Willcox City, Arizona | 0.0443345000% |
| AZ100 | Williams City, Arizona | 0.0324096000% |
| AZ101 | Winkelman Town, Arizona | 0.0011420000% |
| AZ102 | Winslow City, Arizona | 0.0950165000% |
| AZ103 | Yavapai County, Arizona | 2.9740921000% |
| AZ104 | Youngtown, Arizona | 0.0289650000% |
| AZ105 | Yuma City, Arizona | 0.5285056000% |
| AZ106 | Yuma County, Arizona | 1.3258824000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR1 | Adona City, Arkansas | 0.0020790506% |
| AR2 | Alexander City, Arkansas | 0.0103476018% |
| AR3 | Alicia Town, Arkansas | 0.0002309579% |
| AR4 | Allport Town, Arkansas | 0.0026587350% |
| AR5 | Alma City, Arkansas | 0.1875236673% |
| AR6 | Almyra Town, Arkansas | 0.0010881066% |
| AR7 | Alpena Town, Arkansas | 0.0141319347% |
| AR8 | Altheimer City, Arkansas | 0.0071081808% |
| AR9 | Altus City, Arkansas | 0.0161149675% |
| AR10 | Amagon Town, Arkansas | 0.0016587759% |
| AR11 | Amity City, Arkansas | 0.0105947297% |
| AR12 | Anthonyville Town, Arkansas | 0.0010978372% |
| AR13 | Antoine Town, Arkansas | 0.0010576270% |
| AR14 | Arkadelphia City, Arkansas | 0.2710593166% |
| AR15 | Arkansas City, Arkansas | 0.0026365550% |
| AR16 | Arkansas County, Arkansas | 0.2272004928% |
| AR17 | Ash Flat City, Arkansas | 0.0560964456% |
| AR18 | Ashdown City, Arkansas | 0.0210645360% |
| AR19 | Ashley County, Arkansas | 0.3024558569% |
| AR20 | Atkins City, Arkansas | 0.0507540769% |
| AR21 | Aubrey Town, Arkansas | 0.0021166850% |
| AR22 | Augusta City, Arkansas | 0.0134645321% |
| AR23 | Austin City, Arkansas | 0.0201747613% |
| AR24 | Avoca Town, Arkansas | 0.0030227727% |
| AR25 | Bald Knob City, Arkansas | 0.1048227005% |
| AR26 | Banks Town, Arkansas | 0.0006822846% |
| AR27 | Barling City, Arkansas | 0.1588678563% |
| AR28 | Bassett Town, Arkansas | 0.0011499243% |
| AR29 | Batesville City, Arkansas | 0.1318965785% |
| AR30 | Bauxite Town, Arkansas | 0.0049816222% |
| AR31 | Baxter County, Arkansas | 0.8690235470% |
| AR32 | Bay City, Arkansas | 0.0250493472% |
| AR33 | Bearden City, Arkansas | 0.0161101022% |
| AR34 | Beaver Town, Arkansas | 0.0051365958% |
| AR35 | Beebe City, Arkansas | 0.2412092213% |
| AR36 | Beedeville Town, Arkansas | 0.0018030172% |
| AR37 | Bella Vista City, Arkansas | 0.5136648745% |
| AR38 | Bellefonte Town, Arkansas | 0.0008435545% |
| AR39 | Belleville City, Arkansas | 0.0050880860% |
| AR40 | Ben Lomond Town, Arkansas | 0.0012499489% |
| AR41 | Benton City, Arkansas | 1.3762616667% |
| AR42 | Benton County, Arkansas | 1.8942612236% |
| AR43 | Bentonville City, Arkansas | 1.3212148347% |
| AR44 | Bergman Town, Arkansas | 0.0080191338% |
| AR45 | Berryville City, Arkansas | 0.1767673815% |
| AR46 | Bethel Heights City, Arkansas | 0.0550911920% |
| AR47 | Big Flat Town, Arkansas | 0.0005552148% |
| AR48 | Bigelow Town, Arkansas | 0.0028351731% |
| AR49 | Biggers Town, Arkansas | 0.0002571446% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR50 | Birdsong Town, Arkansas | 0.0001210597% |
| AR51 | Black Oak Town, Arkansas | 0.0003079439% |
| AR52 | Black Rock City, Arkansas | 0.0020552966% |
| AR53 | Black Springs Town, Arkansas | 0.0007714338% |
| AR54 | Blevins City, Arkansas | 0.0042289340% |
| AR55 | Blue Eye Town, Arkansas | 0.0007084713% |
| AR56 | Blue Mountain Town, Arkansas | 0.0023457827% |
| AR57 | Bluff City Town, Arkansas | 0.0001956131% |
| AR58 | Blytheville City, Arkansas | 0.3444881956% |
| AR59 | Bodcaw Town, Arkansas | 0.0004892473% |
| AR60 | Bonanza City, Arkansas | 0.0271534397% |
| AR61 | Bono City, Arkansas | 0.0166311169% |
| AR62 | Boone County, Arkansas | 0.6844345049% |
| AR63 | Booneville City, Arkansas | 0.2395670446% |
| AR64 | Bradford City, Arkansas | 0.0196136795% |
| AR65 | Bradley City, Arkansas | 0.0127167093% |
| AR66 | Bradley County, Arkansas | 0.0903557767% |
| AR67 | Branch City, Arkansas | 0.0001595527% |
| AR68 | Briarcliff City, Arkansas | 0.0001841653% |
| AR69 | Brinkley City, Arkansas | 0.0788794288% |
| AR70 | Brookland City, Arkansas | 0.0336729211% |
| AR71 | Bryant City, Arkansas | 1.0536173112% |
| AR72 | Buckner City, Arkansas | 0.0065180504% |
| AR73 | Bull Shoals City, Arkansas | 0.0692543217% |
| AR74 | Burdette Town, Arkansas | 0.0001210597% |
| AR75 | Cabot City, Arkansas | 0.9626014299% |
| AR76 | Caddo Valley Town, Arkansas | 0.0447599031% |
| AR77 | Caldwell Town, Arkansas | 0.0042239256% |
| AR78 | Cale Town, Arkansas | 0.0007827384% |
| AR79 | Calhoun County, Arkansas | 0.1397959405% |
| AR80 | Calico Rock City, Arkansas | 0.0024459503% |
| AR81 | Calion City, Arkansas | 0.0029361993% |
| AR82 | Camden City, Arkansas | 0.4098542963% |
| AR83 | Cammack Village City, Arkansas | 0.0112054660% |
| AR84 | Campbell Station City, Arkansas | 0.0043090681% |
| AR85 | Caraway City, Arkansas | 0.0225855098% |
| AR86 | Carlisle City, Arkansas | 0.1468534652% |
| AR87 | Carroll County, Arkansas | 0.5928260605% |
| AR88 | Carthage City, Arkansas | 0.0016610654% |
| AR89 | Casa Town, Arkansas | 0.0015121018% |
| AR90 | Cash Town, Arkansas | 0.0012319187% |
| AR91 | Caulksville Town, Arkansas | 0.0006928738% |
| AR92 | Cave City, Arkansas | 0.0850463202% |
| AR93 | Cave Springs City, Arkansas | 0.0320796835% |
| AR94 | Cedarville City, Arkansas | 0.0178802072% |
| AR95 | Centerton City, Arkansas | 0.1131077079% |
| AR96 | Central City Town, Arkansas | 0.0174268772% |
| AR97 | Charleston City, Arkansas | 0.0410054775% |
| AR98 | Cherokee Village City, Arkansas | 0.2125413902% |

**Allocations are subject to change pursuant to a State-Subdivision    FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.    3.25.22**

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR99 | Cherry Valley City, Arkansas | 0.0081466329% |
| AR100 | Chester Town, Arkansas | 0.0004361585% |
| AR101 | Chicot County, Arkansas | 0.2832352637% |
| AR102 | Chidester City, Arkansas | 0.0007419559% |
| AR103 | Clarendon City, Arkansas | 0.0270480468% |
| AR104 | Clark County, Arkansas | 0.3342708117% |
| AR105 | Clarksville City, Arkansas | 0.2458837581% |
| AR106 | Clay County, Arkansas | 0.0479674136% |
| AR107 | Cleburne County, Arkansas | 0.3503158049% |
| AR108 | Cleveland County, Arkansas | 0.1143679597% |
| AR109 | Clinton City, Arkansas | 0.0824034689% |
| AR110 | Coal Hill City, Arkansas | 0.1328713526% |
| AR111 | Colt City, Arkansas | 0.0085205444% |
| AR112 | Columbia County, Arkansas | 0.0671663991% |
| AR113 | Concord Town, Arkansas | 0.0150785188% |
| AR114 | Conway City, Arkansas | 2.0922743015% |
| AR115 | Conway County, Arkansas | 0.5138971203% |
| AR116 | Corning City, Arkansas | 0.0191809554% |
| AR117 | Cotter City, Arkansas | 0.0233925747% |
| AR118 | Cotton Plant City, Arkansas | 0.0024986099% |
| AR119 | Cove Town, Arkansas | 0.0001777260% |
| AR120 | Coy Town, Arkansas | 0.0078196572% |
| AR121 | Craighead County, Arkansas | 0.9265189050% |
| AR122 | Crawford County, Arkansas | 0.9565887967% |
| AR123 | Crawfordsville Town, Arkansas | 0.0037229444% |
| AR124 | Crittenden County, Arkansas | 0.4864689351% |
| AR125 | Cross County, Arkansas | 0.3114968436% |
| AR126 | Crossett City, Arkansas | 0.2482926464% |
| AR127 | Cushman City, Arkansas | 0.0031235127% |
| AR128 | Daisy Town, Arkansas | 0.0019036142% |
| AR129 | Dallas County, Arkansas | 0.1170103816% |
| AR130 | Damascus Town, Arkansas | 0.0328833141% |
| AR131 | Danville City, Arkansas | 0.0554598088% |
| AR132 | Dardanelle City, Arkansas | 0.1270318663% |
| AR133 | Datto Town, Arkansas | 0.0002041989% |
| AR134 | De Queen City, Arkansas | 0.1825177187% |
| AR135 | De Valls Bluff City, Arkansas | 0.0153369512% |
| AR136 | Decatur City, Arkansas | 0.0461206088% |
| AR137 | Delaplaine Town, Arkansas | 0.0012409338% |
| AR138 | Delight City, Arkansas | 0.0019036142% |
| AR139 | Dell Town, Arkansas | 0.0049627334% |
| AR140 | Denning Town, Arkansas | 0.0066893371% |
| AR141 | Dermott City, Arkansas | 0.0098811069% |
| AR142 | Des Arc City, Arkansas | 0.0461902968% |
| AR143 | Desha County, Arkansas | 0.1880442527% |
| AR144 | Dewitt City, Arkansas | 0.0561472449% |
| AR145 | Diamond City, Arkansas | 0.0067481498% |
| AR146 | Diaz City, Arkansas | 0.0144799456% |
| AR147 | Dierks City, Arkansas | 0.0109843817% |

**Allocations are subject to change pursuant to a State-Subdivision**   FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**        3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR148 | Donaldson Town, Arkansas | 0.0097288521% |
| AR149 | Dover City, Arkansas | 0.0357561215% |
| AR150 | Drew County, Arkansas | 0.4312385101% |
| AR151 | Dumas City, Arkansas | 0.0345209116% |
| AR152 | Dyer City, Arkansas | 0.0039248537% |
| AR153 | Dyess Town, Arkansas | 0.0004842389% |
| AR154 | Earle City, Arkansas | 0.0169920066% |
| AR155 | East Camden Town, Arkansas | 0.0077825952% |
| AR156 | Edmondson Town, Arkansas | 0.0080664988% |
| AR157 | Egypt Town, Arkansas | 0.0007186312% |
| AR158 | El Dorado City, Arkansas | 0.7549722601% |
| AR159 | Elaine City, Arkansas | 0.0061272536% |
| AR160 | Elkins City, Arkansas | 0.0584820092% |
| AR161 | Elm Springs City, Arkansas | 0.0169270407% |
| AR162 | Emerson Town, Arkansas | 0.0007712907% |
| AR163 | Emmet City, Arkansas | 0.0006732695% |
| AR164 | England City, Arkansas | 0.1277733929% |
| AR165 | Enola Town, Arkansas | 0.0166283981% |
| AR166 | Etowah Town, Arkansas | 0.0016945500% |
| AR167 | Eudora City, Arkansas | 0.0090127967% |
| AR168 | Eureka Springs City, Arkansas | 0.3891361972% |
| AR169 | Evening Shade City, Arkansas | 0.0112877465% |
| AR170 | Everton Town, Arkansas | 0.0023825585% |
| AR171 | Fairfield Bay City, Arkansas | 0.0994183710% |
| AR172 | Fargo Town, Arkansas | 0.0003540210% |
| AR173 | Farmington City, Arkansas | 0.0908450240% |
| AR174 | Faulkner County, Arkansas | 1.0072116540% |
| AR175 | Fayetteville City, Arkansas | 2.1103658624% |
| AR176 | Felsenthal Town, Arkansas | 0.0017181610% |
| AR177 | Fifty-Six City, Arkansas | 0.0004614866% |
| AR178 | Fisher City, Arkansas | 0.0019605666% |
| AR179 | Flippin City, Arkansas | 0.0956901320% |
| AR180 | Fordyce City, Arkansas | 0.0545063561% |
| AR181 | Foreman City, Arkansas | 0.0020583016% |
| AR182 | Forrest City, Arkansas | 0.2961090931% |
| AR183 | Fort Smith City, Arkansas | 3.8434930088% |
| AR184 | Fouke City, Arkansas | 0.0054372418% |
| AR185 | Fountain Hill Town, Arkansas | 0.0007150537% |
| AR186 | Fountain Lake Town, Arkansas | 0.0028270166% |
| AR187 | Fourche Town, Arkansas | 0.0009659021% |
| AR188 | Franklin County, Arkansas | 0.5981687154% |
| AR189 | Franklin Town, Arkansas | 0.0147063245% |
| AR190 | Fredonia (Biscoe) Town, Arkansas | 0.0078030580% |
| AR191 | Friendship Town, Arkansas | 0.0051302995% |
| AR192 | Fulton County, Arkansas | 0.4958178657% |
| AR193 | Fulton Town, Arkansas | 0.0066352466% |
| AR194 | Garfield Town, Arkansas | 0.0074476060% |
| AR195 | Garland County, Arkansas | 1.7334588443% |
| AR196 | Garland Town, Arkansas | 0.0002891982% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR197 | Garner Town, Arkansas | 0.0077934705% |
| AR198 | Gassville City, Arkansas | 0.0727563250% |
| AR199 | Gateway Town, Arkansas | 0.0062878080% |
| AR200 | Gentry City, Arkansas | 0.0904861377% |
| AR201 | Georgetown, Arkansas | 0.0040265954% |
| AR202 | Gilbert Town, Arkansas | 0.0024831554% |
| AR203 | Gillett City, Arkansas | 0.0114616089% |
| AR204 | Gillham Town, Arkansas | 0.0013801668% |
| AR205 | Gilmore City, Arkansas | 0.0000954454% |
| AR206 | Glenwood City, Arkansas | 0.0480021861% |
| AR207 | Goshen Town, Arkansas | 0.0031660124% |
| AR208 | Gosnell City, Arkansas | 0.0272347186% |
| AR209 | Gould City, Arkansas | 0.0171248002% |
| AR210 | Grady City, Arkansas | 0.0313103962% |
| AR211 | Grannis City, Arkansas | 0.0009242610% |
| AR212 | Grant County, Arkansas | 0.2664481715% |
| AR213 | Gravette City, Arkansas | 0.0803454535% |
| AR214 | Green Forest City, Arkansas | 0.1176088116% |
| AR215 | Greenbrier City, Arkansas | 0.0720066419% |
| AR216 | Greene County, Arkansas | 0.5298528213% |
| AR217 | Greenland City, Arkansas | 0.0237445924% |
| AR218 | Greenway City, Arkansas | 0.0004757962% |
| AR219 | Greenwood City, Arkansas | 0.2310067194% |
| AR220 | Greers Ferry City, Arkansas | 0.0499860774% |
| AR221 | Griffithville Town, Arkansas | 0.0045461792% |
| AR222 | Grubbs City, Arkansas | 0.0056885194% |
| AR223 | Guion Town, Arkansas | 0.0188333737% |
| AR224 | Gum Springs Town, Arkansas | 0.0030512489% |
| AR225 | Gurdon City, Arkansas | 0.0633258293% |
| AR226 | Guy City, Arkansas | 0.0155481618% |
| AR227 | Hackett City, Arkansas | 0.0171567108% |
| AR228 | Hamburg City, Arkansas | 0.0524650830% |
| AR229 | Hampton City, Arkansas | 0.0149258347% |
| AR230 | Hardy City, Arkansas | 0.0225704847% |
| AR231 | Harrell Town, Arkansas | 0.0015608978% |
| AR232 | Harrisburg City, Arkansas | 0.0610374284% |
| AR233 | Harrison City, Arkansas | 0.7509041666% |
| AR234 | Hartford City, Arkansas | 0.0079703379% |
| AR235 | Hartman City, Arkansas | 0.0041808536% |
| AR236 | Haskell City, Arkansas | 0.0719017520% |
| AR237 | Hatfield Town, Arkansas | 0.0003119506% |
| AR238 | Havana City, Arkansas | 0.0028832535% |
| AR239 | Haynes Town, Arkansas | 0.0021807923% |
| AR240 | Hazen City, Arkansas | 0.0648458015% |
| AR241 | Heber Springs City, Arkansas | 0.3767547633% |
| AR242 | Hector Town, Arkansas | 0.0046732490% |
| AR243 | Helena-West Helena City, Arkansas | 0.1739214762% |
| AR244 | Hempstead County, Arkansas | 0.2734659153% |
| AR245 | Hermitage City, Arkansas | 0.0121839606% |

**Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                          3.25.22

## Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR246 | Hickory Ridge City, Arkansas | 0.0037770349% |
| AR247 | Higden Town, Arkansas | 0.0085654767% |
| AR248 | Higginson Town, Arkansas | 0.0151972889% |
| AR249 | Highfill Town, Arkansas | 0.0156011076% |
| AR250 | Highland City, Arkansas | 0.0298718460% |
| AR251 | Hindsville Town, Arkansas | 0.0033816590% |
| AR252 | Holland City, Arkansas | 0.0148864831% |
| AR253 | Holly Grove City, Arkansas | 0.0044608936% |
| AR254 | Hope City, Arkansas | 0.2248866206% |
| AR255 | Horatio City, Arkansas | 0.0029417800% |
| AR256 | Horseshoe Bend City, Arkansas | 0.1112109623% |
| AR257 | Horseshoe Lake Town, Arkansas | 0.0014319677% |
| AR258 | Hot Spring County, Arkansas | 0.4782149797% |
| AR259 | Hot Springs City, Arkansas | 3.5617977507% |
| AR260 | Houston Town, Arkansas | 0.0052922849% |
| AR261 | Howard County, Arkansas | 0.1730249760% |
| AR262 | Hoxie City, Arkansas | 0.0120318489% |
| AR263 | Hughes City, Arkansas | 0.0113608689% |
| AR264 | Humnoke City, Arkansas | 0.0148176536% |
| AR265 | Humphrey City, Arkansas | 0.0142685920% |
| AR266 | Hunter Town, Arkansas | 0.0001735762% |
| AR267 | Huntington City, Arkansas | 0.0062142563% |
| AR268 | Huntsville City, Arkansas | 0.0854508543% |
| AR269 | Huttig City, Arkansas | 0.0090756161% |
| AR270 | Imboden Town, Arkansas | 0.0007621325% |
| AR271 | Independence County, Arkansas | 1.0893020276% |
| AR272 | Izard County, Arkansas | 0.5513048629% |
| AR273 | Jackson County, Arkansas | 0.1817241049% |
| AR274 | Jacksonport Town, Arkansas | 0.0050680525% |
| AR275 | Jacksonville City, Arkansas | 2.6389305280% |
| AR276 | Jasper City, Arkansas | 0.0070526594% |
| AR277 | Jefferson County, Arkansas | 0.5992841535% |
| AR278 | Jennette Town, Arkansas | 0.0012409338% |
| AR279 | Jericho Town, Arkansas | 0.0009641849% |
| AR280 | Jerome Town, Arkansas | 0.0001957562% |
| AR281 | Johnson City, Arkansas | 0.1307711237% |
| AR282 | Johnson County, Arkansas | 0.3131687844% |
| AR283 | Joiner City, Arkansas | 0.0294738943% |
| AR284 | Jonesboro City, Arkansas | 2.1740597362% |
| AR285 | Judsonia City, Arkansas | 0.0470208295% |
| AR286 | Junction City, Arkansas | 0.0041819983% |
| AR287 | Keiser City, Arkansas | 0.0065363668% |
| AR288 | Kensett City, Arkansas | 0.0362397881% |
| AR289 | Kibler City, Arkansas | 0.0431741065% |
| AR290 | Kingsland City, Arkansas | 0.0062036672% |
| AR291 | Knobel City, Arkansas | 0.0009218283% |
| AR292 | Knoxville Town, Arkansas | 0.0058832739% |
| AR293 | Lafayette County, Arkansas | 0.0910619584% |
| AR294 | Lafe Town, Arkansas | 0.0028363178% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR295 | Lagrange Town, Arkansas | 0.0008239503% |
| AR296 | Lake City, Arkansas | 0.0259733220% |
| AR297 | Lake View City, Arkansas | 0.0047133160% |
| AR298 | Lake Village City, Arkansas | 0.0224886334% |
| AR299 | Lakeview City, Arkansas | 0.0193402219% |
| AR300 | Lamar City, Arkansas | 0.1021685446% |
| AR301 | Lavaca City, Arkansas | 0.0302604964% |
| AR302 | Lawrence County, Arkansas | 0.4807663922% |
| AR303 | Leachville City, Arkansas | 0.0232401768% |
| AR304 | Lead Hill Town, Arkansas | 0.0069168607% |
| AR305 | Lee County, Arkansas | 0.0989039387% |
| AR306 | Leola Town, Arkansas | 0.0013687190% |
| AR307 | Lepanto City, Arkansas | 0.0682260295% |
| AR308 | Leslie City, Arkansas | 0.0254444370% |
| AR309 | Lewisville City, Arkansas | 0.0166148039% |
| AR310 | Lincoln City, Arkansas | 0.0464338472% |
| AR311 | Lincoln County, Arkansas | 0.1387881111% |
| AR312 | Little Flock City, Arkansas | 0.0530723850% |
| AR313 | Little River County, Arkansas | 0.3040825791% |
| AR314 | Little Rock City, Arkansas | 6.7135694892% |
| AR315 | Lockesburg City, Arkansas | 0.0062672021% |
| AR316 | Logan County, Arkansas | 0.5058103018% |
| AR317 | London City, Arkansas | 0.0142372538% |
| AR318 | Lonoke City, Arkansas | 0.2452247983% |
| AR319 | Lonoke County, Arkansas | 0.5819398431% |
| AR320 | Louann Town, Arkansas | 0.0002119261% |
| AR321 | Luxora City, Arkansas | 0.0119226662% |
| AR322 | Lynn Town, Arkansas | 0.0001385175% |
| AR323 | Madison City, Arkansas | 0.0058260353% |
| AR324 | Madison County, Arkansas | 0.3196927018% |
| AR325 | Magazine City, Arkansas | 0.0318730520% |
| AR326 | Magness Town, Arkansas | 0.0014179443% |
| AR327 | Magnolia City, Arkansas | 0.5824169272% |
| AR328 | Malvern City, Arkansas | 0.3835695961% |
| AR329 | Mammoth Spring City, Arkansas | 0.0072408314% |
| AR330 | Manila City, Arkansas | 0.0409124647% |
| AR331 | Mansfield City, Arkansas | 0.0007997669% |
| AR332 | Marianna City, Arkansas | 0.0846648246% |
| AR333 | Marie Town, Arkansas | 0.0009849339% |
| AR334 | Marion City, Arkansas | 0.1126915829% |
| AR335 | Marion County, Arkansas | 0.3952336867% |
| AR336 | Marked Tree City, Arkansas | 0.0992021520% |
| AR337 | Marmaduke City, Arkansas | 0.0391761304% |
| AR338 | Marvell City, Arkansas | 0.0610375715% |
| AR339 | Maumelle City, Arkansas | 0.2572012688% |
| AR340 | Mayflower City, Arkansas | 0.0608694329% |
| AR341 | Maynard Town, Arkansas | 0.0013140561% |
| AR342 | McCaskill Town, Arkansas | 0.0012894435% |
| AR343 | McCrory City, Arkansas | 0.0147483949% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR344 | McDougal Town, Arkansas | 0.0001189133% |
| AR345 | McGehee City, Arkansas | 0.0429993856% |
| AR346 | McNab Town, Arkansas | 0.0009151028% |
| AR347 | Mcrae City, Arkansas | 0.0307843730% |
| AR348 | Melbourne City, Arkansas | 0.0687295865% |
| AR349 | Mena City, Arkansas | 0.7716866592% |
| AR350 | Menifee Town, Arkansas | 0.0106144770% |
| AR351 | Midland Town, Arkansas | 0.0002701664% |
| AR352 | Miller County, Arkansas | 0.3769094507% |
| AR353 | Mineral Springs City, Arkansas | 0.0133569235% |
| AR354 | Minturn Town, Arkansas | 0.0002323889% |
| AR355 | Mississippi County, Arkansas | 0.4561503415% |
| AR356 | Mitchellville City, Arkansas | 0.0000190318% |
| AR357 | Monette City, Arkansas | 0.0230987974% |
| AR358 | Monroe County, Arkansas | 0.0751267203% |
| AR359 | Montgomery County, Arkansas | 0.2264091685% |
| AR360 | Monticello City, Arkansas | 0.0526747196% |
| AR361 | Montrose City, Arkansas | 0.0059883068% |
| AR362 | Moorefield Town, Arkansas | 0.0009616092% |
| AR363 | Moro Town, Arkansas | 0.0019558947% |
| AR364 | Morrilton City, Arkansas | 0.2597150469% |
| AR365 | Morrison Bluff Town, Arkansas | 0.0001732900% |
| AR366 | Mount Ida City, Arkansas | 0.0133550632% |
| AR367 | Mount Pleasant Town, Arkansas | 0.0122394653% |
| AR368 | Mount Vernon Town, Arkansas | 0.0071675659% |
| AR369 | Mountain Home City, Arkansas | 0.8447100025% |
| AR370 | Mountain Pine City, Arkansas | 0.0111311989% |
| AR371 | Mountainburg City, Arkansas | 0.0505877986% |
| AR372 | Mulberry City, Arkansas | 0.0839496278% |
| AR373 | Murfreesboro City, Arkansas | 0.0401878235% |
| AR374 | Nashville City, Arkansas | 0.1174004630% |
| AR375 | Nevada County, Arkansas | 0.1042972498% |
| AR376 | Newark City, Arkansas | 0.0743959259% |
| AR377 | Newport City, Arkansas | 0.2957024125% |
| AR378 | Newton County, Arkansas | 0.2538955941% |
| AR379 | Norfork City, Arkansas | 0.0071735760% |
| AR380 | Norman Town, Arkansas | 0.0054255078% |
| AR381 | Norphlet City, Arkansas | 0.0199309247% |
| AR382 | North Little Rock City, Arkansas | 1.6145764729% |
| AR383 | Oak Grove Heights Town, Arkansas | 0.0108133813% |
| AR384 | Oak Grove Town, Arkansas | 0.0031881924% |
| AR385 | Oakhaven Town, Arkansas | 0.0008458440% |
| AR386 | Oden Town, Arkansas | 0.0002086349% |
| AR387 | Ogden City, Arkansas | 0.0000829960% |
| AR388 | Oil Trough Town, Arkansas | 0.0018456600% |
| AR389 | O'Kean Town, Arkansas | 0.0001714297% |
| AR390 | Okolona Town, Arkansas | 0.0019046158% |
| AR391 | Ola City, Arkansas | 0.0262882776% |
| AR392 | Omaha Town, Arkansas | 0.0030405167% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR393 | Oppelo City, Arkansas | 0.0090335457% |
| AR394 | Osceola City, Arkansas | 0.2492878833% |
| AR395 | Ouachita County, Arkansas | 0.2913601460% |
| AR396 | Oxford City, Arkansas | 0.0264156336% |
| AR397 | Ozan Town, Arkansas | 0.0011369025% |
| AR398 | Ozark City, Arkansas | 0.1131238778% |
| AR399 | Palestine City, Arkansas | 0.0190803585% |
| AR400 | Pangburn City, Arkansas | 0.0157168727% |
| AR401 | Paragould City, Arkansas | 1.0056390223% |
| AR402 | Paris City, Arkansas | 0.1616167421% |
| AR403 | Parkdale City, Arkansas | 0.0007150537% |
| AR404 | Parkin City, Arkansas | 0.0145157198% |
| AR405 | Patmos Town, Arkansas | 0.0012638292% |
| AR406 | Patterson City, Arkansas | 0.0019780244% |
| AR407 | Pea Ridge City, Arkansas | 0.1099874863% |
| AR408 | Peach Orchard City, Arkansas | 0.0002743162% |
| AR409 | Perla Town, Arkansas | 0.0015089537% |
| AR410 | Perry County, Arkansas | 0.2411764522% |
| AR411 | Perry Town, Arkansas | 0.0054813155% |
| AR412 | Perrytown, Arkansas | 0.0014218079% |
| AR413 | Perryville City, Arkansas | 0.0413931262% |
| AR414 | Phillips County, Arkansas | 0.3245121955% |
| AR415 | Piggott City, Arkansas | 0.3895380125% |
| AR416 | Pike County, Arkansas | 0.3481536152% |
| AR417 | Pindall Town, Arkansas | 0.0030350790% |
| AR418 | Pine Bluff City, Arkansas | 0.9840818047% |
| AR419 | Pineville Town, Arkansas | 0.0022012551% |
| AR420 | Plainview City, Arkansas | 0.0125505741% |
| AR421 | Pleasant Plains Town, Arkansas | 0.0024498139% |
| AR422 | Plumerville City, Arkansas | 0.0292462276% |
| AR423 | Pocahontas City, Arkansas | 0.4671181241% |
| AR424 | Poinsett County, Arkansas | 0.4009911787% |
| AR425 | Polk County, Arkansas | 0.0691418478% |
| AR426 | Pollard City, Arkansas | 0.0004521853% |
| AR427 | Pope County, Arkansas | 0.8568421621% |
| AR428 | Portia Town, Arkansas | 0.0009455824% |
| AR429 | Portland City, Arkansas | 0.0081334680% |
| AR430 | Pottsville City, Arkansas | 0.0356473681% |
| AR431 | Powhatan Town, Arkansas | 0.0001556891% |
| AR432 | Poyen Town, Arkansas | 0.0022812461% |
| AR433 | Prairie County, Arkansas | 0.0903177130% |
| AR434 | Prairie Grove City, Arkansas | 0.0877670159% |
| AR435 | Prattsville Town, Arkansas | 0.0011406231% |
| AR436 | Prescott City, Arkansas | 0.0925564594% |
| AR437 | Pulaski County, Arkansas | 2.3536109191% |
| AR438 | Pyatt Town, Arkansas | 0.0061435666% |
| AR439 | Quitman City, Arkansas | 0.0720876345% |
| AR440 | Randolph County, Arkansas | 0.0533049170% |
| AR441 | Ratcliff City, Arkansas | 0.0038192484% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR442 | Ravenden Springs Town, Arkansas | 0.0001143342% |
| AR443 | Ravenden Town, Arkansas | 0.0021246984% |
| AR444 | Rector City, Arkansas | 0.0056501695% |
| AR445 | Redfield City, Arkansas | 0.0199888788% |
| AR446 | Reed Town, Arkansas | 0.0009294125% |
| AR447 | Reyno City, Arkansas | 0.0001714297% |
| AR448 | Rison City, Arkansas | 0.0266158258% |
| AR449 | Rockport City, Arkansas | 0.0466258829% |
| AR450 | Roe Town, Arkansas | 0.0006297682% |
| AR451 | Rogers City, Arkansas | 1.7409808606% |
| AR452 | Rondo Town, Arkansas | 0.0001282146% |
| AR453 | Rose Bud Town, Arkansas | 0.0201332633% |
| AR454 | Rosston Town, Arkansas | 0.0012719857% |
| AR455 | Rudy Town, Arkansas | 0.0043610122% |
| AR456 | Russell Town, Arkansas | 0.0072738867% |
| AR457 | Russellville City, Arkansas | 0.9171601007% |
| AR458 | Salem City, Arkansas | 0.0044963385% |
| AR459 | Salesville City, Arkansas | 0.0064404921% |
| AR460 | Saline County, Arkansas | 1.0800200662% |
| AR461 | Scott County, Arkansas | 0.3380405487% |
| AR462 | Scranton City, Arkansas | 0.0072753177% |
| AR463 | Searcy City, Arkansas | 0.9880873649% |
| AR464 | Searcy County, Arkansas | 0.2116252857% |
| AR465 | Sebastian County, Arkansas | 2.1934833834% |
| AR466 | Sedgwick Town, Arkansas | 0.0005311746% |
| AR467 | Sevier County, Arkansas | 0.2613059949% |
| AR468 | Shannon Hills City, Arkansas | 0.0498163648% |
| AR469 | Sharp County, Arkansas | 0.2811885530% |
| AR470 | Sheridan City, Arkansas | 0.2276671308% |
| AR471 | Sherrill Town, Arkansas | 0.0025761682% |
| AR472 | Sherwood City, Arkansas | 0.4241829888% |
| AR473 | Shirley Town, Arkansas | 0.0009145304% |
| AR474 | Sidney Town, Arkansas | 0.0035774152% |
| AR475 | Siloam Springs City, Arkansas | 0.7477783644% |
| AR476 | Smackover City, Arkansas | 0.0008007686% |
| AR477 | Smithville Town, Arkansas | 0.0001624146% |
| AR478 | South Lead Hill Town, Arkansas | 0.0018313504% |
| AR479 | Sparkman City, Arkansas | 0.0035065824% |
| AR480 | Springdale City, Arkansas | 2.0136786333% |
| AR481 | Springtown, Arkansas | 0.0002924895% |
| AR482 | St Francis County, Arkansas | 0.2044215163% |
| AR483 | St. Charles Town, Arkansas | 0.0024664131% |
| AR484 | St. Francis City, Arkansas | 0.0007137659% |
| AR485 | St. Joe Town, Arkansas | 0.0076757020% |
| AR486 | St. Paul Town, Arkansas | 0.0041619648% |
| AR487 | Stamps City, Arkansas | 0.0180207281% |
| AR488 | Star City, Arkansas | 0.0564865270% |
| AR489 | Stephens City, Arkansas | 0.0116586529% |
| AR490 | Stone County, Arkansas | 0.2837768844% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR491 | Strawberry Town, Arkansas | 0.0006928738% |
| AR492 | Strong City, Arkansas | 0.0029361993% |
| AR493 | Stuttgart City, Arkansas | 0.2203815101% |
| AR494 | Subiaco Town, Arkansas | 0.0109146937% |
| AR495 | Success Town, Arkansas | 0.0001784415% |
| AR496 | Sulphur Rock Town, Arkansas | 0.0032654646% |
| AR497 | Sulphur Springs City, Arkansas | 0.0120908047% |
| AR498 | Summit City, Arkansas | 0.0074467474% |
| AR499 | Sunset Town, Arkansas | 0.0016041130% |
| AR500 | Swifton City, Arkansas | 0.0178930859% |
| AR501 | Taylor City, Arkansas | 0.0014103602% |
| AR502 | Texarkana City, Arkansas | 0.7683955804% |
| AR503 | Thornton City, Arkansas | 0.0022437548% |
| AR504 | Tillar City, Arkansas | 0.0003265465% |
| AR505 | Tinsman Town, Arkansas | 0.0003150987% |
| AR506 | Tollette Town, Arkansas | 0.0032731918% |
| AR507 | Tontitown City, Arkansas | 0.0610355681% |
| AR508 | Traskwood City, Arkansas | 0.0177678764% |
| AR509 | Trumann City, Arkansas | 0.2319945153% |
| AR510 | Tuckerman City, Arkansas | 0.0405439909% |
| AR511 | Tull Town, Arkansas | 0.0030797252% |
| AR512 | Tupelo Town, Arkansas | 0.0005171511% |
| AR513 | Turrell City, Arkansas | 0.0090687475% |
| AR514 | Twin Groves Town, Arkansas | 0.0156102657% |
| AR515 | Tyronza City, Arkansas | 0.0382955139% |
| AR516 | Ulm Town, Arkansas | 0.0000897216% |
| AR517 | Union County, Arkansas | 0.4520045466% |
| AR518 | Valley Springs Town, Arkansas | 0.0032716177% |
| AR519 | Van Buren City, Arkansas | 1.7649031789% |
| AR520 | Van Buren County, Arkansas | 0.3641848711% |
| AR521 | Vandervoort Town, Arkansas | 0.0000659675% |
| AR522 | Victoria Town, Arkansas | 0.0005446257% |
| AR523 | Vilonia City, Arkansas | 0.1035441323% |
| AR524 | Viola Town, Arkansas | 0.0032700437% |
| AR525 | Wabbaseka Town, Arkansas | 0.0082530968% |
| AR526 | Waldenburg Town, Arkansas | 0.0023526513% |
| AR527 | Waldo City, Arkansas | 0.0028426141% |
| AR528 | Waldron City, Arkansas | 0.1501465474% |
| AR529 | Walnut Ridge City, Arkansas | 0.0315460763% |
| AR530 | Ward City, Arkansas | 0.1482609634% |
| AR531 | Warren City, Arkansas | 0.1331456688% |
| AR532 | Washington City, Arkansas | 0.0014218079% |
| AR533 | Washington County, Arkansas | 2.0141562897% |
| AR534 | Watson City, Arkansas | 0.0000569524% |
| AR535 | Weiner City, Arkansas | 0.0115016760% |
| AR536 | Weldon Town, Arkansas | 0.0015514534% |
| AR537 | West Fork City, Arkansas | 0.0278793379% |
| AR538 | West Memphis City, Arkansas | 0.6402086383% |
| AR539 | West Point Town, Arkansas | 0.0031173596% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| AR540 | Western Grove Town, Arkansas | 0.0057204300% |
| AR541 | Wheatley City, Arkansas | 0.0050976735% |
| AR542 | Whelen Springs Town, Arkansas | 0.0002381128% |
| AR543 | White County, Arkansas | 0.9979591705% |
| AR544 | White Hall City, Arkansas | 0.0551959387% |
| AR545 | Wickes Town, Arkansas | 0.0001422380% |
| AR546 | Widener Town, Arkansas | 0.0014565804% |
| AR547 | Wiederkehr Village City, Arkansas | 0.0015955272% |
| AR548 | Williford Town, Arkansas | 0.0025041906% |
| AR549 | Willisville Town, Arkansas | 0.0003913692% |
| AR550 | Wilmar City, Arkansas | 0.0018078825% |
| AR551 | Wilmot City, Arkansas | 0.0171605744% |
| AR552 | Wilson City, Arkansas | 0.0038733390% |
| AR553 | Wilton City, Arkansas | 0.0002323889% |
| AR554 | Winchester Town, Arkansas | 0.0011094280% |
| AR555 | Winslow City, Arkansas | 0.0059329284% |
| AR556 | Winthrop City, Arkansas | 0.0004315794% |
| AR557 | Woodruff County, Arkansas | 0.2136270641% |
| AR558 | Wooster Town, Arkansas | 0.0052930004% |
| AR559 | Wrightsville City, Arkansas | 0.0089014675% |
| AR560 | Wynne City, Arkansas | 0.1541190523% |
| AR561 | Yell County, Arkansas | 0.5032932325% |
| AR562 | Yellville City, Arkansas | 0.0268081476% |
| AR563 | Zinc Town, Arkansas | 0.0018493275% |
| AR564 | Keo Town, Arkansas | 0.0137063654% |
| AR565 | Letona Town, Arkansas | 0.0096119422% |
| AR567 | Lexa Town, Arkansas | 0.0073056542% |
| AR568 | Lonsdale Town, Arkansas | 0.0009432928% |
| AR569 | Lowell City, Arkansas | 0.2449366017% |
| AR570 | Marshall City, Arkansas | 0.0391797079% |
| AR571 | McNeil City, Arkansas | 0.0006390694% |
| AR572 | Mountain View City, Arkansas | 0.1444262605% |
| AR573 | Nimmons Town, Arkansas | 0.0001405209% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA1 | Adelanto City, California | |
| CA2 | Agoura Hills City, California | |
| CA3 | Alameda City, California | |
| CA4 | Alameda County, California | |
| CA5 | Albany City, California | |
| CA6 | Alhambra City, California | |
| CA7 | Aliso Viejo City, California | |
| CA9 | Amador County, California | |
| CA10 | American Canyon City, California | |
| CA11 | Anaheim City, California | |
| CA12 | Anderson City, California | |
| CA13 | Antioch City, California | |
| CA14 | Apple Valley Town, California | |
| CA15 | Arcadia City, California | |
| CA16 | Arcata City, California | |
| CA17 | Arroyo Grande City, California | |
| CA18 | Artesia City, California | |
| CA19 | Arvin City, California | |
| CA20 | Atascadero City, California | |
| CA21 | Atwater City, California | |
| CA22 | Auburn City, California | |
| CA23 | Avenal City, California | Allocations in |
| CA24 | Azusa City, California | California will be |
| CA25 | Bakersfield City, California | made in accordance |
| CA26 | Baldwin Park City, California | with the California |
| CA27 | Banning City, California | State-Subdivision |
| CA28 | Barstow City, California | Agreement. |
| CA29 | Beaumont City, California | |
| CA30 | Bell City, California | |
| CA31 | Bell Gardens City, California | |
| CA32 | Bellflower City, California | |
| CA33 | Belmont City, California | |
| CA34 | Benicia City, California | |
| CA35 | Berkeley City, California | |
| CA36 | Beverly Hills City, California | |
| CA37 | Blythe City, California | |
| CA38 | Brawley City, California | |
| CA39 | Brea City, California | |
| CA40 | Brentwood City, California | |
| CA41 | Buena Park City, California | |
| CA42 | Burbank City, California | |
| CA43 | Burlingame City, California | |
| CA44 | Butte County, California | |
| CA45 | Calabasas City, California | |
| CA46 | Calaveras County, California | |
| CA47 | Calexico City, California | |
| CA48 | California City, California | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA49 | Camarillo City, California | |
| CA50 | Campbell City, California | |
| CA51 | Canyon Lake City, California | |
| CA52 | Capitola City, California | |
| CA53 | Carlsbad City, California | |
| CA54 | Carpinteria City, California | |
| CA55 | Carson City, California | |
| CA56 | Cathedral City, California | |
| CA57 | Ceres City, California | |
| CA58 | Cerritos City, California | |
| CA59 | Chico City, California | |
| CA60 | Chino City, California | |
| CA61 | Chino Hills City, California | |
| CA62 | Chowchilla City, California | |
| CA63 | Chula Vista City, California | |
| CA64 | Citrus Heights City, California | |
| CA65 | Claremont City, California | |
| CA66 | Clayton City, California | |
| CA67 | Clearlake City, California | |
| CA68 | Clovis City, California | |
| CA69 | Coachella City, California | |
| CA70 | Coalinga City, California | Allocations in |
| CA71 | Colton City, California | California will be |
| CA72 | Colusa County, California | made in accordance |
| CA73 | Commerce City, California | with the California |
| CA74 | Compton City, California | State-Subdivision |
| CA75 | Concord City, California | Agreement. |
| CA76 | Contra Costa County, California | |
| CA77 | Corcoran City, California | |
| CA78 | Corona City, California | |
| CA79 | Coronado City, California | |
| CA80 | Costa Mesa City, California | |
| CA81 | Covina City, California | |
| CA82 | Cudahy City, California | |
| CA83 | Culver City, California | |
| CA84 | Cupertino City, California | |
| CA85 | Cypress City, California | |
| CA86 | Daly City, California | |
| CA87 | Dana Point City, California | |
| CA88 | Danville Town, California | |
| CA89 | Davis City, California | |
| CA90 | Del Norte County, California | |
| CA91 | Delano City, California | |
| CA92 | Desert Hot Springs City, California | |
| CA93 | Diamond Bar City, California | |
| CA94 | Dinuba City, California | |
| CA95 | Dixon City, California | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA96 | Downey City, California | |
| CA97 | Duarte City, California | |
| CA98 | Dublin City, California | |
| CA99 | East Palo Alto City, California | |
| CA100 | Eastvale City, California | |
| CA101 | El Cajon City, California | |
| CA102 | El Centro City, California | |
| CA103 | El Cerrito City, California | |
| CA104 | El Dorado County, California | |
| CA105 | El Monte City, California | |
| CA106 | El Paso De Robles (Paso Robles) City, California | |
| CA107 | El Segundo City, California | |
| CA108 | Elk Grove City, California | |
| CA109 | Emeryville City, California | |
| CA110 | Encinitas City, California | |
| CA111 | Escondido City, California | |
| CA112 | Eureka City, California | |
| CA113 | Exeter City, California | |
| CA114 | Fairfield City, California | |
| CA115 | Farmersville City, California | |
| CA116 | Fillmore City, California | |
| CA117 | Folsom City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA118 | Fontana City, California | |
| CA119 | Fortuna City, California | |
| CA120 | Foster City, California | |
| CA121 | Fountain Valley City, California | |
| CA122 | Fremont City, California | |
| CA123 | Fresno City, California | |
| CA124 | Fresno County, California | |
| CA125 | Fullerton City, California | |
| CA126 | Galt City, California | |
| CA127 | Garden Grove City, California | |
| CA128 | Gardena City, California | |
| CA129 | Gilroy City, California | |
| CA130 | Glendale City, California | |
| CA131 | Glendora City, California | |
| CA132 | Glenn County, California | |
| CA133 | Goleta City, California | |
| CA134 | Grand Terrace City, California | |
| CA135 | Grass Valley City, California | |
| CA136 | Greenfield City, California | |
| CA137 | Grover Beach City, California | |
| CA138 | Half Moon Bay City, California | |
| CA139 | Hanford City, California | |
| CA140 | Hawaiian Gardens City, California | |
| CA141 | Hawthorne City, California | |

Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.                    3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA142 | Hayward City, California | |
| CA143 | Healdsburg City, California | |
| CA144 | Hemet City, California | |
| CA145 | Hercules City, California | |
| CA146 | Hermosa Beach City, California | |
| CA147 | Hesperia City, California | |
| CA148 | Highland City, California | |
| CA149 | Hillsborough Town, California | |
| CA150 | Hollister City, California | |
| CA151 | Humboldt County, California | |
| CA152 | Huntington Beach City, California | |
| CA153 | Huntington Park City, California | |
| CA154 | Imperial Beach City, California | |
| CA155 | Imperial City, California | |
| CA156 | Imperial County, California | |
| CA157 | Indio City, California | |
| CA158 | Inglewood City, California | |
| CA159 | Inyo County, California | |
| CA160 | Irvine City, California | |
| CA161 | Jurupa Valley City, California | |
| CA162 | Kerman City, California | |
| CA163 | Kern County, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA164 | King City, California | |
| CA165 | Kings County, California | |
| CA166 | Kingsburg City, California | |
| CA167 | La Cañada Flintridge City, California | |
| CA168 | La Habra City, California | |
| CA169 | La Mesa City, California | |
| CA170 | La Mirada City, California | |
| CA171 | La Palma City, California | |
| CA172 | La Puente City, California | |
| CA173 | La Quinta City, California | |
| CA174 | La Verne City, California | |
| CA175 | Lafayette City, California | |
| CA176 | Laguna Beach City, California | |
| CA177 | Laguna Hills City, California | |
| CA178 | Laguna Niguel City, California | |
| CA179 | Laguna Woods City, California | |
| CA180 | Lake County, California | |
| CA181 | Lake Elsinore City, California | |
| CA182 | Lake Forest City, California | |
| CA183 | Lakeport City, California | |
| CA184 | Lakewood City, California | |
| CA185 | Lancaster City, California | |
| CA186 | Larkspur City, California | |
| CA187 | Lassen County, California | |
| CA188 | Lathrop City, California | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA189 | Lawndale City, California | |
| CA190 | Lemon Grove City, California | |
| CA191 | Lemoore City, California | |
| CA192 | Lincoln City, California | |
| CA193 | Lindsay City, California | |
| CA194 | Livermore City, California | |
| CA195 | Livingston City, California | |
| CA196 | Lodi City, California | |
| CA197 | Loma Linda City, California | |
| CA198 | Lomita City, California | |
| CA199 | Lompoc City, California | |
| CA200 | Long Beach City, California | |
| CA201 | Los Alamitos City, California | |
| CA202 | Los Altos City, California | |
| CA203 | Los Angeles City, California | |
| CA204 | Los Angeles County, California | |
| CA205 | Los Banos City, California | |
| CA206 | Los Gatos Town, California | |
| CA207 | Lynwood City, California | |
| CA208 | Madera City, California | |
| CA209 | Madera County, California | |
| CA210 | Malibu City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA211 | Manhattan Beach City, California | |
| CA212 | Manteca City, California | |
| CA213 | Marin County, California | |
| CA214 | Marina City, California | |
| CA215 | Mariposa County, California | |
| CA216 | Martinez City, California | |
| CA217 | Marysville City, California | |
| CA218 | Maywood City, California | |
| CA219 | McFarland City, California | |
| CA220 | Mendocino County, California | |
| CA221 | Mendota City, California | |
| CA222 | Menifee City, California | |
| CA223 | Menlo Park City, California | |
| CA224 | Merced City, California | |
| CA225 | Merced County, California | |
| CA226 | Mill Valley City, California | |
| CA227 | Millbrae City, California | |
| CA228 | Milpitas City, California | |
| CA229 | Mission Viejo City, California | |
| CA230 | Modesto City, California | |
| CA231 | Modoc County, California | |
| CA232 | Mono County, California | |
| CA233 | Monrovia City, California | |
| CA234 | Montclair City, California | |
| CA235 | Montebello City, California | |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA236 | Monterey City, California | |
| CA237 | Monterey County, California | |
| CA238 | Monterey Park City, California | |
| CA239 | Moorpark City, California | |
| CA240 | Moraga Town, California | |
| CA241 | Moreno Valley City, California | |
| CA242 | Morgan Hill City, California | |
| CA243 | Morro Bay City, California | |
| CA244 | Mountain View City, California | |
| CA245 | Murrieta City, California | |
| CA246 | Napa City, California | |
| CA247 | Napa County, California | |
| CA248 | National City, California | |
| CA249 | Nevada County, California | |
| CA250 | Newark City, California | |
| CA251 | Newman City, California | |
| CA252 | Newport Beach City, California | |
| CA253 | Norco City, California | |
| CA254 | Norwalk City, California | |
| CA255 | Novato City, California | |
| CA256 | Oakdale City, California | |
| CA257 | Oakland City, California | Allocations in California will be made in accordance with the California State-Subdivision Agreement. |
| CA258 | Oakley City, California | |
| CA259 | Oceanside City, California | |
| CA260 | Ontario City, California | |
| CA261 | Orange City, California | |
| CA262 | Orange County, California | |
| CA263 | Orange Cove City, California | |
| CA264 | Orinda City, California | |
| CA265 | Oroville City, California | |
| CA266 | Oxnard City, California | |
| CA267 | Pacific Grove City, California | |
| CA268 | Pacifica City, California | |
| CA269 | Palm Desert City, California | |
| CA270 | Palm Springs City, California | |
| CA271 | Palmdale City, California | |
| CA272 | Palo Alto City, California | |
| CA273 | Palos Verdes Estates City, California | |
| CA274 | Paramount City, California | |
| CA275 | Parlier City, California | |
| CA276 | Pasadena City, California | |
| CA277 | Patterson City, California | |
| CA278 | Perris City, California | |
| CA279 | Petaluma City, California | |
| CA280 | Pico Rivera City, California | |
| CA281 | Piedmont City, California | |
| CA282 | Pinole City, California | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA283 | Pittsburg City, California | |
| CA284 | Placentia City, California | |
| CA285 | Placer County, California | |
| CA286 | Placerville City, California | |
| CA287 | Pleasant Hill City, California | |
| CA288 | Pleasanton City, California | |
| CA289 | Plumas County, California | |
| CA290 | Pomona City, California | |
| CA291 | Port Hueneme City, California | |
| CA292 | Porterville City, California | |
| CA293 | Poway City, California | |
| CA294 | Rancho Cordova City, California | |
| CA295 | Rancho Cucamonga City, California | |
| CA296 | Rancho Mirage City, California | |
| CA297 | Rancho Palos Verdes City, California | |
| CA298 | Rancho Santa Margarita City, California | |
| CA299 | Red Bluff City, California | |
| CA300 | Redding City, California | |
| CA301 | Redlands City, California | |
| CA302 | Redondo Beach City, California | |
| CA303 | Redwood City, California | Allocations in |
| CA304 | Reedley City, California | California will be |
| CA305 | Rialto City, California | made in accordance |
| CA306 | Richmond City, California | with the California |
| CA307 | Ridgecrest City, California | State-Subdivision |
| CA308 | Ripon City, California | Agreement. |
| CA309 | Riverbank City, California | |
| CA310 | Riverside City, California | |
| CA311 | Riverside County, California | |
| CA312 | Rocklin City, California | |
| CA313 | Rohnert Park City, California | |
| CA314 | Rosemead City, California | |
| CA315 | Roseville City, California | |
| CA316 | Sacramento City, California | |
| CA317 | Sacramento County, California | |
| CA318 | Salinas City, California | |
| CA319 | San Anselmo Town, California | |
| CA320 | San Benito County, California | |
| CA321 | San Bernardino City, California | |
| CA322 | San Bernardino County, California | |
| CA323 | San Bruno City, California | |
| CA324 | San Buenaventura (Ventura) City, California | |
| CA325 | San Carlos City, California | |
| CA326 | San Clemente City, California | |
| CA327 | San Diego City, California | |
| CA328 | San Diego County, California | |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.  3.25.22**

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA329 | San Dimas City, California | |
| CA330 | San Fernando City, California | |
| CA331 | San Francisco City, California | |
| CA332 | San Gabriel City, California | |
| CA333 | San Jacinto City, California | |
| CA334 | San Joaquin County, California | |
| CA335 | San Jose City, California | |
| CA336 | San Juan Capistrano City, California | |
| CA337 | San Leandro City, California | |
| CA338 | San Luis Obispo City, California | |
| CA339 | San Luis Obispo County, California | |
| CA340 | San Marcos City, California | |
| CA341 | San Marino City, California | |
| CA342 | San Mateo City, California | |
| CA343 | San Mateo County, California | |
| CA344 | San Pablo City, California | |
| CA345 | San Rafael City, California | |
| CA346 | San Ramon City, California | |
| CA347 | Sanger City, California | |
| CA348 | Santa Ana City, California | |
| CA349 | Santa Barbara City, California | |
| CA350 | Santa Barbara County, California | Allocations in |
| CA351 | Santa Clara City, California | California will be |
| CA352 | Santa Clara County, California | made in accordance |
| CA353 | Santa Clarita City, California | with the California |
| CA354 | Santa Cruz City, California | State-Subdivision |
| CA355 | Santa Cruz County, California | Agreement. |
| CA356 | Santa Fe Springs City, California | |
| CA357 | Santa Maria City, California | |
| CA358 | Santa Monica City, California | |
| CA359 | Santa Paula City, California | |
| CA360 | Santa Rosa City, California | |
| CA361 | Santee City, California | |
| CA362 | Saratoga City, California | |
| CA363 | Scotts Valley City, California | |
| CA364 | Seal Beach City, California | |
| CA365 | Seaside City, California | |
| CA366 | Selma City, California | |
| CA367 | Shafter City, California | |
| CA368 | Shasta County, California | |
| CA369 | Shasta Lake City, California | |
| CA371 | Sierra Madre City, California | |
| CA372 | Signal Hill City, California | |
| CA373 | Simi Valley City, California | |
| CA374 | Siskiyou County, California | |
| CA375 | Solana Beach City, California | |
| CA376 | Solano County, California | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA377 | Soledad City, California | |
| CA378 | Sonoma City, California | |
| CA379 | Sonoma County, California | |
| CA380 | South El Monte City, California | |
| CA381 | South Gate City, California | |
| CA382 | South Lake Tahoe City, California | |
| CA383 | South Pasadena City, California | |
| CA384 | South San Francisco City, California | |
| CA385 | Stanislaus County, California | |
| CA386 | Stanton City, California | |
| CA387 | Stockton City, California | |
| CA388 | Suisun City, California | |
| CA389 | Sunnyvale City, California | |
| CA390 | Susanville City, California | |
| CA391 | Sutter County, California | |
| CA392 | Tehachapi City, California | |
| CA393 | Tehama County, California | |
| CA394 | Temecula City, California | |
| CA395 | Temple City, California | |
| CA396 | Thousand Oaks City, California | |
| CA397 | Torrance City, California | |
| CA398 | Tracy City, California | Allocations in |
| CA399 | Trinity County, California | California will be |
| CA400 | Truckee Town, California | made in accordance |
| CA401 | Tulare City, California | with the California |
| CA402 | Tulare County, California | State-Subdivision |
| CA403 | Tuolumne County, California | Agreement. |
| CA404 | Turlock City, California | |
| CA405 | Tustin City, California | |
| CA406 | Twentynine Palms City, California | |
| CA407 | Ukiah City, California | |
| CA408 | Union City, California | |
| CA409 | Upland City, California | |
| CA410 | Vacaville City, California | |
| CA411 | Vallejo City, California | |
| CA412 | Ventura County, California | |
| CA413 | Victorville City, California | |
| CA414 | Visalia City, California | |
| CA415 | Vista City, California | |
| CA416 | Walnut City, California | |
| CA417 | Walnut Creek City, California | |
| CA418 | Wasco City, California | |
| CA419 | Watsonville City, California | |
| CA420 | West Covina City, California | |
| CA421 | West Hollywood City, California | |
| CA422 | West Sacramento City, California | |
| CA423 | Westminster City, California | |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CA424 | Whittier City, California | |
| CA425 | Wildomar City, California | |
| CA426 | Windsor Town, California | Allocations in |
| CA427 | Woodland City, California | California will be |
| CA428 | Yolo County, California | made in accordance |
| CA429 | Yorba Linda City, California | with the California |
| CA430 | Yuba City, California | State-Subdivision |
| CA431 | Yuba County, California | Agreement. |
| CA432 | Yucaipa City, California | |
| CA433 | Yucca Valley Town, California | |

**Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.   3.25.22**

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO1 | Adams County, Colorado | 6.4563067236% |
| CO2 | Alamosa City, Colorado | 0.0745910871% |
| CO3 | Alamosa County, Colorado | 0.4334718288% |
| CO4 | Arapahoe County, Colorado | 4.8467256550% |
| CO5 | Archuleta County, Colorado | 0.1370425096% |
| CO6 | Arvada City, Colorado | 1.2841799450% |
| CO7 | Aurora City, Colorado | 4.2914496137% |
| CO8 | Baca County, Colorado | 0.0592396985% |
| CO9 | Bent County, Colorado | 0.1133427512% |
| CO10 | Black Hawk City, Colorado | 0.0260393489% |
| CO11 | Boulder City, Colorado | 1.8402051032% |
| CO12 | Boulder County, Colorado | 2.8040191342% |
| CO13 | Brighton City, Colorado | 0.1405791210% |
| CO14 | Broomfield City, Colorado | 1.0013917112% |
| CO15 | Cañon City, Colorado | 0.3070751207% |
| CO16 | Castle Pines City, Colorado | 0.0073662408% |
| CO17 | Castle Rock Town, Colorado | 0.4961417855% |
| CO18 | Centennial City, Colorado | 0.0476600277% |
| CO19 | Chaffee County, Colorado | 0.3604069298% |
| CO20 | Cheyenne County, Colorado | 0.0159109271% |
| CO21 | Clear Creek County, Colorado | 0.1380433961% |
| CO22 | Colorado Springs City, Colorado | 9.6056573895% |
| CO23 | Commerce City, Colorado | 0.4459216299% |
| CO24 | Conejos County, Colorado | 0.2108486947% |
| CO25 | Costilla County, Colorado | 0.0552334207% |
| CO26 | Crowley County, Colorado | 0.0933584380% |
| CO27 | Custer County, Colorado | 0.0412185507% |
| CO28 | Delta County, Colorado | 0.5440118792% |
| CO29 | Denver City, Colorado | 15.0041699144% |
| CO30 | Dolores County, Colorado | 0.0352358134% |
| CO31 | Douglas County, Colorado | 2.6394119072% |
| CO32 | Durango City, Colorado | 0.2380966286% |
| CO33 | Eagle County, Colorado | 0.6187127797% |
| CO34 | El Paso County, Colorado | 2.2654220766% |
| CO35 | Elbert County, Colorado | 0.2804372613% |
| CO36 | Englewood City, Colorado | 0.6035403160% |
| CO37 | Erie Town, Colorado | 0.0550006818% |
| CO38 | Evans City, Colorado | 0.1783043118% |
| CO39 | Federal Heights City, Colorado | 0.1079698153% |
| CO40 | Firestone Town, Colorado | 0.0578836029% |
| CO41 | Fort Collins City, Colorado | 1.1954809288% |
| CO42 | Fort Morgan City, Colorado | 0.1301284524% |
| CO43 | Fountain City, Colorado | 0.1186014119% |
| CO44 | Frederick Town, Colorado | 0.0483214578% |
| CO45 | Fremont County, Colorado | 0.6866476799% |
| CO46 | Fruita City, Colorado | 0.0482720145% |
| CO47 | Garfield County, Colorado | 0.8376446894% |
| CO48 | Gilpin County, Colorado | 0.0300906083% |
| CO49 | Golden City, Colorado | 0.3661894352% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO50 | Grand County, Colorado | 0.2036540033% |
| CO51 | Grand Junction City, Colorado | 1.0740385726% |
| CO52 | Greeley City, Colorado | 1.2128607699% |
| CO53 | Greenwood Village City, Colorado | 0.3058723632% |
| CO54 | Gunnison County, Colorado | 0.1912939834% |
| CO55 | Hinsdale County, Colorado | 0.0112390306% |
| CO56 | Hudson Town, Colorado | 0.0002554118% |
| CO57 | Huerfano County, Colorado | 0.2504945278% |
| CO58 | Jackson County, Colorado | 0.0309834115% |
| CO59 | Jefferson County, Colorado | 6.2301417879% |
| CO60 | Johnstown, Colorado | 0.0880406820% |
| CO61 | Kiowa County, Colorado | 0.0142237522% |
| CO62 | Kit Carson County, Colorado | 0.0939715175% |
| CO63 | La Plata County, Colorado | 0.5745585865% |
| CO64 | Lafayette City, Colorado | 0.1923606122% |
| CO65 | Lake County, Colorado | 0.0989843273% |
| CO66 | Lakewood City, Colorado | 1.6765864702% |
| CO67 | Larimer County, Colorado | 3.6771380213% |
| CO68 | Las Animas County, Colorado | 0.6303942510% |
| CO69 | Lincoln County, Colorado | 0.0819433053% |
| CO70 | Littleton City, Colorado | 0.9911426404% |
| CO71 | Logan County, Colorado | 0.2819912214% |
| CO72 | Lone Tree City, Colorado | 0.1937076023% |
| CO73 | Longmont City, Colorado | 0.8513027113% |
| CO74 | Louisville City, Colorado | 0.0837469407% |
| CO75 | Loveland City, Colorado | 1.5095861119% |
| CO76 | Mesa County, Colorado | 1.7687427882% |
| CO77 | Mineral County, Colorado | 0.0039157682% |
| CO78 | Moffat County, Colorado | 0.2325862894% |
| CO79 | Montezuma County, Colorado | 0.4428801804% |
| CO80 | Montrose City, Colorado | 0.0375815957% |
| CO81 | Montrose County, Colorado | 0.5319658200% |
| CO82 | Morgan County, Colorado | 0.3376035258% |
| CO83 | Northglenn City, Colorado | 0.1972243635% |
| CO84 | Otero County, Colorado | 0.4486069596% |
| CO85 | Ouray County, Colorado | 0.0534887895% |
| CO86 | Park County, Colorado | 0.1673691348% |
| CO87 | Parker Town, Colorado | 0.3247124678% |
| CO88 | Phillips County, Colorado | 0.0713973011% |
| CO89 | Pitkin County, Colorado | 0.1746622577% |
| CO90 | Prowers County, Colorado | 0.1726881656% |
| CO91 | Pueblo City, Colorado | 2.5730616529% |
| CO92 | Pueblo County, Colorado | 3.1025919095% |
| CO93 | Rio Blanco County, Colorado | 0.1012968741% |
| CO94 | Rio Grande County, Colorado | 0.2526177695% |
| CO95 | Routt County, Colorado | 0.2323178565% |
| CO96 | Saguache County, Colorado | 0.0666194156% |
| CO97 | San Juan County, Colorado | 0.0097000947% |
| CO98 | San Miguel County, Colorado | 0.1004727271% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CO99 | Sedgwick County, Colorado | 0.0618109352% |
| CO100 | Sheridan City, Colorado | 0.2306795787% |
| CO101 | Steamboat Springs City, Colorado | 0.1513646932% |
| CO102 | Sterling City, Colorado | 0.0995110857% |
| CO103 | Summit County, Colorado | 0.3761345614% |
| CO104 | Superior Town, Colorado | 0.0014920421% |
| CO105 | Teller County, Colorado | 0.6218972779% |
| CO106 | Thornton City, Colorado | 1.0031200434% |
| CO107 | Washington County, Colorado | 0.0356553080% |
| CO108 | Weld County, Colorado | 2.2921158443% |
| CO109 | Wellington Town, Colorado | 0.0235131848% |
| CO110 | Westminster City, Colorado | 1.1920065086% |
| CO111 | Wheat Ridge City, Colorado | 0.3438324783% |
| CO112 | Windsor Town, Colorado | 0.0900350795% |
| CO113 | Yuma County, Colorado | 0.0992146077% |

Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution. 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT1 | Andover Town, Connecticut | 0.0513214640% |
| CT2 | Ansonia City, Connecticut | 0.5316052437% |
| CT3 | Ashford Town, Connecticut | 0.1096965130% |
| CT4 | Avon Town, Connecticut | 0.5494886534% |
| CT5 | Barkhamsted Town, Connecticut | 0.0620629520% |
| CT6 | Beacon Falls Town, Connecticut | 0.1953947308% |
| CT7 | Berlin Town, Connecticut | 0.5215629385% |
| CT8 | Bethany Town, Connecticut | 0.1039156068% |
| CT9 | Bethel Town, Connecticut | 0.3522422145% |
| CT10 | Bethlehem Town, Connecticut | 0.0078647202% |
| CT11 | Bloomfield Town, Connecticut | 0.4888368136% |
| CT12 | Bolton Town, Connecticut | 0.1520831395% |
| CT13 | Bozrah Town, Connecticut | 0.0582057867% |
| CT14 | Branford Town, Connecticut | 0.8903816954% |
| CT15 | Bridgeport City, Connecticut | 3.2580743095% |
| CT16 | Bridgewater Town, Connecticut | 0.0118125935% |
| CT17 | Bristol City, Connecticut | 1.3355768908% |
| CT18 | Brookfield Town, Connecticut | 0.3087903124% |
| CT19 | Brooklyn Town, Connecticut | 0.1880661562% |
| CT20 | Burlington Town, Connecticut | 0.2348761319% |
| CT21 | Canaan Town, Connecticut | 0.0343343640% |
| CT22 | Canterbury Town, Connecticut | 0.1354310071% |
| CT23 | Canton Town, Connecticut | 0.2669011966% |
| CT24 | Chaplin Town, Connecticut | 0.0523959290% |
| CT25 | Cheshire Town, Connecticut | 0.9783113499% |
| CT26 | Chester Town, Connecticut | 0.0772387574% |
| CT27 | Clinton Town, Connecticut | 0.5348726093% |
| CT28 | Colchester Town, Connecticut | 0.6134395770% |
| CT29 | Colebrook Town, Connecticut | 0.0296870114% |
| CT30 | Columbia Town, Connecticut | 0.1005666237% |
| CT31 | Cornwall Town, Connecticut | 0.0486027928% |
| CT32 | Coventry Town, Connecticut | 0.3460011479% |
| CT33 | Cromwell Town, Connecticut | 0.4750451453% |
| CT34 | Danbury City, Connecticut | 1.1556465907% |
| CT35 | Darien Town, Connecticut | 0.6429649345% |
| CT36 | Deep River Town, Connecticut | 0.0924563595% |
| CT37 | Derby City, Connecticut | 0.3503125449% |
| CT38 | Durham Town, Connecticut | 0.0079309232% |
| CT39 | East Granby Town, Connecticut | 0.1455975170% |
| CT40 | East Haddam Town, Connecticut | 0.3145696377% |
| CT41 | East Hampton Town, Connecticut | 0.4637546663% |
| CT42 | East Hartford Town, Connecticut | 1.2645454069% |
| CT43 | East Haven Town, Connecticut | 0.8590923735% |
| CT44 | East Lyme Town, Connecticut | 0.6375826296% |
| CT45 | East Windsor Town, Connecticut | 0.2419743793% |
| CT46 | Eastford Town, Connecticut | 0.0446651958% |
| CT47 | Easton Town, Connecticut | 0.1354961231% |
| CT48 | Ellington Town, Connecticut | 0.4010047839% |
| CT49 | Enfield Town, Connecticut | 0.9173431190% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT50 | Essex Town, Connecticut | 0.1431870357% |
| CT51 | Fairfield Town, Connecticut | 1.4212308415% |
| CT52 | Farmington Town, Connecticut | 0.6572091547% |
| CT53 | Franklin Town, Connecticut | 0.0446032416% |
| CT54 | Glastonbury Town, Connecticut | 1.0420644550% |
| CT55 | Goshen Town, Connecticut | 0.0030464255% |
| CT56 | Granby Town, Connecticut | 0.2928405247% |
| CT57 | Greenwich Town, Connecticut | 1.5644702467% |
| CT58 | Griswold Town, Connecticut | 0.3865570141% |
| CT59 | Groton Town, Connecticut | 1.4033874500% |
| CT60 | Guilford Town, Connecticut | 0.8399392493% |
| CT61 | Haddam Town, Connecticut | 0.0151716553% |
| CT62 | Hamden Town, Connecticut | 1.7724359413% |
| CT63 | Hampton Town, Connecticut | 0.0429454985% |
| CT64 | Hartford City, Connecticut | 5.3268549899% |
| CT65 | Hartland Town, Connecticut | 0.0359782738% |
| CT66 | Harwinton Town, Connecticut | 0.0126363764% |
| CT67 | Hebron Town, Connecticut | 0.1593443254% |
| CT68 | Kent Town, Connecticut | 0.0835899976% |
| CT69 | Killingly Town, Connecticut | 0.6116898413% |
| CT70 | Killingworth Town, Connecticut | 0.2652963170% |
| CT71 | Lebanon Town, Connecticut | 0.2746607824% |
| CT72 | Ledyard Town, Connecticut | 0.5514380850% |
| CT73 | Lisbon Town, Connecticut | 0.1156355161% |
| CT74 | Litchfield Town, Connecticut | 0.3481982974% |
| CT75 | Lyme Town, Connecticut | 0.0023141411% |
| CT76 | Madison Town, Connecticut | 0.7594223560% |
| CT77 | Manchester Town, Connecticut | 1.3929765818% |
| CT78 | Mansfield Town, Connecticut | 0.3058754037% |
| CT79 | Marlborough Town, Connecticut | 0.0766010346% |
| CT80 | Meriden City, Connecticut | 1.8508778149% |
| CT81 | Middlebury Town, Connecticut | 0.0276033951% |
| CT82 | Middlefield Town, Connecticut | 0.0075627554% |
| CT83 | Middletown City, Connecticut | 1.5343128975% |
| CT84 | Milford City, Connecticut | 1.8215679630% |
| CT85 | Monroe Town, Connecticut | 0.4307375445% |
| CT86 | Montville Town, Connecticut | 0.5806185940% |
| CT87 | Morris Town, Connecticut | 0.0099785725% |
| CT88 | Naugatuck Borough, Connecticut | 1.0644527326% |
| CT89 | New Britain City, Connecticut | 1.5740557511% |
| CT90 | New Canaan Town, Connecticut | 0.6136187204% |
| CT91 | New Fairfield Town, Connecticut | 0.2962030448% |
| CT92 | New Hartford Town, Connecticut | 0.1323482193% |
| CT93 | New Haven City, Connecticut | 5.8061427601% |
| CT94 | New London City, Connecticut | 1.0536729060% |
| CT95 | New Milford Town, Connecticut | 1.0565475001% |
| CT96 | Newington Town, Connecticut | 0.7132456565% |
| CT97 | Newtown, Connecticut | 0.5964476353% |
| CT98 | Norfolk Town, Connecticut | 0.0442819100% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT99 | North Branford Town, Connecticut | 0.4795791623% |
| CT100 | North Canaan Town, Connecticut | 0.0913148022% |
| CT101 | North Haven Town, Connecticut | 0.7922543069% |
| CT102 | North Stonington Town, Connecticut | 0.1803885830% |
| CT103 | Norwalk City, Connecticut | 1.5918210823% |
| CT104 | Norwich City, Connecticut | 1.1639182124% |
| CT105 | Old Lyme Town, Connecticut | 0.0247921386% |
| CT106 | Old Saybrook Town, Connecticut | 0.4181170767% |
| CT107 | Orange Town, Connecticut | 0.3683598812% |
| CT108 | Oxford Town, Connecticut | 0.3955127994% |
| CT109 | Plainfield Town, Connecticut | 0.5352043161% |
| CT110 | Plainville Town, Connecticut | 0.3937549612% |
| CT111 | Plymouth Town, Connecticut | 0.4213382978% |
| CT112 | Pomfret Town, Connecticut | 0.1174722050% |
| CT113 | Portland Town, Connecticut | 0.3205523149% |
| CT114 | Preston Town, Connecticut | 0.1319895374% |
| CT115 | Prospect Town, Connecticut | 0.3056173107% |
| CT116 | Putnam Town, Connecticut | 0.2953254103% |
| CT117 | Redding Town, Connecticut | 0.1726435223% |
| CT118 | Ridgefield Town, Connecticut | 0.6645173744% |
| CT119 | Rocky Hill Town, Connecticut | 0.3929175425% |
| CT120 | Roxbury Town, Connecticut | 0.0037924445% |
| CT121 | Salem Town, Connecticut | 0.1075219911% |
| CT122 | Salisbury Town, Connecticut | 0.1052257347% |
| CT123 | Scotland Town, Connecticut | 0.0395212218% |
| CT124 | Seymour Town, Connecticut | 0.5301171581% |
| CT125 | Sharon Town, Connecticut | 0.0761294123% |
| CT126 | Shelton City, Connecticut | 0.5601099879% |
| CT127 | Sherman Town, Connecticut | 0.0494382353% |
| CT128 | Simsbury Town, Connecticut | 0.6988446241% |
| CT129 | Somers Town, Connecticut | 0.2491740063% |
| CT130 | South Windsor Town, Connecticut | 0.7310935932% |
| CT131 | Southbury Town, Connecticut | 0.0581965974% |
| CT132 | Southington Town, Connecticut | 0.9683065927% |
| CT133 | Sprague Town, Connecticut | 0.0874709763% |
| CT134 | Stafford Town, Connecticut | 0.3388202949% |
| CT135 | Stamford City, Connecticut | 2.9070395589% |
| CT136 | Sterling Town, Connecticut | 0.0949826467% |
| CT137 | Stonington Town, Connecticut | 0.5576891315% |
| CT138 | Stratford Town, Connecticut | 0.9155695700% |
| CT139 | Suffield Town, Connecticut | 0.3402792315% |
| CT140 | Thomaston Town, Connecticut | 0.2664061562% |
| CT141 | Thompson Town, Connecticut | 0.2673479187% |
| CT142 | Tolland Town, Connecticut | 0.4342020371% |
| CT143 | Torrington City, Connecticut | 1.3652460176% |
| CT144 | Trumbull Town, Connecticut | 0.7617744403% |
| CT145 | Union Town, Connecticut | 0.0153941764% |
| CT146 | Vernon Town, Connecticut | 0.7027162157% |
| CT147 | Voluntown, Connecticut | 0.0733181557% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| CT148 | Wallingford Town, Connecticut | 1.5350353996% |
| CT149 | Warren Town, Connecticut | 0.0489758024% |
| CT150 | Washington Town, Connecticut | 0.1553517897% |
| CT151 | Waterbury City, Connecticut | 4.6192219654% |
| CT152 | Waterford Town, Connecticut | 0.7608802056% |
| CT153 | Watertown, Connecticut | 0.6868118808% |
| CT154 | West Hartford Town, Connecticut | 1.6216697477% |
| CT155 | West Haven City, Connecticut | 1.4026972589% |
| CT156 | Westbrook Town, Connecticut | 0.2586999280% |
| CT157 | Weston Town, Connecticut | 0.3664201329% |
| CT158 | Westport Town, Connecticut | 0.8921084083% |
| CT159 | Wethersfield Town, Connecticut | 0.6208707168% |
| CT160 | Willington Town, Connecticut | 0.0975268185% |
| CT161 | Wilton Town, Connecticut | 0.6378099925% |
| CT162 | Winchester Town, Connecticut | 0.3760305376% |
| CT163 | Windham Town, Connecticut | 1.0108949901% |
| CT164 | Windsor Locks Town, Connecticut | 0.3174167624% |
| CT165 | Windsor Town, Connecticut | 0.7548324123% |
| CT166 | Wolcott Town, Connecticut | 0.5443693820% |
| CT167 | Woodbridge Town, Connecticut | 0.2435300513% |
| CT168 | Woodbury Town, Connecticut | 0.3411988605% |
| CT169 | Woodmont Borough, Connecticut | 0.0173159412% |
| CT170 | Woodstock Town, Connecticut | 0.1817110623% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| DE1 | Dover City, Delaware | 25.00000000%<br>($1.00) |
| DE2 | Kent County, Delaware | 25.00000000%<br>($1.00) |
| DE3 | Middletown, Delaware | 0.0000000000% |
| DE4 | Milford City, Delaware | 0.0000000000% |
| DE5 | New Castle County, Delaware | 0.0000000000% |
| DE6 | Newark City, Delaware | 0.0000000000% |
| DE7 | Seaford City, Delaware | 25.00000000%<br>($1.00) |
| DE8 | Smyrna Town, Delaware | 0.0000000000% |
| DE9 | Sussex County, Delaware | 25.00000000%<br>($1.00) |
| DE10 | Wilmington City, Delaware | 0.0000000000% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| FL1 | Alachua County, Florida | 0.8594613234% |
| FL2 | Altamonte Springs City, Florida | 0.0813054302% |
| FL3 | Apopka City, Florida | 0.0972154704% |
| FL4 | Atlantic Beach City, Florida | 0.0388916664% |
| FL5 | Auburndale City, Florida | 0.0286367831% |
| FL6 | Aventura City, Florida | 0.0246200756% |
| FL7 | Avon Park City, Florida | 0.0258288737% |
| FL8 | Baker County, Florida | 0.1931736622% |
| FL9 | Bartow City, Florida | 0.0439725748% |
| FL10 | Bay County, Florida | 0.5394465693% |
| FL11 | Belle Glade City, Florida | 0.0208278128% |
| FL12 | Boca Raton City, Florida | 0.4720689632% |
| FL13 | Bonita Springs City, Florida | 0.0173754580% |
| FL14 | Boynton Beach City, Florida | 0.3064979246% |
| FL15 | Bradenton City, Florida | 0.3799303249% |
| FL16 | Bradford County, Florida | 0.1894834807% |
| FL17 | Brevard County, Florida | 2.3870763525% |
| FL18 | Broward County, Florida | 4.0626227708% |
| FL19 | Calhoun County, Florida | 0.0471282181% |
| FL20 | Callaway City, Florida | 0.0249535015% |
| FL21 | Cape Canaveral City, Florida | 0.0455607190% |
| FL22 | Cape Coral City, Florida | 0.7144300110% |
| FL23 | Casselberry City, Florida | 0.0800352962% |
| FL24 | Charlotte County, Florida | 0.6902251426% |
| FL25 | Citrus County, Florida | 0.9696466473% |
| FL26 | Clay County, Florida | 1.1934300121% |
| FL27 | Clearwater City, Florida | 0.6338625372% |
| FL28 | Clermont City, Florida | 0.0759095348% |
| FL29 | Cocoa Beach City, Florida | 0.0843632048% |
| FL30 | Cocoa City, Florida | 0.1492447199% |
| FL31 | Coconut Creek City, Florida | 0.1011309318% |
| FL32 | Collier County, Florida | 1.3548224874% |
| FL33 | Columbia County, Florida | 0.3421221973% |
| FL34 | Cooper City, Florida | 0.0739363249% |
| FL35 | Coral Gables City, Florida | 0.0717799422% |
| FL36 | Coral Springs City, Florida | 0.3234064085% |
| FL37 | Crestview City, Florida | 0.0704397566% |
| FL38 | Cutler Bay Town, Florida | 0.0094141463% |
| FL39 | Dania Beach City, Florida | 0.0178067890% |
| FL40 | Davie Town, Florida | 0.2669225293% |
| FL41 | Daytona Beach City, Florida | 0.4475559985% |
| FL42 | Daytona Beach Shores City, Florida | 0.0397433158% |
| FL43 | De Soto County, Florida | 0.1136404205% |
| FL44 | Debary City, Florida | 0.0352833296% |
| FL45 | Deerfield Beach City, Florida | 0.2024233562% |
| FL46 | Deland City, Florida | 0.0989845542% |
| FL47 | Delray Beach City, Florida | 0.3518466005% |
| FL48 | Deltona City, Florida | 0.1993292304% |
| FL49 | Destin City, Florida | 0.0146783092% |

G-37

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| FL50 | Dixie County, Florida | 0.1037443927% |
| FL51 | Doral City, Florida | 0.0139780477% |
| FL52 | Dunedin City, Florida | 0.1024411213% |
| FL53 | Eatonville Town, Florida | 0.0083256415% |
| FL54 | Edgewater City, Florida | 0.0580427172% |
| FL55 | Escambia County, Florida | 1.0109990610% |
| FL56 | Estero Village, Florida | 0.0120797555% |
| FL57 | Eustis City, Florida | 0.0419300395% |
| FL58 | Fernandina Beach City, Florida | 0.0831601989% |
| FL59 | Flagler County, Florida | 0.3050082484% |
| FL60 | Florida City, Florida | 0.0039287890% |
| FL61 | Fort Lauderdale City, Florida | 0.8305816295% |
| FL62 | Fort Myers City, Florida | 0.4310995634% |
| FL63 | Fort Pierce City, Florida | 0.1595358726% |
| FL64 | Fort Walton Beach City, Florida | 0.0778370605% |
| FL65 | Franklin County, Florida | 0.0499106708% |
| FL66 | Fruitland Park City, Florida | 0.0083820932% |
| FL67 | Gadsden County, Florida | 0.1236554705% |
| FL68 | Gainesville City, Florida | 0.3815982894% |
| FL69 | Gilchrist County, Florida | 0.0643335042% |
| FL70 | Glades County, Florida | 0.0406124963% |
| FL71 | Greenacres City, Florida | 0.0764248986% |
| FL72 | Groveland City, Florida | 0.0261531482% |
| FL73 | Gulf County, Florida | 0.0599141908% |
| FL74 | Gulfport City, Florida | 0.0478945547% |
| FL75 | Haines City, Florida | 0.0479847066% |
| FL76 | Hallandale Beach City, Florida | 0.1549505272% |
| FL77 | Hamilton County, Florida | 0.0479418005% |
| FL78 | Hardee County, Florida | 0.0671103643% |
| FL79 | Hendry County, Florida | 0.1444608951% |
| FL80 | Hernando County, Florida | 1.5100758996% |
| FL81 | Hialeah City, Florida | 0.0980156525% |
| FL82 | Hialeah Gardens City, Florida | 0.0054519294% |
| FL83 | Highlands County, Florida | 0.2931860386% |
| FL84 | Hillsborough County, Florida | 6.5231125308% |
| FL85 | Holly Hill City, Florida | 0.0316162444% |
| FL86 | Hollywood City, Florida | 0.5201647754% |
| FL87 | Holmes County, Florida | 0.0816118922% |
| FL88 | Homestead City, Florida | 0.0249353985% |
| FL89 | Indian River County, Florida | 0.6541177901% |
| FL90 | Jackson County, Florida | 0.1589357678% |
| FL91 | Jacksonville Beach City, Florida | 0.1004466852% |
| FL92 | Jacksonville City, Florida | 5.2956380196% |
| FL93 | Jefferson County, Florida | 0.0408207989% |
| FL94 | Jupiter Town, Florida | 0.1254666431% |
| FL95 | Key Biscayne Village, Florida | 0.0136838783% |
| FL96 | Key West City, Florida | 0.0880867779% |
| FL97 | Kissimmee City, Florida | 0.1623657708% |
| FL98 | Lady Lake Town, Florida | 0.0250481927% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| FL99 | Lafayette County, Florida | 0.0319113399% |
| FL100 | Lake City, Florida | 0.1046594391% |
| FL101 | Lake County, Florida | 0.7815478562% |
| FL102 | Lake Mary City, Florida | 0.0797674370% |
| FL103 | Lake Wales City, Florida | 0.0362931762% |
| FL104 | Lake Worth City, Florida | 0.1171459041% |
| FL105 | Lakeland City, Florida | 0.2948749206% |
| FL106 | Lantana Town, Florida | 0.0245078987% |
| FL107 | Largo City, Florida | 0.3741936498% |
| FL108 | Lauderdale Lakes City, Florida | 0.0626243040% |
| FL109 | Lauderhill City, Florida | 0.1443830721% |
| FL110 | Lee County, Florida | 2.1503874299% |
| FL111 | Leesburg City, Florida | 0.0913398906% |
| FL112 | Leon County, Florida | 0.4712019797% |
| FL113 | Levy County, Florida | 0.2511923208% |
| FL114 | Liberty County, Florida | 0.0193986191% |
| FL115 | Lighthouse Point City, Florida | 0.0291322827% |
| FL116 | Longwood City, Florida | 0.0617091669% |
| FL117 | Lynn Haven City, Florida | 0.0392057816% |
| FL118 | Madison County, Florida | 0.0635403309% |
| FL119 | Maitland City, Florida | 0.0467282451% |
| FL120 | Manatee County, Florida | 2.2885234019% |
| FL121 | Marco Island City, Florida | 0.0620945413% |
| FL122 | Margate City, Florida | 0.1436833554% |
| FL123 | Marion County, Florida | 1.3321814866% |
| FL124 | Martin County, Florida | 0.7882651079% |
| FL125 | Melbourne City, Florida | 0.3831054876% |
| FL126 | Miami Beach City, Florida | 0.1814092477% |
| FL127 | Miami City, Florida | 0.2927934557% |
| FL128 | Miami Gardens City, Florida | 0.0406839641% |
| FL129 | Miami Lakes Town, Florida | 0.0078375139% |
| FL130 | Miami Shores Village, Florida | 0.0062876094% |
| FL131 | Miami Springs City, Florida | 0.0061694950% |
| FL132 | Miami-Dade County, Florida | 4.3271705192% |
| FL133 | Milton City, Florida | 0.0466314657% |
| FL134 | Minneola City, Florida | 0.0160580418% |
| FL135 | Miramar City, Florida | 0.2792796404% |
| FL136 | Monroe County, Florida | 0.3883011967% |
| FL137 | Mount Dora City, Florida | 0.0410212212% |
| FL138 | Naples City, Florida | 0.1344157944% |
| FL139 | Nassau County, Florida | 0.3937725183% |
| FL140 | New Port Richey City, Florida | 0.1498783253% |
| FL141 | New Smyrna Beach City, Florida | 0.1040660344% |
| FL142 | Niceville City, Florida | 0.0217446385% |
| FL143 | North Lauderdale City, Florida | 0.0660690508% |
| FL144 | North Miami Beach City, Florida | 0.0303917946% |
| FL145 | North Miami City, Florida | 0.0303784307% |
| FL146 | North Palm Beach Village, Florida | 0.0443491609% |
| FL147 | North Port City, Florida | 0.2096119036% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| FL148 | Oakland Park City, Florida | 0.1004312332% |
| FL149 | Ocala City, Florida | 0.3689945815% |
| FL150 | Ocoee City, Florida | 0.0666000846% |
| FL151 | Okaloosa County, Florida | 0.6345124117% |
| FL152 | Okeechobee County, Florida | 0.3534953181% |
| FL153 | Oldsmar City, Florida | 0.0394219828% |
| FL154 | Opa-Locka City, Florida | 0.0078475369% |
| FL155 | Orange City, Florida | 0.0335624179% |
| FL156 | Orange County, Florida | 3.1307419804% |
| FL157 | Orlando City, Florida | 1.1602492100% |
| FL158 | Ormond Beach City, Florida | 0.1146438211% |
| FL159 | Osceola County, Florida | 0.8372491116% |
| FL160 | Oviedo City, Florida | 0.1031308696% |
| FL161 | Palatka City, Florida | 0.0469549231% |
| FL162 | Palm Bay City, Florida | 0.4048169342% |
| FL163 | Palm Beach County, Florida | 5.9784001645% |
| FL164 | Palm Beach Gardens City, Florida | 0.2336752163% |
| FL165 | Palm Coast City, Florida | 0.0848564709% |
| FL166 | Palm Springs Village, Florida | 0.0380209877% |
| FL167 | Palmetto Bay Village, Florida | 0.0074040767% |
| FL168 | Palmetto City, Florida | 0.0528697594% |
| FL169 | Panama City Beach City, Florida | 0.0808973045% |
| FL170 | Panama City, Florida | 0.1551531466% |
| FL171 | Parkland City, Florida | 0.0458042834% |
| FL172 | Pasco County, Florida | 4.4295368317% |
| FL173 | Pembroke Pines City, Florida | 0.4628331778% |
| FL174 | Pensacola City, Florida | 0.3306359554% |
| FL175 | Pinecrest Village, Florida | 0.0082965714% |
| FL176 | Pinellas County, Florida | 4.7935359992% |
| FL177 | Pinellas Park City, Florida | 0.2516664490% |
| FL178 | Plant City, Florida | 0.1042185754% |
| FL179 | Plantation City, Florida | 0.2139192761% |
| FL180 | Polk County, Florida | 1.6016881161% |
| FL181 | Pompano Beach City, Florida | 0.3354719648% |
| FL182 | Port Orange City, Florida | 0.1775970116% |
| FL183 | Port St. Lucie City, Florida | 0.3908042602% |
| FL184 | Punta Gorda City, Florida | 0.0471207554% |
| FL185 | Putnam County, Florida | 0.3379382594% |
| FL186 | Riviera Beach City, Florida | 0.1636174387% |
| FL187 | Rockledge City, Florida | 0.0966039082% |
| FL188 | Royal Palm Beach Village, Florida | 0.0492948779% |
| FL189 | Safety Harbor City, Florida | 0.0380615697% |
| FL190 | Sanford City, Florida | 0.1642438718% |
| FL191 | Santa Rosa County, Florida | 0.6546368035% |
| FL192 | Sarasota City, Florida | 0.4842803786% |
| FL193 | Sarasota County, Florida | 1.9688041245% |
| FL194 | Satellite Beach City, Florida | 0.0359750389% |
| FL195 | Sebastian City, Florida | 0.0383157745% |
| FL196 | Sebring City, Florida | 0.0381728569% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| FL197 | Seminole City, Florida | 0.0952489243% |
| FL198 | Seminole County, Florida | 1.5086951138% |
| FL199 | South Daytona City, Florida | 0.0452214101% |
| FL200 | South Miami City, Florida | 0.0078330472% |
| FL201 | St Johns County, Florida | 0.6638216753% |
| FL202 | St Lucie County, Florida | 0.9562887503% |
| FL203 | St. Augustine City, Florida | 0.0465108819% |
| FL204 | St. Cloud City, Florida | 0.0738366040% |
| FL205 | St. Petersburg City, Florida | 1.4565924173% |
| FL206 | Stuart City, Florida | 0.0812230134% |
| FL207 | Sumter County, Florida | 0.3263986345% |
| FL208 | Sunny Isles Beach City, Florida | 0.0076937793% |
| FL209 | Sunrise City, Florida | 0.2860704481% |
| FL210 | Suwannee County, Florida | 0.1910149373% |
| FL211 | Sweetwater City, Florida | 0.0041159745% |
| FL212 | Tallahassee City, Florida | 0.4259972563% |
| FL213 | Tamarac City, Florida | 0.1344928911% |
| FL214 | Tampa City, Florida | 1.9756726462% |
| FL215 | Tarpon Springs City, Florida | 0.1019709696% |
| FL216 | Tavares City, Florida | 0.0318218598% |
| FL217 | Taylor County, Florida | 0.0921812176% |
| FL218 | Temple Terrace City, Florida | 0.1079810418% |
| FL219 | Titusville City, Florida | 0.2400558465% |
| FL220 | Union County, Florida | 0.0651555116% |
| FL221 | Venice City, Florida | 0.1423476183% |
| FL222 | Vero Beach City, Florida | 0.0606417248% |
| FL223 | Volusia County, Florida | 1.7446849189% |
| FL224 | Wakulla County, Florida | 0.1151294611% |
| FL225 | Walton County, Florida | 0.2685576832% |
| FL226 | Washington County, Florida | 0.1201244575% |
| FL227 | Wellington Village, Florida | 0.0501840680% |
| FL228 | West Melbourne City, Florida | 0.0519971652% |
| FL229 | West Palm Beach City, Florida | 0.5492662267% |
| FL230 | West Park City, Florida | 0.0295538994% |
| FL231 | Weston City, Florida | 0.1386373546% |
| FL232 | Wilton Manors City, Florida | 0.0316306070% |
| FL233 | Winter Garden City, Florida | 0.0562653176% |
| FL234 | Winter Haven City, Florida | 0.0970328243% |
| FL235 | Winter Park City, Florida | 0.1049029672% |
| FL236 | Winter Springs City, Florida | 0.0622621530% |
| FL237 | Zephyrhills City, Florida | 0.1126717551% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA1 | Acworth City, Georgia | 0.1010066057% |
| GA2 | Adel City, Georgia | 0.0545649432% |
| GA3 | Albany City, Georgia | 0.3157843012% |
| GA4 | Alma City, Georgia | 0.0720108615% |
| GA5 | Alpharetta City, Georgia | 0.2110377863% |
| GA6 | Americus City, Georgia | 0.0651732444% |
| GA7 | Appling County, Georgia | 0.1891925647% |
| GA8 | Arlington City, Georgia | 0.0057755147% |
| GA9 | Athens-Clarke County Unified Government, Georgia | 1.3856330305% |
| GA10 | Atkinson County, Georgia | 0.0986720780% |
| GA11 | Atlanta City, Georgia | 2.9922320659% |
| GA12 | Augusta-Richmond County Consolidated Government, Georgia | 2.7761021713% |
| GA13 | Bacon County, Georgia | 0.1326313298% |
| GA14 | Bainbridge City, Georgia | 0.0569861790% |
| GA15 | Baker County, Georgia | 0.0138992540% |
| GA16 | Baldwin County, Georgia | 0.2940093402% |
| GA17 | Banks County, Georgia | 0.2108287241% |
| GA18 | Barrow County, Georgia | 0.7562315570% |
| GA19 | Bartow County, Georgia | 1.0945235112% |
| GA20 | Ben Hill County, Georgia | 0.0834031458% |
| GA21 | Berrien County, Georgia | 0.1225733642% |
| GA22 | Blackshear City, Georgia | 0.0349161927% |
| GA23 | Blakely City, Georgia | 0.0158441397% |
| GA24 | Bleckley County, Georgia | 0.1430561858% |
| GA25 | Brantley County, Georgia | 0.2875410777% |
| GA26 | Braselton Town, Georgia | 0.0371467624% |
| GA27 | Brookhaven City, Georgia | 0.0913450445% |
| GA28 | Brooks County, Georgia | 0.1455943886% |
| GA29 | Brunswick City, Georgia | 0.1020085339% |
| GA30 | Bryan County, Georgia | 0.2289883650% |
| GA31 | Buford City, Georgia | 0.0023586547% |
| GA32 | Bulloch County, Georgia | 0.4088475182% |
| GA33 | Burke County, Georgia | 0.1875413288% |
| GA34 | Butts County, Georgia | 0.3747020131% |
| GA35 | Calhoun City, Georgia | 0.1780085402% |
| GA36 | Calhoun County, Georgia | 0.0360783561% |
| GA37 | Camden County, Georgia | 0.3387009665% |
| GA38 | Candler County, Georgia | 0.0990882539% |
| GA39 | Canton City, Georgia | 0.1378274535% |
| GA40 | Carroll County, Georgia | 1.4108548814% |
| GA41 | Carrollton City, Georgia | 0.4395018339% |
| GA42 | Cartersville City, Georgia | 0.2991406477% |
| GA43 | Catoosa County, Georgia | 1.1134068466% |
| GA44 | Chamblee City, Georgia | 0.0537051979% |
| GA45 | Charlton County, Georgia | 0.1046313818% |
| GA46 | Chatham County, Georgia | 1.4544033708% |
| GA47 | Chattooga County, Georgia | 0.3317513109% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA48 | Cherokee County, Georgia | 2.1190683851% |
| GA49 | Clarkston City, Georgia | 0.0175253481% |
| GA50 | Clay County, Georgia | 0.0274637104% |
| GA51 | Clayton County, Georgia | 1.6728881377% |
| GA52 | Clinch County, Georgia | 0.0617206810% |
| GA53 | Cobb County, Georgia | 5.8580801967% |
| GA54 | Coffee County, Georgia | 0.4164755944% |
| GA55 | College Park City, Georgia | 0.1805996391% |
| GA56 | Colquitt County, Georgia | 0.2578612394% |
| GA57 | Columbia County, Georgia | 1.2905730633% |
| GA58 | Columbus City, Georgia | 1.8227140298% |
| GA59 | Conyers City, Georgia | 0.1202231912% |
| GA60 | Cook County, Georgia | 0.0973405674% |
| GA61 | Cordele City, Georgia | 0.0583989534% |
| GA62 | Covington City, Georgia | 0.1969084378% |
| GA63 | Coweta County, Georgia | 0.9767276305% |
| GA64 | Crawford County, Georgia | 0.1282569558% |
| GA65 | Crisp County, Georgia | 0.1296658905% |
| GA66 | Cusseta-Chattahoochee County Unified Government, Georgia | 0.0695538650% |
| GA67 | Dade County, Georgia | 0.1799465490% |
| GA68 | Dallas City, Georgia | 0.0916776643% |
| GA69 | Dalton City, Georgia | 0.3628092518% |
| GA70 | Damascus City, Georgia | 0.0005040301% |
| GA71 | Dawson City, Georgia | 0.0138696254% |
| GA72 | Dawson County, Georgia | 0.3215223361% |
| GA73 | Decatur City, Georgia | 0.1040340531% |
| GA74 | Decatur County, Georgia | 0.1633371087% |
| GA75 | Dekalb County, Georgia | 4.0579602979% |
| GA76 | Demorest City, Georgia | 0.0233539880% |
| GA77 | Dodge County, Georgia | 0.3228398634% |
| GA78 | Dooly County, Georgia | 0.0758970226% |
| GA79 | Doraville City, Georgia | 0.0619484258% |
| GA80 | Dougherty County, Georgia | 0.4519146718% |
| GA81 | Douglas City, Georgia | 0.2364366638% |
| GA82 | Douglas County, Georgia | 1.2411219485% |
| GA83 | Douglasville City, Georgia | 0.2313289102% |
| GA84 | Dublin City, Georgia | 0.1598683843% |
| GA85 | Duluth City, Georgia | 0.1174400509% |
| GA86 | Dunwoody City, Georgia | 0.0823645400% |
| GA87 | Early County, Georgia | 0.0433467628% |
| GA88 | East Point City, Georgia | 0.2308433908% |
| GA89 | Echols County, Georgia | 0.0262187359% |
| GA90 | Effingham County, Georgia | 0.4370293068% |
| GA91 | Elbert County, Georgia | 0.2655117233% |
| GA92 | Emanuel County, Georgia | 0.2278497555% |
| GA93 | Evans County, Georgia | 0.1156959749% |
| GA94 | Fairburn City, Georgia | 0.0542552469% |
| GA95 | Fannin County, Georgia | 0.5651805280% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA96 | Fayette County, Georgia | 0.6527012475% |
| GA97 | Fayetteville City, Georgia | 0.1201203794% |
| GA98 | Fitzgerald City, Georgia | 0.0569093853% |
| GA99 | Floyd County, Georgia | 0.9887350092% |
| GA100 | Forest Park City, Georgia | 0.1455200592% |
| GA101 | Forsyth County, Georgia | 1.7110664570% |
| GA102 | Franklin County, Georgia | 0.5550296650% |
| GA103 | Fulton County, Georgia | 3.2792330120% |
| GA104 | Gainesville City, Georgia | 0.3640437388% |
| GA105 | Georgetown-Quitman County Unified Government, Georgia | 0.0176595651% |
| GA106 | Gilmer County, Georgia | 0.4239021158% |
| GA107 | Glascock County, Georgia | 0.0283662653% |
| GA108 | Glynn County, Georgia | 0.7968809706% |
| GA109 | Gordon County, Georgia | 0.4175279543% |
| GA110 | Grady County, Georgia | 0.1716497947% |
| GA111 | Greene County, Georgia | 0.1737385827% |
| GA112 | Griffin City, Georgia | 0.2287480123% |
| GA113 | Grovetown City, Georgia | 0.0632622854% |
| GA114 | Gwinnett County, Georgia | 4.8912732775% |
| GA115 | Habersham County, Georgia | 0.4635124652% |
| GA116 | Hall County, Georgia | 1.5772937095% |
| GA117 | Hancock County, Georgia | 0.0536800967% |
| GA118 | Haralson County, Georgia | 1.0934912667% |
| GA119 | Harris County, Georgia | 0.2037540782% |
| GA120 | Hart County, Georgia | 0.2935398099% |
| GA121 | Heard County, Georgia | 0.1232058232% |
| GA122 | Henry County, Georgia | 1.9715208583% |
| GA123 | Hinesville City, Georgia | 0.2572364025% |
| GA124 | Holly Springs City, Georgia | 0.0823108417% |
| GA125 | Houston County, Georgia | 0.8378076437% |
| GA126 | Irwin County, Georgia | 0.0610553841% |
| GA127 | Jackson County, Georgia | 0.9201220386% |
| GA128 | Jasper County, Georgia | 0.1152245534% |
| GA129 | Jeff Davis County, Georgia | 0.3659791686% |
| GA130 | Jefferson City, Georgia | 0.0881783943% |
| GA131 | Jefferson County, Georgia | 0.1517559349% |
| GA132 | Jenkins County, Georgia | 0.0808740550% |
| GA133 | Johns Creek City, Georgia | 0.1877697040% |
| GA134 | Johnson County, Georgia | 0.0876584323% |
| GA135 | Jones County, Georgia | 0.2773521617% |
| GA136 | Kennesaw City, Georgia | 0.1446191663% |
| GA137 | Kingsland City, Georgia | 0.1313198199% |
| GA138 | Lagrange City, Georgia | 0.2069622772% |
| GA139 | Lakeland City, Georgia | 0.0155232109% |
| GA140 | Lamar County, Georgia | 0.2083015245% |
| GA141 | Lanier County, Georgia | 0.0574613256% |
| GA142 | Laurens County, Georgia | 0.5249834521% |
| GA143 | Lawrenceville City, Georgia | 0.1647173317% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA144 | Lee County, Georgia | 0.2162850866% |
| GA145 | Liberty County, Georgia | 0.2931642086% |
| GA146 | Lilburn City, Georgia | 0.0538355752% |
| GA147 | Lincoln County, Georgia | 0.1000487479% |
| GA148 | Loganville City, Georgia | 0.1468681321% |
| GA149 | Long County, Georgia | 0.1216766548% |
| GA150 | Lowndes County, Georgia | 0.6253829866% |
| GA151 | Lumpkin County, Georgia | 0.3139555802% |
| GA152 | Macon County, Georgia | 0.1110857755% |
| GA153 | Macon-Bibb County Unified Government, Georgia | 2.0265214623% |
| GA154 | Madison County, Georgia | 0.5114434091% |
| GA155 | Marietta City, Georgia | 0.7354006996% |
| GA156 | Marion County, Georgia | 0.0615218771% |
| GA157 | McDonough City, Georgia | 0.0803644086% |
| GA158 | McDuffie County, Georgia | 0.2216409869% |
| GA159 | McIntosh County, Georgia | 0.1678759014% |
| GA160 | Meriwether County, Georgia | 0.2015834534% |
| GA161 | Milledgeville City, Georgia | 0.1343842887% |
| GA162 | Miller County, Georgia | 0.0562389307% |
| GA163 | Milton City, Georgia | 0.0765630644% |
| GA164 | Mitchell County, Georgia | 0.1842864232% |
| GA165 | Monroe City, Georgia | 0.1616058698% |
| GA166 | Monroe County, Georgia | 0.2463868890% |
| GA167 | Montgomery County, Georgia | 0.0685440855% |
| GA168 | Morgan County, Georgia | 0.1807932852% |
| GA169 | Moultrie City, Georgia | 0.1150272968% |
| GA170 | Murray County, Georgia | 0.6862865600% |
| GA171 | Nashville City, Georgia | 0.0288042758% |
| GA172 | Newnan City, Georgia | 0.2037973462% |
| GA173 | Newton County, Georgia | 0.6206699754% |
| GA174 | Norcross City, Georgia | 0.0762036242% |
| GA175 | Oconee County, Georgia | 0.2721000475% |
| GA176 | Oglethorpe County, Georgia | 0.1461658711% |
| GA177 | Paulding County, Georgia | 1.7495211188% |
| GA178 | Peach County, Georgia | 0.2319656673% |
| GA179 | Peachtree City, Georgia | 0.2219833492% |
| GA180 | Peachtree Corners City, Georgia | 0.2099400952% |
| GA181 | Perry City, Georgia | 0.0954580908% |
| GA182 | Pickens County, Georgia | 0.3905362384% |
| GA183 | Pierce County, Georgia | 0.2012068205% |
| GA184 | Pike County, Georgia | 0.1072270653% |
| GA185 | Polk County, Georgia | 0.7130941429% |
| GA186 | Pooler City, Georgia | 0.0516303360% |
| GA187 | Powder Springs City, Georgia | 0.0633430906% |
| GA188 | Pulaski County, Georgia | 0.1671565625% |
| GA189 | Putnam County, Georgia | 0.2061208707% |
| GA190 | Rabun County, Georgia | 0.3170130000% |
| GA191 | Randolph County, Georgia | 0.0382245100% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA192 | Richmond Hill City, Georgia | 0.0716382402% |
| GA193 | Riverdale City, Georgia | 0.0684460876% |
| GA194 | Rockdale County, Georgia | 0.7947696030% |
| GA195 | Rome City, Georgia | 0.3719383578% |
| GA196 | Roswell City, Georgia | 0.2174642134% |
| GA197 | Sandy Springs City, Georgia | 0.2590143480% |
| GA198 | Savannah City, Georgia | 1.1246685243% |
| GA199 | Schley County, Georgia | 0.0238356678% |
| GA200 | Screven County, Georgia | 0.1132053955% |
| GA201 | Seminole County, Georgia | 0.0804817769% |
| GA202 | Smyrna City, Georgia | 0.2661908888% |
| GA203 | Snellville City, Georgia | 0.0758688840% |
| GA204 | Spalding County, Georgia | 0.5900646014% |
| GA205 | Springfield City, Georgia | 0.0124802329% |
| GA206 | St. Marys City, Georgia | 0.0962803562% |
| GA207 | Statesboro City, Georgia | 0.1844690660% |
| GA208 | Stephens County, Georgia | 0.7520555284% |
| GA209 | Stewart County, Georgia | 0.0419742764% |
| GA210 | Stockbridge City, Georgia | 0.0302698888% |
| GA211 | Sugar Hill City, Georgia | 0.0106058369% |
| GA212 | Sumter County, Georgia | 0.1314426325% |
| GA213 | Suwanee City, Georgia | 0.0700562332% |
| GA214 | Talbot County, Georgia | 0.0410357316% |
| GA215 | Taliaferro County, Georgia | 0.0068637499% |
| GA216 | Tattnall County, Georgia | 0.2930768128% |
| GA217 | Taylor County, Georgia | 0.0819435502% |
| GA218 | Telfair County, Georgia | 0.1855378735% |
| GA219 | Terrell County, Georgia | 0.0334710962% |
| GA220 | Thomas County, Georgia | 0.2077911904% |
| GA221 | Thomasville City, Georgia | 0.1281973547% |
| GA222 | Tift County, Georgia | 0.2088288220% |
| GA223 | Tifton City, Georgia | 0.1416503211% |
| GA224 | Toombs County, Georgia | 0.2423104056% |
| GA225 | Towns County, Georgia | 0.2454408368% |
| GA226 | Treutlen County, Georgia | 0.0571447522% |
| GA227 | Troup County, Georgia | 0.4334095739% |
| GA228 | Tucker City, Georgia | 0.0615225648% |
| GA229 | Turner County, Georgia | 0.0697951920% |
| GA230 | Twiggs County, Georgia | 0.0640416265% |
| GA231 | Union City, Georgia | 0.1531538090% |
| GA232 | Union County, Georgia | 0.2949759089% |
| GA233 | Upson County, Georgia | 0.3355566667% |
| GA234 | Valdosta City, Georgia | 0.2598246932% |
| GA235 | Vidalia City, Georgia | 0.1252530050% |
| GA236 | Villa Rica City, Georgia | 0.1397113628% |
| GA237 | Walker County, Georgia | 0.8453605309% |
| GA238 | Walton County, Georgia | 0.8194381956% |
| GA239 | Ware County, Georgia | 0.5170078559% |
| GA240 | Warner Robins City, Georgia | 0.3969845574% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| GA241 | Warren County, Georgia | 0.0447828045% |
| GA242 | Warwick City, Georgia | 0.0103298381% |
| GA243 | Washington County, Georgia | 0.1959988913% |
| GA244 | Waycross City, Georgia | 0.1358274367% |
| GA245 | Wayne County, Georgia | 0.6609347902% |
| GA246 | Webster County Unified Government, Georgia | 0.0143656323% |
| GA247 | Wheeler County, Georgia | 0.0675300652% |
| GA248 | White County, Georgia | 0.4351939380% |
| GA249 | Whitfield County, Georgia | 0.7644288806% |
| GA250 | Wilcox County, Georgia | 0.0828696590% |
| GA251 | Wilkes County, Georgia | 0.0976306068% |
| GA252 | Wilkinson County, Georgia | 0.0847297279% |
| GA253 | Winder City, Georgia | 0.2007720766% |
| GA254 | Woodbury City, Georgia | 0.0085236394% |
| GA255 | Woodstock City, Georgia | 0.1942956763% |
| GA256 | Worth County, Georgia | 0.1491832321% |
| GA257 | Rincon town, Georgia | 0.0275488139% |
| GA258 | South Fulton City, Georgia | 0.2561412300% |
| GA259 | Stonecrest City, Georgia | 0.0904388800% |

**Allocations are subject to change pursuant to a State-Subdivision**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| HI1 | Hawaii County, Hawaii | 18.2671692501% |
| HI2 | Kalawao, Hawaii | 0.0034501514% |
| HI3 | Kauai County, Hawaii | 5.7006273580% |
| HI4 | Maui County, Hawaii | 13.9979969296% |
| HI5 | City and County of Honolulu, Hawaii | 62.0307563109% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ID1 | Ada County, Idaho | 13.2776278333% |
| ID2 | Adams County, Idaho | 0.1446831902% |
| ID3 | Ammon City, Idaho | 0.0812916024% |
| ID4 | Bannock County, Idaho | 3.0595589832% |
| ID5 | Bear Lake County, Idaho | 0.6082712041% |
| ID6 | Benewah County, Idaho | 0.6526829809% |
| ID7 | Bingham County, Idaho | 1.6421270812% |
| ID8 | Blackfoot City, Idaho | 0.6283857401% |
| ID9 | Blaine County, Idaho | 0.9137717551% |
| ID10 | Boise City, Idaho | 12.7586409110% |
| ID11 | Boise County, Idaho | 0.3309644652% |
| ID12 | Bonner County, Idaho | 2.5987361786% |
| ID13 | Bonneville County, Idaho | 3.7761253875% |
| ID14 | Boundary County, Idaho | 0.8788284447% |
| ID15 | Burley City, Idaho | 0.4485975363% |
| ID16 | Butte County, Idaho | 0.1839745518% |
| ID17 | Caldwell City, Idaho | 1.1958553249% |
| ID18 | Camas County, Idaho | 0.0422073443% |
| ID19 | Canyon County, Idaho | 5.0120113688% |
| ID20 | Caribou County, Idaho | 0.4396183832% |
| ID21 | Cassia County, Idaho | 0.7270235866% |
| ID22 | Chubbuck City, Idaho | 0.4841935447% |
| ID23 | Clark County, Idaho | 0.0420924425% |
| ID24 | Clearwater County, Idaho | 0.4890418390% |
| ID25 | Coeur D'Alene City, Idaho | 2.7593778237% |
| ID26 | Custer County, Idaho | 0.2133243878% |
| ID27 | Eagle City, Idaho | 0.1711876661% |
| ID28 | Elmore County, Idaho | 0.8899512165% |
| ID29 | Franklin County, Idaho | 0.5753624958% |
| ID30 | Fremont County, Idaho | 0.5716071696% |
| ID31 | Garden City, Idaho | 0.5582782838% |
| ID32 | Gem County, Idaho | 1.3784025725% |
| ID33 | Gooding County, Idaho | 0.6966472013% |
| ID34 | Hayden City, Idaho | 0.0047132146% |
| ID35 | Idaho County, Idaho | 0.8474305547% |
| ID36 | Idaho Falls City, Idaho | 3.8875027578% |
| ID37 | Jefferson County, Idaho | 0.9842670749% |
| ID38 | Jerome City, Idaho | 0.4169017424% |
| ID39 | Jerome County, Idaho | 0.6223444291% |
| ID40 | Kootenai County, Idaho | 5.6394798565% |
| ID41 | Kuna City, Idaho | 0.1849461724% |
| ID42 | Latah County, Idaho | 1.2943861166% |
| ID43 | Lemhi County, Idaho | 0.4880814284% |
| ID44 | Lewis County, Idaho | 0.2882543555% |
| ID45 | Lewiston City, Idaho | 2.0176549375% |
| ID46 | Lincoln County, Idaho | 0.1930184422% |
| ID47 | Madison County, Idaho | 1.2748408845% |
| ID48 | Meridian City, Idaho | 2.4045650754% |
| ID49 | Minidoka County, Idaho | 0.9140620922% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ID50 | Moscow City, Idaho | 0.6590552650% |
| ID51 | Mountain Home City, Idaho | 0.5706694591% |
| ID52 | Nampa City, Idaho | 3.3274647954% |
| ID53 | Nez Perce County, Idaho | 1.2765833482% |
| ID54 | Oneida County, Idaho | 0.2371656647% |
| ID55 | Owyhee County, Idaho | 0.5554298409% |
| ID56 | Payette County, Idaho | 1.2750728102% |
| ID57 | Pocatello City, Idaho | 2.9494898116% |
| ID58 | Post Falls City, Idaho | 0.6781328826% |
| ID59 | Power County, Idaho | 0.3505171035% |
| ID60 | Preston City, Idaho | 0.1496220047% |
| ID61 | Rexburg City, Idaho | 0.1336231941% |
| ID62 | Shoshone County, Idaho | 1.2841091340% |
| ID63 | Star City, Idaho | 0.0001322772% |
| ID64 | Teton County, Idaho | 0.4258195211% |
| ID65 | Twin Falls City, Idaho | 1.8245765222% |
| ID66 | Twin Falls County, Idaho | 3.3104301873% |
| ID67 | Valley County, Idaho | 0.8074710814% |
| ID68 | Washington County, Idaho | 0.4917358652% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL1 | Adams County, Illinois | |
| IL3 | Addison Village, Illinois | |
| IL4 | Alexander County, Illinois | |
| IL6 | Algonquin Village, Illinois | |
| IL10 | Anna City, Illinois | |
| IL13 | Arlington Heights Village, Illinois | |
| IL14 | Aurora City, Illinois | |
| IL19 | Bartlett Village, Illinois | |
| IL22 | Bedford Park Village, Illinois | |
| IL23 | Belleville City, Illinois | |
| IL24 | Bellwood Village, Illinois | |
| IL27 | Bensenville Village, Illinois | |
| IL28 | Benton City, Illinois | |
| IL30 | Berkeley Village, Illinois | |
| IL31 | Berwyn City, Illinois | |
| IL37 | Bloomington City, Illinois | |
| IL39 | Bolingbrook Village, Illinois | |
| IL40 | Bond County, Illinois | |
| IL41 | Boone County, Illinois | |
| IL46 | Bridgeview Village, Illinois | |
| IL47 | Broadview Village, Illinois | |
| IL49 | Brown County, Illinois | Allocations in |
| IL51 | Buffalo Grove Village, Illinois | Illinois will be made |
| IL52 | Burbank City, Illinois | in accordance with |
| IL53 | Bureau County, Illinois | the Illinois Opioid |
| IL56 | Calhoun County, Illinois | Allocation |
| IL57 | Calumet City, Illinois | Agreement. |
| IL63 | Carbondale City, Illinois | |
| IL65 | Carol Stream Village, Illinois | |
| IL66 | Carpentersville Village, Illinois | |
| IL67 | Carroll County, Illinois | |
| IL70 | Cass County, Illinois | |
| IL75 | Champaign City, Illinois | |
| IL76 | Champaign County, Illinois | |
| IL84 | Chicago City, Illinois | |
| IL85 | Chicago Heights City, Illinois | |
| IL86 | Chicago Ridge Village, Illinois | |
| IL87 | Christian County, Illinois | |
| IL88 | Clark County, Illinois | |
| IL89 | Clay County, Illinois | |
| IL90 | Clinton County, Illinois | |
| IL91 | Coles County, Illinois | |
| IL96 | Cook County, Illinois | |
| IL99 | Countryside City, Illinois | |
| IL100 | Crawford County, Illinois | |
| IL104 | Crystal Lake City, Illinois | |
| IL106 | Cumberland County, Illinois | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL107 | Danville City, Illinois | |
| IL110 | De Witt County, Illinois | |
| IL111 | Decatur City, Illinois | |
| IL114 | Dekalb City, Illinois | |
| IL115 | Dekalb County, Illinois | |
| IL117 | Des Plaines City, Illinois | |
| IL120 | Dolton Village, Illinois | |
| IL122 | Douglas County, Illinois | |
| IL125 | Downers Grove Village, Illinois | |
| IL127 | Dupage County, Illinois | |
| IL131 | Edgar County, Illinois | |
| IL132 | Edwards County, Illinois | |
| IL136 | Effingham County, Illinois | |
| IL138 | Elgin City, Illinois | |
| IL141 | Elk Grove Village, Illinois | |
| IL142 | Elmhurst City, Illinois | |
| IL144 | Evanston City, Illinois | |
| IL145 | Evergreen Park Village, Illinois | |
| IL147 | Fayette County, Illinois | |
| IL150 | Ford County, Illinois | |
| IL151 | Forest Park Village, Illinois | |
| IL155 | Franklin County, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL156 | Franklin Park Village, Illinois | |
| IL160 | Fulton County, Illinois | |
| IL162 | Galesburg City, Illinois | |
| IL163 | Gallatin County, Illinois | |
| IL168 | Glendale Heights Village, Illinois | |
| IL169 | Glenview Village, Illinois | |
| IL174 | Granite City, Illinois | |
| IL177 | Greene County, Illinois | |
| IL180 | Grundy County, Illinois | |
| IL181 | Gurnee Village, Illinois | |
| IL182 | Hamilton County, Illinois | |
| IL183 | Hancock County, Illinois | |
| IL184 | Hanover Park Village, Illinois | |
| IL186 | Hardin County, Illinois | |
| IL188 | Harrisburg City, Illinois | |
| IL190 | Harvey City, Illinois | |
| IL191 | Harwood Heights Village, Illinois | |
| IL193 | Henderson County, Illinois | |
| IL194 | Henry County, Illinois | |
| IL195 | Herrin City, Illinois | |
| IL199 | Hillside Village, Illinois | |
| IL201 | Hodgkins Village, Illinois | |
| IL202 | Hoffman Estates Village, Illinois | |
| IL206 | Iroquois County, Illinois | |
| IL207 | Jackson County, Illinois | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL210 | Jasper County, Illinois | |
| IL211 | Jefferson County, Illinois | |
| IL212 | Jersey County, Illinois | |
| IL213 | Jo Daviess County, Illinois | |
| IL214 | Johnson County, Illinois | |
| IL215 | Joliet City, Illinois | |
| IL218 | Kane County, Illinois | |
| IL219 | Kankakee City, Illinois | |
| IL220 | Kankakee County, Illinois | |
| IL222 | Kendall County, Illinois | |
| IL224 | Knox County, Illinois | |
| IL225 | La Grange Park Village, Illinois | |
| IL227 | Lake County, Illinois | |
| IL233 | Lasalle County, Illinois | |
| IL234 | Lawrence County, Illinois | |
| IL235 | Lee County, Illinois | |
| IL247 | Livingston County, Illinois | |
| IL250 | Logan County, Illinois | |
| IL251 | Lombard Village, Illinois | |
| IL254 | Lyons Township, Illinois | |
| IL255 | Lyons Village, Illinois | |
| IL259 | Macon County, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL260 | Macoupin County, Illinois | |
| IL261 | Madison County, Illinois | |
| IL266 | Marion City, Illinois | |
| IL267 | Marion County, Illinois | |
| IL269 | Marshall County, Illinois | |
| IL270 | Mason County, Illinois | |
| IL271 | Massac County, Illinois | |
| IL275 | Maywood Village, Illinois | |
| IL276 | McCook Village, Illinois | |
| IL277 | McDonough County, Illinois | |
| IL279 | McHenry County, Illinois | |
| IL281 | McLean County, Illinois | |
| IL283 | Melrose Park Village, Illinois | |
| IL284 | Menard County, Illinois | |
| IL285 | Mercer County, Illinois | |
| IL286 | Merrionette Park Village, Illinois | |
| IL287 | Metropolis City, Illinois | |
| IL292 | Moline City, Illinois | |
| IL295 | Monroe County, Illinois | |
| IL296 | Montgomery County, Illinois | |
| IL299 | Morgan County, Illinois | |
| IL304 | Moultrie County, Illinois | |
| IL305 | Mount Prospect Village, Illinois | |
| IL307 | Mundelein Village, Illinois | |
| IL309 | Naperville City, Illinois | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL317 | Normal Town, Illinois | |
| IL322 | North Riverside Village, Illinois | |
| IL323 | Northbrook Village, Illinois | |
| IL325 | Northlake City, Illinois | |
| IL329 | Oak Lawn Village, Illinois | |
| IL331 | Oak Park Village, Illinois | |
| IL333 | Ogle County, Illinois | |
| IL334 | Orland Park Village, Illinois | |
| IL337 | Oswego Village, Illinois | |
| IL341 | Palatine Village, Illinois | |
| IL342 | Palos Heights City, Illinois | |
| IL343 | Palos Hills City, Illinois | |
| IL346 | Park Ridge City, Illinois | |
| IL347 | Pekin City, Illinois | |
| IL350 | Peoria City, Illinois | |
| IL351 | Peoria County, Illinois | |
| IL352 | Perry County, Illinois | |
| IL354 | Piatt County, Illinois | |
| IL355 | Pike County, Illinois | |
| IL356 | Plainfield Village, Illinois | |
| IL360 | Pope County, Illinois | |
| IL361 | Posen Village, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL362 | Princeton City, Illinois | |
| IL365 | Pulaski County, Illinois | |
| IL366 | Putnam County, Illinois | |
| IL367 | Quincy City, Illinois | |
| IL369 | Randolph County, Illinois | |
| IL373 | Richland County, Illinois | |
| IL376 | River Forest Village, Illinois | |
| IL377 | River Grove Village, Illinois | |
| IL380 | Riverside Village, Illinois | |
| IL381 | Rock Island City, Illinois | |
| IL382 | Rock Island County, Illinois | |
| IL384 | Rockford City, Illinois | |
| IL388 | Romeoville Village, Illinois | |
| IL395 | Saline County, Illinois | |
| IL396 | Sangamon County, Illinois | |
| IL399 | Schaumburg Village, Illinois | |
| IL400 | Schiller Park Village, Illinois | |
| IL401 | Schuyler County, Illinois | |
| IL402 | Scott County, Illinois | |
| IL403 | Sesser City, Illinois | |
| IL404 | Shelby County, Illinois | |
| IL408 | Skokie Village, Illinois | |
| IL413 | Springfield City, Illinois | |
| IL414 | St Clair County, Illinois | |
| IL415 | St. Charles City, Illinois | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IL416 | Stark County, Illinois | |
| IL417 | Stephenson County, Illinois | |
| IL421 | Stone Park Village, Illinois | |
| IL422 | Streamwood Village, Illinois | |
| IL423 | Streator City, Illinois | |
| IL425 | Summit Village, Illinois | |
| IL431 | Tazewell County, Illinois | |
| IL433 | Tinley Park Village, Illinois | |
| IL436 | Union County, Illinois | |
| IL437 | Urbana City, Illinois | |
| IL438 | Vermilion County, Illinois | |
| IL441 | Wabash County, Illinois | Allocations in Illinois will be made in accordance with the Illinois Opioid Allocation Agreement. |
| IL442 | Warren County, Illinois | |
| IL446 | Washington County, Illinois | |
| IL451 | Waukegan City, Illinois | |
| IL453 | Wayne County, Illinois | |
| IL456 | West Frankfort City, Illinois | |
| IL461 | Wheaton City, Illinois | |
| IL463 | Wheeling Village, Illinois | |
| IL464 | White County, Illinois | |
| IL465 | Whiteside County, Illinois | |
| IL466 | Will County, Illinois | |
| IL467 | Williamson County, Illinois | |
| IL470 | Winnebago County, Illinois | |
| IL475 | Woodford County, Illinois | |
| IL476 | Woodridge Village, Illinois | |
| IL485 | Cicero Town, Illinois | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN1 | Adams County, Indiana | 0.3092831137% |
| IN2 | Advance Town, Indiana | 0.0005697429% |
| IN3 | Akron Town, Indiana | 0.0003285004% |
| IN4 | Alamo Town, Indiana | 0.0005748757% |
| IN5 | Albany Town, Indiana | 0.0256948895% |
| IN6 | Albion Town, Indiana | 0.0216604942% |
| IN7 | Alexandria City, Indiana | 0.1062339452% |
| IN8 | Alfordsville Town, Indiana | 0.0001539846% |
| IN9 | Allen County, Indiana | 2.2683259642% |
| IN10 | Alton Town, Indiana | 0.0000307970% |
| IN11 | Altona Town, Indiana | 0.0012436052% |
| IN12 | Ambia Town, Indiana | 0.0006518680% |
| IN13 | Amboy Town, Indiana | 0.0004824849% |
| IN14 | Amo Town, Indiana | 0.0005748757% |
| IN15 | Anderson City, Indiana | 1.3827864464% |
| IN16 | Andrews Town, Indiana | 0.0060515930% |
| IN17 | Angola City, Indiana | 0.0947466973% |
| IN18 | Arcadia Town, Indiana | 0.0063133668% |
| IN19 | Argos Town, Indiana | 0.0167894494% |
| IN20 | Ashley Town, Indiana | 0.0062363745% |
| IN21 | Atlanta Town, Indiana | 0.0011651498% |
| IN22 | Attica City, Indiana | 0.0207571181% |
| IN23 | Auburn City, Indiana | 0.1472502981% |
| IN24 | Aurora City, Indiana | 0.0094392533% |
| IN25 | Austin City, Indiana | 0.0232260039% |
| IN26 | Avilla Town, Indiana | 0.0199563985% |
| IN27 | Avon Town, Indiana | 0.0164096209% |
| IN28 | Bainbridge Town, Indiana | 0.0014785517% |
| IN29 | Bargersville Town, Indiana | 0.0121031861% |
| IN30 | Bartholomew County, Indiana | 1.1839769860% |
| IN31 | Batesville City, Indiana | 0.1546928850% |
| IN32 | Battle Ground Town, Indiana | 0.0136276332% |
| IN33 | Bedford City, Indiana | 0.3269554079% |
| IN34 | Beech Grove City, Indiana | 0.0546694703% |
| IN35 | Benton County, Indiana | 0.0744258688% |
| IN36 | Berne City, Indiana | 0.0028076517% |
| IN37 | Bethany Town, Indiana | 0.0002720394% |
| IN38 | Beverly Shores Town, Indiana | 0.0154446510% |
| IN39 | Bicknell City, Indiana | 0.0013294000% |
| IN40 | Birdseye Town, Indiana | 0.0029462379% |
| IN41 | Blackford County, Indiana | 0.2698682002% |
| IN42 | Bloomfield Town, Indiana | 0.0042859034% |
| IN43 | Bloomingdale Town, Indiana | 0.0026023390% |
| IN44 | Bloomington City, Indiana | 0.8389591897% |
| IN45 | Blountsville Town, Indiana | 0.0002566409% |
| IN46 | Bluffton City, Indiana | 0.1002901414% |
| IN47 | Boone County, Indiana | 0.6775012498% |
| IN48 | Boonville City, Indiana | 0.1007777591% |
| IN49 | Borden Town, Indiana | 0.0017502912% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN50 | Boston Town, Indiana | 0.0005697429% |
| IN51 | Boswell Town, Indiana | 0.0021095885% |
| IN52 | Bourbon Town, Indiana | 0.0173027313% |
| IN53 | Brazil City, Indiana | 0.0626768471% |
| IN54 | Bremen Town, Indiana | 0.0529347576% |
| IN55 | Bristol Town, Indiana | 0.0158450108% |
| IN56 | Brook Town, Indiana | 0.0037366919% |
| IN57 | Brooklyn Town, Indiana | 0.0065700077% |
| IN58 | Brooksburg Town, Indiana | 0.0009547042% |
| IN59 | Brookston Town, Indiana | 0.0116668965% |
| IN60 | Brookville Town, Indiana | 0.0538894618% |
| IN61 | Brown County, Indiana | 0.1828823244% |
| IN62 | Brownsburg Town, Indiana | 0.1125832417% |
| IN63 | Brownstown, Indiana | 0.0033619962% |
| IN64 | Bruceville Town, Indiana | 0.0002412425% |
| IN65 | Bryant Town, Indiana | 0.0003746957% |
| IN66 | Bunker Hill Town, Indiana | 0.0010984232% |
| IN67 | Burket Town, Indiana | 0.0011138216% |
| IN68 | Burlington Town, Indiana | 0.0063800935% |
| IN69 | Burnettsville Town, Indiana | 0.0004619537% |
| IN70 | Burns Harbor Town, Indiana | 0.0397947421% |
| IN71 | Butler City, Indiana | 0.0239138015% |
| IN72 | Cadiz Town, Indiana | 0.0002823050% |
| IN73 | Cambridge City Town, Indiana | 0.0241499112% |
| IN74 | Camden Town, Indiana | 0.0064211560% |
| IN75 | Campbellsburg Town, Indiana | 0.0081868456% |
| IN76 | Cannelburg Town, Indiana | 0.0002258440% |
| IN77 | Cannelton City, Indiana | 0.0018324162% |
| IN78 | Carbon Town, Indiana | 0.0026844641% |
| IN79 | Carlisle Town, Indiana | 0.0017656896% |
| IN80 | Carmel City, Indiana | 0.3675970651% |
| IN81 | Carroll County, Indiana | 0.1654512727% |
| IN82 | Carthage Town, Indiana | 0.0013140015% |
| IN83 | Cass County, Indiana | 0.3416917299% |
| IN84 | Cayuga Town, Indiana | 0.0078480795% |
| IN85 | Cedar Grove Town, Indiana | 0.0004054927% |
| IN86 | Cedar Lake Town, Indiana | 0.0511639351% |
| IN87 | Center Point Town, Indiana | 0.0016373692% |
| IN88 | Centerville Town, Indiana | 0.0350725491% |
| IN89 | Chalmers Town, Indiana | 0.0006826649% |
| IN90 | Chandler Town, Indiana | 0.0347491815% |
| IN91 | Charlestown City, Indiana | 0.0146028687% |
| IN92 | Chesterfield Town, Indiana | 0.0379007320% |
| IN93 | Chesterton Town, Indiana | 0.2159838712% |
| IN94 | Chrisney Town, Indiana | 0.0032336757% |
| IN95 | Churubusco Town, Indiana | 0.0000564610% |
| IN96 | Cicero Town, Indiana | 0.0173283953% |
| IN97 | Clark County, Indiana | 1.9374593486% |
| IN98 | Clarks Hill Town, Indiana | 0.0040600594% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN99 | Clarksville Town, Indiana | 0.1071681182% |
| IN100 | Clay City Town, Indiana | 0.0057692880% |
| IN101 | Clay County, Indiana | 0.2948752921% |
| IN102 | Claypool Town, Indiana | 0.0024688858% |
| IN103 | Clayton Town, Indiana | 0.0006980633% |
| IN104 | Clear Lake Town, Indiana | 0.0019761351% |
| IN105 | Clifford Town, Indiana | 0.0002309768% |
| IN106 | Clinton City, Indiana | 0.0336558912% |
| IN107 | Clinton County, Indiana | 0.2740206503% |
| IN108 | Cloverdale Town, Indiana | 0.0050199966% |
| IN109 | Coatesville Town, Indiana | 0.0007493915% |
| IN110 | Colfax Town, Indiana | 0.0046144039% |
| IN111 | Columbia City, Indiana | 0.0886335104% |
| IN112 | Columbus City, Indiana | 0.0764225351% |
| IN113 | Connersville City, Indiana | 0.4635807717% |
| IN114 | Converse Town, Indiana | 0.0045733413% |
| IN115 | Corunna Town, Indiana | 0.0016373692% |
| IN116 | Corydon Town, Indiana | 0.0069806332% |
| IN117 | Country Club Heights Town, Indiana | 0.0012216109% |
| IN118 | Covington City, Indiana | 0.0257102881% |
| IN119 | Crandall Town, Indiana | 0.0000153984% |
| IN120 | Crane Town, Indiana | 0.0015655096% |
| IN121 | Crawford County, Indiana | 0.1338844387% |
| IN122 | Crawfordsville City, Indiana | 0.2738204705% |
| IN123 | Cromwell Town, Indiana | 0.0034543868% |
| IN124 | Crothersville Town, Indiana | 0.0018221506% |
| IN125 | Crown Point City, Indiana | 0.1246094356% |
| IN126 | Culver Town, Indiana | 0.0289798935% |
| IN127 | Cynthiana Town, Indiana | 0.0032747382% |
| IN128 | Dale Town, Indiana | 0.0059746008% |
| IN129 | Daleville Town, Indiana | 0.0199769297% |
| IN130 | Dana Town, Indiana | 0.0050506934% |
| IN131 | Danville Town, Indiana | 0.0039471375% |
| IN132 | Darlington Town, Indiana | 0.0074785166% |
| IN133 | Darmstadt Town, Indiana | 0.0109483020% |
| IN134 | Daviess County, Indiana | 0.3758711686% |
| IN135 | Dayton Town, Indiana | 0.0114718495% |
| IN136 | De Kalb County, Indiana | 0.2748008388% |
| IN137 | De Motte Town, Indiana | 0.0070935552% |
| IN138 | Dearborn County, Indiana | 0.9586719164% |
| IN139 | Decatur City, Indiana | 0.0090902216% |
| IN140 | Decatur County, Indiana | 0.3533124311% |
| IN141 | Decker Town, Indiana | 0.0001231876% |
| IN142 | Delaware County, Indiana | 1.2034816964% |
| IN143 | Delphi City, Indiana | 0.0177236224% |
| IN144 | Denver Town, Indiana | 0.0006005398% |
| IN145 | Dillsboro Town, Indiana | 0.0060002648% |
| IN146 | Dublin Town, Indiana | 0.0051584826% |
| IN147 | Dubois County, Indiana | 0.2754013785% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN148 | Dugger Town, Indiana | 0.0023405652% |
| IN149 | Dune Acres Town, Indiana | 0.0046913961% |
| IN150 | Dunkirk City, Indiana | 0.0079866657% |
| IN151 | Dunreith Town, Indiana | 0.0003387661% |
| IN152 | Dupont Town, Indiana | 0.0039779344% |
| IN153 | Dyer Town, Indiana | 0.0533145861% |
| IN154 | Earl Park Town, Indiana | 0.0009187746% |
| IN155 | East Chicago City, Indiana | 0.4620665902% |
| IN156 | East Germantown, Indiana | 0.0015860410% |
| IN157 | Eaton Town, Indiana | 0.0166405977% |
| IN158 | Economy Town, Indiana | 0.0007647900% |
| IN159 | Edgewood Town, Indiana | 0.0243654896% |
| IN160 | Edinburgh Town, Indiana | 0.0198940047% |
| IN161 | Edwardsport Town, Indiana | 0.0001488518% |
| IN162 | Elberfeld Town, Indiana | 0.0031566834% |
| IN163 | Elizabeth Town, Indiana | 0.0000153984% |
| IN164 | Elizabethtown, Indiana | 0.0005132819% |
| IN165 | Elkhart City, Indiana | 0.5425389192% |
| IN166 | Elkhart County, Indiana | 1.1592881288% |
| IN167 | Ellettsville Town, Indiana | 0.0677737359% |
| IN168 | Elnora Town, Indiana | 0.0013550641% |
| IN169 | Elwood City, Indiana | 0.2112616781% |
| IN170 | English Town, Indiana | 0.0003746957% |
| IN171 | Etna Green Town, Indiana | 0.0033722618% |
| IN172 | Evansville City, Indiana | 1.9319723656% |
| IN173 | Fairland Town, Indiana | 0.0005132819% |
| IN174 | Fairmount Town, Indiana | 0.0104401529% |
| IN175 | Fairview Park Town, Indiana | 0.0093365970% |
| IN176 | Farmersburg Town, Indiana | 0.0039728015% |
| IN177 | Farmland Town, Indiana | 0.0182061073% |
| IN178 | Fayette County, Indiana | 0.3010552056% |
| IN179 | Ferdinand Town, Indiana | 0.0189401004% |
| IN180 | Fillmore Town, Indiana | 0.0010419622% |
| IN181 | Fishers City, Indiana | 0.1521726711% |
| IN182 | Flora Town, Indiana | 0.0175953020% |
| IN183 | Floyd County, Indiana | 1.5759754704% |
| IN184 | Fort Branch Town, Indiana | 0.0073245321% |
| IN185 | Fort Wayne City, Indiana | 2.7337956132% |
| IN186 | Fortville Town, Indiana | 0.0152701352% |
| IN187 | Fountain City Town, Indiana | 0.0045990054% |
| IN188 | Fountain County, Indiana | 0.1633673484% |
| IN189 | Fowler Town, Indiana | 0.0093879251% |
| IN190 | Fowlerton Town, Indiana | 0.0022687058% |
| IN191 | Francesville Town, Indiana | 0.0011497513% |
| IN192 | Francisco Town, Indiana | 0.0027665892% |
| IN193 | Frankfort City, Indiana | 0.1520186866% |
| IN194 | Franklin City, Indiana | 0.1073990950% |
| IN195 | Franklin County, Indiana | 0.2948393623% |
| IN196 | Frankton Town, Indiana | 0.0115539745% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN197 | Fremont Town, Indiana | 0.0201411800% |
| IN198 | French Lick Town, Indiana | 0.0211626108% |
| IN199 | Fulton County, Indiana | 0.2359761994% |
| IN200 | Fulton Town, Indiana | 0.0002925707% |
| IN201 | Galveston Town, Indiana | 0.0012729389% |
| IN202 | Garrett City, Indiana | 0.0387219830% |
| IN203 | Gary City, Indiana | 0.7294710375% |
| IN204 | Gas City, Indiana | 0.0544694703% |
| IN205 | Gaston Town, Indiana | 0.0083202988% |
| IN206 | Geneva Town, Indiana | 0.0008366494% |
| IN207 | Gentryville Town, Indiana | 0.0017964865% |
| IN208 | Georgetown, Indiana | 0.0044860834% |
| IN209 | Gibson County, Indiana | 0.2588326403% |
| IN210 | Glenwood Town, Indiana | 0.0027101282% |
| IN211 | Goodland Town, Indiana | 0.0046349351% |
| IN212 | Goshen City, Indiana | 0.2386196009% |
| IN213 | Gosport Town, Indiana | 0.0097728865% |
| IN214 | Grabill Town, Indiana | 0.0057538896% |
| IN215 | Grandview Town, Indiana | 0.0048402479% |
| IN216 | Grant County, Indiana | 0.7449310869% |
| IN217 | Greencastle City, Indiana | 0.0286257290% |
| IN218 | Greendale City, Indiana | 0.0136532973% |
| IN219 | Greene County, Indiana | 0.4322295161% |
| IN220 | Greenfield City, Indiana | 0.0612242595% |
| IN221 | Greens Fork Town, Indiana | 0.0017502912% |
| IN222 | Greensboro Town, Indiana | 0.0002720394% |
| IN223 | Greensburg City, Indiana | 0.0195355074% |
| IN224 | Greentown, Indiana | 0.0017451583% |
| IN225 | Greenville Town, Indiana | 0.0009290402% |
| IN226 | Greenwood City, Indiana | 0.1803621105% |
| IN227 | Griffin Town, Indiana | 0.0010111652% |
| IN228 | Griffith Town, Indiana | 0.0696112849% |
| IN229 | Hagerstown, Indiana | 0.0234415822% |
| IN230 | Hamilton County, Indiana | 2.0210986266% |
| IN231 | Hamilton Town, Indiana | 0.0034338556% |
| IN232 | Hamlet Town, Indiana | 0.0188220456% |
| IN233 | Hammond City, Indiana | 1.0769423211% |
| IN234 | Hancock County, Indiana | 0.9010560283% |
| IN235 | Hanover Town, Indiana | 0.0079661343% |
| IN236 | Hardinsburg Town, Indiana | 0.0034646525% |
| IN237 | Harmony Town, Indiana | 0.0043526301% |
| IN238 | Harrison County, Indiana | 0.5610273316% |
| IN239 | Hartford City, Indiana | 0.1032979731% |
| IN240 | Hartsville Town, Indiana | 0.0003849613% |
| IN241 | Haubstadt Town, Indiana | 0.0066777969% |
| IN242 | Hazleton Town, Indiana | 0.0014936502% |
| IN243 | Hebron Town, Indiana | 0.0721982255% |
| IN244 | Hendricks County, Indiana | 1.5699649399% |
| IN245 | Henry County, Indiana | 1.1652319327% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN246 | Highland Town, Indiana | 0.0864931251% |
| IN247 | Hillsboro Town, Indiana | 0.0040497938% |
| IN248 | Hobart City, Indiana | 0.1594510078% |
| IN249 | Holland Town, Indiana | 0.0044450209% |
| IN250 | Holton Town, Indiana | 0.0060053977% |
| IN251 | Hope Town, Indiana | 0.0036802309% |
| IN252 | Howard County, Indiana | 1.8694341045% |
| IN253 | Hudson Town, Indiana | 0.0029667691% |
| IN254 | Huntertown, Indiana | 0.0415193691% |
| IN255 | Huntingburg City, Indiana | 0.0455794286% |
| IN256 | Huntington City, Indiana | 0.2486953237% |
| IN257 | Huntington County, Indiana | 0.2605726658% |
| IN258 | Hymera Town, Indiana | 0.0020171977% |
| IN259 | Indian Village Town, Indiana | 0.0006005398% |
| IN260 | Indianapolis City, Indiana | 15.8412741280% |
| IN261 | Ingalls Town, Indiana | 0.0015193143% |
| IN262 | Jackson County, Indiana | 0.0038496139% |
| IN263 | Jamestown, Indiana | 0.0010470950% |
| IN264 | Jasonville City, Indiana | 0.0039625359% |
| IN265 | Jasper City, Indiana | 0.0892032533% |
| IN266 | Jasper County, Indiana | 0.4269273145% |
| IN267 | Jay County, Indiana | 0.3117314681% |
| IN268 | Jefferson County, Indiana | 0.3577625848% |
| IN269 | Jeffersonville City, Indiana | 0.1772618882% |
| IN270 | Jennings County, Indiana | 0.4174880612% |
| IN271 | Johnson County, Indiana | 1.7412316960% |
| IN272 | Jonesboro City, Indiana | 0.0065494764% |
| IN273 | Jonesville Town, Indiana | 0.0001847815% |
| IN274 | Kempton Town, Indiana | 0.0027460579% |
| IN275 | Kendallville City, Indiana | 0.0955320186% |
| IN276 | Kennard Town, Indiana | 0.0009033760% |
| IN277 | Kentland Town, Indiana | 0.0053791939% |
| IN278 | Kewanna Town, Indiana | 0.0005389459% |
| IN279 | Kingman Town, Indiana | 0.0037931529% |
| IN280 | Kingsbury Town, Indiana | 0.0012934703% |
| IN281 | Kingsford Heights Town, Indiana | 0.0045938726% |
| IN282 | Kirklin Town, Indiana | 0.0053278657% |
| IN283 | Knightstown, Indiana | 0.0036853637% |
| IN284 | Knightsville Town, Indiana | 0.0053022015% |
| IN285 | Knox City, Indiana | 0.0998538518% |
| IN286 | Knox County, Indiana | 0.5298351934% |
| IN287 | Kokomo City, Indiana | 0.2824384727% |
| IN288 | Kosciusko County, Indiana | 0.4935974945% |
| IN289 | Kouts Town, Indiana | 0.0383472873% |
| IN290 | La Crosse Town, Indiana | 0.0028281830% |
| IN291 | La Fontaine Town, Indiana | 0.0017554240% |
| IN292 | La Paz Town, Indiana | 0.0034184572% |
| IN293 | La Porte City, Indiana | 0.1637779738% |
| IN294 | La Porte County, Indiana | 0.7760821626% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN295 | Laconia Town, Indiana | 0.0000051328% |
| IN296 | Ladoga Town, Indiana | 0.0108148486% |
| IN297 | Lafayette City, Indiana | 1.0121661511% |
| IN298 | Lagrange County, Indiana | 0.2088287221% |
| IN299 | Lagrange Town, Indiana | 0.0232978633% |
| IN300 | Lagro Town, Indiana | 0.0008263838% |
| IN301 | Lake County, Indiana | 1.8342742976% |
| IN302 | Lake Station City, Indiana | 0.0738458603% |
| IN303 | Lakeville Town, Indiana | 0.0035467776% |
| IN304 | Lanesville Town, Indiana | 0.0000513282% |
| IN305 | Lapel Town, Indiana | 0.0216553614% |
| IN306 | Larwill Town, Indiana | 0.0024996826% |
| IN307 | Laurel Town, Indiana | 0.0013294000% |
| IN308 | Lawrence City, Indiana | 0.1413526897% |
| IN309 | Lawrence County, Indiana | 0.4144442999% |
| IN310 | Lawrenceburg City, Indiana | 0.0397690780% |
| IN311 | Leavenworth Town, Indiana | 0.0001385861% |
| IN312 | Lebanon City, Indiana | 0.0221070494% |
| IN313 | Leesburg Town, Indiana | 0.0032234100% |
| IN314 | Leo-Cedarville Town, Indiana | 0.0196022340% |
| IN315 | Lewisville Town, Indiana | 0.0006980633% |
| IN316 | Liberty Town, Indiana | 0.0173386611% |
| IN317 | Ligonier City, Indiana | 0.0406981182% |
| IN318 | Linden Town, Indiana | 0.0066880626% |
| IN319 | Linton City, Indiana | 0.0214500487% |
| IN320 | Little York Town, Indiana | 0.0026793313% |
| IN321 | Livonia Town, Indiana | 0.0017964865% |
| IN322 | Lizton Town, Indiana | 0.0006826649% |
| IN323 | Logansport City, Indiana | 0.0184062873% |
| IN324 | Long Beach Town, Indiana | 0.0039112077% |
| IN325 | Loogootee City, Indiana | 0.0178519428% |
| IN326 | Losantville Town, Indiana | 0.0065186795% |
| IN327 | Lowell Town, Indiana | 0.0413499862% |
| IN328 | Lynn Town, Indiana | 0.0149621660% |
| IN329 | Lynnville Town, Indiana | 0.0045374116% |
| IN330 | Lyons Town, Indiana | 0.0016425020% |
| IN331 | Mackey Town, Indiana | 0.0006159382% |
| IN332 | Macy Town, Indiana | 0.0002617737% |
| IN333 | Madison City, Indiana | 0.1309484665% |
| IN334 | Madison County, Indiana | 1.3791575436% |
| IN335 | Marengo Town, Indiana | 0.0004824849% |
| IN336 | Marion City, Indiana | 0.7935953395% |
| IN337 | Markle Town, Indiana | 0.0068882425% |
| IN338 | Markleville Town, Indiana | 0.0080533923% |
| IN339 | Marshall County, Indiana | 0.2679587917% |
| IN340 | Marshall Town, Indiana | 0.0025407452% |
| IN341 | Martin County, Indiana | 0.0865085236% |
| IN342 | Martinsville City, Indiana | 0.0793944371% |
| IN343 | Matthews Town, Indiana | 0.0050814904% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN344 | Mauckport Town, Indiana | 0.0000051328% |
| IN345 | McCordsville Town, Indiana | 0.0170820201% |
| IN346 | Mecca Town, Indiana | 0.0025458780% |
| IN347 | Medaryville Town, Indiana | 0.0008109854% |
| IN348 | Medora Town, Indiana | 0.0008007197% |
| IN349 | Mellott Town, Indiana | 0.0014731189% |
| IN350 | Mentone Town, Indiana | 0.0056307019% |
| IN351 | Merom Town, Indiana | 0.0005902741% |
| IN352 | Merrillville Town, Indiana | 0.1076865329% |
| IN353 | Miami County, Indiana | 0.2157015661% |
| IN354 | Michiana Shores Town, Indiana | 0.0016065722% |
| IN355 | Michigan City, Indiana | 0.5192256575% |
| IN356 | Michigantown, Indiana | 0.0030591599% |
| IN357 | Middlebury Town, Indiana | 0.0186321313% |
| IN358 | Middletown, Indiana | 0.0039060749% |
| IN359 | Milan Town, Indiana | 0.0291441437% |
| IN360 | Milford Town, Indiana | 0.0156550965% |
| IN361 | Millersburg Town, Indiana | 0.0043936927% |
| IN362 | Millhousen Town, Indiana | 0.0001693830% |
| IN363 | Milltown, Indiana | 0.0004773521% |
| IN364 | Milton Town, Indiana | 0.0000564610% |
| IN365 | Mishawaka City, Indiana | 0.5537489949% |
| IN366 | Mitchell City, Indiana | 0.0424689405% |
| IN367 | Modoc Town, Indiana | 0.0044450209% |
| IN368 | Monon Town, Indiana | 0.0132888672% |
| IN369 | Monroe City Town, Indiana | 0.0002669066% |
| IN370 | Monroe County, Indiana | 1.1603403566% |
| IN371 | Monroe Town, Indiana | 0.0007596572% |
| IN372 | Monroeville Town, Indiana | 0.0067496564% |
| IN373 | Monrovia Town, Indiana | 0.0058924756% |
| IN374 | Monterey Town, Indiana | 0.0002874379% |
| IN375 | Montezuma Town, Indiana | 0.0078942749% |
| IN376 | Montgomery County, Indiana | 0.3881026751% |
| IN377 | Montgomery Town, Indiana | 0.0003028363% |
| IN378 | Monticello City, Indiana | 0.0859439136% |
| IN379 | Montpelier City, Indiana | 0.0238008796% |
| IN380 | Mooreland Town, Indiana | 0.0007083290% |
| IN381 | Moores Hill Town, Indiana | 0.0009803684% |
| IN382 | Mooresville Town, Indiana | 0.0679482517% |
| IN383 | Morgan County, Indiana | 1.1891098045% |
| IN384 | Morgantown, Indiana | 0.0033260664% |
| IN385 | Morocco Town, Indiana | 0.0043320988% |
| IN386 | Morristown, Indiana | 0.0014217907% |
| IN387 | Mount Auburn Town, Indiana | 0.0004568209% |
| IN388 | Mount Ayr Town, Indiana | 0.0004619537% |
| IN389 | Mount Carmel Town, Indiana | 0.0002207112% |
| IN390 | Mount Etna Town, Indiana | 0.0009495714% |
| IN391 | Mount Summit Town, Indiana | 0.0006723992% |
| IN392 | Mount Vernon City, Indiana | 0.0527961715% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN393 | Mulberry Town, Indiana | 0.0102040432% |
| IN394 | Muncie City, Indiana | 1.1425859373% |
| IN395 | Munster Town, Indiana | 0.1401670086% |
| IN396 | Napoleon Town, Indiana | 0.0029205737% |
| IN397 | Nappanee City, Indiana | 0.0750880024% |
| IN398 | Nashville Town, Indiana | 0.0122931004% |
| IN399 | New Albany City, Indiana | 0.1005416495% |
| IN400 | New Amsterdam Town, Indiana | 0.0000000000% |
| IN401 | New Carlisle Town, Indiana | 0.0260028587% |
| IN402 | New Castle City, Indiana | 0.0525395305% |
| IN403 | New Chicago Town, Indiana | 0.0302374340% |
| IN404 | New Harmony Town, Indiana | 0.0046400679% |
| IN405 | New Haven City, Indiana | 0.1210164627% |
| IN406 | New Market Town, Indiana | 0.0055845065% |
| IN407 | New Middletown, Indiana | 0.0000102656% |
| IN408 | New Palestine Town, Indiana | 0.0039266062% |
| IN409 | New Pekin Town, Indiana | 0.0236982232% |
| IN410 | New Point Town, Indiana | 0.0004311567% |
| IN411 | New Richmond Town, Indiana | 0.0029462379% |
| IN412 | New Ross Town, Indiana | 0.0030540271% |
| IN413 | New Whiteland Town, Indiana | 0.0149724317% |
| IN414 | Newberry Town, Indiana | 0.0004311567% |
| IN415 | Newburgh Town, Indiana | 0.0335942973% |
| IN416 | Newport Town, Indiana | 0.0042551066% |
| IN417 | Newton County, Indiana | 0.1317286549% |
| IN418 | Newtown, Indiana | 0.0019350726% |
| IN419 | Noble County, Indiana | 0.3308358187% |
| IN420 | Noblesville City, Indiana | 0.1813116820% |
| IN421 | North Judson Town, Indiana | 0.0550648773% |
| IN422 | North Liberty Town, Indiana | 0.0258386085% |
| IN423 | North Manchester Town, Indiana | 0.0190889521% |
| IN424 | North Salem Town, Indiana | 0.0007288602% |
| IN425 | North Vernon City, Indiana | 0.1513565530% |
| IN426 | North Webster Town, Indiana | 0.0116053027% |
| IN427 | Oakland City, Indiana | 0.0117541544% |
| IN428 | Oaktown, Indiana | 0.0003028363% |
| IN429 | Odon Town, Indiana | 0.0001129220% |
| IN430 | Ogden Dunes Town, Indiana | 0.0007545244% |
| IN431 | Ohio County, Indiana | 0.0605056649% |
| IN432 | Oldenburg Town, Indiana | 0.0017554240% |
| IN433 | Onward Town, Indiana | 0.0000205312% |
| IN434 | Oolitic Town, Indiana | 0.0059284054% |
| IN435 | Orange County, Indiana | 0.1597076487% |
| IN436 | Orestes Town, Indiana | 0.0064108903% |
| IN437 | Orland Town, Indiana | 0.0025253468% |
| IN438 | Orleans Town, Indiana | 0.0250840842% |
| IN439 | Osceola Town, Indiana | 0.0333581877% |
| IN440 | Osgood Town, Indiana | 0.0249557637% |
| IN441 | Ossian Town, Indiana | 0.0269113676% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN442 | Otterbein Town, Indiana | 0.0047632556% |
| IN443 | Owen County, Indiana | 0.2265061492% |
| IN444 | Owensville Town, Indiana | 0.0056358347% |
| IN445 | Oxford Town, Indiana | 0.0039163405% |
| IN446 | Palmyra Town, Indiana | 0.0000821251% |
| IN447 | Paoli Town, Indiana | 0.0428385035% |
| IN448 | Paragon Town, Indiana | 0.0022225104% |
| IN449 | Parke County, Indiana | 0.1418095105% |
| IN450 | Parker City Town, Indiana | 0.0194277182% |
| IN451 | Patoka Town, Indiana | 0.0042603394% |
| IN452 | Patriot Town, Indiana | 0.0022738386% |
| IN453 | Pendleton Town, Indiana | 0.0746106503% |
| IN454 | Pennville Town, Indiana | 0.0010008996% |
| IN455 | Perry County, Indiana | 0.2167486611% |
| IN456 | Perrysville Town, Indiana | 0.0037931529% |
| IN457 | Peru City, Indiana | 0.1825897537% |
| IN458 | Petersburg City, Indiana | 0.0103580278% |
| IN459 | Pierceton Town, Indiana | 0.0102861684% |
| IN460 | Pike County, Indiana | 0.1238189815% |
| IN461 | Pine Village Town, Indiana | 0.0008879776% |
| IN462 | Pittsboro Town, Indiana | 0.0022841043% |
| IN463 | Plainfield Town, Indiana | 0.1020968934% |
| IN464 | Plainville Town, Indiana | 0.0007185946% |
| IN465 | Plymouth City, Indiana | 0.1356039329% |
| IN466 | Poneto Town, Indiana | 0.0011086888% |
| IN467 | Portage City, Indiana | 0.4894039818% |
| IN468 | Porter County, Indiana | 0.1634597391% |
| IN469 | Porter Town, Indiana | 1.1075647165% |
| IN470 | Portland City, Indiana | 0.0123290301% |
| IN471 | Posey County, Indiana | 0.1942566503% |
| IN472 | Poseyville Town, Indiana | 0.0044655521% |
| IN473 | Pottawattamie Park Town, Indiana | 0.0012318765% |
| IN474 | Princes Lakes Town, Indiana | 0.0039060749% |
| IN475 | Princeton City, Indiana | 0.0452971236% |
| IN476 | Pulaski County, Indiana | 0.1885386905% |
| IN477 | Putnam County, Indiana | 0.4475715107% |
| IN478 | Randolph County, Indiana | 0.1948315260% |
| IN479 | Redkey Town, Indiana | 0.0011600170% |
| IN480 | Remington Town, Indiana | 0.0024226904% |
| IN481 | Rensselaer City, Indiana | 0.0101270510% |
| IN482 | Reynolds Town, Indiana | 0.0007083290% |
| IN483 | Richland Town, Indiana | 0.0026895969% |
| IN484 | Richmond City, Indiana | 0.6900304598% |
| IN485 | Ridgeville Town, Indiana | 0.0178930054% |
| IN486 | Riley Town, Indiana | 0.0014628533% |
| IN487 | Ripley County, Indiana | 0.2963689423% |
| IN488 | Rising Sun City, Indiana | 0.0356063622% |
| IN489 | River Forest Town, Indiana | 0.0003438989% |
| IN490 | Roachdale Town, Indiana | 0.0017759552% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN491 | Roann Town, Indiana | 0.0009598370% |
| IN492 | Roanoke Town, Indiana | 0.0123392957% |
| IN493 | Rochester City, Indiana | 0.0090645575% |
| IN494 | Rockport City, Indiana | 0.0104760827% |
| IN495 | Rockville Town, Indiana | 0.0245143414% |
| IN496 | Rome City Town, Indiana | 0.0125086788% |
| IN497 | Rosedale Town, Indiana | 0.0056101707% |
| IN498 | Roseland Town, Indiana | 0.0028281830% |
| IN499 | Rossville Town, Indiana | 0.0134069220% |
| IN500 | Royal Center Town, Indiana | 0.0001796486% |
| IN501 | Rush County, Indiana | 0.2194844534% |
| IN502 | Rushville City, Indiana | 0.0154035884% |
| IN503 | Russellville Town, Indiana | 0.0006929305% |
| IN504 | Russiaville Town, Indiana | 0.0008058526% |
| IN505 | Salamonia Town, Indiana | 0.0002258440% |
| IN506 | Salem City, Indiana | 0.0949212131% |
| IN507 | Saltillo Town, Indiana | 0.0012832047% |
| IN508 | Sandborn Town, Indiana | 0.0002053127% |
| IN509 | Santa Claus Town, Indiana | 0.0075247120% |
| IN510 | Saratoga Town, Indiana | 0.0045014819% |
| IN511 | Schererville Town, Indiana | 0.1304762472% |
| IN512 | Schneider Town, Indiana | 0.0009341730% |
| IN513 | Scott County, Indiana | 1.2219803744% |
| IN514 | Scottsburg City, Indiana | 0.0624971985% |
| IN515 | Seelyville Town, Indiana | 0.0082946348% |
| IN516 | Sellersburg Town, Indiana | 0.0135711722% |
| IN517 | Selma Town, Indiana | 0.0080893220% |
| IN518 | Seymour City, Indiana | 0.0450507483% |
| IN519 | Shadeland Town, Indiana | 0.0129347027% |
| IN520 | Shamrock Lakes Town, Indiana | 0.0030899567% |
| IN521 | Sharpsville Town, Indiana | 0.0050814904% |
| IN522 | Shelburn Town, Indiana | 0.0044398880% |
| IN523 | Shelby County, Indiana | 0.0450507483% |
| IN524 | Shelbyville City, Indiana | 0.5456956026% |
| IN525 | Sheridan Town, Indiana | 0.0121647799% |
| IN526 | Shipshewana Town, Indiana | 0.0047170603% |
| IN527 | Shirley Town, Indiana | 0.0011805483% |
| IN528 | Shoals Town, Indiana | 0.0066983282% |
| IN529 | Sidney Town, Indiana | 0.0004773521% |
| IN530 | Silver Lake Town, Indiana | 0.0053124672% |
| IN531 | Somerville Town, Indiana | 0.0016938302% |
| IN532 | South Bend City, Indiana | 1.3581283861% |
| IN533 | South Whitley Town, Indiana | 0.0000564610% |
| IN534 | Southport City, Indiana | 0.0003490317% |
| IN535 | Speedway Town, Indiana | 0.0716336155% |
| IN536 | Spencer County, Indiana | 0.1562994572% |
| IN537 | Spencer Town, Indiana | 0.0335275707% |
| IN538 | Spiceland Town, Indiana | 0.0016835644% |
| IN539 | Spring Grove Town, Indiana | 0.0014166579% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN540 | Spring Lake Town, Indiana | 0.0003079691% |
| IN541 | Springport Town, Indiana | 0.0002771722% |
| IN542 | Spurgeon Town, Indiana | 0.0006826649% |
| IN543 | St Joseph County, Indiana | 1.3359443444% |
| IN544 | St. Joe Town, Indiana | 0.0029821675% |
| IN545 | St. John Town, Indiana | 0.0653818425% |
| IN546 | St. Leon Town, Indiana | 0.0011189545% |
| IN547 | St. Paul Town, Indiana | 0.0016219706% |
| IN548 | Starke County, Indiana | 0.5754248876% |
| IN549 | State Line City Town, Indiana | 0.0005800085% |
| IN550 | Staunton Town, Indiana | 0.0035416448% |
| IN551 | Steuben County, Indiana | 0.2288877770% |
| IN552 | Stilesville Town, Indiana | 0.0004516881% |
| IN553 | Stinesville Town, Indiana | 0.0014320564% |
| IN554 | Straughn Town, Indiana | 0.0004260239% |
| IN555 | Sullivan City, Indiana | 0.0150596896% |
| IN556 | Sullivan County, Indiana | 0.4996696188% |
| IN557 | Sulphur Springs Town, Indiana | 0.0007493915% |
| IN558 | Summitville Town, Indiana | 0.0154087212% |
| IN559 | Sunman Town, Indiana | 0.0161324486% |
| IN560 | Swayzee Town, Indiana | 0.0084948146% |
| IN561 | Sweetser Town, Indiana | 0.0043782942% |
| IN562 | Switz City Town, Indiana | 0.0006570008% |
| IN563 | Switzerland County, Indiana | 0.1390275229% |
| IN564 | Syracuse Town, Indiana | 0.0288310417% |
| IN565 | Tell City, Indiana | 0.0071346177% |
| IN566 | Tennyson Town, Indiana | 0.0014371892% |
| IN567 | Terre Haute City, Indiana | 1.0171911805% |
| IN568 | Thorntown, Indiana | 0.0019966664% |
| IN569 | Tippecanoe County, Indiana | 0.9835763519% |
| IN570 | Tipton City, Indiana | 0.0756782765% |
| IN571 | Tipton County, Indiana | 0.1461108124% |
| IN572 | Topeka Town, Indiana | 0.0102502386% |
| IN573 | Town of Pines Town, Indiana | 0.0177492865% |
| IN574 | Trafalgar Town, Indiana | 0.0034749182% |
| IN575 | Trail Creek Town, Indiana | 0.0070062973% |
| IN576 | Troy Town, Indiana | 0.0003695629% |
| IN577 | Ulen Town, Indiana | 0.0001385861% |
| IN578 | Union City, Indiana | 0.0467240471% |
| IN579 | Union County, Indiana | 0.0788606240% |
| IN580 | Uniondale Town, Indiana | 0.0020531275% |
| IN581 | Universal Town, Indiana | 0.0029821675% |
| IN582 | Upland Town, Indiana | 0.0132683359% |
| IN583 | Utica Town, Indiana | 0.0015552440% |
| IN584 | Valparaiso City, Indiana | 0.4508205848% |
| IN585 | Van Buren Town, Indiana | 0.0074579854% |
| IN586 | Vanderburgh County, Indiana | 1.8728576945% |
| IN587 | Veedersburg Town, Indiana | 0.0174464502% |
| IN588 | Vera Cruz Town, Indiana | 0.0005286803% |

**Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                    **3.25.22**

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN589 | Vermillion County, Indiana | 0.1479124317% |
| IN590 | Vernon Town, Indiana | 0.0044552865% |
| IN591 | Versailles Town, Indiana | 0.0325728665% |
| IN592 | Vevay Town, Indiana | 0.0222610340% |
| IN593 | Vigo County, Indiana | 0.7948734113% |
| IN594 | Vincennes City, Indiana | 0.0141973761% |
| IN595 | Wabash City, Indiana | 0.0616502834% |
| IN596 | Wabash County, Indiana | 0.5253953053% |
| IN597 | Wakarusa Town, Indiana | 0.0133555938% |
| IN598 | Walkerton Town, Indiana | 0.0293391908% |
| IN599 | Wallace Town, Indiana | 0.0007442587% |
| IN600 | Walton Town, Indiana | 0.0010214309% |
| IN601 | Wanatah Town, Indiana | 0.0034287228% |
| IN602 | Warren County, Indiana | 0.0576774819% |
| IN603 | Warren Town, Indiana | 0.0076581652% |
| IN604 | Warrick County, Indiana | 0.3991125709% |
| IN605 | Warsaw City, Indiana | 0.2580575847% |
| IN606 | Washington City, Indiana | 0.0149570332% |
| IN607 | Washington County, Indiana | 0.3404136581% |
| IN608 | Waterloo Town, Indiana | 0.0127961166% |
| IN609 | Waveland Town, Indiana | 0.0037212935% |
| IN610 | Wayne County, Indiana | 0.7657292676% |
| IN611 | Waynetown, Indiana | 0.0084126896% |
| IN612 | Wells County, Indiana | 0.2019712766% |
| IN613 | West Baden Springs Town, Indiana | 0.0054818501% |
| IN614 | West College Corner Town, Indiana | 0.0065340780% |
| IN615 | West Harrison Town, Indiana | 0.0004773521% |
| IN616 | West Lafayette City, Indiana | 0.2612091353% |
| IN617 | West Lebanon Town, Indiana | 0.0029770347% |
| IN618 | West Terre Haute Town, Indiana | 0.0180161931% |
| IN619 | Westfield City, Indiana | 0.1106789661% |
| IN620 | Westport Town, Indiana | 0.0022019791% |
| IN621 | Westville Town, Indiana | 0.0405133367% |
| IN622 | Wheatfield Town, Indiana | 0.0014063923% |
| IN623 | Wheatland Town, Indiana | 0.0002361097% |
| IN624 | White County, Indiana | 0.2045582171% |
| IN625 | Whiteland Town, Indiana | 0.0126883274% |
| IN626 | Whitestown, Indiana | 0.0075555088% |
| IN627 | Whitewater Town, Indiana | 0.0002977035% |
| IN628 | Whiting City, Indiana | 0.0746876425% |
| IN629 | Whitley County, Indiana | 0.3073685724% |
| IN630 | Wilkinson Town, Indiana | 0.0006364695% |
| IN631 | Williamsport Town, Indiana | 0.0094546518% |
| IN632 | Winamac Town, Indiana | 0.0021557837% |
| IN633 | Winchester City, Indiana | 0.0714950294% |
| IN634 | Windfall City Town, Indiana | 0.0058873428% |
| IN635 | Winfield Town, Indiana | 0.0246529274% |
| IN636 | Wingate Town, Indiana | 0.0023251668% |
| IN637 | Winona Lake Town, Indiana | 0.0963943321% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IN638 | Winslow Town, Indiana | 0.0028487143% |
| IN639 | Wolcott Town, Indiana | 0.0013396657% |
| IN640 | Wolcottville Town, Indiana | 0.0086487992% |
| IN641 | Woodburn City, Indiana | 0.0082125097% |
| IN642 | Woodlawn Heights Town, Indiana | 0.0012216109% |
| IN643 | Worthington Town, Indiana | 0.0026126046% |
| IN644 | Yeoman Town, Indiana | 0.0014577205% |
| IN645 | Yorktown, Indiana | 0.0901887545% |
| IN646 | Zanesville Town, Indiana | 0.0025920734% |
| IN647 | Zionsville Town, Indiana | 0.0375824973% |
| IN648 | Cumberland Town, Indiana | 0.0148235799% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA1 | Adair County, Iowa | 0.2556895492% |
| IA2 | Adams County, Iowa | 0.1116738610% |
| IA3 | Allamakee County, Iowa | 0.4458620571% |
| IA7 | Appanoose County, Iowa | 0.5319573473% |
| IA8 | Audubon County, Iowa | 0.1208090649% |
| IA9 | Benton County, Iowa | 0.5190077951% |
| IA11 | Black Hawk County, Iowa | 3.3423948145% |
| IA13 | Boone County, Iowa | 0.8229376316% |
| IA14 | Bremer County, Iowa | 0.7313291658% |
| IA15 | Buchanan County, Iowa | 0.3770114677% |
| IA16 | Buena Vista County, Iowa | 0.3269761930% |
| IA18 | Butler County, Iowa | 0.2707546223% |
| IA19 | Calhoun County, Iowa | 0.1889544807% |
| IA20 | Carroll County, Iowa | 0.6033080977% |
| IA21 | Cass County, Iowa | 0.3356626501% |
| IA22 | Cedar County, Iowa | 0.3655363695% |
| IA25 | Cerro Gordo County, Iowa | 1.6302973365% |
| IA26 | Cherokee County, Iowa | 0.2378358349% |
| IA27 | Chickasaw County, Iowa | 0.2431246372% |
| IA28 | Clarke County, Iowa | 0.3046029568% |
| IA29 | Clay County, Iowa | 0.2957241797% |
| IA30 | Clayton County, Iowa | 0.4574012621% |
| IA32 | Clinton County, Iowa | 1.4586196098% |
| IA36 | Crawford County, Iowa | 0.3305341145% |
| IA37 | Dallas County, Iowa | 1.4775951912% |
| IA39 | Davis County, Iowa | 0.1538560657% |
| IA40 | Decatur County, Iowa | 0.2531573348% |
| IA41 | Delaware County, Iowa | 0.3021348491% |
| IA43 | Des Moines County, Iowa | 1.5679856298% |
| IA44 | Dickinson County, Iowa | 0.3322329419% |
| IA46 | Dubuque County, Iowa | 2.7454332795% |
| IA47 | Emmet County, Iowa | 0.1753318082% |
| IA49 | Fayette County, Iowa | 0.5284635324% |
| IA50 | Floyd County, Iowa | 0.3285468070% |
| IA53 | Franklin County, Iowa | 0.2107187034% |
| IA54 | Fremont County, Iowa | 0.2047888342% |
| IA55 | Greene County, Iowa | 0.3578435662% |
| IA57 | Grundy County, Iowa | 0.3230977380% |
| IA58 | Guthrie County, Iowa | 0.2308482053% |
| IA59 | Hamilton County, Iowa | 0.3501828163% |
| IA60 | Hancock County, Iowa | 0.1901084012% |
| IA61 | Hardin County, Iowa | 0.4491314985% |
| IA62 | Harrison County, Iowa | 0.6178282639% |
| IA63 | Henry County, Iowa | 0.4451248302% |
| IA64 | Howard County, Iowa | 0.1714212999% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA65 | Humboldt County, Iowa | 0.1929611491% |
| IA66 | Ida County, Iowa | 0.1680556985% |
| IA69 | Iowa County, Iowa | 0.2658504602% |
| IA70 | Jackson County, Iowa | 0.5490417812% |
| IA71 | Jasper County, Iowa | 1.6780568235% |
| IA72 | Jefferson County, Iowa | 0.5728253647% |
| IA73 | Johnson County, Iowa | 3.8223936863% |
| IA75 | Jones County, Iowa | 0.3884865660% |
| IA77 | Keokuk County, Iowa | 0.1980255779% |
| IA78 | Kossuth County, Iowa | 0.3482275621% |
| IA80 | Lee County, Iowa | 1.4586837165% |
| IA81 | Linn County, Iowa | 7.3285811041% |
| IA82 | Louisa County, Iowa | 0.3358870235% |
| IA83 | Lucas County, Iowa | 0.3300533143% |
| IA84 | Lyon County, Iowa | 0.1619335092% |
| IA85 | Madison County, Iowa | 0.4031349456% |
| IA86 | Mahaska County, Iowa | 0.7161999860% |
| IA88 | Marion County, Iowa | 1.1788259436% |
| IA89 | Marshall County, Iowa | 1.0363488161% |
| IA92 | Mills County, Iowa | 0.4947113580% |
| IA93 | Mitchell County, Iowa | 0.1894673343% |
| IA94 | Monona County, Iowa | 0.4457658971% |
| IA95 | Monroe County, Iowa | 0.2157510788% |
| IA96 | Montgomery County, Iowa | 0.5308995868% |
| IA98 | Muscatine County, Iowa | 1.0607414131% |
| IA102 | O Brien County, Iowa | 0.2348228203% |
| IA103 | Osceola County, Iowa | 0.1453939821% |
| IA106 | Page County, Iowa | 0.5824093155% |
| IA107 | Palo Alto County, Iowa | 0.1666132978% |
| IA110 | Plymouth County, Iowa | 0.4452850969% |
| IA111 | Pocahontas County, Iowa | 0.1165780231% |
| IA112 | Polk County, Iowa | 22.8108926250% |
| IA113 | Pottawattamie County, Iowa | 3.6145597841% |
| IA114 | Poweshiek County, Iowa | 0.4747100695% |
| IA115 | Ringgold County, Iowa | 0.1195910378% |
| IA116 | Sac County, Iowa | 0.2200782807% |
| IA117 | Scott County, Iowa | 8.8614042123% |
| IA118 | Shelby County, Iowa | 0.2859158555% |
| IA120 | Sioux County, Iowa | 0.4096738283% |
| IA123 | Story County, Iowa | 2.1665177789% |
| IA124 | Tama County, Iowa | 0.3449901740% |
| IA125 | Taylor County, Iowa | 0.1784409829% |
| IA126 | Union County, Iowa | 0.4629785445% |
| IA128 | Van Buren County, Iowa | 0.1525418785% |
| IA129 | Wapello County, Iowa | 1.0026607483% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| IA130 | Warren County, Iowa | 1.3316563022% |
| IA131 | Washington County, Iowa | 0.5543626368% |
| IA135 | Wayne County, Iowa | 0.2440541843% |
| IA136 | Webster County, Iowa | 1.5957758817% |
| IA138 | Winnebago County, Iowa | 0.2340535400% |
| IA139 | Winneshiek County, Iowa | 0.3674595703% |
| IA140 | Woodbury County, Iowa | 2.5662230163% |
| IA141 | Worth County, Iowa | 0.2345663935% |
| IA142 | Wright County, Iowa | 0.28104374467% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS1 | Allen County, Kansas | 0.7541791329% |
| KS2 | Anderson County, Kansas | 0.2371057884% |
| KS3 | Andover City, Kansas | 0.3023298328% |
| KS4 | Arkansas City, Kansas | 0.5244164596% |
| KS5 | Atchison City, Kansas | 0.2509194126% |
| KS6 | Atchison County, Kansas | 0.3718857098% |
| KS7 | Barber County, Kansas | 0.2343333783% |
| KS8 | Barton County, Kansas | 0.4058838207% |
| KS9 | Bourbon County, Kansas | 0.5659958596% |
| KS10 | Brown County, Kansas | 0.5618840411% |
| KS11 | Butler County, Kansas | 2.1800439960% |
| KS12 | Chase County, Kansas | 0.0310115071% |
| KS13 | Chautauqua County, Kansas | 0.1534264050% |
| KS14 | Cherokee County, Kansas | 1.0387304319% |
| KS15 | Cheyenne County, Kansas | 0.0521668496% |
| KS16 | Clark County, Kansas | 0.1317865660% |
| KS17 | Clay County, Kansas | 0.3853019118% |
| KS18 | Cloud County, Kansas | 0.2727657622% |
| KS19 | Coffey County, Kansas | 0.3555052548% |
| KS20 | Comanche County, Kansas | 0.0703611984% |
| KS21 | Cowley County, Kansas | 0.1056381847% |
| KS22 | Crawford County, Kansas | 0.8006058270% |
| KS23 | Decatur County, Kansas | 0.1024648600% |
| KS24 | Derby City, Kansas | 0.2862213106% |
| KS25 | Dickinson County, Kansas | 0.5167117764% |
| KS26 | Dodge City, Kansas | 0.3763716687% |
| KS27 | Doniphan County, Kansas | 0.1428529245% |
| KS28 | Douglas County, Kansas | 0.5037148817% |
| KS29 | Edwards County, Kansas | 0.0688529961% |
| KS30 | El Dorado City, Kansas | 0.5267481432% |
| KS31 | Elk County, Kansas | 0.1699851994% |
| KS32 | Elkhart City, Kansas | 0.0023710299% |
| KS33 | Ellis County, Kansas | 0.3947457539% |
| KS34 | Ellsworth County, Kansas | 0.2694567040% |
| KS35 | Emporia City, Kansas | 0.1225808979% |
| KS36 | Fairmount Township, Leavenworth County, Kansas | 0.0084960354% |
| KS37 | Finney County, Kansas | 0.4284130288% |
| KS38 | Ford County, Kansas | 0.3536897313% |
| KS39 | Franklin County, Kansas | 0.9871549429% |
| KS40 | Garden City, Kansas | 0.3090040586% |
| KS41 | Gardner City, Kansas | 0.1783885728% |
| KS42 | Geary County, Kansas | 0.9138741928% |
| KS43 | Gove County, Kansas | 0.0596145005% |
| KS44 | Graham County, Kansas | 0.0885576425% |
| KS45 | Grant County, Kansas | 0.1121093922% |
| KS46 | Gray County, Kansas | 0.1198536546% |
| KS47 | Great Bend City, Kansas | 0.2626213674% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS48 | Greeley County Unified Government, Kansas | 0.0420764688% |
| KS49 | Greenwood County, Kansas | 0.3634446197% |
| KS50 | Hamilton County, Kansas | 0.0770093484% |
| KS51 | Harper County, Kansas | 0.2751873139% |
| KS52 | Harvey County, Kansas | 0.4874526988% |
| KS53 | Haskell County, Kansas | 0.0589027724% |
| KS54 | Hays City, Kansas | 0.2857030552% |
| KS55 | Haysville City, Kansas | 0.1161439147% |
| KS56 | Hodgeman County, Kansas | 0.0381949084% |
| KS57 | Hutchinson City, Kansas | 1.0312608960% |
| KS58 | Jackson County, Kansas | 0.2794465069% |
| KS59 | Jefferson County, Kansas | 0.4227008116% |
| KS60 | Jewell County, Kansas | 0.0576553276% |
| KS61 | Johnson County, Kansas | 9.6645678744% |
| KS62 | Junction City, Kansas | 0.1775769654% |
| KS63 | Kansas City, Kansas | 5.4520371502% |
| KS64 | Kearny County, Kansas | 0.0660370488% |
| KS65 | Kingman County, Kansas | 0.2734092742% |
| KS66 | Kiowa County, Kansas | 0.0632464788% |
| KS67 | Labette County, Kansas | 1.1704308548% |
| KS68 | Lane County, Kansas | 0.0275778907% |
| KS69 | Lansing City, Kansas | 0.7133352086% |
| KS70 | Lawrence City, Kansas | 3.1638042033% |
| KS71 | Leavenworth City, Kansas | 0.5951890494% |
| KS72 | Leavenworth County, Kansas | 2.3340801542% |
| KS73 | Leawood City, Kansas | 0.5645735676% |
| KS74 | Lenexa City, Kansas | 0.9811139852% |
| KS75 | Liberal City, Kansas | 0.0682108809% |
| KS76 | Lincoln County, Kansas | 0.0485423215% |
| KS77 | Linn County, Kansas | 0.4207125363% |
| KS78 | Logan County, Kansas | 0.1082727658% |
| KS79 | Lyon County, Kansas | 0.6750909426% |
| KS80 | Manhattan City, Kansas | 0.7992480259% |
| KS81 | Manter City, Kansas | 0.0001287490% |
| KS82 | Marion County, Kansas | 0.2585495937% |
| KS83 | Marshall County, Kansas | 0.2276721904% |
| KS84 | McPherson City, Kansas | 0.2496279649% |
| KS85 | McPherson County, Kansas | 0.5097593318% |
| KS86 | Meade County, Kansas | 0.0768717523% |
| KS87 | Merriam City, Kansas | 0.2489320686% |
| KS88 | Miami County, Kansas | 1.2663765466% |
| KS89 | Mitchell County, Kansas | 0.1352292623% |
| KS90 | Montgomery County, Kansas | 1.7112175254% |
| KS91 | Morris County, Kansas | 0.1150743437% |
| KS92 | Morton County, Kansas | 0.2160617336% |
| KS93 | Nemaha County, Kansas | 0.2032897421% |
| KS94 | Neosho County, Kansas | 0.8310848768% |
| KS95 | Ness County, Kansas | 0.0706191619% |

**Allocations are subject to change pursuant to a State-Subdivision**    FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**    3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KS96 | Newton City, Kansas | 0.5433840008% |
| KS97 | Norton County, Kansas | 0.1451450288% |
| KS98 | Olathe City, Kansas | 1.6762201549% |
| KS99 | Osage County, Kansas | 0.5950568081% |
| KS100 | Osborne County, Kansas | 0.1578979290% |
| KS101 | Ottawa City, Kansas | 0.0294988813% |
| KS102 | Ottawa County, Kansas | 0.1312957833% |
| KS103 | Overland Park City, Kansas | 2.3687103690% |
| KS104 | Pawnee County, Kansas | 0.1939706911% |
| KS105 | Phillips County, Kansas | 0.1221045499% |
| KS106 | Pittsburg City, Kansas | 0.7147952173% |
| KS107 | Pottawatomie County, Kansas | 0.4594243031% |
| KS108 | Prairie Village City, Kansas | 0.2589451534% |
| KS109 | Pratt County, Kansas | 0.4619825196% |
| KS110 | Rawlins County, Kansas | 0.0431218266% |
| KS111 | Reno County, Kansas | 1.1279702345% |
| KS112 | Republic County, Kansas | 0.1617978822% |
| KS113 | Rice County, Kansas | 0.2959259100% |
| KS114 | Riley County, Kansas | 1.0426785786% |
| KS115 | Rooks County, Kansas | 0.1523482196% |
| KS116 | Rush County, Kansas | 0.0753160549% |
| KS117 | Russell County, Kansas | 0.2146389759% |
| KS118 | Salina City, Kansas | 1.3339667317% |
| KS119 | Saline County, Kansas | 0.6611290126% |
| KS120 | Scott County, Kansas | 0.0944435428% |
| KS121 | Sedgwick County, Kansas | 13.5321956939% |
| KS122 | Seward County, Kansas | 0.4105201807% |
| KS123 | Shawnee City, Kansas | 0.8209928663% |
| KS124 | Shawnee County, Kansas | 3.0388576303% |
| KS125 | Sheridan County, Kansas | 0.0529819493% |
| KS126 | Sherman County, Kansas | 0.2106519484% |
| KS127 | Smith County, Kansas | 0.1047138927% |
| KS128 | Soldier Township, Kansas | 0.0214428740% |
| KS129 | Stafford County, Kansas | 0.0781264146% |
| KS130 | Stanton County, Kansas | 0.0490733819% |
| KS131 | Stevens County, Kansas | 0.0751535472% |
| KS132 | Sumner County, Kansas | 1.0773462773% |
| KS133 | Thomas County, Kansas | 0.2518295026% |
| KS134 | Topeka City, Kansas | 2.9773291238% |
| KS135 | Trego County, Kansas | 0.0832973273% |
| KS136 | Ulysses City, Kansas | 0.0249593741% |
| KS137 | Wabaunsee County, Kansas | 0.1542554739% |
| KS138 | Wallace County, Kansas | 0.0168456276% |
| KS139 | Washington County, Kansas | 0.1090452597% |
| KS140 | Wichita City, Kansas | 8.2621190275% |
| KS141 | Wichita County, Kansas | 0.0516844483% |
| KS142 | Wilson County, Kansas | 0.5342588881% |
| KS143 | Winfield City, Kansas | 0.6854926025% |
| KS144 | Woodson County, Kansas | 0.2011950685% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.  3.25.22**

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY1 | Adair County, Kentucky | 0.2072149972% |
| KY2 | Allen County, Kentucky | 0.3652932746% |
| KY3 | Anderson County, Kentucky | 0.3621159370% |
| KY4 | Ashland City, Kentucky | 0.9834499202% |
| KY5 | Ballard County, Kentucky | 0.1275818571% |
| KY6 | Bardstown City, Kentucky | 0.2352870373% |
| KY7 | Barren County, Kentucky | 0.3821164065% |
| KY8 | Bath County, Kentucky | 0.2721522696% |
| KY9 | Bell County, Kentucky | 1.6046449783% |
| KY10 | Bellefonte City, Kentucky | 0.0232546060% |
| KY11 | Benham City, Kentucky | 0.0026848062% |
| KY12 | Berea City, Kentucky | 0.1673960319% |
| KY13 | Boone County, Kentucky | 2.2416599391% |
| KY14 | Bourbon County, Kentucky | 0.3912683808% |
| KY15 | Bowling Green City, Kentucky | 0.6707865957% |
| KY16 | Boyd County, Kentucky | 1.0191273378% |
| KY17 | Boyle County, Kentucky | 0.3790292999% |
| KY18 | Bracken County, Kentucky | 0.1275577166% |
| KY19 | Breathitt County, Kentucky | 0.5390554414% |
| KY20 | Breckinridge County, Kentucky | 0.3244963382% |
| KY21 | Buckhorn City, Kentucky | 0.0016578966% |
| KY22 | Bullitt County, Kentucky | 0.9402858081% |
| KY23 | Butler County, Kentucky | 0.2691739265% |
| KY24 | Caldwell County, Kentucky | 0.2485303902% |
| KY25 | Calloway County, Kentucky | 0.0270405279% |
| KY26 | Campbell County, Kentucky | 1.8009538340% |
| KY27 | Campbellsville City, Kentucky | 0.2769609681% |
| KY28 | Carlisle County, Kentucky | 0.0604084438% |
| KY29 | Carroll County, Kentucky | 0.3429114361% |
| KY30 | Carter County, Kentucky | 0.6015849596% |
| KY31 | Casey County, Kentucky | 0.2668572392% |
| KY32 | Christian County, Kentucky | 0.4386166388% |
| KY33 | Clark County, Kentucky | 0.6110238861% |
| KY34 | Clay County, Kentucky | 0.7834161044% |
| KY35 | Clinton County, Kentucky | 0.5184782680% |
| KY36 | Columbia City, Kentucky | 0.0941274300% |
| KY37 | Covington City, Kentucky | 1.7146827203% |
| KY38 | Crittenden County, Kentucky | 0.2010231527% |
| KY39 | Cumberland County, Kentucky | 0.1857249004% |
| KY40 | Danville City, Kentucky | 0.2799464970% |
| KY41 | Daviess County, Kentucky | 1.1263935276% |
| KY42 | Edmonson County, Kentucky | 0.1884368528% |
| KY43 | Elizabethtown City, Kentucky | 0.0550593556% |
| KY44 | Elliott County, Kentucky | 0.1458221479% |
| KY45 | Erlanger City, Kentucky | 0.3397777298% |
| KY46 | Estill County, Kentucky | 0.4817186620% |
| KY47 | Fleming County, Kentucky | 0.2798388981% |
| KY48 | Florence City, Kentucky | 0.7389020512% |
| KY49 | Floyd County, Kentucky | 2.2122610651% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY50 | Fort Thomas City, Kentucky | 0.3651296923% |
| KY51 | Frankfort City, Kentucky | 0.4254271088% |
| KY52 | Franklin County, Kentucky | 0.4438483122% |
| KY53 | Fulton County, Kentucky | 0.1040009320% |
| KY54 | Gallatin County, Kentucky | 0.2347861459% |
| KY55 | Garrard County, Kentucky | 0.3127117464% |
| KY56 | Georgetown City, Kentucky | 0.2129888920% |
| KY57 | Glasgow City, Kentucky | 0.4100978120% |
| KY58 | Grant County, Kentucky | 0.8983127984% |
| KY59 | Graves County, Kentucky | 0.5377248503% |
| KY60 | Grayson City, Kentucky | 0.1405700912% |
| KY61 | Grayson County, Kentucky | 0.5506751829% |
| KY62 | Green County, Kentucky | 0.1363993307% |
| KY63 | Greenup City, Kentucky | 0.0314549006% |
| KY64 | Greenup County, Kentucky | 0.6818493215% |
| KY65 | Hancock County, Kentucky | 0.1001482246% |
| KY66 | Hardin County, Kentucky | 1.5735944542% |
| KY67 | Harlan City, Kentucky | 0.0307714057% |
| KY68 | Harlan County, Kentucky | 0.8841679348% |
| KY69 | Harrison County, Kentucky | 0.4508521033% |
| KY70 | Hart County, Kentucky | 0.2333469695% |
| KY71 | Henderson City, Kentucky | 0.5644511762% |
| KY72 | Henderson County, Kentucky | 0.3796057595% |
| KY73 | Henry County, Kentucky | 0.2263086115% |
| KY74 | Hickman County, Kentucky | 0.0533625713% |
| KY75 | Hillview City, Kentucky | 0.0559482324% |
| KY76 | Hopkins County, Kentucky | 0.5493362318% |
| KY77 | Hopkinsville City, Kentucky | 0.5662686160% |
| KY78 | Hyden City, Kentucky | 0.0208586871% |
| KY79 | Independence City, Kentucky | 0.1255237640% |
| KY80 | Inez City, Kentucky | 0.0105691141% |
| KY81 | Jackson County, Kentucky | 0.1930879337% |
| KY82 | Jamestown City, Kentucky | 0.0102921092% |
| KY83 | Jefferson County, Kentucky | 14.4939132925% |
| KY84 | Jeffersontown City, Kentucky | 0.1981991396% |
| KY85 | Jenkins City, Kentucky | 0.0688654541% |
| KY86 | Jessamine County, Kentucky | 0.6407795601% |
| KY87 | Johnson County, Kentucky | 0.6400798620% |
| KY88 | Kenton County, Kentucky | 3.0353062046% |
| KY89 | Knott County, Kentucky | 0.4760250015% |
| KY90 | Knox County, Kentucky | 0.8791225282% |
| KY91 | Larue County, Kentucky | 0.1917133825% |
| KY92 | Laurel County, Kentucky | 0.9215642107% |
| KY93 | Lawrence County, Kentucky | 0.5341168353% |
| KY94 | Lawrenceburg City, Kentucky | 0.0804801232% |
| KY95 | Lee County, Kentucky | 0.3684164606% |
| KY96 | Leslie County, Kentucky | 0.5316878055% |
| KY97 | Letcher County, Kentucky | 0.5820426330% |
| KY98 | Lewis County, Kentucky | 0.2152456979% |

Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution. 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY99 | Lexington-Fayette Urban County, Kentucky | 6.2597070666% |
| KY100 | Lincoln County, Kentucky | 0.4844988089% |
| KY101 | Livingston County, Kentucky | 0.2056037847% |
| KY102 | Logan County, Kentucky | 0.4041639043% |
| KY103 | London City, Kentucky | 0.1961505806% |
| KY104 | Loyall City, Kentucky | 0.0033160280% |
| KY105 | Lynch City, Kentucky | 0.0027455331% |
| KY106 | Lyndon City, Kentucky | 0.0748780766% |
| KY107 | Lyon County, Kentucky | 0.1367346673% |
| KY108 | Madison County, Kentucky | 1.1073052673% |
| KY109 | Madisonville City, Kentucky | 0.3927355489% |
| KY110 | Magoffin County, Kentucky | 0.3084779576% |
| KY111 | Manchester City, Kentucky | 0.1800397241% |
| KY112 | Marion County, Kentucky | 0.3140811783% |
| KY113 | Marshall County, Kentucky | 0.6110803392% |
| KY114 | Martin County, Kentucky | 0.4586073959% |
| KY115 | Mason County, Kentucky | 0.3538044741% |
| KY116 | McCracken County, Kentucky | 0.3377504933% |
| KY117 | McCreary County, Kentucky | 0.3011869230% |
| KY118 | McLean County, Kentucky | 0.1433881867% |
| KY119 | Meade County, Kentucky | 0.3762152436% |
| KY120 | Menifee County, Kentucky | 0.1152561711% |
| KY121 | Mercer County, Kentucky | 0.4275256395% |
| KY122 | Metcalfe County, Kentucky | 0.1167070889% |
| KY123 | Monroe County, Kentucky | 0.2890192303% |
| KY124 | Montgomery County, Kentucky | 0.7103789505% |
| KY125 | Morehead City, Kentucky | 0.1176937487% |
| KY126 | Morgan County, Kentucky | 0.0505889526% |
| KY127 | Morganfield City, Kentucky | 0.1082087956% |
| KY128 | Mount Washington City, Kentucky | 0.0667863672% |
| KY129 | Muhlenberg County, Kentucky | 0.6182711015% |
| KY130 | Murray City, Kentucky | 0.5765962314% |
| KY131 | Nelson County, Kentucky | 0.4816564321% |
| KY132 | Newport City, Kentucky | 0.7312996326% |
| KY133 | Nicholas County, Kentucky | 0.1324383199% |
| KY134 | Nicholasville City, Kentucky | 0.3723153354% |
| KY135 | Ohio County, Kentucky | 0.4467150643% |
| KY136 | Oldham County, Kentucky | 0.8061439877% |
| KY137 | Owen County, Kentucky | 0.2198857418% |
| KY138 | Owensboro City, Kentucky | 0.5118319344% |
| KY139 | Owsley County, Kentucky | 0.1294761331% |
| KY140 | Paducah City, Kentucky | 1.1041080161% |
| KY141 | Paintsville City, Kentucky | 0.3642660363% |
| KY142 | Pendleton County, Kentucky | 0.3094900729% |
| KY143 | Perry County, Kentucky | 1.7685462770% |
| KY144 | Pike County, Kentucky | 2.8526994649% |
| KY145 | Pineville City, Kentucky | 0.0736606264% |
| KY146 | Pippa Passes City, Kentucky | 0.0150639864% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| KY147 | Powell County, Kentucky | 0.5788951657% |
| KY148 | Prestonsburg City, Kentucky | 0.4197933602% |
| KY149 | Pulaski County, Kentucky | 0.8723902940% |
| KY150 | Radcliff City, Kentucky | 0.0391427032% |
| KY151 | Richmond City, Kentucky | 0.5069051167% |
| KY152 | Robertson County, Kentucky | 0.0346199801% |
| KY153 | Rockcastle County, Kentucky | 0.5575756021% |
| KY154 | Rowan County, Kentucky | 0.4245058255% |
| KY155 | Russell City, Kentucky | 0.1455248537% |
| KY156 | Russell County, Kentucky | 0.5341152854% |
| KY157 | Russell Springs City, Kentucky | 0.0155036343% |
| KY158 | Scott County, Kentucky | 0.6332443967% |
| KY159 | Shelby County, Kentucky | 0.5093783884% |
| KY160 | Shelbyville City, Kentucky | 0.1168374662% |
| KY161 | Shepherdsville City, Kentucky | 0.1717991328% |
| KY162 | Shively City, Kentucky | 0.1040826057% |
| KY163 | Simpson County, Kentucky | 0.3109188228% |
| KY164 | Somerset City, Kentucky | 0.3108498299% |
| KY165 | South Shore City, Kentucky | 0.0058748246% |
| KY166 | Spencer County, Kentucky | 0.2447695951% |
| KY167 | St. Matthews City, Kentucky | 0.1131834246% |
| KY168 | Taylor County, Kentucky | 0.1908446071% |
| KY169 | Todd County, Kentucky | 0.1788746408% |
| KY170 | Trigg County, Kentucky | 0.2047738501% |
| KY171 | Trimble County, Kentucky | 0.1174427629% |
| KY172 | Union County, Kentucky | 0.2531192882% |
| KY173 | Vanceburg City, Kentucky | 0.0340027072% |
| KY174 | Warfield City, Kentucky | 0.0001148786% |
| KY175 | Warren County, Kentucky | 0.9893070387% |
| KY176 | Washington County, Kentucky | 0.1549834119% |
| KY177 | Wayne County, Kentucky | 0.3477965951% |
| KY178 | Webster County, Kentucky | 0.2371207742% |
| KY179 | West Liberty City, Kentucky | 0.1691975502% |
| KY180 | Whitesburg City, Kentucky | 0.0507126138% |
| KY181 | Whitley County, Kentucky | 2.0341464266% |
| KY182 | Winchester City, Kentucky | 0.4646999075% |
| KY183 | Wolfe County, Kentucky | 0.2600699609% |
| KY184 | Woodford County, Kentucky | 0.4375495264% |
| KY185 | Worthington City, Kentucky | 0.0263144349% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA2 | Acadia Parish, Louisiana | |
| LA4 | Allen Parish, Louisiana | |
| LA5 | Ascension Parish, Louisiana | |
| LA6 | Assumption Parish, Louisiana | |
| LA7 | Avoyelles Parish, Louisiana | |
| LA12 | Beauregard Parish, Louisiana | |
| LA14 | Bienville Parish, Louisiana | |
| LA17 | Bossier Parish, Louisiana | |
| LA19 | Caddo Parish, Louisiana | |
| LA20 | Calcasieu Parish, Louisiana | |
| LA21 | Caldwell Parish, Louisiana | |
| LA22 | Cameron Parish, Louisiana | |
| LA23 | Catahoula Parish, Louisiana | |
| LA25 | Claiborne Parish, Louisiana | |
| LA26 | Concordia Parish, Louisiana | |
| LA29 | De Soto Parish, Louisiana | |
| LA33 | East Carroll Parish, Louisiana | |
| LA34 | East Feliciana Parish, Louisiana | |
| LA36 | Evangeline Parish, Louisiana | |
| LA39 | Franklin Parish, Louisiana | |
| LA42 | Grant Parish, Louisiana | Allocations in |
| LA46 | Iberia Parish, Louisiana | Louisiana will be |
| LA47 | Iberville Parish, Louisiana | made in accordance |
| LA48 | Jackson Parish, Louisiana | with the Louisiana |
| LA50 | Jefferson Davis Parish, Louisiana | State-Local |
| LA51 | Jefferson Parish,  Louisiana | Government Opioid |
| LA54 | Lafourche Parish, Louisiana | Litigation |
| LA57 | Lasalle Parish, Louisiana | Memorandum of |
| LA58 | Lincoln Parish, Louisiana | Understanding |
| LA59 | Livingston Parish, Louisiana | |
| LA61 | Madison Parish, Louisiana | |
| LA66 | Morehouse Parish, Louisiana | |
| LA69 | Natchitoches Parish, Louisiana | |
| LA74 | Ouachita Parish, Louisiana | |
| LA78 | Plaquemines Parish, Louisiana | |
| LA79 | Pointe Coupee Parish, Louisiana | |
| LA80 | Rapides Parish, Louisiana | |
| LA81 | Red River Parish, Louisiana | |
| LA82 | Richland Parish, Louisiana | |
| LA85 | Sabine Parish, Louisiana | |
| LA88 | St Bernard Parish, Louisiana | |
| LA89 | St Charles Parish, Louisiana | |
| LA90 | St Helena Parish, Louisiana | |
| LA91 | St James Parish, Louisiana | |
| LA92 | St John The Baptist Parish, Louisiana | |
| LA93 | St Landry Parish, Louisiana | |
| LA94 | St Martin Parish, Louisiana | |
| LA95 | St Mary Parish, Louisiana | |
| LA96 | St Tammany Parish, Louisiana | |

Allocations are subject to change pursuant to a State-Subdivision
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA99 | Tangipahoa Parish, Louisiana | |
| LA100 | Tensas Parish, Louisiana | |
| LA102 | Union Parish, Louisiana | |
| LA103 | Vermilion Parish, Louisiana | |
| LA104 | Vernon Parish, Louisiana | |
| LA105 | Washington Parish, Louisiana | |
| LA106 | Webster Parish, Louisiana | |
| LA107 | West Baton Rouge Parish, Louisiana | |
| LA108 | West Carroll Parish, Louisiana | |
| LA109 | West Feliciana Parish, Louisiana | |
| LA112 | Winn Parish, Louisiana | |
| LA115 | East Baton Rouge Parish, Louisiana | |
| LA116 | Lafayette Parish, Louisiana | |
| LA117 | Orleans Parish, Louisiana | |
| LA118 | Terrebonne Parish, Louisiana | |
| LA119 | Sheriff of Acadia Parish, Louisiana | |
| LA120 | Sheriff of Allen Parish, Louisiana | |
| LA121 | Sheriff of Ascension Parish, Louisiana | |
| LA122 | Sheriff of Assumption Parish, Louisiana | |
| LA123 | Sheriff of Avoyelles Parish, Louisiana | |
| LA124 | Sheriff of Beauregard Parish, Louisiana | Allocations in |
| LA125 | Sheriff of Bienville Parish, Louisiana | Louisiana will be |
| LA126 | Sheriff of Bossier Parish, Louisiana | made in accordance |
| LA127 | Sheriff of Caddo Parish, Louisiana | with the Louisiana |
| LA128 | Sheriff of Calcasieu Parish, Louisiana | State-Local |
| LA129 | Sheriff of Caldwell Parish, Louisiana | Government Opioid |
| LA130 | Sheriff of Cameron Parish, Louisiana | Litigation |
| LA131 | Sheriff of Catahoula Parish, Louisiana | Memorandum of |
| LA132 | Sheriff of Claiborne Parish, Louisiana | Understanding |
| LA133 | Sheriff of Concordia Parish, Louisiana | |
| LA134 | Sheriff of De Soto Parish, Louisiana | |
| LA135 | Sheriff of East Baton Rouge Parish, Louisiana | |
| LA136 | Sheriff of East Carroll Parish, Louisiana | |
| LA137 | Sheriff of East Feliciana Parish, Louisiana | |
| LA138 | Sheriff of Evangeline Parish, Louisiana | |
| LA139 | Sheriff of Franklin Parish, Louisiana | |
| LA140 | Sheriff of Grant Parish, Louisiana | |
| LA141 | Sheriff of Iberia Parish, Louisiana | |
| LA142 | Sheriff of Iberville Parish, Louisiana | |
| LA143 | Sheriff of Jackson Parish, Louisiana | |
| LA144 | Sheriff of Jefferson Davis Parish, Louisiana | |
| LA145 | Sheriff of Jefferson Parish, Louisiana | |
| LA146 | Sheriff of Lafayette Parish, Louisiana | |
| LA147 | Sheriff of Lafourche Parish, Louisiana | |
| LA148 | Sheriff of Lasalle Parish, Louisiana | |
| LA149 | Sheriff of Lincoln Parish, Louisiana | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| LA150 | Sheriff of Livingston Parish, Louisiana | |
| LA151 | Sheriff of Madison Parish, Louisiana | |
| LA152 | Sheriff of Morehouse Parish, Louisiana | |
| LA153 | Sheriff of Natchitoches Parish, Louisiana | |
| LA154 | Sheriff of Orleans Parish, Louisiana | |
| LA155 | Sheriff of Ouachita Parish, Louisiana | |
| LA156 | Sheriff of Plaquemines Parish, Louisiana | |
| LA157 | Sheriff of Pointe Coupee Parish, Louisiana | |
| LA158 | Sheriff of Rapides Parish, Louisiana | |
| LA159 | Sheriff of Red River Parish, Louisiana | |
| LA160 | Sheriff of Richland Parish, Louisiana | |
| LA161 | Sheriff of Sabine Parish, Louisiana | |
| LA162 | Sheriff of St Bernard Parish, Louisiana | |
| LA163 | Sheriff of St Charles Parish, Louisiana | Allocations in |
| LA164 | Sheriff of St Helena Parish, Louisiana | Louisiana will be |
| LA165 | Sheriff of St James Parish, Louisiana | made in accordance |
| LA166 | Sheriff of St John The Baptist Parish, Louisiana | with the Louisiana State-Local |
| LA167 | Sheriff of St Landry Parish, Louisiana | Government Opioid |
| LA168 | Sheriff of St Martin Parish, Louisiana | Litigation |
| LA169 | Sheriff of St Mary Parish, Louisiana | Memorandum of |
| LA170 | Sheriff of St Tammany Parish, Louisiana | Understanding |
| LA171 | Sheriff of Tangipahoa Parish, Louisiana | |
| LA172 | Sheriff of Tensas Parish, Louisiana | |
| LA173 | Sheriff of Terrebonne Parish, Louisiana | |
| LA174 | Sheriff of Union Parish, Louisiana | |
| LA175 | Sheriff of Vermilion Parish, Louisiana | |
| LA176 | Sheriff of Vernon Parish, Louisiana | |
| LA177 | Sheriff of Washington Parish, Louisiana | |
| LA178 | Sheriff of Webster Parish, Louisiana | |
| LA179 | Sheriff of West Baton Rouge Parish, Louisiana | |
| LA180 | Sheriff of West Carroll Parish, Louisiana | |
| LA181 | Sheriff of West Feliciana Parish, Louisiana | |
| LA182 | Sheriff of Winn Parish, Louisiana | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ME1 | Androscoggin County, Maine | 1.6799535986% |
| ME2 | Aroostook County, Maine | 4.0537116218% |
| ME3 | Auburn City, Maine | 2.6283332826% |
| ME4 | Augusta City, Maine | 3.6779545807% |
| ME5 | Bangor City, Maine | 5.2042873123% |
| ME6 | Biddeford City, Maine | 2.7393997300% |
| ME7 | Brunswick Town, Maine | 1.6113929261% |
| ME8 | Calais City, Maine | 0.8369049504% |
| ME9 | Cumberland County, Maine | 3.5025701951% |
| ME10 | Falmouth Town, Maine | 1.2353278939% |
| ME11 | Franklin County, Maine | 1.9717572454% |
| ME12 | Gorham Town, Maine | 1.4582940317% |
| ME13 | Hancock County, Maine | 3.8494340111% |
| ME14 | Kennebec County, Maine | 4.9959268385% |
| ME15 | Kennebunk Town, Maine | 0.2185679049% |
| ME16 | Knox County, Maine | 2.1010369789% |
| ME17 | Lewiston City, Maine | 4.3451006968% |
| ME18 | Lincoln County, Maine | 2.1621727981% |
| ME19 | Orono Town, Maine | 0.2094180830% |
| ME20 | Oxford County, Maine | 3.8454418782% |
| ME21 | Penobscot County, Maine | 6.7801027597% |
| ME22 | Piscataquis County, Maine | 1.2760851978% |
| ME23 | Portland City, Maine | 7.2016026249% |
| ME24 | Rockland City, Maine | 0.6184398003% |
| ME25 | Saco City, Maine | 0.4366518238% |
| ME26 | Sagadahoc County, Maine | 1.9708146889% |
| ME27 | Sanford City, Maine | 2.6908215844% |
| ME28 | Scarborough Town, Maine | 1.8363769930% |
| ME29 | Somerset County, Maine | 3.6977198467% |
| ME30 | South Portland City, Maine | 2.2275994495% |
| ME31 | Standish Town, Maine | 0.0664145731% |
| ME32 | Waldo County, Maine | 2.4723925078% |
| ME33 | Washington County, Maine | 2.6998574469% |
| ME34 | Waterville City, Maine | 2.8132809688% |
| ME35 | Wells Town, Maine | 0.2541311729% |
| ME36 | Westbrook City, Maine | 1.5416150467% |
| ME37 | Windham Town, Maine | 0.1935482073% |
| ME38 | York County, Maine | 6.7950503019% |
| ME39 | York Town, Maine | 2.1005084476% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MD1 | Aberdeen City, Maryland | 0.0372796529% |
| MD2 | Allegany County, Maryland | 1.6120411494% |
| MD3 | Annapolis City, Maryland | 0.2413230958% |
| MD4 | Anne Arundel County, Maryland | 9.5850095156% |
| MD5 | Baltimore City, Maryland | 20.9970334354% |
| MD6 | Baltimore County, Maryland | 17.7565394434% |
| MD7 | Bel Air Town, Maryland | 0.0322364280% |
| MD8 | Berlin Town, Maryland | 0.0109236186% |
| MD9 | Bowie City, Maryland | 0.0263270946% |
| MD10 | Calvert County, Maryland | 1.6948343688% |
| MD11 | Cambridge City, Maryland | 0.0196746185% |
| MD12 | Caroline County, Maryland | 0.5865017850% |
| MD13 | Carroll County, Maryland | 2.9605563001% |
| MD14 | Cecil County, Maryland | 3.7958577634% |
| MD15 | Charles County, Maryland | 1.9663409179% |
| MD16 | Charlestown, Maryland | 0.0013846587% |
| MD17 | College Park City, Maryland | 0.0050334845% |
| MD18 | Cottage City Town, Maryland | 0.0015972023% |
| MD19 | Cumberland City, Maryland | 0.1627132426% |
| MD20 | Dorchester County, Maryland | 0.3951913125% |
| MD21 | Easton Town, Maryland | 0.0630108370% |
| MD22 | Elkton Town, Maryland | 0.0884110160% |
| MD23 | Forest Heights Town, Maryland | 0.0014812182% |
| MD24 | Frederick City, Maryland | 0.1530889274% |
| MD25 | Frederick County, Maryland | 3.4957333212% |
| MD26 | Frostburg City, Maryland | 0.0194678741% |
| MD27 | Gaithersburg City, Maryland | 0.0243966914% |
| MD28 | Garrett County, Maryland | 0.3513434690% |
| MD29 | Grantsville Town, Maryland | 0.0002207076% |
| MD30 | Greenbelt City, Maryland | 0.0369938028% |
| MD31 | Hagerstown City, Maryland | 0.1829328174% |
| MD32 | Harford County, Maryland | 5.1958110720% |
| MD33 | Havre De Grace City, Maryland | 0.0458009931% |
| MD34 | Howard County, Maryland | 3.2487213744% |
| MD35 | Hyattsville City, Maryland | 0.0127377562% |
| MD36 | Kent County, Maryland | 0.4683852152% |
| MD37 | Laurel City, Maryland | 0.0300516480% |
| MD38 | Montgomery County, Maryland | 8.5574378958% |
| MD39 | Mountain Lake Park Town, Maryland | 0.0001004445% |
| MD40 | New Carrollton City, Maryland | 0.0062727689% |
| MD41 | North Brentwood Town, Maryland | 0.0000662686% |
| MD42 | North East Town, Maryland | 0.0183814522% |
| MD43 | Oakland Town, Maryland | 0.0011777453% |
| MD44 | Perryville Town, Maryland | 0.0184160785% |
| MD45 | Prince Georges County, Maryland | 7.1382650655% |
| MD46 | Queen Annes County, Maryland | 0.7381792535% |
| MD47 | Rockville City, Maryland | 0.0611045878% |
| MD48 | Salisbury City, Maryland | 0.1347806691% |
| MD49 | Seat Pleasant City, Maryland | 0.0040128808% |

**Allocations are subject to change pursuant to a State-Subdivision**     FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**     3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MD50 | Somerset County, Maryland | 0.3875128839% |
| MD51 | St Marys County, Maryland | 1.3684562511% |
| MD52 | Takoma Park City, Maryland | 0.0195596479% |
| MD53 | Talbot County, Maryland | 0.4896824850% |
| MD54 | Upper Marlboro Town, Maryland | 0.0009443695% |
| MD55 | Vienna Town, Maryland | 0.0001582676% |
| MD56 | Washington County, Maryland | 3.0474905505% |
| MD57 | Westminster City, Maryland | 0.0440087573% |
| MD58 | Wicomico County, Maryland | 1.6694422411% |
| MD59 | Worcester County, Maryland | 0.9876031064% |

Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.                     3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA1 | Abington Town, Massachusetts | 0.2400899791% |
| MA2 | Acton Town, Massachusetts | 0.1586479343% |
| MA3 | Acushnet Town, Massachusetts | 0.1547305792% |
| MA4 | Adams Town, Massachusetts | 0.0189731986% |
| MA5 | Agawam Town City, Massachusetts | 0.4341901730% |
| MA6 | Alford Town, Massachusetts | 0.0007449491% |
| MA7 | Amesbury Town City, Massachusetts | 0.2580959424% |
| MA8 | Amherst Town, Massachusetts | 0.3675897982% |
| MA9 | Andover Town, Massachusetts | 0.7102727131% |
| MA10 | Aquinnah Town, Massachusetts | 0.0049293930% |
| MA11 | Arlington Town, Massachusetts | 0.3350233330% |
| MA12 | Ashburnham Town, Massachusetts | 0.0140160133% |
| MA13 | Ashby Town, Massachusetts | 0.0069876989% |
| MA14 | Ashfield Town, Massachusetts | 0.0027296132% |
| MA15 | Ashland Town, Massachusetts | 0.1613930923% |
| MA16 | Athol Town, Massachusetts | 0.0359559233% |
| MA17 | Attleboro City, Massachusetts | 0.9357205930% |
| MA18 | Auburn Town, Massachusetts | 0.3036683195% |
| MA19 | Avon Town, Massachusetts | 0.0739889948% |
| MA20 | Ayer Town, Massachusetts | 0.0179210686% |
| MA21 | Barnstable County, Massachusetts | 0.0639482242% |
| MA22 | Barnstable Town City, Massachusetts | 0.8578313582% |
| MA23 | Barre Town, Massachusetts | 0.0096522017% |
| MA24 | Becket Town, Massachusetts | 0.0067279376% |
| MA25 | Bedford Town, Massachusetts | 0.1982937972% |
| MA26 | Belchertown, Massachusetts | 0.3492785905% |
| MA27 | Bellingham Town, Massachusetts | 0.1961076781% |
| MA28 | Belmont Town, Massachusetts | 0.2420315678% |
| MA29 | Berkley Town, Massachusetts | 0.1212759115% |
| MA30 | Berlin Town, Massachusetts | 0.0397753511% |
| MA31 | Bernardston Town, Massachusetts | 0.0040751589% |
| MA32 | Beverly City, Massachusetts | 0.4801566147% |
| MA33 | Billerica Town, Massachusetts | 0.3870913124% |
| MA34 | Blackstone Town, Massachusetts | 0.0221473318% |
| MA35 | Blandford Town, Massachusetts | 0.0009007116% |
| MA36 | Bolton Town, Massachusetts | 0.0110088433% |
| MA37 | Boston City, Massachusetts | 10.5767780349% |
| MA38 | Bourne Town, Massachusetts | 0.3783946742% |
| MA39 | Boxborough Town, Massachusetts | 0.0399298051% |
| MA40 | Boxford Town, Massachusetts | 0.0912309051% |
| MA41 | Boylston Town, Massachusetts | 0.0562367737% |
| MA42 | Braintree Town City, Massachusetts | 0.4457226214% |
| MA43 | Brewster Town, Massachusetts | 0.1284470083% |
| MA44 | Bridgewater Town, Massachusetts | 0.0570448443% |
| MA45 | Brimfield Town, Massachusetts | 0.0355644757% |
| MA46 | Bristol County, Massachusetts | 0.1015083030% |
| MA47 | Brockton City, Massachusetts | 2.1170344615% |
| MA48 | Brookfield Town, Massachusetts | 0.0372953453% |
| MA49 | Brookline Town, Massachusetts | 0.8244968622% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA50 | Buckland Town, Massachusetts | 0.0031396937% |
| MA51 | Burlington Town, Massachusetts | 0.3034752912% |
| MA52 | Cambridge City, Massachusetts | 4.3053779748% |
| MA53 | Canton Town, Massachusetts | 0.2909840866% |
| MA54 | Carlisle Town, Massachusetts | 0.0526144568% |
| MA55 | Carver Town, Massachusetts | 0.2179547901% |
| MA56 | Charlemont Town, Massachusetts | 0.0066765925% |
| MA57 | Charlton Town, Massachusetts | 0.0305379405% |
| MA58 | Chatham Town, Massachusetts | 0.1685335181% |
| MA59 | Chelmsford Town, Massachusetts | 0.3162632088% |
| MA60 | Chelsea City, Massachusetts | 0.5236031155% |
| MA61 | Cheshire Town, Massachusetts | 0.0015830626% |
| MA62 | Chester Town, Massachusetts | 0.0096828727% |
| MA63 | Chesterfield Town, Massachusetts | 0.0168042468% |
| MA64 | Chicopee City, Massachusetts | 0.8816952708% |
| MA65 | Chilmark Town, Massachusetts | 0.0062328576% |
| MA66 | Clarksburg Town, Massachusetts | 0.0303920178% |
| MA67 | Clinton Town, Massachusetts | 0.2371744557% |
| MA68 | Cohasset Town, Massachusetts | 0.1430861241% |
| MA69 | Colrain Town, Massachusetts | 0.0016018525% |
| MA70 | Concord Town, Massachusetts | 0.1749597704% |
| MA71 | Conway Town, Massachusetts | 0.0354590115% |
| MA72 | Cummington Town, Massachusetts | 0.0009757143% |
| MA73 | Dalton Town, Massachusetts | 0.0123034626% |
| MA74 | Danvers Town, Massachusetts | 0.4037368656% |
| MA75 | Dartmouth Town, Massachusetts | 0.5505881937% |
| MA76 | Dedham Town, Massachusetts | 0.3188835370% |
| MA77 | Deerfield Town, Massachusetts | 0.0872700035% |
| MA78 | Dennis Town, Massachusetts | 0.0970183530% |
| MA79 | Dighton Town, Massachusetts | 0.0228752705% |
| MA80 | Douglas Town, Massachusetts | 0.1659192613% |
| MA81 | Dover Town, Massachusetts | 0.0683428114% |
| MA82 | Dracut Town, Massachusetts | 0.2045887296% |
| MA83 | Dudley Town, Massachusetts | 0.0179390734% |
| MA84 | Dukes County, Massachusetts | 0.0054256244% |
| MA85 | Dunstable Town, Massachusetts | 0.0041607864% |
| MA86 | Duxbury Town, Massachusetts | 0.3742011756% |
| MA87 | East Bridgewater Town, Massachusetts | 0.2308047825% |
| MA88 | East Brookfield Town, Massachusetts | 0.0052365739% |
| MA89 | East Longmeadow Town, Massachusetts | 0.2715713403% |
| MA90 | Eastham Town, Massachusetts | 0.0786916528% |
| MA91 | Easthampton Town City, Massachusetts | 0.2670463228% |
| MA92 | Easton Town, Massachusetts | 0.5676857515% |
| MA93 | Edgartown, Massachusetts | 0.0809809332% |
| MA94 | Egremont Town, Massachusetts | 0.0050750540% |
| MA95 | Erving Town, Massachusetts | 0.0513752128% |
| MA96 | Essex Town, Massachusetts | 0.0113333487% |
| MA97 | Everett City, Massachusetts | 0.4368228534% |
| MA98 | Fairhaven Town, Massachusetts | 0.3265362625% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA99 | Fall River City, Massachusetts | 2.1055901006% |
| MA100 | Falmouth Town, Massachusetts | 0.6632841320% |
| MA101 | Fitchburg City, Massachusetts | 0.6913634212% |
| MA102 | Florida Town, Massachusetts | 0.0170875086% |
| MA103 | Foxborough Town, Massachusetts | 0.2588100112% |
| MA104 | Framingham Town, Massachusetts | 0.6902310022% |
| MA105 | Franklin Town City, Massachusetts | 0.4506715894% |
| MA106 | Freetown, Massachusetts | 0.0347111837% |
| MA107 | Gardner City, Massachusetts | 0.3080580392% |
| MA108 | Georgetown, Massachusetts | 0.1361143365% |
| MA109 | Gill Town, Massachusetts | 0.0032293514% |
| MA110 | Gloucester City, Massachusetts | 0.4219420015% |
| MA111 | Goshen Town, Massachusetts | 0.0020598761% |
| MA112 | Gosnold Town, Massachusetts | 0.0011645031% |
| MA113 | Grafton Town, Massachusetts | 0.2787903277% |
| MA114 | Granby Town, Massachusetts | 0.1421420753% |
| MA115 | Granville Town, Massachusetts | 0.0205788719% |
| MA116 | Great Barrington Town, Massachusetts | 0.0238735954% |
| MA117 | Greenfield Town City, Massachusetts | 0.4522917084% |
| MA118 | Groton Town, Massachusetts | 0.0112861907% |
| MA119 | Groveland Town, Massachusetts | 0.0109548289% |
| MA120 | Hadley Town, Massachusetts | 0.1036658447% |
| MA121 | Halifax Town, Massachusetts | 0.0744074497% |
| MA122 | Hamilton Town, Massachusetts | 0.0148754814% |
| MA123 | Hampden Town, Massachusetts | 0.0086441416% |
| MA124 | Hancock Town, Massachusetts | 0.0080083205% |
| MA125 | Hanover Town, Massachusetts | 0.2979987927% |
| MA126 | Hanson Town, Massachusetts | 0.0306151413% |
| MA127 | Hardwick Town, Massachusetts | 0.0046489576% |
| MA128 | Harvard Town, Massachusetts | 0.1646144358% |
| MA129 | Harwich Town, Massachusetts | 0.2864309104% |
| MA130 | Hatfield Town, Massachusetts | 0.0627393895% |
| MA131 | Haverhill City, Massachusetts | 0.8142937865% |
| MA132 | Hawley Town, Massachusetts | 0.0002691301% |
| MA133 | Heath Town, Massachusetts | 0.0011790011% |
| MA134 | Hingham Town, Massachusetts | 0.4828724626% |
| MA135 | Hinsdale Town, Massachusetts | 0.0037015067% |
| MA136 | Holbrook Town, Massachusetts | 0.1222501079% |
| MA137 | Holden Town, Massachusetts | 0.0343745879% |
| MA138 | Holland Town, Massachusetts | 0.0238040885% |
| MA139 | Holliston Town, Massachusetts | 0.1672190621% |
| MA140 | Holyoke City, Massachusetts | 0.9664659552% |
| MA141 | Hopedale Town, Massachusetts | 0.1372305825% |
| MA142 | Hopkinton Town, Massachusetts | 0.2027514537% |
| MA143 | Hubbardston Town, Massachusetts | 0.0076647112% |
| MA144 | Hudson Town, Massachusetts | 0.1994512345% |
| MA145 | Hull Town, Massachusetts | 0.1954841045% |
| MA146 | Huntington Town, Massachusetts | 0.0026561285% |
| MA147 | Ipswich Town, Massachusetts | 0.2079635850% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA148 | Kingston Town, Massachusetts | 0.1369378473% |
| MA149 | Lakeville Town, Massachusetts | 0.0202228058% |
| MA150 | Lancaster Town, Massachusetts | 0.0116656002% |
| MA151 | Lanesborough Town, Massachusetts | 0.0575248505% |
| MA152 | Lawrence City, Massachusetts | 1.4758837913% |
| MA153 | Lee Town, Massachusetts | 0.1519018348% |
| MA154 | Leicester Town, Massachusetts | 0.1926291380% |
| MA155 | Lenox Town, Massachusetts | 0.1609461124% |
| MA156 | Leominster City, Massachusetts | 0.7902530708% |
| MA157 | Leverett Town, Massachusetts | 0.0395342227% |
| MA158 | Lexington Town, Massachusetts | 0.5090924410% |
| MA159 | Leyden Town, Massachusetts | 0.0007689206% |
| MA160 | Lincoln Town, Massachusetts | 0.1099619285% |
| MA161 | Littleton Town, Massachusetts | 0.1043597104% |
| MA162 | Longmeadow Town, Massachusetts | 0.2992108201% |
| MA163 | Lowell City, Massachusetts | 1.0242474790% |
| MA164 | Ludlow Town, Massachusetts | 0.3042665608% |
| MA165 | Lunenburg Town, Massachusetts | 0.1916440550% |
| MA166 | Lynn City, Massachusetts | 1.5917595154% |
| MA167 | Lynnfield Town, Massachusetts | 0.2333154069% |
| MA168 | Malden City, Massachusetts | 0.4659742140% |
| MA169 | Manchester-By-The-Sea Town, Massachusetts | 0.0201100664% |
| MA170 | Mansfield Town, Massachusetts | 0.6816694002% |
| MA171 | Marblehead Town, Massachusetts | 0.3485912672% |
| MA172 | Marion Town, Massachusetts | 0.0698025620% |
| MA173 | Marlborough City, Massachusetts | 0.3668295136% |
| MA174 | Marshfield Town, Massachusetts | 0.4930551259% |
| MA175 | Mashpee Town, Massachusetts | 0.3459150927% |
| MA176 | Mattapoisett Town, Massachusetts | 0.0843720139% |
| MA177 | Maynard Town, Massachusetts | 0.1014940666% |
| MA178 | Medfield Town, Massachusetts | 0.2083772770% |
| MA179 | Medford City, Massachusetts | 0.3972200658% |
| MA180 | Medway Town, Massachusetts | 0.1940731867% |
| MA181 | Melrose City, Massachusetts | 0.2296395466% |
| MA182 | Mendon Town, Massachusetts | 0.0164096065% |
| MA183 | Merrimac Town, Massachusetts | 0.0100336001% |
| MA184 | Methuen Town City, Massachusetts | 0.7149217230% |
| MA185 | Middleborough Town, Massachusetts | 0.3933419654% |
| MA186 | Middlefield Town, Massachusetts | 0.0003253381% |
| MA187 | Middleton Town, Massachusetts | 0.0917093411% |
| MA188 | Milford Town, Massachusetts | 0.5323916620% |
| MA189 | Millbury Town, Massachusetts | 0.2332340712% |
| MA190 | Millis Town, Massachusetts | 0.0999797258% |
| MA191 | Millville Town, Massachusetts | 0.0062130209% |
| MA192 | Milton Town, Massachusetts | 0.3520463069% |
| MA193 | Monroe Town, Massachusetts | 0.0001025332% |
| MA194 | Monson Town, Massachusetts | 0.1266258006% |
| MA195 | Montague Town, Massachusetts | 0.0291412591% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA196 | Monterey Town, Massachusetts | 0.0042137017% |
| MA197 | Montgomery Town, Massachusetts | 0.0002324400% |
| MA198 | Mt Washington Town, Massachusetts | 0.0001746048% |
| MA199 | Nahant Town, Massachusetts | 0.0355497159% |
| MA200 | Nantucket Town, Massachusetts | 0.1102324194% |
| MA201 | Natick Town, Massachusetts | 0.3421702489% |
| MA202 | Needham Town, Massachusetts | 0.4914063771% |
| MA203 | New Ashford Town, Massachusetts | 0.0002677169% |
| MA204 | New Bedford City, Massachusetts | 2.3617391681% |
| MA205 | New Braintree Town, Massachusetts | 0.0013480056% |
| MA206 | New Marlborough Town, Massachusetts | 0.0032940955% |
| MA207 | New Salem Town, Massachusetts | 0.0024476600% |
| MA208 | Newbury Town, Massachusetts | 0.0135400372% |
| MA209 | Newburyport City, Massachusetts | 0.2905748435% |
| MA210 | Newton City, Massachusetts | 1.0088865481% |
| MA211 | Norfolk County, Massachusetts | 0.0563017795% |
| MA212 | Norfolk Town, Massachusetts | 0.0892988423% |
| MA213 | North Adams City, Massachusetts | 0.3428675166% |
| MA214 | North Andover Town, Massachusetts | 0.4494737051% |
| MA215 | North Attleborough Town, Massachusetts | 0.6369959028% |
| MA216 | North Brookfield Town, Massachusetts | 0.0698725924% |
| MA217 | North Reading Town, Massachusetts | 0.1664230820% |
| MA218 | Northampton City, Massachusetts | 0.5405649568% |
| MA219 | Northborough Town, Massachusetts | 0.2422641125% |
| MA220 | Northbridge Town, Massachusetts | 0.2823159735% |
| MA221 | Northfield Town, Massachusetts | 0.0153010544% |
| MA222 | Norton Town, Massachusetts | 0.4563834066% |
| MA223 | Norwell Town, Massachusetts | 0.2753854817% |
| MA224 | Norwood Town, Massachusetts | 0.3412282413% |
| MA225 | Oak Bluffs Town, Massachusetts | 0.0769116887% |
| MA226 | Oakham Town, Massachusetts | 0.0026269230% |
| MA227 | Orange Town, Massachusetts | 0.1376712816% |
| MA228 | Orleans Town, Massachusetts | 0.0935051641% |
| MA229 | Otis Town, Massachusetts | 0.0035269019% |
| MA230 | Oxford Town, Massachusetts | 0.2336229019% |
| MA231 | Palmer Town City, Massachusetts | 0.1621757259% |
| MA232 | Paxton Town, Massachusetts | 0.0115100470% |
| MA233 | Peabody City, Massachusetts | 0.7162928627% |
| MA234 | Pelham Town, Massachusetts | 0.0235476246% |
| MA235 | Pembroke Town, Massachusetts | 0.3388218249% |
| MA236 | Pepperell Town, Massachusetts | 0.0102363113% |
| MA237 | Peru Town, Massachusetts | 0.0011523603% |
| MA238 | Petersham Town, Massachusetts | 0.0159775433% |
| MA239 | Phillipston Town, Massachusetts | 0.0039835646% |
| MA240 | Pittsfield City, Massachusetts | 1.1541979937% |
| MA241 | Plainfield Town, Massachusetts | 0.0004986914% |
| MA242 | Plainville Town, Massachusetts | 0.0738004154% |
| MA243 | Plymouth County, Massachusetts | 0.0008974666% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA244 | Plymouth Town, Massachusetts | 1.0727134492% |
| MA245 | Plympton Town, Massachusetts | 0.0311939123% |
| MA246 | Princeton Town, Massachusetts | 0.0094015998% |
| MA247 | Provincetown, Massachusetts | 0.0895015011% |
| MA248 | Quincy City, Massachusetts | 1.0277365393% |
| MA249 | Randolph Town, Massachusetts | 0.3517891103% |
| MA250 | Raynham Town, Massachusetts | 0.0739771661% |
| MA251 | Reading Town, Massachusetts | 0.2463903024% |
| MA252 | Rehoboth Town, Massachusetts | 0.0342848256% |
| MA253 | Revere City, Massachusetts | 0.5754964378% |
| MA254 | Richmond Town, Massachusetts | 0.0346755405% |
| MA255 | Rochester Town, Massachusetts | 0.0656757963% |
| MA256 | Rockland Town, Massachusetts | 0.3048431858% |
| MA257 | Rockport Town, Massachusetts | 0.1188536886% |
| MA258 | Rowe Town, Massachusetts | 0.0242459391% |
| MA259 | Rowley Town, Massachusetts | 0.0134543050% |
| MA260 | Royalston Town, Massachusetts | 0.0020739031% |
| MA261 | Russell Town, Massachusetts | 0.0012348998% |
| MA262 | Rutland Town, Massachusetts | 0.0122272562% |
| MA263 | Salem City, Massachusetts | 0.6254547137% |
| MA264 | Salisbury Town, Massachusetts | 0.0319290215% |
| MA265 | Sandisfield Town, Massachusetts | 0.0020719142% |
| MA266 | Sandwich Town, Massachusetts | 0.4944903815% |
| MA267 | Saugus Town, Massachusetts | 0.3330802265% |
| MA268 | Savoy Town, Massachusetts | 0.0103246605% |
| MA269 | Scituate Town, Massachusetts | 0.3938536371% |
| MA270 | Seekonk Town, Massachusetts | 0.3325159013% |
| MA271 | Sharon Town, Massachusetts | 0.3157804286% |
| MA272 | Sheffield Town, Massachusetts | 0.0066580643% |
| MA273 | Shelburne Town, Massachusetts | 0.0145706034% |
| MA274 | Sherborn Town, Massachusetts | 0.0361347676% |
| MA275 | Shirley Town, Massachusetts | 0.0049654026% |
| MA276 | Shrewsbury Town, Massachusetts | 0.6471205738% |
| MA277 | Shutesbury Town, Massachusetts | 0.0358178516% |
| MA278 | Somerset Town, Massachusetts | 0.2943717652% |
| MA279 | Somerville City, Massachusetts | 0.5538327759% |
| MA280 | South Hadley Town, Massachusetts | 0.3289508962% |
| MA281 | Southampton Town, Massachusetts | 0.0773861993% |
| MA282 | Southborough Town, Massachusetts | 0.2173688486% |
| MA283 | Southbridge Town City, Massachusetts | 0.2906114812% |
| MA284 | Southwick Town, Massachusetts | 0.0165255910% |
| MA285 | Spencer Town, Massachusetts | 0.0203153945% |
| MA286 | Springfield City, Massachusetts | 3.4410224370% |
| MA287 | Sterling Town, Massachusetts | 0.0196759620% |
| MA288 | Stockbridge Town, Massachusetts | 0.0092305018% |
| MA289 | Stoneham Town, Massachusetts | 0.1669780908% |
| MA290 | Stoughton Town, Massachusetts | 0.3118943726% |
| MA291 | Stow Town, Massachusetts | 0.0087733680% |
| MA292 | Sturbridge Town, Massachusetts | 0.1235688557% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA293 | Sudbury Town, Massachusetts | 0.1950193814% |
| MA294 | Sunderland Town, Massachusetts | 0.0394445127% |
| MA295 | Sutton Town, Massachusetts | 0.1720631416% |
| MA296 | Swampscott Town, Massachusetts | 0.2802270489% |
| MA297 | Swansea Town, Massachusetts | 0.3127370397% |
| MA298 | Taunton City, Massachusetts | 1.3156698571% |
| MA299 | Templeton Town, Massachusetts | 0.0167725290% |
| MA300 | Tewksbury Town, Massachusetts | 0.2526508477% |
| MA301 | Tisbury Town, Massachusetts | 0.0665566713% |
| MA302 | Tolland Town, Massachusetts | 0.0005593530% |
| MA303 | Topsfield Town, Massachusetts | 0.0713350646% |
| MA304 | Townsend Town, Massachusetts | 0.0093843801% |
| MA305 | Truro Town, Massachusetts | 0.0604250384% |
| MA306 | Tyngsborough Town, Massachusetts | 0.1162396935% |
| MA307 | Tyringham Town, Massachusetts | 0.0012803829% |
| MA308 | Upton Town, Massachusetts | 0.0211017442% |
| MA309 | Uxbridge Town, Massachusetts | 0.2255606716% |
| MA310 | Wakefield Town, Massachusetts | 0.2116065761% |
| MA311 | Wales Town, Massachusetts | 0.0147604390% |
| MA312 | Walpole Town, Massachusetts | 0.3194149930% |
| MA313 | Waltham City, Massachusetts | 0.5322671985% |
| MA314 | Ware Town, Massachusetts | 0.2035588439% |
| MA315 | Wareham Town, Massachusetts | 0.3595394490% |
| MA316 | Warren Town, Massachusetts | 0.0179304373% |
| MA317 | Warwick Town, Massachusetts | 0.0065997057% |
| MA318 | Washington Town, Massachusetts | 0.0004074112% |
| MA319 | Watertown Town City, Massachusetts | 0.2540965713% |
| MA320 | Wayland Town, Massachusetts | 0.2147389946% |
| MA321 | Webster Town, Massachusetts | 0.2405963644% |
| MA322 | Wellesley Town, Massachusetts | 0.4811483972% |
| MA323 | Wellfleet Town, Massachusetts | 0.0667808417% |
| MA324 | Wendell Town, Massachusetts | 0.0010508215% |
| MA325 | Wenham Town, Massachusetts | 0.0112119209% |
| MA326 | West Boylston Town, Massachusetts | 0.1222726663% |
| MA327 | West Bridgewater Town, Massachusetts | 0.1467598909% |
| MA328 | West Brookfield Town, Massachusetts | 0.0059191866% |
| MA329 | West Newbury Town, Massachusetts | 0.0086981560% |
| MA330 | West Springfield Town City, Massachusetts | 0.4627594653% |
| MA331 | West Stockbridge Town, Massachusetts | 0.0028401544% |
| MA332 | West Tisbury Town, Massachusetts | 0.0099183484% |
| MA333 | Westborough Town, Massachusetts | 0.5070384269% |
| MA334 | Westfield City, Massachusetts | 0.6538385669% |
| MA335 | Westford Town, Massachusetts | 0.2939962811% |
| MA336 | Westhampton Town, Massachusetts | 0.0199373981% |
| MA337 | Westminster Town, Massachusetts | 0.0226744436% |
| MA338 | Weston Town, Massachusetts | 0.2254658323% |
| MA339 | Westport Town, Massachusetts | 0.2811335179% |
| MA340 | Westwood Town, Massachusetts | 0.2903783084% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MA341 | Weymouth Town City, Massachusetts | 0.5656639786% |
| MA342 | Whately Town, Massachusetts | 0.0314223222% |
| MA343 | Whitman Town, Massachusetts | 0.0448742719% |
| MA344 | Wilbraham Town, Massachusetts | 0.0313150261% |
| MA345 | Williamsburg Town, Massachusetts | 0.0343998679% |
| MA346 | Williamstown, Massachusetts | 0.0783021941% |
| MA347 | Wilmington Town, Massachusetts | 0.2467559990% |
| MA348 | Winchendon Town, Massachusetts | 0.1830720373% |
| MA349 | Winchester Town, Massachusetts | 0.2570095300% |
| MA350 | Windsor Town, Massachusetts | 0.0005238144% |
| MA351 | Winthrop Town City, Massachusetts | 0.1505890537% |
| MA352 | Woburn City, Massachusetts | 0.3503541163% |
| MA353 | Worcester City, Massachusetts | 3.7929503518% |
| MA354 | Worthington Town, Massachusetts | 0.0015069609% |
| MA355 | Wrentham Town, Massachusetts | 0.0961794021% |
| MA356 | Yarmouth Town, Massachusetts | 0.1308391883% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI1 | Ada Township, Michigan | 0.0073233482% |
| MI2 | Adrian City, Michigan | 0.0568370128% |
| MI3 | Alcona County, Michigan | 0.0834491179% |
| MI4 | Alger County, Michigan | 0.0785291215% |
| MI5 | Algoma Township, Michigan | 0.0029345640% |
| MI6 | Allegan County, Michigan | 0.7725881935% |
| MI7 | Allen Park City, Michigan | 0.1074735355% |
| MI8 | Allendale Charter Township, Michigan | 0.0077776425% |
| MI9 | Alpena County, Michigan | 0.3171935781% |
| MI10 | Alpine Charter Township, Michigan | 0.0025427083% |
| MI11 | Ann Arbor City, Michigan | 0.4632250874% |
| MI12 | Antrim County, Michigan | 0.2381005845% |
| MI13 | Antwerp Township, Michigan | 0.0013132895% |
| MI14 | Arenac County, Michigan | 0.1612057938% |
| MI15 | Auburn Hills City, Michigan | 0.1176899978% |
| MI16 | Bangor Charter Township, Michigan | 0.0109251027% |
| MI17 | Baraga County, Michigan | 0.0741112558% |
| MI18 | Barry County, Michigan | 0.4329702358% |
| MI19 | Bath Charter Township, Michigan | 0.0537968516% |
| MI20 | Battle Creek City, Michigan | 0.3423704436% |
| MI21 | Bay City, Michigan | 0.1147802745% |
| MI22 | Bay County, Michigan | 1.1009022938% |
| MI23 | Bedford Township, Michigan | 0.0412592343% |
| MI24 | Benton Charter Township, Michigan | 0.0907240950% |
| MI25 | Benzie County, Michigan | 0.1392597323% |
| MI26 | Berkley City, Michigan | 0.0358941044% |
| MI27 | Berrien County, Michigan | 1.2815190059% |
| MI28 | Beverly Hills Village, Michigan | 0.0460038135% |
| MI29 | Big Rapids City, Michigan | 0.0245076907% |
| MI30 | Birmingham City, Michigan | 0.1031004819% |
| MI31 | Bloomfield Charter Township, Michigan | 0.2395537286% |
| MI32 | Branch County, Michigan | 0.3413411577% |
| MI33 | Brandon Charter Township, Michigan | 0.0298468290% |
| MI34 | Brighton Township, Michigan | 0.0010123659% |
| MI35 | Brownstown Charter Township, Michigan | 0.1035238283% |
| MI36 | Burton City, Michigan | 0.0331836857% |
| MI37 | Byron Township, Michigan | 0.0143593354% |
| MI38 | Cadillac City, Michigan | 0.0992155073% |
| MI39 | Caledonia Charter Township, Kent County, Michigan | 0.0046151897% |
| MI40 | Calhoun County, Michigan | 1.6522746969% |
| MI41 | Cannon Township, Michigan | 0.0055382276% |
| MI42 | Canton Charter Township, Michigan | 0.2353019350% |
| MI43 | Cascade Charter Township, Michigan | 0.0202807109% |
| MI44 | Cass County, Michigan | 0.3685228029% |
| MI45 | Charlevoix County, Michigan | 0.1913266108% |
| MI46 | Cheboygan County, Michigan | 0.2827891794% |

**Allocations are subject to change pursuant to a State-Subdivision**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

STATE-SUBDIVISION FINAL AGREEMENT
3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI47 | Chesterfield Charter Township, Michigan | 0.2112831498% |
| MI48 | Chippewa County, Michigan | 0.2393040796% |
| MI49 | Clare County, Michigan | 0.4685534972% |
| MI50 | Clawson City, Michigan | 0.0233450803% |
| MI51 | Clinton Charter Township, Michigan | 0.5825283878% |
| MI52 | Clinton County, Michigan | 0.4823811618% |
| MI53 | Coldwater City, Michigan | 0.0129335184% |
| MI54 | Commerce Charter Township, Michigan | 0.0332785651% |
| MI55 | Comstock Charter Township, Michigan | 0.0141443213% |
| MI56 | Cooper Charter Township, Michigan | 0.0016050286% |
| MI57 | Crawford County, Michigan | 0.2577011831% |
| MI58 | Davison Township, Michigan | 0.0148016255% |
| MI59 | Dearborn City, Michigan | 0.5014825529% |
| MI60 | Dearborn Heights City, Michigan | 0.1763248603% |
| MI61 | Delhi Charter Township, Michigan | 0.0329269168% |
| MI62 | Delta Charter Township, Michigan | 0.0678675252% |
| MI63 | Delta County, Michigan | 0.2325433177% |
| MI64 | Detroit City, Michigan | 6.3675475252% |
| MI65 | Dewitt Charter Township, Michigan | 0.0615354244% |
| MI66 | Dickinson County, Michigan | 0.2475829616% |
| MI67 | East Bay Township, Michigan | 0.0024511576% |
| MI68 | East Grand Rapids City, Michigan | 0.0347010017% |
| MI69 | East Lansing City, Michigan | 0.1722118876% |
| MI70 | Eastpointe City, Michigan | 0.2806901834% |
| MI71 | Eaton County, Michigan | 0.8964627151% |
| MI72 | Egelston Township, Michigan | 0.0099077587% |
| MI73 | Emmet County, Michigan | 0.3034511111% |
| MI74 | Emmett Charter Township, Michigan | 0.0136208021% |
| MI75 | Escanaba City, Michigan | 0.0161625757% |
| MI76 | Farmington City, Michigan | 0.0368587005% |
| MI77 | Farmington Hills City, Michigan | 0.2763289545% |
| MI78 | Fenton Charter Township, Michigan | 0.0031005125% |
| MI79 | Fenton City, Michigan | 0.0802629568% |
| MI80 | Ferndale City, Michigan | 0.1491321203% |
| MI81 | Flat Rock City, Michigan | 0.0287479606% |
| MI82 | Flint Charter Township, Michigan | 0.0428009530% |
| MI83 | Flint City, Michigan | 2.6382255013% |
| MI84 | Flushing Charter Township, Michigan | 0.0062641566% |
| MI85 | Fort Gratiot Charter Township, Michigan | 0.0158007179% |
| MI86 | Fraser City, Michigan | 0.1340329179% |
| MI87 | Frenchtown Charter Township, Michigan | 0.0818078358% |
| MI88 | Fruitport Charter Township, Michigan | 0.0216336824% |
| MI89 | Gaines Township, Kent County, Michigan | 0.0150472599% |
| MI90 | Garden City, Michigan | 0.0602849815% |
| MI91 | Garfield Charter Township, Michigan | 0.0006805464% |
| MI92 | Genesee Charter Township, Michigan | 0.0216656939% |
| MI93 | Genesee County, Michigan | 1.8587109989% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI94 | Genoa Township, Michigan | 0.0001265457% |
| MI95 | Georgetown Charter Township, Michigan | 0.0120538094% |
| MI96 | Gladwin County, Michigan | 0.3598571100% |
| MI97 | Gogebic County, Michigan | 0.1249651212% |
| MI98 | Grand Blanc Charter Township, Michigan | 0.0351159584% |
| MI99 | Grand Haven Charter Township, Michigan | 0.0188708587% |
| MI100 | Grand Haven City, Michigan | 0.0581929367% |
| MI101 | Grand Rapids Charter Township, Michigan | 0.0062871075% |
| MI102 | Grand Rapids City, Michigan | 1.2000276882% |
| MI103 | Grand Traverse County, Michigan | 0.8244466054% |
| MI104 | Grandville City, Michigan | 0.0465263367% |
| MI105 | Gratiot County, Michigan | 0.3147475181% |
| MI106 | Green Oak Township, Michigan | 0.0538361746% |
| MI107 | Grosse Ile Township, Michigan | 0.0358505107% |
| MI108 | Grosse Pointe Park City, Michigan | 0.0473791255% |
| MI109 | Grosse Pointe Woods City, Michigan | 0.0337630289% |
| MI110 | Hamburg Township, Michigan | 0.0567828826% |
| MI111 | Hamtramck City, Michigan | 0.1811320680% |
| MI112 | Harper Woods City, Michigan | 0.0505579556% |
| MI113 | Harrison Charter Township, Michigan | 0.1108972638% |
| MI114 | Hartland Township, Michigan | 0.0004881050% |
| MI115 | Hazel Park City, Michigan | 0.0736339264% |
| MI116 | Highland Charter Township, Michigan | 0.0294387306% |
| MI117 | Highland Park City, Michigan | 0.0391505779% |
| MI118 | Hillsdale County, Michigan | 0.3731855670% |
| MI119 | Holland Charter Township, Michigan | 0.0291739126% |
| MI120 | Holland City, Michigan | 0.1655890102% |
| MI121 | Holly Township, Michigan | 0.0040995334% |
| MI122 | Houghton County, Michigan | 0.2225642997% |
| MI123 | Huron Charter Township, Michigan | 0.0361363324% |
| MI124 | Huron County, Michigan | 0.2929757372% |
| MI125 | Independence Charter Township, Michigan | 0.0825378903% |
| MI126 | Ingham County, Michigan | 2.1348935205% |
| MI127 | Inkster City, Michigan | 0.1669443281% |
| MI128 | Ionia City, Michigan | 0.0449276471% |
| MI129 | Ionia County, Michigan | 0.4905636172% |
| MI130 | Iosco County, Michigan | 0.3212475898% |
| MI131 | Iron County, Michigan | 0.1102481228% |
| MI132 | Iron Mountain City, Michigan | 0.0091866455% |
| MI133 | Isabella County, Michigan | 0.5720204678% |
| MI134 | Jackson City, Michigan | 0.1764251010% |
| MI135 | Jackson County, Michigan | 1.0855421077% |
| MI136 | Kalamazoo Charter Township, Michigan | 0.0520230321% |
| MI137 | Kalamazoo City, Michigan | 0.3787268993% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI138 | Kalamazoo County, Michigan | 1.9845600355% |
| MI139 | Kalkaska County, Michigan | 0.1646399668% |
| MI140 | Kent County, Michigan | 2.7808259408% |
| MI141 | Kentwood City, Michigan | 0.1423307082% |
| MI142 | Keweenaw County, Michigan | 0.0067676775% |
| MI143 | Lake County, Michigan | 0.0728348971% |
| MI144 | Lansing City, Michigan | 0.5307983425% |
| MI145 | Lapeer County, Michigan | 0.7916953951% |
| MI146 | Leelanau County, Michigan | 0.1237383482% |
| MI147 | Lenawee County, Michigan | 0.7878386566% |
| MI148 | Lenox Township, Michigan | 0.0111917816% |
| MI149 | Leoni Township, Michigan | 0.0090926074% |
| MI150 | Lincoln Charter Township, Michigan | 0.0178479538% |
| MI151 | Lincoln Park City, Michigan | 0.1588803292% |
| MI152 | Livingston County, Michigan | 1.3371907873% |
| MI153 | Livonia City, Michigan | 0.3999768720% |
| MI154 | Luce County, Michigan | 0.0638515493% |
| MI155 | Lyon Charter Township, Michigan | 0.0060287256% |
| MI156 | Mackinac County, Michigan | 0.0909538431% |
| MI157 | Macomb County, Michigan | 7.7242005849% |
| MI158 | Macomb Township, Michigan | 0.1081932941% |
| MI159 | Madison Heights City, Michigan | 0.1443184148% |
| MI160 | Manistee County, Michigan | 0.3120953798% |
| MI161 | Marion Township, Livingston County, Michigan | 0.0001988576% |
| MI162 | Marquette City, Michigan | 0.0313476613% |
| MI163 | Marquette County, Michigan | 0.5388637672% |
| MI164 | Mason County, Michigan | 0.2487294921% |
| MI165 | Mecosta County, Michigan | 0.3321355122% |
| MI166 | Melvindale City, Michigan | 0.0519698104% |
| MI167 | Menominee County, Michigan | 0.1580179806% |
| MI168 | Meridian Charter Township, Michigan | 0.0708027402% |
| MI169 | Midland City, Michigan | 0.3023071472% |
| MI170 | Midland County, Michigan | 0.5384703258% |
| MI171 | Milford Charter Township, Michigan | 0.0064275489% |
| MI172 | Missaukee County, Michigan | 0.1002815458% |
| MI173 | Monitor Charter Township, Michigan | 0.0044174736% |
| MI174 | Monroe Charter Township, Michigan | 0.0119729252% |
| MI175 | Monroe City, Michigan | 0.2101937979% |
| MI176 | Monroe County, Michigan | 1.5316423152% |
| MI177 | Montcalm County, Michigan | 0.6212351900% |
| MI178 | Montmorency County, Michigan | 0.0880221572% |
| MI179 | Mount Clemens City, Michigan | 0.0503004024% |
| MI180 | Mount Morris Charter Township, Michigan | 0.0046413043% |
| MI181 | Mount Pleasant City, Michigan | 0.0357778255% |
| MI182 | Mundy Charter Township, Michigan | 0.0150794621% |
| MI183 | Muskegon Charter Township, Michigan | 0.0360868180% |
| MI184 | Muskegon City, Michigan | 0.1748185396% |

Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.                      3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI185 | Muskegon County, Michigan | 1.7053905386% |
| MI186 | Muskegon Heights City, Michigan | 0.0500451306% |
| MI187 | New Baltimore City, Michigan | 0.0480441296% |
| MI188 | Newaygo County, Michigan | 0.4671261358% |
| MI189 | Niles City, Michigan | 0.0583312847% |
| MI190 | Niles Township, Michigan | 0.0215348319% |
| MI191 | Northville Charter Township, Michigan | 0.0836973671% |
| MI192 | Norton Shores City, Michigan | 0.0701828658% |
| MI193 | Novi City, Michigan | 0.1465815056% |
| MI194 | Oak Park City, Michigan | 0.1037775542% |
| MI195 | Oakland Charter Township, Michigan | 0.0274353387% |
| MI196 | Oakland County, Michigan | 5.2264042066% |
| MI197 | Oceana County, Michigan | 0.2176466203% |
| MI198 | Oceola Township, Michigan | 0.0003615593% |
| MI199 | Ogemaw County, Michigan | 0.5563618764% |
| MI200 | Ontonagon County, Michigan | 0.0504349004% |
| MI201 | Orion Charter Township, Michigan | 0.0484616785% |
| MI202 | Osceola County, Michigan | 0.1924215950% |
| MI203 | Oscoda County, Michigan | 0.0981702870% |
| MI204 | Oshtemo Charter Township, Michigan | 0.0124389806% |
| MI205 | Otsego County, Michigan | 0.2838576775% |
| MI206 | Ottawa County, Michigan | 1.4829589190% |
| MI207 | Owosso City, Michigan | 0.0600391920% |
| MI208 | Oxford Charter Township, Michigan | 0.0220651355% |
| MI209 | Park Township, Ottawa County, Michigan | 0.0069409957% |
| MI210 | Pittsfield Charter Township, Michigan | 0.0254303905% |
| MI211 | Plainfield Charter Township, Michigan | 0.0147250675% |
| MI212 | Plymouth Charter Township, Michigan | 0.0619046968% |
| MI213 | Pontiac City, Michigan | 0.3007870303% |
| MI214 | Port Huron Charter Township, Michigan | 0.0144337077% |
| MI215 | Port Huron City, Michigan | 0.2605826060% |
| MI216 | Portage City, Michigan | 0.0982178051% |
| MI217 | Presque Isle County, Michigan | 0.1455220353% |
| MI218 | Redford Charter Township, Michigan | 0.2119761371% |
| MI219 | Riverview City, Michigan | 0.0482626131% |
| MI220 | Rochester City, Michigan | 0.0399194381% |
| MI221 | Rochester Hills City, Michigan | 0.0675866509% |
| MI222 | Romulus City, Michigan | 0.0931298734% |
| MI223 | Roscommon County, Michigan | 0.3840925607% |
| MI224 | Roseville City, Michigan | 0.4273474490% |
| MI225 | Royal Oak City, Michigan | 0.2596061973% |
| MI226 | Saginaw Charter Township, Michigan | 0.0692043420% |
| MI227 | Saginaw City, Michigan | 0.4307711416% |
| MI228 | Saginaw County, Michigan | 1.6118539630% |
| MI229 | Sanilac County, Michigan | 0.3468379663% |
| MI230 | Sault Ste. Marie City, Michigan | 0.0984697973% |
| MI231 | Schoolcraft County, Michigan | 0.0789566063% |
| MI232 | Scio Charter Township, Michigan | 0.0051527746% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI233 | Shelby Charter Township, Michigan | 0.5065495239% |
| MI234 | Shiawassee County, Michigan | 0.7255393777% |
| MI235 | South Lyon City, Michigan | 0.0258956950% |
| MI236 | Southfield City, Michigan | 0.3934160797% |
| MI237 | Southfield Township, Michigan | 0.0001112995% |
| MI238 | Southgate City, Michigan | 0.0888423705% |
| MI239 | Spring Lake Township, Michigan | 0.0103960225% |
| MI240 | Springfield Charter Township, Michigan | 0.0044705319% |
| MI241 | St Clair County, Michigan | 1.9960063402% |
| MI242 | St Joseph County, Michigan | 0.4265691571% |
| MI243 | St. Clair Shores City, Michigan | 0.3399081996% |
| MI244 | Sterling Heights City, Michigan | 0.9407553377% |
| MI245 | Sturgis City, Michigan | 0.0599318930% |
| MI246 | Summit Township, Jackson County, Michigan | 0.0147223455% |
| MI247 | Superior Charter Township, Michigan | 0.0121236785% |
| MI248 | Taylor City, Michigan | 0.3764778630% |
| MI249 | Texas Charter Township, Michigan | 0.0052063171% |
| MI250 | Thomas Township, Michigan | 0.0127113988% |
| MI251 | Traverse City, Michigan | 0.0620311385% |
| MI252 | Trenton City, Michigan | 0.0481846521% |
| MI253 | Troy City, Michigan | 0.2360199679% |
| MI254 | Tuscola County, Michigan | 0.4432240961% |
| MI255 | Tyrone Township, Livingston County, Michigan | 0.0096355544% |
| MI256 | Union Charter Township, Michigan | 0.0000512255% |
| MI257 | Van Buren Charter Township, Michigan | 0.0686867403% |
| MI258 | Van Buren County, Michigan | 0.7628971716% |
| MI259 | Vienna Charter Township, Genesee County, Michigan | 0.0086448035% |
| MI260 | Walker City, Michigan | 0.0577159947% |
| MI261 | Warren City, Michigan | 1.1744758071% |
| MI262 | Washington Township, Macomb County, Michigan | 0.0808853142% |
| MI263 | Washtenaw County, Michigan | 2.3763653602% |
| MI264 | Waterford Charter Township, Michigan | 0.2186201385% |
| MI265 | Wayne City, Michigan | 0.0837926529% |
| MI266 | Wayne County, Michigan | 10.1863863702% |
| MI267 | West Bloomfield Charter Township, Michigan | 0.2622681115% |
| MI268 | Westland City, Michigan | 0.3261711153% |
| MI269 | Wexford County, Michigan | 0.2986947723% |
| MI270 | White Lake Charter Township, Michigan | 0.0585435626% |
| MI271 | Wixom City, Michigan | 0.0369421752% |
| MI272 | Woodhaven City, Michigan | 0.0571927749% |
| MI273 | Wyandotte City, Michigan | 0.0976772465% |
| MI274 | Wyoming City, Michigan | 0.2554463949% |
| MI275 | Ypsilanti Charter Township, Michigan | 0.0578793100% |
| MI276 | Ypsilanti City, Michigan | 0.0898598214% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MI277 | Zeeland Charter Township, Michigan | 0.0061508332% |
| MI278 | Blackman Charter Township, Michigan | 0.0000000000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN1 | Aitkin County, Minnesota | 0.5760578506% |
| MN4 | Andover City, Minnesota | 0.1364919451% |
| MN6 | Anoka County, Minnesota | 5.0386504681% |
| MN7 | Apple Valley City, Minnesota | 0.2990817345% |
| MN10 | Becker County, Minnesota | 0.6619330684% |
| MN11 | Beltrami County, Minnesota | 0.7640787093% |
| MN13 | Benton County, Minnesota | 0.6440948102% |
| MN15 | Big Stone County, Minnesota | 0.1194868775% |
| MN16 | Blaine City, Minnesota | 0.4249516913% |
| MN17 | Bloomington City, Minnesota | 0.4900195550% |
| MN18 | Blue Earth County, Minnesota | 0.6635420705% |
| MN20 | Brooklyn Center City, Minnesota | 0.1413853902% |
| MN21 | Brooklyn Park City, Minnesota | 0.2804136235% |
| MN22 | Brown County, Minnesota | 0.3325325416% |
| MN24 | Burnsville City, Minnesota | 0.5135361297% |
| MN25 | Carlton County, Minnesota | 0.9839591749% |
| MN26 | Carver County, Minnesota | 1.1452829660% |
| MN27 | Cass County, Minnesota | 0.8895681513% |
| MN31 | Chippewa County, Minnesota | 0.2092611794% |
| MN32 | Chisago County, Minnesota | 0.9950193750% |
| MN33 | Clay County, Minnesota | 0.9428475282% |
| MN34 | Clearwater County, Minnesota | 0.1858592043% |
| MN37 | Cook County, Minnesota | 0.1074594960% |
| MN38 | Coon Rapids City, Minnesota | 0.5772642445% |
| MN39 | Cottage Grove City, Minnesota | 0.2810994719% |
| MN40 | Cottonwood County, Minnesota | 0.1739065270% |
| MN41 | Crow Wing County, Minnesota | 1.1394859175% |
| MN43 | Dakota County, Minnesota | 4.4207140603% |
| MN44 | Dodge County, Minnesota | 0.2213963258% |
| MN45 | Douglas County, Minnesota | 0.6021779472% |
| MN46 | Duluth City, Minnesota | 1.1502115380% |
| MN47 | Eagan City, Minnesota | 0.3657951576% |
| MN49 | Eden Prairie City, Minnesota | 0.2552171573% |
| MN50 | Edina City, Minnesota | 0.1973054822% |
| MN54 | Faribault County, Minnesota | 0.2169409335% |
| MN57 | Fillmore County, Minnesota | 0.2329591105% |
| MN59 | Freeborn County, Minnesota | 0.3507169824% |
| MN62 | Goodhue County, Minnesota | 0.5616542387% |
| MN64 | Grant County, Minnesota | 0.0764556498% |
| MN67 | Hennepin County, Minnesota | 19.0624622262% |
| MN70 | Houston County, Minnesota | 0.3099019273% |
| MN71 | Hubbard County, Minnesota | 0.4582368775% |
| MN74 | Inver Grove Heights City, Minnesota | 0.2193400520% |
| MN75 | Isanti County, Minnesota | 0.7712992708% |
| MN76 | Itasca County, Minnesota | 1.1406408131% |
| MN77 | Jackson County, Minnesota | 0.1408950444% |
| MN78 | Kanabec County, Minnesota | 0.3078966750% |
| MN79 | Kandiyohi County, Minnesota | 0.1581167542% |
| MN80 | Kittson County, Minnesota | 0.0812834506% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN81 | Koochiching County, Minnesota | 0.2612581866% |
| MN82 | Lac Qui Parle County, Minnesota | 0.0985665133% |
| MN83 | Lake County, Minnesota | 0.1827750321% |
| MN84 | Lake of the Woods County, Minnesota | 0.1123105028% |
| MN85 | Lakeville City, Minnesota | 0.2822249627% |
| MN86 | Le Sueur County, Minnesota | 0.3225703347% |
| MN87 | Lincoln County, Minnesota | 0.1091919984% |
| MN90 | Lyon County, Minnesota | 0.2935118186% |
| MN91 | Mahnomen County, Minnesota | 0.1416417688% |
| MN92 | Mankato City, Minnesota | 0.3698584321% |
| MN93 | Maple Grove City, Minnesota | 0.1814019047% |
| MN94 | Maplewood City, Minnesota | 0.1875101678% |
| MN96 | Marshall County, Minnesota | 0.1296352091% |
| MN97 | Martin County, Minnesota | 0.2543064014% |
| MN98 | McLeod County, Minnesota | 0.1247104518% |
| MN99 | Meeker County, Minnesota | 0.3744031515% |
| MN101 | Mille Lacs County, Minnesota | 0.9301506696% |
| MN102 | Minneapolis City, Minnesota | 4.8777618689% |
| MN103 | Minnetonka City, Minnesota | 0.1967231071% |
| MN105 | Moorhead City, Minnesota | 0.4337377038% |
| MN106 | Morrison County, Minnesota | 0.7178981419% |
| MN108 | Mower County, Minnesota | 0.5801769149% |
| MN109 | Murray County, Minnesota | 0.1348775389% |
| MN113 | Nicollet County, Minnesota | 0.1572381053% |
| MN114 | Nobles County, Minnesota | 0.1562005112% |
| MN115 | Norman County, Minnesota | 0.1087596675% |
| MN118 | North St. Paul City, Minnesota | 0.0575840069% |
| MN121 | Olmsted County, Minnesota | 1.9236715095% |
| MN123 | Otter Tail County, Minnesota | 0.8336175419% |
| MN125 | Pennington County, Minnesota | 0.3082576395% |
| MN126 | Pine County, Minnesota | 0.5671222707% |
| MN127 | Pipestone County, Minnesota | 0.1535154503% |
| MN128 | Plymouth City, Minnesota | 0.1762541473% |
| MN129 | Polk County, Minnesota | 0.8654291474% |
| MN130 | Pope County, Minnesota | 0.1870129873% |
| MN132 | Proctor City, Minnesota | 0.0214374128% |
| MN134 | Ramsey County, Minnesota | 7.1081424150% |
| MN135 | Red Lake County, Minnesota | 0.0532649128% |
| MN137 | Redwood County, Minnesota | 0.2809842367% |
| MN138 | Renville County, Minnesota | 0.2706888807% |
| MN139 | Rice County, Minnesota | 0.2674764398% |
| MN140 | Richfield City, Minnesota | 0.2534018444% |
| MN142 | Rochester City, Minnesota | 0.7363082849% |
| MN143 | Rock County, Minnesota | 0.2043437336% |
| MN145 | Roseau County, Minnesota | 0.2517872793% |
| MN147 | Roseville City, Minnesota | 0.1721905549% |
| MN150 | Savage City, Minnesota | 0.1883576635% |
| MN151 | Scott County, Minnesota | 1.3274301646% |
| MN152 | Shakopee City, Minnesota | 0.2879873611% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MN153 | Sherburne County, Minnesota | 1.2543449472% |
| MN155 | Sibley County, Minnesota | 0.2393480708% |
| MN157 | St Louis County, Minnesota | 4.7407767170% |
| MN158 | St. Cloud City, Minnesota | 0.7330089009% |
| MN159 | St. Louis Park City, Minnesota | 0.1476314588% |
| MN161 | St. Paul City, Minnesota | 3.7475206798% |
| MN163 | Stearns County, Minnesota | 2.4158085321% |
| MN164 | Steele County, Minnesota | 0.3969975263% |
| MN165 | Stevens County, Minnesota | 0.1439474275% |
| MN167 | Swift County, Minnesota | 0.1344167568% |
| MN168 | Todd County, Minnesota | 0.4180909817% |
| MN169 | Traverse County, Minnesota | 0.0903964134% |
| MN172 | Wabasha County, Minnesota | 0.3103038997% |
| MN174 | Wadena County, Minnesota | 0.2644094337% |
| MN175 | Waseca County, Minnesota | 0.2857912156% |
| MN176 | Washington County, Minnesota | 3.0852862513% |
| MN177 | Watonwan County, Minnesota | 0.1475626356% |
| MN181 | Wilkin County, Minnesota | 0.0937962507% |
| MN184 | Winona County, Minnesota | 0.7755267356% |
| MN185 | Woodbury City, Minnesota | 0.4677270172% |
| MN187 | Wright County, Minnesota | 1.6985269385% |
| MN188 | Yellow Medicine County, Minnesota | 0.1742264836% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS1 | Adams County, Mississippi | 0.8956930256% |
| MS2 | Alcorn County, Mississippi | 0.0576362452% |
| MS3 | Amite County, Mississippi | 0.2746164929% |
| MS4 | Amory City, Mississippi | 0.2116793450% |
| MS5 | Arcola Town, Mississippi | 0.0010556367% |
| MS6 | Attala County, Mississippi | 0.4297756502% |
| MS7 | Bay St. Louis City, Mississippi | 0.0311287683% |
| MS8 | Benton County, Mississippi | 0.1960984974% |
| MS9 | Biloxi City, Mississippi | 0.6645430129% |
| MS10 | Bolivar County, Mississippi | 0.5038616841% |
| MS11 | Brandon City, Mississippi | 0.5570720591% |
| MS12 | Brookhaven City, Mississippi | 0.4683584117% |
| MS13 | Byram City, Mississippi | 0.0546025247% |
| MS14 | Caledonia Town, Mississippi | 0.0029950314% |
| MS15 | Calhoun County, Mississippi | 0.4153642017% |
| MS16 | Canton City, Mississippi | 0.3608383968% |
| MS17 | Carroll County, Mississippi | 0.2031873312% |
| MS18 | Charleston City, Mississippi | 0.0470339459% |
| MS19 | Chickasaw County, Mississippi | 0.5109289507% |
| MS21 | Claiborne County, Mississippi | 0.1646839236% |
| MS22 | Clarke County, Mississippi | 0.5114179153% |
| MS23 | Clarksdale City, Mississippi | 0.2773834408% |
| MS24 | Clay County, Mississippi | 0.1860006383% |
| MS25 | Cleveland City, Mississippi | 0.1374693414% |
| MS26 | Clinton City, Mississippi | 0.3236377422% |
| MS27 | Coahoma County, Mississippi | 0.4236538797% |
| MS28 | Columbia City, Mississippi | 0.1695070569% |
| MS29 | Columbus City, Mississippi | 0.7040334045% |
| MS30 | Copiah County, Mississippi | 0.7218083365% |
| MS31 | Corinth City, Mississippi | 1.5766265587% |
| MS32 | Covington County, Mississippi | 0.6154970684% |
| MS33 | Desoto County, Mississippi | 2.2451071357% |
| MS34 | Diamondhead City, Mississippi | 0.0001700675% |
| MS35 | D'Iberville City, Mississippi | 0.0448052883% |
| MS36 | Forrest County, Mississippi | 3.0519047573% |
| MS37 | Franklin County, Mississippi | 0.2573415560% |
| MS38 | Gautier City, Mississippi | 0.1317718341% |
| MS39 | George County, Mississippi | 1.0370803395% |
| MS40 | Greene County, Mississippi | 0.2945486312% |
| MS41 | Greenville City, Mississippi | 0.0840582768% |
| MS42 | Greenwood City, Mississippi | 0.5924200813% |
| MS43 | Grenada City, Mississippi | 0.0559331010% |
| MS44 | Grenada County, Mississippi | 0.5257141196% |
| MS45 | Gulfport City, Mississippi | 8.3397025495% |
| MS46 | Hancock County, Mississippi | 2.4053819819% |
| MS47 | Harrison County, Mississippi | 1.2833704733% |
| MS48 | Hattiesburg City, Mississippi | 0.3234604308% |
| MS49 | Hernando City, Mississippi | 0.4422243258% |
| MS50 | Hinds County, Mississippi | 2.0886225058% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS51 | Holly Springs City, Mississippi | 0.1628357363% |
| MS52 | Holmes County, Mississippi | 0.3324473362% |
| MS53 | Horn Lake City, Mississippi | 0.6520350689% |
| MS54 | Humphreys County, Mississippi | 0.1373820850% |
| MS55 | Indianola City, Mississippi | 0.0232047435% |
| MS56 | Issaquena County, Mississippi | 0.0175702913% |
| MS57 | Itawamba County, Mississippi | 1.0517575083% |
| MS58 | Iuka City, Mississippi | 0.2854580062% |
| MS59 | Jackson City, Mississippi | 2.6937777267% |
| MS60 | Jackson County, Mississippi | 7.6559251195% |
| MS61 | Jasper County, Mississippi | 0.3922495132% |
| MS62 | Jefferson County, Mississippi | 0.0985248779% |
| MS63 | Jefferson Davis County, Mississippi | 0.3514408929% |
| MS64 | Jones County, Mississippi | 2.2234728410% |
| MS65 | Jonestown, Mississippi | 0.0093341195% |
| MS66 | Kemper County, Mississippi | 0.2223493091% |
| MS67 | Kosciusko City, Mississippi | 0.0408594923% |
| MS68 | Lafayette County, Mississippi | 0.7049370835% |
| MS69 | Lamar County, Mississippi | 1.3105353358% |
| MS70 | Lauderdale County, Mississippi | 1.4707252306% |
| MS71 | Laurel City, Mississippi | 0.1485722943% |
| MS72 | Lawrence County, Mississippi | 0.3428558606% |
| MS73 | Leake County, Mississippi | 0.5798006796% |
| MS74 | Leakesville Town, Mississippi | 0.0098357610% |
| MS75 | Lee County, Mississippi | 1.4759031513% |
| MS76 | Leflore County, Mississippi | 0.1018315625% |
| MS77 | Lincoln County, Mississippi | 0.5740717271% |
| MS78 | Long Beach City, Mississippi | 0.1390600402% |
| MS79 | Lowndes County, Mississippi | 0.9390202250% |
| MS80 | Lumberton City, Mississippi | 0.0397836057% |
| MS81 | Madison City, Mississippi | 0.5726048335% |
| MS82 | Madison County, Mississippi | 1.0788558585% |
| MS83 | Marion County, Mississippi | 1.6274197695% |
| MS84 | Marshall County, Mississippi | 0.6280998419% |
| MS85 | McComb City, Mississippi | 1.1131798538% |
| MS86 | McLain Town, Mississippi | 0.0044584678% |
| MS87 | Meridian City, Mississippi | 1.1164172272% |
| MS88 | Monroe County, Mississippi | 0.8130759595% |
| MS90 | Morton City, Mississippi | 0.0606772097% |
| MS91 | Moss Point City, Mississippi | 0.0032841297% |
| MS92 | Mound Bayou City, Mississippi | 0.0140956794% |
| MS93 | Natchez City, Mississippi | 0.1092519702% |
| MS94 | Neshoba County, Mississippi | 1.0186206925% |
| MS95 | Nettleton City, Mississippi | 0.0307845175% |
| MS96 | New Albany City, Mississippi | 0.2729319523% |
| MS97 | Newton County, Mississippi | 0.5457847155% |
| MS98 | Noxubee County, Mississippi | 0.1848315685% |
| MS99 | Ocean Springs City, Mississippi | 0.1196690556% |
| MS100 | Oktibbeha County, Mississippi | 0.7876142411% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MS101 | Olive Branch City, Mississippi | 1.0910656493% |
| MS102 | Oxford City, Mississippi | 0.6004720270% |
| MS103 | Panola County, Mississippi | 1.1256622795% |
| MS104 | Pascagoula City, Mississippi | 0.2495759096% |
| MS105 | Pearl City, Mississippi | 1.1956946818% |
| MS106 | Pearl River County, Mississippi | 3.0542096408% |
| MS107 | Perry County, Mississippi | 0.3691053552% |
| MS108 | Petal City, Mississippi | 0.0271880761% |
| MS109 | Philadelphia City, Mississippi | 0.1154094664% |
| MS110 | Picayune City, Mississippi | 0.5891117503% |
| MS111 | Pike County, Mississippi | 0.1094837756% |
| MS112 | Pontotoc County, Mississippi | 1.1485245831% |
| MS113 | Prentiss County, Mississippi | 0.7977710394% |
| MS114 | Quitman City, Mississippi | 0.0879535299% |
| MS115 | Quitman County, Mississippi | 0.2137706975% |
| MS116 | Rankin County, Mississippi | 3.4671179892% |
| MS117 | Ridgeland City, Mississippi | 0.7137364699% |
| MS118 | Scott County, Mississippi | 0.6318707959% |
| MS119 | Shannon Town, Mississippi | 0.0293681665% |
| MS121 | Shubuta Town, Mississippi | 0.0061495937% |
| MS122 | Simpson County, Mississippi | 0.9197186369% |
| MS123 | Smith County, Mississippi | 0.3871907879% |
| MS124 | Southaven City, Mississippi | 1.5563837550% |
| MS125 | Starkville City, Mississippi | 0.1006690780% |
| MS126 | Stone County, Mississippi | 0.5647624674% |
| MS127 | Summit Town, Mississippi | 0.0051138779% |
| MS128 | Sunflower County, Mississippi | 0.4655797100% |
| MS129 | Tallahatchie County, Mississippi | 0.2608094178% |
| MS130 | Tate County, Mississippi | 1.1559202957% |
| MS131 | Tippah County, Mississippi | 0.6673123304% |
| MS132 | Tishomingo County, Mississippi | 1.3186009463% |
| MS133 | Tunica County, Mississippi | 0.1788884264% |
| MS134 | Tupelo City, Mississippi | 1.4776375761% |
| MS135 | Union County, Mississippi | 0.4956551465% |
| MS136 | Verona City, Mississippi | 0.0613981442% |
| MS137 | Vicksburg City, Mississippi | 0.7338152977% |
| MS138 | Walthall County, Mississippi | 0.4949654924% |
| MS139 | Warren County, Mississippi | 0.5605232929% |
| MS140 | Washington County, Mississippi | 0.9202227479% |
| MS141 | Wayne County, Mississippi | 0.9416871398% |
| MS142 | Waynesboro City, Mississippi | 0.0134634829% |
| MS143 | Webb Town, Mississippi | 0.0120400527% |
| MS145 | West Point City, Mississippi | 0.2116459242% |
| MS146 | Wiggins City, Mississippi | 0.1726599728% |
| MS148 | Winston County, Mississippi | 0.5339853585% |
| MS149 | Yalobusha County, Mississippi | 0.2986570860% |
| MS150 | Yazoo City, Mississippi | 0.2540246640% |
| MS151 | Yazoo County, Mississippi | 0.4224067732% |

Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.                3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO1 | Adair County, Missouri | 0.2323492740% |
| MO2 | Andrew County, Missouri | 0.1564541324% |
| MO3 | Arnold City, Missouri | 0.5124454261% |
| MO4 | Atchison County, Missouri | 0.0503458382% |
| MO5 | Audrain County, Missouri | 0.2723907883% |
| MO6 | Ballwin City, Missouri | 0.1503503362% |
| MO7 | Barry County, Missouri | 0.5806831870% |
| MO8 | Barton County, Missouri | 0.1828006402% |
| MO9 | Bates County, Missouri | 0.4224104662% |
| MO10 | Bellefontaine Neighbors City, Missouri | 0.0857527834% |
| MO11 | Belton City, Missouri | 0.1516735499% |
| MO12 | Benton County, Missouri | 0.3879753095% |
| MO13 | Blue Springs City, Missouri | 0.1988003228% |
| MO14 | Bolivar City, Missouri | 0.6392625910% |
| MO15 | Bollinger County, Missouri | 0.1203527210% |
| MO16 | Boone County, Missouri | 1.0160242824% |
| MO17 | Branson City, Missouri | 0.4449755896% |
| MO18 | Bridgeton City, Missouri | 0.1763465152% |
| MO19 | Buchanan County, Missouri | 0.4752770338% |
| MO20 | Butler County, Missouri | 0.3661408977% |
| MO21 | Caldwell County, Missouri | 0.0989536405% |
| MO22 | Callaway County, Missouri | 0.2712833054% |
| MO23 | Camden County, Missouri | 0.7677402708% |
| MO24 | Cape Girardeau City, Missouri | 0.5367558088% |
| MO25 | Cape Girardeau County, Missouri | 0.4382279546% |
| MO26 | Carroll County, Missouri | 0.1240753517% |
| MO27 | Carter County, Missouri | 0.0825024387% |
| MO28 | Carthage City, Missouri | 0.9706909454% |
| MO29 | Cass County, Missouri | 0.9944461678% |
| MO30 | Cedar County, Missouri | 0.2606830207% |
| MO31 | Chariton County, Missouri | 0.0660694886% |
| MO32 | Chesterfield City, Missouri | 0.2353487388% |
| MO33 | Christian County, Missouri | 0.6724712099% |
| MO34 | Clark County, Missouri | 0.0860504210% |
| MO35 | Clay County, Missouri | 2.1043558671% |
| MO36 | Clayton City, Missouri | 0.3129914614% |
| MO37 | Clinton County, Missouri | 0.3136411047% |
| MO38 | Cole County, Missouri | 0.4638412355% |
| MO39 | Columbia City, Missouri | 1.1969210737% |
| MO40 | Cooper County, Missouri | 0.1709566623% |
| MO41 | Crawford County, Missouri | 0.5377697760% |
| MO42 | Crestwood City, Missouri | 0.1705940152% |
| MO43 | Creve Coeur City, Missouri | 0.2772506333% |
| MO44 | Dade County, Missouri | 0.0956916225% |
| MO45 | Dallas County, Missouri | 0.2127316981% |
| MO46 | Dardenne Prairie City, Missouri | 0.0016749613% |
| MO47 | Daviess County, Missouri | 0.0686237546% |
| MO48 | De Kalb County, Missouri | 0.1059364189% |
| MO49 | Dent County, Missouri | 0.4657350233% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO50 | Douglas County, Missouri | 0.1328072590% |
| MO51 | Dunklin County, Missouri | 0.4949307906% |
| MO52 | Eureka City, Missouri | 0.0880789358% |
| MO53 | Excelsior Springs City, Missouri | 0.1351301223% |
| MO54 | Farmington City, Missouri | 0.5454680456% |
| MO55 | Ferguson City, Missouri | 0.2574470581% |
| MO56 | Festus City, Missouri | 0.3044135646% |
| MO57 | Florissant City, Missouri | 0.3924574160% |
| MO58 | Franklin County, Missouri | 1.8587591717% |
| MO59 | Fulton City, Missouri | 0.3112636154% |
| MO60 | Gasconade County, Missouri | 0.2671420472% |
| MO61 | Gentry County, Missouri | 0.0719794172% |
| MO62 | Gladstone City, Missouri | 0.0404576910% |
| MO63 | Grain Valley City, Missouri | 0.0334350556% |
| MO64 | Grandview City, Missouri | 0.1639337689% |
| MO65 | Greene County, Missouri | 1.4401071301% |
| MO66 | Grundy County, Missouri | 0.1563373346% |
| MO67 | Hannibal City, Missouri | 0.2978324519% |
| MO68 | Harrison County, Missouri | 0.1526413397% |
| MO69 | Harrisonville City, Missouri | 0.0476820622% |
| MO70 | Hazelwood City, Missouri | 0.5185404511% |
| MO71 | Henry County, Missouri | 0.3711753912% |
| MO72 | Hickory County, Missouri | 0.1309787386% |
| MO73 | Holt County, Missouri | 0.0407768050% |
| MO74 | Howard County, Missouri | 0.0772931032% |
| MO75 | Howell County, Missouri | 0.5521591843% |
| MO76 | Independence City, Missouri | 0.9132606869% |
| MO77 | Iron County, Missouri | 0.1793646831% |
| MO78 | Jackson City, Missouri | 0.1555038848% |
| MO79 | Jackson County, Missouri | 1.9899708609% |
| MO80 | Jasper County, Missouri | 0.3290412555% |
| MO81 | Jefferson City, Missouri | 0.5714876357% |
| MO82 | Jefferson County, Missouri | 4.3802521918% |
| MO83 | Jennings City, Missouri | 0.1764093964% |
| MO84 | Johnson County, Missouri | 0.2968386067% |
| MO85 | Joplin City, Missouri | 0.5552066323% |
| MO86 | Kansas City, Missouri | 5.7571708236% |
| MO87 | Kearney City, Missouri | 0.0053417407% |
| MO88 | Kennett City, Missouri | 0.1864120841% |
| MO89 | Kirksville City, Missouri | 0.1862592989% |
| MO90 | Kirkwood City, Missouri | 0.3564024464% |
| MO91 | Knox County, Missouri | 0.0402195164% |
| MO92 | Laclede County, Missouri | 0.1401546839% |
| MO93 | Lafayette County, Missouri | 0.3589036278% |
| MO94 | Lake St. Louis City, Missouri | 0.1499293870% |
| MO95 | Lawrence County, Missouri | 0.6708287533% |
| MO96 | Lebanon City, Missouri | 0.2505601816% |
| MO97 | Lee's Summit City, Missouri | 0.6108369410% |
| MO98 | Lewis County, Missouri | 0.1042697772% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO99 | Liberty City, Missouri | 0.0442061837% |
| MO100 | Lincoln County, Missouri | 0.8894721213% |
| MO101 | Linn County, Missouri | 0.1452541869% |
| MO102 | Livingston County, Missouri | 0.3568928487% |
| MO103 | Macon County, Missouri | 0.1756026524% |
| MO104 | Madison County, Missouri | 0.2543286672% |
| MO105 | Manchester City, Missouri | 0.1098943865% |
| MO106 | Maries County, Missouri | 0.1434267628% |
| MO107 | Marion County, Missouri | 0.2234652909% |
| MO108 | Marshall City, Missouri | 0.1418453816% |
| MO109 | Maryland Heights City, Missouri | 0.3748856392% |
| MO110 | Maryville City, Missouri | 0.1076579446% |
| MO111 | McDonald County, Missouri | 0.2634826201% |
| MO112 | Mercer County, Missouri | 0.0320837873% |
| MO113 | Mexico City, Missouri | 0.0139160258% |
| MO114 | Miller County, Missouri | 0.2674444574% |
| MO115 | Mississippi County, Missouri | 0.1833143956% |
| MO116 | Moberly City, Missouri | 0.0603546528% |
| MO117 | Moniteau County, Missouri | 0.1201445359% |
| MO118 | Monroe County, Missouri | 0.1023892750% |
| MO119 | Montgomery County, Missouri | 0.1914472870% |
| MO120 | Morgan County, Missouri | 0.2721921482% |
| MO121 | Neosho City, Missouri | 0.1442050062% |
| MO122 | New Madrid County, Missouri | 0.1577443253% |
| MO123 | Newton County, Missouri | 0.3630628797% |
| MO124 | Nixa City, Missouri | 0.2468687012% |
| MO125 | Nodaway County, Missouri | 0.0949885786% |
| MO126 | O'Fallon City, Missouri | 0.5745934504% |
| MO127 | Oregon County, Missouri | 0.1307320509% |
| MO128 | Osage County, Missouri | 0.1278894988% |
| MO129 | Overland City, Missouri | 0.1364249588% |
| MO130 | Ozark City, Missouri | 0.2857254050% |
| MO131 | Ozark County, Missouri | 0.1325551539% |
| MO132 | Pemiscot County, Missouri | 0.3944645835% |
| MO133 | Perry County, Missouri | 0.2199285305% |
| MO134 | Pettis County, Missouri | 0.0151441760% |
| MO135 | Phelps County, Missouri | 1.0845340125% |
| MO136 | Pike County, Missouri | 0.2247877951% |
| MO137 | Platte County, Missouri | 0.3320717417% |
| MO138 | Polk County, Missouri | 0.1493187623% |
| MO139 | Poplar Bluff City, Missouri | 0.7559317644% |
| MO140 | Pulaski County, Missouri | 1.1729279991% |
| MO141 | Putnam County, Missouri | 0.0497042567% |
| MO142 | Ralls County, Missouri | 0.0684816754% |
| MO143 | Randolph County, Missouri | 0.2442992792% |
| MO144 | Ray County, Missouri | 0.3201239293% |
| MO145 | Raymore City, Missouri | 0.0467701237% |
| MO146 | Raytown City, Missouri | 0.1486313258% |
| MO147 | Republic City, Missouri | 0.2002494278% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MO148 | Reynolds County, Missouri | 0.1173502249% |
| MO149 | Ripley County, Missouri | 0.2364998192% |
| MO150 | Rolla City, Missouri | 0.0387613823% |
| MO151 | Saline County, Missouri | 0.1638080066% |
| MO152 | Schuyler County, Missouri | 0.0255576230% |
| MO153 | Scotland County, Missouri | 0.0573087527% |
| MO154 | Scott County, Missouri | 0.3449360072% |
| MO155 | Sedalia City, Missouri | 0.4368595310% |
| MO156 | Shannon County, Missouri | 0.0849097240% |
| MO157 | Shelby County, Missouri | 0.0753316616% |
| MO158 | Sikeston City, Missouri | 0.3315549551% |
| MO159 | Smithville City, Missouri | 0.0048539762% |
| MO160 | Springfield City, Missouri | 5.8477728751% |
| MO161 | St Charles County, Missouri | 2.4842648424% |
| MO162 | St Clair County, Missouri | 0.0933227753% |
| MO163 | St Francois County, Missouri | 2.0822768958% |
| MO164 | St Louis County, Missouri | 11.0300257170% |
| MO165 | St. Ann City, Missouri | 0.1350418307% |
| MO166 | St. Charles City, Missouri | 1.3555209057% |
| MO167 | St. Joseph City, Missouri | 0.9266925599% |
| MO168 | St. Louis City, Missouri | 8.2821011552% |
| MO169 | St. Peters City, Missouri | 0.5859558551% |
| MO170 | Ste Genevieve County, Missouri | 0.2689675365% |
| MO171 | Stoddard County, Missouri | 0.4415922593% |
| MO172 | Stone County, Missouri | 0.5212198991% |
| MO173 | Sullivan County, Missouri | 0.0828316136% |
| MO174 | Taney County, Missouri | 0.3347844684% |
| MO175 | Texas County, Missouri | 0.3423504618% |
| MO176 | Town and Country City, Missouri | 0.0996467524% |
| MO177 | Troy City, Missouri | 0.0382293752% |
| MO178 | Union City, Missouri | 0.1462425501% |
| MO179 | University City, Missouri | 0.4121038850% |
| MO180 | Vernon County, Missouri | 0.3089892512% |
| MO181 | Warren County, Missouri | 0.5842281380% |
| MO182 | Warrensburg City, Missouri | 0.1958789596% |
| MO183 | Washington City, Missouri | 0.3567566384% |
| MO184 | Washington County, Missouri | 0.6514805024% |
| MO185 | Wayne County, Missouri | 0.2274524096% |
| MO186 | Webb City, Missouri | 0.0671916759% |
| MO187 | Webster County, Missouri | 0.5986690767% |
| MO188 | Webster Groves City, Missouri | 0.2556867074% |
| MO189 | Wentzville City, Missouri | 0.3358019827% |
| MO190 | West Plains City, Missouri | 0.3439555766% |
| MO191 | Wildwood City, Missouri | 0.1021615484% |
| MO192 | Worth County, Missouri | 0.0184350871% |
| MO193 | Wright County, Missouri | 0.2540973934% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MT1 | Anaconda-Deer Lodge County, Montana | 1.4480190514% |
| MT2 | Beaverhead County, Montana | 0.6841480225% |
| MT3 | Big Horn County, Montana | 0.8504903609% |
| MT4 | Billings City, Montana | 9.1331142413% |
| MT5 | Blaine County, Montana | 0.3691094337% |
| MT6 | Bozeman City, Montana | 2.0161886507% |
| MT7 | Broadwater County, Montana | 0.4143251264% |
| MT8 | Butte-Silver Bow, Montana | 5.6101260434% |
| MT9 | Carbon County, Montana | 0.7105360522% |
| MT10 | Carter County, Montana | 0.0374679104% |
| MT11 | Cascade County, Montana | 3.8993050480% |
| MT12 | Chouteau County, Montana | 0.4053063424% |
| MT13 | Custer County, Montana | 1.5139056450% |
| MT14 | Daniels County, Montana | 0.1787602908% |
| MT15 | Dawson County, Montana | 0.7800682133% |
| MT16 | Fallon County, Montana | 0.1543582011% |
| MT17 | Fergus County, Montana | 0.8667027669% |
| MT18 | Flathead County, Montana | 8.0141785369% |
| MT19 | Gallatin County, Montana | 4.0205572717% |
| MT20 | Garfield County, Montana | 0.0398838599% |
| MT21 | Glacier County, Montana | 1.5230709367% |
| MT22 | Golden Valley County, Montana | 0.0264303648% |
| MT23 | Granite County, Montana | 0.1831398237% |
| MT24 | Great Falls City, Montana | 4.3577779784% |
| MT25 | Helena City, Montana | 1.7360655042% |
| MT26 | Hill County, Montana | 1.8438532922% |
| MT27 | Jefferson County, Montana | 0.7770840087% |
| MT28 | Judith Basin County, Montana | 0.0614804228% |
| MT29 | Kalispell City, Montana | 2.4735432710% |
| MT30 | Lake County, Montana | 3.6175099064% |
| MT31 | Lewis and Clark County, Montana | 4.9326712334% |
| MT32 | Liberty County, Montana | 0.1210395973% |
| MT33 | Lincoln County, Montana | 2.1915597624% |
| MT34 | Madison County, Montana | 0.5498047673% |
| MT35 | McCone County, Montana | 0.0823035394% |
| MT36 | Meagher County, Montana | 0.0912086373% |
| MT37 | Mineral County, Montana | 0.7546909914% |
| MT38 | Missoula City, Montana | 4.4312558575% |
| MT39 | Missoula County, Montana | 8.0272836629% |
| MT40 | Musselshell County, Montana | 0.3895510594% |
| MT41 | Park County, Montana | 2.0831835653% |
| MT42 | Petroleum County, Montana | 0.0144742922% |
| MT43 | Phillips County, Montana | 0.2085622347% |
| MT44 | Pondera County, Montana | 0.4003873948% |
| MT45 | Powder River County, Montana | 0.1504386452% |
| MT46 | Powell County, Montana | 0.8872723490% |
| MT47 | Prairie County, Montana | 0.0572069653% |
| MT48 | Ravalli County, Montana | 3.6906819270% |
| MT49 | Richland County, Montana | 0.7541525281% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| MT50 | Roosevelt County, Montana | 0.8182976782% |
| MT51 | Rosebud County, Montana | 0.5641981949% |
| MT52 | Sanders County, Montana | 1.0679134558% |
| MT53 | Sheridan County, Montana | 0.2700355225% |
| MT54 | Stillwater County, Montana | 0.5055604014% |
| MT55 | Sweet Grass County, Montana | 0.2836540766% |
| MT56 | Teton County, Montana | 0.5735903832% |
| MT57 | Toole County, Montana | 0.3258040487% |
| MT58 | Treasure County, Montana | 0.0226554138% |
| MT59 | Valley County, Montana | 0.5598291268% |
| MT60 | Wheatland County, Montana | 0.0720998508% |
| MT61 | Wibaux County, Montana | 0.0630373047% |
| MT62 | Yellowstone County, Montana | 7.3090889550% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE1 | Adams County, Nebraska | 0.7130410264% |
| NE2 | Antelope County, Nebraska | 0.2406339800% |
| NE3 | Arthur County, Nebraska | 0.0110831278% |
| NE4 | Banner County, Nebraska | 0.0183674606% |
| NE5 | Beatrice City, Nebraska | 0.9248205382% |
| NE6 | Bellevue City, Nebraska | 2.4787880023% |
| NE7 | Blaine County, Nebraska | 0.0123640997% |
| NE8 | Boone County, Nebraska | 0.2533407507% |
| NE9 | Box Butte County, Nebraska | 0.7492533620% |
| NE10 | Boyd County, Nebraska | 0.0902847433% |
| NE11 | Brown County, Nebraska | 0.1375135354% |
| NE12 | Buffalo County, Nebraska | 0.9630320332% |
| NE13 | Burt County, Nebraska | 0.3365661770% |
| NE14 | Butler County, Nebraska | 0.2899805672% |
| NE15 | Cass County, Nebraska | 1.2356339344% |
| NE16 | Cedar County, Nebraska | 0.3502588009% |
| NE17 | Chase County, Nebraska | 0.1707898814% |
| NE18 | Cherry County, Nebraska | 0.3082161558% |
| NE19 | Cheyenne County, Nebraska | 0.7408263023% |
| NE20 | Clay County, Nebraska | 0.1772971991% |
| NE21 | Colfax County, Nebraska | 0.2670475913% |
| NE22 | Columbus City, Nebraska | 0.7291294061% |
| NE23 | Cuming County, Nebraska | 0.4019883978% |
| NE24 | Custer County, Nebraska | 0.4848137961% |
| NE25 | Dakota County, Nebraska | 0.3940917673% |
| NE26 | Dawes County, Nebraska | 0.6577293164% |
| NE27 | Dawson County, Nebraska | 0.7540316373% |
| NE28 | Deuel County, Nebraska | 0.1500055852% |
| NE29 | Dixon County, Nebraska | 0.2144571499% |
| NE30 | Dodge County, Nebraska | 1.8317996330% |
| NE31 | Douglas County, Nebraska | 14.9119111455% |
| NE32 | Dundy County, Nebraska | 0.1513630330% |
| NE33 | Fillmore County, Nebraska | 0.3541443667% |
| NE34 | Franklin County, Nebraska | 0.1630162987% |
| NE35 | Fremont City, Nebraska | 0.1476946393% |
| NE36 | Frontier County, Nebraska | 0.0732649260% |
| NE37 | Furnas County, Nebraska | 0.2315426581% |
| NE38 | Gage County, Nebraska | 0.5390651380% |
| NE39 | Garden County, Nebraska | 0.1132118364% |
| NE40 | Garfield County, Nebraska | 0.1104479177% |
| NE41 | Gosper County, Nebraska | 0.0528581072% |
| NE42 | Grand Island City, Nebraska | 1.5052861196% |
| NE43 | Grant County, Nebraska | 0.0167075406% |
| NE44 | Greeley County, Nebraska | 0.1006996872% |
| NE45 | Hall County, Nebraska | 1.3023214397% |
| NE46 | Hamilton County, Nebraska | 0.3285553228% |
| NE47 | Harlan County, Nebraska | 0.1831157431% |
| NE48 | Hastings City, Nebraska | 0.7738158635% |
| NE49 | Hayes County, Nebraska | 0.0464208924% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE50 | Hitchcock County, Nebraska | 0.1428727336% |
| NE51 | Holt County, Nebraska | 0.4319086269% |
| NE52 | Hooker County, Nebraska | 0.0195391111% |
| NE53 | Howard County, Nebraska | 0.3117590505% |
| NE54 | Jefferson County, Nebraska | 0.4621587809% |
| NE55 | Johnson County, Nebraska | 0.3674281385% |
| NE56 | Kearney City, Nebraska | 1.3128662946% |
| NE57 | Kearney County, Nebraska | 0.3284087439% |
| NE58 | Keith County, Nebraska | 0.5586120928% |
| NE59 | Keya Paha County, Nebraska | 0.0207700795% |
| NE60 | Kimball County, Nebraska | 0.2074517582% |
| NE61 | Knox County, Nebraska | 0.4262180329% |
| NE62 | La Vista City, Nebraska | 0.6948539706% |
| NE63 | Lancaster County, Nebraska | 7.9530599340% |
| NE64 | Lexington City, Nebraska | 0.2672235840% |
| NE65 | Lincoln City, Nebraska | 8.9584993437% |
| NE66 | Lincoln County, Nebraska | 0.7588461895% |
| NE67 | Logan County, Nebraska | 0.0192253637% |
| NE68 | Loup County, Nebraska | 0.0163070224% |
| NE69 | Madison County, Nebraska | 1.0198085515% |
| NE70 | McPherson County, Nebraska | 0.0133651501% |
| NE71 | Merrick County, Nebraska | 0.5571149293% |
| NE72 | Morrill County, Nebraska | 0.2640807173% |
| NE73 | Nance County, Nebraska | 0.1820220392% |
| NE74 | Nemaha County, Nebraska | 0.5862140225% |
| NE75 | Norfolk City, Nebraska | 0.6855964607% |
| NE76 | North Platte City, Nebraska | 1.2668714124% |
| NE77 | Nuckolls County, Nebraska | 0.2606241030% |
| NE78 | Omaha City, Nebraska | 16.7836032733% |
| NE79 | Otoe County, Nebraska | 0.8114537890% |
| NE80 | Papillion City, Nebraska | 1.1943452635% |
| NE81 | Pawnee County, Nebraska | 0.2449303588% |
| NE82 | Perkins County, Nebraska | 0.0938742100% |
| NE83 | Phelps County, Nebraska | 0.4453164270% |
| NE84 | Pierce County, Nebraska | 0.2791606931% |
| NE85 | Platte County, Nebraska | 0.5054632790% |
| NE86 | Polk County, Nebraska | 0.2126035890% |
| NE87 | Red Willow County, Nebraska | 0.6782282985% |
| NE88 | Richardson County, Nebraska | 0.6780640713% |
| NE89 | Rock County, Nebraska | 0.0420632348% |
| NE90 | Saline County, Nebraska | 0.6431415318% |
| NE91 | Sarpy County, Nebraska | 4.1205096407% |
| NE92 | Saunders County, Nebraska | 0.9147340487% |
| NE93 | Scotts Bluff County, Nebraska | 1.8428925654% |
| NE94 | Scottsbluff City, Nebraska | 0.5159537183% |
| NE95 | Seward County, Nebraska | 0.7637450614% |
| NE96 | Sheridan County, Nebraska | 0.1814092513% |
| NE97 | Sherman County, Nebraska | 0.1198260243% |
| NE98 | Sioux County, Nebraska | 0.0355730752% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NE99 | South Sioux City, Nebraska | 0.4431368628% |
| NE100 | Stanton County, Nebraska | 0.2162062918% |
| NE101 | Thayer County, Nebraska | 0.2059573361% |
| NE102 | Thomas County, Nebraska | 0.0173570958% |
| NE103 | Thurston County, Nebraska | 0.2564159657% |
| NE104 | Valley County, Nebraska | 0.3103957199% |
| NE105 | Washington County, Nebraska | 0.7878555706% |
| NE106 | Wayne County, Nebraska | 0.3510034608% |
| NE107 | Webster County, Nebraska | 0.1652355715% |
| NE108 | Wheeler County, Nebraska | 0.0210156849% |
| NE109 | York County, Nebraska | 0.8321939645% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NV1 | Boulder City, Nevada | 0.1478660452% |
| NV2 | Carson City, Nevada | 1.8146007537% |
| NV3 | Churchill County, Nevada | 0.7013051988% |
| NV4 | Clark County, Nevada | 66.9248026834% |
| NV5 | Douglas County, Nevada | 1.6601462472% |
| NV7 | Elko County, Nevada | 1.0825745225% |
| NV8 | Ely City, Nevada | 0.0066172807% |
| NV9 | Esmeralda County, Nevada | 0.0497291448% |
| NV10 | Eureka County, Nevada | 0.1033573623% |
| NV11 | Fernley City, Nevada | 0.0144506991% |
| NV12 | Henderson City, Nevada | 2.3020643974% |
| NV13 | Humboldt County, Nevada | 1.0192724731% |
| NV14 | Lander County, Nevada | 0.3627438791% |
| NV15 | Las Vegas City, Nevada | 4.7206970773% |
| NV16 | Lincoln County, Nevada | 0.2373284219% |
| NV17 | Lyon County, Nevada | 1.5721396872% |
| NV18 | Mesquite City, Nevada | 0.1465069544% |
| NV19 | Mineral County, Nevada | 0.5992930253% |
| NV20 | North Las Vegas City, Nevada | 2.4258866892% |
| NV21 | Nye County, Nevada | 1.6016841576% |
| NV22 | Pershing County, Nevada | 0.3624498791% |
| NV23 | Reno City, Nevada | 1.3562863383% |
| NV24 | Sparks City, Nevada | 0.4253229218% |
| NV25 | Storey County, Nevada | 0.1263908620% |
| NV26 | Washoe County, Nevada | 9.1139488828% |
| NV27 | West Wendover City, Nevada | 0.0564015794% |
| NV28 | White Pine County, Nevada | 1.0458576594% |
| NV29 | Central Lyon Fire Protection District, Nevada | 0.0150922618% |
| NV30 | North Lyon Fire Protection District, Nevada | 0.0051829150% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NH3 | Belknap County, New Hampshire | 2.7939109892% |
| NH4 | Belmont Town, New Hampshire | 0.5587670057% |
| NH5 | Berlin City, New Hampshire | 0.7634811276% |
| NH6 | Carroll County, New Hampshire | 3.6322893799% |
| NH7 | Cheshire County, New Hampshire | 4.0796979802% |
| NH8 | Claremont City, New Hampshire | 1.0144553237% |
| NH9 | Concord City, New Hampshire | 3.2431426466% |
| NH11 | Coos County, New Hampshire | 1.7474002446% |
| NH12 | Derry Town, New Hampshire | 2.5149832507% |
| NH13 | Dover City, New Hampshire | 2.2778339043% |
| NH16 | Franklin City, New Hampshire | 0.6439189651% |
| NH18 | Grafton County, New Hampshire | 6.7694668318% |
| NH21 | Hillsborough County, New Hampshire | 15.5462714684% |
| NH24 | Keene City, New Hampshire | 1.7781643334% |
| NH25 | Laconia City, New Hampshire | 1.2116493350% |
| NH27 | Londonderry Town, New Hampshire | 1.8328560469% |
| NH28 | Manchester City, New Hampshire | 8.3226355329% |
| NH29 | Merrimack County, New Hampshire | 7.2370050210% |
| NH32 | Nashua City, New Hampshire | 6.5701459205% |
| NH36 | Rochester City, New Hampshire | 2.2599831367% |
| NH37 | Rockingham County, New Hampshire | 18.0775103117% |
| NH40 | Strafford County, New Hampshire | 4.8162130546% |
| NH41 | Sullivan County, New Hampshire | 2.3082181896% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ1 | Aberdeen Township, New Jersey | 0.0797396894% |
| NJ2 | Asbury Park City, New Jersey | 0.3916349671% |
| NJ3 | Atlantic City, New Jersey | 1.2847690915% |
| NJ4 | Atlantic County, New Jersey | 2.8915764045% |
| NJ5 | Barnegat Township, New Jersey | 0.1626638814% |
| NJ6 | Bayonne City, New Jersey | 0.8502340058% |
| NJ7 | Beachwood Borough, New Jersey | 0.0492329228% |
| NJ8 | Belleville Township, New Jersey | 0.0872090223% |
| NJ9 | Bellmawr Borough, New Jersey | 0.0640989992% |
| NJ10 | Bergen County, New Jersey | 4.9446361090% |
| NJ11 | Bergenfield Borough, New Jersey | 0.0618076073% |
| NJ12 | Berkeley Heights Township, New Jersey | 0.0272673062% |
| NJ13 | Berkeley Township, New Jersey | 0.2619731788% |
| NJ14 | Bernards Township, New Jersey | 0.0910577073% |
| NJ15 | Bloomfield Township, New Jersey | 0.1173874959% |
| NJ16 | Bordentown Township, New Jersey | 0.0545891482% |
| NJ17 | Bound Brook Borough, New Jersey | 0.0527105023% |
| NJ18 | Branchburg Township, New Jersey | 0.0561024563% |
| NJ19 | Brick Township, New Jersey | 0.5908193174% |
| NJ20 | Bridgeton City, New Jersey | 0.2079614154% |
| NJ21 | Bridgewater Township, New Jersey | 0.1828057629% |
| NJ22 | Burlington County, New Jersey | 4.4940916659% |
| NJ23 | Burlington Township, New Jersey | 0.1157900630% |
| NJ24 | Camden City, New Jersey | 1.6603828843% |
| NJ25 | Camden County, New Jersey | 6.8741218172% |
| NJ26 | Cape May County, New Jersey | 1.2842777540% |
| NJ27 | Carteret Borough, New Jersey | 0.1794847100% |
| NJ28 | Cedar Grove Township, New Jersey | 0.0187911021% |
| NJ29 | Chatham Township, New Jersey | 0.0498541051% |
| NJ30 | Cherry Hill Township, New Jersey | 0.3440044947% |
| NJ31 | Cinnaminson Township, New Jersey | 0.0701648926% |
| NJ32 | Clark Township, New Jersey | 0.0429898704% |
| NJ33 | Cliffside Park Borough, New Jersey | 0.1142449150% |
| NJ34 | Clifton City, New Jersey | 0.3535258812% |
| NJ35 | Clinton Town, New Jersey | 0.0294193343% |
| NJ36 | Clinton Township, New Jersey | 0.0799778554% |
| NJ37 | Collingswood Borough, New Jersey | 0.1128930571% |
| NJ38 | Cranford Township, New Jersey | 0.0684441330% |
| NJ39 | Cumberland County, New Jersey | 0.9862828059% |
| NJ40 | Delran Township, New Jersey | 0.0837486054% |
| NJ41 | Denville Township, New Jersey | 0.0795654377% |
| NJ42 | Deptford Township, New Jersey | 0.2200095463% |
| NJ43 | Dover Town, New Jersey | 0.1186530251% |
| NJ44 | Dumont Borough, New Jersey | 0.0403826120% |
| NJ45 | East Brunswick Township, New Jersey | 0.0972927881% |
| NJ46 | East Greenwich Township, New Jersey | 0.0212104162% |
| NJ47 | East Hanover Township, New Jersey | 0.0890156417% |
| NJ48 | East Orange City, New Jersey | 1.2844844553% |
| NJ49 | East Windsor Township, New Jersey | 0.0422463462% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ50 | Eatontown Borough, New Jersey | 0.0974794194% |
| NJ51 | Edgewater Borough, New Jersey | 0.0546948904% |
| NJ52 | Edison Township, New Jersey | 2.4018132631% |
| NJ53 | Egg Harbor Township, New Jersey | 0.1572891336% |
| NJ54 | Elizabeth City, New Jersey | 0.7646308101% |
| NJ55 | Elmwood Park Borough, New Jersey | 0.0462435391% |
| NJ56 | Englewood City, New Jersey | 0.6429812736% |
| NJ57 | Essex County, New Jersey | 1.4898498664% |
| NJ58 | Evesham Township, New Jersey | 0.1745115947% |
| NJ59 | Ewing Township, New Jersey | 0.0839796907% |
| NJ60 | Fair Lawn Borough, New Jersey | 0.0699332916% |
| NJ61 | Fairview Borough, New Jersey | 0.0347025484% |
| NJ62 | Florence Township, New Jersey | 0.0676007282% |
| NJ63 | Florham Park Borough, New Jersey | 0.0674975182% |
| NJ64 | Fort Lee Borough, New Jersey | 0.1848366682% |
| NJ65 | Franklin Lakes Borough, New Jersey | 0.0273076336% |
| NJ66 | Franklin Township, Gloucester County, New Jersey | 0.0870963870% |
| NJ67 | Franklin Township, Somerset County, New Jersey | 0.3236022203% |
| NJ68 | Freehold Borough, New Jersey | 0.0816675723% |
| NJ69 | Freehold Township, New Jersey | 0.1512818556% |
| NJ70 | Galloway Township, New Jersey | 0.0846515634% |
| NJ71 | Garfield City, New Jersey | 0.0989196224% |
| NJ72 | Glassboro Borough, New Jersey | 0.1948186777% |
| NJ73 | Glen Rock Borough, New Jersey | 0.0253178060% |
| NJ74 | Gloucester City, New Jersey | 0.1325275640% |
| NJ75 | Gloucester County, New Jersey | 4.7022029491% |
| NJ76 | Gloucester Township, New Jersey | 0.3259502581% |
| NJ77 | Guttenberg Town, New Jersey | 0.0382186733% |
| NJ78 | Hackensack City, New Jersey | 0.2554139785% |
| NJ79 | Haddon Township, New Jersey | 0.0831057121% |
| NJ80 | Haddonfield Borough, New Jersey | 0.0710479214% |
| NJ81 | Hamilton Township, Atlantic County, New Jersey | 0.0939608561% |
| NJ82 | Hamilton Township, Mercer County, New Jersey | 0.1394262176% |
| NJ83 | Hammonton Town, New Jersey | 0.0463451547% |
| NJ84 | Hanover Township, New Jersey | 0.0711651990% |
| NJ85 | Harrison Town, New Jersey | 0.2059190684% |
| NJ86 | Harrison Township, New Jersey | 0.0478487561% |
| NJ87 | Hasbrouck Heights Borough, New Jersey | 0.0360845581% |
| NJ88 | Hawthorne Borough, New Jersey | 0.0380122534% |
| NJ89 | Hazlet Township, New Jersey | 0.0810519234% |
| NJ90 | Highland Park Borough, New Jersey | 0.0606246554% |
| NJ91 | Hillsborough Township, New Jersey | 0.1405113053% |
| NJ92 | Hillsdale Borough, New Jersey | 0.0247027667% |
| NJ93 | Hillside Township, New Jersey | 0.1085603967% |
| NJ94 | Hoboken City, New Jersey | 0.1803633309% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

## Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ95 | Holmdel Township, New Jersey | 0.1058875828% |
| NJ96 | Hopatcong Borough, New Jersey | 0.0677558479% |
| NJ97 | Hopewell Township, Mercer County, New Jersey | 0.0275878151% |
| NJ98 | Howell Township, New Jersey | 0.2067529072% |
| NJ99 | Hudson County, New Jersey | 0.9363280231% |
| NJ100 | Hunterdon County, New Jersey | 0.8037645396% |
| NJ101 | Irvington Township, New Jersey | 0.9244040630% |
| NJ102 | Jackson Township, New Jersey | 0.2670097394% |
| NJ103 | Jefferson Township, New Jersey | 0.0866198206% |
| NJ104 | Jersey City, New Jersey | 0.9916102863% |
| NJ105 | Kearny Town, New Jersey | 0.1071857960% |
| NJ106 | Lacey Township, New Jersey | 0.1502291236% |
| NJ107 | Lakewood Township, New Jersey | 0.7730028665% |
| NJ108 | Lawrence Township, Mercer County, New Jersey | 0.0644503163% |
| NJ109 | Lincoln Park Borough, New Jersey | 0.0595261565% |
| NJ110 | Linden City, New Jersey | 0.2495261821% |
| NJ111 | Lindenwold Borough, New Jersey | 0.1004455914% |
| NJ112 | Little Egg Harbor Township, New Jersey | 0.1465902816% |
| NJ113 | Little Falls Township, New Jersey | 0.0348320180% |
| NJ114 | Little Ferry Borough, New Jersey | 0.0258966914% |
| NJ115 | Livingston Township, New Jersey | 0.0484285793% |
| NJ116 | Lodi Borough, New Jersey | 0.1078340351% |
| NJ117 | Long Branch City, New Jersey | 0.5243184480% |
| NJ118 | Lower Township, New Jersey | 0.0710329159% |
| NJ119 | Lumberton Township, New Jersey | 0.0461973502% |
| NJ120 | Lyndhurst Township, New Jersey | 0.0645354727% |
| NJ121 | Madison Borough, New Jersey | 0.1424930674% |
| NJ122 | Mahwah Township, New Jersey | 0.0610985020% |
| NJ123 | Manalapan Township, New Jersey | 0.1318410608% |
| NJ124 | Manchester Township, New Jersey | 0.2136801182% |
| NJ125 | Mantua Township, New Jersey | 0.0853984170% |
| NJ126 | Manville Borough, New Jersey | 0.0574532358% |
| NJ127 | Maple Shade Township, New Jersey | 0.1058088976% |
| NJ128 | Maplewood Township, New Jersey | 0.0589307182% |
| NJ129 | Marlboro Township, New Jersey | 0.1588151495% |
| NJ130 | Medford Township, New Jersey | 0.1130775783% |
| NJ131 | Mercer County, New Jersey | 1.1117204895% |
| NJ132 | Metuchen Borough, New Jersey | 0.0339468322% |
| NJ133 | Middle Township, New Jersey | 0.0695160908% |
| NJ134 | Middlesex Borough, New Jersey | 0.0317606196% |
| NJ135 | Middlesex County, New Jersey | 2.2387299770% |
| NJ136 | Middletown Township, New Jersey | 0.3292948041% |
| NJ137 | Millburn Township, New Jersey | 0.0627532842% |
| NJ138 | Millstone Township, New Jersey | 0.0066098909% |
| NJ139 | Millville City, New Jersey | 0.2397981412% |
| NJ140 | Monmouth County, New Jersey | 4.4617935668% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                    3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ141 | Monroe Township, Gloucester County, New Jersey | 0.2271632002% |
| NJ142 | Monroe Township, Middlesex County, New Jersey | 0.1024216796% |
| NJ143 | Montclair Township, New Jersey | 0.5843666564% |
| NJ144 | Montgomery Township, New Jersey | 0.0805666350% |
| NJ145 | Montville Township, New Jersey | 0.0902727303% |
| NJ146 | Moorestown Township, New Jersey | 0.1000871936% |
| NJ147 | Morris County, New Jersey | 2.3575766204% |
| NJ148 | Morris Township, New Jersey | 0.1125740053% |
| NJ149 | Morristown, New Jersey | 0.2369807115% |
| NJ150 | Mount Laurel Township, New Jersey | 0.1725831491% |
| NJ151 | Mount Olive Township, New Jersey | 0.1068809023% |
| NJ152 | Neptune Township, New Jersey | 0.2450351195% |
| NJ153 | New Brunswick City, New Jersey | 1.8327331194% |
| NJ154 | New Milford Borough, New Jersey | 0.0368443070% |
| NJ155 | New Providence Borough, New Jersey | 0.0258412178% |
| NJ156 | Newark City, New Jersey | 1.7760400546% |
| NJ157 | North Arlington Borough, New Jersey | 0.0408890956% |
| NJ158 | North Bergen Township, New Jersey | 0.1110635074% |
| NJ159 | North Brunswick Township, New Jersey | 0.1217197343% |
| NJ160 | North Plainfield Borough, New Jersey | 0.1454941742% |
| NJ161 | Nutley Township, New Jersey | 0.0574061090% |
| NJ162 | Oakland Borough, New Jersey | 0.0335231134% |
| NJ163 | Ocean City, New Jersey | 0.1910428164% |
| NJ164 | Ocean County, New Jersey | 4.9497293624% |
| NJ165 | Ocean Township, Monmouth County, New Jersey | 0.1387263032% |
| NJ166 | Old Bridge Township, New Jersey | 0.1263966779% |
| NJ167 | Orange City Township, New Jersey | 0.5609302630% |
| NJ168 | Palisades Park Borough, New Jersey | 0.0366345109% |
| NJ169 | Paramus Borough, New Jersey | 0.1129786355% |
| NJ170 | Parsippany-Troy Hills Township, New Jersey | 0.2342890939% |
| NJ171 | Passaic City, New Jersey | 0.4984612868% |
| NJ172 | Passaic County, New Jersey | 2.1805505203% |
| NJ173 | Paterson City, New Jersey | 0.9805526614% |
| NJ174 | Pemberton Township, New Jersey | 0.1180059071% |
| NJ175 | Pennsauken Township, New Jersey | 0.3221185950% |
| NJ176 | Pennsville Township, New Jersey | 0.0340920576% |
| NJ177 | Pequannock Township, New Jersey | 0.0769477223% |
| NJ178 | Perth Amboy City, New Jersey | 0.3436749356% |
| NJ179 | Phillipsburg Town, New Jersey | 0.1544595119% |
| NJ180 | Pine Hill Borough, New Jersey | 0.0482528270% |
| NJ181 | Piscataway Township, New Jersey | 0.1067019613% |
| NJ182 | Plainfield City, New Jersey | 0.3012229667% |
| NJ183 | Plainsboro Township, New Jersey | 0.0503298743% |
| NJ184 | Pleasantville City, New Jersey | 0.1421175070% |
| NJ185 | Point Pleasant Borough, New Jersey | 0.1109970141% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ186 | Pompton Lakes Borough, New Jersey | 0.0290573727% |
| NJ187 | Princeton, New Jersey | 0.0503970240% |
| NJ188 | Rahway City, New Jersey | 0.1444485698% |
| NJ189 | Ramsey Borough, New Jersey | 0.0402523452% |
| NJ190 | Randolph Township, New Jersey | 0.0853331898% |
| NJ191 | Raritan Township, New Jersey | 0.1071670391% |
| NJ192 | Readington Township, New Jersey | 0.0850076166% |
| NJ193 | Red Bank Borough, New Jersey | 0.1420636747% |
| NJ194 | Ridgefield Borough, New Jersey | 0.0201153405% |
| NJ195 | Ridgefield Park Village, New Jersey | 0.0392827532% |
| NJ196 | Ridgewood Village, New Jersey | 0.0849185213% |
| NJ197 | Ringwood Borough, New Jersey | 0.0309822545% |
| NJ198 | River Edge Borough, New Jersey | 0.0266057498% |
| NJ199 | Robbinsville Township, New Jersey | 0.0338593312% |
| NJ200 | Rockaway Township, New Jersey | 0.1290497970% |
| NJ201 | Roselle Borough, New Jersey | 0.0912325687% |
| NJ202 | Roselle Park Borough, New Jersey | 0.0316673040% |
| NJ203 | Roxbury Township, New Jersey | 0.1057717120% |
| NJ204 | Rutherford Borough, New Jersey | 0.0459830524% |
| NJ205 | Saddle Brook Township, New Jersey | 0.0390656888% |
| NJ206 | Salem County, New Jersey | 0.9344056735% |
| NJ207 | Sayreville Borough, New Jersey | 0.1477057086% |
| NJ208 | Scotch Plains Township, New Jersey | 0.0484433504% |
| NJ209 | Secaucus Town, New Jersey | 0.0516659295% |
| NJ210 | Somers Point City, New Jersey | 0.0439926621% |
| NJ211 | Somerset County, New Jersey | 1.4647125488% |
| NJ212 | Somerville Borough, New Jersey | 0.0756287358% |
| NJ213 | South Brunswick Township, New Jersey | 0.1037777110% |
| NJ214 | South Orange Village Township, New Jersey | 0.0488891085% |
| NJ215 | South Plainfield Borough, New Jersey | 0.0899775902% |
| NJ216 | South River Borough, New Jersey | 0.0421568288% |
| NJ217 | Southampton Township, New Jersey | 0.0127996268% |
| NJ218 | Sparta Township, New Jersey | 0.1069549921% |
| NJ219 | Springfield Township, Union County, New Jersey | 0.0573437423% |
| NJ220 | Stafford Township, New Jersey | 0.2155115906% |
| NJ221 | Summit City, New Jersey | 0.5428090174% |
| NJ222 | Sussex County, New Jersey | 1.2735318221% |
| NJ223 | Teaneck Township, New Jersey | 0.1723477966% |
| NJ224 | Tenafly Borough, New Jersey | 0.0450713724% |
| NJ225 | Tinton Falls Borough, New Jersey | 0.0881640307% |
| NJ226 | Toms River Township, New Jersey | 0.5620940829% |
| NJ227 | Totowa Borough, New Jersey | 0.0342545863% |
| NJ228 | Trenton City, New Jersey | 1.9352906929% |
| NJ229 | Union City, New Jersey | 0.9841875644% |
| NJ230 | Union County, New Jersey | 1.7400474523% |
| NJ231 | Union Township, Union County, New Jersey | 0.2247240506% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NJ232 | Upper Township, New Jersey | 0.0173930552% |
| NJ233 | Vernon Township, New Jersey | 0.0783616187% |
| NJ234 | Verona Township, New Jersey | 0.0234318917% |
| NJ235 | Vineland City, New Jersey | 0.5000169856% |
| NJ236 | Voorhees Township, New Jersey | 0.1406021825% |
| NJ237 | Waldwick Borough, New Jersey | 0.0421770394% |
| NJ238 | Wall Township, New Jersey | 0.1650847899% |
| NJ239 | Wallington Borough, New Jersey | 0.0235956865% |
| NJ240 | Wanaque Borough, New Jersey | 0.0311245257% |
| NJ241 | Wantage Township, New Jersey | 0.0091403397% |
| NJ242 | Warren County, New Jersey | 1.0382472049% |
| NJ243 | Warren Township, New Jersey | 0.0736326246% |
| NJ244 | Washington Township, Gloucester County, New Jersey | 0.2470375143% |
| NJ245 | Washington Township, Morris County, New Jersey | 0.0524274135% |
| NJ246 | Waterford Township, New Jersey | 0.0648566849% |
| NJ247 | Wayne Township, New Jersey | 0.1724444886% |
| NJ248 | Weehawken Township, New Jersey | 0.0282451513% |
| NJ249 | West Caldwell Township, New Jersey | 0.0246748189% |
| NJ250 | West Deptford Township, New Jersey | 0.1402059895% |
| NJ251 | West Milford Township, New Jersey | 0.0644752630% |
| NJ252 | West New York Town, New Jersey | 0.6157331463% |
| NJ253 | West Orange Township, New Jersey | 0.1051193933% |
| NJ254 | West Windsor Township, New Jersey | 0.0458605228% |
| NJ255 | Westfield Town, New Jersey | 0.0887745684% |
| NJ256 | Westwood Borough, New Jersey | 0.0348328152% |
| NJ257 | Willingboro Township, New Jersey | 0.2091808026% |
| NJ258 | Winslow Township, New Jersey | 0.1817978600% |
| NJ259 | Woodbridge Township, New Jersey | 0.3688029685% |
| NJ260 | Woodland Park Borough, New Jersey | 0.0292498655% |
| NJ261 | Woolwich Township, New Jersey | 0.0599291958% |
| NJ262 | Wyckoff Township, New Jersey | 0.0296665036% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NM1 | Alamogordo City, New Mexico | 0.9683526415% |
| NM2 | Albuquerque City, New Mexico | 26.1703568498% |
| NM3 | Artesia City, New Mexico | 0.5562791550% |
| NM4 | Bernalillo County, New Mexico | 15.2005970834% |
| NM5 | Bernalillo Town, New Mexico | 0.2863480762% |
| NM6 | Carlsbad City, New Mexico | 0.8261484924% |
| NM7 | Catron County, New Mexico | 0.1129940051% |
| NM8 | Chaves County, New Mexico | 1.0935494443% |
| NM9 | Cibola County, New Mexico | 0.7723148257% |
| NM10 | Clovis City, New Mexico | 0.9103511516% |
| NM11 | Colfax County, New Mexico | 0.7448541610% |
| NM12 | Curry County, New Mexico | 0.4952954732% |
| NM13 | De Baca County, New Mexico | 0.0650725663% |
| NM14 | Deming City, New Mexico | 0.2484870948% |
| NM15 | Dona Ana County, New Mexico | 4.1009817203% |
| NM16 | Eddy County, New Mexico | 1.2155709374% |
| NM17 | Española City, New Mexico | 1.0869232440% |
| NM18 | Farmington City, New Mexico | 1.4120396740% |
| NM19 | Gallup City, New Mexico | 0.7722895935% |
| NM20 | Grant County, New Mexico | 1.8057321396% |
| NM21 | Guadalupe County, New Mexico | 0.1869187026% |
| NM22 | Harding County, New Mexico | 0.0102668257% |
| NM23 | Hidalgo County, New Mexico | 0.1965507765% |
| NM24 | Hobbs City, New Mexico | 0.5477699843% |
| NM25 | Las Cruces City, New Mexico | 2.7789710876% |
| NM26 | Las Vegas City, New Mexico | 0.9509305850% |
| NM27 | Lea County, New Mexico | 1.3193643533% |
| NM28 | Lincoln County, New Mexico | 1.2208675842% |
| NM29 | Los Alamos County, New Mexico | 0.5915454490% |
| NM30 | Los Lunas Village, New Mexico | 1.0566950725% |
| NM31 | Lovington City, New Mexico | 0.1729179347% |
| NM32 | Luna County, New Mexico | 0.5889582326% |
| NM33 | McKinley County, New Mexico | 1.0214669791% |
| NM34 | Mora County, New Mexico | 0.1903934157% |
| NM35 | Otero County, New Mexico | 1.6062640137% |
| NM36 | Portales City, New Mexico | 0.2248670805% |
| NM37 | Quay County, New Mexico | 0.4733520608% |
| NM38 | Rio Arriba County, New Mexico | 3.5113726662% |
| NM39 | Rio Rancho City, New Mexico | 2.3456255907% |
| NM40 | Roosevelt County, New Mexico | 0.3148139409% |
| NM41 | Roswell City, New Mexico | 1.4423383265% |
| NM42 | San Juan County, New Mexico | 2.4064498445% |
| NM43 | San Miguel County, New Mexico | 0.7151901194% |
| NM44 | Sandoval County, New Mexico | 1.9253935060% |
| NM45 | Santa Fe City, New Mexico | 4.5408954313% |
| NM46 | Santa Fe County, New Mexico | 3.5143193357% |
| NM47 | Sierra County, New Mexico | 1.0308488455% |
| NM48 | Socorro County, New Mexico | 0.7363065077% |
| NM49 | Sunland Park City, New Mexico | 0.2012417097% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NM50 | Taos County, New Mexico | 1.7429125688% |
| NM51 | Torrance County, New Mexico | 0.7071523256% |
| NM52 | Union County, New Mexico | 0.1108929666% |
| NM53 | Valencia County, New Mexico | 2.7716079380% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NY1 | Albany City, New York | |
| NY2 | Albany County, New York | |
| NY3 | Allegany County, New York | |
| NY4 | Broome County, New York | |
| NY5 | Buffalo City, New York | |
| NY6 | Cattaraugus County, New York | |
| NY7 | Cayuga County, New York | |
| NY8 | Chautauqua County, New York | |
| NY9 | Chemung County, New York | |
| NY10 | Chenango County, New York | |
| NY11 | Clinton County, New York | |
| NY12 | Columbia County, New York | |
| NY13 | Cortland County, New York | |
| NY14 | Delaware County, New York | |
| NY15 | Dutchess County, New York | |
| NY16 | Erie County, New York | |
| NY17 | Essex County, New York | |
| NY18 | Franklin County, New York | |
| NY19 | Fulton County, New York | |
| NY20 | Genesee County, New York | |
| NY21 | Greene County, New York | |
| NY22 | Hamilton County, New York | Allocations in New |
| NY23 | Herkimer County, New York | York will be made |
| NY24 | Jefferson County, New York | in accordance with |
| NY25 | Lewis County, New York | the New York |
| NY26 | Livingston County, New York | Agreement. |
| NY27 | Madison County, New York | |
| NY28 | Monroe County, New York | |
| NY29 | Montgomery County, New York | |
| NY30 | Nassau County, New York | |
| NY31 | New York City, New York | |
| NY32 | Niagara County, New York | |
| NY33 | Oneida County, New York | |
| NY34 | Onondaga County, New York | |
| NY35 | Ontario County, New York | |
| NY36 | Orange County, New York | |
| NY37 | Orleans County, New York | |
| NY38 | Oswego County, New York | |
| NY39 | Otsego County, New York | |
| NY40 | Putnam County, New York | |
| NY41 | Rensselaer County, New York | |
| NY42 | Rochester City, New York | |
| NY43 | Rockland County, New York | |
| NY44 | Saratoga County, New York | |
| NY45 | Schenectady County, New York | |
| NY46 | Schoharie County, New York | |
| NY47 | Schuyler County, New York | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NY48 | Seneca County, New York | |
| NY49 | St Lawrence County, New York | |
| NY50 | Steuben County, New York | |
| NY51 | Suffolk County, New York | |
| NY52 | Sullivan County, New York | |
| NY53 | Syracuse City, New York | |
| NY54 | Tioga County, New York | Allocations in New |
| NY55 | Tompkins County, New York | York will be made |
| NY56 | Ulster County, New York | in accordance with |
| NY57 | Warren County, New York | the New York |
| NY58 | Washington County, New York | Agreement. |
| NY59 | Wayne County, New York | |
| NY60 | Westchester County, New York | |
| NY61 | Wyoming County, New York | |
| NY62 | Yates County, New York | |
| NY63 | Yonkers City, New York | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NC1 | Alamance County, North Carolina | 1.3780289676% |
| NC2 | Alexander County, North Carolina | 0.5100078796% |
| NC3 | Alleghany County, North Carolina | 0.1490905989% |
| NC4 | Anson County, North Carolina | 0.1821929604% |
| NC5 | Ashe County, North Carolina | 0.3386391883% |
| NC6 | Asheville City, North Carolina | 0.2358147243% |
| NC7 | Avery County, North Carolina | 0.2659967669% |
| NC8 | Beaufort County, North Carolina | 0.4778884349% |
| NC9 | Bertie County, North Carolina | 0.1394685751% |
| NC10 | Bladen County, North Carolina | 0.4292178095% |
| NC11 | Brunswick County, North Carolina | 2.1132385076% |
| NC12 | Buncombe County, North Carolina | 2.5115878573% |
| NC13 | Burke County, North Carolina | 2.0901968270% |
| NC14 | Cabarrus County, North Carolina | 1.6695734466% |
| NC15 | Caldwell County, North Carolina | 1.2763011462% |
| NC16 | Camden County, North Carolina | 0.0730364004% |
| NC17 | Canton Town, North Carolina | 0.0114538232% |
| NC18 | Carteret County, North Carolina | 1.1284655939% |
| NC19 | Cary Town, North Carolina | 0.1441516454% |
| NC20 | Caswell County, North Carolina | 0.1729202375% |
| NC21 | Catawba County, North Carolina | 2.0726952227% |
| NC22 | Charlotte City, North Carolina | 1.2474838144% |
| NC23 | Chatham County, North Carolina | 0.4498143831% |
| NC24 | Cherokee County, North Carolina | 0.7827591529% |
| NC25 | Chowan County, North Carolina | 0.1137055961% |
| NC26 | Clay County, North Carolina | 0.2244299489% |
| NC27 | Cleveland County, North Carolina | 1.1199280277% |
| NC28 | Columbus County, North Carolina | 1.2209369390% |
| NC29 | Concord City, North Carolina | 0.2274558703% |
| NC30 | Craven County, North Carolina | 1.3368601902% |
| NC31 | Cumberland County, North Carolina | 2.6372996596% |
| NC32 | Currituck County, North Carolina | 0.1867785513% |
| NC33 | Dare County, North Carolina | 0.5331267313% |
| NC34 | Davidson County, North Carolina | 1.9402695304% |
| NC35 | Davie County, North Carolina | 0.5131475269% |
| NC36 | Duplin County, North Carolina | 0.3827851474% |
| NC37 | Durham City, North Carolina | 0.3804050267% |
| NC38 | Durham County, North Carolina | 1.7979943624% |
| NC39 | Edgecombe County, North Carolina | 0.4171019390% |
| NC40 | Fayetteville City, North Carolina | 0.3097690552% |
| NC41 | Forsyth County, North Carolina | 3.0684508095% |
| NC42 | Franklin County, North Carolina | 0.5005036433% |
| NC43 | Gaston County, North Carolina | 3.0981738869% |
| NC44 | Gastonia City, North Carolina | 0.2577638238% |
| NC45 | Gates County, North Carolina | 0.0795675166% |
| NC46 | Graham County, North Carolina | 0.1834845617% |
| NC47 | Granville County, North Carolina | 0.5901034093% |
| NC48 | Greene County, North Carolina | 0.1232748186% |
| NC49 | Greensboro City, North Carolina | 0.5273916964% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NC50 | Greenville City, North Carolina | 0.1626564747% |
| NC51 | Guilford County, North Carolina | 3.3750152311% |
| NC52 | Halifax County, North Carolina | 0.4531611740% |
| NC53 | Harnett County, North Carolina | 0.9889807722% |
| NC54 | Haywood County, North Carolina | 0.8033151101% |
| NC55 | Henderson City, North Carolina | 0.0322534788% |
| NC56 | Henderson County, North Carolina | 1.3815950870% |
| NC57 | Hertford County, North Carolina | 0.2068430501% |
| NC58 | Hickory City, North Carolina | 0.0948758357% |
| NC59 | High Point City, North Carolina | 0.2064287629% |
| NC60 | Hoke County, North Carolina | 0.3324858046% |
| NC61 | Hyde County, North Carolina | 0.0272373541% |
| NC62 | Iredell County, North Carolina | 2.1159313745% |
| NC63 | Jackson County, North Carolina | 0.5077577313% |
| NC64 | Jacksonville City, North Carolina | 0.0950098698% |
| NC65 | Johnston County, North Carolina | 1.2508874682% |
| NC66 | Jones County, North Carolina | 0.0879669870% |
| NC67 | Lee County, North Carolina | 0.6531156836% |
| NC68 | Lenoir County, North Carolina | 0.6042825926% |
| NC69 | Lincoln County, North Carolina | 0.9268336271% |
| NC70 | Macon County, North Carolina | 0.2377764961% |
| NC71 | Madison County, North Carolina | 0.2328822206% |
| NC72 | Martin County, North Carolina | 0.5875445765% |
| NC73 | McDowell County, North Carolina | 0.4667676661% |
| NC74 | Mecklenburg County, North Carolina | 5.0383012599% |
| NC75 | Mitchell County, North Carolina | 0.3093141516% |
| NC76 | Montgomery County, North Carolina | 0.2260505430% |
| NC77 | Moore County, North Carolina | 0.9717391128% |
| NC78 | Nash County, North Carolina | 0.8456536396% |
| NC79 | New Hanover County, North Carolina | 2.8972648920% |
| NC80 | Northampton County, North Carolina | 0.1209962389% |
| NC81 | Onslow County, North Carolina | 1.6440013647% |
| NC82 | Orange County, North Carolina | 1.0558394190% |
| NC83 | Pamlico County, North Carolina | 0.1199361510% |
| NC84 | Pasquotank County, North Carolina | 0.3748162108% |
| NC85 | Pender County, North Carolina | 0.5857493319% |
| NC86 | Perquimans County, North Carolina | 0.1118331803% |
| NC87 | Person County, North Carolina | 0.4030242967% |
| NC88 | Pitt County, North Carolina | 1.3690080664% |
| NC89 | Polk County, North Carolina | 0.2661429860% |
| NC90 | Raleigh City, North Carolina | 0.5667246127% |
| NC91 | Randolph County, North Carolina | 1.5254339862% |
| NC92 | Richmond County, North Carolina | 0.7491328400% |
| NC93 | Robeson County, North Carolina | 1.3597353436% |
| NC94 | Rockingham County, North Carolina | 1.3653688375% |
| NC95 | Rowan County, North Carolina | 2.3352192879% |
| NC96 | Rutherford County, North Carolina | 0.9289416180% |
| NC97 | Sampson County, North Carolina | 0.6195137405% |
| NC98 | Scotland County, North Carolina | 0.4491482742% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| NC99 | Stanly County, North Carolina | 0.7249742086% |
| NC100 | Stokes County, North Carolina | 0.6239531124% |
| NC101 | Surry County, North Carolina | 1.4108267061% |
| NC102 | Swain County, North Carolina | 0.2811629286% |
| NC103 | Transylvania County, North Carolina | 0.4975955095% |
| NC104 | Tyrrell County, North Carolina | 0.0414409072% |
| NC105 | Union County, North Carolina | 1.4667026799% |
| NC106 | Vance County, North Carolina | 0.5362582553% |
| NC107 | Wake County, North Carolina | 4.9024556672% |
| NC108 | Warren County, North Carolina | 0.1063905835% |
| NC109 | Washington County, North Carolina | 0.0747707205% |
| NC110 | Watauga County, North Carolina | 0.4696757999% |
| NC111 | Wayne County, North Carolina | 0.9706993331% |
| NC112 | Wilkes County, North Carolina | 1.9971771606% |
| NC113 | Wilmington City, North Carolina | 0.1194974940% |
| NC114 | Wilson County, North Carolina | 0.6464708415% |
| NC115 | Winston-Salem City, North Carolina | 0.4944599238% |
| NC116 | Yadkin County, North Carolina | 0.5621471451% |
| NC117 | Yancey County, North Carolina | 0.3821149769% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ND1 | Adams County, North Dakota | 0.3266859369% |
| ND2 | Barnes County, North Dakota | 1.1596409120% |
| ND3 | Benson County, North Dakota | 0.8243618844% |
| ND4 | Billings County, North Dakota | 0.0531198558% |
| ND5 | Bismarck City, North Dakota | 7.8720018475% |
| ND6 | Bottineau County, North Dakota | 0.6564106964% |
| ND7 | Bowman County, North Dakota | 0.3537618912% |
| ND8 | Burke County, North Dakota | 0.1340272238% |
| ND9 | Burleigh County, North Dakota | 5.9258321732% |
| ND10 | Cass County, North Dakota | 9.2593207065% |
| ND11 | Cavalier County, North Dakota | 0.4775832577% |
| ND12 | Devils Lake City, North Dakota | 0.3622623619% |
| ND13 | Dickey County, North Dakota | 0.6064663883% |
| ND14 | Dickinson City, North Dakota | 1.0573324109% |
| ND15 | Divide County, North Dakota | 0.1925705034% |
| ND16 | Dunn County, North Dakota | 0.5017615248% |
| ND17 | Eddy County, North Dakota | 0.2227970127% |
| ND18 | Emmons County, North Dakota | 0.7218887252% |
| ND19 | Fargo City, North Dakota | 12.8639966005% |
| ND20 | Foster County, North Dakota | 0.3938546507% |
| ND21 | Golden Valley County, North Dakota | 0.2278631874% |
| ND22 | Grand Forks City, North Dakota | 7.1999971538% |
| ND23 | Grand Forks County, North Dakota | 5.4639296523% |
| ND24 | Grant County, North Dakota | 0.2093626818% |
| ND25 | Griggs County, North Dakota | 0.2073426807% |
| ND26 | Hettinger County, North Dakota | 0.2096684753% |
| ND27 | Jamestown City, North Dakota | 0.7024664288% |
| ND28 | Kidder County, North Dakota | 0.3074782839% |
| ND29 | La Moure County, North Dakota | 0.3036088203% |
| ND30 | Lisbon City, North Dakota | 0.1372424658% |
| ND31 | Logan County, North Dakota | 0.1641331799% |
| ND32 | Mandan City, North Dakota | 1.1262932510% |
| ND33 | McHenry County, North Dakota | 0.3973374621% |
| ND34 | McIntosh County, North Dakota | 0.2870077627% |
| ND35 | McKenzie County, North Dakota | 1.2312553926% |
| ND36 | McLean County, North Dakota | 1.1384661837% |
| ND37 | Mercer County, North Dakota | 1.1241071216% |
| ND38 | Minot City, North Dakota | 2.8909627339% |
| ND39 | Morton County, North Dakota | 2.6703636118% |
| ND40 | Mountrail County, North Dakota | 1.1142893867% |
| ND41 | Nelson County, North Dakota | 0.4740975060% |
| ND42 | Oliver County, North Dakota | 0.2228234756% |
| ND43 | Pembina County, North Dakota | 1.2530005434% |
| ND44 | Pierce County, North Dakota | 0.7284574044% |
| ND45 | Ramsey County, North Dakota | 1.2734343106% |
| ND46 | Ransom County, North Dakota | 0.6183673413% |
| ND47 | Renville County, North Dakota | 0.2860845016% |
| ND48 | Richland County, North Dakota | 2.4309493698% |
| ND49 | Rolette County, North Dakota | 1.8198034592% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| ND50 | Sargent County, North Dakota | 0.5773674924% |
| ND51 | Sheridan County, North Dakota | 0.0895886685% |
| ND52 | Sioux County, North Dakota | 0.6666209643% |
| ND53 | Slope County, North Dakota | 0.0470907257% |
| ND54 | Stark County, North Dakota | 3.3526741338% |
| ND55 | Steele County, North Dakota | 0.2434939387% |
| ND56 | Stutsman County, North Dakota | 1.9758860377% |
| ND57 | Towner County, North Dakota | 0.1807489391% |
| ND58 | Traill County, North Dakota | 1.0587643476% |
| ND59 | Walsh County, North Dakota | 2.0521094729% |
| ND60 | Ward County, North Dakota | 3.4849842097% |
| ND61 | Wells County, North Dakota | 0.4346604383% |
| ND62 | West Fargo City, North Dakota | 1.8417059171% |
| ND63 | Williams County, North Dakota | 2.3067369406% |
| ND64 | Williston City, North Dakota | 1.5016973817% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                    3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1 | Aberdeen Village, Ohio | 0.0087437716% |
| OH2 | Ada Village, Ohio | 0.0077636351% |
| OH3 | Adams County, Ohio | 0.3473544585% |
| OH4 | Adams Township, Champaign County, Ohio | 0.0001374611% |
| OH5 | Adams Township, Clinton County, Ohio | 0.0003122525% |
| OH6 | Adams Township, Darke County, Ohio | 0.0016731027% |
| OH7 | Adams Township, Monroe County, Ohio | 0.0000311703% |
| OH8 | Adams Township, Muskingum County, Ohio | 0.0001003092% |
| OH9 | Adams Township, Seneca County, Ohio | 0.0003810303% |
| OH10 | Adams Township, Washington County, Ohio | 0.0001169753% |
| OH11 | Adamsville Village, Ohio | 0.0000910884% |
| OH12 | Addyston Village, Ohio | 0.0025217854% |
| OH13 | Adelphi Village, Ohio | 0.0020068066% |
| OH14 | Adena Village, Ohio | 0.0003568983% |
| OH15 | Aid Township, Ohio | 0.0003303244% |
| OH16 | Akron City, Ohio | 0.8812077621% |
| OH17 | Albany Village, Ohio | 0.0019488925% |
| OH18 | Alexander Township, Ohio | 0.0001250626% |
| OH19 | Alexandria Village, Ohio | 0.0005560173% |
| OH20 | Alger Village, Ohio | 0.0005166462% |
| OH21 | Allen County, Ohio | 0.4092999560% |
| OH22 | Allen Township, Darke County, Ohio | 0.0006643202% |
| OH23 | Allen Township, Hancock County, Ohio | 0.0005903230% |
| OH24 | Allen Township, Ottawa County, Ohio | 0.0005976710% |
| OH25 | Allen Township, Union County, Ohio | 0.0028518922% |
| OH26 | Alliance City, Ohio | 0.0889490116% |
| OH27 | Amanda Township, Fairfield County, Ohio | 0.0018577114% |
| OH28 | Amanda Township, Hancock County, Ohio | 0.0001616361% |
| OH29 | Amanda Village, Ohio | 0.0005782400% |
| OH30 | Amberley Village, Ohio | 0.0192140009% |
| OH31 | Amboy Township, Ohio | 0.0017244001% |
| OH32 | Amelia Village, Ohio | 0.0138770427% |
| OH33 | American Township, Ohio | 0.0193901533% |
| OH34 | Ames Township, Ohio | 0.0004272973% |
| OH35 | Amesville Village, Ohio | 0.0000937970% |
| OH36 | Amherst City, Ohio | 0.0344767089% |
| OH37 | Amherst Township, Ohio | 0.0134400730% |
| OH38 | Amsterdam Village, Ohio | 0.0003984552% |
| OH39 | Anderson Township, Ohio | 0.0760877775% |
| OH40 | Andover Township, Ohio | 0.0010566751% |
| OH41 | Andover Village, Ohio | 0.0040505880% |
| OH42 | Anna Village, Ohio | 0.0028751504% |
| OH43 | Ansonia Village, Ohio | 0.0014885693% |
| OH44 | Antioch Village, Ohio | 0.0000311703% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH45 | Antwerp Village, Ohio | 0.0009282725% |
| OH46 | Apple Creek Village, Ohio | 0.0004832518% |
| OH47 | Aquilla Village, Ohio | 0.0000095709% |
| OH48 | Arcadia Village, Ohio | 0.0000210830% |
| OH49 | Arcanum Village, Ohio | 0.0034200188% |
| OH50 | Archbold Village, Ohio | 0.0168893369% |
| OH51 | Arlington Heights Village, Ohio | 0.0024048815% |
| OH52 | Arlington Village, Ohio | 0.0017280808% |
| OH53 | Ashland City, Ohio | 0.0677950091% |
| OH54 | Ashland County, Ohio | 0.2064379332% |
| OH55 | Ashley Village, Ohio | 0.0012125812% |
| OH56 | Ashtabula City, Ohio | 0.0931048204% |
| OH57 | Ashtabula County, Ohio | 0.7429130666% |
| OH58 | Ashtabula Township, Ohio | 0.0174821031% |
| OH59 | Ashville Village, Ohio | 0.0024582550% |
| OH60 | Athalia Village, Ohio | 0.0000173855% |
| OH61 | Athens City, Ohio | 0.0700871751% |
| OH62 | Athens County, Ohio | 0.4584170235% |
| OH63 | Athens Township, Athens County, Ohio | 0.0025846274% |
| OH64 | Athens Township, Harrison County, Ohio | 0.0003148983% |
| OH65 | Attica Village, Ohio | 0.0007921419% |
| OH66 | Atwater Township, Ohio | 0.0004753019% |
| OH67 | Auburn Township, Crawford County, Ohio | 0.0007613308% |
| OH68 | Auburn Township, Geauga County, Ohio | 0.0067953249% |
| OH69 | Auburn Township, Tuscarawas County, Ohio | 0.0000098536% |
| OH70 | Auglaize County, Ohio | 0.1648586210% |
| OH71 | Auglaize Township, Allen County, Ohio | 0.0010226874% |
| OH72 | Auglaize Township, Paulding County, Ohio | 0.0000730923% |
| OH73 | Augusta Township, Ohio | 0.0004684152% |
| OH74 | Aurelius Township, Ohio | 0.0000083554% |
| OH75 | Aurora City, Ohio | 0.0294524674% |
| OH76 | Austinburg Township, Ohio | 0.0004813742% |
| OH77 | Austintown Township, Ohio | 0.0890063352% |
| OH78 | Avon City, Ohio | 0.0729557005% |
| OH79 | Avon Lake City, Ohio | 0.0663140992% |
| OH80 | Bailey Lakes Village, Ohio | 0.0000813388% |
| OH81 | Bainbridge Township, Ohio | 0.0406379571% |
| OH82 | Bainbridge Village, Ohio | 0.0022724133% |
| OH83 | Bairdstown Village, Ohio | 0.0000612234% |
| OH84 | Ballville Township, Ohio | 0.0021521086% |
| OH85 | Baltic Village, Ohio | 0.0009410120% |
| OH86 | Baltimore Village, Ohio | 0.0031532207% |
| OH87 | Barberton City, Ohio | 0.1164193916% |
| OH88 | Barlow Township, Ohio | 0.0003258598% |
| OH89 | Barnesville Village, Ohio | 0.0106861443% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH90 | Barnhill Village, Ohio | 0.0006601909% |
| OH91 | Bartlow Township, Ohio | 0.0001082864% |
| OH92 | Batavia Township, Ohio | 0.0000517157% |
| OH93 | Batavia Village, Ohio | 0.0047750818% |
| OH94 | Batesville Village, Ohio | 0.0000517432% |
| OH95 | Bath Township, Allen County, Ohio | 0.0088564730% |
| OH96 | Bath Township, Greene County, Ohio | 0.0001754181% |
| OH97 | Bath Township, Summit County, Ohio | 0.0489522386% |
| OH98 | Baughman Township, Ohio | 0.0001353105% |
| OH99 | Bay Township, Ohio | 0.0000549583% |
| OH100 | Bay View Village, Ohio | 0.0012986334% |
| OH101 | Bay Village City, Ohio | 0.0295102794% |
| OH102 | Bazetta Township, Ohio | 0.0331455317% |
| OH103 | Beach City Village, Ohio | 0.0006531299% |
| OH104 | Beachwood City, Ohio | 0.0573216138% |
| OH105 | Beallsville Village, Ohio | 0.0001580913% |
| OH106 | Bearfield Township, Ohio | 0.0005486478% |
| OH107 | Beaver Township, Mahoning County, Ohio | 0.0148139167% |
| OH108 | Beaver Township, Pike County, Ohio | 0.0003380168% |
| OH109 | Beaver Village, Ohio | 0.0001859093% |
| OH110 | Beavercreek City, Ohio | 0.0843658046% |
| OH111 | Beavercreek Township, Ohio | 0.1348759090% |
| OH112 | Beaverdam Village, Ohio | 0.0000749971% |
| OH113 | Bedford City, Ohio | 0.0429793572% |
| OH114 | Bedford Heights City, Ohio | 0.0386687782% |
| OH115 | Bedford Township, Ohio | 0.0000306151% |
| OH116 | Bellaire Village, Ohio | 0.0010264323% |
| OH117 | Bellbrook City, Ohio | 0.0237949542% |
| OH118 | Belle Center Village, Ohio | 0.0005231767% |
| OH119 | Belle Valley Village, Ohio | 0.0001073626% |
| OH120 | Bellefontaine City, Ohio | 0.0729400123% |
| OH121 | Bellevue City, Ohio | 0.0299834456% |
| OH122 | Bellville Village, Ohio | 0.0011239941% |
| OH123 | Belmont County, Ohio | 0.4904799617% |
| OH124 | Belmont Village, Ohio | 0.0011248573% |
| OH125 | Belmore Village, Ohio | 0.0002483511% |
| OH126 | Beloit Village, Ohio | 0.0037587550% |
| OH127 | Belpre City, Ohio | 0.0099429019% |
| OH128 | Belpre Township, Ohio | 0.0009358025% |
| OH129 | Bennington Township, Licking County, Ohio | 0.0005560173% |
| OH130 | Bennington Township, Morrow County, Ohio | 0.0001476031% |
| OH131 | Bentleyville Village, Ohio | 0.0019992236% |
| OH132 | Benton Ridge Village, Ohio | 0.0000914068% |
| OH133 | Benton Township, Hocking County, Ohio | 0.0001089904% |
| OH134 | Benton Township, Ottawa County, Ohio | 0.0007968947% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH135 | Benton Township, Paulding County, Ohio | 0.0002485139% |
| OH136 | Benton Township, Pike County, Ohio | 0.0003718185% |
| OH137 | Berea City, Ohio | 0.0293403849% |
| OH138 | Bergholz Village, Ohio | 0.0002390731% |
| OH139 | Berkey Village, Ohio | 0.0003639406% |
| OH140 | Berkshire Township, Ohio | 0.0000742397% |
| OH141 | Berlin Heights Village, Ohio | 0.0009142379% |
| OH142 | Berlin Township, Delaware County, Ohio | 0.0000164977% |
| OH143 | Berlin Township, Erie County, Ohio | 0.0001350579% |
| OH144 | Berlin Township, Holmes County, Ohio | 0.0000814306% |
| OH145 | Berlin Township, Mahoning County, Ohio | 0.0014985886% |
| OH146 | Bern Township, Ohio | 0.0001354845% |
| OH147 | Berne Township, Ohio | 0.0001629571% |
| OH148 | Bethel Township, Clark County, Ohio | 0.0138134025% |
| OH149 | Bethel Township, Monroe County, Ohio | 0.0000498724% |
| OH150 | Bethel Village, Ohio | 0.0057576798% |
| OH151 | Bethesda Village, Ohio | 0.0006889751% |
| OH152 | Bethlehem Township, Coshocton County, Ohio | 0.0000765378% |
| OH153 | Bethlehem Township, Stark County, Ohio | 0.0015140738% |
| OH154 | Bettsville Village, Ohio | 0.0009525757% |
| OH155 | Beverly Village, Ohio | 0.0019551589% |
| OH156 | Bexley City, Ohio | 0.0458668476% |
| OH157 | Big Island Township, Ohio | 0.0005578783% |
| OH158 | Black Creek Township, Ohio | 0.0001534027% |
| OH159 | Blakeslee Village, Ohio | 0.0000628635% |
| OH160 | Blanchard Township, Hancock County, Ohio | 0.0001475808% |
| OH161 | Blanchard Township, Putnam County, Ohio | 0.0006457128% |
| OH162 | Blanchester Village, Ohio | 0.0114641267% |
| OH163 | Blendon Township, Ohio | 0.0282639366% |
| OH164 | Bloom Township, Fairfield County, Ohio | 0.0118551321% |
| OH165 | Bloom Township, Morgan County, Ohio | 0.0001713719% |
| OH166 | Bloom Township, Scioto County, Ohio | 0.0000852977% |
| OH167 | Bloom Township, Seneca County, Ohio | 0.0009926842% |
| OH168 | Bloomdale Village, Ohio | 0.0005693772% |
| OH169 | Bloomfield Township, Jackson County, Ohio | 0.0013260530% |
| OH170 | Bloomfield Township, Logan County, Ohio | 0.0000099754% |
| OH171 | Bloomingburg Village, Ohio | 0.0002078369% |
| OH172 | Bloomingdale Village, Ohio | 0.0002231349% |
| OH173 | Bloominggrove Township, Ohio | 0.0001784118% |
| OH174 | Bloomville Village, Ohio | 0.0004411930% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH175 | Blue Ash City, Ohio | 0.0851895858% |
| OH176 | Blue Creek Township, Ohio | 0.0000767469% |
| OH177 | Blue Rock Township, Ohio | 0.0001103402% |
| OH178 | Bluffton Village, Ohio | 0.0052836661% |
| OH179 | Boardman Township, Ohio | 0.1408673271% |
| OH180 | Bokescreek Township, Ohio | 0.0013367015% |
| OH181 | Bolivar Village, Ohio | 0.0004434118% |
| OH182 | Boston Heights Village, Ohio | 0.0077201699% |
| OH183 | Boston Township, Ohio | 0.0003662503% |
| OH184 | Botkins Village, Ohio | 0.0019522626% |
| OH185 | Bowerston Village, Ohio | 0.0000572542% |
| OH186 | Bowersville Village, Ohio | 0.0000916319% |
| OH187 | Bowling Green City, Ohio | 0.0752741164% |
| OH188 | Bowling Green Township, Ohio | 0.0000370678% |
| OH189 | Braceville Township, Ohio | 0.0037680877% |
| OH190 | Bradford Village, Ohio | 0.0028661348% |
| OH191 | Bradner Village, Ohio | 0.0009183503% |
| OH192 | Brady Lake Village, Ohio | 0.0002559318% |
| OH193 | Brady Township, Ohio | 0.0005029083% |
| OH194 | Bratenahl Village, Ohio | 0.0051323943% |
| OH195 | Bratton Township, Ohio | 0.0000790580% |
| OH196 | Brecksville City, Ohio | 0.0241013127% |
| OH197 | Bremen Village, Ohio | 0.0006844200% |
| OH198 | Brewster Village, Ohio | 0.0058880648% |
| OH199 | Brice Village, Ohio | 0.0005574892% |
| OH200 | Bridgeport Village, Ohio | 0.0050477971% |
| OH201 | Bridgewater Township, Ohio | 0.0004164709% |
| OH202 | Brighton Township, Ohio | 0.0000194784% |
| OH203 | Brimfield Township, Ohio | 0.0111960000% |
| OH204 | Bristol Township, Morgan County, Ohio | 0.0001285289% |
| OH205 | Bristol Township, Trumbull County, Ohio | 0.0252513027% |
| OH206 | Broadview Heights City, Ohio | 0.0226789401% |
| OH207 | Bronson Township, Ohio | 0.0009334281% |
| OH208 | Brook Park City, Ohio | 0.0389572037% |
| OH209 | Brookfield Township, Noble County, Ohio | 0.0000517432% |
| OH210 | Brookfield Township, Trumbull County, Ohio | 0.0346459468% |
| OH211 | Brooklyn City, Ohio | 0.0212407634% |
| OH212 | Brooklyn Heights Village, Ohio | 0.0100909430% |
| OH213 | Brookside Village, Ohio | 0.0001124857% |
| OH214 | Brookville City, Ohio | 0.0216648650% |
| OH215 | Broughton Village, Ohio | 0.0000070092% |
| OH216 | Brown County, Ohio | 0.4653422837% |
| OH217 | Brown Township, Carroll County, Ohio | 0.0009477238% |
| OH218 | Brown Township, Darke County, Ohio | 0.0007873425% |
| OH219 | Brown Township, Delaware County, Ohio | 0.0000082489% |

G-137

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH220 | Brown Township, Franklin County, Ohio | 0.0003894787% |
| OH221 | Brown Township, Knox County, Ohio | 0.0039027192% |
| OH222 | Brown Township, Miami County, Ohio | 0.0006132702% |
| OH223 | Brown Township, Paulding County, Ohio | 0.0001315662% |
| OH224 | Brown Township, Vinton County, Ohio | 0.0000390135% |
| OH225 | Brunswick City, Ohio | 0.1197413086% |
| OH226 | Brunswick Hills Township, Ohio | 0.0200631640% |
| OH227 | Brush Creek Township, Jefferson County, Ohio | 0.0001275057% |
| OH228 | Brush Creek Township, Scioto County, Ohio | 0.0011088700% |
| OH229 | Brushcreek Township, Ohio | 0.0059850824% |
| OH230 | Bryan City, Ohio | 0.0285400457% |
| OH231 | Buchtel Village, Ohio | 0.0001849243% |
| OH232 | Buckeye Lake Village, Ohio | 0.0040562680% |
| OH233 | Buckland Village, Ohio | 0.0001068314% |
| OH234 | Bucks Township, Ohio | 0.0002857543% |
| OH235 | Bucyrus City, Ohio | 0.0467130847% |
| OH236 | Bucyrus Township, Ohio | 0.0002175231% |
| OH237 | Buffalo Township, Ohio | 0.0000689910% |
| OH238 | Burbank Village, Ohio | 0.0001559017% |
| OH239 | Burgoon Village, Ohio | 0.0001532454% |
| OH240 | Burkettsville Village, Ohio | 0.0000203512% |
| OH241 | Burlington Township, Ohio | 0.0012973736% |
| OH242 | Burton Township, Ohio | 0.0022682986% |
| OH243 | Burton Village, Ohio | 0.0036177927% |
| OH244 | Butler County, Ohio | 2.6887406714% |
| OH245 | Butler Township, Columbiana County, Ohio | 0.0017704304% |
| OH246 | Butler Township, Darke County, Ohio | 0.0006643202% |
| OH247 | Butler Township, Mercer County, Ohio | 0.0021025197% |
| OH248 | Butler Township, Montgomery County, Ohio | 0.0308007959% |
| OH249 | Butler Township, Richland County, Ohio | 0.0003925059% |
| OH250 | Butler Village, Ohio | 0.0004817118% |
| OH251 | Butlerville Village, Ohio | 0.0001866800% |
| OH252 | Byesville Village, Ohio | 0.0018493145% |
| OH253 | Byrd Township, Ohio | 0.0018293707% |
| OH254 | Cadiz Township, Ohio | 0.0013359320% |
| OH255 | Cadiz Village, Ohio | 0.0042081859% |
| OH256 | Caesarscreek Township, Ohio | 0.0004643421% |
| OH257 | Cairo Village, Ohio | 0.0000409075% |
| OH258 | Caldwell Village, Ohio | 0.0017937650% |
| OH259 | Caledonia Village, Ohio | 0.0007098142% |
| OH260 | Cambridge City, Ohio | 0.0668200845% |
| OH261 | Cambridge Township, Ohio | 0.0000951853% |
| OH262 | Camden Township, Ohio | 0.0003116539% |
| OH263 | Camden Village, Ohio | 0.0031099397% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH264 | Camp Creek Township, Ohio | 0.0001943597% |
| OH265 | Campbell City, Ohio | 0.0206854359% |
| OH266 | Canaan Township, Morrow County, Ohio | 0.0000885618% |
| OH267 | Canaan Township, Wayne County, Ohio | 0.0002435589% |
| OH268 | Canal Fulton City, Ohio | 0.0143391696% |
| OH269 | Canal Winchester City, Ohio | 0.0017001990% |
| OH270 | Canfield City, Ohio | 0.0340253310% |
| OH271 | Canfield Township, Ohio | 0.0024198521% |
| OH272 | Canton City, Ohio | 0.4906093929% |
| OH273 | Canton Township, Ohio | 0.0238293446% |
| OH274 | Cardington Village, Ohio | 0.0026450469% |
| OH275 | Carey Village, Ohio | 0.0048237347% |
| OH276 | Carlisle Township, Ohio | 0.0046455904% |
| OH277 | Carlisle Village, Ohio | 0.0081658806% |
| OH278 | Carroll County, Ohio | 0.1274960868% |
| OH279 | Carroll Township, Ohio | 0.0031394902% |
| OH280 | Carroll Village, Ohio | 0.0008718207% |
| OH281 | Carrollton Village, Ohio | 0.0061329714% |
| OH282 | Carryall Township, Ohio | 0.0000511646% |
| OH283 | Carthage Township, Ohio | 0.0002397033% |
| OH284 | Cass Township, Muskingum County, Ohio | 0.0002006185% |
| OH285 | Cass Township, Richland County, Ohio | 0.0007850118% |
| OH286 | Casstown Village, Ohio | 0.0005337723% |
| OH287 | Castalia Village, Ohio | 0.0011427974% |
| OH288 | Castine Village, Ohio | 0.0005289957% |
| OH289 | Catawba Island Township, Ohio | 0.0060247984% |
| OH290 | Catawba Village, Ohio | 0.0002313575% |
| OH291 | Cecil Village, Ohio | 0.0000109638% |
| OH292 | Cedarville Township, Ohio | 0.0036837809% |
| OH293 | Cedarville Village, Ohio | 0.0036321873% |
| OH294 | Celina City, Ohio | 0.0165674940% |
| OH295 | Center Township, Carroll County, Ohio | 0.0001634007% |
| OH296 | Center Township, Columbiana County, Ohio | 0.0003327877% |
| OH297 | Center Township, Guernsey County, Ohio | 0.0001903706% |
| OH298 | Center Township, Mercer County, Ohio | 0.0004241134% |
| OH299 | Center Township, Monroe County, Ohio | 0.0005361288% |
| OH300 | Center Township, Morgan County, Ohio | 0.0000535537% |
| OH301 | Center Township, Noble County, Ohio | 0.0001724774% |
| OH302 | Center Township, Williams County, Ohio | 0.0005107662% |
| OH303 | Center Township, Wood County, Ohio | 0.0002510158% |
| OH304 | Centerburg Village, Ohio | 0.0041342364% |
| OH305 | Centerville City, Ohio | 0.0591550598% |
| OH306 | Centerville Village, Ohio | 0.0005060807% |
| OH307 | Cessna Township, Ohio | 0.0001110677% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH308 | Chagrin Falls Township, Ohio | 0.0000039510% |
| OH309 | Chagrin Falls Village, Ohio | 0.0125168784% |
| OH310 | Champaign County, Ohio | 0.2269483026% |
| OH311 | Champion Township, Ohio | 0.0283714840% |
| OH312 | Chardon City, Ohio | 0.0479405386% |
| OH313 | Chardon Township, Ohio | 0.0039336317% |
| OH314 | Charlestown Township, Ohio | 0.0000121872% |
| OH315 | Chatfield Township, Ohio | 0.0008265878% |
| OH316 | Chatfield Village, Ohio | 0.0000870092% |
| OH317 | Chatham Township, Ohio | 0.0003778818% |
| OH318 | Chauncey Village, Ohio | 0.0000833751% |
| OH319 | Cherry Fork Village, Ohio | 0.0004264208% |
| OH320 | Cherry Valley Township, Ohio | 0.0004696334% |
| OH321 | Chesapeake Village, Ohio | 0.0021905725% |
| OH322 | Cheshire Township, Ohio | 0.0010496489% |
| OH323 | Cheshire Village, Ohio | 0.0001686936% |
| OH324 | Chester Township, Clinton County, Ohio | 0.0019181224% |
| OH325 | Chester Township, Geauga County, Ohio | 0.0252766944% |
| OH326 | Chester Township, Morrow County, Ohio | 0.0005136587% |
| OH327 | Chester Township, Wayne County, Ohio | 0.0004213956% |
| OH328 | Chesterhill Village, Ohio | 0.0000958805% |
| OH329 | Chesterville Village, Ohio | 0.0000531371% |
| OH330 | Cheviot City, Ohio | 0.0177109500% |
| OH331 | Chickasaw Village, Ohio | 0.0003251707% |
| OH332 | Chillicothe City, Ohio | 0.3116747707% |
| OH333 | Chilo Village, Ohio | 0.0001537865% |
| OH334 | Chippewa Lake Village, Ohio | 0.0005077787% |
| OH335 | Chippewa Township, Ohio | 0.0025863636% |
| OH336 | Christiansburg Village, Ohio | 0.0002537744% |
| OH337 | Cincinnati City, Ohio | 1.9225774768% |
| OH338 | Circleville City, Ohio | 0.3452050773% |
| OH339 | Circleville Township, Ohio | 0.0006412839% |
| OH340 | Claibourne Township, Ohio | 0.0000210028% |
| OH341 | Claridon Township, Ohio | 0.0025745668% |
| OH342 | Clarington Village, Ohio | 0.0000498724% |
| OH343 | Clark County, Ohio | 1.2151983585% |
| OH344 | Clark Township, Brown County, Ohio | 0.0053640868% |
| OH345 | Clark Township, Clinton County, Ohio | 0.0010928837% |
| OH346 | Clarksburg Village, Ohio | 0.0000295119% |
| OH347 | Clarksfield Township, Ohio | 0.0007412517% |
| OH348 | Clarksville Village, Ohio | 0.0004237712% |
| OH349 | Clay Center Village, Ohio | 0.0000618280% |
| OH350 | Clay Township, Auglaize County, Ohio | 0.0004451307% |
| OH351 | Clay Township, Highland County, Ohio | 0.0003613635% |
| OH352 | Clay Township, Montgomery County, Ohio | 0.0058148642% |
| OH353 | Clay Township, Muskingum County, Ohio | 0.0004012369% |

**Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.                           3.25.22**

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH354 | Clay Township, Ottawa County, Ohio | 0.0026311263% |
| OH355 | Clay Township, Scioto County, Ohio | 0.0064826249% |
| OH356 | | 0.0000492680% |
| OH357 | Clayton City, Ohio | 0.0375148659% |
| OH358 | Clayton Township, Ohio | 0.0004303120% |
| OH359 | Clear Creek Township, Ohio | 0.0874295648% |
| OH360 | Clearcreek Township, Ohio | 0.0010918129% |
| OH361 | Clermont County, Ohio | 1.9148422650% |
| OH362 | Cleveland City, Ohio | 1.8006406770% |
| OH363 | Cleveland Heights City, Ohio | 0.0861404621% |
| OH364 | Cleves Village, Ohio | 0.0031981583% |
| OH365 | Clifton Village, Ohio | 0.0002996729% |
| OH366 | Clinton County, Ohio | 0.4003299792% |
| OH367 | Clinton Township, Franklin County, Ohio | 0.0107832149% |
| OH368 | Clinton Township, Fulton County, Ohio | 0.0006481787% |
| OH369 | Clinton Township, Seneca County, Ohio | 0.0007420064% |
| OH370 | Clinton Township, Shelby County, Ohio | 0.0005501831% |
| OH371 | Clinton Township, Vinton County, Ohio | 0.0002860993% |
| OH372 | Clinton Township, Wayne County, Ohio | 0.0001933007% |
| OH373 | Clinton Village, Ohio | 0.0011373034% |
| OH374 | Cloverdale Village, Ohio | 0.0001986809% |
| OH375 | Clyde City, Ohio | 0.0219912947% |
| OH376 | Coal Grove Village, Ohio | 0.0050070228% |
| OH377 | Coal Township, Jackson County, Ohio | 0.0004972699% |
| OH378 | Coal Township, Perry County, Ohio | 0.0003550074% |
| OH379 | Coalton Village, Ohio | 0.0024310971% |
| OH380 | Coitsville Township, Ohio | 0.0048020858% |
| OH381 | Coldwater Village, Ohio | 0.0054593322% |
| OH382 | Colerain Township, Belmont County, Ohio | 0.0006046108% |
| OH383 | Colerain Township, Hamilton County, Ohio | 0.1398087860% |
| OH384 | College Corner Village, Ohio | 0.0022611881% |
| OH385 | College Township, Ohio | 0.0028608916% |
| OH386 | Columbia Township, Hamilton County, Ohio | 0.0091268592% |
| OH387 | Columbia Township, Lorain County, Ohio | 0.0044508068% |
| OH388 | Columbia Township, Meigs County, Ohio | 0.0000676625% |
| OH389 | Columbiana City, Ohio | 0.0212455929% |
| OH390 | Columbiana County, Ohio | 0.6832396894% |
| OH391 | Columbus City, Ohio | 4.0358741733% |
| OH392 | Columbus Grove Village, Ohio | 0.0013907661% |
| OH393 | Commercial Point Village, Ohio | 0.0008841945% |
| OH394 | Concord Township, Delaware County, Ohio | 0.0132064120% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH395 | Concord Township, Fayette County, Ohio | 0.0003201811% |
| OH396 | Concord Township, Highland County, Ohio | 0.0000677557% |
| OH397 | Concord Township, Lake County, Ohio | 0.0329119594% |
| OH398 | Concord Township, Miami County, Ohio | 0.0048266640% |
| OH399 | Concord Township, Ross County, Ohio | 0.0034233759% |
| OH400 | Conesville Village, Ohio | 0.0001949904% |
| OH401 | Congress Township, Morrow County, Ohio | 0.0000354247% |
| OH402 | Congress Township, Wayne County, Ohio | 0.0000386601% |
| OH403 | Congress Village, Ohio | 0.0001394121% |
| OH404 | Conneaut City, Ohio | 0.0500864015% |
| OH405 | Continental Village, Ohio | 0.0013742094% |
| OH406 | Convoy Village, Ohio | 0.0015735393% |
| OH407 | Coolville Village, Ohio | 0.0002918128% |
| OH408 | Copley Township, Ohio | 0.0644889601% |
| OH409 | Corning Village, Ohio | 0.0010865378% |
| OH410 | Cortland City, Ohio | 0.0349699000% |
| OH411 | Corwin Village, Ohio | 0.0004993129% |
| OH412 | Coshocton City, Ohio | 0.0177337984% |
| OH413 | Coshocton County, Ohio | 0.1889793769% |
| OH414 | Coventry Township, Ohio | 0.0112670146% |
| OH415 | Covington Village, Ohio | 0.0077226624% |
| OH416 | Craig Beach Village, Ohio | 0.0004176394% |
| OH417 | Cranberry Township, Ohio | 0.0001631423% |
| OH418 | Crane Township, Paulding County, Ohio | 0.0001169477% |
| OH419 | Crane Township, Wyandot County, Ohio | 0.0005667045% |
| OH420 | Crawford County, Ohio | 0.2595376809% |
| OH421 | Crawford Township, Coshocton County, Ohio | 0.0002372670% |
| OH422 | Crawford Township, Wyandot County, Ohio | 0.0001079437% |
| OH423 | Crestline Village, Ohio | 0.0166501207% |
| OH424 | Creston Village, Ohio | 0.0007596505% |
| OH425 | Cridersville Village, Ohio | 0.0045581388% |
| OH426 | Crooksville Village, Ohio | 0.0043353934% |
| OH427 | Crosby Township, Ohio | 0.0044757516% |
| OH428 | Cross Creek Township, Ohio | 0.0061202713% |
| OH429 | Crown City Village, Ohio | 0.0005435682% |
| OH430 | Cumberland Village, Ohio | 0.0007050617% |
| OH431 | Custar Village, Ohio | 0.0000244893% |
| OH432 | Cuyahoga Falls City, Ohio | 0.1811685822% |
| OH433 | Cuyahoga Heights Village, Ohio | 0.0193798260% |
| OH434 | Cygnet Village, Ohio | 0.0002510158% |
| OH435 | Cynthian Township, Ohio | 0.0000266218% |
| OH436 | Dallas Township, Ohio | 0.0001522662% |
| OH437 | Dalton Village, Ohio | 0.0011945985% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH438 | Damascus Township, Ohio | 0.0007850761% |
| OH439 | Danbury Township, Ohio | 0.0038539475% |
| OH440 | Danville Village, Ohio | 0.0021828768% |
| OH441 | Darby Township, Madison County, Ohio | 0.0011346056% |
| OH442 | Darby Township, Union County, Ohio | 0.0004220559% |
| OH443 | Darbyville Village, Ohio | 0.0000242911% |
| OH444 | Darke County, Ohio | 0.2651621760% |
| OH445 | Dayton City, Ohio | 1.3353086202% |
| OH446 | De Graff Village, Ohio | 0.0013067754% |
| OH447 | Decatur Township, Lawrence County, Ohio | 0.0001043130% |
| OH448 | Decatur Township, Washington County, Ohio | 0.0001169753% |
| OH449 | Deer Park City, Ohio | 0.0107468140% |
| OH450 | Deercreek Township, Ohio | 0.0004275226% |
| OH451 | Deerfield Township, Portage County, Ohio | 0.0008693556% |
| OH452 | Deerfield Township, Ross County, Ohio | 0.0015346168% |
| OH453 | Deerfield Township, Warren County, Ohio | 0.1151454582% |
| OH454 | Deersville Village, Ohio | 0.0000209231% |
| OH455 | Defiance City, Ohio | 0.0658767007% |
| OH456 | Defiance County, Ohio | 0.1709704524% |
| OH457 | Defiance Township, Ohio | 0.0007172505% |
| OH458 | Delaware City, Ohio | 0.1151374756% |
| OH459 | Delaware County, Ohio | 0.4816174702% |
| OH460 | Delaware Township, Defiance County, Ohio | 0.0015007088% |
| OH461 | Delaware Township, Delaware County, Ohio | 0.0075064553% |
| OH462 | Delaware Township, Hancock County, Ohio | 0.0001335254% |
| OH463 | Delhi Township, Ohio | 0.0630446356% |
| OH464 | Dellroy Village, Ohio | 0.0002505477% |
| OH465 | Delphos City, Ohio | 0.0171051813% |
| OH466 | Delta Village, Ohio | 0.0085241620% |
| OH467 | Dennison Village, Ohio | 0.0062570335% |
| OH468 | Deshler Village, Ohio | 0.0009475056% |
| OH469 | Dexter City Village, Ohio | 0.0000689910% |
| OH470 | Dillonvale Village, Ohio | 0.0012431801% |
| OH471 | Dinsmore Township, Ohio | 0.0004170743% |
| OH472 | Dodson Township, Ohio | 0.0105924667% |
| OH473 | Donnelsville Village, Ohio | 0.0002721853% |
| OH474 | Dorset Township, Ohio | 0.0001174083% |
| OH475 | Dover City, Ohio | 0.0416708574% |
| OH476 | Dover Township, Athens County, Ohio | 0.0050002505% |
| OH477 | Dover Township, Tuscarawas County, Ohio | 0.0000886824% |
| OH478 | Dover Township, Union County, Ohio | 0.0005124965% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH479 | Doylestown Village, Ohio | 0.0020721837% |
| OH480 | Dresden Village, Ohio | 0.0028086586% |
| OH481 | Dublin City, Ohio | 0.0949912950% |
| OH482 | Dublin Township, Ohio | 0.0004331371% |
| OH483 | Duchouquet Township, Ohio | 0.0010861190% |
| OH484 | Dunham Township, Ohio | 0.0004344797% |
| OH485 | Dunkirk Village, Ohio | 0.0005233559% |
| OH486 | Dupont Village, Ohio | 0.0006622696% |
| OH487 | Eagle Township, Brown County, Ohio | 0.0090538344% |
| OH488 | Eagle Township, Vinton County, Ohio | 0.0002210767% |
| OH489 | East Canton Village, Ohio | 0.0024838727% |
| OH490 | East Cleveland City, Ohio | 0.0558083674% |
| OH491 | East Liverpool City, Ohio | 0.0368861843% |
| OH492 | East Palestine Village, Ohio | 0.0165861370% |
| OH493 | East Sparta Village, Ohio | 0.0004354199% |
| OH494 | East Union Township, Ohio | 0.0003556733% |
| OH495 | Eastlake City, Ohio | 0.0700788770% |
| OH496 | Eaton City, Ohio | 0.0615604375% |
| OH497 | Eaton Township, Ohio | 0.0004480024% |
| OH498 | Eden Township, Licking County, Ohio | 0.0004448138% |
| OH499 | Eden Township, Seneca County, Ohio | 0.0001102982% |
| OH500 | Eden Township, Wyandot County, Ohio | 0.0000944507% |
| OH501 | Edgerton Village, Ohio | 0.0042354308% |
| OH502 | Edinburg Township, Ohio | 0.0011740363% |
| OH503 | Edison Village, Ohio | 0.0001948360% |
| OH504 | Edon Village, Ohio | 0.0013908558% |
| OH505 | Eldorado Village, Ohio | 0.0003273621% |
| OH506 | Elgin Village, Ohio | 0.0000619504% |
| OH507 | Elida Village, Ohio | 0.0011181382% |
| OH508 | Elizabeth Township, Lawrence County, Ohio | 0.0009562023% |
| OH509 | Elizabeth Township, Miami County, Ohio | 0.0000454274% |
| OH510 | Elk Township, Noble County, Ohio | 0.0000344955% |
| OH511 | Elk Township, Vinton County, Ohio | 0.0002600903% |
| OH512 | Elkrun Township, Ohio | 0.0004259682% |
| OH513 | Ellsworth Township, Ohio | 0.0001965362% |
| OH514 | Elmore Village, Ohio | 0.0016556174% |
| OH515 | Elmwood Place Village, Ohio | 0.0045008025% |
| OH516 | Elyria City, Ohio | 0.2638149975% |
| OH517 | Elyria Township, Ohio | 0.0007693955% |
| OH518 | Empire Village, Ohio | 0.0010041070% |
| OH519 | Englewood City, Ohio | 0.0628005329% |
| OH520 | Enon Village, Ohio | 0.0038378123% |
| OH521 | Erie County, Ohio | 0.4532438208% |
| OH522 | Erie Township, Ohio | 0.0006045408% |
| OH523 | Euclid City, Ohio | 0.0936790366% |
| OH524 | Evendale Village, Ohio | 0.0340357530% |
| OH525 | Fairborn City, Ohio | 0.1544298717% |

**Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH526 | Fairfax Village, Ohio | 0.0079411190% |
| OH527 | Fairfield City, Ohio | 0.2893759753% |
| OH528 | Fairfield County, Ohio | 0.6244843622% |
| OH529 | Fairfield Township, Butler County, Ohio | 0.0801075425% |
| OH530 | Fairfield Township, Columbiana County, Ohio | 0.0024759402% |
| OH531 | Fairfield Township, Huron County, Ohio | 0.0006726173% |
| OH532 | Fairfield Township, Tuscarawas County, Ohio | 0.0004138510% |
| OH533 | Fairfield Township, Washington County, Ohio | 0.0000501323% |
| OH534 | Fairlawn City, Ohio | 0.0675346202% |
| OH535 | Fairport Harbor Village, Ohio | 0.0091069372% |
| OH536 | Fairview Park City, Ohio | 0.0218966352% |
| OH537 | Fairview Village, Ohio | 0.0000924858% |
| OH538 | Falls Township, Hocking County, Ohio | 0.0002873384% |
| OH539 | Falls Township, Muskingum County, Ohio | 0.0022068032% |
| OH540 | Farmer Township, Ohio | 0.0002869002% |
| OH541 | Farmersville Village, Ohio | 0.0013667928% |
| OH542 | Farmington Township, Ohio | 0.0015345154% |
| OH543 | Fayette County, Ohio | 0.2554820842% |
| OH544 | Fayette Township, Ohio | 0.0013386832% |
| OH545 | Fayette Village, Ohio | 0.0012352086% |
| OH546 | Fayetteville Village, Ohio | 0.0029455968% |
| OH547 | Fearing Township, Ohio | 0.0004177690% |
| OH548 | Felicity Village, Ohio | 0.0030684641% |
| OH549 | Findlay City, Ohio | 0.1162163280% |
| OH550 | Fitchville Township, Ohio | 0.0003431721% |
| OH551 | Flatrock Township, Ohio | 0.0001691974% |
| OH552 | Fletcher Village, Ohio | 0.0012151836% |
| OH553 | Florence Township, Erie County, Ohio | 0.0013194115% |
| OH554 | Florence Township, Williams County, Ohio | 0.0002671700% |
| OH555 | Florida Village, Ohio | 0.0015566164% |
| OH556 | Flushing Township, Ohio | 0.0005905501% |
| OH557 | Flushing Village, Ohio | 0.0004640036% |
| OH558 | Forest Park City, Ohio | 0.0861415180% |
| OH559 | Forest Village, Ohio | 0.0023324226% |
| OH560 | Fort Jennings Village, Ohio | 0.0004221969% |
| OH561 | Fort Loramie Village, Ohio | 0.0012778446% |
| OH562 | Fort Recovery Village, Ohio | 0.0009926059% |
| OH563 | Fostoria City, Ohio | 0.0512205361% |
| OH564 | Fowler Township, Ohio | 0.0047569976% |
| OH565 | Frankfort Village, Ohio | 0.0079678326% |
| OH566 | Franklin City, Ohio | 0.0535002847% |
| OH567 | Franklin County, Ohio | 5.7883029997% |
| OH568 | Franklin Township, Adams County, Ohio | 0.0010014012% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH569 | Franklin Township, Brown County, Ohio | 0.0023874837% |
| OH570 | Franklin Township, Clermont County, Ohio | 0.0034132353% |
| OH571 | Franklin Township, Columbiana County, Ohio | 0.0006123293% |
| OH572 | Franklin Township, Coshocton County, Ohio | 0.0002449208% |
| OH573 | Franklin Township, Darke County, Ohio | 0.0004797868% |
| OH574 | Franklin Township, Franklin County, Ohio | 0.0440874644% |
| OH575 | Franklin Township, Fulton County, Ohio | 0.0000733787% |
| OH576 | Franklin Township, Jackson County, Ohio | 0.0003038871% |
| OH577 | Franklin Township, Mercer County, Ohio | 0.0012091744% |
| OH578 | Franklin Township, Portage County, Ohio | 0.0001990581% |
| OH579 | Franklin Township, Richland County, Ohio | 0.0008563765% |
| OH580 | Franklin Township, Shelby County, Ohio | 0.0011802315% |
| OH581 | Franklin Township, Tuscarawas County, Ohio | 0.0031235899% |
| OH582 | Franklin Township, Warren County, Ohio | 0.0035372089% |
| OH583 | Frazeysburg Village, Ohio | 0.0003209896% |
| OH584 | Fredericksburg Village, Ohio | 0.0001198464% |
| OH585 | Fredericktown Village, Ohio | 0.0055729507% |
| OH586 | Freedom Township, Portage County, Ohio | 0.0004265530% |
| OH587 | Freedom Township, Wood County, Ohio | 0.0012305895% |
| OH588 | Freeport Township, Ohio | 0.0002576440% |
| OH589 | Freeport Village, Ohio | 0.0001049661% |
| OH590 | Fremont City, Ohio | 0.0724844646% |
| OH591 | Fulton County, Ohio | 0.1830065436% |
| OH592 | Fulton Village, Ohio | 0.0001234266% |
| OH593 | Fultonham Village, Ohio | 0.0000100309% |
| OH594 | Gahanna City, Ohio | 0.0724048588% |
| OH595 | Galena Village, Ohio | 0.0001402305% |
| OH596 | Galion City, Ohio | 0.0440049221% |
| OH597 | Gallia County, Ohio | 0.3272280412% |
| OH598 | Gallipolis Village, Ohio | 0.0421733929% |
| OH599 | Gambier Village, Ohio | 0.0019348227% |
| OH600 | Gann Village, Ohio | 0.0000330739% |
| OH601 | Garfield Heights City, Ohio | 0.0512449222% |
| OH602 | Garrettsville Village, Ohio | 0.0040959299% |
| OH603 | Gasper Township, Ohio | 0.0060234621% |
| OH604 | Gates Mills Village, Ohio | 0.0065784730% |
| OH605 | Geauga County, Ohio | 0.4034987358% |
| OH606 | Geneva City, Ohio | 0.0306905423% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH607 | Geneva Township, Ohio | 0.0015497902% |
| OH608 | Geneva-On-The-Lake Village, Ohio | 0.0052011898% |
| OH609 | Genoa Township, Ohio | 0.0490971668% |
| OH610 | Genoa Village, Ohio | 0.0023769444% |
| OH611 | Georgetown Village, Ohio | 0.0263243336% |
| OH612 | German Township, Auglaize County, Ohio | 0.0003115915% |
| OH613 | German Township, Clark County, Ohio | 0.0120986353% |
| OH614 | German Township, Fulton County, Ohio | 0.0012718979% |
| OH615 | German Township, Harrison County, Ohio | 0.0002671864% |
| OH616 | German Township, Montgomery County, Ohio | 0.0069298793% |
| OH617 | Germantown City, Ohio | 0.0166173231% |
| OH618 | Gettysburg Village, Ohio | 0.0016993673% |
| OH619 | Gibson Township, Ohio | 0.0000992606% |
| OH620 | Gibsonburg Village, Ohio | 0.0033999699% |
| OH621 | Gilboa Village, Ohio | 0.0001572890% |
| OH622 | Gilead Township, Ohio | 0.0002952061% |
| OH623 | Girard City, Ohio | 0.0699056997% |
| OH624 | Glandorf Village, Ohio | 0.0007698884% |
| OH625 | Glendale Village, Ohio | 0.0089682038% |
| OH626 | Glenford Village, Ohio | 0.0004004647% |
| OH627 | Glenmont Village, Ohio | 0.0000756142% |
| OH628 | Glenwillow Village, Ohio | 0.0043105790% |
| OH629 | Gloria Glens Park Village, Ohio | 0.0002361762% |
| OH630 | Glouster Village, Ohio | 0.0025846274% |
| OH631 | Gnadenhutten Village, Ohio | 0.0020889623% |
| OH632 | Golf Manor Village, Ohio | 0.0149804075% |
| OH633 | Good Hope Township, Ohio | 0.0000544952% |
| OH634 | Gordon Village, Ohio | 0.0000369067% |
| OH635 | Gorham Township, Ohio | 0.0003913532% |
| OH636 | Goshen Township, Auglaize County, Ohio | 0.0000178052% |
| OH637 | Goshen Township, Belmont County, Ohio | 0.0007592787% |
| OH638 | Goshen Township, Champaign County, Ohio | 0.0009305060% |
| OH639 | Goshen Township, Clermont County, Ohio | 0.0551461609% |
| OH640 | Goshen Township, Hardin County, Ohio | 0.0002665626% |
| OH641 | Goshen Township, Mahoning County, Ohio | 0.0098390939% |
| OH642 | Goshen Township, Tuscarawas County, Ohio | 0.0000492680% |
| OH643 | Grafton Township, Ohio | 0.0022594905% |
| OH644 | Grafton Village, Ohio | 0.0066908189% |
| OH645 | Grand Prairie Township, Ohio | 0.0006880499% |
| OH646 | Grand Rapids Township, Ohio | 0.0003306061% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH647 | Grand Rapids Village, Ohio | 0.0005020315% |
| OH648 | Grand River Village, Ohio | 0.0044444886% |
| OH649 | Grand Township, Ohio | 0.0000371919% |
| OH650 | Grandview Heights City, Ohio | 0.0363742583% |
| OH651 | Grandview Township, Ohio | 0.0005932320% |
| OH652 | Granger Township, Ohio | 0.0028459226% |
| OH653 | Granville Township, Licking County, Ohio | 0.0126030583% |
| OH654 | Granville Township, Mercer County, Ohio | 0.0015971931% |
| OH655 | Granville Village, Ohio | 0.0103882561% |
| OH656 | Gratiot Village, Ohio | 0.0002067581% |
| OH657 | Gratis Village, Ohio | 0.0064162966% |
| OH658 | Graysville Village, Ohio | 0.0000309746% |
| OH659 | Green Camp Township, Ohio | 0.0011901403% |
| OH660 | Green Camp Village, Ohio | 0.0002045554% |
| OH661 | Green City, Ohio | 0.0847580205% |
| OH662 | Green Creek Township, Ohio | 0.0006872280% |
| OH663 | Green Springs Village, Ohio | 0.0016423298% |
| OH664 | Green Township, Adams County, Ohio | 0.0000263527% |
| OH665 | Green Township, Brown County, Ohio | 0.0034727036% |
| OH666 | Green Township, Clark County, Ohio | 0.0007485095% |
| OH667 | Green Township, Clinton County, Ohio | 0.0001561262% |
| OH668 | Green Township, Fayette County, Ohio | 0.0001235787% |
| OH669 | Green Township, Gallia County, Ohio | 0.0009184428% |
| OH670 | Green Township, Hamilton County, Ohio | 0.0953852812% |
| OH671 | Green Township, Harrison County, Ohio | 0.0005725423% |
| OH672 | Green Township, Hocking County, Ohio | 0.0033142996% |
| OH673 | Green Township, Mahoning County, Ohio | 0.0033902496% |
| OH674 | Green Township, Monroe County, Ohio | 0.0000062341% |
| OH675 | Green Township, Ross County, Ohio | 0.0105357346% |
| OH676 | Green Township, Scioto County, Ohio | 0.0218077775% |
| OH677 | Green Township, Shelby County, Ohio | 0.0000621174% |
| OH678 | Greene County, Ohio | 0.9063855073% |
| OH679 | Greene Township, Ohio | 0.0000341003% |
| OH680 | Greenfield Township, Fairfield County, Ohio | 0.0084982150% |
| OH681 | Greenfield Township, Huron County, Ohio | 0.0011256045% |
| OH682 | Greenfield Village, Ohio | 0.0148836578% |
| OH683 | Greenhills Village, Ohio | 0.0082250286% |
| OH684 | Greensburg Township, Ohio | 0.0001324539% |
| OH685 | Greenville City, Ohio | 0.0550893674% |
| OH686 | Greenville Township, Ohio | 0.0140737464% |
| OH687 | Greenwich Village, Ohio | 0.0017844949% |
| OH688 | Groton Township, Ohio | 0.0005921768% |
| OH689 | Grove City, Ohio | 0.0733060057% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH690 | Groveport City, Ohio | 0.0125549613% |
| OH691 | Grover Hill Village, Ohio | 0.0001863854% |
| OH692 | Guernsey County, Ohio | 0.2910222727% |
| OH693 | Guilford Township, Ohio | 0.0060579183% |
| OH694 | Gustavus Township, Ohio | 0.0000511505% |
| OH695 | Guyan Township, Ohio | 0.0003561309% |
| OH696 | Hambden Township, Ohio | 0.0039432026% |
| OH697 | Hamden Village, Ohio | 0.0009493296% |
| OH698 | Hamer Township, Ohio | 0.0000451704% |
| OH699 | Hamersville Village, Ohio | 0.0007131445% |
| OH700 | Hamilton City, Ohio | 0.6764224012% |
| OH701 | Hamilton County, Ohio | 5.8561869769% |
| OH702 | Hamilton Township, Franklin County, Ohio | 0.0255910434% |
| OH703 | Hamilton Township, Jackson County, Ohio | 0.0005248960% |
| OH704 | Hamilton Township, Lawrence County, Ohio | 0.0009909733% |
| OH705 | Hamilton Township, Warren County, Ohio | 0.0450761424% |
| OH706 | Hamler Village, Ohio | 0.0004060738% |
| OH707 | Hancock County, Ohio | 0.2855617267% |
| OH708 | Hanging Rock Village, Ohio | 0.0019993320% |
| OH709 | Hanover Township, Butler County, Ohio | 0.0098235954% |
| OH710 | Hanover Township, Columbiana County, Ohio | 0.0013178391% |
| OH711 | Hanover Township, Licking County, Ohio | 0.0043184009% |
| OH712 | Hanover Village, Ohio | 0.0008062251% |
| OH713 | Hanoverton Village, Ohio | 0.0010440744% |
| OH714 | Harbor View Village, Ohio | 0.0001526700% |
| OH715 | Hardin County, Ohio | 0.2235793641% |
| OH716 | Harding Township, Ohio | 0.0000272955% |
| OH717 | Hardy Township, Ohio | 0.0013901375% |
| OH718 | Harlan Township, Ohio | 0.0030485156% |
| OH719 | Harlem Township, Ohio | 0.0049245646% |
| OH720 | Harmony Township, Clark County, Ohio | 0.0018916876% |
| OH721 | Harmony Township, Morrow County, Ohio | 0.0001180824% |
| OH722 | Harpersfield Township, Ohio | 0.0005048559% |
| OH723 | Harpster Village, Ohio | 0.0000822938% |
| OH724 | Harris Township, Ohio | 0.0004190567% |
| OH725 | Harrisburg Village, Ohio | 0.0002978367% |
| OH726 | Harrison City, Ohio | 0.0560804997% |
| OH727 | Harrison County, Ohio | 0.0770641930% |
| OH728 | Harrison Township, Champaign County, Ohio | 0.0001374611% |
| OH729 | Harrison Township, Gallia County, Ohio | 0.0002811560% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH730 | Harrison Township, Hamilton County, Ohio | 0.0022712769% |
| OH731 | Harrison Township, Henry County, Ohio | 0.0000203037% |
| OH732 | Harrison Township, Knox County, Ohio | 0.0000165369% |
| OH733 | Harrison Township, Licking County, Ohio | 0.0003058095% |
| OH734 | Harrison Township, Vinton County, Ohio | 0.0000199508% |
| OH735 | Harrison Township, Montgomery County, Ohio | 0.0328749640% |
| OH736 | Harrison Township, Muskingum County, Ohio | 0.0004112679% |
| OH737 | Harrison Township, Paulding County, Ohio | 0.0000657831% |
| OH738 | Harrison Township, Perry County, Ohio | 0.0020762554% |
| OH739 | Harrison Township, Pickaway County, Ohio | 0.0068306454% |
| OH740 | Harrison Township, Preble County, Ohio | 0.0015877060% |
| OH741 | Harrison Township, Scioto County, Ohio | 0.0071650064% |
| OH742 | Harrison Township, Van Wert County, Ohio | 0.0001858511% |
| OH743 | | 0.0005201806% |
| OH744 | Harrisville Township, Ohio | 0.0067192115% |
| OH745 | Harrisville Village, Ohio | 0.0000619645% |
| OH746 | Harrod Village, Ohio | 0.0000673593% |
| OH747 | Harrison Township, Vinton County, Ohio | 0.0007413564% |
| OH748 | Hartford Township, Trumbull County, Ohio | 0.0014833648% |
| OH749 | Hartford Village, Ohio | 0.0002502078% |
| OH750 | Hartland Township, Ohio | 0.0000960882% |
| OH751 | Hartsgrove Township, Ohio | 0.0005870417% |
| OH752 | Hartville Village, Ohio | 0.0099058031% |
| OH753 | Harveysburg Village, Ohio | 0.0012100978% |
| OH754 | Haskins Village, Ohio | 0.0008938610% |
| OH755 | Haviland Village, Ohio | 0.0000511646% |
| OH756 | Hayesville Village, Ohio | 0.0000894727% |
| OH757 | Heath City, Ohio | 0.0429986695% |
| OH758 | Hebron Village, Ohio | 0.0150402674% |
| OH759 | Helena Village, Ohio | 0.0000542548% |
| OH760 | Hemlock Village, Ohio | 0.0003549573% |
| OH761 | Henrietta Township, Ohio | 0.0004674808% |
| OH762 | Henry County, Ohio | 0.1089766836% |
| OH763 | Hicksville Township, Ohio | 0.0002096578% |
| OH764 | Hicksville Village, Ohio | 0.0077242363% |
| OH765 | Higginsport Village, Ohio | 0.0015866304% |
| OH766 | Highland County, Ohio | 0.3882850462% |
| OH767 | Highland Heights City, Ohio | 0.0224853394% |
| OH768 | Highland Hills Village, Ohio | 0.0015764629% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

## Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH769 | Highland Township, Defiance County, Ohio | 0.0027365866% |
| OH770 | Highland Township, Muskingum County, Ohio | 0.0001705257% |
| OH771 | Highland Village, Ohio | 0.0000677557% |
| OH772 | Hilliard City, Ohio | 0.0500136505% |
| OH773 | Hills and Dales Village, Ohio | 0.0006069453% |
| OH774 | Hillsboro City, Ohio | 0.0707143136% |
| OH775 | Hinckley Township, Ohio | 0.0165323306% |
| OH776 | Hiram Township, Ohio | 0.0008287315% |
| OH777 | Hiram Village, Ohio | 0.0032539898% |
| OH778 | Hocking County, Ohio | 0.2559590488% |
| OH779 | Holgate Village, Ohio | 0.0002774838% |
| OH780 | Holiday City Village, Ohio | 0.0000613051% |
| OH781 | Holland Village, Ohio | 0.0097536077% |
| OH782 | Hollansburg Village, Ohio | 0.0003567645% |
| OH783 | Holloway Village, Ohio | 0.0002671536% |
| OH784 | Holmes County, Ohio | 0.1337033098% |
| OH785 | Holmes Township, Ohio | 0.0003480370% |
| OH786 | Holmesville Village, Ohio | 0.0000436236% |
| OH787 | Homer Township, Medina County, Ohio | 0.0010864103% |
| OH788 | Homer Township, Morgan County, Ohio | 0.0001820827% |
| OH789 | Hopedale Village, Ohio | 0.0002767288% |
| OH790 | Hopewell Township, Licking County, Ohio | 0.0002502078% |
| OH791 | Hopewell Township, Muskingum County, Ohio | 0.0007422883% |
| OH792 | Hopewell Township, Perry County, Ohio | 0.0012909360% |
| OH793 | Hopewell Township, Seneca County, Ohio | 0.0001303525% |
| OH794 | Howard Township, Ohio | 0.0000496108% |
| OH795 | Howland Township, Ohio | 0.0502639031% |
| OH796 | Hoytville Village, Ohio | 0.0002378935% |
| OH797 | Hubbard City, Ohio | 0.0289341396% |
| OH798 | Hubbard Township, Ohio | 0.0153110532% |
| OH799 | Huber Heights City, Ohio | 0.1252489167% |
| OH800 | Hudson City, Ohio | 0.0660214283% |
| OH801 | Hunting Valley Village, Ohio | 0.0076690112% |
| OH802 | Huntington Township, Brown County, Ohio | 0.0072244638% |
| OH803 | Huntington Township, Ross County, Ohio | 0.0066106570% |
| OH804 | Huntsburg Township, Ohio | 0.0006508198% |
| OH805 | Huntsville Village, Ohio | 0.0008479077% |
| OH806 | Huron City, Ohio | 0.0302737409% |
| OH807 | Huron County, Ohio | 0.3638859630% |
| OH808 | Huron Township, Ohio | 0.0007791800% |
| OH809 | Independence City, Ohio | 0.0311578609% |
| OH810 | Independence Township, Ohio | 0.0000751984% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH811 | Irondale Village, Ohio | 0.0001593821% |
| OH812 | Ironton City, Ohio | 0.0888572696% |
| OH813 | Island Creek Township, Ohio | 0.0026616805% |
| OH814 | Israel Township, Ohio | 0.0004746750% |
| OH815 | Ithaca Village, Ohio | 0.0003813690% |
| OH816 | Jackson Center Village, Ohio | 0.0015263144% |
| OH817 | Jackson City, Ohio | 0.0556665988% |
| OH818 | Jackson County, Ohio | 0.4838159524% |
| OH819 | Jackson Township, Allen County, Ohio | 0.0004227108% |
| OH820 | Jackson Township, Ashland County, Ohio | 0.0000162678% |
| OH821 | Jackson Township, Auglaize County, Ohio | 0.0003115915% |
| OH822 | Jackson Township, Brown County, Ohio | 0.0004961005% |
| OH823 | Jackson Township, Clermont County, Ohio | 0.0014652778% |
| OH824 | Jackson Township, Coshocton County, Ohio | 0.0005510719% |
| OH825 | Jackson Township, Crawford County, Ohio | 0.0000108762% |
| OH826 | Jackson Township, Franklin County, Ohio | 0.0661350150% |
| OH827 | Jackson Township, Guernsey County, Ohio | 0.0010334405% |
| OH828 | Jackson Township, Hardin County, Ohio | 0.0015327348% |
| OH829 | Jackson Township, Highland County, Ohio | 0.0000451704% |
| OH830 | Jackson Township, Jackson County, Ohio | 0.0001105044% |
| OH831 | Jackson Township, Mahoning County, Ohio | 0.0058960862% |
| OH832 | Jackson Township, Monroe County, Ohio | 0.0000561065% |
| OH833 | Jackson Township, Montgomery County, Ohio | 0.0086323757% |
| OH834 | Jackson Township, Muskingum County, Ohio | 0.0011435253% |
| OH835 | Jackson Township, Noble County, Ohio | 0.0001207342% |
| OH836 | Jackson Township, Monroe County, Ohio | 0.0001534939% |
| OH837 | Jackson Township, Pickaway County, Ohio | 0.0001894702% |
| OH838 | Jackson Township, Pike County, Ohio | 0.0004309715% |
| OH839 | Jackson Township, Richland County, Ohio | 0.0004638706% |
| OH840 | Jackson Township, Sandusky County, Ohio | 0.0004340387% |
| OH841 | Jackson Township, Seneca County, Ohio | 0.0004311659% |
| OH842 | Jackson Township, Shelby County, Ohio | 0.0013665838% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH843 | Jackson Township, Stark County, Ohio | 0.1371869620% |
| OH844 | Jackson Township, Union County, Ohio | 0.0001416902% |
| OH845 | Jackson Township, Vinton County, Ohio | 0.0000910316% |
| OH846 | Jackson Township, Wood County, Ohio | 0.0001346914% |
| OH847 | Jackson Township, Wyandot County, Ohio | 0.0001214367% |
| OH848 | Jacksonburg Village, Ohio | 0.0002870780% |
| OH849 | Jacksonville Village, Ohio | 0.0008441727% |
| OH850 | Jamestown Village, Ohio | 0.0034877253% |
| OH851 | Jefferson County, Ohio | 0.6622324840% |
| OH852 | Jefferson Township, Adams County, Ohio | 0.0007642272% |
| OH853 | Jefferson Township, Brown County, Ohio | 0.0006821382% |
| OH854 | Jefferson Township, Clinton County, Ohio | 0.0014720474% |
| OH855 | Jefferson Township, Coshocton County, Ohio | 0.0000612302% |
| OH856 | Jefferson Township, Crawford County, Ohio | 0.0004567985% |
| OH857 | Jefferson Township, Fayette County, Ohio | 0.0005898074% |
| OH858 | Jefferson Township, Franklin County, Ohio | 0.0261561693% |
| OH859 | Jefferson Township, Greene County, Ohio | 0.0000619123% |
| OH860 | Jefferson Township, Guernsey County, Ohio | 0.0000679895% |
| OH861 | Jefferson Township, Jackson County, Ohio | 0.0000828783% |
| OH862 | Jefferson Township, Knox County, Ohio | 0.0006284039% |
| OH863 | Jefferson Township, Logan County, Ohio | 0.0002493846% |
| OH864 | Jefferson Township, Madison County, Ohio | 0.0262668976% |
| OH865 | Jefferson Township, Montgomery County, Ohio | 0.0133322246% |
| OH866 | Jefferson Township, Muskingum County, Ohio | 0.0005015462% |
| OH867 | Jefferson Township, Noble County, Ohio | 0.0000172477% |
| OH868 | Jefferson Township, Preble County, Ohio | 0.0008020371% |
| OH869 | Jefferson Township, Richland County, Ohio | 0.0017662765% |
| OH870 | Jefferson Township, Ross County, Ohio | 0.0009148677% |
| OH871 | Jefferson Township, Scioto County, Ohio | 0.0036109358% |
| OH872 | Jefferson Township, Tuscarawas County, Ohio | 0.0008079949% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH873 | Jefferson Township, Williams County, Ohio | 0.0002200224% |
| OH874 | Jefferson Village, Ohio | 0.0039566613% |
| OH875 | Jeffersonville Village, Ohio | 0.0000112344% |
| OH876 | Jenera Village, Ohio | 0.0001194701% |
| OH877 | Jennings Township, Ohio | 0.0002731862% |
| OH878 | Jerome Township, Ohio | 0.0044044550% |
| OH879 | Jeromesville Village, Ohio | 0.0003085668% |
| OH880 | Jerry City Village, Ohio | 0.0003417298% |
| OH881 | Jersey Township, Ohio | 0.0017699883% |
| OH882 | Jerusalem Township, Ohio | 0.0021563480% |
| OH883 | Jerusalem Village, Ohio | 0.0000311703% |
| OH884 | Jewett Village, Ohio | 0.0001813051% |
| OH885 | Johnson Township, Ohio | 0.0002326265% |
| OH886 | Johnston Township, Ohio | 0.0002216522% |
| OH887 | Johnstown Village, Ohio | 0.0092206199% |
| OH888 | Junction City Village, Ohio | 0.0017212480% |
| OH889 | Kalida Village, Ohio | 0.0022682733% |
| OH890 | Kelleys Island Village, Ohio | 0.0028777715% |
| OH891 | Kent City, Ohio | 0.0513285414% |
| OH892 | Kenton City, Ohio | 0.0306658035% |
| OH893 | Kettering City, Ohio | 0.3384195127% |
| OH894 | Kettlersville Village, Ohio | 0.0000266218% |
| OH895 | Killbuck Township, Ohio | 0.0002093931% |
| OH896 | Killbuck Village, Ohio | 0.0010702314% |
| OH897 | Kingston Township, Ohio | 0.0000164977% |
| OH898 | Kingston Village, Ohio | 0.0076824625% |
| OH899 | Kingsville Township, Ohio | 0.0011036385% |
| OH900 | Kinsman Township, Ohio | 0.0020801208% |
| OH901 | Kipton Village, Ohio | 0.0000973918% |
| OH902 | Kirby Village, Ohio | 0.0000472254% |
| OH903 | Kirkersville Village, Ohio | 0.0005560173% |
| OH904 | Kirkwood Township, Ohio | 0.0000140607% |
| OH905 | Kirtland City, Ohio | 0.0223930205% |
| OH906 | Kirtland Hills Village, Ohio | 0.0096850050% |
| OH907 | Knox County, Ohio | 0.3115395206% |
| OH908 | Knox Township, Columbiana County, Ohio | 0.0005191487% |
| OH909 | Knox Township, Guernsey County, Ohio | 0.0002039685% |
| OH910 | Knox Township, Jefferson County, Ohio | 0.0010041070% |
| OH911 | Knox Township, Vinton County, Ohio | 0.0001170406% |
| OH912 | La Grange Township, Ohio | 0.0042170664% |
| OH913 | La Rue Village, Ohio | 0.0006694539% |
| OH914 | Lafayette Township, Ohio | 0.0073805047% |
| OH915 | Lafayette Village, Ohio | 0.0000886329% |
| OH916 | Lagrange Village, Ohio | 0.0054247251% |
| OH917 | Lake County, Ohio | 1.2794251773% |
| OH918 | Lake Township, Stark County, Ohio | 0.0367336076% |
| OH919 | Lake Township, Wood County, Ohio | 0.0141058613% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH920 | Lakeline Village, Ohio | 0.0000947652% |
| OH921 | Lakemore Village, Ohio | 0.0083562888% |
| OH922 | Lakeview Village, Ohio | 0.0008279569% |
| OH923 | Lakewood City, Ohio | 0.1008106545% |
| OH924 | Lancaster City, Ohio | 0.1565040398% |
| OH925 | Latty Township, Ohio | 0.0000877108% |
| OH926 | Latty Village, Ohio | 0.0000219277% |
| OH927 | Laura Village, Ohio | 0.0001135686% |
| OH928 | Laurel Township, Ohio | 0.0001089904% |
| OH929 | Laurelville Village, Ohio | 0.0007183460% |
| OH930 | Lawrence County, Ohio | 0.5322395718% |
| OH931 | Lawrence Township, Lawrence County, Ohio | 0.0093186258% |
| OH932 | Lawrence Township, Stark County, Ohio | 0.0140521883% |
| OH933 | Lawrence Township, Tuscarawas County, Ohio | 0.0052322595% |
| OH934 | Lawrence Township, Washington County, Ohio | 0.0000334215% |
| OH935 | Lebanon City, Ohio | 0.0873597515% |
| OH936 | Lebanon Township, Ohio | 0.0004736376% |
| OH937 | Lee Township, Athens County, Ohio | 0.0005836255% |
| OH938 | Lee Township, Carroll County, Ohio | 0.0000980404% |
| OH939 | Lee Township, Monroe County, Ohio | 0.0000872768% |
| OH940 | Leesburg Township, Ohio | 0.0001989692% |
| OH941 | Leesburg Village, Ohio | 0.0054882077% |
| OH942 | Leesville Village, Ohio | 0.0000217868% |
| OH943 | Leetonia Village, Ohio | 0.0074544436% |
| OH944 | Leipsic Village, Ohio | 0.0030629968% |
| OH945 | Lemon Township, Ohio | 0.0041524079% |
| OH946 | Lenox Township, Ohio | 0.0002582984% |
| OH947 | Leroy Township, Ohio | 0.0053731877% |
| OH948 | Letart Township, Ohio | 0.0005413001% |
| OH949 | Lewis Township, Ohio | 0.0039998104% |
| OH950 | Lewisburg Village, Ohio | 0.0132254277% |
| OH951 | Lewisville Village, Ohio | 0.0001745536% |
| OH952 | Lexington Township, Ohio | 0.0014349065% |
| OH953 | Lexington Village, Ohio | 0.0093220146% |
| OH954 | Liberty Center Village, Ohio | 0.0002842517% |
| OH955 | Liberty Township, Adams County, Ohio | 0.0005534059% |
| OH956 | Liberty Township, Butler County, Ohio | 0.1149425287% |
| OH957 | Liberty Township, Clinton County, Ohio | 0.0016058699% |
| OH958 | Liberty Township, Crawford County, Ohio | 0.0001413900% |
| OH959 | Liberty Township, Darke County, Ohio | 0.0010825959% |
| OH960 | Liberty Township, Delaware County, Ohio | 0.0646792482% |
| OH961 | Liberty Township, Guernsey County, Ohio | 0.0001631748% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH962 | Liberty Township, Hancock County, Ohio | 0.0013703927% |
| OH963 | Liberty Township, Hardin County, Ohio | 0.0010773571% |
| OH964 | Liberty Township, Henry County, Ohio | 0.0006632539% |
| OH965 | Liberty Township, Highland County, Ohio | 0.0016487208% |
| OH966 | Liberty Township, Jackson County, Ohio | 0.0018785750% |
| OH967 | Liberty Township, Knox County, Ohio | 0.0003803498% |
| OH968 | Liberty Township, Licking County, Ohio | 0.0000926695% |
| OH969 | Liberty Township, Logan County, Ohio | 0.0003591138% |
| OH970 | Liberty Township, Mercer County, Ohio | 0.0002526633% |
| OH971 | Liberty Township, Putnam County, Ohio | 0.0002235160% |
| OH972 | Liberty Township, Seneca County, Ohio | 0.0003409218% |
| OH973 | Liberty Township, Trumbull County, Ohio | 0.0688997396% |
| OH974 | Liberty Township, Union County, Ohio | 0.0017726349% |
| OH975 | Liberty Township, Wood County, Ohio | 0.0002142817% |
| OH976 | Lick Township, Ohio | 0.0000552522% |
| OH977 | Licking County, Ohio | 0.7119059883% |
| OH978 | Licking Township, Licking County, Ohio | 0.0031507646% |
| OH979 | Licking Township, Muskingum County, Ohio | 0.0012839582% |
| OH980 | Lima City, Ohio | 0.1727455397% |
| OH981 | Limaville Village, Ohio | 0.0003869608% |
| OH982 | Lincoln Heights Village, Ohio | 0.0083419326% |
| OH983 | Lincoln Township, Ohio | 0.0001771237% |
| OH984 | Lindsey Village, Ohio | 0.0006510581% |
| OH985 | Linndale Village, Ohio | 0.0028091858% |
| OH986 | Lisbon Village, Ohio | 0.0009584285% |
| OH987 | Litchfield Township, Ohio | 0.0019838797% |
| OH988 | Lithopolis Village, Ohio | 0.0014069809% |
| OH989 | Liverpool Township, Columbiana County, Ohio | 0.0053112911% |
| OH990 | Liverpool Township, Medina County, Ohio | 0.0054202427% |
| OH991 | Lockbourne Village, Ohio | 0.0000076368% |
| OH992 | Lockington Village, Ohio | 0.0000443696% |
| OH993 | Lockland Village, Ohio | 0.0146296956% |
| OH994 | Lodi Township, Ohio | 0.0003856097% |
| OH995 | Lodi Village, Ohio | 0.0068845348% |
| OH996 | Logan City, Ohio | 0.0081742815% |
| OH997 | Logan County, Ohio | 0.2671308245% |
| OH998 | Logan Township, Ohio | 0.0001602471% |
| OH999 | London City, Ohio | 0.0432082694% |
| OH1000 | Londonderry Township, Ohio | 0.0001223811% |
| OH1001 | Lorain City, Ohio | 0.2833225817% |
| OH1002 | Lorain County, Ohio | 1.3357776870% |
| OH1003 | Lordstown Village, Ohio | 0.0208012082% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1004 | Lore City Village, Ohio | 0.0001903706% |
| OH1005 | Lostcreek Township, Ohio | 0.0008063368% |
| OH1006 | Loudon Township, Carroll County, Ohio | 0.0003703748% |
| OH1007 | Loudon Township, Seneca County, Ohio | 0.0000802169% |
| OH1008 | Loudonville Village, Ohio | 0.0063961356% |
| OH1009 | Louisville City, Ohio | 0.0170110645% |
| OH1010 | Loveland City, Ohio | 0.0476149868% |
| OH1011 | Lowell Village, Ohio | 0.0000835538% |
| OH1012 | Lowellville Village, Ohio | 0.0039921417% |
| OH1013 | Lower Salem Village, Ohio | 0.0000220891% |
| OH1014 | Lucas County, Ohio | 3.1972089435% |
| OH1015 | Lucas Village, Ohio | 0.0007671706% |
| OH1016 | Luckey Village, Ohio | 0.0005693772% |
| OH1017 | Ludlow Falls Village, Ohio | 0.0002558525% |
| OH1018 | Ludlow Township, Ohio | 0.0000501323% |
| OH1019 | Lykens Township, Ohio | 0.0000217523% |
| OH1020 | Lynchburg Village, Ohio | 0.0028908592% |
| OH1021 | Lyndhurst City, Ohio | 0.0338761729% |
| OH1022 | Lynn Township, Ohio | 0.0000111068% |
| OH1023 | Lyons Village, Ohio | 0.0001442518% |
| OH1024 | Macedonia City, Ohio | 0.0527014847% |
| OH1025 | Macksburg Village, Ohio | 0.0000477742% |
| OH1026 | Mad River Township, Champaign County, Ohio | 0.0003806616% |
| OH1027 | Mad River Township, Clark County, Ohio | 0.0132962505% |
| OH1028 | Madeira City, Ohio | 0.0133187012% |
| OH1029 | Madison County, Ohio | 0.2562654482% |
| OH1030 | Madison Township, Butler County, Ohio | 0.0065436778% |
| OH1031 | Madison Township, Clark County, Ohio | 0.0028035083% |
| OH1032 | Madison Township, Columbiana County, Ohio | 0.0001863611% |
| OH1033 | Madison Township, Fayette County, Ohio | 0.0003651188% |
| OH1034 | Madison Township, Franklin County, Ohio | 0.0648596631% |
| OH1035 | Madison Township, Guernsey County, Ohio | 0.0001087832% |
| OH1036 | Madison Township, Hancock County, Ohio | 0.0001546084% |
| OH1037 | Madison Township, Highland County, Ohio | 0.0000451704% |
| OH1038 | Madison Township, Lake County, Ohio | 0.0185550292% |
| OH1039 | Madison Township, Licking County, Ohio | 0.0016124501% |
| OH1040 | Madison Township, Muskingum County, Ohio | 0.0000200618% |
| OH1041 | Madison Township, Pickaway County, Ohio | 0.0005781272% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1042 | Madison Township, Richland County, Ohio | 0.0162443911% |
| OH1043 | Madison Township, Sandusky County, Ohio | 0.0010398844% |
| OH1044 | Madison Township, Scioto County, Ohio | 0.0090415557% |
| OH1045 | Madison Township, Williams County, Ohio | 0.0001650168% |
| OH1046 | Madison Village, Ohio | 0.0069557668% |
| OH1047 | Magnetic Springs Village, Ohio | 0.0003286007% |
| OH1048 | Magnolia Village, Ohio | 0.0039121470% |
| OH1049 | Mahoning County, Ohio | 1.6000258367% |
| OH1050 | Maineville Village, Ohio | 0.0020362222% |
| OH1051 | Malaga Township, Ohio | 0.0000561065% |
| OH1052 | Malinta Village, Ohio | 0.0000609111% |
| OH1053 | Malta Village, Ohio | 0.0001392397% |
| OH1054 | Malvern Village, Ohio | 0.0005882424% |
| OH1055 | Manchester Township, Ohio | 0.0013966912% |
| OH1056 | Manchester Village, Ohio | 0.0025562084% |
| OH1057 | Mansfield City, Ohio | 0.2140405926% |
| OH1058 | Mantua Township, Ohio | 0.0000649985% |
| OH1059 | Mantua Village, Ohio | 0.0015884020% |
| OH1060 | Maple Heights City, Ohio | 0.0395380059% |
| OH1061 | Marble Cliff Village, Ohio | 0.0004658471% |
| OH1062 | Marblehead Village, Ohio | 0.0019235388% |
| OH1063 | Marengo Village, Ohio | 0.0002597814% |
| OH1064 | Margaretta Township, Ohio | 0.0078229674% |
| OH1065 | Mariemont Village, Ohio | 0.0153812210% |
| OH1066 | Marietta City, Ohio | 0.0852917164% |
| OH1067 | Marietta Township, Ohio | 0.0002088845% |
| OH1068 | Marion City, Ohio | 0.2496505326% |
| OH1069 | Marion County, Ohio | 0.3374233828% |
| OH1070 | Marion Township, Allen County, Ohio | 0.0001840837% |
| OH1071 | Marion Township, Clinton County, Ohio | 0.0020965523% |
| OH1072 | Marion Township, Fayette County, Ohio | 0.0007695582% |
| OH1073 | Marion Township, Hardin County, Ohio | 0.0006108726% |
| OH1074 | Marion Township, Henry County, Ohio | 0.0000947506% |
| OH1075 | Marion Township, Hocking County, Ohio | 0.0001634856% |
| OH1076 | Marion Township, Marion County, Ohio | 0.0526451142% |
| OH1077 | Marion Township, Mercer County, Ohio | 0.0015069562% |
| OH1078 | Marion Township, Pike County, Ohio | 0.0019439597% |
| OH1079 | Mark Township, Ohio | 0.0001324155% |
| OH1080 | Marlboro Township, Delaware County, Ohio | 0.0001979724% |
| OH1081 | Marlboro Township, Stark County, Ohio | 0.0048193068% |
| OH1082 | Marseilles Township, Ohio | 0.0000067465% |
| OH1083 | Marseilles Village, Ohio | 0.0000067465% |
| OH1084 | Marshall Township, Ohio | 0.0006323861% |
| OH1085 | Marshallville Village, Ohio | 0.0004600557% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1086 | Martins Ferry City, Ohio | 0.0347299689% |
| OH1087 | Martinsburg Village, Ohio | 0.0000165369% |
| OH1088 | Martinsville Village, Ohio | 0.0006020012% |
| OH1089 | Mary Ann Township, Ohio | 0.0009452294% |
| OH1090 | Marysville City, Ohio | 0.0386422342% |
| OH1091 | Mason City, Ohio | 0.1510527828% |
| OH1092 | Mason Township, Ohio | 0.0000347710% |
| OH1093 | Massie Township, Ohio | 0.0001279911% |
| OH1094 | Massillon City, Ohio | 0.1194930798% |
| OH1095 | Matamoras Village, Ohio | 0.0003175044% |
| OH1096 | Maumee City, Ohio | 0.0830057490% |
| OH1097 | Mayfield Heights City, Ohio | 0.0460098010% |
| OH1098 | Mayfield Village, Ohio | 0.0222206201% |
| OH1099 | McArthur Village, Ohio | 0.0034201873% |
| OH1100 | McClure Village, Ohio | 0.0000744469% |
| OH1101 | McComb Village, Ohio | 0.0019536880% |
| OH1102 | McConnelsville Village, Ohio | 0.0038344466% |
| OH1103 | McDonald Township, Ohio | 0.0004331642% |
| OH1104 | McDonald Village, Ohio | 0.0085762358% |
| OH1105 | McGuffey Village, Ohio | 0.0000110068% |
| OH1106 | McKean Township, Ohio | 0.0016773188% |
| OH1107 | McLean Township, Ohio | 0.0000088739% |
| OH1108 | Mead Township, Ohio | 0.0016310431% |
| OH1109 | Mecca Township, Ohio | 0.0015686157% |
| OH1110 | Mechanicsburg Village, Ohio | 0.0059742716% |
| OH1111 | Medina City, Ohio | 0.0850942672% |
| OH1112 | Medina County, Ohio | 0.7825696764% |
| OH1113 | Medina Township, Ohio | 0.0180792844% |
| OH1114 | Meigs County, Ohio | 0.1986571471% |
| OH1115 | Meigs Township, Ohio | 0.0019764498% |
| OH1116 | Meigsville Township, Ohio | 0.0000749752% |
| OH1117 | Melrose Village, Ohio | 0.0001123652% |
| OH1118 | Mendon Village, Ohio | 0.0000902369% |
| OH1119 | Mentor City, Ohio | 0.2495262895% |
| OH1120 | Mentor-On-The-Lake City, Ohio | 0.0195974466% |
| OH1121 | Mercer County, Ohio | 0.1655486085% |
| OH1122 | Mesopotamia Township, Ohio | 0.0029496795% |
| OH1123 | Metamora Village, Ohio | 0.0001589872% |
| OH1124 | Meyers Lake Village, Ohio | 0.0015027860% |
| OH1125 | Miami County, Ohio | 0.5778482109% |
| OH1126 | Miami Township, Clermont County, Ohio | 0.2187745945% |
| OH1127 | Miami Township, Greene County, Ohio | 0.0056649739% |
| OH1128 | Miami Township, Hamilton County, Ohio | 0.0222368033% |
| OH1129 | Miami Township, Logan County, Ohio | 0.0002394092% |
| OH1130 | Miami Township, Montgomery County, Ohio | 0.1354683508% |
| OH1131 | Miamisburg City, Ohio | 0.1660413479% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1132 | Middle Point Village, Ohio | 0.0010159860% |
| OH1133 | Middleburg Heights City, Ohio | 0.0377244809% |
| OH1134 | Middlebury Township, Ohio | 0.0002811281% |
| OH1135 | Middlefield Village, Ohio | 0.0110639374% |
| OH1136 | Middleport Village, Ohio | 0.0069685891% |
| OH1137 | Middleton Township, Columbiana County, Ohio | 0.0013311506% |
| OH1138 | Middleton Township, Wood County, Ohio | 0.0032264709% |
| OH1139 | Middletown City, Ohio | 0.5826547123% |
| OH1140 | Midland Village, Ohio | 0.0000223037% |
| OH1141 | Midvale Village, Ohio | 0.0004926798% |
| OH1142 | Midway Village, Ohio | 0.0006778443% |
| OH1143 | Mifflin Township, Ashland County, Ohio | 0.0003416231% |
| OH1144 | Mifflin Township, Franklin County, Ohio | 0.0915733216% |
| OH1145 | Mifflin Township, Pike County, Ohio | 0.0001267563% |
| OH1146 | Mifflin Township, Richland County, Ohio | 0.0080552911% |
| OH1147 | Mifflin Township, Wyandot County, Ohio | 0.0001214367% |
| OH1148 | Mifflin Village, Ohio | 0.0001545438% |
| OH1149 | Milan Township, Ohio | 0.0020258680% |
| OH1150 | Milan Village, Ohio | 0.0040820332% |
| OH1151 | Milford Center Village, Ohio | 0.0000633084% |
| OH1152 | Milford City, Ohio | 0.0751522099% |
| OH1153 | Milford Township, Butler County, Ohio | 0.0015672512% |
| OH1154 | Milford Township, Defiance County, Ohio | 0.0002979348% |
| OH1155 | Mill Creek Township, Coshocton County, Ohio | 0.0000229613% |
| OH1156 | Mill Creek Township, Williams County, Ohio | 0.0000628635% |
| OH1157 | Mill Township, Ohio | 0.0121593375% |
| OH1158 | Millbury Village, Ohio | 0.0009905091% |
| OH1159 | Millcreek Township, Ohio | 0.0000180881% |
| OH1160 | Milledgeville Village, Ohio | 0.0000257235% |
| OH1161 | Miller City Village, Ohio | 0.0000248351% |
| OH1162 | Miller Township, Ohio | 0.0008599212% |
| OH1163 | Millersburg Village, Ohio | 0.0018263731% |
| OH1164 | Millersport Village, Ohio | 0.0058664571% |
| OH1165 | Millville Village, Ohio | 0.0076100550% |
| OH1166 | Millwood Township, Ohio | 0.0000543916% |
| OH1167 | Milton Center Village, Ohio | 0.0000061223% |
| OH1168 | Milton Township, Ashland County, Ohio | 0.0000162678% |
| OH1169 | Milton Township, Mahoning County, Ohio | 0.0048642711% |
| OH1170 | Miltonsburg Village, Ohio | 0.0000172975% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1171 | Mineral City Village, Ohio | 0.0026506173% |
| OH1172 | Minerva Park Village, Ohio | 0.0030776456% |
| OH1173 | Minerva Village, Ohio | 0.0118214870% |
| OH1174 | Mingo Junction Village, Ohio | 0.0074909571% |
| OH1175 | Minster Village, Ohio | 0.0056442578% |
| OH1176 | Mississinawa Township, Ohio | 0.0003444623% |
| OH1177 | Mogadore Village, Ohio | 0.0107618198% |
| OH1178 | Monclova Township, Ohio | 0.0108181339% |
| OH1179 | Monday Creek Township, Ohio | 0.0000430312% |
| OH1180 | Monroe City, Ohio | 0.1198391105% |
| OH1181 | Monroe County, Ohio | 0.0768222745% |
| OH1182 | Monroe Township, Adams County, Ohio | 0.0016865705% |
| OH1183 | Monroe Township, Allen County, Ohio | 0.0002727166% |
| OH1184 | Monroe Township, Carroll County, Ohio | 0.0010130841% |
| OH1185 | Monroe Township, Clermont County, Ohio | 0.0034821896% |
| OH1186 | Monroe Township, Darke County, Ohio | 0.0006151113% |
| OH1187 | Monroe Township, Guernsey County, Ohio | 0.0001903706% |
| OH1188 | Monroe Township, Harrison County, Ohio | 0.0003530677% |
| OH1189 | Monroe Township, Knox County, Ohio | 0.0021828768% |
| OH1190 | Monroe Township, Licking County, Ohio | 0.0160503654% |
| OH1191 | Monroe Township, Logan County, Ohio | 0.0001895323% |
| OH1192 | Monroe Township, Muskingum County, Ohio | 0.0001203711% |
| OH1193 | Monroe Township, Perry County, Ohio | 0.0000753046% |
| OH1194 | Monroe Township, Pickaway County, Ohio | 0.0003740823% |
| OH1195 | Monroe Township, Preble County, Ohio | 0.0020296448% |
| OH1196 | Monroe Township, Putnam County, Ohio | 0.0007698884% |
| OH1197 | Monroe Township, Richland County, Ohio | 0.0011596765% |
| OH1198 | Monroeville Village, Ohio | 0.0057515643% |
| OH1199 | Monterey Township, Ohio | 0.0001158972% |
| OH1200 | Montezuma Village, Ohio | 0.0003248528% |
| OH1201 | Montgomery City, Ohio | 0.0491831661% |
| OH1202 | Montgomery County, Ohio | 5.1644746001% |
| OH1203 | Montgomery Township, Marion County, Ohio | 0.0007252418% |
| OH1204 | Montgomery Township, Wood County, Ohio | 0.0011448768% |
| OH1205 | Montpelier Village, Ohio | 0.0054141221% |
| OH1206 | Montville Township, Geauga County, Ohio | 0.0005742528% |
| OH1207 | Montville Township, Medina County, Ohio | 0.0202875314% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1208 | Moorefield Township, Ohio | 0.0090773788% |
| OH1209 | Moraine City, Ohio | 0.0890573422% |
| OH1210 | Moreland Hills Village, Ohio | 0.0034611065% |
| OH1211 | Morgan County, Ohio | 0.0873568346% |
| OH1212 | Morgan Township, Ashtabula County, Ohio | 0.0013032327% |
| OH1213 | Morgan Township, Butler County, Ohio | 0.0060266465% |
| OH1214 | Morgan Township, Gallia County, Ohio | 0.0004498495% |
| OH1215 | Morgan Township, Knox County, Ohio | 0.0013394926% |
| OH1216 | Morgan Township, Scioto County, Ohio | 0.0014216283% |
| OH1217 | Morral Village, Ohio | 0.0008926053% |
| OH1218 | Morris Township, Ohio | 0.0000330739% |
| OH1219 | Morristown Village, Ohio | 0.0004780643% |
| OH1220 | Morrow County, Ohio | 0.2192732037% |
| OH1221 | Morrow Village, Ohio | 0.0015475289% |
| OH1222 | Moscow Village, Ohio | 0.0010343137% |
| OH1223 | Moulton Township, Ohio | 0.0002403706% |
| OH1224 | Mount Blanchard Village, Ohio | 0.0000632489% |
| OH1225 | Mount Cory Village, Ohio | 0.0001194701% |
| OH1226 | Mount Eaton Village, Ohio | 0.0003286112% |
| OH1227 | Mount Gilead Village, Ohio | 0.0047705309% |
| OH1228 | Mount Healthy City, Ohio | 0.0150472097% |
| OH1229 | Mount Orab Village, Ohio | 0.0858253892% |
| OH1230 | Mount Pleasant Township, Ohio | 0.0009562924% |
| OH1231 | Mount Pleasant Village, Ohio | 0.0001593821% |
| OH1232 | Mount Sterling Village, Ohio | 0.0092167280% |
| OH1233 | Mount Vernon City, Ohio | 0.0916146794% |
| OH1234 | Mount Victory Village, Ohio | 0.0003726928% |
| OH1235 | Mowrystown Village, Ohio | 0.0099826658% |
| OH1236 | Munroe Falls City, Ohio | 0.0144765234% |
| OH1237 | Munson Township, Ohio | 0.0126431327% |
| OH1238 | Murray City Village, Ohio | 0.0003666041% |
| OH1239 | Muskingum County, Ohio | 0.5186890264% |
| OH1240 | Muskingum Township, Ohio | 0.0034591272% |
| OH1241 | Mutual Village, Ohio | 0.0000512624% |
| OH1242 | Napoleon City, Ohio | 0.0200262083% |
| OH1243 | Napoleon Township, Ohio | 0.0008595230% |
| OH1244 | Nashville Village, Ohio | 0.0001163295% |
| OH1245 | Navarre Village, Ohio | 0.0045125337% |
| OH1246 | Nellie Village, Ohio | 0.0000766034% |
| OH1247 | Nelsonville City, Ohio | 0.0153618582% |
| OH1248 | Nevada Village, Ohio | 0.0000539719% |
| OH1249 | Neville Village, Ohio | 0.0000172386% |
| OH1250 | New Albany City, Ohio | 0.0355984449% |
| OH1251 | New Alexandria Village, Ohio | 0.0001593821% |
| OH1252 | New Athens Village, Ohio | 0.0001049661% |
| OH1253 | New Bavaria Village, Ohio | 0.0001925555% |
| OH1254 | New Bloomington Village, Ohio | 0.0006286558% |
| OH1255 | New Boston Village, Ohio | 0.0217793450% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1256 | New Bremen Village, Ohio | 0.0076829566% |
| OH1257 | New Carlisle City, Ohio | 0.0121258538% |
| OH1258 | New Concord Village, Ohio | 0.0073426360% |
| OH1259 | New Franklin City, Ohio | 0.0293867642% |
| OH1260 | New Haven Township, Ohio | 0.0016334992% |
| OH1261 | New Holland Village, Ohio | 0.0001903085% |
| OH1262 | New Jasper Township, Ohio | 0.0016406755% |
| OH1263 | New Knoxville Village, Ohio | 0.0011840478% |
| OH1264 | New Lebanon Village, Ohio | 0.0058388430% |
| OH1265 | New Lexington Village, Ohio | 0.0129954223% |
| OH1266 | New London Township, Ohio | 0.0002882646% |
| OH1267 | New London Village, Ohio | 0.0030473682% |
| OH1268 | New Madison Village, Ohio | 0.0016608005% |
| OH1269 | New Market Township, Ohio | 0.0002484374% |
| OH1270 | New Miami Village, Ohio | 0.0024074272% |
| OH1271 | New Middletown Village, Ohio | 0.0007615778% |
| OH1272 | New Paris Village, Ohio | 0.0016204423% |
| OH1273 | New Philadelphia City, Ohio | 0.0774788253% |
| OH1274 | New Richmond Village, Ohio | 0.0330808011% |
| OH1275 | New Riegel Village, Ohio | 0.0002406507% |
| OH1276 | New Russia Township, Ohio | 0.0008375698% |
| OH1277 | New Straitsville Village, Ohio | 0.0021300444% |
| OH1278 | New Vienna Village, Ohio | 0.0009144537% |
| OH1279 | New Washington Village, Ohio | 0.0012290055% |
| OH1280 | New Waterford Village, Ohio | 0.0048586998% |
| OH1281 | New Weston Village, Ohio | 0.0000861156% |
| OH1282 | Newark City, Ohio | 0.1777772576% |
| OH1283 | Newark Township, Ohio | 0.0018255901% |
| OH1284 | Newberry Township, Ohio | 0.0019874499% |
| OH1285 | Newburgh Heights Village, Ohio | 0.0042789708% |
| OH1286 | Newbury Township, Ohio | 0.0027755552% |
| OH1287 | Newcomerstown Village, Ohio | 0.0076759513% |
| OH1288 | Newton Falls Village, Ohio | 0.0365044154% |
| OH1289 | Newton Township, Licking County, Ohio | 0.0011027676% |
| OH1290 | Newton Township, Muskingum County, Ohio | 0.0020262466% |
| OH1291 | Newton Township, Pike County, Ohio | 0.0002281614% |
| OH1292 | Newton Township, Trumbull County, Ohio | 0.0026939270% |
| OH1293 | Newtonsville Village, Ohio | 0.0005516340% |
| OH1294 | Newtown Village, Ohio | 0.0057282940% |
| OH1295 | Ney Village, Ohio | 0.0000662077% |
| OH1296 | Nile Township, Ohio | 0.0052315920% |
| OH1297 | Niles City, Ohio | 0.1643806952% |
| OH1298 | Nimishillen Township, Ohio | 0.0122610291% |
| OH1299 | Noble County, Ohio | 0.0987433126% |
| OH1300 | Noble Township, Auglaize County, Ohio | 0.0000089026% |
| OH1301 | Noble Township, Defiance County, Ohio | 0.0003420733% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1302 | Noble Township, Noble County, Ohio | 0.0008278915% |
| OH1303 | North Baltimore Village, Ohio | 0.0034529973% |
| OH1304 | North Bend Village, Ohio | 0.0025608089% |
| OH1305 | North Bloomfield Township, Ohio | 0.0004132886% |
| OH1306 | North Canton City, Ohio | 0.0524878920% |
| OH1307 | North College Hill City, Ohio | 0.0194144077% |
| OH1308 | North Fairfield Village, Ohio | 0.0000686344% |
| OH1309 | North Hampton Village, Ohio | 0.0018236413% |
| OH1310 | North Kingsville Village, Ohio | 0.0058586766% |
| OH1311 | North Lewisburg Village, Ohio | 0.0040569220% |
| OH1312 | North Olmsted City, Ohio | 0.0399884238% |
| OH1313 | North Perry Village, Ohio | 0.0021416939% |
| OH1314 | North Randall Village, Ohio | 0.0010272691% |
| OH1315 | North Ridgeville City, Ohio | 0.1099748579% |
| OH1316 | North Robinson Village, Ohio | 0.0000652569% |
| OH1317 | North Royalton City, Ohio | 0.0490362937% |
| OH1318 | North Star Village, Ohio | 0.0006041028% |
| OH1319 | North Township, Ohio | 0.0006202542% |
| OH1320 | Northfield Center Township, Ohio | 0.0055419447% |
| OH1321 | Northfield Village, Ohio | 0.0204907382% |
| OH1322 | Northwest Township, Ohio | 0.0003378915% |
| OH1323 | Northwood City, Ohio | 0.0154037964% |
| OH1324 | Norton City, Ohio | 0.0374368018% |
| OH1325 | Norwalk City, Ohio | 0.0671930963% |
| OH1326 | Norwalk Township, Ohio | 0.0009746088% |
| OH1327 | Norwich Township, Franklin County, Ohio | 0.0881825657% |
| OH1328 | Norwich Township, Huron County, Ohio | 0.0005490754% |
| OH1329 | Norwich Village, Ohio | 0.0000776491% |
| OH1330 | Norwood City, Ohio | 0.1133550899% |
| OH1331 | Nottingham Township, Ohio | 0.0002290169% |
| OH1332 | Oak Harbor Village, Ohio | 0.0043210926% |
| OH1333 | Oak Hill Village, Ohio | 0.0009945397% |
| OH1334 | Oakwood City, Ohio | 0.0665292396% |
| OH1335 | Oakwood Village, Cuyahoga County, Ohio | 0.0160412015% |
| OH1336 | Oakwood Village, Paulding County, Ohio | 0.0006103209% |
| OH1337 | Oberlin City, Ohio | 0.0523286319% |
| OH1338 | Obetz Village, Ohio | 0.0012677151% |
| OH1339 | Octa Village, Ohio | 0.0000132032% |
| OH1340 | Ohio City Village, Ohio | 0.0013381279% |
| OH1341 | Ohio Township, Clermont County, Ohio | 0.0024995915% |
| OH1342 | Ohio Township, Monroe County, Ohio | 0.0002805325% |
| OH1343 | Old Washington Village, Ohio | 0.0016589439% |
| OH1344 | Olive Township, Meigs County, Ohio | 0.0054135001% |
| OH1345 | Olive Township, Noble County, Ohio | 0.0002069729% |
| OH1346 | Olmsted Falls City, Ohio | 0.0116318466% |
| OH1347 | Olmsted Township, Ohio | 0.0148163807% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1348 | Ontario City, Ohio | 0.0192773910% |
| OH1349 | Orange Township, Ashland County, Ohio | 0.0004880329% |
| OH1350 | Orange Township, Carroll County, Ohio | 0.0003703748% |
| OH1351 | Orange Township, Delaware County, Ohio | 0.0531556020% |
| OH1352 | Orange Township, Meigs County, Ohio | 0.0003383126% |
| OH1353 | Orange Township, Shelby County, Ohio | 0.0011891054% |
| OH1354 | Orange Village, Ohio | 0.0100237754% |
| OH1355 | Orangeville Village, Ohio | 0.0005285553% |
| OH1356 | Oregon City, Ohio | 0.0936692081% |
| OH1357 | Orrville City, Ohio | 0.0089614214% |
| OH1358 | Orwell Township, Ohio | 0.0004813742% |
| OH1359 | Orwell Village, Ohio | 0.0054712290% |
| OH1360 | Osgood Village, Ohio | 0.0000984178% |
| OH1361 | Osnaburg Township, Ohio | 0.0017515756% |
| OH1362 | Ostrander Village, Ohio | 0.0001237328% |
| OH1363 | Ottawa County, Ohio | 0.2393019717% |
| OH1364 | Ottawa Hills Village, Ohio | 0.0134021121% |
| OH1365 | Ottawa Village, Ohio | 0.0047352274% |
| OH1366 | Ottoville Village, Ohio | 0.0010927448% |
| OH1367 | Otway Village, Ohio | 0.0001137303% |
| OH1368 | Owensville Village, Ohio | 0.0008791667% |
| OH1369 | Oxford City, Ohio | 0.0794612533% |
| OH1370 | Oxford Township, Butler County, Ohio | 0.1101599888% |
| OH1371 | Oxford Township, Coshocton County, Ohio | 0.0002143057% |
| OH1372 | Oxford Township, Guernsey County, Ohio | 0.0001223811% |
| OH1373 | Oxford Township, Tuscarawas County, Ohio | 0.0000788288% |
| OH1374 | Painesville City, Ohio | 0.0828627046% |
| OH1375 | Painesville Township, Ohio | 0.0334236916% |
| OH1376 | Paint Township, Fayette County, Ohio | 0.0000280861% |
| OH1377 | Paint Township, Highland County, Ohio | 0.0002710226% |
| OH1378 | Paint Township, Holmes County, Ohio | 0.0004187862% |
| OH1379 | Paint Township, Madison County, Ohio | 0.0000154425% |
| OH1380 | Paint Township, Ross County, Ohio | 0.0003836542% |
| OH1381 | Paint Township, Wayne County, Ohio | 0.0001894347% |
| OH1382 | Palestine Village, Ohio | 0.0005121741% |
| OH1383 | Palmer Township, Ohio | 0.0000584877% |
| OH1384 | Palmyra Township, Ohio | 0.0008124819% |
| OH1385 | Pandora Village, Ohio | 0.0009188990% |
| OH1386 | Paris Township, Portage County, Ohio | 0.0001503091% |
| OH1387 | Paris Township, Stark County, Ohio | 0.0010390703% |
| OH1388 | Parkman Township, Ohio | 0.0008613792% |
| OH1389 | Parma City, Ohio | 0.1543116176% |
| OH1390 | Parma Heights City, Ohio | 0.0326118418% |
| OH1391 | Parral Village, Ohio | 0.0000098536% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1392 | Pataskala City, Ohio | 0.0174033408% |
| OH1393 | Patterson Village, Ohio | 0.0000841761% |
| OH1394 | Paulding County, Ohio | 0.0839721160% |
| OH1395 | Paulding Township, Ohio | 0.0001534939% |
| OH1396 | Paulding Village, Ohio | 0.0016847781% |
| OH1397 | Paxton Township, Ohio | 0.0010329152% |
| OH1398 | Payne Village, Ohio | 0.0005664655% |
| OH1399 | Pease Township, Ohio | 0.0005202465% |
| OH1400 | Pebble Township, Ohio | 0.0034464673% |
| OH1401 | Pee Pee Township, Ohio | 0.0015041749% |
| OH1402 | Peebles Village, Ohio | 0.0067989872% |
| OH1403 | Pemberville Village, Ohio | 0.0012856905% |
| OH1404 | Peninsula Village, Ohio | 0.0050407601% |
| OH1405 | Penn Township, Ohio | 0.0001392397% |
| OH1406 | Pepper Pike City, Ohio | 0.0193758750% |
| OH1407 | Perkins Township, Ohio | 0.0512077107% |
| OH1408 | Perry County, Ohio | 0.2380485965% |
| OH1409 | Perry Township, Allen County, Ohio | 0.0045543679% |
| OH1410 | Perry Township, Brown County, Ohio | 0.0143559087% |
| OH1411 | Perry Township, Columbiana County, Ohio | 0.0048853229% |
| OH1412 | Perry Township, Fayette County, Ohio | 0.0003538844% |
| OH1413 | Perry Township, Franklin County, Ohio | 0.0091642053% |
| OH1414 | Perry Township, Lake County, Ohio | 0.0025586608% |
| OH1415 | Perry Township, Lawrence County, Ohio | 0.0009214313% |
| OH1416 | Perry Township, Licking County, Ohio | 0.0016309840% |
| OH1417 | Perry Township, Logan County, Ohio | 0.0026933538% |
| OH1418 | Perry Township, Monroe County, Ohio | 0.0000872768% |
| OH1419 | Perry Township, Muskingum County, Ohio | 0.0027986277% |
| OH1420 | Perry Township, Pickaway County, Ohio | 0.0000291493% |
| OH1421 | Perry Township, Pike County, Ohio | 0.0001267563% |
| OH1422 | Perry Township, Putnam County, Ohio | 0.0000082784% |
| OH1423 | Perry Township, Richland County, Ohio | 0.0004103471% |
| OH1424 | Perry Township, Stark County, Ohio | 0.0537347763% |
| OH1425 | Perry Township, Wood County, Ohio | 0.0001040797% |
| OH1426 | Perry Village, Ohio | 0.0054300469% |
| OH1427 | Perrysburg City, Ohio | 0.0576846462% |
| OH1428 | Perrysburg Township, Ohio | 0.0342177338% |
| OH1429 | Perrysville Village, Ohio | 0.0008459238% |
| OH1430 | Peru Township, Huron County, Ohio | 0.0000274538% |
| OH1431 | Peru Township, Morrow County, Ohio | 0.0000708495% |
| OH1432 | Phillipsburg Village, Ohio | 0.0041962937% |
| OH1433 | Philo Village, Ohio | 0.0010532470% |
| OH1434 | Pickaway County, Ohio | 0.0934088328% |
| OH1435 | Pickaway Township, Ohio | 0.0005441197% |
| OH1436 | Pickerington City, Ohio | 0.0350194279% |
| OH1437 | Pierce Township, Ohio | 0.0721778605% |
| OH1438 | Pierpont Township, Ohio | 0.0011858243% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| OH1439 | Pike County, Ohio | 0.3072066041% |
| OH1440 | Pike Township, Brown County, Ohio | 0.0024184900% |
| OH1441 | Pike Township, Clark County, Ohio | 0.0026810249% |
| OH1442 | Pike Township, Perry County, Ohio | 0.0022268646% |
| OH1443 | Pike Township, Stark County, Ohio | 0.0021276201% |
| OH1444 | Piketon Village, Ohio | 0.0023999196% |
| OH1445 | Pioneer Village, Ohio | 0.0028760068% |
| OH1446 | Piqua City, Ohio | 0.0869480927% |
| OH1447 | Pitsburg Village, Ohio | 0.0005659024% |
| OH1448 | Pitt Township, Ohio | 0.0002833522% |
| OH1449 | Plain City Village, Ohio | 0.0102501421% |
| OH1450 | Plain Township, Franklin County, Ohio | 0.0388485937% |
| OH1451 | Plain Township, Stark County, Ohio | 0.0464019090% |
| OH1452 | Plain Township, Wayne County, Ohio | 0.0002976831% |
| OH1453 | Plain Township, Wood County, Ohio | 0.0002693828% |
| OH1454 | Plainfield Village, Ohio | 0.0000153076% |
| OH1455 | Pleasant City Village, Ohio | 0.0008654831% |
| OH1456 | Pleasant Hill Village, Ohio | 0.0002839214% |
| OH1457 | Pleasant Plain Village, Ohio | 0.0000116356% |
| OH1458 | Pleasant Township, Brown County, Ohio | 0.0012092450% |
| OH1459 | Pleasant Township, Clark County, Ohio | 0.0032390047% |
| OH1460 | Pleasant Township, Fairfield County, Ohio | 0.0068849393% |
| OH1461 | Pleasant Township, Franklin County, Ohio | 0.0137844922% |
| OH1462 | Pleasant Township, Hancock County, Ohio | 0.0002811062% |
| OH1463 | Pleasant Township, Henry County, Ohio | 0.0002233406% |
| OH1464 | Pleasant Township, Knox County, Ohio | 0.0045641970% |
| OH1465 | Pleasant Township, Marion County, Ohio | 0.0096326984% |
| OH1466 | Pleasant Township, Perry County, Ohio | 0.0001828826% |
| OH1467 | Pleasant Township, Seneca County, Ohio | 0.0003208676% |
| OH1468 | Pleasant Township, Van Wert County, Ohio | 0.0002849717% |
| OH1469 | Pleasantville Village, Ohio | 0.0000570350% |
| OH1470 | Plymouth Township, Ohio | 0.0017493844% |
| OH1471 | Plymouth Village, Ohio | 0.0065060016% |
| OH1472 | Poland Township, Ohio | 0.0148262002% |
| OH1473 | Poland Village, Ohio | 0.0061663235% |
| OH1474 | Polk Township, Ohio | 0.0010767393% |
| OH1475 | Polk Village, Ohio | 0.0000406694% |
| OH1476 | Pomeroy Village, Ohio | 0.0093881741% |
| OH1477 | Port Clinton City, Ohio | 0.0145364578% |
| OH1478 | Port Jefferson Village, Ohio | 0.0003105872% |
| OH1479 | Port Washington Village, Ohio | 0.0003251687% |
| OH1480 | Port William Village, Ohio | 0.0010928837% |
| OH1481 | Portage County, Ohio | 0.9187057360% |

**Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1482 | Portage Township, Hancock County, Ohio | 0.0001686637% |
| OH1483 | Portage Township, Ottawa County, Ohio | 0.0000480885% |
| OH1484 | Portage Township, Wood County, Ohio | 0.0001408137% |
| OH1485 | Portage Village, Ohio | 0.0016040519% |
| OH1486 | Porter Township, Delaware County, Ohio | 0.0036954857% |
| OH1487 | Porter Township, Scioto County, Ohio | 0.0395496982% |
| OH1488 | Portsmouth City, Ohio | 0.2233662325% |
| OH1489 | Potsdam Village, Ohio | 0.0000227137% |
| OH1490 | Powell City, Ohio | 0.0184361841% |
| OH1491 | Powhatan Point Village, Ohio | 0.0016591645% |
| OH1492 | Prairie Township, Franklin County, Ohio | 0.0344574120% |
| OH1493 | Prairie Township, Holmes County, Ohio | 0.0003867956% |
| OH1494 | Preble County, Ohio | 0.3067055248% |
| OH1495 | Proctorville Village, Ohio | 0.0018254771% |
| OH1496 | Prospect Village, Ohio | 0.0011157566% |
| OH1497 | Providence Township, Ohio | 0.0026476678% |
| OH1498 | Pulaski Township, Ohio | 0.0002907439% |
| OH1499 | Pultney Township, Ohio | 0.0018560145% |
| OH1500 | Pusheta Township, Ohio | 0.0002670784% |
| OH1501 | Put In Bay Township, Ohio | 0.0034623699% |
| OH1502 | Put-In-Bay Village, Ohio | 0.0040050827% |
| OH1503 | Putnam County, Ohio | 0.1372967601% |
| OH1504 | Quaker City Village, Ohio | 0.0004351328% |
| OH1505 | Quincy Village, Ohio | 0.0003391631% |
| OH1506 | Raccoon Township, Ohio | 0.0003561309% |
| OH1507 | Racine Village, Ohio | 0.0010826003% |
| OH1508 | Radnor Township, Ohio | 0.0001814747% |
| OH1509 | Randolph Township, Ohio | 0.0013730943% |
| OH1510 | Range Township, Ohio | 0.0007149570% |
| OH1511 | Rarden Township, Ohio | 0.0020471447% |
| OH1512 | Rarden Village, Ohio | 0.0005117862% |
| OH1513 | Ravenna City, Ohio | 0.0218557620% |
| OH1514 | Ravenna Township, Ohio | 0.0059636168% |
| OH1515 | Rawson Village, Ohio | 0.0001405531% |
| OH1516 | Rayland Village, Ohio | 0.0003984552% |
| OH1517 | Reading City, Ohio | 0.0457344992% |
| OH1518 | Reading Township, Ohio | 0.0019364040% |
| OH1519 | Recovery Township, Ohio | 0.0000812132% |
| OH1520 | Reily Township, Ohio | 0.0012764211% |
| OH1521 | Reminderville Village, Ohio | 0.0151415568% |
| OH1522 | Rendville Village, Ohio | 0.0001828826% |
| OH1523 | Republic Village, Ohio | 0.0011130095% |
| OH1524 | Reynoldsburg City, Ohio | 0.0697130845% |
| OH1525 | Rice Township, Ohio | 0.0039786888% |
| OH1526 | Richfield Township, Henry County, Ohio | 0.0023349246% |
| OH1527 | Richfield Township, Lucas County, Ohio | 0.0047039321% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1528 | Richfield Township, Summit County, Ohio | 0.0095996121% |
| OH1529 | Richfield Village, Ohio | 0.0399887454% |
| OH1530 | Richland County, Ohio | 0.7455113947% |
| OH1531 | Richland Township, Allen County, Ohio | 0.0002999883% |
| OH1532 | Richland Township, Belmont County, Ohio | 0.0026715361% |
| OH1533 | Richland Township, Clinton County, Ohio | 0.0005798975% |
| OH1534 | Richland Township, Darke County, Ohio | 0.0002952534% |
| OH1535 | Richland Township, Fairfield County, Ohio | 0.0003503579% |
| OH1536 | Richland Township, Holmes County, Ohio | 0.0001483201% |
| OH1537 | Richland Township, Wyandot County, Ohio | 0.0001079437% |
| OH1538 | Richmond Heights City, Ohio | 0.0218650269% |
| OH1539 | Richmond Township, Ashtabula County, Ohio | 0.0003170025% |
| OH1540 | Richmond Township, Huron County, Ohio | 0.0015099572% |
| OH1541 | Richmond Village, Ohio | 0.0007609773% |
| OH1542 | Richwood Village, Ohio | 0.0014048433% |
| OH1543 | Ridgefield Township, Ohio | 0.0003431721% |
| OH1544 | Ridgeville Township, Ohio | 0.0002165727% |
| OH1545 | Ridgeway Village, Ohio | 0.0003864298% |
| OH1546 | Riley Township, Ohio | 0.0007202182% |
| OH1547 | Rio Grande Village, Ohio | 0.0014432672% |
| OH1548 | Ripley Township, Holmes County, Ohio | 0.0000348988% |
| OH1549 | Ripley Township, Huron County, Ohio | 0.0000137269% |
| OH1550 | Ripley Village, Ohio | 0.0111932679% |
| OH1551 | Risingsun Village, Ohio | 0.0004530528% |
| OH1552 | Rittman City, Ohio | 0.0059649971% |
| OH1553 | Riverlea Village, Ohio | 0.0001680104% |
| OH1554 | Riverside City, Ohio | 0.0817797700% |
| OH1555 | Roaming Shores Village, Ohio | 0.0034987688% |
| OH1556 | Rochester Township, Ohio | 0.0013537465% |
| OH1557 | Rochester Village, Ohio | 0.0000194784% |
| OH1558 | Rock Creek Village, Ohio | 0.0002113350% |
| OH1559 | Rockford Village, Ohio | 0.0018408327% |
| OH1560 | Rocky Ridge Village, Ohio | 0.0002129632% |
| OH1561 | Rocky River City, Ohio | 0.0503638414% |
| OH1562 | Rogers Village, Ohio | 0.0005457718% |
| OH1563 | Rome Township, Ashtabula County, Ohio | 0.0014206410% |
| OH1564 | Rome Township, Athens County, Ohio | 0.0002813909% |
| OH1565 | Rome Township, Lawrence County, Ohio | 0.0010605153% |
| OH1566 | Rome Village, Ohio | 0.0002586036% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1567 | Rootstown Township, Ohio | 0.0026527533% |
| OH1568 | Rose Township, Ohio | 0.0004793086% |
| OH1569 | Roseville Village, Ohio | 0.0016522526% |
| OH1570 | Ross County, Ohio | 1.0109583321% |
| OH1571 | Ross Township, Butler County, Ohio | 0.0261747113% |
| OH1572 | Ross Township, Greene County, Ohio | 0.0002579678% |
| OH1573 | Ross Township, Jefferson County, Ohio | 0.0004940844% |
| OH1574 | Rossburg Village, Ohio | 0.0000984178% |
| OH1575 | Rossford City, Ohio | 0.0126977241% |
| OH1576 | Roswell Village, Ohio | 0.0002759007% |
| OH1577 | Roundhead Township, Ohio | 0.0002332423% |
| OH1578 | Royalton Township, Ohio | 0.0009661532% |
| OH1579 | Rumley Township, Ohio | 0.0006297965% |
| OH1580 | Rush Creek Township, Ohio | 0.0026562014% |
| OH1581 | Rush Township, Scioto County, Ohio | 0.0047482384% |
| OH1582 | Rush Township, Tuscarawas County, Ohio | 0.0000689752% |
| OH1583 | Rushcreek Township, Ohio | 0.0004189662% |
| OH1584 | Rushsylvania Village, Ohio | 0.0000099754% |
| OH1585 | Rushville Village, Ohio | 0.0000244436% |
| OH1586 | Russell Township, Ohio | 0.0185770784% |
| OH1587 | Russells Point Village, Ohio | 0.0022943385% |
| OH1588 | Russellville Village, Ohio | 0.0057671685% |
| OH1589 | Russia Village, Ohio | 0.0003460829% |
| OH1590 | Rutland Village, Ohio | 0.0004567220% |
| OH1591 | Sabina Village, Ohio | 0.0072933257% |
| OH1592 | Sagamore Hills Township, Ohio | 0.0226207726% |
| OH1593 | Salem City, Ohio | 0.0383095249% |
| OH1594 | Salem Township, Auglaize County, Ohio | 0.0001157340% |
| OH1595 | Salem Township, Champaign County, Ohio | 0.0003806616% |
| OH1596 | Salem Township, Columbiana County, Ohio | 0.0009051824% |
| OH1597 | Salem Township, Muskingum County, Ohio | 0.0003912060% |
| OH1598 | Salem Township, Ottawa County, Ohio | 0.0007213271% |
| OH1599 | Salem Township, Shelby County, Ohio | 0.0010648705% |
| OH1600 | Salem Township, Tuscarawas County, Ohio | 0.0026407637% |
| OH1601 | Salem Township, Warren County, Ohio | 0.0074583911% |
| OH1602 | Salem Township, Washington County, Ohio | 0.0005013228% |
| OH1603 | Salesville Village, Ohio | 0.0000679895% |
| OH1604 | Salineville Village, Ohio | 0.0034609917% |
| OH1605 | Salisbury Township, Ohio | 0.0003552282% |
| OH1606 | Salt Creek Township, Hocking County, Ohio | 0.0001833021% |
| OH1607 | Salt Creek Township, Holmes County, Ohio | 0.0000465318% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1608 | Salt Creek Township, Wayne County, Ohio | 0.0001391765% |
| OH1609 | Salt Lick Township, Ohio | 0.0000430312% |
| OH1610 | Salt Rock Township, Ohio | 0.0007066458% |
| OH1611 | Saltcreek Township, Ohio | 0.0003935151% |
| OH1612 | Sandusky City, Ohio | 0.1261336610% |
| OH1613 | Sandusky County, Ohio | 0.3072903644% |
| OH1614 | Sandusky Township, Crawford County, Ohio | 0.0000108762% |
| OH1615 | Sandusky Township, Sandusky County, Ohio | 0.0015100930% |
| OH1616 | Sandy Township, Stark County, Ohio | 0.0049479536% |
| OH1617 | Sandy Township, Tuscarawas County, Ohio | 0.0006897517% |
| OH1618 | Sarahsville Village, Ohio | 0.0000689910% |
| OH1619 | Sardinia Village, Ohio | 0.0044028921% |
| OH1620 | Savannah Village, Ohio | 0.0002294615% |
| OH1621 | Saybrook Township, Ohio | 0.0161906113% |
| OH1622 | Scio Village, Ohio | 0.0001526779% |
| OH1623 | Scioto County, Ohio | 0.9401796346% |
| OH1624 | Scioto Township, Delaware County, Ohio | 0.0019714756% |
| OH1625 | Scioto Township, Pickaway County, Ohio | 0.0062913839% |
| OH1626 | Scioto Township, Pike County, Ohio | 0.0002619631% |
| OH1627 | Scioto Township, Ross County, Ohio | 0.0146969071% |
| OH1628 | Scipio Township, Meigs County, Ohio | 0.0004736376% |
| OH1629 | Scipio Township, Seneca County, Ohio | 0.0005615183% |
| OH1630 | Scott Township, Marion County, Ohio | 0.0001301716% |
| OH1631 | Scott Township, Sandusky County, Ohio | 0.0009313747% |
| OH1632 | Scott Village, Ohio | 0.0006416289% |
| OH1633 | Seal Township, Ohio | 0.0013351665% |
| OH1634 | Seaman Village, Ohio | 0.0025035030% |
| OH1635 | Sebring Village, Ohio | 0.0078737318% |
| OH1636 | Seneca County, Ohio | 0.2801274556% |
| OH1637 | Seneca Township, Monroe County, Ohio | 0.0000124681% |
| OH1638 | Seneca Township, Noble County, Ohio | 0.0000172477% |
| OH1639 | Senecaville Village, Ohio | 0.0007886782% |
| OH1640 | Seven Hills City, Ohio | 0.0208535620% |
| OH1641 | Seven Mile Village, Ohio | 0.0013087356% |
| OH1642 | Seville Village, Ohio | 0.0055383307% |
| OH1643 | Shadyside Village, Ohio | 0.0078177582% |
| OH1644 | Shaker Heights City, Ohio | 0.1048407101% |
| OH1645 | Shalersville Township, Ohio | 0.0000934354% |
| OH1646 | Sharon Township, Franklin County, Ohio | 0.0053763338% |
| OH1647 | Sharon Township, Medina County, Ohio | 0.0058099333% |
| OH1648 | Sharon Township, Richland County, Ohio | 0.0000802853% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1649 | Sharonville City, Ohio | 0.1284229161% |
| OH1650 | Shawnee Hills Village, Ohio | 0.0030520752% |
| OH1651 | Shawnee Township, Ohio | 0.0289829613% |
| OH1652 | Shawnee Village, Ohio | 0.0005916790% |
| OH1653 | Sheffield Lake City, Ohio | 0.0113266702% |
| OH1654 | Sheffield Township, Ashtabula County, Ohio | 0.0012562693% |
| OH1655 | Sheffield Township, Lorain County, Ohio | 0.0039054125% |
| OH1656 | Sheffield Village, Ohio | 0.0383431647% |
| OH1657 | Shelby City, Ohio | 0.0301426674% |
| OH1658 | Shelby County, Ohio | 0.2601923372% |
| OH1659 | Sherrodsville Village, Ohio | 0.0010675510% |
| OH1660 | Sherwood Village, Ohio | 0.0012358778% |
| OH1661 | Shiloh Village, Ohio | 0.0001516500% |
| OH1662 | Shreve Village, Ohio | 0.0012061965% |
| OH1663 | Sidney City, Ohio | 0.0768126600% |
| OH1664 | Silver Lake Village, Ohio | 0.0087129009% |
| OH1665 | Silverton Village, Ohio | 0.0117488480% |
| OH1666 | Sinking Spring Village, Ohio | 0.0018697801% |
| OH1667 | Smith Township, Belmont County, Ohio | 0.0011670394% |
| OH1668 | Smith Township, Mahoning County, Ohio | 0.0056258490% |
| OH1669 | Smithfield Township, Ohio | 0.0003028259% |
| OH1670 | Smithfield Village, Ohio | 0.0021516579% |
| OH1671 | Smithville Village, Ohio | 0.0012448566% |
| OH1672 | Solon City, Ohio | 0.0575665779% |
| OH1673 | Somerford Township, Ohio | 0.0018806477% |
| OH1674 | Somers Township, Ohio | 0.0009493500% |
| OH1675 | Somerset Village, Ohio | 0.0013447250% |
| OH1676 | Somerville Village, Ohio | 0.0001615723% |
| OH1677 | South Amherst Village, Ohio | 0.0020257501% |
| OH1678 | South Bloomfield Township, Ohio | 0.0004782339% |
| OH1679 | South Bloomfield Village, Ohio | 0.0012874261% |
| OH1680 | South Charleston Village, Ohio | 0.0026810249% |
| OH1681 | South Euclid City, Ohio | 0.0416202012% |
| OH1682 | South Lebanon Village, Ohio | 0.0058643200% |
| OH1683 | South Point Village, Ohio | 0.0061370801% |
| OH1684 | South Russell Village, Ohio | 0.0067283287% |
| OH1685 | South Salem Village, Ohio | 0.0005572426% |
| OH1686 | South Solon Village, Ohio | 0.0007460421% |
| OH1687 | South Vienna Village, Ohio | 0.0009118207% |
| OH1688 | South Webster Village, Ohio | 0.0024736332% |
| OH1689 | South Zanesville Village, Ohio | 0.0015547932% |
| OH1690 | Southington Township, Ohio | 0.0014492645% |
| OH1691 | Sparta Village, Ohio | 0.0000770825% |
| OH1692 | Spencer Township, Allen County, Ohio | 0.0001636300% |
| OH1693 | Spencer Township, Guernsey County, Ohio | 0.0001631748% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1694 | Spencer Township, Lucas County, Ohio | 0.0024565990% |
| OH1695 | Spencer Township, Medina County, Ohio | 0.0000708528% |
| OH1696 | Spencer Village, Ohio | 0.0016178066% |
| OH1697 | Spencerville Village, Ohio | 0.0025294469% |
| OH1698 | Sprigg Township, Ohio | 0.0001054107% |
| OH1699 | Spring Valley Township, Ohio | 0.0070786377% |
| OH1700 | Spring Valley Village, Ohio | 0.0001444620% |
| OH1701 | Springboro City, Ohio | 0.0299889938% |
| OH1702 | Springdale City, Ohio | 0.0692154947% |
| OH1703 | Springfield City, Ohio | 0.4735887613% |
| OH1704 | Springfield Township, Clark County, Ohio | 0.0105063514% |
| OH1705 | Springfield Township, Gallia County, Ohio | 0.0009746740% |
| OH1706 | Springfield Township, Hamilton County, Ohio | 0.1053972703% |
| OH1707 | Springfield Township, Jefferson County, Ohio | 0.0002231349% |
| OH1708 | Springfield Township, Lucas County, Ohio | 0.0432543386% |
| OH1709 | Springfield Township, Mahoning County, Ohio | 0.0039675747% |
| OH1710 | Springfield Township, Richland County, Ohio | 0.0177162881% |
| OH1711 | Springfield Township, Ross County, Ohio | 0.0053121351% |
| OH1712 | Springfield Township, Summit County, Ohio | 0.0469667767% |
| OH1713 | Springfield Township, Williams County, Ohio | 0.0004950504% |
| OH1714 | St Albans Township, Ohio | 0.0043369348% |
| OH1715 | St Clair Township, Butler County, Ohio | 0.0005493458% |
| OH1716 | St Clair Township, Columbiana County, Ohio | 0.0167991211% |
| OH1717 | St Marys Township, Ohio | 0.0002136628% |
| OH1718 | St. Bernard Village, Ohio | 0.0379854367% |
| OH1719 | St. Clairsville City, Ohio | 0.0187569954% |
| OH1720 | St. Henry Village, Ohio | 0.0014076956% |
| OH1721 | St. Louisville Village, Ohio | 0.0003799451% |
| OH1722 | St. Marys City, Ohio | 0.0281144576% |
| OH1723 | St. Paris Village, Ohio | 0.0038066155% |
| OH1724 | Stafford Village, Ohio | 0.0000249362% |
| OH1725 | Stark County, Ohio | 1.5315796664% |
| OH1726 | Starr Township, Ohio | 0.0001436692% |
| OH1727 | Staunton Township, Ohio | 0.0003747763% |
| OH1728 | Sterling Township, Ohio | 0.0043408795% |
| OH1729 | Steubenville City, Ohio | 0.1367338744% |
| OH1730 | Steubenville Township, Ohio | 0.0000318764% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1731 | Stock Township, Harrison County, Ohio | 0.0003339830% |
| OH1732 | Stock Township, Noble County, Ohio | 0.0000344955% |
| OH1733 | Stockport Village, Ohio | 0.0002249256% |
| OH1734 | Stokes Township, Logan County, Ohio | 0.0047782092% |
| OH1735 | Stokes Township, Madison County, Ohio | 0.0007615846% |
| OH1736 | Stone Creek Village, Ohio | 0.0001379503% |
| OH1737 | Stonelick Township, Ohio | 0.0184280231% |
| OH1738 | Stoutsville Village, Ohio | 0.0000733307% |
| OH1739 | Stow City, Ohio | 0.1475892163% |
| OH1740 | Strasburg Village, Ohio | 0.0032911011% |
| OH1741 | Stratton Village, Ohio | 0.0014981914% |
| OH1742 | Streetsboro City, Ohio | 0.0206045399% |
| OH1743 | Strongsville City, Ohio | 0.0739396664% |
| OH1744 | Struthers City, Ohio | 0.0252671862% |
| OH1745 | Stryker Village, Ohio | 0.0016737417% |
| OH1746 | Suffield Township, Ohio | 0.0026771277% |
| OH1747 | Sugar Bush Knolls Village, Ohio | 0.0000982645% |
| OH1748 | Sugar Creek Township, Allen County, Ohio | 0.0002727166% |
| OH1749 | Sugar Creek Township, Putnam County, Ohio | 0.0001655674% |
| OH1750 | Sugar Creek Township, Wayne County, Ohio | 0.0003634054% |
| OH1751 | Sugar Grove Village, Ohio | 0.0001955486% |
| OH1752 | Sugarcreek Township, Ohio | 0.0470017417% |
| OH1753 | Sugarcreek Village, Ohio | 0.0027688605% |
| OH1754 | Sullivan Township, Ohio | 0.0017162492% |
| OH1755 | Summerfield Village, Ohio | 0.0001212800% |
| OH1756 | Summit Township, Ohio | 0.0000062341% |
| OH1757 | Summitville Village, Ohio | 0.0004792142% |
| OH1758 | Sunbury Village, Ohio | 0.0082323543% |
| OH1759 | Sunfish Township, Ohio | 0.0000676034% |
| OH1760 | Swan Creek Township, Ohio | 0.0048429959% |
| OH1761 | Swanton Township, Ohio | 0.0015012549% |
| OH1762 | Swanton Village, Ohio | 0.0072434936% |
| OH1763 | Switzerland Township, Ohio | 0.0001807876% |
| OH1764 | Sycamore Township, Hamilton County, Ohio | 0.0584269292% |
| OH1765 | Sycamore Township, Wyandot County, Ohio | 0.0002766058% |
| OH1766 | Sycamore Village, Ohio | 0.0012008738% |
| OH1767 | Sylvania City, Ohio | 0.0526622027% |
| OH1768 | Sylvania Township, Ohio | 0.1247952267% |
| OH1769 | Symmes Township, Hamilton County, Ohio | 0.0305202839% |
| OH1770 | Symmes Township, Lawrence County, Ohio | 0.0000521565% |
| OH1771 | Syracuse Village, Ohio | 0.0005413001% |
| OH1772 | Tallmadge City, Ohio | 0.0580737905% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1773 | Tarlton Village, Ohio | 0.0002242634% |
| OH1774 | Tate Township, Ohio | 0.0267197716% |
| OH1775 | Taylor Creek Township, Ohio | 0.0001110677% |
| OH1776 | Terrace Park Village, Ohio | 0.0056698421% |
| OH1777 | Texas Township, Ohio | 0.0002936562% |
| OH1778 | The Village of Indian Hill City, Ohio | 0.0264202950% |
| OH1779 | Thompson Township, Delaware County, Ohio | 0.0002474656% |
| OH1780 | Thompson Township, Geauga County, Ohio | 0.0022491568% |
| OH1781 | Thorn Township, Ohio | 0.0007422882% |
| OH1782 | Thornville Village, Ohio | 0.0006131946% |
| OH1783 | Thurston Village, Ohio | 0.0013688400% |
| OH1784 | Tiffin City, Ohio | 0.0703803061% |
| OH1785 | Tiffin Township, Ohio | 0.0005075927% |
| OH1786 | Tiltonsville Village, Ohio | 0.0016575735% |
| OH1787 | Timberlake Village, Ohio | 0.0023312243% |
| OH1788 | Tipp City, Ohio | 0.0376479790% |
| OH1789 | Tiro Village, Ohio | 0.0000326285% |
| OH1790 | Toledo City, Ohio | 1.0197706186% |
| OH1791 | Tontogany Village, Ohio | 0.0001897924% |
| OH1792 | Toronto City, Ohio | 0.0279077997% |
| OH1793 | Townsend Township, Huron County, Ohio | 0.0006177098% |
| OH1794 | Townsend Township, Sandusky County, Ohio | 0.0000271274% |
| OH1795 | Tremont City Village, Ohio | 0.0006396354% |
| OH1796 | Trenton City, Ohio | 0.0416371797% |
| OH1797 | Trenton Township, Ohio | 0.0000577420% |
| OH1798 | Trimble Township, Ohio | 0.0023032365% |
| OH1799 | Trimble Village, Ohio | 0.0004320101% |
| OH1800 | Trotwood City, Ohio | 0.0811683100% |
| OH1801 | Troy City, Ohio | 0.0899917302% |
| OH1802 | Troy Township, Ashland County, Ohio | 0.0002358826% |
| OH1803 | Troy Township, Athens County, Ohio | 0.0008754383% |
| OH1804 | Troy Township, Geauga County, Ohio | 0.0026032794% |
| OH1805 | Troy Township, Richland County, Ohio | 0.0034790294% |
| OH1806 | Troy Township, Wood County, Ohio | 0.0027734180% |
| OH1807 | Trumbull County, Ohio | 2.0203599712% |
| OH1808 | Trumbull Township, Ohio | 0.0006457459% |
| OH1809 | Truro Township, Ohio | 0.0493339720% |
| OH1810 | Tully Township, Ohio | 0.0007929647% |
| OH1811 | Turtle Creek Township, Ohio | 0.0003372090% |
| OH1812 | Turtlecreek Township, Ohio | 0.0071325956% |
| OH1813 | Tuscarawas County, Ohio | 0.3721703206% |
| OH1814 | Tuscarawas Township, Ohio | 0.0020979323% |
| OH1815 | Tuscarawas Village, Ohio | 0.0003842902% |
| OH1816 | Twin Township, Darke County, Ohio | 0.0003813690% |
| OH1817 | Twin Township, Ross County, Ohio | 0.0052531114% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1818 | Twinsburg City, Ohio | 0.0833508485% |
| OH1819 | Tymochtee Township, Ohio | 0.0003170847% |
| OH1820 | Uhrichsville City, Ohio | 0.0101787647% |
| OH1821 | Union City Village, Ohio | 0.0076150778% |
| OH1822 | Union City, Ohio | 0.0198982889% |
| OH1823 | Union County, Ohio | 0.3002174205% |
| OH1824 | Union Township, Auglaize County, Ohio | 0.0001691497% |
| OH1825 | Union Township, Carroll County, Ohio | 0.0000762536% |
| OH1826 | Union Township, Champaign County, Ohio | 0.0000211479% |
| OH1827 | Union Township, Clermont County, Ohio | 0.3185341547% |
| OH1828 | Union Township, Clinton County, Ohio | 0.0085869431% |
| OH1829 | Union Township, Fayette County, Ohio | 0.0014043033% |
| OH1830 | Union Township, Highland County, Ohio | 0.0112248527% |
| OH1831 | Union Township, Lawrence County, Ohio | 0.0011822137% |
| OH1832 | Union Township, Licking County, Ohio | 0.0076823054% |
| OH1833 | Union Township, Logan County, Ohio | 0.0001197046% |
| OH1834 | Union Township, Mercer County, Ohio | 0.0004692319% |
| OH1835 | Union Township, Miami County, Ohio | 0.0038497743% |
| OH1836 | Union Township, Muskingum County, Ohio | 0.0003209896% |
| OH1837 | Union Township, Pike County, Ohio | 0.0001098555% |
| OH1838 | Union Township, Ross County, Ohio | 0.0119227921% |
| OH1839 | Union Township, Tuscarawas County, Ohio | 0.0002167791% |
| OH1840 | Union Township, Union County, Ohio | 0.0002502189% |
| OH1841 | Union Township, Van Wert County, Ohio | 0.0002973617% |
| OH1842 | Union Township, Warren County, Ohio | 0.0079936267% |
| OH1843 | Unionville Center Village, Ohio | 0.0001475046% |
| OH1844 | Uniopolis Village, Ohio | 0.0002492732% |
| OH1845 | Unity Township, Ohio | 0.0000798690% |
| OH1846 | University Heights City, Ohio | 0.0306916388% |
| OH1847 | Upper Arlington City, Ohio | 0.1198448950% |
| OH1848 | Upper Sandusky City, Ohio | 0.0108550896% |
| OH1849 | Upper Township, Ohio | 0.0007475763% |
| OH1850 | Urbana City, Ohio | 0.0575116162% |
| OH1851 | Urbancrest Village, Ohio | 0.0003436577% |
| OH1852 | Utica Village, Ohio | 0.0044986588% |
| OH1853 | Valley Hi Village, Ohio | 0.0001316045% |
| OH1854 | Valley Township, Guernsey County, Ohio | 0.0005439160% |
| OH1855 | Valley Township, Scioto County, Ohio | 0.0018196842% |
| OH1856 | Valley View Village, Ohio | 0.0158831601% |
| OH1857 | Valleyview Village, Ohio | 0.0016037359% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1858 | Van Buren Township, Darke County, Ohio | 0.0003444623% |
| OH1859 | Van Buren Township, Putnam County, Ohio | 0.0002317943% |
| OH1860 | Van Buren Township, Shelby County, Ohio | 0.0003904525% |
| OH1861 | Van Buren Village, Ohio | 0.0001188906% |
| OH1862 | Van Wert City, Ohio | 0.0528808311% |
| OH1863 | Van Wert County, Ohio | 0.1122540604% |
| OH1864 | Vandalia City, Ohio | 0.0967305650% |
| OH1865 | Vanlue Village, Ohio | 0.0001114793% |
| OH1866 | Venedocia Village, Ohio | 0.0000371702% |
| OH1867 | Venice Township, Ohio | 0.0000100271% |
| OH1868 | Vermilion City, Ohio | 0.0432196320% |
| OH1869 | Vermilion Township, Ohio | 0.0012778552% |
| OH1870 | Vermillion Township, Ohio | 0.0004880329% |
| OH1871 | Vernon Township, Crawford County, Ohio | 0.0000108762% |
| OH1872 | Vernon Township, Scioto County, Ohio | 0.0038952614% |
| OH1873 | Vernon Township, Trumbull County, Ohio | 0.0006308563% |
| OH1874 | Verona Village, Ohio | 0.0012373333% |
| OH1875 | Versailles Village, Ohio | 0.0100017096% |
| OH1876 | Vienna Township, Ohio | 0.0042113922% |
| OH1877 | Vinton County, Ohio | 0.1090168446% |
| OH1878 | Vinton Township, Ohio | 0.0001170406% |
| OH1879 | Vinton Village, Ohio | 0.0005060807% |
| OH1880 | Violet Township, Ohio | 0.0621844457% |
| OH1881 | Virginia Township, Ohio | 0.0000841915% |
| OH1882 | Wabash Township, Ohio | 0.0000492089% |
| OH1883 | Wadsworth City, Ohio | 0.0760959559% |
| OH1884 | Waite Hill Village, Ohio | 0.0053068521% |
| OH1885 | Wakeman Village, Ohio | 0.0018119487% |
| OH1886 | Walbridge Village, Ohio | 0.0029019871% |
| OH1887 | Waldo Township, Ohio | 0.0000743838% |
| OH1888 | Waldo Village, Ohio | 0.0004160980% |
| OH1889 | Walnut Township, Fairfield County, Ohio | 0.0087100593% |
| OH1890 | Walnut Township, Gallia County, Ohio | 0.0001499498% |
| OH1891 | Walton Hills Village, Ohio | 0.0099526568% |
| OH1892 | Wapakoneta City, Ohio | 0.0275268850% |
| OH1893 | Ward Township, Ohio | 0.0001486233% |
| OH1894 | Warren City, Ohio | 0.3520178232% |
| OH1895 | Warren County, Ohio | 1.0504230532% |
| OH1896 | Warren Township, Belmont County, Ohio | 0.0000984250% |
| OH1897 | Warren Township, Jefferson County, Ohio | 0.0004303316% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

## Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1898 | Warren Township, Trumbull County, Ohio | 0.0001534515% |
| OH1899 | Warren Township, Tuscarawas County, Ohio | 0.0002069255% |
| OH1900 | Warren Township, Washington County, Ohio | 0.0008773149% |
| OH1901 | Warrensville Heights City, Ohio | 0.0361164097% |
| OH1902 | Warsaw Village, Ohio | 0.0003911414% |
| OH1903 | Warwick Township, Ohio | 0.0008474093% |
| OH1904 | Washington County, Ohio | 0.3325608246% |
| OH1905 | Washington Court House City, Ohio | 0.0376016242% |
| OH1906 | Washington Township, Auglaize County, Ohio | 0.0023680955% |
| OH1907 | Washington Township, Belmont County, Ohio | 0.0000843643% |
| OH1908 | Washington Township, Brown County, Ohio | 0.0011782387% |
| OH1909 | Washington Township, Carroll County, Ohio | 0.0002178675% |
| OH1910 | Washington Township, Clermont County, Ohio | 0.0305984481% |
| OH1911 | Washington Township, Clinton County, Ohio | 0.0029440948% |
| OH1912 | Washington Township, Columbiana County, Ohio | 0.0006256408% |
| OH1913 | Washington Township, Coshocton County, Ohio | 0.0000841915% |
| OH1914 | Washington Township, Darke County, Ohio | 0.0003198579% |
| OH1915 | Washington Township, Defiance County, Ohio | 0.0003531079% |
| OH1916 | Washington Township, Franklin County, Ohio | 0.1225330619% |
| OH1917 | Washington Township, Guernsey County, Ohio | 0.0000951853% |
| OH1918 | Washington Township, Hancock County, Ohio | 0.0008925122% |
| OH1919 | Washington Township, Harrison County, Ohio | 0.0003339830% |
| OH1920 | Washington Township, Henry County, Ohio | 0.0002571801% |
| OH1921 | Washington Township, Highland County, Ohio | 0.0004065339% |
| OH1922 | Washington Township, Hocking County, Ohio | 0.0002427514% |
| OH1923 | Washington Township, Holmes County, Ohio | 0.0000261741% |
| OH1924 | Washington Township, Jackson County, Ohio | 0.0003315132% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1925 | Washington Township, Lawrence County, Ohio | 0.0000695420% |
| OH1926 | Washington Township, Licking County, Ohio | 0.0008154920% |
| OH1927 | Washington Township, Logan County, Ohio | 0.0017756185% |
| OH1928 | Washington Township, Lucas County, Ohio | 0.0071150384% |
| OH1929 | Washington Township, Mercer County, Ohio | 0.0001173080% |
| OH1930 | Washington Township, Miami County, Ohio | 0.0009766897% |
| OH1931 | Washington Township, Monroe County, Ohio | 0.0000062341% |
| OH1932 | Washington Township, Montgomery County, Ohio | 0.1316317394% |
| OH1933 | Washington Township, Morrow County, Ohio | 0.0002420690% |
| OH1934 | Washington Township, Muskingum County, Ohio | 0.0014845767% |
| OH1935 | Washington Township, Paulding County, Ohio | 0.0000402008% |
| OH1936 | Washington Township, Pickaway County, Ohio | 0.0003983733% |
| OH1937 | Washington Township, Preble County, Ohio | 0.0006874604% |
| OH1938 | Washington Township, Richland County, Ohio | 0.0012132000% |
| OH1939 | Washington Township, Sandusky County, Ohio | 0.0006510581% |
| OH1940 | Washington Township, Scioto County, Ohio | 0.0113445935% |
| OH1941 | Washington Township, Shelby County, Ohio | 0.0000798653% |
| OH1942 | Washington Township, Stark County, Ohio | 0.0006531299% |
| OH1943 | Washington Township, Wood County, Ohio | 0.0002265264% |
| OH1944 | Washingtonville Village, Ohio | 0.0014015930% |
| OH1945 | Waterford Township, Ohio | 0.0050048725% |
| OH1946 | Waterloo Township, Ohio | 0.0006670006% |
| OH1947 | Watertown Township, Ohio | 0.0001503968% |
| OH1948 | Waterville City, Ohio | 0.0124831621% |
| OH1949 | Waterville Township, Ohio | 0.0015558460% |
| OH1950 | Wauseon City, Ohio | 0.0277126990% |
| OH1951 | Waverly Village, Ohio | 0.0077490360% |
| OH1952 | Wayne County, Ohio | 0.2257675097% |
| OH1953 | Wayne Lakes Village, Ohio | 0.0075166600% |
| OH1954 | Wayne Township, Adams County, Ohio | 0.0012649279% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1955 | Wayne Township, Ashtabula County, Ohio | 0.0005165967% |
| OH1956 | Wayne Township, Auglaize County, Ohio | 0.0004273255% |
| OH1957 | Wayne Township, Belmont County, Ohio | 0.0000562429% |
| OH1958 | Wayne Township, Butler County, Ohio | 0.0007432325% |
| OH1959 | Wayne Township, Champaign County, Ohio | 0.0014909244% |
| OH1960 | Wayne Township, Clermont County, Ohio | 0.0020513889% |
| OH1961 | Wayne Township, Clinton County, Ohio | 0.0002007337% |
| OH1962 | Wayne Township, Columbiana County, Ohio | 0.0005990178% |
| OH1963 | Wayne Township, Darke County, Ohio | 0.0000369067% |
| OH1964 | Wayne Township, Fayette County, Ohio | 0.0001404303% |
| OH1965 | Wayne Township, Jefferson County, Ohio | 0.0021038433% |
| OH1966 | Wayne Township, Monroe County, Ohio | 0.0000062341% |
| OH1967 | Wayne Township, Muskingum County, Ohio | 0.0001404329% |
| OH1968 | Wayne Township, Noble County, Ohio | 0.0000862387% |
| OH1969 | Wayne Township, Pickaway County, Ohio | 0.0000437239% |
| OH1970 | Wayne Township, Tuscarawas County, Ohio | 0.0003941438% |
| OH1971 | Wayne Township, Warren County, Ohio | 0.0038164622% |
| OH1972 | Wayne Village, Ohio | 0.0008081483% |
| OH1973 | Waynesburg Village, Ohio | 0.0012070307% |
| OH1974 | Waynesfield Village, Ohio | 0.0007567223% |
| OH1975 | Waynesville Village, Ohio | 0.0046309511% |
| OH1976 | Weathersfield Township, Ohio | 0.0249955502% |
| OH1977 | Weller Township, Ohio | 0.0004460294% |
| OH1978 | Wellington Village, Ohio | 0.0164981765% |
| OH1979 | Wells Township, Ohio | 0.0100888848% |
| OH1980 | Wellston City, Ohio | 0.0406103723% |
| OH1981 | Wellsville Village, Ohio | 0.0125660620% |
| OH1982 | Wesley Township, Ohio | 0.0001253307% |
| OH1983 | West Alexandria Village, Ohio | 0.0099845432% |
| OH1984 | West Carrollton City, Ohio | 0.0603546931% |
| OH1985 | West Chester Township, Ohio | 0.3737167118% |
| OH1986 | West Elkton Village, Ohio | 0.0026843690% |
| OH1987 | West Farmington Village, Ohio | 0.0001875519% |
| OH1988 | West Jefferson Village, Ohio | 0.0159155640% |
| OH1989 | West Lafayette Village, Ohio | 0.0026252451% |
| OH1990 | West Leipsic Village, Ohio | 0.0002152376% |
| OH1991 | West Liberty Village, Ohio | 0.0035013600% |
| OH1992 | West Manchester Village, Ohio | 0.0025206880% |
| OH1993 | West Mansfield Village, Ohio | 0.0000798031% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH1994 | West Millgrove Village, Ohio | 0.0001102020% |
| OH1995 | West Milton Village, Ohio | 0.0098350376% |
| OH1996 | West Rushville Village, Ohio | 0.0001070525% |
| OH1997 | West Salem Village, Ohio | 0.0004987159% |
| OH1998 | West Township, Ohio | 0.0005857063% |
| OH1999 | West Union Village, Ohio | 0.0111998820% |
| OH2000 | West Unity Village, Ohio | 0.0014694352% |
| OH2001 | Westerville City, Ohio | 0.2122517954% |
| OH2002 | Westfield Center Village, Ohio | 0.0015469538% |
| OH2003 | Westfield Township, Ohio | 0.0022200558% |
| OH2004 | Westlake City, Ohio | 0.0470647273% |
| OH2005 | Westland Township, Ohio | 0.0000407937% |
| OH2006 | Weston Township, Ohio | 0.0001040797% |
| OH2007 | Weston Village, Ohio | 0.0009305950% |
| OH2008 | Wharton Village, Ohio | 0.0000269859% |
| OH2009 | Wheeling Township, Belmont County, Ohio | 0.0005343072% |
| OH2010 | Wheeling Township, Guernsey County, Ohio | 0.0000407937% |
| OH2011 | Whetstone Township, Ohio | 0.0003262846% |
| OH2012 | White Eyes Township, Ohio | 0.0001913444% |
| OH2013 | Whitehall City, Ohio | 0.0708163966% |
| OH2014 | Whitehouse Village, Ohio | 0.0191159792% |
| OH2015 | Whitewater Township, Ohio | 0.0072647461% |
| OH2016 | Wickliffe City, Ohio | 0.0543194216% |
| OH2017 | Wilkesville Township, Ohio | 0.0005461896% |
| OH2018 | Wilkesville Village, Ohio | 0.0001034151% |
| OH2019 | Willard City, Ohio | 0.0338504955% |
| OH2020 | Williams County, Ohio | 0.1507467614% |
| OH2021 | Williamsburg Township, Ohio | 0.0138253270% |
| OH2022 | Williamsburg Village, Ohio | 0.0064127452% |
| OH2023 | Williamsfield Township, Ohio | 0.0004696334% |
| OH2024 | Williamsport Village, Ohio | 0.0004226644% |
| OH2025 | Willoughby City, Ohio | 0.1356374532% |
| OH2026 | Willoughby Hills City, Ohio | 0.0528410843% |
| OH2027 | Willowick City, Ohio | 0.0540256495% |
| OH2028 | Wills Township, Ohio | 0.0001087832% |
| OH2029 | Willshire Village, Ohio | 0.0006690639% |
| OH2030 | Wilmington City, Ohio | 0.1278227818% |
| OH2031 | Wilmot Village, Ohio | 0.0024343932% |
| OH2032 | Wilson Township, Ohio | 0.0006914162% |
| OH2033 | Wilson Village, Ohio | 0.0001415832% |
| OH2034 | Winchester Village, Ohio | 0.0033994936% |
| OH2035 | Windham Township, Ohio | 0.0001218723% |
| OH2036 | Windham Village, Ohio | 0.0030305573% |
| OH2037 | Windsor Township, Ashtabula County, Ohio | 0.0006340051% |
| OH2038 | Windsor Township, Lawrence County, Ohio | 0.0007128053% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OH2039 | Windsor Township, Morgan County, Ohio | 0.0004926943% |
| OH2040 | Wintersville Village, Ohio | 0.0169582518% |
| OH2041 | Wood County, Ohio | 0.6017827347% |
| OH2042 | Woodlawn Village, Ohio | 0.0240822158% |
| OH2043 | Woodmere Village, Ohio | 0.0007072352% |
| OH2044 | Woodsfield Village, Ohio | 0.0011221301% |
| OH2045 | Woodstock Village, Ohio | 0.0001517571% |
| OH2046 | Woodville Township, Ohio | 0.0019622167% |
| OH2047 | Woodville Village, Ohio | 0.0034270973% |
| OH2048 | Wooster City, Ohio | 0.4046402646% |
| OH2049 | Wooster Township, Ohio | 0.0017358405% |
| OH2050 | Worthington City, Ohio | 0.0819890902% |
| OH2051 | Worthington Township, Ohio | 0.0017573559% |
| OH2052 | Wren Village, Ohio | 0.0008301349% |
| OH2053 | Wyandot County, Ohio | 0.0959147354% |
| OH2054 | Wyoming City, Ohio | 0.0220280462% |
| OH2055 | Xenia City, Ohio | 0.1268376308% |
| OH2056 | Xenia Township, Ohio | 0.0075532986% |
| OH2057 | Yankee Lake Village, Ohio | 0.0000341003% |
| OH2058 | Yellow Creek Township, Ohio | 0.0010782320% |
| OH2059 | Yellow Springs Village, Ohio | 0.0142295064% |
| OH2060 | York Township, Athens County, Ohio | 0.0005523599% |
| OH2061 | York Township, Fulton County, Ohio | 0.0061882726% |
| OH2062 | York Township, Medina County, Ohio | 0.0023145263% |
| OH2063 | York Township, Sandusky County, Ohio | 0.0006239306% |
| OH2064 | York Township, Tuscarawas County, Ohio | 0.0007784341% |
| OH2065 | York Township, Van Wert County, Ohio | 0.0001115107% |
| OH2066 | Yorkshire Village, Ohio | 0.0007627380% |
| OH2067 | Yorkville Village, Ohio | 0.0011795516% |
| OH2068 | Youngstown City, Ohio | 0.5751891038% |
| OH2069 | Zaleski Village, Ohio | 0.0000780271% |
| OH2070 | Zane Township, Ohio | 0.0012568985% |
| OH2071 | Zanesfield Village, Ohio | 0.0001257699% |
| OH2072 | Zanesville City, Ohio | 0.1371227251% |
| OH2073 | Zoar Village, Ohio | 0.0002364863% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OR1 | Albany City, Oregon | 1.1574421234% |
| OR2 | Ashland City, Oregon | 0.5725593238% |
| OR3 | Astoria City, Oregon | 0.1859283065% |
| OR4 | Baker County, Oregon | 0.4771636205% |
| OR5 | Beaverton City, Oregon | 0.9709676029% |
| OR6 | Bend City, Oregon | 0.9443519043% |
| OR7 | Benton County, Oregon | 1.0219885306% |
| OR8 | Canby City, Oregon | 0.1716812437% |
| OR9 | Central Point City, Oregon | 0.1718730043% |
| OR10 | Clackamas County, Oregon | 7.7713145577% |
| OR11 | Clatsop County, Oregon | 1.1423692099% |
| OR12 | Columbia County, Oregon | 1.0096699413% |
| OR13 | Coos Bay City, Oregon | 0.2538945929% |
| OR14 | Coos County, Oregon | 1.5633002470% |
| OR15 | Cornelius City, Oregon | 0.0949750265% |
| OR16 | Corvallis City, Oregon | 0.6633711425% |
| OR17 | Cottage Grove City, Oregon | 0.0910229575% |
| OR18 | Crook County, Oregon | 0.3513229911% |
| OR19 | Curry County, Oregon | 0.7612961295% |
| OR20 | Dallas City, Oregon | 0.1606964683% |
| OR21 | Deschutes County, Oregon | 2.2569753600% |
| OR22 | Douglas County, Oregon | 2.5689481047% |
| OR23 | Eugene City, Oregon | 2.7611039932% |
| OR24 | Forest Grove City, Oregon | 0.2522169415% |
| OR26 | Gladstone City, Oregon | 0.1181360032% |
| OR28 | Grants Pass City, Oregon | 0.8232581895% |
| OR29 | Gresham City, Oregon | 0.9831942718% |
| OR30 | Happy Valley City, Oregon | 0.0103506009% |
| OR32 | Hermiston City, Oregon | 0.1316304314% |
| OR33 | Hillsboro City, Oregon | 1.5083519364% |
| OR34 | Hood River County, Oregon | 0.3553687498% |
| OR35 | Independence City, Oregon | 0.0808970601% |
| OR36 | Jackson County, Oregon | 4.0769510640% |
| OR37 | Jefferson County, Oregon | 0.3674692915% |
| OR38 | Josephine County, Oregon | 1.6536523798% |
| OR39 | Keizer City, Oregon | 0.1916558451% |
| OR40 | Klamath County, Oregon | 1.2169628601% |
| OR41 | Klamath Falls City, Oregon | 0.3209275214% |
| OR42 | La Grande City, Oregon | 0.2715648669% |
| OR44 | Lake Oswego City, Oregon | 0.6934160342% |
| OR45 | Lane County, Oregon | 6.3326808234% |
| OR46 | Lebanon City, Oregon | 0.3269345282% |
| OR47 | Lincoln County, Oregon | 1.5190343268% |
| OR48 | Linn County, Oregon | 1.8185376689% |
| OR49 | Malheur County, Oregon | 0.5014027023% |
| OR50 | Marion County, Oregon | 4.1636475308% |
| OR51 | McMinnville City, Oregon | 0.4803592635% |
| OR52 | Medford City, Oregon | 1.5540758598% |
| OR53 | Milwaukie City, Oregon | 0.2113647118% |

G-183

**Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                    3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| OR54 | Monmouth City, Oregon | 0.0706960930% |
| OR55 | Morrow County, Oregon | 0.1351544937% |
| OR56 | Multnomah County, Oregon | 13.9643815662% |
| OR57 | Newberg City, Oregon | 0.4093257361% |
| OR58 | Newport City, Oregon | 0.1908392623% |
| OR59 | Ontario City, Oregon | 0.1869780182% |
| OR60 | Oregon City, Oregon | 0.2765040475% |
| OR61 | Pendleton City, Oregon | 0.3521049458% |
| OR62 | Polk County, Oregon | 0.7074299681% |
| OR63 | Portland City, Oregon | 8.2736702858% |
| OR64 | Prineville City, Oregon | 0.0924861843% |
| OR65 | Redmond City, Oregon | 0.1550311086% |
| OR66 | Roseburg City, Oregon | 0.6370799877% |
| OR67 | Salem City, Oregon | 3.0438221421% |
| OR68 | Sandy City, Oregon | 0.0775015682% |
| OR70 | Sherwood City, Oregon | 0.1404204928% |
| OR71 | Silverton City, Oregon | 0.0775630731% |
| OR72 | Springfield City, Oregon | 1.1667234659% |
| OR73 | St. Helens City, Oregon | 0.1964453077% |
| OR74 | The Dalles City, Oregon | 0.1723418738% |
| OR75 | Tigard City, Oregon | 0.5049875956% |
| OR76 | Tillamook County, Oregon | 0.9001228870% |
| OR77 | Troutdale City, Oregon | 0.0899929610% |
| OR78 | Tualatin City, Oregon | 0.1551565618% |
| OR79 | Umatilla County, Oregon | 0.9738633884% |
| OR80 | Union County, Oregon | 0.4153841374% |
| OR82 | Wasco County, Oregon | 0.4116278731% |
| OR83 | Washington County, Oregon | 7.2167622210% |
| OR84 | West Linn City, Oregon | 0.1600504983% |
| OR86 | Wilsonville City, Oregon | 0.1383351396% |
| OR87 | Woodburn City, Oregon | 0.2069349266% |
| OR88 | Yamhill County, Oregon | 1.4120246444% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PA2 | Adams County, Pennsylvania | |
| PA5 | Allegheny County, Pennsylvania | |
| PA6 | Allentown City, Pennsylvania | |
| PA10 | Armstrong County, Pennsylvania | |
| PA13 | Beaver County, Pennsylvania | |
| PA14 | Bedford County, Pennsylvania | |
| PA15 | Bensalem Township, Pennsylvania | |
| PA16 | Berks County, Pennsylvania | |
| PA20 | Blair County, Pennsylvania | |
| PA22 | Bradford County, Pennsylvania | |
| PA23 | Bristol Township, Pennsylvania | |
| PA25 | Bucks County, Pennsylvania | |
| PA27 | Butler County, Pennsylvania | |
| PA30 | Cambria County, Pennsylvania | |
| PA31 | Cameron County, Pennsylvania | |
| PA32 | Carbon County, Pennsylvania | |
| PA36 | Centre County, Pennsylvania | |
| PA40 | Chester County, Pennsylvania | |
| PA42 | Clarion County, Pennsylvania | |
| PA43 | Clearfield County, Pennsylvania | |
| PA44 | Clinton County, Pennsylvania | Allocations in |
| PA46 | Coatesville City, Pennsylvania | Pennsylvania will be |
| PA49 | Columbia County, Pennsylvania | made in accordance |
| PA53 | Crawford County, Pennsylvania | with the |
| PA54 | Cumberland County, Pennsylvania | Pennsylvania Trust |
| PA57 | Dauphin County, Pennsylvania | and Allocation |
| PA58 | Delaware County, Pennsylvania | Order. |
| PA76 | Edwardsville Borough, Pennsylvania | |
| PA79 | Elk County, Pennsylvania | |
| PA84 | Erie County, Pennsylvania | |
| PA85 | Exeter Borough, Pennsylvania | |
| PA90 | Fayette County, Pennsylvania | |
| PA92 | Forest County, Pennsylvania | |
| PA94 | Forty Fort Borough, Pennsylvania | |
| PA96 | Franklin County, Pennsylvania | |
| PA98 | Fulton County, Pennsylvania | |
| PA99 | Greene County, Pennsylvania | |
| PA107 | Hanover Township, Luzerne County, Pennsylvania | |
| PA114 | Hazleton City, Pennsylvania | |
| PA120 | Huntingdon County, Pennsylvania | |
| PA122 | Indiana County, Pennsylvania | |
| PA123 | Jefferson County, Pennsylvania | |
| PA126 | Juniata County, Pennsylvania | |
| PA127 | Kingston Borough, Pennsylvania | |
| PA128 | Lackawanna County, Pennsylvania | |
| PA130 | Lancaster County, Pennsylvania | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PA134 | Lawrence County, Pennsylvania | |
| PA136 | Lebanon County, Pennsylvania | |
| PA137 | Lehigh County, Pennsylvania | |
| PA141 | Lock Haven City, Pennsylvania | |
| PA147 | Lower Makefield Township, Pennsylvania | |
| PA155 | Lower Southampton Township, Pennsylvania | |
| PA157 | Luzerne County, Pennsylvania | |
| PA158 | Lycoming County, Pennsylvania | |
| PA164 | McKean County, Pennsylvania | |
| PA167 | Mercer County, Pennsylvania | |
| PA169 | Middletown Township, Bucks County, Pennsylvania | |
| PA171 | Mifflin County, Pennsylvania | |
| PA174 | Monroe County, Pennsylvania | |
| PA176 | Montgomery County, Pennsylvania | |
| PA178 | Montour County, Pennsylvania | |
| PA180 | Morrisville Borough, Pennsylvania | |
| PA187 | Nanticoke City, Pennsylvania | |
| PA195 | Newtown Township, Bucks County, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA197 | Norristown Borough, Pennsylvania | |
| PA205 | Northampton County, Pennsylvania | |
| PA207 | Northumberland County, Pennsylvania | |
| PA213 | Perry County, Pennsylvania | |
| PA215 | Philadelphia City, Pennsylvania | |
| PA217 | Pike County, Pennsylvania | |
| PA219 | Pittsburgh City, Pennsylvania | |
| PA220 | Plains Township, Pennsylvania | |
| PA225 | Potter County, Pennsylvania | |
| PA241 | Schuylkill County, Pennsylvania | |
| PA248 | Snyder County, Pennsylvania | |
| PA249 | Somerset County, Pennsylvania | |
| PA265 | Sugar Notch Borough, Pennsylvania | |
| PA266 | Sullivan County, Pennsylvania | |
| PA267 | Susquehanna County, Pennsylvania | |
| PA270 | Tioga County, Pennsylvania | |
| PA273 | Union County, Pennsylvania | |
| PA290 | Venango County, Pennsylvania | |
| PA291 | Warminster Township, Pennsylvania | |
| PA292 | Warren County, Pennsylvania | |
| PA293 | Warrington Township, Bucks County, Pennsylvania | |
| PA297 | Washington County, Pennsylvania | |
| PA299 | Wayne County, Pennsylvania | |
| PA310 | West Norriton Township, Pennsylvania | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PA311 | West Pittston Borough, Pennsylvania | |
| PA313 | Westmoreland County, Pennsylvania | |
| PA320 | Wilkes Barre Township, Pennsylvania | |
| PA321 | Wilkes-Barre City, Pennsylvania | |
| PA327 | Wright Township, Pennsylvania | |
| PA328 | Wyoming Borough, Pennsylvania | |
| PA329 | Wyoming County, Pennsylvania | |
| PA333 | York County, Pennsylvania | |
| PA335 | Fairview Township, Luzerne County, Pennsylvania | |
| PA336 | District Attorney of Allegheny County, Pennsylvania | |
| PA337 | District Attorney of Berks County, Pennsylvania | |
| PA338 | District Attorney of Bucks County, Pennsylvania | Allocations in Pennsylvania will be made in accordance with the Pennsylvania Trust and Allocation Order. |
| PA339 | District Attorney of Chester County, Pennsylvania | |
| PA340 | District Attorney of Clearfield County, Pennsylvania | |
| PA341 | District Attorney of Dauphin County, Pennsylvania | |
| PA342 | District Attorney of Delaware County, Pennsylvania | |
| PA343 | District Attorney of Erie County, Pennsylvania | |
| PA344 | District Attorney of Lehigh County, Pennsylvania | |
| PA345 | District Attorney of Northampton County, Pennsylvania | |
| PA346 | District Attorney of Philadelphia County, Pennsylvania | |
| PA347 | District Attorney of Westmoreland County, Pennsylvania | |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PR1 | Adjuntas, Puerto Rico | 0.4468461493% |
| PR2 | Aguada, Puerto Rico | 0.9238661758% |
| PR3 | Aguadilla, Puerto Rico | 1.6156167759% |
| PR4 | Aguas Buenas, Puerto Rico | 0.7490858028% |
| PR5 | Aibonito, Puerto Rico | 0.7959428477% |
| PR6 | Anasco, Puerto Rico | 0.5050154853% |
| PR7 | Arecibo, Puerto Rico | 1.3074850692% |
| PR8 | Arroyo, Puerto Rico | 2.0592191012% |
| PR9 | Barceloneta, Puerto Rico | 0.5768569406% |
| PR10 | Barranquitas, Puerto Rico | 0.7167107056% |
| PR11 | Bayamon, Puerto Rico | 5.7282390971% |
| PR12 | Cabo Rojo, Puerto Rico | 1.1570847420% |
| PR13 | Caguas, Puerto Rico | 4.7119895861% |
| PR14 | Camuy, Puerto Rico | 0.7759381807% |
| PR15 | Canovanas, Puerto Rico | 1.0721780377% |
| PR16 | Carolina, Puerto Rico | 4.3228006165% |
| PR17 | Catano, Puerto Rico | 0.7612066695% |
| PR18 | Cayey, Puerto Rico | 1.3596493469% |
| PR19 | Ceiba, Puerto Rico | 0.2896687707% |
| PR20 | Ciales, Puerto Rico | 0.4533215195% |
| PR21 | Cidra, Puerto Rico | 1.1671492158% |
| PR22 | Coamo, Puerto Rico | 0.9970822347% |
| PR23 | Comerio, Puerto Rico | 0.5268640655% |
| PR24 | Corozal, Puerto Rico | 0.8595048594% |
| PR25 | Culebra, Puerto Rico | 0.0380175870% |
| PR26 | Dorado, Puerto Rico | 0.8970759382% |
| PR27 | Fajardo, Puerto Rico | 1.1102770585% |
| PR28 | Florida, Puerto Rico | 0.2695408253% |
| PR29 | Guanica, Puerto Rico | 0.4269617539% |
| PR30 | Guayama, Puerto Rico | 1.3293151076% |
| PR31 | Guayanilla, Puerto Rico | 0.4886780984% |
| PR32 | Guaynabo, Puerto Rico | 2.3185934725% |
| PR33 | Gurabo, Puerto Rico | 0.9866291335% |
| PR34 | Hatillo, Puerto Rico | 1.0577790273% |
| PR35 | Hormigueros, Puerto Rico | 0.3963005262% |
| PR36 | Humacao, Puerto Rico | 1.8829438530% |
| PR37 | Isabela, Puerto Rico | 1.0062900243% |
| PR38 | Jayuya, Puerto Rico | 0.3757431113% |
| PR39 | Juana Diaz, Puerto Rico | 1.7179648597% |
| PR40 | Juncos, Puerto Rico | 0.9543672919% |
| PR41 | Lajas, Puerto Rico | 0.5633742491% |
| PR42 | Lares, Puerto Rico | 0.6852103333% |
| PR43 | Las Marias, Puerto Rico | 0.2285582941% |
| PR44 | Las Piedras, Puerto Rico | 0.8440153869% |
| PR45 | Loiza, Puerto Rico | 0.7971240145% |
| PR46 | Luquillo, Puerto Rico | 0.5035020683% |
| PR47 | Manati, Puerto Rico | 1.3858134207% |
| PR48 | Maricao, Puerto Rico | 0.1311593846% |
| PR49 | Maunabo, Puerto Rico | 0.2983734242% |

**Allocations are subject to change pursuant to a State-Subdivision**   FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**   3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| PR50 | Mayaguez, Puerto Rico | 2.7384221211% |
| PR51 | Moca, Puerto Rico | 0.9400143856% |
| PR52 | Morovis, Puerto Rico | 0.7678286207% |
| PR53 | Naguabo, Puerto Rico | 0.6776685553% |
| PR54 | Naranjito, Puerto Rico | 0.6713715879% |
| PR55 | Orocovis, Puerto Rico | 0.5209419444% |
| PR56 | Patillas, Puerto Rico | 0.4307397840% |
| PR57 | Penuelas, Puerto Rico | 0.5782731381% |
| PR58 | Ponce, Puerto Rico | 5.1762853836% |
| PR59 | Quebradillas, Puerto Rico | 0.6086201563% |
| PR60 | Rincon, Puerto Rico | 0.3607312171% |
| PR61 | Rio Grande, Puerto Rico | 1.2995118170% |
| PR62 | Sabana Grande, Puerto Rico | 0.5625075422% |
| PR63 | Salinas, Puerto Rico | 0.8069301551% |
| PR64 | San German, Puerto Rico | 0.9914753253% |
| PR65 | San Juan, Puerto Rico | 13.8003700360% |
| PR66 | San Lorenzo, Puerto Rico | 1.0322446251% |
| PR67 | San Sebastian, Puerto Rico | 0.9222442638% |
| PR68 | Santa Isabel, Puerto Rico | 0.5210354055% |
| PR69 | Toa Alta, Puerto Rico | 1.7552873773% |
| PR70 | Toa Baja, Puerto Rico | 2.1783919223% |
| PR71 | Trujillo Alto, Puerto Rico | 1.9136501824% |
| PR72 | Utuado, Puerto Rico | 0.7718304061% |
| PR73 | Vega Alta, Puerto Rico | 0.9338331796% |
| PR74 | Vega Baja, Puerto Rico | 1.6886509241% |
| PR75 | Vieques, Puerto Rico | 0.1979351524% |
| PR76 | Villalba, Puerto Rico | 0.5576736281% |
| PR77 | Yabucoa, Puerto Rico | 0.8842993409% |
| PR78 | Yauco, Puerto Rico | 1.1383015829% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| RI1 | Barrington Town, Rhode Island | 2.3000539202% |
| RI2 | Bristol Town, Rhode Island | 1.0821868960% |
| RI3 | Burrillville Town, Rhode Island | 1.3272036109% |
| RI4 | Central Falls City, Rhode Island | 0.9147584689% |
| RI5 | Charlestown, Rhode Island | 0.5887860100% |
| RI6 | Coventry Town, Rhode Island | 3.5886939036% |
| RI7 | Cranston City, Rhode Island | 7.8869595262% |
| RI8 | Cumberland Town, Rhode Island | 2.4742003754% |
| RI9 | East Greenwich Town, Rhode Island | 1.7467671439% |
| RI10 | East Providence City, Rhode Island | 4.3247728580% |
| RI11 | Exeter Town, Rhode Island | 0.0071810640% |
| RI12 | Foster Town, Rhode Island | 0.2489021533% |
| RI13 | Glocester Town, Rhode Island | 0.8508469130% |
| RI14 | Hopkinton Town, Rhode Island | 0.7098006614% |
| RI15 | Jamestown, Rhode Island | 0.4220295287% |
| RI16 | Johnston Town, Rhode Island | 3.0898685140% |
| RI17 | Lincoln Town, Rhode Island | 2.1171973520% |
| RI18 | Little Compton Town, Rhode Island | 0.2663017745% |
| RI19 | Middletown, Rhode Island | 1.2877439601% |
| RI20 | Narragansett Town, Rhode Island | 1.2760123800% |
| RI21 | New Shoreham Town, Rhode Island | 0.2118269375% |
| RI22 | Newport City, Rhode Island | 2.3339316695% |
| RI23 | North Kingstown, Rhode Island | 2.6500524514% |
| RI24 | North Providence Town, Rhode Island | 2.5306229398% |
| RI25 | North Smithfield Town, Rhode Island | 1.1299013506% |
| RI26 | Pawtucket City, Rhode Island | 5.9652217345% |
| RI27 | Portsmouth Town, Rhode Island | 1.2807429020% |
| RI28 | Providence City, Rhode Island | 21.4858080262% |
| RI29 | Richmond Town, Rhode Island | 0.0818789542% |
| RI30 | Scituate Town, Rhode Island | 1.0248588645% |
| RI31 | Smithfield Town, Rhode Island | 1.7724673574% |
| RI32 | South Kingstown, Rhode Island | 2.3282747894% |
| RI33 | Tiverton Town, Rhode Island | 0.9907730639% |
| RI34 | Warren Town, Rhode Island | 0.1394116029% |
| RI35 | Warwick City, Rhode Island | 9.9418184427% |
| RI36 | West Greenwich Town, Rhode Island | 0.7104734659% |
| RI37 | West Warwick Town, Rhode Island | 3.0239943495% |
| RI38 | Westerly Town, Rhode Island | 2.0135754535% |
| RI39 | Woonsocket City, Rhode Island | 3.8740986306% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SC1 | Abbeville County, South Carolina | 0.3350059823% |
| SC2 | Aiken City, South Carolina | 0.7838026892% |
| SC3 | Aiken County, South Carolina | 2.5661670597% |
| SC4 | Allendale County, South Carolina | 0.1220441823% |
| SC5 | Anderson City, South Carolina | 1.1735303052% |
| SC6 | Anderson County, South Carolina | 3.3392231904% |
| SC7 | Bamberg County, South Carolina | 0.2705913372% |
| SC8 | Barnwell County, South Carolina | 0.4653224769% |
| SC9 | Beaufort City, South Carolina | 0.0769982478% |
| SC10 | Beaufort County, South Carolina | 2.3364418352% |
| SC11 | Berkeley County, South Carolina | 2.0961440294% |
| SC12 | Bluffton Town, South Carolina | 0.0481968917% |
| SC13 | Calhoun County, South Carolina | 0.1833260393% |
| SC14 | Cayce City, South Carolina | 0.2572136960% |
| SC15 | Charleston City, South Carolina | 2.3004340552% |
| SC16 | Charleston County, South Carolina | 3.8016438488% |
| SC17 | Cherokee County, South Carolina | 0.9440700745% |
| SC18 | Chester City, South Carolina | 0.1299573133% |
| SC19 | Chester County, South Carolina | 0.3947965211% |
| SC20 | Chesterfield County, South Carolina | 0.9443488664% |
| SC21 | Clarendon County, South Carolina | 0.5705383575% |
| SC22 | Clemson City, South Carolina | 0.3311616877% |
| SC23 | Colleton County, South Carolina | 0.8589365535% |
| SC24 | Columbia City, South Carolina | 2.3918060702% |
| SC25 | Conway City, South Carolina | 0.2894739402% |
| SC26 | Darlington County, South Carolina | 1.6906462867% |
| SC27 | Dillon County, South Carolina | 0.6608411417% |
| SC28 | Dorchester County, South Carolina | 1.6015765975% |
| SC29 | Easley City, South Carolina | 0.8565835771% |
| SC30 | Edgefield County, South Carolina | 0.3586097074% |
| SC31 | Fairfield County, South Carolina | 0.3536421891% |
| SC32 | Florence City, South Carolina | 1.0065336904% |
| SC33 | Florence County, South Carolina | 2.2059006272% |
| SC34 | Forest Acres City, South Carolina | 0.0995929056% |
| SC35 | Fort Mill Town, South Carolina | 0.1714974802% |
| SC36 | Fountain Inn City, South Carolina | 0.1975697094% |
| SC37 | Gaffney City, South Carolina | 0.2044353782% |
| SC38 | Georgetown City, South Carolina | 0.2626233562% |
| SC39 | Georgetown County, South Carolina | 1.1895098900% |
| SC40 | Goose Creek City, South Carolina | 0.5473575768% |
| SC41 | Greenville City, South Carolina | 2.2705648395% |
| SC42 | Greenville County, South Carolina | 7.1502328364% |
| SC43 | Greenwood City, South Carolina | 0.0308220618% |
| SC44 | Greenwood County, South Carolina | 1.3388944490% |
| SC45 | Greer City, South Carolina | 0.5590564672% |
| SC46 | Hampton County, South Carolina | 0.3450376919% |
| SC47 | Hanahan City, South Carolina | 0.2279684840% |
| SC48 | Hilton Head Island Town, South Carolina | 0.2323878458% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SC49 | Horry County, South Carolina | 5.2166718879% |
| SC50 | Irmo Town, South Carolina | 0.0942740906% |
| SC51 | James Island Town, South Carolina | 0.0461551887% |
| SC52 | Jasper County, South Carolina | 0.4278548317% |
| SC53 | Kershaw County, South Carolina | 1.0780892823% |
| SC54 | Lancaster County, South Carolina | 1.4809282603% |
| SC55 | Laurens County, South Carolina | 1.3598442946% |
| SC56 | Lee County, South Carolina | 0.2176621820% |
| SC57 | Lexington County, South Carolina | 4.4881391605% |
| SC58 | Lexington Town, South Carolina | 0.2342104062% |
| SC59 | Marion County, South Carolina | 0.6973242307% |
| SC60 | Marlboro County, South Carolina | 0.4878238042% |
| SC61 | Mauldin City, South Carolina | 0.4253253929% |
| SC62 | McCormick County, South Carolina | 0.1281623493% |
| SC63 | Moncks Corner Town, South Carolina | 0.1965426445% |
| SC64 | Mount Pleasant Town, South Carolina | 0.5750801889% |
| SC65 | Myrtle Beach City, South Carolina | 1.9068234068% |
| SC66 | Newberry City, South Carolina | 0.0344864657% |
| SC67 | Newberry County, South Carolina | 0.5656551710% |
| SC68 | North Augusta City, South Carolina | 0.5139678525% |
| SC69 | North Charleston City, South Carolina | 1.7751090959% |
| SC70 | North Myrtle Beach City, South Carolina | 0.6366313248% |
| SC71 | Oconee County, South Carolina | 2.8099515214% |
| SC72 | Orangeburg City, South Carolina | 0.0468940344% |
| SC73 | Orangeburg County, South Carolina | 1.4543982912% |
| SC74 | Pickens County, South Carolina | 2.8143347165% |
| SC75 | Port Royal Town, South Carolina | 0.0206098617% |
| SC76 | Richland County, South Carolina | 3.8816723839% |
| SC77 | Rock Hill City, South Carolina | 1.3120073555% |
| SC78 | Saluda County, South Carolina | 0.2604801809% |
| SC79 | Simpsonville City, South Carolina | 0.3497064495% |
| SC80 | Spartanburg City, South Carolina | 1.1890308958% |
| SC81 | Spartanburg County, South Carolina | 6.4084293395% |
| SC82 | Summerville Town, South Carolina | 0.6446011912% |
| SC83 | Sumter City, South Carolina | 0.5390642671% |
| SC84 | Sumter County, South Carolina | 0.9480995733% |
| SC85 | Tega Cay City, South Carolina | 0.0433365022% |
| SC86 | Union County, South Carolina | 0.6499524020% |
| SC87 | West Columbia City, South Carolina | 0.3943858322% |
| SC88 | Williamsburg County, South Carolina | 0.4931357629% |
| SC89 | York County, South Carolina | 2.5800878865% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                        3.25.22

## Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SD1 | Aberdeen City, South Dakota | 1.7806789284% |
| SD2 | Aurora County, South Dakota | 0.1283252150% |
| SD3 | Beadle County, South Dakota | 0.8743032704% |
| SD4 | Bennett County, South Dakota | 0.1895703332% |
| SD5 | Bon Homme County, South Dakota | 0.6047162426% |
| SD6 | Box Elder City, South Dakota | 0.2251076107% |
| SD7 | Brandon City, South Dakota | 0.4012895918% |
| SD8 | Brookings City, South Dakota | 2.4259611863% |
| SD9 | Brookings County, South Dakota | 0.2802421588% |
| SD10 | Brown County, South Dakota | 1.7764563315% |
| SD11 | Brule County, South Dakota | 0.8045710091% |
| SD12 | Buffalo County, South Dakota | 0.1823519926% |
| SD13 | Butte County, South Dakota | 0.8926544344% |
| SD14 | Campbell County, South Dakota | 0.0682419048% |
| SD15 | Charles Mix County, South Dakota | 0.8084433424% |
| SD16 | Clark County, South Dakota | 0.2550260601% |
| SD17 | Clay County, South Dakota | 0.4415194932% |
| SD18 | Codington County, South Dakota | 0.8721266365% |
| SD19 | Corson County, South Dakota | 0.3429322421% |
| SD20 | Custer County, South Dakota | 1.0868471426% |
| SD21 | Davison County, South Dakota | 0.6815458005% |
| SD22 | Day County, South Dakota | 0.3921680475% |
| SD23 | Deuel County, South Dakota | 0.4035008098% |
| SD24 | Dewey County, South Dakota | 0.3699996685% |
| SD25 | Douglas County, South Dakota | 0.2891518759% |
| SD26 | Edmunds County, South Dakota | 0.2529348056% |
| SD27 | Fall River County, South Dakota | 2.1968904590% |
| SD28 | Faulk County, South Dakota | 0.2772473959% |
| SD29 | Grant County, South Dakota | 0.6923230564% |
| SD30 | Gregory County, South Dakota | 0.5555128599% |
| SD31 | Haakon County, South Dakota | 0.1774497029% |
| SD32 | Hamlin County, South Dakota | 0.3340117176% |
| SD33 | Hand County, South Dakota | 0.2401311401% |
| SD34 | Hanson County, South Dakota | 0.1484271966% |
| SD35 | Harding County, South Dakota | 0.0620805393% |
| SD36 | Hughes County, South Dakota | 0.8137066032% |
| SD37 | Huron City, South Dakota | 0.8308959590% |
| SD38 | Hutchinson County, South Dakota | 0.5659237410% |
| SD39 | Hyde County, South Dakota | 0.0640529112% |
| SD40 | Jackson County, South Dakota | 0.1437421380% |
| SD41 | Jerauld County, South Dakota | 0.3258250234% |
| SD42 | Jones County, South Dakota | 0.0451732597% |
| SD43 | Kingsbury County, South Dakota | 0.3721763025% |
| SD44 | Lake County, South Dakota | 0.8273932428% |
| SD45 | Lawrence County, South Dakota | 2.3838237581% |
| SD46 | Lincoln County, South Dakota | 1.2611723923% |
| SD47 | Lyman County, South Dakota | 0.3239942300% |
| SD48 | Marshall County, South Dakota | 0.5625107271% |
| SD49 | McCook County, South Dakota | 0.3047773840% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| SD50 | McPherson County, South Dakota | 0.1613184030% |
| SD51 | Meade County, South Dakota | 3.2698326502% |
| SD52 | Mellette County, South Dakota | 0.1848247525% |
| SD53 | Miner County, South Dakota | 0.1616739703% |
| SD54 | Minnehaha County, South Dakota | 12.2243522517% |
| SD55 | Mitchell City, South Dakota | 1.5031732329% |
| SD56 | Moody County, South Dakota | 0.4743937985% |
| SD57 | Oglala Lakota County, South Dakota | 1.3919692864% |
| SD58 | Pennington County, South Dakota | 8.0611767283% |
| SD59 | Perkins County, South Dakota | 0.3755374403% |
| SD60 | Pierre City, South Dakota | 0.6216678331% |
| SD61 | Potter County, South Dakota | 0.1893444561% |
| SD62 | Rapid City, South Dakota | 6.9492723574% |
| SD63 | Roberts County, South Dakota | 0.9943780269% |
| SD64 | Sanborn County, South Dakota | 0.1141857404% |
| SD65 | Sioux Falls City, South Dakota | 21.6732660428% |
| SD66 | Spearfish City, South Dakota | 0.8208633410% |
| SD67 | Spink County, South Dakota | 0.7324773052% |
| SD68 | Stanley County, South Dakota | 0.1733882380% |
| SD69 | Sully County, South Dakota | 0.0632218131% |
| SD70 | Todd County, South Dakota | 1.0677859248% |
| SD71 | Tripp County, South Dakota | 0.6252580903% |
| SD72 | Turner County, South Dakota | 0.6536969906% |
| SD73 | Union County, South Dakota | 1.4531041680% |
| SD74 | Vermillion City, South Dakota | 0.5912781760% |
| SD75 | Walworth County, South Dakota | 0.5615110318% |
| SD76 | Watertown City, South Dakota | 1.6132964277% |
| SD77 | Yankton City, South Dakota | 1.2219897393% |
| SD78 | Yankton County, South Dakota | 1.4233435084% |
| SD79 | Ziebach County, South Dakota | 0.3085103004% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN1 | Alexandria Town, Tennessee | 0.0027913085% |
| TN2 | Algood City, Tennessee | 0.0032741136% |
| TN3 | Anderson County, Tennessee | 1.2063249026% |
| TN4 | Ardmore City, Tennessee | 0.0026765324% |
| TN5 | Arlington Town, Tennessee | 0.0036566309% |
| TN7 | Auburntown, Tennessee | 0.0001983981% |
| TN8 | Bartlett City, Tennessee | 0.0730561566% |
| TN9 | Baxter Town, Tennessee | 0.0004972097% |
| TN10 | Bedford County, Tennessee | 0.5272814034% |
| TN11 | Bell Buckle Town, Tennessee | 0.0002627582% |
| TN12 | Benton County, Tennessee | 0.5216608068% |
| TN13 | Bledsoe County, Tennessee | 0.1398580820% |
| TN14 | Blount County, Tennessee | 1.9196465581% |
| TN15 | Bradley County, Tennessee | 1.0430217552% |
| TN16 | Brentwood City, Tennessee | 0.0478208600% |
| TN17 | Bristol City, Tennessee | 0.5426871150% |
| TN18 | Byrdstown, Tennessee | 0.0011427364% |
| TN19 | Campbell County, Tennessee | 1.5974370559% |
| TN20 | Cannon County, Tennessee | 0.3116778190% |
| TN21 | Carroll County, Tennessee | 0.4438060785% |
| TN22 | Carter County, Tennessee | 0.8435596891% |
| TN23 | Celina City, Tennessee | 0.0277813920% |
| TN24 | Centertown, Tennessee | 0.0001321538% |
| TN26 | Chapel Hill Town, Tennessee | 0.0043601529% |
| TN27 | Chattanooga City, Tennessee | 0.4981237028% |
| TN28 | Cheatham County, Tennessee | 0.8209998781% |
| TN29 | Chester County, Tennessee | 0.1751399118% |
| TN30 | Claiborne County, Tennessee | 1.1929412357% |
| TN31 | Clarksville City, Tennessee | 0.2296815192% |
| TN32 | Clay County, Tennessee | 0.2983695250% |
| TN33 | Cleveland City, Tennessee | 0.5531282252% |
| TN34 | Clifton City, Tennessee | 0.0022427615% |
| TN36 | Cocke County, Tennessee | 0.8746257470% |
| TN37 | Coffee County, Tennessee | 0.8953551698% |
| TN39 | Collierville Town, Tennessee | 0.0617375387% |
| TN40 | Collinwood City, Tennessee | 0.0021594326% |
| TN41 | Columbia City, Tennessee | 0.0390894158% |
| TN42 | Cookeville City, Tennessee | 0.8404101920% |
| TN43 | Cornersville Town, Tennessee | 0.0025527953% |
| TN44 | Crab Orchard City, Tennessee | 0.0000241612% |
| TN45 | Crockett County, Tennessee | 0.1232062476% |
| TN46 | Crossville City, Tennessee | 0.0619543195% |
| TN47 | Cumberland County, Tennessee | 0.8164884351% |
| TN48 | Dandridge Town, Tennessee | 0.0109089663% |
| TN49 | De Kalb County, Tennessee | 0.4242612240% |
| TN50 | Decatur County, Tennessee | 0.3607195939% |
| TN51 | Decatur Town, Tennessee | 0.0050599481% |
| TN53 | Dickson County, Tennessee | 0.8341347308% |
| TN54 | Dowelltown, Tennessee | 0.0007434696% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN55 | Doyle Town, Tennessee | 0.0001218109% |
| TN56 | Dyer County, Tennessee | 0.4019088559% |
| TN58 | Eagleville City, Tennessee | 0.0010231029% |
| TN61 | Elkton City, Tennessee | 0.0004852756% |
| TN62 | Ethridge Town, Tennessee | 0.0005864009% |
| TN64 | Fayette County, Tennessee | 0.3157083831% |
| TN65 | Fayetteville City, Tennessee | 0.0647238955% |
| TN66 | Fentress County, Tennessee | 0.5526714656% |
| TN67 | Franklin City, Tennessee | 0.1089989646% |
| TN68 | Franklin County, Tennessee | 0.6323371108% |
| TN69 | Gallatin City, Tennessee | 0.0760079674% |
| TN70 | Gatlinburg City, Tennessee | 0.0507819668% |
| TN71 | Germantown City, Tennessee | 0.0687501047% |
| TN72 | Gibson County, Tennessee | 0.4940695219% |
| TN73 | Giles County, Tennessee | 0.4000334952% |
| TN75 | Grainger County, Tennessee | 0.4671260668% |
| TN76 | Greene County, Tennessee | 1.2127967101% |
| TN78 | Grundy County, Tennessee | 0.3896858892% |
| TN79 | Hamblen County, Tennessee | 2.2614488604% |
| TN80 | Hamilton County, Tennessee | 4.2055530346% |
| TN81 | Hancock County, Tennessee | 0.2089065376% |
| TN82 | Hardeman County, Tennessee | 0.2150658408% |
| TN83 | Hardin County, Tennessee | 0.5683946644% |
| TN84 | Hartsville/Trousdale County, Tennessee | 0.1139641522% |
| TN85 | Hawkins County, Tennessee | 1.0968095083% |
| TN86 | Haywood County, Tennessee | 0.1104263592% |
| TN87 | Henderson County, Tennessee | 0.2498867656% |
| TN88 | Hendersonville City, Tennessee | 0.1137407554% |
| TN89 | Henry County, Tennessee | 0.6661685991% |
| TN90 | Hickman County, Tennessee | 0.2804089244% |
| TN91 | Houston County, Tennessee | 0.1198735525% |
| TN92 | Humphreys County, Tennessee | 0.2441608982% |
| TN93 | Jackson City, Tennessee | 0.0431370644% |
| TN94 | Jackson County, Tennessee | 0.2780985367% |
| TN95 | Jefferson County, Tennessee | 0.8912247367% |
| TN96 | Johnson City, Tennessee | 1.0682855260% |
| TN97 | Johnson County, Tennessee | 0.2282065978% |
| TN98 | Kingsport City, Tennessee | 0.9871149359% |
| TN99 | Knox County, Tennessee | 9.1809198144% |
| TN100 | Knoxville City, Tennessee | 1.5417816888% |
| TN101 | La Vergne City, Tennessee | 0.0518950147% |
| TN102 | Lake County, Tennessee | 0.0671464632% |
| TN104 | Lauderdale County, Tennessee | 0.2733775153% |
| TN105 | Lawrence County, Tennessee | 0.6461910207% |
| TN106 | Lawrenceburg City, Tennessee | 0.0465511203% |
| TN107 | Lebanon City, Tennessee | 0.1110258247% |
| TN108 | Lewis County, Tennessee | 0.1528225920% |
| TN109 | Lewisburg City, Tennessee | 0.0396496875% |
| TN110 | Lexington City, Tennessee | 0.0796867496% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT  Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

## Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN111 | Liberty Town, Tennessee | 0.0003647628% |
| TN112 | Lincoln County, Tennessee | 0.3409251715% |
| TN113 | Livingston Town, Tennessee | 0.0198677435% |
| TN114 | Loretto City, Tennessee | 0.0047940075% |
| TN115 | Loudon County, Tennessee | 0.8992482296% |
| TN116 | Lynchburg, Moore County Metropolitan Government, Tennessee | 0.0579106070% |
| TN117 | Lynnville Town, Tennessee | 0.0003845691% |
| TN118 | Macon County, Tennessee | 0.3091017000% |
| TN119 | Madison County, Tennessee | 0.8907256845% |
| TN121 | Marion County, Tennessee | 0.3637161259% |
| TN122 | Marshall County, Tennessee | 0.4953711694% |
| TN124 | Maryville City, Tennessee | 0.3223901040% |
| TN125 | Maury County, Tennessee | 1.0724162522% |
| TN126 | McMinn County, Tennessee | 0.9297273747% |
| TN127 | McMinnville City, Tennessee | 0.0355475192% |
| TN128 | McNairy County, Tennessee | 0.4269884656% |
| TN129 | Meigs County, Tennessee | 0.2016450737% |
| TN130 | Memphis City, Tennessee | 4.9079216307% |
| TN131 | Millington City, Tennessee | 0.0212200583% |
| TN132 | Minor Hill City, Tennessee | 0.0008698448% |
| TN133 | Monroe County, Tennessee | 0.7506735593% |
| TN134 | Monterey Town, Tennessee | 0.0029942290% |
| TN135 | Montgomery County, Tennessee | 1.6758545682% |
| TN136 | Morgan County, Tennessee | 0.5132562715% |
| TN137 | Morrison Town, Tennessee | 0.0004337290% |
| TN138 | Morristown City, Tennessee | 0.3919462797% |
| TN139 | Mount Juliet City, Tennessee | 0.0577622481% |
| TN140 | Mount Pleasant City, Tennessee | 0.0048377656% |
| TN141 | Murfreesboro City, Tennessee | 0.7283549414% |
| TN142 | Nashville-Davidson Metropolitan Government, Tennessee | 8.9810236006% |
| TN144 | Normandy Town, Tennessee | 0.0000797277% |
| TN145 | Oak Ridge City, Tennessee | 0.9598050011% |
| TN146 | Obion County, Tennessee | 0.3198033491% |
| TN147 | Overton County, Tennessee | 0.5262993368% |
| TN149 | Perry County, Tennessee | 0.0857864664% |
| TN150 | Petersburg Town, Tennessee | 0.0005822973% |
| TN151 | Pickett County, Tennessee | 0.1459705284% |
| TN152 | Pigeon Forge City, Tennessee | 0.0877322588% |
| TN153 | Pleasant Hill Town, Tennessee | 0.0001178801% |
| TN154 | Polk County, Tennessee | 0.3220131560% |
| TN156 | Pulaski City, Tennessee | 0.0561230557% |
| TN157 | Putnam County, Tennessee | 0.3863240500% |
| TN159 | Rhea County, Tennessee | 0.5404420504% |
| TN160 | Ripley City, Tennessee | 0.0190759934% |
| TN161 | Roane County, Tennessee | 1.6361535854% |
| TN162 | Robertson County, Tennessee | 0.9333043197% |
| TN163 | Rutherford County, Tennessee | 2.5746747125% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TN164 | Scott County, Tennessee | 0.5189341096% |
| TN165 | Sequatchie County, Tennessee | 0.2433974548% |
| TN166 | Sevier County, Tennessee | 1.4412782095% |
| TN168 | Shelby County, Tennessee | 3.5255489082% |
| TN169 | Shelbyville City, Tennessee | 0.0482670674% |
| TN170 | Smith County, Tennessee | 0.5711842980% |
| TN171 | Smithville City, Tennessee | 0.0196818237% |
| TN172 | Smyrna Town, Tennessee | 0.1314691656% |
| TN174 | Sparta City, Tennessee | 0.0168519913% |
| TN175 | Spencer Town, Tennessee | 0.0007743306% |
| TN176 | Spring Hill City, Tennessee | 0.0244598773% |
| TN178 | St. Joseph City, Tennessee | 0.0011625009% |
| TN179 | Stewart County, Tennessee | 0.1459273147% |
| TN180 | Sullivan County, Tennessee | 1.4573397906% |
| TN181 | Sumner County, Tennessee | 1.7449087187% |
| TN182 | Tipton County, Tennessee | 0.6312749815% |
| TN184 | Unicoi County, Tennessee | 0.3464527663% |
| TN186 | Union County, Tennessee | 0.5606745148% |
| TN187 | Van Buren County, Tennessee | 0.0471429229% |
| TN188 | Viola Town, Tennessee | 0.0000607170% |
| TN189 | Warren County, Tennessee | 0.5357371504% |
| TN190 | Wartrace Town, Tennessee | 0.0003753988% |
| TN191 | Washington County, Tennessee | 1.1061046159% |
| TN192 | Wayne County, Tennessee | 0.2247756248% |
| TN193 | Waynesboro City, Tennessee | 0.0036939405% |
| TN194 | Weakley County, Tennessee | 0.3874777573% |
| TN195 | White County, Tennessee | 0.3992656969% |
| TN197 | Williamson County, Tennessee | 1.6843304984% |
| TN198 | Wilson County, Tennessee | 1.4019072760% |
| TN199 | Woodbury Town, Tennessee | 0.0086691778% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1 | Abbott City, Texas | 0.0004586670% |
| TX2 | Abernathy City, Texas | 0.0000733330% |
| TX3 | Abilene City, Texas | 0.3758786670% |
| TX4 | Ackerly City, Texas | 0.0000140000% |
| TX5 | Addison Town, Texas | 0.0387293330% |
| TX6 | Adrian City, Texas | 0.0001206670% |
| TX7 | Agua Dulce City, Texas | 0.0000286670% |
| TX8 | Alamo City, Texas | 0.0147473330% |
| TX9 | Alamo Heights City, Texas | 0.0187986670% |
| TX10 | Alba Town, Texas | 0.0021306670% |
| TX11 | Albany City, Texas | 0.0001200000% |
| TX12 | Aledo City, Texas | 0.0002206670% |
| TX13 | Alice City, Texas | 0.0475273330% |
| TX14 | Allen City, Texas | 0.2100540000% |
| TX15 | Alma Town, Texas | 0.0007380000% |
| TX16 | Alpine City, Texas | 0.0197906670% |
| TX17 | Alto Town, Texas | 0.0025113330% |
| TX18 | Alton City, Texas | 0.0076933330% |
| TX19 | Alvarado City, Texas | 0.0193526670% |
| TX20 | Alvin City, Texas | 0.0759746670% |
| TX21 | Alvord Town, Texas | 0.0002386670% |
| TX22 | Amarillo City, Texas | 0.6584406670% |
| TX23 | Ames City, Texas | 0.0037140000% |
| TX24 | Amherst City, Texas | 0.0000146670% |
| TX25 | Anahuac City, Texas | 0.0003613330% |
| TX26 | Anderson City, Texas | 0.0000126670% |
| TX27 | Anderson County, Texas | 0.1791753330% |
| TX28 | Andrews City, Texas | 0.0126553330% |
| TX29 | Andrews County, Texas | 0.0250706670% |
| TX30 | Angelina County, Texas | 0.1533040000% |
| TX31 | Angleton City, Texas | 0.0418606670% |
| TX32 | Angus City, Texas | 0.0002206670% |
| TX33 | Anna City, Texas | 0.0060500000% |
| TX34 | Annetta North Town, Texas | 0.0000226670% |
| TX35 | Annetta South Town, Texas | 0.0004013330% |
| TX36 | Annetta Town, Texas | 0.0039706670% |
| TX37 | Annona Town, Texas | 0.0004920000% |
| TX38 | Anson City, Texas | 0.0034226670% |
| TX39 | Anthony Town, Texas | 0.0030093330% |
| TX40 | Anton City, Texas | 0.0002960000% |
| TX41 | Appleby City, Texas | 0.0010340000% |
| TX42 | Aquilla City, Texas | 0.0001386670% |
| TX43 | Aransas County, Texas | 0.1776746670% |
| TX44 | Aransas Pass City, Texas | 0.0385420000% |
| TX45 | Archer City, Texas | 0.0070360000% |
| TX46 | Archer County, Texas | 0.0303560000% |
| TX47 | Arcola City, Texas | 0.0048600000% |
| TX48 | Argyle City, Texas | 0.0076040000% |
| TX49 | Arlington City, Texas | 0.4905353330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX50 | Armstrong County, Texas | 0.0006493330% |
| TX51 | Arp City, Texas | 0.0013393330% |
| TX52 | Asherton City, Texas | 0.0000746670% |
| TX53 | Aspermont Town, Texas | 0.0000060000% |
| TX54 | Atascosa County, Texas | 0.1179353330% |
| TX55 | Athens City, Texas | 0.0706280000% |
| TX56 | Atlanta City, Texas | 0.0206633330% |
| TX57 | Aubrey City, Texas | 0.0100940000% |
| TX58 | Aurora City, Texas | 0.0012326670% |
| TX59 | Austin City, Texas | 3.2518106670% |
| TX60 | Austin County, Texas | 0.0506866670% |
| TX61 | Austwell City, Texas | 0.0000726670% |
| TX62 | Avery Town, Texas | 0.0000920000% |
| TX63 | Avinger Town, Texas | 0.0007433330% |
| TX64 | Azle City, Texas | 0.0214753330% |
| TX65 | Bailey City, Texas | 0.0006333330% |
| TX66 | Bailey County, Texas | 0.0102513330% |
| TX67 | Bailey's Prairie Village, Texas | 0.0037360000% |
| TX68 | Baird City, Texas | 0.0018680000% |
| TX69 | Balch Springs City, Texas | 0.0182386670% |
| TX70 | Balcones Heights City, Texas | 0.0158740000% |
| TX71 | Ballinger City, Texas | 0.0061146670% |
| TX72 | Balmorhea City, Texas | 0.0000420000% |
| TX73 | Bandera City, Texas | 0.0019286670% |
| TX74 | Bandera County, Texas | 0.0578766670% |
| TX75 | Bangs City, Texas | 0.0020333330% |
| TX76 | Bardwell City, Texas | 0.0002413330% |
| TX77 | Barry City, Texas | 0.0001333330% |
| TX78 | Barstow City, Texas | 0.0000406670% |
| TX79 | Bartlett City, Texas | 0.0022493330% |
| TX80 | Bartonville Town, Texas | 0.0059246670% |
| TX81 | Bastrop City, Texas | 0.0308800000% |
| TX82 | Bastrop County, Texas | 0.2293066670% |
| TX83 | Bay City, Texas | 0.0386080000% |
| TX84 | Baylor County, Texas | 0.0198880000% |
| TX85 | Bayou Vista City, Texas | 0.0041600000% |
| TX86 | Bayside Town, Texas | 0.0001613330% |
| TX87 | Baytown City, Texas | 0.1440440000% |
| TX88 | Bayview Town, Texas | 0.0000273330% |
| TX89 | Beach City, Texas | 0.0083366670% |
| TX90 | Bear Creek Village, Texas | 0.0006040000% |
| TX91 | Beasley City, Texas | 0.0000866670% |
| TX92 | Beaumont City, Texas | 0.4553400000% |
| TX93 | Beckville City, Texas | 0.0008313330% |
| TX94 | Bedford City, Texas | 0.0628760000% |
| TX95 | Bedias City, Texas | 0.0023166670% |
| TX96 | Bee Cave City, Texas | 0.0085753330% |
| TX97 | Bee County, Texas | 0.0652293330% |
| TX98 | Beeville City, Texas | 0.0160180000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX99 | Bell County, Texas | 0.4338320000% |
| TX100 | Bellaire City, Texas | 0.0275093330% |
| TX101 | Bellevue City, Texas | 0.0000373330% |
| TX102 | Bellmead City, Texas | 0.0096580000% |
| TX103 | Bells Town, Texas | 0.0012606670% |
| TX104 | Bellville City, Texas | 0.0049920000% |
| TX105 | Belton City, Texas | 0.0484533330% |
| TX106 | Benavides City, Texas | 0.0001013330% |
| TX107 | Benbrook City, Texas | 0.0292793330% |
| TX108 | Benjamin City, Texas | 0.0006340000% |
| TX109 | Berryville Town, Texas | 0.0095860000% |
| TX110 | Bertram City, Texas | 0.0001213330% |
| TX111 | Beverly Hills City, Texas | 0.0028906670% |
| TX112 | Bevil Oaks City, Texas | 0.0003660000% |
| TX113 | Bexar County, Texas | 4.6714346670% |
| TX114 | Big Lake City, Texas | 0.0003646670% |
| TX115 | Big Sandy Town, Texas | 0.0030526670% |
| TX116 | Big Spring City, Texas | 0.1266186670% |
| TX117 | Big Wells City, Texas | 0.0001573330% |
| TX118 | Bishop City, Texas | 0.0054753330% |
| TX119 | Bishop Hills Town, Texas | 0.0002153330% |
| TX120 | Blackwell City, Texas | 0.0000206670% |
| TX121 | Blanco City, Texas | 0.0041273330% |
| TX122 | Blanco County, Texas | 0.0328153330% |
| TX123 | Blanket Town, Texas | 0.0000980000% |
| TX124 | Bloomburg Town, Texas | 0.0006733330% |
| TX125 | Blooming Grove Town, Texas | 0.0002346670% |
| TX126 | Blossom City, Texas | 0.0001320000% |
| TX127 | Blue Mound City, Texas | 0.0019253330% |
| TX128 | Blue Ridge City, Texas | 0.0008966670% |
| TX129 | Blum Town, Texas | 0.0010813330% |
| TX130 | Boerne City, Texas | 0.0303840000% |
| TX131 | Bogata City, Texas | 0.0024326670% |
| TX132 | Bonham City, Texas | 0.0672726670% |
| TX133 | Bonney Village, Texas | 0.0016733330% |
| TX134 | Booker Town, Texas | 0.0006906670% |
| TX135 | Borden County, Texas | 0.0006666670% |
| TX136 | Borger City, Texas | 0.0464533330% |
| TX137 | Bosque County, Texas | 0.0473820000% |
| TX138 | Bovina City, Texas | 0.0001153330% |
| TX139 | Bowie City, Texas | 0.0557466670% |
| TX140 | Bowie County, Texas | 0.1554600000% |
| TX141 | Boyd Town, Texas | 0.0046353330% |
| TX142 | Brackettville City, Texas | 0.0000053330% |
| TX143 | Brady City, Texas | 0.0183200000% |
| TX144 | Brazoria City, Texas | 0.0076913330% |
| TX145 | Brazoria County, Texas | 0.6807266670% |
| TX146 | Brazos Bend City, Texas | 0.0003080000% |
| TX147 | Brazos Country City, Texas | 0.0006013330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX148 | Brazos County, Texas | 0.2280580000% |
| TX149 | Breckenridge City, Texas | 0.0159840000% |
| TX150 | Bremond City, Texas | 0.0037026670% |
| TX151 | Brenham City, Texas | 0.0365000000% |
| TX152 | Brewster County, Texas | 0.0400580000% |
| TX153 | Briarcliff Village, Texas | 0.0003813330% |
| TX154 | Briaroaks City, Texas | 0.0000380000% |
| TX155 | Bridge City, Texas | 0.0538373330% |
| TX156 | Bridgeport City, Texas | 0.0222006670% |
| TX157 | Briscoe County, Texas | 0.0006513330% |
| TX158 | Broaddus Town, Texas | 0.0000206670% |
| TX159 | Bronte Town, Texas | 0.0000660000% |
| TX160 | Brooks County, Texas | 0.0138066670% |
| TX161 | Brookshire City, Texas | 0.0042706670% |
| TX162 | Brookside Village City, Texas | 0.0007400000% |
| TX163 | Brown County, Texas | 0.1289446670% |
| TX164 | Browndell City, Texas | 0.0001013330% |
| TX165 | Brownfield City, Texas | 0.0096346670% |
| TX166 | Brownsboro City, Texas | 0.0021173330% |
| TX167 | Brownsville City, Texas | 0.2833713330% |
| TX168 | Brownwood City, Texas | 0.1110480000% |
| TX169 | Bruceville-Eddy City, Texas | 0.0011280000% |
| TX170 | Bryan City, Texas | 0.1645980000% |
| TX171 | Bryson City, Texas | 0.0008186670% |
| TX172 | Buckholts Town, Texas | 0.0007420000% |
| TX173 | Buda City, Texas | 0.0071893330% |
| TX174 | Buffalo City, Texas | 0.0079106670% |
| TX175 | Buffalo Gap Town, Texas | 0.0000586670% |
| TX176 | Buffalo Springs Village, Texas | 0.0001253330% |
| TX177 | Bullard Town, Texas | 0.0049913330% |
| TX178 | Bulverde City, Texas | 0.0096240000% |
| TX179 | Bunker Hill Village City, Texas | 0.0003146670% |
| TX180 | Burkburnett City, Texas | 0.0252293330% |
| TX181 | Burke City, Texas | 0.0007426670% |
| TX182 | Burleson City, Texas | 0.1011860000% |
| TX183 | Burleson County, Texas | 0.0468293330% |
| TX184 | Burnet City, Texas | 0.0222300000% |
| TX185 | Burnet County, Texas | 0.1265526670% |
| TX186 | Burton City, Texas | 0.0006246670% |
| TX187 | Byers City, Texas | 0.0000513330% |
| TX188 | Bynum Town, Texas | 0.0002533330% |
| TX189 | Cactus City, Texas | 0.0031860000% |
| TX190 | Caddo Mills City, Texas | 0.0000286670% |
| TX191 | Caldwell City, Texas | 0.0121633330% |
| TX192 | Caldwell County, Texas | 0.0576086670% |
| TX193 | Calhoun County, Texas | 0.0852840000% |
| TX194 | Callahan County, Texas | 0.0085960000% |
| TX195 | Callisburg City, Texas | 0.0000673330% |
| TX196 | Calvert City, Texas | 0.0005146670% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX197 | Cameron City, Texas | 0.0073940000% |
| TX198 | Cameron County, Texas | 0.3580173330% |
| TX199 | Camp County, Texas | 0.0192340000% |
| TX200 | Camp Wood City, Texas | 0.0002813330% |
| TX201 | Campbell City, Texas | 0.0007440000% |
| TX202 | Canadian City, Texas | 0.0007266670% |
| TX203 | Caney City Town, Texas | 0.0013366670% |
| TX204 | Canton City, Texas | 0.0378226670% |
| TX205 | Canyon City, Texas | 0.0175006670% |
| TX206 | Carbon Town, Texas | 0.0004133330% |
| TX207 | Carl's Corner Town, Texas | 0.0000320000% |
| TX208 | Carmine City, Texas | 0.0002566670% |
| TX209 | Carrizo Springs City, Texas | 0.0011140000% |
| TX210 | Carrollton City, Texas | 0.2068366670% |
| TX211 | Carson County, Texas | 0.0196620000% |
| TX212 | Carthage City, Texas | 0.0126180000% |
| TX213 | Cashion Community City, Texas | 0.0002146670% |
| TX214 | Cass County, Texas | 0.0621033330% |
| TX215 | Castle Hills City, Texas | 0.0085200000% |
| TX216 | Castro County, Texas | 0.0029466670% |
| TX217 | Castroville City, Texas | 0.0030166670% |
| TX218 | Cedar Hill City, Texas | 0.0467513330% |
| TX219 | Cedar Park City, Texas | 0.1237113330% |
| TX220 | Celeste City, Texas | 0.0008533330% |
| TX221 | Celina City, Texas | 0.0121886670% |
| TX222 | Center City, Texas | 0.0392253330% |
| TX223 | Centerville City, Texas | 0.0002566670% |
| TX224 | Chambers County, Texas | 0.1021253330% |
| TX225 | Chandler City, Texas | 0.0115760000% |
| TX226 | Channing City, Texas | 0.0000013330% |
| TX227 | Charlotte City, Texas | 0.0028380000% |
| TX228 | Cherokee County, Texas | 0.1044080000% |
| TX229 | Chester Town, Texas | 0.0007826670% |
| TX230 | Chico City, Texas | 0.0019520000% |
| TX231 | Childress City, Texas | 0.0252773330% |
| TX232 | Childress County, Texas | 0.0337213330% |
| TX233 | Chillicothe City, Texas | 0.0001146670% |
| TX234 | China City, Texas | 0.0003480000% |
| TX235 | China Grove Town, Texas | 0.0003986670% |
| TX236 | Chireno City, Texas | 0.0010453330% |
| TX237 | Christine Town, Texas | 0.0002360000% |
| TX238 | Cibolo City, Texas | 0.0091266670% |
| TX239 | Cisco City, Texas | 0.0048120000% |
| TX240 | Clarendon City, Texas | 0.0000760000% |
| TX241 | Clarksville City, Texas | 0.0139273330% |
| TX242 | Clarksville City, Texas | 0.0000360000% |
| TX243 | Claude City, Texas | 0.0000173330% |
| TX244 | Clay County, Texas | 0.0480333330% |
| TX245 | Clear Lake Shores City, Texas | 0.0044546670% |

Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution. 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX246 | Cleburne City, Texas | 0.1521226670% |
| TX247 | Cleveland City, Texas | 0.0645980000% |
| TX248 | Clifton City, Texas | 0.0066260000% |
| TX249 | Clint Town, Texas | 0.0002500000% |
| TX250 | Clute City, Texas | 0.0342333330% |
| TX251 | Clyde City, Texas | 0.0115246670% |
| TX252 | Coahoma Town, Texas | 0.0015273330% |
| TX253 | Cochran County, Texas | 0.0022593330% |
| TX254 | Cockrell Hill City, Texas | 0.0003413330% |
| TX255 | Coffee City Town, Texas | 0.0007246670% |
| TX256 | Coke County, Texas | 0.0036813330% |
| TX257 | Coldspring City, Texas | 0.0002980000% |
| TX258 | Coleman City, Texas | 0.0036280000% |
| TX259 | Coleman County, Texas | 0.0027760000% |
| TX260 | College Station City, Texas | 0.1720980000% |
| TX261 | Colleyville City, Texas | 0.0306993330% |
| TX262 | Collin County, Texas | 0.8444806670% |
| TX263 | Collingsworth County, Texas | 0.0128226670% |
| TX264 | Collinsville Town, Texas | 0.0012206670% |
| TX265 | Colmesneil City, Texas | 0.0014740000% |
| TX266 | Colorado City, Texas | 0.0056033330% |
| TX267 | Colorado County, Texas | 0.0327226670% |
| TX268 | Columbus City, Texas | 0.0045780000% |
| TX269 | Comal County, Texas | 0.2640946670% |
| TX270 | Comanche City, Texas | 0.0110020000% |
| TX271 | Comanche County, Texas | 0.0339760000% |
| TX272 | Combes Town, Texas | 0.0011400000% |
| TX273 | Combine City, Texas | 0.0012613330% |
| TX274 | Commerce City, Texas | 0.0225793330% |
| TX275 | Como Town, Texas | 0.0002766670% |
| TX276 | Concho County, Texas | 0.0025726670% |
| TX277 | Conroe City, Texas | 0.3111140000% |
| TX278 | Converse City, Texas | 0.0184620000% |
| TX279 | Cooke County, Texas | 0.1336340000% |
| TX280 | Cool City, Texas | 0.0004873330% |
| TX281 | Coolidge Town, Texas | 0.0001620000% |
| TX282 | Cooper City, Texas | 0.0002413330% |
| TX283 | Coppell City, Texas | 0.0577286670% |
| TX284 | Copper Canyon Town, Texas | 0.0003260000% |
| TX285 | Copperas Cove City, Texas | 0.0889946670% |
| TX286 | Corinth City, Texas | 0.0501986670% |
| TX287 | Corpus Christi City, Texas | 1.2084713330% |
| TX288 | Corral City Town, Texas | 0.0000953330% |
| TX289 | Corrigan Town, Texas | 0.0142120000% |
| TX290 | Corsicana City, Texas | 0.0582066670% |
| TX291 | Coryell County, Texas | 0.0824393330% |
| TX292 | Cottle County, Texas | 0.0005833330% |
| TX293 | Cottonwood City, Texas | 0.0001926670% |
| TX294 | Cottonwood Shores City, Texas | 0.0008020000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX295 | Cotulla City, Texas | 0.0008340000% |
| TX296 | Coupland City, Texas | 0.0001773330% |
| TX297 | Cove City, Texas | 0.0002580000% |
| TX298 | Covington City, Texas | 0.0003460000% |
| TX299 | Coyote Flats City, Texas | 0.0009813330% |
| TX300 | Crandall City, Texas | 0.0080626670% |
| TX301 | Crane City, Texas | 0.0070660000% |
| TX302 | Crane County, Texas | 0.0174306670% |
| TX303 | Cranfills Gap City, Texas | 0.0000853330% |
| TX304 | Crawford Town, Texas | 0.0002553330% |
| TX305 | Creedmoor City, Texas | 0.0000106670% |
| TX306 | Cresson City, Texas | 0.0007240000% |
| TX307 | Crockett City, Texas | 0.0156020000% |
| TX308 | Crockett County, Texas | 0.0121400000% |
| TX309 | Crosby County, Texas | 0.0122586670% |
| TX310 | Crosbyton City, Texas | 0.0009986670% |
| TX311 | Cross Plains Town, Texas | 0.0032513330% |
| TX312 | Cross Roads Town, Texas | 0.0001626670% |
| TX313 | Cross Timber Town, Texas | 0.0003613330% |
| TX314 | Crowell City, Texas | 0.0042233330% |
| TX315 | Crowley City, Texas | 0.0148966670% |
| TX316 | Crystal City, Texas | 0.0129413330% |
| TX317 | Cuero City, Texas | 0.0164593330% |
| TX318 | Culberson County, Texas | 0.0005260000% |
| TX319 | Cumby City, Texas | 0.0035466670% |
| TX320 | Cuney Town, Texas | 0.0004040000% |
| TX321 | Cushing City, Texas | 0.0007466670% |
| TX322 | Cut and Shoot City, Texas | 0.0014273330% |
| TX323 | Daingerfield City, Texas | 0.0083173330% |
| TX324 | Daisetta City, Texas | 0.0035800000% |
| TX325 | Dalhart City, Texas | 0.0077393330% |
| TX326 | Dallam County, Texas | 0.0144573330% |
| TX327 | Dallas City, Texas | 1.9999346670% |
| TX328 | Dallas County, Texas | 5.6921940000% |
| TX329 | Dalworthington Gardens City, Texas | 0.0040400000% |
| TX330 | Danbury City, Texas | 0.0028206670% |
| TX331 | Darrouzett Town, Texas | 0.0000673330% |
| TX332 | Dawson County, Texas | 0.0312740000% |
| TX333 | Dawson Town, Texas | 0.0004000000% |
| TX334 | Dayton City, Texas | 0.0314146670% |
| TX335 | Dayton Lakes City, Texas | 0.0000253330% |
| TX336 | De Kalb City, Texas | 0.0006900000% |
| TX337 | De Leon City, Texas | 0.0054786670% |
| TX338 | De Witt County, Texas | 0.0459300000% |
| TX339 | Deaf Smith County, Texas | 0.0230213330% |
| TX340 | Dean City, Texas | 0.0000940000% |
| TX341 | Decatur City, Texas | 0.0377793330% |
| TX342 | Decordova City, Texas | 0.0091853330% |
| TX343 | Deer Park City, Texas | 0.0329253330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX344 | Del Rio City, Texas | 0.0393706670% |
| TX345 | Dell City, Texas | 0.0000100000% |
| TX346 | Delta County, Texas | 0.0203893330% |
| TX347 | Denison City, Texas | 0.1402840000% |
| TX348 | Denton City, Texas | 0.3055560000% |
| TX349 | Denton County, Texas | 0.7548653330% |
| TX350 | Denver City Town, Texas | 0.0014026670% |
| TX351 | Deport City, Texas | 0.0000280000% |
| TX352 | Desoto City, Texas | 0.0482666670% |
| TX353 | Detroit Town, Texas | 0.0006433330% |
| TX354 | Devers City, Texas | 0.0001273330% |
| TX355 | Devine City, Texas | 0.0029026670% |
| TX356 | Diboll City, Texas | 0.0170200000% |
| TX357 | Dickens City, Texas | 0.0000473330% |
| TX358 | Dickens County, Texas | 0.0012486670% |
| TX359 | Dickinson City, Texas | 0.0557886670% |
| TX360 | Dilley City, Texas | 0.0017553330% |
| TX361 | Dimmit County, Texas | 0.0221960000% |
| TX362 | Dimmitt City, Texas | 0.0006746670% |
| TX363 | Dish Town, Texas | 0.0000126670% |
| TX364 | Dodd City Town, Texas | 0.0008073330% |
| TX365 | Dodson Town, Texas | 0.0002980000% |
| TX366 | Domino Town, Texas | 0.0001306670% |
| TX367 | Donley County, Texas | 0.0149133330% |
| TX368 | Donna City, Texas | 0.0091986670% |
| TX369 | Dorchester City, Texas | 0.0001540000% |
| TX370 | Double Oak Town, Texas | 0.0031766670% |
| TX371 | Douglassville Town, Texas | 0.0003826670% |
| TX372 | Dripping Springs City, Texas | 0.0005406670% |
| TX373 | Driscoll City, Texas | 0.0000260000% |
| TX374 | Dublin City, Texas | 0.0096520000% |
| TX375 | Dumas City, Texas | 0.0174860000% |
| TX376 | Duncanville City, Texas | 0.0388853330% |
| TX377 | Duval County, Texas | 0.0327393330% |
| TX378 | Eagle Lake City, Texas | 0.0032546670% |
| TX379 | Eagle Pass City, Texas | 0.0373366670% |
| TX380 | Early City, Texas | 0.0098920000% |
| TX381 | Earth City, Texas | 0.0001613330% |
| TX382 | East Bernard City, Texas | 0.0037026670% |
| TX383 | East Mountain City, Texas | 0.0016626670% |
| TX384 | East Tawakoni City, Texas | 0.0018153330% |
| TX385 | Eastland City, Texas | 0.0105973330% |
| TX386 | Eastland County, Texas | 0.0348500000% |
| TX387 | Easton City, Texas | 0.0002193330% |
| TX388 | Ector City, Texas | 0.0007386670% |
| TX389 | Ector County, Texas | 0.3200000000% |
| TX390 | Edcouch City, Texas | 0.0027340000% |
| TX391 | Eden City, Texas | 0.0003313330% |
| TX392 | Edgecliff Village Town, Texas | 0.0014880000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX393 | Edgewood Town, Texas | 0.0087693330% |
| TX394 | Edinburg City, Texas | 0.0805893330% |
| TX395 | Edmonson Town, Texas | 0.0000906670% |
| TX396 | Edna City, Texas | 0.0121293330% |
| TX397 | Edom City, Texas | 0.0014326670% |
| TX398 | Edwards County, Texas | 0.0006500000% |
| TX399 | El Campo City, Texas | 0.0211333330% |
| TX400 | El Cenizo City, Texas | 0.0004140000% |
| TX401 | El Lago City, Texas | 0.0037360000% |
| TX402 | El Paso City, Texas | 0.8162473330% |
| TX403 | El Paso County, Texas | 1.7280806670% |
| TX404 | Eldorado City, Texas | 0.0000333330% |
| TX405 | Electra City, Texas | 0.0104773330% |
| TX406 | Elgin City, Texas | 0.0175226670% |
| TX407 | Elkhart Town, Texas | 0.0002006670% |
| TX408 | Ellis County, Texas | 0.2102480000% |
| TX409 | Elmendorf City, Texas | 0.0004973330% |
| TX410 | Elsa City, Texas | 0.0051466670% |
| TX411 | Emhouse Town, Texas | 0.0000553330% |
| TX412 | Emory City, Texas | 0.0025853330% |
| TX413 | Enchanted Oaks Town, Texas | 0.0008660000% |
| TX414 | Encinal City, Texas | 0.0010100000% |
| TX415 | Ennis City, Texas | 0.0545593330% |
| TX416 | Erath County, Texas | 0.0684106670% |
| TX417 | Escobares City, Texas | 0.0000266670% |
| TX418 | Estelline Town, Texas | 0.0006060000% |
| TX419 | Euless City, Texas | 0.0618826670% |
| TX420 | Eureka City, Texas | 0.0002226670% |
| TX421 | Eustace City, Texas | 0.0013926670% |
| TX422 | Evant Town, Texas | 0.0013786670% |
| TX423 | Everman City, Texas | 0.0051280000% |
| TX424 | Fair Oaks Ranch City, Texas | 0.0053846670% |
| TX425 | Fairchilds Village, Texas | 0.0000540000% |
| TX426 | Fairfield City, Texas | 0.0008300000% |
| TX427 | Fairview Town, Texas | 0.0214966670% |
| TX428 | Falfurrias City, Texas | 0.0014806670% |
| TX429 | Falls City, Texas | 0.0000273330% |
| TX430 | Falls County, Texas | 0.0230146670% |
| TX431 | Fannin County, Texas | 0.0877686670% |
| TX432 | Farmers Branch City, Texas | 0.0630213330% |
| TX433 | Farmersville City, Texas | 0.0070213330% |
| TX434 | Farwell City, Texas | 0.0002286670% |
| TX435 | Fate City, Texas | 0.0023153330% |
| TX436 | Fayette County, Texas | 0.0616266670% |
| TX437 | Fayetteville City, Texas | 0.0002606670% |
| TX438 | Ferris City, Texas | 0.0092486670% |
| TX439 | Fisher County, Texas | 0.0036786670% |
| TX440 | Flatonia Town, Texas | 0.0037740000% |
| TX441 | Florence City, Texas | 0.0026326670% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX442 | Floresville City, Texas | 0.0144660000% |
| TX443 | Flower Mound Town, Texas | 0.1435040000% |
| TX444 | Floyd County, Texas | 0.0060326670% |
| TX445 | Floydada City, Texas | 0.0042380000% |
| TX446 | Foard County, Texas | 0.0038426670% |
| TX447 | Follett City, Texas | 0.0001413330% |
| TX448 | Forest Hill City, Texas | 0.0174213330% |
| TX449 | Forney City, Texas | 0.0534080000% |
| TX450 | Forsan City, Texas | 0.0003840000% |
| TX451 | Fort Bend County, Texas | 1.0044793330% |
| TX452 | Fort Stockton City, Texas | 0.0029406670% |
| TX453 | Fort Worth City, Texas | 1.4138600000% |
| TX454 | Franklin City, Texas | 0.0026206670% |
| TX455 | Franklin County, Texas | 0.0171886670% |
| TX456 | Frankston Town, Texas | 0.0001826670% |
| TX457 | Fredericksburg City, Texas | 0.0376573330% |
| TX458 | Freeport City, Texas | 0.0486486670% |
| TX459 | Freer City, Texas | 0.0021806670% |
| TX460 | Freestone County, Texas | 0.0336633330% |
| TX461 | Friendswood City, Texas | 0.0935533330% |
| TX462 | Frio County, Texas | 0.0133026670% |
| TX463 | Friona City, Texas | 0.0018986670% |
| TX464 | Frisco City, Texas | 0.2702060000% |
| TX465 | Fritch City, Texas | 0.0030320000% |
| TX466 | Frost City, Texas | 0.0002140000% |
| TX467 | Fruitvale City, Texas | 0.0015626670% |
| TX468 | Fulshear City, Texas | 0.0035146670% |
| TX469 | Fulton Town, Texas | 0.0010680000% |
| TX470 | Gaines County, Texas | 0.0362313330% |
| TX471 | Gainesville City, Texas | 0.1026533330% |
| TX472 | Galena Park City, Texas | 0.0087286670% |
| TX473 | Gallatin City, Texas | 0.0008353330% |
| TX474 | Galveston City, Texas | 0.3254580000% |
| TX475 | Galveston County, Texas | 0.7493953330% |
| TX476 | Ganado City, Texas | 0.0036733330% |
| TX477 | Garden Ridge City, Texas | 0.0075673330% |
| TX478 | Garland City, Texas | 0.2801626670% |
| TX479 | Garrett Town, Texas | 0.0016733330% |
| TX480 | Garrison City, Texas | 0.0023700000% |
| TX481 | Gary City Town, Texas | 0.0003000000% |
| TX482 | Garza County, Texas | 0.0059626670% |
| TX483 | Gatesville City, Texas | 0.0179960000% |
| TX484 | George West City, Texas | 0.0041380000% |
| TX485 | Georgetown City, Texas | 0.1505973330% |
| TX486 | Gholson City, Texas | 0.0010033330% |
| TX487 | Giddings City, Texas | 0.0084493330% |
| TX488 | Gillespie County, Texas | 0.0421273330% |
| TX489 | Gilmer City, Texas | 0.0226340000% |
| TX490 | Gladewater City, Texas | 0.0164253330% |

**Allocations are subject to change pursuant to a State-Subdivision Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX491 | Glasscock County, Texas | 0.0006666670% |
| TX492 | Glen Rose City, Texas | 0.0003600000% |
| TX493 | Glenn Heights City, Texas | 0.0110620000% |
| TX494 | Godley City, Texas | 0.0020766670% |
| TX495 | Goldsmith City, Texas | 0.0004513330% |
| TX496 | Goldthwaite City, Texas | 0.0008166670% |
| TX497 | Goliad City, Texas | 0.0023753330% |
| TX498 | Goliad County, Texas | 0.0231066670% |
| TX499 | Golinda City, Texas | 0.0006666670% |
| TX500 | Gonzales City, Texas | 0.0099213330% |
| TX501 | Gonzales County, Texas | 0.0221533330% |
| TX502 | Goodlow City, Texas | 0.0001473330% |
| TX503 | Goodrich City, Texas | 0.0064286670% |
| TX504 | Gordon City, Texas | 0.0002433330% |
| TX505 | Goree City, Texas | 0.0004993330% |
| TX506 | Gorman City, Texas | 0.0020713330% |
| TX507 | Graford City, Texas | 0.0000153330% |
| TX508 | Graham City, Texas | 0.1569520000% |
| TX509 | Granbury City, Texas | 0.0478233330% |
| TX510 | Grand Prairie City, Texas | 0.2969593330% |
| TX511 | Grand Saline City, Texas | 0.0242753330% |
| TX512 | Grandfalls Town, Texas | 0.0000433330% |
| TX513 | Grandview City, Texas | 0.0044000000% |
| TX514 | Granger City, Texas | 0.0018273330% |
| TX515 | Granite Shoals City, Texas | 0.0078893330% |
| TX516 | Granjeno City, Texas | 0.0000286670% |
| TX517 | Grapeland City, Texas | 0.0048580000% |
| TX518 | Grapevine City, Texas | 0.0861300000% |
| TX519 | Gray County, Texas | 0.0439226670% |
| TX520 | Grays Prairie Village, Texas | 0.0000113330% |
| TX521 | Grayson County, Texas | 0.3593886670% |
| TX522 | Greenville City, Texas | 0.1354080000% |
| TX523 | Gregg County, Texas | 0.1624960000% |
| TX524 | Gregory City, Texas | 0.0031313330% |
| TX525 | Grey Forest City, Texas | 0.0003160000% |
| TX526 | Grimes County, Texas | 0.0632520000% |
| TX527 | Groesbeck City, Texas | 0.0038300000% |
| TX528 | Groom Town, Texas | 0.0006433330% |
| TX529 | Groves City, Texas | 0.0271680000% |
| TX530 | Groveton City, Texas | 0.0058846670% |
| TX531 | Gruver City, Texas | 0.0007773330% |
| TX532 | Guadalupe County, Texas | 0.0978826670% |
| TX533 | Gun Barrel City, Texas | 0.0242013330% |
| TX534 | Gunter City, Texas | 0.0030726670% |
| TX535 | Gustine Town, Texas | 0.0000226670% |
| TX536 | Hackberry Town, Texas | 0.0000626670% |
| TX537 | Hale Center City, Texas | 0.0040280000% |
| TX538 | Hale County, Texas | 0.0527666670% |
| TX539 | Hall County, Texas | 0.0059553330% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX540 | Hallettsville City, Texas | 0.0045966670% |
| TX541 | Hallsburg City, Texas | 0.0001813330% |
| TX542 | Hallsville City, Texas | 0.0068260000% |
| TX543 | Haltom City, Texas | 0.0478666670% |
| TX544 | Hamilton City, Texas | 0.0023873330% |
| TX545 | Hamilton County, Texas | 0.0442380000% |
| TX546 | Hamlin City, Texas | 0.0031040000% |
| TX547 | Hansford County, Texas | 0.0109440000% |
| TX548 | Happy Town, Texas | 0.0002180000% |
| TX549 | Hardeman County, Texas | 0.0101460000% |
| TX550 | Hardin City, Texas | 0.0000666670% |
| TX551 | Hardin County, Texas | 0.2532000000% |
| TX552 | Harker Heights City, Texas | 0.0757873330% |
| TX553 | Harlingen City, Texas | 0.1102860000% |
| TX554 | Harris County, Texas | 9.9774680000% |
| TX555 | Harrison County, Texas | 0.1239400000% |
| TX556 | Hart City, Texas | 0.0000573330% |
| TX557 | Hartley County, Texas | 0.0005240000% |
| TX558 | Haskell City, Texas | 0.0072193330% |
| TX559 | Haskell County, Texas | 0.0146740000% |
| TX560 | Haslet City, Texas | 0.0012720000% |
| TX561 | Hawk Cove City, Texas | 0.0004493330% |
| TX562 | Hawkins City, Texas | 0.0052880000% |
| TX563 | Hawley City, Texas | 0.0006206670% |
| TX564 | Hays City, Texas | 0.0003373330% |
| TX565 | Hays County, Texas | 0.3529926670% |
| TX566 | Hearne City, Texas | 0.0112160000% |
| TX567 | Heath City, Texas | 0.0191673330% |
| TX568 | Hebron Town, Texas | 0.0004580000% |
| TX569 | Hedley City, Texas | 0.0000466670% |
| TX570 | Hedwig Village City, Texas | 0.0087113330% |
| TX571 | Helotes City, Texas | 0.0105266670% |
| TX572 | Hemphill City, Texas | 0.0053566670% |
| TX573 | Hemphill County, Texas | 0.0095960000% |
| TX574 | Hempstead City, Texas | 0.0141600000% |
| TX575 | Henderson City, Texas | 0.0399773330% |
| TX576 | Henderson County, Texas | 0.2186433330% |
| TX577 | Henrietta City, Texas | 0.0018133330% |
| TX578 | Hereford City, Texas | 0.0136153330% |
| TX579 | Hewitt City, Texas | 0.0131840000% |
| TX580 | Hickory Creek Town, Texas | 0.0110066670% |
| TX581 | Hico City, Texas | 0.0036893330% |
| TX582 | Hidalgo City, Texas | 0.0177473330% |
| TX583 | Hidalgo County, Texas | 0.8354020000% |
| TX584 | Hideaway City, Texas | 0.0006146670% |
| TX585 | Higgins City, Texas | 0.0000286670% |
| TX586 | Highland Haven City, Texas | 0.0002133330% |
| TX587 | Highland Park Town, Texas | 0.0289220000% |
| TX588 | Highland Village City, Texas | 0.0335433330% |

**Allocations are subject to change pursuant to a State-Subdivision   FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.   3.25.22**

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX589 | Hill Country Village City, Texas | 0.0043233330% |
| TX590 | Hill County, Texas | 0.0849846670% |
| TX591 | Hillcrest Village, Texas | 0.0035633330% |
| TX592 | Hillsboro City, Texas | 0.0310726670% |
| TX593 | Hilshire Village City, Texas | 0.0005726670% |
| TX594 | Hitchcock City, Texas | 0.0191973330% |
| TX595 | Hockley County, Texas | 0.0309380000% |
| TX596 | Holiday Lakes Town, Texas | 0.0011966670% |
| TX597 | Holland Town, Texas | 0.0000513330% |
| TX598 | Holliday City, Texas | 0.0039400000% |
| TX599 | Hollywood Park Town, Texas | 0.0062826670% |
| TX600 | Hondo City, Texas | 0.0768586670% |
| TX601 | Honey Grove City, Texas | 0.0047973330% |
| TX602 | Hood County, Texas | 0.1947366670% |
| TX603 | Hooks City, Texas | 0.0018013330% |
| TX604 | Hopkins County, Texas | 0.0996786670% |
| TX605 | Horizon City, Texas | 0.0050133330% |
| TX606 | Horseshoe Bay City, Texas | 0.0321153330% |
| TX607 | Houston City, Texas | 4.6811953330% |
| TX608 | Houston County, Texas | 0.0524320000% |
| TX609 | Howard County, Texas | 0.0595533330% |
| TX610 | Howardwick City, Texas | 0.0000560000% |
| TX611 | Howe Town, Texas | 0.0061180000% |
| TX612 | Hubbard City, Texas | 0.0024233330% |
| TX613 | Hudson City, Texas | 0.0045600000% |
| TX614 | Hudson Oaks City, Texas | 0.0104246670% |
| TX615 | Hudspeth County, Texas | 0.0006566670% |
| TX616 | Hughes Springs City, Texas | 0.0029613330% |
| TX617 | Humble City, Texas | 0.0493013330% |
| TX618 | Hunt County, Texas | 0.2065673330% |
| TX619 | Hunters Creek Village City, Texas | 0.0098053330% |
| TX620 | Huntington City, Texas | 0.0058613330% |
| TX621 | Huntsville City, Texas | 0.0535820000% |
| TX622 | Hurst City, Texas | 0.0661246670% |
| TX623 | Hutchins City, Texas | 0.0063673330% |
| TX624 | Hutchinson County, Texas | 0.0497533330% |
| TX625 | Hutto City, Texas | 0.0255640000% |
| TX626 | Huxley City, Texas | 0.0004920000% |
| TX627 | Idalou City, Texas | 0.0013326670% |
| TX628 | Impact Town, Texas | 0.0000053330% |
| TX629 | Indian Lake Town, Texas | 0.0003153330% |
| TX630 | Industry City, Texas | 0.0004026670% |
| TX631 | Ingleside City, Texas | 0.0269913330% |
| TX632 | Ingleside on the Bay City, Texas | 0.0000946670% |
| TX633 | Ingram City, Texas | 0.0034953330% |
| TX634 | Iola City, Texas | 0.0021093330% |
| TX635 | Iowa Colony Village, Texas | 0.0027266670% |
| TX636 | Iowa Park City, Texas | 0.0156580000% |
| TX637 | Iraan City, Texas | 0.0000373330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX638 | Iredell City, Texas | 0.0001440000% |
| TX639 | Irion County, Texas | 0.0060700000% |
| TX640 | Irving City, Texas | 0.2852120000% |
| TX641 | Italy Town, Texas | 0.0035660000% |
| TX642 | Itasca City, Texas | 0.0057960000% |
| TX643 | Ivanhoe City, Texas | 0.0000173330% |
| TX644 | Jacinto City, Texas | 0.0094273330% |
| TX645 | Jack County, Texas | 0.0098660000% |
| TX646 | Jacksboro City, Texas | 0.0155026670% |
| TX647 | Jackson County, Texas | 0.0253226670% |
| TX648 | Jacksonville City, Texas | 0.0534526670% |
| TX649 | Jamaica Beach City, Texas | 0.0032753330% |
| TX650 | Jarrell City, Texas | 0.0016153330% |
| TX651 | Jasper City, Texas | 0.0522813330% |
| TX652 | Jasper County, Texas | 0.1659033330% |
| TX653 | Jayton City, Texas | 0.0000420000% |
| TX654 | Jeff Davis County, Texas | 0.0056666670% |
| TX655 | Jefferson City, Texas | 0.0074626670% |
| TX656 | Jefferson County, Texas | 0.5044093330% |
| TX657 | Jersey Village City, Texas | 0.0242313330% |
| TX658 | Jewett City, Texas | 0.0062253330% |
| TX659 | Jim Hogg County, Texas | 0.0084786670% |
| TX660 | Jim Wells County, Texas | 0.1110260000% |
| TX661 | Joaquin City, Texas | 0.0005400000% |
| TX662 | Johnson City, Texas | 0.0023873330% |
| TX663 | Johnson County, Texas | 0.2724613330% |
| TX664 | Jolly City, Texas | 0.0000173330% |
| TX665 | Jones County, Texas | 0.0146673330% |
| TX666 | Jones Creek Village, Texas | 0.0033853330% |
| TX667 | Jonestown City, Texas | 0.0042793330% |
| TX668 | Josephine City, Texas | 0.0005873330% |
| TX669 | Joshua City, Texas | 0.0137460000% |
| TX670 | Jourdanton City, Texas | 0.0064000000% |
| TX671 | Junction City, Texas | 0.0032166670% |
| TX672 | Justin City, Texas | 0.0057166670% |
| TX673 | Karnes City, Texas | 0.0077546670% |
| TX674 | Karnes County, Texas | 0.0234993330% |
| TX675 | Katy City, Texas | 0.0349780000% |
| TX676 | Kaufman City, Texas | 0.0184046670% |
| TX677 | Kaufman County, Texas | 0.2353646670% |
| TX678 | Keene City, Texas | 0.0255306670% |
| TX679 | Keller City, Texas | 0.0527926670% |
| TX680 | Kemah City, Texas | 0.0188833330% |
| TX681 | Kemp City, Texas | 0.0042793330% |
| TX682 | Kempner City, Texas | 0.0002200000% |
| TX683 | Kendall County, Texas | 0.0670953330% |
| TX684 | Kendleton City, Texas | 0.0000086670% |
| TX685 | Kenedy City, Texas | 0.0004506670% |
| TX686 | Kenedy County, Texas | 0.0006666670% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX687 | Kenefick Town, Texas | 0.0002773330% |
| TX688 | Kennard City, Texas | 0.0000880000% |
| TX689 | Kennedale City, Texas | 0.0140160000% |
| TX690 | Kent County, Texas | 0.0006260000% |
| TX691 | Kerens City, Texas | 0.0012826670% |
| TX692 | Kermit City, Texas | 0.0037680000% |
| TX693 | Kerr County, Texas | 0.1456346670% |
| TX694 | Kerrville City, Texas | 0.1269046670% |
| TX695 | Kilgore City, Texas | 0.0703886670% |
| TX696 | Killeen City, Texas | 0.3571000000% |
| TX697 | Kimble County, Texas | 0.0136533330% |
| TX698 | King County, Texas | 0.0006666670% |
| TX699 | Kingsville City, Texas | 0.0133886670% |
| TX700 | Kinney County, Texas | 0.0014280000% |
| TX701 | Kirby City, Texas | 0.0058346670% |
| TX702 | Kirbyville City, Texas | 0.0071266670% |
| TX703 | Kirvin Town, Texas | 0.0000013330% |
| TX704 | Kleberg County, Texas | 0.0827393330% |
| TX705 | Knollwood City, Texas | 0.0007733330% |
| TX706 | Knox City Town, Texas | 0.0013080000% |
| TX707 | Knox County, Texas | 0.0078200000% |
| TX708 | Kosse Town, Texas | 0.0016453330% |
| TX709 | Kountze City, Texas | 0.0131440000% |
| TX710 | Kress City, Texas | 0.0001240000% |
| TX711 | Krugerville City, Texas | 0.0010053330% |
| TX712 | Krum City, Texas | 0.0064406670% |
| TX713 | Kurten Town, Texas | 0.0004573330% |
| TX714 | Kyle City, Texas | 0.0345566670% |
| TX715 | La Feria City, Texas | 0.0069206670% |
| TX716 | La Grange City, Texas | 0.0064153330% |
| TX717 | La Grulla City, Texas | 0.0011386670% |
| TX718 | La Joya City, Texas | 0.0056380000% |
| TX719 | La Marque City, Texas | 0.0659533330% |
| TX720 | La Porte City, Texas | 0.0610213330% |
| TX721 | La Salle County, Texas | 0.0099833330% |
| TX722 | La Vernia City, Texas | 0.0021446670% |
| TX723 | La Villa City, Texas | 0.0003813330% |
| TX724 | La Ward City, Texas | 0.0002140000% |
| TX725 | Lacoste City, Texas | 0.0001060000% |
| TX726 | Lacy-Lakeview City, Texas | 0.0077326670% |
| TX727 | Ladonia Town, Texas | 0.0013406670% |
| TX728 | Lago Vista City, Texas | 0.0091786670% |
| TX729 | Laguna Vista Town, Texas | 0.0024593330% |
| TX730 | Lake Bridgeport City, Texas | 0.0001546670% |
| TX731 | Lake City Town, Texas | 0.0019453330% |
| TX732 | Lake Dallas City, Texas | 0.0168760000% |
| TX733 | Lake Jackson City, Texas | 0.0505206670% |
| TX734 | Lake Tanglewood Village, Texas | 0.0004086670% |
| TX735 | Lake Worth City, Texas | 0.0133673330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX736 | Lakeport City, Texas | 0.0003086670% |
| TX737 | Lakeside City Town, Texas | 0.0001480000% |
| TX738 | Lakeside Town, San Patricio County, Texas | 0.0029826670% |
| TX739 | Lakeside Town, Tarrant County, Texas | 0.0029826670% |
| TX740 | Lakeview Town, Texas | 0.0002846670% |
| TX741 | Lakeway City, Texas | 0.0211046670% |
| TX742 | Lakewood Village City, Texas | 0.0003713330% |
| TX743 | Lamar County, Texas | 0.0943986670% |
| TX744 | Lamb County, Texas | 0.0337873330% |
| TX745 | Lamesa City, Texas | 0.0197706670% |
| TX746 | Lampasas City, Texas | 0.0188073330% |
| TX747 | Lampasas County, Texas | 0.0285453330% |
| TX748 | Lancaster City, Texas | 0.0604353330% |
| TX749 | Laredo City, Texas | 0.5087826670% |
| TX750 | Latexo City, Texas | 0.0000826670% |
| TX751 | Lavaca County, Texas | 0.0306486670% |
| TX752 | Lavon City, Texas | 0.0049566670% |
| TX753 | Lawn Town, Texas | 0.0000386670% |
| TX754 | League City, Texas | 0.2016120000% |
| TX755 | Leakey City, Texas | 0.0001706670% |
| TX756 | Leander City, Texas | 0.0590940000% |
| TX757 | Leary City, Texas | 0.0005313330% |
| TX758 | Lee County, Texas | 0.0203046670% |
| TX759 | Lefors Town, Texas | 0.0001060000% |
| TX760 | Leon County, Texas | 0.0449286670% |
| TX761 | Leon Valley City, Texas | 0.0155053330% |
| TX762 | Leona City, Texas | 0.0005886670% |
| TX763 | Leonard City, Texas | 0.0056700000% |
| TX764 | Leroy City, Texas | 0.0001173330% |
| TX765 | Levelland City, Texas | 0.0312320000% |
| TX766 | Lewisville City, Texas | 0.2547293330% |
| TX767 | Lexington Town, Texas | 0.0015453330% |
| TX768 | Liberty City, Texas | 0.0482286670% |
| TX769 | Liberty County, Texas | 0.3541413330% |
| TX770 | Liberty Hill City, Texas | 0.0018533330% |
| TX771 | Limestone County, Texas | 0.0904560000% |
| TX772 | Lincoln Park Town, Texas | 0.0004513330% |
| TX773 | Lindale City, Texas | 0.0161346670% |
| TX774 | Linden City, Texas | 0.0024406670% |
| TX775 | Lindsay City, Texas | 0.0008186670% |
| TX776 | Lipan City, Texas | 0.0000293330% |
| TX777 | Lipscomb County, Texas | 0.0067546670% |
| TX778 | Little Elm City, Texas | 0.0462173330% |
| TX779 | Little River-Academy City, Texas | 0.0005320000% |
| TX780 | Littlefield City, Texas | 0.0051186670% |
| TX781 | Live Oak City, Texas | 0.0218266670% |
| TX782 | Live Oak County, Texas | 0.0264773330% |
| TX783 | Liverpool City, Texas | 0.0009566670% |

Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT
Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.  3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX784 | Livingston Town, Texas | 0.0487766670% |
| TX785 | Llano City, Texas | 0.0154140000% |
| TX786 | Llano County, Texas | 0.0770980000% |
| TX787 | Lockhart City, Texas | 0.0327000000% |
| TX788 | Lockney Town, Texas | 0.0022006670% |
| TX789 | Log Cabin City, Texas | 0.0013066670% |
| TX790 | Lometa City, Texas | 0.0007840000% |
| TX791 | Lone Oak City, Texas | 0.0011366670% |
| TX792 | Lone Star City, Texas | 0.0055220000% |
| TX793 | Longview City, Texas | 0.3215026670% |
| TX794 | Loraine Town, Texas | 0.0001253330% |
| TX795 | Lorena City, Texas | 0.0022600000% |
| TX796 | Lorenzo City, Texas | 0.0075720000% |
| TX797 | Los Fresnos City, Texas | 0.0074566670% |
| TX798 | Los Indios Town, Texas | 0.0001060000% |
| TX799 | Lott City, Texas | 0.0010106670% |
| TX800 | Lovelady City, Texas | 0.0001660000% |
| TX801 | Loving County, Texas | 0.0006666670% |
| TX802 | Lowry Crossing City, Texas | 0.0005220000% |
| TX803 | Lubbock City, Texas | 0.2132446670% |
| TX804 | Lubbock County, Texas | 0.9198126670% |
| TX805 | Lucas City, Texas | 0.0035106670% |
| TX806 | Lueders City, Texas | 0.0003386670% |
| TX807 | Lufkin City, Texas | 0.1877280000% |
| TX808 | Luling City, Texas | 0.0196140000% |
| TX809 | Lumberton City, Texas | 0.0244060000% |
| TX810 | Lyford City, Texas | 0.0020473330% |
| TX811 | Lynn County, Texas | 0.0041833330% |
| TX812 | Lytle City, Texas | 0.0048153330% |
| TX813 | Mabank Town, Texas | 0.0129620000% |
| TX814 | Madison County, Texas | 0.0329946670% |
| TX815 | Madisonville City, Texas | 0.0076386670% |
| TX816 | Magnolia City, Texas | 0.0173540000% |
| TX817 | Malakoff City, Texas | 0.0084093330% |
| TX818 | Malone Town, Texas | 0.0002926670% |
| TX819 | Manor City, Texas | 0.0083326670% |
| TX820 | Mansfield City, Texas | 0.1005253330% |
| TX821 | Manvel City, Texas | 0.0082033330% |
| TX822 | Marble Falls City, Texas | 0.0246926670% |
| TX823 | Marfa City, Texas | 0.0000433330% |
| TX824 | Marietta Town, Texas | 0.0002253330% |
| TX825 | Marion City, Texas | 0.0001833330% |
| TX826 | Marion County, Texas | 0.0364853330% |
| TX827 | Marlin City, Texas | 0.0144226670% |
| TX828 | Marquez City, Texas | 0.0008813330% |
| TX829 | Marshall City, Texas | 0.0722473330% |
| TX830 | Mart City, Texas | 0.0006186670% |
| TX831 | Martin County, Texas | 0.0072413330% |
| TX832 | Martindale City, Texas | 0.0016246670% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX833 | Mason City, Texas | 0.0005180000% |
| TX834 | Mason County, Texas | 0.0020893330% |
| TX835 | Matador Town, Texas | 0.0008020000% |
| TX836 | Matagorda County, Texas | 0.0901593330% |
| TX837 | Mathis City, Texas | 0.0104800000% |
| TX838 | Maud City, Texas | 0.0002820000% |
| TX839 | Maverick County, Texas | 0.0772793330% |
| TX840 | Maypearl City, Texas | 0.0006573330% |
| TX841 | McAllen City, Texas | 0.2429493330% |
| TX842 | McCamey City, Texas | 0.0003613330% |
| TX843 | McCulloch County, Texas | 0.0133473330% |
| TX844 | McGregor City, Texas | 0.0061033330% |
| TX845 | McKinney City, Texas | 0.3002553330% |
| TX846 | McLean Town, Texas | 0.0000093330% |
| TX847 | McLendon-Chisholm City, Texas | 0.0002740000% |
| TX848 | McLennan County, Texas | 0.3530940000% |
| TX849 | McMullen County, Texas | 0.0006666670% |
| TX850 | Meadow Town, Texas | 0.0007473330% |
| TX851 | Meadowlakes City, Texas | 0.0006033330% |
| TX852 | Meadows Place City, Texas | 0.0120986670% |
| TX853 | Medina County, Texas | 0.0322366670% |
| TX854 | Megargel Town, Texas | 0.0004073330% |
| TX855 | Melissa City, Texas | 0.0102540000% |
| TX856 | Melvin Town, Texas | 0.0002300000% |
| TX857 | Memphis City, Texas | 0.0048020000% |
| TX858 | Menard City, Texas | 0.0006606670% |
| TX859 | Menard County, Texas | 0.0098113330% |
| TX860 | Mercedes City, Texas | 0.0142940000% |
| TX861 | Meridian City, Texas | 0.0023640000% |
| TX862 | Merkel Town, Texas | 0.0067446670% |
| TX863 | Mertens Town, Texas | 0.0001593330% |
| TX864 | Mertzon City, Texas | 0.0000193330% |
| TX865 | Mesquite City, Texas | 0.2071393330% |
| TX866 | Mexia City, Texas | 0.0140640000% |
| TX867 | Miami City, Texas | 0.0003033330% |
| TX868 | Midland City, Texas | 0.3478993330% |
| TX869 | Midland County, Texas | 0.1866180000% |
| TX870 | Midlothian City, Texas | 0.0638660000% |
| TX871 | Midway City, Texas | 0.0000520000% |
| TX872 | Milam County, Texas | 0.0649240000% |
| TX873 | Milano City, Texas | 0.0006026670% |
| TX874 | Mildred Town, Texas | 0.0001906670% |
| TX875 | Miles City, Texas | 0.0000620000% |
| TX876 | Milford Town, Texas | 0.0041180000% |
| TX877 | Miller's Cove Town, Texas | 0.0000646670% |
| TX878 | Millican Town, Texas | 0.0002780000% |
| TX879 | Mills County, Texas | 0.0132873330% |
| TX880 | Millsap Town, Texas | 0.0000226670% |
| TX881 | Mineola City, Texas | 0.0324793330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX882 | Mineral Wells City, Texas | 0.0613740000% |
| TX883 | Mingus City, Texas | 0.0001260000% |
| TX884 | Mission City, Texas | 0.0831786670% |
| TX885 | Missouri City, Texas | 0.1397553330% |
| TX886 | Mitchell County, Texas | 0.0139000000% |
| TX887 | Mobeetie City, Texas | 0.0000346670% |
| TX888 | Mobile City, Texas | 0.0013560000% |
| TX889 | Monahans City, Texas | 0.0038993330% |
| TX890 | Mont Belvieu City, Texas | 0.0131126670% |
| TX891 | Montague County, Texas | 0.0631973330% |
| TX892 | Montgomery City, Texas | 0.0012560000% |
| TX893 | Montgomery County, Texas | 1.8006073330% |
| TX894 | Moody City, Texas | 0.0005520000% |
| TX895 | Moore County, Texas | 0.0270846670% |
| TX896 | Moore Station City, Texas | 0.0005146670% |
| TX897 | Moran City, Texas | 0.0000333330% |
| TX898 | Morgan City, Texas | 0.0004033330% |
| TX899 | Morgan's Point City, Texas | 0.0020700000% |
| TX900 | Morgan's Point Resort City, Texas | 0.0053493330% |
| TX901 | Morris County, Texas | 0.0355520000% |
| TX902 | Morton City, Texas | 0.0001113330% |
| TX903 | Motley County, Texas | 0.0022293330% |
| TX904 | Moulton Town, Texas | 0.0006660000% |
| TX905 | Mount Calm City, Texas | 0.0004033330% |
| TX906 | Mount Enterprise City, Texas | 0.0012213330% |
| TX907 | Mount Pleasant City, Texas | 0.0437893330% |
| TX908 | Mount Vernon Town, Texas | 0.0040326670% |
| TX909 | Mountain City, Texas | 0.0010320000% |
| TX910 | Muenster City, Texas | 0.0031040000% |
| TX911 | Muleshoe City, Texas | 0.0032733330% |
| TX912 | Mullin Town, Texas | 0.0002560000% |
| TX913 | Munday City, Texas | 0.0013646670% |
| TX914 | Murchison City, Texas | 0.0015346670% |
| TX915 | Murphy City, Texas | 0.0345953330% |
| TX916 | Mustang Ridge City, Texas | 0.0016413330% |
| TX917 | Mustang Town, Texas | 0.0000046670% |
| TX918 | Nacogdoches City, Texas | 0.1373280000% |
| TX919 | Nacogdoches County, Texas | 0.1323886670% |
| TX920 | Naples City, Texas | 0.0028160000% |
| TX921 | Nash City, Texas | 0.0053326670% |
| TX922 | Nassau Bay City, Texas | 0.0074980000% |
| TX923 | Natalia City, Texas | 0.0004166670% |
| TX924 | Navarro County, Texas | 0.0690086670% |
| TX925 | Navarro Town, Texas | 0.0002226670% |
| TX926 | Navasota City, Texas | 0.0251173330% |
| TX927 | Nazareth City, Texas | 0.0000826670% |
| TX928 | Nederland City, Texas | 0.0297233330% |
| TX929 | Needville City, Texas | 0.0068940000% |
| TX930 | Nevada City, Texas | 0.0001580000% |

**Allocations are subject to change pursuant to a State-Subdivision**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

FINAL AGREEMENT
3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX931 | New Berlin City, Texas | 0.0000026670% |
| TX932 | New Boston City, Texas | 0.0046353330% |
| TX933 | New Braunfels City, Texas | 0.2048753330% |
| TX934 | New Chapel Hill City, Texas | 0.0001920000% |
| TX935 | New Deal Town, Texas | 0.0002253330% |
| TX936 | New Fairview City, Texas | 0.0015560000% |
| TX937 | New Home City, Texas | 0.0000060000% |
| TX938 | New Hope Town, Texas | 0.0006826670% |
| TX939 | New London City, Texas | 0.0027526670% |
| TX940 | New Summerfield City, Texas | 0.0002946670% |
| TX941 | New Waverly City, Texas | 0.0017080000% |
| TX942 | Newark City, Texas | 0.0003466670% |
| TX943 | Newcastle City, Texas | 0.0006093330% |
| TX944 | Newton City, Texas | 0.0040680000% |
| TX945 | Newton County, Texas | 0.1053373330% |
| TX946 | Neylandville Town, Texas | 0.0001086670% |
| TX947 | Niederwald City, Texas | 0.0000106670% |
| TX948 | Nixon City, Texas | 0.0015220000% |
| TX949 | Nocona City, Texas | 0.0110240000% |
| TX950 | Nolan County, Texas | 0.0335080000% |
| TX951 | Nolanville City, Texas | 0.0028313330% |
| TX952 | Nome City, Texas | 0.0002606670% |
| TX953 | Noonday City, Texas | 0.0001506670% |
| TX954 | Nordheim City, Texas | 0.0004646670% |
| TX955 | Normangee Town, Texas | 0.0041280000% |
| TX956 | North Cleveland City, Texas | 0.0000700000% |
| TX957 | North Richland Hills City, Texas | 0.0976126670% |
| TX958 | Northlake Town, Texas | 0.0059366670% |
| TX959 | Novice City, Texas | 0.0000506670% |
| TX960 | Nueces County, Texas | 0.9119546670% |
| TX961 | Oak Grove Town, Texas | 0.0018460000% |
| TX962 | Oak Leaf City, Texas | 0.0004080000% |
| TX963 | Oak Point City, Texas | 0.0060073330% |
| TX964 | Oak Ridge North City, Texas | 0.0223413330% |
| TX965 | Oak Ridge Town, Cooke County, Texas | 0.0002386670% |
| TX966 | Oak Ridge Town, Kaufman County, Texas | 0.0002386670% |
| TX967 | Oak Valley Town, Texas | 0.0000046670% |
| TX968 | Oakwood Town, Texas | 0.0000986670% |
| TX969 | O'Brien City, Texas | 0.0000506670% |
| TX970 | Ochiltree County, Texas | 0.0103173330% |
| TX971 | Odem City, Texas | 0.0049466670% |
| TX972 | Odessa City, Texas | 0.3727753330% |
| TX973 | O'Donnell City, Texas | 0.0000180000% |
| TX974 | Oglesby City, Texas | 0.0000193330% |
| TX975 | Old River-Winfree City, Texas | 0.0144353330% |
| TX976 | Oldham County, Texas | 0.0068786670% |
| TX977 | Olmos Park City, Texas | 0.0065340000% |
| TX978 | Olney City, Texas | 0.0040586670% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX979 | Olton City, Texas | 0.0007980000% |
| TX980 | Omaha City, Texas | 0.0027900000% |
| TX981 | Onalaska City, Texas | 0.0211026670% |
| TX982 | Opdyke West Town, Texas | 0.0003193330% |
| TX983 | Orange City, Texas | 0.2075593330% |
| TX984 | Orange County, Texas | 0.4598786670% |
| TX985 | Orange Grove City, Texas | 0.0011180000% |
| TX986 | Orchard City, Texas | 0.0005780000% |
| TX987 | Ore City, Texas | 0.0045373330% |
| TX988 | Overton City, Texas | 0.0052666670% |
| TX989 | Ovilla City, Texas | 0.0089273330% |
| TX990 | Oyster Creek City, Texas | 0.0064220000% |
| TX991 | Paducah Town, Texas | 0.0000833330% |
| TX992 | Paint Rock Town, Texas | 0.0000940000% |
| TX993 | Palacios City, Texas | 0.0093573330% |
| TX994 | Palestine City, Texas | 0.1186726670% |
| TX995 | Palisades Village, Texas | 0.0001600000% |
| TX996 | Palm Valley City, Texas | 0.0012786670% |
| TX997 | Palmer Town, Texas | 0.0084440000% |
| TX998 | Palmhurst City, Texas | 0.0031066670% |
| TX999 | Palmview City, Texas | 0.0050513330% |
| TX1000 | Palo Pinto County, Texas | 0.0830806670% |
| TX1001 | Pampa City, Texas | 0.0448180000% |
| TX1002 | Panhandle Town, Texas | 0.0063573330% |
| TX1003 | Panola County, Texas | 0.0537993330% |
| TX1004 | Panorama Village City, Texas | 0.0008613330% |
| TX1005 | Pantego Town, Texas | 0.0085986670% |
| TX1006 | Paradise City, Texas | 0.0000346670% |
| TX1007 | Paris City, Texas | 0.1341200000% |
| TX1008 | Parker City, Texas | 0.0068713330% |
| TX1009 | Parker County, Texas | 0.3175026670% |
| TX1010 | Parmer County, Texas | 0.0105773330% |
| TX1011 | Pasadena City, Texas | 0.2376906670% |
| TX1012 | Pattison City, Texas | 0.0007653330% |
| TX1013 | Patton Village City, Texas | 0.0061786670% |
| TX1014 | Payne Springs Town, Texas | 0.0011800000% |
| TX1015 | Pearland City, Texas | 0.2225013330% |
| TX1016 | Pearsall City, Texas | 0.0077133330% |
| TX1017 | Pecan Gap City, Texas | 0.0004793330% |
| TX1018 | Pecan Hill City, Texas | 0.0001526670% |
| TX1019 | Pecos City, Texas | 0.0050813330% |
| TX1020 | Pecos County, Texas | 0.0313313330% |
| TX1021 | Pelican Bay City, Texas | 0.0007993330% |
| TX1022 | Penelope Town, Texas | 0.0002766670% |
| TX1023 | Penitas City, Texas | 0.0002080000% |
| TX1024 | Perryton City, Texas | 0.0155760000% |
| TX1025 | Petersburg City, Texas | 0.0011273330% |
| TX1026 | Petrolia City, Texas | 0.0000113330% |
| TX1027 | Petronila City, Texas | 0.0000033330% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT**
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**                    3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1028 | Pflugerville City, Texas | 0.0576053330% |
| TX1029 | Pharr City, Texas | 0.0964806670% |
| TX1030 | Pilot Point City, Texas | 0.0077420000% |
| TX1031 | Pine Forest City, Texas | 0.0025960000% |
| TX1032 | Pine Island Town, Texas | 0.0020940000% |
| TX1033 | Pinehurst City, Texas | 0.0217806670% |
| TX1034 | Pineland City, Texas | 0.0027586670% |
| TX1035 | Piney Point Village City, Texas | 0.0104920000% |
| TX1036 | Pittsburg City, Texas | 0.0136840000% |
| TX1037 | Plains Town, Texas | 0.0000860000% |
| TX1038 | Plainview City, Texas | 0.0401986670% |
| TX1039 | Plano City, Texas | 0.7677386670% |
| TX1040 | Pleak Village, Texas | 0.0001800000% |
| TX1041 | Pleasant Valley Town, Texas | 0.0002053330% |
| TX1042 | Pleasanton City, Texas | 0.0193406670% |
| TX1043 | Plum Grove City, Texas | 0.0001720000% |
| TX1044 | Point Blank City, Texas | 0.0002366670% |
| TX1045 | Point City, Texas | 0.0010126670% |
| TX1046 | Point Comfort City, Texas | 0.0002980000% |
| TX1047 | Point Venture Village, Texas | 0.0003920000% |
| TX1048 | Polk County, Texas | 0.2472206670% |
| TX1049 | Ponder Town, Texas | 0.0008546670% |
| TX1050 | Port Aransas City, Texas | 0.0206813330% |
| TX1051 | Port Arthur City, Texas | 0.2452966670% |
| TX1052 | Port Isabel City, Texas | 0.0065346670% |
| TX1053 | Port Lavaca City, Texas | 0.0078346670% |
| TX1054 | Port Neches City, Texas | 0.0258993330% |
| TX1055 | Portland City, Texas | 0.0510113330% |
| TX1056 | Post City, Texas | 0.0015546670% |
| TX1057 | Post Oak Bend City Town, Texas | 0.0006893330% |
| TX1058 | Poteet City, Texas | 0.0045113330% |
| TX1059 | Poth Town, Texas | 0.0026493330% |
| TX1060 | Potter County, Texas | 0.2478006670% |
| TX1061 | Pottsboro Town, Texas | 0.0082013330% |
| TX1062 | Powell Town, Texas | 0.0000733330% |
| TX1063 | Poynor Town, Texas | 0.0007866670% |
| TX1064 | Prairie View City, Texas | 0.0050666670% |
| TX1065 | Premont City, Texas | 0.0022140000% |
| TX1066 | Presidio City, Texas | 0.0000986670% |
| TX1067 | Presidio County, Texas | 0.0005246670% |
| TX1068 | Primera Town, Texas | 0.0019720000% |
| TX1069 | Princeton City, Texas | 0.0128300000% |
| TX1070 | Progreso City, Texas | 0.0053813330% |
| TX1071 | Progreso Lakes City, Texas | 0.0000260000% |
| TX1072 | Prosper Town, Texas | 0.0151800000% |
| TX1073 | Providence Village Town, Texas | 0.0003386670% |
| TX1074 | Putnam Town, Texas | 0.0000093330% |
| TX1075 | Pyote Town, Texas | 0.0000146670% |
| TX1076 | Quanah City, Texas | 0.0001380000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX1077 | Queen City, Texas | 0.0032246670% |
| TX1078 | Quinlan City, Texas | 0.0048693330% |
| TX1079 | Quintana Town, Texas | 0.0003280000% |
| TX1080 | Quitaque City, Texas | 0.0000053330% |
| TX1081 | Quitman City, Texas | 0.0104126670% |
| TX1082 | Rains County, Texas | 0.0354600000% |
| TX1083 | Ralls City, Texas | 0.0026446670% |
| TX1084 | Rancho Viejo Town, Texas | 0.0025573330% |
| TX1085 | Randall County, Texas | 0.1854173330% |
| TX1086 | Ranger City, Texas | 0.0081240000% |
| TX1087 | Rankin City, Texas | 0.0010753330% |
| TX1088 | Ransom Canyon Town, Texas | 0.0006200000% |
| TX1089 | Ravenna City, Texas | 0.0004566670% |
| TX1090 | Raymondville City, Texas | 0.0049773330% |
| TX1091 | Reagan County, Texas | 0.0168100000% |
| TX1092 | Real County, Texas | 0.0033820000% |
| TX1093 | Red Lick City, Texas | 0.0000153330% |
| TX1094 | Red Oak City, Texas | 0.0178953330% |
| TX1095 | Red River County, Texas | 0.0195373330% |
| TX1096 | Redwater City, Texas | 0.0007053330% |
| TX1097 | Reeves County, Texas | 0.0689000000% |
| TX1098 | Refugio County, Texas | 0.0308106670% |
| TX1099 | Refugio Town, Texas | 0.0058926670% |
| TX1100 | Reklaw City, Texas | 0.0007573330% |
| TX1101 | Reno City, Lamar County, Texas | 0.0074426670% |
| TX1102 | Reno City, Parker County, Texas | 0.0025273330% |
| TX1103 | Retreat Town, Texas | 0.0000346670% |
| TX1104 | Rhome City, Texas | 0.0081900000% |
| TX1105 | Rice City, Texas | 0.0013146670% |
| TX1106 | Richardson City, Texas | 0.1735433330% |
| TX1107 | Richland Hills City, Texas | 0.0162920000% |
| TX1108 | Richland Springs Town, Texas | 0.0014893330% |
| TX1109 | Richland Town, Texas | 0.0001400000% |
| TX1110 | Richmond City, Texas | 0.0517373330% |
| TX1111 | Richwood City, Texas | 0.0080746670% |
| TX1112 | Riesel City, Texas | 0.0007453330% |
| TX1113 | Rio Bravo City, Texas | 0.0056986670% |
| TX1114 | Rio Grande City, Texas | 0.0172980000% |
| TX1115 | Rio Hondo City, Texas | 0.0023666670% |
| TX1116 | Rio Vista City, Texas | 0.0029460000% |
| TX1117 | Rising Star Town, Texas | 0.0012886670% |
| TX1118 | River Oaks City, Texas | 0.0079446670% |
| TX1119 | Riverside City, Texas | 0.0005720000% |
| TX1120 | Roanoke City, Texas | 0.0001833330% |
| TX1121 | Roaring Springs Town, Texas | 0.0003073330% |
| TX1122 | Robert Lee City, Texas | 0.0000566670% |
| TX1123 | Roberts County, Texas | 0.0003646670% |
| TX1124 | Robertson County, Texas | 0.0297613330% |
| TX1125 | Robinson City, Texas | 0.0120013330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1126 | Robstown City, Texas | 0.0267693330% |
| TX1127 | Roby City, Texas | 0.0002853330% |
| TX1128 | Rochester Town, Texas | 0.0004493330% |
| TX1129 | Rockdale City, Texas | 0.0139820000% |
| TX1130 | Rockport City, Texas | 0.0361686670% |
| TX1131 | Rocksprings Town, Texas | 0.0000166670% |
| TX1132 | Rockwall City, Texas | 0.0762053330% |
| TX1133 | Rockwall County, Texas | 0.1125466670% |
| TX1134 | Rocky Mound Town, Texas | 0.0001866670% |
| TX1135 | Rogers Town, Texas | 0.0025453330% |
| TX1136 | Rollingwood City, Texas | 0.0031693330% |
| TX1137 | Roma City, Texas | 0.0110860000% |
| TX1138 | Roman Forest Town, Texas | 0.0057400000% |
| TX1139 | Ropesville City, Texas | 0.0014146670% |
| TX1140 | Roscoe City, Texas | 0.0005186670% |
| TX1141 | Rose City, Texas | 0.0026746670% |
| TX1142 | Rose Hill Acres City, Texas | 0.0015406670% |
| TX1143 | Rosebud City, Texas | 0.0009926670% |
| TX1144 | Rosenberg City, Texas | 0.0843953330% |
| TX1145 | Ross City, Texas | 0.0000980000% |
| TX1146 | Rosser Village, Texas | 0.0003660000% |
| TX1147 | Rotan City, Texas | 0.0009953330% |
| TX1148 | Round Mountain Town, Texas | 0.0003026670% |
| TX1149 | Round Rock City, Texas | 0.3173728000% |
| TX1150 | Round Top Town, Texas | 0.0000933330% |
| TX1151 | Rowlett City, Texas | 0.0666420000% |
| TX1152 | Roxton City, Texas | 0.0000313330% |
| TX1153 | Royse City, Texas | 0.0156626670% |
| TX1154 | Rule Town, Texas | 0.0005333330% |
| TX1155 | Runaway Bay City, Texas | 0.0046206670% |
| TX1156 | Runge Town, Texas | 0.0001700000% |
| TX1157 | Runnels County, Texas | 0.0225540000% |
| TX1158 | Rusk City, Texas | 0.0119940000% |
| TX1159 | Rusk County, Texas | 0.1009266670% |
| TX1160 | Sabinal City, Texas | 0.0012073330% |
| TX1161 | Sabine County, Texas | 0.0309860000% |
| TX1162 | Sachse City, Texas | 0.0156000000% |
| TX1163 | Sadler City, Texas | 0.0006166670% |
| TX1164 | Saginaw City, Texas | 0.0213153330% |
| TX1165 | Salado Village, Texas | 0.0021400000% |
| TX1166 | San Angelo City, Texas | 0.3576726670% |
| TX1167 | San Antonio City, Texas | 2.9102773330% |
| TX1168 | San Augustine City, Texas | 0.0167880000% |
| TX1169 | San Augustine County, Texas | 0.0252360000% |
| TX1170 | San Benito City, Texas | 0.0266766670% |
| TX1171 | San Diego City, Texas | 0.0078473330% |
| TX1172 | San Elizario City, Texas | 0.0052206670% |
| TX1173 | San Felipe Town, Texas | 0.0009986670% |
| TX1174 | San Jacinto County, Texas | 0.1315986670% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1175 | San Juan City, Texas | 0.0192300000% |
| TX1176 | San Leanna Village, Texas | 0.0000240000% |
| TX1177 | San Marcos City, Texas | 0.2171253330% |
| TX1178 | San Patricio City, Texas | 0.0028086670% |
| TX1179 | San Patricio County, Texas | 0.1812773330% |
| TX1180 | San Perlita City, Texas | 0.0014793330% |
| TX1181 | San Saba City, Texas | 0.0067046670% |
| TX1182 | San Saba County, Texas | 0.0117080000% |
| TX1183 | Sanctuary Town, Texas | 0.0000113330% |
| TX1184 | Sandy Oaks City, Texas | 0.0065753330% |
| TX1185 | Sandy Point City, Texas | 0.0010913330% |
| TX1186 | Sanford Town, Texas | 0.0002053330% |
| TX1187 | Sanger City, Texas | 0.0148246670% |
| TX1188 | Sansom Park City, Texas | 0.0001486670% |
| TX1189 | Santa Anna Town, Texas | 0.0002193330% |
| TX1190 | Santa Clara City, Texas | 0.0000580000% |
| TX1191 | Santa Fe City, Texas | 0.0221813330% |
| TX1192 | Santa Rosa Town, Texas | 0.0014253330% |
| TX1193 | Savoy City, Texas | 0.0015660000% |
| TX1194 | Schertz City, Texas | 0.0400733330% |
| TX1195 | Schleicher County, Texas | 0.0037966670% |
| TX1196 | Schulenburg City, Texas | 0.0017066670% |
| TX1197 | Scotland City, Texas | 0.0000986670% |
| TX1198 | Scottsville City, Texas | 0.0004720000% |
| TX1199 | Scurry County, Texas | 0.0487440000% |
| TX1200 | Scurry Town, Texas | 0.0007400000% |
| TX1201 | Seabrook City, Texas | 0.0201800000% |
| TX1202 | Seadrift City, Texas | 0.0006606670% |
| TX1203 | Seagoville City, Texas | 0.0114040000% |
| TX1204 | Seagraves City, Texas | 0.0050206670% |
| TX1205 | Sealy City, Texas | 0.0137580000% |
| TX1206 | Seguin City, Texas | 0.2510253330% |
| TX1207 | Selma City, Texas | 0.0149526670% |
| TX1208 | Seminole City, Texas | 0.0107280000% |
| TX1209 | Seven Oaks City, Texas | 0.0026113330% |
| TX1210 | Seven Points City, Texas | 0.0049680000% |
| TX1211 | Seymour City, Texas | 0.0094786670% |
| TX1212 | Shackelford County, Texas | 0.0008586670% |
| TX1213 | Shady Shores Town, Texas | 0.0003960000% |
| TX1214 | Shallowater City, Texas | 0.0012713330% |
| TX1215 | Shamrock City, Texas | 0.0028853330% |
| TX1216 | Shavano Park City, Texas | 0.0021186670% |
| TX1217 | Shelby County, Texas | 0.0732833330% |
| TX1218 | Shenandoah City, Texas | 0.0314146670% |
| TX1219 | Shepherd City, Texas | 0.0000980000% |
| TX1220 | Sherman City, Texas | 0.2203900000% |
| TX1221 | Sherman County, Texas | 0.0052866670% |
| TX1222 | Shiner City, Texas | 0.0026946670% |
| TX1223 | Shoreacres City, Texas | 0.0006386670% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1224 | Silsbee City, Texas | 0.0442946670% |
| TX1225 | Silverton City, Texas | 0.0000093330% |
| TX1226 | Simonton City, Texas | 0.0012706670% |
| TX1227 | Sinton City, Texas | 0.0157720000% |
| TX1228 | Skellytown, Texas | 0.0002666670% |
| TX1229 | Slaton City, Texas | 0.0001026670% |
| TX1230 | Smiley City, Texas | 0.0004366670% |
| TX1231 | Smith County, Texas | 0.5059740000% |
| TX1232 | Smithville City, Texas | 0.0113393330% |
| TX1233 | Smyer Town, Texas | 0.0002000000% |
| TX1234 | Snook City, Texas | 0.0009480000% |
| TX1235 | Snyder City, Texas | 0.0060120000% |
| TX1236 | Socorro City, Texas | 0.0074166670% |
| TX1237 | Somerset City, Texas | 0.0010180000% |
| TX1238 | Somervell County, Texas | 0.0380506670% |
| TX1239 | Somerville City, Texas | 0.0025373330% |
| TX1240 | Sonora City, Texas | 0.0048913330% |
| TX1241 | Sour Lake City, Texas | 0.0119040000% |
| TX1242 | South Houston City, Texas | 0.0170800000% |
| TX1243 | South Mountain Town, Texas | 0.0001026670% |
| TX1244 | South Padre Island Town, Texas | 0.0204193330% |
| TX1245 | Southlake City, Texas | 0.0472306670% |
| TX1246 | Southmayd City, Texas | 0.0047306670% |
| TX1247 | Southside Place City, Texas | 0.0005900000% |
| TX1248 | Spearman City, Texas | 0.0093333330% |
| TX1249 | Splendora City, Texas | 0.0051706670% |
| TX1250 | Spofford City, Texas | 0.0000046670% |
| TX1251 | Spring Valley Village City, Texas | 0.0109360000% |
| TX1252 | Springlake Town, Texas | 0.0000020000% |
| TX1253 | Springtown City, Texas | 0.0094960000% |
| TX1254 | Spur City, Texas | 0.0002846670% |
| TX1255 | St. Hedwig Town, Texas | 0.0000740000% |
| TX1256 | St. Jo City, Texas | 0.0049066670% |
| TX1257 | St. Paul Town, Texas | 0.0000140000% |
| TX1258 | Stafford City, Texas | 0.0500966670% |
| TX1259 | Stagecoach Town, Texas | 0.0020240000% |
| TX1260 | Stamford City, Texas | 0.0002653330% |
| TX1261 | Stanton City, Texas | 0.0025586670% |
| TX1262 | Staples City, Texas | 0.0000126670% |
| TX1263 | Star Harbor City, Texas | 0.0001006670% |
| TX1264 | Starr County, Texas | 0.0665973330% |
| TX1265 | Stephens County, Texas | 0.0234960000% |
| TX1266 | Stephenville City, Texas | 0.0556480000% |
| TX1267 | Sterling City, Texas | 0.0000413330% |
| TX1268 | Sterling County, Texas | 0.0006260000% |
| TX1269 | Stinnett City, Texas | 0.0027313330% |
| TX1270 | Stockdale City, Texas | 0.0004940000% |
| TX1271 | Stonewall County, Texas | 0.0012146670% |
| TX1272 | Stratford City, Texas | 0.0055853330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1273 | Strawn City, Texas | 0.0006580000% |
| TX1274 | Streetman Town, Texas | 0.0000033330% |
| TX1275 | Sudan City, Texas | 0.0000213330% |
| TX1276 | Sugar Land City, Texas | 0.2143740000% |
| TX1277 | Sullivan City, Texas | 0.0040806670% |
| TX1278 | Sulphur Springs City, Texas | 0.0830686670% |
| TX1279 | Sun Valley City, Texas | 0.0000026670% |
| TX1280 | Sundown City, Texas | 0.0017280000% |
| TX1281 | Sunnyvale Town, Texas | 0.0021653330% |
| TX1282 | Sunray City, Texas | 0.0017140000% |
| TX1283 | Sunrise Beach Village City, Texas | 0.0013886670% |
| TX1284 | Sunset Valley City, Texas | 0.0062833330% |
| TX1285 | Surfside Beach City, Texas | 0.0043533330% |
| TX1286 | Sutton County, Texas | 0.0043606670% |
| TX1287 | Sweeny City, Texas | 0.0030020000% |
| TX1288 | Sweetwater City, Texas | 0.0454986670% |
| TX1289 | Swisher County, Texas | 0.0048340000% |
| TX1290 | Taft City, Texas | 0.0039073330% |
| TX1291 | Tahoka City, Texas | 0.0002866670% |
| TX1292 | Talco City, Texas | 0.0002480000% |
| TX1293 | Talty Town, Texas | 0.0060826670% |
| TX1294 | Tarrant County, Texas | 4.1141060000% |
| TX1295 | Tatum City, Texas | 0.0006480000% |
| TX1296 | Taylor City, Texas | 0.0386300000% |
| TX1297 | Taylor County, Texas | 0.2340520000% |
| TX1298 | Taylor Lake Village City, Texas | 0.0002746670% |
| TX1299 | Taylor Landing City, Texas | 0.0001020000% |
| TX1300 | Teague City, Texas | 0.0011426670% |
| TX1301 | Tehuacana Town, Texas | 0.0000080000% |
| TX1302 | Temple City, Texas | 0.1871646670% |
| TX1303 | Tenaha Town, Texas | 0.0031453330% |
| TX1304 | Terrell City, Texas | 0.0991373330% |
| TX1305 | Terrell County, Texas | 0.0038246670% |
| TX1306 | Terrell Hills City, Texas | 0.0065720000% |
| TX1307 | Terry County, Texas | 0.0169486670% |
| TX1308 | Texarkana City, Texas | 0.1280626670% |
| TX1309 | Texas City, Texas | 0.1991346670% |
| TX1310 | Texhoma City, Texas | 0.0001040000% |
| TX1311 | Texline Town, Texas | 0.0005766670% |
| TX1312 | The Colony City, Texas | 0.0761980000% |
| TX1313 | The Hills Village, Texas | 0.0006693330% |
| TX1314 | Thompsons Town, Texas | 0.0012646670% |
| TX1315 | Thorndale City, Texas | 0.0010633330% |
| TX1316 | Thornton Town, Texas | 0.0001800000% |
| TX1317 | Thorntonville Town, Texas | 0.0000580000% |
| TX1318 | Thrall City, Texas | 0.0005500000% |
| TX1319 | Three Rivers City, Texas | 0.0031126670% |
| TX1320 | Throckmorton County, Texas | 0.0037966670% |
| TX1321 | Throckmorton Town, Texas | 0.0000193330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1322 | Tiki Island Village, Texas | 0.0014520000% |
| TX1323 | Timbercreek Canyon Village, Texas | 0.0002460000% |
| TX1324 | Timpson City, Texas | 0.0084280000% |
| TX1325 | Tioga Town, Texas | 0.0015933330% |
| TX1326 | Tira Town, Texas | 0.0001233330% |
| TX1327 | Titus County, Texas | 0.0470740000% |
| TX1328 | Toco City, Texas | 0.0000026670% |
| TX1329 | Todd Mission City, Texas | 0.0011200000% |
| TX1330 | Tolar City, Texas | 0.0015793330% |
| TX1331 | Tom Bean City, Texas | 0.0015286670% |
| TX1332 | Tom Green County, Texas | 0.1882846670% |
| TX1333 | Tomball City, Texas | 0.0230800000% |
| TX1334 | Tool City, Texas | 0.0098580000% |
| TX1335 | Toyah Town, Texas | 0.0000266670% |
| TX1336 | Travis County, Texas | 3.1356486670% |
| TX1337 | Trent Town, Texas | 0.0000420000% |
| TX1338 | Trenton City, Texas | 0.0020593330% |
| TX1339 | Trinidad City, Texas | 0.0039060000% |
| TX1340 | Trinity City, Texas | 0.0157680000% |
| TX1341 | Trinity County, Texas | 0.0705106670% |
| TX1342 | Trophy Club Town, Texas | 0.0195800000% |
| TX1343 | Troup City, Texas | 0.0052786670% |
| TX1344 | Troy City, Texas | 0.0035466670% |
| TX1345 | Tulia City, Texas | 0.0059406670% |
| TX1346 | Turkey City, Texas | 0.0004913330% |
| TX1347 | Tuscola City, Texas | 0.0000920000% |
| TX1348 | Tye City, Texas | 0.0011773330% |
| TX1349 | Tyler City, Texas | 0.4825526670% |
| TX1350 | Tyler County, Texas | 0.0878286670% |
| TX1351 | Uhland City, Texas | 0.0010300000% |
| TX1352 | Uncertain City, Texas | 0.0001233330% |
| TX1353 | Union Grove City, Texas | 0.0006626670% |
| TX1354 | Union Valley City, Texas | 0.0004440000% |
| TX1355 | Universal City, Texas | 0.0189520000% |
| TX1356 | University Park City, Texas | 0.0338886670% |
| TX1357 | Upshur County, Texas | 0.0855333330% |
| TX1358 | Upton County, Texas | 0.0056660000% |
| TX1359 | Uvalde City, Texas | 0.0122926670% |
| TX1360 | Uvalde County, Texas | 0.0241626670% |
| TX1361 | Val Verde County, Texas | 0.0785433330% |
| TX1362 | Valentine Town, Texas | 0.0001380000% |
| TX1363 | Valley Mills City, Texas | 0.0014853330% |
| TX1364 | Valley View City, Texas | 0.0012160000% |
| TX1365 | Van Alstyne City, Texas | 0.0291660000% |
| TX1366 | Van City, Texas | 0.0041373330% |
| TX1367 | Van Horn Town, Texas | 0.0001406670% |
| TX1368 | Van Zandt County, Texas | 0.1658313330% |
| TX1369 | Vega City, Texas | 0.0006493330% |
| TX1370 | Venus Town, Texas | 0.0065280000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1371 | Vernon City, Texas | 0.0542246670% |
| TX1372 | Victoria City, Texas | 0.0563986670% |
| TX1373 | Victoria County, Texas | 0.3472573330% |
| TX1374 | Vidor City, Texas | 0.0637466670% |
| TX1375 | Vinton Village, Texas | 0.0004146670% |
| TX1376 | Volente Village, Texas | 0.0002220000% |
| TX1377 | Von Ormy City, Texas | 0.0003420000% |
| TX1378 | Waco City, Texas | 0.3413380000% |
| TX1379 | Waelder City, Texas | 0.0022846670% |
| TX1380 | Wake Village City, Texas | 0.0001160000% |
| TX1381 | Walker County, Texas | 0.1230826670% |
| TX1382 | Waller City, Texas | 0.0075300000% |
| TX1383 | Waller County, Texas | 0.0841373330% |
| TX1384 | Wallis City, Texas | 0.0017986670% |
| TX1385 | Walnut Springs City, Texas | 0.0001220000% |
| TX1386 | Ward County, Texas | 0.0452800000% |
| TX1387 | Warren City, Texas | 0.0000440000% |
| TX1388 | Washington County, Texas | 0.0558180000% |
| TX1389 | Waskom City, Texas | 0.0035640000% |
| TX1390 | Watauga City, Texas | 0.0221440000% |
| TX1391 | Waxahachie City, Texas | 0.1013960000% |
| TX1392 | Weatherford City, Texas | 0.1385813330% |
| TX1393 | Webb County, Texas | 0.3368693330% |
| TX1394 | Webberville Village, Texas | 0.0008533330% |
| TX1395 | Webster City, Texas | 0.0354680000% |
| TX1396 | Weimar City, Texas | 0.0038866670% |
| TX1397 | Weinert City, Texas | 0.0001560000% |
| TX1398 | Weir City, Texas | 0.0002953330% |
| TX1399 | Wellington City, Texas | 0.0060740000% |
| TX1400 | Wellman City, Texas | 0.0002553330% |
| TX1401 | Wells Town, Texas | 0.0009046670% |
| TX1402 | Weslaco City, Texas | 0.0492993330% |
| TX1403 | West City, Texas | 0.0023480000% |
| TX1404 | West Columbia City, Texas | 0.0119720000% |
| TX1405 | West Lake Hills City, Texas | 0.0113706670% |
| TX1406 | West Orange City, Texas | 0.0283013330% |
| TX1407 | West Tawakoni City, Texas | 0.0046633330% |
| TX1408 | West University Place City, Texas | 0.0231146670% |
| TX1409 | Westbrook City, Texas | 0.0000286670% |
| TX1410 | Westlake Town, Texas | 0.0276933330% |
| TX1411 | Weston City, Texas | 0.0001773330% |
| TX1412 | Weston Lakes City, Texas | 0.0001260000% |
| TX1413 | Westover Hills Town, Texas | 0.0030060000% |
| TX1414 | Westworth Village City, Texas | 0.0052280000% |
| TX1415 | Wharton City, Texas | 0.0211333330% |
| TX1416 | Wharton County, Texas | 0.0485913330% |
| TX1417 | Wheeler City, Texas | 0.0002980000% |
| TX1418 | Wheeler County, Texas | 0.0175153330% |
| TX1419 | White Deer Town, Texas | 0.0008486670% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| TX1420 | White Oak City, Texas | 0.0102033330% |
| TX1421 | White Settlement City, Texas | 0.0155360000% |
| TX1422 | Whiteface Town, Texas | 0.0001033330% |
| TX1423 | Whitehouse City, Texas | 0.0193446670% |
| TX1424 | Whitesboro City, Texas | 0.0126213330% |
| TX1425 | Whitewright Town, Texas | 0.0047320000% |
| TX1426 | Whitney Town, Texas | 0.0000486670% |
| TX1427 | Wichita County, Texas | 0.3682473330% |
| TX1428 | Wichita Falls City, Texas | 0.5550493330% |
| TX1429 | Wickett Town, Texas | 0.0000580000% |
| TX1430 | Wilbarger County, Texas | 0.0367493330% |
| TX1431 | Willacy County, Texas | 0.0163873330% |
| TX1432 | Williamson County, Texas | 0.7973246670% |
| TX1433 | Willis City, Texas | 0.0162560000% |
| TX1434 | Willow Park City, Texas | 0.0178246670% |
| TX1435 | Wills Point City, Texas | 0.0291766670% |
| TX1436 | Wilmer City, Texas | 0.0002840000% |
| TX1437 | Wilson City, Texas | 0.0000080000% |
| TX1438 | Wilson County, Texas | 0.0806893330% |
| TX1439 | Wimberley City, Texas | 0.0004826670% |
| TX1440 | Windcrest City, Texas | 0.0086053330% |
| TX1441 | Windom Town, Texas | 0.0007246670% |
| TX1442 | Windthorst Town, Texas | 0.0022566670% |
| TX1443 | Winfield City, Texas | 0.0001933330% |
| TX1444 | Wink City, Texas | 0.0000800000% |
| TX1445 | Winkler County, Texas | 0.0407753330% |
| TX1446 | Winnsboro City, Texas | 0.0191940000% |
| TX1447 | Winona Town, Texas | 0.0002126670% |
| TX1448 | Winters City, Texas | 0.0041526670% |
| TX1449 | Wise County, Texas | 0.1927160000% |
| TX1450 | Wixon Valley City, Texas | 0.0002940000% |
| TX1451 | Wolfe City, Texas | 0.0036440000% |
| TX1452 | Wolfforth City, Texas | 0.0026813330% |
| TX1453 | Wood County, Texas | 0.1780320000% |
| TX1454 | Woodbranch City, Texas | 0.0064113330% |
| TX1455 | Woodcreek City, Texas | 0.0002386670% |
| TX1456 | Woodloch Town, Texas | 0.0006746670% |
| TX1457 | Woodsboro Town, Texas | 0.0007533330% |
| TX1458 | Woodson Town, Texas | 0.0000813330% |
| TX1459 | Woodville Town, Texas | 0.0135600000% |
| TX1460 | Woodway City, Texas | 0.0171420000% |
| TX1461 | Wortham Town, Texas | 0.0002506670% |
| TX1462 | Wylie City, Texas | 0.0764720000% |
| TX1463 | Yantis Town, Texas | 0.0013813330% |
| TX1464 | Yoakum City, Texas | 0.0134733330% |
| TX1465 | Yoakum County, Texas | 0.0232826670% |
| TX1466 | Yorktown City, Texas | 0.0036313330% |
| TX1467 | Young County, Texas | 0.0294133330% |
| TX1468 | Zapata County, Texas | 0.0376533330% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|----------|------------------------|-------------------------------|
| TX1469 | Zavala County, Texas | 0.0254313330% |
| TX1470 | Zavalla City, Texas | 0.0007253330% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| UT1 | Alpine City, Utah | 0.0074850652% |
| UT2 | American Fork City, Utah | 0.3698700092% |
| UT3 | Beaver County, Utah | 0.2275939135% |
| UT4 | Bluffdale City, Utah | 0.1704007776% |
| UT5 | Bountiful City, Utah | 0.6461516868% |
| UT6 | Box Elder County, Utah | 1.1410929709% |
| UT7 | Brigham City, Utah | 0.3231707689% |
| UT8 | Cache County, Utah | 1.5923257966% |
| UT9 | Carbon County, Utah | 2.7182297715% |
| UT10 | Cedar City, Utah | 0.5516348901% |
| UT11 | Cedar Hills City, Utah | 0.0265381350% |
| UT12 | Centerville City, Utah | 0.2945736299% |
| UT13 | Clearfield City, Utah | 0.5750088413% |
| UT14 | Clinton City, Utah | 0.2576485190% |
| UT15 | Cottonwood Heights City, Utah | 0.0239883969% |
| UT16 | Daggett County, Utah | 0.0276266371% |
| UT17 | Davis County, Utah | 4.8789267057% |
| UT18 | Draper City, Utah | 0.7910838693% |
| UT19 | Duchesne County, Utah | 0.6408909172% |
| UT20 | Eagle Mountain City, Utah | 0.2503351422% |
| UT21 | Emery County, Utah | 0.9376231601% |
| UT22 | Farmington City, Utah | 0.1603346751% |
| UT23 | Garfield County, Utah | 0.1469437809% |
| UT24 | Grand County, Utah | 0.3044262356% |
| UT25 | Grantsville City, Utah | 0.1073581283% |
| UT26 | Heber City, Utah | 0.0928758762% |
| UT27 | Herriman City, Utah | 0.1167024085% |
| UT28 | Highland City, Utah | 0.1372268809% |
| UT29 | Holladay City, Utah | 0.2761428876% |
| UT30 | Hurricane City, Utah | 0.3378642332% |
| UT31 | Iron County, Utah | 1.0702371865% |
| UT32 | Juab County, Utah | 0.3518708297% |
| UT33 | Kane County, Utah | 0.4388202011% |
| UT34 | Kaysville City, Utah | 0.1350662117% |
| UT35 | Layton City, Utah | 1.1150478545% |
| UT36 | Lehi City, Utah | 0.6673840454% |
| UT37 | Lindon City, Utah | 0.2081464059% |
| UT38 | Logan City, Utah | 0.8935609300% |
| UT39 | Mapleton City, Utah | 0.1020696007% |
| UT40 | Midvale City, Utah | 0.4932109210% |
| UT41 | Millard County, Utah | 0.3551337086% |
| UT42 | Morgan County, Utah | 0.2160474984% |
| UT43 | Murray City, Utah | 1.1259407571% |
| UT44 | North Logan City, Utah | 0.0879011396% |
| UT45 | North Ogden City, Utah | 0.1395023517% |
| UT46 | North Salt Lake City, Utah | 0.1790604747% |
| UT47 | Ogden City, Utah | 3.6512528708% |
| UT48 | Orem City, Utah | 1.8083710104% |
| UT49 | Payson City, Utah | 0.2381624015% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| UT50 | Piute County, Utah | 0.0224236680% |
| UT51 | Pleasant Grove City, Utah | 0.4674787961% |
| UT52 | Pleasant View City, Utah | 0.0767770346% |
| UT53 | Provo City, Utah | 2.3364111417% |
| UT54 | Rich County, Utah | 0.0610053490% |
| UT55 | Riverton City, Utah | 0.0412215470% |
| UT56 | Roy City, Utah | 0.5557639786% |
| UT57 | Salt Lake City, Utah | 9.2867022201% |
| UT58 | Salt Lake County, Utah | 19.7782038536% |
| UT59 | San Juan County, Utah | 0.2489376467% |
| UT60 | Sandy City, Utah | 1.4728771735% |
| UT61 | Sanpete County, Utah | 1.0128237001% |
| UT62 | Santaquin City, Utah | 0.1356391917% |
| UT63 | Saratoga Springs City, Utah | 0.3576972686% |
| UT64 | Sevier County, Utah | 0.6613686693% |
| UT65 | Smithfield City, Utah | 0.0754928557% |
| UT66 | South Jordan City, Utah | 1.0816862772% |
| UT67 | South Ogden City, Utah | 0.3523774418% |
| UT68 | South Salt Lake City, Utah | 1.0103412437% |
| UT69 | Spanish Fork City, Utah | 0.3973909831% |
| UT70 | Springville City, Utah | 0.4031371180% |
| UT71 | St. George City, Utah | 1.6549144940% |
| UT72 | Summit County, Utah | 0.9435271615% |
| UT73 | Syracuse City, Utah | 0.2902117397% |
| UT74 | Taylorsville City, Utah | 1.0791357394% |
| UT75 | Tooele City, Utah | 0.4168343784% |
| UT76 | Tooele County, Utah | 1.7091149060% |
| UT77 | Uintah County, Utah | 0.7667420434% |
| UT78 | Utah County, Utah | 7.4710417070% |
| UT79 | Vernal City, Utah | 0.0994151132% |
| UT80 | Vineyard Town, Utah | 0.0012097006% |
| UT81 | Wasatch County, Utah | 0.5077548576% |
| UT82 | Washington City, Utah | 0.3059016363% |
| UT83 | Washington County, Utah | 2.5665496530% |
| UT84 | Wayne County, Utah | 0.1091896995% |
| UT85 | Weber County, Utah | 5.1002376011% |
| UT86 | West Haven City, Utah | 0.0067360561% |
| UT87 | West Jordan City, Utah | 1.7847960136% |
| UT88 | West Point City, Utah | 0.0019552828% |
| UT89 | West Valley City, Utah | 3.7788016901% |
| UT90 | Woods Cross City, Utah | 0.1613122594% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT1 | Addison County, Vermont | 0.7355948910% |
| VT2 | Albany Town, Vermont | 0.0345075405% |
| VT3 | Albany Village, Vermont | 0.0160668267% |
| VT4 | Alburgh Town, Vermont | 0.0606145322% |
| VT5 | Alburgh Village, Vermont | 0.0525580527% |
| VT6 | Andover Town, Vermont | 0.0012398034% |
| VT7 | Arlington Town, Vermont | 0.0885559202% |
| VT8 | Athens Town, Vermont | 0.0006484140% |
| VT9 | Bakersfield Town, Vermont | 0.0549127180% |
| VT10 | Baltimore Town, Vermont | 0.0024796068% |
| VT11 | Barnard Town, Vermont | 0.0830636232% |
| VT12 | Barnet Town, Vermont | 0.0471074029% |
| VT13 | Barre City, Vermont | 2.1256028600% |
| VT14 | Barre Town, Vermont | 1.3320832015% |
| VT15 | Barton Town, Vermont | 0.3252065150% |
| VT16 | Barton Village, Vermont | 0.0324162133% |
| VT17 | Bellows Falls Village, Vermont | 0.9422159742% |
| VT18 | Belvidere Town, Vermont | 0.0049931720% |
| VT19 | Bennington County, Vermont | 0.9901518348% |
| VT20 | Bennington Town, Vermont | 2.4851413569% |
| VT21 | Benson Town, Vermont | 0.0225970986% |
| VT22 | Berlin Town, Vermont | 0.5526473249% |
| VT23 | Bethel Town, Vermont | 0.0892626402% |
| VT24 | Bloomfield Town, Vermont | 0.0119245379% |
| VT25 | Bolton Town, Vermont | 0.1874031696% |
| VT26 | Bradford Town, Vermont | 0.7724442824% |
| VT27 | Braintree Town, Vermont | 0.0619908100% |
| VT28 | Brandon Town, Vermont | 0.5039156835% |
| VT29 | Brattleboro Town, Vermont | 2.8616648398% |
| VT30 | Bridgewater Town, Vermont | 0.2045592293% |
| VT31 | Bridport Town, Vermont | 0.0525426753% |
| VT32 | Brighton Town, Vermont | 0.1371312246% |
| VT33 | Bristol Town, Vermont | 0.4536168281% |
| VT34 | Brookfield Town, Vermont | 0.0181094589% |
| VT35 | Brookline Town, Vermont | 0.0142663887% |
| VT36 | Brownington Town, Vermont | 0.0209132726% |
| VT37 | Brunswick Town, Vermont | 0.0071549790% |
| VT38 | Burke Town, Vermont | 0.0035553845% |
| VT39 | Burlington City, Vermont | 10.6984139884% |
| VT40 | Cabot Town, Vermont | 0.0223388863% |
| VT41 | Calais Town, Vermont | 0.0461347819% |
| VT42 | Caledonia County, Vermont | 0.8505961058% |
| VT43 | Cambridge Town, Vermont | 0.0682410850% |
| VT44 | Cambridge Village, Vermont | 0.0012481328% |
| VT45 | Canaan Town, Vermont | 0.1359388349% |
| VT46 | Castleton Town, Vermont | 0.4255786906% |
| VT47 | Cavendish Town, Vermont | 0.0216955982% |
| VT48 | Charleston Town, Vermont | 0.0460098405% |
| VT49 | Charlotte Town, Vermont | 0.2587947007% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT50 | Chelsea Town, Vermont | 0.0097511978% |
| VT51 | Chester Town, Vermont | 0.3719262791% |
| VT52 | Chittenden County, Vermont | 0.6721150355% |
| VT53 | Chittenden Town, Vermont | 0.0203372606% |
| VT54 | Clarendon Town, Vermont | 0.0632716198% |
| VT55 | Colchester Town, Vermont | 2.5489633597% |
| VT56 | Concord Town, Vermont | 0.0166940968% |
| VT57 | Corinth Town, Vermont | 0.0626872784% |
| VT58 | Cornwall Town, Vermont | 0.0577966224% |
| VT59 | Coventry Town, Vermont | 0.0376445314% |
| VT60 | Craftsbury Town, Vermont | 0.0501924950% |
| VT61 | Danby Town, Vermont | 0.0082858591% |
| VT62 | Danville Town, Vermont | 0.0302198071% |
| VT63 | Derby Center Village, Vermont | 0.0488117321% |
| VT64 | Derby Line Village, Vermont | 0.0549242511% |
| VT65 | Derby Town, Vermont | 0.5855806035% |
| VT66 | Dorset Town, Vermont | 0.0697288490% |
| VT67 | Dover Town, Vermont | 0.6426262960% |
| VT68 | Dummerston Town, Vermont | 0.0577133282% |
| VT69 | East Haven Town, Vermont | 0.0107321482% |
| VT70 | East Montpelier Town, Vermont | 0.1121807421% |
| VT71 | Eden Town, Vermont | 0.0299596726% |
| VT72 | Elmore Town, Vermont | 0.0195568572% |
| VT73 | Enosburg Falls Village, Vermont | 0.0515847910% |
| VT74 | Enosburgh Town, Vermont | 0.0873609676% |
| VT75 | Essex County, Vermont | 0.3791972294% |
| VT76 | Essex Junction Village, Vermont | 0.1451319610% |
| VT77 | Essex Town, Vermont | 1.8402135758% |
| VT78 | Fair Haven Town, Vermont | 0.3879168595% |
| VT79 | Fairfax Town, Vermont | 0.1256334098% |
| VT80 | Fairfield Town, Vermont | 0.0981770508% |
| VT81 | Fairlee Town, Vermont | 0.0592042959% |
| VT82 | Fayston Town, Vermont | 0.0053417265% |
| VT83 | Ferrisburgh Town, Vermont | 0.1296046250% |
| VT84 | Fletcher Town, Vermont | 0.0216321664% |
| VT85 | Franklin County, Vermont | 1.4110871894% |
| VT86 | Franklin Town, Vermont | 0.0432643327% |
| VT87 | Georgia Town, Vermont | 0.2512668196% |
| VT88 | Goshen Town, Vermont | 0.0148872515% |
| VT89 | Grafton Town, Vermont | 0.0220479971% |
| VT90 | Grand Isle County, Vermont | 0.4312958821% |
| VT91 | Grand Isle Town, Vermont | 0.1561992085% |
| VT92 | Granville Town, Vermont | 0.0131355086% |
| VT93 | Greensboro Town, Vermont | 0.2645567430% |
| VT94 | Groton Town, Vermont | 0.0719938128% |
| VT95 | Guildhall Town, Vermont | 0.0155017070% |
| VT96 | Guilford Town, Vermont | 0.0032420698% |
| VT97 | Halifax Town, Vermont | 0.0155632167% |
| VT98 | Hancock Town, Vermont | 0.0534179060% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT99 | Hardwick Town, Vermont | 0.7839350493% |
| VT100 | Hartford Town, Vermont | 3.2053851113% |
| VT101 | Hartland Town, Vermont | 0.0483504099% |
| VT102 | Highgate Town, Vermont | 0.2362905072% |
| VT103 | Hinesburg Town, Vermont | 0.2869757200% |
| VT104 | Holland Town, Vermont | 0.0010456636% |
| VT105 | Hubbardton Town, Vermont | 0.0632716198% |
| VT106 | Huntington Town, Vermont | 0.0422712086% |
| VT107 | Hyde Park Town, Vermont | 0.0374497510% |
| VT108 | Hyde Park Village, Vermont | 0.0025481644% |
| VT109 | Ira Town, Vermont | 0.0067788733% |
| VT110 | Irasburg Town, Vermont | 0.0909740173% |
| VT111 | Isle La Motte Town, Vermont | 0.0520666164% |
| VT112 | Jacksonville Village, Vermont | 0.0061977355% |
| VT113 | Jamaica Town, Vermont | 0.0259384809% |
| VT114 | Jay Town, Vermont | 0.0031369909% |
| VT115 | Jeffersonville Village, Vermont | 0.0039462269% |
| VT116 | Jericho Town, Vermont | 0.0422712086% |
| VT117 | Johnson Town, Vermont | 0.2812873611% |
| VT118 | Johnson Village, Vermont | 0.1616364031% |
| VT119 | Killington Town, Vermont | 0.2124125988% |
| VT120 | Kirby Town, Vermont | 0.0008886859% |
| VT121 | Lamoille County, Vermont | 1.1151624597% |
| VT122 | Landgrove Town, Vermont | 0.0125511672% |
| VT123 | Leicester Town, Vermont | 0.0481639588% |
| VT124 | Lincoln Town, Vermont | 0.0718080025% |
| VT125 | Londonderry Town, Vermont | 0.0382589870% |
| VT126 | Lowell Town, Vermont | 0.0481011678% |
| VT127 | Ludlow Town, Vermont | 0.7209171567% |
| VT128 | Ludlow Village, Vermont | 0.2940730337% |
| VT129 | Lunenburg Town, Vermont | 0.0965880521% |
| VT130 | Lyndon Town, Vermont | 0.4559618826% |
| VT131 | Lyndonville Village, Vermont | 0.0079994549% |
| VT132 | Maidstone Town, Vermont | 0.0214642963% |
| VT133 | Manchester Town, Vermont | 0.6972897719% |
| VT134 | Manchester Village, Vermont | 0.0076701221% |
| VT135 | Marlboro Town, Vermont | 0.0129695608% |
| VT136 | Marshfield Town, Vermont | 0.0174828296% |
| VT137 | Marshfield Village, Vermont | 0.0171445266% |
| VT138 | Mendon Town, Vermont | 0.0971672678% |
| VT139 | Middlebury Town, Vermont | 1.3520936922% |
| VT140 | Middlesex Town, Vermont | 0.0165114901% |
| VT141 | Middletown Springs Town, Vermont | 0.0587525845% |
| VT142 | Milton Town, Vermont | 0.9332579943% |
| VT143 | Monkton Town, Vermont | 0.0210170701% |
| VT144 | Montgomery Town, Vermont | 0.0432643327% |
| VT145 | Montpelier City, Vermont | 2.1358012840% |
| VT146 | Moretown, Vermont | 0.0140831413% |
| VT147 | Morgan Town, Vermont | 0.0271878951% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT148 | Morristown, Vermont | 0.5887893556% |
| VT149 | Morrisville Village, Vermont | 0.2264450291% |
| VT150 | Mount Holly Town, Vermont | 0.0918947396% |
| VT151 | Mount Tabor Town, Vermont | 0.0241034437% |
| VT152 | New Haven Town, Vermont | 0.1313563678% |
| VT153 | Newbury Town, Vermont | 0.0536325490% |
| VT154 | Newbury Village, Vermont | 0.0020894051% |
| VT155 | Newfane Town, Vermont | 0.0603069840% |
| VT156 | Newfane Village, Vermont | 0.0032420698% |
| VT157 | Newport City, Vermont | 1.2443589426% |
| VT158 | Newport Town, Vermont | 0.5761696308% |
| VT159 | North Bennington Village, Vermont | 0.1073823506% |
| VT160 | North Hero Town, Vermont | 0.0916986776% |
| VT161 | North Troy Village, Vermont | 0.0345075405% |
| VT162 | Northfield Town, Vermont | 0.5366215046% |
| VT163 | Norton Town, Vermont | 0.0131169276% |
| VT164 | Norwich Town, Vermont | 0.4866039276% |
| VT165 | Old Bennington Village, Vermont | 0.0014256137% |
| VT166 | Orange County, Vermont | 0.5836866196% |
| VT167 | Orange Town, Vermont | 0.0271641883% |
| VT168 | Orleans County, Vermont | 0.4475510820% |
| VT169 | Orleans Village, Vermont | 0.1150249216% |
| VT170 | Orwell Town, Vermont | 0.0350284502% |
| VT171 | Panton Town, Vermont | 0.0402823974% |
| VT172 | Pawlet Town, Vermont | 0.0497138732% |
| VT173 | Peacham Town, Vermont | 0.0373299353% |
| VT174 | Perkinsville Village, Vermont | 0.0463135443% |
| VT175 | Peru Town, Vermont | 0.0034861862% |
| VT176 | Pittsfield Town, Vermont | 0.0090387113% |
| VT177 | Pittsford Town, Vermont | 0.2538406130% |
| VT178 | Plainfield Town, Vermont | 0.0684736682% |
| VT179 | Plymouth Town, Vermont | 0.0681866233% |
| VT180 | Pomfret Town, Vermont | 0.0750052216% |
| VT181 | Poultney Town, Vermont | 0.1634522185% |
| VT182 | Poultney Village, Vermont | 0.3218151562% |
| VT183 | Pownal Town, Vermont | 0.1568905511% |
| VT184 | Proctor Town, Vermont | 0.1581796903% |
| VT185 | Putney Town, Vermont | 0.1348803568% |
| VT186 | Randolph Town, Vermont | 1.0482675385% |
| VT187 | Reading Town, Vermont | 0.0006195813% |
| VT188 | Readsboro Town, Vermont | 0.0495075597% |
| VT189 | Richford Town, Vermont | 0.3377954850% |
| VT190 | Richmond Town, Vermont | 0.3085809759% |
| VT191 | Ripton Town, Vermont | 0.0402823974% |
| VT192 | Rochester Town, Vermont | 0.1090982129% |
| VT193 | Rockingham Town, Vermont | 0.4824558723% |
| VT194 | Roxbury Town, Vermont | 0.0082557450% |
| VT195 | Royalton Town, Vermont | 0.1989804344% |
| VT196 | Rutland City, Vermont | 6.2978142029% |

**Allocations are subject to change pursuant to a State-Subdivision  FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT197 | Rutland County, Vermont | 1.5426293676% |
| VT198 | Rutland Town, Vermont | 0.3201255637% |
| VT199 | Ryegate Town, Vermont | 0.0515514733% |
| VT200 | Salisbury Town, Vermont | 0.0271468887% |
| VT201 | Sandgate Town, Vermont | 0.0257994435% |
| VT202 | Saxtons River Village, Vermont | 0.0156375408% |
| VT203 | Searsburg Town, Vermont | 0.0118540581% |
| VT204 | Shaftsbury Town, Vermont | 0.0697288490% |
| VT205 | Sharon Town, Vermont | 0.1462910330% |
| VT206 | Sheffield Town, Vermont | 0.0302198071% |
| VT207 | Shelburne Town, Vermont | 0.7838991687% |
| VT208 | Sheldon Town, Vermont | 0.1372817951% |
| VT209 | Shoreham Town, Vermont | 0.0359043216% |
| VT210 | Shrewsbury Town, Vermont | 0.0323893028% |
| VT211 | South Burlington City, Vermont | 4.2811506559% |
| VT212 | South Hero Town, Vermont | 0.0559519744% |
| VT213 | Springfield Town, Vermont | 2.0400160607% |
| VT214 | St Albans Town, Vermont | 0.7155280165% |
| VT215 | St George Town, Vermont | 0.0117419312% |
| VT216 | St Johnsbury Town, Vermont | 1.7171904807% |
| VT217 | St. Albans City, Vermont | 3.9012902759% |
| VT218 | Stamford Town, Vermont | 0.0495075597% |
| VT219 | Stannard Town, Vermont | 0.0017773719% |
| VT220 | Starksboro Town, Vermont | 0.0070056900% |
| VT221 | Stockbridge Town, Vermont | 0.0737654182% |
| VT222 | Stowe Town, Vermont | 0.9395659345% |
| VT223 | Strafford Town, Vermont | 0.0821896740% |
| VT224 | Stratton Town, Vermont | 0.1614672516% |
| VT225 | Sudbury Town, Vermont | 0.0135583873% |
| VT226 | Sunderland Town, Vermont | 0.0341673154% |
| VT227 | Sutton Town, Vermont | 0.0364412494% |
| VT228 | Swanton Town, Vermont | 0.1297936389% |
| VT229 | Swanton Village, Vermont | 0.5715903674% |
| VT230 | Thetford Town, Vermont | 0.2618926073% |
| VT231 | Tinmouth Town, Vermont | 0.0120520422% |
| VT232 | Topsham Town, Vermont | 0.0592042959% |
| VT233 | Townshend Town, Vermont | 0.0596585701% |
| VT234 | Troy Town, Vermont | 0.0365988678% |
| VT235 | Underhill Town, Vermont | 0.0897092257% |
| VT236 | Vergennes City, Vermont | 1.4746936278% |
| VT237 | Vernon Town, Vermont | 0.3196917927% |
| VT238 | Vershire Town, Vermont | 0.0006964684% |
| VT239 | Victory Town, Vermont | 0.0095397585% |
| VT240 | Waitsfield Town, Vermont | 0.0485631307% |
| VT241 | Walden Town, Vermont | 0.0071107690% |
| VT242 | Wallingford Town, Vermont | 0.0165710775% |
| VT243 | Waltham Town, Vermont | 0.0201411987% |
| VT244 | Warren Town, Vermont | 0.0480774609% |
| VT245 | Washington County, Vermont | 0.9081281087% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VT246 | Washington Town, Vermont | 0.0529360806% |
| VT247 | Waterbury Town, Vermont | 0.4584350821% |
| VT248 | Waterford Town, Vermont | 0.0577729156% |
| VT249 | Waterville Town, Vermont | 0.0004158307% |
| VT250 | Weathersfield Town, Vermont | 0.1692264346% |
| VT251 | Wells River Village, Vermont | 0.1107474397% |
| VT252 | Wells Town, Vermont | 0.0444407043% |
| VT253 | West Burke Village, Vermont | 0.0017773719% |
| VT254 | West Fairlee Town, Vermont | 0.0090547294% |
| VT255 | West Haven Town, Vermont | 0.0090387113% |
| VT256 | West Rutland Town, Vermont | 0.1212713522% |
| VT257 | West Windsor Town, Vermont | 0.0210760168% |
| VT258 | Westfield Town, Vermont | 0.0250965679% |
| VT259 | Westford Town, Vermont | 0.0657557117% |
| VT260 | Westminster Town, Vermont | 0.0752217867% |
| VT261 | Westminster Village, Vermont | 0.0079763888% |
| VT262 | Westmore Town, Vermont | 0.0365986678% |
| VT263 | Weston Town, Vermont | 0.0291344185% |
| VT264 | Weybridge Town, Vermont | 0.0245199151% |
| VT265 | Wheelock Town, Vermont | 0.0222203522% |
| VT266 | Whiting Town, Vermont | 0.0026269736% |
| VT267 | Whitingham Town, Vermont | 0.0901365894% |
| VT268 | Williston Town, Vermont | 1.4048183334% |
| VT269 | Wilmington Town, Vermont | 0.4344700351% |
| VT270 | Windham County, Vermont | 0.7048785219% |
| VT271 | Windham Town, Vermont | 0.0155632167% |
| VT272 | Windsor County, Vermont | 0.7909631647% |
| VT273 | Windsor Town, Vermont | 1.5118803214% |
| VT274 | Winhall Town, Vermont | 0.3772340472% |
| VT275 | Winooski City, Vermont | 1.3620774732% |
| VT276 | Wolcott Town, Vermont | 0.0337047118% |
| VT277 | Woodbury Town, Vermont | 0.0267099141% |
| VT278 | Woodford Town, Vermont | 0.0383512514% |
| VT279 | Woodstock Town, Vermont | 0.5151181240% |
| VT280 | Woodstock Village, Vermont | 0.3241960913% |
| VT281 | Worcester Town, Vermont | 0.0233102258% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**

3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA1 | Accomack County, Virginia | 0.3480000000% |
| VA2 | Albemarle County, Virginia | 0.8630000000% |
| VA3 | Alexandria City, Virginia | 1.1620000000% |
| VA4 | Alleghany County, Virginia | 0.2130000000% |
| VA5 | Amelia County, Virginia | 0.1000000000% |
| VA6 | Amherst County, Virginia | 0.2990000000% |
| VA7 | Appomattox County, Virginia | 0.1330000000% |
| VA8 | Arlington County, Virginia | 1.3780000000% |
| VA9 | Augusta County, Virginia | 0.8350000000% |
| VA10 | Bath County, Virginia | 0.0370000000% |
| VA11 | Bedford County, Virginia | 0.7770000000% |
| VA12 | Bland County, Virginia | 0.1470000000% |
| VA13 | Botetourt County, Virginia | 0.3620000000% |
| VA14 | Bristol City, Virginia | 0.4340000000% |
| VA15 | Brunswick County, Virginia | 0.1070000000% |
| VA16 | Buchanan County, Virginia | 0.9290000000% |
| VA17 | Buckingham County, Virginia | 0.1270000000% |
| VA18 | Buena Vista City, Virginia | 0.0780000000% |
| VA19 | Campbell County, Virginia | 0.4560000000% |
| VA20 | Caroline County, Virginia | 0.3180000000% |
| VA21 | Carroll County, Virginia | 0.4400000000% |
| VA22 | Charles City County, Virginia | 0.0730000000% |
| VA23 | Charlotte County, Virginia | 0.1380000000% |
| VA24 | Charlottesville City, Virginia | 0.4630000000% |
| VA25 | Chesapeake City, Virginia | 2.9120000000% |
| VA26 | Chesterfield County, Virginia | 4.0880000000% |
| VA27 | Clarke County, Virginia | 0.1250000000% |
| VA28 | Colonial Heights City, Virginia | 0.2830000000% |
| VA29 | Covington City, Virginia | 0.1000000000% |
| VA30 | Craig County, Virginia | 0.0700000000% |
| VA31 | Culpeper County, Virginia | 0.7900000000% |
| VA32 | Cumberland County, Virginia | 0.1000000000% |
| VA33 | Danville City, Virginia | 0.6370000000% |
| VA34 | Dickenson County, Virginia | 0.9480000000% |
| VA35 | Dinwiddie County, Virginia | 0.1960000000% |
| VA36 | Emporia City, Virginia | 0.0500000000% |
| VA37 | Essex County, Virginia | 0.1010000000% |
| VA38 | Fairfax City, Virginia | 0.2690000000% |
| VA39 | Fairfax County, Virginia | 8.6720000000% |
| VA40 | Falls Church City, Virginia | 0.1020000000% |
| VA41 | Fauquier County, Virginia | 1.2100000000% |
| VA42 | Floyd County, Virginia | 0.1820000000% |
| VA43 | Fluvanna County, Virginia | 0.1940000000% |
| VA44 | Franklin City, Virginia | 0.0790000000% |
| VA45 | Franklin County, Virginia | 0.9540000000% |
| VA46 | Frederick County, Virginia | 1.2770000000% |
| VA47 | Fredericksburg City, Virginia | 0.5240000000% |
| VA48 | Galax City, Virginia | 0.1390000000% |
| VA49 | Giles County, Virginia | 0.4090000000% |

G-238

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA50 | Gloucester County, Virginia | 0.4240000000% |
| VA51 | Goochland County, Virginia | 0.2250000000% |
| VA52 | Grayson County, Virginia | 0.2240000000% |
| VA53 | Greene County, Virginia | 0.1780000000% |
| VA54 | Greensville County, Virginia | 0.1240000000% |
| VA55 | Halifax County, Virginia | 0.3530000000% |
| VA56 | Hampton City, Virginia | 1.5380000000% |
| VA57 | Hanover County, Virginia | 1.0790000000% |
| VA58 | Harrisonburg City, Virginia | 0.5230000000% |
| VA59 | Henrico County, Virginia | 4.4730000000% |
| VA60 | Henry County, Virginia | 1.2200000000% |
| VA61 | Highland County, Virginia | 0.0230000000% |
| VA62 | Hopewell City, Virginia | 0.3440000000% |
| VA63 | Isle of Wight County, Virginia | 0.3560000000% |
| VA64 | James City County, Virginia | 0.6120000000% |
| VA65 | King and Queen County, Virginia | 0.0720000000% |
| VA66 | King George County, Virginia | 0.3060000000% |
| VA67 | King William County, Virginia | 0.1780000000% |
| VA68 | Lancaster County, Virginia | 0.1350000000% |
| VA69 | Lee County, Virginia | 0.5560000000% |
| VA70 | Lexington City, Virginia | 0.0930000000% |
| VA71 | Loudoun County, Virginia | 2.5670000000% |
| VA72 | Louisa County, Virginia | 0.4490000000% |
| VA73 | Lunenburg County, Virginia | 0.0880000000% |
| VA74 | Lynchburg City, Virginia | 0.8160000000% |
| VA75 | Madison County, Virginia | 0.1630000000% |
| VA76 | Manassas City, Virginia | 0.4520000000% |
| VA77 | Manassas Park City, Virginia | 0.0950000000% |
| VA78 | Martinsville City, Virginia | 0.4940000000% |
| VA79 | Mathews County, Virginia | 0.0880000000% |
| VA80 | Mecklenburg County, Virginia | 0.3440000000% |
| VA81 | Middlesex County, Virginia | 0.1080000000% |
| VA82 | Montgomery County, Virginia | 1.2050000000% |
| VA83 | Nelson County, Virginia | 0.1470000000% |
| VA84 | New Kent County, Virginia | 0.1560000000% |
| VA85 | Newport News City, Virginia | 2.0470000000% |
| VA86 | Norfolk City, Virginia | 3.3880000000% |
| VA87 | Northampton County, Virginia | 0.1220000000% |
| VA88 | Northumberland County, Virginia | 0.1290000000% |
| VA89 | Norton City, Virginia | 0.1100000000% |
| VA90 | Nottoway County, Virginia | 0.1330000000% |
| VA91 | Orange County, Virginia | 0.6380000000% |
| VA92 | Page County, Virginia | 0.4100000000% |
| VA93 | Patrick County, Virginia | 0.3290000000% |
| VA94 | Petersburg City, Virginia | 0.3950000000% |
| VA95 | Pittsylvania County, Virginia | 0.7500000000% |
| VA96 | Poquoson City, Virginia | 0.1860000000% |
| VA97 | Portsmouth City, Virginia | 1.9370000000% |
| VA98 | Powhatan County, Virginia | 0.2620000000% |

**Allocations are subject to change pursuant to a State-Subdivision**  FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.**  3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| VA99 | Prince Edward County, Virginia | 0.1900000000% |
| VA100 | Prince George County, Virginia | 0.3510000000% |
| VA101 | Prince William County, Virginia | 3.5560000000% |
| VA102 | Pulaski County, Virginia | 1.0610000000% |
| VA103 | Radford City, Virginia | 0.2470000000% |
| VA104 | Rappahannock County, Virginia | 0.0910000000% |
| VA105 | Richmond City, Virginia | 4.2250000000% |
| VA106 | Richmond County, Virginia | 0.0840000000% |
| VA107 | Roanoke City, Virginia | 1.8590000000% |
| VA108 | Roanoke County, Virginia | 1.4980000000% |
| VA109 | Rockbridge County, Virginia | 0.2350000000% |
| VA110 | Rockingham County, Virginia | 0.6140000000% |
| VA111 | Russell County, Virginia | 1.0640000000% |
| VA112 | Salem City, Virginia | 0.7860000000% |
| VA113 | Scott County, Virginia | 0.4210000000% |
| VA114 | Shenandoah County, Virginia | 0.6600000000% |
| VA115 | Smyth County, Virginia | 0.5920000000% |
| VA116 | Southampton County, Virginia | 0.1370000000% |
| VA117 | Spotsylvania County, Virginia | 1.4170000000% |
| VA118 | Stafford County, Virginia | 1.4430000000% |
| VA119 | Staunton City, Virginia | 0.4400000000% |
| VA120 | Suffolk City, Virginia | 0.7100000000% |
| VA121 | Surry County, Virginia | 0.0580000000% |
| VA122 | Sussex County, Virginia | 0.0810000000% |
| VA123 | Tazewell County, Virginia | 1.6060000000% |
| VA124 | Virginia Beach City, Virginia | 4.8590000000% |
| VA125 | Warren County, Virginia | 0.7660000000% |
| VA126 | Washington County, Virginia | 0.9960000000% |
| VA127 | Waynesboro City, Virginia | 0.3630000000% |
| VA128 | Westmoreland County, Virginia | 0.2230000000% |
| VA129 | Williamsburg City, Virginia | 0.0860000000% |
| VA130 | Winchester City, Virginia | 0.6490000000% |
| VA131 | Wise County, Virginia | 1.7560000000% |
| VA132 | Wythe County, Virginia | 0.6420000000% |
| VA133 | York County, Virginia | 0.5610000000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WI1 | Adams County, Wisconsin | 0.3270000000% |
| WI4 | Ashland County, Wisconsin | 0.2250000000% |
| WI7 | Barron County, Wisconsin | 0.4780000000% |
| WI8 | Bayfield County, Wisconsin | 0.1240000000% |
| WI13 | Brown County, Wisconsin | 2.9000000000% |
| WI15 | Buffalo County, Wisconsin | 0.1260000000% |
| WI17 | Burnett County, Wisconsin | 0.2240000000% |
| WI19 | Calumet County, Wisconsin | 0.3860000000% |
| WI21 | Chippewa County, Wisconsin | 0.6960000000% |
| WI23 | Clark County, Wisconsin | 0.2610000000% |
| WI24 | Columbia County, Wisconsin | 1.0760000000% |
| WI25 | Crawford County, Wisconsin | 0.1950000000% |
| WI26 | Cudahy City, Wisconsin | 0.0870000000% |
| WI27 | Dane County, Wisconsin | 8.2480000000% |
| WI30 | Dodge County, Wisconsin | 1.3020000000% |
| WI31 | Door County, Wisconsin | 0.2820000000% |
| WI32 | Douglas County, Wisconsin | 0.5540000000% |
| WI33 | Dunn County, Wisconsin | 0.4420000000% |
| WI35 | Eau Claire County, Wisconsin | 1.1770000000% |
| WI38 | Florence County, Wisconsin | 0.0530000000% |
| WI40 | Fond Du Lac County, Wisconsin | 1.1960000000% |
| WI41 | Forest County, Wisconsin | 0.1270000000% |
| WI43 | Franklin City, Wisconsin | 0.1550000000% |
| WI48 | Grant County, Wisconsin | 0.4980000000% |
| WI50 | Green County, Wisconsin | 0.4660000000% |
| WI51 | Green Lake County, Wisconsin | 0.2800000000% |
| WI53 | Greenfield City, Wisconsin | 0.1630000000% |
| WI61 | Iowa County, Wisconsin | 0.2790000000% |
| WI62 | Iron County, Wisconsin | 0.0610000000% |
| WI63 | Jackson County, Wisconsin | 0.2360000000% |
| WI65 | Jefferson County, Wisconsin | 1.0510000000% |
| WI66 | Juneau County, Wisconsin | 0.4380000000% |
| WI68 | Kenosha City, Wisconsin | 0.4840000000% |
| WI69 | Kenosha County, Wisconsin | 3.7120000000% |
| WI70 | Kewaunee County, Wisconsin | 0.1560000000% |
| WI72 | La Crosse County, Wisconsin | 1.6490000000% |
| WI73 | Lafayette County, Wisconsin | 0.1340000000% |
| WI74 | Langlade County, Wisconsin | 0.3120000000% |
| WI75 | Lincoln County, Wisconsin | 0.3500000000% |
| WI80 | Manitowoc County, Wisconsin | 1.4030000000% |
| WI81 | Marathon County, Wisconsin | 1.2590000000% |
| WI82 | Marinette City, Wisconsin | 0.0320000000% |
| WI83 | Marinette County, Wisconsin | 0.5030000000% |
| WI84 | Marquette County, Wisconsin | 0.2460000000% |
| WI87 | Menominee County, Wisconsin | 0.0800000000% |
| WI92 | Milwaukee City, Wisconsin | 7.8150000000% |
| WI93 | Milwaukee County, Wisconsin | 25.2210000000% |
| WI95 | Monroe County, Wisconsin | 0.6550000000% |
| WI96 | Mount Pleasant Village, Wisconsin | 0.1170000000% |

**Allocations are subject to change pursuant to a State-Subdivision** FINAL AGREEMENT
**Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

**Subdivisions with Consolidated Allocations - Qualified Subdivisions Only**

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WI100 | Oak Creek City, Wisconsin | 0.1660000000% |
| WI102 | Oconto County, Wisconsin | 0.3360000000% |
| WI104 | Oneida County, Wisconsin | 0.5260000000% |
| WI107 | Outagamie County, Wisconsin | 1.8360000000% |
| WI108 | Ozaukee County, Wisconsin | 1.0360000000% |
| WI109 | Pepin County, Wisconsin | 0.0550000000% |
| WI111 | Pierce County, Wisconsin | 0.3870000000% |
| WI113 | Pleasant Prairie Village, Wisconsin | 0.0590000000% |
| WI118 | Portage County, Wisconsin | 0.7290000000% |
| WI119 | Price County, Wisconsin | 0.1490000000% |
| WI121 | Racine County, Wisconsin | 3.2080000000% |
| WI123 | Richland County, Wisconsin | 0.2180000000% |
| WI125 | Rock County, Wisconsin | 2.9470000000% |
| WI126 | Rusk County, Wisconsin | 0.1590000000% |
| WI128 | Sauk County, Wisconsin | 1.2260000000% |
| WI129 | Sawyer County, Wisconsin | 0.2580000000% |
| WI130 | Shawano County, Wisconsin | 0.4180000000% |
| WI132 | Sheboygan County, Wisconsin | 1.4100000000% |
| WI134 | South Milwaukee City, Wisconsin | 0.0960000000% |
| WI135 | St Croix County, Wisconsin | 0.8290000000% |
| WI138 | Sturtevant Village, Wisconsin | 0.0180000000% |
| WI141 | Superior City, Wisconsin | 0.0890000000% |
| WI143 | Taylor County, Wisconsin | 0.1590000000% |
| WI145 | Trempealeau County, Wisconsin | 0.3200000000% |
| WI147 | Union Grove Village, Wisconsin | 0.0070000000% |
| WI148 | Vernon County, Wisconsin | 0.3220000000% |
| WI150 | Vilas County, Wisconsin | 0.4680000000% |
| WI151 | Walworth County, Wisconsin | 1.5730000000% |
| WI152 | Washburn County, Wisconsin | 0.1850000000% |
| WI153 | Washington County, Wisconsin | 1.9910000000% |
| WI156 | Waukesha County, Wisconsin | 6.0350000000% |
| WI158 | Waupaca County, Wisconsin | 0.6060000000% |
| WI161 | Waushara County, Wisconsin | 0.2310000000% |
| WI162 | Wauwatosa City, Wisconsin | 0.3090000000% |
| WI163 | West Allis City, Wisconsin | 0.3780000000% |
| WI168 | Winnebago County, Wisconsin | 2.1760000000% |
| WI170 | Wood County, Wisconsin | 0.8420000000% |
| WI171 | Yorkville Town, Wisconsin | 0.0020000000% |

**Allocations are subject to change pursuant to a State-Subdivision FINAL AGREEMENT Agreement, Allocation Statute, Statutory Trust, or voluntary redistribution.** 3.25.22

### Subdivisions with Consolidated Allocations - Qualified Subdivisions Only

| State ID | Qualifying Subdivision | Consolidated State Allocation |
|---|---|---|
| WY1 | Albany County, Wyoming | 1.6329876137% |
| WY2 | Big Horn County, Wyoming | 3.0324432485% |
| WY3 | Campbell County, Wyoming | 4.4393335213% |
| WY4 | Carbon County, Wyoming | 3.6968556043% |
| WY5 | Casper City, Wyoming | 7.3503611059% |
| WY6 | Cheyenne City, Wyoming | 1.2286265328% |
| WY7 | Converse County, Wyoming | 1.8962432493% |
| WY8 | Crook County, Wyoming | 0.5448669885% |
| WY9 | Evanston City, Wyoming | 1.9702405199% |
| WY10 | Fremont County, Wyoming | 6.7374838437% |
| WY11 | Gillette City, Wyoming | 1.7410635670% |
| WY12 | Goshen County, Wyoming | 1.6361202905% |
| WY13 | Green River City, Wyoming | 0.6122218672% |
| WY14 | Hot Springs County, Wyoming | 0.8557309329% |
| WY15 | Jackson Town, Wyoming | 0.5598544963% |
| WY16 | Johnson County, Wyoming | 0.9322427236% |
| WY17 | Laramie City, Wyoming | 3.4181078811% |
| WY18 | Laramie County, Wyoming | 15.5855269922% |
| WY19 | Lincoln County, Wyoming | 3.1228011914% |
| WY20 | Natrona County, Wyoming | 7.9000169472% |
| WY21 | Niobrara County, Wyoming | 0.1540280861% |
| WY22 | Park County, Wyoming | 5.7964268009% |
| WY23 | Platte County, Wyoming | 1.7507027157% |
| WY24 | Riverton City, Wyoming | 1.2744483314% |
| WY25 | Rock Springs City, Wyoming | 1.5261479738% |
| WY26 | Sheridan City, Wyoming | 0.3405187102% |
| WY27 | Sheridan County, Wyoming | 3.9149494912% |
| WY28 | Sublette County, Wyoming | 0.7136740477% |
| WY29 | Sweetwater County, Wyoming | 7.6391306020% |
| WY30 | Teton County, Wyoming | 1.3290900349% |
| WY31 | Uinta County, Wyoming | 4.3911508108% |
| WY32 | Washakie County, Wyoming | 1.5007597928% |
| WY33 | Weston County, Wyoming | 0.7758434851% |

FINAL AGREEMENT 3.25.22

## **EXHIBIT H**

## **Participation Tier Determination[1]**

| Participation Tier[2] | Number of Settling States as of the Reference Date (or as of the Payment Date, beginning in Payment Year 3)[3] | Percentage of Litigating Subdivisions in Settling States that are Participating Subdivisions and/or Subdivisions Subject to a Bar, Case-Specific Resolution, or Settlement Class Resolution in effect as of the Reference Date (or as of the Payment Date, beginning in Payment Year 3)[4][5] ("Percentage of Litigating Subdivisions") | Percentage of Primary Subdivisions that are Non-Litigating Subdivisions in Settling States that are Participating Subdivisions and/or Subdivisions Subject to a Bar, Case-Specific Resolution, or Settlement Class Resolution in effect as of the Reference Date (or as of the Payment Date, beginning in Payment Year 3) ("Percentage of Non-Litigating Subdivisions") |
|---|---|---|---|
| 1 | 44 out of 49 | 95% | 90% (Primary Subdivisions only) |
| 2 | 45 out of 49 | 96% | 96% (Primary Subdivisions only) |
| 3 | 46 out of 49 | 97% | 97% (Primary Subdivisions only) |
| 4 | 48 out of 49 | 98% | 97% (Primary Subdivisions only) |

---

[1]    For the avoidance of doubt, the determinations that a sufficient number of states have agreed to be Settling States and there has been sufficient resolution of the Claims of the Litigating Subdivisions in the Settling States as described in the preamble, Section II.A and Section VIII.A remain in the sole discretion of the Settling Distributors.

[2]    In order to qualify for the relevant tier, the minimum amounts listed in each of the "Number of Settling States," "Percentage of Litigating Subdivisions," and "Percentage of Non-Litigating Primary Subdivisions" columns must be met or surpassed.

[3]    For the sole purpose of the Participation Tier determination under this Exhibit H, the States used to calculate each criterion (including the Percentage of Litigating Subdivisions and Percentage of Non-Litigating Subdivisions) will include each of the 50 states in the United States, except West Virginia, for a total of 49 states.  For the avoidance of doubt, notwithstanding the definition of "State" in Section I.TTT or Exhibit F, neither Washington, D.C., nor any territory of the United States will be included for purposes of determining the participation tier under this Exhibit H.

[4]    School Districts, Health Districts, Hospital Districts, Library Districts and Fire Districts that satisfy the definition of Litigating Subdivision will be included for purposes of determining the Percentage of Litigating Subdivisions.  These categories of Special District shall have their population measured as set forth in Section XIV.B.  Any other Special Districts that satisfy the definition of Litigating Subdivisions will not be included for purposes of calculating the Participation Tier.

The Percentage of Litigating Subdivisions and Percentage of Non-Litigating Primary Subdivisions will be calculated as follows:  each Litigating Subdivision and each Non-Litigating Subdivision in the 49 states used to calculate the Participation Tier will be assigned a metric reflecting both population and severity (the "Population-Severity Metric").  The Population-Severity Metric shall be the Subdivision's population plus the Subdivision's population multiplied by the severity factor for the State of the Subdivision (the severity factors for each State are attached as Exhibit X hereto) and then divided in two, thus giving fifty percent (50%) weight to each of population and population multiplied by the severity factor.  The denominator for each Percentage shall be the sum total of the Population-Severity Metric for all the Subdivisions in the relevant category (Litigating Subdivisions or Non-Litigating Primary Subdivisions) in the Settling States, notwithstanding that persons may be included within the population (and therefore the Population-Severity Metric) of more than one Subdivision.  The numerator will be the sum total of the Population-Severity Metrics of all Subdivisions in the relevant category of Subdivision (i.e., Litigating Subdivisions or Non-Litigating Subdivisions that are also Primary Subdivisions) in the Settling States that are either Participating Subdivisions or are subject to a Bar, Case-Specific Resolution, or Settlement Class Resolution, notwithstanding that persons may be included within the population of more than one Subdivision.  An

FINAL AGREEMENT 3.25.22

individual Litigating Subdivision shall not be included more than once in the numerator, and shall not be included more than once in the denominator, of the calculation regardless if it (or any of its officials) is named as multiple plaintiffs in the same lawsuit; *provided*, *however*, that for the avoidance of doubt, no Litigating Subdivision will be excluded from the numerator or denominator under this sentence unless a Litigating Subdivision otherwise counted in the denominator has the authority to release the Claims (consistent with Section XI) of the Litigating Subdivision to be excluded.

For the avoidance of doubt, Subdivisions in Non-Settling States are excluded from both the denominator and numerator of the calculations for the Percentage of Litigating Subdivisions and Percentage of Non-Litigating Primary Subdivisions.

[5]  During the period when the Participation Tier is redetermined annually,  Later Participating Subdivisions described in Section VII.E.3 or Section VII.E.4 shall not be included as Participating Subdivisions, and for Subdivisions subject to a Bar, Case-Specific Resolution, or Settlement Class Resolution to be included, the Bar, Case-Specific Resolution, or Settlement Class Resolution must have been in effect both as of the relevant Payment Date and for the entire period since the prior Payment Date.

FINAL AGREEMENT 3.25.22

## EXHIBIT I

## Primary Subdivisions[16]

1. Anchorage municipality, Alaska *
2. Fairbanks city, Alaska *
3. Fairbanks North Star Borough, Alaska *
4. Juneau city and borough, Alaska *
5. Kenai Peninsula Borough, Alaska *
6. Matanuska-Susitna Borough, Alaska *
7. Ketchikan Gateway Borough, Alaska
8. Kodiak Island Borough, Alaska
9. Wasilla city, Alaska
10. Apache County, Arizona *
11. Apache Junction city, Arizona *
12. Avondale city, Arizona *
13. Buckeye city, Arizona *
14. Bullhead City city, Arizona *
15. Casa Grande city, Arizona *
16. Chandler city, Arizona *
17. Cochise County, Arizona *
18. Coconino County, Arizona *
19. El Mirage city, Arizona *
20. Flagstaff city, Arizona *
21. Gila County, Arizona *
22. Gilbert town, Arizona *
23. Glendale city, Arizona *
24. Goodyear city, Arizona *
25. Graham County, Arizona *
26. Kingman city, Arizona *
27. Lake Havasu City city, Arizona *
28. Marana town, Arizona *
29. Maricopa city, Arizona *
30. Maricopa County, Arizona *
31. Mesa city, Arizona *
32. Mohave County, Arizona *
33. Navajo County, Arizona *
34. Oro Valley town, Arizona *
35. Peoria city, Arizona *
36. Phoenix city, Arizona *
37. Pima County, Arizona *
38. Pinal County, Arizona *
39. Prescott city, Arizona *
40. Prescott Valley town, Arizona *
41. Queen Creek town, Arizona *
42. Sahuarita town, Arizona *
43. San Luis city, Arizona *
44. Santa Cruz County, Arizona *
45. Scottsdale city, Arizona *
46. Sierra Vista city, Arizona *
47. Surprise city, Arizona *
48. Tempe city, Arizona *
49. Tucson city, Arizona *
50. Yavapai County, Arizona *
51. Yuma city, Arizona *
52. Yuma County, Arizona *
53. Camp Verde town, Arizona
54. Chino Valley town, Arizona
55. Coolidge city, Arizona
56. Cottonwood city, Arizona
57. Douglas city, Arizona
58. Eloy city, Arizona
59. Florence town, Arizona
60. Fountain Hills town, Arizona
61. La Paz County, Arizona
62. Nogales city, Arizona
63. Paradise Valley town, Arizona
64. Payson town, Arizona
65. Sedona city, Arizona
66. Show Low city, Arizona
67. Somerton city, Arizona
68. Baxter County, Arkansas *
69. Benton city, Arkansas *
70. Benton County, Arkansas *
71. Bentonville city, Arkansas *
72. Boone County, Arkansas *
73. Conway city, Arkansas *
74. Craighead County, Arkansas *
75. Crawford County, Arkansas *
76. Crittenden County, Arkansas *
77. Faulkner County, Arkansas *
78. Fayetteville city, Arkansas *
79. Fort Smith city, Arkansas *
80. Garland County, Arkansas *
81. Greene County, Arkansas *
82. Hot Spring County, Arkansas *
83. Hot Springs city, Arkansas *
84. Independence County, Arkansas *
85. Jefferson County, Arkansas *
86. Jonesboro city, Arkansas *
87. Little Rock city, Arkansas *
88. Lonoke County, Arkansas *
89. Miller County, Arkansas *
90. Mississippi County, Arkansas *
91. North Little Rock city, Arkansas *
92. Pine Bluff city, Arkansas *
93. Pope County, Arkansas *
94. Pulaski County, Arkansas *
95. Rogers city, Arkansas *
96. Saline County, Arkansas *
97. Sebastian County, Arkansas *
98. Sherwood city, Arkansas *
99. Springdale city, Arkansas *
100. Union County, Arkansas *
101. Washington County, Arkansas *
102. White County, Arkansas *
103. Arkadelphia city, Arkansas
104. Arkansas County, Arkansas
105. Ashley County, Arkansas
106. Batesville city, Arkansas
107. Bella Vista city, Arkansas
108. Blytheville city, Arkansas
109. Bradley County, Arkansas
110. Bryant city, Arkansas
111. Cabot city, Arkansas
112. Camden city, Arkansas
113. Carroll County, Arkansas
114. Centerton city, Arkansas
115. Chicot County, Arkansas
116. Clark County, Arkansas
117. Clay County, Arkansas
118. Cleburne County, Arkansas
119. Columbia County, Arkansas
120. Conway County, Arkansas
121. Cross County, Arkansas
122. Desha County, Arkansas

---

[16] Entities denoted with an asterisk (*) indicate a population of greater than 30,000 for purposes of the definition of Primary Subdivision as it relates to Incentive Payment C.

I-1

FINAL AGREEMENT 3.25.22

| | | |
|---|---|---|
| 123. Drew County, Arkansas | 176. Antioch city, California * | 226. Davis city, California * |
| 124. El Dorado city, Arkansas | 177. Apple Valley town, California * | 227. Delano city, California * |
| 125. Forrest City city, Arkansas | | 228. Diamond Bar city, California * |
| 126. Franklin County, Arkansas | 178. Arcadia city, California * | 229. Downey city, California * |
| 127. Fulton County, Arkansas | 179. Atascadero city, California * | 230. Dublin city, California * |
| 128. Grant County, Arkansas | 180. Azusa city, California * | 231. Eastvale city, California * |
| 129. Harrison city, Arkansas | 181. Bakersfield city, California * | 232. El Cajon city, California * |
| 130. Helena-West Helena city, Arkansas | 182. Baldwin Park city, California * | 233. El Centro city, California * |
| | | 234. El Dorado County, California * |
| 131. Hempstead County, Arkansas | 183. Banning city, California * | |
| 132. Howard County, Arkansas | 184. Beaumont city, California * | 235. El Monte city, California * |
| 133. Izard County, Arkansas | 185. Bell city, California * | 236. El Paso de Robles (Paso Robles) city, California * |
| 134. Jackson County, Arkansas | 186. Bell Gardens city, California * | |
| 135. Jacksonville city, Arkansas | 187. Bellflower city, California * | 237. Elk Grove city, California * |
| 136. Johnson County, Arkansas | 188. Berkeley city, California * | 238. Encinitas city, California * |
| 137. Lawrence County, Arkansas | 189. Beverly Hills city, California * | 239. Escondido city, California * |
| 138. Lincoln County, Arkansas | 190. Brea city, California * | 240. Fairfield city, California * |
| 139. Little River County, Arkansas | 191. Brentwood city, California * | 241. Folsom city, California * |
| 140. Logan County, Arkansas | 192. Buena Park city, California * | 242. Fontana city, California * |
| 141. Madison County, Arkansas | 193. Burbank city, California * | 243. Foster City city, California * |
| 142. Magnolia city, Arkansas | 194. Burlingame city, California * | 244. Fountain Valley city, California * |
| 143. Malvern city, Arkansas | 195. Butte County, California * | |
| 144. Marion city, Arkansas | 196. Calaveras County, California * | 245. Fremont city, California * |
| 145. Marion County, Arkansas | 197. Calexico city, California * | 246. Fresno city, California * |
| 146. Maumelle city, Arkansas | 198. Camarillo city, California * | 247. Fresno County, California * |
| 147. Mountain Home city, Arkansas | 199. Campbell city, California * | 248. Fullerton city, California * |
| | 200. Carlsbad city, California * | 249. Garden Grove city, California * |
| 148. Ouachita County, Arkansas | 201. Carson city, California * | |
| 149. Paragould city, Arkansas | 202. Cathedral City city, California * | 250. Gardena city, California * |
| 150. Perry County, Arkansas | | 251. Gilroy city, California * |
| 151. Phillips County, Arkansas | 203. Ceres city, California * | 252. Glendale city, California * |
| 152. Pike County, Arkansas | 204. Cerritos city, California * | 253. Glendora city, California * |
| 153. Poinsett County, Arkansas | 205. Chico city, California * | 254. Goleta city, California * |
| 154. Polk County, Arkansas | 206. Chino city, California * | 255. Hanford city, California * |
| 155. Randolph County, Arkansas | 207. Chino Hills city, California * | 256. Hawthorne city, California * |
| 156. Russellville city, Arkansas | 208. Chula Vista city, California * | 257. Hayward city, California * |
| 157. Scott County, Arkansas | 209. Citrus Heights city, California * | 258. Hemet city, California * |
| 158. Searcy city, Arkansas | | 259. Hesperia city, California * |
| 159. Sevier County, Arkansas | 210. Claremont city, California * | 260. Highland city, California * |
| 160. Sharp County, Arkansas | 211. Clovis city, California * | 261. Hollister city, California * |
| 161. Siloam Springs city, Arkansas | 212. Coachella city, California * | 262. Humboldt County, California * |
| 162. St. Francis County, Arkansas | 213. Colton city, California * | |
| 163. Stone County, Arkansas | 214. Compton city, California * | 263. Huntington Beach city, California * |
| 164. Texarkana city, Arkansas | 215. Concord city, California * | |
| 165. Van Buren city, Arkansas | 216. Contra Costa County, California * | 264. Huntington Park city, California * |
| 166. Van Buren County, Arkansas | | |
| 167. West Memphis city, Arkansas | 217. Corona city, California * | 265. Imperial County, California * |
| 168. Yell County, Arkansas | 218. Costa Mesa city, California * | 266. Indio city, California * |
| 169. Adelanto city, California * | 219. Covina city, California * | 267. Inglewood city, California * |
| 170. Alameda city, California * | 220. Culver City city, California * | 268. Irvine city, California * |
| 171. Alameda County, California * | 221. Cupertino city, California * | 269. Jurupa Valley city, California * |
| 172. Alhambra city, California * | 222. Cypress city, California * | |
| 173. Aliso Viejo city, California * | 223. Daly City city, California * | 270. Kern County, California * |
| 174. Amador County, California * | 224. Dana Point city, California * | 271. Kings County, California * |
| 175. Anaheim city, California * | 225. Danville town, California * | 272. La Habra city, California * |

FINAL AGREEMENT 3.25.22

273. La Mesa city, California *
274. La Mirada city, California *
275. La Puente city, California *
276. La Quinta city, California *
277. La Verne city, California *
278. Laguna Hills city, California *
279. Laguna Niguel city, California *
280. Lake County, California *
281. Lake Elsinore city, California *
282. Lake Forest city, California *
283. Lakewood city, California *
284. Lancaster city, California *
285. Lassen County, California *
286. Lawndale city, California *
287. Lincoln city, California *
288. Livermore city, California *
289. Lodi city, California *
290. Lompoc city, California *
291. Long Beach city, California *
292. Los Altos city, California *
293. Los Angeles city, California *
294. Los Angeles County, California *
295. Los Banos city, California *
296. Los Gatos town, California *
297. Lynwood city, California *
298. Madera city, California *
299. Madera County, California *
300. Manhattan Beach city, California *
301. Manteca city, California *
302. Marin County, California *
303. Martinez city, California *
304. Mendocino County, California *
305. Menifee city, California *
306. Menlo Park city, California *
307. Merced city, California *
308. Merced County, California *
309. Milpitas city, California *
310. Mission Viejo city, California *
311. Modesto city, California *
312. Monrovia city, California *
313. Montclair city, California *
314. Montebello city, California *
315. Monterey County, California *
316. Monterey Park city, California *
317. Moorpark city, California *
318. Moreno Valley city, California *
319. Morgan Hill city, California *

320. Mountain View city, California *
321. Murrieta city, California *
322. Napa city, California *
323. Napa County, California *
324. National City city, California *
325. Nevada County, California *
326. Newark city, California *
327. Newport Beach city, California *
328. Norwalk city, California *
329. Novato city, California *
330. Oakland city, California *
331. Oakley city, California *
332. Oceanside city, California *
333. Ontario city, California *
334. Orange city, California *
335. Orange County, California *
336. Oxnard city, California *
337. Pacifica city, California *
338. Palm Desert city, California *
339. Palm Springs city, California *
340. Palmdale city, California *
341. Palo Alto city, California *
342. Paramount city, California *
343. Pasadena city, California *
344. Perris city, California *
345. Petaluma city, California *
346. Pico Rivera city, California *
347. Pittsburg city, California *
348. Placentia city, California *
349. Placer County, California *
350. Pleasant Hill city, California *
351. Pleasanton city, California *
352. Pomona city, California *
353. Porterville city, California *
354. Poway city, California *
355. Rancho Cordova city, California *
356. Rancho Cucamonga city, California *
357. Rancho Palos Verdes city, California *
358. Rancho Santa Margarita city, California *
359. Redding city, California *
360. Redlands city, California *
361. Redondo Beach city, California *
362. Redwood City city, California *
363. Rialto city, California *
364. Richmond city, California *
365. Riverside city, California *
366. Riverside County, California *

367. Rocklin city, California *
368. Rohnert Park city, California *
369. Rosemead city, California *
370. Roseville city, California *
371. Sacramento city, California *
372. Sacramento County, California *
373. Salinas city, California *
374. San Benito County, California *
375. San Bernardino city, California *
376. San Bernardino County, California *
377. San Bruno city, California *
378. San Buenaventura (Ventura) city, California *
379. San Carlos city, California *
380. San Clemente city, California *
381. San Diego city, California *
382. San Diego County, California *
383. San Dimas city, California *
384. San Francisco city / San Francisco County, California *
385. San Gabriel city, California *
386. San Jacinto city, California *
387. San Joaquin County, California *
388. San Jose city, California *
389. San Juan Capistrano city, California *
390. San Leandro city, California *
391. San Luis Obispo city, California *
392. San Luis Obispo County, California *
393. San Marcos city, California *
394. San Mateo city, California *
395. San Mateo County, California *
396. San Pablo city, California *
397. San Rafael city, California *
398. San Ramon city, California *
399. Santa Ana city, California *
400. Santa Barbara city, California *
401. Santa Barbara County, California *
402. Santa Clara city, California *
403. Santa Clara County, California *
404. Santa Clarita city, California *
405. Santa Cruz city, California *

I-3

406. Santa Cruz County, California *
407. Santa Maria city, California *
408. Santa Monica city, California *
409. Santa Rosa city, California *
410. Santee city, California *
411. Saratoga city, California *
412. Seaside city, California *
413. Shasta County, California *
414. Simi Valley city, California *
415. Siskiyou County, California *
416. Solano County, California *
417. Sonoma County, California *
418. South Gate city, California *
419. South San Francisco city, California *
420. Stanislaus County, California *
421. Stanton city, California *
422. Stockton city, California *
423. Sunnyvale city, California *
424. Sutter County, California *
425. Tehama County, California *
426. Temecula city, California *
427. Temple City city, California *
428. Thousand Oaks city, California *
429. Torrance city, California *
430. Tracy city, California *
431. Tulare city, California *
432. Tulare County, California *
433. Tuolumne County, California *
434. Turlock city, California *
435. Tustin city, California *
436. Union City city, California *
437. Upland city, California *
438. Vacaville city, California *
439. Vallejo city, California *
440. Ventura County, California *
441. Victorville city, California *
442. Visalia city, California *
443. Vista city, California *
444. Walnut Creek city, California *
445. Watsonville city, California *
446. West Covina city, California *
447. West Hollywood city, California *
448. West Sacramento city, California *
449. Westminster city, California *
450. Whittier city, California *
451. Wildomar city, California *

452. Woodland city, California *
453. Yolo County, California *
454. Yorba Linda city, California *
455. Yuba City city, California *
456. Yuba County, California *
457. Yucaipa city, California *
458. Agoura Hills city, California
459. Albany city, California
460. American Canyon city, California
461. Anderson city, California
462. Arcata city, California
463. Arroyo Grande city, California
464. Artesia city, California
465. Arvin city, California
466. Atwater city, California
467. Auburn city, California
468. Avenal city, California
469. Barstow city, California
470. Belmont city, California
471. Benicia city, California
472. Blythe city, California
473. Brawley city, California
474. Calabasas city, California
475. California City city, California
476. Canyon Lake city, California
477. Capitola city, California
478. Carpinteria city, California
479. Chowchilla city, California
480. Clayton city, California
481. Clearlake city, California
482. Coalinga city, California
483. Colusa County, California
484. Commerce city, California
485. Corcoran city, California
486. Coronado city, California
487. Cudahy city, California
488. Del Norte County, California
489. Desert Hot Springs city, California
490. Dinuba city, California
491. Dixon city, California
492. Duarte city, California
493. East Palo Alto city, California
494. El Cerrito city, California
495. El Segundo city, California
496. Emeryville city, California
497. Eureka city, California
498. Exeter city, California
499. Farmersville city, California
500. Fillmore city, California
501. Fortuna city, California
502. Galt city, California
503. Glenn County, California
504. Grand Terrace city, California

505. Grass Valley city, California
506. Greenfield city, California
507. Grover Beach city, California
508. Half Moon Bay city, California
509. Hawaiian Gardens city, California
510. Healdsburg city, California
511. Hercules city, California
512. Hermosa Beach city, California
513. Hillsborough town, California
514. Imperial Beach city, California
515. Imperial city, California
516. Inyo County, California
517. Kerman city, California
518. King City city, California
519. Kingsburg city, California
520. La Cañada Flintridge city, California
521. La Palma city, California
522. Lafayette city, California
523. Laguna Beach city, California
524. Laguna Woods city, California
525. Larkspur city, California
526. Lathrop city, California
527. Lemon Grove city, California
528. Lemoore city, California
529. Lindsay city, California
530. Livingston city, California
531. Loma Linda city, California
532. Lomita city, California
533. Los Alamitos city, California
534. Malibu city, California
535. Marina city, California
536. Mariposa County, California
537. Marysville city, California
538. Maywood city, California
539. McFarland city, California
540. Mendota city, California
541. Mill Valley city, California
542. Millbrae city, California
543. Mono County, California
544. Monterey city, California
545. Moraga town, California
546. Morro Bay city, California
547. Newman city, California
548. Norco city, California
549. Oakdale city, California
550. Orange Cove city, California
551. Orinda city, California
552. Oroville city, California
553. Pacific Grove city, California
554. Palos Verdes Estates city, California

555. Parlier city, California
556. Patterson city, California
557. Piedmont city, California
558. Pinole city, California
559. Placerville city, California
560. Plumas County, California
561. Port Hueneme city, California
562. Rancho Mirage city, California
563. Red Bluff city, California
564. Reedley city, California
565. Ridgecrest city, California
566. Ripon city, California
567. Riverbank city, California
568. San Anselmo town, California
569. San Fernando city, California
570. San Marino city, California
571. Sanger city, California
572. Santa Fe Springs city, California
573. Santa Paula city, California
574. Scotts Valley city, California
575. Seal Beach city, California
576. Selma city, California
577. Shafter city, California
578. Shasta Lake city, California
579. Sierra Madre city, California
580. Signal Hill city, California
581. Solana Beach city, California
582. Soledad city, California
583. Sonoma city, California
584. South El Monte city, California
585. South Lake Tahoe city, California
586. South Pasadena city, California
587. Suisun City city, California
588. Susanville city, California
589. Tehachapi city, California
590. Trinity County, California
591. Truckee town, California
592. Twentynine Palms city, California
593. Ukiah city, California
594. Walnut city, California
595. Wasco city, California
596. Windsor town, California
597. Yucca Valley town, California
598. Adams County, Colorado *
599. Arapahoe County, Colorado *
600. Arvada city, Colorado *
601. Aurora city, Colorado *
602. Boulder city, Colorado *
603. Boulder County, Colorado *

604. Brighton city, Colorado *
605. Broomfield city / Broomfield County, Colorado *
606. Castle Rock town, Colorado *
607. Centennial city, Colorado *
608. Colorado Springs city, Colorado *
609. Commerce City city, Colorado *
610. Delta County, Colorado *
611. Denver city / Denver County, Colorado *
612. Douglas County, Colorado *
613. Eagle County, Colorado *
614. El Paso County, Colorado *
615. Englewood city, Colorado *
616. Fort Collins city, Colorado *
617. Fountain city, Colorado *
618. Fremont County, Colorado *
619. Garfield County, Colorado *
620. Grand Junction city, Colorado *
621. Greeley city, Colorado *
622. Jefferson County, Colorado *
623. La Plata County, Colorado *
624. Lafayette city, Colorado *
625. Lakewood city, Colorado *
626. Larimer County, Colorado *
627. Littleton city, Colorado *
628. Longmont city, Colorado *
629. Loveland city, Colorado *
630. Mesa County, Colorado *
631. Montrose County, Colorado *
632. Northglenn city, Colorado *
633. Parker town, Colorado *
634. Pueblo city, Colorado *
635. Pueblo County, Colorado *
636. Summit County, Colorado *
637. Thornton city, Colorado *
638. Weld County, Colorado *
639. Westminster city, Colorado *
640. Wheat Ridge city, Colorado *
641. Windsor town, Colorado *
642. Alamosa County, Colorado
643. Archuleta County, Colorado
644. Cañon City city, Colorado
645. Castle Pines city, Colorado
646. Chaffee County, Colorado
647. Durango city, Colorado
648. Elbert County, Colorado
649. Erie town, Colorado
650. Evans city, Colorado
651. Federal Heights city, Colorado
652. Firestone town, Colorado
653. Fort Morgan city, Colorado

654. Frederick town, Colorado
655. Fruita city, Colorado
656. Golden city, Colorado
657. Grand County, Colorado
658. Greenwood Village city, Colorado
659. Gunnison County, Colorado
660. Johnstown town, Colorado
661. Las Animas County, Colorado
662. Logan County, Colorado
663. Lone Tree city, Colorado
664. Louisville city, Colorado
665. Moffat County, Colorado
666. Montezuma County, Colorado
667. Montrose city, Colorado
668. Morgan County, Colorado
669. Otero County, Colorado
670. Park County, Colorado
671. Pitkin County, Colorado
672. Prowers County, Colorado
673. Rio Grande County, Colorado
674. Routt County, Colorado
675. Steamboat Springs city, Colorado
676. Sterling city, Colorado
677. Superior town, Colorado
678. Teller County, Colorado
679. Wellington town, Colorado
680. Yuma County, Colorado
681. Bridgeport town / Bridgeport city, Connecticut *
682. Bristol city / Bristol town, Connecticut *
683. Danbury city / Danbury town, Connecticut *
684. East Hartford town, Connecticut *
685. Enfield town, Connecticut *
686. Fairfield town, Connecticut *
687. Glastonbury town, Connecticut *
688. Greenwich town, Connecticut *
689. Groton town, Connecticut *
690. Hamden town, Connecticut *
691. Hartford city / Hartford town, Connecticut *
692. Manchester town, Connecticut *
693. Meriden city / Meriden town, Connecticut *
694. Middletown city / Middletown town, Connecticut *
695. Milford city, Connecticut *
696. Milford town, Connecticut *

FINAL AGREEMENT 3.25.22

697. Naugatuck borough / Naugatuck town, Connecticut *
698. New Britain town / New Britain city, Connecticut *
699. New Haven town / New Haven city, Connecticut *
700. Newington town, Connecticut *
701. Norwalk city / Norwalk town, Connecticut *
702. Norwich city / Norwich town, Connecticut *
703. Shelton city / Shelton town, Connecticut *
704. Southington town, Connecticut *
705. Stamford city / Stamford town, Connecticut *
706. Stratford town, Connecticut *
707. Torrington city / Torrington town, Connecticut *
708. Trumbull town, Connecticut *
709. Wallingford town, Connecticut *
710. Waterbury city / Waterbury town, Connecticut *
711. West Hartford town, Connecticut *
712. West Haven city / West Haven town, Connecticut *
713. Ansonia town / Ansonia city, Connecticut
714. Avon town, Connecticut
715. Berlin town, Connecticut
716. Bethel town, Connecticut
717. Bloomfield town, Connecticut
718. Branford town, Connecticut
719. Brookfield town, Connecticut
720. Canton town, Connecticut
721. Cheshire town, Connecticut
722. Clinton town, Connecticut
723. Colchester town, Connecticut
724. Coventry town, Connecticut
725. Cromwell town, Connecticut
726. Darien town, Connecticut
727. Derby city / Derby town, Connecticut
728. East Hampton town, Connecticut
729. East Haven town, Connecticut
730. East Lyme town, Connecticut
731. East Windsor town, Connecticut
732. Ellington town, Connecticut

733. Farmington town, Connecticut
734. Granby town, Connecticut
735. Griswold town, Connecticut
736. Guilford town, Connecticut
737. Killingly town, Connecticut
738. Ledyard town, Connecticut
739. Madison town, Connecticut
740. Mansfield town, Connecticut
741. Monroe town, Connecticut
742. Montville town, Connecticut
743. New Canaan town, Connecticut
744. New Fairfield town, Connecticut
745. New London city / New London town, Connecticut
746. New Milford town, Connecticut
747. Newtown town, Connecticut
748. North Branford town, Connecticut
749. North Haven town, Connecticut
750. Old Saybrook town, Connecticut
751. Orange town, Connecticut
752. Oxford town, Connecticut
753. Plainfield town, Connecticut
754. Plainville town, Connecticut
755. Plymouth town, Connecticut
756. Ridgefield town, Connecticut
757. Rocky Hill town, Connecticut
758. Seymour town, Connecticut
759. Simsbury town, Connecticut
760. Somers town, Connecticut
761. South Windsor town, Connecticut
762. Southbury town, Connecticut
763. Stafford town, Connecticut
764. Stonington town, Connecticut
765. Suffield town, Connecticut
766. Tolland town, Connecticut
767. Vernon town, Connecticut
768. Waterford town, Connecticut
769. Watertown town, Connecticut
770. Weston town, Connecticut
771. Westport town, Connecticut
772. Wethersfield town, Connecticut
773. Wilton town, Connecticut
774. Winchester town, Connecticut
775. Windham town, Connecticut
776. Windsor Locks town, Connecticut
777. Windsor town, Connecticut

778. Wolcott town, Connecticut
779. Dover city, Delaware *
780. Kent County, Delaware *
781. New Castle County, Delaware *
782. Newark city, Delaware *
783. Sussex County, Delaware *
784. Wilmington city, Delaware *
785. Middletown town, Delaware
786. Milford city, Delaware
787. Smyrna town, Delaware
788. Alachua County, Florida *
789. Altamonte Springs city, Florida *
790. Apopka city, Florida *
791. Aventura city, Florida *
792. Bay County, Florida *
793. Boca Raton city, Florida *
794. Bonita Springs city, Florida *
795. Boynton Beach city, Florida *
796. Bradenton city, Florida *
797. Brevard County, Florida *
798. Broward County, Florida *
799. Cape Coral city, Florida *
800. Charlotte County, Florida *
801. Citrus County, Florida *
802. Clay County, Florida *
803. Clearwater city, Florida *
804. Clermont city, Florida *
805. Coconut Creek city, Florida *
806. Collier County, Florida *
807. Columbia County, Florida *
808. Cooper City city, Florida *
809. Coral Gables city, Florida *
810. Coral Springs city, Florida *
811. Cutler Bay town, Florida *
812. Dania Beach city, Florida *
813. Davie town, Florida *
814. Daytona Beach city, Florida *
815. Deerfield Beach city, Florida *
816. DeLand city, Florida *
817. Delray Beach city, Florida *
818. Deltona city, Florida *
819. DeSoto County, Florida *
820. Doral city, Florida *
821. Dunedin city, Florida *
822. Duval County / Jacksonville city, Florida *
823. Escambia County, Florida *
824. Estero village, Florida *
825. Flagler County, Florida *
826. Fort Lauderdale city, Florida *
827. Fort Myers city, Florida *
828. Fort Pierce city, Florida *
829. Gadsden County, Florida *

I-6

830. Gainesville city, Florida *
831. Greenacres city, Florida *
832. Hallandale Beach city, Florida *
833. Hendry County, Florida *
834. Hernando County, Florida *
835. Hialeah city, Florida *
836. Highlands County, Florida *
837. Hillsborough County, Florida *
838. Hollywood city, Florida *
839. Homestead city, Florida *
840. Indian River County, Florida *
841. Jackson County, Florida *
842. Jupiter town, Florida *
843. Kissimmee city, Florida *
844. Lake County, Florida *
845. Lake Worth city, Florida *
846. Lakeland city, Florida *
847. Largo city, Florida *
848. Lauderdale Lakes city, Florida *
849. Lauderhill city, Florida *
850. Lee County, Florida *
851. Leon County, Florida *
852. Levy County, Florida *
853. Manatee County, Florida *
854. Margate city, Florida *
855. Marion County, Florida *
856. Martin County, Florida *
857. Melbourne city, Florida *
858. Miami Beach city, Florida *
859. Miami city, Florida *
860. Miami Gardens city, Florida *
861. Miami Lakes town, Florida *
862. Miami-Dade County, Florida *
863. Miramar city, Florida *
864. Monroe County, Florida *
865. Nassau County, Florida *
866. North Lauderdale city, Florida *
867. North Miami Beach city, Florida *
868. North Miami city, Florida *
869. North Port city, Florida *
870. Oakland Park city, Florida *
871. Ocala city, Florida *
872. Ocoee city, Florida *
873. Okaloosa County, Florida *
874. Okeechobee County, Florida *
875. Orange County, Florida *
876. Orlando city, Florida *
877. Ormond Beach city, Florida *
878. Osceola County, Florida *
879. Oviedo city, Florida *

880. Palm Bay city, Florida *
881. Palm Beach County, Florida *
882. Palm Beach Gardens city, Florida *
883. Palm Coast city, Florida *
884. Panama City city, Florida *
885. Parkland city, Florida *
886. Pasco County, Florida *
887. Pembroke Pines city, Florida *
888. Pensacola city, Florida *
889. Pinellas County, Florida *
890. Pinellas Park city, Florida *
891. Plant City city, Florida *
892. Plantation city, Florida *
893. Polk County, Florida *
894. Pompano Beach city, Florida *
895. Port Orange city, Florida *
896. Port St. Lucie city, Florida *
897. Putnam County, Florida *
898. Riviera Beach city, Florida *
899. Royal Palm Beach village, Florida *
900. Sanford city, Florida *
901. Santa Rosa County, Florida *
902. Sarasota city, Florida *
903. Sarasota County, Florida *
904. Seminole County, Florida *
905. St. Cloud city, Florida *
906. St. Johns County, Florida *
907. St. Lucie County, Florida *
908. St. Petersburg city, Florida *
909. Sumter County, Florida *
910. Sunrise city, Florida *
911. Suwannee County, Florida *
912. Tallahassee city, Florida *
913. Tamarac city, Florida *
914. Tampa city, Florida *
915. Titusville city, Florida *
916. Volusia County, Florida *
917. Wakulla County, Florida *
918. Walton County, Florida *
919. Wellington village, Florida *
920. West Palm Beach city, Florida *
921. Weston city, Florida *
922. Winter Garden city, Florida *
923. Winter Haven city, Florida *
924. Winter Park city, Florida *
925. Winter Springs city, Florida *
926. Atlantic Beach city, Florida
927. Auburndale city, Florida
928. Avon Park city, Florida
929. Baker County, Florida
930. Bartow city, Florida
931. Belle Glade city, Florida

932. Bradford County, Florida
933. Calhoun County, Florida
934. Callaway city, Florida
935. Cape Canaveral city, Florida
936. Casselberry city, Florida
937. Cocoa Beach city, Florida
938. Cocoa city, Florida
939. Crestview city, Florida
940. DeBary city, Florida
941. Destin city, Florida
942. Dixie County, Florida
943. Edgewater city, Florida
944. Eustis city, Florida
945. Fernandina Beach city, Florida
946. Florida City city, Florida
947. Fort Walton Beach city, Florida
948. Franklin County, Florida
949. Fruitland Park city, Florida
950. Gilchrist County, Florida
951. Glades County, Florida
952. Groveland city, Florida
953. Gulf County, Florida
954. Gulfport city, Florida
955. Haines City city, Florida
956. Hamilton County, Florida
957. Hardee County, Florida
958. Hialeah Gardens city, Florida
959. Holly Hill city, Florida
960. Holmes County, Florida
961. Jacksonville Beach city, Florida
962. Jefferson County, Florida
963. Key Biscayne village, Florida
964. Key West city, Florida
965. Lady Lake town, Florida
966. Lake City city, Florida
967. Lake Mary city, Florida
968. Lake Wales city, Florida
969. Lantana town, Florida
970. Leesburg city, Florida
971. Lighthouse Point city, Florida
972. Longwood city, Florida
973. Lynn Haven city, Florida
974. Madison County, Florida
975. Maitland city, Florida
976. Marco Island city, Florida
977. Miami Shores village, Florida
978. Miami Springs city, Florida
979. Milton city, Florida
980. Minneola city, Florida
981. Mount Dora city, Florida
982. Naples city, Florida
983. New Port Richey city, Florida

984. New Smyrna Beach city, Florida
985. Niceville city, Florida
986. North Palm Beach village, Florida
987. Oldsmar city, Florida
988. Opa-locka city, Florida
989. Orange City city, Florida
990. Palatka city, Florida
991. Palm Springs village, Florida
992. Palmetto Bay village, Florida
993. Palmetto city, Florida
994. Panama City Beach city, Florida
995. Pinecrest village, Florida
996. Punta Gorda city, Florida
997. Rockledge city, Florida
998. Safety Harbor city, Florida
999. Satellite Beach city, Florida
1000. Sebastian city, Florida
1001. Sebring city, Florida
1002. Seminole city, Florida
1003. South Daytona city, Florida
1004. South Miami city, Florida
1005. St. Augustine city, Florida
1006. Stuart city, Florida
1007. Sunny Isles Beach city, Florida
1008. Sweetwater city, Florida
1009. Tarpon Springs city, Florida
1010. Tavares city, Florida
1011. Taylor County, Florida
1012. Temple Terrace city, Florida
1013. Union County, Florida
1014. Venice city, Florida
1015. Vero Beach city, Florida
1016. Washington County, Florida
1017. West Melbourne city, Florida
1018. West Park city, Florida
1019. Wilton Manors city, Florida
1020. Zephyrhills city, Florida
1021. Albany city, Georgia *
1022. Alpharetta city, Georgia *
1023. Athens-Clarke County unified government, Georgia *
1024. Atlanta city, Georgia *
1025. Augusta-Richmond County consolidated government, Georgia *
1026. Baldwin County, Georgia *
1027. Barrow County, Georgia *
1028. Bartow County, Georgia *
1029. Brookhaven city, Georgia *
1030. Bryan County, Georgia *
1031. Bulloch County, Georgia *

1032. Camden County, Georgia *
1033. Canton city, Georgia *
1034. Carroll County, Georgia *
1035. Catoosa County, Georgia *
1036. Chamblee city, Georgia *
1037. Chatham County, Georgia *
1038. Cherokee County, Georgia *
1039. Clayton County, Georgia *
1040. Cobb County, Georgia *
1041. Coffee County, Georgia *
1042. Colquitt County, Georgia *
1043. Columbia County, Georgia *
1044. Columbus city, Georgia *
1045. Coweta County, Georgia *
1046. Dalton city, Georgia *
1047. DeKalb County, Georgia *
1048. Dougherty County, Georgia *
1049. Douglas County, Georgia *
1050. Douglasville city, Georgia *
1051. Dunwoody city, Georgia *
1052. East Point city, Georgia *
1053. Effingham County, Georgia *
1054. Fayette County, Georgia *
1055. Floyd County, Georgia *
1056. Forsyth County, Georgia *
1057. Fulton County, Georgia *
1058. Gainesville city, Georgia *
1059. Gilmer County, Georgia *
1060. Glynn County, Georgia *
1061. Gordon County, Georgia *
1062. Gwinnett County, Georgia *
1063. Habersham County, Georgia *
1064. Hall County, Georgia *
1065. Harris County, Georgia *
1066. Henry County, Georgia *
1067. Hinesville city, Georgia *
1068. Houston County, Georgia *
1069. Jackson County, Georgia *
1070. Johns Creek city, Georgia *
1071. Kennesaw city, Georgia *
1072. LaGrange city, Georgia *
1073. Laurens County, Georgia *
1074. Lawrenceville city, Georgia *
1075. Liberty County, Georgia *
1076. Lowndes County, Georgia *
1077. Lumpkin County, Georgia *
1078. Macon-Bibb County, Georgia *
1079. Marietta city, Georgia *
1080. Milton city, Georgia *
1081. Murray County, Georgia *
1082. Newnan city, Georgia *
1083. Newton County, Georgia *
1084. Oconee County, Georgia *
1085. Paulding County, Georgia *

1086. Peachtree City city, Georgia *
1087. Peachtree Corners city, Georgia *
1088. Pickens County, Georgia *
1089. Polk County, Georgia *
1090. Rockdale County, Georgia *
1091. Rome city, Georgia *
1092. Roswell city, Georgia *
1093. Sandy Springs city, Georgia *
1094. Savannah city, Georgia *
1095. Smyrna city, Georgia *
1096. South Fulton city, Georgia *
1097. Spalding County, Georgia *
1098. Statesboro city, Georgia *
1099. Stonecrest city, Georgia *
1100. Thomas County, Georgia *
1101. Tift County, Georgia *
1102. Troup County, Georgia *
1103. Tucker city, Georgia *
1104. Valdosta city, Georgia *
1105. Walker County, Georgia *
1106. Walton County, Georgia *
1107. Ware County, Georgia *
1108. Warner Robins city, Georgia *
1109. White County, Georgia *
1110. Whitfield County, Georgia *
1111. Woodstock city, Georgia *
1112. Acworth city, Georgia
1113. Americus city, Georgia
1114. Appling County, Georgia
1115. Bacon County, Georgia
1116. Bainbridge city, Georgia
1117. Banks County, Georgia
1118. Ben Hill County, Georgia
1119. Berrien County, Georgia
1120. Bleckley County, Georgia
1121. Brantley County, Georgia
1122. Braselton town, Georgia
1123. Brooks County, Georgia
1124. Brunswick city, Georgia
1125. Buford city, Georgia
1126. Burke County, Georgia
1127. Butts County, Georgia
1128. Calhoun city, Georgia
1129. Candler County, Georgia
1130. Carrollton city, Georgia
1131. Cartersville city, Georgia
1132. Charlton County, Georgia
1133. Chattooga County, Georgia
1134. Clarkston city, Georgia
1135. College Park city, Georgia
1136. Conyers city, Georgia
1137. Cook County, Georgia
1138. Cordele city, Georgia
1139. Covington city, Georgia

| | |
|---|---|
| 1140. | Crawford County, Georgia |
| 1141. | Crisp County, Georgia |
| 1142. | Cusseta-Chattahoochee County unified government, Georgia |
| 1143. | Dade County, Georgia |
| 1144. | Dallas city, Georgia |
| 1145. | Dawson County, Georgia |
| 1146. | Decatur city, Georgia |
| 1147. | Decatur County, Georgia |
| 1148. | Dodge County, Georgia |
| 1149. | Dooly County, Georgia |
| 1150. | Doraville city, Georgia |
| 1151. | Douglas city, Georgia |
| 1152. | Dublin city, Georgia |
| 1153. | Duluth city, Georgia |
| 1154. | Early County, Georgia |
| 1155. | Elbert County, Georgia |
| 1156. | Emanuel County, Georgia |
| 1157. | Evans County, Georgia |
| 1158. | Fairburn city, Georgia |
| 1159. | Fannin County, Georgia |
| 1160. | Fayetteville city, Georgia |
| 1161. | Forest Park city, Georgia |
| 1162. | Franklin County, Georgia |
| 1163. | Grady County, Georgia |
| 1164. | Greene County, Georgia |
| 1165. | Griffin city, Georgia |
| 1166. | Grovetown city, Georgia |
| 1167. | Haralson County, Georgia |
| 1168. | Hart County, Georgia |
| 1169. | Heard County, Georgia |
| 1170. | Holly Springs city, Georgia |
| 1171. | Jasper County, Georgia |
| 1172. | Jeff Davis County, Georgia |
| 1173. | Jefferson city, Georgia |
| 1174. | Jefferson County, Georgia |
| 1175. | Jones County, Georgia |
| 1176. | Kingsland city, Georgia |
| 1177. | Lamar County, Georgia |
| 1178. | Lanier County, Georgia |
| 1179. | Lee County, Georgia |
| 1180. | Lilburn city, Georgia |
| 1181. | Loganville city, Georgia |
| 1182. | Long County, Georgia |
| 1183. | Macon County, Georgia |
| 1184. | Madison County, Georgia |
| 1185. | McDonough city, Georgia |
| 1186. | McDuffie County, Georgia |
| 1187. | McIntosh County, Georgia |
| 1188. | Meriwether County, Georgia |
| 1189. | Milledgeville city, Georgia |
| 1190. | Mitchell County, Georgia |
| 1191. | Monroe city, Georgia |
| 1192. | Monroe County, Georgia |
| 1193. | Morgan County, Georgia |
| 1194. | Moultrie city, Georgia |
| 1195. | Norcross city, Georgia |
| 1196. | Oglethorpe County, Georgia |
| 1197. | Peach County, Georgia |
| 1198. | Perry city, Georgia |
| 1199. | Pierce County, Georgia |
| 1200. | Pike County, Georgia |
| 1201. | Pooler city, Georgia |
| 1202. | Powder Springs city, Georgia |
| 1203. | Pulaski County, Georgia |
| 1204. | Putnam County, Georgia |
| 1205. | Rabun County, Georgia |
| 1206. | Richmond Hill city, Georgia |
| 1207. | Rincon city, Georgia |
| 1208. | Riverdale city, Georgia |
| 1209. | Screven County, Georgia |
| 1210. | Snellville city, Georgia |
| 1211. | St. Marys city, Georgia |
| 1212. | Stephens County, Georgia |
| 1213. | Stockbridge city, Georgia |
| 1214. | Sugar Hill city, Georgia |
| 1215. | Sumter County, Georgia |
| 1216. | Suwanee city, Georgia |
| 1217. | Tattnall County, Georgia |
| 1218. | Telfair County, Georgia |
| 1219. | Thomasville city, Georgia |
| 1220. | Tifton city, Georgia |
| 1221. | Toombs County, Georgia |
| 1222. | Towns County, Georgia |
| 1223. | Union City city, Georgia |
| 1224. | Union County, Georgia |
| 1225. | Upson County, Georgia |
| 1226. | Vidalia city, Georgia |
| 1227. | Villa Rica city, Georgia |
| 1228. | Washington County, Georgia |
| 1229. | Waycross city, Georgia |
| 1230. | Wayne County, Georgia |
| 1231. | Winder city, Georgia |
| 1232. | Worth County, Georgia |
| 1233. | Hawaii County, Hawaii * |
| 1234. | Honolulu County, Hawaii * |
| 1235. | Kauai County, Hawaii * |
| 1236. | Maui County, Hawaii * |
| 1237. | Ada County, Idaho * |
| 1238. | Bannock County, Idaho * |
| 1239. | Bingham County, Idaho * |
| 1240. | Boise City city, Idaho * |
| 1241. | Bonner County, Idaho * |
| 1242. | Bonneville County, Idaho * |
| 1243. | Caldwell city, Idaho * |
| 1244. | Canyon County, Idaho * |
| 1245. | Coeur d'Alene city, Idaho * |
| 1246. | Idaho Falls city, Idaho * |
| 1247. | Kootenai County, Idaho * |
| 1248. | Latah County, Idaho * |
| 1249. | Lewiston city, Idaho * |
| 1250. | Madison County, Idaho * |
| 1251. | Meridian city, Idaho * |
| 1252. | Nampa city, Idaho * |
| 1253. | Nez Perce County, Idaho * |
| 1254. | Pocatello city, Idaho * |
| 1255. | Post Falls city, Idaho * |
| 1256. | Twin Falls city, Idaho * |
| 1257. | Twin Falls County, Idaho * |
| 1258. | Ammon city, Idaho |
| 1259. | Blackfoot city, Idaho |
| 1260. | Blaine County, Idaho |
| 1261. | Boundary County, Idaho |
| 1262. | Burley city, Idaho |
| 1263. | Cassia County, Idaho |
| 1264. | Chubbuck city, Idaho |
| 1265. | Eagle city, Idaho |
| 1266. | Elmore County, Idaho |
| 1267. | Franklin County, Idaho |
| 1268. | Fremont County, Idaho |
| 1269. | Garden City city, Idaho |
| 1270. | Gem County, Idaho |
| 1271. | Gooding County, Idaho |
| 1272. | Hayden city, Idaho |
| 1273. | Idaho County, Idaho |
| 1274. | Jefferson County, Idaho |
| 1275. | Jerome city, Idaho |
| 1276. | Jerome County, Idaho |
| 1277. | Kuna city, Idaho |
| 1278. | Minidoka County, Idaho |
| 1279. | Moscow city, Idaho |
| 1280. | Mountain Home city, Idaho |
| 1281. | Owyhee County, Idaho |
| 1282. | Payette County, Idaho |
| 1283. | Rexburg city, Idaho |
| 1284. | Shoshone County, Idaho |
| 1285. | Star city, Idaho |
| 1286. | Teton County, Idaho |
| 1287. | Valley County, Idaho |
| 1288. | Washington County, Idaho |
| 1289. | Adams County, Illinois * |
| 1290. | Addison township, Illinois * |
| 1291. | Addison village, Illinois * |
| 1292. | Algonquin township, Illinois * |
| 1293. | Algonquin village, Illinois * |
| 1294. | Arlington Heights village, Illinois * |
| 1295. | Aurora city, Illinois * |
| 1296. | Aurora township, Illinois * |
| 1297. | Avon township, Illinois * |
| 1298. | Bartlett village, Illinois * |
| 1299. | Batavia township, Illinois * |
| 1300. | Belleville city, Illinois * |
| 1301. | Berwyn city, Illinois * |

FINAL AGREEMENT 3.25.22

1302. Berwyn township, Illinois *
1303. Bloom township, Illinois *
1304. Bloomingdale township, Illinois *
1305. Bloomington city, Illinois *
1306. Bloomington City township, Illinois *
1307. Bolingbrook village, Illinois *
1308. Boone County, Illinois *
1309. Bourbonnais township, Illinois *
1310. Bremen township, Illinois *
1311. Bristol township, Illinois *
1312. Buffalo Grove village, Illinois *
1313. Bureau County, Illinois *
1314. Calumet City city, Illinois *
1315. Capital township, Illinois *
1316. Carol Stream village, Illinois *
1317. Carpentersville village, Illinois *
1318. Caseyville township, Illinois *
1319. Champaign city, Illinois *
1320. Champaign City township, Illinois *
1321. Champaign County, Illinois *
1322. Chicago city, Illinois *
1323. Christian County, Illinois *
1324. Cicero town / Cicero township, Illinois *
1325. Clinton County, Illinois *
1326. Coles County, Illinois *
1327. Collinsville township, Illinois *
1328. Cook County, Illinois *
1329. Crystal Lake city, Illinois *
1330. Cunningham township, Illinois *
1331. Danville city, Illinois *
1332. Decatur city, Illinois *
1333. Decatur township, Illinois *
1334. DeKalb city, Illinois *
1335. DeKalb County, Illinois *
1336. DeKalb township, Illinois *
1337. Des Plaines city, Illinois *
1338. Downers Grove township, Illinois *
1339. Downers Grove village, Illinois *
1340. Du Page township, Illinois *
1341. Dundee township, Illinois *
1342. DuPage County, Illinois *
1343. Edwardsville township, Illinois *
1344. Effingham County, Illinois *

1345. Ela township, Illinois *
1346. Elgin city, Illinois *
1347. Elgin township, Illinois *
1348. Elk Grove township, Illinois *
1349. Elk Grove Village village, Illinois *
1350. Elmhurst city, Illinois *
1351. Evanston city, Illinois *
1352. Frankfort township, Illinois *
1353. Franklin County, Illinois *
1354. Fremont township, Illinois *
1355. Fulton County, Illinois *
1356. Galesburg city, Illinois *
1357. Galesburg City township, Illinois *
1358. Glendale Heights village, Illinois *
1359. Glenview village, Illinois *
1360. Grafton township, Illinois *
1361. Grundy County, Illinois *
1362. Gurnee village, Illinois *
1363. Hanover Park village, Illinois *
1364. Hanover township, Illinois *
1365. Harlem township, Illinois *
1366. Henry County, Illinois *
1367. Hoffman Estates village, Illinois *
1368. Homer township, Illinois *
1369. Jackson County, Illinois *
1370. Jefferson County, Illinois *
1371. Joliet city, Illinois *
1372. Joliet township, Illinois *
1373. Kane County, Illinois *
1374. Kankakee County, Illinois *
1375. Kendall County, Illinois *
1376. Knox County, Illinois *
1377. Lake County, Illinois *
1378. Lake Villa township, Illinois *
1379. LaSalle County, Illinois *
1380. Lee County, Illinois *
1381. Leyden township, Illinois *
1382. Libertyville township, Illinois *
1383. Lisle township, Illinois *
1384. Livingston County, Illinois *
1385. Lockport township, Illinois *
1386. Lombard village, Illinois *
1387. Lyons township, Illinois *
1388. Macon County, Illinois *
1389. Macoupin County, Illinois *
1390. Madison County, Illinois *
1391. Maine township, Illinois *
1392. Marion County, Illinois *
1393. McHenry County, Illinois *

1394. McHenry township, Illinois *
1395. McLean County, Illinois *
1396. Milton township, Illinois *
1397. Moline city, Illinois *
1398. Monroe County, Illinois *
1399. Moraine township, Illinois *
1400. Morgan County, Illinois *
1401. Mount Prospect village, Illinois *
1402. Mundelein village, Illinois *
1403. Naperville city, Illinois *
1404. Naperville township, Illinois *
1405. New Lenox township, Illinois *
1406. New Trier township, Illinois *
1407. Niles township, Illinois *
1408. Normal town, Illinois *
1409. Normal township, Illinois *
1410. Northbrook village, Illinois *
1411. Northfield township, Illinois *
1412. Nunda township, Illinois *
1413. Oak Lawn village, Illinois *
1414. Oak Park township, Illinois *
1415. Oak Park village, Illinois *
1416. Ogle County, Illinois *
1417. Orland Park village, Illinois *
1418. Orland township, Illinois *
1419. Oswego township, Illinois *
1420. Oswego village, Illinois *
1421. Palatine township, Illinois *
1422. Palatine village, Illinois *
1423. Palos township, Illinois *
1424. Park Ridge city, Illinois *
1425. Pekin city, Illinois *
1426. Peoria city, Illinois *
1427. Peoria City township, Illinois *
1428. Peoria County, Illinois *
1429. Plainfield township, Illinois *
1430. Plainfield village, Illinois *
1431. Proviso township, Illinois *
1432. Quincy city, Illinois *
1433. Quincy township, Illinois *
1434. Randolph County, Illinois *
1435. Rich township, Illinois *
1436. Rock Island city, Illinois *
1437. Rock Island County, Illinois *
1438. Rockford city, Illinois *
1439. Rockford township, Illinois *
1440. Romeoville village, Illinois *
1441. Sangamon County, Illinois *
1442. Schaumburg township, Illinois *
1443. Schaumburg village, Illinois *
1444. Shields township, Illinois *

I-10

1445. Skokie village, Illinois *
1446. South Moline township, Illinois *
1447. Springfield city, Illinois *
1448. St. Charles city, Illinois *
1449. St. Charles township, Illinois *
1450. St. Clair County, Illinois *
1451. St. Clair township, Illinois *
1452. Stephenson County, Illinois *
1453. Stickney township, Illinois *
1454. Streamwood village, Illinois *
1455. Tazewell County, Illinois *
1456. Thornton township, Illinois *
1457. Tinley Park village, Illinois *
1458. Troy township, Illinois *
1459. Urbana city, Illinois *
1460. Vermilion County, Illinois *
1461. Vernon township, Illinois *
1462. Warren township, Illinois *
1463. Waukegan city, Illinois *
1464. Waukegan township, Illinois *
1465. Wayne township, Illinois *
1466. West Deerfield township, Illinois *
1467. Wheatland township, Illinois *
1468. Wheaton city, Illinois *
1469. Wheeling township, Illinois *
1470. Wheeling village, Illinois *
1471. Whiteside County, Illinois *
1472. Will County, Illinois *
1473. Williamson County, Illinois *
1474. Winfield township, Illinois *
1475. Winnebago County, Illinois *
1476. Wood River township, Illinois *
1477. Woodford County, Illinois *
1478. Woodridge village, Illinois *
1479. Worth township, Illinois *
1480. York township, Illinois *
1481. Alsip village, Illinois
1482. Alton city, Illinois
1483. Alton township, Illinois
1484. Antioch township, Illinois
1485. Antioch village, Illinois
1486. Aux Sable township, Illinois
1487. Barrington township, Illinois
1488. Barrington village, Illinois
1489. Batavia city, Illinois
1490. Beach Park village, Illinois
1491. Bellwood city, Illinois
1492. Belvidere city, Illinois
1493. Belvidere township, Illinois
1494. Bensenville village, Illinois
1495. Benton township, Illinois
1496. Blackberry township, Illinois

1497. Bloomingdale village, Illinois
1498. Blue Island city, Illinois
1499. Bond County, Illinois
1500. Bourbonnais village, Illinois
1501. Bradley village, Illinois
1502. Bridgeview village, Illinois
1503. Brookfield village, Illinois
1504. Bruce township, Illinois
1505. Burbank city, Illinois
1506. Burr Ridge village, Illinois
1507. Cahokia village, Illinois
1508. Calumet township, Illinois
1509. Campton Hills village, Illinois
1510. Campton township, Illinois
1511. Canton city, Illinois
1512. Canton township, Illinois
1513. Carbondale city, Illinois
1514. Carbondale township, Illinois
1515. Carroll County, Illinois
1516. Cary village, Illinois
1517. Cass County, Illinois
1518. Centralia city, Illinois
1519. Centralia township, Illinois
1520. Centreville township, Illinois
1521. Champaign township, Illinois
1522. Channahon township, Illinois
1523. Channahon village, Illinois
1524. Charleston city, Illinois
1525. Charleston township, Illinois
1526. Chatham village, Illinois
1527. Cherry Valley township, Illinois
1528. Chicago Heights city, Illinois
1529. Chicago Ridge village, Illinois
1530. Clark County, Illinois
1531. Clay County, Illinois
1532. Collinsville city, Illinois
1533. Coloma township, Illinois
1534. Columbia city, Illinois
1535. Cortland township, Illinois
1536. Country Club Hills city, Illinois
1537. Crawford County, Illinois
1538. Crest Hill city, Illinois
1539. Crestwood village, Illinois
1540. Crete township, Illinois
1541. Cuba township, Illinois
1542. Cumberland County, Illinois
1543. Danville township, Illinois
1544. Darien city, Illinois
1545. De Witt County, Illinois
1546. Deerfield village, Illinois
1547. Dixon city, Illinois
1548. Dixon township, Illinois
1549. Dolton village, Illinois

1550. Dorr township, Illinois
1551. Douglas County, Illinois
1552. Douglas township, Illinois
1553. East Moline city, Illinois
1554. East Peoria city, Illinois
1555. East St. Louis city, Illinois
1556. East St. Louis township, Illinois
1557. Edgar County, Illinois
1558. Edwardsville city, Illinois
1559. Effingham city, Illinois
1560. Elmwood Park village, Illinois
1561. Evergreen Park village, Illinois
1562. Fairview Heights city, Illinois
1563. Fayette County, Illinois
1564. Flagg township, Illinois
1565. Fondulac township, Illinois
1566. Ford County, Illinois
1567. Forest Park village, Illinois
1568. Fox Lake village, Illinois
1569. Frankfort village, Illinois
1570. Franklin Park village, Illinois
1571. Freeport city, Illinois
1572. Freeport township, Illinois
1573. Geneva city, Illinois
1574. Geneva township, Illinois
1575. Glen Carbon village, Illinois
1576. Glen Ellyn village, Illinois
1577. Godfrey township, Illinois
1578. Godfrey village, Illinois
1579. Granite City city, Illinois
1580. Granite City township, Illinois
1581. Grant township, Illinois
1582. Grayslake village, Illinois
1583. Greene County, Illinois
1584. Greenwood township, Illinois
1585. Groveland township, Illinois
1586. Hampton township, Illinois
1587. Hancock County, Illinois
1588. Harrisburg township, Illinois
1589. Harvey city, Illinois
1590. Hazel Crest village, Illinois
1591. Herrin city, Illinois
1592. Hickory Hills city, Illinois
1593. Hickory Point township, Illinois
1594. Highland Park city, Illinois
1595. Hinsdale village, Illinois
1596. Homer Glen village, Illinois
1597. Homewood village, Illinois
1598. Huntley village, Illinois
1599. Iroquois County, Illinois
1600. Jacksonville city, Illinois
1601. Jarvis township, Illinois

1602. Jersey County, Illinois
1603. Jo Daviess County, Illinois
1604. Johnson County, Illinois
1605. Justice village, Illinois
1606. Kankakee city, Illinois
1607. Kankakee township, Illinois
1608. Kewanee city, Illinois
1609. La Grange Park village, Illinois
1610. La Grange village, Illinois
1611. Lake Forest city, Illinois
1612. Lake in the Hills village, Illinois
1613. Lake Zurich village, Illinois
1614. Lansing village, Illinois
1615. LaSalle township, Illinois
1616. Lawrence County, Illinois
1617. Lemont township, Illinois
1618. Lemont village, Illinois
1619. Libertyville village, Illinois
1620. Limestone township, Illinois
1621. Lincoln city, Illinois
1622. Lincolnwood village, Illinois
1623. Lindenhurst village, Illinois
1624. Lisle village, Illinois
1625. Little Rock township, Illinois
1626. Lockport city, Illinois
1627. Logan County, Illinois
1628. Long Creek township, Illinois
1629. Loves Park city, Illinois
1630. Lyons village, Illinois
1631. Machesney Park village, Illinois
1632. Macomb city, Illinois
1633. Macomb City township, Illinois
1634. Mahomet township, Illinois
1635. Manhattan township, Illinois
1636. Manteno township, Illinois
1637. Marion city, Illinois
1638. Markham city, Illinois
1639. Marshall County, Illinois
1640. Mason County, Illinois
1641. Massac County, Illinois
1642. Matteson village, Illinois
1643. Mattoon city, Illinois
1644. Mattoon township, Illinois
1645. Maywood village, Illinois
1646. McDonough County, Illinois
1647. McHenry city, Illinois
1648. Medina township, Illinois
1649. Melrose Park village, Illinois
1650. Menard County, Illinois
1651. Mercer County, Illinois
1652. Midlothian village, Illinois

1653. Minooka village, Illinois
1654. Mokena village, Illinois
1655. Moline township, Illinois
1656. Monee township, Illinois
1657. Montgomery County, Illinois
1658. Montgomery village, Illinois
1659. Morris city, Illinois
1660. Morton Grove village, Illinois
1661. Morton township, Illinois
1662. Morton village, Illinois
1663. Moultrie County, Illinois
1664. Mount Vernon city, Illinois
1665. Mount Vernon township, Illinois
1666. Nameoki township, Illinois
1667. New Lenox village, Illinois
1668. Newell township, Illinois
1669. Niles village, Illinois
1670. Norridge village, Illinois
1671. North Aurora village, Illinois
1672. North Chicago city, Illinois
1673. Northlake city, Illinois
1674. Norwood Park township, Illinois
1675. O'Fallon city, Illinois
1676. O'Fallon township, Illinois
1677. Oak Forest city, Illinois
1678. Ottawa city, Illinois
1679. Ottawa township, Illinois
1680. Palos Heights city, Illinois
1681. Palos Hills city, Illinois
1682. Park Forest village, Illinois
1683. Pekin township, Illinois
1684. Perry County, Illinois
1685. Peru township, Illinois
1686. Piatt County, Illinois
1687. Pike County, Illinois
1688. Plano city, Illinois
1689. Pontiac city, Illinois
1690. Pontiac township, Illinois
1691. Prospect Heights city, Illinois
1692. Rantoul township, Illinois
1693. Rantoul village, Illinois
1694. Richland County, Illinois
1695. Richton Park village, Illinois
1696. River Forest township, Illinois
1697. River Forest village, Illinois
1698. Riverdale village, Illinois
1699. Riverside township, Illinois
1700. Rock Island township, Illinois
1701. Rockton township, Illinois
1702. Rolling Meadows city, Illinois
1703. Roscoe township, Illinois
1704. Roscoe village, Illinois
1705. Roselle village, Illinois

1706. Round Lake Beach village, Illinois
1707. Round Lake village, Illinois
1708. Rutland township, Illinois
1709. Saline County, Illinois
1710. Sauk Village village, Illinois
1711. Schiller Park village, Illinois
1712. Shelby County, Illinois
1713. Shiloh Valley township, Illinois
1714. Shiloh village, Illinois
1715. Shorewood village, Illinois
1716. South Elgin village, Illinois
1717. South Holland village, Illinois
1718. South Rock Island township, Illinois
1719. Sterling city, Illinois
1720. Sterling township, Illinois
1721. Streator city, Illinois
1722. Sugar Grove township, Illinois
1723. Summit village, Illinois
1724. Swansea village, Illinois
1725. Sycamore city, Illinois
1726. Sycamore township, Illinois
1727. Taylorville city, Illinois
1728. Taylorville township, Illinois
1729. Troy city, Illinois
1730. Union County, Illinois
1731. Vernon Hills village, Illinois
1732. Villa Park village, Illinois
1733. Wabash County, Illinois
1734. Warren County, Illinois
1735. Warrenville city, Illinois
1736. Washington city, Illinois
1737. Washington County, Illinois
1738. Washington township, Illinois
1739. Waterloo city, Illinois
1740. Wauconda township, Illinois
1741. Wauconda village, Illinois
1742. Wayne County, Illinois
1743. West Chicago city, Illinois
1744. Westchester village, Illinois
1745. Western Springs village, Illinois
1746. Westmont village, Illinois
1747. White County, Illinois
1748. Wilmette village, Illinois
1749. Winnetka village, Illinois
1750. Wood Dale city, Illinois
1751. Wood River city, Illinois
1752. Woodside township, Illinois
1753. Woodstock city, Illinois
1754. Worth village, Illinois
1755. Yorkville city, Illinois
1756. Zion city, Illinois

1757. Zion township, Illinois
1758. Aboite township, Indiana *
1759. Adams County, Indiana *
1760. Adams township, Indiana *
1761. Allen County, Indiana *
1762. Anderson city, Indiana *
1763. Anderson township, Indiana *
1764. Bartholomew County, Indiana *
1765. Bloomington city, Indiana *
1766. Bloomington township, Indiana *
1767. Boone County, Indiana *
1768. Calumet township, Indiana *
1769. Carmel city, Indiana *
1770. Cass County, Indiana *
1771. Center township, Indiana *
1772. Center township, Indiana *
1773. Center township, Indiana *
1774. Center township, Indiana *
1775. Center township, Indiana *
1776. Center township, Indiana *
1777. Clark County, Indiana *
1778. Clay township, Indiana *
1779. Clay township, Indiana *
1780. Clinton County, Indiana *
1781. Columbus city, Indiana *
1782. Columbus township, Indiana *
1783. Concord township, Indiana *
1784. Crown Point city, Indiana *
1785. Daviess County, Indiana *
1786. Dearborn County, Indiana *
1787. Decatur township, Indiana *
1788. DeKalb County, Indiana *
1789. Delaware County, Indiana *
1790. Delaware township, Indiana *
1791. Dubois County, Indiana *
1792. Elkhart city, Indiana *
1793. Elkhart County, Indiana *
1794. Elkhart township, Indiana *
1795. Evansville city, Indiana *
1796. Fairfield township, Indiana *
1797. Fall Creek township, Indiana *
1798. Fishers city, Indiana *
1799. Floyd County, Indiana *
1800. Fort Wayne city, Indiana *
1801. Franklin township, Indiana *
1802. Gary city, Indiana *
1803. Gibson County, Indiana *
1804. Goshen city, Indiana *
1805. Grant County, Indiana *
1806. Greene County, Indiana *
1807. Greenwood city, Indiana *
1808. Guilford township, Indiana *
1809. Hamilton County, Indiana *

1810. Hammond city, Indiana *
1811. Hancock County, Indiana *
1812. Harrison County, Indiana *
1813. Harrison township, Indiana *
1814. Hendricks County, Indiana *
1815. Henry County, Indiana *
1816. Hobart township, Indiana *
1817. Howard County, Indiana *
1818. Huntington County, Indiana *
1819. Jackson County, Indiana *
1820. Jasper County, Indiana *
1821. Jefferson County, Indiana *
1822. Jeffersonville city, Indiana *
1823. Jeffersonville township, Indiana *
1824. Johnson County, Indiana *
1825. Knight township, Indiana *
1826. Knox County, Indiana *
1827. Kokomo city, Indiana *
1828. Kosciusko County, Indiana *
1829. Lafayette city, Indiana *
1830. LaGrange County, Indiana *
1831. Lake County, Indiana *
1832. LaPorte County, Indiana *
1833. Lawrence city, Indiana *
1834. Lawrence County, Indiana *
1835. Lawrence township, Indiana *
1836. Lincoln township, Indiana *
1837. Madison County, Indiana *
1838. Marion County / Indianapolis city, Indiana *
1839. Marshall County, Indiana *
1840. Merrillville town, Indiana *
1841. Miami County, Indiana *
1842. Michigan City city, Indiana *
1843. Mishawaka city, Indiana *
1844. Monroe County, Indiana *
1845. Montgomery County, Indiana *
1846. Morgan County, Indiana *
1847. Muncie city, Indiana *
1848. New Albany city, Indiana *
1849. New Albany township, Indiana *
1850. Noble County, Indiana *
1851. Noblesville city, Indiana *
1852. Noblesville township, Indiana *
1853. North township, Indiana *
1854. Ohio township, Indiana *
1855. Penn township, Indiana *
1856. Perry township, Indiana *
1857. Perry township, Indiana *
1858. Perry township, Indiana *
1859. Pike township, Indiana *

1860. Plainfield town, Indiana *
1861. Pleasant township, Indiana *
1862. Portage city, Indiana *
1863. Portage township, Indiana *
1864. Portage township, Indiana *
1865. Porter County, Indiana *
1866. Putnam County, Indiana *
1867. Richmond city, Indiana *
1868. Ross township, Indiana *
1869. Shelby County, Indiana *
1870. South Bend city, Indiana *
1871. St. John township, Indiana *
1872. St. Joseph County, Indiana *
1873. St. Joseph township, Indiana *
1874. Steuben County, Indiana *
1875. Terre Haute city, Indiana *
1876. Tippecanoe County, Indiana *
1877. Valparaiso city, Indiana *
1878. Vanderburgh County, Indiana *
1879. Vigo County, Indiana *
1880. Wabash County, Indiana *
1881. Wabash township, Indiana *
1882. Warren township, Indiana *
1883. Warrick County, Indiana *
1884. Washington township, Indiana *
1885. Washington township, Indiana *
1886. Washington township, Indiana *
1887. Washington township, Indiana *
1888. Wayne County, Indiana *
1889. Wayne township, Indiana *
1890. Wayne township, Indiana *
1891. Wayne township, Indiana *
1892. Wea township, Indiana *
1893. West Lafayette city, Indiana *
1894. Westfield city, Indiana *
1895. White River township, Indiana *
1896. Whitley County, Indiana *
1897. Addison township, Indiana
1898. Auburn city, Indiana
1899. Avon town, Indiana
1900. Bainbridge township, Indiana
1901. Baugo township, Indiana
1902. Bedford city, Indiana
1903. Beech Grove, Indiana
1904. Blackford County, Indiana
1905. Bluffton city, Indiana
1906. Boon township, Indiana
1907. Brown County, Indiana
1908. Brown township, Indiana

FINAL AGREEMENT 3.25.22

1909. Brown township, Indiana
1910. Brownsburg town, Indiana
1911. Carroll County, Indiana
1912. Cedar Creek township, Indiana
1913. Cedar Creek township, Indiana
1914. Cedar Lake town, Indiana
1915. Center township, Indiana
1916. Center township, Indiana
1917. Center township, Indiana
1918. Center township, Indiana
1919. Center township, Indiana
1920. Center township, Indiana
1921. Center township, Indiana
1922. Centre township, Indiana
1923. Charlestown township, Indiana
1924. Chesterton town, Indiana
1925. Clarksville town, Indiana
1926. Clay County, Indiana
1927. Cleveland township, Indiana
1928. Columbia township, Indiana
1929. Connersville city, Indiana
1930. Connersville township, Indiana
1931. Coolspring township, Indiana
1932. Crawford County, Indiana
1933. Crawfordsville city, Indiana
1934. Danville town, Indiana
1935. Decatur County, Indiana
1936. Dyer town, Indiana
1937. East Chicago city, Indiana
1938. Eel township, Indiana
1939. Fall Creek township, Indiana
1940. Fayette County, Indiana
1941. Fountain County, Indiana
1942. Frankfort city, Indiana
1943. Franklin city, Indiana
1944. Franklin County, Indiana
1945. Franklin township, Indiana
1946. Fulton County, Indiana
1947. Georgetown township, Indiana
1948. Greencastle city, Indiana
1949. Greencastle township, Indiana
1950. Greenfield city, Indiana
1951. Greensburg city, Indiana
1952. Griffith town, Indiana
1953. Hanover township, Indiana
1954. Harris township, Indiana
1955. Harrison township, Indiana
1956. Henry township, Indiana
1957. Highland town, Indiana
1958. Hobart city, Indiana
1959. Honey Creek township, Indiana
1960. Huntington city, Indiana
1961. Huntington township, Indiana

1962. Jackson township, Indiana
1963. Jackson township, Indiana
1964. Jasper city, Indiana
1965. Jay County, Indiana
1966. Jefferson township, Indiana
1967. Jennings County, Indiana
1968. Keener township, Indiana
1969. La Porte city, Indiana
1970. Lake Station city, Indiana
1971. Lawrenceburg township, Indiana
1972. Lebanon city, Indiana
1973. Logansport city, Indiana
1974. Lost Creek township, Indiana
1975. Madison city, Indiana
1976. Madison township, Indiana
1977. Marion city, Indiana
1978. Martin County, Indiana
1979. Martinsville city, Indiana
1980. Michigan township, Indiana
1981. Mill township, Indiana
1982. Munster town, Indiana
1983. New Castle city, Indiana
1984. New Haven city, Indiana
1985. Newton County, Indiana
1986. Noble township, Indiana
1987. Orange County, Indiana
1988. Osolo township, Indiana
1989. Owen County, Indiana
1990. Parke County, Indiana
1991. Patoka township, Indiana
1992. Perry County, Indiana
1993. Perry township, Indiana
1994. Peru city, Indiana
1995. Peru township, Indiana
1996. Pigeon township, Indiana
1997. Pike County, Indiana
1998. Pipe Creek township, Indiana
1999. Pleasant township, Indiana
2000. Posey County, Indiana
2001. Pulaski County, Indiana
2002. Randolph County, Indiana
2003. Richland township, Indiana
2004. Ripley County, Indiana
2005. Rush County, Indiana
2006. Schererville town, Indiana
2007. Scott County, Indiana
2008. Seymour city, Indiana
2009. Shawswick township, Indiana
2010. Shelbyville city, Indiana
2011. Silver Creek township, Indiana
2012. Speedway town, Indiana
2013. Spencer County, Indiana
2014. St. John town, Indiana
2015. Starke County, Indiana

2016. Sugar Creek township, Indiana
2017. Sullivan County, Indiana
2018. Switzerland County, Indiana
2019. Tipton County, Indiana
2020. Troy township, Indiana
2021. Union township, Indiana
2022. Union township, Indiana
2023. Van Buren township, Indiana
2024. Vermillion County, Indiana
2025. Vernon township, Indiana
2026. Vincennes city, Indiana
2027. Vincennes township, Indiana
2028. Warsaw city, Indiana
2029. Washington city, Indiana
2030. Washington County, Indiana
2031. Washington township, Indiana
2032. Washington township, Indiana
2033. Washington township, Indiana
2034. Washington township, Indiana
2035. Wayne township, Indiana
2036. Wayne township, Indiana
2037. Wells County, Indiana
2038. Westchester township, Indiana
2039. White County, Indiana
2040. Winfield township, Indiana
2041. Yorktown town, Indiana
2042. Zionsville town, Indiana
2043. Ames city, Iowa *
2044. Ankeny city, Iowa *
2045. Bettendorf city, Iowa *
2046. Black Hawk County, Iowa *
2047. Cedar Falls city, Iowa *
2048. Cedar Rapids city, Iowa *
2049. Cerro Gordo County, Iowa *
2050. Clinton County, Iowa *
2051. Council Bluffs city, Iowa *
2052. Dallas County, Iowa *
2053. Davenport city, Iowa *
2054. Des Moines city, Iowa *
2055. Des Moines County, Iowa *
2056. Dubuque city, Iowa *
2057. Dubuque County, Iowa *
2058. Iowa City city, Iowa *
2059. Jasper County, Iowa *
2060. Johnson County, Iowa *
2061. Lee County, Iowa *
2062. Linn County, Iowa *
2063. Marion city, Iowa *
2064. Marion County, Iowa *
2065. Marshall County, Iowa *
2066. Muscatine County, Iowa *
2067. Polk County, Iowa *
2068. Pottawattamie County, Iowa *
2069. Scott County, Iowa *
2070. Sioux City city, Iowa *

2071. Sioux County, Iowa *
2072. Story County, Iowa *
2073. Urbandale city, Iowa *
2074. Wapello County, Iowa *
2075. Warren County, Iowa *
2076. Waterloo city, Iowa *
2077. Webster County, Iowa *
2078. West Des Moines city, Iowa *
2079. Woodbury County, Iowa *
2080. Allamakee County, Iowa
2081. Altoona city, Iowa
2082. Appanoose County, Iowa
2083. Benton County, Iowa
2084. Boone city, Iowa
2085. Boone County, Iowa
2086. Bremer County, Iowa
2087. Buchanan County, Iowa
2088. Buena Vista County, Iowa
2089. Burlington city, Iowa
2090. Butler County, Iowa
2091. Carroll County, Iowa
2092. Cass County, Iowa
2093. Cedar County, Iowa
2094. Cherokee County, Iowa
2095. Chickasaw County, Iowa
2096. Clay County, Iowa
2097. Clayton County, Iowa
2098. Clinton city, Iowa
2099. Clive city, Iowa
2100. Coralville city, Iowa
2101. Crawford County, Iowa
2102. Delaware County, Iowa
2103. Dickinson County, Iowa
2104. Fairfield city, Iowa
2105. Fayette County, Iowa
2106. Floyd County, Iowa
2107. Fort Dodge city, Iowa
2108. Fort Madison city, Iowa
2109. Franklin County, Iowa
2110. Grimes city, Iowa
2111. Grundy County, Iowa
2112. Guthrie County, Iowa
2113. Hamilton County, Iowa
2114. Hancock County, Iowa
2115. Hardin County, Iowa
2116. Harrison County, Iowa
2117. Henry County, Iowa
2118. Indianola city, Iowa
2119. Iowa County, Iowa
2120. Jackson County, Iowa
2121. Jefferson County, Iowa
2122. Johnston city, Iowa
2123. Jones County, Iowa
2124. Keokuk city, Iowa
2125. Keokuk County, Iowa

2126. Kossuth County, Iowa
2127. Le Mars city, Iowa
2128. Louisa County, Iowa
2129. Lyon County, Iowa
2130. Madison County, Iowa
2131. Mahaska County, Iowa
2132. Marshalltown city, Iowa
2133. Mason City city, Iowa
2134. Mills County, Iowa
2135. Mitchell County, Iowa
2136. Muscatine County, Iowa
2137. Newton city, Iowa
2138. North Liberty city, Iowa
2139. Norwalk city, Iowa
2140. O'Brien County, Iowa
2141. Oskaloosa city, Iowa
2142. Ottumwa city, Iowa
2143. Page County, Iowa
2144. Pella city, Iowa
2145. Pleasant Hill city, Iowa
2146. Plymouth County, Iowa
2147. Poweshiek County, Iowa
2148. Shelby County, Iowa
2149. Spencer city, Iowa
2150. Storm Lake city, Iowa
2151. Tama County, Iowa
2152. Union County, Iowa
2153. Washington County, Iowa
2154. Waukee city, Iowa
2155. Waverly city, Iowa
2156. Winnebago County, Iowa
2157. Winneshiek County, Iowa
2158. Wright County, Iowa
2159. Butler County, Kansas *
2160. Cowley County, Kansas *
2161. Crawford County, Kansas *
2162. Douglas County, Kansas *
2163. Finney County, Kansas *
2164. Ford County, Kansas *
2165. Geary County, Kansas *
2166. Harvey County, Kansas *
2167. Hutchinson city, Kansas *
2168. Johnson County, Kansas *
2169. Kansas City city, Kansas *
2170. Lawrence city, Kansas *
2171. Leavenworth city, Kansas *
2172. Leavenworth County, Kansas
      *
2173. Leawood city, Kansas *
2174. Lenexa city, Kansas *
2175. Lyon County, Kansas *
2176. Manhattan city, Kansas *
2177. Miami County, Kansas *
2178. Montgomery County, Kansas
      *

2179. Olathe city, Kansas *
2180. Overland Park city, Kansas *
2181. Reno County, Kansas *
2182. Riley County, Kansas *
2183. Salina city, Kansas *
2184. Saline County, Kansas *
2185. Sedgwick County, Kansas *
2186. Shawnee city, Kansas *
2187. Shawnee County, Kansas *
2188. Topeka city, Kansas *
2189. Wichita city, Kansas *
2190. Allen County, Kansas
2191. Andover city, Kansas
2192. Arkansas City city, Kansas
2193. Atchison city, Kansas
2194. Atchison County, Kansas
2195. Barton County, Kansas
2196. Bourbon County, Kansas
2197. Bruno township, Kansas
2198. Cherokee County, Kansas
2199. Derby city, Kansas
2200. Dickinson County, Kansas
2201. Dodge City city, Kansas
2202. El Dorado city, Kansas
2203. Ellis County, Kansas
2204. Emporia city, Kansas
2205. Fairmount township, Kansas
2206. Franklin County, Kansas
2207. Garden City city, Kansas
2208. Gardner city, Kansas
2209. Great Bend city, Kansas
2210. Hays city, Kansas
2211. Haysville city, Kansas
2212. Jackson County, Kansas
2213. Jefferson County, Kansas
2214. Junction City city, Kansas
2215. Labette County, Kansas
2216. Lansing city, Kansas
2217. Liberal city, Kansas
2218. Madison township, Kansas
2219. Marion County, Kansas
2220. McPherson city, Kansas
2221. McPherson County, Kansas
2222. Merriam city, Kansas
2223. Nemaha County, Kansas
2224. Neosho County, Kansas
2225. Newton city, Kansas
2226. Osage County, Kansas
2227. Ottawa city, Kansas
2228. Pittsburg city, Kansas
2229. Pottawatomie County, Kansas
2230. Prairie Village city, Kansas
2231. Riverside township, Kansas
2232. Rockford township, Kansas
2233. Seward County, Kansas

2234. Soldier township, Kansas
2235. Sumner County, Kansas
2236. Winfield city, Kansas
2237. Barren County, Kentucky *
2238. Boone County, Kentucky *
2239. Bowling Green city, Kentucky *
2240. Boyd County, Kentucky *
2241. Boyle County, Kentucky *
2242. Bullitt County, Kentucky *
2243. Calloway County, Kentucky *
2244. Campbell County, Kentucky *
2245. Christian County, Kentucky *
2246. Clark County, Kentucky *
2247. Covington city, Kentucky *
2248. Daviess County, Kentucky *
2249. Elizabethtown city, Kentucky *
2250. Florence city, Kentucky *
2251. Floyd County, Kentucky *
2252. Franklin County, Kentucky *
2253. Georgetown city, Kentucky *
2254. Graves County, Kentucky *
2255. Greenup County, Kentucky *
2256. Hardin County, Kentucky *
2257. Henderson County, Kentucky *
2258. Hopkins County, Kentucky *
2259. Hopkinsville city, Kentucky *
2260. Jessamine County, Kentucky *
2261. Kenton County, Kentucky *
2262. Knox County, Kentucky *
2263. Laurel County, Kentucky *
2264. Lexington-Fayette urban county, Kentucky *
2265. Louisville/Jefferson County metro government, Kentucky *
2266. Madison County, Kentucky *
2267. Marshall County, Kentucky *
2268. McCracken County, Kentucky *
2269. Muhlenberg County, Kentucky *
2270. Nelson County, Kentucky *
2271. Nicholasville city, Kentucky *
2272. Oldham County, Kentucky *
2273. Owensboro city, Kentucky *
2274. Pike County, Kentucky *
2275. Pulaski County, Kentucky *
2276. Richmond city, Kentucky *
2277. Scott County, Kentucky *
2278. Shelby County, Kentucky *
2279. Warren County, Kentucky *
2280. Whitley County, Kentucky *

2281. Adair County, Kentucky
2282. Allen County, Kentucky
2283. Anderson County, Kentucky
2284. Ashland city, Kentucky
2285. Bardstown city, Kentucky
2286. Bath County, Kentucky
2287. Bell County, Kentucky
2288. Berea city, Kentucky
2289. Bourbon County, Kentucky
2290. Breathitt County, Kentucky
2291. Breckinridge County, Kentucky
2292. Butler County, Kentucky
2293. Caldwell County, Kentucky
2294. Campbellsville city, Kentucky
2295. Carroll County, Kentucky
2296. Carter County, Kentucky
2297. Casey County, Kentucky
2298. Clay County, Kentucky
2299. Clinton County, Kentucky
2300. Danville city, Kentucky
2301. Edmonson County, Kentucky
2302. Erlanger city, Kentucky
2303. Estill County, Kentucky
2304. Fleming County, Kentucky
2305. Fort Thomas city, Kentucky
2306. Frankfort city, Kentucky
2307. Garrard County, Kentucky
2308. Glasgow city, Kentucky
2309. Grant County, Kentucky
2310. Grayson County, Kentucky
2311. Green County, Kentucky
2312. Harlan County, Kentucky
2313. Harrison County, Kentucky
2314. Hart County, Kentucky
2315. Henderson city, Kentucky
2316. Henry County, Kentucky
2317. Independence city, Kentucky
2318. Jackson County, Kentucky
2319. Jeffersontown city, Kentucky
2320. Johnson County, Kentucky
2321. Knott County, Kentucky
2322. Larue County, Kentucky
2323. Lawrence County, Kentucky
2324. Lawrenceburg city, Kentucky
2325. Letcher County, Kentucky
2326. Lewis County, Kentucky
2327. Lincoln County, Kentucky
2328. Logan County, Kentucky
2329. Lyndon city, Kentucky
2330. Madisonville city, Kentucky
2331. Magoffin County, Kentucky
2332. Marion County, Kentucky
2333. Martin County, Kentucky
2334. Mason County, Kentucky

2335. McCreary County, Kentucky
2336. Meade County, Kentucky
2337. Mercer County, Kentucky
2338. Metcalfe County, Kentucky
2339. Monroe County, Kentucky
2340. Montgomery County, Kentucky
2341. Morgan County, Kentucky
2342. Mount Washington city, Kentucky
2343. Murray city, Kentucky
2344. Newport city, Kentucky
2345. Ohio County, Kentucky
2346. Owen County, Kentucky
2347. Paducah city, Kentucky
2348. Pendleton County, Kentucky
2349. Perry County, Kentucky
2350. Powell County, Kentucky
2351. Radcliff city, Kentucky
2352. Rockcastle County, Kentucky
2353. Rowan County, Kentucky
2354. Russell County, Kentucky
2355. Shelbyville city, Kentucky
2356. Shepherdsville city, Kentucky
2357. Shively city, Kentucky
2358. Simpson County, Kentucky
2359. Somerset city, Kentucky
2360. Spencer County, Kentucky
2361. St. Matthews city, Kentucky
2362. Taylor County, Kentucky
2363. Todd County, Kentucky
2364. Trigg County, Kentucky
2365. Union County, Kentucky
2366. Washington County, Kentucky
2367. Wayne County, Kentucky
2368. Webster County, Kentucky
2369. Winchester city, Kentucky
2370. Woodford County, Kentucky
2371. Acadia Parish, Louisiana *
2372. Alexandria city, Louisiana *
2373. Ascension Parish, Louisiana *
2374. Avoyelles Parish, Louisiana *
2375. Baton Rouge city, Louisiana *
2376. Beauregard Parish, Louisiana *
2377. Bossier City city, Louisiana *
2378. Bossier Parish, Louisiana *
2379. Caddo Parish, Louisiana *
2380. Calcasieu Parish, Louisiana *
2381. East Baton Rouge Parish, Louisiana *
2382. Evangeline Parish, Louisiana *
2383. Iberia Parish, Louisiana *
2384. Iberville Parish, Louisiana *

2385. Jefferson Davis Parish, Louisiana *
2386. Jefferson Parish, Louisiana *
2387. Kenner city, Louisiana *
2388. Lafayette city, Louisiana *
2389. Lafayette Parish, Louisiana *
2390. Lafourche Parish, Louisiana *
2391. Lake Charles city, Louisiana *
2392. Lincoln Parish, Louisiana *
2393. Livingston Parish, Louisiana *
2394. Monroe city, Louisiana *
2395. Natchitoches Parish, Louisiana *
2396. New Orleans city / Orleans Parish, Louisiana *
2397. Ouachita Parish, Louisiana *
2398. Rapides Parish, Louisiana *
2399. Shreveport city, Louisiana *
2400. St. Bernard Parish, Louisiana *
2401. St. Charles Parish, Louisiana *
2402. St. John the Baptist Parish, Louisiana *
2403. St. Landry Parish, Louisiana *
2404. St. Martin Parish, Louisiana *
2405. St. Mary Parish, Louisiana *
2406. St. Tammany Parish, Louisiana *
2407. Tangipahoa Parish, Louisiana *
2408. Terrebonne Parish, Louisiana *
2409. Vermilion Parish, Louisiana *
2410. Vernon Parish, Louisiana *
2411. Washington Parish, Louisiana *
2412. Webster Parish, Louisiana *
2413. Abbeville city, Louisiana
2414. Allen Parish, Louisiana
2415. Assumption Parish, Louisiana
2416. Baker city, Louisiana
2417. Bastrop city, Louisiana
2418. Bienville Parish, Louisiana
2419. Bogalusa city, Louisiana
2420. Broussard city, Louisiana
2421. Central city, Louisiana
2422. Claiborne Parish, Louisiana
2423. Concordia Parish, Louisiana
2424. Covington city, Louisiana
2425. Crowley city, Louisiana
2426. De Soto Parish, Louisiana
2427. DeRidder city, Louisiana
2428. East Feliciana Parish, Louisiana
2429. Franklin Parish, Louisiana

2430. Gonzales city, Louisiana
2431. Grant Parish, Louisiana
2432. Gretna city, Louisiana
2433. Hammond city, Louisiana
2434. Jackson Parish, Louisiana
2435. LaSalle Parish, Louisiana
2436. Madison Parish, Louisiana
2437. Mandeville city, Louisiana
2438. Minden city, Louisiana
2439. Morehouse Parish, Louisiana
2440. Morgan City city, Louisiana
2441. Natchitoches city, Louisiana
2442. New Iberia city, Louisiana
2443. Opelousas city, Louisiana
2444. Pineville city, Louisiana
2445. Plaquemines Parish, Louisiana
2446. Pointe Coupee Parish, Louisiana
2447. Richland Parish, Louisiana
2448. Ruston city, Louisiana
2449. Sabine Parish, Louisiana
2450. Slidell city, Louisiana
2451. St. Helena Parish, Louisiana
2452. St. James Parish, Louisiana
2453. Sulphur city, Louisiana
2454. Thibodaux city, Louisiana
2455. Union Parish, Louisiana
2456. West Baton Rouge Parish, Louisiana
2457. West Carroll Parish, Louisiana
2458. West Feliciana Parish, Louisiana
2459. West Monroe city, Louisiana
2460. Winn Parish, Louisiana
2461. Youngsville city, Louisiana
2462. Zachary city, Louisiana
2463. Androscoggin County, Maine *
2464. Aroostook County, Maine *
2465. Bangor city, Maine *
2466. Cumberland County, Maine *
2467. Franklin County, Maine *
2468. Hancock County, Maine *
2469. Kennebec County, Maine *
2470. Knox County, Maine *
2471. Lewiston city, Maine *
2472. Lincoln County, Maine *
2473. Oxford County, Maine *
2474. Penobscot County, Maine *
2475. Portland city, Maine *
2476. Sagadahoc County, Maine *
2477. Somerset County, Maine *
2478. Waldo County, Maine *
2479. Washington County, Maine *
2480. York County, Maine *

2481. Auburn city, Maine *
2482. Augusta city, Maine
2483. Biddeford city, Maine
2484. Brunswick town, Maine
2485. Falmouth town, Maine
2486. Gorham town, Maine
2487. Kennebunk town, Maine
2488. Orono town, Maine
2489. Piscataquis County, Maine
2490. Saco city, Maine
2491. Sanford city, Maine
2492. Scarborough town, Maine
2493. South Portland city, Maine
2494. Standish town, Maine
2495. Waterville city, Maine
2496. Wells town, Maine
2497. Westbrook city, Maine
2498. Windham town, Maine
2499. York town, Maine
2500. Allegany County, Maryland *
2501. Annapolis city, Maryland *
2502. Anne Arundel County, Maryland *
2503. Baltimore city, Maryland *
2504. Baltimore County, Maryland *
2505. Bowie city, Maryland *
2506. Calvert County, Maryland *
2507. Caroline County, Maryland *
2508. Carroll County, Maryland *
2509. Cecil County, Maryland *
2510. Charles County, Maryland *
2511. College Park city, Maryland *
2512. Dorchester County, Maryland *
2513. Frederick city, Maryland *
2514. Frederick County, Maryland *
2515. Gaithersburg city, Maryland *
2516. Hagerstown city, Maryland *
2517. Harford County, Maryland *
2518. Howard County, Maryland *
2519. Montgomery County, Maryland *
2520. Prince George's County, Maryland *
2521. Queen Anne's County, Maryland *
2522. Rockville city, Maryland *
2523. Salisbury city, Maryland *
2524. St. Mary's County, Maryland *
2525. Talbot County, Maryland *
2526. Washington County, Maryland *
2527. Wicomico County, Maryland *
2528. Worcester County, Maryland *

I-17

2529. Aberdeen city, Maryland
2530. Bel Air town, Maryland
2531. Cambridge city, Maryland
2532. Cumberland city, Maryland
2533. Easton town, Maryland
2534. Elkton town, Maryland
2535. Garrett County, Maryland
2536. Greenbelt city, Maryland
2537. Havre de Grace city, Maryland
2538. Hyattsville city, Maryland
2539. Kent County, Maryland
2540. Laurel city, Maryland
2541. New Carrollton city, Maryland
2542. Somerset County, Maryland
2543. Takoma Park city, Maryland
2544. Westminster city, Maryland
2545. Amherst town, Massachusetts *
2546. Andover town, Massachusetts *
2547. Arlington town, Massachusetts *
2548. Attleboro city, Massachusetts *
2549. Barnstable County, Massachusetts *
2550. Barnstable Town city, Massachusetts *
2551. Beverly city, Massachusetts *
2552. Billerica town, Massachusetts *
2553. Boston city, Massachusetts *
2554. Braintree Town city, Massachusetts *
2555. Bristol County, Massachusetts *
2556. Brockton city, Massachusetts *
2557. Brookline town, Massachusetts *
2558. Cambridge city, Massachusetts *
2559. Chelmsford town, Massachusetts *
2560. Chelsea city, Massachusetts *
2561. Chicopee city, Massachusetts *
2562. Dartmouth town, Massachusetts *
2563. Dracut town, Massachusetts *
2564. Everett city, Massachusetts *
2565. Fall River city, Massachusetts *
2566. Falmouth town, Massachusetts *

2567. Fitchburg city, Massachusetts *
2568. Framingham city, Massachusetts *
2569. Franklin Town city, Massachusetts *
2570. Gloucester city, Massachusetts *
2571. Haverhill city, Massachusetts *
2572. Holyoke city, Massachusetts *
2573. Lawrence city, Massachusetts *
2574. Leominster city, Massachusetts *
2575. Lexington town, Massachusetts *
2576. Lowell city, Massachusetts *
2577. Lynn city, Massachusetts *
2578. Malden city, Massachusetts *
2579. Marlborough city, Massachusetts *
2580. Medford city, Massachusetts *
2581. Methuen Town city, Massachusetts *
2582. Natick town, Massachusetts *
2583. Needham town, Massachusetts *
2584. New Bedford city, Massachusetts *
2585. Newton city, Massachusetts *
2586. Norfolk County, Massachusetts *
2587. North Andover town, Massachusetts *
2588. Peabody city, Massachusetts *
2589. Pittsfield city, Massachusetts *
2590. Plymouth County, Massachusetts *
2591. Plymouth town, Massachusetts *
2592. Quincy city, Massachusetts *
2593. Randolph Town city, Massachusetts *
2594. Revere city, Massachusetts *
2595. Salem city, Massachusetts *
2596. Shrewsbury town, Massachusetts *
2597. Somerville city, Massachusetts *
2598. Springfield city, Massachusetts *
2599. Taunton city, Massachusetts *
2600. Tewksbury town, Massachusetts *

2601. Waltham city, Massachusetts *
2602. Watertown Town city, Massachusetts *
2603. Westfield city, Massachusetts *
2604. Weymouth Town city, Massachusetts *
2605. Woburn city, Massachusetts *
2606. Worcester city, Massachusetts *
2607. Abington town, Massachusetts
2608. Acton town, Massachusetts
2609. Acushnet town, Massachusetts
2610. Agawam Town city, Massachusetts
2611. Amesbury Town city, Massachusetts
2612. Ashland town, Massachusetts
2613. Athol town, Massachusetts
2614. Auburn town, Massachusetts
2615. Bedford town, Massachusetts
2616. Belchertown town, Massachusetts
2617. Bellingham town, Massachusetts
2618. Belmont town, Massachusetts
2619. Bourne town, Massachusetts
2620. Bridgewater Town city, Massachusetts
2621. Burlington town, Massachusetts
2622. Canton town, Massachusetts
2623. Carver town, Massachusetts
2624. Charlton town, Massachusetts
2625. Clinton town, Massachusetts
2626. Concord town, Massachusetts
2627. Danvers town, Massachusetts
2628. Dedham town, Massachusetts
2629. Dennis town, Massachusetts
2630. Dudley town, Massachusetts
2631. Dukes County, Massachusetts
2632. Duxbury town, Massachusetts
2633. East Bridgewater town, Massachusetts
2634. East Longmeadow town, Massachusetts
2635. Easthampton Town city, Massachusetts
2636. Easton town, Massachusetts
2637. Fairhaven town, Massachusetts
2638. Foxborough town, Massachusetts
2639. Gardner city, Massachusetts
2640. Grafton town, Massachusetts

I-18

2641. Greenfield Town city, Massachusetts
2642. Groton town, Massachusetts
2643. Hanover town, Massachusetts
2644. Hanson town, Massachusetts
2645. Harwich town, Massachusetts
2646. Hingham town, Massachusetts
2647. Holbrook town, Massachusetts
2648. Holden town, Massachusetts
2649. Holliston town, Massachusetts
2650. Hopkinton town, Massachusetts
2651. Hudson town, Massachusetts
2652. Hull town, Massachusetts
2653. Ipswich, Massachusetts
2654. Kingston town, Massachusetts
2655. Lakeville town, Massachusetts
2656. Leicester town, Massachusetts
2657. Littleton town, Massachusetts
2658. Longmeadow town, Massachusetts
2659. Ludlow town, Massachusetts
2660. Lunenburg town, Massachusetts
2661. Lynnfield town, Massachusetts
2662. Mansfield town, Massachusetts
2663. Marblehead town, Massachusetts
2664. Marshfield town, Massachusetts
2665. Mashpee town, Massachusetts
2666. Maynard town, Massachusetts
2667. Medfield town, Massachusetts
2668. Medway town, Massachusetts
2669. Melrose town, Massachusetts
2670. Middleborough town, Massachusetts
2671. Middleton town, Massachusetts
2672. Milford town, Massachusetts
2673. Millbury town, Massachusetts
2674. Milton town, Massachusetts
2675. Nantucket town, Massachusetts
2676. Newburyport city, Massachusetts
2677. Norfolk town, Massachusetts
2678. North Adams city, Massachusetts
2679. North Attleborough town, Massachusetts
2680. North Reading town, Massachusetts

2681. Northampton city, Massachusetts
2682. Northborough town, Massachusetts
2683. Northbridge town, Massachusetts
2684. Norton town, Massachusetts
2685. Norwell town, Massachusetts
2686. Norwood town, Massachusetts
2687. Oxford town, Massachusetts
2688. Palmer Town city, Massachusetts
2689. Pembroke town, Massachusetts
2690. Pepperell town, Massachusetts
2691. Raynham town, Massachusetts
2692. Reading town, Massachusetts
2693. Rehoboth town, Massachusetts
2694. Rockland town, Massachusetts
2695. Sandwich town, Massachusetts
2696. Saugus town, Massachusetts
2697. Scituate town, Massachusetts
2698. Seekonk town, Massachusetts
2699. Sharon town, Massachusetts
2700. Somerset town, Massachusetts
2701. South Hadley town, Massachusetts
2702. Southborough town, Massachusetts
2703. Southbridge Town city, Massachusetts
2704. Spencer town, Massachusetts
2705. Stoneham town, Massachusetts
2706. Stoughton town, Massachusetts
2707. Sudbury town, Massachusetts
2708. Swampscott town, Massachusetts
2709. Swansea town, Massachusetts
2710. Tyngsborough town, Massachusetts
2711. Uxbridge town, Massachusetts
2712. Wakefield town, Massachusetts
2713. Walpole town, Massachusetts
2714. Wareham town, Massachusetts
2715. Wayland town, Massachusetts
2716. Webster town, Massachusetts
2717. Wellesley town, Massachusetts
2718. West Springfield Town city, Massachusetts
2719. Westborough town, Massachusetts

2720. Westford town, Massachusetts
2721. Weston town, Massachusetts
2722. Westport town, Massachusetts
2723. Westwood town, Massachusetts
2724. Whitman town, Massachusetts
2725. Wilbraham town, Massachusetts
2726. Wilmington town, Massachusetts
2727. Winchendon town, Massachusetts
2728. Winchester town, Massachusetts
2729. Winthrop Town city, Massachusetts
2730. Wrentham town, Massachusetts
2731. Yarmouth town, Massachusetts
2732. Allegan County, Michigan *
2733. Ann Arbor city, Michigan *
2734. Barry County, Michigan *
2735. Battle Creek city, Michigan *
2736. Bay City city, Michigan *
2737. Bay County, Michigan *
2738. Bedford township, Michigan *
2739. Berrien County, Michigan *
2740. Bloomfield charter township, Michigan *
2741. Branch County, Michigan *
2742. Brownstown charter township, Michigan *
2743. Calhoun County, Michigan *
2744. Canton charter township, Michigan *
2745. Cass County, Michigan *
2746. Chesterfield township, Michigan *
2747. Chippewa County, Michigan *
2748. Clare County, Michigan *
2749. Clinton charter township, Michigan *
2750. Clinton County, Michigan *
2751. Commerce charter township, Michigan *
2752. Dearborn city, Michigan *
2753. Dearborn Heights city, Michigan *
2754. Delta charter township, Michigan *
2755. Delta County, Michigan *
2756. Detroit city, Michigan *
2757. East Lansing city, Michigan *
2758. Eastpointe city, Michigan *

2759. Eaton County, Michigan *
2760. Emmet County, Michigan *
2761. Farmington Hills city, Michigan *
2762. Flint charter township, Michigan *
2763. Flint city, Michigan *
2764. Genesee County, Michigan *
2765. Georgetown charter township, Michigan *
2766. Grand Blanc charter township, Michigan *
2767. Grand Rapids city, Michigan *
2768. Grand Traverse County, Michigan *
2769. Gratiot County, Michigan *
2770. Hillsdale County, Michigan *
2771. Holland charter township, Michigan *
2772. Holland city, Michigan *
2773. Houghton County, Michigan *
2774. Huron County, Michigan *
2775. Independence charter township, Michigan *
2776. Ingham County, Michigan *
2777. Ionia County, Michigan *
2778. Isabella County, Michigan *
2779. Jackson city, Michigan *
2780. Jackson County, Michigan *
2781. Kalamazoo city, Michigan *
2782. Kalamazoo County, Michigan *
2783. Kent County, Michigan *
2784. Kentwood city, Michigan *
2785. Lansing city, Michigan *
2786. Lapeer County, Michigan *
2787. Lenawee County, Michigan *
2788. Lincoln Park city, Michigan *
2789. Livingston County, Michigan *
2790. Livonia city, Michigan *
2791. Macomb County, Michigan *
2792. Macomb township, Michigan *
2793. Marquette County, Michigan *
2794. Mecosta County, Michigan *
2795. Meridian charter township, Michigan *
2796. Midland city, Michigan *
2797. Midland County, Michigan *
2798. Monroe County, Michigan *
2799. Montcalm County, Michigan *
2800. Muskegon city, Michigan *
2801. Muskegon County, Michigan *

2802. Newaygo County, Michigan *
2803. Novi city, Michigan *
2804. Oakland County, Michigan *
2805. Orion charter township, Michigan *
2806. Ottawa County, Michigan *
2807. Pittsfield charter township, Michigan *
2808. Plainfield charter township, Michigan *
2809. Pontiac city, Michigan *
2810. Portage city, Michigan *
2811. Redford charter township, Michigan *
2812. Rochester Hills city, Michigan *
2813. Roseville city, Michigan *
2814. Royal Oak city, Michigan *
2815. Saginaw charter township, Michigan *
2816. Saginaw city, Michigan *
2817. Saginaw County, Michigan *
2818. Sanilac County, Michigan *
2819. Shelby charter township, Michigan *
2820. Shiawassee County, Michigan *
2821. Southfield city, Michigan *
2822. St. Clair County, Michigan *
2823. St. Clair Shores city, Michigan *
2824. St. Joseph County, Michigan *
2825. Sterling Heights city, Michigan *
2826. Taylor city, Michigan *
2827. Troy city, Michigan *
2828. Tuscola County, Michigan *
2829. Van Buren County, Michigan *
2830. Warren city, Michigan *
2831. Washtenaw County, Michigan *
2832. Waterford charter township, Michigan *
2833. Wayne County, Michigan *
2834. West Bloomfield charter township, Michigan *
2835. Westland city, Michigan *
2836. Wexford County, Michigan *
2837. White Lake charter township, Michigan *
2838. Wyoming city, Michigan *
2839. Ypsilanti charter township, Michigan *
2840. Ada township, Michigan

2841. Adrian city, Michigan
2842. Alcona County, Michigan
2843. Algoma township, Michigan
2844. Allen Park city, Michigan
2845. Allendale charter township, Michigan
2846. Alpena County, Michigan
2847. Alpine township, Michigan
2848. Antrim County, Michigan
2849. Antwerp township, Michigan
2850. Arenac County, Michigan
2851. Auburn Hills city, Michigan
2852. Bangor charter township, Michigan
2853. Bath charter township, Michigan
2854. Benton charter township, Michigan
2855. Benzie County, Michigan
2856. Berkley city, Michigan
2857. Beverly Hills village, Michigan
2858. Big Rapids city, Michigan
2859. Birmingham city, Michigan
2860. Blackman charter township, Michigan
2861. Brandon charter township, Michigan
2862. Brighton township, Michigan
2863. Burton city, Michigan
2864. Byron township, Michigan
2865. Cadillac city, Michigan
2866. Caledonia township, Michigan
2867. Cannon township, Michigan
2868. Cascade charter township, Michigan
2869. Charlevoix County, Michigan
2870. Cheboygan County, Michigan
2871. Clawson city, Michigan
2872. Coldwater city, Michigan
2873. Comstock charter township, Michigan
2874. Cooper charter township, Michigan
2875. Crawford County, Michigan
2876. Davison township, Michigan
2877. Delhi charter township, Michigan
2878. DeWitt charter township, Michigan
2879. Dickinson County, Michigan
2880. East Bay township, Michigan
2881. East Grand Rapids city, Michigan
2882. Egelston township, Michigan

2883. Emmett charter township, Michigan
2884. Escanaba city, Michigan
2885. Farmington city, Michigan
2886. Fenton charter township, Michigan
2887. Fenton city, Michigan
2888. Ferndale city, Michigan
2889. Flat Rock city, Michigan
2890. Flushing charter township, Michigan
2891. Fort Gratiot charter township, Michigan
2892. Fraser city, Michigan
2893. Frenchtown township, Michigan
2894. Fruitport charter township, Michigan
2895. Gaines charter township, Michigan
2896. Garden City city, Michigan
2897. Garfield charter township, Michigan
2898. Genesee charter township, Michigan
2899. Genoa township, Michigan
2900. Gladwin County, Michigan
2901. Gogebic County, Michigan
2902. Grand Haven charter township, Michigan
2903. Grand Haven city, Michigan
2904. Grand Rapids charter township, Michigan
2905. Grandville city, Michigan
2906. Green Oak township, Michigan
2907. Grosse Ile township, Michigan
2908. Grosse Pointe Park city, Michigan
2909. Grosse Pointe Woods city, Michigan
2910. Hamburg township, Michigan
2911. Hamtramck city, Michigan
2912. Harper Woods city, Michigan
2913. Harrison charter township, Michigan
2914. Hartland township, Michigan
2915. Hazel Park city, Michigan
2916. Highland charter township, Michigan
2917. Highland Park city, Michigan
2918. Holly township, Michigan
2919. Huron charter township, Michigan
2920. Inkster city, Michigan

2921. Ionia city, Michigan
2922. Iosco County, Michigan
2923. Iron County, Michigan
2924. Kalamazoo charter township, Michigan
2925. Kalkaska County, Michigan
2926. Lake County, Michigan
2927. Leelanau County, Michigan
2928. Lenox township, Michigan
2929. Leoni township, Michigan
2930. Lincoln charter township, Michigan
2931. Lyon charter township, Michigan
2932. Mackinac County, Michigan
2933. Madison Heights city, Michigan
2934. Manistee County, Michigan
2935. Marion township, Michigan
2936. Marquette city, Michigan
2937. Mason County, Michigan
2938. Melvindale city, Michigan
2939. Menominee County, Michigan
2940. Milford charter township, Michigan
2941. Missaukee County, Michigan
2942. Monitor charter township, Michigan
2943. Monroe charter township, Michigan
2944. Monroe city, Michigan
2945. Mount Clemens city, Michigan
2946. Mount Morris township, Michigan
2947. Mount Pleasant city, Michigan
2948. Mundy township, Michigan
2949. Muskegon charter township, Michigan
2950. Muskegon Heights city, Michigan
2951. New Baltimore city, Michigan
2952. Niles city, Michigan
2953. Niles township, Michigan
2954. Northville township, Michigan
2955. Norton Shores city, Michigan
2956. Oak Park city, Michigan
2957. Oakland charter township, Michigan
2958. Oceana County, Michigan
2959. Oceola township, Michigan
2960. Ogemaw County, Michigan
2961. Osceola County, Michigan
2962. Oshtemo charter township, Michigan

2963. Otsego County, Michigan
2964. Owosso city, Michigan
2965. Oxford charter township, Michigan
2966. Park township, Michigan
2967. Plymouth charter township, Michigan
2968. Port Huron charter township, Michigan
2969. Port Huron city, Michigan
2970. Presque Isle County, Michigan
2971. Riverview city, Michigan
2972. Rochester city, Michigan
2973. Romulus city, Michigan
2974. Roscommon County, Michigan
2975. Sault Ste. Marie city, Michigan
2976. Scio township, Michigan
2977. South Lyon city, Michigan
2978. Southfield township, Michigan
2979. Southgate city, Michigan
2980. Spring Lake township, Michigan
2981. Springfield charter township, Michigan
2982. Sturgis city, Michigan
2983. Summit township, Michigan
2984. Superior charter township, Michigan
2985. Texas charter township, Michigan
2986. Thomas township, Michigan
2987. Traverse City city, Michigan
2988. Trenton city, Michigan
2989. Tyrone township, Michigan
2990. Union charter township, Michigan
2991. Van Buren charter township, Michigan
2992. Vienna charter township, Michigan
2993. Walker city, Michigan
2994. Washington township, Michigan
2995. Wayne city, Michigan
2996. Wixom city, Michigan
2997. Woodhaven city, Michigan
2998. Wyandotte city, Michigan
2999. Ypsilanti city, Michigan
3000. Zeeland charter township, Michigan
3001. Andover city, Minnesota *
3002. Anoka County, Minnesota *

FINAL AGREEMENT 3.25.22

| | | |
|---|---|---|
| 3003. Apple Valley city, Minnesota * | 3046. Plymouth city, Minnesota * | 3096. Forest Lake city, Minnesota |
| 3004. Becker County, Minnesota * | 3047. Polk County, Minnesota * | 3097. Fridley city, Minnesota |
| 3005. Beltrami County, Minnesota * | 3048. Ramsey County, Minnesota * | 3098. Golden Valley city, Minnesota |
| 3006. Benton County, Minnesota * | 3049. Rice County, Minnesota * | 3099. Grand Rapids city, Minnesota |
| 3007. Blaine city, Minnesota * | 3050. Richfield city, Minnesota * | 3100. Ham Lake city, Minnesota |
| 3008. Bloomington city, Minnesota * | 3051. Rochester city, Minnesota * | 3101. Hastings city, Minnesota |
| | 3052. Roseville city, Minnesota * | 3102. Hibbing city, Minnesota |
| 3009. Blue Earth County, Minnesota * | 3053. Savage city, Minnesota * | 3103. Hopkins city, Minnesota |
| 3010. Brooklyn Center city, Minnesota * | 3054. Scott County, Minnesota * | 3104. Houston County, Minnesota |
| | 3055. Shakopee city, Minnesota * | 3105. Hubbard County, Minnesota |
| 3011. Brooklyn Park city, Minnesota * | 3056. Sherburne County, Minnesota * | 3106. Hugo city, Minnesota |
| 3012. Burnsville city, Minnesota * | 3057. St. Cloud city, Minnesota * | 3107. Hutchinson city, Minnesota |
| 3013. Carlton County, Minnesota * | 3058. St. Louis County, Minnesota * | 3108. Kanabec County, Minnesota |
| 3014. Carver County, Minnesota * | 3059. St. Louis Park city, Minnesota * | 3109. Koochiching County, Minnesota |
| 3015. Chisago County, Minnesota * | 3060. St. Paul city, Minnesota * | 3110. Lake County, Minnesota |
| 3016. Clay County, Minnesota * | 3061. Stearns County, Minnesota * | 3111. Le Sueur County, Minnesota |
| 3017. Coon Rapids city, Minnesota * | 3062. Steele County, Minnesota * | 3112. Lino Lakes city, Minnesota |
| 3018. Cottage Grove city, Minnesota * | 3063. Washington County, Minnesota * | 3113. Little Canada city, Minnesota |
| | 3064. Winona County, Minnesota * | 3114. Lyon County, Minnesota |
| 3019. Crow Wing County, Minnesota * | 3065. Woodbury city, Minnesota * | 3115. Marshall city, Minnesota |
| 3020. Dakota County, Minnesota * | 3066. Wright County, Minnesota * | 3116. Martin County, Minnesota |
| 3021. Douglas County, Minnesota * | 3067. Aitkin County, Minnesota | 3117. Meeker County, Minnesota |
| 3022. Duluth city, Minnesota * | 3068. Albert Lea city, Minnesota | 3118. Mendota Heights city, Minnesota |
| 3023. Eagan city, Minnesota * | 3069. Alexandria city, Minnesota | |
| 3024. Eden Prairie city, Minnesota * | 3070. Anoka city, Minnesota | 3119. Mille Lacs County, Minnesota |
| 3025. Edina city, Minnesota * | 3071. Arden Hills city, Minnesota | 3120. Monticello city, Minnesota |
| 3026. Freeborn County, Minnesota * | 3072. Austin city, Minnesota | 3121. Mounds View city, Minnesota |
| 3027. Goodhue County, Minnesota * | 3073. Bemidji city, Minnesota | 3122. New Brighton city, Minnesota |
| 3028. Hennepin County, Minnesota * | 3074. Big Lake city, Minnesota | 3123. New Hope city, Minnesota |
| | 3075. Brainerd city, Minnesota | 3124. New Ulm city, Minnesota |
| 3029. Inver Grove Heights city, Minnesota * | 3076. Brown County, Minnesota | 3125. Nobles County, Minnesota |
| | 3077. Buffalo city, Minnesota | 3126. North Branch city, Minnesota |
| 3030. Isanti County, Minnesota * | 3078. Cass County, Minnesota | 3127. North Mankato city, Minnesota |
| 3031. Itasca County, Minnesota * | 3079. Champlin city, Minnesota | |
| 3032. Kandiyohi County, Minnesota * | 3080. Chanhassen city, Minnesota | 3128. North St. Paul city, Minnesota |
| | 3081. Chaska city, Minnesota | 3129. Northfield city, Minnesota |
| 3033. Lakeville city, Minnesota * | 3082. Chippewa County, Minnesota | 3130. Oakdale city, Minnesota |
| 3034. Mankato city, Minnesota * | 3083. Cloquet city, Minnesota | 3131. Otsego city, Minnesota |
| 3035. Maple Grove city, Minnesota * | 3084. Columbia Heights city, Minnesota | 3132. Owatonna city, Minnesota |
| 3036. Maplewood city, Minnesota * | 3085. Cottonwood County, Minnesota | 3133. Pennington County, Minnesota |
| 3037. McLeod County, Minnesota * | 3086. Crystal city, Minnesota | 3134. Pine County, Minnesota |
| 3038. Minneapolis city, Minnesota * | 3087. Dodge County, Minnesota | 3135. Pope County, Minnesota |
| 3039. Minnetonka city, Minnesota * | 3088. East Bethel city, Minnesota | 3136. Prior Lake city, Minnesota |
| 3040. Moorhead city, Minnesota * | 3089. Elk River city, Minnesota | 3137. Ramsey city, Minnesota |
| 3041. Morrison County, Minnesota * | 3090. Fairmont city, Minnesota | 3138. Red Wing city, Minnesota |
| 3042. Mower County, Minnesota * | 3091. Faribault city, Minnesota | 3139. Redwood County, Minnesota |
| 3043. Nicollet County, Minnesota * | 3092. Faribault County, Minnesota | 3140. Renville County, Minnesota |
| 3044. Olmsted County, Minnesota * | 3093. Farmington city, Minnesota | 3141. Robbinsdale city, Minnesota |
| 3045. Otter Tail County, Minnesota * | 3094. Fergus Falls city, Minnesota | 3142. Rogers city, Minnesota |
| | 3095. Fillmore County, Minnesota | 3143. Roseau County, Minnesota |
| | | 3144. Rosemount city, Minnesota |
| | | 3145. Sartell city, Minnesota |
| | | 3146. Sauk Rapids city, Minnesota |
| | | 3147. Shoreview city, Minnesota |

I-22

FINAL AGREEMENT 3.25.22

3148. Sibley County, Minnesota
3149. South St. Paul city, Minnesota
3150. St. Michael city, Minnesota
3151. St. Peter city, Minnesota
3152. Stillwater city, Minnesota
3153. Todd County, Minnesota
3154. Vadnais Heights city, Minnesota
3155. Victoria city, Minnesota
3156. Wabasha County, Minnesota
3157. Waconia city, Minnesota
3158. Wadena County, Minnesota
3159. Waseca County, Minnesota
3160. Watonwan County, Minnesota
3161. West St. Paul city, Minnesota
3162. White Bear Lake city, Minnesota
3163. White Bear township, Minnesota
3164. Willmar city, Minnesota
3165. Winona city, Minnesota
3166. Worthington city, Minnesota
3167. Adams County, Mississippi *
3168. Alcorn County, Mississippi *
3169. Biloxi city, Mississippi *
3170. Bolivar County, Mississippi *
3171. DeSoto County, Mississippi *
3172. Forrest County, Mississippi *
3173. Gulfport city, Mississippi *
3174. Hancock County, Mississippi *
3175. Harrison County, Mississippi *
3176. Hattiesburg city, Mississippi *
3177. Hinds County, Mississippi *
3178. Jackson city, Mississippi *
3179. Jackson County, Mississippi *
3180. Jones County, Mississippi *
3181. Lafayette County, Mississippi *
3182. Lamar County, Mississippi *
3183. Lauderdale County, Mississippi *
3184. Lee County, Mississippi *
3185. Lincoln County, Mississippi *
3186. Lowndes County, Mississippi *
3187. Madison County, Mississippi *
3188. Marshall County, Mississippi *
3189. Meridian city, Mississippi *
3190. Monroe County, Mississippi *
3191. Oktibbeha County, Mississippi *

3192. Olive Branch city, Mississippi *
3193. Panola County, Mississippi *
3194. Pearl River County, Mississippi *
3195. Pike County, Mississippi *
3196. Pontotoc County, Mississippi *
3197. Rankin County, Mississippi *
3198. Southaven city, Mississippi *
3199. Tupelo city, Mississippi *
3200. Warren County, Mississippi *
3201. Washington County, Mississippi *
3202. Amite County, Mississippi
3203. Attala County, Mississippi
3204. Bay St. Louis city, Mississippi
3205. Brandon city, Mississippi
3206. Brookhaven city, Mississippi
3207. Byram city, Mississippi
3208. Calhoun County, Mississippi
3209. Canton city, Mississippi
3210. Chickasaw County, Mississippi
3211. Clarke County, Mississippi
3212. Clarksdale city, Mississippi
3213. Clay County, Mississippi
3214. Cleveland city, Mississippi
3215. Clinton city, Mississippi
3216. Coahoma County, Mississippi
3217. Columbus city, Mississippi
3218. Copiah County, Mississippi
3219. Corinth city, Mississippi
3220. Covington County, Mississippi
3221. D'Iberville city, Mississippi
3222. Gautier city, Mississippi
3223. George County, Mississippi
3224. Greene County, Mississippi
3225. Greenville city, Mississippi
3226. Greenwood city, Mississippi
3227. Grenada city, Mississippi
3228. Grenada County, Mississippi
3229. Hernando city, Mississippi
3230. Holmes County, Mississippi
3231. Horn Lake city, Mississippi
3232. Itawamba County, Mississippi
3233. Jasper County, Mississippi
3234. Jefferson Davis County, Mississippi
3235. Laurel city, Mississippi
3236. Lawrence County, Mississippi
3237. Leake County, Mississippi
3238. Leflore County, Mississippi
3239. Long Beach city, Mississippi

3240. Madison city, Mississippi
3241. Marion County, Mississippi
3242. McComb city, Mississippi
3243. Moss Point city, Mississippi
3244. Natchez city, Mississippi
3245. Neshoba County, Mississippi
3246. Newton County, Mississippi
3247. Noxubee County, Mississippi
3248. Ocean Springs city, Mississippi
3249. Oxford city, Mississippi
3250. Pascagoula city, Mississippi
3251. Pearl city, Mississippi
3252. Perry County, Mississippi
3253. Petal city, Mississippi
3254. Picayune city, Mississippi
3255. Prentiss County, Mississippi
3256. Ridgeland city, Mississippi
3257. Scott County, Mississippi
3258. Simpson County, Mississippi
3259. Smith County, Mississippi
3260. Starkville city, Mississippi
3261. Stone County, Mississippi
3262. Sunflower County, Mississippi
3263. Tallahatchie County, Mississippi
3264. Tate County, Mississippi
3265. Tippah County, Mississippi
3266. Tishomingo County, Mississippi
3267. Union County, Mississippi
3268. Vicksburg city, Mississippi
3269. Walthall County, Mississippi
3270. Wayne County, Mississippi
3271. West Point city, Mississippi
3272. Winston County, Mississippi
3273. Yalobusha County, Mississippi
3274. Yazoo City city, Mississippi
3275. Yazoo County, Mississippi
3276. Ballwin city, Missouri *
3277. Barry County, Missouri *
3278. Blue Springs city, Missouri *
3279. Boone County, Missouri *
3280. Buchanan County, Missouri *
3281. Butler County, Missouri *
3282. Callaway County, Missouri *
3283. Camden County, Missouri *
3284. Cape Girardeau city, Missouri *
3285. Cape Girardeau County, Missouri *
3286. Cass County, Missouri *
3287. Chesterfield city, Missouri *
3288. Christian County, Missouri *

3289. Clay County, Missouri *
3290. Cole County, Missouri *
3291. Columbia city, Missouri *
3292. Florissant city, Missouri *
3293. Franklin County, Missouri *
3294. Greene County, Missouri *
3295. Howell County, Missouri *
3296. Independence city, Missouri *
3297. Jackson County, Missouri *
3298. Jasper County, Missouri *
3299. Jefferson City city, Missouri *
3300. Jefferson County, Missouri *
3301. Johnson County, Missouri *
3302. Joplin city, Missouri *
3303. Kansas City city, Missouri *
3304. Laclede County, Missouri *
3305. Lafayette County, Missouri *
3306. Lawrence County, Missouri *
3307. Lee's Summit city, Missouri *
3308. Liberty city, Missouri *
3309. Lincoln County, Missouri *
3310. Newton County, Missouri *
3311. O'Fallon city, Missouri *
3312. Pettis County, Missouri *
3313. Phelps County, Missouri *
3314. Platte County, Missouri *
3315. Polk County, Missouri *
3316. Pulaski County, Missouri *
3317. Scott County, Missouri *
3318. Springfield city, Missouri *
3319. St. Charles city, Missouri *
3320. St. Charles County, Missouri *
3321. St. Francois County, Missouri *
3322. St. Joseph city, Missouri *
3323. St. Louis city, Missouri *
3324. St. Louis County, Missouri *
3325. St. Peters city, Missouri *
3326. Stone County, Missouri *
3327. Taney County, Missouri *
3328. University City city, Missouri *
3329. Warren County, Missouri *
3330. Webster County, Missouri *
3331. Wentzville city, Missouri *
3332. Wildwood city, Missouri *
3333. Adair County, Missouri
3334. Andrew County, Missouri
3335. Arnold city, Missouri
3336. Audrain County, Missouri
3337. Barton County, Missouri
3338. Bates County, Missouri
3339. Bellefontaine Neighbors city, Missouri
3340. Belton city, Missouri
3341. Benton County, Missouri
3342. Bolivar city, Missouri
3343. Bollinger County, Missouri
3344. Branson city, Missouri
3345. Bridgeton city, Missouri
3346. Carthage city, Missouri
3347. Cedar County, Missouri
3348. Clayton city, Missouri
3349. Clinton County, Missouri
3350. Cooper County, Missouri
3351. Crawford County, Missouri
3352. Crestwood city, Missouri
3353. Creve Coeur city, Missouri
3354. Dallas County, Missouri
3355. Dardenne Prairie city, Missouri
3356. DeKalb County, Missouri
3357. Dent County, Missouri
3358. Douglas County, Missouri
3359. Dunklin County, Missouri
3360. Eureka city, Missouri
3361. Excelsior Springs city, Missouri
3362. Farmington city, Missouri
3363. Ferguson city, Missouri
3364. Festus city, Missouri
3365. Fulton city, Missouri
3366. Gasconade County, Missouri
3367. Gladstone city, Missouri
3368. Grain Valley city, Missouri
3369. Grandview city, Missouri
3370. Hannibal city, Missouri
3371. Harrisonville city, Missouri
3372. Hazelwood city, Missouri
3373. Henry County, Missouri
3374. Howard County, Missouri
3375. Independence township, Missouri
3376. Iron County, Missouri
3377. Jackson city, Missouri
3378. Jennings city, Missouri
3379. Kearney city, Missouri
3380. Kennett city, Missouri
3381. Kirksville city, Missouri
3382. Kirkwood city, Missouri
3383. Lake St. Louis city, Missouri
3384. Lebanon city, Missouri
3385. Liberty township, Missouri
3386. Linn County, Missouri
3387. Livingston County, Missouri
3388. Macon County, Missouri
3389. Madison County, Missouri
3390. Manchester city, Missouri
3391. Marion County, Missouri
3392. Marshall city, Missouri
3393. Maryland Heights city, Missouri
3394. Maryville city, Missouri
3395. McDonald County, Missouri
3396. Mexico city, Missouri
3397. Miller County, Missouri
3398. Mississippi County, Missouri
3399. Moberly city, Missouri
3400. Moniteau County, Missouri
3401. Montgomery County, Missouri
3402. Morgan County, Missouri
3403. Neosho city, Missouri
3404. New Madrid County, Missouri
3405. Nixa city, Missouri
3406. Nodaway County, Missouri
3407. Oregon County, Missouri
3408. Osage County, Missouri
3409. Overland city, Missouri
3410. Ozark city, Missouri
3411. Pemiscot County, Missouri
3412. Perry County, Missouri
3413. Pike County, Missouri
3414. Polk township, Missouri
3415. Poplar Bluff city, Missouri
3416. Ralls County, Missouri
3417. Randolph County, Missouri
3418. Ray County, Missouri
3419. Raymore city, Missouri
3420. Raytown city, Missouri
3421. Republic city, Missouri
3422. Ripley County, Missouri
3423. Rolla city, Missouri
3424. Saline County, Missouri
3425. Sedalia city, Missouri
3426. Sikeston city, Missouri
3427. Smithville city, Missouri
3428. St. Ann city, Missouri
3429. Ste. Genevieve County, Missouri
3430. Stoddard County, Missouri
3431. Texas County, Missouri
3432. Town and Country city, Missouri
3433. Troy city, Missouri
3434. Union city, Missouri
3435. Vernon County, Missouri
3436. Warrensburg city, Missouri
3437. Washington city, Missouri
3438. Washington County, Missouri
3439. Wayne County, Missouri
3440. Webb City city, Missouri
3441. Webster Groves city, Missouri
3442. West Plains city, Missouri
3443. Wright County, Missouri
3444. Billings city, Montana *

3445. Bozeman city, Montana *
3446. Butte-Silver Bow, Montana *
3447. Cascade County, Montana *
3448. Flathead County, Montana *
3449. Gallatin County, Montana *
3450. Great Falls city, Montana *
3451. Helena city, Montana *
3452. Lake County, Montana *
3453. Lewis and Clark County, Montana *
3454. Missoula city, Montana *
3455. Missoula County, Montana *
3456. Ravalli County, Montana *
3457. Yellowstone County, Montana *
3458. Big Horn County, Montana
3459. Carbon County, Montana
3460. Custer County, Montana
3461. Fergus County, Montana
3462. Glacier County, Montana
3463. Hill County, Montana
3464. Jefferson County, Montana
3465. Kalispell city, Montana
3466. Lincoln County, Montana
3467. Park County, Montana
3468. Richland County, Montana
3469. Roosevelt County, Montana
3470. Sanders County, Montana
3471. Adams County, Nebraska *
3472. Bellevue city, Nebraska *
3473. Buffalo County, Nebraska *
3474. Dodge County, Nebraska *
3475. Douglas County, Nebraska *
3476. Grand Island city, Nebraska *
3477. Hall County, Nebraska *
3478. Kearney city, Nebraska *
3479. Lancaster County, Nebraska *
3480. Lincoln city, Nebraska *
3481. Lincoln County, Nebraska *
3482. Madison County, Nebraska *
3483. Omaha city, Nebraska *
3484. Platte County, Nebraska *
3485. Sarpy County, Nebraska *
3486. Scotts Bluff County, Nebraska *
3487. Beatrice city, Nebraska
3488. Box Butte County, Nebraska
3489. Cass County, Nebraska
3490. Colfax County, Nebraska
3491. Columbus city, Nebraska
3492. Custer County, Nebraska
3493. Dakota County, Nebraska
3494. Dawson County, Nebraska
3495. Fremont city, Nebraska
3496. Gage County, Nebraska

3497. Hastings city, Nebraska
3498. Holt County, Nebraska
3499. La Vista city, Nebraska
3500. Lexington city, Nebraska
3501. Norfolk city, Nebraska
3502. North Platte city, Nebraska
3503. Otoe County, Nebraska
3504. Papillion city, Nebraska
3505. Red Willow County, Nebraska
3506. Saline County, Nebraska
3507. Saunders County, Nebraska
3508. Scottsbluff city, Nebraska
3509. Seward County, Nebraska
3510. South Sioux City city, Nebraska
3511. Washington County, Nebraska
3512. York County, Nebraska
3513. Carson City, Nevada *
3514. Clark County, Nevada *
3515. Douglas County, Nevada *
3516. Elko County, Nevada *
3517. Henderson city, Nevada *
3518. Las Vegas city, Nevada *
3519. Lyon County, Nevada *
3520. North Las Vegas city, Nevada *
3521. Nye County, Nevada *
3522. Reno city, Nevada *
3523. Sparks city, Nevada *
3524. Washoe County, Nevada *
3525. Boulder City city, Nevada
3526. Churchill County, Nevada
3527. Elko city, Nevada
3528. Fernley city, Nevada
3529. Humboldt County, Nevada
3530. Mesquite city, Nevada
3531. Belknap County, New Hampshire *
3532. Carroll County, New Hampshire *
3533. Cheshire County, New Hampshire *
3534. Concord city, New Hampshire *
3535. Coos County, New Hampshire *
3536. Derry town, New Hampshire *
3537. Dover city, New Hampshire *
3538. Grafton County, New Hampshire *
3539. Hillsborough County, New Hampshire *
3540. Manchester city, New Hampshire *

3541. Merrimack County, New Hampshire *
3542. Nashua city, New Hampshire *
3543. Rochester city, New Hampshire *
3544. Rockingham County, New Hampshire *
3545. Strafford County, New Hampshire *
3546. Sullivan County, New Hampshire *
3547. Amherst town, New Hampshire
3548. Bedford town, New Hampshire
3549. Berlin city, New Hampshire
3550. Claremont city, New Hampshire
3551. Conway town, New Hampshire
3552. Durham town, New Hampshire
3553. Exeter town, New Hampshire
3554. Goffstown town, New Hampshire
3555. Hampton town, New Hampshire
3556. Hanover town, New Hampshire
3557. Hooksett town, New Hampshire
3558. Hudson town, New Hampshire
3559. Keene city, New Hampshire
3560. Laconia city, New Hampshire
3561. Lebanon city, New Hampshire
3562. Londonderry town, New Hampshire
3563. Merrimack town, New Hampshire
3564. Milford town, New Hampshire
3565. Pelham town, New Hampshire
3566. Portsmouth city, New Hampshire
3567. Raymond town, New Hampshire
3568. Salem town, New Hampshire
3569. Somersworth city, New Hampshire
3570. Windham town, New Hampshire
3571. Atlantic City city, New Jersey *
3572. Atlantic County, New Jersey *
3573. Bayonne city, New Jersey *

3574. Belleville township, New Jersey *
3575. Bergen County, New Jersey *
3576. Berkeley township, New Jersey *
3577. Bloomfield township, New Jersey *
3578. Brick township, New Jersey *
3579. Bridgewater township, New Jersey *
3580. Burlington County, New Jersey *
3581. Camden city, New Jersey *
3582. Camden County, New Jersey *
3583. Cape May County, New Jersey *
3584. Cherry Hill township, New Jersey *
3585. City of Orange township, New Jersey *
3586. Clifton city, New Jersey *
3587. Cumberland County, New Jersey *
3588. Deptford township, New Jersey *
3589. East Brunswick township, New Jersey *
3590. East Orange city, New Jersey *
3591. Edison township, New Jersey *
3592. Egg Harbor township, New Jersey *
3593. Elizabeth city, New Jersey *
3594. Essex County, New Jersey *
3595. Evesham township, New Jersey *
3596. Ewing township, New Jersey *
3597. Fair Lawn borough, New Jersey *
3598. Fort Lee borough, New Jersey *
3599. Franklin township, New Jersey *
3600. Freehold township, New Jersey *
3601. Galloway township, New Jersey *
3602. Garfield city, New Jersey *
3603. Gloucester County, New Jersey *
3604. Gloucester township, New Jersey *
3605. Hackensack city, New Jersey *

3606. Hamilton township, New Jersey *
3607. Hillsborough township, New Jersey *
3608. Hoboken city, New Jersey *
3609. Howell township, New Jersey *
3610. Hudson County, New Jersey *
3611. Hunterdon County, New Jersey *
3612. Irvington township, New Jersey *
3613. Jackson township, New Jersey *
3614. Jersey City city, New Jersey *
3615. Kearny town, New Jersey *
3616. Lakewood township, New Jersey *
3617. Lawrence township, New Jersey *
3618. Linden city, New Jersey *
3619. Livingston township, New Jersey *
3620. Long Branch city, New Jersey *
3621. Manalapan township, New Jersey *
3622. Manchester township, New Jersey *
3623. Marlboro township, New Jersey *
3624. Mercer County, New Jersey *
3625. Middlesex County, New Jersey *
3626. Middletown township, New Jersey *
3627. Monmouth County, New Jersey *
3628. Monroe township, New Jersey *
3629. Monroe township, New Jersey *
3630. Montclair township, New Jersey *
3631. Morris County, New Jersey *
3632. Mount Laurel township, New Jersey *
3633. New Brunswick city, New Jersey *
3634. Newark city, New Jersey *
3635. North Bergen township, New Jersey *
3636. North Brunswick township, New Jersey *
3637. Ocean County, New Jersey *

3638. Old Bridge township, New Jersey *
3639. Parsippany-Troy Hills township, New Jersey *
3640. Passaic city, New Jersey *
3641. Passaic County, New Jersey *
3642. Paterson city, New Jersey *
3643. Pennsauken township, New Jersey *
3644. Perth Amboy city, New Jersey *
3645. Piscataway township, New Jersey *
3646. Plainfield city, New Jersey *
3647. Princeton, New Jersey *
3648. Salem County, New Jersey *
3649. Sayreville borough, New Jersey *
3650. Somerset County, New Jersey
3651. South Brunswick township, New Jersey *
3652. Sussex County, New Jersey *
3653. Teaneck township, New Jersey *
3654. Toms River township, New Jersey *
3655. Trenton city, New Jersey *
3656. Union City city, New Jersey *
3657. Union County, New Jersey *
3658. Union township, New Jersey *
3659. Vineland city, New Jersey *
3660. Warren County, New Jersey *
3661. Washington township, New Jersey *
3662. Wayne township, New Jersey *
3663. West New York town, New Jersey *
3664. West Orange township, New Jersey *
3665. Willingboro township, New Jersey *
3666. Winslow township, New Jersey *
3667. Woodbridge township, New Jersey *
3668. Aberdeen township, New Jersey
3669. Asbury Park city, New Jersey
3670. Barnegat township, New Jersey
3671. Beachwood borough, New Jersey

3672. Bellmawr borough, New Jersey
3673. Bergenfield borough, New Jersey
3674. Berkeley Heights township, New Jersey
3675. Bernards township, New Jersey
3676. Bordentown township, New Jersey
3677. Bound Brook borough, New Jersey
3678. Branchburg township, New Jersey
3679. Bridgeton city, New Jersey
3680. Burlington township, New Jersey
3681. Carteret borough, New Jersey
3682. Cedar Grove township, New Jersey
3683. Chatham township, New Jersey
3684. Cinnaminson township, New Jersey
3685. Clark township, New Jersey
3686. Cliffside Park borough, New Jersey
3687. Clinton township, New Jersey
3688. Collingswood borough, New Jersey
3689. Cranford township, New Jersey
3690. Delran township, New Jersey
3691. Denville township, New Jersey
3692. Dover town, New Jersey
3693. Dumont borough, New Jersey
3694. East Greenwich township, New Jersey
3695. East Hanover township, New Jersey
3696. East Windsor township, New Jersey
3697. Eatontown borough, New Jersey
3698. Edgewater borough, New Jersey
3699. Elmwood Park borough, New Jersey
3700. Englewood city, New Jersey
3701. Fairview borough, New Jersey
3702. Florence township, New Jersey
3703. Florham Park borough, New Jersey

3704. Franklin Lakes borough, New Jersey
3705. Franklin township, New Jersey
3706. Freehold borough, New Jersey
3707. Glassboro borough, New Jersey
3708. Glen Rock borough, New Jersey
3709. Gloucester City city, New Jersey
3710. Guttenberg town, New Jersey
3711. Haddon township, New Jersey
3712. Haddonfield borough, New Jersey
3713. Hamilton township, New Jersey
3714. Hammonton town, New Jersey
3715. Hanover township, New Jersey
3716. Harrison town, New Jersey
3717. Harrison township, New Jersey
3718. Hasbrouck Heights borough, New Jersey
3719. Hawthorne borough, New Jersey
3720. Hazlet township, New Jersey
3721. Highland Park borough, New Jersey
3722. Hillsdale borough, New Jersey
3723. Hillside township, New Jersey
3724. Holmdel township, New Jersey
3725. Hopatcong borough, New Jersey
3726. Hopewell township, New Jersey
3727. Jefferson township, New Jersey
3728. Lacey township, New Jersey
3729. Lincoln Park borough, New Jersey
3730. Lindenwold borough, New Jersey
3731. Little Egg Harbor township, New Jersey
3732. Little Falls township, New Jersey
3733. Little Ferry borough, New Jersey
3734. Lodi borough, New Jersey
3735. Lower township, New Jersey
3736. Lumberton township, New Jersey

3737. Lyndhurst township, New Jersey
3738. Madison borough, New Jersey
3739. Mahwah township, New Jersey
3740. Mantua township, New Jersey
3741. Manville borough, New Jersey
3742. Maple Shade township, New Jersey
3743. Maplewood township, New Jersey
3744. Medford township, New Jersey
3745. Metuchen borough, New Jersey
3746. Middle township, New Jersey
3747. Middlesex borough, New Jersey
3748. Millburn township, New Jersey
3749. Millstone township, New Jersey
3750. Millville city, New Jersey
3751. Montgomery township, New Jersey
3752. Montville township, New Jersey
3753. Moorestown township, New Jersey
3754. Morris township, New Jersey
3755. Morristown town, New Jersey
3756. Mount Olive township, New Jersey
3757. Neptune township, New Jersey
3758. New Milford borough, New Jersey
3759. New Providence borough, New Jersey
3760. North Arlington borough, New Jersey
3761. North Plainfield borough, New Jersey
3762. Nutley township, New Jersey
3763. Oakland borough, New Jersey
3764. Ocean City city, New Jersey
3765. Ocean township, New Jersey
3766. Palisades Park borough, New Jersey
3767. Paramus borough, New Jersey
3768. Pemberton township, New Jersey
3769. Pennsville township, New Jersey
3770. Pequannock township, New Jersey

I-27

FINAL AGREEMENT 3.25.22

3771. Phillipsburg town, New Jersey
3772. Pine Hill borough, New Jersey
3773. Plainsboro township, New Jersey
3774. Pleasantville city, New Jersey
3775. Point Pleasant borough, New Jersey
3776. Pompton Lakes borough, New Jersey
3777. Rahway city, New Jersey
3778. Ramsey borough, New Jersey
3779. Randolph township, New Jersey
3780. Raritan township, New Jersey
3781. Readington township, New Jersey
3782. Red Bank borough, New Jersey
3783. Ridgefield borough, New Jersey
3784. Ridgefield Park village, New Jersey
3785. Ridgewood village, New Jersey
3786. Ringwood borough, New Jersey
3787. River Edge borough, New Jersey
3788. Robbinsville township, New Jersey
3789. Rockaway township, New Jersey
3790. Roselle borough, New Jersey
3791. Roselle Park borough, New Jersey
3792. Roxbury township, New Jersey
3793. Rutherford borough, New Jersey
3794. Saddle Brook township, New Jersey
3795. Scotch Plains township, New Jersey
3796. Secaucus town, New Jersey
3797. Somers Point city, New Jersey
3798. Somerville borough, New Jersey
3799. South Orange Village township, New Jersey
3800. South Plainfield borough, New Jersey
3801. South River borough, New Jersey
3802. Southampton township, New Jersey

3803. Sparta township, New Jersey
3804. Springfield township, New Jersey
3805. Stafford township, New Jersey
3806. Summit city, New Jersey
3807. Tenafly borough, New Jersey
3808. Tinton Falls borough, New Jersey
3809. Totowa borough, New Jersey
3810. Upper township, New Jersey
3811. Vernon township, New Jersey
3812. Verona township, New Jersey
3813. Voorhees township, New Jersey
3814. Waldwick borough, New Jersey
3815. Wall township, New Jersey
3816. Wallington borough, New Jersey
3817. Wanaque borough, New Jersey
3818. Wantage township, New Jersey
3819. Warren township, New Jersey
3820. Washington township, New Jersey
3821. Waterford township, New Jersey
3822. Weehawken township, New Jersey
3823. West Caldwell township, New Jersey
3824. West Deptford township, New Jersey
3825. West Milford township, New Jersey
3826. West Windsor township, New Jersey
3827. Westfield town, New Jersey
3828. Westwood borough, New Jersey
3829. Woodland Park borough, New Jersey
3830. Woolwich township, New Jersey
3831. Wyckoff township, New Jersey
3832. Alamogordo city, New Mexico *
3833. Albuquerque city, New Mexico *
3834. Bernalillo County, New Mexico *
3835. Chaves County, New Mexico *

3836. Clovis city, New Mexico *
3837. Curry County, New Mexico *
3838. Doña Ana County, New Mexico *
3839. Eddy County, New Mexico *
3840. Farmington city, New Mexico *
3841. Hobbs city, New Mexico *
3842. Las Cruces city, New Mexico *
3843. Lea County, New Mexico *
3844. McKinley County, New Mexico *
3845. Otero County, New Mexico *
3846. Rio Arriba County, New Mexico *
3847. Rio Rancho city, New Mexico *
3848. Roswell city, New Mexico *
3849. San Juan County, New Mexico *
3850. Sandoval County, New Mexico *
3851. Santa Fe city, New Mexico *
3852. Santa Fe County, New Mexico *
3853. Taos County, New Mexico *
3854. Valencia County, New Mexico *
3855. Artesia city, New Mexico
3856. Bernalillo town, New Mexico
3857. Carlsbad city, New Mexico
3858. Cibola County, New Mexico
3859. Colfax County, New Mexico
3860. Deming city, New Mexico
3861. Española city, New Mexico
3862. Gallup city, New Mexico
3863. Grant County, New Mexico
3864. Las Vegas city, New Mexico
3865. Lincoln County, New Mexico
3866. Los Alamos County, New Mexico
3867. Los Lunas village, New Mexico
3868. Lovington city, New Mexico
3869. Luna County, New Mexico
3870. Portales city, New Mexico
3871. Roosevelt County, New Mexico
3872. San Miguel County, New Mexico
3873. Sierra County, New Mexico
3874. Socorro County, New Mexico
3875. Sunland Park city, New Mexico

I-28

3876. Torrance County, New Mexico
3877. Albany city, New York *
3878. Albany County, New York *
3879. Allegany County, New York *
3880. Amherst town, New York *
3881. Babylon town, New York *
3882. Bethlehem town, New York *
3883. Binghamton city, New York *
3884. Brighton town, New York *
3885. Brookhaven town, New York *
3886. Broome County, New York *
3887. Buffalo city, New York *
3888. Carmel town, New York *
3889. Cattaraugus County, New York *
3890. Cayuga County, New York *
3891. Chautauqua County, New York *
3892. Cheektowaga town, New York *
3893. Chemung County, New York *
3894. Chenango County, New York *
3895. Cicero town, New York *
3896. Clarence town, New York *
3897. Clarkstown town, New York *
3898. Clay town, New York *
3899. Clifton Park town, New York *
3900. Clinton County, New York *
3901. Colonie town, New York *
3902. Columbia County, New York *
3903. Cortland County, New York *
3904. Cortlandt town, New York *
3905. Delaware County, New York *
3906. Dutchess County, New York *
3907. Eastchester town, New York *
3908. Erie County, New York *
3909. Essex County, New York *
3910. Franklin County, New York *
3911. Freeport village, New York *
3912. Fulton County, New York *
3913. Genesee County, New York *
3914. Greece town, New York *
3915. Greenburgh town, New York *
3916. Greene County, New York *
3917. Guilderland town, New York *
3918. Hamburg town, New York *
3919. Haverstraw town, New York *
3920. Hempstead town, New York *
3921. Hempstead village, New York *
3922. Henrietta town, New York *
3923. Herkimer County, New York *
3924. Huntington town, New York *
3925. Irondequoit town, New York *
3926. Islip town, New York *
3927. Ithaca city, New York *
3928. Jefferson County, New York *
3929. Lancaster town, New York *
3930. Livingston County, New York *
3931. Long Beach city, New York *
3932. Madison County, New York *
3933. Manlius town, New York *
3934. Monroe County, New York *
3935. Montgomery County, New York *
3936. Mount Pleasant town, New York *
3937. Mount Vernon city, New York *
3938. Nassau County, New York *
3939. New Rochelle city, New York *
3940. New York city / Bronx County / Kings County / New York County / Queens County / Richmond County, New York *
3941. Newburgh town, New York *
3942. Niagara County, New York *
3943. Niagara Falls city, New York *
3944. North Hempstead town, New York *
3945. North Tonawanda city, New York *
3946. Oneida County, New York *
3947. Onondaga County, New York *
3948. Ontario County, New York *
3949. Orange County, New York *
3950. Orangetown town, New York *
3951. Orleans County, New York *
3952. Ossining town, New York *
3953. Oswego County, New York *
3954. Otsego County, New York *
3955. Oyster Bay town, New York *
3956. Penfield town, New York *
3957. Perinton town, New York *
3958. Poughkeepsie city, New York *
3959. Poughkeepsie town, New York *
3960. Putnam County, New York *
3961. Ramapo town, New York *
3962. Rensselaer County, New York *
3963. Riverhead town, New York *
3964. Rochester city, New York *
3965. Rockland County, New York *
3966. Rome city, New York *
3967. Rye town, New York *
3968. Salina town, New York *
3969. Saratoga County, New York *
3970. Schenectady city, New York *
3971. Schenectady County, New York *
3972. Schoharie County, New York *
3973. Seneca County, New York *
3974. Smithtown town, New York *
3975. Southampton town, New York *
3976. Spring Valley village, New York *
3977. St. Lawrence County, New York *
3978. Steuben County, New York *
3979. Suffolk County, New York *
3980. Sullivan County, New York *
3981. Syracuse city, New York *
3982. Tioga County, New York *
3983. Tompkins County, New York *
3984. Tonawanda town, New York *
3985. Troy city, New York *
3986. Ulster County, New York *
3987. Union town, New York *
3988. Utica city, New York *
3989. Valley Stream village, New York *
3990. Warren County, New York *
3991. Warwick town, New York *
3992. Washington County, New York *
3993. Wayne County, New York *
3994. Webster town, New York *
3995. West Seneca town, New York *
3996. Westchester County, New York *
3997. White Plains city, New York *
3998. Wyoming County, New York *
3999. Yonkers city, New York *
4000. Yorktown town, New York *

I-29

4001. Amsterdam city, New York
4002. Arcadia town, New York
4003. Auburn city, New York
4004. Aurora town, New York
4005. Babylon village, New York
4006. Ballston town, New York
4007. Batavia city, New York
4008. Bath town, New York
4009. Beacon city, New York
4010. Bedford town, New York
4011. Beekman town, New York
4012. Blooming Grove town, New York
4013. Brunswick town, New York
4014. Camillus town, New York
4015. Canandaigua city, New York
4016. Canandaigua town, New York
4017. Canton town, New York
4018. Catskill town, New York
4019. Chenango town, New York
4020. Chester town, New York
4021. Chili town, New York
4022. Cohoes city, New York
4023. Corning city, New York
4024. Cornwall town, New York
4025. Cortland city, New York
4026. De Witt town, New York
4027. Depew village, New York
4028. Dobbs Ferry village, New York
4029. Dryden town, New York
4030. Dunkirk city, New York
4031. East Fishkill town, New York
4032. East Greenbush town, New York
4033. East Hampton town, New York
4034. Elma town, New York
4035. Elmira city, New York
4036. Endicott village, New York
4037. Evans town, New York
4038. Fallsburg town, New York
4039. Farmington town, New York
4040. Fishkill town, New York
4041. Floral Park village, New York
4042. Fredonia village, New York
4043. Fulton city, New York
4044. Garden City village, New York
4045. Gates town, New York
4046. Geddes town, New York
4047. Geneseo town, New York
4048. Geneva city, New York
4049. German Flatts town, New York
4050. Glen Cove city, New York
4051. Glens Falls city, New York
4052. Glenville town, New York
4053. Gloversville city, New York
4054. Goshen town, New York
4055. Grand Island town, New York
4056. Great Neck village, New York
4057. Halfmoon town, New York
4058. Harrison town, New York
4059. Harrison village, New York
4060. Haverstraw village, New York
4061. Highlands town, New York
4062. Horseheads town, New York
4063. Hyde Park town, New York
4064. Ithaca town, New York
4065. Jamestown city, New York
4066. Johnson City village, New York
4067. Kenmore village, New York
4068. Kent town, New York
4069. Kingsbury town, New York
4070. Kingston city, New York
4071. Kirkland town, New York
4072. Kiryas Joel village, New York
4073. La Grange town, New York
4074. Lackawanna city, New York
4075. Lake Grove village, New York
4076. Lancaster village, New York
4077. Lansing town, New York
4078. Le Ray town, New York
4079. Lewis County, New York
4080. Lewisboro town, New York
4081. Lewiston town, New York
4082. Lindenhurst village, New York
4083. Lloyd town, New York
4084. Lockport city, New York
4085. Lockport town, New York
4086. Lynbrook village, New York
4087. Lysander town, New York
4088. Malone town, New York
4089. Malta town, New York
4090. Mamakating town, New York
4091. Mamaroneck town, New York
4092. Mamaroneck village, New York
4093. Massapequa Park village, New York
4094. Massena town, New York
4095. Massena village, New York
4096. Middletown city, New York
4097. Milton town, New York
4098. Mineola village, New York
4099. Monroe town, New York
4100. Montgomery town, New York
4101. Moreau town, New York
4102. Mount Kisco village / Mount Kisco town, New York
4103. New Castle town, New York
4104. New Hartford town, New York
4105. New Paltz town, New York
4106. New Windsor town, New York
4107. Newburgh city, New York
4108. Niskayuna town, New York
4109. North Castle town, New York
4110. North Greenbush town, New York
4111. Ogden town, New York
4112. Ogdensburg city, New York
4113. Olean city, New York
4114. Oneida city, New York
4115. Oneonta city, New York
4116. Onondaga town, New York
4117. Ontario town, New York
4118. Orchard Park town, New York
4119. Ossining village, New York
4120. Oswego city, New York
4121. Owego town, New York
4122. Palm Tree town, New York
4123. Parma town, New York
4124. Patchogue village, New York
4125. Patterson town, New York
4126. Peekskill city, New York
4127. Pelham town, New York
4128. Pittsford town, New York
4129. Plattekill town, New York
4130. Plattsburgh city, New York
4131. Plattsburgh town, New York
4132. Pomfret town, New York
4133. Port Chester village, New York
4134. Potsdam town, New York
4135. Putnam Valley town, New York
4136. Queensbury town, New York
4137. Red Hook town, New York
4138. Rockville Centre village, New York
4139. Rotterdam town, New York
4140. Rye city, New York
4141. Saratoga Springs city, New York
4142. Saugerties town, New York
4143. Scarsdale village / Scarsdale town, New York
4144. Schodack town, New York
4145. Schuyler County, New York
4146. Shawangunk town, New York

I-30

4147. Sleepy Hollow village, New York
4148. Somers town, New York
4149. Southeast town, New York
4150. Southold town, New York
4151. Stony Point town, New York
4152. Suffern village, New York
4153. Sullivan town, New York
4154. Sweden town, New York
4155. Tarrytown village, New York
4156. Thompson town, New York
4157. Tonawanda city, New York
4158. Ulster town, New York
4159. Van Buren town, New York
4160. Vestal town, New York
4161. Victor town, New York
4162. Wallkill town, New York
4163. Wappinger town, New York
4164. Watertown city, New York
4165. Wawarsing town, New York
4166. West Haverstraw village, New York
4167. Westbury village, New York
4168. Wheatfield town, New York
4169. Whitestown town, New York
4170. Wilton town, New York
4171. Woodbury town, New York
4172. Woodbury village, New York
4173. Yates County, New York
4174. Alamance County, North Carolina *
4175. Alexander County, North Carolina *
4176. Apex town, North Carolina *
4177. Asheville city, North Carolina *
4178. Beaufort County, North Carolina *
4179. Bladen County, North Carolina *
4180. Brunswick County, North Carolina *
4181. Buncombe County, North Carolina *
4182. Burke County, North Carolina *
4183. Burlington city, North Carolina *
4184. Cabarrus County, North Carolina *
4185. Caldwell County, North Carolina *
4186. Carteret County, North Carolina *
4187. Cary town, North Carolina *

4188. Catawba County, North Carolina *
4189. Chapel Hill town, North Carolina *
4190. Charlotte city, North Carolina *
4191. Chatham County, North Carolina *
4192. Cleveland County, North Carolina *
4193. Columbus County, North Carolina *
4194. Concord city, North Carolina *
4195. Cornelius town, North Carolina *
4196. Craven County, North Carolina *
4197. Cumberland County, North Carolina *
4198. Dare County, North Carolina *
4199. Davidson County, North Carolina *
4200. Davie County, North Carolina *
4201. Duplin County, North Carolina *
4202. Durham city, North Carolina *
4203. Durham County, North Carolina *
4204. Edgecombe County, North Carolina *
4205. Fayetteville city, North Carolina *
4206. Forsyth County, North Carolina *
4207. Franklin County, North Carolina *
4208. Fuquay-Varina town, North Carolina *
4209. Garner town, North Carolina *
4210. Gaston County, North Carolina *
4211. Gastonia city, North Carolina *
4212. Goldsboro city, North Carolina *
4213. Granville County, North Carolina *
4214. Greensboro city, North Carolina *
4215. Greenville city, North Carolina *
4216. Guilford County, North Carolina *

4217. Halifax County, North Carolina *
4218. Harnett County, North Carolina *
4219. Haywood County, North Carolina *
4220. Henderson County, North Carolina *
4221. Hickory city, North Carolina *
4222. High Point city, North Carolina *
4223. Hoke County, North Carolina *
4224. Holly Springs town, North Carolina *
4225. Huntersville town, North Carolina *
4226. Indian Trail town, North Carolina *
4227. Iredell County, North Carolina *
4228. Jackson County, North Carolina *
4229. Jacksonville city, North Carolina *
4230. Johnston County, North Carolina *
4231. Kannapolis city, North Carolina *
4232. Lee County, North Carolina *
4233. Lenoir County, North Carolina *
4234. Lincoln County, North Carolina *
4235. Macon County, North Carolina *
4236. Matthews town, North Carolina *
4237. McDowell County, North Carolina *
4238. Mecklenburg County, North Carolina *
4239. Monroe city, North Carolina *
4240. Moore County, North Carolina *
4241. Mooresville town, North Carolina *
4242. Nash County, North Carolina *
4243. New Hanover County, North Carolina *
4244. Onslow County, North Carolina *
4245. Orange County, North Carolina *

FINAL AGREEMENT 3.25.22

4246. Pasquotank County, North Carolina *
4247. Pender County, North Carolina *
4248. Person County, North Carolina *
4249. Pitt County, North Carolina *
4250. Raleigh city, North Carolina *
4251. Randolph County, North Carolina *
4252. Richmond County, North Carolina *
4253. Robeson County, North Carolina *
4254. Rockingham County, North Carolina *
4255. Rocky Mount city, North Carolina *
4256. Rowan County, North Carolina *
4257. Rutherford County, North Carolina *
4258. Salisbury city, North Carolina *
4259. Sampson County, North Carolina *
4260. Sanford city, North Carolina *
4261. Scotland County, North Carolina *
4262. Stanly County, North Carolina *
4263. Stokes County, North Carolina *
4264. Surry County, North Carolina *
4265. Transylvania County, North Carolina *
4266. Union County, North Carolina *
4267. Vance County, North Carolina *
4268. Wake County, North Carolina *
4269. Wake Forest town, North Carolina *
4270. Watauga County, North Carolina *
4271. Wayne County, North Carolina *
4272. Wilkes County, North Carolina *
4273. Wilmington city, North Carolina *
4274. Wilson city, North Carolina *

4275. Wilson County, North Carolina *
4276. Winston-Salem city, North Carolina *
4277. Yadkin County, North Carolina *
4278. Albemarle city, North Carolina
4279. Alleghany County, North Carolina
4280. Anson County, North Carolina
4281. Archdale city, North Carolina
4282. Ashe County, North Carolina
4283. Asheboro city, North Carolina
4284. Avery County, North Carolina
4285. Belmont city, North Carolina
4286. Bertie County, North Carolina
4287. Boone town, North Carolina
4288. Camden County, North Carolina
4289. Carrboro town, North Carolina
4290. Caswell County, North Carolina
4291. Cherokee County, North Carolina
4292. Chowan County, North Carolina
4293. Clay County, North Carolina
4294. Clayton town, North Carolina
4295. Clemmons village, North Carolina
4296. Currituck County, North Carolina
4297. Davidson town, North Carolina
4298. Eden city, North Carolina
4299. Elizabeth City city, North Carolina
4300. Elon town, North Carolina
4301. Gates County, North Carolina
4302. Graham city, North Carolina
4303. Greene County, North Carolina
4304. Harrisburg town, North Carolina
4305. Havelock city, North Carolina
4306. Henderson city, North Carolina
4307. Hendersonville city, North Carolina
4308. Hertford County, North Carolina
4309. Hope Mills town, North Carolina

4310. Kernersville town, North Carolina
4311. Kings Mountain city, North Carolina
4312. Kinston city, North Carolina
4313. Knightdale town, North Carolina
4314. Laurinburg city, North Carolina
4315. Leland town, North Carolina
4316. Lenoir city, North Carolina
4317. Lewisville town, North Carolina
4318. Lexington city, North Carolina
4319. Lincolnton city, North Carolina
4320. Lumberton city, North Carolina
4321. Madison County, North Carolina
4322. Martin County, North Carolina
4323. Mebane city, North Carolina
4324. Mint Hill town, North Carolina
4325. Mitchell County, North Carolina
4326. Montgomery County, North Carolina
4327. Morganton city, North Carolina
4328. Morrisville town, North Carolina
4329. Mount Airy city, North Carolina
4330. Mount Holly city, North Carolina
4331. New Bern city, North Carolina
4332. Newton city, North Carolina
4333. Northampton County, North Carolina
4334. Pamlico County, North Carolina
4335. Perquimans County, North Carolina
4336. Pinehurst village, North Carolina
4337. Polk County, North Carolina
4338. Reidsville city, North Carolina
4339. Roanoke Rapids city, North Carolina
4340. Shelby city, North Carolina
4341. Smithfield town, North Carolina
4342. Southern Pines town, North Carolina

I-32

4343. Spring Lake town, North Carolina
4344. Stallings town, North Carolina
4345. Statesville city, North Carolina
4346. Summerfield town, North Carolina
4347. Swain County, North Carolina
4348. Tarboro town, North Carolina
4349. Thomasville city, North Carolina
4350. Warren County, North Carolina
4351. Washington County, North Carolina
4352. Waxhaw town, North Carolina
4353. Waynesville town, North Carolina
4354. Weddington town, North Carolina
4355. Yancey County, North Carolina
4356. Bismarck city, North Dakota *
4357. Burleigh County, North Dakota *
4358. Cass County, North Dakota *
4359. Fargo city, North Dakota *
4360. Grand Forks city, North Dakota *
4361. Grand Forks County, North Dakota *
4362. Minot city, North Dakota *
4363. Morton County, North Dakota *
4364. Stark County, North Dakota *
4365. Ward County, North Dakota *
4366. West Fargo city, North Dakota *
4367. Williams County, North Dakota *
4368. Barnes County, North Dakota
4369. Dickinson city, North Dakota
4370. Jamestown city, North Dakota
4371. Mandan city, North Dakota
4372. McKenzie County, North Dakota
4373. Mountrail County, North Dakota
4374. Ramsey County, North Dakota
4375. Richland County, North Dakota
4376. Rolette County, North Dakota
4377. Stutsman County, North Dakota
4378. Walsh County, North Dakota
4379. Williston city, North Dakota

4380. Akron city, Ohio *
4381. Allen County, Ohio *
4382. Anderson township, Ohio *
4383. Ashland County, Ohio *
4384. Ashtabula County, Ohio *
4385. Athens County, Ohio *
4386. Athens township, Ohio *
4387. Auglaize County, Ohio *
4388. Austintown township, Ohio *
4389. Bath township, Ohio *
4390. Beavercreek city, Ohio *
4391. Beavercreek township, Ohio *
4392. Belmont County, Ohio *
4393. Boardman township, Ohio *
4394. Bowling Green city, Ohio *
4395. Brown County, Ohio *
4396. Brunswick city, Ohio *
4397. Butler County, Ohio *
4398. Canton city, Ohio *
4399. Champaign County, Ohio *
4400. Cincinnati city, Ohio *
4401. Clark County, Ohio *
4402. Clear Creek township, Ohio *
4403. Clermont County, Ohio *
4404. Cleveland city, Ohio *
4405. Cleveland Heights city, Ohio *
4406. Clinton County, Ohio *
4407. Colerain township, Ohio *
4408. Columbiana County, Ohio *
4409. Columbus city, Ohio *
4410. Concord township, Ohio *
4411. Coshocton County, Ohio *
4412. Crawford County, Ohio *
4413. Cuyahoga County, Ohio *
4414. Cuyahoga Falls city, Ohio *
4415. Darke County, Ohio *
4416. Dayton city, Ohio *
4417. Deerfield township, Ohio *
4418. Defiance County, Ohio *
4419. Delaware city, Ohio *
4420. Delaware County, Ohio *
4421. Dublin city, Ohio *
4422. Elyria city, Ohio *
4423. Erie County, Ohio *
4424. Euclid city, Ohio *
4425. Fairborn city, Ohio *
4426. Fairfield city, Ohio *
4427. Fairfield County, Ohio *
4428. Findlay city, Ohio *
4429. Franklin County, Ohio *
4430. Franklin township, Ohio *
4431. Fulton County, Ohio *
4432. Gahanna city, Ohio *
4433. Geauga County, Ohio *
4434. Green township, Ohio *

4435. Greene County, Ohio *
4436. Grove City city, Ohio *
4437. Guernsey County, Ohio *
4438. Hamilton city, Ohio *
4439. Hamilton County, Ohio *
4440. Hancock County, Ohio *
4441. Hardin County, Ohio *
4442. Highland County, Ohio *
4443. Hilliard city, Ohio *
4444. Holmes County, Ohio *
4445. Huber Heights city, Ohio *
4446. Huron County, Ohio *
4447. Jackson County, Ohio *
4448. Jackson township, Ohio *
4449. Jackson township, Ohio *
4450. Jefferson County, Ohio *
4451. Kettering city, Ohio *
4452. Knox County, Ohio *
4453. Lake County, Ohio *
4454. Lakewood city, Ohio *
4455. Lancaster city, Ohio *
4456. Lawrence County, Ohio *
4457. Liberty township, Ohio *
4458. Liberty township, Ohio *
4459. Licking County, Ohio *
4460. Lima city, Ohio *
4461. Logan County, Ohio *
4462. Lorain city, Ohio *
4463. Lorain County, Ohio *
4464. Lucas County, Ohio *
4465. Madison County, Ohio *
4466. Mahoning County, Ohio *
4467. Mansfield city, Ohio *
4468. Marion city, Ohio *
4469. Marion County, Ohio *
4470. Marion township, Ohio *
4471. Mason city, Ohio *
4472. Massillon city, Ohio *
4473. Medina County, Ohio *
4474. Mentor city, Ohio *
4475. Mercer County, Ohio *
4476. Miami County, Ohio *
4477. Miami township, Ohio *
4478. Miami township, Ohio *
4479. Middletown city, Ohio *
4480. Mifflin township, Ohio *
4481. Montgomery County, Ohio *
4482. Morrow County, Ohio *
4483. Muskingum County, Ohio *
4484. Newark city, Ohio *
4485. North Olmsted city, Ohio *
4486. North Ridgeville city, Ohio *
4487. North Royalton city, Ohio *
4488. Norwich township, Ohio *
4489. Orange township, Ohio *

FINAL AGREEMENT 3.25.22

4490. Ottawa County, Ohio *
4491. Parma city, Ohio *
4492. Perry County, Ohio *
4493. Pickaway County, Ohio *
4494. Plain township, Ohio *
4495. Portage County, Ohio *
4496. Preble County, Ohio *
4497. Putnam County, Ohio *
4498. Reynoldsburg city, Ohio *
4499. Richland County, Ohio *
4500. Ross County, Ohio *
4501. Sandusky County, Ohio *
4502. Scioto County, Ohio *
4503. Seneca County, Ohio *
4504. Shelby County, Ohio *
4505. Springfield city, Ohio *
4506. Springfield township, Ohio *
4507. Stark County, Ohio *
4508. Stow city, Ohio *
4509. Strongsville city, Ohio *
4510. Summit County, Ohio *
4511. Sylvania township, Ohio *
4512. Toledo city, Ohio *
4513. Trumbull County, Ohio *
4514. Tuscarawas County, Ohio *
4515. Union County, Ohio *
4516. Union township, Ohio *
4517. Upper Arlington city, Ohio *
4518. Violet township, Ohio *
4519. Warren city, Ohio *
4520. Warren County, Ohio *
4521. Washington County, Ohio *
4522. Washington township, Ohio *
4523. Washington township, Ohio *
4524. Wayne County, Ohio *
4525. West Chester township, Ohio *
4526. Westerville city, Ohio *
4527. Westlake city, Ohio *
4528. Williams County, Ohio *
4529. Wood County, Ohio *
4530. Youngstown city, Ohio *
4531. Adams County, Ohio
4532. Alliance city, Ohio
4533. American township, Ohio
4534. Amherst city, Ohio
4535. Ashland city, Ohio
4536. Ashtabula city, Ohio
4537. Ashtabula township, Ohio
4538. Athens city, Ohio
4539. Aurora city, Ohio
4540. Avon city, Ohio
4541. Avon Lake city, Ohio
4542. Bainbridge township, Ohio
4543. Barberton city, Ohio

4544. Batavia township, Ohio
4545. Bay Village city, Ohio
4546. Beachwood city, Ohio
4547. Bedford city, Ohio
4548. Bedford Heights city, Ohio
4549. Bellefontaine city, Ohio
4550. Berea city, Ohio
4551. Bethel township, Ohio
4552. Bexley city, Ohio
4553. Blue Ash city, Ohio
4554. Brecksville city, Ohio
4555. Brimfield township, Ohio
4556. Broadview Heights city, Ohio
4557. Brook Park city, Ohio
4558. Brooklyn city, Ohio
4559. Brunswick Hills township, Ohio
4560. Bucyrus city, Ohio
4561. Cambridge city, Ohio
4562. Cambridge township, Ohio
4563. Canfield township, Ohio
4564. Canton township, Ohio
4565. Carroll County, Ohio
4566. Celina city, Ohio
4567. Centerville city, Ohio
4568. Chester township, Ohio
4569. Chillicothe city, Ohio
4570. Chippewa township, Ohio
4571. Circleville city, Ohio
4572. Clayton city, Ohio
4573. Clinton township, Ohio
4574. Concord township, Ohio
4575. Concord township, Ohio
4576. Conneaut city, Ohio
4577. Copley township, Ohio
4578. Coshocton city, Ohio
4579. Coventry township, Ohio
4580. Defiance city, Ohio
4581. Defiance township, Ohio
4582. Delhi township, Ohio
4583. Dover city, Ohio
4584. Duchouquet township, Ohio
4585. East Cleveland city, Ohio
4586. East Liverpool city, Ohio
4587. Eastlake city, Ohio
4588. Englewood city, Ohio
4589. Etna township, Ohio
4590. Fairfield township, Ohio
4591. Fairview Park city, Ohio
4592. Falls township, Ohio
4593. Fayette County, Ohio
4594. Forest Park city, Ohio
4595. Fostoria city, Ohio
4596. Franklin city, Ohio
4597. Franklin township, Ohio

4598. Fremont city, Ohio
4599. Gallia County, Ohio
4600. Garfield Heights city, Ohio
4601. Geneva township, Ohio
4602. Genoa township, Ohio
4603. Goshen township, Ohio
4604. Granville township, Ohio
4605. Green city, Ohio
4606. Green township, Ohio
4607. Greenville city, Ohio
4608. Greenville township, Ohio
4609. Hamilton township, Ohio
4610. Harrison city, Ohio
4611. Harrison County, Ohio
4612. Harrison township, Ohio
4613. Harrison township, Ohio
4614. Heath city, Ohio
4615. Henry County, Ohio
4616. Hocking County, Ohio
4617. Howland township, Ohio
4618. Hubbard township, Ohio
4619. Hudson city, Ohio
4620. Huron township, Ohio
4621. Ironton city, Ohio
4622. Jefferson township, Ohio
4623. Jefferson township, Ohio
4624. Kent city, Ohio
4625. Lake township, Ohio
4626. Lake township, Ohio
4627. Lake township, Ohio
4628. Lawrence township, Ohio
4629. Lebanon city, Ohio
4630. Lemon township, Ohio
4631. Liberty township, Ohio
4632. Liberty township, Ohio
4633. London city, Ohio
4634. Loveland city, Ohio
4635. Lyndhurst city, Ohio
4636. Macedonia city, Ohio
4637. Mad River township, Ohio
4638. Madison township, Ohio
4639. Madison township, Ohio
4640. Madison township, Ohio
4641. Maple Heights city, Ohio
4642. Marietta city, Ohio
4643. Marysville city, Ohio
4644. Maumee city, Ohio
4645. Mayfield Heights city, Ohio
4646. Medina city, Ohio
4647. Meigs County, Ohio
4648. Miami township, Ohio
4649. Miamisburg city, Ohio
4650. Middleburg Heights city, Ohio
4651. Monclova township, Ohio
4652. Monroe city, Ohio

4653. Monroe County, Ohio
4654. Monroe township, Ohio
4655. Montgomery city, Ohio
4656. Montville township, Ohio
4657. Moorefield township, Ohio
4658. Morgan County, Ohio
4659. Mount Vernon city, Ohio
4660. New Albany city, Ohio
4661. New Franklin city, Ohio
4662. New Philadelphia city, Ohio
4663. Niles city, Ohio
4664. Noble County, Ohio
4665. North Canton city, Ohio
4666. Norton city, Ohio
4667. Norwalk city, Ohio
4668. Norwood city, Ohio
4669. Olmsted township, Ohio
4670. Oregon city, Ohio
4671. Oxford city, Ohio
4672. Oxford township, Ohio
4673. Painesville city, Ohio
4674. Painesville township, Ohio
4675. Paris township, Ohio
4676. Parma Heights city, Ohio
4677. Pataskala city, Ohio
4678. Paulding County, Ohio
4679. Pease township, Ohio
4680. Perkins township, Ohio
4681. Perry township, Ohio
4682. Perry township, Ohio
4683. Perrysburg city, Ohio
4684. Perrysburg township, Ohio
4685. Pickerington city, Ohio
4686. Pierce township, Ohio
4687. Pike County, Ohio
4688. Piqua city, Ohio
4689. Plain township, Ohio
4690. Pleasant township, Ohio
4691. Poland township, Ohio
4692. Portsmouth city, Ohio
4693. Powell city, Ohio
4694. Prairie township, Ohio
4695. Ravenna city, Ohio
4696. Reading city, Ohio
4697. Richland township, Ohio
4698. Richmond Heights city, Ohio
4699. Riverside city, Ohio
4700. Rocky River city, Ohio
4701. Sagamore Hills township, Ohio
4702. Salem city, Ohio
4703. Sandusky city, Ohio
4704. Scioto township, Ohio
4705. Scioto township, Ohio
4706. Seven Hills city, Ohio

4707. Shaker Heights city, Ohio
4708. Sharon township, Ohio
4709. Sharonville city, Ohio
4710. Shawnee township, Ohio
4711. Sidney city, Ohio
4712. Solon city, Ohio
4713. South Euclid city, Ohio
4714. Springboro city, Ohio
4715. Springdale city, Ohio
4716. Springfield township, Ohio
4717. Springfield township, Ohio
4718. Springfield township, Ohio
4719. Springfield township, Ohio
4720. St. Marys township, Ohio
4721. Steubenville city, Ohio
4722. Streetsboro city, Ohio
4723. Struthers city, Ohio
4724. Sycamore township, Ohio
4725. Sylvania city, Ohio
4726. Symmes township, Ohio
4727. Tallmadge city, Ohio
4728. Tiffin city, Ohio
4729. Tipp City city, Ohio
4730. Trenton city, Ohio
4731. Trotwood city, Ohio
4732. Troy city, Ohio
4733. Truro township, Ohio
4734. Turtlecreek township, Ohio
4735. Twinsburg city, Ohio
4736. Union township, Ohio
4737. Union township, Ohio
4738. University Heights city, Ohio
4739. Upper township, Ohio
4740. Urbana city, Ohio
4741. Urbana township, Ohio
4742. Van Wert city, Ohio
4743. Van Wert County, Ohio
4744. Vandalia city, Ohio
4745. Vermilion city, Ohio
4746. Vinton County, Ohio
4747. Wadsworth city, Ohio
4748. Warrensville Heights city, Ohio
4749. Washington Court House city, Ohio
4750. Weathersfield township, Ohio
4751. West Carrollton city, Ohio
4752. Whitehall city, Ohio
4753. Wickliffe city, Ohio
4754. Willoughby city, Ohio
4755. Willowick city, Ohio
4756. Wilmington city, Ohio
4757. Wooster city, Ohio
4758. Worthington city, Ohio
4759. Wyandot County, Ohio

4760. Xenia city, Ohio
4761. Zanesville city, Ohio
4762. Albany city, Oregon *
4763. Beaverton city, Oregon *
4764. Bend city, Oregon *
4765. Benton County, Oregon *
4766. Clackamas County, Oregon *
4767. Clatsop County, Oregon *
4768. Columbia County, Oregon *
4769. Coos County, Oregon *
4770. Corvallis city, Oregon *
4771. Deschutes County, Oregon *
4772. Douglas County, Oregon *
4773. Eugene city, Oregon *
4774. Grants Pass city, Oregon *
4775. Gresham city, Oregon *
4776. Hillsboro city, Oregon *
4777. Jackson County, Oregon *
4778. Josephine County, Oregon *
4779. Keizer city, Oregon *
4780. Klamath County, Oregon *
4781. Lake Oswego city, Oregon *
4782. Lane County, Oregon *
4783. Lincoln County, Oregon *
4784. Linn County, Oregon *
4785. Malheur County, Oregon *
4786. Marion County, Oregon *
4787. McMinnville city, Oregon *
4788. Medford city, Oregon *
4789. Multnomah County, Oregon *
4790. Oregon City city, Oregon *
4791. Polk County, Oregon *
4792. Portland city, Oregon *
4793. Redmond city, Oregon *
4794. Salem city, Oregon *
4795. Springfield city, Oregon *
4796. Tigard city, Oregon *
4797. Umatilla County, Oregon *
4798. Washington County, Oregon *
4799. Yamhill County, Oregon *
4800. Ashland city, Oregon
4801. Astoria city, Oregon
4802. Baker County, Oregon
4803. Canby city, Oregon
4804. Central Point city, Oregon
4805. Coos Bay city, Oregon
4806. Cornelius city, Oregon
4807. Cottage Grove city, Oregon
4808. Crook County, Oregon
4809. Curry County, Oregon
4810. Dallas city, Oregon
4811. Forest Grove city, Oregon
4812. Gladstone city, Oregon
4813. Happy Valley city, Oregon
4814. Hermiston city, Oregon

4815. Hood River County, Oregon
4816. Independence city, Oregon
4817. Jefferson County, Oregon
4818. Klamath Falls city, Oregon
4819. La Grande city, Oregon
4820. Lebanon city, Oregon
4821. Milwaukie city, Oregon
4822. Monmouth city, Oregon
4823. Morrow County, Oregon
4824. Newberg city, Oregon
4825. Newport city, Oregon
4826. Ontario city, Oregon
4827. Pendleton city, Oregon
4828. Prineville city, Oregon
4829. Roseburg city, Oregon
4830. Sandy city, Oregon
4831. Sherwood city, Oregon
4832. Silverton city, Oregon
4833. St. Helens city, Oregon
4834. The Dalles city, Oregon
4835. Tillamook County, Oregon
4836. Troutdale city, Oregon
4837. Tualatin city, Oregon
4838. Union County, Oregon
4839. Wasco County, Oregon
4840. West Linn city, Oregon
4841. Wilsonville city, Oregon
4842. Woodburn city, Oregon
4843. Abington township, Pennsylvania *
4844. Adams County, Pennsylvania *
4845. Allegheny County, Pennsylvania *
4846. Allentown city, Pennsylvania *
4847. Altoona city, Pennsylvania *
4848. Armstrong County, Pennsylvania *
4849. Beaver County, Pennsylvania *
4850. Bedford County, Pennsylvania *
4851. Bensalem township, Pennsylvania *
4852. Berks County, Pennsylvania *
4853. Bethel Park municipality, Pennsylvania *
4854. Bethlehem city, Pennsylvania *
4855. Blair County, Pennsylvania *
4856. Bradford County, Pennsylvania *
4857. Bristol township, Pennsylvania *

4858. Bucks County, Pennsylvania *
4859. Butler County, Pennsylvania *
4860. Cambria County, Pennsylvania *
4861. Carbon County, Pennsylvania *
4862. Centre County, Pennsylvania *
4863. Cheltenham township, Pennsylvania *
4864. Chester city, Pennsylvania *
4865. Chester County, Pennsylvania *
4866. Clarion County, Pennsylvania *
4867. Clearfield County, Pennsylvania *
4868. Clinton County, Pennsylvania *
4869. Columbia County, Pennsylvania *
4870. Cranberry township, Pennsylvania *
4871. Crawford County, Pennsylvania *
4872. Cumberland County, Pennsylvania *
4873. Dauphin County, Pennsylvania *
4874. Delaware County, Pennsylvania *
4875. Erie city, Pennsylvania *
4876. Erie County, Pennsylvania *
4877. Falls township, Pennsylvania *
4878. Fayette County, Pennsylvania *
4879. Franklin County, Pennsylvania *
4880. Greene County, Pennsylvania *
4881. Hampden township, Pennsylvania *
4882. Harrisburg city, Pennsylvania *
4883. Haverford township, Pennsylvania *
4884. Hempfield township, Pennsylvania *
4885. Huntingdon County, Pennsylvania *
4886. Indiana County, Pennsylvania *
4887. Jefferson County, Pennsylvania *
4888. Lackawanna County, Pennsylvania *

4889. Lancaster city, Pennsylvania *
4890. Lancaster County, Pennsylvania *
4891. Lawrence County, Pennsylvania *
4892. Lebanon County, Pennsylvania *
4893. Lehigh County, Pennsylvania *
4894. Lower Macungie township, Pennsylvania *
4895. Lower Makefield township, Pennsylvania *
4896. Lower Merion township, Pennsylvania *
4897. Lower Paxton township, Pennsylvania *
4898. Luzerne County, Pennsylvania *
4899. Lycoming County, Pennsylvania *
4900. Manheim township, Pennsylvania *
4901. McKean County, Pennsylvania *
4902. Mercer County, Pennsylvania *
4903. Middletown township, Pennsylvania *
4904. Mifflin County, Pennsylvania *
4905. Millcreek township, Pennsylvania *
4906. Monroe County, Pennsylvania *
4907. Montgomery County, Pennsylvania *
4908. Mount Lebanon township, Pennsylvania *
4909. Norristown borough, Pennsylvania *
4910. North Huntingdon township, Pennsylvania *
4911. Northampton County, Pennsylvania *
4912. Northampton township, Pennsylvania *
4913. Northumberland County, Pennsylvania *
4914. Penn Hills township, Pennsylvania *
4915. Perry County, Pennsylvania *
4916. Philadelphia city / Philadelphia County, Pennsylvania *

FINAL AGREEMENT 3.25.22

4917. Pike County, Pennsylvania *
4918. Pittsburgh city, Pennsylvania *
4919. Radnor township, Pennsylvania *
4920. Reading city, Pennsylvania *
4921. Ridley township, Pennsylvania *
4922. Ross township, Pennsylvania *
4923. Schuylkill County, Pennsylvania *
4924. Scranton city, Pennsylvania *
4925. Snyder County, Pennsylvania *
4926. Somerset County, Pennsylvania *
4927. State College borough, Pennsylvania *
4928. Susquehanna County, Pennsylvania *
4929. Tioga County, Pennsylvania *
4930. Union County, Pennsylvania *
4931. Upper Darby township, Pennsylvania *
4932. Upper Merion township, Pennsylvania *
4933. Venango County, Pennsylvania *
4934. Warminster township, Pennsylvania *
4935. Warren County, Pennsylvania *
4936. Washington County, Pennsylvania *
4937. Wayne County, Pennsylvania *
4938. Westmoreland County, Pennsylvania *
4939. Wilkes-Barre city, Pennsylvania *
4940. York city, Pennsylvania *
4941. York County, Pennsylvania *
4942. Adams township, Pennsylvania
4943. Amity township, Pennsylvania
4944. Antrim township, Pennsylvania
4945. Aston township, Pennsylvania
4946. Baldwin borough, Pennsylvania
4947. Bethlehem township, Pennsylvania
4948. Bloomsburg town, Pennsylvania
4949. Buckingham township, Pennsylvania

4950. Butler city, Pennsylvania
4951. Butler township, Pennsylvania
4952. Caln township, Pennsylvania
4953. Carlisle borough, Pennsylvania
4954. Cecil township, Pennsylvania
4955. Center township, Pennsylvania
4956. Chambersburg borough, Pennsylvania
4957. Chestnuthill township, Pennsylvania
4958. Coal township, Pennsylvania
4959. Coatesville city, Pennsylvania
4960. College township, Pennsylvania
4961. Columbia borough, Pennsylvania
4962. Concord township, Pennsylvania
4963. Coolbaugh township, Pennsylvania
4964. Cumru township, Pennsylvania
4965. Darby borough, Pennsylvania
4966. Derry township, Pennsylvania
4967. Derry township, Pennsylvania
4968. Dingman township, Pennsylvania
4969. Douglass township, Pennsylvania
4970. Dover township, Pennsylvania
4971. Doylestown township, Pennsylvania
4972. Dunmore borough, Pennsylvania
4973. East Cocalico township, Pennsylvania
4974. East Goshen township, Pennsylvania
4975. East Hempfield township, Pennsylvania
4976. East Lampeter township, Pennsylvania
4977. East Norriton township, Pennsylvania
4978. East Pennsboro township, Pennsylvania
4979. East Stroudsburg borough, Pennsylvania
4980. East Whiteland township, Pennsylvania
4981. Easton city, Pennsylvania
4982. Easttown township, Pennsylvania

4983. Elizabeth township, Pennsylvania
4984. Elizabethtown borough, Pennsylvania
4985. Elk County, Pennsylvania
4986. Emmaus borough, Pennsylvania
4987. Ephrata borough, Pennsylvania
4988. Ephrata township, Pennsylvania
4989. Exeter township, Pennsylvania
4990. Fairview township, Pennsylvania
4991. Fairview township, Pennsylvania
4992. Ferguson township, Pennsylvania
4993. Forks township, Pennsylvania
4994. Franconia township, Pennsylvania
4995. Franklin Park borough, Pennsylvania
4996. Fulton County, Pennsylvania
4997. Greene township, Pennsylvania
4998. Greensburg city, Pennsylvania
4999. Guilford township, Pennsylvania
5000. Hamilton township, Pennsylvania
5001. Hampton township, Pennsylvania
5002. Hanover borough, Pennsylvania
5003. Hanover township, Pennsylvania
5004. Hanover township, Pennsylvania
5005. Harborcreek township, Pennsylvania
5006. Harrison township, Pennsylvania
5007. Hatfield township, Pennsylvania
5008. Hazleton city, Pennsylvania
5009. Hermitage city, Pennsylvania
5010. Hilltown township, Pennsylvania
5011. Hopewell township, Pennsylvania
5012. Horsham township, Pennsylvania
5013. Indiana borough, Pennsylvania

FINAL AGREEMENT 3.25.22

5014. Jefferson Hills borough, Pennsylvania
5015. Johnstown city, Pennsylvania
5016. Juniata County, Pennsylvania
5017. Kingston borough, Pennsylvania
5018. Lancaster township, Pennsylvania
5019. Lansdale borough, Pennsylvania
5020. Lansdowne borough, Pennsylvania
5021. Lebanon city, Pennsylvania
5022. Lehigh township, Pennsylvania
5023. Lehman township, Pennsylvania
5024. Limerick township, Pennsylvania
5025. Logan township, Pennsylvania
5026. Lower Allen township, Pennsylvania
5027. Lower Burrell city, Pennsylvania
5028. Lower Gwynedd township, Pennsylvania
5029. Lower Moreland township, Pennsylvania
5030. Lower Pottsgrove township, Pennsylvania
5031. Lower Providence township, Pennsylvania
5032. Lower Salford township, Pennsylvania
5033. Lower Saucon township, Pennsylvania
5034. Lower Southampton township, Pennsylvania
5035. Loyalsock township, Pennsylvania
5036. Manchester township, Pennsylvania
5037. Manor township, Pennsylvania
5038. Marple township, Pennsylvania
5039. McCandless township, Pennsylvania
5040. McKeesport city, Pennsylvania
5041. Meadville city, Pennsylvania
5042. Middle Smithfield township, Pennsylvania
5043. Middletown township, Pennsylvania

5044. Milford township, Pennsylvania
5045. Monroeville municipality, Pennsylvania
5046. Montgomery township, Pennsylvania
5047. Montour County, Pennsylvania
5048. Moon township, Pennsylvania
5049. Mount Joy township, Pennsylvania
5050. Mount Pleasant township, Pennsylvania
5051. Muhlenberg township, Pennsylvania
5052. Munhall borough, Pennsylvania
5053. Murrysville municipality, Pennsylvania
5054. Nanticoke city, Pennsylvania
5055. Nether Providence township, Pennsylvania
5056. New Britain township, Pennsylvania
5057. New Castle city, Pennsylvania
5058. New Garden township, Pennsylvania
5059. New Hanover township, Pennsylvania
5060. New Kensington city, Pennsylvania
5061. Newberry township, Pennsylvania
5062. Newtown township, Pennsylvania
5063. Newtown township, Pennsylvania
5064. North Fayette township, Pennsylvania
5065. North Lebanon township, Pennsylvania
5066. North Middleton township, Pennsylvania
5067. North Strabane township, Pennsylvania
5068. North Union township, Pennsylvania
5069. North Whitehall township, Pennsylvania
5070. Palmer township, Pennsylvania
5071. Patton township, Pennsylvania
5072. Penn township, Pennsylvania
5073. Penn township, Pennsylvania
5074. Peters township, Pennsylvania

5075. Phoenixville borough, Pennsylvania
5076. Pine township, Pennsylvania
5077. Plum borough, Pennsylvania
5078. Plumstead township, Pennsylvania
5079. Plymouth township, Pennsylvania
5080. Pocono township, Pennsylvania
5081. Potter County, Pennsylvania
5082. Pottstown borough, Pennsylvania
5083. Pottsville city, Pennsylvania
5084. Rapho township, Pennsylvania
5085. Richland township, Pennsylvania
5086. Richland township, Pennsylvania
5087. Richland township, Pennsylvania
5088. Robinson township, Pennsylvania
5089. Rostraver township, Pennsylvania
5090. Salisbury township, Pennsylvania
5091. Salisbury township, Pennsylvania
5092. Sandy township, Pennsylvania
5093. Scott township, Pennsylvania
5094. Shaler township, Pennsylvania
5095. Sharon city, Pennsylvania
5096. Silver Spring township, Pennsylvania
5097. Skippack township, Pennsylvania
5098. Somerset township, Pennsylvania
5099. South Fayette township, Pennsylvania
5100. South Lebanon township, Pennsylvania
5101. South Middleton township, Pennsylvania
5102. South Park township, Pennsylvania
5103. South Union township, Pennsylvania
5104. South Whitehall township, Pennsylvania
5105. Spring Garden township, Pennsylvania
5106. Spring township, Pennsylvania

I-38

FINAL AGREEMENT 3.25.22

5107.  Springettsbury township, Pennsylvania

5108.  Springfield township, Pennsylvania

5109.  Springfield township, Pennsylvania

5110.  St. Marys city, Pennsylvania

5111.  Stroud township, Pennsylvania

5112.  Susquehanna township, Pennsylvania

5113.  Swatara township, Pennsylvania

5114.  Towamencin township, Pennsylvania

5115.  Tredyffrin township, Pennsylvania

5116.  Unity township, Pennsylvania

5117.  Upper Allen township, Pennsylvania

5118.  Upper Chichester township, Pennsylvania

5119.  Upper Dublin township, Pennsylvania

5120.  Upper Gwynedd township, Pennsylvania

5121.  Upper Macungie township, Pennsylvania

5122.  Upper Moreland township, Pennsylvania

5123.  Upper Providence township, Pennsylvania

5124.  Upper Providence township, Pennsylvania

5125.  Upper Saucon township, Pennsylvania

5126.  Upper Southampton township, Pennsylvania

5127.  Upper St. Clair township, Pennsylvania

5128.  Upper Uwchlan township, Pennsylvania

5129.  Uwchlan township, Pennsylvania

5130.  Warrington township, Pennsylvania

5131.  Warwick township, Pennsylvania

5132.  Warwick township, Pennsylvania

5133.  Washington city, Pennsylvania

5134.  Washington township, Pennsylvania

5135.  Waynesboro borough, Pennsylvania

5136.  West Bradford township, Pennsylvania

5137.  West Chester borough, Pennsylvania

5138.  West Deer township, Pennsylvania

5139.  West Goshen township, Pennsylvania

5140.  West Hanover township, Pennsylvania

5141.  West Hempfield township, Pennsylvania

5142.  West Lampeter township, Pennsylvania

5143.  West Manchester township, Pennsylvania

5144.  West Mifflin borough, Pennsylvania

5145.  West Norriton township, Pennsylvania

5146.  West Whiteland township, Pennsylvania

5147.  Westtown township, Pennsylvania

5148.  White township, Pennsylvania

5149.  Whitehall borough, Pennsylvania

5150.  Whitehall township, Pennsylvania

5151.  Whitemarsh township, Pennsylvania

5152.  Whitpain township, Pennsylvania

5153.  Wilkinsburg borough, Pennsylvania

5154.  Williamsport city, Pennsylvania

5155.  Willistown township, Pennsylvania

5156.  Windsor township, Pennsylvania

5157.  Worcester township, Pennsylvania

5158.  Wyoming County, Pennsylvania

5159.  Wyomissing borough, Pennsylvania

5160.  Yeadon borough, Pennsylvania

5161.  York township, Pennsylvania

5162.  Aguada Municipio, Puerto Rico *

5163.  Aguadilla Municipio, Puerto Rico *

5164.  Arecibo Municipio, Puerto Rico *

5165.  Bayamón Municipio, Puerto Rico *

5166.  Cabo Rojo Municipio, Puerto Rico *

5167.  Caguas Municipio, Puerto Rico *

5168.  Camuy Municipio, Puerto Rico *

5169.  Canóvanas Municipio, Puerto Rico *

5170.  Carolina Municipio, Puerto Rico *

5171.  Cayey Municipio, Puerto Rico *

5172.  Cidra Municipio, Puerto Rico *

5173.  Coamo Municipio, Puerto Rico *

5174.  Corozal Municipio, Puerto Rico *

5175.  Dorado Municipio, Puerto Rico *

5176.  Guayama Municipio, Puerto Rico *

5177.  Guaynabo Municipio, Puerto Rico *

5178.  Gurabo Municipio, Puerto Rico *

5179.  Hatillo Municipio, Puerto Rico *

5180.  Humacao Municipio, Puerto Rico *

5181.  Isabela Municipio, Puerto Rico *

5182.  Juana Díaz Municipio, Puerto Rico *

5183.  Juncos Municipio, Puerto Rico *

5184.  Las Piedras Municipio, Puerto Rico *

5185.  Manatí Municipio, Puerto Rico *

5186.  Mayagüez Municipio, Puerto Rico *

5187.  Moca Municipio, Puerto Rico *

5188.  Morovis Municipio, Puerto Rico *

5189.  Ponce Municipio, Puerto Rico *

5190.  Río Grande Municipio, Puerto Rico *

FINAL AGREEMENT 3.25.22

5191.   San Germán Municipio, Puerto Rico *
5192.   San Juan Municipio, Puerto Rico *
5193.   San Lorenzo Municipio, Puerto Rico *
5194.   San Sebastián Municipio, Puerto Rico *
5195.   Toa Alta Municipio, Puerto Rico *
5196.   Toa Baja Municipio, Puerto Rico *
5197.   Trujillo Alto Municipio, Puerto Rico *
5198.   Vega Alta Municipio, Puerto Rico *
5199.   Vega Baja Municipio, Puerto Rico *
5200.   Yabucoa Municipio, Puerto Rico *
5201.   Yauco Municipio, Puerto Rico *
5202.   Adjuntas Municipio, Puerto Rico
5203.   Aguas Buenas Municipio, Puerto Rico
5204.   Aibonito Municipio, Puerto Rico
5205.   Añasco Municipio, Puerto Rico
5206.   Arroyo Municipio, Puerto Rico
5207.   Barceloneta Municipio, Puerto Rico
5208.   Barranquitas Municipio, Puerto Rico
5209.   Cataño Municipio, Puerto Rico
5210.   Ceiba Municipio, Puerto Rico
5211.   Ciales Municipio, Puerto Rico
5212.   Comerío Municipio, Puerto Rico
5213.   Fajardo Municipio, Puerto Rico
5214.   Florida Municipio, Puerto Rico
5215.   Guánica Municipio, Puerto Rico
5216.   Guayanilla Municipio, Puerto Rico
5217.   Hormigueros Municipio, Puerto Rico
5218.   Jayuya Municipio, Puerto Rico
5219.   Lajas Municipio, Puerto Rico
5220.   Lares Municipio, Puerto Rico

5221.   Loíza Municipio, Puerto Rico
5222.   Luquillo Municipio, Puerto Rico
5223.   Maunabo Municipio, Puerto Rico
5224.   Naguabo Municipio, Puerto Rico
5225.   Naranjito Municipio, Puerto Rico
5226.   Orocovis Municipio, Puerto Rico
5227.   Patillas Municipio, Puerto Rico
5228.   Peñuelas Municipio, Puerto Rico
5229.   Quebradillas Municipio, Puerto Rico
5230.   Rincón Municipio, Puerto Rico
5231.   Sabana Grande Municipio, Puerto Rico
5232.   Salinas Municipio, Puerto Rico
5233.   Santa Isabel Municipio, Puerto Rico
5234.   Utuado Municipio, Puerto Rico
5235.   Villalba Municipio, Puerto Rico
5236.   Coventry town, Rhode Island *
5237.   Cranston city, Rhode Island *
5238.   Cumberland town, Rhode Island *
5239.   East Providence city, Rhode Island *
5240.   North Providence town, Rhode Island *
5241.   Pawtucket city, Rhode Island *
5242.   Providence city, Rhode Island *
5243.   South Kingstown town, Rhode Island *
5244.   Warwick city, Rhode Island *
5245.   Woonsocket city, Rhode Island *
5246.   Barrington town, Rhode Island
5247.   Bristol town, Rhode Island
5248.   Burrillville town, Rhode Island
5249.   Central Falls city, Rhode Island
5250.   East Greenwich town, Rhode Island
5251.   Glocester town, Rhode Island

5252.   Johnston town, Rhode Island
5253.   Lincoln town, Rhode Island
5254.   Middletown town, Rhode Island
5255.   Narragansett town, Rhode Island
5256.   Newport city, Rhode Island
5257.   North Kingstown town, Rhode Island
5258.   North Smithfield town, Rhode Island
5259.   Portsmouth town, Rhode Island
5260.   Scituate town, Rhode Island
5261.   Smithfield town, Rhode Island
5262.   Tiverton town, Rhode Island
5263.   Warren town, Rhode Island
5264.   West Warwick town, Rhode Island
5265.   Westerly town, Rhode Island
5266.   Aiken city, South Carolina *
5267.   Aiken County, South Carolina *
5268.   Anderson County, South Carolina *
5269.   Beaufort County, South Carolina *
5270.   Berkeley County, South Carolina *
5271.   Charleston city, South Carolina *
5272.   Charleston County, South Carolina *
5273.   Cherokee County, South Carolina *
5274.   Chester County, South Carolina *
5275.   Chesterfield County, South Carolina *
5276.   Clarendon County, South Carolina *
5277.   Colleton County, South Carolina *
5278.   Columbia city, South Carolina *
5279.   Darlington County, South Carolina *
5280.   Dillon County, South Carolina *
5281.   Dorchester County, South Carolina *
5282.   Florence city, South Carolina *
5283.   Florence County, South Carolina *

I-40

5284. Georgetown County, South Carolina *
5285. Goose Creek city, South Carolina *
5286. Greenville city, South Carolina *
5287. Greenville County, South Carolina *
5288. Greenwood County, South Carolina *
5289. Greer city, South Carolina *
5290. Hilton Head Island town, South Carolina *
5291. Horry County, South Carolina *
5292. Jasper County, South Carolina *
5293. Kershaw County, South Carolina *
5294. Lancaster County, South Carolina *
5295. Laurens County, South Carolina *
5296. Lexington County, South Carolina *
5297. Marion County, South Carolina *
5298. Mount Pleasant town, South Carolina *
5299. Myrtle Beach city, South Carolina *
5300. Newberry County, South Carolina *
5301. North Charleston city, South Carolina *
5302. Oconee County, South Carolina *
5303. Orangeburg County, South Carolina *
5304. Pickens County, South Carolina *
5305. Richland County, South Carolina *
5306. Rock Hill city, South Carolina *
5307. Spartanburg city, South Carolina *
5308. Spartanburg County, South Carolina *
5309. Summerville town, South Carolina *
5310. Sumter city, South Carolina *
5311. Sumter County, South Carolina *

5312. Williamsburg County, South Carolina *
5313. York County, South Carolina *
5314. Abbeville County, South Carolina
5315. Anderson city, South Carolina
5316. Bamberg County, South Carolina
5317. Barnwell County, South Carolina
5318. Beaufort city, South Carolina
5319. Bluffton town, South Carolina
5320. Calhoun County, South Carolina
5321. Cayce city, South Carolina
5322. Clemson city, South Carolina
5323. Conway city, South Carolina
5324. Easley city, South Carolina
5325. Edgefield County, South Carolina
5326. Fairfield County, South Carolina
5327. Forest Acres city, South Carolina
5328. Fort Mill town, South Carolina
5329. Fountain Inn city, South Carolina
5330. Gaffney city, South Carolina
5331. Greenwood city, South Carolina
5332. Hampton County, South Carolina
5333. Hanahan city, South Carolina
5334. Irmo town, South Carolina
5335. James Island town, South Carolina
5336. Lee County, South Carolina
5337. Lexington town, South Carolina
5338. Marlboro County, South Carolina
5339. Mauldin city, South Carolina
5340. Moncks Corner town, South Carolina
5341. Newberry city, South Carolina
5342. North Augusta city, South Carolina
5343. North Myrtle Beach city, South Carolina
5344. Orangeburg city, South Carolina
5345. Port Royal town, South Carolina
5346. Saluda County, South Carolina

5347. Simpsonville city, South Carolina
5348. Tega Cay city, South Carolina
5349. Union County, South Carolina
5350. West Columbia city, South Carolina
5351. Brookings County, South Dakota *
5352. Brown County, South Dakota *
5353. Lincoln County, South Dakota *
5354. Minnehaha County, South Dakota *
5355. Pennington County, South Dakota *
5356. Rapid City city, South Dakota *
5357. Sioux Falls city, South Dakota *
5358. Aberdeen city, South Dakota
5359. Beadle County, South Dakota
5360. Box Elder city, South Dakota
5361. Brandon city, South Dakota
5362. Brookings city, South Dakota
5363. Butte County, South Dakota
5364. Clay County, South Dakota
5365. Codington County, South Dakota
5366. Davison County, South Dakota
5367. Hughes County, South Dakota
5368. Huron city, South Dakota
5369. Lake County, South Dakota
5370. Lawrence County, South Dakota
5371. Meade County, South Dakota
5372. Mitchell city, South Dakota
5373. Oglala Lakota County, South Dakota
5374. Pierre city, South Dakota
5375. Roberts County, South Dakota
5376. Spearfish city, South Dakota
5377. Todd County, South Dakota
5378. Union County, South Dakota
5379. Vermillion city, South Dakota
5380. Watertown city, South Dakota
5381. Yankton city, South Dakota
5382. Yankton County, South Dakota
5383. Anderson County, Tennessee *
5384. Bartlett city, Tennessee *
5385. Bedford County, Tennessee *
5386. Blount County, Tennessee *

FINAL AGREEMENT 3.25.22

5387. Bradley County, Tennessee *
5388. Brentwood city, Tennessee *
5389. Campbell County, Tennessee *
5390. Carter County, Tennessee *
5391. Chattanooga city, Tennessee *
5392. Cheatham County, Tennessee *
5393. Claiborne County, Tennessee *
5394. Clarksville city, Tennessee *
5395. Cleveland city, Tennessee *
5396. Cocke County, Tennessee *
5397. Coffee County, Tennessee *
5398. Collierville town, Tennessee *
5399. Columbia city, Tennessee *
5400. Cookeville city, Tennessee *
5401. Cumberland County, Tennessee *
5402. Dickson County, Tennessee *
5403. Dyer County, Tennessee *
5404. Fayette County, Tennessee *
5405. Franklin city, Tennessee *
5406. Franklin County, Tennessee *
5407. Gallatin city, Tennessee *
5408. Germantown city, Tennessee *
5409. Gibson County, Tennessee *
5410. Greene County, Tennessee *
5411. Hamblen County, Tennessee *
5412. Hamilton County, Tennessee *
5413. Hawkins County, Tennessee *
5414. Hendersonville city, Tennessee *
5415. Henry County, Tennessee *
5416. Jackson city, Tennessee *
5417. Jefferson County, Tennessee *
5418. Johnson City city, Tennessee *
5419. Kingsport city, Tennessee *
5420. Knox County, Tennessee *
5421. Knoxville city, Tennessee *
5422. La Vergne city, Tennessee *
5423. Lawrence County, Tennessee *
5424. Lebanon city, Tennessee *
5425. Lincoln County, Tennessee *
5426. Loudon County, Tennessee *
5427. Madison County, Tennessee *
5428. Marshall County, Tennessee *
5429. Maury County, Tennessee *
5430. McMinn County, Tennessee *
5431. Memphis city, Tennessee *
5432. Monroe County, Tennessee *
5433. Montgomery County, Tennessee *
5434. Morristown city, Tennessee *

5435. Mount Juliet city, Tennessee *
5436. Murfreesboro city, Tennessee *
5437. Nashville-Davidson metropolitan government, Tennessee *
5438. Obion County, Tennessee *
5439. Putnam County, Tennessee *
5440. Rhea County, Tennessee *
5441. Roane County, Tennessee *
5442. Robertson County, Tennessee *
5443. Rutherford County, Tennessee *
5444. Sevier County, Tennessee *
5445. Shelby County, Tennessee *
5446. Smyrna town, Tennessee *
5447. Spring Hill city, Tennessee *
5448. Sullivan County, Tennessee *
5449. Sumner County, Tennessee *
5450. Tipton County, Tennessee *
5451. Warren County, Tennessee *
5452. Washington County, Tennessee *
5453. Weakley County, Tennessee *
5454. Williamson County, Tennessee *
5455. Wilson County, Tennessee *
5456. Arlington town, Tennessee
5457. Athens city, Tennessee
5458. Benton County, Tennessee
5459. Bledsoe County, Tennessee
5460. Bristol city, Tennessee
5461. Cannon County, Tennessee
5462. Carroll County, Tennessee
5463. Chester County, Tennessee
5464. Clinton city, Tennessee
5465. Collegedale city, Tennessee
5466. Crockett County, Tennessee
5467. Crossville city, Tennessee
5468. Decatur County, Tennessee
5469. DeKalb County, Tennessee
5470. Dickson city, Tennessee
5471. Dyersburg city, Tennessee
5472. East Ridge city, Tennessee
5473. Elizabethton city, Tennessee
5474. Farragut town, Tennessee
5475. Fentress County, Tennessee
5476. Giles County, Tennessee
5477. Goodlettsville city, Tennessee
5478. Grainger County, Tennessee
5479. Greeneville town, Tennessee
5480. Grundy County, Tennessee
5481. Hardeman County, Tennessee
5482. Hardin County, Tennessee

5483. Hartsville/Trousdale County, Tennessee
5484. Haywood County, Tennessee
5485. Henderson County, Tennessee
5486. Hickman County, Tennessee
5487. Humphreys County, Tennessee
5488. Jackson County, Tennessee
5489. Johnson County, Tennessee
5490. Lakeland city, Tennessee
5491. Lauderdale County, Tennessee
5492. Lawrenceburg city, Tennessee
5493. Lewis County, Tennessee
5494. Lewisburg city, Tennessee
5495. Macon County, Tennessee
5496. Manchester city, Tennessee
5497. Marion County, Tennessee
5498. Martin city, Tennessee
5499. Maryville city, Tennessee
5500. McMinnville city, Tennessee
5501. McNairy County, Tennessee
5502. Meigs County, Tennessee
5503. Millington city, Tennessee
5504. Morgan County, Tennessee
5505. Nolensville town, Tennessee
5506. Oak Ridge city, Tennessee
5507. Overton County, Tennessee
5508. Paris city, Tennessee
5509. Polk County, Tennessee
5510. Portland city, Tennessee
5511. Red Bank city, Tennessee
5512. Scott County, Tennessee
5513. Sequatchie County, Tennessee
5514. Sevierville city, Tennessee
5515. Shelbyville city, Tennessee
5516. Smith County, Tennessee
5517. Soddy-Daisy city, Tennessee
5518. Springfield city, Tennessee
5519. Stewart County, Tennessee
5520. Tullahoma city, Tennessee
5521. Unicoi County, Tennessee
5522. Union City city, Tennessee
5523. Union County, Tennessee
5524. Wayne County, Tennessee
5525. White County, Tennessee
5526. White House city, Tennessee
5527. Abilene city, Texas *
5528. Allen city, Texas *
5529. Amarillo city, Texas *
5530. Anderson County, Texas *
5531. Angelina County, Texas *
5532. Arlington city, Texas *
5533. Atascosa County, Texas *
5534. Austin city, Texas *
5535. Austin County, Texas *

FINAL AGREEMENT 3.25.22

5536. Bastrop County, Texas *
5537. Baytown city, Texas *
5538. Beaumont city, Texas *
5539. Bedford city, Texas *
5540. Bee County, Texas *
5541. Bell County, Texas *
5542. Bexar County, Texas *
5543. Bowie County, Texas *
5544. Brazoria County, Texas *
5545. Brazos County, Texas *
5546. Brown County, Texas *
5547. Brownsville city, Texas *
5548. Bryan city, Texas *
5549. Burleson city, Texas *
5550. Burnet County, Texas *
5551. Caldwell County, Texas *
5552. Cameron County, Texas *
5553. Carrollton city, Texas *
5554. Cass County, Texas *
5555. Cedar Hill city, Texas *
5556. Cedar Park city, Texas *
5557. Chambers County, Texas *
5558. Cherokee County, Texas *
5559. Cibolo city, Texas *
5560. Cleburne city, Texas *
5561. College Station city, Texas *
5562. Collin County, Texas *
5563. Comal County, Texas *
5564. Conroe city, Texas *
5565. Cooke County, Texas *
5566. Coppell city, Texas *
5567. Copperas Cove city, Texas *
5568. Corpus Christi city, Texas *
5569. Coryell County, Texas *
5570. Dallas city, Texas *
5571. Dallas County, Texas *
5572. Deer Park city, Texas *
5573. Del Rio city, Texas *
5574. Denton city, Texas *
5575. Denton County, Texas *
5576. DeSoto city, Texas *
5577. Duncanville city, Texas *
5578. Ector County, Texas *
5579. Edinburg city, Texas *
5580. El Paso City city, Texas *
5581. El Paso County, Texas *
5582. Ellis County, Texas *
5583. Erath County, Texas *
5584. Euless city, Texas *
5585. Fannin County, Texas *
5586. Farmers Branch city, Texas *
5587. Flower Mound town, Texas *
5588. Fort Bend County, Texas *
5589. Fort Worth city, Texas *
5590. Friendswood city, Texas *

5591. Frisco city, Texas *
5592. Galveston city, Texas *
5593. Galveston County, Texas *
5594. Garland city, Texas *
5595. Georgetown city, Texas *
5596. Grand Prairie city, Texas *
5597. Grapevine city, Texas *
5598. Grayson County, Texas *
5599. Gregg County, Texas *
5600. Guadalupe County, Texas *
5601. Hale County, Texas *
5602. Haltom City city, Texas *
5603. Hardin County, Texas *
5604. Harker Heights city, Texas *
5605. Harlingen city, Texas *
5606. Harris County, Texas *
5607. Harrison County, Texas *
5608. Hays County, Texas *
5609. Henderson County, Texas *
5610. Hidalgo County, Texas *
5611. Hill County, Texas *
5612. Hood County, Texas *
5613. Hopkins County, Texas *
5614. Houston city, Texas *
5615. Howard County, Texas *
5616. Hunt County, Texas *
5617. Huntsville city, Texas *
5618. Hurst city, Texas *
5619. Irving city, Texas *
5620. Jasper County, Texas *
5621. Jefferson County, Texas *
5622. Jim Wells County, Texas *
5623. Johnson County, Texas *
5624. Kaufman County, Texas *
5625. Keller city, Texas *
5626. Kendall County, Texas *
5627. Kerr County, Texas *
5628. Killeen city, Texas *
5629. Kleberg County, Texas *
5630. Kyle city, Texas *
5631. La Porte city, Texas *
5632. Lamar County, Texas *
5633. Lancaster city, Texas *
5634. Laredo city, Texas *
5635. League City city, Texas *
5636. Leander city, Texas *
5637. Lewisville city, Texas *
5638. Liberty County, Texas *
5639. Little Elm city, Texas *
5640. Longview city, Texas *
5641. Lubbock city, Texas *
5642. Lubbock County, Texas *
5643. Lufkin city, Texas *
5644. Mansfield city, Texas *
5645. Matagorda County, Texas *

5646. Maverick County, Texas *
5647. McAllen city, Texas *
5648. McKinney city, Texas *
5649. McLennan County, Texas *
5650. Medina County, Texas *
5651. Mesquite city, Texas *
5652. Midland city, Texas *
5653. Midland County, Texas *
5654. Midlothian city, Texas *
5655. Mission city, Texas *
5656. Missouri City city, Texas *
5657. Montgomery County, Texas *
5658. Nacogdoches city, Texas *
5659. Nacogdoches County, Texas *
5660. Navarro County, Texas *
5661. New Braunfels city, Texas *
5662. North Richland Hills city, Texas *
5663. Nueces County, Texas *
5664. Odessa city, Texas *
5665. Orange County, Texas *
5666. Parker County, Texas *
5667. Pasadena city, Texas *
5668. Pearland city, Texas *
5669. Pflugerville city, Texas *
5670. Pharr city, Texas *
5671. Plano city, Texas *
5672. Polk County, Texas *
5673. Port Arthur city, Texas *
5674. Potter County, Texas *
5675. Randall County, Texas *
5676. Richardson city, Texas *
5677. Rockwall city, Texas *
5678. Rockwall County, Texas *
5679. Rosenberg city, Texas *
5680. Round Rock city, Texas *
5681. Rowlett city, Texas *
5682. Rusk County, Texas *
5683. San Angelo city, Texas *
5684. San Antonio city, Texas *
5685. San Juan city, Texas *
5686. San Marcos city, Texas *
5687. San Patricio County, Texas *
5688. Schertz city, Texas *
5689. Sherman city, Texas *
5690. Smith County, Texas *
5691. Socorro city, Texas *
5692. Southlake city, Texas *
5693. Starr County, Texas *
5694. Sugar Land city, Texas *
5695. Tarrant County, Texas *
5696. Taylor County, Texas *
5697. Temple city, Texas *
5698. Texarkana city, Texas *
5699. Texas City city, Texas *

I-43

5700. The Colony city, Texas *
5701. Titus County, Texas *
5702. Tom Green County, Texas *
5703. Travis County, Texas *
5704. Tyler city, Texas *
5705. Upshur County, Texas *
5706. Val Verde County, Texas *
5707. Van Zandt County, Texas *
5708. Victoria city, Texas *
5709. Victoria County, Texas *
5710. Waco city, Texas *
5711. Walker County, Texas *
5712. Waller County, Texas *
5713. Washington County, Texas *
5714. Waxahachie city, Texas *
5715. Weatherford city, Texas *
5716. Webb County, Texas *
5717. Weslaco city, Texas *
5718. Wharton County, Texas *
5719. Wichita County, Texas *
5720. Wichita Falls city, Texas *
5721. Williamson County, Texas *
5722. Wilson County, Texas *
5723. Wise County, Texas *
5724. Wood County, Texas *
5725. Wylie city, Texas *
5726. Addison town, Texas
5727. Alamo city, Texas
5728. Alice city, Texas
5729. Alton city, Texas
5730. Alvin city, Texas
5731. Andrews city, Texas
5732. Andrews County, Texas
5733. Angleton city, Texas
5734. Anna city, Texas
5735. Aransas County, Texas
5736. Athens city, Texas
5737. Azle city, Texas
5738. Balch Springs city, Texas
5739. Bandera County, Texas
5740. Bay City city, Texas
5741. Beeville city, Texas
5742. Bellaire city, Texas
5743. Bellmead city, Texas
5744. Belton city, Texas
5745. Benbrook city, Texas
5746. Big Spring city, Texas
5747. Blanco County, Texas
5748. Boerne city, Texas
5749. Bonham city, Texas
5750. Borger city, Texas
5751. Bosque County, Texas
5752. Brenham city, Texas
5753. Brownwood city, Texas
5754. Buda city, Texas

5755. Burkburnett city, Texas
5756. Burleson County, Texas
5757. Calhoun County, Texas
5758. Callahan County, Texas
5759. Camp County, Texas
5760. Canyon city, Texas
5761. Celina city, Texas
5762. Clay County, Texas
5763. Clute city, Texas
5764. Colleyville city, Texas
5765. Colorado County, Texas
5766. Comanche County, Texas
5767. Converse city, Texas
5768. Corinth city, Texas
5769. Corsicana city, Texas
5770. Crowley city, Texas
5771. Dawson County, Texas
5772. Deaf Smith County, Texas
5773. Denison city, Texas
5774. DeWitt County, Texas
5775. Dickinson city, Texas
5776. Dimmit County, Texas
5777. Donna city, Texas
5778. Dumas city, Texas
5779. Duval County, Texas
5780. Eagle Pass city, Texas
5781. Eastland County, Texas
5782. El Campo city, Texas
5783. Elgin city, Texas
5784. Ennis city, Texas
5785. Fair Oaks Ranch city, Texas
5786. Falls County, Texas
5787. Fate city, Texas
5788. Fayette County, Texas
5789. Forest Hill city, Texas
5790. Forney city, Texas
5791. Franklin County, Texas
5792. Fredericksburg city, Texas
5793. Freeport city, Texas
5794. Freestone County, Texas
5795. Frio County, Texas
5796. Fulshear city, Texas
5797. Gaines County, Texas
5798. Gainesville city, Texas
5799. Galena Park city, Texas
5800. Gatesville city, Texas
5801. Gillespie County, Texas
5802. Glenn Heights city, Texas
5803. Gonzales County, Texas
5804. Granbury city, Texas
5805. Gray County, Texas
5806. Greenville city, Texas
5807. Grimes County, Texas
5808. Groves city, Texas
5809. Henderson city, Texas

5810. Hereford city, Texas
5811. Hewitt city, Texas
5812. Hidalgo city, Texas
5813. Highland Village city, Texas
5814. Hockley County, Texas
5815. Horizon City city, Texas
5816. Houston County, Texas
5817. Humble city, Texas
5818. Hutchinson County, Texas
5819. Hutto city, Texas
5820. Ingleside city, Texas
5821. Jacinto City city, Texas
5822. Jackson County, Texas
5823. Jacksonville city, Texas
5824. Jones County, Texas
5825. Karnes County, Texas
5826. Katy city, Texas
5827. Kerrville city, Texas
5828. Kilgore city, Texas
5829. Kingsville city, Texas
5830. La Marque city, Texas
5831. Lake Jackson city, Texas
5832. Lakeway city, Texas
5833. Lamb County, Texas
5834. Lampasas County, Texas
5835. Lavaca County, Texas
5836. Lee County, Texas
5837. Leon County, Texas
5838. Leon Valley city, Texas
5839. Levelland city, Texas
5840. Limestone County, Texas
5841. Live Oak city, Texas
5842. Live Oak County, Texas
5843. Llano County, Texas
5844. Lockhart city, Texas
5845. Lumberton city, Texas
5846. Madison County, Texas
5847. Manor city, Texas
5848. Manvel city, Texas
5849. Marshall city, Texas
5850. Melissa city, Texas
5851. Mercedes city, Texas
5852. Milam County, Texas
5853. Mineral Wells city, Texas
5854. Montague County, Texas
5855. Moore County, Texas
5856. Morris County, Texas
5857. Mount Pleasant city, Texas
5858. Murphy city, Texas
5859. Nederland city, Texas
5860. Newton County, Texas
5861. Nolan County, Texas
5862. Orange city, Texas
5863. Palestine city, Texas
5864. Palo Pinto County, Texas

5865. Pampa city, Texas
5866. Panola County, Texas
5867. Paris city, Texas
5868. Pearsall city, Texas
5869. Pecos city, Texas
5870. Pecos County, Texas
5871. Plainview city, Texas
5872. Pleasanton city, Texas
5873. Port Lavaca city, Texas
5874. Port Neches city, Texas
5875. Portland city, Texas
5876. Princeton city, Texas
5877. Prosper town, Texas
5878. Rains County, Texas
5879. Raymondville city, Texas
5880. Red Oak city, Texas
5881. Red River County, Texas
5882. Reeves County, Texas
5883. Richmond city, Texas
5884. Rio Grande City city, Texas
5885. Robertson County, Texas
5886. Robinson city, Texas
5887. Robstown city, Texas
5888. Rockport city, Texas
5889. Roma city, Texas
5890. Royse City city, Texas
5891. Runnels County, Texas
5892. Sabine County, Texas
5893. Sachse city, Texas
5894. Saginaw city, Texas
5895. San Benito city, Texas
5896. San Jacinto County, Texas
5897. Santa Fe city, Texas
5898. Scurry County, Texas
5899. Seabrook city, Texas
5900. Seagoville city, Texas
5901. Seguin city, Texas
5902. Selma city, Texas
5903. Shelby County, Texas
5904. Snyder city, Texas
5905. South Houston city, Texas
5906. Stafford city, Texas
5907. Stephenville city, Texas
5908. Sulphur Springs city, Texas
5909. Sweetwater city, Texas
5910. Taylor city, Texas
5911. Terrell city, Texas
5912. Terry County, Texas
5913. Tomball city, Texas
5914. Trinity County, Texas
5915. Trophy Club town, Texas
5916. Tyler County, Texas
5917. Universal City city, Texas
5918. University Park city, Texas
5919. Uvalde city, Texas
5920. Uvalde County, Texas
5921. Vernon city, Texas
5922. Vidor city, Texas
5923. Ward County, Texas
5924. Watauga city, Texas
5925. Webster city, Texas
5926. West University Place city, Texas
5927. White Settlement city, Texas
5928. Wilbarger County, Texas
5929. Willacy County, Texas
5930. Young County, Texas
5931. Zapata County, Texas
5932. Zavala County, Texas
5933. American Fork city, Utah *
5934. Bountiful city, Utah *
5935. Box Elder County, Utah *
5936. Cache County, Utah *
5937. Cedar City city, Utah *
5938. Clearfield city, Utah *
5939. Cottonwood Heights city, Utah *
5940. Davis County, Utah *
5941. Draper city, Utah *
5942. Eagle Mountain city, Utah *
5943. Herriman city, Utah *
5944. Holladay city, Utah *
5945. Iron County, Utah *
5946. Kaysville city, Utah *
5947. Kearns metro township, Utah *
5948. Layton city, Utah *
5949. Lehi city, Utah *
5950. Logan city, Utah *
5951. Midvale city, Utah *
5952. Millcreek city, Utah *
5953. Murray city, Utah *
5954. Ogden city, Utah *
5955. Orem city, Utah *
5956. Pleasant Grove city, Utah *
5957. Provo city, Utah *
5958. Riverton city, Utah *
5959. Roy city, Utah *
5960. Salt Lake City city, Utah *
5961. Salt Lake County, Utah *
5962. Sandy city, Utah *
5963. Sanpete County, Utah *
5964. Saratoga Springs city, Utah *
5965. South Jordan city, Utah *
5966. Spanish Fork city, Utah *
5967. Springville city, Utah *
5968. St. George city, Utah *
5969. Summit County, Utah *
5970. Syracuse city, Utah *
5971. Taylorsville city, Utah *
5972. Tooele city, Utah *
5973. Tooele County, Utah *
5974. Uintah County, Utah *
5975. Utah County, Utah *
5976. Wasatch County, Utah *
5977. Washington County, Utah *
5978. Weber County, Utah *
5979. West Jordan city, Utah *
5980. West Valley City city, Utah *
5981. Alpine city, Utah
5982. Bluffdale city, Utah
5983. Brigham City city, Utah
5984. Carbon County, Utah
5985. Cedar Hills city, Utah
5986. Centerville city, Utah
5987. Clinton city, Utah
5988. Duchesne County, Utah
5989. Emery County, Utah
5990. Farmington city, Utah
5991. Grantsville city, Utah
5992. Heber city, Utah
5993. Highland city, Utah
5994. Hurricane city, Utah
5995. Juab County, Utah
5996. Lindon city, Utah
5997. Magna metro township, Utah
5998. Mapleton city, Utah
5999. Millard County, Utah
6000. Morgan County, Utah
6001. North Logan city, Utah
6002. North Ogden city, Utah
6003. North Salt Lake city, Utah
6004. Payson city, Utah
6005. Pleasant View city, Utah
6006. San Juan County, Utah
6007. Santaquin city, Utah
6008. Sevier County, Utah
6009. Smithfield city, Utah
6010. South Ogden city, Utah
6011. South Salt Lake city, Utah
6012. Vernal city, Utah
6013. Vineyard town, Utah
6014. Washington city, Utah
6015. West Haven city, Utah
6016. West Point city, Utah
6017. Woods Cross city, Utah
6018. Addison County, Vermont *
6019. Bennington County, Vermont *
6020. Burlington city, Vermont *
6021. Chittenden County, Vermont *
6022. Franklin County, Vermont *
6023. Rutland County, Vermont *
6024. Washington County, Vermont *

6025. Windham County, Vermont *
6026. Windsor County, Vermont *
6027. Bennington town, Vermont
6028. Brattleboro town, Vermont
6029. Caledonia County, Vermont
6030. Colchester town, Vermont
6031. Essex Junction village, Vermont
6032. Essex town, Vermont
6033. Lamoille County, Vermont
6034. Milton town, Vermont
6035. Orange County, Vermont
6036. Orleans County, Vermont
6037. Rutland city, Vermont
6038. South Burlington city, Vermont
6039. Williston town, Vermont
6040. Accomack County, Virginia *
6041. Albemarle County, Virginia *
6042. Alexandria city, Virginia *
6043. Amherst County, Virginia *
6044. Arlington County, Virginia *
6045. Augusta County, Virginia *
6046. Bedford County, Virginia *
6047. Blacksburg town, Virginia *
6048. Botetourt County, Virginia *
6049. Campbell County, Virginia *
6050. Caroline County, Virginia *
6051. Charlottesville city, Virginia *
6052. Chesapeake city, Virginia *
6053. Chesterfield County, Virginia *
6054. Culpeper County, Virginia *
6055. Danville city, Virginia *
6056. Fairfax County, Virginia *
6057. Fauquier County, Virginia *
6058. Franklin County, Virginia *
6059. Frederick County, Virginia *
6060. Gloucester County, Virginia *
6061. Halifax County, Virginia *
6062. Hampton city, Virginia *
6063. Hanover County, Virginia *
6064. Harrisonburg city, Virginia *
6065. Henrico County, Virginia *
6066. Henry County, Virginia *
6067. Isle of Wight County, Virginia *
6068. James City County, Virginia *
6069. Leesburg town, Virginia *
6070. Loudoun County, Virginia *
6071. Louisa County, Virginia *
6072. Lynchburg city, Virginia *
6073. Manassas city, Virginia *
6074. Mecklenburg County, Virginia *

6075. Montgomery County, Virginia *
6076. Newport News city, Virginia *
6077. Norfolk city, Virginia *
6078. Orange County, Virginia *
6079. Petersburg city, Virginia *
6080. Pittsylvania County, Virginia *
6081. Portsmouth city, Virginia *
6082. Prince George County, Virginia *
6083. Prince William County, Virginia *
6084. Pulaski County, Virginia *
6085. Richmond city, Virginia *
6086. Roanoke city, Virginia *
6087. Roanoke County, Virginia *
6088. Rockingham County, Virginia *
6089. Shenandoah County, Virginia *
6090. Smyth County, Virginia *
6091. Spotsylvania County, Virginia *
6092. Stafford County, Virginia *
6093. Suffolk city, Virginia *
6094. Tazewell County, Virginia *
6095. Virginia Beach city, Virginia *
6096. Warren County, Virginia *
6097. Washington County, Virginia *
6098. Wise County, Virginia *
6099. York County, Virginia *
6100. Alleghany County, Virginia
6101. Amelia County, Virginia
6102. Appomattox County, Virginia
6103. Bristol city, Virginia
6104. Brunswick County, Virginia
6105. Buchanan County, Virginia
6106. Buckingham County, Virginia
6107. Carroll County, Virginia
6108. Charlotte County, Virginia
6109. Christiansburg town, Virginia
6110. Clarke County, Virginia
6111. Colonial Heights city, Virginia
6112. Culpeper town, Virginia
6113. Dickenson County, Virginia
6114. Dinwiddie County, Virginia
6115. Essex County, Virginia
6116. Fairfax city, Virginia
6117. Falls Church city, Virginia
6118. Floyd County, Virginia
6119. Fluvanna County, Virginia
6120. Fredericksburg city, Virginia
6121. Front Royal town, Virginia

6122. Giles County, Virginia
6123. Goochland County, Virginia
6124. Grayson County, Virginia
6125. Greene County, Virginia
6126. Greensville County, Virginia
6127. Herndon town, Virginia
6128. Hopewell city, Virginia
6129. King George County, Virginia
6130. King William County, Virginia
6131. Lancaster County, Virginia
6132. Lee County, Virginia
6133. Lunenburg County, Virginia
6134. Madison County, Virginia
6135. Manassas Park city, Virginia
6136. Martinsville city, Virginia
6137. Middlesex County, Virginia
6138. Nelson County, Virginia
6139. New Kent County, Virginia
6140. Northampton County, Virginia
6141. Northumberland County, Virginia
6142. Nottoway County, Virginia
6143. Page County, Virginia
6144. Patrick County, Virginia
6145. Poquoson city, Virginia
6146. Powhatan County, Virginia
6147. Prince Edward County, Virginia
6148. Purcellville town, Virginia
6149. Radford city, Virginia
6150. Rockbridge County, Virginia
6151. Russell County, Virginia
6152. Salem city, Virginia
6153. Scott County, Virginia
6154. Southampton County, Virginia
6155. Staunton city, Virginia
6156. Sussex County, Virginia
6157. Vienna town, Virginia
6158. Warrenton town, Virginia
6159. Waynesboro city, Virginia
6160. Westmoreland County, Virginia
6161. Williamsburg city, Virginia
6162. Winchester city, Virginia
6163. Wythe County, Virginia
6164. Appleton city, Wisconsin *
6165. Barron County, Wisconsin *
6166. Beloit city, Wisconsin *
6167. Brookfield city, Wisconsin *
6168. Brown County, Wisconsin *
6169. Calumet County, Wisconsin *
6170. Chippewa County, Wisconsin *
6171. Clark County, Wisconsin *

6172. Columbia County, Wisconsin *
6173. Dane County, Wisconsin *
6174. Dodge County, Wisconsin *
6175. Douglas County, Wisconsin *
6176. Dunn County, Wisconsin *
6177. Eau Claire city, Wisconsin *
6178. Eau Claire County, Wisconsin *
6179. Fitchburg city, Wisconsin *
6180. Fond du Lac city, Wisconsin *
6181. Fond du Lac County, Wisconsin *
6182. Franklin city, Wisconsin *
6183. Grant County, Wisconsin *
6184. Green Bay city, Wisconsin *
6185. Green County, Wisconsin *
6186. Greenfield city, Wisconsin *
6187. Janesville city, Wisconsin *
6188. Jefferson County, Wisconsin *
6189. Kenosha city, Wisconsin *
6190. Kenosha County, Wisconsin *
6191. La Crosse city, Wisconsin *
6192. La Crosse County, Wisconsin *
6193. Madison city, Wisconsin *
6194. Manitowoc city, Wisconsin *
6195. Manitowoc County, Wisconsin *
6196. Marathon County, Wisconsin *
6197. Marinette County, Wisconsin *
6198. Menomonee Falls village, Wisconsin *
6199. Milwaukee city, Wisconsin *
6200. Milwaukee County, Wisconsin *
6201. Monroe County, Wisconsin *
6202. New Berlin city, Wisconsin *
6203. Oak Creek city, Wisconsin *
6204. Oconto County, Wisconsin *
6205. Oneida County, Wisconsin *
6206. Oshkosh city, Wisconsin *
6207. Outagamie County, Wisconsin *
6208. Ozaukee County, Wisconsin *
6209. Pierce County, Wisconsin *
6210. Polk County, Wisconsin *
6211. Portage County, Wisconsin *
6212. Racine city, Wisconsin *
6213. Racine County, Wisconsin *
6214. Rock County, Wisconsin *
6215. Sauk County, Wisconsin *
6216. Shawano County, Wisconsin *

6217. Sheboygan city, Wisconsin *
6218. Sheboygan County, Wisconsin *
6219. St. Croix County, Wisconsin *
6220. Sun Prairie city, Wisconsin *
6221. Vernon County, Wisconsin *
6222. Walworth County, Wisconsin *
6223. Washington County, Wisconsin *
6224. Waukesha city, Wisconsin *
6225. Waukesha County, Wisconsin *
6226. Waupaca County, Wisconsin *
6227. Wausau city, Wisconsin *
6228. Wauwatosa city, Wisconsin *
6229. West Allis city, Wisconsin *
6230. West Bend city, Wisconsin *
6231. Winnebago County, Wisconsin *
6232. Wood County, Wisconsin *
6233. Adams County, Wisconsin
6234. Allouez village, Wisconsin
6235. Ashland County, Wisconsin
6236. Ashwaubenon village, Wisconsin
6237. Baraboo city, Wisconsin
6238. Bayfield County, Wisconsin
6239. Beaver Dam city, Wisconsin
6240. Bellevue village, Wisconsin
6241. Brown Deer village, Wisconsin
6242. Buffalo County, Wisconsin
6243. Burlington city, Wisconsin
6244. Burnett County, Wisconsin
6245. Caledonia village, Wisconsin
6246. Cedarburg city, Wisconsin
6247. Chippewa Falls city, Wisconsin
6248. Crawford County, Wisconsin
6249. Cudahy city, Wisconsin
6250. De Pere city, Wisconsin
6251. DeForest village, Wisconsin
6252. Door County, Wisconsin
6253. Elkhorn city, Wisconsin
6254. Fort Atkinson city, Wisconsin
6255. Fox Crossing village, Wisconsin
6256. Germantown village, Wisconsin
6257. Glendale city, Wisconsin
6258. Grafton village, Wisconsin
6259. Grand Chute town, Wisconsin
6260. Green Lake County, Wisconsin

6261. Greendale village, Wisconsin
6262. Greenville town, Wisconsin
6263. Harrison village, Wisconsin
6264. Hartford city, Wisconsin
6265. Hobart village, Wisconsin
6266. Holmen village, Wisconsin
6267. Howard village, Wisconsin
6268. Hudson city, Wisconsin
6269. Iowa County, Wisconsin
6270. Jackson County, Wisconsin
6271. Juneau County, Wisconsin
6272. Kaukauna city, Wisconsin
6273. Kewaunee County, Wisconsin
6274. Lafayette County, Wisconsin
6275. Langlade County, Wisconsin
6276. Lincoln County, Wisconsin
6277. Lisbon town, Wisconsin
6278. Little Chute village, Wisconsin
6279. Marinette city, Wisconsin
6280. Marquette County, Wisconsin
6281. Marshfield city, Wisconsin
6282. Menasha city, Wisconsin
6283. Menomonie city, Wisconsin
6284. Mequon city, Wisconsin
6285. Middleton city, Wisconsin
6286. Monroe city, Wisconsin
6287. Mount Pleasant village, Wisconsin
6288. Muskego city, Wisconsin
6289. Neenah city, Wisconsin
6290. Oconomowoc city, Wisconsin
6291. Onalaska city, Wisconsin
6292. Oregon village, Wisconsin
6293. Pewaukee city, Wisconsin
6294. Platteville city, Wisconsin
6295. Pleasant Prairie village, Wisconsin
6296. Plover village, Wisconsin
6297. Port Washington city, Wisconsin
6298. Portage city, Wisconsin
6299. Price County, Wisconsin
6300. Richfield village, Wisconsin
6301. Richland County, Wisconsin
6302. River Falls city, Wisconsin
6303. Rusk County, Wisconsin
6304. Salem Lakes village, Wisconsin
6305. Sawyer County, Wisconsin
6306. Shorewood village, Wisconsin
6307. South Milwaukee city, Wisconsin
6308. Stevens Point city, Wisconsin
6309. Stoughton city, Wisconsin

FINAL AGREEMENT 3.25.22

6310.    Suamico village, Wisconsin
6311.    Superior city, Wisconsin
6312.    Sussex village, Wisconsin
6313.    Taylor County, Wisconsin
6314.    Trempealeau County,
          Wisconsin
6315.    Two Rivers city, Wisconsin
6316.    Verona city, Wisconsin
6317.    Vilas County, Wisconsin
6318.    Washburn County, Wisconsin
6319.    Watertown city, Wisconsin
6320.    Waunakee village, Wisconsin
6321.    Waupun city, Wisconsin
6322.    Waushara County, Wisconsin
6323.    Weston village, Wisconsin
6324.    Whitefish Bay village,
          Wisconsin
6325.    Whitewater city, Wisconsin
6326.    Wisconsin Rapids city,
          Wisconsin
6327.    Albany County, Wyoming *
6328.    Campbell County, Wyoming *
6329.    Casper city, Wyoming *
6330.    Cheyenne city, Wyoming *
6331.    Fremont County, Wyoming *
6332.    Gillette city, Wyoming *
6333.    Laramie city, Wyoming *
6334.    Laramie County, Wyoming *
6335.    Natrona County, Wyoming *
6336.    Sheridan County, Wyoming *
6337.    Sweetwater County, Wyoming
          *
6338.    Big Horn County, Wyoming
6339.    Carbon County, Wyoming
6340.    Converse County, Wyoming
6341.    Evanston city, Wyoming
6342.    Goshen County, Wyoming
6343.    Green River city, Wyoming
6344.    Jackson town, Wyoming
6345.    Lincoln County, Wyoming
6346.    Park County, Wyoming
6347.    Riverton city, Wyoming
6348.    Rock Springs city, Wyoming
6349.    Sheridan city, Wyoming
6350.    Teton County, Wyoming
6351.    Uinta County, Wyoming

I-48

FINAL AGREEMENT 3.25.22

## EXHIBIT J

## Settling Distributors' Subsidiaries, Joint Ventures, and Predecessor Entities

### ABC

1. A.T. Pharma Consultancy FZC
2. AB Eurco Ltd
3. AB Financing, LLC
4. AB Finco Ltd
5. AB Nokco Ltd
6. AB Singapore Investments Pte. Ltd.
7. AB Specialty Solutions, LLC
8. ABBP International Company
9. ABSG Canada Holdings, Inc.
10. Access M.D. Inc.
11. AERO LINK Courier GmbH
12. Agri-Laboratories, LTD
13. Agstrata, LLC
14. AH Schweiz GmbH
15. AH UK Holdco 1 Limited
16. Alcura France
17. Alcura Health España, S.A.
18. Alcura UK Limited
19. Alliance Boots BV
20. Alliance Boots Schweiz Investments GmbH
21. Alliance Health Services, Inc.
22. Alliance Healthcare (Distribution) Limited
23. Alliance Healthcare Acores (f/k/a Proconfar, S.A.)
24. Alliance Healthcare Ecza Deposu Anonim Şirketi
25. Alliance Healthcare España Holdings, S.L.
26. Alliance Healthcare España S.A.
27. Alliance Healthcare France SA
28. Alliance Healthcare Group France SA
29. Alliance Healthcare Management Services (Nederland) B.V.
30. Alliance Healthcare Management Services Limited
31. Alliance Healthcare Nederland B.V.
32. Alliance Healthcare Norge AS
33. Alliance Healthcare Participações SGPS, unipessoal, Lda.
34. Alliance Healthcare Répartition
35. Alliance Healthcare Romania SRL
36. Alliance Healthcare S.A.
37. Alliance Healthcare s.r.o.
38. Alliance Healthcare s.r.o. Slovakia Branch
39. Alliance Healthcare Services France (f/k/a Alliance Healthcare Formation SAS)
40. Alliance Healthcare Technology Services Limited
41. Alliance Healthcare Turkey Holding A.S.
42. Alliance Healthcare Yatirim Holding Anonim Şirketi
43. Alliance Home Health Care, Inc.
44. Alliance UniChem IP Limited
45. Alloga (Nederland) B.V.
46. Alloga France SAS
47. Alloga Logifarma, S.A.
48. Alloga Logistica (España) S.L.
49. ALLOGA LOGISTICS ROMANIA SRL
50. Alloga Portugal - Armazenagem e Distribuicao Farmaceutica, Lda
51. Alloga UK Limited
52. AllyDVM, Inc.
53. Almus Farmaceutica, S.A.
54. Almus France
55. Almus Pharmaceuticals Limited
56. Almus, Lda.
57. Alphega SA
58. Ambulatory Pharmaceutical Services, Inc.
59. American Medical Distributors, Inc.
60. American Oncology Network, LLC
61. Amerisource Health Services Corporation
62. Amerisource Health Services, LLC
63. Amerisource Health Services, LLC d/b/a American Health Packaging
64. Amerisource Heritage Corporation
65. AmeriSource Heritage LLC
66. Amerisource Receivables Financial Corporation
67. Amerisource Sales Corporation
68. AmerisourceBergen Associate Assistance Fund
69. AmerisourceBergen BC, ULC
70. AmerisourceBergen Canada Corporation
71. AmerisourceBergen Canada GP LLC
72. AmerisourceBergen Canada GP, LLC
73. AmerisourceBergen Canada Holdings LP
74. AmerisourceBergen Consulting Services, Inc.

FINAL AGREEMENT 3.25.22

75. AmerisourceBergen Consulting Services, LLC
76. AmerisourceBergen Corporation
77. AmerisourceBergen Drug Corporation
78. AmerisourceBergen Foundation
79. AmerisourceBergen Global Holdings GmbH
80. AmerisourceBergen Global Investments S.a.r.l.
81. AmerisourceBergen Global Manufacturer Services GmbH
82. AmerisourceBergen Group GmbH
83. AmerisourceBergen Holding Corporation
84. AmerisourceBergen Integrated Services Offering, LLC
85. AmerisourceBergen International Holdings Inc.
86. AmerisourceBergen International Investments, LLC
87. AmerisourceBergen Luxembourg s.a.r.l.
88. AmerisourceBergen Services Corporation
89. AmerisourceBergen Sourcing, LLC
90. AmerisourceBergen Specialty Group Canada Corporation
91. AmerisourceBergen Specialty Group Canada Holdings, Inc.
92. AmerisourceBergen Specialty Group, Inc.
93. AmerisourceBergen Specialty Group, LLC
94. AmerisourceBergen Swiss Holdings GmbH
95. AmerisourceBergen Switzerland GmbH
96. AmerisourceBergen UK Holdings Ltd
97. Anderson Packaging, Inc.
98. AndersonBrecon Inc.
99. Animal Prescriptions Limited
100. Animalytix LLC
101. Apluspharma Ltd
102. Apotheek Hagi B.V.
103. Apotheek Lichtenvoorde B.V.
104. APS Acquisitions Corporation
105. APS Enterprises Holding Company, Inc.
106. Armila UAB
107. ASD Hemophilia Management, LLC
108. ASD Hemophilia Program, L.P.
109. ASD Specialty Healthcare, Inc.
110. ASD Specialty Healthcare, LLC
111. ASD Specialty Healthcare, LLC d/b/a ASD Healthcare
112. ASD Specialty Healthcare, LLC d/b/a Besse Medical
113. ASD Specialty Healthcare, LLC d/b/a Oncology Supply
114. Automed Technologies (Canada) Inc.

115. Automed Technologies (Canada) ULC
116. Automed Technologies, Inc.
117. BBC Laboratories
118. BBC Operating Sub, Inc.
119. BBC Packing Corporation
120. BBC Special Packaging, Inc.
121. BBC Transportation Co.
122. Beachcourse Limited
123. Bellco Drug Corp.
124. Bellco Health Corp.
125. Bergen Brunswig Corporation
126. Bergen Brunswig Drug Company
127. Bergen Brunswig Realty Services, Inc.
128. Bermuda Equity Holdings, Ltd.
129. Beverly Acquisition Corporation
130. Blue Hill II, Inc.
131. Blue Hill, Inc.
132. BluePoint Intellectual Property, LLC
133. Boots Nederland B.V.
134. Boots Norge AS
135. BP Pharmaceuticals Laboratories Unlimited Company
136. BPL Brasil Participacoes Ltda.
137. BPL Brazil Holding Company s.a.r.l.
138. BPL Brazil, LLC
139. BPL Group, LLC
140. BPL Pharmaceuticals Holding Unlimited Company
141. BPLH Ireland Company Dublin, Zug Branch
142. BPLH Ireland Unlimited Company
143. Brecon Holdings Limited
144. Brecon Pharmaceuticals Holdings Limited
145. Brecon Pharmaceuticals Limited
146. Bridge Medical, Inc.
147. Brownstone Pharmacy, Inc.
148. Bruin Acquisition Corp.
149. Burt's Pharmacy, LLC
150. Cameron Stewart Lifescience Canada Inc.
151. Cannes RJ Participacoes S.A.
152. Capstone Med, Inc.
153. Capstone Pharmacy of Delaware, Inc.
154. CDRF Parent LLC
155. CDRF Parent, Inc.
156. Centaur Services Limited
157. Centro Farmaceutico Asturiano, SA
158. Century Advertising Inc.
159. Chapin Drug Company
160. Choice Medical, Inc.
161. Clinical Outcomes Resource Application Corporation
162. Clinical Outcomes Resource Application, Inc.

163. CliniCare Concepts, Inc.
164. ClinPharm, L.L.C.
165. Committed Provider Services, LLC
166. Compuscript, Inc.
167. Computran Systems, Inc.
168. Corrections Pharmacies Licensing Company, L.L.C.
169. Corrections Pharmacies of California, LP
170. Corrections Pharmacies of Hawaii, LP
171. Corrections Pharmacies, L.L.C.
172. Cubex, LLC
173. Datapharm Sarl
174. DD Wholesale, Inc.
175. Dialysis Purchasing Alliance, Inc.
176. Directlog
177. Documedics Acquisition Co., Inc.
178. Drug Service, Inc.
179. Dunnington Drug, Inc.
180. Dunnington RX Services of Massachusetts, Inc.
181. Dunnington RX Services of Rhode Island, Inc.
182. Durr-Fillauer Medical, Inc.
183. Durvet, Inc.
184. Dymaxium Healthcare Innovations, Ltd.
185. Dymaxium Holdings, Ltd.
186. Dymaxium, Ltd.
187. Entel d.o.o.
188. Escalante Solutions, L.P.
189. Esko Itriyat Sanayi ve Ticaret Anonim Şirketi
190. Euro Registratie Collectief B.V.
191. European Physician Networks GmbH
192. Express Pharmacy Services, Inc.
193. Falcon Acquisition Sub, LLC
194. Family Center Pharmacy, Inc.
195. Feeders Advantage, LCC
196. General Drug Company
197. Goot Nursing Home Pharmacy, Inc.
198. Goot Westbridge Pharmacy, Inc.
199. Goot's Goodies, Inc.
200. Goot's Pharmacy & Orthopedic Supply, Inc.
201. Green Barn, Inc
202. H. D. Smith Holding Company
203. H. D. Smith Holdings, LLC
204. H. D. Smith Wholesale Drug Co.
205. H. D. Smith, LLC
206. HAI Acquisition, Inc.
207. HDS Solutions, LLC
208. Health Services Capital Corporation
209. Healthcare Prescription Services, Inc.
210. HealthForward Inc.
211. HealthQuest Partner II, L.P.
212. HealthTronics Data Solutions LLC
213. HealthTronics Data Solutions, LLC
214. HealthTronics Information Technology Solutions, Inc.
215. Hedef International Holdings BV
216. Home Medical Equipment Health Company
217. Hydra Pharm SPA
218. I.g.G. of America, Inc.
219. IHS Acquisition XXX, Inc.
220. Imedex, Inc.
221. Imedex, LLC
222. Independent Pharmacy Buying Group, Inc.
223. Innomar Pharmacy (BC) Inc.
224. Innomar Pharmacy (SK) Inc.
225. Innomar Pharmacy Inc.
226. Innomar Specialty Pharmacy, Inc.
227. Innomar Strategies Inc.
228. Innovation Cancer, Inc.
229. Insta-Care Holdings, Inc.
230. Insta-Care Pharmacy Services Corporation
231. Intake Initiatives Incorporated
232. IntegraConnect NewCo, LLC
233. Integrated Commercialization Solutions, Inc.
234. Integrated Commercialization Solutions, LLC
235. Integrated Health Systems Outcomes Coalition, LLC
236. Inteplex, Inc.
237. Interfill, LLC
238. International Oncology Network Solutions, Inc.
239. International Physician Networks, L.L.C.
240. International Rheumatology Network, L.L.C.
241. IntrinsiQ Holdings, Inc.
242. IntrinsiQ Specialty Solutions, Inc.
243. IntrinsiQ Tendler, Inc.
244. IntrinsiQ, LLC
245. J.M. Blanco, Inc.
246. James Brudnick Company, Inc.
247. K/S Instrument Corp.
248. KRP Investments, Inc.
249. Labpak Limited
250. LAD Drug Corporation
251. Leading Educational Research Network, LLC
252. Lexicon Pharmacy Services, L.L.C.
253. Liberty Acquisition Corp.
254. Libra C.V.
255. Los Angeles Drug Corporation
256. M.D.P. Properties, Inc.
257. Managed Care Network, Inc.
258. Marshall Reinardy LLC

259. Medical Health Industries, Inc.
260. Medical Initiatives, Inc.
261. Medidyne Corp.
262. Medselect Inc.
263. Memorial Pet Care, Inc.
264. Micro Technologies Canada Inc.
265. MWI Buying Group Limited (formerly St. Francis Limited)
266. MWI Supply (UK Acquisition) Limited
267. MWI Supply (UK Holdings) Limited
268. MWI Supply (UK) Limited
269. MWI Veterinary Supply Co.
270. MWI Veterinary Supply, Inc.
271. Nareks Ecza Deposu Ticaret Anonim Şirketi
272. Network for Medical Communication & Research Analytics, LLC
273. New Jersey Medical Corporation
274. Nexiapharma, SL
275. NMCR Holdings, Inc.
276. NMCR-Europe, LLC
277. Northeast Veterinary Supply Company, LLC
278. Oktal Pharma d.o.o
279. Oktal Pharma d.o.o
280. Oktal Pharma d.o.o [Zagreb]
281. Oktal Pharma d.o.o.
282. Oktal Pharma Hungary K.f.t.
283. Omni Med B, Inc.
284. OPH Oktal Pharma d.o.o
285. OTC Direct Limited
286. Paris Acquisition Corp.
287. Pharm Plus Acquisition, Inc.
288. Pharma One Corporation Limited
289. Pharmacy Corporation of America
290. Pharmacy Corporation of America - Massachusetts, Inc.
291. Pharmacy Healthcare Solutions, Ltd.
292. Pharmacy Review Services, Inc.
293. Pharmdata s.r.o.
294. PharMEDium Healthcare Corporation
295. PharMEDium Healthcare Holdings LLC
296. PharMEDium Healthcare Holdings, Inc.
297. PharMEDium Healthcare LLC
298. PharMEDium Pharmacy Services, LLC
299. PharMEDium R.E., LLC
300. PharMEDium Services, LLC
301. PharMerica Drug Systems, Inc.
302. PharMerica Technology Solutions, LLC
303. Pharmerica, Inc.
304. Pitango HealthTech Fund I, L.P.
305. Planet Software Limited
306. PMSI MSA Services, Inc.

307. PMSI, Inc.
308. PPSC USA, LLC
309. Premier Pharmacy, Inc.
310. Premier Source Diagnostics Inc.
311. Premier Source, LLC
312. Prescribe Wellness, LLC
313. Profarma Distribuidora de Produtos Farmaceuticos S.A.
314. Ramuneles Vaistine UAB
315. Reimbursement Education Network, LLC
316. Rightpak, Inc.
317. Rombro's Drug Center, Inc.
318. Roscoe Acquisition Corporation
319. S.R.P. (Services de la Répartition Pharmaceutique)
320. SecureDVM, LLC
321. Securos Europe GmbH
322. Silver Streak I, LLC
323. Skills in Healthcare France
324. Skills in Healthcare Pazarlama ve Tanitim Hizmetleri Anonim Şirketi
325. Skills in Healthcare Romania S.r.l.
326. Smart ID Works, LLC
327. Smith Medical Partners, LLC
328. Snipetjernveien 10 Norge AS
329. Solana Beach, Inc.
330. Southwest Pharmacies, Inc.
331. Southwestern Drug Corporation
332. SparkSense Analytics, Inc.
333. Specialty Advancement Network, LLC
334. Specialty Pharmacy of California, Inc.
335. Specialty Pharmacy, Inc.
336. Spielberg Acquisition Corp.
337. Spits B.V.
338. Stadt Solutions, LLC
339. Stephar B.V.
340. Strategic Pharmaceutical Solutions, Inc.
341. Swine Solutions Network, LLC
342. Taylor & Manno Asset Recovery, Inc.
343. Telepharmacy Solutions, Inc.
344. Terra-Lab d.o.o
345. The Allen Company
346. The Lash Group, Inc.
347. The Lash Group, LLC
348. TheraCom, L.L.C.
349. ThermoSecure Medical Equipment GmbH
350. TMESYS, Inc.
351. TrakCel Holding Company, Inc.
352. Trellis Healthcare Consulting, L.L.C.
353. Trellis Healthcare Consulting, LLC
354. True Blue Indemnity Company

J-4

355. United Company of Pharmacists SAE
356. Universal Packaging Systems, Inc.
357. US Bioservices Corporation
358. Valley Wholesale Drug Co., LLC
359. Value Apothecaries, Inc.
360. Vedco, Inc.
361. Vetbridge Animal Health, LLC
362. Vetbridge Product Development (NM-OMP) LLC
363. VetSpace Limited
364. VetSpace, Inc.
365. Vetswest Limited
366. W.C. International Limited
367. WBA Acquisitions Luxco 9 S.à.r.l.
368. Wight Nederland Holdco 2 B.V.
369. Wight Nederland Holdco 4 BV
370. WML, LLC
371. Woodglen Properties Limited
372. Woodglen Properties Limited Portugal Branch

373. World Courier (Aust) Pty. Ltd.
374. World Courier (Austria) GmbH
375. World Courier (Austria) GmbH – Serbia Branch
376. World Courier (Deutschland) GmbH
377. World Courier (Finland) Oy
378. World Courier (India) Private Limited
379. World Courier (Ireland) Limited
380. World Courier (Lithuania), UAB
381. World Courier (Malaysia) Sdn. Bhd.
382. World Courier (Norway) AS
383. World Courier (NZ) Limited
384. World Courier (Poland) Sp. Z.o.o.
385. World Courier (Shanghai) Co., Ltd Guangzhou Branch
386. World Courier (Shanghai) Co., Ltd.
387. World Courier (Shanghai) Co., Ltd., Beijing Branch
388. World Courier (Sweden) AB
389. World Courier (Switzerland) SA
390. World Courier (U.K.) Limited
391. World Courier Asia (Thailand) Co., Ltd.
392. World Courier Belgium s.a.
393. World Courier Bulgaria
394. World Courier Czech Republic s.r.o.
395. World Courier de Chile Limitada
396. World Courier de Colombia S.A.
397. World Courier de Espana, S.A.
398. World Courier de Mexico S.A. de C.V.
399. World Courier de Portugal, Lda.
400. World Courier de Uruguay S.A.

401. World Courier del Ecuador S.A.
402. World Courier del Peru S.A.
403. World Courier Denmark A/S
404. World Courier do Brasil Transportes Internacionais Ltda.
405. World Courier France S.A.R.L.
406. World Courier Ground (Europe) Limited
407. World Courier Ground, Inc.
408. World Courier Group Logistics, Inc.
409. World Courier Group S.a.r.l.
410. World Courier Group, Inc.
411. World Courier Group, Inc. Taiwan Branch
412. World Courier Hellas Limited Liability Company
413. World Courier Holland BV
414. World Courier Hong Kong Limited
415. World Courier Hungary Freight Forwarder and Service Provider Limited Liability Company
416. World Courier Israel Ltd.
417. World Courier Italia srl
418. World Courier K.K. Japan
419. World Courier Korea Co., Ltd.
420. World Courier Limited (Russia)
421. World Courier Logistics (Europe) Limited
422. World Courier Logistics (UK) Limited
423. World Courier Logistics, Inc.
424. World Courier Logistics, Inc. (DE)
425. World Courier Logistics, Inc. (NY)
426. World Courier Management Limited
427. World Courier Management, Inc.
428. World Courier of Canada Ltd
429. World Courier Operations Kenya Limited
430. World Courier Philippines – Representative Office
431. World Courier Romania S.R.L.
432. World Courier S.A.
433. World Courier Singapore Pte Ltd
434. World Courier Slovak Republic s.r.o.
435. World Courier South Africa (Proprietary) Limited
436. World Courier Tasimacilik ve Lojistik Hizmetleri Ticaret Limited Sirketi
437. World Courier Ukraine LLC
438. World Courier Venezuela, S.A.
439. World Courier Zagreb d.o.o.
440. World Courier, Inc.
441. World Courier, kurirske storitve,d.o.o.
442. World Customs Brokerage, Inc.
443. Xcenda (UK) Limited
444. Xcenda GmbH

445. Xcenda Switzerland GmbH

446. Xcenda, L.L.C.

447. ZU Vase Zdravije

FINAL AGREEMENT 3.25.22

## **Cardinal**

1. A+ Secure Packaging, LLC
2. Abilene Nuclear, LLC
3. Access Closure, Inc.
4. Acuity GPO, LLC
5. Aero-Med, Ltd.
6. Allegiance (BVI) Holding Co. Ltd.
7. Allegiance Corporation
8. Allegiance Healthcare (Labuan) Pte. Ltd.
9. Allegiance I, LLC
10. Allegiance Labuan Holdings Pte. Ltd.
11. API (Suppliers) Limited
12. AssuraMed Acquisition Corp.
13. AssuraMed Group, Inc.
14. AssuraMed Holding, Inc.
15. AssuraMed Intermediate Holding, Inc.
16. AssuraMed, Inc.
17. C. International, Inc.
18. Cardinal Distribution Holding Corporation - I
19. Cardinal Distribution Holding Corporation - II
20. Cardinal Health 100, Inc.
21. Cardinal Health 104 LP
22. Cardinal Health 105, Inc.
23. Cardinal Health 107, LLC
24. Cardinal Health 108, LLC
25. Cardinal Health 110, LLC
26. Cardinal Health 112, LLC
27. Cardinal Health 113, LLC
28. Cardinal Health 114, Inc.
29. Cardinal Health 115, LLC
30. Cardinal Health 116, LLC
31. Cardinal Health 118, LLC
32. Cardinal Health 119, LLC
33. Cardinal Health 121, LLC
34. Cardinal Health 122, LLC
35. Cardinal Health 123, LLC
36. Cardinal Health 124, LLC
37. Cardinal Health 125, LLC
38. Cardinal Health 126, LLC
39. Cardinal Health 127, Inc.
40. Cardinal Health 128, LLC
41. Cardinal Health 130, LLC
42. Cardinal Health 131, LLC
43. Cardinal Health 132, LLC
44. Cardinal Health 133, Inc.
45. Cardinal Health 2, LLC
46. Cardinal Health 200, LLC
47. Cardinal Health 201 Canada L.P.
48. Cardinal Health 201, Inc.
49. Cardinal Health 215, LLC
50. Cardinal Health 222 (Thailand) Ltd.
51. Cardinal Health 242, LLC
52. Cardinal Health 246, Inc.
53. Cardinal Health 247, Inc.
54. Cardinal Health 249, LLC
55. Cardinal Health 250 Dutch C.V.
56. Cardinal Health 251, LLC
57. Cardinal Health 252, LLC
58. Cardinal Health 253, LP
59. Cardinal Health 3, LLC
60. Cardinal Health 414, LLC
61. Cardinal Health 418, Inc.
62. Cardinal Health 5, LLC
63. Cardinal Health 500, LLC
64. Cardinal Health 524, LLC
65. Cardinal Health 529, LLC
66. Cardinal Health 6, LLC
67. Cardinal Health 7, LLC
68. Cardinal Health 8, LLC
69. Cardinal Health Australia 503 Pty Ltd.
70. Cardinal Health Austria 504 GmbH
71. Cardinal Health Belgium 505 BVBA
72. Cardinal Health Canada Holdings Cooperatie U.A.
73. Cardinal Health Canada Inc.
74. Cardinal Health Capital Corporation
75. Cardinal Health Cardiology Solutions, LLC
76. Cardinal Health Chile Limitada
77. Cardinal Health Colombia S.A.S.
78. Cardinal Health Commercial Technologies, LLC
79. Cardinal Health Corporate Solutions, LLC
80. Cardinal Health D.R. 203 II Ltd.
81. Cardinal Health Denmark ApS
82. Cardinal Health do Brasil Ltda.
83. Cardinal Health Finance
84. Cardinal Health Finland Oy
85. Cardinal Health Foundation
86. Cardinal Health France 506 SAS
87. Cardinal Health Funding, LLC
88. Cardinal Health Germany 507 GmbH
89. Cardinal Health Germany Manufacturing GmbH
90. Cardinal Health Holding International, Inc.
91. Cardinal Health International Philippines, Inc.
92. Cardinal Health IPS, LLC
93. Cardinal Health Ireland 419 Designated Activity Company
94. Cardinal Health Ireland 508 Limited

FINAL AGREEMENT 3.25.22

95. Cardinal Health Ireland Manufacturing Limited
96. Cardinal Health Ireland Unlimited Company
97. Cardinal Health Italy 509 S.r.l.
98. Cardinal Health Japan G.K.
99. Cardinal Health Korea Limited
100. Cardinal Health Luxembourg 420 S.a.r.l.
101. Cardinal Health Luxembourg 522 S.a.r.l.
102. Cardinal Health Malaysia 211 Sdn. Bhd.
103. Cardinal Health Malta 212 Limited
104. Cardinal Health Managed Care Services, LLC
105. Cardinal Health Medical Products India Private Limited
106. Cardinal Health Mexico 244 S. de R.L. de C.V.
107. Cardinal Health Mexico 514 S. de R.L. de C.V.
108. Cardinal Health Middle East FZ-LLC
109. Cardinal Health MPB, Inc.
110. Cardinal Health Napoleon Holding, LLC
111. Cardinal Health Netherlands 502 B.V.
112. Cardinal Health Netherlands 525 Cooperatie U.A.
113. Cardinal Health Netherlands 528 B.V.
114. Cardinal Health Norway AS
115. Cardinal Health P.R. 120, Inc.
116. Cardinal Health P.R. 218, Inc.
117. Cardinal Health P.R. 220, LLC
118. Cardinal Health P.R. 436, Inc.
119. Cardinal Health Panama, S. de R.L.
120. Cardinal Health Pharmaceutical Contracting, LLC
121. Cardinal Health Pharmacy Services, LLC
122. Cardinal Health Poland Spolka z ograniczona odpowiedzialnoscia
123. Cardinal Health Portugal 513, Unipessoal Lda.
124. Cardinal Health Russia
125. Cardinal Health Singapore 225 Pte. Ltd.
126. Cardinal Health Spain 511 S.L.
127. Cardinal Health Sweden 512 A.B.
128. Cardinal Health Switzerland 515, GmbH
129. Cardinal Health Systems, Inc.
130. Cardinal Health Technologies Switzerland GmbH
131. Cardinal Health Technologies, LLC
132. Cardinal Health U.K. 418 Limited
133. Cardinal Health U.K. 432 Limited
134. Cardinal Health U.K. Holding Limited
135. Cardinal Health U.K. International Holding LLP
136. Cardinal Health, Inc.
137. Cardinal MED Equipment Consulting (Shanghai) Co., Ltd.
138. Cirpro de Delicias S.A. de C.V.
139. Clinic Pharmacies III, LLC
140. Clinic Pharmacies, LLC
141. Community Pharmacy Enterprises, LLC
142. Convertors de Mexico S.A. de C.V.
143. Cordis (Shanghai) MED Devices Co., Ltd.
144. Cordis Cashel Unlimited Company
145. Cordis Corporation
146. Cornerstone Rheumatology LP
147. Covidien Manufacturing Solutions, S.A.
148. Dutch American Manufacturers II (D.A.M. II) B.V.
149. Ellipticare, LLC
150. EPIC Insurance Company
151. Especialidades Medicas Kenmex S.A. de C.V.
152. Experience East, LLC
153. Flexible Stenting Solutions, Inc.
154. Frog Horned Capital, Inc.
155. Generic Drug Holdings, Inc.
156. GetOutcomes, LLC
157. Griffin Capital, LLC
158. HDG Acquisition, Inc.
159. imgRx Healdsburg, Inc.
160. imgRx Salud, Inc.
161. imgRx SJ Valley, Inc.
162. imgRx SLO, Inc.
163. imgRx Sonoma, Inc.
164. InnerDyne Holdings, Inc.
165. Innovative Therapies, Inc.
166. Instant Diagnostic Systems, Inc.
167. InteCardia-Tennessee East Catheterization, LLC
168. ITI Sales, LLC
169. Kendall-Gammatron Limited
170. Killilea Development Company, Ltd.
171. Kinray I, LLC
172. KPR Australia Pty. Ltd.
173. KPR Switzerland Sales GmbH
174. KPR U.S., LLC
175. Leader Drugstores, Inc.
176. Ludlow Technical Products Canada, Ltd.
177. Marin Apothecaries
178. Medicap Pharmacies Incorporated
179. Medicine Shoppe Capital Corporation
180. Medicine Shoppe International, Inc.
181. Medicine Shoppe Internet, Inc.
182. Mediquip Sdn. Bhd.
183. Mirixa Corporation

FINAL AGREEMENT 3.25.22

184. MosaicGPO, LLC
185. mscripts Holdings, LLC
186. mscripts Systems India Private Limited
187. mscripts, LLC
188. Nippon Covidien Ltd.
189. One Cloverleaf, LLC
190. Outcomes Incorporated
191. Owen Shared Services, Inc.
192. Pharmacy Operations Of New York, Inc.
193. Pharmacy Operations, Inc.
194. Physicians Purchasing, Inc.
195. Pinnacle Intellectual Property Services, Inc.
196. Pinnacle Intellectual Property Services-International, Inc.
197. Quiroproductos de Cuauhtemoc S. de R.L. de C.V.
198. RainTree Administrative Services, LLC
199. RainTree Care Management, LLC
200. RainTree GPO, LLC
201. Ransdell Surgical, Inc.
202. Red Oak Sourcing, LLC
203. Renal Purchasing Group, LLC
204. RGH Enterprises, Inc.
205. RT Oncology Services Corporation
206. Rxealtime, Inc.
207. Sierra Radiopharmacy, L.L.C.
208. Sonexus Health Access & Patient Support, LLC
209. Sonexus Health Distribution Services, LLC
210. Sonexus Health Financial Solutions, LLC
211. Sonexus Health Pharmacy Services, LLC
212. Sonexus Health, LLC
213. TelePharm, LLC
214. The Harvard Drug Group, L.L.C.
215. Tianjin ITI Trading Company
216. Tradex International, Inc.
217. Traverse GPO, LLC
218. Wavemark Lebanon Offshore s.a.l.
219. Wavemark, Inc.
220. Red Oak Sourcing, LLC
221. API (Suppliers) Limited
222. Sierra Radiopharmacy, L.L.C.
223. Abilene Nuclear, LLC
224. InteCardia-Tennessee East Catheterization, LLC
225. Kendall-Gammatron Limited
226. Almus Pharmaceuticals USA LLC
227. Cardinal Health (H.K.) Co. Limited
228. Cardinal Health (Shanghai) Pharmaceutical Co., Ltd.

229. Cardinal Health (Sichuan) Pharmaceutical Co., Ltd.
230. Cardinal Health (Wuxi) Pharmaceutical Co., Ltd.
231. Cardinal Health Hedan (Shenzhen) Pharmaceutical Co., Ltd.
232. Dalian Zhongda Pharmaceutical Company Limited
233. NaviHealth Holdings, LLC
234. Parch, L.L.C.
235. 6464661 Canada Inc.
236. Academy Of Managed Care Medicine, L.L.C.
237. Alaris Medical 1 (Suisse) Sarl
238. Alaris Medical New Zealand Limited
239. Allegiance Healthcare International GmbH
240. Allegiance Pro Inc.
241. Allied Healthcare Services, Inc.
242. Almus Pharmaceuticals Singapore Pte. Ltd.
243. Almus Pharmaceuticals USA LLC
244. American Threshold Industries, Inc.
245. Anoka, LLC
246. ARCH Collection Corporation
247. ARCH, S.A.
248. Armand Scott, LLC
249. Aurum Pharmaceuticals Limited
250. Behrens Inc.
251. Beijing Baiji Advanced Specialty Company Limited
252. Bellwether Oncology Alliance, Inc.
253. Bentley Merger Sub, LLC
254. Bindley Western Funding Corporation
255. Bindley Western Industries II Of Maine, Inc.
256. Biosigna GmbH Institut für Biosignalverarbeitung und Systemanalyse
257. Bird Products (Japan) Ltd.
258. Bird Products Corporation
259. Brighton Capital, Inc.
260. Buffalo Merger Corp.
261. BW Transportation Services, Inc.
262. Cardal II, LLC
263. Cardal, Inc.
264. Cardinal Florida, Inc.
265. Cardinal Health (Beijing) China Pharmaceutical Co., Ltd.
266. Cardinal Health (Beijing) Medical Trading Co., Ltd.
267. Cardinal Health (Beijing) Pharmacy Co., Ltd.
268. Cardinal Health (Chengdu) Pharmacy Co., Ltd.
269. Cardinal Health (China) Investment Co., Ltd.

270. Cardinal Health (Chongqing) Pharmaceutical Co., Ltd.
271. Cardinal Health (Chongqing) Pharmacy Co., Ltd.
272. Cardinal Health (H.K.) Co. Limited
273. Cardinal Health (Hubei) Pharmaceutical Co., Ltd.
274. Cardinal Health (L) Co., Ltd.
275. Cardinal Health (Liaoning) Pharmaceutical Co., Ltd.
276. Cardinal Health (P02296)
277. Cardinal Health (P04080)
278. Cardinal Health (Shanghai) Commercial and Trading Company Limited
279. Cardinal Health (Shanghai) Cosmetics Trading Co., Ltd.
280. Cardinal Health (Shanghai) Logistics Co., Ltd.
281. Cardinal Health (Shanghai) Pharmaceutical Co., Ltd.
282. Cardinal Health (Shanghai) Pharmacy Co., Ltd.
283. Cardinal Health (Shanxi) Pharmaceutical Co., Ltd.
284. Cardinal Health (Shenyang) Pharmacy Co., Ltd.
285. Cardinal Health (Sichuan) Pharmaceutical Co., Ltd.
286. Cardinal Health (Tianjin) Pharmaceutical Co., Ltd.
287. Cardinal Health (Wuxi) Pharmaceutical Co., Ltd.
288. Cardinal Health (WuXi) Pharmacy Co., Ltd.
289. Cardinal Health (Zhejiang) Pharmaceutical Co., Ltd.
290. Cardinal Health 101, Inc.
291. Cardinal Health 102, Inc.
292. Cardinal Health 103, Inc.
293. Cardinal Health 106, Inc.
294. Cardinal Health 109, Inc.
295. Cardinal Health 111, LLC
296. Cardinal Health 113, LLC
297. Cardinal Health 117, LLC
298. Cardinal Health 129, Inc.
299. Cardinal Health 208, Inc.
300. Cardinal Health 301, LLC
301. Cardinal Health 400, Inc.
302. Cardinal Health 401, Inc.
303. Cardinal Health 402, Inc.
304. Cardinal Health 403, Inc.
305. Cardinal Health 404, Inc.
306. Cardinal Health 405, Inc.
307. Cardinal Health 406, Inc.
308. Cardinal Health 406, LLC
309. Cardinal Health 407, Inc.
310. Cardinal Health 408, Inc.
311. Cardinal Health 409, Inc.
312. Cardinal Health 410, Inc.
313. Cardinal Health 411, Inc.
314. Cardinal Health 412, Inc.
315. Cardinal Health 413, Inc.
316. Cardinal Health 415, Inc.
317. Cardinal Health 416, Inc.
318. Cardinal Health 417, Inc.
319. Cardinal Health 419, LLC
320. Cardinal Health 420, LLC
321. Cardinal Health 421 Limited Partnership
322. Cardinal Health 421, Inc.
323. Cardinal Health 422, Inc.
324. Cardinal Health 501 Dutch C.V.
325. Cardinal Health Austria 201 GmbH
326. Cardinal Health Bermuda 224, Ltd.
327. Cardinal Health Brasil 423 Servicos Farmaceuticos Nucleares Ltda
328. Cardinal Health Canada 204, Inc.
329. Cardinal Health Canada 301, Inc.
330. Cardinal Health Canada 302, Inc.
331. Cardinal Health Canada 307, ULC
332. Cardinal Health Canada 403, Inc.
333. Cardinal Health Canada 437, Inc.
334. Cardinal Health Canada Inc.
335. Cardinal Health Canada LP
336. Cardinal Health Cayman Islands Holding Co. Ltd
337. Cardinal Health Cayman Islands Ltd.
338. Cardinal Health China Co., Ltd.
339. Cardinal Health D.R. 203 Limited
340. Cardinal Health Europe IT GmbH
341. Cardinal Health France 205 SAS
342. Cardinal Health France 309 SAS
343. Cardinal Health Germany 206 GmbH
344. Cardinal Health Germany 234 GmbH
345. Cardinal Health Germany 318 GmbH
346. Cardinal Health Hedan (Shenzhen) Pharmaceutical Co., Ltd.
347. Cardinal Health Hong Kong Limited
348. Cardinal Health I, Inc.
349. Cardinal Health Imaging, LLC
350. Cardinal Health India Private Limited
351. Cardinal Health International Ventures, Ltd.
352. Cardinal Health Ireland 406 Ltd.

353. Cardinal Health Ireland 527 General Partnership
354. Cardinal Health Italy 208 S.r.l.
355. Cardinal Health Italy 312 S.p.A.
356. Cardinal Health Lease Funding 2002A, LLC
357. Cardinal Health Lease Funding 2002AQ, LLC
358. Cardinal Health Lease Funding 2003A, LLC
359. Cardinal Health Lease Funding 2003AQ, LLC
360. Cardinal Health Lease Funding 2003B, LLC
361. Cardinal Health Lease Funding 2003BQ, LLC
362. Cardinal Health Lease Funding 2004A, LLC
363. Cardinal Health Lease Funding 2004AQ, LLC
364. Cardinal Health Luxembourg 523 S.a.r.l.
365. Cardinal Health Mauritius Holding 226 Ltd.
366. Cardinal Health Mexico 213, S.A. de C.V.
367. Cardinal Health Netherlands 238 BV
368. Cardinal Health Netherlands 526 B.V.
369. Cardinal Health Netherlands Financing C.V.
370. Cardinal Health Netherlands Holding B.V.
371. Cardinal Health New Zealand 313 Limited
372. Cardinal Health Norway 315 A/S
373. Cardinal Health P.R. 227, Inc.
374. Cardinal Health P.R. 409 B.V.
375. Cardinal Health PTS, Inc.
376. Cardinal Health PTS, LLC
377. Cardinal Health S.A. 319 (Proprietary) Limited
378. Cardinal Health Singapore 304
379. Cardinal Health Singapore 423 Pte. Ltd.
380. Cardinal Health Spain 219 S.L.U.
381. Cardinal Health Spain 239 SA
382. Cardinal Health Specialty Pharmacy, LLC
383. Cardinal Health Sweden 220 AB
384. Cardinal Health Sweden 314 AB
385. Cardinal Health Switzerland 221 Sarl
386. Cardinal Health Switzerland 317 Sarl
387. Cardinal Health Trading (Shanghai) Co., Ltd.
388. Cardinal Health U.K. 100 Limited
389. Cardinal Health U.K. 101 Limited
390. Cardinal Health U.K. 102 Limited
391. Cardinal Health U.K. 103 Limited
392. Cardinal Health U.K. 104 Limited
393. Cardinal Health U.K. 105 Limited
394. Cardinal Health U.K. 106 Limited
395. Cardinal Health U.K. 223 Limited
396. Cardinal Health U.K. 232 Limited
397. Cardinal Health U.K. 235 Limited
398. Cardinal Health U.K. 236 Limited
399. Cardinal Health U.K. 240 Limited
400. Cardinal Health U.K. 305 Limited
401. Cardinal Health U.K. 306 Limited
402. Cardinal Health U.K. 433 Limited
403. Cardinal Health U.K. 434 Limited
404. Cardinal Syracuse, Inc.
405. Cardinal.Com Holdings, Inc.
406. Care Fusion Development Private Limited
407. Care Fusion Incorporated
408. CareFusion 202, Inc.
409. CareFusion 203, Inc.
410. CareFusion 205, Inc.
411. CareFusion 206, Inc.
412. CareFusion 207, Inc.
413. CareFusion 209, Inc.
414. CareFusion 210, Inc.
415. CareFusion 211, Inc.
416. CareFusion 212, LLC
417. CareFusion 213, LLC
418. CareFusion 214, LLC
419. CareFusion 2200, Inc.
420. CareFusion 2201, Inc.
421. CareFusion 302, LLC
422. CareFusion 303, Inc.
423. CareFusion 304, Inc.
424. CareFusion Australia 200 Pty Ltd.
425. CareFusion Australia 316 Pty Limited
426. CareFusion Australia 500 Pty Ltd
427. CareFusion Belgium 202 BVBA
428. CareFusion Brasil 231 Servico e Comercia de Productos Medicos Ltda
429. CareFusion Corporation
430. CareFusion EIT, LLC
431. CareFusion Iberia 308 S.L.U.
432. CareFusion Italy 237 Srl
433. CareFusion Italy 311 Srl
434. CareFusion Japan 228 K.K.
435. CareFusion Japan 233, Inc.
436. CareFusion Luxembourg 501 Sarl
437. CareFusion Manufacturing Ireland 241 Limited
438. CareFusion Manufacturing, LLC
439. CareFusion Netherlands 214 B.V.
440. CareFusion Netherlands 238 BV
441. CareFusion Netherlands 310 B.V.
442. CareFusion Netherlands 503 B.V.
443. CareFusion New Zealand 217 Limited
444. CareFusion New Zealand 313 Limited
445. CareFusion Resources, LLC
446. CareFusion Singapore 243 Pte. Ltd.
447. CareFusion Solutions, LLC
448. CareFusion U.K. 284 Limited
449. CareFusion U.K. 286 Limited
450. CareFusion U.K. 287 Limited

FINAL AGREEMENT 3.25.22

451. CareFusion U.K. 288 Limited
452. Cascade Development, Inc.
453. CCB, Inc.
454. CDI Investments, Inc.
455. Centralia Pharmacy, Inc.
456. Centricity, LLC
457. Chapman Drug Company
458. Chengdu Baiji Advanced Specialty Pharmacy Company Limited
459. Cheshire Merger Sub, Inc.
460. CMI Net, Inc.
461. College Park Plaza Associates, Inc.
462. Comprehensive Medical Imaging-Anaheim Hills, Inc.
463. Comprehensive Medical Imaging-Apple Valley, Inc.
464. Comprehensive Medical Imaging-Boynton Beach, Inc.
465. Comprehensive Medical Imaging-Downey, Inc.
466. Comprehensive Medical Imaging-Encino, Inc.
467. Comprehensive Medical Imaging-Fort Lauderdale, Inc.
468. Comprehensive Medical Imaging-Fremont, Inc.
469. Comprehensive Medical Imaging-Hesperia, Inc.
470. Comprehensive Medical Imaging-Huntington Beach, Inc.
471. Comprehensive Medical Imaging-Palm Springs, Inc.
472. Comprehensive Medical Imaging-Rancho Cucamonga, Inc.
473. Comprehensive Medical Imaging-Rancho Mirage, Inc.
474. Comprehensive Medical Imaging-Salisbury, Inc.
475. Comprehensive Medical Imaging-Sherman Oaks, Inc.
476. Comprehensive Medical Imaging-Tempe, Inc.
477. Comprehensive Medical Imaging-Van Nuys, Inc.
478. Comprehensive Medical Imaging-Victorville, Inc.
479. Comprehensive Medical Imaging-Westlake Village, Inc.
480. Comprehensive Open MRI-Carmichael, Inc.
481. Comprehensive Open MRI-Folsom, Inc.
482. Comprehensive Open MRI-Fullerton, Inc.
483. Comprehensive Open MRI-Laguna Hills, Inc.
484. Comprehensive Open MRI-Sacramento, Inc.

485. Comprehensive Reimbursement Consultants, Inc.
486. Consumer2patient, LLC
487. CR Medicap, Inc.
488. Curaspan Health Group, Inc.
489. Cytokine Pharmasciences, Inc.
490. Dalian Zhongda Pharmaceutical Company Limited
491. Daniels Pharmaceuticals Limited
492. DC Merger Corp
493. Denver Biomedical, Inc.
494. Desert PET, LLC
495. Dik Drug Company, LLC
496. Dik Medical Supplies, LLC
497. Discor Limited
498. Dismed Inc.
499. Dohmen Distribution Partners Southeast, L.L.C.
500. Dover Communications, LLC
501. Duquoin Pharmacy, Inc.
502. Dutch American Manufacturers (D.A.M.) B.V.
503. East Iowa Pharmacies, Inc.
504. EGIS Holdings, Inc.
505. Eldon Laboratories Limited
506. Ellicott Drug Company
507. EME Medical, Inc.
508. Enturia Canada ULC
509. Enturia de Mexico S. de R.L. de C.V.
510. Enturia Limited
511. Enturican, Inc.
512. EON Media Inc.
513. Eureka Merger Sub, Inc.
514. European Pharmaceuticals Group Ltd.
515. First Choice, Inc. Of Maine
516. Flower Merger Corp.
517. Futuremed Health Care Products Limited Partnership
518. Futuremed Healthcare Products Corporation
519. Futuremed Holdings General Partner Inc.
520. Fuzhou Baiji Pharmacy Company Limited
521. Gala Design, Inc.
522. Gelatin Products International, Inc.
523. Geodax Technology, Inc.
524. Glacier Corporation
525. Grand Avenue Pharmacy, Inc.
526. Graphic Holdings, Inc.
527. Griffin Group Document Management Services, Inc.

FINAL AGREEMENT 3.25.22

528. Guangzhou Baiji Advanced Specialty Pharmaceutical Chain Stores Company Limited
529. Guangzhou Baiji Drug Store Company Limited
530. Guangzhou City Kangwei Information Technology Company Limited
531. Guangzhou Ruixun Pharmaceutical Company Limited
532. Guizhou Yibai Medical Co., Ltd.
533. Hangzhou Baiji Advanced Specialty Drug Store Company Limited
534. Heartland Diagnostic Services, Inc.
535. HLS Advantage, LLC
536. Homecare (North-West) Limited
537. Humiston-Keeling, Inc.
538. IMI Of Boca Raton, Inc.
539. IMI Of Miami, Inc.
540. IMI Of North Miami Beach, Inc.
541. Inland Empire Regional Pet Center, LLC
542. InnerDyne, Inc.
543. Inpharm Nationwide Limited
544. InteCardia-Tennessee East Diagnostic, LLC
545. Intercare Holdings Limited
546. Intercare Investments Limited
547. Intercare Properties Plc
548. Iowa Falls Pharmacy, Inc.
549. IVAC Overseas Holdings LP
550. JakaMed AB AB
551. Jinan Baiji Drug Store Company Limited
552. JRG, Ltd.
553. Kendall Patient Recovery BVBA
554. Kinetic Surgical, LLC
555. Kinray, Inc.
556. Kinray, LLC
557. KPR Italia S.r.l.
558. KPR U.S., Inc.
559. Kunming Baiji Advanced Specialty Pharmacy Company Limited
560. Lake Charles Pharmaceutical Supply Company, LLC
561. Liaoning Longda Pharmaceutical Co., Ltd.
562. Liberty Communications Network, LLC
563. Ludlow Technical Products Corporation
564. Macarthy Group Trustees Limited
565. Macarthys Laboratories Limited
566. Macarthy's Limited
567. Marmac Distributors, Inc.
568. Martindale Pharma GmbH
569. Martindale Pharmaceuticals Limited
570. Medcon S.A.
571. MedEd Resources, LLC
572. Medesta Associates, LLC
573. Medical Concepts Development, Inc.
574. Medical Diagnostic Leasing, Inc
575. Medical Education Systems, LLC
576. Medical Media Communications, LLC
577. Medical Strategies, Inc.
578. MediQual Systems, Inc.
579. Meditrol Automation Systems, Inc.
580. Meditrol, Inc.
581. MedMined, Inc.
582. Mercury Merger Sub, LLC
583. Mesa Merger Corp.
584. MicroGas Limited
585. MicroMedical Deutschland GmbH
586. Microport Healthcare, LLC
587. Midland Pharmacies, Inc
588. Mississippi Medical Supply Cooperative, L.L.C.
589. MRI Equipment Partners, Ltd.
590. Mudhen Merger Corp.
591. Multi-Medica S.A.
592. Multipharm Limited
593. Nanjing Baiji Advanced Specialty Drug Store Company Limited
594. Nanning Baiji Advanced Specialty Pharmacy Company Limited
595. Nationwide Ostomy Supplies Limited
596. Navigator Health, Inc.
597. NaviHealth Holdings, LLC
598. NaviHealth SM Holdings, Inc.
599. NaviHealth, Inc.
600. Nexus Healthcare, Inc.
601. Nitric Bio Therapeudics, Inc.
602. Northern Michigan Supply Alliance, L.L.C.
603. Ohio Valley-Clarksburg, Inc.
604. Oncology Holdings, Inc.
605. Onpointe Medical Communications, LLC
606. Oval (Shanghai) Technologies, Inc.
607. Oval Technologies (H.K.) Pty Limited
608. Owen Healthcare Building, Inc.
609. Pacific Surgical Innovations, Inc.
610. Panther Merger Sub II, Inc.
611. Panther Merger Sub, Inc.
612. Parch, L.L.C.
613. Parch, L.L.C. State File
614. ParMed Pharmaceuticals, LLC
615. PatientScribe Inc.
616. PCI Acquisition I, Inc.
617. PCI Acquisition II, Inc.
618. PCI Services Holdings, Inc.

FINAL AGREEMENT 3.25.22

619. PCI Services III, Inc.
620. PCI/Acquisition III, Inc.
621. PCI/All Pack Holdings, Inc.
622. PCI/Delvco, Inc. State File
623. PCI/Tri-Line (Usa), Inc.
624. Pharmaceutical & Diagnostic Services, LLC
625. Pharmacy Service Corporation
626. Phillipi Holdings, Inc.
627. PHR Staffing, Inc.
628. Post-Acute Care Center For Research, LLC
629. Practicome Solutions, LLC
630. Princeton Diagnostic Isotopes, Inc.
631. Priority Healthcare Services Corporation
632. Procedure-Based Instrument Services, L.L.C.
633. Productos Urologos de Mexico S.A. de C.V.
634. Professional Health-Care Resources, Inc.
635. Pyxis Capital Corporation
636. Pyxis Funding II, LLC
637. Pyxis Funding, LLC
638. R Cubed, Inc.
639. R. P. Scherer Hardcapsule (West)
640. R.P. Scherer Inc.
641. R.P. Scherer Technologies, Inc.
642. Radiopharmacy Of Boise, Inc.
643. Radiopharmacy Of Northern California, Inc.
644. Renlar Systems, Inc.
645. RightCare Solutions, Inc.
646. Royal Merger Sub, Inc.
647. Scela, Inc.
648. Scriptline, Inc.
649. SensorMedics (Deutschland) GmbH
650. SensorMedics Corporation
651. Shanghai Baiwei Drug Store Company Limited
652. Shanghai Cardinal Baiwei Drug Store Co., Ltd.
653. Shanghai Jinyi Health Management Consultation Co., Ltd.
654. Shanghai Luoda Pharmaceutical Company Limited
655. Shenzhen Zhengdan Investment Company Limited
656. Simolo (GL) Limited
657. Sistemas Medicos ALARIS S.A. de C.V.
658. Snowden Pencer Holdings, Inc.
659. Snowden Pencer, Inc.
660. Solomons Company
661. Source Medical Corporation
662. SRX, Inc.
663. Strategic Implications International, LLC
664. Supplyline Technologies Limited
665. Surgical Carepair, L.L.C.
666. Surgical Instrument Repair Service, L.L.C.
667. Syncor Belgium SPRL
668. Syncor Diagnostics Bakersfield, LLC
669. Syncor Diagnostics Dallas, LLC
670. Syncor Diagnostics Encino, LLC
671. Syncor Diagnostics Fullerton, LLC
672. Syncor Diagnostics Laguna Hills, LLC
673. Syncor Diagnostics Plano, LLC
674. Syncor Diagnostics Sacramento, LLC
675. Syncor Financing Corporation
676. Syncor Italy srl
677. The Enright Group, Inc.
678. The Heron Corporation
679. The LVC Corporation
680. Tianjin Cardinal Pharmacy Co., Ltd.
681. Toledo Pharmacy Company
682. Tropic Merger Sub, Inc.
683. UroMed, Inc.
684. VIASYS Healthcare Ireland Limited
685. VIASYS Healthcare Island EHF
686. VIASYS Healthcare S.A.R.L.
687. VIASYS Holdings Inc.
688. VIASYS NeuroCare France SAS
689. VIASYS Polymer Products LLC
690. Virginia Imaging Center, LLC
691. Virginia Merger Corporation
692. Vistant Corporation
693. Vistant Holdings, Inc.
694. Vubiq Inc.
695. Wenzhou Xinte Pharmaceutical Co., Ltd.
696. West Hudson, Inc.
697. West Texas Nuclear Pharmacy Partners
698. Wholesale (PI) Limited
699. Williams Drug Distributors, Inc.
700. Wolf Merger Corp.
701. Wrangler Acquisition Sub, Inc.
702. Wuhan Baiji New & Special Drug Store Company Limited
703. Xiamen Cardinal Baiwei Drug Store Co., Ltd.
704. Xi'an Baiji Advanced Specialty Pharmacy Company Limited
705. Yorkshire Pharmacy, Inc.

FINAL AGREEMENT 3.25.22

## McKesson

1. "Aewige" ärztliche Wirtschaftsgesellschaft m.b.H., HG Wien
2. "die apoteeke in teesdorf" Mag. pharm. Gerda Kohlhauser KG, LG Wiener Neustadt
3. "Esplanade-Apotheke" Mag. pharm. Anna-Maria Köck KG, Landesgericht Wels
4. "Panther Apotheke" Mag. pharm. Sandra Krokos KG, Landesgericht Graz
5. 10101 Woodloch Forest LLC
6. 2012 DREAM LIMITED, England
7. 28CVR LIMITED, England
8. 3068312 Nova Scotia ULC
9. 3069163 Nova Scotia Limited
10. 3069164 Nova Scotia Limited
11. 30MC LIMITED, England
12. 701985 N.B. INC.
13. A C FERGUSON (CHEMIST) LIMITED, England
14. A. SUTHRELL (HAULAGE) LIMITED, England
15. A.F.M. Bergamo S.p.A., Italy
16. A.L.I. Holdings LLC
17. A.L.I. Imaging Systems Corp.
18. A.L.I. Technologies (International) LLC
19. AAH BUILDERS SUPPLIES LIMITED, England
20. AAH FURB PENSION TRUSTEE LIMITED, England
21. AAH Glass & Windows Limited, England
22. AAH Ireland, Dublin
23. AAH LIMITED, England
24. AAH Lloyds Insurance (IoM) Limited, Isle Of Man
25. AAH LLOYDS PENSION TRUSTEES LIMITED, England
26. AAH NOMINEES LIMITED, England
27. AAH ONE LIMITED, Scotland
28. AAH PHARMACEUTICALS LIMITED, England
29. AAH TWENTY FOUR LIMITED, Scotland
30. AAH TWENTY LIMITED, England
31. AAH TWENTY SIX LIMITED, England
32. ABG Apotheken-Beratungsgesellschaft mbH, Stuttgart
33. Access Health NZ Limited
34. AccessMed Holdings, Inc.
35. AccessMed, Inc. (AccessMed, LLC)
36. AccessMed, LLC
37. ACME DRUG CO. LIMITED, Scotland
38. ADDED MARKETING LIMITED, England
39. Adler Apotheke Krems Mag. Gabriele Denk KG, LG Krems an der Donau
40. Adler-Apotheke Mag.pharm. Ingrid Chvatal KG, LG Leoben
41. Admenta Beteiligungs GmbH, HG Wien
42. Admenta Denmark ApS, Copenhagen
43. Admenta Deutschland GmbH, Stuttgart
44. ADMENTA HOLDINGS LIMITED, England
45. ADMENTA ITALIA S.P.A., CCIAA di Bologna
46. ADMENTA PENSION TRUSTEES LIMITED, England
47. Admenta Sweden AB
48. ADMENTA UK LIMITED, England
49. Admenta Verwaltungs GmbH, HG Wien
50. AFM S.p.A., CCIAA di Bologna
51. AHLP PHARMACY LIMITED, England
52. ALCHEM (SOUTHERN) LIMITED, England
53. ALPE-ADRIA PHARMA farmacevtsko podjetje d.o.o., Ljubljana
54. Alphar Ayeneux, Belgium
55. Alphar Gilly DL, Belgium
56. Alphar Monceau sur Sambre, Belgium
57. Alphar Partners SA, Belgium
58. Alte Löwen-Apotheke Mag. pharm. Kristina Taubald KG, HG Wien
59. Alte Spora Apotheke Mag.pharm. Stephan Öhlzelt KG, LG St. Pölten
60. Amethyst Acquisition Corp.
61. Ancavion GmbH, AG Darmstadt
62. Ancillary Management Solutions, Inc.
63. Anton-Bruckner-Apotheke Mag.pharm. Christian Schwarzenbrunner KG, LG Linz
64. AOR Holding Company of Indiana, Inc. (AOR Holding Company of Indiana, LLC)
65. AOR Holding Company of Indiana, LLC
66. AOR Management Company of Alabama, Inc.
67. AOR Management Company of Arizona, Inc. (AOR Management Company of Arizona, LLC)

68. AOR Management Company of Arizona, LLC
69. AOR Management Company of Central Florida, Inc.
70. AOR Management Company of Florida, Inc.
71. AOR Management Company of Indiana, Inc. (AOR Management Company of Indiana, LLC)
72. AOR Management Company of Indiana, LLC
73. AOR Management Company of Kansas, Inc.
74. AOR Management Company of Missouri, Inc. (AOR Management Company of Missouri, LLC)
75. AOR Management Company of Missouri, LLC
76. AOR Management Company of Nevada, Inc.
77. AOR Management Company of New York, Inc.
78. AOR Management Company of North Carolina, Inc.
79. AOR Management Company of Ohio, Inc.
80. AOR Management Company of Oklahoma, Inc. (AOR Management Company of Oklahoma, LLC)
81. AOR Management Company of Oklahoma, LLC
82. AOR Management Company of Oregon, Inc.
83. AOR Management Company of Pennsylvania, Inc. (AOR Management Company of Pennsylvania, LLC)
84. AOR Management Company of Pennsylvania, LLC
85. AOR Management Company of South Carolina, Inc.
86. AOR Management Company of Texas, Inc.
87. AOR Management Company of Virginia, Inc. (AOR Management Company of Virginia, LLC)
88. AOR Management Company of Virginia, LLC
89. AOR of Indiana Management Partnership
90. AOR of Texas Management Limited Partnership
91. AOR of Texas Management, LLC
92. AOR Real Estate, Inc. (AOR Real Estate, LLC)
93. AOR Real Estate, LLC
94. AOR Synthetic Real Estate, Inc. (AOR Synthetic Real Estate, LLC)
95. AOR Synthetic Real Estate, LLC
96. AORIP, Inc.
97. AORT Holding Company, Inc. (AORT Holding Company, LLC)
98. AORT Holding Company, LLC
99. AORT LP, LLC
100. Aporana AS
101. Apotheke "Zum Bergmann" Mag.pharm. Sabine Tuttner KG, LG Leoben
102. Apotheke "Zur heiligen Dreifaltigkeit" Mag. pharm. Edith Schuller-Grundnig KG, Landesgericht Korneuburg
103. Apotheke "Zur Mutter Gottes" Mag. pharm. Karin Nozicka KG, HG Wien
104. Apotheke Atzgersdorf Mr. Hermann Latzin KG, Wien
105. Apotheke im Messepark Mag. pharm. Dietmar Purin KG, LG Feldkirch
106. Apotheke Niklasdorf Mag. pharm. Matthias Schöggl KG, LG Leoben
107. APOTHEKE U1 TROSTSTRASSE, Mag. pharm. Max Wellan KG, HG Wien
108. Apotheke Zum heiligen Antonius Mag. pharm. Walter Staschek KG, LG Wiener Neustadt
109. Apotheke zum heiligen Schutzengel Mag.pharm. Barbara Penz-Arzberger KG, Landesgericht Graz
110. Apotheke zum Patriarchen Mag. pharm. Brigitte Kölbl KG, HG Wien
111. Apotheke Zur hl. Dreifaltigkeit Mag. pharm. Doris Richter KG, LG Wiener Neustadt
112. Apotheke Zur Hütte Mag. pharm. Mrak KG, LG Leoben
113. Apovest AS
114. Apovest Drift AS
115. Art Acquisition Subsidiary, Inc.
116. Ascalon International, Inc.
117. ATLAS Travel Clinic Limited, England
118. Attentus Medical Sales, Incorporated (Attentus Medical Sales, LLC)
119. Attentus Medical Sales, LLC
120. Awarix, Inc.
121. Axis Medical Management, Inc.

122.  AYRSHIRE PHARMACEUTICALS LIMITED, Scotland
123.  AZIENDA FARMACEUTICA MUNICIPALE di Cremona S.p.A., CCIAA di Cremona
124.  Azienda Farmacie Milanesi S.p.A., CCIAA di Milano
125.  Babbingore Limited, Dublin
126.  BAILLIESTON HEALTH CENTRE PHARMACY LIMITED, Scotland
127.  Ballycane Pharmacy Limited, Ireland
128.  BANNISTER & THATCHER LIMITED, England
129.  BARCLAY PHARMACEUTICALS (ATHERSTONE) LIMITED, England
130.  BARCLAY PHARMACEUTICALS LIMITED, England
131.  BARLEY CHEMISTS HOLDINGS LIMITED, England
132.  BARRY SHOOTER (ROMFORD) LIMITED, England
133.  BDI Pharma, Inc. (BDI Pharma, LLC)
134.  BDI Pharma, LLC
135.  Beausejour Drugs Limited
136.  BEAUTY CARE DRUGSTORES LIMITED, England
137.  Beldere Corporation
138.  BeneVi Health LLC (Biologics, Inc.)
139.  BENU Apotheken B.V., Chamber of commerce Amsterdam
140.  BENU Nederland BV, Kamer van Koophandel Amsterdam
141.  BERKSHIRE MEDICAL SUPPLIES LIMITED, England
142.  BETTERLIFEHEALTHCARE LIMITED, England
143.  BIG PHARMA LIMITED, Scotland
144.  Biologics, Inc.
145.  Blackhall Pharmaceutical Distributors Limited
146.  Blackhawk Development LLC
147.  Blackstaff Pharmaceuticals Limited, England
148.  Blomsterdalen Apotek AS
149.  Blue Medical Supply, Inc. (McKesson Medical-Surgical Inc.)
150.  Boad Seven, Inc.
151.  BOFH Holdings Unlimited Company, Ireland
152.  Bottomline Medical Solutions, LLC (Linear Holdings, LLC)
153.  Breamor Pharmacy Limited, Ireland
154.  Brevard Radiation Oncology, LLC
155.  Brickyard Acquisition Inc. (Biologics, Inc.)
156.  BRIDPORT MEDICAL CENTRE SERVICES LIMITED, England
157.  Brocacef Groep N.V., Maarssen
158.  Brockton Radiation Oncology, LLC
159.  Brooklyn Radiation Oncology, LLC
160.  Brukar Enterprises, Inc.
161.  Bullet Acquisition Corporation
162.  CAHILL MAY ROBERTS GROUP LIMITED, Dublin
163.  California Golden State Finance Company
164.  Camic Pharmacies Limited, Ireland
165.  Canada Distribution Holdings Limited Partnership
166.  Canada Retail Holdings Limited Partnership Societe en Commandite Gestion Detail Canada
167.  Cancer Treatment Associates of Northeast Missouri, Ltd.
168.  CARONET TRADING LIMITED, England
169.  Carrollton Radiation Therapy Center, LLC
170.  Cascade Medical Supply, Inc. (McKesson Medical-Surgical Minnesota Supply Inc.)
171.  Cavalier Acquisition Company LLC
172.  CCCN NW Building JV, LLC
173.  Celesio Business Services Ltd., Ireland
174.  CENTRALE D`ADMINISTRATION DE BIENS IMMOBILIERS, Bobigny
175.  CGSF Funding Corporation (CGSF Funding LLC)
176.  CGSF Funding LLC
177.  Chem Labs Limited, Dublin
178.  CHNG Newco LLC
179.  CHNG NewSub Inc.
180.  City Properties, S.A.
181.  Civiche Farmacie Desio S.p.A., Italy
182.  Claimone, LLC (Linear Holdings, LLC)
183.  ClaimSecure Inc. (SUCCESSOR)
184.  CLARK CARE GROUP LIMITED, England
185.  CLARK MUNRO LIMITED, Scotland
186.  ClarusONE Sourcing Services LLP
187.  Clinicians Database, L.L.C.
188.  CMR Holdings Ltd, Dublin
189.  Coleham, Dublin
190.  Colorado Cancer Centers, LLC
191.  Combined Enterprises Corporation

192. COMPANY CHEMISTS ASSOCIATION LIMITED, England
193. COMPTOIR MONEGASQUE DE BIOCHIMIE, Monaco
194. COMPTOIR PHARMACEUTIQUE MEDITERRANEEN, Monaco
195. CONSORZIO SERVIZI SALUTARI S.C.A. R.L., Italy
196. CookCo, Inc.
197. Cophana SA, Belgium
198. Corporation Groupe Pharmessor/Pharmessor Group Corporation (SUCCESSOR 10/01/2017)
199. Corporation of America
200. CoverMyMeds, LLC
201. CoverMyMeds Specialty Pharmacy Holdings LLC
202. CoverMyMeds Specialty Pharmacy LLC
203. CPG Industries, Inc.
204. Crocker Plaza Company (Crocker Plaza LLC)
205. Crocker Plaza LLC
206. CROSS AND HERBERT (DEVON) LIMITED, England
207. CROSS AND HERBERT (HOLDINGS) LIMITED, England
208. CROSS AND HERBERT LIMITED, England
209. Crowley`s Blackrock Limited, Dublin
210. Cypress Import Brokerage LLC
211. Cypress Medical Products LLC
212. D & K Healthcare Resources LLC
213. D & K Healthcare Resources, Inc. (D & K Healthcare Resources LLC)
214. D & K Pharmacy Solutions, Inc.
215. D & K Receivables Corporation
216. D.F. O'Neill (Chemists) Ltd, Dublin
217. Dale Apotek AS
218. Danubia-Apotheke Mag. pharm. Barbara Sedelies KG, HG Wien
219. Dargle Pharmacies Holdings Limited, Ireland
220. DATACARE Datenpflege des Pharmagroßhandels Ges.m.b.H., HG Wien
221. DATAPHARM, Paris
222. Daytona Beach Radiation Oncology, LLC
223. DC Land Company
224. DCAZ Land Company
225. Delta Clinical Research, LLC
226. DEPOTRADE, Bobigny
227. Derm Vantage, LLC

228. Diana-Apotheke Dr. et Mag. pharm. Michaela Stipsits KG, LG Eisenstadt
229. Die Apotheke Ebenfurth, Mag.pharm. Beate Haage-Löwe KG, LG Wiener Neustadt
230. Dispensing Solutions Acquisition Corporation (DS Holdings, Inc.)
231. Dispensing Solutions, Inc. (Dispensing Solutions, LLC)
232. Dispensing Solutions, LLC (DS Holdings, Inc.)
233. Ditt Apotek Amfi Os AS
234. Ditt Apotek Rodberg AS
235. Ditt Apotek Sorumsand AS
236. Diversified Healthcare, LLC
237. Dix Bulles Pharma, Belgium
238. DLI Market Intelligence ApS, Denmark
239. DOL Pharmacy Limited, Ireland
240. Donnybrook Pharmacy Limited, Ireland
241. Downtown Los Angeles Radiation Oncology, LLC
242. DS Holdings, Inc. (DS Holdings, LLC)
243. DS Holdings, LLC (McKesson Medical-Surgical Top Holdings Inc.)
244. DSRX, Inc. (DS Holdings, Inc.)
245. Dublin 2016 Acquisition, LLC
246. Dublin Holdings Acquisitions, LLC (Vantage Oncology Holdings, LLC)
247. Dublin POS I Acquisition Corp. (POS I Corp.)
248. East Indy CC, LLC
249. ECLIPSE HEALTHCARE LIMITED, England
250. Edwards Medical Supply, Inc.
251. EM Acquisition Corporation
252. Emploi AS
253. Engel-Apotheke Mag. pharm. Susanne Zauner KG, LG Wiener Neustadt
254. Ephrata Diamond Spring Water Co.
255. ESCON (ST NEOTS) LIMITED, England
256. Espafarmed S.L., Belgium
257. EUROSANTE (Société en liquidation), Luxembourg
258. Evesland Limited, Dublin
259. EVOLUTION HOMECARE SERVICES LIMITED, England
260. EXPERT HEALTH LIMITED, England
261. Family Pharmacy @ Las Colinas LLC
262. Fana Apotek AS
263. FAR.CO.SAN S.p.A., CCIAA di Arezzo
264. FARILLON LIMITED, England

J-18

FINAL AGREEMENT 3.25.22

265. Farmacia Garbatella I S.r.l., Italy
266. Farmacie Comunali di Modena S.p.A., Italy
267. Farmacie Comunali di Padova S.p.A., Italy
268. Farmacie di Sassuolo S.p.A., Italy
269. Farmacie Pratesi Pratofarma S.p.A., CCIAA di Prato
270. FARMALVARION S.R.L. SOCIO UNICO, Italy
271. FASTPRO International, Inc.
272. Federal Medical Supplies, Inc. (McKesson Medical-Surgical Minnesota Supply Inc.)
273. Felview Limited, Dublin
274. First Aid Service, Inc.
275. First Choice Medical Supply Holding, Inc. (First Choice Medical Supply Holding, LLC)
276. First Choice Medical Supply Holding, LLC
277. First Choice Medical Supply, LLC
278. FIRTH & PILLING LIMITED, England
279. Flex-Master Technology Holdings, Inc.
280. Floriani-Apotheke Mag.pharm. Doris Leykauf KG, LG Graz
281. Foremost de Venezuela, S.A. (Forvensa)
282. Foremost Homes Hawaii, Ltd.
283. Foremost Iran Corporation
284. Foremost Shir, Inc.
285. Foremost Tehran, Inc.
286. FOSTER & PLUMPTON GROUP LIMITED, England
287. FOSTER & PLUMPTON LIMITED, England
288. Foundation For Opioid Response Efforts
289. G J MALEY LIMITED, Isle Of Man
290. G K CHEMISTS (GLOS) LIMITED, England
291. G K CHEMISTS LIMITED, England
292. GEHE Immobilien GmbH & Co. KG, Stuttgart
293. GEHE Immobilien Verwaltungs-GmbH, Stuttgart
294. GEHE Pharma Handel GmbH, Stuttgart
295. General Medical Inc.
296. GEORGE STAPLES (STOKE) LIMITED, England
297. Gerard Ryan Pharmacy (Clonmel) Limited, Dublin

298. GERSTHOFER-APOTHEKE Mag.pharm. Elisabeth Reisegger KG, HG Wien
299. Giardina Enterprises, Inc.
300. Glendale Radiation Oncology, LLC (Vantage Oncology Treatment Centers, LLC)
301. Golden State Company, Ltd.
302. Golden State Corporate Services LLC
303. Golden State Insurance Company Limited
304. Golden State Milk Products Company
305. Goodman Manufacturing Company
306. Gorrys Pharmacy Limited, Ireland
307. Goviltown Limited, Westmeath
308. GPL 2007 LIMITED, England
309. GRAEME PHARMACY (STIRLING) LIMITED, Scotland
310. GREENS PHARMACEUTICAL (HOLDINGS) LIMITED, England
311. Greenville Radiation Care, Inc.
312. Greystones Pharmacy Limited, Dublin
313. GROUPE PHR, France
314. Gulf South Medical Supply, Inc. (Gulf South Medical Supply, LLC)
315. Gulf South Medical Supply, LLC
316. Gwinnett Radiation Oncology, LLC
317. H THATCHER LIMITED, England
318. Haleston Enterprises Limited, Dublin
319. HBO & Company (VI), Inc.
320. HBO & Company of Georgia
321. HBOC Ventures, Inc.
322. HC Beteiligungsgesellschaft mbH, HG Wien
323. HDSC Acquisition Corp.
324. Health Data Sciences Corporation
325. Health Mart Atlas, LLC
326. Health Mart Systems, Inc.
327. HEALTH NEEDS LIMITED, England
328. HEALTHCLASS LIMITED, England
329. Heinz Management Co.
330. Helmard Holdings Limited, Dublin
331. HEP HealthQx Holdings, Inc. (McKesson Technologies Inc.)
332. Herba Chemosan Apotheker-AG, HG Wien
333. HERBERT FERRYMAN LIMITED, England
334. Hercules Parent LLC
335. Herz - Jesu Apotheke Mag. pharm. Marianne Keller KG, HG Wien

336. Herz Jesu Apotheke & Parfümerie Mag. pharm. Ingrid Heller KG, LG Feldkirch
337. HF Land Company
338. HFN of Northwest Florida, Inc.
339. HIGGINS & SON (CHEMISTS) LIMITED, England
340. HILL-SMITH (WARRINGTON) LIMITED, England
341. HisComp Co., Zee Medical Service Co.
342. HMS Acquisition Corp.
343. HOLLYFAR - Marcas e Comunicação, Unipessoal, Lda., Portugal
344. HOLMSCROFT HC LIMITED, Scotland
345. HOLON, S.A., Portugal
346. Honeybee Bridge LLC
347. HTP Inc. (HTP LLC)
348. HTP LLC
349. Hubertus-Apotheke Mag.pharm. E. Klettenhofer KG, HG Wien
350. HUSKY AQUISITION INC.
351. Hygeia Bottled Water, Inc.
352. HYWEL DAVIES (CAERPHILLY) LIMITED, England
353. IHA Corp.
354. Imagine Health, Inc.
355. INDEPENDENT PHARMACY CARE CENTRES (2008) LIMITED, England
356. Indian River Radiation Oncology, LLC
357. Infolab, LLC
358. Innovent Oncology, LLC
359. INSPIRON DISTRIBUTION LIMITED, England
360. Integrated Cancer Care, LLC
361. Integrated Pathology Services
362. IntelliClaim, Inc.
363. Inten GmbH, Stuttgart
364. Intercal, Inc.
365. International Dairy Engineering Co. of Asia, Inc.
366. InterQual Inc.
367. intraFUSION GP, LLC
368. Intrafusion Holding Corp.
369. intraFUSION Purchasing Network, LLC
370. intraFUSION Research Network, LLC
371. Inviva, McKesson Pharma Care Network Corporation / La Corporation Inviva, Reseau de soins pharmacologiques McKesson (SUCCESSOR)
372. Iowa Pharmaceutical Services, LLC
373. IPCC LIMITED, England
374. IPD Holdings, Inc.

375. J S DENT LIMITED, England
376. Bradbury (Surgical) Limited, Northern Ireland
377. J.G. Crowley Pharmacy Limited, Dublin
378. JACS, Inc.
379. Jaron, Inc.
380. Jeffersonville Radiation Technology, LLC
381. Jessheim Apotek AS
382. Jewett Drug Co.
383. Jewett Drug LLC
384. Johannes Apotheke Mag. pharm. Deutsch KG, LG Graz
385. JOHN BELL & CROYDEN LIMITED, England
386. JOHN HAMILTON (PHARMACEUTICALS) LIMITED, Scotland
387. Jupiter Acquisition Ltd.
388. Kairnbury, Dublin
389. Kathleen Properties Subdivision Association, Inc.
390. Keling Limited
391. Keltman Pharmaceuticals, Inc. (Linear Holdings, LLC)
392. Kemofarmacija, veletrgovina za oskrbo zdravstva, d.d., Ljubljana
393. Keystone/Ozone Pure Water Company
394. Kilshallow Limited, Dublin
395. KINGSWOOD CHEMISTS LIMITED, England
396. KINGSWOOD GK LIMITED, England
397. Kitco, Inc.
398. Knowledgeable Healthcare Solutions, Inc.
399. Kreuz-Apotheke KG, HG Wien
400. KWS & P, Inc
401. KWS & P/SFA, Inc.
402. KYLE & CARRICK HOLDINGS LIMITED, Scotland
403. Laboratoria Flandria NV, Belgium
404. Laboratory Supply Company
405. Labsco Holdings, Inc. (McKesson Medical-Surgical Inc.)
406. Leesburg Radiation Oncology, LLC
407. LEVELCROWN LIMITED, England
408. Liberty Real Estate NJ LLC
409. Lind-Apotheke Mag. pharm. Alexander Telesko KG, LG Klagenfurt
410. Linear Holdings, Inc. (McKesson Medical-Surgical Top Holdings Inc.)
411. Linear Holdings, LLC (Linear Holdings, Inc.)

412. Linear Medical Solutions, LLC
413. LINFORD PHARMACIES LIMITED, England
414. LISEAPOTEKENE AS
415. Lissone Farmacie S.p.A., CCIAA di Monza e Brianza
416. LIVINGSTON HEALTH CENTRE (P.D) CO. LIMITED, Scotland
417. LKW, Inc.
418. LLOYDS CHEMISTS LIMITED, England
419. LLOYDS CHEMISTS RETAIL (NORTHERN) LIMITED, England
420. LLOYDS CHEMISTS RETAIL LIMITED, England
421. LLOYDS GROUP PROPERTIES LIMITED, England
422. Lloyds Pharmacy Clinical Homecare Limited, England
423. LLOYDS PHARMACY LIMITED, England
424. LLOYDS PROPERTIES LIMITED, England
425. LLOYDS Property Management Company Belgium S.A., Belgium
426. LLOYDS RETAIL CHEMISTS LIMITED, England
427. Lloyds Retail S.r.l., Socio Unico, Italy
428. LLOYDSFARMACIA ROMA 4 S.R.L., Italy
429. Lloydspharma Group S.A., Belgium
430. Lloydspharma S.A., Belgium
431. Lloydspharmacy Ireland Limited, Dublin
432. Lory Apotheke Mag. pharm. Karin Eichinger KG, HG Wien
433. LP Clinical Homecare Group Limited, England
434. LPL ONE LIMITED, England
435. M H GILL LIMITED, England
436. M PAYNE & CO LIMITED, England
437. Macfor International Finance Company
438. MACON Acquisition Corp.
439. Macro Helix LLC
440. Madison Acquisition Inc.
441. Marathon Acquisition Subsidiary, Inc.
442. Mariahilf-Apotheke Mag. pharm. Christoph Rücklinger KG, LG St. Pölten
443. Mariahilf-Apotheke Mag. pharm. Helga Mann KG, Landesgericht Graz
444. Marien-Apotheke Mag. pharm. Thomas Job KG, LG Eisenstadt
445. Marien-Apotheke, Mag.pharm. Eva Grabner KG, Landesgericht Korneuburg
446. Maryland First Aid Co., Inc.
447. MASTA Limited, England
448. Masters Drug Company, Inc.
449. MATIS Immobilien OHG, Stuttgart
450. Maurice F. Dougan Limited, Dublin
451. May Roberts Ltd, Dublin
452. MCK Acquisition Corp.
453. McK International Financial Holdings (Barbados) SRL
454. McKesson (Cayman Islands) Inc.
455. McKesson (Shanghai) Trading Company Limited
456. McKesson + Strategic Solutions ULC / Solutions Strategiques McKesson + ULC
457. McKesson Automation Systems Inc.
458. McKesson Belgium Holdings SPRL, Belgium
459. McKesson Canada Corporation/La Corporation McKesson Canada (SUCCESSOR)
460. McKesson Canada Finance IA ULC
461. McKesson Canada Finance IB ULC
462. McKesson Capital Funding Corp.
463. McKesson Capital Funding Corporation
464. McKesson Capital LLC
465. McKesson Central Fill LLC (McKesson Distribution Holdings LLC)
466. McKesson Contract Research Organization LLC
467. McKesson Cork Business Solutions Unlimited Company
468. McKesson Corporate Properties, Inc.
469. McKesson Corporation
470. McKesson Development Corp.
471. McKesson Distribution Holdings LLC
472. McKesson Drug Company LLC
473. McKesson Europe AG
474. McKesson Europe Holdings GmbH & Co. KGaA
475. McKesson Europe Holdings Verwaltungs GmbH
476. McKesson Financial Holdings II Unlimited Company
477. McKesson Financial Holdings Unlimited Company
478. McKesson Financing Trust III
479. McKesson Financing Trust IV
480. McKesson Foundation Inc.

481. McKESSON FRANCE HOLDINGS, Bobigny
482. McKesson France Retail, Bobigny B
483. McKesson Funding Company of Canada
484. McKesson Global Procurement & Sourcing Limited
485. McKesson Global Sourcing Limited
486. McKesson Global Sourcing Limited [Irish Branch]
487. McKesson Health Solutions Holdings LLC
488. McKesson Health Solutions LLC
489. McKesson Health Solutions Puerto Rico Inc.
490. McKesson Health Solutions Texas Inc.
491. McKesson High Volume Solutions Inc.
492. McKesson Information Solutions Finance S.a.r.l.
493. McKesson Information Solutions Holdings II S.a.r.l.
494. McKesson Information Solutions Holdings III S.a.r.l.
495. McKesson Information Solutions Holdings IV S.a.r.l.
496. McKesson Information Solutions Holdings V S.a.r.l.
497. McKesson Information Solutions III LLC
498. McKesson Information Solutions Inc. (McKesson Information Solutions LLC)
499. McKesson Information Solutions IV LLC
500. McKesson Information Solutions LLC
501. McKesson Information Solutions Topholdings S.a.r.l.
502. McKesson Information Solutions UK Limited
503. McKesson International Bermuda IP2A Limited
504. McKesson International Bermuda IP2B Unlimited
505. McKesson International Bermuda IP3A Limited
506. McKesson International Bermuda IP3B Unlimited (McKesson International Bermuda IP3A Limited)
507. McKesson International Bermuda IP4A Limited
508. McKesson International Bermuda IP4B Unlimited (McKesson International Bermuda IP4A Limited)
509. McKesson International Bermuda IP5A Limited
510. McKesson International Bermuda IP5B Unlimited (McKesson International Bermuda IP5A Limited)
511. McKesson International Bermuda Opco1A Limited
512. McKesson International Bermuda Opco1B Unlimited (McKesson International Bermuda Opco1A Limited)
513. McKesson International Bermuda Opco3A Limited
514. McKesson International Bermuda Opco3B Unlimited (McKesson International Bermuda Opco3A Limited)
515. McKesson International Bermuda Opco4A Limited
516. McKesson International Bermuda Opco4B Unlimited
517. McKesson International Finance III Limited (McKesson US Finance Corporation)
518. McKesson International Finance S.a.r.l.
519. McKesson International Holdings III S.a.r.l.
520. McKesson International Holdings IV S.a.r.l.
521. McKesson International Holdings S.a.r.l.
522. McKesson International Holdings Unlimited Company
523. McKesson International Holdings VI S.a.r.l.
524. McKesson International Holdings VII S.a.r.l.
525. McKesson International Investment Corp.
526. McKesson International Ireland I Limited
527. McKesson International LLC
528. McKesson International Malaysia Sdn Bhd
529. McKesson International S.a.r.l.
530. McKesson International Topholdings S.a.r.l.
531. McKesson Ireland Limited
532. McKesson Logistics Solutions
533. McKesson Medical Imaging Company Ltd. (predecessor)
534. McKesson Medical-Surgical FDT Inc.
535. McKesson Medical-Surgical Government Solutions LLC
536. McKesson Medical-Surgical Holdings Inc.
537. McKesson Medical-Surgical Inc.
538. McKesson Medical-Surgical Iowa Inc.

J-22

FINAL AGREEMENT 3.25.22

539. McKesson Medical-Surgical Iowa Supply Inc.
540. McKesson Medical-Surgical Maine Inc.
541. McKesson Medical-Surgical Manufacturing Inc.
542. McKesson Medical-Surgical MediMart Inc.
543. McKesson Medical-Surgical MediNet Inc.
544. McKesson Medical-Surgical Minnesota Inc. (McKesson Medical-Surgical Holdings Inc.)
545. McKesson Medical-Surgical Minnesota Supply Inc.
546. McKesson Medical-Surgical Supply Chain Services LLC
547. McKesson Medical-Surgical Top Holdings Inc.
548. McKesson Medication Management Holdings Inc.
549. McKesson Medication Management Virgin Islands Inc.
550. McKesson Norway Holdings AS
551. McKesson Pharmacy Optimization LLC
552. McKesson Pharmacy Systems Canada ULC
553. McKesson Pharmacy Systems LLC
554. McKesson Plasma and Biologics LLC
555. McKesson Prescription Drug Plan LLC
556. McKesson Property Company, Inc.
557. McKesson Purchasing Company LLC
558. McKesson Services Inc. (McKesson Services LLC)
559. McKesson Services LLC
560. McKesson Sourcing Services Inc.
561. McKesson Specialized Distribution Inc. / McKesson Distribution Specialisee Inc. (Successor)
562. McKesson Specialty Arizona Inc.
563. McKesson Specialty Care Distribution Corporation (McKesson Specialty Care Distribution LLC)
564. McKesson Specialty Care Distribution JV LLC
565. McKesson Specialty Care Distribution LLC
566. McKesson Specialty Corporation
567. McKesson Specialty Distribution LLC
568. McKesson Specialty Health Innovative Practice Services, LLC
569. McKesson Specialty Health Management Services LLC
570. McKesson Specialty Health Pharmaceutical & Biotech Solutions, LLC
571. McKesson Specialty Health Pharmaceutical & Biotech Solutions, LP (McKesson Specialty Health Pharmaceutical & Biotech Solutions, LLC)
572. McKesson Specialty Health Technology Products LLC
573. McKesson Specialty Pharmacy, LP (RxC Acquisition Company)
574. McKesson Specialty Prescription Services (Atlantic) Corporation/Corporation McKesson Services de Prescription Spécialisée (Atlantique)
575. McKesson Specialty Prescription Services (B.C.) Corporation
576. McKesson Specialty Prescription Services Corporation
577. McKesson SPS (Manitoba) Corporation
578. McKesson Strategic Services Limited
579. McKesson Technologies Inc.
580. McKesson Trading Company
581. McKesson Transportation Systems, Inc.
582. McKesson UK Finance I Limited
583. McKesson UK Finance II Limited
584. McKesson UK Finance V Limited
585. McKesson UK Holdings Limited
586. McKesson US Finance Corporation
587. McKesson US Holdings GP
588. McKesson Ventures LLC
589. McKesson Ventures Unlimited Company
590. McQueary Bros. Drug Company
591. McQueary Bros. Drug Company, LLC
592. McSweeney Dispensers 10 Limited, Ireland
593. McSweeney Dispensers 23 Limited, Ireland
594. MDD pharma N.V., Belgium
595. MED3000 Health Solutions Southeast
596. MED3000 RPG
597. Medaid Supply, Inc.
598. Medcon Telemedicine Technology, Inc.
599. Median Healthcare Services Unlimited Company, Ireland
600. Medical & Vaccine Products, Inc.
601. Medical Advisory Services for Travellers Abroad Limited, England
602. Medical Specialties Distributors Holdings, Inc. (MSD Parent Corporation)
603. Medical Specialties Distributors, LLC

604. Medical Specialties Holdings Corp. (Medical Specialties Holdings II Corp.)
605. Medical Specialties Holdings II Corp.
606. Medicentres Canada Inc. (SUCCESSOR)
607. Medicine Shoppe Atlantic Corporation
608. Medicine Shoppe Canada Corporation
609. Medicine Shoppe Canada Real Estate Corporation
610. MEDIMART LIMITED, England
611. MediVation, Inc.
612. MedVentive Inc.
613. MeMed CZ s.r.o., Praha
614. Menges Medizintechnik Schweiz AG, Sankt Gallen
615. Merlin Subsidiary Inc.
616. Merrick Healthcare Limited
617. Metabolic Healthcare Holdings Limited, England
618. Metabolic Healthcare Limited, England
619. Metropolitan Integrated Cancer Center, L.L.C.
620. MH/USON Radiation Management Company, LLC
621. MHD-USO General, LLC
622. MHD-USO Management Company, LP
623. MHS Connecticut LLC
624. Michigan Pharmaceutical Services, LLC
625. Mid-Atlantic Radiation Oncology LLC
626. Millennium Merger Corporation
627. Mohawk Liqueur Corporation
628. Mohren-Apotheke Mag. Christian Müller KG, LG Graz
629. Moore Medical LLC (McKesson Medical-Surgical Government Solutions LLC)
630. Mosaic Acquisition Corporation
631. MOUNT PHARMACY LIMITED, England
632. MSA Products LLC
633. MSD Acquisition Corp. (Medical Specialties Holdings Corp.)
634. MSD Parent Corporation (MSD Acquisition Corp.)
635. Multum Information Services, Inc.
636. MUNRO PHARMACY LIMITED, Scotland
637. MWPC Acquisition Corp.
638. MWPC Acquisition Corp. (PA)
639. My MHealth Limited, England & Wales
640. myhca, inc.
641. NARO, LLC
642. National Oncology Alliance, Inc.
643. Natureline, Dublin
644. NDC of Canada, Inc.
645. NDCHealth Corporation
646. NDCHealth Pharmacy Systems and Services, Inc.
647. Nebraska Pharmaceutical Services, LLC
648. Negatron, Inc.
649. Nensi d.o.o., Ljubljana
650. NERO GP, LLC
651. New Experimental Therapeutics of San Antonio, LLC
652. NEW KIRK PHARMACY LIMITED, Scotland
653. New Mexico Pharmaceutical Services, LLC
654. NewHealthCo, LLC
655. NexCura, LLC (McKesson Specialty Health Technology Products LLC)
656. Nibelungen-Apotheke Mag. pharm. Michaela Wachter KG, LG St. Pölten
657. Norsk Medisinaldepot AS
658. North Carolina Pharmaceutical Services, LLC
659. Northeast Pennsylvania Radiation Oncology, LP
660. Northern Arizona Oncology Centers, LLC
661. Northern Boulevard Radiation Oncology Management, LLC
662. Northern San Fernando Valley Radiation Oncology, LLC
663. Northstar Healthcare Holdings Limited
664. Northstar Healthcare Holdings Unlimited Company
665. Northstar Healthcare Limited
666. Northstar Healthcare Unlimited Company
667. Northstar International Holdings Limited
668. Northstar Rx LLC
669. Norvern Enterprises, Inc.
670. NR Direct, Inc. (McKesson Patient Care Solutions Inc.)
671. O`Leary Pharmacy (Lucan) Limited, Dublin
672. OCP FORMATION, Bobigny
673. OCP PORTUGAL, PRODUTOS FARMACÊUTICOS, S.A., Maia
674. OCP REPARTITION, Bobigny B
675. OCP, Bobigny
676. Oncology Holdings II, Inc.
677. Oncology Holdings, Inc.
678. Oncology Rehab Partners, LLC

679. Oncology Therapeutics Network Corporation
680. Oncology Today, LP
681. OnMark, Inc.
682. Optimed Health Limited, England & Wales
683. Orca Acquisition Corp.
684. Ørebekk Apotek AS
685. Oswald-Apotheke Mag. pharm. Ilse Pedevilla KG, LG Feldkirch
686. OTN Generics, Inc.
687. OTN Participant, Inc.
688. Outpatient Infusion Systems, Inc
689. Øygarden Apotek AS
690. P C Cahill & Company Limited, Dublin
691. P.L.C.E., Inc.
692. Packet Merger Sub Inc.
693. PALEMODA LIMITED, England
694. Palm Merger Sub, Inc.
695. Panther Acquisition Corporation
696. Panther-Apotheke Mag. pharm. Margarete Breyha KG., LG St. Pölten
697. Paracelsus-Apotheke Mag. pharm. Dr. Birgit Müller KG, Austria
698. Pathology Service Associates, LLC
699. Pathway Purchasing Network, LLC
700. Patient Account Management Services, Inc.
701. PAUL WHEELER LIMITED, England
702. PCB SA, Belgium
703. PEEL STREET PHARMACY LIMITED, England
704. peerVue, Inc. (DE)
705. peerVue, Inc. (NH)
706. Pemberton Marketing International Limited
707. Penn-Chem Corporation
708. PERILLA Grundstücks-Verwaltungsgesellschaft mbH & Co. KG, AG München
709. Per-Se Transaction Services, Inc.
710. PF2 McKesson Technologies Inc.
711. PF2 SpinCo Inc.
712. Pharma Belgium Belmedis SA, Belgium
713. PHARMA PARTNERS, Belgium
714. Pharma Services (NI) Limited, Northern Ireland
715. Pharmaceutical Distributors Federation Ireland Company Limited By Guarantee
716. Pharmaceutical Support Services, Inc.
717. Pharmacie Ananga-Talom, Belgium
718. Pharmacie de la Bascule, Belgium
719. PHARMACTIV DISTRIBUTION, Bobigny B
720. Pharmacy O`Riada Holdings Limited, Dublin
721. PHARMAGEN LIMITED, England
722. PHILIP GOODMAN LIMITED, England
723. PHR ANTILLES, FORT DE FRANCE
724. PhyServ Solutions, Inc.
725. Physician Micro Systems, Inc.
726. Physician Oncology Services Management Company, LLC
727. Physician Reliance Holdings, LLC
728. Physician Reliance Maryland, LP
729. Physician Reliance Network, Inc. (Physician Reliance Network, LLC)
730. Physician Reliance Network, LLC
731. Physician Reliance, L.P.
732. Physician Reliance, LLC
733. Physician Sales & Service Limited Partnership
734. Physician Sales & Service, Inc. (McKesson Medical-Surgical Top Holdings Inc.)
735. Pindsle Apotek AS
736. PMLX Limited
737. POC Management Group, LLC (Dispensing Solutions, Inc.)
738. Podiatry Online, Inc.
739. Portico Systems of Delaware, Inc.
740. POS I Corp. (Dublin 2016 Acquisition, LLC)
741. Presbyterian Cancer Center-Dallas, LLC
742. Prescribing Support Services Limited, England & Wales
743. Prima Brands Limited, Northern Ireland
744. PRIMELIGHT LIMITED, England
745. Prismedica S.A.S.
746. PRN Physician Reliance, LLC
747. Pro-AvO GmbH, Deutschland
748. Proclaim, Inc. (McKesson Medical-Surgical MediMart Inc.)
749. PRODILAB, France
750. Providence Radiation Oncology Partners LLC
751. PSS China Sourcing Limited
752. PSS Global Holdings
753. PSS Global Sourcing China Business Trust
754. PSS Global Sourcing Hong Kong Limited

755. PSS Global Sourcing Limited [Hong Kong]
756. PSS HK 1 Limited
757. PSS Holding, Inc. (McKesson Medical-Surgical Inc.)
758. PSS Service, Inc. (McKesson Medical-Surgical Top Holdings Inc.)
759. PSS Southeast Asia Limited
760. PSS World Medical, Inc.
761. PST Products, LLC
762. PST Services, Inc. (PST Products, LLC)
763. Purchasing Alliance for Clinical Therapeutics, LLC
764. R F FOSKETT & SON LIMITED, England
765. R GORDON DRUMMOND LIMITED, England
766. R/X Automation Solutions, LLC
767. Raabtal-Apotheke Mag.pharm. Karin Drawetz KG, Landesgericht Graz
768. Radiation Oncology Services of America, Inc.
769. Radiotherapy Clinic Holdings, LLC
770. Radiotherapy Clinics of Kentuckiana, LLC
771. Radiotherapy Clinics of Kentuckiana-2, LLC
772. Radius Data Solutions, LLC
773. Radius Reimbursement Services, LLC
774. Radunnco, Inc.
775. Rancare, Inc.
776. Randolph Home Care Inc.
777. Randolph Medical Inc.
778. RCOG Cancer Centers, LLC
779. Rebel Distributors Corp. (McKesson Medical-Surgical Top Holdings Inc.)
780. recucare GmbH, Stuttgart
781. recusana GmbH, Stuttgart
782. Regenbogenapotheke "Am Leberberg" Mag. pharm. Andreas Portisch KG, HG Wien
783. RelayHealth Corporation (McKesson Information Solutions LLC)
784. Renoir Acquisition Corporation
785. Renoir Acquisition Corporation (DE)
786. RESEAU SANTE, BREST
787. RetraceHealth, Inc.
788. Rexall Pharmacy Group Ltd.
789. Rexall/Pharma Plus Pharmacies (BC) Ltd.
790. Rexall/Pharma Plus Pharmacies (Sask) Ltd.

791. Rexall/Pharma Plus Pharmacies Ltd.
792. Riel, Inc.
793. Riverside Radiation Oncology, LLC (Vantage Oncology Treatment Centers, LLC)
794. R-jet, Incorporated
795. RMCC Cancer Center, Inc. (RMCC Cancer Center, LLC)
796. RMCC Cancer Center, LLC
797. ROSA of Eastern Shore, LLC
798. ROSA of Georgia, LLC
799. ROSA of South Alabama, LLC
800. ROSA of Southern New Jersey, LLC
801. Roth Medical Services, Inc.
802. RPRS, LLC
803. RX Information Technology LLC
804. RxC Acquisition Company
805. RxCrossroads 3PL LLC
806. Ryle and De Lacy Pharmacies Limited, Ireland
807. S.K.U., Inc.
808. Salus-Apotheke Mag. pharm. Simone Gaigg KG, Salzburg
809. Salvator - Apotheke Mag. pharm. Gertrude Pölzl KG, LG Leoben
810. San Bruno Mountain Ltd., A California Limited Partnership
811. Sandviken Apotek AS
812. Sangers (Northern Ireland) Limited, Northern Ireland
813. SANOVA Pharma GesmbH, HG Wien
814. SAVORY & MOORE (JERSEY) LIMITED, Jersey
815. SAVORY & MOORE LIMITED, Scotland
816. SCHOLES (CHEMISTS) LIMITED, England
817. Schutzengelapotheke Neufeld Mag. Schweifer KG, LG Eisenstadt
818. Scrip Pak, LLC (Linear Holdings, LLC)
819. Script2U Holdings LLC
820. Script2U LLC
821. ScriptHero LLC
822. ScriptHero Pharmacy Holdings LLC
823. ScriptHero Pharmacy LLC
824. Select RX, LLC (Linear Holdings, LLC)
825. SelectPlus Oncology, LLC
826. Sens Arbeidsinkludering AS
827. Sens Eiendom AS
828. Sens Gruppen AS
829. Sens Utvikling AS

830. SERVICE DE LA REPARTITION PHARMACEUTIQUE, Paris
831. SF Valley Derm Equipment I, LLC
832. Sherman Oaks Radiation Oncology, LLC (Vantage Oncology Treatment Centers, LLC)
833. Sherman Oaks Radiation Technology, LLC (Vantage Oncology Treatment Centers, LLC)
834. Shoup Properties, Inc.
835. SHS V Medtech Investments GmbH & Co. KG
836. Simply Medical LLC
837. SIVEM Pharmaceuticals ULC/SIVEM Produits Pharmaceutiques ULC
838. Six R Investments, Inc.
839. SOCIETE COOPERATIVE OUEST PARTAGE, BREST
840. SOCIETE D`ETUDES ET DE REALISATIONS INFORMATIQUES, Monaco
841. Sofarmex BVBA, Belgium
842. Sofiadis SCRL, Belgium
843. Soldier Acquisition Corporation
844. SOPI The Lough Limited, Ireland
845. SOPI Youghal Limited, Ireland
846. SourceTenn LLC
847. South Alabama Cancer Centers, LLC
848. South Bay Radiation Oncology, LLC
849. South Pacific Medical Inc.
850. Southeast Merger Corp.
851. Southeast Texas Cancer Centers, L.P.
852. Southern California Radiation Oncology, LLC
853. Spider Acquisition Corporation
854. Spirit Acquisition Corporation
855. Spring Valley Industries, LLC
856. St. Louis Pharmaceutical Services, LLC
857. St. Lucas-Apotheke Mag.pharm. Ilona Elisabeth Leitner KG, HG Wien
858. St. Markus Apotheke Dr. Elke Kramberger-Kaplan KG, LG Linz
859. St. Richard Apotheke Mag.pharm. Ursula Kohl KG, Landesgericht Korneuburg
860. Stadion-Apotheke Mag. pharm. Ulrike Grosser-Schmidt KG, LG St. Pölten
861. Stadt-Apotheke "Zur heiligen Barbara" Mag. pharm. Igor Mauritsch KG, Austria
862. Stadtapotheke Fürstenfeld Mag. pharm. Waltraud Maier KG, Landesgericht Graz

863. Stat RX USA, LLC (Linear Holdings, LLC)
864. STATIM FINANCE LIMITED, England
865. STEPHEN SMITH LIMITED, Guernsey
866. Sterling Medical Services, LLC (McKesson Patient Care Solutions Inc.)
867. STQ LLC
868. Strategic Health Alliance II, Inc.
869. Strategic Health Alliance Management Corp.
870. Strategic Sourcing Services LLC
871. Streator Radiation Oncology, LLC
872. Stubaital-Apotheke Mag.pharm. Christian Kernstock KG, LG Innsbruck
873. Summa Script LLC
874. Sund Apotek AS
875. SUPERFIELD LIMITED, England
876. Supplylogix LLC
877. T AND I WHITE LIMITED, England
878. T. Sheridan Sales & Marketing, Dublin
879. Tabor Apotheke Mag. pharm. Wolfram Schaden KG, LG Steyr
880. Targa Parent Holdings, LLC
881. TBC Products, Inc.
882. Temperature Controlled Pharmaceuticals Limited
883. Test Corporation changed 2 GM 3 AG
884. Test Entity - Corporation
885. Test Entity - Corporation (Glenette)
886. Test Entity - LLC (Anne)
887. Test Entity - LLC (Glenette)
888. Test Entity - LLC (Karen)
889. Test Entity - LLC (Melissa)
890. Test Entity - LP
891. Test Entity - Manager LLC
892. Test Entity - Member LLC
893. Test Entity - Parent Corporation
894. Texas Pharmaceutical Services, LLC
895. Texas Proton Therapy Center, LLC
896. The Oregon Cancer Centers, Ltd.
897. Theratech, Inc. (McKesson Medical-Surgical Top Holdings Inc.)
898. Thriftymed, Inc. (McKesson Medical-Surgical Top Holdings Inc.)
899. THURNBY ROSE LIMITED, England
900. Titus Home Health Care LLC
901. Tjellesen Max Jenne A/S, Rodovre
902. Todin A/S, Denmark
903. TOPS Pharmacy Services, Inc.
904. Tower Radiation Technology, LLC
905. Tracer Enterprises LLC

FINAL AGREEMENT 3.25.22

906. Tri-State Radiation Oncology Centers, LLC
907. Tuna Acquisition Corp.
908. Tyler Radiation Equipment Leasing, LLC
909. Unicare Dispensers 16 Limited, Ireland
910. Unicare Dispensers 27 Limited, Ireland
911. Unicare Dispensers 5 Limited, Ireland
912. Unicare Pharmacy Group Limited, Dublin
913. United Drug (Wholesale) Limited
914. United Drug Distributors Ireland Limited
915. Unity Oncology, LLC
916. Urbani-Apotheke Mag. pharm. Bernhard Prattes KG, LG Graz
917. US Oncology Corporate, Inc.
918. US Oncology Holdings, Inc.
919. US Oncology Lab Services, LLC
920. US Oncology Pharmaceutical Services, LLC
921. US Oncology Pharmacy GPO, L.P.
922. US Oncology Reimbursement Solutions, LLC
923. US Oncology Research, Inc. (US Oncology Research, LLC)
924. US Oncology Research, LLC
925. US Oncology Specialty, LP
926. US Oncology, Inc.
927. USCITA LIMITED, England
928. USON Insurance Company
929. USON Risk Retention Group, Inc.
930. Utah Acquisition Corporation
931. Valley Equipment Company
932. Vantage Acquisition Company, LLC (Vantage Oncology, LLC)
933. Vantage Acquisition Finance, LLC (Vantage Oncology, LLC)
934. Vantage Cancer Care - Alabama, LLC (Vantage Cancer Care Networks, LLC)
935. Vantage Cancer Care - Indiana, LLC (Vantage Cancer Care Networks, LLC)
936. Vantage Cancer Care - New Mexico, LLC (Vantage Cancer Care Networks, LLC)
937. Vantage Cancer Care Network of Alabama, LLC (Vantage Cancer Care Networks, LLC)
938. Vantage Cancer Care Network of Indiana, LLC (Vantage Cancer Care Networks, LLC)
939. Vantage Cancer Care Network of New Mexico, LLC (Vantage Cancer Care Networks, LLC)
940. Vantage Cancer Care Networks, LLC

941. Vantage Cancer Centers of Georgia, LLC
942. Vantage Central Ohio Radiation Therapy, LLC
943. Vantage Equipment Acquisition, LLC
944. Vantage Exton Radiation Oncology, LLC
945. Vantage Medical Management Services, LLC
946. Vantage Mokena Radiation Oncology, LLC
947. Vantage Oncology - Brooklyn, LLC
948. Vantage Oncology Centers - Beverly Hills, LLC
949. Vantage Oncology Finance Co. (Vantage Oncology, LLC)
950. Vantage Oncology Holdings, LLC
951. Vantage Oncology LLC PAC Corporation
952. Vantage Oncology Physics, LLC
953. Vantage Oncology Treatment Centers - Brevard, LLC
954. Vantage Oncology Treatment Centers - Brockton, LLC
955. Vantage Oncology Treatment Centers - Central Florida, LLC (Vantage Oncology Treatment Centers, LLC)
956. Vantage Oncology Treatment Centers - Northern Arizona, LLC
957. Vantage Oncology Treatment Centers - Ohio, LLC (Vantage Oncology Treatment Centers, LLC)
958. Vantage Oncology Treatment Centers - San Antonio, LLC (Vantage Oncology Treatment Centers, LLC)
959. Vantage Oncology Treatment Centers - Tri-State, LLC
960. Vantage Oncology Treatment Centers, LLC
961. Vantage Oncology, LLC
962. Vantage Operational Support Services, LLC
963. Vantage Radiation Oncology Associates, LLC
964. Vantage San Antonio Radiation Oncology, LLC (Vantage Oncology Treatment Centers - San Antonio, LLC)
965. Vantage South Suburban Radiation Oncology, LLC
966. VC Services, Inc.
967. VEC GP, LLC
968. VerbalCare, LLC
969. Verdal Apotek AS
970. Very Important Products, Inc.

FINAL AGREEMENT 3.25.22

971. Visitacion Associates
972. Vitapharm, proizvodnja in trgovina farmacevtskih izdelkov d.o.o., Murska Sobota
973. Vitusapotek Jessheim Storsenter AS
974. Vitus-Apoteket Torvbyen Fredrikstad AS
975. VOTC-Queens, LLC
976. Vulcan Acquisition Subsidiary, Inc.
977. W H CHANTER LIMITED, England
978. W H GREEN (CHEMISTS) LIMITED, England
979. W JAMIESON (CHEMISTS) LIMITED, England
980. W.H.C.P. (DUNDEE) LIMITED, Scotland
981. Walsh Distribution, L.L.C.
982. Walsh Healthcare Solutions LLC
983. Walsh Healthcare Solutions, Inc.
984. Walsh Heartland, L.L.C.
985. Walsh Southwest L.L.C.
986. Well.ca ULC
987. West Florida Radiation Therapy, LLC
988. West Wholesale Drug Co.
989. WESTCLOSE LIMITED, England
990. Western Tumor Radiation Oncology, LLC (Vantage Oncology Treatment Centers, LLC)
991. Westside LA Derm Equipment I, LLC
992. WFCC Radiation Management Company, LLC
993. Wickham Radiation Oncology, LLC (Vantage Oncology Treatment Centers, LLC)
994. Wiley Industries, LLC
995. Wilkes Barre Radiation Technology, LLC (Vantage Oncology Treatment Centers, LLC)
996. Wilkes-Barre Radiation Oncology, LLC
997. Windmill Realty, LLC
998. WOODSIDE PHARMACY (GLASGOW) LIMITED, Scotland
999. World Medical Government Solutions, LLC
1000. WorldMed Shared Services, Inc.
1001. WZ-WundZentren GmbH, AG Düsseldorf
1002. Ybbstal-Apotheke Mag.pharm. Adelheid Tazreiter KG, LG St. Pölten
1003. Zeepro, Inc.

FINAL AGREEMENT 3.25.22

## EXHIBIT K

### Subdivision Settlement Participation Form

| Governmental Entity: | State: |
|---|---|
| Authorized Official: | |
| Address 1: | |
| Address 2: | |
| City, State, Zip: | |
| Phone: | |
| Email: | |

The governmental entity identified above ("*Governmental Entity*"), in order to obtain and in consideration for the benefits provided to the Governmental Entity pursuant to the Settlement Agreement dated July 21, 2021 ("*Distributor Settlement*"), and acting through the undersigned authorized official, hereby elects to participate in the Distributor Settlement, release all Released Claims against all Released Entities, and agrees as follows.

1. The Governmental Entity is aware of and has reviewed the Distributor Settlement, understands that all terms in this Participation Form have the meanings defined therein, and agrees that by signing this Participation Form, the Governmental Entity elects to participate in the Distributor Settlement and become a Participating Subdivision as provided therein.

2. The Governmental Entity shall, within 14 days of the Reference Date and prior to the filing of the Consent Judgment, secure the dismissal with prejudice of any Released Claims that it has filed.

3. The Governmental Entity agrees to the terms of the Distributor Settlement pertaining to Subdivisions as defined therein.

4. By agreeing to the terms of the Distributor Settlement and becoming a Releasor, the Governmental Entity is entitled to the benefits provided therein, including, if applicable, monetary payments beginning after the Effective Date.

5. The Governmental Entity agrees to use any monies it receives through the Distributor Settlement solely for the purposes provided therein.

6. The Governmental Entity submits to the jurisdiction of the court in the Governmental Entity's state where the Consent Judgment is filed for purposes limited to that court's role as provided in, and for resolving disputes to the extent provided in, the Distributor Settlement. The Governmental Entity likewise agrees to arbitrate before the National Arbitration Panel as provided in, and for resolving disputes to the extent otherwise provided in, the Distributor Settlement.

7. The Governmental Entity has the right to enforce the Distributor Settlement as provided therein.

8. The Governmental Entity, as a Participating Subdivision, hereby becomes a Releasor for all purposes in the Distributor Settlement, including, but not limited to, all provisions of Part XI, and along with all departments, agencies, divisions, boards, commissions, districts, instrumentalities of any kind and attorneys, and any person in their official capacity elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, and any other entity identified in the definition of Releasor, provides for a release to the fullest extent of its authority.  As a Releasor, the Governmental Entity hereby absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever.  The releases provided for in the Distributor Settlement are intended by the Parties to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of the Governmental Entity to release claims.  The Distributor Settlement shall be a complete bar to any Released Claim.

9. The Governmental Entity hereby takes on all rights and obligations of a Participating Subdivision as set forth in the Distributor Settlement.

10. In connection with the releases provided for in the Distributor Settlement, each Governmental Entity expressly waives, releases, and forever discharges any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code, which reads:

> **General Release; extent.**  A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release, and that if known by him or her would have materially affected his or her settlement with the debtor or released party.

A Releasor may hereafter discover facts other than or different from those which it knows, believes, or assumes to be true with respect to the Released Claims, but each Governmental Entity hereby expressly waives and fully, finally, and forever settles, releases and discharges, upon the Effective Date, any and all Released Claims that may exist as of such date but which Releasors do not know or suspect to exist, whether through ignorance, oversight, error, negligence or through no fault whatsoever, and which, if known, would materially affect the Governmental Entities' decision to participate in the Distributor Settlement.

FINAL AGREEMENT 3.25.22

11. Nothing herein is intended to modify in any way the terms of the Distributor Settlement, to which Governmental Entity hereby agrees. To the extent this Participation Form is interpreted differently from the Distributor Settlement in any respect, the Distributor Settlement controls.

I have all necessary power and authorization to execute this Participation Form on behalf of the Governmental Entity.

Signature: _____

Name: _____

Title: _____

Date: _____

K-3

FINAL AGREEMENT 3.25.22

## EXHIBIT L

## Settlement Fund Administrator

**I.    Definitions**

    A.   This Settlement Fund Administrator Terms incorporates all defined terms in the Distributor Settlement Agreement, unless otherwise defined herein, and shall be interpreted in a manner consistent with the Distributor Settlement Agreement.

    B.   *Directed Trustee*.  The banking institution where the Settlement Fund is established and which distributes the funds according to the instructions of the Directing Administrator.[17]

    C.   *Directing Administrator*.  The institution or individual that fulfills the remaining obligations of the Settlement Fund Administrator, other than those performed by the Directed Trustee.

    D.   *Settlement Fund Administrator*.  The Directed Trustee together with the Directing Administrator (collectively referred to as the "Settlement Fund Administrators").

    E.   *Settlement Fund Escrow*.  The escrow account established between the Settling Distributors and U.S. Bank National Association as of September 24, 2021, or such other escrow account that may be established pursuant to the Agreement to hold disputed or suspended payments made under the Agreement.

**II.    Establishment of the Settlement Fund Administrator**

    A.   *Selection of the Settlement Fund Administrators.*

        i.   The duties of the Settlement Fund Administrator under the Distributor Settlement Agreement will be divided between Directed Trustee and Directing Administrator.

        ii.   The Directed Trustee and Directing Administrator will each be selected through a targeted solicitation process.  Criteria for selection will include, but are not limited to, institutional strength; potential institutional conflicts; experience with work of similar size and complexity; capacity to handle the scope of work; staffing and other proposed resources; and cost and pricing proposals.  The selection process will include written submissions and interviews.

        iii.   Within sixty (60) calendar days of the selection of the Settlement Fund Administrators, unless such time is extended by written agreement of the Settling Distributors and the Enforcement Committee, contracts shall be negotiated and finalized with the Directed Trustee and Directing Administrator.

        iv.   The terms of the Directed Trustee and Directing Administrator shall be for the duration of the Distributor Settlement Agreement or as otherwise specified in the contract executed with such entity, unless the Directed Trustee or the Directing Administrator is removed pursuant to Section II.C below.

    B.   *Governance of the Settlement Fund Administrators.*

---

[17] Pursuant to the Letter Agreement dated February 25, 2022, Wilmington Trust, N.A. was selected as the Directed Trustee.

    i.  The Settlement Fund Administrators will act as independent and neutral third parties to determine Annual Payment and Participation Tier; administer and disburse funds from the Abatement Accounts Fund, State Fund, Subdivision Fund and Additional Restitution Amount; and perform other duties as described below and in the Distributor Settlement Agreement.

    ii.  All parties to the Distributor Settlement Agreement are entitled to rely upon information received from the Settlement Fund Administrators, whether in oral, written, or other form.  No Party to the Distributor Settlement Agreement shall have any liability (whether direct or indirect, in contract or tort or otherwise) to any party for or in connection with any action taken or not taken by the Settlement Fund Administrators.  In addition, no Party to the Distributor Settlement Agreement shall have any liability (whether direct or indirect, in contract or tort or otherwise) to any party for or in connection with any action taken or not taken by a Settling Distributor based on incorrect, inaccurate, incomplete or otherwise erroneous information or data provided by the Settlement Fund Administrators.  For the avoidance of doubt, nothing in this paragraph alters Sections I to XIV of the Distributor Settlement Agreement or any of the exhibits therein.

C.  *Removal of the Settlement Fund Administrators*.

    i.  The Directed Trustee or Directing Administrator may be removed for cause.  The contracts with each entity shall describe the standards for removing that entity for cause.

    ii.  Disputes regarding the performance and/or removal of the Settlement Fund Administrators will be resolved by the National Arbitration Panel in accordance with Section VI.F of the Distributor Settlement Agreement.

D.  *Funding of the Settlement Fund Administrators*.

    i.  The costs and fees associated with or arising out of the duties of the Settlement Fund Administrators, including third-party costs associated with the selection of the Settlement Fund Administrators and the set-up of the Settlement Fund Escrow, shall be paid from the interest accrued in the Settlement Fund Escrow and the Settlement Fund. For the years that Settlement Fund Administrators are used for the Janssen Settlement Agreement, seventy-five percent (75%) of the costs and fees will be attributed to the Distributer Settlement Agreement.

    ii.  In the event that the costs and fees of the Settlement Fund Administrators exceeds the accrued interest available, Settling Distributors shall pay fifty percent (50%) of the additional amount and fifty percent (50%) shall be paid out of the Settlement Fund pursuant to Section V.C.5 of the Distributor Settlement Agreement.  The Settling Distributors will pay their amount to the Settlement Fund Administrators alongside the Annual Payment.

    iii.  Payments due from the Settling Distributors under this Section II.D shall be allocated evenly among the Settling Distributors.  For the avoidance of doubt, each Settling Distributor's liability for its share of the costs and fees is several, and not joint.  No Settling Distributor shall be responsible for any portion of another Settling Distributor's share.

    iv.  There will be a cap on the costs and fees of the Settlement Fund Administrators, which shall be dependent on the scope of services, the number and timing of

FINAL AGREEMENT 3.25.22

distributions from the Settlement Fund, and the Settlement Fund Administrators' reporting requirements.  The cap on fees and costs shall be specified in the contracts executed with each of the Directed Trustee and Directing Administrator.

 v. Representatives of the Enforcement Committee and the Settling Distributors shall negotiate a "not to exceed" budget with the Settlement Fund Administrators and have the right to review the costs and fees of the Settlement Fund Administrators upon request.  The deadlines and grounds for reviewing and objecting to such costs and fees will be established in the contracts executed with each of the Directed Trustee and Directing Administrator. Disputes regarding the payment of such costs and fees will be resolved by the National Arbitration Panel in accordance with Section VI.F of the Distributor Settlement Agreement.

## III. Participation in the Distributor Settlement Agreement

 A. *Repository for Subdivision Settlement Participation Forms.*

  i. The Directing Administrator is responsible for receiving and preserving the Subdivision Settlement Participation Forms pursuant to Section VII.B of the Distributor Settlement Agreement.  The Directing Administrator is responsible for ensuring newly received forms are properly executed. For forms executed and accepted prior to the retention of the Directing Administrator, the Directing Administrator shall rely on information provided by Rubris as to the proper execution of the forms unless it is provided information that indicates such information is incorrect.

  ii. Within sixty (60) calendar days of its retention, the Directing Administrator shall establish a process to receive, preserve, and review the Subdivision Settlement Participation Forms.  The Directing Administrator is encouraged, in the interests of efficiency and so long as financially reasonable, to continue to utilize Rubris and the processes previously implemented by the Settling Distributors and Enforcement Committee to fulfill its obligations under this Section III.A.  The Directing Administrator may rely on the information provided by Rubris unless it is provided information that indicates such information is incorrect.

  iii. After the Reference Date, the Directing Administrator will make the Subdivision Settlement Participation Forms available to the Settling Distributors, the Enforcement Committee, and the Settling States through Rubris, or another online platform. If the requirements for preserving and making available the Subdivision Settlement Participation Forms change, the Enforcement Committee will convey any new requirements to the Directing Administrator which will make the change.

  iv. The Directing Administrator shall promptly respond to requests by the Settling Distributors, Enforcement Committee, or the Settling States for information concerning the Subdivision Settlement Participation Forms.  The Directing Administrator will notify the Settling Distributors, Enforcement Committee, and the Settling States on a regular basis when additional Subdivision Settlement Participation Forms are submitted unless such information is readily available to the Parties on the online platform established under Section III.A.iii.

    v.   The Directing Administrator shall provide quarterly reports pursuant to Section VII.C of the Distributor Settlement Agreement for Settling States that require information regarding contingency fee contracts on their Subdivision Settlement Participation Form.  Upon reasonable request, the Directing Administrator shall also provide reasonably available information to Settling States and Participating Subdivisions relevant to calculating amounts owed under a State Back-Stop Agreement.

B.   *Determination of the Participation Tier*.

    i.   The Directing Administrator shall determine the Participation Tier existing on July 1, 2022 applying the criteria set forth in Exhibit H of the Distributor Settlement Agreement.  The Directing Administrator shall notify the Settling Distributors and the Enforcement Committee of the Participation Tier within five (5) calendar days of its determination.

        1.   If the Settling Distributors and the Enforcement Committee agree as to the Participation Tier, they shall so inform the Directing Administrator, and such agreement shall satisfy the Directing Administrator's obligations under this Section III.B.i.

    ii.   The Directing Administrator shall redetermine the Participation Tier annually as of the Payment Date, beginning with Payment Year 3, pursuant to the criteria set forth in Exhibit H of the Distributor Settlement Agreement.

        1.   In the event that a Participation Tier redetermination moves the Participation Tier higher, and that change is in whole or in part as a result of the post-Reference Date enactment of a Bar and there is later a Revocation Event with respect to such Bar, then on the next Payment Date that is at least one hundred eighty (180) calendar days after the Revocation Event, the Directing Administrator shall move the Participation Tier down to the Participation Tier that would have applied had the Bar never been enacted, unless the Bar is reinstated or all Subdivisions affected by the Revocation Event become Participating Subdivisions within one hundred eighty (180) calendar days of the Revocation Event.  This is the sole circumstance in which, on a nationwide basis, the Participation Tier can move down.

        2.   In the event that there is a post-Reference Date Revocation Event with respect to a Bar that was enacted in a Settling State prior to the Reference Date, then, on the next Payment Date that is at least one hundred eighty (180) calendar days after the Revocation Event, unless the Bar is reinstated or all Subdivisions affected by the Revocation Event become Participating Subdivisions within one hundred eighty (180) calendar days of the Revocation Event, the Directing Administrator shall decrease the Participation Tier – solely for the State in which the Revocation Event occurred – to the Participation Tier commensurate with the percentage of Litigating Subdivisions in that State that are Participating Subdivisions and the percentage of Non-Litigating Subdivisions that are both Primary Subdivisions and Participating Subdivisions, according to the criteria set forth in Exhibit H of the Distributor Settlement Agreement, except that the calculations shall be performed as to that State alone.  For the avoidance of doubt and solely for the calculation in this subparagraph, the Settling States Column of Exhibit H of the Distributor Settlement

Agreement shall play no role.  This is the sole circumstance in which one Settling State will have a different Participation Tier than other Settling States.

3. The redetermination of the Participation Tier shall not affect payments already made or suspensions, offsets, or reductions already applied.

4. After each redetermination, the Directing Administrator shall notify the Settling Distributors and the Enforcement Committee of the Participation Tier within five (5) calendar days of its determination.

5. If the Settling Distributors and the Enforcement Committee agree as to a Participation Tier redetermination, they shall so inform the Directing Administrator and such agreement shall satisfy the Directing Administrator's obligations under this Section III.B.ii.

iii. After Payment Year 6, the Participation Tier cannot move higher, unless this restriction is waived by the Settling Distributors.  If this restriction is waived by the Settling Distributors, the Directing Administrator shall be responsible for calculating the Participation Tier consistent with the instructions in Section III.B.ii.

iv. Any disputes as to the determination of the Participation Tier shall be decided by the National Arbitration Panel pursuant Section VI.F.2 to the Distributor Settlement Agreement.


IV. **Calculation and Allocation of Annual Payments**

A. *General Principles.*

i. This Section IV is intended to implement the relevant provisions of Sections I through XIV of the Distributor Settlement Agreement and the exhibits therein. To the extent this Section IV conflicts with Sections I through XIV of the Distributor Settlement Agreement and the exhibits therein, the Distributor Settlement Agreement shall control.

ii. The Settlement Fund Administrators are entitled to rely upon information received from the Parties to the Distributor Settlement Agreement, whether in oral, written, or other form, for the purpose for which it was submitted, provided that such information is not disputed by another Party.

iii. The Settling Distributors and the Enforcement Committee may agree to some or all of the calculations and allocations set forth in this Section IV prior to the Directing Administrator making such determination.  In such cases, they shall so inform the Directing Administrator and such agreement shall satisfy the Directing Administrator's obligations to determine such calculations and allocations unless the Directing Administrator is provided with information establishing that the agreed-upon calculation or allocation is inaccurate.

iv. The Settling States have different requirements for how payments are made to the State and its Participating Subdivisions listed in Exhibit G based on applicable State-Subdivision Agreements, Allocation Statutes, Statutory Trusts, State Back-Stop Agreements, fiscal laws, and other differences.  The Directing Administrator shall ask the Attorney General's Office in each Settling State to: (a) inform it whether the State has a State-Subdivision Agreement, Allocation

L-5

Statute, and/or Statutory Trust; and (b) submit instructions on how payments are to be made to the State and its Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement. The Directing Administrator shall comply with such instructions so long as it is timely submitted and permissible under Sections I through XIV of the Distributor Settlement Agreement and the exhibits therein.

1. Notwithstanding the above, the Directing Administrator shall not instruct the Directed Trustee to make payments to any entity that is not an instrumentality of: (a) a Settling State; (b) a Participating Subdivision; (c) a trust account for an attorney representing a Settling State or Participating Subdivision; or (d) a special master or similar entity identified by a Settling State.

2. A Participating Subdivision listed on Exhibit G of the Distributor Settlement Agreement may timely choose to make a voluntary redistribution as provided by Section V.D.3 of the Distributor Settlement Agreement by providing notice through the instructions provided by the Attorney General's Office for its State or by providing notice directly to the Directing Administrator through the instructions provided by the Directing Administrator.

v. The Directing Administrator shall request any Settling State without a State-Subdivision Agreement, Allocation Statute, or Statutory Trust, to submit a designation of a lead State agency or other entity to serve as the single point of contact for that Settling State's funding requests from the Abatement Accounts Fund to comply with Section V.D.4.b of the Distributor Settlement Agreement. The designated entity shall be the only entity authorized to request the Directing Administrator instruct the Directed Trustee to disburse from that Settling State's Abatement Accounts Fund. The Directing Administrator shall not instruct the Directed Trustee to disburse any moneys from these Settling States' Abatement Accounts Fund without such instructions.

vi. In consultation with the Settling Distributors and the Enforcement Committee, the Directing Administrator may set reasonable limits on the frequency with which it directs the Directed Trustee to make payments and may set other reasonable restrictions on complying with requests made by Settling States or their Participating Subdivisions, to limit the burdens and costs imposed on the Settlement Fund Administrators.

B. *Payment Year 1 Annual Payment.*

i. The Settlement Fund Administrators shall be responsible for allocating the Annual Payment for Payment Year 1 among Settling States and Participating Subdivisions listed in Exhibit G of the Distributor Settlement Agreement.

ii. The Settling Distributors have placed into the Settlement Fund Escrow the Annual Payment (the total amount of the base payment and Incentive Payment A due for the Settling States) for Payment Year 1.

1. This is the Restitution/Abatement amount specified in Exhibit M of the Distributor Settlement Agreement for Payment Year 1, reduced by the allocable share of Non-Settling States provided in Exhibit F of the Distributor Settlement Agreement.

iii.   In the event that, in accordance with the terms of Section VIII.A of the Distributor Settlement Agreement, the Settling Distributors determine not to proceed with the Distributor Settlement Agreement, or the Distributor Settlement Agreement does not become effective for any other reason, the Settlement Fund Escrow shall immediately revert to the Settling Distributors.

iv.   If the condition set forth in Section VIII.A of the Distributor Settlement Agreement is met, the Directing Administrator shall proceed as follows:

1.   The Directing Administrator shall allocate the Annual Payment for Payment Year 1 among the Settling States and their Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement.

    a.   The Directing Administrator shall determine each Settling State's overall allocation using the allocation percentages in Exhibit F of the Distributor Settlement Agreement.

    b.   The Directing Administrator shall determine the allocations within each Settling State pursuant to Section V.C, Section V.D and Exhibit G of the Distributor Settlement Agreement, taking into account the instructions it has received pursuant to Section IV.A.iv, above.

    c.   If a Settling State and its Participating Subdivisions agree as to the intrastate allocation pursuant to Section V.C, Section V.D and Exhibit G of the Distributor Settlement Agreement, the Attorney General's Office in the Settling State shall so inform the Settlement Fund Administrators and such agreement shall satisfy the Directing Administrator's obligations under Section IV.B.iv.1.b, above, provided the Settling Distributors do not object.

2.   At least fifty (50) calendar days prior to any payment distributions, the Settling Distributors, the Settling States, and the Enforcement Committee shall receive notice of: (a) the amount to be received by each Settling State; (b) the amount to be received by the separate types of funds for each Settling State (if applicable); and (c) the amount to be received by each Participating Subdivision in the Settling States that is listed on Exhibit G of the Distributor Settlement Agreement and eligible to receive payments; *provided, however*, payment distributions to Settling States to which Section IV.B.iv.1.c, above, applies shall be made as soon as the notice is provided if the Settling Distributors and the Enforcement Committee have agreed, pursuant to Section IV.A.iii, above, on the amount to be received by each Settling State.

3.   The Annual Payment for Payment Year 1 shall be transferred from the Settlement Fund Escrow to the Settlement Fund on the Effective Date; *provided*, *however*, that any amounts allocated to Subdivisions included on Exhibit G that are not Participating Subdivisions shall remain in the Settlement Fund Escrow until the Payment Date for Payment Year 2.

4.   The Directing Administrator shall provide instructions regarding the distribution of the Annual Payment to the Directed Trustee, which shall distribute the funds on, or as soon as practicable after, the Effective Date

unless the requests made pursuant to Section IV.A.iv and .v, above, provide otherwise; *provided, however*, that for any Settling State where the Consent Judgment has not been entered as of the Effective Date, the funds allocable to that Settling State and its Participating Subdivisions shall not be transferred from the Settlement Fund or disbursed until ten (10) calendar days after the entry of the Consent Judgment in that State; *provided further* that any amounts allocated to a Participating Subdivision that has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the Distributor Settlement Agreement shall not be transferred or disbursed until the Participating Subdivision has secured such dismissal. The Settling Distributors shall notify the Directing Administrator if they believe a Participating Subdivision has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the Distributor Settlement Agreement. If so notified, the Directing Administrator will notify the Participating Subdivision.

v. The Settlement Fund Administrators shall also be responsible for allocating the Additional Restitution Amount for Payment Year 1 among Settling States listed in Exhibit N of the Distributor Settlement Agreement. The Directing Administrator shall account for the instructions it has received pursuant to Section IV.A.iv, above in directing the Directed Administrator's distribution of this money.

C. *Payment Year 2 Annual Payment.*

i. The Settlement Fund Administrators shall be responsible for allocating the Annual Payment for Payment Year 2 among the Settling States and Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement.

ii. The Payment Date for Payment Year 2 is July 15, 2022.

1. The Directing Administrator shall provide notice to the Settling Distributors of the amount owed by the Settling Distributors for the Settlement Fund Administrators' costs and fees for Payment Year 1 and Payment Year 2 Annual Payments pursuant to Section II.D.ii, above, at least fifty (50) calendar days before the Payment Date. On or before July 15, 2022, the Settling Distributors shall pay any additional amount from Payment Year 1 and Payment Year 2 to the Settlement Fund Administrators.

2. On or before July 15, 2022, the Settling Distributors shall pay into the Settlement Fund the total amount of the base payment and Incentive Payment A for the Settling States. This is the Restitution/Abatement amount specified in Exhibit M of the Distributor Settlement Agreement for Payment Year 2, reduced by the allocable share of Non-Settling States provided in Exhibit F of the Distributor Settlement Agreement.

iii. No later than fifty (50) calendar days, or as soon as practicable, prior to July 15, 2022, the Directing Administrator shall allocate the Annual Payment as follows:

1. The Directing Administrator shall use the data provided to it by the Settling Distributors and the Enforcement Committee, which shall be submitted to the Directing Administrator no later than sixty (60) calendar days prior to the Payment Date, to fulfill its obligations under this

Section IV.C and determine the allocations to Settling States and their Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement.

2. The Directing Administrator shall subtract any amount owed out of the Settlement Fund for Settlement Fund Administrator costs and fees for Payment Year 1 and Payment Year 2, pursuant to Section II.D.ii, above.

3. The Directing Administrator shall allocate the remainder of the Annual Payment for Payment Year 2 among the Settling States and their Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement.

   a. The Directing Administrator shall determine each Settling State's overall allocation using the allocation percentages in Exhibit F of the Distributor Settlement Agreement.

   b. The Directing Administrator shall determine the allocations within each Settling State pursuant to Section V.C, Section V.D and Exhibit G of the Distributor Settlement Agreement, taking into account the instructions it has received pursuant to Section IV.A.iv, above.

   c. If a Settling State enacts a legislative Bar after the Initial Participation Date, but before July 15, 2022, a Subdivision that meets the requirements for becoming a Participating Subdivision under Section VII of the Distributor Settlement Agreement prior to July 15, 2022 (but was not an Initial Participating Subdivision) shall be eligible to receive its allocated share (if any) for Payment Year 2, and it shall also receive any amounts allocated to it for Payment Year 1 from the Settlement Fund Escrow.

   d. If a Settling State and its Participating Subdivisions agree as to the intrastate allocation, the Attorney General's Office in the Settling State shall so inform the Settlement Fund Administrators and such agreement shall satisfy the Directing Administrator's obligations under Section IV.C.iii.3.b, above, provided the Settling Distributors do not object.

4. As soon as possible and at least fifty (50) calendar days prior to any payment distributions, the Directing Administrator shall give notice to the Settling Distributors, the Settling States, the Enforcement Committee, and the Directed Trustee of the amount of: (a) the Annual Payment (including the amount to be allocated to the Settlement Fund Administrators in costs and fees); (b) the amount to be received by each Settling State; (c) the amount to be received by the separate types of funds for each Settling State (if applicable); and (d) the amount to be received by each Settling State's Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement; *provided, however,* that if the Settling Distributors and the Enforcement Committee have agreed on all of these amounts and submitted them to the Directing Administrator pursuant to Section IV.A.iii, payment distributions may be made as soon as this notice is provided. This notice to the Directed

Trustee will include instructions for disbursement of the Annual Payment within fifteen (15) calendar days of July 15, 2022, or at such later time as directed by each Settling State to the Directing Administrator.

5. Within fifteen (15) calendar days of July 15, 2022 or at such later time as directed by the Directing Administrator, the Directed Trustee shall disburse the amounts due to each Settling State and to its Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement; *provided*, *however*, that the Directing Administrator shall instruct the Directed Trustee that any amounts allocated to a Participating Subdivision that has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the Distributor Settlement Agreement shall not be transferred or disbursed until the Participating Subdivision has secured such dismissal.- The Settling Distributors shall notify the Directing Administrator if they believe a Participating Subdivision has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the Distributor Settlement Agreement. If so notified, the Directing Administrator will notify the Participating Subdivision.

6. Any amounts remaining in the Settlement Fund Escrow for allocations to Subdivisions listed on Exhibit G of the Distributor Settlement Agreement that have not become Participating Subdivisions after all payments for Payment Year 2 are disbursed shall be transferred to the Settlement Fund and disbursed by the Directed Trustee pursuant to the reallocation provided by Section V.D.5 of the Distributor Settlement Agreement.

iv. The Settlement Fund Administrators shall be also responsible for allocating the Additional Restitution Amount for Payment Year 2 among Settling States listed in Exhibit N of the Distributor Settlement Agreement.  The Directing Administrator shall account for the instructions it has received pursuant to Section IV.A.iv, above in directing the Directed Administrator's distribution of this money.

D. *Years 3-18 Annual Payment.*

i. In Payment Years 3-18, the Settlement Fund Administrators shall be responsible for determining the Annual Payment, allocating the Annual Payment among Settling States and Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement, and determining the amount owed by each Settling Distributor.

ii. The Payment Date for Payment Year 3 and successive Payment Years is July 15 of the third and successive years.

iii. No later than fifty (50) calendar days prior to the Payment Date, the Directing Administrator shall determine the Annual Payment and the allocations as follows:

1. The Directing Administrator shall use the data provided to it by the Settling Distributors and the Enforcement Committee, which shall be submitted to the Directing Administrator no later than sixty (60) calendar days prior to the Payment Date, to fulfill its obligations under this Section IV.D and determine the allocations to Settling States and their

Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement.

2. The Directing Administrator shall determine, for each Settling State, the amount of base and incentive payments to which the State is entitled.

   a. The base payments will be equal to fifty-five percent (55%) of the Net Abatement Amount multiplied by the aggregate Overall Allocation Percentage of the Settling States in Exhibit F of the Distributor Settlement Agreement.  These payments will be due in installments consistent with Exhibit M of the Distributor Settlement Agreement over the eighteen (18) Payment Years.

   b. The Directing Administrator shall follow the steps outlined in Section IV.F of the Distributor Settlement Agreement to determine each Settling State's eligibility for Incentive Payments A-D, which total up to a maximum of forty-five percent (45%) of the Net Abatement Amount multiplied by the aggregate Overall Allocation Percentage of the Settling States; *provided, however*, that, with respect to Payment Year 3, Settling States shall have up to the Payment Date to become eligible for Incentive Payment A and thus avoid the reductions set forth in Section XIII of the Distributor Settlement Agreement.  If a Settling State enacts a Bar less than sixty (60) calendar days before the Payment Date for Payment Year 3, each Settling Distributor shall pay, within thirty (30) calendar days of the Payment Year 3 Payment Date, its allocable share of the difference between the Annual Payment as calculated by the Directing Administrator and the amount that would have been owed had the Settlement Fund Administrator taken the Bar into account.

3. The Directing Administrator shall apply any suspensions, offsets, or reductions as specified under Section IV, Section XII, and Section XIII of the Distributor Settlement Agreement, and allocate and track these amounts so that they reduce payments to only those Settling States and their Participating Subdivisions subject to the relevant suspension, offset, or reduction.

4. The Directing Administrator shall apply any adjustment required as a result of prepayment or significant financial constraint, as specified under Section IV.J and Section IV.K of the Distributor Settlement Agreement.

5. The Directing Administrator shall determine the amount of any Settlement Fund Administrator costs and fees that exceed the accrued interest in the Settlement Fund and Settlement Fund Escrow, as well as the amounts, if any, of such costs and fees owed by Settling Distributors and out of the Settlement Fund pursuant to Section II.D.ii, above.

6. The Directing Administrator shall determine the total amount owed by Settling Distributors (including any amounts to be held in the Settlement Fund Escrow pending resolution of a case by a Later Litigating Subdivision as described in Section XII of the Distributor Settlement

Agreement).  Payments due from the Settling Distributors will be allocated among the Settling Distributors as follows: McKesson – 38.1%; Amerisource – 31.0%; Cardinal – 30.9%.  For the avoidance of doubt, each Settling Distributor's liability for its share of the Annual Payment is several, and not joint.  No Settling Distributor shall be responsible for any portion of another Settling Distributor's share.

7.  The Directing Administrator shall allocate the Annual Payment (other than the amount owed for Settlement Fund Administrator costs and fees) within the Settling States.  The allocations within each Settling State will be determined pursuant Section V.C, Section V.D and Exhibit G of the Distributor Settlement Agreement, taking into account the instructions it has received pursuant to Section IV.A.iv, above.

    a.  If a Settling State and its Participating Subdivisions agree as to the intrastate allocation, the Attorney General's Office in the Settling State shall so inform the Settlement Fund Administrators and such agreement shall satisfy the Directing Administrator's obligations under this Section IV.D.iii.7, provided the Settling Distributors do not object.

8.  No later than fifty (50) calendar days prior to the Payment Date for each Annual Payment, the Directing Administrator shall give notice to the Settling Distributors, the Settling States, the Enforcement Committee, and the Directed Trustee of: (a) the amount of the Annual Payment (including the amount to be allocated to the Settlement Fund Administrators in costs and fees); (b) the amount to be received by each Settling State (specifying the amount of base payment, of each incentive payment, and of each applicable suspension, offset, or reduction); (c) the amount to be received by the separate types of funds for each Settling State (if applicable); and (d) the amount to be received by each Settling State's Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement.  The Directing Administrator shall also give notice to each Settling Distributor of the amount of its allocable share of the Annual Payment, including its allocable share of the amount of any Settlement Fund Administrator costs and fees that exceed the available interest accrued in the Settlement Fund.  The Directing Administrator's notice to the Directed Trustee will include instructions for disbursement of the Annual Payment within fifteen (15) calendar days of the Payment Date, or at such later time as directed by each Settling State to the Directing Administrator.

9.  Within fifteen (15) calendar days of July 15 of each year or at such later time as directed by the Directing Administrator, the Directed Trustee shall disburse the amounts due to each Settling State and to its Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement; *provided*, *however*, that the Directing Administrator shall instruct the Directed Trustee that any amounts allocated to a Participating Subdivision that has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the Distributor Settlement Agreement shall not be transferred or disbursed until the Participating Subdivision has secured such dismissal. The Settling Distributors shall notify the Directing Administrator if they

FINAL AGREEMENT 3.25.22

believe a Participating Subdivision has not yet secured dismissal with prejudice of its lawsuit as required under Section VII.C of the Distributor Settlement Agreement. If so notified, the Directing Administrator will notify the Participating Subdivision.

iv.   The Settlement Fund Administrators shall be also responsible for allocating the Additional Restitution Amount for Payment Year 3 among Settling States listed in Exhibit N of the Distributor Settlement Agreement.  The Directing Administrator shall account for the instructions it has received pursuant to Section IV.A.iv, above in directing the Directed Administrator's distribution of this money.

E.   *Disputes Regarding the Annual Payment.*

i.   Within twenty-one (21) calendar days of the notice provided by the Directing Administrator, any party may dispute, in writing, the calculation of the Annual Payment (including the amount allocated for Settlement Fund Administrator costs and fees), or the amount to be received by a Settling State and/or its Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement.  Such disputing party must provide a written notice of dispute to the Settlement Fund Administrators, the Enforcement Committee, any affected Settling State, and the Settling Distributors identifying the nature of the dispute, the amount of money that is disputed, and the Settling State(s) affected. The Directing Administrator will maintain official contact information for providing a notice of dispute.

ii.   Within twenty-one (21) calendar days of the sending of a written notice of dispute, any affected party may submit a response, in writing, to the Settlement Fund Administrators, the Enforcement Committee, any affected Settling State, and the Settling Distributors identifying the basis for disagreement with the notice of dispute.

iii.   If no response is filed, and the Directing Administrator determines the disputing Party is correct, the Directing Administrator shall adjust the amount calculated consistent with the written notice of dispute and accordingly provide updated instructions to the Directed Trustee, and each Settling Distributor shall pay its allocable share of the adjusted amount, collectively totaling that year's Annual Payment, on the Payment Date.  If a written response to the written notice of dispute is timely sent to the Settlement Fund Administrators, the Directing Administrator shall notify the Settling Distributors of the preliminary amount to be paid, which shall be the greater of the amount originally calculated by the Directing Administrator or the amount that would be consistent with the notice of dispute, provided, however, that in no circumstances shall the preliminary amount to be paid be higher than the maximum amount of base and Incentive Payments A and D for that Payment Year as set forth on Exhibit M of the Distributor Settlement Agreement.  For the avoidance of doubt, a transfer of suspended payments from the Settlement Fund Escrow does not count toward determining whether the amount to be paid is higher than the maximum amount of base and Incentive Payments A and D for that Payment Year as set forth on Exhibit M.

iv.   The Directing Administrator shall instruct the Directed Trustee to place any disputed amount of the preliminary amount paid by the Settling Distributors into the Settlement Fund Escrow and to disburse any undisputed amount to each

L-13

Settling State and its Participating Subdivisions listed on Exhibit G of the Distributor Settlement Agreement within fifteen (15) calendar days of the Payment Date or at such later time as directed by each Settling State.

    v. Disputes described in this subsection shall be resolved in accordance with the terms of Section VI.F of the Distributor Settlement Agreement.

    vi. The decisions of the National Arbitration Panel shall be binding on Settling States, Participating Subdivisions, Settling Distributors, and the Settlement Fund Administrators.

F. *Extensions.*

    i. The schedule provided for in this Section IV shall be adjusted based on what is practicable.  The Settlement Fund Administrators shall provide notice to the Settling Distributors and the Enforcement Committee should the Directing Administrator and/or Directed Trustee believe that the deadlines provided for in this Section IV need to be adjusted.  In such a circumstance, the Settlement Fund Administrators, the Settling Distributors, and the Enforcement Committee will meet and confer regarding the appropriate timeline, seeking to balance practical realities with the importance of expediting the receipt of funds by the Settling States and their Participating Subdivisions so that they can be used to provide Opioid Remediation.

    ii. The deadlines in this Section IV may be extended by the written agreement of the Settling Distributors and the Enforcement Committee.

## V.    Reporting Obligations

A. *Reporting of Non-Opioid Remediation Uses.*

    i. The Directing Administrator shall set up a system to receive and preserve reports from Settling States and Participating Subdivisions that have used monies from the Settlement Fund for purposes that do not qualify as Opioid Remediation, pursuant to Section V.B.2 of the Distributor Settlement Agreement.  The Directing Administrator will not require Settling States and Participating Subdivisions without any such uses of money to submit a report, and the Directing Administrator may treat the failure to submit a report as confirmation that a Settling State or Participating Subdivision had no such uses of money.

    ii. Settling States and Participating Subdivisions shall report to the Directing Administrator and the Settling Distributors the amount of funds received from the Settlement Fund used for purposes that do not qualify as Opioid Remediation (pursuant to Section V.B.2 of the Distributor Settlement Agreement).  Settling States and Participating Subdivisions' reports to the Directing Administrator and the Settling Distributors shall identify how such funds were used, including if used to pay attorneys' fees, investigation costs, litigation costs, or costs related to the operation and enforcement of the Distributor Settlement Agreement, respectively.  Such Settling State or Participating Subdivision shall make such reports to the Directing Administrator and the Settling Distributors with respect to each six-month period ending on June 30 or December 31 of any year in which funds are received from the Settlement Fund.  Such Settling State or Participating Subdivision shall make each such report within ninety (90) days of the end of the applicable six-month period.

L-14

FINAL AGREEMENT 3.25.22

     iii.   The Directing Administrator shall establish a process by December 31, 2022 to make the reporting under this Section V.A available to the public.

B. *Abatement Accounts Fund Reporting*.

     i.   The Settlement Fund Administrators shall track and assist in the report of the amount of remediation disbursed or applied during each fiscal year, broken down by primary funded strategy category listed in Exhibit E of the Distributor Settlement Agreement (with any permissible common costs prorated among strategies).

     ii.   Upon request by any Settling Distributor, the Settlement Fund Administrators shall agree to perform such further acts and to execute and deliver such further documents as may be reasonably necessary for the Settling Distributors to establish the statements set forth in Section V.F of the Distributor Settlement Agreement to the satisfaction of their tax advisors, their independent financial auditors, the Internal Revenue Service, or any other governmental authority, including as contemplated by Treasury Regulations Section 1.162-21(b)(3)(ii) and any subsequently proposed or finalized relevant regulations or administrative guidance.

C. *Qualified Settlement Fund Treatment.*

     i.   The Settling Distributors and the Settlement Fund Administrators shall agree that the Settlement Fund is intended to be classified as a "qualified settlement fund" within the meaning of Treasury regulations Section 1.468B-1, et seq. (and corresponding or similar provisions of state, local, or foreign law, as applicable). The Settlement Fund Administrators or any independent certified public accounting firm selected by the Settling Distributors to serve as administrator of the Settlement Fund for tax purposes (the "Tax Administrator") shall not take any action or tax position inconsistent with such treatment. The Settlement Fund shall be treated as a qualified settlement fund from the earliest date possible, and the Settling Distributors and the Settlement Fund Administrators shall agree to any relation-back election required to treat the Settlement Fund as a qualified settlement fund from the earliest date possible.

     ii.   The Settlement Fund Administrators or the Tax Administrator shall serve as administrator of the Settlement Fund for tax purposes.  The Settlement Fund Administrators or Tax Administrator shall (i) obtain federal and state taxpayer identification numbers for the Settlement Fund and provide the same to the Settling Distributors and the Settlement Fund Administrators, (ii) be responsible for all tax reporting, withholding and filing requirements for the Settlement Fund, (iii) provide instructions to the Settling Distributors and Settlement Fund Administrators for the release of sufficient funds from the Settlement Fund to pay all taxes owed by the Settlement Fund in accordance with Treasury regulations Section 1.468B-2 and any applicable state, local or other tax laws, and (iv) send copies of all such tax filings and returns to the Settling Distributors and Settlement Fund Administrators.  The Settling Distributors and Settlement Fund Administrators shall provide such cooperation and information as the Tax Administrator may reasonably request in performing the responsibilities set forth in this Section VI.

     iii.   Any costs and fees arising from a Tax Administrator shall be allocated evenly among the Settling Distributors.  For the avoidance of doubt, each Settling

FINAL AGREEMENT 3.25.22

Distributor's liability for its share of the costs and fees is several, and not joint. No Settling Distributor shall be responsible for any portion of another Settling Distributor's share.  For the years that Janssen is also utilizing the Settlement Fund, costs will be divided equally among the four companies.

FINAL AGREEMENT 3.25.22

# EXHIBIT M

## Settlement Payment Schedule

The below reflects the maximum payment if all States become Settling States and no offsets or reductions pursuant to this Agreement apply.

The text of this Agreement explains the terms, conditions, and underlying calculations for each of these Payments.

| | Payment 1 | Payment 2 | Payment 3 | Payment 4 | Payment 5 | Payment 6 | Payment 7 | Payment 8 | Payment 9 | Payment 10 | Payment 11 | Payment 12 | Payment 13 | Payment 14 | Payment 15 | Payment 16 | Payment 17 | Payment 18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Restitution/Abatement | $792,612,857.89 | $832,997,473.28 | $832,997,473.28 | $1,042,614,337.16 | $1,042,614,337.15 | $1,042,614,337.15 | $1,042,614,337.15 | $1,226,240,076.84 | $1,226,240,076.84 | $1,226,240,076.84 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $18,554,013,691.11 |
| Base | $458,881,128.25 | $482,261,695.06 | $482,261,695.06 | $603,618,826.77 | $603,618,826.77 | $562,304,221.38 | $562,304,221.38 | $668,613,860.15 | $668,613,860.15 | $668,613,860.15 | $555,451,916.87 | $555,451,916.87 | $555,451,916.87 | $555,451,916.87 | $555,451,916.87 | $555,451,916.87 | $555,451,916.87 | $555,451,916.87 | $10,204,707,530.09 |
| Bonus A | $333,731,729.64 | $350,735,778.22 | $350,735,778.22 | $438,995,510.38 | $438,995,510.38 | $408,948,524.64 | $408,948,524.64 | $486,264,625.57 | $486,264,625.57 | $486,264,625.57 | $403,965,030.45 | $403,965,030.45 | $403,965,030.45 | $403,965,030.45 | $403,965,030.45 | $403,965,030.45 | $403,965,030.45 | $403,965,030.45 | $7,421,605,476.43 |
| Bonus B | $208,582,331.02 | $219,209,861.39 | $219,209,861.39 | $274,372,193.99 | $274,372,193.99 | $255,592,827.90 | $255,592,827.90 | $303,915,390.98 | $303,915,390.98 | $303,915,390.98 | $252,478,144.03 | $252,478,144.03 | $252,478,144.03 | $252,478,144.03 | $252,478,144.03 | $252,478,144.03 | $252,478,144.03 | $252,478,144.03 | $4,638,503,422.77 |
| Bonus C | $125,149,398.61 | $131,525,916.83 | $131,525,916.83 | $164,623,316.39 | $164,623,316.39 | $153,355,696.74 | $153,355,696.74 | $182,349,234.59 | $182,349,234.59 | $182,349,234.59 | $151,486,886.42 | $151,486,886.42 | $151,486,886.42 | $151,486,886.42 | $151,486,886.42 | $151,486,886.42 | $151,486,886.42 | $151,486,886.42 | $2,783,102,053.66 |
| Bonus D | | | | | | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $71,361,591.12 | $907,700,684.60 |
| State Cost Fund | $56,538,461.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,538,461.54 |
| State Outside Counsel Fee Fund | $136,044,378.70 | $129,230,769.23 | $17,417,159.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $282,692,307.70 |
| Attorney Fee Fund | $136,044,378.70 | $150,934,911.25 | $270,825,443.80 | $183,625,739.68 | $183,625,739.69 | $183,625,739.69 | $183,625,739.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,292,307,692.51 |
| MDL Expense Fund | $40,384,615.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,384,615.39 |
| Litigating Subdivision Cost Fund | $40,000,000.00 | $40,000,000.00 | $40,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120,000,000.00 |
| Total Payment | $1,266,240,076.84 | $1,266,240,076.84 | $1,266,240,076.84 | $1,226,240,076.84 | $1,226,240,076.84 | $1,226,240,076.84 | $1,226,240,076.84 | $1,226,240,076.84 | $1,226,240,076.84 | $1,226,240,076.84 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $1,030,778,538.44 | $20,628,629,075.93 |

$20,628,629,075.93 Max After Credit
$491,370,923.07 Tribal/W. Va. Credit
$21,119,999,999.00 Global Settlement Amount

| | Payment 1 | Payment 2 | Payment 3 | Payment 4 | Payment 5 | Payment 6 | Payment 7 | Payment 8 | Payment 9 | Payment 10 | Payment 11 | Payment 12 | Payment 13 | Payment 14 | Payment 15 | Payment 16 | Payment 17 | Payment 18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Additional Restitution Amount | $64,615,384.62 | $113,076,923.08 | $105,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $282,692,307.70 |
| State Cost Fund | $56,538,461.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,538,461.54 |
| State Outside Counsel Fee Fund | $136,044,378.70 | $129,230,769.23 | $17,417,159.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $282,692,307.70 |
| Attorney Fee Fund | $136,044,378.70 | $150,934,911.25 | $270,825,443.80 | $183,625,739.68 | $183,625,739.69 | $183,625,739.69 | $183,625,739.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,292,307,692.51 |
| MDL Expense Fund | $40,384,615.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,384,615.39 |
| Litigating Subdivision Cost Fund | $40,000,000.00 | $40,000,000.00 | $40,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120,000,000.00 |

FINAL AGREEMENT 3.25.22

## EXHIBIT N

### Additional Restitution Amount Allocation

| | |
|---|---|
| **American Samoa** | 0.0269444247% |
| **Arizona** | 3.6430210329% |
| **California** | 16.2669545320% |
| **Colorado** | 2.7085512198% |
| **Connecticut** | 2.1096636070% |
| **District of Columbia** | 0.3322525916% |
| **Guam** | 0.0804074609% |
| **Illinois** | 5.4255643065% |
| **Iowa** | 1.2999070108% |
| **Kansas** | 1.3410510698% |
| **Louisiana** | 2.3525361878% |
| **Maine** | 0.9038789471% |
| **Maryland** | 3.2974316916% |
| **Massachusetts** | 3.6093694218% |
| **Minnesota** | 2.1790874099% |
| **Missouri** | 3.1849331362% |
| **N. Mariana Islands** | 0.0285222675% |
| **Nebraska** | 0.7246475605% |
| **New Jersey** | 4.3741379541% |
| **New York** | 9.7303039729% |
| **North Carolina** | 5.1803544928% |
| **North Dakota** | 0.3171626484% |
| **Oregon** | 2.2051475878% |
| **Pennsylvania** | 7.0279415168% |
| **Tennessee** | 4.2216179010% |
| **Texas** | 10.4894528864% |
| **Virgin Islands** | 0.0544915651% |
| **Virginia** | 3.7333854452% |
| **Wisconsin** | 2.8360231633% |
| **Wyoming** | 0.3152569876% |

FINAL AGREEMENT 3.25.22

## EXHIBIT O

### Adoption of a State-Subdivision Agreement

A State-Subdivision Agreement shall be applied if it meets the requirements of Section V and is approved by the State and by the State's Subdivisions as follows:

1. *Requirements for Approval*.  A State-Subdivision Agreement shall be agreed when it has been approved by the State and either (a) Subdivisions whose aggregate "*Population Percentages*," determined as set forth below, total more than sixty percent (60%), or (b) Subdivisions whose aggregate Population Percentages total more than fifty percent (50%) provided that these Subdivisions also represent fifteen percent (15%) or more of the State's counties or parishes (or, in the case of Settling States whose counties and parishes that do not function as local governments, fifteen percent (15%) of or more of the Settling State's General Purpose Governments that qualify as Subdivisions), by number.

2. *Approval Authority*.  Approval by the State shall be by the Attorney General.  Approval by a Subdivision shall be by the appropriate official or legislative body pursuant to the required procedures for that Subdivision to agree to a legally binding settlement.

3. *Population Percentage Calculation*.  For purposes of this Exhibit O only, Population Percentages shall be determined as follows:  For States with functional counties or parishes[18], the Population Percentage of each county or parish shall be deemed to be equal to (a) (1) two hundred percent (200%) of the population of such county or parish, minus (2) the aggregate population of all Primary Incorporated Municipalities located in such county or parish, divided by (b) two hundred percent (200%) of the State's population.  A "*Primary Incorporated Municipality*" means a city, town, village or other municipality incorporated under applicable state law with a population of at least 25,000 that is not located within another incorporated municipality.  The Population Percentage of each Primary Incorporated Municipality shall be equal to its population (including the population of any incorporated or unincorporated municipality located therein) divided by two hundred percent (200%) of the State's population; *provided* that the Population Percentage of a Primary Incorporated Municipality that is not located within a county shall be equal to two hundred percent (200%) of its population (including the population of any incorporated or unincorporated municipality located therein) divided by two hundred percent (200%) of the State's population.  For all States that do not have functional counties or parishes, the Population Percentage of each General Purpose Government (including any incorporated or unincorporated municipality located therein), shall be equal to its population divided by the State's population.

4. *Preexisting Agreements and Statutory Provisions*.  A State may include with the notice to its Subdivisions an existing agreement, a proposed agreement, or statutory provisions regarding the distribution and use of settlement funds and have the acceptance of such an agreement or statutory provision be part of the requirements to be an Initial Participating Subdivision.

---

[18] Certain states do not have counties or parishes that have functional governments, including:  Alaska, Connecticut, Massachusetts, Rhode Island, and Vermont.

5. *Revised Agreements*.  A State-Subdivision Agreement that has been revised, supplemented, or refined shall be applied if it meets the requirements of <u>Section V</u> and is approved by the State and by the State's Subdivisions pursuant to the terms above.

FINAL AGREEMENT 3.25.22

**EXHIBIT P**

**Injunctive Relief**

## I.    INTRODUCTION

A.    Within ninety (90) days of the Effective Date unless otherwise set forth herein, each Injunctive Relief Distributor shall implement the injunctive relief terms set forth in Sections II through XIX (the "*Injunctive Relief Terms*") in its Controlled Substance Monitoring Program ("*CSMP*").

B.    The Effective Date of these Injunctive Relief Terms shall be defined by Section I.P of the Settlement Agreement, dated as of July 21, 2021, which incorporates these Injunctive Relief Terms as <u>Exhibit P</u>.

## II.    TERM AND SCOPE

A.    The duration of the Injunctive Relief Terms contained in Sections IV through XVI shall be ten (10) years from the Effective Date.

B.    McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation are referred to collectively throughout these Injunctive Relief Terms as the "*Injunctive Relief Distributors*" or individually as an "*Injunctive Relief Distributor*." Each Injunctive Relief Distributor is bound by the terms herein.

C.    The requirements contained in Sections VIII through XV shall apply to the distribution of Controlled Substances to Customers by each Injunctive Relief Distributor's Full-Line Wholesale Pharmaceutical Distribution Business, including by any entities acquired by the Injunctive Relief Distributors that are engaged in the Full-Line Wholesale Pharmaceutical Distribution Business. The prior sentence is not limited to activity physically performed at each Injunctive Relief Distributor's distribution centers and includes activity covered by the prior sentence performed by each Injunctive Relief Distributor at any physical location, including at its corporate offices or at the site of a Customer with respect to Sections III through XV.

## III.    DEFINITIONS

A.    "*Audit Report*." As defined in Section XVIII.H.3.

B.    "*Chain Customers*." Chain retail pharmacies that have centralized corporate headquarters and have multiple specific retail pharmacy locations from which Controlled Substances are dispensed to individual patients.

C.    "*Chief Diversion Control Officer*." As defined in Section IV.A.

D.    "*Clearinghouse*." The system established by Section XVII.

E.     "*Clearinghouse Advisory Panel*." As defined in Section XVII.B.4.

F.     "*Controlled Substances.*" Those substances designated under schedules II-V pursuant to the federal Controlled Substances Act and the laws and regulations of the Settling States that incorporate federal schedules II-V. For purposes of the requirements of the Injunctive Relief Terms, Gabapentin shall be treated as a Controlled Substance, except for purposes of Section XII for Customers located in States that do not regulate it as a controlled substance or similar designation (e.g., drug of concern).

G.     "*Corrective Action Plan*." As defined in Section XIX.B.7.b.

H.     "*CSMP*." As defined in Section I.A.

I.     "*CSMP Committee.*" As defined in Section VI.A.

J.     "*Customers*." Refers collectively to current, or where applicable potential, Chain Customers and Independent Retail Pharmacy Customers. "Customers" do not include long-term care facilities, hospital pharmacies, and pharmacies that serve exclusively inpatient facilities.

K.     "*Data Security Event*." Refers to any compromise, or threat that gives rise to a reasonable likelihood of compromise, by unauthorized access or inadvertent disclosure impacting the confidentiality, integrity, or availability of Dispensing Data.

L.     "*Dispensing Data.*" Includes, unless altered by the Clearinghouse Advisory Panel: (i) unique patient IDs; (ii) patient zip codes; (iii) the dates prescriptions were dispensed; (iv) the NDC numbers of the drugs dispensed; (v) the quantities of drugs dispensed; (vi) the day's supply of the drugs dispensed; (vii) the methods of payment for the drugs dispensed; (viii) the prescribers' names; (ix) the prescribers' NPI or DEA numbers; and (x) the prescribers' zip codes or addresses. The Clearinghouse will be solely responsible for collecting Dispensing Data.

M.     "*Draft Report.*" As defined in Section XVIII.H.1.

N.     "*Effective Date.*" As defined in Section I.B.

O.     "*Full-Line Wholesale Pharmaceutical Distribution Business.*" Activity engaged in by distribution centers with a primary business of supplying a wide range of branded, generic, over-the-counter and specialty pharmaceutical products to Customers.

P.     "*Highly Diverted Controlled Substances.*" Includes: (i) oxycodone; (ii) hydrocodone; (iii) hydromorphone; (iv) tramadol; (v) oxymorphone; (vi) morphine; (vii) methadone; (viii) carisoprodol; (ix) alprazolam; and (x) fentanyl. The Injunctive Relief Distributors shall confer annually and review this list to determine whether changes are appropriate and shall add Controlled Substances to

the list of Highly Diverted Controlled Substances as needed based on information provided by the DEA and/or other sources related to drug diversion trends. The Injunctive Relief Distributors shall notify the State Compliance Review Committee and the Monitor of any additions to the list of Highly Diverted Controlled Substances. Access to Controlled Substances predominately used for Medication-Assisted Treatment shall be considered when making such additions.

Q. "*Independent Retail Pharmacy Customers.*" Retail pharmacy locations that do not have centralized corporate headquarters and dispense Controlled Substances to individual patients.

R. "*Injunctive Relief Distributors.*" As defined in Section II.B.

S. "*Injunctive Relief Terms.*" As defined in Section I.A.

T. "*Monitor.*" As defined in Section XVIII.A.

U. "*National Arbitration Panel.*" As defined by Section I.GG of the Settlement Agreement, dated as of July 21, 2021, which incorporates these Injunctive Relief Terms as Exhibit P.

V. "*NDC.*" National Drug Code.

W. "*non-Controlled Substance.*" Prescription medications that are not Controlled Substances.

X. "*Notice of Potential Violation.*" As defined in Section XIX.B.2.

Y. "*Order.*" A unique Customer request on a specific date for (i) a certain amount of a specific dosage form or strength of a Controlled Substance or (ii) multiple dosage forms and/or strengths of a Controlled Substance. For the purposes of this definition, each line item on a purchasing document or DEA Form 222 is a separate order, except that a group of line items either in the same drug family or DEA base code (based upon the structure of a Injunctive Relief Distributor's CSMP) may be considered to be a single order.

Z. "*Pharmacy Customer Data.*" Aggregated and/or non-aggregated data provided by the Customer for a 90-day period.

    1. To the extent feasible based on the functionality of a Customer's pharmacy management system, Pharmacy Customer Data shall contain (or, in the case of non-aggregated data, shall be sufficient to determine) the following:

        a) A list of the total number of prescriptions and dosage units for each NDC for all Controlled Substances and non-Controlled Substances;

b) A list of the top five prescribers of each Highly Diverted Controlled Substance by dosage volume and the top ten prescribers of all Highly Diverted Controlled Substances combined by dosage volume. For each prescriber, the data shall include the following information:

    (1) Number of prescriptions and doses prescribed for each Highly Diverted Controlled Substance NDC;

    (2) Number of prescriptions for each unique dosage amount (number of pills per prescription) for each Highly Diverted Controlled Substance NDC;

    (3) Prescriber name, DEA registration number, and address; and

    (4) Medical practice/specialties, if available;

c) Information on whether the method of payment was cash for (a) Controlled Substances, and (b) non-Controlled Substances; and

d) Information on top ten patient residential areas by five-digit ZIP code prefix for filled Highly Diverted Controlled Substances by dosage volume, including number of prescriptions and doses for each Highly Diverted Controlled Substance NDC.

2. Injunctive Relief Distributors are not required to obtain Pharmacy Customer Data for all Customers. Pharmacy Customer Data only needs to be obtained under circumstances required by the Injunctive Relief Terms and the applicable CSMP policies and procedures. Each Injunctive Relief Distributor's CSMP policies and procedures shall describe the appropriate circumstances under which and methods to be used to obtain and analyze Pharmacy Customer Data.

3. Injunctive Relief Distributors shall only collect, use, disclose or retain Pharmacy Customer Data consistent with applicable federal and state privacy and consumer protections laws. Injunctive Relief Distributors shall not be required to collect, use, disclose or retain any data element that is prohibited by law or any element that would require notice to or consent from the party who is the subject of the data element, including, but not limited to, a third party (such as a prescriber) to permit collection, use, disclosure and/or retention of the data.

AA. "*Potential Violation.*" As defined in Section XIX.B.1.

BB. "*Reporting Periods.*" As defined in Section XVIII.C.1.

CC.    "*Settling State.*" As defined by Section I.OOO of the Settlement Agreement, dated as of July 21, 2021, which incorporates these Injunctive Relief Terms as <u>Exhibit P</u>.

DD.    "*State Compliance Review Committee.*" The initial State Compliance Review Committee members are representatives from the Attorneys General Offices of Connecticut, Florida, New York, North Carolina, Tennessee, and Texas. The membership of the State Compliance Review Committee may be amended at the discretion of the Settling States.

EE.    "*Suspicious Orders.*" As defined under federal law and regulation and the laws and regulations of the Settling States that incorporate the federal Controlled Substances Act. Suspicious Orders currently include, but are not limited to, orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency.

FF.    "*Threshold.*" The total volume of a particular drug family, DEA base code, or a particular formulation of a Controlled Substance that an Injunctive Relief Distributor shall allow a Customer to purchase in any particular period. This term may be reassessed during Phase 2-B of the Clearinghouse.

GG.    "*Third Party Request.*" A request from an entity other than an Injunctive Relief Distributor, a Settling State, or the Monitor pursuant to a subpoena, court order, data practices act, freedom of information act, public information act, public records act, or similar law.

HH.    "*Top Prescriber.*" A prescriber who, for a Customer, is either (i) among the top five (5) prescribers of each Highly Diverted Controlled Substance or (ii) among the top ten (10) prescribers of Highly Diverted Controlled Substances combined, as determined from the most recent Pharmacy Customer Data for that Customer.

## IV.    <u>CSMP PERSONNEL</u>

A.    Each Injunctive Relief Distributor shall establish or maintain the position of Chief Diversion Control Officer, or other appropriately titled position, to oversee the Injunctive Relief Distributor's CSMP. The Chief Diversion Control Officer shall have appropriate experience regarding compliance with the laws and regulations concerning Controlled Substances, in particular laws and regulations requiring effective controls against the potential diversion of Controlled Substances. The Chief Diversion Control Officer shall report directly to either the senior executive responsible for U.S. pharmaceutical distribution or the most senior legal officer at the Injunctive Relief Distributor.

B.    The Chief Diversion Control Officer shall be responsible for the approval of material revisions to the CSMP.

C.    The Chief Diversion Control Officer shall provide at least quarterly reports to the CSMP Committee regarding the Injunctive Relief Distributor's operation of the

CSMP, including the implementation of any changes to the CSMP required by these Injunctive Relief Terms.

D.     An Injunctive Relief Distributor's CSMP functions, including, but not limited to, the onboarding and approval of new Customers for the sale of Controlled Substances, setting and adjusting Customer Thresholds for Controlled Substances, terminating or suspending Customers, and submitting Suspicious Orders and other reports to Settling States (or the Clearinghouse, when operational), but excluding support necessary to perform these functions, shall be conducted exclusively by the Injunctive Relief Distributor's CSMP personnel or qualified third-party consultants.

E.     Staffing levels of each Injunctive Relief Distributor's CSMP department shall be reviewed periodically, but at least on an annual basis, by the Injunctive Relief Distributor's CSMP Committee. This review shall include consideration of relevant developments in technology, law, and regulations to ensure the necessary resources are in place to carry out the program in an effective manner.

F.     Personnel in an Injunctive Relief Distributor's CSMP department shall not report to individuals in an Injunctive Relief Distributor's sales department, and sales personnel shall not be authorized to make decisions regarding the promotion, compensation, demotion, admonition, discipline, commendation, periodic performance reviews, hiring, or firing of CSMP personnel.

G.     The CSMP policies and procedures shall be published in a form and location readily accessible to all CSMP personnel at each Injunctive Relief Distributor.

## V.     INDEPENDENCE

A.     For each Injunctive Relief Distributor, sales personnel compensated with commissions shall not be compensated based on revenue or profitability targets or expectations for sales of Controlled Substances. However, each Injunctive Relief Distributor's personnel may, as applicable, be compensated (including incentive compensation) based on formulas that include total sales for all of the Injunctive Relief Distributor's products, including Controlled Substances. The compensation of sales personnel shall not include incentive compensation tied solely to sales of Controlled Substances.

B.     For any Injunctive Relief Distributor personnel who are compensated at least in part based on Customer sales, the Injunctive Relief Distributor shall ensure the compensation of such personnel is not decreased by a CSMP-related suspension or termination of a Customer or as a direct result of the reduction of sales of Controlled Substances to a Customer pursuant to the CSMP.

C.     The Injunctive Relief Distributors' sales personnel shall not be authorized to make decisions regarding the implementation of CSMP policies and procedures, the design of the CSMP, the setting or adjustment of Thresholds, or other actions taken pursuant to the CSMP, except sales personnel must provide information

regarding compliance issues to CSMP personnel promptly. The Injunctive Relief Distributors' sales personnel are prohibited from interfering with, obstructing, or otherwise exerting control over any CSMP department decision-making.

D.      Each Injunctive Relief Distributor shall review its compensation and non-retaliation policies and, if necessary, modify and implement changes to those policies to effectuate the goals of, and incentivize compliance with, the CSMP.

E.      Each Injunctive Relief Distributor shall maintain a telephone, email, and/or web-based "hotline" to permit employees and/or Customers to anonymously report suspected diversion of Controlled Substances or violations of the CSMP, Injunctive Relief Distributor company policy related to the distribution of Controlled Substances, or applicable law. Each Injunctive Relief Distributor shall share the hotline contact information with their employees and Customers. Each Injunctive Relief Distributor shall maintain all complaints made to the hotline, and document the determinations and bases for those determinations made in response to all complaints.

## VI.    OVERSIGHT

A.      To the extent not already established, each Injunctive Relief Distributor shall establish a committee that includes senior executives with responsibility for legal, compliance, distribution and finance to provide oversight over its CSMP (the "*CSMP Committee*"). The Chief Diversion Control Officer shall be a member of the CSMP Committee. The CSMP Committee shall not include any employee(s) or person(s) performing any sales functions on behalf of the Injunctive Relief Distributor; provided that service on the CSMP Committee by any senior executives listed in this paragraph whose responsibilities may include, but are not limited to, management of sales functions shall not constitute a breach of the Injunctive Relief Terms.

B.      Each Injunctive Relief Distributor's CSMP Committee shall have regular meetings during which the Chief Diversion Control Officer shall present to the CSMP Committee with respect to, and the CSMP Committee shall evaluate, among other things: (1) any material modifications and potential enhancements to the CSMP including, but not limited to, those relating to Customer due diligence and Suspicious Order monitoring and reporting; (2) any significant new national and regional diversion trends involving Controlled Substances; (3) the Injunctive Relief Distributor's adherence to the CSMP policies and procedures, the Injunctive Relief Terms, and applicable laws and regulations governing the distribution of Controlled Substances; and (4) any technology, staffing, or other resource needs for the CSMP. The CSMP Committee shall have access to all CSMP reports. The CSMP Committee will review and approve the specific metrics used to identify the Red Flags set forth in Section VIII.

C.      On a quarterly basis, each Injunctive Relief Distributor's CSMP Committee shall send a written report to the Injunctive Relief Distributor's Chief Executive, Chief

Financial, and Chief Legal Officer, as well as its Board of Directors, addressing: (1) the Injunctive Relief Distributor's substantial adherence to the CSMP policies and procedures, the Injunctive Relief Terms, and applicable laws and regulations governing the distribution of Controlled Substances; (2) recommendations as appropriate about the allocation of resources to ensure the proper functioning of the Injunctive Relief Distributor's CSMP; and (3) significant revisions to the CSMP. The Board of Directors or a committee thereof at each Injunctive Relief Distributor shall document in its minutes its review of the quarterly CSMP Committee reports.

D.      To the extent not already established, the Board of Directors of each Injunctive Relief Distributor shall establish its own compliance committee (the "*Board Compliance Committee*") to evaluate, at a minimum, and on a quarterly basis: (1) the CSMP Committee's written reports; (2) the Injunctive Relief Distributor's substantial adherence to the CSMP policies and procedures, the Injunctive Relief Terms, and applicable laws and regulations governing the distribution of Controlled Substances; (3) the Injunctive Relief Distributor's code of conduct and any whistleblower reporting policies, including those prescribed by Section V.E; and (4) any significant regulatory and/or government enforcement matters within the review period relating to the distribution of Controlled Substances. An Injunctive Relief Distributor meets this requirement if it established, prior to the Effective Date, multiple committees of its Board of Directors that together have responsibilities outlined in this paragraph.

E.      The Board Compliance Committee shall have the authority to: (1) require management of the Injunctive Relief Distributor to conduct audits on any CSMP or legal and regulatory concern pertaining to Controlled Substances distribution, and to update its full Board of Directors on those audits; (2) to commission studies, reviews, reports, or surveys to evaluate the Injunctive Relief Distributor's CSMP performance; (3) request meetings with the Injunctive Relief Distributor's management and CSMP staff; and (4) review the appointment, compensation, performance, and replacement of the Injunctive Relief Distributor's Chief Diversion Control Officer.

## VII.   MANDATORY TRAINING

A.      Each Injunctive Relief Distributor shall require all new CSMP personnel to attend trainings on its CSMP, its obligations under the Injunctive Relief Terms, and its duties with respect to maintaining effective controls against potential diversion of Controlled Substances and reporting Suspicious Orders pursuant to state and federal laws and regulations prior to conducting any compliance activities for the Injunctive Relief Distributor without supervision.

B.      Each Injunctive Relief Distributor shall provide annual trainings to CSMP personnel on its CSMP, its obligations under the Injunctive Relief Terms, and its duties to maintain effective controls against potential diversion of Controlled

Substances and report Suspicious Orders pursuant to state and federal laws and regulations.

C.  On an annual basis, each Injunctive Relief Distributor shall test its CSMP personnel on their knowledge regarding its CSMP, its obligations under the Injunctive Relief Terms, and its duties to maintain effective controls against potential diversion of Controlled Substances and to report Suspicious Orders pursuant to state and federal laws and regulations.

D.  Each Injunctive Relief Distributor shall train all third-party compliance consultants (defined as non-employees who are expected to devote fifty percent (50%) or more of their time to performing work related to the Injunctive Relief Distributor's CSMP, excluding information technology consultants not engaged in substantive functions related to an Injunctive Relief Distributor's CSMP) performing compliance functions for the Injunctive Relief Distributor in the same manner as the Injunctive Relief Distributor's CSMP personnel.

E.  At least every three (3) years in the case of existing employees, and within the first six months of hiring new employees, each Injunctive Relief Distributor shall require operations, sales, and senior executive employees to attend trainings on its CSMP, its obligations under the Injunctive Relief Terms, the hotline established in Section V.E, and its duties to maintain effective controls against potential diversion of Controlled Substances and report Suspicious Orders pursuant to state and federal laws and regulations.

## VIII.  RED FLAGS

A.  Within one hundred and twenty days (120) of the Effective Date, each Injunctive Relief Distributor shall, at a minimum, apply specific metrics to identify the potential Red Flags described in Section VIII.D with respect to Independent Retail Pharmacy Customers. For Chain Customers, the metrics used to identify the Red Flags described in Section VIII.D may be adjusted based on the specific business model and supplier relationships of the Chain Customer.

B.  Each Injunctive Relief Distributor shall evaluate and, if necessary, enhance or otherwise adjust the specific metrics it uses to identify Red Flags set forth in Section VIII.D.

C.  Each Injunctive Relief Distributor shall provide annually to the Monitor the specific metrics it uses to identify Red Flags as set forth in Section VIII.D. The Monitor shall review the metrics used to identify Red Flags as set forth in Section VIII.D to assess whether the metrics are reasonable. The Monitor may, at its discretion, suggest revisions to the metrics in the annual Audit Report as part of the Red Flags Review set forth in Section XVIII.F.3.f. Each Injunctive Relief Distributor may rely on its specific metrics to comply with the requirements of Section VIII unless and until the Monitor proposes a revised metric in connection with Section XVIII.H.

D.    For purposes of the Injunctive Relief Terms, "*Red Flags*" are defined as follows:

1.    **Ordering ratio of Highly Diverted Controlled Substances to non-Controlled Substances:** Analyze the ratio of the order volume of all Highly Diverted Controlled Substances to the order volume of all non-Controlled Substances to identify Customers with significant rates of ordering Highly Diverted Controlled Substances.

2.    **Ordering ratio of Highly Diverted Controlled Substance base codes or drug families to non-Controlled Substances:** Analyze the ratio of the order volume of each Highly Diverted Controlled Substance base code or drug family to the total order volume of all non-Controlled Substances to identify Customers with significant rates of ordering each Highly Diverted Controlled Substance base code or drug family.

3.    **Excessive ordering growth of Controlled Substances:** Analyze significant increases in the ordering volume of Controlled Substances using criteria to identify customers that exhibit percentage growth of Controlled Substances substantially in excess of the percentage growth of non-Controlled Substances.

4.    **Unusual formulation ordering:** Analyze ordering of Highly Diverted Controlled Substances to identify customers with significant ordering of high-risk formulations. High-risk formulations include, but are not limited to, 10mg hydrocodone, 8mg hydromorphone, 2mg alprazolam, single-ingredient buprenorphine (*i.e.*, buprenorphine without naloxone), and highly-abused formulations of oxycodone. On an annual basis (or as otherwise necessary), high-risk formulations of Highly Diverted Controlled Substances may be added, removed, or revised based on the Injunctive Relief Distributors' assessment and regulatory guidance.

5.    **Out-of-area patients:** Analyze Pharmacy Customer Data or Dispensing Data to assess volume of prescriptions for Highly Diverted Controlled Substances for out-of-area patients (based on number of miles traveled between a patient's zip code and the pharmacy location, depending on the geographic area of interest) taking into consideration the percentage of out-of-area patients for non-Controlled Substances.

6.    **Cash prescriptions:** Analyze Pharmacy Customer Data or Dispensing Data to assess percentage of cash payments for purchases of Controlled Substances taking into consideration the percentage of cash payments for purchases of non-Controlled Substances.

7.    **Prescriber activity of Customers:** Analyze Pharmacy Customer Data or Dispensing Data to identify Customers that are dispensing Highly Diverted Controlled Substance prescriptions for Top Prescribers as follows:

a) Top Prescribers representing a significant volume of dispensing where the prescriber's practice location is in excess of 50 miles from the pharmacy ("out-of-area"), relative to the percentage of out-of-area prescriptions for non-Controlled Substances.

b) Top Prescribers representing prescriptions for the same Highly Diverted Controlled Substances in the same quantities and dosage forms indicative of pattern prescribing (e.g., a prescriber providing many patients with the same high-dose, high-quantity supply of 30mg oxycodone HCL prescription without attention to the varying medical needs of the prescriber's patient population).

c) Top Prescribers where the top five (5) or fewer prescribers represent more than fifty percent (50%) of total prescriptions for Highly Diverted Controlled Substances during a specified period.

8. **Public regulatory actions against Customers:** Review information retrieved from companies that provide licensing and disciplinary history records (e.g., LexisNexis), and/or other public sources, including governmental entities, showing that the Customer, pharmacists working for that Customer, or the Customer's Top Prescribers have been subject, in the last five (5) years, to professional disciplinary sanctions regarding the dispensing or handling of Controlled Substances or law enforcement action related to Controlled Substances diversion. Continued licensing by a relevant state agency may be considered, but shall not be dispositive, in resolving the Red Flag. For Chain Customer locations, representations from each Chain Customer that it reviews its pharmacists' licensing statuses annually and for the regulatory actions described in this paragraph has either (i) taken appropriate employment action, or (ii) disclosed the regulatory action to the Injunctive Relief Distributor, may be considered in resolving the Red Flag.

9. **Customer termination data:** Review information from the Injunctive Relief Distributor's due diligence files and, when operable, from the Clearinghouse, subject to Section VIII.F, regarding Customers that have been terminated from ordering Controlled Substances by another distributor due to concerns regarding Controlled Substances.

E. For any Red Flag evaluation in Section VIII.D that may be performed using Pharmacy Customer Data or Dispensing Data, an Injunctive Relief Distributor will analyze the Red Flag using Pharmacy Customer Data, to the extent feasible based on the functionality of a Customer's pharmacy management system, until Dispensing Data is collected and analyzed by the Clearinghouse as described in Section XVII. Until Dispensing Data is collected and analyzed by the Clearinghouse, an Injunctive Relief Distributor may satisfy the Red Flag evaluations in Sections VIII.D.5 through VIII.D.7 by engaging in considerations of out-of-area patients, cash payments for prescriptions and Top Prescribers

without satisfying the specific requirements of Sections VIII.D.5 through VIII.D.7. In the event that the Clearinghouse is not collecting and analyzing Dispensing Data within two years of the Effective Date, the Injunctive Relief Distributors and the State Compliance Review Committee shall meet and confer to consider alternatives for the performance of the analysis required by Sections VIII.D.5 through VIII.D.7 using Pharmacy Customer Data.

F.      As provided for in Section XVII.C.4, the foregoing Red Flag evaluations may be performed by the Clearinghouse and reported to the relevant Injunctive Relief Distributors.

G.      The Injunctive Relief Distributors and the State Compliance Review Committee shall work in good faith to identify additional potential Red Flags that can be derived from the data analytics to be performed by the Clearinghouse.

## IX.    ONBOARDING

A.      For each Injunctive Relief Distributor, prior to initiating the sale of Controlled Substances to a potential Customer, a member of the Injunctive Relief Distributor's CSMP department (or a qualified third-party compliance consultant trained on the Injunctive Relief Distributor's CSMP) shall perform the following due diligence:

1.      Interview the pharmacist-in-charge, either over the telephone, via videoconference, or in person. The interview shall include questions regarding the manner in which the potential Customer maintains effective controls against the potential diversion of Controlled Substances.

2.      Obtain a "Pharmacy Questionnaire" completed by the owner and/or pharmacist-in-charge of the potential Customer. The Pharmacy Questionnaire shall require going-concern potential Customers to list their top ten (10) prescribers for Highly Diverted Controlled Substances combined, along with the prescriber's specialty, unless the Injunctive Relief Distributor is able to obtain this data otherwise. The Pharmacy Questionnaire shall also require disclosure of the identity of all other distributors that serve the potential Customer, and whether the potential Customer has been terminated or suspended from ordering Controlled Substances by another distributor and the reason for any termination or suspension. The Pharmacy Questionnaire shall request information that would allow the Injunctive Relief Distributor to identify Red Flags, including questions regarding the manner in which the potential Customer maintains effective controls against the potential diversion of Controlled Substances. A potential Customer's responses to the Pharmacy Questionnaire shall be verified, to the extent applicable and practicable, against external sources (for example, the Clearinghouse, once operational, and Automation of Reports and Consolidated Orders System ("*ARCOS*") data made available to the Injunctive Relief Distributor by the

DEA). The Pharmacy Questionnaire shall be maintained by the Injunctive Relief Distributor in a database accessible to its CSMP personnel.

3.  Complete a written onboarding report to be maintained in a database accessible to the Injunctive Relief Distributor's CSMP personnel reflecting the findings of the interview and any site visit, the findings regarding the identification of and, if applicable, conclusion concerning any Red Flag associated with the pharmacy, as well as an analysis of the Pharmacy Questionnaire referenced in the preceding paragraph.

4.  For going-concern potential Customers, review Pharmacy Customer Data to assist with the identification of any Red Flags.

5.  Document whether the potential Customer or the pharmacist-in-charge has been subject to any professional disciplinary sanctions or law enforcement activity related to Controlled Substances dispensing, and, if so, the basis for that action. For Chain Customers, this provision shall apply to the potential specific pharmacies in question.

B.  For Chain Customers, each Injunctive Relief Distributor may obtain the information in Section IX.A from a corporate representative of the Chain Customer.

C.  In the event that an Injunctive Relief Distributor identifies one or more unresolved Red Flags or other information indicative of potential diversion of Controlled Substances through the onboarding process or otherwise, the Injunctive Relief Distributor shall refrain from selling Controlled Substances to the potential Customer pending additional due diligence. If following additional due diligence, the Injunctive Relief Distributor is unable to resolve the Red Flags or other information indicative of diversion, the Injunctive Relief Distributor shall not initiate the sale of Controlled Substances to the potential Customer and shall report the potential Customer consistent with Section XIV. If the Injunctive Relief Distributor determines that the potential Customer may be onboarded for the sale of Controlled Substances, the Injunctive Relief Distributor shall document the decision and the bases for its decision. Such a good faith determination, if documented, shall not serve, without more, as the basis of a future claim of non-compliance with the Injunctive Relief Terms. For Chain Customers, these provisions shall apply to the potential specific pharmacies in question.

## X.  ONGOING DUE DILIGENCE

A.  Each Injunctive Relief Distributor shall periodically review its procedures and systems for detecting patterns or trends in Customer order data or other information used to evaluate whether a Customer is maintaining effective controls against diversion.

B.  Each Injunctive Relief Distributor shall conduct periodic proactive compliance reviews of its Customers' performance in satisfying their corresponding

responsibilities to maintain effective controls against the diversion of Controlled Substances.

C.       Each Injunctive Relief Distributor shall review ARCOS data made available to it by the DEA and, once operational, by the Clearinghouse, to assist with Customer specific due diligence. For Chain Customers, this provision shall apply to the potential specific pharmacies in question.

D.       Each Injunctive Relief Distributor shall conduct due diligence as set forth in its CSMP policies and procedures in response to concerns of potential diversion of Controlled Substances at its Customers. For Chain Customers, these provisions shall apply to the specific pharmacies in question. The due diligence required by an Injunctive Relief Distributor's CSMP policies and procedures may depend on the information or events at issue. The information or events raising concerns of potential diversion of Controlled Substances at a Customer include but are not limited to:

1.       The discovery of one or more unresolved Red Flags;

2.       The receipt of information directly from law enforcement or regulators concerning potential diversion of Controlled Substances at or by a Customer;

3.       The receipt of information concerning the suspension or revocation of pharmacist's DEA registration or state license related to potential diversion of Controlled Substances;

4.       The receipt of reliable information through the hotline established in Section V.E concerning suspected diversion of Controlled Substances at the Customer;

5.       The receipt of reliable information from another distributor concerning suspected diversion of Controlled Substances at the Customer; or

6.       Receipt of other reliable information that the Customer is engaged in conduct indicative of diversion or is failing to adhere to its corresponding responsibility to prevent the diversion of Highly Diverted Controlled Substances.

E.       On an annual basis, each Injunctive Relief Distributor shall obtain updated pharmacy questionnaires from five hundred (500) Customers to include the following:

1.       The top 250 Customers by combined volume of Highly Diverted Controlled Substances purchased from the Injunctive Relief Distributor measured as of the end of the relevant calendar year; and

2.      Additional Customers selected as a representative sample of various geographic regions, customer types (Independent Retail Pharmacy Customers and Chain Customers), and distribution centers. Each Injunctive Relief Distributor's Chief Diversion Control Officer shall develop risk-based criteria for the sample selection.

F.      Scope of Review

1.      For reviews triggered by Section X.D, an Injunctive Relief Distributor shall conduct due diligence and obtain updated Pharmacy Customer Data or equivalent, or more comprehensive data from the Clearinghouse if needed, as set forth in its CSMP policies and procedures.

2.      For questionnaires collected pursuant to Section X.E, Injunctive Relief Distributors shall conduct a due diligence review consistent with the Injunctive Relief Distributors' CSMP policies and procedures. These annual diligence reviews shall be performed in addition to any of the diligence reviews performed under Section X.D, but may reasonably rely on reviews performed under Section X.D.

3.      If the Injunctive Relief Distributor decides to terminate the Customer due to concerns regarding potential diversion of Controlled Substances, the Injunctive Relief Distributor shall promptly cease the sale of Controlled Substances to the Customer and report the Customer consistent with Section XIV. If the Injunctive Relief Distributor decides not to terminate the Customer, the Injunctive Relief Distributor shall document that determination and the basis therefor. Such a good faith determination, if documented, shall not, without more, serve as the basis of a future claim of non-compliance with the Injunctive Relief Terms.

## XI.     SITE VISITS

A.      Each Injunctive Relief Distributor shall conduct site visits, including unannounced site visits, where appropriate, of Customers, as necessary, as part of Customer due diligence.

B.      During site visits, an Injunctive Relief Distributor's CSMP personnel or qualified third-party compliance consultants shall interview the pharmacist-in-charge or other relevant Customer employees, if appropriate, about any potential Red Flags and the Customer's maintenance of effective controls against the potential diversion of Controlled Substances.

C.      An Injunctive Relief Distributor's CSMP personnel or qualified third-party compliance consultants who conduct site visits shall document the findings of any site visit.

D.      Site visit and all other compliance reports shall be maintained by each Injunctive Relief Distributor in a database accessible to all CSMP personnel.

FINAL AGREEMENT 3.25.22

## XII.   THRESHOLDS

A.   Each Injunctive Relief Distributor shall use Thresholds to identify potentially Suspicious Orders of Controlled Substances from Customers.

B.   Each Injunctive Relief Distributor's CSMP department shall be responsible for the oversight of the process for establishing and modifying Thresholds. The sales departments of the Injunctive Relief Distributors shall not have the authority to establish or adjust Thresholds for any Customer or participate in any decisions regarding establishment or adjustment of Thresholds.

C.   Injunctive Relief Distributors shall not provide Customers specific information about their Thresholds or how their Thresholds are calculated.

1.   Threshold Setting

a)   Injunctive Relief Distributors shall primarily use model-based thresholds. For certain circumstances, Injunctive Relief Distributors may apply a non-model threshold based on documented customer diligence and analysis.

b)   Each Injunctive Relief Distributor shall include in its Annual Threshold Analysis and Assessment Report (as required by Section XVIII.F.3.c) to the Monitor summary statistics regarding the use of non-model thresholds and such information shall be considered by the Monitor as part of its Threshold Setting Process Review in the annual Audit Report.

c)   For the purposes of establishing and maintaining Thresholds, each Injunctive Relief Distributor shall take into account the Controlled Substances diversion risk of each drug base code. The diversion risk of each base code should be defined and reassessed annually by the Injunctive Relief Distributor's CSMP Committee and reviewed by the Monitor.

d)   Each Injunctive Relief Distributor shall establish Thresholds for new Customers prior to supplying those Customers with Controlled Substances and shall continue to have Thresholds in place at all times for each Customer to which it supplies Controlled Substances.

e)   When ordering volume from other distributors becomes readily available from the Clearinghouse, an Injunctive Relief Distributor shall consider including such information as soon as reasonably practicable in establishing and maintaining Thresholds.

f)      Each Injunctive Relief Distributor shall incorporate the following guiding principles in establishing and maintaining Customer Thresholds, except when inapplicable to non-model Thresholds:

(1)      Thresholds shall take into account the number of non-Controlled Substance dosage units distributed to, dispensed and/or number of prescriptions dispensed by the Customer to assist with the determination of Customer size. As a general matter, smaller customers should have lower Thresholds than larger customers.

(2)      For the purposes of establishing and maintaining Thresholds, Injunctive Relief Distributors shall use statistical models that are appropriate to the underlying data.

(3)      For the purposes of establishing and maintaining Thresholds, Injunctive Relief Distributors shall take into account a Customer's ordering and/or dispensing history for a specified period of time.

(4)      For the purposes of establishing and maintaining Thresholds, Injunctive Relief Distributors shall take into account the ordering history of Customers within similar geographic regions, or, where appropriate for Chain Customers, ordering history within the chain.

(5)      If appropriate, Thresholds may take into account the characteristics of Customers with similar business models.

(a)      A Customer's statement that it employs a particular business model must be verified, to the extent practicable, before that business model is taken into account in establishing and maintaining a Customer's Threshold.

2.      <u>Threshold Auditing</u>

a)      The Injunctive Relief Distributors shall review their respective Customer Thresholds at least on an annual basis and modify them where appropriate.

b)      Each Injunctive Relief Distributor's CSMP department shall annually evaluate its Threshold setting methodology and processes and its CSMP personnel's performance in adhering to those policies.

3.      <u>Threshold Changes</u>

a)    An Injunctive Relief Distributor may increase or decrease a Customer Threshold as set forth in its CSMP policies and procedures, subject to Sections XII.C.3.b through XII.C.3.e.

b)    Prior to approving any Threshold change request by a Customer, each Injunctive Relief Distributor shall conduct due diligence to determine whether an increase to the Threshold is warranted. This due diligence shall include obtaining from the Customer the basis for the Threshold change request, obtaining and reviewing Dispensing Data and/or Pharmacy Customer Data for the previous three (3) months for due diligence purposes, and, as needed, conducting an on-site visit to the Customer. This Threshold change request diligence shall be conducted by the Injunctive Relief Distributor's CSMP personnel.

c)    No Injunctive Relief Distributor shall proactively contact a Customer to suggest that the Customer request an increase to any of its Thresholds, to inform the Customer that its Orders-to-date are approaching its Thresholds or to recommend to the Customer the amount of a requested Threshold increase. It shall not be a violation of this paragraph to provide Chain Customer headquarters reporting on one or more individual Chain Customer pharmacy location(s) to support the anti-diversion efforts of the Chain Customer's headquarters staff, and it shall not be a violation of this paragraph for the Injunctive Relief Distributor's CSMP personnel to contact Customers to seek to understand a Customer's ordering patterns.

d)    An Injunctive Relief Distributor's Chief Diversion Control Officer may approve criteria for potential adjustments to Customer Thresholds to account for circumstances where the Thresholds produced by the ordinary operation of the statistical models require modification. Such circumstances include adjustments to account for seasonal ordering of certain Controlled Substances that are based on documented diligence and analysis, adjustments made to permit ordering of certain Controlled Substances during a declared national or state emergency (e.g., COVID-19 pandemic), IT errors, and data anomalies causing results that are inconsistent with the design of the statistical models. Each Injunctive Relief Distributor shall include in its Annual Threshold Analysis and Assessment Report (as required by Section XVIII.F.3.c) to the Monitor information regarding the use of this paragraph and such information shall be considered by the Monitor as part of its Threshold Setting Process Review in the annual Audit Report.

e)    Any decision to raise a Customer's Threshold in response to a request by a Customer to adjust its Threshold must be documented

FINAL AGREEMENT 3.25.22

in a writing and state the reason(s) for the change. The decision must be consistent with the Injunctive Relief Distributor's CSMP and documented appropriately.

## XIII.  SUSPICIOUS ORDER REPORTING AND NON-SHIPMENT

A.  Each Injunctive Relief Distributor shall report Suspicious Orders to the Settling States ("*Suspicious Order Reports*" or "*SORs*"), including those Settling States that do not currently require such SORs, at the election of the Settling State.

B.  For the SORs required by the Injunctive Relief Terms, each Injunctive Relief Distributor shall report Orders that exceed a Threshold for Controlled Substances set pursuant to the processes in Section XII that are blocked and not shipped.

C.  No Injunctive Relief Distributor shall ship any Order that it (i) reports pursuant to Sections XIII.A or XIII.B, or (ii) would have been required to report pursuant to Sections XIII.A or XIII.B had the Settling State elected to receive SORs.

D.  In reporting Suspicious Orders to the Settling States, the Injunctive Relief Distributors shall file SORs in a standardized electronic format that is uniform among the Settling States and contains the following information fields:

1.  Customer name;

2.  Customer address;

3.  DEA registration number;

4.  State pharmacy license number;

5.  Date of order;

6.  NDC number;

7.  Quantity;

8.  Explanation for why the order is suspicious (up to 250 characters): Details that are order-specific regarding why an order was flagged as a Suspicious Order, including specific criteria used by an Injunctive Relief Distributor's Threshold system (except phrases such as "order is of unusual size" without any additional detail are not acceptable); and

9.  Name and contact information for a knowledgeable designee within the Injunctive Relief Distributor's CSMP department to be a point of contact for the SORs.

E.  On a quarterly basis, each Injunctive Relief Distributor shall provide a summary report to the Settling States that elect to receive it that provides the following

information for the relevant quarter with respect to the top ten (10) Customers by volume for each Highly Diverted Controlled Substance base code that have placed a Suspicious Order for that base code, in that quarter (for Chain Customers, only individual pharmacies in the chain will considered for evaluation as a top ten (10) Customer):

1. The number of SORs submitted for that Customer by base code;

2. The Customer's order volume by base code for the quarter for all Highly Diverted Controlled Substances;

3. The Customer's order frequency by base code for the quarter for all Highly Diverted Controlled Substances;

4. For each Highly Diverted Controlled Substance base code, the ratio of the Customer's order volume for that base code to the volume of all pharmaceutical orders for the quarter; and

5. The ratio of the Customer's order volume of all Controlled Substances to the volume of all pharmaceutical orders for the quarter.

F. The Injunctive Relief Distributors shall only be required to file a single, uniform, electronic form of SOR with any Settling State that receives SORs pursuant to these Injunctive Relief Terms. A Settling State retains the authority pursuant to applicable state law or relevant state agency authority to request additional information about a particular SOR.

G. It is the objective of the Settling States and the Injunctive Relief Distributors for the Injunctive Relief Distributors to provide SORs to Settling States that identify the same Suspicious Orders as reported to the DEA pursuant to the definition and requirements of the federal Controlled Substances Act and its regulations, although the fields of the SORs submitted to the Settling States as required by Section XIII may differ from the content required by the DEA. To the extent federal definitions and requirements materially change during the term of the Injunctive Relief Terms, the Injunctive Relief Distributors may be required to adjust the format and content of the SORs to meet these federal requirements. The Injunctive Relief Distributors and the State Compliance Review Committee will engage in good faith discussions regarding such adjustments.

H. It shall not be a violation of the Injunctive Relief Terms if an Injunctive Relief Distributor ships a Suspicious Order or fails to submit or transmit a SOR if:

1. The shipment of the Suspicious Order or failed SOR transmission was due to a computer error (data entry mistakes, coding errors, computer logic issues, software malfunctions, and other computer errors or IT failures); and

2.      The Injunctive Relief Distributor reports the error, including a description of measures that will be taken to prevent recurrence of the error, to any affected Settling State, the State Compliance Review Committee, and the Monitor within five (5) business days of its discovery.

## XIV.  **TERMINATED CUSTOMERS**

A.      Each Injunctive Relief Distributor shall report to the Clearinghouse, once operational, within five (5) business days (or as otherwise required by state statute or regulation), Customers it has terminated from eligibility to receive Controlled Substances or refused to onboard for the sale of Controlled Substances due to concerns regarding the Customer's ability to provide effective controls against the potential diversion of Controlled Substances following the Effective Date.

B.      The Injunctive Relief Distributors shall report to the relevant Settling State(s), within five (5) business days (or as otherwise required by state statute or regulation) Customers located in such Settling States that it has terminated from eligibility to receive Controlled Substances or refused to onboard for the sale of Controlled Substances due to concerns regarding the Customer's ability to provide effective controls against the potential diversion of Controlled Substances following the Effective Date. Such reports will be made in a uniform format. The Injunctive Relief Distributors and the State Compliance Review Committee shall use best efforts to agree on such uniform format for inclusion prior to the requirement taking effect.

C.      In determining whether a Customer should be terminated from eligibility to receive Controlled Substances, Injunctive Relief Distributors shall apply factors set out in their CSMP policies and procedures, which shall include the following conduct by a Customer:

1.      Has generated an excessive number of Suspicious Orders, which cannot otherwise be explained;

2.      Has routinely demonstrated unresolved Red Flag activity;

3.      Has continued to fill prescriptions for Highly Diverted Controlled Substances that raise Red Flags following an Injunctive Relief Distributor's warning or communication about such practices;

4.      Has failed to provide Pharmacy Customer Data or Dispensing Data in response to a request from an Injunctive Relief Distributor or otherwise refuses to cooperate with the Injunctive Relief Distributor's CSMP after providing the Customer with a reasonable amount of time to respond to the Injunctive Relief Distributor's requests;

5.      Has been found to have made material omissions or false statements on a Pharmacy Questionnaire (the requirements for the contents of a Pharmacy Questionnaire are described in Section IX); or

6.      Has been the subject of discipline by a State Board of Pharmacy within the past three (3) years or has had its owner(s) or pharmacist-in-charge subject to license probation or termination within the past five (5) years by a State Board of Pharmacy for matters related to Controlled Substances dispensing or a federal or state felony conviction.

D.      Once the Clearinghouse has made Customer termination data available to each Injunctive Relief Distributor, each Injunctive Relief Distributor shall consider terminating Customers that have been terminated from eligibility to receive Controlled Substances by another distributor as a result of suspected diversion of Controlled Substances if the Customer is ordering only Controlled Substances from the Injunctive Relief Distributor. If the Injunctive Relief Distributor determines not to terminate Customers to which this paragraph applies, the Injunctive Relief Distributor shall document its decision-making. A good-faith decision to continue shipping Controlled Substances to Customers to which this paragraph applies, shall not serve, without more, as the basis of a future claim of non-compliance with the Injunctive Relief Terms.

E.      For Chain Customers, the provisions in Section XIV.A-D shall apply to the specific pharmacies in question.

## XV.  EMERGENCIES

A.      In the circumstances of declared national or state emergencies in which the healthcare community relies on the Injunctive Relief Distributors for critical medicines, medical supplies, products, and services, the Injunctive Relief Distributors may be required to temporarily modify their respective CSMP processes to meet the critical needs of the supply chain. These modifications may conflict with the requirements of the Injunctive Relief Terms.

B.      In the case of a declared national or state emergency, the Injunctive Relief Distributors shall be required to give notice to the State Compliance Review Committee of any temporary material changes to their CSMP processes which may conflict with the requirements of the Injunctive Relief Terms and specify the sections of the Injunctive Relief Terms which will be affected by the temporary change.

C.      The Injunctive Relief Distributors shall document all temporary changes to their CSMP processes and appropriately document all customer-specific actions taken as a result of the declared national or state emergency.

D.      The Injunctive Relief Distributors shall provide notice to the State Compliance Review Committee at the conclusion of the declared national or state emergency, or sooner, stating that the temporary CSMP processes put into place have been suspended.

E.      Provided the Injunctive Relief Distributors comply with the provisions of Sections XV.A through XV.D, the Injunctive Relief Distributors will not face liability for

any deviations from the requirements of the Injunctive Relief Terms taken in good faith to meet the critical needs of the supply chain in response to the declared national or state emergency. Nothing herein shall limit Settling States from pursuing claims against the Injunctive Relief Distributors based on deviations from the requirements of the Injunctive Relief Terms not taken in good faith to meet the critical needs of the supply chain in response to a declared national or state emergency.

## XVI. COMPLIANCE WITH LAWS AND RECORDKEEPING

A. The Injunctive Relief Distributors acknowledge and agree that they must comply with applicable state and federal laws governing the distribution of Controlled Substances.

B. Good faith compliance with the Injunctive Relief Terms creates a presumption that the Injunctive Relief Distributors are acting reasonably and in the public interest with respect to Settling States' existing laws requiring effective controls against diversion of Controlled Substances and with respect to the identification, reporting, and blocking of Suspicious Orders of Controlled Substances.

C. The requirements of the Injunctive Relief Terms are in addition to, and not in lieu of, any other requirements of state or federal law applicable to Controlled Substances distribution. Except as provided in Section XVI.D, nothing in the Injunctive Relief Terms shall be construed as relieving Injunctive Relief Distributors of the obligation to comply with such laws, regulations, or rules. No provision of the Injunctive Relief Terms shall be deemed as permission for Injunctive Relief Distributors to engage in any acts or practices prohibited by such laws, regulations, or rules.

D. In the event of a conflict between the requirements of the Injunctive Relief Terms and any other law, regulation, or requirement such that an Injunctive Relief Distributor cannot comply with the law without violating the Injunctive Relief Terms or being subject to adverse action, including fines and penalties, the Injunctive Relief Distributor shall document such conflicts and notify the State Compliance Review Committee and any affected Settling State the extent to which it will comply with the Injunctive Relief Terms in order to eliminate the conflict within thirty (30) days of the Injunctive Relief Distributor's discovery of the conflict. The Injunctive Relief Distributor shall comply with the Injunctive Relief Terms to the fullest extent possible without violating the law.

E. In the event of a change or modification of federal or state law governing the distribution of Controlled Substances that creates an actual or potential conflict with the Injunctive Relief Terms, any Injunctive Relief Distributor, any affected Settling State, or the State Compliance Review Committee may request that the Injunctive Relief Distributors, State Compliance Review Committee, and any affected Settling State meet and confer regarding the law change. During the meet and confer, the Injunctive Relief Distributors, the State Compliance Review

Committee, and any affected Settling State will address whether the change or modification in federal or state law requires an amendment to the Injunctive Relief Terms. In the event the Injunctive Relief Distributors, the State Compliance Review Committee, and any affected Settling State cannot agree on a resolution, and the dispute relates to whether the generally applicable Injunctive Relief Terms herein should be changed, an Injunctive Relief Distributor, the State Compliance Review Committee, or any affected Settling State may submit the question to the National Arbitration Panel. If the dispute relates to whether a change in an individual State's law requires a modification of the Injunctive Relief Terms only with respect to that State, an Injunctive Relief Distributor, the State Compliance Review Committee, or any affected Settling State may seek resolution of the dispute pursuant to Section XIX. Maintenance of competition in the industry and the potential burden of inconsistent obligations by Injunctive Relief Distributors shall be a relevant consideration in such resolution.

F.   <u>Recordkeeping:</u> Each Injunctive Relief Distributor shall retain records it is required to create pursuant to its obligations hereunder in an electronic or otherwise readily accessible format. The Settling States shall have the right to review records provided to the Monitor pursuant to Section XVIII. Nothing in the Injunctive Relief Terms prohibits a Settling State from issuing a lawful subpoena for records pursuant to an applicable law.

## XVII.  <u>CLEARINGHOUSE</u>

A.   Creation of the Clearinghouse

1.   The Clearinghouse functions shall be undertaken by a third-party vendor or vendors.

2.   The vendor(s) will be chosen through a process developed and jointly agreed upon by the Injunctive Relief Distributors and the State Compliance Review Committee.

3.   Consistent with the process developed by the Injunctive Relief Distributors and the State Compliance Review Committee, within two (2) months of the Effective Date, the Injunctive Relief Distributors shall issue a Request for Proposal to develop the systems and capabilities for a Clearinghouse to perform the services of a data aggregator.

4.   Within five (5) months of the Effective Date, the Clearinghouse Advisory Panel shall select one or more entities to develop the systems for the Clearinghouse and perform data aggregator services. The Clearinghouse Advisory Panel shall select a vendor or vendors that employ or retain personnel who have adequate expertise and experience related to the pharmaceutical industry, the distribution of Controlled Substances, and the applicable requirements of the Controlled Substances Act and the DEA's implementing regulations.

5.      Within sixty (60) days of the selection of a vendor(s) to serve as the Clearinghouse, the Injunctive Relief Distributors shall negotiate and finalize a contract with the vendor(s). The date that the contract is signed by the Injunctive Relief Distributors and the vendor(s) shall be referred to as the "*Clearinghouse Retention Date*."

6.      The development of the Clearinghouse shall proceed on a phased approach as discussed in Sections XVII.C and XVII.D.

**B.**     **Governance and Staffing of the Clearinghouse**

1.      *Capabilities.* The selected vendor or vendors shall staff the Clearinghouse in a manner that ensures the development of robust data collection, analytics and reporting capabilities for the Settling States and Injunctive Relief Distributors. To the extent additional expertise is required for the engagement, the vendor(s) may retain the services of third-party consultants.

2.      *Independence.* While performing services for the Clearinghouse, all vendors and consultants, and their staff working on the Clearinghouse, shall be independent (*i.e.*, not perform services of any kind, including as a consultant or an employee on behalf of any Injunctive Relief Distributor outside of the ordinary business operations of the Clearinghouse). Independence may be achieved by implementing appropriate ethical walls with employees who are currently performing or who have previously performed work for an Injunctive Relief Distributor within two years of the Clearinghouse Retention Date.

3.      *Liability.* The Injunctive Relief Distributors are entitled to rely upon information or data received from the Clearinghouse, whether in oral, written, or other form. No Injunctive Relief Distributor, and no individual serving on the Clearinghouse Advisory Panel, shall have any liability (whether direct or indirect, in contract or tort or otherwise) to any Party for or in connection with any action taken or not taken by the Clearinghouse. In addition, no Injunctive Relief Distributor, and no individual serving on the Clearinghouse Advisory Panel, shall have any liability (whether direct or indirect, in contract or tort or otherwise) to any Party for or in connection with any action taken or not taken by an Injunctive Relief Distributor based on incorrect, inaccurate, incomplete or otherwise erroneous information or data provided by the Clearinghouse, unless the information or data was incorrect, inaccurate, incomplete or otherwise erroneous because the Injunctive Relief Distributor itself provided incorrect, inaccurate, incomplete or otherwise erroneous data or information to the Clearinghouse. For any legal requirements that are assumed by the Clearinghouse during Phase 2-B pursuant to Section XVII.D.3, liability shall be addressed pursuant to Section XVII.D.3.c.

4.      *Clearinghouse Advisory Panel*. The State Compliance Review Committee and Injunctive Relief Distributors shall create a Clearinghouse Advisory Panel no later than sixty (60) days after the Effective Date to oversee the Clearinghouse.

   a)      The Clearinghouse Advisory Panel shall have an equal number of members chosen by the State Compliance Review Committee on the one hand, and the Injunctive Relief Distributors on the other. The size of the Clearinghouse Advisory Panel will be decided by the State Compliance Review Committee and the Injunctive Relief Distributors, and the State Compliance Review Committee and the Injunctive Relief Distributors may select as members third-party experts, but no more than one half of each side's representatives may be such third-party experts. At least one member chosen by the State Compliance Review Committee will be based on consultation with the National Association of State Controlled Substances Authorities.

   b)      During the first two years of the operation of the Clearinghouse, the Clearinghouse Advisory Panel shall meet (in-person or remotely) at least once per month. After the first two years of operation, the Clearinghouse Advisory Panel shall meet at least quarterly. The Monitor may attend Clearinghouse Advisory Panel meetings and may provide recommendations to the Clearinghouse Advisory Panel.

   c)      The Clearinghouse Advisory Panel shall establish a subcommittee to advise on issues related to privacy, the Health Insurance Portability and Accountability Act of 1996 ("*HIPAA*"), and data security and a subcommittee to advise on issues related to Dispensing Data. It may establish additional subcommittees. Subcommittees may include individuals who are not members of the Clearinghouse Advisory Panel. The Clearinghouse Advisory Panel may invite one or more prescribers, dispensers, and representatives from state Prescription Drug Monitoring Programs ("*PDMP*") to serve on the Dispensing Data subcommittee. Each Injunctive Relief Distributor shall have a representative on each subcommittee created by the Clearinghouse Advisory Panel.

   d)      The Clearinghouse Advisory Panel may delegate tasks assigned to it by the Injunctive Relief Terms to the Executive Director.

5.      *Executive Director*. One employee of the vendor, or one representative from the vendor group in the event that there are multiple vendors, shall be an Executive Director who shall manage day-to-day operations and report periodically to the Clearinghouse Advisory Panel.

FINAL AGREEMENT 3.25.22

C.      **Phase 1 of the Clearinghouse: Data Collection, Initial Analytics and Reporting**

1.      System Development

a)      Within one (1) year of the Clearinghouse Retention Date, the Clearinghouse shall develop systems to receive and analyze data obtained from the Injunctive Relief Distributors pursuant to electronic transmission formats to be agreed upon by the Clearinghouse Advisory Panel.

b)      In developing such systems, the Clearinghouse shall ensure that:

(1)     The systems provide robust reporting and analytic capabilities.

(2)     Data obtained from Injunctive Relief Distributors shall be automatically pulled from the existing order management data platforms (e.g., SAP).

(3)     The systems shall be designed to receive data from sources other than the Injunctive Relief Distributors, including pharmacies, non-Injunctive Relief Distributors, the DEA, State Boards of Pharmacy, and other relevant sources, pursuant to standardized electronic transmission formats.

(4)     The systems shall be designed to protect personally identifiable information ("*PII*") and protected health information ("*PHI*") from disclosure and shall comply with HIPAA and any federal and state laws relating to the protection of PII and PHI.

(5)     The Clearinghouse will establish a HIPAA-compliant database that can be accessed by state authorities, the Injunctive Relief Distributors, and any entities that subsequently participate in the Clearinghouse. The database that will be made available to the Injunctive Relief Distributors and any non-governmental entities that subsequently participate in the Clearinghouse will also blind commercially sensitive information.

(6)     State authorities shall have access to the HIPAA-compliant database via web-based tools and no additional or specialized equipment or software shall be required. This access shall allow state authorities to query the HIPAA-compliant database without limitation.

P-27

(7)     The Injunctive Relief Distributors shall be permitted to use data obtained from the Clearinghouse for anti-diversion purposes, including the uses expressly contemplated by the Injunctive Relief Terms. The Injunctive Relief Distributors shall not sell (or obtain license fees for) data obtained from Clearinghouse to any third-parties. Nothing in the Injunctive Relief Terms shall prohibit an Injunctive Relief Distributor from using its own data, including data provided to the Injunctive Relief Distributor by third-parties other than the Clearinghouse, for any commercial purposes, including selling or licensing its data to third-parties.

2.     Aggregation of Data

a)     It is the goal of the Settling States and the Injunctive Relief Distributors for the Clearinghouse to obtain comprehensive data from all distributors, pharmacies, and other relevant data sources to provide maximum permissible transparency into the distribution and dispensing of Controlled Substances. During Phase 1, the Clearinghouse Advisory Panel shall develop recommendations for ways to achieve this goal.

b)     In Phase 1, the Injunctive Relief Distributors shall provide and/or facilitate the collection of, and the Clearinghouse shall collect and maintain, the following:

(1)     Injunctive Relief Distributor transaction data for Controlled Substances and non-Controlled Substances, specified at the NDC, date, quantity, and customer level.

(2)     Injunctive Relief Distributor information on Customers that have been terminated and/or declined onboarding due to concerns regarding Controlled Substance dispensing following the Effective Date.

c)     The Clearinghouse shall make available to the Injunctive Relief Distributors, in a format to be determined by the Clearinghouse Advisory Panel, blinded data for their CSMP due diligence functions. The data will include all Controlled Substances and non-Controlled Substances and be refreshed on a regular basis. The Clearinghouse will also seek to provide non-identifying information regarding whether a single distributor is associated with multiple warehouses with unique DEA registrations (e.g., multiple distribution centers operated by a single distributor), in the data it makes available.

d)    During Phase 1, the Clearinghouse Advisory Panel (with input from its Dispensing Data subcommittee) will develop an operational plan to obtain Dispensing Data directly from pharmacies, unless the Clearinghouse Advisory Panel determines it is inadvisable to do so. The operational plan developed by the Clearinghouse Advisory Panel shall address compliance with HIPAA and shall include recommendations to facilitate the collection of Dispensing Data in compliance with HIPAA and relevant state privacy laws. To the extent possible, the Clearinghouse will begin collecting Dispensing Data during Phase 1.

e)    Nothing in the Injunctive Relief Terms shall require the Injunctive Relief Distributors to indemnify or otherwise be responsible to pharmacy customers for any claims resulting from the provision of Dispensing Data to the Clearinghouse, including, but not limited to, claims related to any data breaches occurring with the data transmitted to or maintained by the Clearinghouse.

3.    State and Federal Reporting Requirements

a)    The Injunctive Relief Distributors shall comply with state and federal transactional and Suspicious Order reporting requirements related to Controlled Substances as follows:

(1)    Until such time as the Clearinghouse is able to provide transactional and Suspicious Order regulatory reporting to the states on behalf of the Injunctive Relief Distributors, the Injunctive Relief Distributors shall continue to file all required reports under state law and those reports required by these Injunctive Relief Terms.

(2)    Once the Clearinghouse is able to process and submit such reports, the Clearinghouse may process and submit those reports on behalf of each Injunctive Relief Distributor to the states. At all times during Phase 1, each Injunctive Relief Distributor shall remain responsible for the identification of Suspicious Orders and will remain liable for a failure to submit transactional data or Suspicious Order reports required under state law or these Injunctive Relief Terms.

(3)    An Injunctive Relief Distributor may elect to fulfill its reporting obligations directly, rather than have the Clearinghouse assume the responsibility for the transmission of the various reports.

4.      Additional Reports and Analytics

a)      In consultation with the Clearinghouse Advisory Panel, the Clearinghouse shall work to develop additional reports and analyses to assist the Settling States and the Injunctive Relief Distributors in addressing Controlled Substance diversion, including, but not limited to, identifying Red Flags consistent with Section VIII.

b)      The Clearinghouse will generate analyses and reports to be used by the Settling States and the Injunctive Relief Distributors based on format and content recommended by the Clearinghouse Advisory Panel. In order to refine the format and reach final recommendations, the Clearinghouse shall prepare sample analytical reports for a sample geographic region to review with the Clearinghouse Advisory Panel. The sample reports will also be shared with the DEA in an effort to receive additional feedback.

c)      After the content and format of the sample reports have been approved by the Clearinghouse Advisory Panel, the Clearinghouse will begin producing reports on a periodic basis.

d)      The Clearinghouse will develop capabilities to provide Settling States customized reports upon reasonable request to assist in their efforts to combat the diversion of Controlled Substances and for other public health and regulatory purposes.

e)      After the Clearinghouse has obtained sufficient Dispensing Data from Customers, the Clearinghouse shall commence providing standard reports to the Settling States and Injunctive Relief Distributors that will include summaries and analysis of Dispensing Data. The reports and analytics of Dispensing Data shall be developed in consultation with the Clearinghouse Advisory Panel (including its Dispensing Data subcommittee) and shall include, but not be limited to:

        (1)     Identification of Customers whose dispensing may indicate Red Flags consistent with Section VIII, as determined by the Clearinghouse from aggregate data; and

        (2)     Identification of Customers whose aggregate dispensing volumes for Highly Diverted Controlled Substances are disproportionately high relative to the population of the relevant geographic area.

f)      The Clearinghouse shall also prepare reports and analyses for the Settling States and Injunctive Relief Distributors identifying prescribers whose prescribing behavior suggests they may not be

engaged in the legitimate practice of medicine. Such reports and analysis shall be developed in consultation with the Clearinghouse Advisory Panel (including its Dispensing Data subcommittee) and shall seek to identify and evaluate:

(1) Prescribers who routinely prescribe large volumes of Highly Diverted Controlled Substances relative to other prescribers with similar specialties, including health care professionals who prescribe a large number of prescriptions for high dosage amounts of Highly Diverted Controlled Substances;

(2) Prescribers whose prescriptions for Highly Diverted Controlled Substances are routinely and disproportionately filled in a geographic area that is unusual based on the prescriber's location; and

(3) Prescribers who routinely prescribe out-of-specialty or out-of-practice area without legitimate reason.

g) Reports or analysis generated by the Clearinghouse may not be based on complete data due to a lack of participation by non-Injunctive Relief Distributors and pharmacies. As such, Injunctive Relief Distributors shall not be held responsible for actions or inactions related to reports and analysis prepared by the Clearinghouse which may be based on incomplete data due to a lack of participation by non-Injunctive Relief Distributors and pharmacies.

## D. Phase 2 of the Clearinghouse: Additional Data Collection and Analytics and Assumption of CSMP Functions

Within one (1) year of Phase 1 of the Clearinghouse being operational, the Clearinghouse and the Clearinghouse Advisory Panel shall develop a detailed strategic and implementation plan for Phase 2 of the Clearinghouse ("*Phase 2 Planning Report*"). Phase 2 will consist of two parts. Phase 2-A will focus on increasing data collection from non-Injunctive Relief Distributors, pharmacies and other data sources and developing enhanced analytics based on the experiences gained from Phase 1. Phase 2-A will also include recommendations for the development of uniform federal and state reporting. Phase 2-B will involve the potential assumption of various CSMP activities, including Threshold setting and order management by the Clearinghouse. The Phase 2 Planning Report will address both Phase 2-A and Phase 2-B. After the completion of the Phase 2 Planning Report, individual Injunctive Relief Distributors, in their sole discretion, may elect not to proceed with Phase 2-B as provided by Section XVII.E. If one or more Injunctive Relief Distributors elect to proceed with Phase 2-B, the goal will be to have Phase 2-B fully operational within two (2) years of the Clearinghouse

Retention Date and no later than three (3) years of the Clearinghouse Retention Date.

1.     Phase 2-A: Additional Data Collection and Analytics

    a)     During Phase 2-A, the Clearinghouse will continue the functions defined in Phase 1 and work to expand the scope of its data collection and enhance its analytics and reporting capabilities including the following:

        (1)     Integration of data from additional sources, including:

           (a)     Transaction data from other distributors, including manufacturers that distribute directly to retail pharmacies and pharmacies that self-warehouse; and

           (b)     Where possible, state PDMP data and other data, including, but not limited to, State Board of Medicine and Board of Pharmacy sanctions, and agreed-upon industry data. If state PDMP data is effectively duplicative of Dispensing Data already obtained in Phase 1, it will not be necessary for the Clearinghouse to obtain state PDMP data.

        (2)     Development of additional metrics analyzing the data available from the additional data sources (PDMP, other pharmacy data, sanction authorities, and third-party volume projections).

        (3)     Development of real-time or near real-time access to distribution data, dispensing data and other data sources.

        (4)     Refinement of methodologies for analyzing Dispensing Data to identify suspicious prescribers.

        (5)     Development of additional capabilities to provide Settling States, the Injunctive Relief Distributors and potentially the DEA customized reporting from the Clearinghouse upon reasonable request.

2.     Phase 2-A: Uniform Required Reporting

    a)     The Clearinghouse and the Clearinghouse Advisory Panel shall develop uniform reporting recommendations for potential implementation by state regulators in order to allow the Injunctive Relief Distributors to satisfy their obligations under the Injunctive

Relief Terms and state and federal laws in a uniform and consistent manner.

b)    It is a goal of the Settling States and the Injunctive Relief Distributors to:

(1)    Streamline and simplify required reporting which will benefit the Injunctive Relief Distributors and the Settling States, as well as the DEA;

(2)    Develop uniform transactional and Suspicious Order reporting requirements; and

(3)    Provide for the submission of uniform Suspicious Order reports.

3.    Phase 2-B: Clearinghouse Assumption of CSMP Functions

a)    With respect to Phase 2-B, the Phase 2 Planning Report shall address:

(1)    Engagement with stakeholders, including the DEA, to develop the system of Threshold setting and Suspicious Order reporting to potentially be provided by the Clearinghouse;

(2)    Development of technology and rules, including any proposed changes to federal law or regulations;

(3)    Development of models for the identification of Suspicious Orders and setting universal Thresholds in a manner consistent with Section XII. These models shall include active order management and order fulfillment protocols to ensure that orders are compared to relevant Thresholds by the Clearinghouse before shipment instructions are provided by the Clearinghouse to the Injunctive Relief Distributors. The models shall also include the identification of Suspicious Orders when they are placed by Customers, which will be held before shipment or blocked based on instructions provided by the Clearinghouse to the Injunctive Relief Distributors.

(4)    Development of criteria governing distribution to Customers that have placed one or more Orders that exceed a Threshold;

> (5)    Development of rules for allocating Orders placed by Customers that have more than one Distributor if one or more Orders exceed a Threshold;
>
> (6)    Development of a pilot project for a sample geographic region to perform data analysis to test the models for Threshold setting and the identification of Suspicious Orders.

b)    Following implementation of Phase 2-B, the Injunctive Relief Distributors participating in Phase 2-B and the State Compliance Review Committee shall meet and confer with respect to whether to expand the scope of the Clearinghouse to cover additional anti-diversion functions, such as the performance of due diligence.

c)    CSMP functions that have been assumed by the Clearinghouse during Phase 2-B will no longer be performed by participating Injunctive Relief Distributors individually through their CSMPs. CSMP functions performed by the Clearinghouse will assist participating Injunctive Relief Distributors to satisfy the applicable legal obligations of those Injunctive Relief Distributors. The Clearinghouse's performance of CSMP functions will not relieve participating Injunctive Relief Distributors from their legal obligations unless (i) the Injunctive Relief Distributors and the State Compliance Review Committee jointly enter into a written agreement for the Clearinghouse to assume legal requirements during Phase 2-B; and (ii) all vendors and consultants working on the Clearinghouse agree in writing to assume such obligations. Nothing in this paragraph shall apply to any Injunctive Relief Distributor that does not participate in Phase 2-B pursuant to Section XVII.E.

## E.    Option to Opt Out of Phase 2-B

1.    Each Injunctive Relief Distributor shall have the option, in its sole discretion, to elect not to participate in Phase 2-B at any point. In the event that an Injunctive Relief Distributor elects not to participate in Phase 2-B, that Injunctive Relief Distributor shall cease to have any obligation to fund future costs directly related to Phase 2-B of the Clearinghouse or to implement the Clearinghouse's determinations as to identification of Suspicious Orders and Suspicious Order reporting. If an Injunctive Relief Distributor elects not to participate in Phase 2-B, that Injunctive Relief Distributor shall remain responsible for the requirements specified for Phase 1 and Phase 2-A of the Clearinghouse and shall be responsible for contributing to the costs associated with Phase 1 and Phase 2-A.

2. In the event that an Injunctive Relief Distributor elects not to participate in Phase 2-B, the Clearinghouse Advisory Panel shall discuss and make recommendations for any necessary adjustments to the Phase 2-B capabilities described in Section XVII.D.3.

**F. Funding**

1. The establishment and ongoing operations of the Clearinghouse shall be funded by the Injunctive Relief Distributors for a period of ten (10) years commencing on the Clearinghouse Retention Date.

2. For each of the first two (2) years of the operation of the Clearinghouse, the Injunctive Relief Distributors will make total payments of $7.5 million per year combined. For years three (3) through ten (10), the Injunctive Relief Distributors will make total payments of $3 million per year combined. Additional costs associated with Phase 2-B shall be billed to the Injunctive Relief Distributors participating in Phase 2-B.

3. Payments by the Injunctive Relief Distributors for the Clearinghouse shall be allocated among the Injunctive Relief Distributors as set forth in Section IV.H of the Settlement Agreement, dated as of July 21, 2021, which incorporates these Injunctive Relief Terms as Exhibit P.

4. In the event that the cost of the Clearinghouse exceeds the amounts provided by the Injunctive Relief Distributors, the Injunctive Relief Distributors and State Compliance Review Committee shall meet-and-confer on alternatives, which may include:

   a) Limiting the operations of the Clearinghouse consistent with a revised budget;

   b) Seeking additional sources of funding for the Clearinghouse; and/or

   c) Allocating, in a manner consistent with the allocation of payments between the Injunctive Relief Distributors as set forth in Section XVII.F.3, additional amounts that are the responsibility of the Injunctive Relief Distributors to be used for the operation of the Clearinghouse.

5. The Injunctive Relief Distributors and the State Compliance Review Committee agree to engage in good faith discussions regarding potential continued operation and funding of the Clearinghouse following the initial ten (10) year period of Clearinghouse operations.

6. The Injunctive Relief Distributors and the State Compliance Review Committee shall develop a means to obtain payments from other parties that may use or benefit from the Clearinghouse, including, but not limited

to, other settling defendants, non-Injunctive Relief Distributors, or other parties and the Clearinghouse Advisory Panel shall consider other funding sources for the Clearinghouse. This may include consideration of a user fee or other model by which non-Injunctive Relief Distributors that use the Clearinghouse will contribute to funding the Clearinghouse.

7.      In the event that ten (10) or more Settling States reach agreements with any national retail chain pharmacies to resolve claims related to the distribution of Controlled Substances, the Settling States' Attorneys' General agree to make participation in the Clearinghouse, including providing data to the Clearinghouse and contribution to the cost of the operation of the Clearinghouse, a condition of any settlement. The Settling States' Attorneys' General agree to make best efforts to ensure that any other settling distributors and/or pharmacies participate in the Clearinghouse. To the extent that the Attorneys General are able to secure participation by additional distributors and/or pharmacies, it is anticipated that, to the extent practicable based on the financial and relative size of the settling distributor and/or pharmacy, those entities will contribute to the cost of the operation of the Clearinghouse. The Injunctive Relief Distributors' obligation to fund the Clearinghouse shall be partially reduced by contributions obtained from other distributors and/or pharmacies pursuant to a formula to be determined by the Clearinghouse Advisory Panel.

## G.      Confidentiality

1.      All data provided to the Clearinghouse shall be confidential.

2.      Information provided by distributors participating in the Clearinghouse may not be provided to any other entity or individual outside those expressly contemplated by the Injunctive Relief Terms.

3.      The Clearinghouse may not provide to any distributor information specific to another distributor. Notwithstanding the prior sentence, the Clearinghouse may provide blinded data to a distributor reflecting total Orders (across all distributors) for a particular Customer, region, and/or state at the base code and NDC number level and all transactional data information. Such information may only be used by receiving distributors for purposes of identifying, minimizing, or otherwise addressing the risk of Controlled Substances diversion. No distributor or pharmacy, including the Injunctive Relief Distributors, shall attempt to obtain revenue from this information. Such information provided by the Clearinghouse shall be compliant with all applicable laws and regulations.

4.      If the Clearinghouse receives a request for disclosure of any data, material or other information created or shared under the Injunctive Relief Terms, pursuant to a Third Party Request, the Clearinghouse shall notify the

Injunctive Relief Distributors and the Clearinghouse Advisory Panel of the Third Party Request and any confidential information to be disclosed so that the Injunctive Relief Distributors may seek a protective order or otherwise challenge or object to the disclosure. The Clearinghouse shall provide the Injunctive Relief Distributors and the Clearinghouse Advisory Panel with at least ten (10) days' advance notice before complying with any Third Party Request for confidential information, except where state law requires a lesser period of advance notice.

### H. Data Integrity

1. The Clearinghouse shall use best-in-class technology to preserve the integrity of the data.

2. The Clearinghouse shall report any data breaches under HIPAA and state law that occur as a result of any of its data collection and reporting activities to the Settling States and other authorities as required by law.

3. The Injunctive Relief Distributors and the Settling States shall not be liable for any breaches of any databases maintained by the Clearinghouse. This does not excuse the Clearinghouse or its vendor(s) from compliance with all state and federal laws and regulations governing (1) the protection of personal information and protected health information, or (2) notifications relating to Data Security Events.

### I. Credit for Investment in the Clearinghouse

1. The Injunctive Relief Distributors and the State Compliance Review Committee shall negotiate in good faith regarding a potential credit against Injunctive Relief Distributors' overall settlement obligations if costs exceed the amounts specified in Section XVII.F.

## XVIII. MONITOR

A. Monitor Selection and Engagement

1. The Injunctive Relief Distributors shall engage a Monitor to perform the reviews described in Section XVIII.F. The Monitor shall employ or retain personnel who have appropriate qualifications related to the pharmaceutical industry and the laws governing the distribution of pharmaceuticals, the distribution of Controlled Substances, and the applicable requirements of federal and state law. The Monitor may also employ or retain personnel who have appropriate qualifications in the audit and review of sample documents in order to conduct the reviews described in Section XVIII.F. To the extent additional expertise is required for the engagement, the Monitor may retain the services of third-party consultants.

2.  The Monitor must perform each review described in Section XVIII.F in a professionally independent and objective fashion, as defined in the most recent Government Auditing Standards issued by the United States Government Accountability Office. A Monitor shall not be engaged in active litigation involving one or more of the Injunctive Relief Distributors or Settling States or present a potential conflict of interest involving matters concerning an Injunctive Relief Distributor, except by agreement of the affected parties. If the Monitor is employed by an entity that performed work for any Injunctive Relief Distributor or any of the Settling States prior to the Effective Date, the Monitor will cause to be implemented appropriate ethical walls between the Monitor team and the employees of the firm who have previously performed work for an Injunctive Relief Distributor or any of the Settling States.

3.  The process for selecting the Monitor shall be as follows:

a)  Within sixty (60) calendar days of the Effective Date, the Injunctive Relief Distributors and the State Compliance Review Committee shall exchange pools of recommended candidates to serve as the Monitor. The pools shall each contain the names of three (3) individuals, groups of individuals, or firms.

b)  After receiving the pools of Monitor candidates, the Injunctive Relief Distributors and the State Compliance Review Committee shall have the right to meet with the candidates and conduct appropriate interviews of the personnel who are expected to work on the project. The Injunctive Relief Distributors (individually or in combination) and the State Compliance Review Committee may veto any of the candidates, and must do so in writing within thirty (30) days of receiving the pool of candidates. If all three (3) candidates within a pool are rejected by either the Injunctive Relief Distributors or the State Compliance Review Committee, the party who rejected the three (3) candidates may direct the other party to provide up to three (3) additional qualified candidates within thirty (30) calendar days of receipt of said notice.

c)  If the Injunctive Relief Distributors or the State Compliance Review Committee do not object to a proposed candidate, the Injunctive Relief Distributors or the State Compliance Review Committee shall so notify the other in writing within thirty (30) days of receiving the pool of candidates. If more than one candidate remains, the State Compliance Review Committee shall select the Monitor from the remaining candidates. Within thirty (30) calendar days of the selection of the Monitor, the Injunctive Relief Distributors shall retain the Monitor, and finalize all terms of engagement, supplying a copy of an engagement letter to the State Compliance Review Committee. The terms of engagement

shall include a process by which Injunctive Relief Distributors may challenge Monitor costs as excessive, duplicative or unnecessary, which process must be approved by the State Compliance Review Committee.

4. The Injunctive Relief Distributors shall be responsible for the Monitor's fees and costs directly related to its performance of the work specified by the Injunctive Relief Terms up to a limit of $1,000,000 per year per Injunctive Relief Distributor (*i.e.*, a total of $3,000,000 per year).

5. Prior to each year, the Monitor shall submit a combined annual budget to the Injunctive Relief Distributors and State Compliance Review Committee that shall not exceed a total of $3,000,000. The Monitor shall submit quarterly reports to the Injunctive Relief Distributors and the State Compliance Review Committee tracking actual spend to the annual budget.

6. In the event that any of the Injunctive Relief Distributors or State Compliance Review Committee believe that the Monitor is not performing its duties and responsibilities under the Injunctive Relief Terms in a reasonably cost effective manner, an Injunctive Relief Distributor or the State Compliance Review Committee shall recommend in writing changes to the Monitor's practices to reduce cost. The Monitor, Injunctive Relief Distributors, and the State Compliance Review Committee shall meet and confer in good faith in response to such a recommendation.

7. In the event that the Injunctive Relief Distributor and the State Compliance Review Committee cannot agree on whether the recommended cost reductions are warranted, either the State Compliance Review Committee or the Injunctive Relief Distributors may submit the question to the National Arbitration Panel, who shall determine whether the Monitor is performing its duties and responsibilities under the Injunctive Relief Terms in a reasonably cost effective manner, and, if not, the necessary changes to the Monitor's practices to reduce cost.

8. If the National Arbitration Panel determines that the Monitor cannot complete the reviews described in Section XVIII.F within the combined annual budget of $3,000,000, the National Arbitration Panel shall require the Monitor to provide the Injunctive Relief Distributors and the State Compliance Review Committee with a written report explaining why it is not possible to complete the reviews within budget and all steps the Monitor has taken to perform its duties and responsibilities under the Injunctive Relief Terms in a reasonably cost effective manner. After receiving the Monitor's report, the Injunctive Relief Distributors, and the State Compliance Review Committee shall meet and confer in good faith to determine whether an increase in the combined budget is appropriate. If the Injunctive Relief Distributors and the State Compliance Review

Committee cannot reach an agreement on the amount of the reasonable costs in excess of $3,000,000 for the relevant year, the issue will be submitted to the National Arbitration Panel for resolution. The National Arbitration Panel may award additional costs up to total cap of $5,000,000 for the relevant year ($3,000,000 plus an additional $2,000,000).

9.      Unless the Injunctive Relief Distributors and the State Compliance Review Committee agree otherwise as part of the meet and confer process in the prior paragraph (such as by agreeing to limit the Monitor's duties and responsibilities for the remainder of the year), the amount above $3,000,000 and up to the total cap of $5,000,000 in a given year necessary for the Monitor to complete the reviews described in Section XVIII.F shall be divided evenly among the Injunctive Relief Distributors without reducing any other amounts that are the responsibility of the Injunctive Relief Distributors.

B.      Early Termination of the Monitor

1.      In the event any of the Injunctive Relief Distributors or State Compliance Review Committee believe that the Monitor is not performing its duties and responsibilities under the Injunctive Relief Terms in a reasonably professional, competent and independent manner, an Injunctive Relief Distributor or the State Compliance Review Committee shall recommend replacement of the Monitor in writing. The Injunctive Relief Distributors and the State Compliance Review Committee shall meet and confer in good faith in response to a recommendation to replace the Monitor. If the State Compliance Review Committee and the Injunctive Relief Distributors agree that the Monitor should be replaced, a replacement Monitor will be selected in the manner set forth in Section XVIII.A.3.

2.      In the event the Injunctive Relief Distributor and the State Compliance Review Committee cannot agree on whether the Monitor should be replaced, either the State Compliance Review Committee or the Injunctive Relief Distributors may submit the question of the Monitor's dismissal to the National Arbitration Panel, and the Monitor shall only be dismissed if that panel finds that there is Good Cause for dismissal. Good Cause for dismissal shall mean (a) a material and substantial breach of the terms of the Monitor's obligations under the Injunctive Relief Terms; (b) any act of dishonesty, misappropriation, embezzlement, intentional fraud, or similar conduct by the Monitor; (c) any clear pattern of bias or prejudice in favor or against any party by the Monitor; (d) conduct by the Monitor that demonstrates unfitness to fulfill the functions of the Monitor reasonably and competently; or (e) conflicts of interest described in Section XVIII.A.2. If the panel finds that the Monitor should be dismissed, a replacement Monitor will be selected in the manner set forth in Section XVIII.A.3.

3.        In addition, if the Monitor resigns for any reason, a replacement Monitor will be selected in the manner set forth in Section XVIII.A.3.

C.        Term and Reporting Periods

1.        The term of the Monitor will be five (5) years from the date the Monitor is appointed, divided into one-year periods for purposes of the reviews and reporting described in Section XVIII ("*Reporting Periods*").

D.        Monitor Access to Information

1.        In connection with its reviews set forth in Section XVIII.F, the Monitor may request to interview employees with appropriate authority and responsibilities as necessary. In the event that an Injunctive Relief Distributor believes that the Monitor is requesting an unreasonable number of interviews or requesting interviews of employees who do not have relevant information to the reviews required by Section XVIII.F, the Injunctive Relief Distributor and State Compliance Review Committee shall meet and confer in good faith to resolve this issue.

2.        The Chief Diversion Control Officer of each Injunctive Relief Distributor or a direct report of the Chief Diversion Control Officer shall serve as the primary point of contact for the Monitor to facilitate the Monitor's access to documents, materials, or staff necessary to conduct the reviews specified in Section XVIII.F. The Monitor shall communicate any request for documents, materials, or access to staff to the Chief Diversion Control Officers or their designees.

3.        If at any time the Monitor believes there is undue delay, resistance, interference, limitation, or denial of access to any records or to any employee or former employee deemed necessary by the Monitor to conduct the reviews specified in Section XVIII.F, the Monitor shall notify the Chief Diversion Control Officer of the Injunctive Relief Distributor and they shall meet and confer to resolve such issue. If the Monitor believes that the matter was not resolved, the Monitor shall immediately report the issue to the State Compliance Review Committee.

4.        To the extent any of the documents requested by the Monitor contain material protected from disclosure by any legal privilege, including the attorney-client privilege or attorney work product protections, an Injunctive Relief Distributor may redact such material before providing the documents to the Monitor, but must provide the Monitor with a privilege log describing the redacted information and identifying the basis for redaction.

5.        Notwithstanding any other information referenced and produced pursuant to Section XVIII, the Monitor shall have access to, and each Injunctive Relief Distributor's Chief Diversion Control Officer shall produce to the

Monitor, any settlement agreements with government entities entered into after the Effective Date specifically concerning the requirements contained in the Injunctive Relief Terms and an Injunctive Relief Distributor's distribution of Controlled Substances (as opposed to distribution of pharmaceutical products in general).

E.     Settling States' Access to Monitor

    1.     Other than in connection with the initiation of a Notice of Potential Violation set forth in Section XIX.B.2, should the Monitor believe it needs to initiate communication with the State Compliance Review Committee regarding an Injunctive Relief Distributor's compliance with the Injunctive Relief Terms, the Monitor's communications should include the Chief Diversion Control Officer or counsel of the affected Injunctive Relief Distributor, regardless of the form of communication.

    2.     The State Compliance Review Committee shall have access to any settlement agreements produced to the Monitor pursuant to Section XVIII.D.5.

F.     Reviews to be Conducted by the Monitor

    1.     There shall be two (2) types of reviews to be conducted by the Monitor:

        a)     Customer-specific reviews, as set forth in Section XVIII.F.2; and

        b)     System reviews, as set forth in Section XVIII.F.3.

    2.     Customer-Specific Reviews

        a)     The following Customer-specific reviews will be conducted by the Monitor for each Injunctive Relief Distributor for each of the Reporting Periods:

            (1)     Threshold Change Request Review ("*TCR Review*");

            (2)     Onboarding New Customer Review ("*Onboarding Review*");

            (3)     Ongoing Due Diligence Review ("*Ongoing Diligence Review*");

            (4)     Customer Termination Review ("*Termination Review*"); and

            (5)     Orders that Exceed Thresholds but are Shipped Review ("*Exceeded Threshold Review*").

b)      Sample selection and audit periods for TCR Reviews, Onboarding Reviews, Ongoing Diligence Reviews, Termination Reviews, and Exceeded Threshold Reviews:

(1)      For each Reporting Period, the Monitor will review a representative sample of files for the performance of the TCR Reviews, Onboarding Reviews, and Ongoing Diligence Reviews. The Monitor shall select a sample representative of various geographic regions, customer types (Independent Retail Pharmacy Customers or Chain Customer), and distribution centers.

(2)      The Monitor will meet and confer with each of the Injunctive Relief Distributors to determine the appropriate audit period within each Reporting Period from which the samples will be selected (e.g. samples will be selected from the first six (6) months of a reporting period to allow the Monitor time to perform its review during the remainder of the reporting period).

(3)      Within thirty (30) calendar days following the close of the agreed-upon audit period, the Injunctive Relief Distributors (or the Clearinghouse once operational, if able to do so) will provide the Monitor with the following lists of relevant Customers for each type of review:

(a)      A list of all Customers that requested at least one Threshold increase for a Highly Diverted Controlled Substance during the relevant audit period, including the number of such requests by each Customer;

(b)      A list of all Customers that were onboarded during the relevant audit period and, during that period, ordered and received Highly Diverted Controlled Substances;

(c)      A list of all Customers that were the subject of an Ongoing Diligence Review during the relevant audit period;

(d)      A list of all Customers that, for reasons related to Controlled Substance regulatory compliance, were terminated during the relevant audit period; and

(e)      A list of all Orders for Highly Diverted Controlled Substances where a decision was made to ship the Order even though the order exceeded the otherwise

applicable Threshold, with number of such shipped orders.

(4)　Within fifteen (15) calendar days of compiling this Customer information for sample selection, each Injunctive Relief Distributor shall propose a reasonable number of customer files for each review to the Monitor.

(5)　Within fifteen (15) calendar days of receiving the lists specified above from the Injunctive Relief Distributors, the Monitor shall choose representative files to be reviewed from these lists. Each list will include the Customers' zip code, geographic region, distribution center, and customer type (Independent Retail Pharmacy Customer or Chain Customer).

c)　TCR Reviews

(1)　For each Reporting Period, the Monitor shall conduct a TCR Review for a sample review of Customers who requested at least one Threshold increase for Highly Diverted Controlled Substances for each Injunctive Relief Distributor. For the TCR Reviews, the Monitor shall review the information contained in the files of the sample Customers and determine whether the information reflects substantial compliance with the requirements of Section XII.C.3.

d)　Onboarding Reviews

(1)　For each Reporting Period, the Monitor shall conduct an Onboarding Review of a sample of Customers that were onboarded during the applicable audit period and, during that period, ordered and received Highly Diverted Controlled Substances from the Injunctive Relief Distributor. For the Onboarding Reviews, the Monitor shall review the information contained in the files of the sample Customers and determine whether the information reflects substantial compliance with the requirements of Section IX.

e)　Ongoing Diligence Reviews

(1)　For each Reporting Period, the Monitor shall conduct an Ongoing Diligence Review of a sample of Customers for each Injunctive Relief Distributor that was the subject of an Ongoing Diligence Review during the relevant audit period. For the Ongoing Diligence Reviews, the Monitor shall review the information contained in the files of the

sample of Customers and determine whether the information reflects substantial compliance with the requirements of Section X.

f)    Termination Reviews

    (1)    For each Reporting Period, the Monitor shall conduct a review of a sample of Customers that were terminated by each Injunctive Relief Distributor during the audit period. For the Termination Reviews, the Monitor shall review the information contained in the files of the sample of Customers and determine whether the information reflects substantial compliance with the requirements of Section XIV.

g)    Exceeded Threshold Review

    (1)    For each Reporting Period, the Monitor shall conduct a review of a sample of Orders for Highly Diverted Controlled Substances where a decision was made by the Injunctive Relief Distributor to ship the Order even though the Order exceeded the applicable Threshold. For the Exceeded Threshold Reviews, the Monitor shall review the information contained in the Customer files related to the Orders and determine whether the information reflects substantial compliance with the requirements of Section XIII.B.

3.    Annual System Reviews:

a)    The following system reviews will be conducted by the Monitor for each Injunctive Relief Distributor for each of the Reporting Periods:

    (1)    CSMP Review;

    (2)    Threshold Setting Process Review;

    (3)    Suspicious Orders and Suspicious Order Report Review;

    (4)    Compensation Review;

    (5)    Red Flag Review; and

    (6)    Review of CSMP Integration with Clearinghouse.

b)    CSMP Review

(1)     For each Reporting Period, the Monitor shall conduct a review of the following materials from each Injunctive Relief Distributor:

      (a)     Current CSMP policies and procedures;

      (b)     Organizational charts for the departments that are relevant to the CSMP organization;

      (c)     Logs and/or summaries of any reports received on the "hot line" required by Section V.E and the action or response of an Injunctive Relief Distributor to any such reports;

      (d)     Copies of the quarterly reports provided by the Chief Diversion Control Officer to the CSMP Committee as required by Section IV.C;

      (e)     Copies of the quarterly reports provided by the CSMP Committee to senior management and the Board of Directors as required by Section VI.C; and

      (f)     Copies of the materials used for the training required by Section VII and lists of the attendees of the training.

c)     Threshold Setting Process Review:

(1)     For each Reporting Period, each Injunctive Relief Distributor or its outside consultants shall prepare a summary report describing how its Threshold-setting methodology for Independent Retail Pharmacy Customers and Chain Customers complies with Section XII (the "*Annual Threshold Analysis and Assessment Report*").

(2)     For each Reporting Period, the Monitor shall review the Annual Threshold Analysis and Assessment Report, determine whether the information reflects substantial compliance with the requirements of Section XII, and include any Observations and Recommendations, as defined in Section XVIII.G, in its annual Audit Report.

d)     Suspicious Orders and Suspicious Order Reporting Review:

(1)     For each Reporting Period, each Injunctive Relief Distributors will provide the Monitor with a report containing summary metrics for the Suspicious Orders that were reported to the DEA and the Settling States (the

"*Suspicious Order Metrics Report*"). In the Suspicious Order Metrics Report, the Injunctive Relief Distributors will also provide summary metrics for Orders of Highly Diverted Controlled Substances that exceeded a Threshold but were still shipped.

(2)     For each Reporting Period, the Monitor shall review the Suspicious Order Metrics Report, determine whether the information reflects substantial compliance with the requirements of Section XIII, and include any Observations and Recommendations in its annual Audit Report.

e)     Compensation Reviews:

(1)     For each Reporting Period, the Monitor will review compensation-related policy documents for each Injunctive Relief Distributor for sales personnel. The Monitor shall analyze those documents and determine whether the compensation policies of each Injunctive Relief Distributor comply with the requirements contained in Section V.

f)     Red Flags Review:

(1)     For each Reporting Period, the Monitor shall review the Red Flags defined in Section VIII and their incorporation into each Injunctive Relief Distributor's policies and procedures. The Monitor shall determine whether the information reflects substantial compliance with the requirements of Section VIII and include any Observations and Recommendations, as called for by Section VIII.C, about those definitions in its annual Audit Report.

g)     Review of CSMP Integration with the Clearinghouse:

(1)     For each Reporting Period, each Injunctive Relief Distributor shall prepare a report summarizing the status of the Injunctive Relief Distributor's CSMP integration with the operation of the Clearinghouse ("*Clearinghouse Integration Report*"). The Monitor shall review each Injunctive Relief Distributor's Clearinghouse Integration Report, determine whether the information reflects substantial compliance with the requirements of Section XVII, and include any Observations and Recommendations in its annual Audit Report.

G.     Observations and Recommendations:

1.      If the Monitor notes any areas for potential improvement during the course of the reviews conducted pursuant to the Injunctive Relief Terms, the Monitor shall include any such recommendations in the Audit Report. Collectively, any such questions, concerns or recommendations will be referred to as "*Observations and Recommendations.*"

H.      Audit Reports:

1.      No later than one hundred and twenty (120) calendar days prior to the end of a Reporting Period and/or at any other time deemed reasonably necessary by the Monitor, the Monitor shall provide each Injunctive Relief Distributor with a draft report detailing any instances of substantial non-compliance with the applicable provisions of the Injunctive Relief Terms from the reviews in Section XVIII.F (the "*Draft Report*"). The Draft Report will also describe any Observations and Recommendations.

2.      Within thirty (30) calendar days of its receipt of the Draft Report, the Injunctive Relief Distributor will provide comments and responses to the Draft Report. The Injunctive Relief Distributor will, among other things:

   a)      Respond to each instance of substantial non-compliance, including, where appropriate, describing any corrective action taken (or to be taken).

   b)      Respond to each Observation and Recommendation.

3.      Within thirty (30) calendar days of its receipt of the Injunctive Relief Distributors' responses to the Draft Report, the Monitor shall provide a final report (the "*Audit Report*") to each Injunctive Relief Distributor and the State Compliance Review Committee. The Monitor shall provide the State Compliance Review Committee with a copy of an Injunctive Relief Distributor's response to the Draft Report.

4.      No action or lack of action by the Settling States regarding information received from the Monitor concerning an Injunctive Relief Distributor's conduct shall be considered affirmation, acceptance, or ratification of that conduct by the Settling States.

I.      Confidentiality:

1.      Materials and information provided by the Injunctive Relief Distributors to the Monitor that are designated "*Confidential*" (and any parts, portions, or derivations thereof) (the "*Confidential Information*") will be kept confidential and not be shown, disclosed, or distributed to any other party, including any other Injunctive Relief Distributor.

2.      The Monitor will not use materials or information received from one Injunctive Relief Distributor, or information or analysis developed using

the Confidential Information of an Injunctive Relief Distributor, in its assessment of any other Injunctive Relief Distributor. Because each Injunctive Relief Distributor operates pursuant to its own unique policies and procedures intended to comply with legal and other requirements of the Injunctive Relief Terms, the Monitor shall apply the standards of each Injunctive Relief Distributor to its reviews without preference to the practices or standards applied by any other Injunctive Relief Distributor.

3.  If any of the Settling States or the Monitor receive a request for disclosure of any material or information created or shared under the Injunctive Relief Terms, pursuant to a Third Party Request, the Settling State or the Monitor, respectively, shall notify the Injunctive Relief Distributors of the Third Party Request and the Confidential Information to be disclosed so that the Injunctive Relief Distributors may seek a protective order or otherwise challenge or object to the disclosure. The Settling State or the Monitor will provide the Injunctive Relief Distributors with at least ten (10) days' advance notice before complying with any Third Party Request for Confidential Information, except where state law requires a lesser period of advance notice.

4.  Nothing herein will be deemed to prevent any party from claiming any applicable exemption to the public information act, freedom of information act, public records act, or similar law.

## XIX.  ENFORCEMENT OF INJUNCTIVE RELIEF TERMS

A.  State Compliance Review Committee:

1.  Any Settling State may initiate a review of a Potential Violation consistent with the process set forth in Section XIX.

2.  The State Compliance Review Committee shall assign the Monitor the responsibilities set forth in Sections XIX.B.3 through XIX.B.7, regarding review of a Potential Violation and an opportunity to cure, except with respect to matters requiring interpretation of the Injunctive Relief Terms subject to Section XIX.C.2. The objective of the Monitor shall be to facilitate a resolution among the parties, providing an opportunity to cure, as applicable, for the party against whom a Potential Violation has been alleged.

3.  No less than six (6) months before the Monitor's term expires pursuant to Section XVIII, the State Compliance Review Committee and Injunctive Relief Distributors shall meet and confer in good faith to determine the parameters and processes for continued enforcement, consistent to the maximum extent possible with the provisions set forth in Section XIX, for the period after the Monitor's term has ended. Absent agreement between the State Compliance Review Committee and Injunctive Relief

Distributors, all provisions set forth in Section XIX involving the Monitor are excused after the Monitor's term has ended.

4.    Should an Injunctive Relief Distributor allege in good faith that a Settling State or the Monitor has impaired the ability of the Injunctive Relief Distributor to meet the Injunctive Relief Terms, the Injunctive Relief Distributor may request the State Compliance Review Committee to mediate any dispute in an effort to avoid the time and expense of litigation regarding interpretation and enforcement of the Injunctive Relief Terms.

B.    Process for Review of Potential Violations and Opportunity to Cure:

1.    Definition of "Potential Violation": A Potential Violation occurs when an Injunctive Relief Distributor is alleged to not be in substantial compliance with (i) the Injunctive Relief Terms or (ii) a Corrective Action Plan adopted consistent with the process set forth in Section XIX.B.7.

2.    Submission of Notice of Potential Violation. An allegation of a Potential Violation shall be submitted to the State Compliance Review Committee in writing by one or more Settling States ("*Notice of Potential Violation*" or "*Notice*") and shall include the following to the extent practicable:

a)    Specification of the particular Injunctive Relief Term(s) and/or Corrective Action Plan(s) implicated by the Potential Violation;

b)    Description of the Potential Violation with specificity;

c)    The reasoning for and, if available, any documentation supporting the allegation that a Potential Violation has occurred, including whether the Potential Violation is a matter identified by the Monitor in an Audit Report; and

d)    Description of the time-sensitivity of the Potential Violation, if relevant.

3.    Assignment to Monitor. The State Compliance Review Committee shall review every Notice. If the State Compliance Review Committee reasonably believes that further review is warranted, the State Compliance Review Committee shall forward the Notice to the Monitor. The Monitor shall ensure that the Injunctive Relief Distributor that is the subject of the Notice receives a copy of the Notice and a proposed schedule consistent with the process set forth in Sections XIX.B.4 and XIX.B.5.

4.    Response to Notice of Potential Violation. Within thirty (30) days of receipt of the Notice of Potential Violation, the Injunctive Relief Distributor that is the subject of the Notice shall provide a written response to the referring Settling State(s), the Monitor, and the State Compliance Review Committee. The response (a) shall set forth the

reasons the Injunctive Relief Distributor that is the subject of the Notice believes that it is in substantial compliance with the relevant Injunctive Relief Term(s) and/or Corrective Action Plan(s), and (b) as applicable, shall explain efforts undertaken to cure the Potential Violation and a schedule for completing the efforts to cure.

5.      Conference for Parties re Notice of Potential Violation. The parties to the Notice shall meet or otherwise confer regarding the Potential Violation. The parties and the Monitor shall make themselves available for such a meeting (which may at any party's election be a virtual or technology-based meeting), provided, however, that the meeting is not required to take place sooner than fifteen (15) days after a written response to the Notice of Potential Violation.

6.      Process for Previously-Submitted Notices of Potential Violation. At the request of the parties to a Notice, the Monitor shall determine whether the Notice implicates the same or similar issues as a previously submitted Notice or is a matter previously identified by the Monitor in an Audit Report involving the same party alleged to have engaged in a Potential Violation, and make an initial determination as to whether the issues needs to be addressed anew. The Monitor shall inform the Settling State and Injunctive Relief Distributor involved in the previous Notice or the subject of a matter previously identified by the Monitor in an Audit Report of its determination within five (5) business days of receipt of the Notice. The Settling State and Injunctive Relief Distributor shall have five (5) business days to object to the determination. If an objection is made, the Monitor shall respond to the objection within five (5) business days. If no objection is made, the party involved in the prior Notice may rely on the response to the previously submitted Notice or matter previously identified by the Monitor in an Audit Report and no further action shall be required.

7.      Monitor Resolution of Potential Violation and Opportunity to Cure. Within thirty (30) days of the meeting pursuant to Section XIX.B.5, the Monitor, taking into consideration the submissions of the parties involved in the Notice and other information available to the Monitor, shall resolve the Notice as follows:

a)      If the Monitor reasonably believes that a Potential Violation is not ongoing or has been substantially resolved as of thirty (30) days from the meeting pursuant to Section XIX.B.5, the Monitor shall provide written notice to the State Compliance Review Committee and the Settling State(s) and Injunctive Relief Distributor involved in the Notice.

b)      If the Monitor reasonably believes that a Potential Violation is ongoing and has not been substantially resolved as of thirty (30) days from the meeting pursuant to Section XIX.B.5, the Monitor

shall provide written notice to the State Compliance Review Committee and the Settling State(s) and Injunctive Relief Distributor involved in the Notice and request that the Injunctive Relief Distributor prepare, within thirty (30) days of the receipt of such written notice, a Corrective Action Plan to remedy such Potential Violation, including a reasonable period for implementation of such plan. The Monitor may extend the period of time to submit a Corrective Action Plan up to ninety (90) days based on a reasonable request by the affected party.

c)       A Corrective Action Plan may address multiple Potential Violations, and an existing Corrective Action Plan may be amended to address additional Potential Violations.

d)       Within ten (10) business days of submission of a Corrective Action Plan regarding a Potential Violation, the Monitor shall confer with the State Compliance Review Committee and the Settling State(s) and Injunctive Relief Distributor involved in the Notice regarding the proposed Corrective Action Plan. The Monitor may recommend revisions in its discretion. The conference required by this paragraph may at any party's election be a virtual or technology-based meeting.

e)       Within thirty (30) days of the conference in Section XIX.B.7.d, the Monitor shall advise the State Compliance Review Committee and the Settling State(s) and Injunctive Relief Distributor involved in the Notice whether the Monitor has adopted the proposed Corrective Action Plan or whether the Monitor has adopted it after making modifications. The Monitor shall also set forth a reasonable period for implementation of any such plan that has been adopted. The Injunctive Relief Distributor that is subject to a Corrective Action Plan adopted by the Monitor must begin to comply with the Corrective Action Plan within five (5) business days of receiving notice of the Corrective Action Plan has been adopted, unless it seeks review by the State Compliance Review Committee pursuant to Section XIX.C.1.

C.       Enforcement Responsibilities of State Compliance Review Committee:

1.       The Settling State(s) or Injunctive Relief Distributor involved in a Notice may request the State Compliance Review Committee to review the resolution (including a resolution pursuant to Section XIX.B.7.a) and/or Corrective Action Plan adopted by the Monitor regarding that Notice. Any such request must be made within five (5) business days of a resolution or adoption of a Corrective Action Plan by the Monitor. The State Compliance Review Committee, taking into consideration the resolution by the Monitor, submissions of the Settling State(s) or Injunctive Relief

Distributor, and other information available to the Committee, shall within thirty (30) days of receipt of the request resolve the matter by written notice to the affected parties, which shall include the State Compliance Review Committee's reasoning in reaching its resolution. The State Compliance Review Committee may agree, disagree, or modify any resolution or Corrective Action Plan that it reviews. An Injunctive Relief Distributor that is subject to a Corrective Action Plan that is affirmed or affirmed as amended by the State Compliance Review Committee must within five (5) business days begin to comply with the Corrective Action Plan.

2.      The State Compliance Review Committee shall review any issues raised by a Notice regarding the interpretation of the Injunctive Relief Terms at the request of the Settling State(s), Injunctive Relief Distributor involved in a Notice, or the Monitor. Such a request may be made at any time after the Notice's submission, and the request will not extend the timelines set forth in Sections XIX.B and XIX.C.1. The State Compliance Review Committee shall notify the Monitor, Settling State(s) and Injunctive Relief Distributor involved in the Notice of its determination. Settling States and Injunctive Relief Distributors do not waive their rights to challenge the interpretation of the Injunctive Relief Terms by the State Compliance Review Committee in any subsequent proceeding pursuant to Section XIX.E.2.

3.      The State Compliance Review Committee may, independent of a Notice of Potential Violation, review requests by a Monitor, Settling State, or Injunctive Relief Distributor regarding the interpretation of the Injunctive Relief Terms. The State Compliance Review Committee shall notify the Monitor and requesting party of its interpretation, including the State Compliance Review Committee's reasoning in reaching its conclusion. Settling States and Injunctive Relief Distributors do not waive their rights to challenge the interpretation of the Injunctive Relief Terms by the State Compliance Review Committee in any subsequent proceeding pursuant to Section XIX.E.2.

4.      The State Compliance Review Committee shall make available to all Settling States and Injunctive Relief Distributors any interpretation it issues pursuant to Sections XIX.C.2 and XIX.C.3.

D.      Composition of State Compliance Review Committee:

1.      A Settling State on the State Compliance Review Committee that is in active litigation with one or more of the Injunctive Relief Distributors, or in another potential conflict of interest involving compliance with Controlled Substances laws and regulations, may not serve on the State Compliance Review Committee for matters involving the affected Injunctive Relief Distributor, and the remaining Settling States on the

State Compliance Review Committee shall within five (5) business days select an alternate Settling State as a replacement.

2.    If the affected state on the State Compliance Review Committee disputes that it has a disqualifying active litigation or other conflict of interest, the determination of whether that state has a conflict disqualifying it from serving on the State Compliance Review Committee shall be made by the remaining states on the State Compliance Review Committee.

E.    Enforcement Actions:

1.    Any written notice or resolution by the State Compliance Review Committee regarding the matters set forth in Sections XIX.B and XIX.C shall provide the State Compliance Review Committee's assessment of the matter but will not be an official opinion of any individual Settling State.

2.    Following the issuance of a written notice or resolution of the State Compliance Review Committee pursuant to Section XIX.C, a Settling State or Injunctive Relief Distributor may take whatever action it deems necessary related to the written notice or resolution issued by the State Compliance Review Committee, provided that the Settling State or Injunctive Relief Distributor is either (a) the Settling State that sought review by the State Compliance Review Committee, or (b) the Injunctive Relief Distributor that is the subject of the Potential Violation at issue. Such action may include but is not limited to bringing an action to enforce the settlement agreement, filing a new original action, or, the parties to a Notice attempting to negotiate a Corrective Action Plan directly with each other.

3.    The Settling States agree that prior to taking any court or administrative action, other than an action that is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the Settling State, or that a public emergency requiring immediate action exists, it will follow the process outlined in Sections XIX.B and XIX.C.

4.    A Settling State or Injunctive Relief Distributor must bring a court or administrative action within six (6) months of any resolution of the State Compliance Review Committee, unless the alleged violation is also an independent violation of state or federal law, or an action that a Settling State concludes is necessary to address an immediate threat to the health, safety, or welfare of the citizens of the State, or that a public emergency requiring immediate action exists, in which cases, the applicable statute of limitations (if any) for sovereign actions shall apply.

FINAL AGREEMENT 3.25.22

## EXHIBIT Q

### Illustrative Examples of Prepayments

Example 1

Gross Settlement Prepayment: $3,000,000

Settlement Prepayment Reduction Schedule: Reduce amounts paid for each of Payment Years 8, 13, and 18 by $1,000,000

Net Settlement Prepayment Amount (assumes discount rate of five percent (5%)): $2,591,513 ($863,838 for each of Payment Years 5, 10, and 15)

| Payment Year | Initial Settlement Payment Schedule | Settlement Prepayment Reduction (-) | Net Settlement Prepayment (+) | Revised Settlement Payment Schedule |
|---|---|---|---|---|
| 1 | $1,000,000 | | | $1,000,000 |
| 2 | $1,000,000 | | | $1,000,000 |
| 3 | $1,000,000 | | | $1,000,000 |
| 4 | $1,000,000 | | | $1,000,000 |
| 5 | $1,000,000 | | $863,838 | $1,863,838 |
| 6 | $1,000,000 | | | $1,000,000 |
| 7 | $1,000,000 | | | $1,000,000 |
| 8 | $1,000,000 | $1,000,000 | | $0 |
| 9 | $1,000,000 | | | $1,000,000 |
| 10 | $1,000,000 | | $863,838 | $1,863,838 |
| 11 | $1,000,000 | | | $1,000,000 |
| 12 | $1,000,000 | | | $1,000,000 |
| 13 | $1,000,000 | $1,000,000 | | $0 |
| 14 | $1,000,000 | | | $1,000,000 |
| 15 | $1,000,000 | | $863,838 | $1,863,838 |
| 16 | $1,000,000 | | | $1,000,000 |
| 17 | $1,000,000 | | | $1,000,000 |
| 18 | $1,000,000 | $1,000,000 | | $0 |
| **Total** | **$18,000,000** | **$3,000,000** | **$2,591,513** | **$17,591,513** |

FINAL AGREEMENT 3.25.22

Example 2

Gross Settlement Prepayment: $3,000,000

Settlement Prepayment Reduction Schedule: Reduce amounts paid for each of Payment Years 4, 9, and 14 by $1,000,000

Net Settlement Prepayment Amount (assumes discount rate of five percent (5%)): $2,857,143 ($952,381 for each of Payment Years 3, 8, and 13)

| Payment Year | Initial Settlement Payment Schedule | Settlement Prepayment Reduction (-) | Net Settlement Prepayment (+) | Revised Settlement Payment Schedule |
|---|---|---|---|---|
| 1 | $1,000,000 | | | $1,000,000 |
| 2 | $1,000,000 | | | $1,000,000 |
| 3 | $1,000,000 | | $952,381 | $1,952,381 |
| 4 | $1,000,000 | $1,000,000 | | $0 |
| 5 | $1,000,000 | | | $1,000,000 |
| 6 | $1,000,000 | | | $1,000,000 |
| 7 | $1,000,000 | | | $1,000,000 |
| 8 | $1,000,000 | | $952,381 | $1,952,381 |
| 9 | $1,000,000 | $1,000,000 | | $0 |
| 10 | $1,000,000 | | | $1,000,000 |
| 11 | $1,000,000 | | | $1,000,000 |
| 12 | $1,000,000 | | | $1,000,000 |
| 13 | $1,000,000 | | $952,381 | $1,952,381 |
| 14 | $1,000,000 | $1,000,000 | | $0 |
| 15 | $1,000,000 | | | $1,000,000 |
| 16 | $1,000,000 | | | $1,000,000 |
| 17 | $1,000,000 | | | $1,000,000 |
| 18 | $1,000,000 | | | $1,000,000 |
| **Total** | **$18,000,000** | **$3,000,000** | **$2,857,143** | **$17,857,143** |

FINAL AGREEMENT 3.25.22

## EXHIBIT R

### Agreement on Attorneys' Fees, Expenses and Costs

This Agreement on Attorneys' Fees, Expenses and Costs ("*Fee Agreement*") is entered between McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively, the "*Settling Distributors*"), and the Plaintiffs' Executive Committee appointed in the multidistrict litigation in the Northern District of Ohio, National Prescription Opiate Litigation, No. 1:17-MD-2804 ("*MDL PEC*"), in connection with the Distributor Settlement Agreement ("*Distributor Agreement*").  This Fee Agreement becomes effective on the Effective Date of the Distributor Agreement or the date that the Consent Judgments anticipated under the Distributor Agreement become final in 25 Settling States (whichever is later).  However, costs specified in Sections II.I and II.I.4 of this Fee Agreement that are to be funded pre-Effective Date by the Settling Distributors are effective upon agreement in writing with the Settling Distributors.

## I.      Definitions.

A.      This Fee Agreement incorporates all defined terms in the Distributor Agreement, unless otherwise defined herein, and shall be interpreted in a manner consistent with the Distributor Agreement.

B.      "*Attorney*."  Any of the following retained through a legal contract: a solo practitioner, a multi-attorney law firm, or other legal representative of a Participating Subdivision.

C.      "*Attorney Fee Fund*."  An account consisting of funds allocated to pay attorneys' fees approved pursuant to Section II of this Fee Agreement established by Order of, and under the ongoing jurisdiction of, the MDL Court, as provided below.

D.      "*Common Benefit Fund*."  The sub fund of the Attorney Fee Fund described in Section II.C.

E.      "*Contingency Fee Fund*."  The sub fund of the Attorney Fee Fund described in Section II.D.

F.      "*Cost and Expense Fund Administrator*."  The administrator appointed by the MDL Court to administer the MDL Expense Fund and Subdivision Cost Fund as provided in the Fee Agreement.

G.      "*Cost Funds*."  Collectively, the MDL Expense Fund and Subdivision Cost Fund.

H.      "*Fee Entitlement*."  Any right, entitlement or expectation, including but not limited to a fee contract, contingent fee contract, agreement, referral arrangement, co-counsel arrangement, State Back-Stop Agreement, or any other arrangement by which counsel could receive compensation or other consideration.

I. "*Fee Panel*." The three-person panel appointed by the MDL Court to administer the Attorney Fee Fund and its sub funds as provided in the Fee Agreement.

J. "*Litigating Subdivision Cost Fund*." The cost fund described in Section II.E herein.

K. "*MDL Court*." United States District Court for the Northern District of Ohio Eastern Division, Case No. 1:17-md-2804, Judge Dan Aaron Polster.

L. "*MDL Expense Fund*." The cost fund described in Section II.F below.

M. "*MDL PEC*." The Plaintiffs' Executive Committee appointed by the MDL Court.

N. "*Non-Participating Litigating Subdivision*." A Litigating Subdivision that is not a Participating Subdivision.

O. "*Participating Litigating Subdivision*." A Litigating Subdivision that is also a Participating Subdivision.

P. "*Participation Agreement*." An agreement executed by an Attorney that acknowledges the obligation to pay an appropriate MDL Common Benefit Assessment.

Q. "*Qualifying Representation*." Legal services provided for representation of a Participating Litigating Subdivision regarding Released Claims against Released Entities.

R. "*State Back-Stop Agreement*." Any agreement by a Settling State and private counsel for Participating Subdivisions in that State (or legislation enacted in that State) to provide, adjust, or guarantee attorneys' fees and costs, whether from the Attorney Fee Fund or any other source recognized in the agreement or legislation.

II. **Fees and Costs.**

A. *Total Attorneys' Fees and Costs.*

1. Total attorneys' fees and costs to be paid by Settling Distributors to Attorneys in each of the relevant Payment Years under this Fee Agreement shall be up to the following amounts, subject to the provisions set forth below, including with respect to the division of the Attorney Fee Fund into its sub funds:

|  | **Attorney Fee Fund** *(Contingency Fee Fund and Common Benefit Fund)* | **MDL Expense Fund** | **Litigating Subdivision Cost Fund** |
|---|---|---|---|
| **Payment Year 1** | $136,044,378.70 | $40,384,615.39 | $40,000,000 |
| **Payment Year 2** | $150,934,911.25 |  | $40,000,000 |
| **Payment Year 3** | $270,825,443.80 |  | $40,000,000 |
| **Payment Year 4** | $183,625,739.68 |  |  |

| | | | |
|---|---|---|---|
| **Payment Year 5** | $183,625,739.69 | | |
| **Payment Year 6** | $183,625,739.69 | | |
| **Payment Year 7** | $183,625,739.69 | | |

2.     The sub funds within the Attorney Fee Fund shall include the Common Benefit Fund and the Contingency Fee Fund. The Cost Funds shall include the MDL Expense Fund, and the Litigating Subdivision Cost Fund. The State Counsel Fee Fund and the State Cost Fund shall be separate funds under the control of the Settling States.

3.     The Contingency Fee Fund and the Common Benefit Fund shall be administered by a Fee Panel to be appointed by the MDL Court that will be governed by the provisions of this Fee Agreement and shall design the process and procedures for the allocation of fees pursuant to this Fee Agreement and the MDL Court's Order. The Cost Funds shall be administered by the Cost and Expense Fund Administrator to be appointed by the MDL Court who will be governed by the provisions of this Fee Agreement and shall design the process and procedures for the allocation of costs pursuant to this Fee Agreement and the MDL Court's Order.

4.     The fees and costs to be paid under this Fee Agreement are available for Attorneys engaged in Qualifying Representations only. Fees and costs to be paid under this Fee Agreement are not available prior to the Effective Date of the Distributor Agreement or if the Distributor Agreement does not proceed past the Settling Distributors' determination in Section VIII.A of the Distributor Agreement. Fees and costs to be paid under this Fee Agreement are not available for representation of Non-Participating Subdivisions or Non-Litigating Subdivisions and are not available for representation of private hospitals, third-party payors, NAS claimants, personal injury/wrongful death claimants, or any entity other than Participating Litigating Subdivisions. In addition, fees and costs under this Fee Agreement are not available for representation of any individual or entity in matters other than those claims against Released Entities, but may include a reasonable share of representations that involve development of facts for pursuit of opioid-related claims against multiple defendants in the pharmacy, manufacturing, and distribution chain.

5.     Payments due to the Attorney Fee Fund and the Cost Funds from the Settling Distributors under this <u>Section II</u> will be allocated among the Settling Distributors as follows: McKesson — 38.1%; Amerisource — 31.0%; Cardinal — 30.9%. A Settling Distributor's sole responsibility for payments under this Fee Agreement shall be to make its share of each payment. The obligations of the Settling Distributors in this Fee Agreement are several and not joint. No Settling Distributor shall be responsible for any portion of another Settling Distributor's share.

B.     *Attorney Fee Fund and Sub Funds.*

1.     There shall be a split of the Attorney Fee Fund into the Contingency Fee Fund and the Common Benefit Fund. The split shall be 40% to the Contingency Fee Fund and 60% to the Common Benefit Fund.

2.      In no event shall Settling Distributors be required to pay more into the Attorney Fee Fund in any Payment Year than the maximum amount specified for that Payment Year in Section II.A.1, which amounts are reflected in Exhibit M to the Distributor Agreement.  The amounts allocated to the Contingency Fee Fund and the Common Benefit Fund set by the Fee Panel shall be subject to the reductions and offsets set forth below.

3.      Awards of fees from the Contingency Fee Fund shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the Distributor Agreement, as set forth in Exhibit G to the Distributor Agreement, and shall be made applying the Mathematical Model attached as Exhibit A to this Fee Agreement ("*Mathematical Model*").  The collection of the data and calculations for the Mathematical Model has been a cooperative effort among private counsel for a large number of Litigating Subdivisions.  The analysis has been spearheaded by Joseph Tann and Andrew Arnold.  The Fee Panel is encouraged to continue working with those counsel in application of the Model.  The Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of an Attorney to participate as required in Section II.G.  The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculation.

4.      As to awards from the Contingency Fee Fund, there shall be no right of appeal.

5.      Any appeal of an award of the Fee Panel from the Common Benefit Fund will be made to the MDL Court and be reviewed under an abuse of discretion standard.

C.      *Common Benefit Fund.* (60% of the Attorney Fee Fund.)

1.      Funds in the Attorney Fee Fund shall be allocated to the Common Benefit Fund according to the schedule set forth below, subject to the adjustments described in Section II.C.5.  The payments are to be made on the following yearly schedule, subject to the adjustments set forth below:

| | |
|---|---|
| Payment Year 1 | $81,626,627.22 |
| Payment Year 2 | $90,560,946.75 |
| Payment Year 3 | $162,495,266.28 |
| Payment Year 4 | $110,175,443.79 |
| Payment Year 5 | $110,175,443.79 |
| Payment Year 6 | $110,175,443.79 |
| Payment Year 7 | $110,175,443.79 |
| **Total:** | **$775,384,615.41** |

FINAL AGREEMENT 3.25.22

2.      The Common Benefit Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions who:

a.      have performed work for the common benefit of all subdivisions pursuant to the guidelines established by Judge Polster set forth in MDL 2804 and the Order dated June 19, 2018, under docket number 636, which is included herein by reference; and

b.      satisfy the eligibility criteria set forth in Section II.G.

For purposes of Common Benefit Fund distribution, notwithstanding Section II.A.4 above, Attorneys representing Tribal Nations litigating against the Settling Distributors that have reached a settlement for Released Claims with Settling Distributors and/or Released Entities and meet the eligibility criteria in Section II.G shall be eligible.

3.      The Common Benefit Fund shall be overseen by the Fee Panel, which shall determine the allocation of funds to eligible Attorneys consistent with this Fee Agreement and the June 19, 2018 Order.

4.      In assessing the benefits that an Attorney has conferred to Participating Subdivisions (including non-Litigating Subdivisions) and/or Tribal Nations for purposes of any compensation decision, the Fee Panel shall give significant weight to the extent to which (i) the Attorney and his or her clients have contributed to increasing (or reducing) the Initial Participation Tier achieved through participation in the Distributor Agreement; (ii) the Attorney and his or her clients have contributed to increasing (or reducing) the amounts achieved under Incentive Payments A-D through participation in the Distributor Agreement; and (iii) the Attorney and his or her clients have contributed to the potential triggering of any suspension, reduction, or offset of Payment amounts under the Distributor Agreement.  The Fee Panel may also consider additional fee recoveries the Attorney may potentially obtain, including, but not limited to, from State Back-Stop Agreements, representations of States or Tribal Nations, representations of other clients in opioids-related matters, or through the representation of Subdivision clients, whether they participated in the Distributor Agreement or not.  It is the intent of this provision to recognize that the goal of the Distributor Agreement is to provide for maximum participation by the Subdivisions, maximum abatement funding for all Subdivisions nationally, and the maximum peace for Released Entities.  Therefore, representing a Non-Participating Subdivision does not further the goal of the Distributor Agreement and should not be considered Common Benefit because it does not increase funds available to Participating Subdivisions' abatement programs.  Representing Later Litigating Subdivisions is antithetical to the Distributor Agreement, detracts from Common Benefit, and is addressed by the ethics opinion discussed in Section II.I.4. The Fee Panel shall consider this concept of "*common detriment*" set forth in this Section II.C.4 in all of its decisionmaking with respect to the allocation of the Attorney Fee Fund among Attorneys, as well as, in its discretion, any offsets provided to Settling Distributors as set forth in Section II.C.6.  The Fee Panel shall consider the totality of the Attorney's Participating Litigating Subdivisions as compared to the Attorney's Non-Participating Litigating

Subdivisions; the Parties recognize that, although the goal is for 100% participation, Attorneys with a higher number of clients have a higher probability of having one or more Non-Participating Litigating Subdivision client.  As used in this Section II.C.4, "*client*" or "*representing*" a Subdivision shall include any Litigating Subdivision as to which the Attorney has a Fee Entitlement.

5.    As set forth in Section II.C.6, the Fee Panel must consider the factors described in Section II.C.4 to determine how and whether to reduce the amounts to be paid by Settling Distributors under this Fee Agreement and to determine how to allocate funds among Attorneys. They may also, at their discretion, consider other factors.  Any reduction in payment obligation or credit to be given a Settling Distributor in this Fee Agreement shall be applied against Payment Year 7 and working backwards.  Any reduction to an Attorney not credited to Settling Distributors shall be allocated to attorneys whose Litigating Subdivision clients participated in the settlement by the Initial Participation Date.

6.    The amounts to be provided as a credit or offset to Settling Distributors from the Common Benefit Fund shall depend on the relevant Participation Tier achieved, set forth in Exhibit H of the Distributor Agreement, as follows:

a.    At Participation Tier 1 or below, the Common Benefit Fund payments to be paid by Settling Distributors shall be reduced as follows:

(i)    With respect to any Attorney seeking payment from the Common Benefit Fund, the Fee Panel shall compare the aggregate allocation that Participating Litigating Subdivisions with which the Attorney has a Fee Entitlement would receive using the negotiating class allocation metrics with the aggregate amount that all Litigating Subdivisions (Participating and Non-Participating) with which the Attorney has a Fee Entitlement would receive using the negotiating class allocation metrics, provided that only Litigating Subdivisions in Settling States shall be considered for this ratio.  The Fee Panel will multiply the amount to be paid to that Attorney from the Common Benefit Fund by that ratio, reduce the Attorney's award by a maximum reduction of 15%, and the dollar amount of such reduction shall be deducted, dollar-for-dollar, from the amount owed by Settling Distributors to the Common Benefit Fund of the Attorney Fee Fund.

(ii)    In the event that any Non-Participating Subdivision that is (a) under the jurisdiction of the MDL Court or (b) represented by an Attorney that is obligated to pay into the MDL Common Benefit Fund pursuant to a Participation Agreement, an order of the MDL Court, or any other arrangement settles with or wins a judgment against a Released Entity separate from the Distributor Agreement, and such settlement or judgment results in a common benefit fee assessment or fee payment into the MDL Common Benefit Fund during the time of Settling Distributors' obligation to pay fees under this Fee Agreement, Settling Distributors'

obligation to pay into the Common Benefit Fund shall be reduced dollar-for-dollar for any amount of such fee assessments or payments (in the aggregate based on all reductions in this Section II.C.6.a.ii that exceed the reductions in Section II.C.6.a.i).

(iii)     For the avoidance of doubt, in Tier 1 for each settlement or judgment with the Settling Distributors that results in an assessment or payment to the MDL Common Benefit Fund, that payment shall result in an offset for the Settling Distributors, unless the assessment or payment occurs after the Payment Date for Year 7.

b.     At Participation Tier 2, the Common Benefit Fund payments to be made by Settling Distributors shall be reduced only as follows:

(i)     Reduction by the Fee Panel.  With respect to all Attorneys making an application that seeks payment from the Common Benefit Fund, the Fee Panel shall, following a determination that an Attorney is eligible under Section II.G, apply the criteria specified in Section II.C.4 in determining whether the lack of participation by Subdivisions with which an Attorney has a Fee Entitlement has resulted in a reduction in the Participation Tier achieved, reduction in benefit to Participating Subdivisions as a result of reductions in Incentive Payments A-D, and/or potential triggering of a suspension, reduction or offset under the Distributor Agreement.  If the Fee Panel concludes that such a reduction has occurred, it must consider (1) the relative size of the Non-Participating Subdivision, as adjusted by the severity measures reflected in Exhibit H (governing the Participation Tiers) of the Distributor Agreement, and the impact of its non-participation on the Distributor Agreement as a whole (including amounts of Incentive Payments and triggering of suspensions, reductions or offsets); (2) whether and by how much the payment to the Attorney from the Common Benefit Fund should be reduced as a result of the impact of such non-participation on Participating Subdivisions; and (3) whether some or all of said reduction should revert to Settling Distributors due to the reduction in peace obtained from the Distributor Agreement.  Consideration of the factors discussed in this Section II.C.6.b.i and Section II.C.4 is mandatory.  The decision whether to (and by how much to) reduce payments by Settling Distributors or to reduce the payment to any Attorney based on the factors in Section II.C.4 shall be in the sole discretion of the Fee Panel.

(ii)     Offsets.

**(1)**     In the event that any Non-Participating Subdivision that is (a) under the jurisdiction of the MDL Court or (b) represented by an Attorney that is obligated to pay into the MDL Common Benefit Fund pursuant to a Participation Agreement, an order of the MDL Court, or any other arrangement

settles with or wins a judgment against a Released Entity separate from the Distributor Agreement, and such settlement or judgment results in a common benefit fee assessment or fee payment into the MDL Common Benefit Fund during the time of Settling Distributors' obligation to pay Common Benefit Fees under this Fee Agreement, Settling Distributors' obligation to pay into the Common Benefit Fund shall be reduced dollar-for-dollar up to the amount of the fee assessment or payment, except that such amount shall be capped at 7.5% of the amount of the settlement or judgment. Such reduction shall be taken first from Payment Year 7 of Settling Distributors' payments to the Common Benefit Fund of the Attorney Fee Fund up to the full amount of Settling Distributors' payment obligation in Payment Year 7, then from Payment Year 6, and so on.

**(2)** For the avoidance of doubt, for each settlement or judgment with the Settling Distributors that results in an assessment or payment to the MDL Common Benefit Fund, that payment shall result in an offset for the Settling Distributors, unless the assessment or payment occurs after the Payment Date for Payment Year 7.

c. At Participation Tier 3, the reductions to the Attorney Fee Fund shall be the same as set forth in Section II.C.6.b, except that the cap on each offset shall be 5% of the amount of such settlement or judgment.

d. At Participation Tier 4, there shall be no reductions to the Settling Distributors' obligations to make payment into the Common Benefit Fund, but the principles set forth in Section II.C.4 shall continue to apply.

D. *Contingency Fee Fund.* (40% of the Attorney Fee Fund.)

1. Funds from the Attorney Fee Fund shall be allocated to the Contingency Fee Fund on the following yearly schedule, subject to the adjustments set forth below:

| | |
|---|---|
| Payment Year 1 | $54,417,751.48 |
| Payment Year 2 | $60,373,964.50 |
| Payment Year 3 | $108,330,177.52 |
| Payment Year 4 | $73,450,295.88 |
| Payment Year 5 | $73,450,295.88 |
| Payment Year 6 | $73,450,295.88 |
| Payment Year 7 | $73,450,295.88 |
| **Total:** | **$516,923,077.32** |

FINAL AGREEMENT 3.25.22

2.      The Contingency Fee Fund shall be available to compensate Attorneys engaged in Qualifying Representations of Participating Litigating Subdivisions that meet the criteria set forth in Section II.G.

3.      The Contingency Fee Fund shall be available to Attorneys who:

a.      represent Litigating Subdivisions that are Participating Subdivisions, whether their actions are filed in state or federal court; and

b.      meet the eligibility criteria of Section II.G.

c.      Participation in the Contingency Fee Fund by counsel that have a case that is not subject to the jurisdiction of the MDL Court shall not create, provide, or waive jurisdiction of the MDL Court over that Litigating Subdivision, that case or Attorneys, other than to oversee the fairness of the distribution process, and enforcement of this Fee Agreement.

4.      The amounts owed by Settling Distributors to the Contingency Fee Fund shall depend on the relevant Participation Tier set forth in Exhibit H of the Distributor Agreement as follows:

a.      At Participation Tiers 1, 2 and 3, the Contingency Fee Fund payments shall be reduced as follows:

(i)      For Non-Settling States, the Contingency Fee Fund payments shall first be reduced by the amounts identified by the Fee Panel, pursuant to Section II.H.6, that would have been owed to counsel for Litigating Subdivisions in Non-Settling States, had those States and those Litigating Subdivisions been Settling States and Participating Subdivisions.

(ii)      Following the calculation in Section II.D.4.a.i, the Contingency Fee Fund payments shall be reduced to reflect the non-joinder of Litigating Subdivisions in Settling States by subtracting the amounts identified by the Fee Panel, pursuant to Section II.H.6, that would have been owed to counsel for Non-Participating Litigating Subdivisions in Settling States had such Litigating Subdivisions been Participating Subdivisions.

b.      At Participation Tier 4, there shall be no reductions in the Contingency Fee Fund.

c.      In the event that the Settling Distributors, prior to the Effective Date of the Distributor Agreement, settle with any Litigating Subdivision and, under such settlement agreement pay attorneys' fees, the Fee Panel shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, applying the same criteria applicable to all Attorneys for Participating Litigating

Subdivisions, determine what amount they would have been paid from the Contingency Fee Fund if they had become Participating Subdivisions under the Distributor Agreement without such prior settlement. That sum, rather than being paid to the Attorney for the previously settled Litigating Subdivision, shall be credited and/or returned to the Settling Defendants as if determined under <u>Section II.D.4.a.ii</u> above, except that such credit shall not be greater than the amount to the Attorneys paid under the Litigating Subdivision's prior settlement agreement.

E.      *Litigating Subdivision Cost Fund.*

1.      The Settling Distributors shall pay $120,000,000 into the Subdivision Cost Fund, according to the schedule set forth below:

| Payment Year 1 | $40,000,000 |
|---|---|
| Payment Year 2 | $40,000,000 |
| Payment Year 3 | $40,000,000 |

2.      The Litigating Subdivision Cost Fund shall be available to compensate Attorneys for costs and expenses arising out of representation of Participating Litigating Subdivisions or to compensate Participating Litigating Subdivisions for direct in-house costs for expenditures related to their litigation against the Settling Distributors, including the cost of in-house employees.  No funds in the Litigating Subdivision Cost Fund may be used to compensate the costs incurred by Non-Participating Subdivisions or Non-Litigating Subdivisions or costs and expenses arising out of representation of any such Subdivision.  In allocating the Litigating Subdivision Cost Fund, the Administrator shall not allocate any funds for costs incurred after July 21, 2021.

3.      During the period between July 21, 2021, and the Effective Date, the MDL PEC, as well as Litigating Subdivisions eligible to claim costs from the Litigating Subdivision Cost Fund shall make best efforts to cease litigation activity against Settling Distributors, including by jointly seeking stays or severance of claims against the Settling Distributors, where feasible, or postponements if a motion to stay or sever is not feasible or is denied, so long as such actions are not otherwise detrimental to the Litigating Subdivision.

4.      In the event that the Settling Distributors, prior to the Effective Date of the Distributor Agreement, settle with any Litigating Subdivision and, under such settlement agreement pay costs to the Litigating Subdivision or its Attorney, the MDL Cost and Expense Fund Administrator shall treat those Litigating Subdivisions as Participating Litigating Subdivisions and, using the same criteria applicable to all applicants to the Subdivision Cost Fund, determine what amount in costs the Litigating Subdivision or its Attorney would have been paid from the Litigating Subdivision Cost Fund if it had settled under the Distributor Agreement. That sum, rather than being paid to the Attorney or the previously settling Litigating Subdivision, shall be credited and/or returned to the Settling Defendants, except that such sum shall not be greater than the amount paid under the previously settled Litigating Subdivision's settlement agreement.

5.      The MDL Court shall appoint a Cost and Expense Fund Administrator, who shall develop a process and criteria, with input from participating counsel, by which to (a) determine the distribution of amounts from the MDL Expense Fund in pursuit of the claims against Settling Distributors; and (b) receive and evaluate applications from Participating Litigating Subdivisions, whether filed in Federal Court or State Court, to seek reimbursement from the Litigating Subdivision Cost Fund for eligible costs under Section II.E.2 in pursuit of the claims against the Settling Distributors. The Cost and Expense Fund Administrator shall require transparency from all applicants as to any other sources for compensating Attorneys for Litigating Subdivisions for costs incurred.  The Cost and Expense Fund Administrator shall be compensated from the Fund.

6.      In the event that the total amount of reimbursements from the Litigating Subdivision Cost Fund approved as reasonable by the Cost and Expense Administrator is less than the $120,000,000, any remaining funds shall revert to the Settling Distributors.

F.      *MDL Expense Fund*.

1.      In Payment Year 1 of the Distributor Agreement, the Settling Distributors shall pay the following amount into the MDL Expense Fund:

| MDL Expense Fund | $40,384,615 |
|---|---|

2.      The MDL Expense Fund shall be released following the Effective Date of this Fee Agreement without any delay to reimburse the MDL Counsel for an agreed-to portion of the expenses incurred, as approved by the Cost and Expense Fund Administrator.  The MDL Expense Fund will be paid directly to the MDL Cost Account, set up by MDL Order and will be administered under the ongoing jurisdiction of the MDL Court, as provided below.  No funds may be used to compensate the costs incurred by Non-Participating Subdivisions or to compensate any Attorney for costs incurred in representing one or more Non-Participating Subdivisions.

3.      In allocating the MDL Expense Fund, the Administrator shall not allocate any funds for costs incurred after July 21, 2021, unless the Administrator determines that there are sufficient funds to cover all subdivision costs incurred prior to July 21, 2021 and that special circumstances exist to justify costs incurred following the public announcement of the Distributor Agreement.

G.      *Eligibility*.

1.      It is the intention of all parties participating in the Fee Panel process that there should be total transparency to the Fee Panel and to all fund participants. In connection with the process to be developed by the Fee Panel, any and all monies in attorney's fees, including referral fees, expenses paid, promises for payment, or any other Fee Entitlement, to any applicant in any opioid litigation shall be disclosed to the Fee Panel as a condition of participating in the Attorney Fee Fund and prior to an award from the Fee Panel.  Any payment, expectation of payment or perceived entitlement to participate in a State Back-Stop Agreement or any other agreement reached with a

FINAL AGREEMENT 3.25.22

Settling State or any Subdivision or any other source regarding payment of fees must be disclosed to the Fee Panel. Similarly, any right to payment from any other fund, for example a fund for payment to lawyers representing Settling States or Tribal Nations or Subdivisions shall be disclosed to the Fee Panel. Because it is anticipated that there will be multiple firms listed on contingent fee agreements with Litigating Subdivisions, the Fee Panel shall establish procedures, with input from Attorneys for Participating Litigating Subdivisions, for who should petition for fees from such groups and to whom the fee shall be paid and thereafter distributed to co-counsel in accordance with applicable agreements. For the avoidance of doubt, all Attorneys that are part of such groups must meet the eligibility criteria in <u>Section II.G</u>, must be subject to the criteria set forth in <u>Section II.C.4</u>, and must be disclosed to the Fee Panel.

2.      An Attorney may apply for and recover attorneys' fees from the Common Benefit Fund, the Contingency Fee Fund, and the Litigating Subdivision Cost Fund and any fund created by a past or future State Back-Stop Agreement, provided the Attorney satisfies the requirements relevant to each such fund and requirements for disclosure to the Fee Panel.

3.      An Attorney may not receive any payment from the Attorney Fee Fund (which includes both the Contingency Fee Fund and the Common Benefit Fund) unless the following eligibility criteria are met and annually certified by the Attorney:

a.      The Attorney must expressly waive the enforcement against the Litigating Subdivision client of all Fee Entitlements (other than under State Back-Stop Agreements) arising out of or related to any or all Qualifying Representations of any Participating Litigating Subdivision prior to applying for attorneys' fees from the Attorney Fee Fund or costs from the Cost Funds. All applications for attorneys' fees or costs under this Fee Agreement shall include an affirmation by the Attorney of such waiver and notice to the client(s) of such waiver. Such waiver shall not preclude the Attorney from submitting such Fee Entitlements to the Fee Panel as a factor for consideration in allocating payments from the Attorney Fee Fund or in connection with a State Back-Stop Agreement. For the avoidance of doubt, no Attorney may recover fees under this Fee Agreement unless the Attorney expressly agrees not to enforce Fee Entitlements as to each and every Participating Litigating Subdivision represented by that Attorney, but such Attorneys may participate in and receive funds from a State Back-Stop Agreement.

b.      The Attorney must represent that s/he has no present intent to represent or participate in the representation of any Later Litigating Subdivision or any Releasor with respect to Released Claims against Released Entities.

c.      The Attorney must represent that s/he has not and will not engage in any advertising or solicitation related to Released Claims against Released Entities where such advertising or solicitation relates to a representation that the Attorney could not undertake consistent with the ethics opinion referenced in <u>Section II.I.4</u>.

R-12

FINAL AGREEMENT 3.25.22

      d.      The Attorney must represent s/he will not charge or accept any referral fees for any Released Claims brought against Released Entities by Later Litigating Subdivisions.  For the avoidance of doubt, this representation shall not prohibit Attorneys from receiving allocated shares of any future common benefit assessments arising out of settlements or judgments with Later Litigating Subdivisions represented by other Attorneys that are the result of the MDL Court's Common Benefit order.

      e.      The Attorney may not have and must represent that s/he does not have a Fee Entitlement related to a Later Litigating Subdivision.

      f.      The Attorney must certify that s/he has reviewed the ethics opinion referenced in Section II.I.4 and will act in conformity with such opinion.

      g.      The Attorney must fully disclose the participation, or the anticipation of participation, in any agreement with a Settling State or Participating Subdivision concerning fees arising out of or related to the Distributor Agreement, including any fees paid or anticipated to be paid or any State Back-Stop Agreement.

      h.      The Attorney must identify for the Fee Panel whether s/he utilized state litigation work product or MDL work product, including but not limited to ARCOS data, document repositories, experts developed in the MDL, and deposition transcripts.  The Attorney must identify whether s/he signed the MDL Participation Agreement, and for which case(s) it was signed.

      i.      Any Attorney who applies for fees from one or both Funds must represent that, having exercised his/her independent judgment, s/he believes the Distributor Agreement to be fair and will make or has made best efforts to recommend the Distributor Agreement to his or her Subdivision clients in Settling States.  For the avoidance of doubt, each Attorney is expected to exercise his or her independent judgment in the best interest of each client individually before determining whether to recommend joining the settlement.  All applications for attorneys' fees or costs under this Section II shall include an affirmation by the Attorney in compliance with this Section II.G.

      4.      No Attorney receiving fees under this Fee Agreement may apply for or recover from the Attorney Fee Fund fees arising from representing a Non-Settling State or a Non-Participating Subdivision.  All applications for attorneys' fees under this Section II shall include an affirmation by the Attorney of compliance with this Section II.

      5.      An Attorney who has filed an application under this Section II and received an award of attorneys' fees shall provide a certification of compliance this Fee Agreement annually during the years upon which they are still entitled to receive attorneys' fee payments.

      6.      If, at any time, the Attorney is unable to make the representations set forth in this Section II.G.3, such representations become untrue, or the Attorney falsely

represents compliance with the eligibility criteria, the Attorney shall cease to be eligible to receive funds from the Attorney Fee Fund until further review by the Fee Panel of the Attorney's eligibility under and compliance with this <u>Section II</u>.

7.      If an Attorney has a Fee Entitlement from a Later Litigating Subdivision or otherwise becomes unable to reaffirm compliance with the eligibility criteria set forth above, the Attorney shall notify Settling Distributors and the Fee Panel.  For the avoidance of doubt, any Attorney who undertakes any new representation of, or has a Fee Entitlement to, a Later Litigating Subdivision shall be prohibited from receiving any future funds from the Attorney Fee Fund.  If an Attorney fails to notify Settling Distributors and the Fee Panel of such Fee Entitlement to a Later Litigating Subdivision, the Attorney shall be required to refund amounts previously paid.

8.      In the event that an Attorney is deemed ineligible by the Fee Panel (whether based on its initial application or subsequent recertification), the Fee Panel shall provide notice to the Attorney and give the Attorney 30 days to provide additional information such that the Fee Panel could reconsider the Attorney's eligibility.

9.      To the extent that an Attorney has a Fee Entitlement with a Participating Subdivision and is authorized to bring Released Claims against Released Entities, but such authorization is, in scope, less broad than the category of Released Claims set forth in the Distributor Agreement, such Attorney may participate fully in both the Contingency Fee Fund and the Common Benefit Fund, without any reduction imposed by the Fee Panel due to the scope of the authorization, so long as the Participating Subdivision fully releases all Released Claims against Released Entities.

10.     Attorneys applying to the Attorney Fee Fund knowingly and expressly agree to be bound by the decisions of the Fee Panel, subject to the limited appeal rights set forth in this Fee Agreement, and waive the ability to assert the lack of enforceability of the allocation reached through the arbitration procedures outlined herein.

H.      *Calculation of Amounts Due*.

1.      The Fee Panel shall be solely responsible for determining the amount of fees to be paid to each Attorney and each Participating Subdivision that applies under this <u>Section II</u>.  None of the Released Entities shall have any responsibility, obligation, or liability of any kind whatsoever with respect to how attorneys' fees are calculated under this <u>Section II</u>, except that the Fee Panel may receive information from the Settling Distributors (a) as to the identity of Participating, Non-Participating, Litigating, Later Litigating, and Non-Litigating Subdivisions; (b) the impact of non-participation by a Litigating Subdivision as is relevant to the Fee Panel's determination in <u>Section II.C.4</u>; and (c) such other information as Settling Distributors may voluntarily elect to provide.

2.      The Fee Panel shall establish procedures for the arbitration process consistent with this Fee Agreement and orders of the MDL Court.  Such procedures may include submission of documentary and/or other evidence, interviews with applicants and/or other counsel (including counsel for Settling Distributors) that the Fee Panel

R-14

deems appropriate, and/or other means of creating a record upon which fee awards will be based.

3. In making determinations under this Fee Agreement, the Fee Panel must apply the eligibility criteria set forth in <u>Section II.G</u> of this Fee Agreement and the criteria set forth in <u>Section II</u>. In addition, the Fee Panel will give consideration in regard to Common Benefit awards to the *Johnson* factors, as well as the following factors (which factors may be applied and given relative weight in the Fee Panel's discretion):

a. The Attorney's contemporaneously recorded time and labor dedicated to Qualifying Representations along with the Attorney's financial commitment to such Qualifying Representations. Claimed "*time*" will not be automatically accepted by the Fee Panel but will be critically reviewed and given substantially more weight and consideration if such time was subject to the audit process described in any Pretrial Order(s) governing the collection of common benefit time;

b. The novelty, time, and complexity of the Qualifying Representations;

c. The skill requisite to perform legal services properly and undesirability of the case;

d. The preclusion of other employment by the Attorney due to time dedicated to Qualifying Representations;

e. The "*common benefit*," if any alleged to have been conferred by the Attorney and whether such common benefit work product by that Attorney was used by others in parallel litigations against Released Entities whether within or outside the MDL, provided that for any Attorney claiming that s/he substantially benefited cases other than those in which s/he entered an appearance as counsel must substantiate such claims by proffering factual support, such as proper supporting affidavits or other documents as determined by the Fee Panel with input from Attorneys for Participating Litigating Subdivisions;

f. Any "*common detriment*," as set forth in <u>Section II.C.4</u>.

g. Any contingent fee agreements or other Fee Entitlement with Participating Subdivisions, enforcement of which, except for State Back-Stop Agreements, are waived in conjunction with the application, the nature and extent of any work for those Participating Subdivisions, whether such Participating Subdivisions actively litigated and, if so, the nature and procedural history of such case(s);

h. The experience, reputation, and ability of the Attorney;

i. Whether the Attorney's clients brought Released Claims against Released Entities;

j.      The status of discovery in cases primarily handled by the Attorney;

k.      The nature of any work by the Attorney on "*bellwether*" cases or cases that were similarly active in litigation;

l.      Any pressure points successfully asserted by the Attorney in cases against Settling Distributors or any risk for Settling Distributors created by the Attorney in cases against them;

m.      Any risk for defendants created by applicants in cases against the Setting Distributors;

n.      Successful and unsuccessful motion practice in cases worked on by the Attorney;

o.      The date of filing of any cases filed by the Attorney;

p.      Obtaining consolidation of the litigation in the Attorney's jurisdiction;

q.      The number and population of entities represented by the Attorney and the fees that would have been awarded under extinguished contingent fee arrangements;

r.      Whether the Attorney's clients brought claims against the Settling Distributors;

s.      Whether the Attorney has had a leadership role in the litigation, whether in state or federal court;

t.      Whether the Attorney has had a leadership role in any negotiations aimed at resolving the litigation;

u.      Whether the Attorney's cases have survived motions to dismiss;

v.      The extent to which the Attorney contributed to the work product user for the common benefits of opioids litigants, including, without limitation, work on ARCOS data, Prescription Data Monitoring Programs, IQVIA data, depositions, document production and analysis experts, motions, briefs and pleadings, trial preparations, and trials;

w.      The extent to which litigation was done prior to and contributed to completion of settlement negotiations, as distinct from litigation that was done litigating after the announcement of the Distributor Agreement, such latter litigation both being of less value and potentially resulting a common detriment to the settlement process; and

   x. Any other factors that the Fee Panel finds to be appropriate to consider after input from applicants to the Attorney Fee Fund.

   4. The Fee Panel shall develop procedures for receiving a single application, which may be updated or amended based on new information (such as participation by additional Litigating Subdivisions) from each Attorney seeking compensation from the Attorney Fee Fund,  procedures shall not be inconsistent with this Fee Agreement.  Any request for attorneys' fees not included on the single application or through the updating/amendment process designed by the Fee Panel shall be deemed waived.  For purposes of transparency and to permit the Fee Panel to conduct its work, the application from each Attorney shall, at a minimum, require each Attorney to:

   a. Identify all Litigating Subdivisions for which s/he is seeking payment from the Attorney Fee Fund;

   b. Identify all Subdivisions in both Settling and Non-Settling States with respect to which s/he has a Fee Entitlement with respect to Relevant Claims against Released Entities, and identify all co-counsel in such cases;

   c. Identify which of those Subdivisions are Participating Subdivisions and which are not;

   d. Specify the specific fund or funds within the Attorney Fee Fund from which the Attorney is seeking compensation;

   e. Demonstrate his or her eligibility for compensation from the relevant sub funds within the Attorney Fee Fund pursuant to the criteria set forth for the relevant sub fund; and

   f. Identify any and all Fee Entitlements from representations of States, Tribal Nations, or other plaintiffs related to Released Claims against Released Entities or in opioids-related matters.

   Notwithstanding Sections II.H.4.a-f above, the Panel may consider a supplemental application if the Attorney shows good cause why circumstances exist that will lead to consideration for additional Common Benefit award.  Examples would include, but are not limited to, an Attorney having Non-Participating Litigating Subdivision clients that subsequently become Participating Subdivisions, a Bar Date passes that increases participation or the Participation Tier or an Allocation Agreement is reached.

   5. With respect to the Common Benefit Fund, the Fee Panel shall (subject to any applicable MDL Court Order):

   a. Review the applications of all Attorneys seeking compensation from the Common Benefit Fund, including determining eligibility for each Attorney as set forth in Section II.G.

      b.      Reduce, on an annual basis, the Distributor's payment obligations, as set forth in <u>Section II.C.6</u>.  The Panel shall inform the Settling Distributors and the MDL PEC of all such amounts and adjust the Settling Distributors' payment obligations accordingly.

      c.      Using criteria set forth in <u>Sections II.C</u> and <u>II.G</u>, allocate amounts from the Common Benefit Fund to eligible Attorneys, including payment amounts for each Payment Year.  In making such allocations (regardless of the Participation Tier achieved), the Panel shall apply the principles set forth in <u>Section II.C.4</u> and shall allocate any reduction in the payments of Settling Distributors specified in <u>Section II.C.6</u> to the amounts paid to Attorneys with a Fee Entitlement to Litigating Subdivisions that are not Participating Subdivisions.

6.      With respect to the Contingency Fee Fund, the Fee Panel shall:

      a.      Review the applications of all Attorneys seeking compensation from the Litigating Subdivision Fee Fund, including determining eligibility for each Attorney as set forth in <u>Section II.G</u>.

      b.      Apply the Mathematical Model in <u>Exhibit A</u>.

      c.      Use such allocations to reduce payments, on an annual basis, the payment obligations of the Settling Distributors to the Attorney Fee Fund as set forth in <u>Section II.D.4</u>, and distributions therefrom, and inform the Settling Distributors and MDL PEC of all such adjustments.

7.      To the extent that there is a dispute about the calculations of the Fee Panel related to the amounts that Settling Distributors are required to pay (including application of any reductions or offsets under this Fee Agreement), such disputes shall be presented to the Fee Panel and any disputed funds be paid into/held in escrow.  The Fee Panel shall resolve such disputes expeditiously, with either Party having the right to seek review from the MDL Court.

8.      For purposes of determination of fee or cost awards, allocations, reductions and possible reversions under this Fee Agreement, unless specified otherwise a Subdivision will be considered a Non-Participating Subdivision if it is not a Participating Subdivision as of the deadline for the application for the fee or cost award at issue (or, if the determination does not involve a specific application, the date on which the record for such determination closes).

9.      In the event that the Fee Panel, through the use of the Mathematical Model set forth in Exhibit A, allocates funds from the Contingency Fee Fund for an Attorney based on a Qualifying Representation of a Participating Litigating Subdivision or allocates cost to such Participating Litigating Subdivision and that Subdivision is in a Settling State in which the Consent Judgment has not been approved, such funds shall be placed into escrow until the Consent Judgment is approved, after which time they shall be released.

I.    *Miscellaneous.*

1.       The costs associated with the Fee Panel prior to the Effective Date of this Fee Agreement shall be funded by Settling Distributors.  The Fee Panel shall charge an hourly rate that has been previously approved by a federal or state court and shall provide a budget and a cap for such work prior to the Effective Date, which shall be approved by Settling Distributors and such approval shall not be unreasonably withheld.  Settling Distributors shall receive a refund for any such payment of pre-Effective Date costs from interest that accrues on the monies in the Attorney Fee Fund (including interest that accrues during such time as the Attorney Fee Fund monies are in escrow prior to the Effective Date of the Distributor Agreement), up to the amount of such costs.  Post-Effective Date, the cost of the Fee Panel shall be charged against the applicable Fee Fund based on allocation by the Fee Panel and shall not be otherwise funded by Settling Distributors.  The costs associated with the Cost and Expense Fund Administrator shall be paid from funds in the MDL Expense Fund and the Litigating Subdivision Cost Fund and shall not be otherwise funded by Settling Distributors.

2.       The MDL PEC will seek, and the Attorneys General for Settling States and the Settling Distributors will not oppose, a Common Benefit Fee Order requiring an assessment of 7.5% on the gross recovery (by judgment or settlement) of any Non-Participating Subdivision that is subject to the federal court jurisdiction, represented by a MDL PEC firm, represented by any Attorney receiving fees from the Common Benefit Fund, represented by any Attorney that signed a Participation Agreement or paid in a case otherwise under the jurisdiction of the MDL Court.

3.       The MDL PEC shall provide to Settling Distributors information they have that identifies Attorneys who represent Litigating Subdivisions who are not Participating Subdivisions and who have an obligation to pay a common benefit assessment, either due to the MDL Court's orders or to having signed a Participation Agreement.

4.       The MDL PEC shall retain ethics counsel of its choice to provide an opinion that addresses the compliance of its ethical obligations, as it relates to the Distributor Agreement.  Such opinion shall address the issue of the potential conflict of interest for an Attorney that had represented a Participating Subdivision also representing a Later Litigating Subdivision as defined in the Distributor Agreement.  This <u>Section II.I</u> shall be enforceable to the extent permitted by the equivalent to Rules 1.16 and 5.6 of the ABA Model Rules of Professional Conduct in the relevant jurisdictions.  The opinion shall be provided to the Settling Distributors as soon as it is completed and, in any event, prior to July 31, 2021 and shall be disseminated to counsel eligible to apply to the Attorney Fee Fund within 30 days of the announcement of the Distributor Agreement. The MDL PEC represents that it will comply with this opinion until the Reference Date and thereafter if the Distributor Agreement proceeds.  The cost of such expert work done prior to the Effective Date of the Distributor Agreement shall be funded by Settling Distributors.

R-19

5.      Participating Subdivisions agree to instruct their counsel to treat information, work product and expert materials as secret under Rule 1.6 of the ABA Model Rules of Professional Conduct.  Accordingly, an Attorney shall not share information or work product with, or experts or materials to, non-participants (other than the Attorney's own current clients or their lawyers, consultants, experts or other representatives or agents).  However, nothing herein shall prevent MDL Leadership or PEC Counsel from fulfilling their obligations in any MDL and the MDL Court Order.

## III.    Miscellaneous.

A.      *Termination.*  If the Distributor Agreement does not proceed past the Reference Date, whether because the Settling Distributors do not determine to proceed or for any other reason, this Fee Agreement shall be null and void, Settling Distributors shall have no obligation to make any payments under this Fee Agreement, and the Settling Distributors and the MDL PEC shall take such steps as are necessary to restore the status quo ante.

B.      *MDL Court Consideration.*  This Fee Agreement shall be attached as an exhibit to the Distributor Agreement. This Fee Agreement shall also be submitted jointly by the Settling Distributors and the MDL PEC to the MDL Court for approval pursuant to the motion that shall be attached, prior to the Preliminary Agreement Date of the Distributor Agreement, to this Fee Agreement as <u>Exhibit B</u>.

1.      In the event that the MDL Court, through an order, makes any change to the amounts potentially to be paid by Settling Distributors under this Fee Agreement, makes any change to the Fee Panel's consideration of the factors set forth in <u>Section II.C.4</u>, or any other material change to the draft Order attached as part of <u>Exhibit B</u> or the terms of this Fee Agreement, the Settling Distributors and the MDL PEC shall meet and confer concerning such changes.

2.      If the Settling Distributors and the MDL PEC are unable to reach agreement and revisions to this Fee Agreement in the event discussed in <u>Section III.B.1</u>, this Fee Agreement shall be null and void, Settling Distributors shall have no obligation to make any payments under this Fee Agreement, and the Settling Distributors and the MDL PEC shall take such steps as are necessary to restore the *status quo ante*.

C.      *Amendment.*  Once the MDL Court has entered an order implementing this Fee Agreement, this Fee Agreement can only be amended by (1) written agreement of the Settling Distributors and the MDL PEC <u>and</u> (2) approval by the MDL Court.

D.      *Jurisdiction and Enforcement.*  The MDL Court shall have exclusive and ongoing jurisdiction over the enforcement and implementation of this Fee Agreement as set forth herein. The MDL PEC shall be the Authorized Party to enforce this Fee Agreement, as to the payment obligations of the Settling Distributors as set forth in this Fee Agreement, and as to Attorneys making application to the Funds under this Fee Agreement.  Solely for purposes of assessing or allocating common benefit fees, the MDL Court will continue to have jurisdiction over the work product developed in the MDL Court by and under the direction of the MDL PEC with respect to claims against the Settling Defendants, including data and documents, depositions, expert

FINAL AGREEMENT 3.25.22

reports, briefs and pleadings; and the MDL Court's protective orders, management orders, and other decisions regarding such discovery and other work product, including but not limited to, conditions on its use, will continue in full force and effect.  Nothing in this <u>Section III.D</u> authorizes the MDL Court to act contrary to this Fee Agreement or to share any of the work product, or provides the MDL Court with jurisdiction over the Distributor Agreement.

FINAL AGREEMENT 3.25.22

### Description of Mathematical Model for the Allocation of the Contingency Fee Funds

Distributor Settlement Agreement and Janssen Settlement Agreement

This document describes the Mathematical Model for allocation of the Contingency Fee Fund described in Exhibit R (Agreement of Attorney's Fees, Expenses and Costs) to the Distributor Settlement Agreement and the Janssen Settlement Agreement, respectively.[19] Awards of fees from the Contingency Fee Funds shall be available to Attorneys with Qualifying Representations of Participating Litigating Subdivisions eligible to receive an allocation under the corresponding agreements.[20] A Fee Panel shall oversee the application of the Model and resolve any questions or disputes concerning the eligibility of a counsel to participate. The Panel is empowered to hear disputes concerning and ensure the accuracy of the mathematical calculations.

In general terms, allocation of the Contingency Fee Fund shall be made by (1) determining the amount of the Settlement Fund that is attributable to each Litigating Subdivision; (2) making certain adjustments to these amounts based on when the Subdivision filed suit and the terms of the applicable fee contract; and (3) dividing the Contingency Fee Fund proportionately among counsel for each Participating Litigating Subdivision based on the amounts calculated in subpart 2.

Each Settling Defendant is responsible only for its own share of payments.[21] In other words, to collect a fee award from the Contingency Fee Fund against a Settling Defendant, the Participating Litigating Subdivision must have named the Settling Defendant in its lawsuit. The total amount of the Contingency Fee Fund in the Distributor Settlement Agreement is $516,923,077.[22] Amerisource's share is $160,246,153.97 (31.0%), Cardinal's share is $159,729,230.89 (30.9%), and McKesson's share is $196,947,692.46 (38.1%). The total amount of the Contingency Fee Fund in the Janssen Settlement Agreement is $123,076,923.[23]

More specifically, allocation of each Settling Defendant's share of the corresponding Contingency Fee Fund shall be made according to the following steps. These steps must be performed separately for each Settlement Agreement, and each Defendant is responsible for paying only its share of the Contingency Fee Fund. These calculations are made only for purpose of determining the percentage share of the Contingency Fee Fund that Attorneys for each Participating Litigating Subdivision should receive, ***not*** for determining the dollar amount each Subdivision will receive.

---

[19] *See* Distributor Settlement Agreement, Exhibit R § II.B.3; Janssen Settlement Agreement, Exhibit R § II.B.3.

[20] Distributor Settlement Agreement, Exhibit R § II.B.3; Janssen Settlement Agreement, Exhibit R § II.B.3

[21] Distributor Settlement Agreement, Exhibit R § II.A.5.

[22] Distributor Settlement Agreement, Exhibit R § II.D.1.

[23] Janssen Settlement Agreement, Exhibit R § II.D.1.

(1) For each Settling State, attribute 50% of the settlement funds for that State to its Subdivisions according to the Subdivision Allocation Percentage in Exhibit G to the Distributor Settlement Agreement or Janssen Settlement Agreement, as appropriate.

```
Illustrative example for the Distributor Agreement:
```

- Assume that State A is allocated 1.00000% of the $18,554,013,691.11 Restitution/Abatement amount [see Exhibit M of the Agreement].

- 50% of the 1% share allocated to State A is $92,770,068.46.

- Assume that, per Exhibit G of the Agreement, the Subdivision Allocation Percentage for City B in State A is 1.00000000%.

- For purposes of determining its counsel's share of the Contingency Fee Fund, City B is attributed 1.00000000% of $92,770,068.46, or $927,700.68.

(2) Adjust the amounts in paragraph 1 as follows:

    a.  *Upward Adjustment for Early Filers.*  Increase the amount calculated in paragraph 1 above by 10% for any Litigating Subdivision that named the defendant(s) in a suit before December 5, 2017, the date the National Prescription Opiate Litigation MDL was formed.  This adjustment must be done individually for each defendant.  If the Litigating Subdivision did not name a Settling Defendant in a suit before January 1, 2021, then fees from the Contingency Fee Fund for that defendant will not be awarded to Attorneys with otherwise Qualifying Representations of that Participating Litigating Subdivision.

```
Illustrative Example:
```

- Assume City C is attributed $1,000,000 under paragraph 1 above.

- If City C named the defendant(s) before 12/5/2017, the attributed amount would be adjusted to $1,100,000.

    b.  *Determine Amount Due under Contingency Fee Contract.*  Determine the amount that would be due to Attorneys with Qualifying Representations of each Participating Litigating Subdivision under the terms of the applicable fee contract if the Participating Litigating Subdivision were to receive the amount calculated in paragraph 2.a.  This amount can be referred to as the Contingency Fee Assumption.

```
Illustrative Example:
Continuing the example given in paragraph 2.a, if Attorneys have a
20% contingency fee contract with City C for the relevant
litigation, the amount calculated in this step would be 20% of
$1,100,000, or $220,000.
```

R-23

In the next step, the Contingency Fee Assumption is used to determine the percentage share of the Contingency Fee Fund due to Attorneys for each Participating Litigating Subdivision.

(3) Divide the Contingency Fee Fund proportionately among Attorneys for each Participating Litigating Subdivision in two ways:

    a. *National Fee Pool Calculation.* Determine each Litigating Subdivision's percentage share of all amounts due under contingency fee contracts nationwide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions. Then multiply that percentage by the Contingency Fee Fund to figure each Subdivision's dollar share of the Contingency Fee Fund (but only for Settling Defendants the Subdivision timely named in a lawsuit).[24]

```
Illustrative example for Distributor Settlement Agreement:
```
- $220,000 [from para. 2.b] ÷ $1,800,000,000 [total amount owed under contingency fee contracts nationwide] = 0.012222%[25]
- 0.012222% * $516,923,077.32 [Contingency Fee Fund] = $63,179.49

    b. *Separate State Fee Pools Calculation.* Determine each Litigating Subdivision's percentage share of all amounts due under contingency fee contracts statewide by dividing the Contingency Fee Assumption calculated for each Subdivision in paragraph 2.b by the sum of all Contingency Fee Assumptions in the same State. Then multiply that percentage by the portion of the Contingency Fee Fund that corresponds to that State's Overall Allocation Percentage, shown in Exhibit F of the relevant Settlement Agreement, to figure each Subdivision's dollar share of the Contingency Fee Fund (but only for Settling Defendants the Subdivision timely named in a lawsuit).

```
Illustrative example for Distributor Settlement Agreement:
```
- 1% * $516,923,077.32 = $5,169,230.77 [amount of the Contingency Fee Fund corresponding to State A]

---

[24] Because a few Litigating Subdivisions named only one or two of the Distributors in a lawsuit before January 1, 2021, each Subdivision's share of the Contingency Fee Fund is slightly different for each distributor. Therefore, under the Distributor Settlement Agreement, the calculations described in this step need to be made separately for each Settling Defendant. It is shown in a single calculation here for ease of illustration only.

[25] In this example, $1.8 billion is the amount theoretically owed under all contingency fee contracts for litigation against distributors as calculated in paragraph 2.b. This amount is illustrative only; the actual amount will not be known until all litigating subdivisions are identified and the terms of all of their contingency fee contracts are collected.

- Assume a total of $17,600,000 is owed under contingency fee contracts for State A.
- $220,000 [from para. 2.b] ÷ $17,600,000 = 1.25%
- 1.25% * $5,169,230.77 = $64,615.38

The award of fees to Attorneys with Qualifying Representations of Participating Litigating Subdivisions will be the average of the final amounts calculated in paragraphs 3.a and 3.b above.[26]

Paragraph 3.a represents allocation based on a proportional share of a National Fee Pool, while paragraph 3.b represents allocation based on a proportional share of the Separate State Fee Pools.  In other words, for the National Fee Pool described above in paragraph 3.a, the contingency fee contract rate is compared to all other contingency fee contract rates in the nation.  For the Separate State Fee Pools described above in paragraph 3.b, the contingency fee contract terms are compared to the other contingency fee contract terms in that same State.  The National Fee Pool and the Separate State Fee Pools are given equal weighting.  This is illustrated below.

**National Fee Pool**  **Separate State Fee Pools**



Using the first methodology, Attorneys for two Subdivisions <u>in different States</u> with the same amount calculated under paragraph 2.b would be assigned the same amount under paragraph 3.a.  Using the second methodology, Attorneys for the same two Subdivisions would be assigned different amounts under paragraph 3.b because they are in different States.  Specifically, the Subdivision in the State with a smaller proportion of Participating

---

[26] The model also enforces a maximum fee award of 20% of the amount calculated in 2.b.  This rule is designed to prevent windfalls by addressing over-allocation in a small number of states with relatively few Litigating Subdivisions.  An estimated 97% of Qualifying Representations are not impacted this rule.  The description in this document of the Mathematical Model is by necessity an abstraction; the precise contours of the calculations are defined in the model itself.

FINAL AGREEMENT 3.25.22

Litigating Subdivisions would be allocated more than the Subdivision in the State with a greater proportion of Participating Litigating Subdivisions.

FINAL AGREEMENT 3.25.22

<u>**EXHIBIT S**</u>

<u>**Agreement on the State Outside Counsel Fee Fund**</u>

1.      **Creation of a State Outside Counsel Fee Fund.**  The Settling Distributors and the Settling States agree to the creation of a state outside counsel fee fund to pay reasonable attorneys' fees of Settling States which have retained outside counsel in connection with litigation against the Settling Distributors (such fund, the "*State Outside Counsel Fee Fund*").

2.      **State Outside Counsel Fee Fund Administration.**  The State Outside Counsel Fee Fund shall be administered separately from the Common Benefit Fund, the Contingency Fee Fund, the State Cost Fund, and the MDL Expense Fund.  A committee of Attorneys General shall oversee the State Outside Counsel Fee Fund (the "*Fee Fund Committee*").  The Fee Fund Committee shall initially consist of the following States:  (a) Delaware; (b) Florida; (c) Georgia; (d) Indiana; (e) Michigan; (f) Ohio; and (g) Rhode Island.  The Fee Fund Committee shall select a settlement fund administrator, who may or may not be different from the Settlement Fund Administrator (the "*Fee Fund Administrator*") and who shall administer the State Outside Counsel Fee Fund according to the guidelines and directives of the Fee Fund Committee.

3.      **State Outside Counsel Fee Eligibility.**  To receive any amount from the State Outside Counsel Fee Fund, an outside counsel to a Settling State must have filed and maintained an action in the name of a Settling State or its Attorney General against a Settling Distributor in a state or federal court as of June 1, 2021.  No Settling State shall receive funds from both the State Outside Counsel Fee Fund and the Additional Restitution Amount as set forth in Section IX.

4.      **State Outside Counsel Fee Fund Amount.**  The Settling Distributors shall pay funds into the State Outside Counsel Fee Fund according to the schedule set forth below, subject to any suspensions, offsets, reductions, or adjustments provided for in the Agreement or described below:

| Payment Year 1 Payment Date | $136,044,379 |
| Payment Year 2 Payment Date | $129,230,769 |
| Payment Year 3 Payment Date | $17,417,160 |

5.      **State Outside Counsel Fee Fund Availability and Calculation of Amount.**
   a.  The State Outside Counsel Fee Fund shall be available to compensate private outside counsel for Settling State Attorneys General for approved fees arising out of representation of the Settling State pursuant to the schedule developed by the Fee Fund Committee and provided to the Settling Distributors.
   b.  Fees shall be calculated by adding two components: (a) a fixed amount consisting of fifty percent (50%) of the amount allocated to a Settling State pursuant to <u>Exhibit F</u> multiplied by 4.5%; and (b) a proportional percentage of the remaining fee due under that Settling State's contract assuming that fifty

FINAL AGREEMENT 3.25.22

percent (50%) of the Settling State's recovery is allocable to a Settling State (rather than allocable to the Settling State's Participating Subdivisions) so that the fees of all Settling States (minus the fixed amount that would have been allocated to any Non-Settling States had they become Settling States) exhausts the State Outside Counsel Fee Fund. The proportional share percentage will be the same for each Settling State included in the State Outside Counsel Fee Fund. All amounts paid will be less any costs or fees of the Fee Fund Administrator.

6. **Payment by the Fee Fund Administrator**.
   a. If a Settling State's outside counsel agrees that the amount calculated in Paragraph 5 above either satisfies in full or exceeds the amounts owed to all such Settling State's outside counsel, then upon written notice waiving all entitlement to any additional fee, the Fee Fund Administrator shall pay that Settling State's outside counsel the amount that satisfies the Settling State's obligation in full and, in no event more than (i) such obligation or (ii) the amount pursuant to the calculation and any schedule created by the Fee Fund Committee.
   b. If a Settling State's outside counsel does not agree that the amount calculated in Paragraph 5 above either satisfies in full or exceeds the amounts owed by the Settling State, then the Settling State's share shall be placed in an interest-bearing escrow account (less reasonable expenses of the Fee Fund Administrator) and held unless and until the Settling State and its outside counsel agree in a signed writing to a resolution of the amount outstanding or there is a final judgment entered that is no longer appealable.
   c. Upon being provided a signed, written agreement or the final non-appealable judgment, the Fee Fund Administrator shall release monies from the State Outside Counsel Fee Fund in either the amount held by the Fee Fund Administrator, if the amount of the agreement or judgment is equal to or more than the amount held, or the amount indicated in the agreement or in the final judgment, if the amount in the agreement or judgment is less than the amount held.
   d. Nothing herein, including the amounts listed in paragraph 5 above, shall prevent a Settling State from arguing in any proceeding with its outside counsel that (i) its recovery was less than fifty percent (50%) of the recovery in the Settlement Agreement down to and including fifteen percent (15%) of the total recovery; (ii) any payment should be discounted by an appropriate discount rate commensurate to the risk of the Settlement Agreement and the timeline that the Settling State is receiving its payments; (iii) the settlement amount should be lower because the amount a Settling State receives was reduced because such Settling State's outside counsel failed to obtain joinder from a Settling State's Subdivision(s) that the outside counsel also

FINAL AGREEMENT 3.25.22

represented; or (iv) any limitation placed by the Settling Distributors bars payment of a higher fee to outside counsel.

e. In the event the amount due to the Settling State's outside counsel from an escrow account is less than the total amount of funds escrowed on the account of the Settling State, the balance shall be paid to the Settling State.  In no event, other than a State becoming a Non-Settling State, shall funds revert to a Settling Distributor.

f. Amounts owed by Settling Distributors to the State Outside Counsel Fee Fund shall be reduced and/or credited to Settling Distributors by amounts allocated on the above-mentioned schedule for outside counsel in Non-Settling States.

7.      **Reversion or Reduction of Amounts owed to Non-Settling States.**  Amounts owed by Settling Distributors to the State Outside Counsel Fee Fund shall be reduced proportionally across payments owed by the Settling Distributors by amounts allocated to the fixed amount on the below schedule for outside counsel in the event that a listed State becomes a Non-Settling State.  In the event the Fee Fund Administrator receives part or all of the fixed amount due to a Non-Settling State from a Settling Distributor, the Fee Fund Administrator shall return the amount allocable to that Non-Settling State's fixed amount to the Settling Distributor.

| State | Allocation Percentage[27] | Maximum Abatement Amount[28] | Assumed State Share (50% of Maximum Abatement Amount) | Contract Rate | Contract Amount | Fixed Amount[29] |
|---|---|---|---|---|---|---|
| Alabama | 1.6419290312% | $304,643,737.25 | $152,321,868.62 | TIPAC | $17,914,852.67 | $6,854,484.09 |
| Alaska | 0.2584550539% | $47,953,786.09 | $23,976,893.04 | 20% | $4,795,378.61 | $1,078,960.19 |
| Arkansas | 0.9663486633% | $179,296,463.29 | $89,648,231.65 | TIPAC | $7,982,411.58 | $4,034,170.42 |
| Delaware | 0.4900019063% | $90,915,020.78 | $45,457,510.39 | 21% , 18% | $9,546,077.18 | $2,045,587.97 |
| Florida | 7.0259134409% | $1,303,588,941.75 | $651,794,470.88 | TIPAC | $36,089,723.54 | $29,330,751.19 |
| Georgia | 2.7882080114% | $517,324,496.17 | $258,662,248.09 | 8% | $20,692,979.85 | $11,639,801.16 |

[27] This is the State allocation provided in Exhibit F.
[28] This is calculated by taking the State allocation *times* the Net Abatement Amount.
[29] As provided in Paragraph 5.b, the Fixed Amount is calculated by taking 50% of the maximum abatement amount for a State *times* 4.5%.  Together with a proportional amount to be calculated as provided in Paragraph 5.b, this will be the total fee paid each Settling State.

FINAL AGREEMENT 3.25.22

| | | | | | | |
|---|---|---|---|---|---|---|
| Hawaii | 0.3418358185% | $63,424,264.57 | $31,712,132.28 | 17% | $5,391,062.49 | $1,427,045.95 |
| Idaho | 0.5254331620% | $97,488,940.82 | $48,744,470.41 | 10% | $4,874,447.04 | $2,193,501.17 |
| Indiana | 2.2168933059% | $411,322,687.49 | $205,661,343.75 | TIPAC | $13,783,066.74 | $9,254,760.47 |
| Kentucky | 2.0929730531% | $388,330,506.82 | $194,165,253.41 | TIPAC | $11,958,262.67 | $8,737,436.40 |
| Michigan | 3.4020234989% | $631,211,905.76 | $315,605,952.88 | 15% | $47,340,892.93 | $14,202,267.88 |
| Mississippi | 0.8898883053% | $165,109,998.00 | $82,554,999.00 | TIPAC | $8,127,749.95 | $3,714,974.96 |
| Montana | 0.3421667920% | $63,485,673.43 | $31,742,836.72 | 20, 18, and 15% by amount | $6,061,425.51 | $1,428,427.65 |
| Nevada | 1.2486754235% | $231,679,409.03 | $115,839,704.52 | 19% | $22,009,543.86 | $5,212,786.70 |
| New Hampshire | 0.6258752503% | $116,124,979.63 | $58,062,489.81 | 27% | $15,676,872.25 | $2,612,812.04 |
| New Mexico | 0.8557238713% | $158,771,124.24 | $79,385,562.12 | 24% | $19,052,534.91 | $3,572,350.30 |
| Ohio | 4.3567051408% | $808,343,668.31 | $404,171,834.15 | TIPAC | $23,708,591.71 | $18,187,732.54 |
| Oklahoma | 1.5831626090% | $293,740,207.23 | $146,870,103.61 | 25%, 20%, 15%, 10% | $34,374,020.72 | $6,609,154.66 |
| Puerto Rico | 0.7263201134% | $134,761,533.28 | $67,380,766.64 | 25% | $16,845,191.66 | $3,032,134.50 |
| Rhode Island | 0.4895626814% | $90,833,526.93 | $45,416,763.47 | 17% | $7,720,849.79 | $2,043,754.36 |
| South Carolina | 1.5834654145% | $293,796,389.80 | $146,898,194.90 | TIPAC | $21,470,837.54 | $6,610,418.77 |
| South Dakota | 0.2169945907% | $40,261,206.07 | $20,130,603.03 | 12% | $2,415,672.36 | $905,877.14 |

FINAL AGREEMENT 3.25.22

| | | | | | | |
|---|---|---|---|---|---|---|
| Utah | 1.1889437113% | $220,596,778.97 | $110,298,389.49 | TIPAC Modified by K | $14,165,161.55 | $4,963,427.53 |
| Vermont | 0.2844241374% | $52,772,093.39 | $26,386,046.70 | TIPAC | $4,888,604.67 | $1,187,372.10 |
| Washington | 2.3189040182% | $430,249,769.02 | $215,124,884.51 | Statute | $20,000,000.00 | $9,680,619.80 |

S-5

FINAL AGREEMENT 3.25.22

## EXHIBIT T

### Agreement on the State Cost Fund Administration

1.    **Creation of a State Cost Fund.**  The Settling Distributors and the Settling States agree to the creation of a state cost fund to pay litigation costs and expenses associated with litigation and investigation related to the opioid litigation (such fund, the "*State Cost Fund*"). The State Cost Fund shall be administered separately from the Common Benefit Fund, the Contingency Fee Fund, the State Counsel Fee Fund, and the MDL Expense Fund.

2.    **State Cost Fund Amount and to Whom Owed.**  On the Payment Date of Payment Year 1, the Settling Distributors shall pay into the State Cost Fund $56,538,461.00 (the "*State Cost Fund Amount*").  No funds may be released from the State Cost Fund to Non-Settling States.

3.    **State Cost Fund Committee.**  A committee of Attorneys General or their designated representatives (such committee, the "*State Cost Fund Committee*") shall oversee the State Cost Fund.  The committee shall initially consist of the following States:  (a) Delaware; (b) Florida; (c) Georgia; (d) New York; (e) North Carolina; (f) Ohio; (g) Tennessee; and (h) Texas. The Attorneys General may by majority vote add or change the composition of the State Cost Fund Committee, including replacing any above State, if that State is not a Settling State.

4.    **State Cost Fund Administrator.**  The State Cost Fund Committee shall select an administrator (the "*State Cost Fund Administrator*").  The State Cost Fund Administrator may or may not be different from the Settlement Fund Administrator. The State Cost Fund Administrator shall administer the State Cost Fund and direct payments to Settling States.

5.    **State Cost Fund Guidelines.**  Monies in the State Cost Fund shall be released without any delay to reimburse Settling States for documented costs incurred or paid in connection with litigation and investigation related to the opioid litigation.  In allocating the State Cost Fund, no funds shall be allocated for costs incurred after July 21, 2021.  The State Cost Fund Committee shall establish guidelines for the submission and approval of expenses eligible for reimbursement from the State Cost Fund.  The State Cost Fund Administrator shall, in accordance with such guidelines, receive from Settling States records sufficient to demonstrate the incurrence and payment of each expense attributable to litigation or investigation related to the opioid litigation, including any outstanding National Association of Attorneys General grant.

6.    **State Cost Fund Payment Priorities and Residual.**  To the extent the aggregate eligible submissions of costs and expenses from Settling States exceed the State Cost Fund Amount, payments to Settling States shall be paid in the order described in this section until the State Cost Fund is exhausted.  If the State Cost Fund is unable to fully pay costs at any of the following levels, then Settling States with costs at that level shall be paid on a proportional basis. All expenses with a lesser priority from the level where the State Cost Fund is exhausted will not be reimbursed from the State Cost Fund.  Costs shall be paid in the following order of priority:

(a) the reasonable costs of the State Cost Fund Administrator, if any; (b) repayment of the National Association of Attorneys General grants connected to opioid litigation; (c) costs incurred or paid by outside counsel for a Settling State litigating against the Settling Distributors apart from any fee owed; (d) litigation-related costs attributable to the Settling Distributors incurred or paid by a Settling State litigating against the Settling Distributors; and (e) pre-suit investigation-related costs attributable to the Settling Distributors incurred or paid by either a Settling State outside counsel (not including any amount of fees or any costs which have already been reimbursed pursuant to clause (c), above) or a Settling State investigating the Settling Distributors.  If the State Cost Fund has additional monies after payment of the State Cost Fund Administrator's and all Settling States' submitted costs, then the remaining funds will be provided to the National Association of Attorneys General to be placed in the Financial Services Fund for the purpose of funding grants for consumer protection- or healthcare-related enforcement or training activities.  In determining what costs are attributable to the Settling Distributors, the State Fund Committee shall develop a guideline that ensures that all Settling States are treated equitably.

FINAL AGREEMENT 3.25.22

## EXHIBIT U

## ABC IRS Form 1098-F[30]

| | | | |
|---|---|---|---|
| 0303 | ☐ VOID  ☐ CORRECTED | | |

| | | |
|---|---|---|
| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. [APPROPRIATE OFFICIAL] [DESIGNATED STATE] [ADDRESS] | **1** Total amount required to be paid<br>**$** 6,379,375,013.53 | OMB No. 1545-2284 **Form 1098-F**<br>(Rev. December 2019) | **Fines, Penalties, and Other Amounts** |
| | **2** Restitution/remediation amount<br>**$** 5,839,378,859.97 | For calendar year 2021___ | |
| FILER'S TIN<br>XX-XXXXXXX | PAYER'S TIN<br>23-3079390 | **3** Compliance amount<br>**$** | **4** Date of order/agreement<br>XX/XX/2021 | **Copy A**<br>**For Internal Revenue Service Center** |
| PAYER'S name<br>AmerisourceBergen Corporation | | **5** Jurisdiction U.S. District Court for the Northern District of Ohio and jurisdictions of other cases settled under the Settlement Agreement entered into by the Settling Distributors and Settling States (each as defined in such), dated as of []. | **File with Form 1096.** |
| Street address (including apt. no.)<br>1 West First Avenue | | **6** Case number No. 1:17-MD-2804 and other cases settled under the Settlement Agreement entered into by the Settling Distributors and Settling States (each as defined in such agreement), dated as of []. | **For Privacy Act and Paperwork Reduction Act Notice, see the** |
| City or town, state or province, country, and ZIP or foreign postal code<br>Conshohocken, PA  19428 | | **7** Name or description of matter/suit/agreement<br>National Prescription Opiate Litigation | **current General Instructions for Certain Information Returns.** |
| | | **8** Code<br>A, B, I | |

| | | | |
|---|---|---|---|
| Form **1098-F** (Rev. 12-2019) | Cat. No. 71382B | www.irs.gov/Form1098F | Department of the Treasury - Internal Revenue Service |

**Do  Not  Cut  or  Separate  Forms  on  This  Page  —  Do  Not  Cut  or  Separate  Forms  on  This  Page**

---

[30] To be updated to account for any Non-Settling States and the effectiveness of any separate agreements with a Settling State.

FINAL AGREEMENT 3.25.22

**EXHIBIT V**

**Cardinal IRS Form 1098-F[31]**

| | | |
|---|---|---|
| 0303 ☐ VOID ☐ CORRECTED | | |

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>[APPROPRIATE OFFICIAL]<br>[DESIGNATED STATE]<br>[ADDRESS] | **1** Total amount required to be paid<br>$ 6,358,796,384.46 | OMB No. 1545-2284<br>Form **1098-F**<br>(Rev. December 2019) | **Fines, Penalties, and Other Amounts** |
| | **2** Restitution/remediation amount<br>$ 5,820,542,153.63 | For calendar year<br>20 21 | |
| FILER'S TIN<br>XX-XXXXXXX | PAYER'S TIN<br>31-O958666 | **3** Compliance amount<br>$ | **4** Date of order/agreement<br>XX/XX/2021 | **Copy A**<br>**For**<br>**Internal Revenue Service Center** |
| PAYER'S name<br>Cardinal Health, Inc. and consolidated subsidiaries | | **5 Jurisdiction** U.S. District Court for the Northern District of Ohio and jurisdictions of other cases settled under the Settlement Agreement entered into by the Settling Distributors and Settling States (each as defined in such agreement), dated as of [ ]. | **File with Form 1096.** |
| Street address (including apt. no.)<br>7OOO Cardinal Place | | **6** Case number  No. 1 17-MD-28O4 and other cases settled under the Settlement Agreement entered into by the Settling Distributors and Settling States (each as defined in such agreement), dated as of [ ]. | For Privacy Act and Paperwork Reduction Act Notice, see the |
| City or town, state or province, country, and ZIP or foreign postal code<br>Dublin, Ohio 43O17 | | **7** Name or description of matter/suit/agreement<br>National Prescription Opiate Litigation | current General Instructions for Certain Information Returns. |
| | | **8** Code<br>A, B, I | |

Form **1098-F** (Rev. 12-2019)  Cat. No. 71382B  www.irs.gov/Form1098F  Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

[31] To be updated to account for any Non-Settling States and the effectiveness of any separate agreements with a Settling State.

FINAL AGREEMENT 3.25.22

## <u>EXHIBIT W</u>

## <u>McKesson IRS Form 1098-F</u>[32]

| 0303 | ☐ VOID | ☐ CORRECTED | | |
|---|---|---|---|---|
| **FILER'S** name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>[APPROPRIATE OFFICIAL]<br>[DESIGNATED STATE]<br>[ADDRESS] | **1** Total amount required to be paid<br>$ $7,840,457,678.30<br>**2** Restitution/remediation amount<br>$ 7,176,784,986.23 | OMB No. 1545-2284<br>Form **1098-F**<br>(Rev. December 2019)<br>For calendar year<br>20 21 | **Fines, Penalties, and Other Amounts** | |
| **FILER'S TIN**<br>XX-XXXXXXX | **PAYER'S TIN**<br>XX-XXXXXXX | **3** Compliance amount<br>$ | **4** Date of order/agreement<br>XX/XX/2021 | **Copy A**<br>**For Internal Revenue Service Center** |
| **PAYER'S** name<br>McKesson Corporation | | **5** Jurisdiction U.S. District Court for the Northern District of Ohio and jurisdictions of other cases settled under the Settlement Agreement entered into by the Settling Distributors and Settling States (each as defined in such agreement), dated as of [ ]. | | **File with Form 1096.** |
| **Street address (including apt. no.)**<br>6535 N. State Highway 161 | | **6** Case number No. 1:17-MD-2804 and other cases settled under the Settlement Agreement entered into by the Settling Distributors and Settling States (each as defined in such agreement), dated as of [ ]. | | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| **City or town, state or province, country, and ZIP or foreign postal code**<br>Irving, TX 75039 | | **7** Name or description of matter/suit/agreement<br>National Prescription Opiate Litigation. | | |
| | | **8** Code<br>A, B, I | | |

Form **1098-F** (Rev. 12-2019)    Cat. No. 71382B    www.irs.gov/Form1098F    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

[32] To be updated to account for any Non-Settling States and the effectiveness of any separate agreements with a Settling State.

FINAL AGREEMENT 3.25.22

**EXHIBIT X**

**Severity Factors**

| State | Severity Factor |
|---|---|
| Alabama | 108.5243% |
| Alaska | 107.8614% |
| American Samoa | 102.7639% |
| Arizona | 107.7129% |
| Arkansas | 103.2818% |
| California | 82.8688% |
| Colorado | 95.2263% |
| Connecticut | 121.0971% |
| Delaware | 155.5946% |
| District of Columbia | 88.3270% |
| Florida | 107.9604% |
| Georgia | 86.6675% |
| Guam | 96.8019% |
| Hawaii | 77.1051% |
| Idaho | 93.0570% |
| Illinois | 86.6318% |
| Indiana | 108.6768% |
| Iowa | 78.2056% |
| Kansas | 89.6374% |
| Kentucky | 150.0126% |
| Louisiana | 105.2878% |
| Maine | 132.7534% |
| Maryland | 115.2160% |
| Massachusetts | 110.3001% |
| Michigan | 112.4239% |
| Minnesota | 75.9148% |
| Mississippi | 96.7243% |
| Missouri | 107.8496% |
| Montana | 99.7815% |
| N. Mariana Islands | 100.2421% |
| Nebraska | 71.9045% |
| Nevada | 130.5519% |
| New Hampshire | 144.4997% |
| New Jersey | 102.3701% |
| New Mexico | 128.9295% |
| New York | 91.4472% |

| | |
|---|---|
| North Carolina | 102.2754% |
| North Dakota | 76.0864% |
| Ohio | 123.0063% |
| Oklahoma | 129.3047% |
| Oregon | 108.9094% |
| Pennsylvania | 118.2821% |
| Puerto Rico | 73.9803% |
| Rhode Island | 143.8802% |
| South Carolina | 99.6801% |
| South Dakota | 76.4482% |
| Tennessee | 129.9078% |
| Texas | 71.6286% |
| Utah | 119.5878% |
| Vermont | 140.2239% |
| Virgin Islands | 100.4396% |
| Virginia | 88.1611% |
| Washington | 100.5007% |
| Wisconsin | 99.6616% |
| Wyoming | 100.9659% |