# APPENDIX A

| Subdivision Name | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Stuart City | FL | /s/ The Law Offices of Travis R. Walker, P.A. | The Law Offices of Travis R. Walker, P.A. | NDOH | 1:20-op-45124-DAP |
| City of Mishawaka | IN | /s/ Coffman Law Firm | Coffman Law Firm | NDOH | 1:21-op-45080-DAP |
| City of Hillview | KY | /s/ Coffman Law Firm | Coffman Law Firm | NDOH | 1:21-op-45080-DAP |
| City of Mt. Washington | KY | /s/ Coffman Law Firm | Coffman Law Firm | NDOH | 1:21-op-45080-DAP |
| City of Shepherdsville | KY | /s/ Coffman Law Firm | Coffman Law Firm | NDOH | 1:21-op-45080-DAP |
| Iberia Parish School Board | LA | /s/ Irpino, Avin & Hawkins | Irpino, Avin & Hawkins | NDOH | 1:18-op-46245-DAP |
| Iberville Parish | LA | /s/ Pendley, Baudin & Coffin, LLP | Pendley, Baudin & Coffin, LLP | NDOH | 1:19-op-45140-DAP |
| St. James Parish School Board | LA | /s/ Leger & Shaw | Leger & Shaw | NDOH | 1:21-op-45034-DAP |
| Acushnet Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45676-DAP |
| Agawam Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45792-DAP |
| Amesbury Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45678-DAP |
| Aquinnah Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46091-DAP |
| Athol Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45058-DAP |
| Auburn Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45688-DAP |
| Ayer Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45570-DAP |
| Barnstable Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45862-DAP |
| Belchertown Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45905-DAP |
| Beverly City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45219-DAP |
| Billerica Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45560-DAP |
| Brewster Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45556-DAP |
| Bridgewater Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45754-DAP |
| Brockton City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46089-DAP |
| Brookline Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45062-DAP |
| Carver Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45691-DAP |
| Charlton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45689-DAP |
| Chelmsford Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45952-DAP |
| Chelsea City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45693-DAP |
| Clarksburg Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45882-DAP |
| Clinton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46072-DAP |
| Danvers Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45760-DAP |
| Dedham Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45039-DAP |
| Dennis Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45124-DAP |
| Douglas Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45706-DAP |
| Dudley Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45707-DAP |
| East Bridgewater Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45721-DAP |
| Eastham Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45864-DAP |
| Easthampton Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45336-DAP |
| Easton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45920-DAP |

| Plaintiff | State | Signature | Firm | Court | Case No. |
|---|---|---|---|---|---|
| Everett City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45596-DAP |
| Fairhaven Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45060-DAP |
| Falmouth Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46095-DAP |
| Fitchburg City | MA | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45030-DAP |
| Freetown Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45705-DAP |
| Georgetown Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45879-DAP |
| Grafton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45753-DAP |
| Greenfield Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45017-DAP |
| Hanson Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45704-DAP |
| Holliston Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45874-DAP |
| Holyoke City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45694-DAP |
| Hopedale Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45708-DAP |
| Hull Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46172-DAP |
| Kingston Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46090-DAP |
| Lakeville Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45743-DAP |
| Leicester Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45709-DAP |
| Leominster City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45710-DAP |
| Leverett Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45836-DAP |
| Longmeadow Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46097-DAP |
| Lowell City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45514-DAP |
| Ludlow Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45906-DAP |
| Lunenburg Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46156-DAP |
| Lynn City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45789-DAP |
| Malden City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45487-DAP |
| Marblehead Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45791-DAP |
| Marshfield Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45752-DAP |
| Mashpee Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45755-DAP |
| Mattapoisett Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45890-DAP |
| Melrose City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45951-DAP |
| Methuen Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45106-DAP |
| Middleborough Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46200-DAP |
| Milford Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45783-DAP |
| Millbury Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46123-DAP |
| Millis Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:20-op-45275-DAP |
| Nantucket Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45703-DAP |

