IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION

ABATEMENT TRIAL, PHASE II: TRACK THREE CASES

)
)
)
)
)
)
)
)
)
)

CASE NO.: 1:17-md-02804

JUDGE DAN AARON POLSTER

EXHIBIT LIST

| Ex. ID | Witness/Source | Exhibit Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| P-23100 | | Abatement Plan for Addressing the Opioid Crisis in Lake County and Trumbull County, Expert Witness Report of G. Caleb Alexander, MD, MS | | | |
| P-23101 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix A - Johns Hopkins Report: "From Evidence to Impact" | | | |
| P-23102 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix B - Curriculum Vitae | | | |
| P-23104 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix D - Materials Relied Upon | | | |
| P-23105 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix E - Lake County Redress Model and Trumbull County Redress Model | | | |
| P-23106 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix F - Potential Indictors of High-Risk Opioid Distribution | | | |

| Ex. ID | Witness/ Source | Exhibit Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| P-23116 | | Expert Report of Katherine Keyes, PhD | | | |
| P-23117 | | Expert Report of Katherine Keyes, PhD, Exhibit A - Curriculum Vitae; Exhibit B - Materials Considered; Exhibit C - Compensation | | | |
| P-23118 | | Katherine Keyes, PhD production | | | |
| P-23119 | | Supplemental Material Considered List for Katherine Keyes, PHD | | | |
| P-23127 | | Expert Report of John F. Burke, PhD and Harvey S. Rosen, PhD of Burke Rosen & Associates | | | |
| P-23128 | | Expert Witness Report of Nancy K. Young, Ph.D., M.S.W. | | | |
| P-23129 | | Expert Witness Report of Nancy K. Young, Ph.D., M.S.W., Appendix I. Curriculum Vitae; Appendix II. Lake and Trumbull County Initiatives Focused on Improving Outcomes for Families Affected by Substance Use Disorders; Appendix III. Interventions for Families, Infants, Children, and Adolescents Affected by Opioid Use Disorders; Materials Considered | | | |
| P-27576 | | Addendum to the Expert Witness Report of Nancy K. Young, Ph.D., M.S.W. submitted April 16, 2021 | | | |
| P-27579 | | National Drug Control Strategy - The White House, Executive Office of the President, Office of National Drug Control Strategy | | | |

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Ste 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*

                    */s/Peter H. Weinberger*
                    Peter H. Weinberger (0022076)
                    SPANGENBERG SHIBLEY &LIBER
                    1001 Lakeside Avenue East, Suite 1700
                    Cleveland, OH 44114
                    (216) 696-3232
                    (216) 696-3924 (Fax)
                    pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113
(216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

Hunter J. Shkolnik
Salvatore C. Badala
NAPOLI SHKOLNIK
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
hunter@napolilaw.com
sbadala@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                    */s/Peter H. Weinberger*
                    Peter H. Weinberger