# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) |
| | ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) |
| | ) Judge Dan Aaron Polster |
| *Track Three Cases* | ) |
| | ) **ORDER REGARDING** |
| | ) **ABATEMENT BENCH** |
| | ) **TRIAL TRANSCRIPTS** |

The Court Orders that:

### Certified/Final Transcripts

Certified/final transcripts will be provided, upon proper request and after satisfactory payment arrangements, on a daily basis throughout the duration of the trial.  Any individual who would like to receive daily transcripts must submit an MDL Track Three Abatement Bench Trial Transcript Order Form, as detailed below, on or before **Thursday, May 5, 2022**.

- For Parties in the trial, one request form from each Party is sufficient.  All other transcript orders must be submitted on an individual basis.

- Each transcript order shall include a lead contact person to whom the final transcripts will be delivered each day as well as any additional file formats requested for delivery (PDF format is standard and included).

### Realtime Feeds/Connections

Any Party Attorney[1] who would like to receive realtime feed(s) during the trial must submit an MDL Track Three Abatement Bench Trial Transcript Order Form, as detailed below, on or before **Thursday, May 5, 2022**.

- One request form from each Party is sufficient.

- The request shall include the name and email address of each Party Attorney who will receive realtime feed(s) on behalf of that Party.

- The request shall ensure review and agreement to the *Realtime/Draft Unedited Transcript Disclaimer* so that all Party Attorneys receiving a realtime feed acknowledge that the realtime/draft shall not be forwarded or distributed to non-ordering Parties or the public.

### Transcript and Realtime Connection Ordering Information

All orders for transcripts and/or realtime feeds shall be submitted by the dates outlined above by completing the MDL Track Three Abatement Bench Trial Transcript Order Form located at www.OHNDtranscripts.com.  For general inquiries, contact the Court Reporters via email only at info@OHNDtranscripts.com.  Phone calls will not be returned.

**IT IS SO ORDERED.**

                                              **/s/ Dan Aaron Polster     April 26, 2022**
                                              **DAN AARON POLSTER**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] Realtime feeds are only available to Track Three Abatement Bench Trial Party Attorneys.