*SETTLING DISTRIBUTORS' MOTION TO DISMISS*
*CLAIMS FILED BY NON-PARTICIPATING NEW YORK*
*SUBDIVISIONS AS BARRED BY STATUTE*

# EXHIBIT C



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

EXECUTIVE DIVISION

November 17, 2021

<u>Via Electronic Mail and Overnight Courier</u>

Michael T. Reynolds, Esq.  
Cravath, Swaine & Moore LLP  
825 8th Avenue  
New York, NY 10019

Salvatore C. Badala, Esq.  
Napoli Shkolnik PLLC  
400 Broadhollow Road  
Melville, NY  11747

Elaine Golin, Esq.  
Wachtell, Lipton, Rosen & Katz  
51 west 52nd Street  
New York, NY  10019

Jayne Conroy, Esq.  
Simmons Hanly Conroy LLC  
112 Madison Avenue  
7th Floor  
New York, NY  10016

Thomas J. Perrelli, Esq.  
Jenner & Block LLP  
1099 New York Avenue, NW  
Suite 900  
Washington, DC  20001-4412

    Re:    **Distributors New York Settlement Agreement**

Dear Counsel:

    I am writing on behalf of the State of New York to provide notice of the State's compliance with certain provisions of the Distributors New York Settlement Agreement executed on July 20, 2021 ("Agreement") as of today, the *Initial Participation Date*.[1]

    With respect to the *Incentive Payments*, the State has satisfied the eligibility requirements for *Incentive Payment A* under Section V.F.1 of the Agreement because: (i) pursuant to New York Mental Hygiene Law § 25.18(d), there is a *Bar* in full force and effect that enjoins all *Non-Litigating Subdivisions* from asserting any *Released Claims* against the *Released Entities* and extinguishes by operation of law all claims asserted by all *Litigating Subdivisions* against the *Released Entities* in any actions commenced after June 30, 2019 ("Barred Litigating

---

[1] The definitions set forth in Section II of the Agreement apply to all italicized terms used in this letter.



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION

Subdivisions"); and (ii) 100% of all *Litigating Subdivisions* with claims asserted against the *Released Entities* in actions commenced on or before June 30, 2019 have become *Initial Participating Subdivisions* by virtue of executing the required *Subdivision Settlement Participation Forms* ("Releasing Subdivisions"). The State has provided today copies of the executed forms to Rubris, and a list of all Releasing Subdivisions and Barred Litigating Subdivisions is attached for your reference.

With respect to Section III of the Agreement, the Attorney General has satisfied condition III.A by obtaining the authority to settle and release, to the maximum extent of the State's power, all *Released Claims* of the entities set forth in Section X.E of the Agreement and has executed today a release of all *Claims* for *Covered Conduct*, a copy of which is attached.

Sincerely,

Andrew Amer
Special Counsel

Encls.
cc: Jennifer Levy, Esq.

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-6127 ● FAX (212) 416-6003 ● WWW.AG.NY.GOV

Schedule to 11-17-21 Letter

**Releasing Subdivisions**

ALBANY CITY
ALBANY COUNTY
ALLEGANY COUNTY
AMHERST TOWN
AMSTERDAM CITY
AUBURN CITY
BROOME COUNTY
BUFFALO CITY
CATTARAUGUS COUNTY
CAYUGA COUNTY
CHAUTAUQUA COUNTY
CHEEKTOWAGA TOWN
CHEMUNG COUNTY
CHENANGO COUNTY
CLINTON COUNTY
COLUMBIA COUNTY
CORTLAND COUNTY
DUTCHESS COUNTY
ERIE COUNTY
ESSEX COUNTY
FRANKLIN COUNTY
FULTON COUNTY
GENESEE COUNTY
GENEVA CITY
GREENE COUNTY
HAMILTON COUNTY
HERKIMER COUNTY
HERKIMER VILLAGE
ITHACA CITY
JEFFERSON COUNTY
LACKAWANNA CITY
LANCASTER TOWN
LEWIS COUNTY
LIVINGSTON COUNTY
MADISON COUNTY
MONROE COUNTY
MONTGOMERY COUNTY

