**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*All cases identified in Exhibit A* | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING SETTLING DISTRIBUTORS'**
**MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING**
**NEW YORK SUBDIVISIONS AS BARRED BY STATUTE**

Upon consideration of Settling Distributors' Motion To Dismiss Claims Filed By Non-Participating New York Subdivisions As Barred By Statute ("Settling Distributors' Motion"), and any opposition thereto, and as there is no just reason for delay, it is hereby ORDERED that Settling Distributors' Motion is GRANTED.  It is further ORDERED that the claims asserted against Settling Distributors[1] in the lawsuits listed on Exhibit A (attached hereto and to Settling Distributors' Motion) are hereby DISMISSED WITH PREJUDICE.

_____

Hon. Dan A. Polster
United States District Judge

---

[1] The Settling Distributors are AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Bellco Drug Corp., American Medical Distributors, Inc., McKesson Corporation, PSS World Medical, Inc., Cardinal Health, Inc., and Kinray LLC, as well as any other Released Entities, as that term is defined in the New York Agreement, that have been named as defendants in any of the cases listed in Exhibit A. *See* Exhibit A; Settling Distributors' Motion Exhibit B at 8-9 & Ex. F thereto.