## CERTIFICATE OF SERVICE

I hereby certify that, on April 29, 2022, Settling Distributors' Corrected Motion To Dismiss Claims Filed By Non-Participating New York Subdivisions As Barred By Statute was served on all counsel of record via the CM/ECF system.

/s/ *Robert A. Nicholas*
Robert A. Nicholas