IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **In Re National Prescription Opiate Litigation** | ) MDL No. 2804 |
| | ) |
| | ) Case No. 1:17-md-2804 |
| | ) |
| *APPLIES TO ALL CASES* | ) Hon. Dan Aaron Polster |

**CERTAIN DEFENDANTS' REQUEST FOR COURT REPORTER**

The undersigned defendants respectfully request that the upcoming May 4, 2022 Track 3 pre-trial conference, and all other telephonic, video and in-person status and discovery conferences or hearings, be held on the record with a court reporter present.  *See* 28 U.S.C. § 753(b) (3) ("Proceedings to be recorded under this section include . . . such other proceedings as . . . may be requested by any party to the proceeding.")

Dated:  May 3, 2022                                Respectfully submitted,


/s/ John M. Majoras
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
E-mail: jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Phone:  (312) 782-3939
Fax:  (312) 782-8585
E-mail:  tmtabacchi@jonesday.com
E-mail:  tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*


/s/ Jeffrey A. Hall
Kaspar J. Stoffelmayr
Jeffrey A. Hall
Bartlit Beck LLP
54 West Hubbard Street
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com
jeff.hall@bartlitbeck.com

Katherine L.I. Hacker
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
kat.hacker@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2022, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

Respectfully submitted,

/s/ John M. Majoras
John M. Majoras