IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> ABATEMENT TRIAL, PHASE II: TRACK THREE CASES | ) CASE NO.: 1:17-md-02804 <br> ) <br> ) JUDGE DAN AARON POLSTER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) PLAINTIFFS' SECOND AMENDED <br> ) EXHIBIT LIST <br> ) |

| Ex. ID | Witness/ Source | Exhibit Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| P-23116 | | Expert Report of Katherine Keyes, PhD dated April 16, 2021 | | | |
| P-23117 | | Expert Report of Katherine Keyes, PhD, Exhibit A - Curriculum Vitae; Exhibit B - Materials Considered; Exhibit C - Compensation | | | |
| P-23118 | | Katherine Keyes, PhD production | | | |
| P-22481 | | Katherine Keyes, PhD Rebuttal report, Estimating the Prevalence of Opioid Use Disorder in Lake and Trumbull Counties dated April 29, 2022 | | | |
| P-23119 | | Supplemental Material Considered List for Katherine Keyes, PhD | | | |
| P-23128 | | Expert Witness Report of Nancy K. Young, PhD, MSW dated April 16, 2021 | | | |
| P-23129 | | Expert Witness Report of Nancy K. Young, PhD, MSW, Appendix I. Curriculum Vitae; Appendix II. Lake and Trumbull County Initiatives Focused on Improving Outcomes for Families Affected by Substance Use Disorders; Appendix III. | | | |

| Ex. ID | Witness/ Source | Exhibit Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| | | Interventions for Families, Infants, Children, and Adolescents Affected by Opioid Use Disorders; Materials Considered | | | |
| P-27576 | | Addendum to the April 16, 2021 Expert Witness Report of Nancy K. Young, PhD, MSW submitted on March 25, 2022 | | | |
| P-23100 | | Abatement Plan for Addressing the Opioid Crisis in Lake County and Trumbull County, Expert Witness Report of G. Caleb Alexander, MD, MS dated April 16, 2021 | | | |
| P-23101 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix A - Johns Hopkins Report: "From Evidence to Impact" | | | |
| P-23102 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix B - Curriculum Vitae | | | |
| P-23104 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix D - Materials Relied Upon | | | |
| P-23105 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix E - Lake County Redress Model and Trumbull County Redress Model dated April 16, 2021 | | | |
| P-23106 | | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix F - Potential Indictors of High-Risk Opioid Distribution | | | |
| P-04999 | | Supplement to the Expert Witness Report of G. Caleb Alexander, MD, MS, dated April 29, 2022 | | | |

| Ex. ID | Witness/ Source | Exhibit Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| P-04998 | | Supplemental List of Materials Considered, Expert Witness Report of G. Caleb Alexander, MD, MS, dated April 29, 2022 | | | |
| P-23127 | | Expert Report of John F. Burke, PhD and Harvey S. Rosen, PhD of Burke Rosen & Associates dated April 22, 2022 | | | |
| P-27579 | | National Drug Control Strategy - The White House, Executive Office of the President, Office of National Drug Control Strategy released April 21, 2022 | | | |

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Ste 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Trial Counsel*


*/s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113
(216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

Hunter J. Shkolnik
Salvatore C. Badala
NAPOLI SHKOLNIK
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(347) 379-1688
hunter@napolilaw.com
sbadala@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                */s/Peter H. Weinberger*
                Peter H. Weinberger