UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.*,<br>   Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*,<br>   Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**TRACK 3 DEFENDANTS' OBJECTIONS TO
PLAINTIFFS' SUPPLEMENTAL EXHIBITS**

The Track 3 Defendants submitted objections to Plaintiffs' exhibits by 12:00 p.m. on April 26, 2022, pursuant to the Track Three Abatement Phase Trial Order. Dkt. 4390. Later that day, Plaintiffs amended their Exhibit List to add two new exhibits. Dkt. 4392. On May 2, 2022, Plaintiffs added three additional exhibits to their Exhibit List as well. Dkt. 4412. Defendants submit these updated objections to those five additional Plaintiffs' exhibits. Attached as Exhibit A is an updated copy of Defendants' objections, including all the exhibits Plaintiffs have listed to this point.

Four of Plaintiffs' new exhibits are additional expert reports or supplements, which Defendants object to as hearsay and on the other grounds explained in their original objections related to the other expert reports listed by Plaintiffs. *See* Dkt. 4390. In addition, Plaintiffs present exhibits P-22481, P-04998, and P-04999 as rebuttal opinions from Katherine Keyes and Caleb Alexander. But the opinions included within those exhibits are new opinions, not rebuttals of any

1

defense expert opinion, and they go beyond apportionment. Therefore, Defendants object to the scope of those new opinions as beyond what the Court allowed and as untimely given that they are not rebuttal. Exhibit P-27576 is an addendum to Nancy Young's expert report, which Plaintiffs do not even purport to be a rebuttal. Therefore, Defendants object to that exhibit as untimely as well.

The final new exhibit, P-27579, appears to be a publication by the Office of National Drug Control Policy, which Defendants object to based on timeliness, authenticity, lack of foundation, lack of relevance, and hearsay. *See* Fed. R. Evid. 901, 602, 402, 801, 802.

Defendants continue to reserve the right to assert additional objections to Plaintiffs' exhibits at trial.

Dated: May 3, 2022

Respectfully submitted,

/s/ John M. Majoras
John M. Majoras
Benjamin C. Mizer
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
E-mail: jmmajoras@jonesday.com
E-mail: bmizer@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Counsel for Walmart Inc.*

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: gbush@zucerkman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*


*/s/ Jeffrey A. Hall*
Kaspar J. Stoffelmayr
Jeffrey A. Hall
Bartlit Beck LLP
54 West Hubbard Street
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com
jeff.hall@bartlitbeck.com

Katherine L.I. Hacker
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
kat.hacker@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system on all counsel of record on May 3, 2022.

*/s/ Jeffrey A. Hall*
.