# EXHIBIT A

| Ex. No | Date | Description | BegBates | EndBates | Admission Stip. | Plaintiffs' Limited Advance Objections | Plaintiffs' Other Objections | Defendants' Limited Advance Objections | Defendants' Other Objections | Family Exhibits Over 10 Documents | Joint | Offered | Admitted/ Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-23100 | 4/16/2021 | Abatement Plan for Addressing the Opioid Crisis in Lake County and Trumbull County, Expert Witness Report of G. Caleb Alexander, MD, MS | N/A | N/A | | | | | Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23101 | 4/16/2021 | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix A - Johns Hopkins Report: "From Evidence to Impact" | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23102 | 4/16/2021 | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix B - Curriculum Vitae | N/A | N/A | | | | | | | | | |
| P-23104 | 4/16/2021 | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix D - Materials Relied Upon | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23105 | 4/16/2021 | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix E - Lake County Redress Model and Trumbull County Redress Model | N/A | N/A | | | | | Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23106 | 4/16/2021 | Expert Witness Report of G. Caleb Alexander, MD, MS, Appendix F - Potential Indictors of High-Risk Opioid Distribution | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23116 | 4/16/2021 | Expert Report of Katherine Keyes, PhD | N/A | N/A | | | | | Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23117 | 4/16/2021 | Expert Report of Katherine Keyes, PhD, Exhibit A - Curriculum Vitae; Exhibit B - Materials Considered; Exhibit C - Compensation | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23118 | 5/25/2021 | Katherine Keyes, PhD production | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |

| Ex. No | Date | Description | BegBates | EndBates | Admission Stip. | Plaintiffs' Limited Advance Objections | Plaintiffs' Other Objections | Defendants' Limited Advance Objections | Defendants' Other Objections | Family Exhibits Over 10 Documents | Joint | Offered | Admitted/ Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-23119 | 6/2/2021 | Supplemental Material Considered List for Katherine Keyes, PHD | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23127 | 4/16/2021 | Expert Report of John F. Burke, PhD and Harvey S. Rosen, PhD of Burke Rosen & Associates | N/A | N/A | | | | | Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23128 | 4/16/2021 | Expert Witness Report of Nancy K. Young, Ph.D., M.S.W. | N/A | N/A | | | | | Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-23129 | 4/16/2021 | Expert Witness Report of Nancy K. Young, Ph.D., M.S.W., Appendix I. Curriculum Vitae; Appendix II. Lake and Trumbull County Initiatives Focused on Improving Outcomes for Families Affected by Substance Use Disorders; Appendix III. Interventions for Families, Infants, Children, and Adolescents Affected by Opioid Use Disorders; Materials Considered | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402) | | | | |
| P-27576 | | Addendum to the Expert Witness Report of Nancy K. Young, Ph.D., M.S.W. submitted April 16, 2021 | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402), Timeliness | | | | |
| P-27579 | | National Drug Control Strategy - The White House, Executive Office of the President, Office of National Drug Control Strategy | N/A | N/A | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402) Timeliness | | | | |
| P-22481 | | Katherine Keyes Rebuttal report, April 29th, 2022, Estimating the prevalence of Opioid Use Disorder in Lake and Trumbull Counties | | | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402), Timeliness, Scope | | | | |

| Ex. No | Date | Description | BegBates | EndBates | Admission Stip. | Plaintiffs' Limited Advance Objections | Plaintiffs' Other Objections | Defendants' Limited Advance Objections | Defendants' Other Objections | Family Exhibits Over 10 Documents | Joint | Offered | Admitted/ Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-04998 | | Supplemental List of Materials Considered, Expert Witness Report of G. Caleb Alexander, MD, MS, April 29, 2022 | | | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402), Timeliness, Scope | | | | |
| P-04999 | | Supplement to the Expert Witness Report of G. Caleb Alexander, MD, MS, April 29, 2022 | | | | | | Authenticity (FRE 901) | Lack of foundation (FRE 602), Hearsay (FRE 801, 802), Relevance (FRE 401, 402), Timeliness, Scope | | | | |