# APPENDIX A

| Subdivision | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Surprise City | AZ | /s/ Theodora Oringher PC | Theodora Oringher PC | NDOH | 1:21-op-45091-DAP |
| Apache County | AZ | /s/ Theodora Oringher PC | Theodora Oringher PC | NDOH | 1:21-op-45084-DAP |
| Española City | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46142-DAP |
| Hobbs City | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46068-DAP |
| Las Cruces City | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:21-op-45059-DAP |
|  |  |  |  |  |  |