# APPENDIX A

| Subdivision | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Española City | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46142-DAP |
| Hobbs City | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-46068-DAP |
| Las Cruces City | NM | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:21-op-45059-DAP |
| San Miguel County | NM | /s/ Weingartner Law | Weingartner Law | NDOH | 1:19-op-45354-DAP |
| Bacon County (GA) Hospital Authority (Bacon County Hospital Foundation, Inc. D/B/A Bacon County Hospital And Health System)) | GA | /s/ Tate Law Group | Tate Law Group | NDOH | 1:18-op-45285-DAP |
| Chatham County Hospital Authority | GA | /s/ Tate Law Group | Tate Law Group | NDOH | 1:19-op-45725 |
| Hospital Authority of Baxley and Appling County D/B/A Appling Health Care System | GA | /s/ Tate Law Group | Tate Law Grouo | NDOH | 1:18-op-46157 |
| Memphis City | TN | /s/ Johnson and Johnson, PLLC | Johnson and Johnson, PLLC | NDOH | 1:19-op-45220-DAP |
| | | | | | |