UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * * * * MDL No. 2804 * * Case No. 1:17-md-2804 * * JUDGE DAN AARON * POLSTER * * * * |

**ORDER TO MODIFY THE SCHEDULE FOR CERTAIN OBLIGATIONS IN THE JULY 23 CMO [ECF 3795] WITH RESPECT TO SCHOOL DISTRICTS**

On this day, the Court considered School District Plaintiffs' Motion to Extend Time to Comply with Certain Obligations in the July 23 CMO [ECF 3795] and in order to foster the possible of a settlement track for School Districts and to advance the orderly prosecution of School District claims,

**IT IS ORDERED** that the Plaintiffs' Motion is granted in its entirety; and it is further

**ORDERED**, that the deadlines for following obligations in the July 23 CMO [ECF 3795] with respect to School Districts Plaintiffs shall be extended, with the new dates as follows:

1. The obligation set forth in Paragraphs II and III shall be extended to June 27 and July 26, 2022, respectively with respect to School Districts.

**IT IS SO ORDERED** this   5th   day of       May       , 2022.

/s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge