**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *"All Cases"* | ) ) ) ) ) ) ) ) | David R. Cohen Randi S. Ellis Hon. David R. Herndon  **FEE PANEL ORDER NO. 2 REGARDING APPLICATION DEADLINE FOR CONTINGENCY FEE AWARDS** |

The Fee Panel earlier set a deadline of May 5, 2022 for submission of applications for awards from the Contingency Fee Fund.[1] This Fund is established pursuant to provisions contained in the "Fee Agreement," which is attached as Exhibit R to the Distributors and Janssen Settlement Agreements. Exhibit R, however, states that the Fee Agreement "becomes effective on the Effective Date of the [Settlement] Agreement or the date that the Consent Judgments anticipated under the [Settlement] Agreement become final in 25 Settling States (whichever is later)." Exhibit R at R-1.

As of the date of this Order, it is not the case that 25 Consent Judgments have been entered with the Distributors or Janssen.[2] Accordingly, the Fee Panel hereby suspends the May 5, 2022

---

[1] This deadline was posted on the Fee Panel Website: https://opioidfeepaneldocuments.com/

[2] *See* https://nationalopioidsettlement.com/consent-judgments/

deadline for submission of applications for awards from the Contingency Fee Fund.  The Fee Panel will set a new deadline to occur shortly after the Fee Agreements become effective.

Nonetheless, the Fee Panel urges all counsel to submit Contingent Fee Award applications as soon as possible.  The sooner received, the sooner paid.

**IT IS SO ORDERED.**

/s/ **David R. Cohen**
**Randi S. Ellis**
**David R. Herndon**
**FEE PANEL**

**Dated:** May 5, 2022