# EXHIBIT A

**THIS DOCUMENT RELATES TO:**

1. *Board of County Commissioners of Choctaw County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45257-DAP
2. *Board of County Commissioners of Logan County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45058-DAP
3. *Board of County Commissioners of Pottawatomie County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45988-DAP
4. *Board of County Commissioners of Pittsburg County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45711-DAP
5. *Board of County Commissioners of Noble County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45129-DAP
6. *Board of County Commissioners of Atoka County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45001-DAP
7. *Board of County Commissioners of Caddo County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-46156-DAP
8. *Board of County Commissioners of Cimarron County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45021-DAP
9. *Board of County Commissioners of Coal County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45149-DAP
10. *Board of County Commissioners of Dewey County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45801-DAP
11. *Board of County Commissioners of Grady County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-46167-DAP
12. *Board of County Commissioners of Greer County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45256-DAP
13. *Board of County Commissioners of Harper County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45757-DAP
14. *Board of County Commissioners of Haskell County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45002-DAP
15. *Board of County Commissioners of Jackson County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45126-DAP
16. *Board of County Commissioners of Jefferson County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-46170-DAP
17. *Board of County Commissioners of Johnston County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45765-DAP
18. *Board of County Commissioners of Kay County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45989-DAP
19. *Board of County Commissioners of Kiowa County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45755-DAP
20. *Board of County Commissioners of Latimer County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45003-DAP
21. *Board of County Commissioners of Le Flore County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45067-DAP

22. *Board of County Commissioners of Love County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45000-DAP
23. *Board of County Commissioners of Major County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45990-DAP
24. *Board of County Commissioners of McCurtain County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45259-DAP
25. *Board of County Commissioners of Texas County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45061-DAP
26. *Board of County Commissioners of Stephens County v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45756-DAP
27. *Board of County Commissioners of Woodward County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45141-DAP
28. *City of Jenks v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45858-DAP
29. *City of Broken Arrow v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45415-DAP
30. *City of Seminole v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45004-DAP
31. *City of Bethany v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-46148-DAP
32. *City of Mustang v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45708-DAP
33. *City of Anadarko v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45022-DAP
34. *City of Owasso v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45718-DAP
35. *City of Ponca City v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45495-DAP
36. *City of Shawnee v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-46155-DAP
37. *City of Ada v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45400-DAP
38. *City of Yukon v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45716-DAP
39. *City of Enid v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45717-DAP
40. *City of Edmond v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45496-DAP
41. *City of Guthrie v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45497-DAP
42. *City of Midwest City v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45709-DAP
43. *City of Lawton v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45500-DAP
44. *City of Oklahoma City v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45498-DAP

45. *Board of County Commissioners of Tillman County v. Cephalon, Inc., et al*
 Case No. 1:20-op-45185-DAP
46. *Board of County Commissioners of Custer County v. Cephalon, Inc., et al*
 Case No. 1:20-op-45182-DAP
47. *Board of County Commissioners of Harmon County v. Cephalon, Inc., et al*
 Case No. 1:20-op-45388-DAP
48. *Board of County Commissioners of Roger Mills County v. Cephalon, Inc., et al*
 Case No. 1:20-op-45183-DAP
49. *City of Altus v. Cephalon, Inc., et al*
 Case No. 1:21-op-45046-DAP
50. *City of Elk City v. Cephalon, Inc., et al*
 Case No. 1:21-op-45017-DAP
51. *City of Stillwater v. Cephalon, Inc., et al*
 Case No. 1:21-op-45045-DAP
52. *City of Tulsa v. Cephalon, Inc., et al*
 Case No. 1:21-op-45024-DAP
53. *Board of County Commissioners of Woods County v. Purdue Pharma L.P., et al*
 Case No. 1:19-op-45987-DAP
54. *Board of County Commissioners of Hughes County v. Purdue Pharma L.P., et al*
 Case No. 1:20-op-45258-DAP
55. *Board of County Commissioners of Lincoln County v. Purdue Pharma L.P., et al*
 Case No. 1:20-op-45128-DAP
56. *Board of County Commissioners or Cleveland County v. Cephalon, Inc., et al*
 Case No. 1:20-op-45009-DAP
57. *Board of County Commissioners of Beckham County v. Cephalon, Inc., et al*
 Case No. 1:20-op-45146-DAP
58. *Board of County Commissioners of Comanche County v. Cephalon, Inc., et al*
 Case No. 1:20-op-45180-DAP
59. *City of El Reno v. Cephalon, Inc., et al*
 Case No. 1:20-op-45252-DAP
60. *Board of County Commissioners of Oklahoma County v. McKesson Corporation, et al*
 Case No. 1:20-op-45056-DAP
61. *Board of County Commissioners of Oklahoma County v. Purdue Pharma LP, et al*
 Case No. 1:20-op-45057-DAP
62. *Board of County Commissioners of Muskogee County v. Cephalon, Inc. et al*
 Case No. 1:20-op-45155-DAP
63. *City of Muskogee v. Cephalon, Inc., et al*
 Case No. 1:20-op-45162-DAP