# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Case No. 1:19-op-45825<br><br>*West Volusia Hospital Authority v. Purdue Pharma L.P., et al.* | CASE NO.: 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, WEST VOLUSIA HOSPITAL AUTHORITY, by and through its undersigned counsel, pursuant to Rule 41 Fed.R.Civ.P., hereby voluntarily dismisses its claims against all defendants, with each party to bear its own fees and costs.

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of Court and served all counsel of record by using the CM/ECF system,

        **ROMANO LAW GROUP**
        801 Spencer Drive
        West Palm Beach, FL  33409
        Tel: (561) 533-6700
        Fax: (561) 533-1285
        Service@RomanoLawGroup.com
        Eric@RomanoLawGroup.com
        Attorneys for Plaintiff

By:_____
      ERIC ROMANO
      Florida Bar No.: 120091