IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : CASE NO. 17-md-02804 : : |
| This Document Relates To: All Cases | : JUDGE DAN AARON POLSTER : : : |
| | : **NOTICE OF APPEARANCE** : |

     Please take notice that Conor A. McLaughlin of the law firm of Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114, hereby enters his appearance as additional counsel of record on behalf of Defendant Allergan Finance, LLC[1] in this matter.  Please direct copies of all future pleadings, filings, notices, and correspondence (electronic or otherwise) to the address listed.

          */s/ Conor A. McLaughlin*
          Conor A. McLaughlin (0082524)
          THOMPSON HINE LLP
          3900 Key Center
          127 Public Square
          Cleveland, OH 44114-1291
          Telephone: 216-566-5807
          Facsimile: 216-566-5800
          Conor.McLaughlin@ThompsonHine.com

          Donna M. Welch, P.C.
          KIRKLAND & ELLIS LLP
          300 N LaSalle
          Chicago, IL 60654
          Telephone: 312-862-2424
          Facsimile: 312-862-2200
          dwelch@kirkland.com

          *Attorneys for Allergan Finance, LLC*

---

[1] Allergan Finance, LLC was formerly known as Actavis, Inc., which was formerly known as Watson Pharmaceuticals, Inc.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2022, a copy of the foregoing **Notice of Appearance** was filed electronically with the United States District Court for the Northern District of Ohio.  Notice will be sent to the parties by operation of the Court's electronic filing system.

*/s/ Conor A. McLaughlin*

*Attorney for Allergan Finance, LLC*