# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>1. *Board of County Commissioners of Atoka County v. Purdue Pharma L.P., et al.*<br>Case No. 1:20-op-45001-DAP<br>2. *Board of County Commissioners of Caddo County v. Purdue Pharma L.P., et al.*<br>Case No. 1:19-op-46156-DAP<br>3. *Board of County Commissioners of Choctaw County v. Purdue Pharma L.P., et al.*<br>Case No. 1:20-op-45257-DAP<br>4. *Board of County Commissioners of Cimarron County v. Purdue Pharma L.P., et al.*<br>Case No. 1:20-op-45021-DAP<br>5. *Board of County Commissioners of Coal County v. Purdue Pharma L.P., et al.*<br>Case No. 1:20-op-45149-DAP<br>6. *Board of County Commissioners of Custer County v. Cephalon, Inc., et al.*<br>Case No. 1:20-op-45182-DAP<br>7. *Board of County Commissioners of Dewey County v. Purdue Pharma L.P., et al.*<br>Case No. 1:19-op-45801-DAP<br>8. *Board of County Commissioners of Grady County v. Purdue Pharma L.P., et al.*<br>Case No. 1:19-op-46167-DAP<br>9. *Board of County Commissioners of Greer County v. Purdue Pharma L.P., et al.*<br>Case No. 1:20-op-45256-DAP<br>10. *Board of County Commissioners of Harmon County v. Cephalon, Inc., et al.*<br>Case No. 1:20-op-45388-DAP<br>11. *Board of County Commissioners of Harper County v. Purdue Pharma L.P., et al.*<br>Case No. 1:19-op-45757-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**OPPOSITION TO OKLAHOMA PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION SEEKING SUGGESTION OF REMAND** |

12. *Board of County Commissioners of Haskell County v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45002-DAP
13. *Board of County Commissioners of Hughes County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45258-DAP
14. *Board of County Commissioners of Jackson County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45126-DAP
15. *Board of County Commissioners of Jefferson County v. Purdue Pharma L.P., et al.*
    Case No. 1:19-op-46170-DAP
16. *Board of County Commissioners of Johnston County v. Purdue Pharma L.P., et al.*
    Case No. 1:19-op-45765-DAP
17. *Board of County Commissioners of Kay County v. Purdue Pharma L.P., et al.*
    Case No. 1:19-op-45989-DAP
18. *Board of County Commissioners of Kiowa County v. Purdue Pharma L.P., et al.*
    Case No. 1:19-op-45755-DAP
19. *Board of County Commissioners of Latimer County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45003-DAP
20. *Board of County Commissioners of Le Flore County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45067-DAP
21. *Board of County Commissioners of Lincoln County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45128-DAP
22. *Board of County Commissioners of Logan County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45058-DAP
23. *Board of County Commissioners of Love County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45000-DAP
24. *Board of County Commissioners of Major County v. Purdue Pharma L.P., et al.*
    Case No. 1:19-op-45990-DAP
25. *Board of County Commissioners of McCurtain County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45259-DAP
26. *Board of County Commissioners of Noble County v. Purdue Pharma L.P., et al.*
    Case No. 1:20-op-45129-DAP

