# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | CASE NO: 1:17-md-2804 |
| *All Cases Noted on the Attached Ex. A* | JUDGE DAN AARON POLSTER |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF THE JANSSEN DEFENDANTS

The undersigned, as appointed Liaison Counsel between the Texas State Opioid MDL and this Court, submit the following. In accordance with the terms of the settlement agreements entered into between the Plaintiff Political Subdivisions identified in the attached Exhibit A (collectively "the Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. and Noramco, Inc. (collectively the "Janssen Defendants"), the Dismissing Plaintiffs and the Janssen Defendants hereby stipulate to the dismissal of the Dismissing Plaintiffs' claims with prejudice against the Janssen Defendants only.

Date: May 10, 2022

Respectfully submitted,

/s/ *Jeffrey B. Simon*
Jeffrey B. Simon
TX State Bar No. 00788420
**SIMON GREENSTONE PANATIER, P.C.**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Tel: 214-276-7680
Fax: 214-276-7699
jsimon@sgptrial.com

*On behalf of the Court-Appointed Plaintiffs' Steering Committee, Chair*

1

*/s/ Shelly Sanford*
Shelly A. Sanford
State Bar No. 00784904
WATTS GUERRA LLP
4 Dominion Drive Bldg. 3, Ste. 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0502
Email: ssanford@wattsguerra.com

*On behalf of the Court-Appointed State-Federal Liaison Counsel*

*/s/Charles Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*On Behalf of Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

SO ORDERED this ____ Day of ____, 2022.


_____
The Hon. Dan Aaron Polster
U.S. District Court Judge
Northern District of Ohio

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 10, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

*/s/Jeffrey B. Simon*
Jeffrey B. Simon
