# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In Re National Prescription Opiate Litigation** | ) ) ) | MDL No. 2804 |
| *This Document Relates To:* | ) ) | Case No. 1:17-md-2804 |
| *All Cases* | ) ) | Hon. Dan Aaron Polster |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE effective immediately, Tina M. Tabacchi and Tara A. Fumerton of Jones Day, counsel for Walmart Inc., will be located at:

> Jones Day
> 110 North Wacker Drive
> Suite 4800
> Chicago, IL 60606

Dated:  May 11, 2022                                              Respectfully submitted,


                                                                 /s/ Tina M. Tabacchi
                                                                 Tina M. Tabacchi
                                                                 Tara A. Fumerton
                                                                 JONES DAY
                                                                 110 North Wacker Drive
                                                                 Suite 4800
                                                                 Chicago, IL 60606
                                                                 Phone:  (312) 782-3939
                                                                 Fax:  (312) 782-8585
                                                                 E-mail:  tmtabacchi@jonesday.com
                                                                 E-mail:  tfumerton@jonesday.com

                                                                 *Attorneys for Walmart Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2022, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

Dated:  May 11, 2022

Respectfully submitted,

/s/ Tina M. Tabacchi
Tina M. Tabacchi