MINUTES OF PROCEEDINGS

HONORABLE Dan A. Polster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

In Re: National Prescription Opiate Litigation

vs.

Date: 5/11/22
Case No.: 1:17md2804
Court Reporter: Sarah Nageotte
ECRO:
INTERPRETER:

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Laura Fitzpatrick, Maria Fleming

Counsel for Defendant: Eric Delinsky, Sasha MIller, Paul Haynes, Tara Fumerton, John Majoris, Kat Hacker, Jeff Hall

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [ ] Jury Trial
- [x] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☐ Defendant(s) opening statements | |
| ☐ Evidence began; continued | ☒ Evidence continued | ☐ Evidence concluded |
| ☐ Plaintiffs case begun | ☒ Plaintiffs case continued; not concluded | ☐ Concluded |
| ☐ Defendants case begun | ☐ Defendants case continued ;not concluded | ☐ Concluded |
| ☒ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☐ Plaintiff(s) final argument | ☐ Defendant(s) final argument | |
| ☐ Charge to the jury | | |
| ☐ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☐ Verdict | | |
| ☒ Exhibits Located: w/cnsl | ☐ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until: 5/12/22 at 10:00 AM

Comments: Pltf Wtns 2 - Dr. Nancy Young; wtns 3 - Dr. Caleb Alexander

s/ Robert Pitts

Courtroom Deputy Clerk

Time: 7.5 hrs