## Exhibit A

| Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Amityville (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45955 | 10/30/2019 |
| *Babylon (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46062 | 11/21/2019 |
| *Babylon (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46047 | 11/21/2019 |
| *Bellmore (NY), Fire District of v McKesson Corp., et al.* | 1:19-op-46034 | 11/20/2019 |
| *Bellport (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46019 | 11/15/2019 |
| *Board of Education of Thornton Township High Schools (IL), et al. v. Cephalon, Inc., et al.*[1] | 1:20-op-45281 | 12/16/2020 |
| *Brookhaven (NY), Town of v. McKesson Corporation, et al.* | 1:19-op-46018 | 11/15/2019 |
| *Centereach (NY), Fire District v. McKesson Corporation, et al.* | 1:19-op-46100 | 12/3/2019 |
| *Centerport (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46107 | 12/4/2019 |
| *Clarkstown (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46088 | 11/22/2019 |
| *East Hampton (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46040 | 11/20/2019 |
| *East Rockaway (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45999 | 11/11/2019 |
| *Farmingdale (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46037 | 11/20/2019 |
| *Floral Park (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46000 | 11/11/2019 |
| *Garden City (NY), Village of v. McKesson Corp., et al.* | 1:19-op-45902 | 10/22/2019 |
| *Great Neck (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46145 | 12/19/2019 |
| *Greenport (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46084 | 11/22/2019 |
| *Hauppauge (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46108 | 12/4/2019 |
| *Haverstraw (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46083 | 11/22/2019 |
| *Hempstead (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46035 | 11/20/2019 |
| *Hempstead (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46026 | 11/18/2019 |
| *Hicksville (NY), Water District of v. McKesson Corp., et al.* | 1:20-op-45072 | 2/10/2020 |
| *Huntington (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46038 | 11/20/2019 |
| *Island Park (NY), Village of v. McKesson Corp., et al.* | 1:19-op-45903 | 10/22/2019 |

| Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Islandia (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-45954 | 10/29/2019 |
| *Islip Terrace (NY), Fire District of v. McKesson Corp., et al.* | 1:20-op-45049 | 2/5/2020 |
| *Islip (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46079 | 11/22/2019 |
| *Lake Grove (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46032 | 11/20/2019 |
| *Lawrence (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-45992 | 11/6/2019 |
| *Levittown (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46077 | 11/22/2019 |
| *Lindenhurst (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46064 | 11/21/2019 |
| *Lloyd Harbor (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46052 | 11/21/2019 |
| *Long Beach (NY), City of v. McKesson Corporation, et al.* | 1:19-op-46005 | 11/13/2019 |
| *Lynbrook (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46009 | 11/15/2019 |
| *Massapequa Park (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46024 | 11/18/2019 |
| *Melville (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46112 | 12/5/2019 |
| *Merrick Library (NY) v. McKesson Corporation, et al.* | 1:19-op-46097 | 12/2/2019 |
| *Mill Neck (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46074 | 11/22/2019 |
| *Miller Place (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46109 | 12/4/2019 |
| *Millerton (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45998 | 11/11/2019 |
| *Mount Sinai (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46110 | 12/4/2019 |
| *Nassau University Medical Center (NY) v. Purdue Pharma L.P., et al.* | 1:19-op-45812 | 8/30/2019 |
| *Nesconset (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46106 | 12/4/2019 |
| *New Hyde Park (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46022 | 11/15/2019 |
| *Nissequogue (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46063 | 11/21/2019 |
| *North Hempstead (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46043 | 11/20/2019 |
| *North Merrick (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46048 | 11/21/2019 |
| *North Patchogue (NY), First District of v. McKesson Corp., et al.* | 1:20-op-45050 | 2/5/2020 |
| *Northport (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46050 | 11/21/2019 |

