## MINUTES OF PROCEEDINGS

HONORABLE  Dan A. Polster

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO

In Re: National Prescription Opiate Litigation

Date: 5/12/22

vs.

Case No.: 1:17md2804
Court Reporter: Sarah Nageotte
ECRO:
INTERPRETER:

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Laura Fitzpatrick, Maria Fleming

Counsel for Defendant: Eric Delinsky, Sasha MIller, Paul Haynes, Tara Fumerton, John Majoris, Kat Hacker, Jeff Hall

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [ ] Jury Trial
- [x] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [ ] Voir Dire begun and continued | |
| [ ] Plaintiff(s) opening statements | [ ] Defendant(s) opening statements | |
| [ ] Evidence began; continued | [x] Evidence continued | [ ] Evidence concluded |
| [ ] Plaintiffs case begun | [x] Plaintiffs case continued; not concluded | [x] Concluded |
| [ ] Defendants case begun | [ ] Defendants case continued ;not concluded | [ ] Concluded |
| [x] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [x] Exhibits Located: w/cnsl | [ ] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until: 5/16/22 at 9:00 AM

Comments: Pltf  wtns 3 (cont'd) - Dr. Caleb Alexander; wtns 4 - Dr. John F. Burke; Admitted Exhibits:  P-23128 (Pg. 10 charts), P-23129 (pgs 1-9), P-23127 (Dr' Burke's CV), WAG-5032, CVS-4997.  Plaintiff rests.

s/ Robert Pitts

Courtroom Deputy Clerk

Time:_ 5.5 hrs