# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : | MDL 2804 |
| | : | Case No. 1:17-md-02804 |
| This Document Relates to: | : : | |
| All actions | : : | Judge Dan Aaron Polster |
| | : : | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| | : | |

Notice is hereby given that Jacklyn G. Martin is withdrawing as counsel in the above-captioned case on behalf of Plaintiff City of Cincinnati. Emily Smart Woerner will remain as counsel.

Respectfully submitted,

**ANDREW W. GARTH (0088905)**
City Solicitor

*/s/ Jacklyn G. Martin*
Jacklyn G. Martin (0090242)
Emily Smart Woerner (0089349)
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone: (513) 352-3315
Fax: (513) 352-1515
E-mail: Jacklyn.Martin@cincinnati-oh.gov
        Emily.Woerner@cincinnati-oh.gov
Counsel for Plaintiff City of Cincinnati

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, a true and accurate copy of the foregoing Notice of Withdrawal of Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties by certified mailed who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jacklyn G. Martin*
Jacklyn G. Martin (0090242)