# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *"All Cases"* | ) ) ) ) ) ) ) ) ) | David R. Cohen<br>Randi S. Ellis<br>Hon. David R. Herndon<br><br>**FEE PANEL ORDER NO. 3 REGARDING APPLICATION DEADLINE FOR CONTINGENCY FEE AWARDS** |

As of the date of this Order, it is now the case that 25 Consent Judgments have been entered *with the Distributors.*[1]  Accordingly, the Fee Panel hereby sets **May 27, 2022** as the deadline for submission of applications for awards from the ***Distributors*** Contingency Fee Fund.

It is not yet the case that 25 Consent Judgments have been entered *with Janssen.* The Fee Panel will set a deadline for submission of applications for awards from the ***Janssen*** Contingency Fee Fund shortly after the Janssen Fee Agreement becomes effective.

Nonetheless, the Fee Panel urges all counsel to submit ***all*** Contingent Fee Award applications as soon as possible.  The sooner received, the sooner paid.

**IT IS SO ORDERED.**

/s/   *David R. Cohen*
      *Randi S. Ellis*
      *David R. Herndon*
      **FEE PANEL**

**Dated:** May 13, 2022

---

[1] *See* https://nationalopioidsettlement.com/consent-judgments/