UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates To:*<br>*All Cases* | MDL No. 2804<br>Case No. 1:17-MD-02804<br><br>Judge Dan Aaron Polster<br><br>NOTICE OF APPEARANCE |

Please take notice that Rebecca Fitzpatrick of the law firm Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, hereby enters her appearance as additional counsel of record on behalf of the Allergan Defendants[1] in this matter. Please direct copies of future pleadings, filings, notices, and correspondence to the address listed below.

Dated:  May 13, 2022

Respectfully submitted,

By:  */s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick, P.C.
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
rebecca.fitzpatrick@kirkland.com
dwelch@kirkland.com

*Counsel for the Allergan Defendants*

---

[1] The Allergan Defendants are Allergan Finance, LLC, Allergan plc, Allergan Sales, LLC, Allergan USA, Inc., Forest Laboratories, LLC, and Warner Chilcott Sales (US), LLC. Defendant Allergan Finance, LLC was formerly known as Actavis, Inc., which was formerly known as Watson Pharmaceuticals, Inc. Defendant Allergan plc, which was formerly known as Actavis plc, is now known as Allergan Limited.

## CERTIFICATE OF SERVICE

    The undersigned counsel certifies that on May 13, 2022, she caused a copy of this Notice of Appearance to be electronically filed with the United States District Court for the Northern District of Ohio. Notice will be sent to parties via the Court's electronic filing system.

                                                  */s/ Rebecca Fitzpatrick*
                                                  Rebecca Fitzpatrick, P.C.