# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Case No. 1:19-op-45913<br><br>*The School Board of Miami-Dade County, Florida v. Endo Health Solutions, Inc., et al.* | CASE NO.: 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER |

## CERTAIN PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

Pursuant to Northern District of Ohio Local Rule 83.9, the undersigned counsel hereby move this Court for an Order permitting them to withdraw as counsel for the Plaintiff, The School Board of Miami-Dade County, Florida.  The Plaintiff will continue to be represented by the following firms, which have previously appeared for the Plaintiff in this MDL: Cyrus Mehri of Mehri & Skalet, PLLC; Wayne Hogan of Terrell Hogan Yegelwel, P.A.; Neil Henrichsen of Henrichsen Law Group; and Darryl Jones of Law Offices of Darryl Jones, P.A.  These firms have been very ably representing Plaintiff along with numerous other public school districts that have filed lawsuits in this MDL, and will continue to do so.  The withdrawal of the undersigned counsel will not adversely affect the representation of the Plaintiff and will not delay or impede the progress of this case.  The undersigned counsel certify that written notice has been provided to the Plaintiff and that the Plaintiff consents to their withdrawal.  Notice is being provided to counsel for all other parties with the filing of this Motion.  A proposed order is being provided to the Court along with this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of Court and served all counsel of record by using the CM/ECF system,

                                  **ROMANO LAW GROUP**
                                  801 Spencer Drive
                                  West Palm Beach, FL  33409
                                  Tel: (561) 533-6700
                                  Fax: (561) 533-1285
                                  Service@RomanoLawGroup.com
                                  Eric@RomanoLawGroup.com
                                  Attorneys for Plaintiff

By:_____*/s/ Eric Romano*_____
                                   ERIC ROMANO
                                   Florida Bar No.: 120091
                                   JOHN F. ROMANO
                                   Florida Bar No. 175700

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  Case No. 1:19-op-45913  *The School Board of Miami-Dade County, Florida v. Endo Health Solutions, Inc., et al.* | CASE NO.: 1:17-MD-2804  JUDGE DAN AARON POLSTER |

## ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

This matter, having come before the Court on Plaintiff's Counsel's Motion to Withdraw, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Eric Romano, John F. Romano, and Romano Law Group are hereby withdrawn as counsel for Plaintiff, The School Board of Miami-Dade County, Florida, in this matter.

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE