# APPENDIX A

| Subdivision | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Alexandria city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45151-DAP |
| ALLEN COUNTY | IN | /s/ Simmons Hanly Conroy/Crueger Dickinson | Simmons Hanly Conroy/Crueger Dickinson | | 1:18-op-45121-DAP |
| Austin city | IN | /s/ Dudenhefer Law Firm | Dudenhefer Law Firm | NDOH | 1:19-op-45739-DAP |
| Beech Grove city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46103-DAP |
| BENTON COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46201-DAP |
| BLACKFORD COUNTY | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46336-DAP |
| Bloomington city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45235-DAP |
| Brownstown town | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45666-DAP |
| Chandler town | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45440-DAP |
| Connersville city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45159-DAP |
| Danville town | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45215-DAP |
| DELAWARE COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45963-DAP |
| Elwood City | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45151-DAP |
| Evansville city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45591-DAP |
| Fayette County | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45159-DAP |
| Fishers city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45845-DAP |
| Franklin city, | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46182-DAP |
| FRANKLIN COUNTY | IN | /s/ Simmons Hanly Conroy/Crueger Dickinson | Simmons Hanly Conroy/Crueger Dickinson | NDOH | 1:18-op-45827-DAP |
| Gary city | IN | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45929-DAP |
| Greenwood city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45109-DAP |
| Hammond city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:17-op-45082-DAP |
| Hartford City city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45854-DAP |
| HOWARD COUNTY | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45172-DAP |
| Huntington city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46357-DAP |
| Indianapolis city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:17-op-45091-DAP |
| JACKSON COUNTY | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45439-DAP |
| Jasper city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46027-DAP |
| JAY COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46140-DAP |
| Jeffersonville city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45961-DAP |
| JENNINGS COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45131-DAP |
| Kokomo city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45127-DAP |
| Lafayette city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:17-op-45081-DAP |
| LAKE COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45156-DAP |

| | | | | | |
|---|---|---|---|---|---|
| LAPORTE COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45280-DAP |
| Lawrence city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45805-DAP |
| LAWRENCE COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46188-DAP |
| Logansport city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45692-DAP |
| Madison city | IN | /s/ Dudenhefer | Dudenhefer | NDOH | 1:19-op-45740-DAP |
| Madison County | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45151-DAP |
| MARSHALL COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45157-DAP |
| Martinsville city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45346-DAP |
| Monroe County | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45235-DAP |
| Montpelier city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45806-DAP |
| Mooresville town | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45016-DAP |
| MORGAN COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45828-DAP |
| New Albany city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46333-DAP |
| New Castle city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45016-DAP |
| Noblesville city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45124-DAP |
| ORANGE COUNTY | IN | /s/ Bahe Cook Cantley & Nefzger PLC | Bahe Cook Cantley & Nefzger PLC | NDOH | 1:19-op-45356-DAP |
| Pendleton town | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46182-DAP |
| Peru city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45794-DAP |
| Plainfield town | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:19-op-45017-DAP |
| PORTER COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:19-op-45074-DAP |
| Portland city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46140-DAP |
| PULASKI COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46110-DAP |
| Richmond city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46182-DAP |
| RIPLEY COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-46155-DAP |
| SCOTT COUNTY | IN | /s/ Dudenhefer Law Firm | Dudenhefer Law Firm | NDOH | 1:17-op-45094-DAP |
| Seymour city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45673-DAP |
| Shelbyville city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45960-DAP |
| Sheridan town | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45055-DAP |
| South Bend city | IN | /s/ THK Law, LLP | THK Law, LLP | NDOH | 1:18-op-45400-DAP |
| ST JOSEPH COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45500-DAP |
| STARKE COUNTY | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46358-DAP |
| TIPPECANOE COUNTY | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45796-DAP |
| Upland town | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46356-DAP |

| VANDERBURGH COUNTY | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45498-DAP |
|---|---|---|---|---|---|
| VIGO COUNTY | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45128-DAP |
| West Lafayette city | IN | /s/ Cohen & Malad, LLP | Cohen & Malad, LLP | NDOH | 1:18-op-45300-DAP |
| Westfield city | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-46056-DAP |
| Zionsville town | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45846-DAP |