UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : | CASE NO 1:17 MD 2804 |
| | | JUDGE DAN AARON POLSTER |

## ENTRY OF APPEARANCE

Please enter the appearance of Daniel T. Donovan, Esquire, of Kirkland & Ellis LLP, on behalf of Defendants, Abbott Laboratories and Abbott Laboratories, Inc., in the above-captioned action.

Respectfully submitted,

Dated:  May 17, 2022

/s/ *Daniel T. Donovan*
Daniel T. Donovan (OH No. 67833)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.:  202.389.5174
Fax:  202.654.9586
ddonovan@kirkland.com