## MINUTES OF PROCEEDINGS

HONORABLE **Dan A. Polster**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

In Re: National Prescription Opiate Litigation

vs.

Date: 5/18/22
Case No.: 1:17md2804
Court Reporter: Greg Mizanin
ECRO:
INTERPRETER:

Counsel for Plaintiff: Mark Lanier, Peter Weinberger, Frank Gallucci, Laura Fitzpatrick, Maria Fleming

Counsel for Defendant: Eric Delinsky, Sasha MIller, Paul Haynes, Tara Fumerton, John Majoris, Kat Hacker, Jeff Hall

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [ ] Jury Trial
- [x] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☐ Defendant(s) opening statements | |
| ☐ Evidence began; continued | ☐ Evidence continued | ☐ Evidence concluded |
| ☐ Plaintiffs case begun | ☐ Plaintiffs case continued; not concluded | ☐ Concluded |
| ☐ Defendants case begun | ☐ Defendants case continued ;not concluded | ☐ Concluded |
| ☐ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☐ Plaintiff(s) final argument | ☐ Defendant(s) final argument | |
| ☐ Charge to the jury | | |
| ☐ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☐ Verdict | | |
| [x] Exhibits Located: __w/cnsl__ | ☐ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:

Comments: Admitted Exhibits: P-4900, P-4901, P-4905, WMT-01612, WMT-Demo 002, CVS-5012-5015, CVS Demo-015, 016, 018, 019, CVS 5008,  Dft-11897, 11899, 14530, 15070, 15069, 14325, 14329, 14385, 14396, 14817, 14765, 14713, 14407, 14405.  Simultaneous post-trial briefs due 6/6, responses due 6/13.

s/ Robert Pitts

Courtroom Deputy Clerk

Time:_ 1 hr