UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 16, 2022
DEBORAH S. HUNT, Clerk

No. 22-3157

<u>In re:  NATIONAL PRESCRIPTION OPIATE LITIGATION</u>

In re:  PUBLIX SUPER MARKETS, INC.,

    Petitioner.

Before:  NORRIS, GIBBONS, and LARSEN, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus
United States District Court for the Northern District of Ohio at Cleveland.

    THIS MATTER came before the court upon the petition for a writ of mandamus by Publix Super Markets, Inc.

    UPON FULL REVIEW of the record and the pleadings,

    IT IS ORDERED that the petition is DENIED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk