# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> JUDGE DAN AARON POLSTER |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 83.5(i), counsel and the Clerk of the Court will please take note that the business address for counsel for defendant Cardinal Health, Inc.; Cardinal Health 110, LLC; Cardinal Health 112, LLC; Cardinal Health 105, Inc.; Cardinal Health 108, LLC; Cardinal Health 414, LLC; and Harvard Drug Group, L.L.C. has changed to:

> Williams & Connolly LLP
> 680 Maine Avenue SW
> Washington, DC 20024

Dated: May 18, 2022

Respectfully submitted,

 /s/ *Ashley W. Hardin*
Enu A. Mainigi
Jennifer G. Wicht
Steven M. Pyser
Ashley W. Hardin

WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com
jwicht@wc.com
spyser@wc.com
ahardin@wc.com
*Attorneys for Defendant Cardinal Health, Inc.; Cardinal Health 110, LLC; Cardinal Health 112, LLC; Cardinal Health 105, Inc.; Cardinal Health 108, LLC; Cardinal Health 414, LLC; and Harvard Drug Group, L.L.C.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

Dated: May 18, 2022
                                                   */s/ Ashley W. Hardin*
                                                   Ashley W. Hardin