UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to the following case:<br><br>*ALL ACTIONS* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kerry L. Bundy, on behalf of the law firm Faegre Drinker Biddle & Reath LLP, hereby enters her appearance as attorney for Defendant Target Corporation and Target Stores, Inc. in the above-captioned matter.

Dated: May 25, 2022

/s/ Kerry L. Bundy
Kerry L. Bundy (MN #0266917)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: kerry.bundy@faegredrinker.com

US.350209098.01