# Exhibit 1

Case: 1:17-md-02804-DAP Doc #: 4478-1 Filed: 05/25/22 2 of 2. PageID #: 583055

Filed 22 March 24 A8:38
Marilyn Burgess - District Clerk
Harris County

Pgs-1
ENTX

MASTER FILE NO. 2018-63587

| | | |
|---|---|---|
| IN RE: TEXAS OPIOID LITIGATION | § | IN THE DISTRICT COURT |
| | § | |
| MDL NO. 18-0358 | § | 152ND JUDICIAL DISTRICT |
| | § | |
| *This Document Relates to All Cases* | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING PLAINTIFF STEERING COMMITTEE'S MOTION TO APPOINT TEXAS MDL FEE COMMITTEE LIAISONS TO THE GLOBAL SETTLEMENT FEE AND COSTS FUND ARBITRATION PANEL

BE IT REMEMBERED that on the 18th day of March, 2022, came on to be considered the Plaintiff Steering Committee's Motion to Appoint Texas MDL Fee Committee Liaisons to the Global Settlement Fee and Costs Fund Arbitration Panel. Having considered the Motion and arguments of counsel, the Court is of the opinion that the Motion should be GRANTED.

It is, accordingly, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion is hereby GRANTED under the following terms:

The court appoints Jeffrey Simon and Shelly Sanford as Texas MDL liaisons to the arbitration panel relating to Texas Fee Committee's attorneys' fee and cost auditing, requests and recommendations, and as to consultation with the arbitration panel as the panel wishes. This Court retains jurisdiction over the allocation and award of attorneys' fees and costs.

ORDERED this _____ day of _____, 2022.

Signed: 3/18/2022 *Robert Schaffer*
HONORABLE ROBERT SCHAFFER
JUDGE PRESIDING

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging