## **CERTIFICATE OF SERVICE**

This is to certify that on May 25, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System. A Notice of Electronic Filing will be automatically transmitted to all persons who have entered either appearance as ECF registrants in this case.

/s/ Shayna E. Sacks