# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *Town of Derry, NH* v. *AmerisourceBergen Drug Corporation, et al.,* Member Case No. 1:18-op-45582-DAP | |
| *City of Franklin, NH* v. *AmerisourceBergen Drug Corporation, et al.,* Member Case No. 1:18-op-45728-DAP | **NEW HAMPSHIRE PLAINTIFFS' JOINT MOTION TO WITHDRAW MOTION TO EXTEND THE COURT'S DEADLINES IN THE JULY 23, 2021, ORDER** |
| *City of Laconia, NH* v. *AmerisourceBergen Drug Corporation, et al.,* Member Case No. 1:18-op-45583-DAP | |
| *Town of Londonderry, NH* v. *AmerisourceBergen Drug Corporation, et al.;* Member Case No. 1:18-op-45727-DAP | |
| *The City of Nashua, New Hampshire v. Purdue Pharma, L.P., et al,* Member Case No. 1:18-op-45062-DAP | |
| *The City of Manchester, New Hampshire v. Purdue Pharma, L.P., et al,* Member Case No. 1:17-op-45163-DAP | |
| *The City of Keene, New Hampshire v. Purdue Pharma, L.P., et al,* Member Case No. 1:18-op-45511-DAP | |
| *Berlin, New Hampshire v. Purdue Pharma, L.P., et al,* Member Case No. 1:18-op-46040-DAP | |
| *Belknap County, New Hampshire v. Purdue Pharma, L.P., et al,* Member Case No. 1:19-op-45705-DAP | |

1

*Strafford County, New Hampshire v. Purdue Pharma, L.P., et al*, Member Case No. 1:19-op-45689-DAP

*Hillsborough County, New Hampshire v. Purdue Pharma, L.P., et al* Member Case No. 1:18-op-46353-DAP

*Rockingham County, New Hampshire v. Purdue Pharma, L.P., et al* Member Case No. 1:19-op-45703-DAP

*Grafton County, New Hampshire v. Purdue Pharma, L.P., et al* Member Case No. 1:19-op-45691-DAP

*Sullivan County, New Hampshire v. Purdue Pharma, L.P., et al* Member Case No. 1:19-op-45704-DAP

*Cheshire County, New Hampshire v. Purdue Pharma, L.P., et al* Member Case No. 1:19-op-45706-DAP

*City of Belmont, New Hampshire v. Purdue Pharma, L.P., et al* Member Case No. 1:19-op-45707-DAP

*City of Claremont, New Hampshire v. Purdue Pharma, L.P., et al* Member Case No. 1:19-op-45690-DAP

*City of Rochester, New Hampshire and County of Merrimack, New Hampshire v. Purdue Pharma L.P., et al.,* Member Case No. 1:18-op-46106-DAP

New Hampshire Plaintiffs Town of Derry, City of Franklin, City of Laconia, Town of Londonderry, City of Nashua, City of Manchester, City of Keene, Berlin, Belknap County, Strafford County, Hillsborough County, Rockingham County, Grafton County, Sullivan County,

Cheshire County, City of Belmont, City of Claremont, City of Rochester, and County of Merrimack ("Plaintiffs") withdraw Filing 4481 (*Motion For Extension*) because an agreement has been reached between the parties. A *Stipulation and Proposed Order* will be submitted to reflect same.

Dated: May 26, 2022                                           Respectfully submitted,

/s/ Shayna E. Sacks
Shayna E. Sacks, Esq.
*SSacks@NapoliLaw.com*
NAPOLI SHKOLNIK PLLC
360 Lexington Ave.
11th Floor
New York, NY 10017
Telephone: (212) 397-1000

Attorneys for *The City of Nashua; The City of Manchester; The City of Keene; Berlin; Belknap County; Strafford County; Hillsborough County; Rockingham County; Grafton County; Sullivan County; Cheshire County; City of Belmont; City of Claremont*

/s/ James C. Peterson
James C. Peterson, Esq.
*jcpeterson@hpcbd.com*
HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC
500 Tracy Way
Charleston WV  25311
Telephone: (304) 345-5667

*Attorneys for Town of Derry, City of Franklin; City of Laconia, NH*; *Town of Londonderry, NH*

/s/ Jennie Lee Anderson

Jennie Lee Anderson, Esq.
ANDRUS ANDERSON LLP
*jennie@andrusanderson.com*
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400

*Attorneys for the City of Rochester;*
*County of Merrimack*