**NOTICE OF APPEAL TO A COURT OF APPEALS
FROM AN APPEALABLE ORDER
OF A DISTRICT COURT**

United States District Court for the Northern District of Ohio, Eastern Division
Docket Number 1:19-op-45713-DAP

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Notice of Appeal |
| | MDL No. 2804 |
| *THIS DOCUMENT RELATES TO:* | |
| | Case No. 17-md-2804 |
| County of Walker v. OptumRx, Inc. No. 1:19-op-45713-DAP | |
| | Judge Dan Aaron Polster |

## NOTICE OF APPEAL

Plaintiff County of Walker, Texas appeals to the United States Court of Appeals for the Sixth Circuit from the Ongoing Common Benefit Order, Dkt. # 4428, entered on May 9, 2022 which is attached hereto as Exhibit A. The appealability of the Ongoing Common Benefit Order is based on the collateral order doctrine.

Dated: May 26, 2022

Respectfully submitted,

/s/ John Raggio
John Raggio (TX 24041739)
jraggio@fnlawfirm.com
S. Ann Saucer (TX 00797885, LA 21368)
asaucer@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Rd
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*/s/ Mark A. Correro*
Mark A. Correro
TX State Bar No. 24045702
Law Office of Mark A. Correro, P.C.
2900 North Loop West, Suite 400
Houston, TX 77092
(713) 955-3102
mark@correrolaw.com

*Counsel for Plaintiff County of Walker, Texas*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email-addresses on file with the Court.

                                         /s/ John Raggio
                                         John Raggio (TX 24041739)