**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>*County of Walker v. OptumRx, Inc.*<br>No. 1:19-op-45713-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF FILING OF**
**PETITION FOR WRIT OF MANDAMUS IN THE**
**SIXTH CIRCUIT COURT OF APPEALS**

Plaintiff in the above captioned case hereby provides notice that they have filed a petition for writ of mandamus in the Sixth Circuit Court of Appeals. A copy of the filing is attached.

Dated: May 26, 2022

Respectfully submitted,

/s/ John Raggio
John Raggio (TX 24041739)
jraggio@fnlawfirm.com
S. Ann Saucer (TX 00797885, LA 21368)
asaucer@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Rd
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*/s/ Mark A. Correro*
Mark A. Correro
TX State Bar No. 24045702
Law Office of Mark A. Correro, P.C.
2900 North Loop West, Suite 400
Houston, TX 77092
(713) 955-3102
mark@correrolaw.com

*Counsel for Plaintiff County of Walker, Texas*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email-addresses on file with the Court.

<i>/s/ John Raggio</i><br>
John Raggio (TX 24041739)