UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: National Prescription Opiate Litigation | Case No. 1:17-md-2804-DAP <br><br> Judge Dan Aaron Polster |

## **NOTICE OF CHANGE OF ADDRESS FOR MARK H. TROUTMAN AND SHAWN K. JUDGE**

PLEASE TAKE NOTICE that effective immediately, Gibbs Law Group LLP, Counsel for for Plaintiff, has relocated its Oakland address and notifies the Court and all parties of a change of address.  Mr. Troutman and Mr. Judge will continue to reside in central Ohio and work in their Ohio offices.

Counsel respectfully requests the Court and counsel amend their records to reflect such change and hereafter provide all orders, notices, pleadings, letters, and any and all other communications as follows:

| | |
|---|---|
| Mark H. Troutman (0076390) <br> **GIBBS LAW GROUP LLP** <br> 1111 Broadway, Suite 2100 <br> Oakland, CA 94607 <br> Telephone: (510) 350-9700 <br> Facsimile: (510) 350-9701 <br> mht@classlawgroup.com | Shawn Judge (0069493) <br> **GIBBS LAW GROUP LLP** <br> 1111 Broadway, Suite 2100 <br> Oakland, CA 94607 <br> Telephone: (510) 350-9700 <br> Facsimile: (510) 350-9701 <br> skj@classlawgroup.com |

Please amend your service list and direct further communications accordingly.

-2-

Dated: May 26, 2022                                  Respectfully submitted,

                                                     */s/ Mark H. Troutman*

                                                     Mark H. Troutman
                                                     Shawn K. Judge
                                                     **GIBBS LAW GROUP LLP**
                                                     1111 Broadway, Suite 2100
                                                     Oakland, CA 94607
                                                     Telephone: (510) 350-9700
                                                     Facsimile: (510) 350-9701
                                                     mht@classlawgroup.com
                                                     skj@classlawgroup.com

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court on May 26, 2022, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. Parties may access this filing through the Court's system.

                              */s/ Mark H. Troutman*
                              Mark H. Troutman (0076390)