UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | David R. Cohen |
| THIS DOCUMENT RELATES TO: | ) | Randi S. Ellis |
| *"All Cases"* | ) ) | Hon. David R. Herndon |
| | ) ) ) ) ) | **FEE PANEL ORDER NO. 4 REGARDING APPLICATION DEADLINE FOR CONTINGENCY FEE AWARDS** |

As of the date of this Order, it is now the case that 25 Consent Judgments have been entered with *Janssen*.[1] Accordingly, the Fee Panel hereby sets **June 10, 2022** as the deadline for submission of applications for awards from the *Janssen* Contingency Fee Fund.

The May 27, 2022 deadline for submission of applications for awards from the ***Distributors*** Contingency Fee Fund was set in Fee Panel Order No. 3.

**IT IS SO ORDERED.**

/s/ *David R. Cohen*
*Randi S. Ellis*
*David R. Herndon*
**FEE PANEL**

**Dated:** May 27, 2022

---

[1] *See* https://nationalopioidsettlement.com/consent-judgments/