# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *"All Cases"* | ) ) ) ) ) ) ) ) | David R. Cohen Randi S. Ellis Hon. David R. Herndon  **FEE PANEL ORDER NO. 5 REGARDING NEW DEADLINES FOR COMMON BENEFIT FEE APPLICATIONS** |

Because the Fee Agreement with Janssen did not become effective until May 26, 2022, and to accommodate requests for more time made by various counsel, the Fee Panel hereby extends the following deadlines associated with applications for Common Benefit Fees.

| Task | Existing Deadline | New Deadline |
|---|---|---|
| Applicants submit applications and non-MDL time | June 15, 2022 | July 1, 2022 |
| Auditor provides audit spreadsheets | August 15, 2022 | N/A – Goal of September 1, 2022 |
| Deadline to respond to audit spreadsheets | October 3, 2022 | Within 45 days of receipt |

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/　　*David R. Cohen*
　　　　　　　　　　　　　　　　　　　　　　　*Randi S. Ellis*
　　　　　　　　　　　　　　　　　　　　　　　*David R. Herndon*
　　　　　　　　　　　　　　　　　　　　　　　FEE PANEL

**Dated:** May 27, 2022