**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

THIS DOCUMENT RELATES TO:

Case No. 17-md-2804

Judge Dan Aaron Polster

## STIPULATION AND PROPOSED ORDER
## REGARDING NEW HAMPSHIRE SUBDIVISIONS' COMPLIANCE WITH CASE
## MANAGEMENT ORDER DKT. 3795

WHEREAS, on July 23, 2021, pursuant to the Case Management Order Applicable to Cases of "Non-Participating Subdivisions" Asserting Claims Against Settling Defendants (Doc. # 3795) (hereinafter "CMO"), the Court set forth various requirements for Non-Participating Subdivisions to comply with if they were not a Participating Subdivision to the National Settlements proposed by Defendant Johnson & Johnson ("J&J");

NOW THEREFORE, J&J and the New Hampshire State Subdivisions (collectively the "Parties") hereby stipulate, subject to Court approval, that the requirements of the CMO, including those set forth in Sections I-III of the CMO, be stayed for the New Hampshire State Subdivisions for a period of 60 days from the date of this Order.

DATED this 27th day of May, 2022.

*/s/ Shayna E. Sacks*
*Shayna E. Sacks, Esq.*
*SSacks@NapoliLaw.com*
*NAPOLI SHKOLNIK PLLC*
*360 Lexington Ave.*
*11th Floor*
*New York, NY 10017*

*Telephone: (212) 397-1000*

*Attorneys for The City of Nashua; The City of Manchester; The City of Keene; Berlin; Belknap County; Strafford County; Hillsborough County; Rockingham County; Grafton County; Sullivan County; Cheshire County; City of Belmont; City of Claremont*


*/s/ James C. Peterson*
*James C. Peterson, Esq.*
*jcpeterson@hpcbd.com*
*HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC*
*500 Tracy Way*
*Charleston WV  25311*
*Telephone: (304) 345-5667*
*Attorneys for Town of Derry, City of Franklin; City of Laconia, NH; Town of Londonderry, NH*


*/s/ Jennie Lee Anderson*
*Jennie Lee Anderson, Esq.*
*ANDRUS ANDERSON LLP*
*jennie@andrusanderson.com*
*155 Montgomery Street, Suite 900*
*San Francisco, CA  94104*
*Telephone: (415) 986-1400*

*Attorneys for the City of Rochester; County of Merrimack*

*/s/ Charles Lifland*
*Charles Lifland, Esq.*
*CLifland@omm.com*
O'MELVENY & MYERS LLP
*400 South Hope Street*
*18th Floor*
*Los Angeles, CA 90071*
*Telephone: (213) 430-6665*


*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc.*

*n/k/a Janssen Pharmaceuticals, Inc., and*
*Ortho-McNeil-Janssen Pharmaceuticals,*
*Inc. n/k/a Janssen Pharmaceuticals, Inc.*

SO ORDERED this _____ day of May, 2022.

_____

Honorable Dan A. Polster
United States District Judge