# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE | * | |
| LITIGATION | * | |
| | * | |
| TOWN OF BARRINGTON, RHODE ISLAND, | * | |
| TOWN OF BRISTOL, RHODE ISLAND, | * | |
| TOWN OF BURRILLVILLE, RHODE ISLAND, | * | MDL No. 2804 |
| CITY OF CENTRAL FALLS, RHODE ISLAND, | * | |
| TOWN OF CHARLESTOWN, RHODE ISLAND, | * | Case No. 1:17-md-2804 |
| TOWN OF COVENTRY, RHODE ISLAND, | * | |
| CITY OF CRANSTON, RHODE ISLAND, | * | JUDGE DAN AARON |
| TOWN OF CUMBERLAND, RHODE ISLAND, | * | POLSTER |
| TOWN OF EAST GREENWICH, RHODE ISLAND, | * | |
| CITY OF EAST PROVIDENCE, RHODE ISLAND, | * | |
| TOWN OF FOSTER, RHODE ISLAND, | * | |
| TOWN OF GLOCESTER, RHODE ISLAND, | * | |
| TOWN OF HOPKINTON, RHODE ISLAND, | | |
| TOWN OF JAMESTOWN, RHODE ISLAND, | | |
| TOWN OF JOHNSTON, RHODE ISLAND, | | |
| TOWN OF MIDDLETOWN, RHODE ISLAND, | | |
| TOWN OF NARRAGANSETT, RHODE ISLAND, | | |
| CITY OF NEWPORT, RHODE ISLAND, | | |
| TOWN OF NORTH KINGSTOWN, RHODE ISLAND, | | |
| TOWN OF NORTH PROVIDENCE, RHODE ISLAND, | | |
| CITY OF PAWTUCKET, RHODE ISLAND, | | |
| TOWN OF PORTSMOUTH, RHODE ISLAND, | | |
| CITY OF PROVIDENCE, RHODE ISLAND, | | |
| TOWN OF RICHMOND, RHODE ISLAND, | | |
| TOWN OF SCITUATE, RHODE ISLAND, | | |
| TOWN OF SMITHFIELD, RHODE ISLAND, | | |
| TOWN OF SOUTH KINGSTOWN, RHODE ISLAND, | | |
| TOWN OF WARREN, RHODE ISLAND, | | |
| CITY OF WARWICK, RHODE ISLAND, | | |
| TOWN OF WEST GREENWICH, RHODE ISLAND, | | |
| TOWN OF WEST WARWICK, RHODE ISLAND, | | |
| TOWN OF WESTERLY, RHODE ISLAND, AND | | |
| CITY OF WOONSOCKET, RHODE ISLAND, | | |

PLAINTIFFS,

V.

**TEVA PHARMACEUTICAL INDUSTRIES LTD; TEVA
PHARMACEUTICALS USA INC.; ALLERGAN PLC
F/K/A ACTAVIS PLC F/K/A ALLERGAN, INC.;
ALLERGAN FINANCE, LLC F/K/A ACTAVIS INC.
F/K/A WATSON PHARMACEUTICALS, INC.;
ALLERGAN SALES, LLC; ALLERGAN USA, INC.**

**DEFENDANTS.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned Parties (the "Parties) have settled the above-referenced litigation

pursuant to the Teva Rhode Island Settlement Agreement, executed on March 21, 2022 and the

Allergan Rhode Island Settlement Agreement executed on March 28, 2022, in which Plaintiffs—

the Rhode Island litigating subdivisions listed in Appendix A—have elected to participate.  The

undersigned Parties agree that references to the "Teva Allergan Settlement" in the Subdivision

Teva Allergan Settlement Participation Form in Appendix B include the Teva Rhode Island

Settlement Agreement and the Allergan Rhode Island Settlement Agreement.  Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants, Teva and Allergan,

agree that all claims of Plaintiffs in the actions identified in Appendix A against Teva and

Allergan Defendants are dismissed with prejudice, with each party to bear its own costs.[1]


Date: May 31, 2022                          Respectfully submitted,

                                            **ATTORNEYS FOR PLAINTIFFS**

                                            */s/ Peter J. Mougey*
                                            Peter J. Mougey
                                            Jeffrey R. Gaddy

---

[1] "Teva Allergan Defendants" include any and all subsidiaries of these entities that may be
individually named in any of Plaintiffs' complaints.

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR, &
MOUGEY, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7068 (office)
850.436.6068 (fax)
pmougey@levinlaw.com
jgaddy@levinlaw.com


*/s/ Vincent Greene*
Fidelma Fitzpatrick
Robert J. McConnell
Vincent Greene
Kate E. Menard
MOTLEY RICE
55 Cedar St., Ste. 100
Providence, RI 02903
(401) 457-7700
(401) 457-7708 (Fax)
ffitzpatrick@motleyrice.com
bmcconnell@motleyrice.com
vgreene@motleyrice.com
kmenard@motleyrice.com


Linda Singer (Admitted Pro Hac Vice)
David I. Ackerman (Admitted Pro Hac Vice)
David A. Benner (Admitted Pro Hac Vice)
Sara Aguiñiga (Admitted Pro Hac Vice)
MOTLEY RICE LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com
dbenner@motleyrice.com
saguiniga@motleyrice.com

Donald Migliori
Kristen Hermiz
Natalie Deyneka (Admitted Pro Hac Vice)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
dmigliori@motleyrice.com
khermiz@motleyrice.com
ndeyneka@motleyrice.com

**FOR TEVA PHARMACEUTICALS USA**


*/s/ Gardner H. Palmerm, Jr.*
Gardner H. Palmer, Jr.
DIORIO LAW OFFICE
144 Westminster Street, Suite 302
Providence, RI 02903
Phone: (401) 632-0911
Fax: (401) 632-0751
ghpalmer@dioriolaw.com

Wendy West Feinstein (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 12519-6401
Phone: (412) 560-7455
Fax: (412) 560-7001
Wendy.feinstein@morganlewis.com

Tinos Diamantatos (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
Phone: (312) 324-1000
Fax: (312) 324-1001
Tinos.diamantatos@morganlewis.com

Adam D. Teitcher (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: (714) 830-0600

Fax: (714) 830-0700
Adam.teitcher@morganlewis.com

Christopher M. Wasil (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Phone: (203) 240-2700
Fax: (860) 240- 1001
Christopher.wasil@morganlewis.com

Gurinder S. Grewal (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000
Fax: (415) 442-1001
Gurinder.grewal@morganlewis.com

Brian Ercole (Admitted Pro Hac Vice)
Melissa M. Coates (Admitted Pro Hac Vice)
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33130-3075
Phone: (305) 415-3000
Fax: (305) 415-3001
Brian.ercole@morganlewis.com
Melissa.coates@morganlewis.com

**FOR ALLERGAN**

Office of the General Counsel
One North Waukegan Road
North Chicago, IL 60064

*/s/ James F. Hurst*
James F. Hurst, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
James.hurst@kirkland.com

So Ordered.  /s/Dan Aaron Polster 6/1/22