UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**STIPULATION AND ORDER**
**REGARDING NEW HAMPSHIRE SUBDIVISIONS' COMPLIANCE WITH CASE**
**MANAGEMENT ORDER DKT. 3795**

WHEREAS, on July 23, 2021, pursuant to the Case Management Order Applicable to Cases of "Non-Participating Subdivisions" Asserting Claims Against Settling Defendants (Doc. # 3795) (hereinafter "CMO"), the Court set forth various requirements for Non-Participating Subdivisions to comply with if they were not a Participating Subdivision to the National Settlements proposed by Defendant Johnson & Johnson ("J&J");

NOW THEREFORE, J&J and the New Hampshire State Subdivisions (collectively the "Parties") hereby stipulate, subject to Court approval, that the requirements of the CMO, including those set forth in Sections I-III of the CMO, be stayed for the New Hampshire State Subdivisions for a period of 60 days from the date of this Order.

DATED this 27th day of May, 2022.

*/s/ Shayna E. Sacks*
Shayna E. Sacks, Esq.
SSacks@NapoliLaw.com
NAPOLI SHKOLNIK PLLC
360 Lexington Ave.
11th Floor
New York, NY 10017

1

*Telephone: (212) 397-1000*

*Attorneys for The City of Nashua; The City of Manchester; The City of Keene; Berlin; Belknap County; Strafford County; Hillsborough County; Rockingham County; Grafton County; Sullivan County; Cheshire County; City of Belmont; City of Claremont*

*/s/ James C. Peterson*
*James C. Peterson, Esq.*
*jcpeterson@hpcbd.com*
*HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC*
*500 Tracy Way*
*Charleston WV 25311*
*Telephone: (304) 345-5667*
*Attorneys for Town of Derry, City of Franklin; City of Laconia, NH; Town of Londonderry, NH*

*/s/ Jennie Lee Anderson*
*Jennie Lee Anderson, Esq.*
*ANDRUS ANDERSON LLP*
*jennie@andrusanderson.com*
*155 Montgomery Street, Suite 900*
*San Francisco, CA 94104*
*Telephone: (415) 986-1400*

*Attorneys for the City of Rochester; County of Merrimack*

*/s/ Charles Lifland*
*Charles Lifland, Esq.*
*CLifland@omm.com*
*O'MELVENY & MYERS LLP*
*400 South Hope Street*
*18th Floor*
*Los Angeles, CA 90071*
*Telephone: (213) 430-6665*

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc.*

*n/k/a Janssen Pharmaceuticals, Inc., and
Ortho-McNeil-Janssen Pharmaceuticals,
Inc. n/k/a Janssen Pharmaceuticals, Inc.*

                                    SO ORDERED this 3rd day of June, 2022.

                                    /s/Dan Aaron Polster
                                  Honorable Dan A. Polster
                                  United States District Judge