# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

## NORAMCO, INC. AND NORAMCO, LLC'S AMENDED NOTICE REGARDING WAIVER OF SERVICE REQUESTS

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d, Noramco, Inc. and Noramco, LLC (collectively, "Noramco") hereby submit this amended notice to designate a new proper recipient of waiver requests to replace their previous designee, Daniel G. Jarcho. The amended forms for waiver of service for Noramco are attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. All future requests for waivers of service to Noramco shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via e-mail to Noramco's counsel of record Jenny Hergenrother at jenny.hergenrother@alston.com.

Dated: June 6, 2022.

                                                Respectfully submitted,

                                                /s/ *Jenny A. Hergenrother*
                                                Jenny A. Hergenrother
                                                **ALSTON & BIRD LLP**
                                                1201 West Peachtree Street NW
                                                Atlanta, GA 30309
                                                Tel:   (404) 881-7000
                                                Fax:   (404) 881-7777
                                                jenny.hergenrother@alston.com

                                                *Counsel for Noramco, Inc. and Noramco, LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of June, 2022, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Jenny A. Hergenrother*
Jenny A. Hergenrother

*Counsel for Noramco, Inc. and Noramco, LLC*