UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Exhibit* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND [PROPOSED] ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO FLORIDA TEVA SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, "Dismissing Plaintiffs") and Defendant Teva Pharmaceutical Industries Ltd.,[1] that, pursuant to the election of each Dismissing Plaintiff to participate in the Teva Settlement Agreement attached hereto as Appendix B, all claims of each Dismissing Plaintiff against any Teva Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Dated: June 7, 2022                                         Respectfully submitted,

Agreed as to form and substance:

**TEVA**

| | |
|---|---|
| */s/ Eric W. Sitarchuk*<br>Eric W. Sitarchuk<br>Rebecca J. Hillyer | */s/ Mark J. Dearman*<br>Mark J. Dearman (FL Bar No. 982407)<br>ROBBINS GELLER RUDMAN |

---

[1] The Teva Settlement Agreement, dated March 29, 2022, is between the State of Florida, Office of Attorney General on the one hand and Teva (as defined therein), on the other, but the Settlement Agreement provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which includes, but is not limited to, Teva Pharmaceutical Industries Ltd. Settlement Agreement §A(bb) (attached as Appendix B). To the extent the Parties discover that any Released Claim of any Dismissing Plaintiff remains pending against any Releasee following filing of this stipulation, the Parties shall stipulate to the dismissal of those claims in a subsequent filing.

MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com
(215) 963-5000

*Attorneys for Teva*

& DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
(561) 750-3000
(561) 750-3364 (Fax)
mdearman@rgrdlaw.com

*Counsel for Brevard County (1:19-op-45064-DAP)*
*Broward County (1:18-op-45332-DAP)*
*City of Pompano Beach (1:19-op-45087-DAP)*
*City of Coconut Creek (1:19-op-45089-DAP)*
*City of Delray Beach (1:18-op-45051-DAP)*

<u>/s/ Matthew S. Daniel</u>
Matthew S. Daniel
FERRER POIROT & WANSBROUGH
2603 Oak Lawn Ave., Suite 300
Dallas, TX  75219
(214) 521-4412
(866) 513-0115 (Fax)
mdaniel@lawyerworks.com

*Counsel for Lee County (1:19-op-45671-DAP)*

<u>/s/ Thomas L. Young</u>
Thomas L. Young (FL Bar No. 0231680)
LAW OFFICE OF THOMAS L. YOUNG, P.A.
3302 West Mullen Avenue
Tampa, FL  33609
(813) 251-9706
tyoung@tlylaw.com

*Counsel for Polk County (1:18-op-45970-DAP)*

2

*/s/ Peter J. Mougey*
Peter J. Mougey (FL Bar No. 191825)
LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR,
MOUGEY, P.A.
316 South Baylen Street
Pensacola, FL  32502
(850) 435-7000
pmougey@levinlaw.com

*Counsel for*
*Bay County (1:18-op-45455-DAP)*
*Calhoun County (1:18-op-45363-DAP)*
*City of Bradenton (1:18-op-46331-DAP)*
*City of Miami Gardens (1:18-op-45873-DAP)*
*City of New Port Richey (1:19-op-46073-DAP)*
*City of Niceville (1:21-op-45081-DAP)*
*City of North Miami (1:18-op-45872-DAP)*
*City of Ormond Beach (1:19-op-46121-DAP)*
*City of Panama City (1:18-op-45373-DAP)*
*City of Pensacola (1:18-op-45331-DAP)*
*City of Pinellas Park (1:18-op-45807-DAP)*
*City of Saint Petersburg (1:18-op-45701-DAP)*
*City of Tallahassee (1:18-op-46243-DAP)*
*Escambia County (1:18-op-45729-DAP)*
*Gulf County (1:18-op-45953-DAP)*
*Hernando County (1:19-op-45667-DAP)*
*Holmes County (1:18-op-45456-DAP)*
*Jackson County (1:19-op-45283-DAP)*
*Leon County (1:18-op-46242-DAP)*
*Miami-Dade County (1:18-op-45552-DAP)*
*Pasco County (1:18-op-45851-DAP)*
*Pinellas County (1:18-op-45742-DAP)*
*Santa Rosa County (1:18-op-45861-DAP)*
*Volusia County (1:18-op-45782-DAP)*


*/s/ Shayna E. Sacks*
Shayna E. Sacks
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue, 11th Floor
New York, NY  10017
(212) 397-1000
ssacks@napolilaw.com

