# APPENDIX A

## Appendix A

### Dismissing Plaintiffs – Anda Pharmaceuticals, Inc.

- City of Tampa
- Hillsborough County