## Exhibit A

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Amityville (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45955 | 10/30/2019 |
| *Babylon (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46062 | 11/21/2019 |
| *Babylon (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46047 | 11/21/2019 |
| *Bellmore (NY), Fire District of v McKesson Corp., et al.* | 1:19-op-46034 | 11/20/2019 |
| *Bellport (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46019 | 11/15/2019 |
| | | |
| *Brookhaven (NY), Town of v. McKesson Corporation, et al.* | 1:19-op-46018 | 11/15/2019 |
| *Centereach (NY), Fire District v. McKesson Corporation, et al.* | 1:19-op-46100 | 12/3/2019 |
| *Centerport (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46107 | 12/4/2019 |
| *Clarkstown (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46088 | 11/22/2019 |
| *East Hampton (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46040 | 11/20/2019 |
| *East Rockaway (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45999 | 11/11/2019 |
| *Farmingdale (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46037 | 11/20/2019 |
| *Floral Park (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46000 | 11/11/2019 |
| *Garden City (NY), Village of v. McKesson Corp., et al.* | 1:19-op-45902 | 10/22/2019 |
| *Great Neck (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46145 | 12/19/2019 |
| *Greenport (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46084 | 11/22/2019 |
| *Hauppauge (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46108 | 12/4/2019 |
| *Haverstraw (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46083 | 11/22/2019 |
| *Hempstead (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46035 | 11/20/2019 |
| *Hempstead (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46026 | 11/18/2019 |
| *Hicksville (NY), Water District of v. McKesson Corp., et al.* | 1:20-op-45072 | 2/10/2020 |
| *Huntington (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46038 | 11/20/2019 |
| *Island Park (NY), Village of v. McKesson Corp., et al.* | 1:19-op-45903 | 10/22/2019 |



EXHIBIT A

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Islandia (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-45954 | 10/29/2019 |
| *Islip Terrace (NY), Fire District of v. McKesson Corp., et al.* | 1:20-op-45049 | 2/5/2020 |
| *Islip (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46079 | 11/22/2019 |
| *Lake Grove (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46032 | 11/20/2019 |
| *Lawrence (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-45992 | 11/6/2019 |
| *Levittown (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46077 | 11/22/2019 |
| *Lindenhurst (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46064 | 11/21/2019 |
| *Lloyd Harbor (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46052 | 11/21/2019 |
| *Long Beach (NY), City of v. McKesson Corporation, et al.* | 1:19-op-46005 | 11/13/2019 |
| *Lynbrook (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46009 | 11/15/2019 |
| *Massapequa Park (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46024 | 11/18/2019 |
| *Melville (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46112 | 12/5/2019 |
| *Merrick Library (NY) v. McKesson Corporation, et al.* | 1:19-op-46097 | 12/2/2019 |
| *Mill Neck (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46074 | 11/22/2019 |
| *Miller Place (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46109 | 12/4/2019 |
| *Millerton (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45998 | 11/11/2019 |
| *Mount Sinai (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46110 | 12/4/2019 |
| | | |
| *Nesconset (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46106 | 12/4/2019 |
| *New Hyde Park (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46022 | 11/15/2019 |
| *Nissequogue (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46063 | 11/21/2019 |
| *North Hempstead (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46043 | 11/20/2019 |
| *North Merrick (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46048 | 11/21/2019 |
| *North Patchogue (NY), First District of v. McKesson Corp., et al.* | 1:20-op-45050 | 2/5/2020 |
| *Northport (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46050 | 11/21/2019 |

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Old Westbury (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46075 | 11/22/2019 |
| *Orangetown (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46081 | 11/22/2019 |
| *Oyster Bay (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46041 | 11/20/2019 |
| *Patchogue (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46039 | 11/20/2019 |
| *Plainview - Old Bethpage (NY) Public Library v. McKesson Corp., et al.* | 1:19-op-46061 | 11/21/2019 |
| *Poquott (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46031 | 11/20/2019 |
| *Port Washington North (NY), Village of v. Purdue Pharma, et al.* | 1:19-op-46051 | 11/21/2019 |
| *Port Washington (NY), Water District of v. McKesson Corp., et al.* | 1:19-op-46004 | 11/13/2019 |
| *Poughkeepsie (NY), Town of v. Teva Pharmaceuticals USA, Inc., et al.* | 1:20-op-45260 | 2/21/2020 |
| *Ramapo, (NY), Town of v. McKesson Corporation, et al* | 1:20-op-45042 | 1/27/2020 |
| *Ridge (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46144 | 12/19/2019 |
| *Riverhead (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46036 | 11/20/2019 |
| *Rockville Centre Public Library (NY) v. McKesson Corp., et al.* | 1:19-op-46065 | 11/21/2019 |
| *Rosalyn (NY), Water District of v. McKesson Corporation, et al.* | 1:19-op-46015 | 11/15/2019 |
| *Saltaire (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46080 | 11/22/2019 |
| *Smithtown (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46111 | 12/4/2019 |
| *Smithtown (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46033 | 11/20/2019 |
| *South Farmingdale (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46003 | 11/13/2019 |
| *Southampton (NY), Town of v. McKesson Corp., et al.* | 1:19-op-45968 | 11/4/2019 |
| *Southold (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46090 | 11/22/2019 |
| *St James (NY), Fire District of v. McKesson Corporation, et al.* | 1:20-op-45035 | 1/19/2020 |
| *Stewart Manor (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46002 | 11/13/2019 |
| *Stony Brook (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46113 | 12/5/2019 |
| *Stony Point (NY), Town of v. McKesson Corp., et al.* | 1:20-op-45036 | 1/22/2020 |
| *Suffern (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46087 | 11/22/2019 |
| *The Branch (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46114 | 12/5/2019 |

