# APPENDIX A

| Subdivision | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Andrea Purvis, Dickinson County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45379-DAP |
| David Black, Stanton County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45388-DAP |
| Eric Witcher, Morton County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45393-DAP |
| Jennifer Magana, City Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45781-DAP |
| Jerry Hathaway, Allen County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:20-op-45151-DAP |
| Jessica Akers, Grant County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45394-DAP |
| Joe Lee, Elk County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45382-DAP |
| Joe Lee, Greenwood County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45384-DAP |
| Laura Lewis, Meade County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45390-DAP |
| Russell Hasenbank, Seward County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45391-DAP |
| Thomas Burgardt, Finney County Counselor | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45387-DAP |
| Tim Liesmann, Wabaunsee County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45377-DAP |
| District Attorney for the Parish of Orleans | LA | /s/ Bernard L. Charbonnet, Jr. | Bernard L. Charbonnet, Jr. | NDOH | 1:20-op-45240-DAP |
| Orleans Parish Hospital Service District - District A | LA | /s/ Bernard L. Charbonnet, Jr. | Bernard L. Charbonnet, Jr. | NDOH | 1:18-OP-46212-DAP |