# APPENDIX A

| Subdivision | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| County of San Mateo | CA | /s/ Cotchett, Pitre & McCarthy LLP | Cotchett, Pitre & McCarthy LLP | NDOH | 1:18-op-46319-DAP |
| City of Fort Wayne | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45123-DAP |
| City of Muncie | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45126-DAP |
| Harrison County | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45130-DAP |
| Town of Atlanta | IN | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. | NDOH | 1:18-op-45125-DAP |
| Andrea Purvis, Dickinson County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45379-DAP |
| David Black, Stanton County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45388-DAP |
| Eric Witcher, Morton County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45393-DAP |
| Jennifer Magana, City Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45781-DAP |
| Jerry Hathaway, Allen County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:20-op-45151-DAP |
| Jessica Akers, Grant County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45394-DAP |
| Joe Lee, Elk County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45382-DAP |
| Joe Lee, Greenwood County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45384-DAP |
| Laura Lewis, Meade County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45390-DAP |
| Russell Hasenbank, Seward County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45391-DAP |
| Thomas Burgardt, Finney County Counselor | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45387-DAP |
| Tim Liesmann, Wabaunsee County Attorney | KS | /s/ Skikos, Crawford, Skikos & Joseph LLP | Skikos, Crawford, Skikos & Joseph LLP | NDOH | 1:19-op-45377-DAP |
| Orleans Parish Hospital Service District - District A | LA | /s/ Bernard L. Charbonnet, Jr | Bernard L. Charbonnet, Jr | NDOH | 1:18-OP-46212-DAP |
| Clark County | NV | /s/ Eglet Adams | Eglet Adams | NDOH | 1:19-op-46168-DAP |
| The City of Alliance | OH | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:18-OP-46340-DAP |
| The City of Canton | OH | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:18-OP-46340-DAP |
| The City of Massillon | OH | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:18-OP-46340-DAP |