UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Exhibit* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO FLORIDA TEVA SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, "Dismissing Plaintiffs") and Defendant Anda, Inc.,[1] that, pursuant to the election of each Dismissing Plaintiff to participate in the Teva Settlement Agreement attached hereto as Appendix B, all claims of each Dismissing Plaintiff against any Teva Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Dated:  June 7, 2022                          Respectfully submitted,

Agreed as to form and substance:

**TEVA**

*/s/ Eric W. Sitarchuk*                   */s/ Mark J. Dearman*
Eric W. Sitarchuk                          Mark J. Dearman (FL Bar No. 982407)
Rebecca J. Hillyer                         ROBBINS GELLER RUDMAN

---

[1] The Teva Settlement Agreement, dated March 29, 2022, is between the State of Florida, Office of Attorney General on the one hand and Teva (as defined therein), on the other, but the Settlement Agreement provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which includes, but is not limited to, Anda, Inc.  Settlement Agreement §A(bb) (attached as Appendix B).  To the extent the Parties discover that any Released Claim of any Dismissing Plaintiff remains pending against any Releasee following filing of this stipulation, the Parties shall stipulate to the dismissal of those claims in a subsequent filing.

| | |
|---|---|
| MORGAN LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>eric.sitarchuk@morganlewis.com<br>rebecca.hillyer@morganlewis.com<br>(215) 963-5000<br><br>*Attorneys for Teva* | & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000<br>(561) 750-3364 (Fax)<br>mdearman@rgrdlaw.com<br><br>*City of Delray Beach (1:18-op-45051-DAP)*<br><br>/s/ Travis R. Walker<br>Travis R. Walker (FL Bar No. 36693)<br>THE LAW OFFICES OF TRAVIS R. WALKER, P.A.<br>1100 SE Federal Highway<br>Stuart, FL 34994<br>(772) 708-0952<br>traviswalker@traviswalkerlaw.com<br><br>*Counsel for City of Stuart (1:20-op-45124-DAP)*<br><br>/s/ Peter J. Mougey<br>Peter J. Mougey (FL Bar No. 191825)<br>LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A.<br>316 South Baylen Street<br>Pensacola, FL 32502<br>(850) 435-7000<br>pmougey@levinlaw.com<br><br>*Counsel for*<br>*City of Miami Gardens (1:18-op-45873-DAP)*<br>*City of New Port Richey (1:19-op-46073-DAP)*<br>*City of Niceville (1:21-op-45081-DAP)*<br>*City of North Miami (1:18-op-45872-DAP)*<br>*City of Ormond Beach (1:19-op-46121-DAP)*<br>*City of Pinellas Park (1:18-op-45807-DAP)*<br>*City of Saint Petersburg (1:18-op-45701-DAP)*<br>*Hernando County (1:19-op-45667-DAP)*<br>*Holmes County (1:18-op-45456-DAP)*<br>*Miami-Dade County (1:18-op-45552-DAP)*<br>*Pasco County (1:18-op-45851-DAP)*<br>*Pinellas County (1:18-op-45742-DAP)*<br>*Santa Rosa County (1:18-op-45861-DAP)* |

2

/s/ Michael C. Moore
Michael C. Moore
MIKE MOORE LAW FIRM, LLC
P.O. Box 321048
Flowood, MS 39232
(601) 933-0070
mm@mikemoorelawfirm.com

*Counsel for Hillsborough County (1:18-op-46281–DAP) and City of Tampa (1:18-op-46282-DAP)*


/s/ Shayna E. Sacks
Shayna E. Sacks
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 397-1000
ssacks@napolilaw.com

*Counsel for*
*Alachua County (1:18-op-45685-DAP)*
*Levy County (1:18-op-46119-DAP)*
*Okaloosa County (1:19-op-45894-DAP)*
*Osceola County (1:18-op-45669-DAP)*
*Palm Beach County (1:18-op-46121-DAP)*
*Walton County (1:19-op-45423-DAP)*


/s/ Keith Jackson
Keith Jackson
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
(205) 879-5000
(205) 879-5901(Fax)
www.rileyjacksonlaw.com

*Counsel for the City of Lynn Haven (19:op-46006-DAP)*


/s/ Donald A. Broggi
Donald A. Broggi
SCOTT+SCOTT ATTORNEYS AT LAW LLP
230 Park Avenue, 17th Floor

3

        New York, NY 10169
        (212) 519-0518
        dbroggi@scott-scott.com

*Counsel for City of Jacksonville (1:18-op-46120-DAP)*

SO ORDERED this 13th day of June, 2022.

/s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge