# APPENDIX A

## Appendix A

### Dismissing Plaintiffs – Anda, Inc.

- Alachua County
- City of Delray Beach
- City of Jacksonville
- City of Lynn Haven
- City of Miami Gardens
- City of New Port Ritchey
- City of Niceville
- City of North Miami
- City of Ormond Beach
- City of Pinellas Park
- City of St. Petersburg
- City of Stuart
- City of Tampa
- Hernando County
- Hillsborough County
- Holmes County
- Levy County
- Miami-Dade County
- Okaloosa County
- Osceola County
- Palm Beach County
- Pasco County
- Pinellas County
- Santa Rosa County
- Walton County