# EXHIBIT B

**Option 1: Corrected Cost Five-Year Cost Projections:**

Kessler's 1-Year Corrected Cost: $346,479,168

Less Combined County Settlements: $346,479,168 - $19,770,073[1] = $326,709,095

Less Prescribers' Responsibility: $\frac{\$326,709,095}{2} = \$163,354,547$

| **Option 1's Market Share Allocation:** | | |
|---|---|---|
| Pharmacy | Lake County[2] | Trumbull County |
| Walgreens: | $13,612,008 | $17,752,065 |
| Walmart: | $2,233,220 | $2,912,448 |

| **Option 1's Red-Flag Market Share Allocation:** | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $13,399,320 | $17,474,689 |
| Walmart: | $638,063 | $832,128 |

---

[1] Plaintiffs provided Defendants with estimated ranges they would receive from their settlements with opioid manufacturers and distributors. In fairness to both parties, Defendants selected the mid-point for each of those ranges and incorporated those figures in here and throughout the Defendants' proposals.

[2] Here and throughout Defendants' proposals, Defendants allocate funding to each county based on the percentage that County would receive under Dr. Alexander's uncorrected 5-year abatement plan proposal. Therefore, Defendants allocate 56.6% of the ordered total to Trumbull County and 43.3% to Lake County.

**Option 2 Eliminating Most Remote Relief:**

Proximate Relief 1-Year Costs: $501,810,002

Less Combined County Settlements: $501,810,002 − $19,770,073 = $482,039,929

Less Prescribers' Responsibility: $$\frac{\$482,039,929}{2} = \$241,019,964$$

| Option 2's Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $20,083,712 | $26,192,122 |
| Walmart: | $3,294,984 | $4,297,145 |

| Option 2's Red-Flag Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $19,769,904 | $25,782,870 |
| Walmart: | $941,424 | $1,227,756 |

## Option 3: OUD Population Correction:

Proximate Relief 1-Year Costs: $521,663,451

Less Combined County Settlements: $521,663,451 − $19,770,073 = $501,883,378

Less Prescribers' Responsibility: $\frac{\$501,883,378}{2} = \$250,946,689$

| Option 3's Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $20,910,886 | $27,270,879 |
| Walmart: | $3,430,692 | $4,474,129 |

| Option 3's Red-Flag Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $20,583,153 | $26,844,771 |
| Walmart: | $3,430,692 | $4,474,129 |

3

**Option 4: Eliminating Projected Costs Not Attributable to Prescription Opioids:**

Proximate Relief 1-Year Costs: $864,558,347

Less Combined County Settlements: $864,558,347 − $19,770,073 = $844,788,274

Less 35% $844,788,274 - $295,675,895.82 = $549,112,378

Less Prescribers' Responsibility: $\frac{\$549,112,378}{2} = \$274,556,189$

| Option 4's Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $22,878,218 | $29,836,570 |
| Walmart: | $3,753,458 | $4,895,062 |

| Option 4's Red-Flag Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $22,520,746 | $29,370,374 |
| Walmart: | $1,072,416 | $1,398,589 |

**Option 5: Plaintiffs' Uncorrected Projections:**

Proximate Relief 1-Year Costs: $864,558,347

Less Combined County Settlements: $864,558,347 − $19,770,073 = $844,788,274

Less Prescribers' Responsibility: $\frac{\$844,788,274}{2} = \$422,394,137$

| Option 5's Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $35,197,259 | $45,902,416 |
| Walmart: | $5,774,550 | $7,530,865 |

| Option 5's Red-Flag Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $34,647,301 | $45,185,190 |
| Walmart: | $1,649,871 | $2,151,676 |