UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Exhibit* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

### SECOND MASTER STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS <u>PURSUANT TO FLORIDA ALLERGAN SETTLEMENT AGREEMENT</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivision identified in Appendix A (collectively, "Dismissing Plaintiffs") and Defendants Allergan Finance, LLC (f/k/a Actavis, Inc., which, in turn, was f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, Allergan USA, Inc. and Allergan Limited (f/k/a Allergan plc, which, in turn, was f/k/a Actavis plc) (collectively, "Allergan Defendants") that, pursuant to the election of each Dismissing Plaintiff to participate in the Allergan Settlement Agreement attached hereto as Appendix B, all claims of each Dismissing Plaintiff against any Allergan Defendant or Related Entities, including AbbVie Inc. and Knoll Pharmaceuticals Co., are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Dated: June 14, 2022   Respectfully submitted,

Agreed as to form and substance:

| | |
|---|---|
| */s/ Donna M. Welch*<br>Donna M. Welch, P.C.<br>KIRKLAND & ELLIS LLP<br>300 N LaSalle<br>Chicago, IL 60654<br>(3 12) 862-2424 | */s/ Eric Romano*<br>Eric Romano (FL Bar No. 120091)<br>ROMANO LAW GROUP<br>801 Spencer Drive<br>West Palm Beach, FL 33409<br>(561) 533-6700 |

(312) 862-2200 (Fax)  
dwelch@kirkland.com

*Counsel for Defendants Allergan Limited f/k/a Allergan plc f/k/a Actavis plc, Allergan Finance LLC, Allergan Sales, LLC and Allergan USA, Inc.*

(561) 533-1285 (Fax)  
eric@romanolawgroup.com

*Counsel for Taylor County (1:19-op-45597-DAP)*

SO ORDERED this ___ day of June, 2022.

_____  
Hon. Dan Aaron Polster  
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                */s/ Eric Romano*
Eric Romano (FL Bar No. 120091)
ROMANO LAW GROUP
801 Spencer Drive
West Palm Beach, FL  33409
(561) 533-6700
(561) 533-1285 (Fax)
eric@romanolawgroup.com