# APPENDIX A

| Subdivision | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Taylor County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45597 |