UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*City of Barberton et al v. Purdue Pharma, L.P., et al.*, Case No. 1:l8-op-45767;<br><br>*Geauga Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:18-op-45256;<br><br>*Columbiana County Board of Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No., 1:l8-op-45289;<br><br>*County of Lake v. Purdue Pharma L.P. et al.,* Case No. 1:l8-op-45032;<br><br>*County of Trumbull v. Purdue Pharma L.P. et al.*, Case No. 1:18-op-45079;<br><br>*City of Warren v. Purdue Pharma, LP, et al.,* Case No. l:l8-op-45434;<br><br>*City of Cleveland v. Purdue Pharma, et al.,* Case No. 1: l 8-op-45132;<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 1: l 8-op-45090;<br><br>*The County of Cuyahoga et al. v. Purdue Pharma L.P., et al.*, Case No. 1: 17-op-45004;<br><br>and<br><br>*Township of Painesville v. Purdue Pharma L.P. et al.*, Case No. 1:18-op-46035 | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

A1703622.1

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel of record for the Ohio Settling Local Governments identified in Appendix A (the "Plaintiffs") and Defendant Giant Eagle, Inc., HBC Service Co. and Giant Eagle RX Distribution Center ("Giant Eagle" ) (collectively, the "Parties") stipulate that the Parties have settled the above-referenced litigations pursuant to the Settlement Agreement entered into by the Parties with an effective date of March 31, 2022.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree that all Released Claims (as defined in the Settlement Agreement) of Plaintiffs against Giant Eagle and the Released Entities (as defined in the Settlement Agreement) are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs.

Date:  June 15, 2022

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS/
OHIO SETTLING LOCAL GOVERNMENTS**

*/s/ Peter H. Weinberg*
Peter H. Weinberger
1001 Lakeside Ave,
Cleveland, Ohio 44114
*phw@spanglaw.com*

/s/ Peter Mougey
Peter Mougey
Levin Papantonio Rafferty Proctor
  Buchanan O'Brien Barr Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
*pmougey@levinlaw.com*
*opioidmail@levinlaw.com*

        */s/ Linda Singer*
Linda Singer
MOTLEY RICE LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
*lsinger@motleyrice.com*


        */s/ Joseph F. Rice*
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
*jrice@motleyrice.com*


        */s/ Hunder J. Shkolnik*
Hunter J. Shkolnik
Napoli Shkolnik
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
*hunter@napolilaw.com*


        */s/ Salvatore C. Badala*
Salvatore C. Badala
Napoli Shkolnik PLLC
360 Lexington Avenue
New York, New York 10017
*sbadala@napolilaw.com*


        */s/ Frank Gallucci*
Frank Gallucci
Plevin & Gallucci
55 Public Square, Suite 2222
Cleveland, Ohio 44113
*fgallucci@pglawyer.com*

**ATTORNEYS FOR GIANT EAGLE**

*/s/ Robert M. Barnes*
Bernard D. Marcus
Robert M. Barnes
Scott D. Livingston
Marcus & Shapira LLP
301 Grant Street, 35th Floor
Pittsburgh, Pennsylvania 15219-6401
*marcus@marcus-shapira.com*
*rbarnes@marcus-shapira.com*
*livingston@marcus-shapira.com*

**IT IS SO ORDERED:**

_____
Dan Aaron Polster
United States District Judge

A1703622.1

4

# Appendix A

**Ohio Settling Local Governments:**

- City of Barberton, Ohio
- County of Geauga, Ohio
- County of Columbiana, Ohio
- Lake County, Ohio
- Trumbull County, Ohio
- Summit County, Ohio
- City of Akron, Ohio,
- Cuyahoga County, Ohio
- The City of Cleveland, Ohio
- The Village of Boston Heights, Ohio
- Boston Township, Ohio
- The Village of Clinton, Ohio
- Copley Township, Ohio
- Coventry Township, Ohio
- The City of Cuyahoga Falls, Ohio
- The City of Fairlawn, Ohio
- The City of Green, Ohio
- The Village of Lakemore, Ohio
- The Village of Mogadore, Ohio
- The City of Munroe Falls, Ohio
- The City of New Franklin, Ohio
- The City of Norton, Ohio
- The Village of Peninsula, Ohio
- The Village of Richfield, Ohio
- The Village of Silver Lake, Ohio
- Springfield Township, Ohio
- The City of Stow, Ohio
- The City of Tallmadge, Ohio
- The City of Warren, Ohio
- The Township of Painesville, Ohio
- Valley Fire District, Ohio

A1703622.1

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed and served upon counsel of record by operation of the Court's CM/ECF System this 15th day of June, 2022.

                                          /s/ *Robert M. Barnes*
                                          Robert M. Barnes