UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) | MDL 2804 |
| | ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Judge Dan Aaron Polster |
| *All Cases Naming Sandoz Inc.* | ) | |
| *and Novartis Pharmaceuticals Corporation* | ) | |
| *as Defendants* | ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SANDOZ INC. AND NOVARTIS PHARMACEUTICALS CORPORATION

Please take notice that Sara K. Thompson of Greenberg Traurig, LLP hereby enters an

appearance as counsel of record for Defendants Sandoz Inc. and Novartis Pharmaceuticals

Corporation, in the above-captioned action.  Please serve all pleadings, notices and other papers

upon undersigned counsel.

Dated: June 15, 2022

Respectfully submitted,

/s/  Sara K. Thompson
(GA Bar #601177)
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
(678) 553-2392 *Telephone*
(678) 553-2393 *Facsimile*
Email: thompsons@gtlaw.com

*Attorney for Defendants*
*Sandoz Inc. and Novartis*
*Pharmaceuticals Corporation*

1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| | ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| | ) | Judge Dan Aaron Polster |
| *All Cases Naming Sandoz Inc.* | ) | |
| *and Novartis Pharmaceuticals Corporation* | ) | |
| *as Defendants* | ) | |

<u>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SANDOZ INC. AND
NOVARTIS PHARMACEUTICALS CORPORATION**</u>

Please take notice that Gregory E. Ostfeld of Greenberg Traurig, LLP hereby enters an

appearance as counsel of record for Defendants Sandoz Inc. and Novartis Pharmaceuticals

Corporation, in the above-captioned action.  Please serve all pleadings, notices and other papers

upon undersigned counsel.

Dated: June 15, 2022

Respectfully submitted,

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
(IL Bar #6257163)
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
(312) 456-8400 *Telephone*
(312) 456-8435 *Facsimile*
Email: ostfeldg@gtlaw.com

*Attorney for Defendants
Sandoz Inc. and Novartis
Pharmaceuticals Corporation*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 15, 2022, the foregoing was filed using the

Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all

attorneys of record.

Dated: June 15, 2022

Respectfully submitted,

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
(312) 456-8400 *Telephone*
(312) 456-8444 *Facsimile*
Email: ostfeldg@gtlaw.com

*Attorney for Defendants*
*Sandoz Inc. and Novartis*
*Pharmaceuticals Corporation*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2022, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

Dated: June 15, 2022

Respectfully submitted,

*/s/ Sara K. Thompson*
Sara K. Thompson
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
(678) 553-2392 *Telephone*
(678) 553-2393 *Facsimile*
Email: thompsons@gtlaw.com

*Attorney for Defendants*
*Sandoz Inc. and Novartis*
*Pharmaceuticals Corporation*