**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

**SCHEDULE OF ACTIONS**

|  | Court | Plaintiff | Case Citation | Defendant Represented |
|---|---|---|---|---|
| 1. | MDL-Alabama | City of Daphne | 20-op-45227 | Morris & Dickson Co., LLC |
| 2. | MDL-Alabama | City of Fultondale et al | 20-op-45265 | Morris & Dickson Co., LLC |
| 3. | MDL-Arizona | Tuscon Medical Center | 19-cv-01850 | Morris & Dickson Co., LLC |
| 4. | MDL-Georgia | Troup County | 18-op-45715 | Morris & Dickson Co., LLC |
| 5. | MDL-Hawaii | County of Kauai | 19-op-45862 | Morris & Dickson Co., LLC |
| 6. | MDL-Kansas | Leavenworth County Board of Commissioners | 19-op-45602 | Morris & Dickson Co., LLC |
| 7. | MDL-Kentucky | Fiscal Court of Bourbon County | 18-op-45533 | Morris & Dickson Co., LLC |
| 8. | MDL-Louisiana | Acadia-St. Landry Hospital | 20-op-45097 | Morris & Dickson Co., LLC |
| 9. | MDL-Louisiana | Hebert (Allen Parish Sheriff) | 18-op-45142 | Morris & Dickson Co., LLC |
| 10. | MDL-Louisiana | Ascension Parish Government | 19-op-45027 | Morris & Dickson Co., LLC |
| 11. | MDL-Louisiana | Ascension West Parish Hospital | 20-OP-45207 | Morris & Dickson Co., LLC |
| 12. | MDL-Louisiana | Wiley (Ascension Parish Sheriff) | 18-op-45842 | Morris & Dickson Co., LLC |
| 13. | MDL-Louisiana | Assumption Parish Police Jury | 20-op-45205 | Morris & Dickson Co., LLC |

6203021.2

| 14. | MDL-Louisiana | Assumption Parish Sheriff | 20-op-45206 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 15. | MDL-Louisiana | Avoyelles Parish Police Jury | 19-op-45444 | Morris & Dickson Co., LLC |
| 16. | MDL-Louisiana | Avoyelles Parish Sheriff | 17-op-45164 | Morris & Dickson Co., LLC |
| 17. | MDL-Louisiana | Bunkie General Hospital | 20-op-45098 | Morris & Dickson Co., LLC |
| 18. | MDL-Louisiana | Calcasieu Parish Police Jury | 19-op-45445 | Morris & Dickson Co., LLC |
| 19. | MDL-Louisiana | Mancuso (Calcasieu Parish Sheriff) | 17-op-45179 | Morris & Dickson Co., LLC |
| 20. | MDL-Louisiana | Carpenter Hospice | 19-op-00385 | Morris & Dickson Co., LLC |
| 21. | MDL-Louisiana | Chitimacha Tribe | 18-op-45614 | Morris & Dickson Co., LLC |
| 22. | MDL-Louisiana | City of Alexandria | 18-op-46050 | Morris & Dickson Co., LLC |
| 23. | MDL-Louisiana | City of Bastrop | 18-op-45771 | Morris & Dickson Co., LLC |
| 24. | MDL-Louisiana | City of Baton Rouge | 18-op-45160 | Morris & Dickson Co., LLC |
| 25. | MDL-Louisiana | City of Bogalusa | 18-op-46297 | Morris & Dickson Co., LLC |
| 26. | MDL-Louisiana | City of Donaldsonville | 19-op-45028 | Morris & Dickson Co., LLC |
| 27. | MDL-Louisiana | City of Eunice | 18-op-46328 | Morris & Dickson Co., LLC |
| 28. | MDL-Louisiana | City of Lake Charles | 19-op-45449 | Morris & Dickson Co., LLC |
| 29. | MDL-Louisiana | City of Mandeville | 19-op-45753 | Morris & Dickson Co., LLC |
| 30. | MDL-Louisiana | City of Monroe | 18-op-45732 | Morris & Dickson Co., LLC |

