**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

**NOTICE OF APPEARANCE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 16, 2022, a true and correct copy of the foregoing NOTICE OF APPEARANCE OF STEPHEN E. CHAPPELEAR was filed with the Panel via the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users.

Dated:  June 16, 2022

Respectfully submitted,

*/s/ Stephen E. Chappelear*
Stephen E. Chappelear (0012205)
sechappelear@eastmansmith.com
EASTMAN & SMITH LTD.
100 E. Broad Street, Suite 2100
Columbus, Ohio 43215
Tele: (614) 564-1440 / Fax: (614) 280-1777

*Attorneys for Defendant*
*Morris & Dickson Co., LLC*

6195080.1