UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * | MDL 2804 |
| THIS DOCUMENTS RELATES TO: | * * | CASE NO. 1:17-MD-2804 |
| *Applies to All Cases* | * | JUDGE DAN AARON POLSTER |

## STATUS REPORT

NOW COMES, MORRIS & DICKSON CO., LLC ("M&D"), who for a response to the Court's Order of April 21, 2022 (Doc #4380), respectfully represents:

### INTRODUCTION

M&D was founded in 1841 and has operated continually for the past 181 years. It is a privately held drug wholesale distributor and operates out of a single distribution center in Shreveport, Louisiana. M&D ships 100% of its drug volume out of its Shreveport warehouse and serves retail independent pharmacies, hospitals, and alternate care clinics such as nursing homes in 17 states.[1] The vast majority of M&D's customers are located in five states, namely, Louisiana, Texas, Oklahoma, Tennessee and Mississippi, and represent ninety-four percent (94%) of all sales.

### OPIOID LITIGATION

M&D has been named as a defendant in 241 cases in the Ohio MDL.[2] M&D was recently added as a defendant in three cases in the Texas State MDL pending in Harris County, Texas. M&D was very recently sued in two Tennessee state court cases. To-date, there has been no discovery directed to M&D.

### SETTLEMENT

M&D has not been approached by the PEC or any other plaintiff regarding settlement. M&D is interested in pursuing settlement negotiations. M&D prefers to retain an outside mediator and thereby include the PEC and counsel in the state court cases in negotiations.

---

[1] The states include Louisiana, Texas, Oklahoma, Arkansas, Mississippi, Alabama, Georgia, Tennessee, Missouri, New Mexico, Kentucky, Kansas, Illinois, Iowa, Minnesota, Ohio and Oregon.

[2] M&D has been sued in eight New York cases pending in the MDL. M&D had no sales in New York. M&D requested a voluntary dismissal of the cases but received no response.

**BELLWETHER CASES**

  M&D anticipates that both the Texas State MDL and the Tennessee state cases will be aggressively pursued by Plaintiffs' counsel. Accordingly, M&D suggests that any additional bellwether trials and/or bellwether tracks are not warranted or necessary.

            Respectfully submitted,

            By:  s/Stephen E. Chappelear
              Stephen E. Chappelear (0012205)
              Eastman & Smith Ltd.
              Attorneys at Law
              100 E. Broad Street, Ste. 2100
              Columbus, OH  43215
              Telephone: (614) 564-1450
              Facsimile: (614) 280-1777
              sechappelear@eastmansmith.com

              Frank Spruiell LA Bar #01611 (pro hac)
              Russell Dickson LA Bar #37660 (pro hac)
              Wiener, Weiss & Madison
              330 Marshall Street, Ste. 1000
              Shreveport, Louisiana 71101
              Telephone: (318) 226-9100
              Facsimile:  (318) 424-5128
              fspruiell@wwmlaw.com
              rdickson@wwmlaw.com

            ATTORNEYS FOR DEFENDANT,
            MORRIS & DICKSON CO., LLC

**CERTIFICATE OF SERVICE**

  Undersigned counsel hereby certifies that on the 16th day of June, 2022, the foregoing was served via CM/ECF system which will automatically send email notifications to all counsel of record.

            s/Stephen E. Chappelear
              OF COUNSEL