# EXHIBIT 1

**Excerpted Fields from Plaintiffs' Expert's Processed Data for Schley County, GA\***

| BUYER_STATE | BUYER_COUNTY | NDC_NO | DRUG_NAME | DOSAGE_UNIT | Product_Name | MME_Conversion_Factor |
|---|---|---|---|---|---|---|
| GA | SCHLEY | 67767012118 | FENTANYL | 10 | FENTANYL TRANSDERMAL SYSTEM PATCHES | 100 |
| GA | SCHLEY | 50458003705 | FENTANYL | 10 | DURAGESIC 1.25MG FENTANYL AND .O5ML | 100 |
| GA | SCHLEY | 378912198 | FENTANYL | 10 | FENTANYL 72HR 25MCG/HR TDS (2.55MG T | 100 |
| GA | SCHLEY | 49884076378 | FENTANYL | 10 | FENTANYL 72HR 75MCG/HR TDS (7.5MG TO | 100 |
| GA | SCHLEY | 781711255 | FENTANYL | 10 | FENTANYL TRANSDERMAL SYSTEM 5MG POUC | 100 |
| GA | SCHLEY | 406907576 | FENTANYL | 10 | FENTANYL 72HR 75MCG/HR TDS (8.25MG T | 100 |
| GA | SCHLEY | 245042205 | FENTANYL | 10 | FENTANYL 7.65MG TDS PATCH | 100 |

\* *See Opioid Data*, slcg Economic Consulting, http://www.slcg.com/opioid-data/ (last visited June 11, 2022).