# EXHIBIT 2

slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total MME (2006 - 2014)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total Dosage Units (2006 - 2014)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total MME (2006)




Labeler Market Share of 14 Opioid Drugs in Schley County, GA
Total Dosage Units (2006)
Par Pharmaceutical
70.3%
SpecGx LLC
11.0%
Actavis Pharma, Inc.
2.9%
West-Ward Pharmaceuticals Corp.
7.3%
Purdue Pharma LP
0.0%
Sandoz Inc
0.1%
Mylan Pharmaceuticals, Inc.
0.5%
Teva Pharmaceuticals USA, Inc.
3.6%
Amneal Pharmaceuticals LLC
0.0%
Endo Pharmaceuticals, Inc.
0.0%
Upsher-Smith Laboratories, LLC
0.0%
Alpharma Pharmaceuticals LLC
0.2%
Indivior Inc.
0.0%
Sun Pharmaceutical Industries, Inc.
3.2%
AbbVie Inc.
0.0%
KVK-Tech, Inc.
0.0%
Other
1.0%
0.0%
10.0%
20.0%
30.0%
40.0%
50.0%
60.0%
70.0%
80.0%
90.0%

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total MME (2007)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total Dosage Units (2007)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total MME (2008)



## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total Dosage Units (2008)



## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total MME (2009)



## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total Dosage Units (2009)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total MME (2010)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total Dosage Units (2010)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA Total MME (2011)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total Dosage Units (2011)



## Labeler Market Share of 14 Opioid Drugs in Schley County, GA Total MME (2012)




Labeler Market Share of 14 Opioid Drugs in Schley County, GA
Total Dosage Units (2012)
Par Pharmaceutical
24.9%
SpecGx LLC
38.8%
Actavis Pharma, Inc.
19.6%
West-Ward Pharmaceuticals Corp.
1.0%
Purdue Pharma LP
0.0%
Sandoz Inc
0.1%
Mylan Pharmaceuticals, Inc.
0.0%
Teva Pharmaceuticals USA, Inc.
0.0%
Amneal Pharmaceuticals LLC
13.6%
Endo Pharmaceuticals, Inc.
0.1%
Upsher-Smith Laboratories, LLC
0.0%
Alpharma Pharmaceuticals LLC
0.0%
Indivior Inc.
0.0%
Sun Pharmaceutical Industries, Inc.
0.1%
AbbVie Inc.
0.3%
KVK-Tech, Inc.
0.5%
Other
1.0%
0.0%
10.0%
20.0%
30.0%
40.0%
50.0%
60.0%
70.0%
80.0%
90.0%

slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA Total MME (2013)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total Dosage Units (2013)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total MME (2014)



slcg

## Labeler Market Share of 14 Opioid Drugs in Schley County, GA
## Total Dosage Units (2014)

