# EXHIBIT 3





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total MME (2006 - 2014)





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total Dosage Units (2006 - 2014)



### Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
### Total MME (2006)







Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total Dosage Units (2006)





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total MME (2007)



## Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
## Total Dosage Units (2007)







**Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI**
**Total MME (2008)**

| Labeler | Market Share |
|---|---|
| Indivior Inc. | 8.7% |
| SpecGx LLC | 19.5% |
| Mylan Pharmaceuticals, Inc. | 35.8% |
| West-Ward Pharmaceuticals Corp. | 12.6% |
| Actavis Pharma, Inc. | 6.0% |
| Purdue Pharma LP | 7.9% |
| Par Pharmaceutical | 3.1% |
| Sandoz Inc | 0.9% |
| Teva Pharmaceuticals USA, Inc. | 2.3% |
| Janssen Pharmaceuticals, Inc. | 0.0% |
| Zydus Pharmaceuticals (USA) Inc. | 0.0% |
| Ethex Corporation | 2.5% |
| Sun Pharmaceutical Industries, Inc. | 0.1% |
| Rhodes Pharmaceuticals | 0.0% |
| AvKARE, Inc. | 0.0% |
| Endo Pharmaceuticals, Inc. | 0.0% |
| Alpharma Pharmaceuticals LLC | 0.0% |
| Other | 0.6% |





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total Dosage Units (2008)





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI Total MME (2009)





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total Dosage Units (2009)

| Labeler | Market Share |
|---|---|
| Indivior Inc. | 1.9% |
| SpecGx LLC | 62.5% |
| Mylan Pharmaceuticals, Inc. | 0.9% |
| West-Ward Pharmaceuticals Corp. | 3.1% |
| Actavis Pharma, Inc. | 19.6% |
| Purdue Pharma LP | 4.8% |
| Par Pharmaceutical | 1.9% |
| Sandoz Inc | 0.1% |
| Teva Pharmaceuticals USA, Inc. | 3.5% |
| Janssen Pharmaceuticals, Inc. | 0.1% |
| Zydus Pharmaceuticals (USA) Inc. | 0.0% |
| Ethex Corporation | 0.1% |
| Sun Pharmaceutical Industries, Inc. | 0.0% |
| Rhodes Pharmaceuticals | 0.0% |
| AvKARE, Inc. | 0.0% |
| Endo Pharmaceuticals, Inc. | 0.0% |
| Alpharma Pharmaceuticals LLC | 0.0% |
| Other | 1.6% |





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total MME (2010)





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total Dosage Units (2010)



### Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
### Total MME (2011)





## Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
## Total Dosage Units (2011)



Indivior Inc. — 4.0%
SpecGx LLC — 70.0%
Mylan Pharmaceuticals, Inc. — 0.3%
West-Ward Pharmaceuticals Corp. — 5.7%
Actavis Pharma, Inc. — 4.6%
Purdue Pharma LP — 4.3%
Par Pharmaceutical — 7.2%
Sandoz Inc — 0.0%
Teva Pharmaceuticals USA, Inc. — 2.5%
Janssen Pharmaceuticals, Inc. — 0.1%
Zydus Pharmaceuticals (USA) Inc. — 0.0%
Ethex Corporation — 0.0%
Sun Pharmaceutical Industries, Inc. — 0.0%
Rhodes Pharmaceuticals — 0.6%
AvKARE, Inc. — 0.0%
Endo Pharmaceuticals, Inc. — 0.4%
Alpharma Pharmaceuticals LLC — 0.0%
Other — 0.1%

0.0%  10.0%  20.0%  30.0%  40.0%  50.0%  60.0%  70.0%  80.0%





Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
Total MME (2012)



### Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
### Total Dosage Units (2012)







### Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
### Total MME (2013)





### Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI
### Total Dosage Units (2013)

Indivior Inc. — 4.6%
SpecGx LLC — 47.4%
Mylan Pharmaceuticals, Inc. — 0.2%
West-Ward Pharmaceuticals Corp. — 14.8%
Actavis Pharma, Inc. — 4.4%
Purdue Pharma LP — 3.3%
Par Pharmaceutical — 10.7%
Sandoz Inc — 0.0%
Teva Pharmaceuticals USA, Inc. — 3.9%
Janssen Pharmaceuticals, Inc. — 0.1%
Zydus Pharmaceuticals (USA) Inc. — 0.2%
Ethex Corporation — 0.0%
Sun Pharmaceutical Industries, Inc. — 5.9%
Rhodes Pharmaceuticals — 1.9%
AvKARE, Inc. — 0.3%
Endo Pharmaceuticals, Inc. — 0.0%
Alpharma Pharmaceuticals LLC — 0.0%
Other — 2.4%

0.0%    10.0%    20.0%    30.0%    40.0%    50.0%    60.0%    70.0%    80.0%



**Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI Total MME (2014)**







**Labeler Market Share of 14 Opioid Drugs in Bayfield County, WI**
**Total Dosage Units (2014)**

| Labeler | Market Share |
|---|---|
| Indivior Inc. | 1.9% |
| SpecGx LLC | 49.0% |
| Mylan Pharmaceuticals, Inc. | 1.7% |
| West-Ward Pharmaceuticals Corp. | 10.4% |
| Actavis Pharma, Inc. | 2.0% |
| Purdue Pharma LP | 3.2% |
| Par Pharmaceutical | 14.4% |
| Sandoz Inc | 0.1% |
| Teva Pharmaceuticals USA, Inc. | 2.3% |
| Janssen Pharmaceuticals, Inc. | 0.0% |
| Zydus Pharmaceuticals (USA) Inc. | 7.5% |
| Ethex Corporation | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 1.5% |
| Rhodes Pharmaceuticals | 2.4% |
| AvKARE, Inc. | 0.0% |
| Endo Pharmaceuticals, Inc. | 0.1% |
| Alpharma Pharmaceuticals LLC | 0.0% |
| Other | 3.5% |