# EXHIBIT 4





Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total MME (2006 - 2014)





Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total Dosage Units (2006 - 2014)





**Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI Total MME (2006)**

- SpecGx LLC — 15.3%
- Mylan Pharmaceuticals, Inc. — 4.8%
- Sandoz Inc — 49.9%
- Actavis Pharma, Inc. — 6.3%
- Par Pharmaceutical — 5.3%
- Purdue Pharma LP — 0.7%
- West-Ward Pharmaceuticals Corp. — 2.1%
- Indivior Inc. — 0.9%
- Teva Pharmaceuticals USA, Inc. — 3.2%
- Ethex Corporation — 4.0%
- Janssen Pharmaceuticals, Inc. — 2.2%
- Rhodes Pharmaceuticals — 0.0%
- Other — 5.4%





## Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
## Total Dosage Units (2006)

| Labeler | Market Share |
|---------|-------------|
| SpecGx LLC | 46.8% |
| Mylan Pharmaceuticals, Inc. | 0.2% |
| Sandoz Inc | 2.3% |
| Actavis Pharma, Inc. | 18.5% |
| Par Pharmaceutical | 4.5% |
| Purdue Pharma LP | 0.3% |
| West-Ward Pharmaceuticals Corp. | 1.4% |
| Indivior Inc. | 0.1% |
| Teva Pharmaceuticals USA, Inc. | 4.9% |
| Ethex Corporation | 2.5% |
| Janssen Pharmaceuticals, Inc. | 0.3% |
| Rhodes Pharmaceuticals | 0.0% |
| Other | 18.3% |





**Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI**
**Total MME (2007)**





Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total Dosage Units (2007)





Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total MME (2008)





Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total Dosage Units (2008)



### Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
### Total MME (2009)





## Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
## Total Dosage Units (2009)







**Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total MME (2010)**



**Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total Dosage Units (2010)**







Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total MME (2011)



**Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI**
**Total Dosage Units (2011)**





Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total MME (2012)







Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total Dosage Units (2012)



### Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
### Total MME (2013)







**Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI Total Dosage Units (2013)**

- SpecGx LLC — 47.6%
- Mylan Pharmaceuticals, Inc. — 1.8%
- Sandoz Inc — 0.0%
- Actavis Pharma, Inc. — 17.7%
- Par Pharmaceutical — 18.8%
- Purdue Pharma LP — 1.6%
- West-Ward Pharmaceuticals Corp. — 2.4%
- Indivior Inc. — 0.2%
- Teva Pharmaceuticals USA, Inc. — 2.0%
- Ethex Corporation — 0.0%
- Janssen Pharmaceuticals, Inc. — 0.1%
- Rhodes Pharmaceuticals — 1.0%
- Other — 6.8%



### Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
### Total MME (2014)







Labeler Market Share of 14 Opioid Drugs in Ogemaw County, MI
Total Dosage Units (2014)