# EXHIBIT 5



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total MME (2006 - 2014)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 23.1% |
| Actavis Pharma, Inc. | 17.4% |
| Indivior Inc. | 12.5% |
| Purdue Pharma LP | 9.9% |
| Par Pharmaceutical | 7.4% |
| West-Ward Pharmaceuticals Corp. | 6.0% |
| Mylan Pharmaceuticals, Inc. | 4.3% |
| Endo Pharmaceuticals, Inc. | 2.6% |
| Sandoz Inc | 1.8% |
| KVK-Tech, Inc. | 1.7% |
| Teva Pharmaceuticals USA, Inc. | 1.7% |
| Amneal Pharmaceuticals LLC | 1.7% |
| Rhodes Pharmaceuticals | 1.5% |
| Janssen Pharmaceuticals, Inc. | 1.5% |
| Apotex Corp. | 0.9% |
| Ethex Corporation | 0.8% |
| Hospira, Inc. | 0.8% |
| Sun Pharmaceutical Industries, Inc. | 0.6% |
| Other | 3.9% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2006 - 2014)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 38.6% |
| Actavis Pharma, Inc. | 25.8% |
| Indivior Inc. | 0.9% |
| Purdue Pharma LP | 2.8% |
| Par Pharmaceutical | 15.7% |
| West-Ward Pharmaceuticals Corp. | 3.1% |
| Mylan Pharmaceuticals, Inc. | 0.4% |
| Endo Pharmaceuticals, Inc. | 0.9% |
| Sandoz Inc | 0.1% |
| KVK-Tech, Inc. | 1.5% |
| Teva Pharmaceuticals USA, Inc. | 1.7% |
| Amneal Pharmaceuticals LLC | 3.8% |
| Rhodes Pharmaceuticals | 0.9% |
| Janssen Pharmaceuticals, Inc. | 0.3% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 0.6% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 0.8% |
| Other | 2.0% |



## Labeler Market Share of 14 Opioid Drugs in Butler County, OH
## Total MME (2006)

| Labeler | Market Share |
|---------|--------------|
| SpecGx LLC | 30.6% |
| Actavis Pharma, Inc. | 12.6% |
| Indivior Inc. | 1.6% |
| Purdue Pharma LP | 10.6% |
| Par Pharmaceutical | 7.7% |
| West-Ward Pharmaceuticals Corp. | 2.1% |
| Mylan Pharmaceuticals, Inc. | 7.5% |
| Endo Pharmaceuticals, Inc. | 0.5% |
| Sandoz Inc | 7.5% |
| KVK-Tech, Inc. | 0.0% |
| Teva Pharmaceuticals USA, Inc. | 4.7% |
| Amneal Pharmaceuticals LLC | 0.0% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 4.5% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 2.5% |
| Hospira, Inc. | 1.0% |
| Sun Pharmaceutical Industries, Inc. | 0.1% |
| Other | 6.5% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2006)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 59.8% |
| Actavis Pharma, Inc. | 13.8% |
| Indivior Inc. | 0.2% |
| Purdue Pharma LP | 2.8% |
| Par Pharmaceutical | 9.8% |
| West-Ward Pharmaceuticals Corp. | 1.7% |
| Mylan Pharmaceuticals, Inc. | 0.2% |
| Endo Pharmaceuticals, Inc. | 0.8% |
| Sandoz Inc | 0.2% |
| KVK-Tech, Inc. | 0.0% |
| Teva Pharmaceuticals USA, Inc. | 4.5% |
| Amneal Pharmaceuticals LLC | 0.0% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 0.1% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 2.4% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 0.3% |
| Other | 3.4% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total MME (2007)

| Labeler | Market Share |
|---------|--------------|
| SpecGx LLC | 29.8% |
| Actavis Pharma, Inc. | 14.2% |
| Indivior Inc. | 3.5% |
| Purdue Pharma LP | 11.5% |
| Par Pharmaceutical | 4.7% |
| West-Ward Pharmaceuticals Corp. | 2.2% |
| Mylan Pharmaceuticals, Inc. | 6.4% |
| Endo Pharmaceuticals, Inc. | 1.0% |
| Sandoz Inc | 7.2% |
| KVK-Tech, Inc. | 0.0% |
| Teva Pharmaceuticals USA, Inc. | 7.9% |
| Amneal Pharmaceuticals LLC | 0.0% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 2.3% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 2.6% |
| Hospira, Inc. | 0.9% |
| Sun Pharmaceutical Industries, Inc. | 0.1% |
| Other | 5.6% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2007)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 50.2% |
| Actavis Pharma, Inc. | 26.0% |
| Indivior Inc. | 0.3% |
| Purdue Pharma LP | 2.9% |
| Par Pharmaceutical | 7.3% |
| West-Ward Pharmaceuticals Corp. | 1.7% |
| Mylan Pharmaceuticals, Inc. | 0.2% |
| Endo Pharmaceuticals, Inc. | 0.9% |
| Sandoz Inc | 0.2% |
| KVK-Tech, Inc. | 0.0% |
| Teva Pharmaceuticals USA, Inc. | 5.3% |
| Amneal Pharmaceuticals LLC | 0.2% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 0.1% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 2.0% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 0.2% |
| Other | 2.4% |



## Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total MME (2008)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 26.9% |
| Actavis Pharma, Inc. | 15.7% |
| Indivior Inc. | 8.9% |
| Purdue Pharma LP | 17.5% |
| Par Pharmaceutical | 3.9% |
| West-Ward Pharmaceuticals Corp. | 3.5% |
| Mylan Pharmaceuticals, Inc. | 6.1% |
| Endo Pharmaceuticals, Inc. | 1.8% |
| Sandoz Inc | 2.1% |
| KVK-Tech, Inc. | 0.0% |
| Teva Pharmaceuticals USA, Inc. | 3.5% |
| Amneal Pharmaceuticals LLC | 0.1% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 1.7% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 3.5% |
| Hospira, Inc. | 0.7% |
| Sun Pharmaceutical Industries, Inc. | 0.0% |
| Other | 4.2% |



## Labeler Market Share of 14 Opioid Drugs in Butler County, OH Total Dosage Units (2008)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 48.4% |
| Actavis Pharma, Inc. | 27.5% |
| Indivior Inc. | 0.7% |
| Purdue Pharma LP | 4.6% |
| Par Pharmaceutical | 7.1% |
| West-Ward Pharmaceuticals Corp. | 2.4% |
| Mylan Pharmaceuticals, Inc. | 0.2% |
| Endo Pharmaceuticals, Inc. | 1.1% |
| Sandoz Inc | 0.1% |
| KVK-Tech, Inc. | 0.0% |
| Teva Pharmaceuticals USA, Inc. | 2.7% |
| Amneal Pharmaceuticals LLC | 0.5% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 0.0% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 2.7% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 0.1% |
| Other | 2.1% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH Total MME (2009)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 28.5% |
| Actavis Pharma, Inc. | 17.5% |
| Indivior Inc. | 11.0% |
| Purdue Pharma LP | 15.9% |
| Par Pharmaceutical | 5.9% |
| West-Ward Pharmaceuticals Corp. | 4.0% |
| Mylan Pharmaceuticals, Inc. | 5.1% |
| Endo Pharmaceuticals, Inc. | 3.0% |
| Sandoz Inc | 1.8% |
| KVK-Tech, Inc. | 0.0% |
| Teva Pharmaceuticals USA, Inc. | 1.3% |
| Amneal Pharmaceuticals LLC | 0.2% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 0.9% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 0.2% |
| Hospira, Inc. | 0.9% |
| Sun Pharmaceutical Industries, Inc. | 0.2% |
| Other | 3.4% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2009)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 45.1% |
| Actavis Pharma, Inc. | 30.3% |
| Indivior Inc. | 0.8% |
| Purdue Pharma LP | 4.3% |
| Par Pharmaceutical | 9.6% |
| West-Ward Pharmaceuticals Corp. | 2.8% |
| Mylan Pharmaceuticals, Inc. | 0.3% |
| Endo Pharmaceuticals, Inc. | 1.3% |
| Sandoz Inc | 0.0% |
| KVK-Tech, Inc. | 0.0% |
| Teva Pharmaceuticals USA, Inc. | 2.1% |
| Amneal Pharmaceuticals LLC | 0.8% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 0.1% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 0.1% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 0.8% |
| Other | 1.6% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total MME (2010)

