**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  *All Cases Naming Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals of New York, LLC, and Amneal Pharmaceuticals LLC* | MDL No. 2804  Case No. 1:17-md-2804  Judge Dan Aaron Polster |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AND AMNEAL PHARMACEUTICALS LLC

Please take notice that Georgia Hatzis of the law firm Ulmer & Berne LLP, 1660 West 2nd Street, Suite 1100, Cleveland, Ohio, 44413, enters her appearance as additional counsel of record for Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals of New York, LLC.  Please include Ms. Hatzis on all future filings and notices.

Respectfully submitted,

*/s/ Georgia Hatzis*
Paul J. Cosgrove
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 698-5000/Fax: (513) 698-5001
pcosgrove@ulmer.com

Joshua A. Klarfeld
Georgia Hatzis
ULMER & BERNE LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH  44113
Phone: (216) 583-7000/Fax: (216) 583-7001
jklarfeld@ulmer.com
ghatzis@ulmer.com

*Attorneys for Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals of New York, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned certifies on June 16, 2022, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Georgia Hatzis*