IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Hon. Dan Aaron Polster |
| This Document Relates to: | |
| *Applies to All Cases* | |

___

**JOINDER TO MOTION TO APPOINT
THE FEE PANEL TO ALLOCATE AND DISBURSE
ATTORNEY'S FEES PROVIDED IN STATE BACK-STOP AGREEMENTS**

COMES NOW the undersigned counsel acting on behalf of itself and for the entities shown on Exhibit "A" and joins the movants in Document #4539 as well as in the document #4539-1.

To be clear, the undersigned joins in the Motion and Order to authorize the Fee Panel to allocate and disburse payments for attorney's fees from State Back-Stop funds in states where an established procedure for allocating such fees does not already exist.

Respectfully submitted this 17th day of June, 2022.

        /s/ Mark A. Tate
Mark A. Tate
Georgia State Bar No. 698820
tlgservice@tatelawgroup.com
(912) 234-3030
25 Bull Street. Second Floor
Savannah, Georgia 31401