## EXHIBIT A

**Georgia**
Alma
Bacon County
Blackshear
Brunswick
Chatham County
Dade County
Demorest
Fulton County
Pierce County
Pooler
Richmond Hill

**New Jersey**
Bayonne
Clifton
Clinton
Elizabeth
Paramus
Madison
Parsippany-Troy Hills
East Hanover
Lincoln Park
Morristown
Roxbury
Warren County
Morris County