# EXHIBIT A

## Delinsky, Eric

| | |
|---|---|
| **From:** | David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law> |
| **Sent:** | Thursday, June 16, 2022 2:44 PM |
| **To:** | Peter Weinberger; Fumerton, Tara A.; Delinsky, Eric; Stoffelmayr (External), Kaspar |
| **Subject:** | Injunctive Relief |

**EXTERNAL**

Greetings.

As you know, Judge Polster directed the T3 parties to submit an agreement on Injunctive Relief, and he stated that a good starting point would be the injunctive relief agreed to in the settlement between the Florida AG and Walgreens.  *See* Trial Tx at 1335 (5/18/22).

The parties' recent submissions, however, suggest they may be talking past each other, and/or not starting out with what they have already agreed to in the Florida settlement.

Accordingly, Judge Polster directed me to convey the following.  The parties shall meet and confer and come to as much agreement as possible regarding injunctive relief.  The Court expects that full agreement is possible and should be obtained.  On July 8th at 2pm, the parties shall submit (with their response briefs) documents showing: (a) what they have agreed upon, and (b) what they have not agreed upon (if anything).  Moreover, to facilitate agreement, if counsel's meet-and-confers have not produced complete agreement by June 29th, then counsel shall engage in an additional meet-and-confer of at least 6 hours **in person** (or until full agreement) before July 8th, during which time any persons required for "sign-off" must be immediately available by telephone.  You may elect to include a mediator.

Please forward this email as appropriate.

-David

========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law