**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*City of Barberton et al v. Purdue Pharma, L.P., et al.*, Case No. 1:l8-op-45767;<br><br>*Geauga Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:18-op-45256;<br><br>*Columbiana County Board of Commissioners v. AmerisourceBergen Drug Corporation, et al.* Case No., 1:l8-op-45289;<br><br>*County of Lake v. Purdue Pharma L.P. et al.,* Case No. 1:l8-op-45032;<br><br>*County of Trumbull v. Purdue Pharma L.P. et al.*, Case No. 1:18-op-45079;<br><br>*City of Warren v. Purdue Pharma, LP, et al.,* Case No. l:l8-op-45434;<br><br>*City of Cleveland v. Purdue Pharma, et al.,* Case No. 1:1 8-op-45132;<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 1:1 8-op-45090;<br><br>*The County of Cuyahoga et al. v. Purdue Pharma L.P., et al.*, Case No. 1: 17-op-45004;<br><br>and<br><br>*Township of Painesville v. Purdue Pharma L.P. et al.*, Case No. 1:18-op-46035 | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel of record for the Ohio Settling Local Governments identified in Appendix A (the "Plaintiffs") and Defendant Giant Eagle, Inc., HBC Service Co. and Giant Eagle RX Distribution Center ("Giant Eagle" ) (collectively, the "Parties") stipulate that the Parties have settled the above-referenced litigations pursuant to the Settlement Agreement entered into by the Parties with an effective date of March 31, 2022.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree that all Released Claims (as defined in the Settlement Agreement) of Plaintiffs against Giant Eagle and the Released Entities (as defined in the Settlement Agreement) are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs.


Date:   June 15, 2022                                      Respectfully submitted,

                                                        **ATTORNEYS FOR PLAINTIFFS/**
**OHIO SETTLING LOCAL GOVERNMENTS**


*/s/ Peter H. Weinberg*
Peter H. Weinberger
1001 Lakeside Ave,
Cleveland, Ohio 44114
*phw@spanglaw.com*


/s/ Peter Mougey
Peter Mougey
Levin Papantonio Rafferty Proctor
  Buchanan O'Brien Barr Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
*pmougey@levinlaw.com*
*opioidmail@levinlaw.com*

/s/ Linda Singer
Linda Singer
MOTLEY RICE LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
lsinger@motleyrice.com


/s/ Joseph F. Rice
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
jrice@motleyrice.com


/s/ Hunder J. Shkolnik
Hunter J. Shkolnik
Napoli Shkolnik
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
hunter@napolilaw.com


/s/ Salvatore C. Badala
Salvatore C. Badala
Napoli Shkolnik PLLC
360 Lexington Avenue
New York, New York 10017
sbadala@napolilaw.com


/s/ Frank Gallucci
Frank Gallucci
Plevin & Gallucci
55 Public Square, Suite 2222
Cleveland, Ohio 44113
fgallucci@pglawyer.com

**ATTORNEYS FOR GIANT EAGLE**

*/s/ Robert M. Barnes*
Bernard D. Marcus
Robert M. Barnes
Scott D. Livingston
Marcus & Shapira LLP
301 Grant Street, 35th Floor
Pittsburgh, Pennsylvania 15219-6401
*marcus@marcus-shapira.com*
*rbarnes@marcus-shapira.com*
*livingston@marcus-shapira.com*

**IT IS SO ORDERED:**

/s/Dan Aaron Polster 6/21/22
Dan Aaron Polster
United States District Judge

A1703622.1                                    4