# Appendix A

**Ohio Settling Local Governments:**

- City of Barberton, Ohio
- County of Geauga, Ohio
- County of Columbiana, Ohio
- Lake County, Ohio
- Trumbull County, Ohio
- Summit County, Ohio
- City of Akron, Ohio,
- Cuyahoga County, Ohio
- The City of Cleveland, Ohio
- The Village of Boston Heights, Ohio
- Boston Township, Ohio
- The Village of Clinton, Ohio
- Copley Township, Ohio
- Coventry Township, Ohio
- The City of Cuyahoga Falls, Ohio
- The City of Fairlawn, Ohio
- The City of Green, Ohio
- The Village of Lakemore, Ohio
- The Village of Mogadore, Ohio
- The City of Munroe Falls, Ohio
- The City of New Franklin, Ohio
- The City of Norton, Ohio
- The Village of Peninsula, Ohio
- The Village of Richfield, Ohio
- The Village of Silver Lake, Ohio
- Springfield Township, Ohio
- The City of Stow, Ohio
- The City of Tallmadge, Ohio
- The City of Warren, Ohio
- The Township of Painesville, Ohio
- Valley Fire District, Ohio

A1703622.1