# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:21-op-45080 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING SETTLING DISTRIBUTORS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING INDIANA SUBDIVISIONS AS BARRED BY STATUTE

Upon consideration of Settling Distributors' Motion To Dismiss Claims Filed By Non-Participating Indiana Subdivisions As Barred By Statute ("Settling Distributors' Motion"), and any opposition thereto, and as there is no just reason for delay, it is hereby ORDERED that Settling Distributors' Motion is GRANTED. It is further ORDERED that the claims asserted against Settling Distributors[1] in the above-captioned lawsuit filed by Indiana political subdivisions School City of Mishawaka, South Bend Community School Corporation, Penn-Harris-Madison School Corporation, Fort Wayne Community Schools, and Smith-Green Community Schools are hereby DISMISSED WITH PREJUDICE.

_____
Hon. Dan A. Polster
United States District Judge

---

[1] The Settling Distributors are AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation Inc., McKesson Corporation, McKesson Medical-Surgical, Inc., Cardinal Health, Inc., and Cardinal Health 110, LLC, as well as any other Released Entities, as that term is defined in the Settlement Agreement, that have been named as defendants in the Complaint. *See Texarkana Independent School District et al v. Abbvie, Inc et al.*, MDL Case No. 1:21-op-45080 (May 24, 2021) (Dkt. No. 1); Settling Distributors' Motion Ex. A; Settling Distributors' Motion Ex. B at 8 & Ex. J thereto.