UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**STIPULATION AND PROPOSED ORDER
REGARDING WASHINGTON SUBDIVISIONS' COMPLIANCE WITH CASE
MANAGEMENT ORDER DKT. 3795**

WHEREAS, on July 23, 2021, pursuant to the Case Management Order Applicable to Cases of "Non-Participating Subdivisions" Asserting Claims Against Settling Defendants (Doc. # 3795) (hereinafter "CMO"), the Court set forth various requirements for Non-Participating Subdivisions to comply with if they were not a Participating Subdivision to the national settlements proposed by Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation (collectively, "Settling Distributors"), and Johnson & Johnson ("J&J");

WHEREAS, on April 15, 2022, this Court extended the time for the Washington State Subdivision Plaintiffs to comply with these requirements (Doc. # 4358) pursuant to a stipulation between the Washington State Subdivision Plaintiffs and the Settling Distributors, a stipulation J&J did not oppose;

WHEREAS, the new deadlines set by the Court were as follows: (i) Plaintiff Fact Sheets are due June 27, 2022, (ii) summary expert reports are due July 25, 2022, and (iii) verifying affidavits are due August 26, 2022;

1

WHEREAS, the Parties desire to extend the stipulation further in light of the proposed settlement between the Settling Distributors and the State of Washington, which the Washington State Subdivision Plaintiffs can join by September 23, 2022; and

WHEREAS, J&J agrees to the relief requested herein;

NOW THEREFORE, the Settling Distributors, J&J, and the Washington State Subdivision Plaintiffs hereby stipulate, subject to Court approval, that the requirements of the CMO, including those set forth in Sections I-III of the CMO, be stayed for the Washington State Subdivisions for one month after September 23, 2022 to Monday, October 24, 2022. The Parties specifically propose that new deadlines for the Washington State Subdivision Plaintiffs pursuant to the CMO are as follows: Plaintiff Fact Sheets are due by October 24, 2022, (ii) summary expert reports are due November 28, 2022, and (iii) verifying affidavits are due December 30, 2022.

DATED this 23rd day of June, 2022.

| | |
|---|---|
| */s/ Mark H. Lynch* | */s/ Lynn Sarko* |
| Geoffrey E. Hobart | Lynn Sarko |
| Mark H. Lynch | Derek Loeser |
| Christian J. Pistilli | David J. Ko |
| COVINGTON & BURLING | KELLER ROHRBACK L.L.P. |
| One City Center | 1201 Third Avenue, Suite 3200 |
| 850 Tenth Street, NW | Seattle, WA 98101 |
| Washington, DC 20001 | (206) 623-1900 |
| (202) 662-5544 | lsarko@kellerrorhback.com |
| ghobart@cov.com | dloeser@kellerrohrback.com |
| mlynch@cov.com | dko@kellerrohrback.com |
| cpistilli@cov.com | |
| | *Counsel for City of Tacoma, King County,* |
| *Counsel for Defendant* | *Skagit County, City of Mount Vernon, City of* |
| *McKesson Corporation* | *Burlington, City of Sedro-Woolley, Pierce* |
| | *County, Thurston County, Clark County, City* |
| | *of Kent, Clallam County, Spokane County,* |
| | *Whatcom County, Franklin County, Kitsap* |
| | *County, Island County, City of Olympia,* |

2

*Walla Walla County, Kittitas County, Jefferson County, Whitman County, Chelan County, San Juan County, City of Anacortes, City of Lakewood, City of Vancouver, Lincoln County, City of Bainbridge Island, City of Spokane, and City of Kirkland*

| | |
|---|---|
| */s/ Shannon E. McClure*<br>Robert A. Nicholas<br>Shannon E. McClure<br>REED SMITH LLP<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8100<br>rnicholas@reedsmith.com<br>smcclure@reedsmith.com<br><br>*Counsel for Defendant*<br>*AmerisourceBergen Corporation* | */s/ Chris Huck*<br>Christopher M. Huck<br>GOLDFARB & HUCK<br>ROTH RIOJAS, PLLC<br>925 Fourth Avenue, Suite 3950<br>Seattle, WA 98104<br>(206) 452-0260<br>huck@goldfarb-huck.com<br><br>*Counsel for Snohomish County*<br>*and City of Everett* |
| */S/ JENNIFER G. WICHT*<br>Enu Mainigi<br>Jennifer G. Wicht<br>Steven Pyser<br>Ashley Hardin<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br>(202) 434-5000<br>emainigi@wc.com<br>jwicht@wc.com<br>spyser@wc.com<br>ahardin@wc.com<br><br>*Counsel for Defendant*<br>*Cardinal Health Inc.* | */s/ Steve Berman*<br>Steve Berman<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>1301 2nd Ave Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>steve@hbsslaw.com<br><br>Ben Harrington<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>benh@hbsslaw.com<br><br>*Counsel for City of Seattle* |
| | */s/ Hunter Shkolnik*<br>Hunter Shkolnik<br>NAPOLI SHKOLNIK<br>NS PR Law Services<br>302 Avenida Ponce de Leon |

Santurce, Puerto Rico 00907
(347) 379-1688
hunter@napolilaw.com

Shayna Sacks
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
ssacks@napolilaw.com

*Counsel for Lewis County*

SO ORDERED this ____ day of June, 2022.

_____
Honorable Dan A. Polster
United States District Judge

4