UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**STIPULATION AND ORDER**
**REGARDING WASHINGTON SUBDIVISIONS' COMPLIANCE WITH CASE**
**MANAGEMENT ORDER DKT. 3795**

WHEREAS, on July 23, 2021, pursuant to the Case Management Order Applicable to Cases of "Non-Participating Subdivisions" Asserting Claims Against Settling Defendants (Doc. # 3795) (hereinafter "CMO"), the Court set forth various requirements for Non-Participating Subdivisions to comply with if they were not a Participating Subdivision to the national settlements proposed by Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation (collectively, "Settling Distributors"), and Johnson & Johnson ("J&J");

WHEREAS, on April 15, 2022, this Court extended the time for the Washington State Subdivision Plaintiffs to comply with these requirements (Doc. # 4358) pursuant to a stipulation between the Washington State Subdivision Plaintiffs and the Settling Distributors, a stipulation J&J did not oppose;

WHEREAS, the new deadlines set by the Court were as follows: (i) Plaintiff Fact Sheets are due June 27, 2022, (ii) summary expert reports are due July 25, 2022, and (iii) verifying affidavits are due August 26, 2022;

1

WHEREAS, the Parties desire to extend the stipulation further in light of the proposed settlement between the Settling Distributors and the State of Washington, which the Washington State Subdivision Plaintiffs can join by September 23, 2022; and

WHEREAS, J&J agrees to the relief requested herein;

NOW THEREFORE, the Settling Distributors, J&J, and the Washington State Subdivision Plaintiffs hereby stipulate, subject to Court approval, that the requirements of the CMO, including those set forth in Sections I-III of the CMO, be stayed for the Washington State Subdivisions for one month after September 23, 2022 to Monday, October 24, 2022. The Parties specifically propose that new deadlines for the Washington State Subdivision Plaintiffs pursuant to the CMO are as follows: Plaintiff Fact Sheets are due by October 24, 2022, (ii) summary expert reports are due November 28, 2022, and (iii) verifying affidavits are due December 30, 2022.

DATED this 23rd day of June, 2022.

/s/ Mark H. Lynch
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5544
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

/s/ Lynn Sarko
Lynn Sarko
Derek Loeser
David J. Ko
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
lsarko@kellerrorhback.com
dloeser@kellerrohrback.com
dko@kellerrohrback.com

*Counsel for City of Tacoma, King County, Skagit County, City of Mount Vernon, City of Burlington, City of Sedro-Woolley, Pierce County, Thurston County, Clark County, City of Kent, Clallam County, Spokane County, Whatcom County, Franklin County, Kitsap County, Island County, City of Olympia,*

2

*Walla Walla County, Kittitas County, Jefferson County, Whitman County, Chelan County, San Juan County, City of Anacortes, City of Lakewood, City of Vancouver, Lincoln County, City of Bainbridge Island, City of Spokane, and City of Kirkland*

*/s/ Shannon E. McClure*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen Corporation*

*/s/ Chris Huck*
Christopher M. Huck
GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
(206) 452-0260
huck@goldfarb-huck.com

*Counsel for Snohomish County and City of Everett*

*/S/ JENNIFER G. WICHT*
Enu Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
(202) 434-5000
emainigi@wc.com
jwicht@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Defendant Cardinal Health Inc.*

*/s/ Steve Berman*
Steve Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 2nd Ave Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Ben Harrington
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
benh@hbsslaw.com

*Counsel for City of Seattle*

*/s/ Hunter Shkolnik*
Hunter Shkolnik
NAPOLI SHKOLNIK
NS PR Law Services
302 Avenida Ponce de Leon

3

Santurce, Puerto Rico 00907
(347) 379-1688
hunter@napolilaw.com

Shayna Sacks
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
ssacks@napolilaw.com

*Counsel for Lewis County*

SO ORDERED this 23rd day of June, 2022.


  /s/Dan Aaron Polster
Honorable Dan A. Polster
United States District Judge