**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No.: 1:17-MD-2804<br><br>Hon. Dan A. Polster |

**NOTICE OF BANKRUPTCY DISCHARGE**

**PLEASE TAKE NOTICE** that on October 12, 2020, voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") were filed by Mallinckrodt plc and certain of its debtor affiliates (collectively, the "Reorganized Debtors"), including Mallinckrodt LLC; SpecGx LLC; Mallinckrodt Brand Pharmaceuticals Inc.; Mallinckrodt Enterprises, LLC; Mallinckrodt Enterprises Holdings Inc.; and Mallinckrodt plc, Defendants in the above-captioned case, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under the caption *In re Mallinckrodt plc*, Case No. 20-12522 (JTD) (the "Chapter 11 Cases").[1]

**PLEASE TAKE FURTHER NOTICE** that on March 2, 2022, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 6660] in the Chapter 11 Cases (the "Confirmation Order"), confirming the *Fourth Amended Joint Plan of Reorganization (With Technical*

---

[1] A complete list of the debtors in the Chapter 11 Cases as well as the entire Chapter 11 Cases docket may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Mallinckrodt.

*Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 6510] (the "Plan"),[2] attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that substantial consummation (as that term is defined by Section 1101(2) of the Bankruptcy Code) took place, and the Effective Date with respect to the Plan occurred, on June 16, 2022. *See Notice of Occurrence of Effective Date of Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 7652], attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, and without any further action by any Party, the discharge arising pursuant to Section 1141(d) of the Bankruptcy Code[3] of, among other things, Claims and Causes of Action, including Opioid Claims and Opioid Demands, including with respect to the above-captioned proceeding, took effect. *See* Plan Article IX.A. The Plan and the opioid permanent channeling injunction permanently enjoin any party, including all Opioid Claimants from, among other things, commencing or continuing any action or other proceeding in connection with Opioid Claims, Opioid Demands, or any other Claims against the Protected Parties or any property or interest of the Protected Parties, including the Defendants in

---

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Confirmation Order or the Plan (as applicable).

[3] Section 1141(d)(1) of the Bankruptcy Code, referenced and incorporated in the Plan as further detailed in **Exhibit A** attached hereto, provides: "Except as otherwise provided in this subsection, in the plan, or in the order confirming the plan, the confirmation of a plan: (A) discharges the debtor from any debt that arose before the date of such confirmation, and any debt of a kind specified in section 502(g), 502(h), or 502(i) of this title, whether or not: (i) a proof of the claim based on such debt is filed or deemed filed under section 501 of this title; (ii) such claim is allowed under section 502 of this title; or (iii) the holder of such claim has accepted the plan; and (B) terminates all rights and interests of equity security holders and general partners provided for by the plan."

the above-captioned proceeding. *See* Plan Article IX.H. Accordingly, the above-captioned proceeding should be closed as to Defendants.

Dated: June 24, 2022

/s/ Andrew J. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.: (617) 235-4650
Andrew.O'Connor@ropesgray.com

*Counsel for Mallinckrodt LLC and SpecGx LLC*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on June 24, 2022.

*/s/ Andrew J. O'Connor*
Andrew J. O'Connor