| Plaintiff | State | Signature | Firm | Court | Case No. |
|---|---|---|---|---|---|
| New Bedford City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45569-DAP |
| Newburyport City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45837-DAP |
| North Adams City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45702-DAP |
| North Andover Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46159-DAP |
| North Attleborough Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45744-DAP |
| North Reading Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45856-DAP |
| Northampton City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45337-DAP |
| Northbridge Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45711-DAP |
| Norton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45787-DAP |
| Norwell Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45815-DAP |
| Norwood Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45061-DAP |
| Orange Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45070-DAP |
| Oxford Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45568-DAP |
| Palmer Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45812-DAP |
| Peabody City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45860-DAP |
| Pembroke Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45823-DAP |
| Pittsfield City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45335-DAP |
| Plainville Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45808-DAP |
| Plymouth Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45675-DAP |
| Provincetown Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45125-DAP |
| Rehoboth Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45059-DAP |
| Revere City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45155-DAP |
| Rockland Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45824-DAP |
| Salisbury Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45595-DAP |
| Sandwich Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45891-DAP |
| Scituate Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45063-DAP |
| Seekonk Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45881-DAP |
| Sheffield Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46001-DAP |
| Shirley Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45880-DAP |
| Somerset Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45769-DAP |
| South Hadley Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46000-DAP |
| Southbridge Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45686-DAP |
| Spencer Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45809-DAP |
| Stoneham Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46164-DAP |
| Stoughton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45023-DAP |

| Entity | State | Signature | Firm | Court | Case No. |
|---|---|---|---|---|---|
| Sturbridge Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45990-DAP |
| Sudbury Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45877-DAP |
| Sutton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45810-DAP |
| Swampscott Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45911-DAP |
| Templeton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45784-DAP |
| Tewksbury Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45077-DAP |
| Truro Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45816-DAP |
| Tyngsborough Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45770-DAP |
| Upton Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46160-DAP |
| Walpole Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46093-DAP |
| Ware Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45907-DAP |
| Warren Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45811-DAP |
| Watertown Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45674-DAP |
| Wellfleet Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45556-DAP |
| West Boylston Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45858-DAP |
| West Bridgewater Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46102-DAP |
| West Springfield Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45813-DAP |
| West Tisbury Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45790-DAP |
| Westborough Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45859-DAP |
| Westford Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46007-DAP |
| Williamsburg Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45883-DAP |
| Wilmington Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46158-DAP |
| Winchendon Town | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45687-DAP |
| Winthrop Town City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45814-DAP |
| Woburn City | MA | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45103-DAP |
| Alamogordo City | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46067-DAP |
| Bernalillo County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45301-DAP |
| Catron County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45320-DAP |
| Cibola County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45321-DAP |
| Curry County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45347-DAP |
| Dona Ana County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46206-DAP |
| Grant County | NM | /s/ Napoli Shkolnik PLLC | Napoli Shkolnik PLLC | NDOH | 1:19-op-45108 |
| Hidalgo County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46069-DAP |
| Lea County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45266-DAP |
| Lincoln County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45513-DAP |

| County | State | Signature | Firm | Court | Case # |
|---|---|---|---|---|---|
| McKinley County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45033-DAP |
| Mora County | NM | /s/ Napoli Shkolnik PLLC | Napoli Shkolnik PLLC | NDOH | 1:17-op-45080-DAP |
| Otero County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45216-DAP |
| Rio Arriba County | NM | /s/ Napoli Shkolnik PLLC | Napoli Shkolnik PLLC | NDOH | 1:18-op-45054-DAP |
| Roosevelt County | NM | /s/ Napoli Shkolnik PLLC | Napoli Shkolnik PLLC | NDOH | 1:18-op-46343-DAP |
| Sandoval County | NM | /s/ Napoli Shkolnik PLLC | Napoli Shkolnik PLLC | NDOH | 1:19-op-45421-DAP |
| Sierra County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45322-DAP |
| Socorro County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45323-DAP |
| Taos County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45051-DAP |
| Valencia County | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45324-DAP |
| Clark County | NV | /s/ Eglet Adams | Eglet Adams | NDOH | 1:19-op-46168-DAP |
| Nye County | NV | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46238-DAP |
| Union Township | PA | /s/ Levin Sedran Berman LLP | Levin Sedran Berman LLP | NDOH | 1:18-op-45939-DAP |
| Arlington County | VA | /s/Sanford Heisler Sharp, LLP | Sanford Heisler Sharp, LLP | NDOH | 1:21-op-45078-DAP |
| Buchanan County | VA | /s/ Street Law Firm | Street Law Firm | NDOH | 1:19-op-45253-DAP |