Schedule to 11-17-21 Letter

MOUNT VERNON CITY
NASSAU COUNTY
NEW YORK CITY
NIAGARA COUNTY

OGDENSBURG CITY
ONEIDA COUNTY
ONONDAGA COUNTY
ONTARIO COUNTY
ORANGE COUNTY
ORLEANS COUNTY
OSWEGO COUNTY
OTSEGO COUNTY
PLATTSBURGH CITY
POUGHKEEPSIE CITY
PUTNAM COUNTY
RENSSELAER COUNTY
ROCHESTER CITY

ROCKLAND COUNTY
ROME CITY
SARATOGA COUNTY
SARATOGA SPRINGS CITY
SCHENECTADY CITY
SCHENECTADY COUNTY
SCHOHARIE COUNTY
SCHUYLER COUNTY
SENECA COUNTY
ST LAWRENCE COUNTY
STEUBEN COUNTY
SUFFOLK COUNTY
SULLIVAN COUNTY
SYRACUSE CITY
TIOGA COUNTY
TOMPKINS COUNTY
TONAWANDA TOWN
TROY CITY
ULSTER COUNTY
UTICA
WARREN COUNTY

Schedule to 11-17-21 Letter

    WASHINGTON COUNTY
    WESTCHESTER COUNTY
    WYOMING COUNTY
    YATES COUNTY
    YONKERS CITY

**Barred Litigating Subdivisions**

    AMITYVILLE VILLAGE
    BABYLON TOWN
    BABYLON VILLAGE
    BELLPORT VILLAGE
    BROOKHAVEN TOWN
    CLARKSTOWN TOWN
    EAST HAMPTON TOWN
    EAST ROCKAWAY VILLAGE
    FARMINGDALE VILLAGE
    FLORAL PARK VILLAGE
    GARDEN CITY VILLAGE
    GREAT NECK VILLAGE
    GREENPORT VILLAGE
    HAVERSTRAW TOWN
    HEMPSTEAD TOWN
    HEMPSTEAD VILLAGE
    HUNTINGTON TOWN
    ISLAND PARK VILLAGE
    ISLANDIA VILLAGE
    ISLIP TOWN
    KINGSTON CITY
    LAKE GROVE VILLAGE
    LAWRENCE VILLAGE
    LINDENHURST VILLAGE
    LLOYD HARBOR VILLAGE
    LONG BEACH CITY
    LYNBROOK VILLAGE
    MASSAPEQUA PARK VILLAGE
    MILL NECK VILLAGE
    MILLERTON VILLAGE
    NEW HYDE PARK VILLAGE
    NISSEQUOGUE VILLAGE
    NORTH HEMPSTEAD TOWN

Schedule to 11-17-21 Letter

NORTHPORT VILLAGE
OLD WESTBURY VILLAGE
ORANGETOWN TOWN
OYSTER BAY TOWN
PATCHOGUE VILLAGE
POQUOTT VILLAGE
PORT WASHINGTON NORTH VILLAGE
POUGHKEEPSIE TOWN
RAMAPO TOWN
RIVERHEAD TOWN
SALTAIRE VILLAGE
SMITHTOWN TOWN
SOUTHAMPTON TOWN
SOUTHOLD TOWN
STEWART MANOR VILLAGE
STONY POINT TOWN
SUFFERN VILLAGE
VALLEY STREAM VILLAGE
VILLAGE OF THE BRANCH VILLAGE
WAPPINGER TOWN
WAPPINGERS FALLS VILLAGE
WEST HAMPTON DUNES VILLAGE
WEST HAVERSTRAW VILLAGE
WESTBURY VILLAGE

**Special Districts**
BELLMORE FIRE DISTRICT
BOARD OF ED. OF ROCHESTER CITY SCHOOL DIST. (NY)
CENTEREACH FIRE DISTRICT
CENTERPORT FIRE DISTRICT
ERIE COUNTY MEDICAL CENTER CORPORATION, ET AL.*
HAUPPAUGE FIRE DISTRICT
HICKSVILLE WATER DISTRICT
ISLIP TERRACE FIRE DISTRICT
LEVITTOWN FIRE DISTRICT
MELVILLE FIRE DISTRICT
MERRICK LIBRARY (NY)
MILLER PLACE FIRE DISTRICT
MOUNT SINAI FIRE DISTRICT
NASSAU UNIVERSITY MEDICAL CENTER*
NESCONSET FIRE DISTRICT