27. *Board of County Commissioners of Pittsburg County v. Purdue Pharma L.P., et al.*
 Case No. 1:19-op-45711-DAP
28. *Board of County Commissioners of Pottawatomie County v. Purdue Pharma L.P., et al.*
 Case No. 1:19-op-45988-DAP
29. *Board of County Commissioners of Roger Mills County v. Cephalon, Inc., et al.*
 Case No. 1:20-op-45183-DAP
30. *Board of County Commissioners of Stephens County v. Purdue Pharma L.P., et al.*
 Case No. 1:19-op-45756-DAP
31. *Board of County Commissioners of Texas County v. Purdue Pharma L.P., et al.*
 Case No. 1:20-op-45061-DAP
32. *Board of County Commissioners of Tillman County v. Cephalon, Inc., et al.*
 Case No. 1:20-op-45185-DAP
33. *Board of County Commissioners of Woods County v. Purdue Pharma L.P., et al.*
 Case No. 1:19-op-45987-DAP
34. *Board of County Commissioners of Woodward County v. Purdue Pharma L.P., et al.*
 Case No. 1:20-op-45141-DAP
35. *City of Ada v. Purdue Pharma L.P., et al*
 Case No. 1:19-op-45400-DAP
36. *City of Altus v. Cephalon, Inc., et al.*
 Case No. 1:21-op-45046-DAP
37. *City of Anadarko v. Purdue Pharma L.P., et al*
 Case No. 1:20-op-45022-DAP
38. *City of Bethany v. Purdue Pharma L.P., et al*
 Case No. 1:19-op-46148-DAP
39. *City of Broken Arrow v. Purdue Pharma L.P., et al*
 Case No. 1:19-op-45415-DAP
40. *City of Edmond v. Purdue Pharma L.P., et al*
 Case No. 1:19-op-45496-DAP
41. *City of Elk City v. Cephalon, Inc., et al.*
 Case No. 1:21-op-45017-DAP
42. *City of Enid v. Purdue Pharma L.P., et al*
 Case No. 1:19-op-45717-DAP
43. *City of Guthrie v. Purdue Pharma L.P., et al*
 Case No. 1:19-op-45497-DAP
44. *City of Jenks v. Purdue Pharma L.P., et al.*
 Case No. 1:19-op-45858-DAP

45. *City of Lawton v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45500-DAP
46. *City of Midwest City v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45709-DAP
47. *City of Mustang v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45708-DAP
48. *City of Oklahoma City v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45498-DAP
49. *City of Owasso v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45718-DAP
50. *City of Ponca City v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45495-DAP
51. *City of Seminole v. Purdue Pharma L.P., et al*
    Case No. 1:20-op-45004-DAP
52. *City of Shawnee v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-46155-DAP
53. *City of Stillwater v. Cephalon, Inc., et al.*
    Case No. 1:21-op-45045-DAP
54. *City of Tulsa v. Cephalon, Inc., et al.*
    Case No. 1:21-op-45024-DAP
55. *City of Yukon v. Purdue Pharma L.P., et al*
    Case No. 1:19-op-45716-DAP

Defendants McKesson Corporation, AmerisourceBergen Drug Corporation, and Cardinal Health, Inc. (collectively, "Distributor Defendants") submit this Opposition to the Joint Motion for Leave to File a Motion Seeking Suggestion of Remand ("Motion") filed by Oklahoma municipalities ("Plaintiffs") in the 55 above-captioned cases.  Dkt. No. 4388.

Plaintiffs argue that they should be permitted to file motions for suggestions of remand or motions to remand, because "[i]t is unclear . . . whether the Court is independently addressing other pending remand motions" or the remand motions already pending in their cases.  Motion at 6.  In its April 26, 2022 Order, however, the Court expressed its intent to address pending remand motions in the MDL in "in tranches, starting with the oldest filings."  Dkt. No. 4389.  To that end, the Court set a briefing schedule for 20 of the earliest-filed remand motions in cases in the MDL.  *Id*.  Supplementary briefing on remand in these 20 cases will conclude on May 24, 2022, after which the issue as to those 20 cases will be ripe for decision.

Under this phased approach and subject to the Court's direction, the remand motions pending in Plaintiffs' cases will be briefed and decided in due course.  In addition, the Court has since issued a ruling on the Oklahoma Plaintiffs' motion to extend their deadlines under the July 23, 2021 CMO, granting these Plaintiffs a 140-day extension to those deadlines.  Dkt. No. 4427.  Accordingly, Plaintiffs' Motion should be denied as moot.

For these reasons, Distributor Defendants respectfully request that the Court deny Plaintiffs' Joint Motion for Leave to File a Motion Seeking Suggestion of Remand.

May 9, 2022

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
ghobart@cov.com
thester@cov.com
cpistilli@cov.com
Tel: 202-662-6000

Counsel for McKesson Corporation


/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

Counsel for AmerisourceBergen Drug Corporation


/s/ Enu Mainigi
Enu Mainigi
Jennifer Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: 202.434.5000
emainigi@wc.com
jwicht@wc.com

Counsel for Defendant Cardinal Health, Inc.