| Case Name | Case Number | Date Filed |
|---|---|---|
| Old Westbury (NY), Village of v. McKesson Corp., et al. | 1:19-op-46075 | 11/22/2019 |
| Orangetown (NY), Town of v. McKesson Corp., et al. | 1:19-op-46081 | 11/22/2019 |
| Oyster Bay (NY), Town of v. McKesson Corp., et al. | 1:19-op-46041 | 11/20/2019 |
| Patchogue (NY), Village of v. McKesson Corp., et al. | 1:19-op-46039 | 11/20/2019 |
| Plainview - Old Bethpage (NY) Public Library v. McKesson Corp., et al. | 1:19-op-46061 | 11/21/2019 |
| Poquott (NY), Incorporated Village of v. McKesson Corp., et al. | 1:19-op-46031 | 11/20/2019 |
| Port Washington North (NY), Village of v. Purdue Pharma, et al. | 1:19-op-46051 | 11/21/2019 |
| Port Washington (NY), Water District of v. McKesson Corp., et al. | 1:19-op-46004 | 11/13/2019 |
| Poughkeepsie (NY), Town of v. Teva Pharmaceuticals USA, Inc., et al. | 1:20-op-45260 | 2/21/2020 |
| Ramapo, (NY), Town of v. McKesson Corporation, et al | 1:20-op-45042 | 1/27/2020 |
| Ridge (NY), Fire District of v. McKesson Corp., et al. | 1:19-op-46144 | 12/19/2019 |
| Riverhead (NY), Town of v. McKesson Corp., et al. | 1:19-op-46036 | 11/20/2019 |
| Rockville Centre Public Library (NY) v. McKesson Corp., et al. | 1:19-op-46065 | 11/21/2019 |
| Rosalyn (NY), Water District of v. McKesson Corporation, et al. | 1:19-op-46015 | 11/15/2019 |
| Saltaire (NY), Village of v. McKesson Corp., et al. | 1:19-op-46080 | 11/22/2019 |
| Smithtown (NY), Fire District of v. McKesson Corporation, et al. | 1:19-op-46111 | 12/4/2019 |
| Smithtown (NY), Town of v. McKesson Corp., et al. | 1:19-op-46033 | 11/20/2019 |
| South Farmingdale (NY), Fire District of v. McKesson Corporation, et al. | 1:19-op-46003 | 11/13/2019 |
| Southampton (NY), Town of v. McKesson Corp., et al. | 1:19-op-45968 | 11/4/2019 |
| Southold (NY), Town of v. McKesson Corp., et al. | 1:19-op-46090 | 11/22/2019 |
| St James (NY), Fire District of v. McKesson Corporation, et al. | 1:20-op-45035 | 1/19/2020 |
| Stewart Manor (NY), Village of v. McKesson Corporation, et al. | 1:19-op-46002 | 11/13/2019 |
| Stony Brook (NY), Fire District of v. McKesson Corporation, et al. | 1:19-op-46113 | 12/5/2019 |
| Stony Point (NY), Town of v. McKesson Corp., et al. | 1:20-op-45036 | 1/22/2020 |
| Suffern (NY), Village of v. McKesson Corp., et al. | 1:19-op-46087 | 11/22/2019 |
| The Branch (NY), Village of v. McKesson Corporation, et al. | 1:19-op-46114 | 12/5/2019 |

- 4 -

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Uniondale (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46049 | 11/21/2019 |
| *Valley Stream (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46023 | 11/15/2019 |
| *Wappinger Falls (NY), Town of v. ABDC, et al.* | 1:19-op-46091 | 11/1/2019 |
| *Wappingers Falls (NY), Village of v. ABDC, et al.* | 1:19-op-45922 | 9/18/2019 |
| *West Hampton Dunes (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46055 | 11/21/2019 |
| *West Haverstraw (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46089 | 11/22/2019 |
| *West Hempstead (NY) Public Library v. McKesson Corporation, et al.* | 1:20-op-45018 | 1/13/2020 |
| *Westbury (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46025 | 11/18/2019 |