*Counsel for Palm Beach County (1:18-op-46121-DAP)*

/s/ Michael C. Moore
Michael C. Moore
MIKE MOORE LAW FIRM, LLC
P.O. Box 321048
Flowood, MS 39232
(601) 933-0070
mm@mikemoorelawfirm.com

*Counsel for Hillsborough County (1:18-op-46281–DAP) and City of Tampa (1:18-op-46282-DAP)*

/s/ James D. Young
James D. Young (FL Bar No. 567507)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
76 S. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 361-0012
(904) 366-7677 (Fax)
jyoung@forthepeople.com

*Counsel for*
*City of Deerfield Beach (1:18-op-45021-DAP)*
*City of Fort Lauderdale (1:18-op-46329-DAP)*
*City of Hallandale Beach (1:18-op-45119-DAP)*
*City of Lauderhill (1:18-op-45119-DAP)*
*The County Commission of Monroe County (1:18-op-45273-DAP)*
*City of Orlando (1:20-op-45223-DAP)*
*City of Miramar (1:19-op-45088-DAP)*
*City of Pembroke Pines (1:18-op-46363-DAP)*

/s/ Eric Romano
Eric Romano (FL Bar No. 120091)
ROMANO LAW GROUP
801 Spencer Drive
West Palm Beach, FL 33409
(561) 533-6700
(561) 533-1285 (Fax)
eric@romanolawgroup.com

4

*Counsel for*
*Bradford County (1:19-op-45564-DAP)*
*City of Apopka (1:19-op-45883-DAP)*
*City of Coral Springs (1:19-op-46123-DAP)*
*City of Daytona Beach (1:19-op-45598-DAP)*
*City of Daytona Beach Shores (1:19-op-45587-DAP)*
*City of Deltona (1:19-op-45586-DAP)*
*City of Florida City (1:19-op-45980-DAP)*
*City of Fort Pierce (1:19-op-45595-DAP)*
*City of Homestead (1:19-op-45980-DAP)*
*City of Ocala (1:19-op-45834-DAP)*
*City of Ocoee (1:19-op-45966-DAP)*
*City of Oviedo (1:19-op-45584-DAP)*
*City of Palatka (1:19-op-45984-DAP)*
*City of Palm Bay (1:19-op-46132-DAP)*
*City of Port Saint Lucie (1:19-op-45596-DAP)*
*City of Sanford (1:19-op-45599-DAP)*
*City of Saint Augustine (1:19-op-45592-DAP)*
*City of Sweetwater (1:19-op-45914-DAP)*
*Clay County (1:19-op-45591-DAP)*
*Dixie County (1:19-op-45604-DAP)*
*Gilchrist County (1:19-op-45605-DAP)*
*Hamilton County (1:19-op-45589-DAP)*
*Lake County (1:19-op-45588-DAP)*
*Manatee County (1:19-op-45044-DAP)*
*Marion County (1:19-op-45272-DAP)*
*Orange County (1:19-op-45797-DAP)*
*Putnam County (1:19-op-46122-DAP)*
*Saint Johns County (1:19-op-45563-DAP)*
*Saint Lucie County (1:19-op-45656-DAP)*
*Seminole County (1:19-op-45565-DAP)*
*Suwannee County (1:19-op-45590-DAP)*
*Taylor County (1:19-op-45597-DAP)*
*Town of Eatonville (1:19-op-46014-DAP)*
*Union County (1:19-op-45603-DAP)*


*/s/ Sara D. Aguiniga*
Sara D. Aguiniga
MOTLEY RICE LLC
401 9th Street, NW, Suite 630
Washington, DC  20004
(202) 232-5504
saguiniga@motleyrice.com

5

        *Counsel for Sarasota County (1:18-op-45513-DAP), City of Clearwater (1:19-op-45009-DAP), and City of Miami (1:19-op-45335-DAP)*

        */s/ Annesley H. DeGaris*
Annesley H. DeGaris
DEGARIS LAW
2 North 20th Street, Suite 1030
Birmingham, AL  35203
(205) 575-8000
adegaris@degarislaw.com

*Counsel for Washington County (1:18-op-45523-DAP)*

SO ORDERED this ___ day of June, 2022.

_____
Hon. Dan Aaron Polster
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Mark J. Dearman*
Mark J. Dearman (FL Bar No. 982407)
ROBBINS GELLER RUDMAN
  & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
(561) 750-3000
(561) 750-3364 (Fax)
mdearman@rgrdlaw.com