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Uniondale (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46049 | 11/21/2019 |
| *Valley Stream (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46023 | 11/15/2019 |
| *Wappinger Falls (NY), Town of v. ABDC, et al.* | 1:19-op-46091 | 11/1/2019 |
| *Wappingers Falls (NY), Village of v. ABDC, et al.* | 1:19-op-45922 | 9/18/2019 |
| *West Hampton Dunes (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46055 | 11/21/2019 |
| *West Haverstraw (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46089 | 11/22/2019 |
| *West Hempstead (NY) Public Library v. McKesson Corporation, et al.* | 1:20-op-45018 | 1/13/2020 |
| *Westbury (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46025 | 11/18/2019 |

# Exhibit D

## Primary Subdivisions[12]

- Albany City*
- Albany County*
- Allegany County*
- Amherst Town*
- Amsterdam City
- Arcadia Town
- Auburn City
- Aurora Town
- Babylon Town*
- Babylon Village
- Ballston Town
- Batavia City
- Bath Town
- Beacon City
- Bedford Town
- Beekman Town
- Bethlehem Town*
- Binghamton City*
- Blooming Grove Town
- Brighton Town*
- Brookhaven Town*
- Broome County*
- Brunswick Town
- Buffalo City*
- Camillus Town
- Canandaigua City
- Canandaigua Town
- Canton Town
- Carmel Town*
- Catskill Town
- Cattaraugus County*
- Cayuga County*
- Chautauqua County*
- Cheektowaga Town*
- Chemung County*
- Chenango County*
- Chenango Town
- Chester Town
- Chili Town
- Cicero Town*
- Clarence Town*
- Clarkstown Town*
- Clay Town*
- Clifton Park Town*
- Clinton County*
- Cohoes City
- Colonie Town*
- Columbia County*
- Corning City
- Cornwall Town
- Cortland City
- Cortland County*
- Cortlandt Town*
- De Witt Town
- Delaware County*
- Depew Village
- Dobbs Ferry Village
- Dryden Town
- Dunkirk City
- Dutchess County*
- East Fishkill Town
- East Greenbush Town
- East Hampton Town
- Eastchester Town*
- Elma Town
- Elmira City
- Endicott Village
- Erie County*
- Essex County*
- Evans Town
- Fallsburg Town
- Farmington Town
- Fishkill Town
- Floral Park Village
- Franklin County*
- Fredonia Village
- Freeport Village*
- Fulton City
- Fulton County*
- Garden City Village
- Gates Town
- Geddes Town
- Genesee County*
- Geneseo Town
- Geneva City
- German Flatts Town
- Glen Cove City
- Glens Falls City
- Glenville Town
- Gloversville City
- Goshen Town
- Grand Island Town
- Great Neck Village
- Greece Town*
- Greenburgh Town*
- Greene County*
- Guilderland Town*
- Halfmoon Town
- Hamburg Town*
- Harrison Town
- Harrison Village
- Haverstraw Town*
- Haverstraw Village
- Hempstead Town*
- Hempstead Village*
- Henrietta Town*
- Herkimer County*
- Highlands Town
- Horseheads Town
- Huntington Town*
- Hyde Park Town
- Irondequoit Town*
- Islip Town*
- Ithaca City*
- Ithaca Town
- Jamestown City
- Jefferson County*
- Johnson City Village
- Kenmore Village
- Kent Town
- Kingsbury Town
- Kingston City
- Kirkland Town
- Kiryas Joel Village
- La Grange Town
- Lackawanna City
- Lake Grove Village
- Lancaster Town*
- Lancaster Village
- Lansing Town
- Le Ray Town
- Lewis County
- Lewisboro Town
- Lewiston Town
- Lindenhurst Village

---

[12] Primary Subdivisions marked with asterisks have populations above 30,000.