6203021.2

| | | | | |
|---|---|---|---|---|
| 31. | MDL-Louisiana | City of New Orleans | 19-op-45003 | Morris & Dickson Co., LLC |
| 32. | MDL-Louisiana | City of Opelousas | 19-op-45685 | Morris & Dickson Co., LLC |
| 33. | MDL-Louisiana | City of Pineville | 19-op-45037 | Morris & Dickson Co., LLC |
| 34. | MDL-Louisiana | City of Slidell | 19-op-45769 | Morris & Dickson Co., LLC |
| 35. | MDL-Louisiana | City of St. Martinville | 19-op-45013 | Morris & Dickson Co., LLC |
| 36. | MDL-Louisiana | City of West Monroe | 18-op-46133 | Morris & Dickson Co., LLC |
| 37. | MDL-Louisiana | CHLHG-Acadian | 19-op-45626 | Morris & Dickson Co., LLC |
| 38. | MDL-Louisiana | Coushatta Tribe | 19-op-45438 | Morris & Dickson Co., LLC |
| 39. | MDL-Louisiana | Desoto Parish | 19-op-45090 | Morris & Dickson Co., LLC |
| 40. | MDL-Louisiana | E. Baton Rouge Parish Clerk of Court | 19-op-46164 | Morris & Dickson Co., LLC |
| 41. | MDL-Louisiana | East Carroll Parish Police Jury | 19-op-45453 | Morris & Dickson Co., LLC |
| 42. | MDL-Louisiana | Williams (East Carroll Parish Sheriff) | 18-op-45259 | Morris & Dickson Co., LLC |
| 43. | MDL-Louisiana | Evangeline Parish Police Jury | 19-op-45450 | Morris & Dickson Co., LLC |
| 44. | MDL-Louisiana | Soileau (Evangeline Parish Sheriff) | 18-op-45189 | Morris & Dickson Co., LLC |
| 45. | MDL-Louisiana | Four Winds Tribe | 19-op-45625 | Morris & Dickson Co., LLC |
| 46. | MDL-Louisiana | Falcon | 20-op-45206 | Morris & Dickson Co., LLC |
| 47. | MDL-Louisiana | Grant Parish | 19-op-45277 | Morris & Dickson Co., LLC |
| 48. | MDL-Louisiana | McCain (Grant Parish Sheriff) | 19-op-45244 | Morris & Dickson Co., LLC |

6203021.2

| 49. | MDL-Louisiana | Woods (Jefferson Davis Parish Sheriff) | 18-op-45099 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 50. | MDL-Louisiana | Jefferson Parish Hospitals | 18-op-45885 | Morris & Dickson Co., LLC |
| 51. | MDL-Louisiana | Lafayette General Health System | 18-op-46082 | Morris & Dickson Co., LLC |
| 52. | MDL-Louisiana | Garber (Lafayette Parish Sheriff) | 17-op-45180 | Morris & Dickson Co., LLC |
| 53. | MDL-Louisiana | Lafourche Parish Government | 20-op-45212 | Morris & Dickson Co., LLC |
| 54. | MDL-Louisiana | LaSalle Parish Hospital, Hardtner Medical Center | 18-op-46150 | Morris & Dickson Co., LLC |
| 55. | MDL-Louisiana | Livingston Parish | 19-op-46140 | Morris & Dickson Co., LLC |
| 56. | MDL-Louisiana. | Ard (Livingston Parish Sheriff) | 20-op-45220 | Morris & Dickson Co., LLC |
| 57. | MDL-Louisiana | LSU Board of Supervisors | 20-op-45157 | Morris & Dickson Co., LLC |
| 58. | MDL-Louisiana | Morehouse Parish Police Jury | 19-op-45452 | Morris & Dickson Co., LLC |
| 59. | MDL-Louisiana | Tubbs (Morehouse Parish Sheriff) | 18-op-45884 | Morris & Dickson Co., LLC |
| 60. | MDL-Louisiana | Odyssey House | 18-op-45757 | Morris & Dickson Co., LLC |
| 61. | MDL-Louisiana | Opelousas General Hospital Authority | 18-op-46083 | Morris & Dickson Co., LLC |
| 62. | MDL-Louisiana | Ouachita Parish Police Jury | 19-op-45446 | Morris & Dickson Co., LLC |
| 63. | MDL-Louisiana | Russell (Ouachita Parish Sheriff) | 18-op-45154 | Morris & Dickson Co., LLC |