| Labeler | Share |
|---|---|
| SpecGx LLC | 25.3% |
| Actavis Pharma, Inc. | 23.4% |
| Indivior Inc. | 10.6% |
| Purdue Pharma LP | 11.9% |
| Par Pharmaceutical | 7.2% |
| West-Ward Pharmaceuticals Corp. | 5.5% |
| Mylan Pharmaceuticals, Inc. | 4.5% |
| Endo Pharmaceuticals, Inc. | 4.0% |
| Sandoz Inc | 1.5% |
| KVK-Tech, Inc. | 0.2% |
| Teva Pharmaceuticals USA, Inc. | 0.4% |
| Amneal Pharmaceuticals LLC | 0.3% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 1.1% |
| Apotex Corp. | 0.3% |
| Ethex Corporation | 0.8% |
| Hospira, Inc. | 0.9% |
| Sun Pharmaceutical Industries, Inc. | 0.1% |
| Other | 2.1% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2010)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 40.1% |
| Actavis Pharma, Inc. | 35.6% |
| Indivior Inc. | 0.7% |
| Purdue Pharma LP | 3.2% |
| Par Pharmaceutical | 12.2% |
| West-Ward Pharmaceuticals Corp. | 2.6% |
| Mylan Pharmaceuticals, Inc. | 0.2% |
| Endo Pharmaceuticals, Inc. | 1.3% |
| Sandoz Inc | 0.0% |
| KVK-Tech, Inc. | 0.2% |
| Teva Pharmaceuticals USA, Inc. | 0.7% |
| Amneal Pharmaceuticals LLC | 1.1% |
| Rhodes Pharmaceuticals | 0.0% |
| Janssen Pharmaceuticals, Inc. | 0.3% |
| Apotex Corp. | 0.1% |
| Ethex Corporation | 0.3% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 0.2% |
| Other | 1.3% |



## Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total MME (2011)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 22.5% |
| Actavis Pharma, Inc. | 23.4% |
| Indivior Inc. | 13.5% |
| Purdue Pharma LP | 8.0% |
| Par Pharmaceutical | 9.7% |
| West-Ward Pharmaceuticals Corp. | 6.4% |
| Mylan Pharmaceuticals, Inc. | 3.1% |
| Endo Pharmaceuticals, Inc. | 5.8% |
| Sandoz Inc | 0.3% |
| KVK-Tech, Inc. | 0.9% |
| Teva Pharmaceuticals USA, Inc. | 0.5% |
| Amneal Pharmaceuticals LLC | 1.4% |
| Rhodes Pharmaceuticals | 1.0% |
| Janssen Pharmaceuticals, Inc. | 1.0% |
| Apotex Corp. | 0.3% |
| Ethex Corporation | 0.0% |
| Hospira, Inc. | 0.8% |
| Sun Pharmaceutical Industries, Inc. | 0.1% |
| Other | 1.4% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2011)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 32.3% |
| Actavis Pharma, Inc. | 29.7% |
| Indivior Inc. | 1.0% |
| Purdue Pharma LP | 2.3% |
| Par Pharmaceutical | 23.2% |
| West-Ward Pharmaceuticals Corp. | 3.0% |
| Mylan Pharmaceuticals, Inc. | 0.2% |
| Endo Pharmaceuticals, Inc. | 1.4% |
| Sandoz Inc | 0.0% |
| KVK-Tech, Inc. | 0.8% |
| Teva Pharmaceuticals USA, Inc. | 0.5% |
| Amneal Pharmaceuticals LLC | 3.9% |
| Rhodes Pharmaceuticals | 0.5% |
| Janssen Pharmaceuticals, Inc. | 0.4% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 0.0% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 0.0% |
| Other | 0.8% |

0.0%   10.0%   20.0%   30.0%   40.0%   50.0%   60.0%   70.0%



**Labeler Market Share of 14 Opioid Drugs in Butler County, OH**
**Total MME (2012)**

| Labeler | Share |
|---|---|
| SpecGx LLC | 22.4% |
| Actavis Pharma, Inc. | 20.2% |
| Indivior Inc. | 16.0% |
| Purdue Pharma LP | 7.2% |
| Par Pharmaceutical | 10.1% |
| West-Ward Pharmaceuticals Corp. | 7.7% |
| Mylan Pharmaceuticals, Inc. | 3.1% |
| Endo Pharmaceuticals, Inc. | 2.6% |
| Sandoz Inc | 0.2% |
| KVK-Tech, Inc. | 1.5% |
| Teva Pharmaceuticals USA, Inc. | 0.7% |
| Amneal Pharmaceuticals LLC | 1.1% |
| Rhodes Pharmaceuticals | 2.0% |
| Janssen Pharmaceuticals, Inc. | 1.1% |
| Apotex Corp. | 0.1% |
| Ethex Corporation | 0.0% |
| Hospira, Inc. | 0.7% |
| Sun Pharmaceutical Industries, Inc. | 1.1% |
| Other | 2.1% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2012)

| Labeler | Market Share |
|---------|-------------:|
| SpecGx LLC | 34.6% |
| Actavis Pharma, Inc. | 26.1% |
| Indivior Inc. | 1.1% |
| Purdue Pharma LP | 1.9% |
| Par Pharmaceutical | 22.9% |
| West-Ward Pharmaceuticals Corp. | 3.6% |
| Mylan Pharmaceuticals, Inc. | 0.6% |
| Endo Pharmaceuticals, Inc. | 0.7% |
| Sandoz Inc | 0.0% |
| KVK-Tech, Inc. | 1.4% |
| Teva Pharmaceuticals USA, Inc. | 0.8% |
| Amneal Pharmaceuticals LLC | 3.0% |
| Rhodes Pharmaceuticals | 1.0% |
| Janssen Pharmaceuticals, Inc. | 0.4% |
| Apotex Corp. | 0.0% |
| Ethex Corporation | 0.0% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 0.9% |
| Other | 0.8% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total MME (2013)