Schedule to 11-17-21 Letter

- NORTH MERRICK FIRE DISTRICT
- NORTH PATCHOGUE FIRE DISTRICT
- PLAINVIEW - OLD BETHPAGE PUBLIC LIBRARY (NY)
- PORT WASHINGTON WATER DISTRICT
- RIDGE FIRE DISTRICT
- ROCKVILLE CENTRE PUBLIC LIBRARY (NY)
- ROSALYN WATER DISTRICT
- SMITHTOWN FIRE DISTRICT
- SOUTH FARMINGDALE FIRE DISTRICT
- ST. JAMES FIRE DISTRICT
- STONY BROOK FIRE DISTRICT
- UNIONDALE FIRE DISTRICT
- WEST HEMPSTEAD PUBLIC LIBRARY

*New York State is releasing these entities out of an abundance of caution, but by doing so the State is not intending to concede, and should not be construed as conceding, that these entities are "Special Districts" within the meaning of the definition of "Subdivision" under the Agreement.

# Release of Opioid-Related Claims Pursuant to the Distributors New York Settlement Agreement and New York Mental Hygiene Law Section 25.18(d)

**WHEREAS** pursuant to the Distributors New York Settlement Agreement (the "Settlement"), the State of New York, Nassau and Suffolk Counties and each Participating Subdivision have released their Released Claims against McKesson Corporation, Cardinal Health, Inc., (together "the Distributors") and the related Released Entities, as the terms "Participating Subdivisions," "Released Claims" and "Released Entities" are defined in the Settlement; and

**WHEREAS** the Settlement provides in Section X.A that, as of the Effective Date of the Settlement, the Distributors and the related Released Entities will be released and forever discharged from all of the Releasors' Released Claims, as the terms "Released Entities," "Releasors" and "Released Claims" are defined in the Settlement; and

**WHEREAS** the Settlement provides in Section II.CCC that Releasors (as defined in the Settlement) who are releasing claims under Section X.A include "to the maximum extent of the power of the New York State's Attorney General . . . to release Claims" . . . "New York State's . . . departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind . . . any public entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts and other Special Districts in New York State;" and

**WHEREAS** Section 25.18(d) of the Mental Hygiene Law provides the New York Attorney General with authority, through the release of opioid-related claims in a "statewide opioid settlement agreement" executed after June 1, 2021, to: (i) release the unfiled opioid-related claims of New York government entities like those identified in Section II.CCC against opioid distributors like the Distributors, and (ii) to release opioid-related claims filed by such New York government entities after June 30, 2019 against distributors like the Distributors; and

**WHEREAS** the Settlement constitutes a "statewide opioid settlement agreement" under Section 25.18(d) of the Mental Hygiene Law;

**THEREFORE**, pursuant to the foregoing provisions of the Settlement and the power and authority of the New York Attorney General, including under Section 25.18(d) of the Mental Hygiene Law, the Distributors and the other Released Entities are, as of the Effective Date, hereby released from any and all Released Claims of New York State, any of New York State's past and present executive departments, state agencies, divisions, boards, commissions and instrumentalities with the regulatory authority to enforce state and federal controlled substances acts (including, without limitation, the New York State Department of Financial Services), any of New York State's past and present executive departments, state agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution license, and any Participating Subdivision (collectively, Releasors),

as the terms "Participating Subdivisions," "Released Claims," "Released Entities," and "Releasors" are defined in the Settlement. New York State (for itself and the Releasors), absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever, as the terms "Released Claims," "Released Entities," and "Releasors" are defined in the Settlement.

Dated: New York, New York
November 17, 2021

**LETITIA JAMES**
**Attorney General of the State of New York**

By: _____*Jennifer Levy*_____
Jennifer Levy
First Deputy Attorney General
Office of the New York State Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10006
Tel: 212-416-8450
Jennifer.Levy@ag.ny.gov