Exhibit D
1



- Livingston County*
- Lloyd Town
- Lockport City
- Lockport Town
- Long Beach City*
- Lynbrook Village
- Lysander Town
- Madison County*
- Malone Town
- Malta Town
- Mamakating Town
- Mamaroneck Town
- Mamaroneck Village
- Manlius Town*
- Massapequa Park Village
- Massena Town
- Massena Village
- Middletown City
- Milton Town
- Mineola Village
- Monroe County*
- Monroe Town
- Montgomery County*
- Montgomery Town
- Moreau Town
- Mount Kisco Village
- Mount Pleasant Town*
- Mount Vernon City*
- Nassau County*
- New Castle Town
- New Hartford Town
- New Paltz Town
- New Rochelle City*
- New Windsor Town
- New York City*
- Newburgh City
- Newburgh Town*
- Niagara County*
- Niagara Falls City*
- Niskayuna Town
- North Castle Town
- North Greenbush Town
- North Hempstead Town*
- North Tonawanda City*
- Ogden Town
- Ogdensburg City
- Olean City
- Oneida City
- Oneida County*
- Oneonta City
- Onondaga County*
- Onondaga Town
- Ontario County*
- Ontario Town
- Orange County*
- Orangetown Town*
- Orchard Park Town
- Orleans County*
- Ossining Town*
- Ossining Village
- Oswego City
- Oswego County*
- Otsego County*
- Owego Town
- Oyster Bay Town*
- Palm Tree Town
- Parma Town
- Patchogue Village
- Patterson Town
- Peekskill City
- Pelham Town
- Penfield Town*
- Perinton Town*
- Pittsford Town
- Plattekill Town
- Plattsburgh City
- Plattsburgh Town
- Pomfret Town
- Port Chester Village
- Potsdam Town
- Poughkeepsie City*
- Poughkeepsie Town*
- Putnam County*
- Putnam Valley Town
- Queensbury Town
- Ramapo Town*
- Red Hook Town
- Rensselaer County*
- Riverhead Town*
- Rochester City*
- Rockland County*
- Rockville Centre Village
- Rome City*
- Rotterdam Town
- Rye City
- Rye Town*
- Salina Town*
- Saratoga County*
- Saratoga Springs City
- Saugerties Town
- Scarsdale Village
- Schenectady City*
- Schenectady County*
- Schodack Town
- Schoharie County*
- Schuyler County
- Seneca County*
- Shawangunk Town
- Sleepy Hollow Village
- Smithtown Town*
- Somers Town
- Southampton Town*
- Southeast Town
- Southold Town
- Spring Valley Village*
- St Lawrence County*
- Steuben County*
- Stony Point Town
- Suffern Village
- Suffolk County*
- Sullivan County*
- Sullivan Town
- Sweden Town
- Syracuse City*
- Tarrytown Village
- Thompson Town
- Tioga County*
- Tompkins County*
- Tonawanda City
- Tonawanda Town*
- Troy City*
- Ulster County*
- Ulster Town
- Union Town*
- Utica City*
- Valley Stream Village*
- Van Buren Town
- Vestal Town
- Victor Town
- Wallkill Town
- Wappinger Town
- Warren County*
- Warwick Town*
- Washington County*
- Watertown City
- Wawarsing Town
- Wayne County*
- Webster Town*
- West Haverstraw Village
- West Seneca Town*
- Westbury Village
- Westchester County*
- Wheatfield Town
- White Plains City*
- Whitestown Tow
- Wilton Town
- Woodbury Town
- Woodbury Village
- Wyoming County*