| 64. | MDL-Louisiana | Terrell (Rapides Parish DA) | 20-op-45123 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 65. | MDL-Louisiana | Rapides Parish Police Jury | 20-op-45111 | Morris & Dickson Co., LLC |
| 66. | MDL-Louisiana | Hilton (Rapides Parish Sheriff) | 17-op-45178 | Morris & Dickson Co., LLC |
| 67. | MDL-Louisiana | Gilley (Richland Parish Sheriff) | 19-op-45007 | Morris & Dickson Co., LLC |
| 68. | MDL-Louisiana | Sabine Parish Police Jury | 19-op-45448 | Morris & Dickson Co., LLC |
| 69. | MDL-Louisiana | Richardson (Sabine Parish Sheriff) | 18-op-45143 | Morris & Dickson Co., LLC |
| 70. | MDL-Louisiana | St. Bernard Parish Coroner | 20-op-45077 | Morris & Dickson Co., LLC |
| 71. | MDL-Louisiana | St. Bernard Parish Government | 18-op-45756 | Morris & Dickson Co., LLC |
| 72. | MDL-Louisiana | Pohlmann (St. Bernard Parish Sheriff) | 18-op-46292 | Morris & Dickson Co., LLC |
| 73. | MDL-Louisiana | St. James Parish School Board | 21-op-45034 | Morris & Dickson Co., LLC |
| 74. | MDL-Louisiana | St. John the Baptist Parish | 18-op-45987 | Morris & Dickson Co., LLC |
| 75. | MDL-Louisiana | St. Landry Parish | 18-op-46042 | Morris & Dickson Co., LLC |
| 76. | MDL-Louisiana | Guidroz (St. Landry Parish Sheriff) | 18-op-46051 | Morris & Dickson Co., LLC |
| 77. | MDL-Louisiana | St. Tammany Parish Coroner's Office | 18-op-45492 | Morris & Dickson Co., LLC |
| 78. | MDL-Louisiana | St. Tammany Parish Government | 18-op-46211 | Morris & Dickson Co., LLC |

| 79. | MDL-Louisiana | Smith (St. Tammany Parish Sheriff) | 18-op-46280 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 80. | MDL-Louisiana | Town of Delhi | 18-op-45973 | Morris & Dickson Co., LLC |
| 81. | MDL-Louisiana | Town of Ferriday | 18-op-46166 | Morris & Dickson Co., LLC |
| 82. | MDL-Louisiana | Town of Gramercy | 20-op-45031 | Morris & Dickson Co., LLC |
| 83. | MDL-Louisiana | Town of Lake Providence | 18-op-46002 | Morris & Dickson Co., LLC |
| 84. | MDL-Louisiana | Town of Lutcher | 21-op-45035 | Morris & Dickson Co., LLC |
| 85. | MDL-Louisiana | Town of Pearl River | 19-op-45754 | Morris & Dickson Co., LLC |
| 86. | MDL-Louisiana | Town of Richwood | 18-op-45772 | Morris & Dickson Co., LLC |
| 87. | MDL-Louisiana | Tunica-Biloxi Tribe of LA | 18-op-45996 | Morris & Dickson Co., LLC |
| 88. | MDL-Louisiana | Vernon Parish Police Jury | 19-op-45451 | Morris & Dickson Co., LLC |
| 89. | MDL-Louisiana | Craft (Vernon Parish Sheriff) | 18-op-45140 | Morris & Dickson Co., LLC |
| 90. | MDL-Louisiana | Washington Parish Government | 19-op-45773 | Morris & Dickson Co., LLC |
| 91. | MDL-Louisiana | Seal (Washington Parish Sheriff) | 18-op-45093 | Morris & Dickson Co., LLC |
| 92. | MDL-Louisiana | Philley (West Carroll Parish Sheriff) | 18-op-45260 | Morris & Dickson Co., LLC |
| 93. | MDL-Louisiana | West Carroll Police Jury | 19-op-45454 | Morris & Dickson Co., LLC |
| 94. | MDL-Louisiana | Winn Parish | 19-op-45295 | Morris & Dickson Co., LLC |