| Labeler | Share |
|---|---|
| SpecGx LLC | 18.2% |
| Actavis Pharma, Inc. | 14.8% |
| Indivior Inc. | 17.9% |
| Purdue Pharma LP | 6.9% |
| Par Pharmaceutical | 5.8% |
| West-Ward Pharmaceuticals Corp. | 9.6% |
| Mylan Pharmaceuticals, Inc. | 3.2% |
| Endo Pharmaceuticals, Inc. | 1.8% |
| Sandoz Inc | 0.1% |
| KVK-Tech, Inc. | 3.2% |
| Teva Pharmaceuticals USA, Inc. | 0.3% |
| Amneal Pharmaceuticals LLC | 3.6% |
| Rhodes Pharmaceuticals | 3.6% |
| Janssen Pharmaceuticals, Inc. | 1.3% |
| Apotex Corp. | 2.3% |
| Ethex Corporation | 0.0% |
| Hospira, Inc. | 0.7% |
| Sun Pharmaceutical Industries, Inc. | 2.1% |
| Other | 4.8% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2013)

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 34.6% |
| Actavis Pharma, Inc. | 21.1% |
| Indivior Inc. | 1.5% |
| Purdue Pharma LP | 2.2% |
| Par Pharmaceutical | 13.3% |
| West-Ward Pharmaceuticals Corp. | 5.4% |
| Mylan Pharmaceuticals, Inc. | 0.7% |
| Endo Pharmaceuticals, Inc. | 0.5% |
| Sandoz Inc | 0.0% |
| KVK-Tech, Inc. | 3.1% |
| Teva Pharmaceuticals USA, Inc. | 1.1% |
| Amneal Pharmaceuticals LLC | 7.9% |
| Rhodes Pharmaceuticals | 2.6% |
| Janssen Pharmaceuticals, Inc. | 0.5% |
| Apotex Corp. | 0.1% |
| Ethex Corporation | 0.0% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 2.7% |
| Other | 2.7% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total MME (2014)



Bar chart showing Labeler Market Share:

| Labeler | Market Share |
|---|---|
| SpecGx LLC | 13.3% |
| Actavis Pharma, Inc. | 10.8% |
| Indivior Inc. | 18.6% |
| Purdue Pharma LP | 6.1% |
| Par Pharmaceutical | 8.0% |
| West-Ward Pharmaceuticals Corp. | 7.8% |
| Mylan Pharmaceuticals, Inc. | 2.7% |
| Endo Pharmaceuticals, Inc. | 1.2% |
| Sandoz Inc | 0.2% |
| KVK-Tech, Inc. | 7.3% |
| Teva Pharmaceuticals USA, Inc. | 0.2% |
| Amneal Pharmaceuticals LLC | 5.9% |
| Rhodes Pharmaceuticals | 4.5% |
| Janssen Pharmaceuticals, Inc. | 1.1% |
| Apotex Corp. | 4.1% |
| Ethex Corporation | 0.0% |
| Hospira, Inc. | 0.6% |
| Sun Pharmaceutical Industries, Inc. | 0.8% |
| Other | 6.7% |



### Labeler Market Share of 14 Opioid Drugs in Butler County, OH
### Total Dosage Units (2014)

| Labeler | Market Share |
|---------|-------------:|
| SpecGx LLC | 20.4% |
| Actavis Pharma, Inc. | 16.9% |
| Indivior Inc. | 1.6% |
| Purdue Pharma LP | 2.1% |
| Par Pharmaceutical | 23.4% |
| West-Ward Pharmaceuticals Corp. | 3.4% |
| Mylan Pharmaceuticals, Inc. | 0.5% |
| Endo Pharmaceuticals, Inc. | 0.4% |
| Sandoz Inc | 0.0% |
| KVK-Tech, Inc. | 7.1% |
| Teva Pharmaceuticals USA, Inc. | 0.7% |
| Amneal Pharmaceuticals LLC | 13.2% |
| Rhodes Pharmaceuticals | 3.4% |
| Janssen Pharmaceuticals, Inc. | 0.5% |
| Apotex Corp. | 0.1% |
| Ethex Corporation | 0.0% |
| Hospira, Inc. | 0.0% |
| Sun Pharmaceutical Industries, Inc. | 1.5% |
| Other | 4.8% |