Exhibit D

2

- Yates County
- Yonkers City*
- Yorktown Town*

## Exhibit E

## Agreed List of New York State Litigating Subdivisions

- Albany (NY), City of
- Albany (NY), County of
- Allegany (NY), County of
- Amherst (NY), Town of
- Amityville (NY), Village of
- Amsterdam (NY), City of
- Auburn (NY), City of
- Babylon (NY), Town of
- Babylon (NY), Village of
- Bellmore (NY), Fire District of
- Bellport (NY), Village of
- Board of Education of Rochester City School District (NY)
- Brookhaven (NY), Town of
- Broome (NY), County of
- Buffalo (NY), City of
- Cattaraugus (NY), County of
- Cayuga (NY), County of
- Centereach (NY), Fire District
- Centerport (NY), Fire District of
- Chautauqua (NY), County of
- Cheektowaga (NY), Town of
- Chemung (NY), County of
- Chenango (NY), County of
- Clarkstown (NY), Town of
- Clinton (NY), County of
- Columbia (NY), County of
- Cortland (NY) County of
- Dutchess (NY), County of
- East Hampton (NY), Village of
- East Rockaway (NY), Village of
- Erie (NY), County of
- Essex (NY), County of
- Farmingdale (NY), Village of
- Floral Park (NY), Village of
- Franklin (NY), County of
- Fulton (NY), County of
- Garden City (NY), Village of
- Genesee (NY), County of
- Geneva (NY), City of
- Great Neck (NY), Village of
- Greene (NY), County of
- Greenport (NY), Village of
- Hamilton (NY), County of
- Hauppauge (NY), Fire District
- Haverstraw (NY), Town of
- Hempstead (NY), Town of
- Hempstead (NY), Village of
- Herkimer (NY), County of
- Herkimer (NY), Village of
- Hicksville (NY), Water District of
- Huntington (NY), Town of
- Island Park (NY), Village of
- Islandia (NY), Village of
- Islip (NY), Town of
- Islip Terrace (NY), Fire District of
- Ithaca (NY), City of
- Jefferson (NY), County of
- Kingston (NY), City of
- Lackawanna (NY), City of
- Lake Grove (NY), Village of
- Lancaster (NY), Town of
- Lawrence (NY), Village of
- Levittown (NY), Fire District of
- Lewis (NY), County of
- Lindenhurst (NY), Village of
- Livingston (NY), County of
- Lloyd Harbor (NY), Village of
- Long Beach (NY), City of
- Lynbrook (NY), Village of
- Madison (NY), County of
- Massapequa Park (NY), Village of
- Melville (NY), Fire District of
- Merrick Library (NY)
- Mill Neck (NY), Village of
- Miller Place (NY), Fire District of
- Millerton (NY), Village of
- Monroe (NY), County of
- Montgomery (NY), County of
- Mount Sinai (NY), Fire District of
- Mount Vernon (NY), City of
- Nassau (NY), County of
- Nesconset (NY), Fire District of
- New Hyde Park (NY), Village of
- New York (NY), City of
- Niagara (NY), County of
- Nissequogue (NY), Village of
- North Hempstead (NY), Town of
- North Merrick (NY), Fire District of
- North Patchogue (NY), Fire District of
- Northport (NY), Village of
- Ogdensburg (NY), City of
- Old Westbury (NY), Village of
- Oneida (NY), County of
- Onondaga (NY), County of
- Ontario (NY), County of
- Orange (NY), County of
- Orangetown (NY), Town of
- Orleans (NY) County of
- Oswego (NY), County of
- Otsego (NY), County of
- Oyster Bay (NY), Town of
- Patchogue (NY), Village of
- Plainview - Old Bethpage Public Library (NY)
- Plattsburgh (NY), City of
- Poquott (NY), Village of
- Port Washington (NY), Village of
- Port Washington (NY), Water District of
- Port Washington North (NY), Village of
- Poughkeepsie (NY), City of
- Poughkeepsie (NY), Town of
- Putnam (NY), County of
- Ramapo (NY), Town of
- Rensselaer (NY), County of
- Ridge (NY), Fire District of

- Riverhead (NY), Town of
- Rochester (NY), City of
- Rockland (NY), County of
- Rockville Centre Public Library (NY)
- Rome (NY), City of
- Rosalyn (NY) Water District
- Saltaire (NY), Village of
- Saratoga (NY), County of
- Saratoga Springs (NY), City of
- Schenectady (NY), City of
- Schenectady (NY), County of
- Schoharie (NY), County of
- Schuyler (NY), County of
- Seneca (NY), County of
- Smithtown (NY), Fire District of
- Smithtown (NY), Town of
- South Farmingdale (NY), Fire District of
- Southampton (NY), Town of
- Southold (NY), Town of
- St James (NY), Fire District
- St. Lawrence (NY), County of
- Steuben (NY), County of
- Stewart Manor (NY), Village of
- Stony Brook (NY), Fire District of
- Stony Point (NY), Town of
- Suffern (NY), Village of
- Suffolk (NY), County of
- Sullivan (NY), County of
- Syracuse (NY), City of
- The Branch (NY), Village of
- Tioga (NY), County of
- Tompkins (NY), County of
- Tonawanda (NY), Town of
- Troy (NY), City of
- Ulster (NY), County of
- Uniondale (NY), Fire District of
- Utica (NY), City of
- Valley Stream (NY), Village of
- Wappinger (NY), Town of
- Wappingers Falls (NY), Village of
- Warren (NY), County of
- Washington (NY), County of

- West Hampton Dunes (NY), Village of
- West Haverstraw (NY), Village of
- West Hempstead (NY) Public Library
- Westbury (NY), Village of
- Westchester (NY), County of
- Wyoming (NY), County of
- Yates (NY) County of
- Yonkers (NY), City of

Exhibit E
2

# Tammy Wells

| | |
|---|---|
| **From:** | Amer, Andrew <Andrew.Amer@ag.ny.gov> |
| **Sent:** | Thursday, January 27, 2022 12:05 PM |
| **To:** | Tammy Wells |
| **Cc:** | Mark Tate |
| **Subject:** | RE: Tammy Wells shared "NY Settlement Documents" with you |

Yes, received. we will forward the documents on to the notice administrator.