6203021.2

| | | | | |
|---|---|---|---|---|
| 95. | MDL-Louisiana | Nevils (Winn Parish DA) | 19-op-45296 | Morris & Dickson Co., LLC |
| 96. | MDL-Mississippi | City of Charleston | 18-op-45398 | Morris & Dickson Co., LLC |
| 97. | MDL-Mississippi | City of Greenwood | 18-op-45950 | Morris & Dickson Co., LLC |
| 98. | MDL-Mississippi | City of Hattiesburg | 18-op-45512 | Morris & Dickson Co., LLC |
| 99. | MDL-Mississippi | City of Jackson | 19-op-45806 | Morris & Dickson Co., LLC |
| 100. | MDL-Mississippi | City of Laurel | 18-op-46161 | Morris & Dickson Co., LLC |
| 101. | MDL-Mississippi | City of Long Beach | 19-op-45517 | Morris & Dickson Co., LLC |
| 102. | MDL-Mississippi | City of Meridian | 18-op-45969 | Morris & Dickson Co., LLC |
| 103. | MDL-Mississippi | City of Pascagoula | 19-op-45934 | Morris & Dickson Co., LLC |
| 104. | MDL-Mississippi | City of Philadelphia | 18-op-45279 | Morris & Dickson Co., LLC |
| 105. | MDL-Mississippi | City of Wiggins | 19-op-45576 | Morris & Dickson Co., LLC |
| 106. | MDL- Mississippi | Claiborne County | 18-op-45035 | Morris & Dickson Co., LLC |
| 107. | MDL-Mississippi | Forrest County | 18-op-45147 | Morris & Dickson Co., LLC |
| 108. | MDL-Mississippi | Harrison County | 19-op-45113 | Morris & Dickson Co., LLC |
| 109. | MDL-Mississippi | Humphreys County | 18-op-45021 | Morris & Dickson Co., LLC |
| 110. | MDL-Mississippi | Jefferson County | 18-op-45839 | Morris & Dickson Co., LLC |
| 111. | MDL-Mississippi | Jefferson Davis County | 18-op-45070 | Morris & Dickson Co., LLC |
| 112. | MDL-Mississippi | Lawrence County | 18-op-45036 | Morris & Dickson Co., LLC |
| 113. | MDL-Mississippi | LeFlore County | 19-op-45552 | Morris & Dickson Co., LLC |
| 114. | MDL-Mississippi | Neshoba County | 18-op-45843 | Morris & Dickson Co., LLC |