---

**Andrew Amer | Special Counsel**
New York State Office of the Attorney General
Executive Division
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6127
Email: Andrew.Amer@ag.ny.gov


**From:** Tammy Wells <twells@tatelawgroup.com>
**Sent:** Thursday, January 27, 2022 11:46 AM
**To:** Amer, Andrew <Andrew.Amer@ag.ny.gov>
**Cc:** Mark Tate <marktate@tatelawgroup.com>
**Subject:** RE: Tammy Wells shared "NY Settlement Documents" with you

I have uploaded the documents into your share file. Let me know if you have received them.

Thank you.


Tammy A. Wells, Paralegal
Office Administrator
Tate Law Group, LLC
25 Bull Street, Suite 200
Savannah, GA 31401
912-234-3030
912-234-9700 (fax)


**From:** Amer, Andrew <Andrew.Amer@ag.ny.gov>
**Sent:** Thursday, January 27, 2022 10:49 AM
**To:** Tammy Wells <twells@tatelawgroup.com>
**Subject:** RE: Tammy Wells shared "NY Settlement Documents" with you

Tammy-


EXHIBIT C

1

I get the same error, so it's definitely a firewall issue. But I have a workaround. Below is a link to a share file site that I've set up on our OAG system that will allow you to upload the files. I'll send the password you'll need to open the site in a separate email.

https://oagcloud.ag.ny.gov/s/iARWrL8NrWc4Ffw

Regards,

Andy

---

**Andrew Amer | Special Counsel**
New York State Office of the Attorney General
Executive Division
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6127
Email: Andrew.Amer@ag.ny.gov


**From:** Tammy Wells (via Dropbox) <no-reply@dropbox.com>
**Sent:** Thursday, January 27, 2022 10:31 AM
**To:** Amer, Andrew <Andrew.Amer@ag.ny.gov>
**Subject:** Tammy Wells shared "NY Settlement Documents" with you

[EXTERNAL]



Hi there,

Tammy Wells (twells@tatelawgroup.com) invited you to edit the folder "**NY Settlement Documents**" on Dropbox.

Tammy said:
*"Mr. Amer, Let me know if you are able to open these files. Tammy Wells, Tate Law Group, LLC"*

Go to folder

Enjoy!
The Dropbox team

2

Report to Dropbox © 2022 Dropbox

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

# Tammy Wells

**From:** Mark Tate
**Sent:** Friday, September 3, 2021 11:15 AM
**To:** Tammy Wells
**Subject:** FW: Amityville Litigation

Can you please print this.
M

**From:** "Amer, Andrew" <Andrew.Amer@ag.ny.gov>
**Date:** Friday, September 3, 2021 at 9:16 AM
**To:** Mark Tate <marktate@tatelawgroup.com>
**Subject:** RE: Amityville Litigation

Mark-

This will respond to your request for clarification concerning the status of the plaintiff subdivisions in the Village of Amityville action under the Distributors New York Settlement Agreement ("Distributors NY Agreement") based on the amendment to the Mental Hygiene Law that extinguishes plaintiffs' claims in their pending state court litigation by operation of law. This will confirm that the extinguishment of plaintiffs' claims by operation of law under the amendment does not exclude them from the definition of "Litigating Subdivision" set forth in Section II.Z of the Distributors NY Agreement. Nor does the extinguishment of their claims under the amendment bring them within the definition of "Later Litigating Subdivision" set forth in Section II.X. Rather, because each plaintiff meets the definition of "Litigating Subdivision" in Section II.Z, it is deemed to be a "Participating Subdivision" as a result of the extinguishment of their claims under the amendment pursuant to Section IV.A ("A Litigating Subdivision . . . may become a Participating Subdivision . . . by having its claims extinguished by operation of law . . . ."). You can confirm that all of your clients are "Litigating Subdivisions" within the meaning of Section II.Z by checking Exhibit E to the Distributors Agreement, which is the Agreed List of New York State Litigating Subdivisions.