| 115. | MDL-Mississippi | Pearl River County | 19-op-45548 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 116. | MDL-Mississippi | Prentiss County | 18-op-45723 | Morris & Dickson Co., LLC |
| 117. | MDL-Mississippi | Stone County | 18-op-45775 | Morris & Dickson Co., LLC |
| 118. | MDL-Mississippi | Tallahatchie County | 18-op-45399 | Morris & Dickson Co., LLC |
| 119. | MDL- Mississippi | Washington County | 18-op-45022 | Morris & Dickson Co., LLC |
| 120. | MDL-Missouri | Barry County – NOT SERVED | 21-op-45016 | Morris & Dickson Co., LLC |
| 121. | MDL-Missouri | Barton County | 20-op-45171 | Morris & Dickson Co., LLC |
| 122. | MDL-Missouri | John and Carol Tudhope | 19-op-45235 | Morris & Dickson Co., LLC |
| 123. | MDL-Missouri | Knox County | 19-op-45406 | Morris & Dickson Co., LLC |
| 124. | MDL-Missouri | Shannon County | 19-op-45401 | Morris & Dickson Co., LLC |
| 125. | MDL-Missouri | Vernon County | 20-op-45133 | Morris & Dickson Co., LLC |
| 126. | MDL-New Mexico | City of Hobbs | 19-op-46068 | Morris & Dickson Co., LLC |
| 127. | MDL-New York | City of Ogdensburg | 19-op-45852 | Morris & Dickson Co., LLC |
| 128. | MDL-New York | City of Amsterdam | 19-op-46162 | Morris & Dickson Co., LLC |
| 129. | MDL-New York | City of Auburn | 19-op-45843 | Morris & Dickson Co., LLC |
| 130. | MDL-New York | City of Buffalo | 19-op-46104 | Morris & Dickson Co., LLC |
| 131. | MDL-New York | City of Poughkeepsie | 19-op-46163 | Morris & Dickson Co., LLC |
| 132. | MDL-New York | City of Rochester | 19-op-45853 | Morris & Dickson Co., LLC |
| 133. | MDL-New York | City of Saratoga Springs | 19-op-45857 | Morris & Dickson Co., LLC |

6203021.2

| | | | | |
|---|---|---|---|---|
| 134. | MDL-New York | County of Allegany | 19-op-46151 | Morris & Dickson Co., LLC |
| 135. | MDL-Ohio | Bon Secours Health Systems v. Actavis | 18-op-45819 | Morris & Dickson Co., LLC |
| 136. | MDL-Ohio | Summit County | 18-op-45090 | Morris & Dickson Co., LLC |
| 137. | MDL-Oklahoma | Atoka County | 20-op-45001 | Morris & Dickson Co., LLC |
| 138. | MDL-Oklahoma | Apache Tribe of OK | 19-op-46119 | Morris & Dickson Co., LLC |
| 139. | MDL-Oklahoma | Beckham County Board of Commissioners | 20-op-45146 | Morris & Dickson Co., LLC |
| 140. | MDL-Oklahoma | Caddo County Board of Commissioners | 19-op-46156 | Morris & Dickson Co., LLC |
| 141. | MDL-Oklahoma | Choctaw County Board of Commissioners | 20-op-45257 | Morris & Dickson Co., LLC |
| 142. | MDL-Oklahoma | Cimarron County | 20-op-45021 | Morris & Dickson Co., LLC |
| 143. | MDL-Oklahoma | City of Ada | 19-op-45400 | Morris & Dickson Co., LLC |
| 144. | MDL-Oklahoma | City of Altus | 21-op-45046 | Morris & Dickson Co., LLC |
| 145. | MDL-Oklahoma | City of Anadarko | 20-op-45022 | Morris & Dickson Co., LLC |
| 146. | MDL-Oklahoma | City of Bethany | 19-op-46148 | Morris & Dickson Co., LLC |
| 147. | MDL-Oklahoma | City of Broken Arrow | 19-op-45415 | Morris & Dickson Co., LLC |
| 148. | MDL-Oklahoma | City of Edmond | 19-op-45496 | Morris & Dickson Co., LLC |
| 149. | MDL-Oklahoma | City of El Reno | 20-op-45252 | Morris & Dickson Co., LLC |
| 150. | MDL-Oklahoma | City of Elk City | 21-op-45017 | Morris & Dickson Co., LLC |
| 151. | MDL-Oklahoma | City of Enid v. Purdue | 19-op-45717 | Morris & Dickson Co., LLC |