As Litigating Subdivisions deemed to be Participating Subdivisions, their eligibility to receive funds, either directly or indirectly, is governed by the terms of the New York Opioid Settlement Sharing Agreement, which is Exhibit N to the Distributors NY Agreement.

All the best for the holiday weekend,

Andy

**Andrew Amer | Special Counsel**
New York State Office of the Attorney General
Executive Division
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6127
Email: Andrew.Amer@ag.ny.gov

1

**From:** Mark Tate <marktate@tatelawgroup.com>
**Sent:** Wednesday, September 1, 2021 6:14 PM
**To:** Amer, Andrew <Andrew.Amer@ag.ny.gov>
**Subject:** Call

[EXTERNAL]

Dear Andy:

Would you please call my office at 912 234 3030 or cell 912 484 1762.

Thank you. Would like to discuss the matter in ED NY.

M

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

FILED: SUFFOLK COUNTY CLERK 03/02/2022 04:01 PM
NYSCEF DOC. NO. 8992
INDEX NO. 400000/2017
RECEIVED NYSCEF: 03/02/2022

| City / County Name | Within County | Main Counsel | 2019 population estimate | Filed Date | Case ID |
|---|---|---|---|---|---|
| ALBANY CITY | ALBANY COUNTY | DREYER BOYAJIAN LAMARCHE SAFRANKO | 96,460 | 1/8/2019 | 400004/2019 |
| ALBANY COUNTY | | MOTLEY RICE | 305,506 | 1/5/2018 | 1:18-op-45096-DAP |
| ALLEGANY COUNTY | | NAPOLI SHKOLNIK | 46,091 | 6/14/2019 | 1:19-op-46151 |
| AMHERST TOWN | ERIE COUNTY | NAPOLI SHKOLNIK | 126,082 | 3/6/2018 | 2017-4131 |
| AMSTERDAM CITY | MONTGOMERY COUNTY | NAPOLI SHKOLNIK | 17,766 | 6/25/2019 | 1:19-op-46162 |
| AUBURN CITY | CAYUGA COUNTY | NAPOLI SHKOLNIK | 26,173 | 6/7/2019 | 1:19-op-45843 |
| BROOME COUNTY | | SIMMONS HANLY CONROY LLC | 190,488 | 2/1/2017 | 400002/2017 |
| BUFFALO CITY | ERIE COUNTY | NAPOLI SHKOLNIK | 255,284 | 9/5/2019 | 1:19-op-46104 |
| CATTARAUGUS COUNTY | | NAPOLI SHKOLNIK | 76,117 | 6/18/2018 | 400027/2019 |
| CAYUGA COUNTY | | NAPOLI SHKOLNIK | 76,576 | 6/8/2018 | 400013/2019 |
| CHAUTAUQUA COUNTY | | NAPOLI SHKOLNIK | 126,903 | 1/12/2018 | KI-2018-57 |
| CHEEKTOWAGA TOWN | ERIE COUNTY | NAPOLI SHKOLNIK | 85,884 | 4/18/2018 | 806151/2018 |
| CHEMUNG COUNTY | | NAPOLI SHKOLNIK | 83,456 | 8/6/2018 | 400024/2019 |
| CHENANGO COUNTY | | NAPOLI SHKOLNIK | 47,207 | 6/19/2018 | 400021/2019 |
| CLINTON COUNTY | | NAPOLI SHKOLNIK | 80,485 | 1/12/2018 | 400003/2018 |
| COLUMBIA COUNTY | | SIMMONS HANLY CONROY LLC | 59,461 | 2/2/2018 | 400015/2018 |
| CORTLAND COUNTY | | NAPOLI SHKOLNIK | 47,581 | 8/6/2018 | 400019/2018 |
| DUTCHESS COUNTY | | SIMMONS HANLY CONROY LLC | 294,218 | 6/6/2017 | 400005/2017 |
| ERIE COUNTY | | SIMMONS HANLY CONROY LLC | 918,702 | 2/1/2017 | 400003/2017 |
| ESSEX COUNTY | | NAPOLI SHKOLNIK | 36,885 | 6/19/2018 | 400019/2019 |
| FRANKLIN COUNTY | | NAPOLI SHKOLNIK | 50,022 | 4/24/2018 | 400012/2018 |
| FULTON COUNTY | | SIMMONS HANLY CONROY LLC | 53,383 | 3/26/2018 | 400018/2018 |
| GENESEE COUNTY | | NAPOLI SHKOLNIK | 57,280 | 2/21/2018 | 400011/2018 |
| GENEVA CITY | MULTIPLE COUNTIES | CHERUNDOLO // BRINDISI | 12,631 | 3/13/2019 | 1:19-op-45214 |
| GREENE COUNTY | | SIMMONS HANLY CONROY LLC | 47,188 | 1/12/2018 | 400008/2018 |
| HAMILTON COUNTY | | NAPOLI SHKOLNIK | 4,416 | 2/26/2018 | 400005/2018 |
| HERKIMER COUNTY | | SIMMONS HANLY CONROY LLC | 61,319 | 4/17/2018 | 400008/2019 |
| HERKIMER VILLAGE | HERKIMER COUNTY | CHERUNDOLO // BRINDISI | 9,573 | 7/5/2018 | 1:18-op-45964 |
| ITHACA CITY | TOMPKINS COUNTY | NAPOLI SHKOLNIK | 30,837 | 1/24/2018 | 400002/2018 |
| JEFFERSON COUNTY | | CICALA LAW FIRM | 109,834 | 6/12/2019 | 1:19-op-45437 |
| LACKAWANNA CITY | ERIE COUNTY | CHERUNDOLO // BRINDISI | 17,720 | 4/15/2019 | 1:19-op-45303 |
| LANCASTER TOWN | ERIE COUNTY | NAPOLI SHKOLNIK | 43,325 | 6/13/2018 | 809160-2018 |
| LEWIS COUNTY | | SIMMONS HANLY CONROY LLC | 26,296 | 4/13/2018 | 400007/2019 |
| LIVINGSTON COUNTY | | NAPOLI SHKOLNIK | 62,914 | 3/15/2018 | 400012/2019 |