| | | | | |
|---|---|---|---|---|
| 152. | MDL-Oklahoma | City of Guthrie | 19-op-45497 | Morris & Dickson Co., LLC |
| 153. | MDL-Oklahoma | City of Jenks | 19-op-45858 | Morris & Dickson Co., LLC |
| 154. | MDL-Oklahoma | City of Lawton | 19-op-45500 | Morris & Dickson Co., LLC |
| 155. | MDL-Oklahoma | City of Midwest | 19-op-45709 | Morris & Dickson Co., LLC |
| 156. | MDL-Oklahoma | City of Mustang | 19-op-45708 | Morris & Dickson Co., LLC |
| 157. | MDL-Oklahoma | City of Oklahoma City | 19-op-45498 | Morris & Dickson Co., LLC |
| 158. | MDL-Oklahoma | City of Owasso | 19-op-45718 | Morris & Dickson Co., LLC |
| 159. | MDL-Oklahoma | City of Ponca City | 19-op-45495 | Morris & Dickson Co., LLC |
| 160. | MDL-Oklahoma | City of Seminole | 20-op-45004 | Morris & Dickson Co., LLC |
| 161. | MDL-Oklahoma | City of Shawnee | 19-op-46155 | Morris & Dickson Co., LLC |
| 162. | MDL-Oklahoma | City of Tulsa | 20-op-45024 | Morris & Dickson Co., LLC |
| 163. | MDL-Oklahoma | City of Yukon | 19-op-45716 | Morris & Dickson Co., LLC |
| 164. | MDL-Oklahoma | Cleveland County Board of Commissioners | 20-op-45009 | Morris & Dickson Co., LLC |
| 165. | MDL-Oklahoma | Coal County Board of Commissioners | 20-op-45149 | Morris & Dickson Co., LLC |
| 166. | MDL-Oklahoma | Comanche County Board of Commissioners | 20-op-45180 | Morris & Dickson Co., LLC |
| 167. | MDL-Oklahoma | Comanche Nation | 19-op-45442 | Morris & Dickson Co., LLC |
| 168. | MDL-Oklahoma | Custer County Commissioners | 20-op-45182 | Morris & Dickson Co., LLC |
| 169. | MDL-Oklahoma | Dewey County Board of Commissioners | 19-op-45801 | Morris & Dickson Co., LLC |

6203021.2

| 170. | MDL-Oklahoma | Grady County Board of Commissioners | 19-op-46167 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 171. | MDL-Oklahoma | Greer County Board of Commissioners | 20-op-45256 | Morris & Dickson Co., LLC |
| 172. | MDL-Oklahoma | Harmon County Board of Commissioners | 20-op-45388 | Morris & Dickson Co., LLC |
| 173. | MDL-Oklahoma | Harper County Board of Commissioners | 19-op-45757 | Morris & Dickson Co., LLC |
| 174. | MDL-Oklahoma | Haskell County Board of Commissioners | 20-op-45002 | Morris & Dickson Co., LLC |
| 175. | MDL-Oklahoma | Hughes City Board of Commissioners | 20-op-45258 | Morris & Dickson Co., LLC |
| 176. | MDL-Oklahoma | Jackson County Board of Commissioners | 20-op-45126 | Morris & Dickson Co., LLC |
| 177. | MDL-Oklahoma | Jefferson County Board of Commissions | 19-op-46170 | Morris & Dickson Co., LLC |
| 178. | MDL-Oklahoma | Johnston County Board of Commissioners | 19-op-45765 | Morris & Dickson Co., LLC |
| 179. | MDL-Oklahoma | Kay County Board of Commissioners | 19-op-45989 | Morris & Dickson Co., LLC |
| 180. | MDL-Oklahoma | Kiowa County Board of Commissioners | 19-op-45755 | Morris & Dickson Co., LLC |
| 181. | MDL-Oklahoma | Latimer County | 20-op-45003 | Morris & Dickson Co., LLC |