| | | | | | |
|---|---|---|---|---|---|
| MADISON COUNTY | | NAPOLI SHKOLNIK | 70,941 | 1/12/2018 | 400028-2019 |
| MONROE COUNTY | | SIMMONS HANLY CONROY LLC | 741,770 | 1/24/2018 | 400017/2018 |
| MONTGOMERY COUNTY | | SIMMONS HANLY CONROY LLC | 49,221 | 9/5/2018 | 400009/2019 |
| MOUNT VERNON CITY | WESTCHESTER COUNTY | NAPOLI SHKOLNIK | 67,345 | 7/11/2018 | 400016/2019 |
| NASSAU COUNTY | | NAPOLI SHKOLNIK | 1,356,924 | 6/12/2017 | 400008/2017 |
| NEW YORK CITY | MULTIPLE COUNTIES | SIMMONS HANLY CONROY LLC | 8,336,817 | 1/23/2018 | 400006/2018 |
| NIAGARA COUNTY | | NAPOLI SHKOLNIK | 209,281 | 10/20/2017 | 400012/2017 |
| OGDENSBURG CITY | ST LAWRENCE COUNTY | NAPOLI SHKOLNIK | 10,436 | 6/7/2019 | 1:19-op-45852 |
| ONEIDA COUNTY | | CHERUNDOLO // BRINDISI | 228,671 | 3/14/2018 | 1:18-op-45338-DAP |
| ONONDAGA COUNTY | | CHERUNDOLO // BRINDISI | 460,528 | 1/23/2018 | 1:18-op-45170-DAP |
| ONTARIO COUNTY | | SIMMONS HANLY CONROY LLC | 109,777 | 4/13/2018 | 400001/2019 |
| ORANGE COUNTY | | SIMMONS HANLY CONROY LLC | 384,940 | 5/16/2017 | 400004/2017 |
| ORLEANS COUNTY | | NAPOLI SHKOLNIK | 40,352 | 8/6/2018 | 400029/2019 |
| OSWEGO COUNTY | | SIMMONS HANLY CONROY LLC | 117,124 | 1/4/2018 | 400007/2018 |
| OTSEGO COUNTY | | NAPOLI SHKOLNIK | 59,493 | 8/1/2018 | 400023/2019 |
| PLATTSBURGH CITY | CLINTON COUNTY | DREYER BOYAJIAN LAMARCHE SAFRANKO | 19,515 | 1/8/2019 | 400003/2019 |
| POUGHKEEPSIE CITY | DUTCHESS COUNTY | NAPOLI SHKOLNIK | 30,515 | 5/15/2019 | 1:19-op-46163 |
| PUTNAM COUNTY | | NAPOLI SHKOLNIK | 98,320 | 5/29/2018 | 400014/2019 |
| RENSSELAER COUNTY | | NAPOLI SHKOLNIK | 158,714 | 9/27/2017 | 400011/2017 |
| ROCHESTER CITY | MONROE COUNTY | NAPOLI SHKOLNIK | 205,695 | 6/5/2019 | 1:19-op-45853 |
| ROCKLAND COUNTY | | BLEAKLEY PLATT & SCHMIDT, LLP | 325,789 | 6/17/2019 | 1:19-op-45662 |
| ROME CITY | ONEIDA COUNTY | CHERUNDOLO // BRINDISI | 32,148 | 3/28/2019 | 1:19-op-45284 |
| SARATOGA COUNTY | | NAPOLI SHKOLNIK | 229,863 | 1/17/2018 | 400009/2018 |
| SARATOGA SPRINGS CITY | SARATOGA COUNTY | NAPOLI SHKOLNIK | 28,212 | 6/10/2019 | 1:19-op-45857 |
| SCHENECTADY CITY | SCHENECTADY COUNTY | DREYER BOYAJIAN LAMARCHE SAFRANKO | 65,273 | 1/8/2019 | 400005/2019 |
| SCHENECTADY COUNTY | | SIMMONS HANLY CONROY LLC | 155,299 | 6/15/2017 | 400009/2017 |
| SCHOHARIE COUNTY | | NAPOLI SHKOLNIK | 30,999 | 9/27/2017 | 400010/2017 |
| SCHUYLER COUNTY | | NAPOLI SHKOLNIK | 17,807 | 5/11/2018 | 400014/2018 |
| SENECA COUNTY | | SIMMONS HANLY CONROY LLC | 34,016 | 6/7/2017 | 400002/2019 |
| ST LAWRENCE COUNTY | | SIMMONS HANLY CONROY LLC | 32,261 | 1/12/2018 | 400002/2019 |
| STEUBEN COUNTY | | NAPOLI SHKOLNIK | 95,379 | 2/21/2018 | 400004/2018 |
| SUFFOLK COUNTY | | SIMMONS HANLY CONROY LLC | 1,476,601 | 8/31/2016 | 400007/2017 |
| SULLIVAN COUNTY | | SIMMONS HANLY CONROY LLC | 75,432 | 6/7/2017 | 400007/2017 |
| SYRACUSE CITY | ONONDAGA COUNTY | CHERUNDOLO // BRINDISI | 142,327 | 10/1/2018 | 1:18-op-46169 |
| TIOGA COUNTY | | NAPOLI SHKOLNIK | 48,203 | 6/19/2018 | 400022/2019 |
| TOMPKINS COUNTY | | NAPOLI SHKOLNIK | 102,180 | 1/5/2018 | 2017-4131 |