11

6203021.2

| | | | | |
|---|---|---|---|---|
| 182. | MDL-Oklahoma | LeFlore County Board of Commissioners | 20-op-45067 | Morris & Dickson Co., LLC |
| 183. | MDL-Oklahoma | Lincoln County Board of Commissioners | 20-op-45128 | Morris & Dickson Co., LLC |
| 184. | MDL-Oklahoma | Logan County Board of Commissioners | 20-op-45058 | Morris & Dickson Co., LLC |
| 185. | MDL-Oklahoma | Love County Board of Commissioners | 20-op-45000 | Morris & Dickson Co., LLC |
| 186. | MDL-Oklahoma | Major County Board of Commissioners | 19-op-45990 | Morris & Dickson Co., LLC |
| 187. | MDL- Oklahoma | McClain County Board of Commissioners | 18-op-46303 | Morris & Dickson Co., LLC |
| 188. | MDL-Oklahoma | McCurtain County Board of Commissioners | 20-op-45259 | Morris & Dickson Co., LLC |
| 189. | MDL-Oklahoma | Muscogee Creek Nation | 18-op-45459 | Morris & Dickson Co., LLC |
| 190. | MDL-Oklahoma | Noble County Board of Commissioners | 20-op-45129 | Morris & Dickson Co., LLC |
| 191. | MDL-Oklahoma | OK City v. Purdue et al | 19-op-45498 | Morris & Dickson Co., LLC |
| 192. | MDL-Oklahoma | OK County Board of Commissioners | 20-op-45056 | Morris & Dickson Co., LLC |
| 193. | MDL-Oklahoma | Osage Nation | 19-op-45821 | Morris & Dickson Co., LLC |
| 194. | MDL-Oklahoma | Pawnee Nation of OK | 19-op-46017 | Morris & Dickson Co., LLC |

6203021.2

| 195. | MDL-Oklahoma | Pittsburg County Board of Commissioners | 19-op-45711 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 196. | MDL-Oklahoma | Pottawatomie County Board of Commissioners | 19-op-45988 | Morris & Dickson Co., LLC |
| 197. | MDL-Oklahoma | Stephens County Board of Commissioners | 19-op-45756 | Morris & Dickson Co., LLC |
| 198. | MDL-Oklahoma | Texas County Board of Commissioners | 20-op-45061 | Morris & Dickson Co., LLC |
| 199. | MDL-Oklahoma | The Modoc Nation Tribe | 19-op-45439 | Morris & Dickson Co., LLC |
| 200. | MDL-Oklahoma | Tillman County Commissioners | 20-op-45185 | Morris & Dickson Co., LLC |
| 201. | MDL-Oklahoma | Thlopthlocco Tribal Town | 19-op-46021 | Morris & Dickson Co., LLC |
| 202. | MDL-Oklahoma | Woods County Board of Commissioners | 19-op-45987 | Morris & Dickson Co., LLC |
| 203. | MDL-Oklahoma | Woodward County Board of Commissioners | 20-op-45141 | Morris & Dickson Co., LLC |
| 204. | MDL-Oklahoma | Wyandotte Nation | 19-op-45601 | Morris & Dickson Co., LLC |
| 205. | MDL-Tennessee | Fentress County | 18-op-45419 | Morris & Dickson Co., LLC |
| 206. | MDL-Tennessee | Madison County | 18-op-45403 | Morris & Dickson Co., LLC |
| 207. | MDL-Tennessee | Montgomery County | 18-op-45418 | Morris & Dickson Co., LLC |
| 208. | MDL-Tennessee | Overton County | 18-op-45568 | Morris & Dickson Co., LLC |
| 209. | MDL-Tennessee | Pickett County | 18-op-45242 | Morris & Dickson Co., LLC |
| 210. | MDL-Texas | Childress County | 18-op-45229 | Morris & Dickson Co., LLC |