| TONAWANDA TOWN | ERIE COUNTY | NAPOLI SHKOLNIK | 71,675 | 7/11/2018 | 810783/2018 |
|---|---|---|---|---|---|
| TROY CITY | RENSSELAER COUNTY | DREYER BOYAJIAN LAMARCHE SAFRANKO | 49,154 | 1/8/2019 | 400006/2019 |
| ULSTER COUNTY | | SIMMONS HANLY CONROY LLC | 177,573 | 3/15/2018 | 400011/2019 |
| UTICA CITY | ONEIDA COUNTY | CHERUNDOLO // BRINDISI | 59,750 | 11/30/2018 | 1:18-op-46359 |
| WARREN COUNTY | | NAPOLI SHKOLNIK | 63,944 | 2/7/2018 | 400030/2019 |
| WASHINGTON COUNTY | | SIMMONS HANLY CONROY LLC | 61,204 | 6/15/2018 | 400010/2019 |
| WESTCHESTER COUNTY | | NAPOLI SHKOLNIK | 967,506 | 2/6/2018 | 400010/2018 |
| WYOMING COUNTY | | SIMMONS HANLY CONROY LLC | 39,859 | 2/22/2018 | 400013/2018 |
| YATES COUNTY | | NAPOLI SHKOLNIK | 24,913 | 8/3/2018 | 400026/2019 |
| YONKERS CITY | WESTCHESTER COUNTY | SANDERS PHILLIPS GROSSMAN, LLC | 200,370 | 5/29/2019 | 400020/2019 |



June 2, 2022

Elaine Golin, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

**Via Email: epgolin@wlrk.com**

RE:   National Prescription Opiate Settlement - New York Agreement

Dear Ms. Golin:

Thank you for taking the time to talk briefly regarding Cardinal Health's New York Agreement.

I will be consulting with the Attorney General regarding a conference and will certainly ensure that you are included.

Lastly, thank you for confirming your receipt of our clients' participating agreements.

Kindest regards,

Mark A. Tate

MAT/tw

cc:   Michael T. Reynolds, mreynolds@cravath.com
      Thomas J. Perrelli, Tperrelli@jenner.com
      Noah Popp, Noah.Popp@ag.ny.gov
      Salvatore C. Badala, sbadala@napolilaw.com
      Jayne Conroy, jconroy@simmonsfirm.com



*office* 912 234 3030   *fax* 912 234 9700
Twenty Five Bull Street | Second Floor | Savannah, Georgia 31401
Savannah • Long Island • Manhattan