6203021.2

| 211. | MDL-Texas | City of San Antonio | 19-op-45833 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 212. | MDL-Texas | County of Angelina | 20-op-45053 | Morris & Dickson Co., LLC |
| 213. | MDL-Texas | County of Bowie | 17-op-45159 | Morris & Dickson Co., LLC |
| 214. | MDL-Texas | County of Camp | 18-op-45301 | Morris & Dickson Co., LLC |
| 215. | MDL-Texas | County of Cherokee | 17-op-45155 | Morris & Dickson Co., LLC |
| 216. | MDL-Texas | County of Freestone | 19-op-45985 | Morris & Dickson Co., LLC |
| 217. | MDL-Texas | County of Lamar | 17-op-45162 | Morris & Dickson Co., LLC |
| 218. | MDL-Texas | County of Red River | 17-op-45160 | Morris & Dickson Co., LLC |
| 219. | MDL-Texas | County of Rusk | 17-op-45154 | Morris & Dickson Co., LLC |
| 220. | MDL-Texas | County of Smith | 18-op-45081 | Morris & Dickson Co., LLC |
| 221. | MDL-Texas | County of Tarrant | 18-op-45274 | Morris & Dickson Co., LLC |
| 222. | MDL-Texas | County of Titus | 17-op-45161 | Morris & Dickson Co., LLC |
| 223. | MDL-Texas | County of Upshur | 17-op-45085 | Morris & Dickson Co., LLC |
| 224. | MDL-Texas | County of Wichita | 18-op-45064 | Morris & Dickson Co., LLC |
| 225. | MDL-Texas | McLennan County | 17-op-45075 | Morris & Dickson Co., LLC |
| 226. | MDL-Texas | Polk County | 18-op-45077 | Morris & Dickson Co., LLC |
| 227. | MDL-Texas | Webb County | 18-op-45175 | Morris & Dickson Co., LLC |
| 228. | MDL-Louisiana | Anderson | 1:17-op-45164 | Morris & Dickson Co., LLC |
| 229. | MDL-Louisiana | Ascension Parish School Board | 21-op-45006 | Morris & Dickson Co., LLC |
| 230. | MDL-Louisiana | Bertucci | 1:20-op-45077 | Morris & Dickson Co., LLC |

| | | | | |
|---|---|---|---|---|
| 231. | MDL-Louisiana | Lafourche Parish School Board | 21-op-45036 | Morris & Dickson Co., LLC |
| 232. | MDL-Louisiana | St. Bernard Parish School Board | 21-op-45014 | Morris & Dickson Co., LLC |
| 233. | MDL-Louisiana | West Ascension Parish Hospital Service District | 20-op-45207 | Morris & Dickson Co., LLC |
| 234. | MDL (Directly filed in N.D. Ohio) | Catawba Nation | 20-op-45234 | Morris & Dickson Co., LLC |
| 235. | MDL (Directly filed in N.D. Ohio) | City of Morganfield, Kentucky | 20-op-45167 | Morris & Dickson Co., LLC |
| 236. | MDL (Directly filed in N.D. Ohio) | IBEW Local 716 Electrical Medical Trust | 20-op-45148 | Morris & Dickson Co., LLC |
| 237. | MDL (Directly filed in N.D. Ohio) | Kickapoo Traditional Tribe of Texas | 20-op-45104 | Morris & Dickson Co., LLC |
| 238. | MDL (Directly filed in N.D. Ohio) | Stone County, Mississippi | 20-op-45168 | Morris & Dickson Co., LLC |
| 239. | MDL (Directly filed in N.D. Ohio) | White Mountain Apache Nation | 20-op-45243 | Morris & Dickson Co., LLC |
| 240. | MDL - Missouri | Andrew County | 20-op-45298 | Morris & Dickson Co., LLC |
| 241. | MDL - Missouri | Grundy County | 20-op-45300 | Morris & Dickson Co., LLC |
| 242. | MDL- Oklahoma | Citizen Potawatomi Nation | 19-op-46013 | Morris & Dickson Co., LLC |
| 243. | MDL- Oklahoma | Delaware Nation | 19-op-46011 | Morris & Dickson Co., LLC |
| 244. | MDL- Oklahoma | Sac and Fox Nation | 19-op-46012 | Morris & Dickson Co., LLC |
| 245. | MDL- Otoe Reservation | Otoe-Missouria Tribe of Indians | 19-op-45402 | Morris & Dickson Co., LLC |
| 246. | MDL- Tennessee | City of Clarksville | 18-op-45517 | Morris & Dickson Co., LLC |

| 247. | MDL- Tennessee | Decatur County | 19-op-45789 | Morris & Dickson Co., LLC |
|---|---|---|---|---|
| 248. | MDL- Texas | City of Laredo | 18-op-46026 | Morris & Dickson Co., LLC |