**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) | **MDL 2804** |
| | ) | **Case No. 1:17-md-2804-DAP** |
| This document relates to: | ) | |
| | ) | **Judge Dan Aaron Polster** |
| All Cases Noted on Attached Exhibit | ) | |

### MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO ALABAMA ENDO SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, "Dismissing Plaintiffs") and Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Endo International plc, Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (collectively, "Endo and Par Defendants".[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Endo Settlement Agreement attached hereto as Appendix B, all claims of each Dismissing Plaintiff against any Endo or Par Defendant are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs.

---

[1] The Endo Settlement Agreement is between the State of Alabama, Office of Attorney General on the one hand and Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. on the other, but the Endo Settlement Agreement provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which include not only Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc.; and Par Pharmaceutical Companies, Inc, but also each of the respective parents, members, divisions, direct and indirect subsidiaries, joint ventures, predecessors, successors, affiliates, agents (but only in their capacity as such), assigns, insurers (but only in their capacity as such), and current and former employees, officers, directors, members, shareholders (but only in their capacity as such), partners, trustees, and any current or former related companies of any of the foregoing entities. Endo Settlement Agreement §§A(p) & D.1 (attached as Appendix B). To the extent the parties discover that any Released Claim of any Dismissing Plaintiff remains pending against any Releasee following filing of this stipulation, the parties shall stipulate to the dismissal of those claims in a subsequent filing.

Dated: June 24, 2022                     Respectfully submitted,

/s/ Sara M. Turner
SARA M. TURNER (TUR 061)
LEIGH ANNE FLEMING (HAM 080)
**Baker Donelson Bearman
Caldwell & Berkowitz, P.C.**
420 20th Street North, Suite 1400
Birmingham, Alabama 35203-5202
Telephone:       (205) 328-0480
Facsimile:       (205) 322-8007
Email:
          smturner@bakerdonelson.com
                    lfleming@bakerdonelson.co
          m

/s/ Nina R. Rose
NINA R. ROSE (*admitted pro hac vice*)
**Skadden, Arps, Slate,
Meagher & Flom LLP**
1440 New York Ave, NW
Washington, D.C.  20005
Telephone:     (202) 371-7105
Facsimile:              (202) 661-0575
Email:
          nina.rose@skadden.com

*Counsel for Endo Health Solutions Inc.,
Endo Pharmaceuticals Inc., Par
Pharmaceuticals Companies, Inc., and Par
Pharmaceutical, Inc.*

[Plaintiff signature Blocks]

/s/ William R. Sutton
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
William Sutton ASB3903L74S

218 Commerce Street
Post Office Box 4160 (36103-4160)
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
Email: William.Sutton@BeasleyAllen.com
Counsel for:

| Client Sort | Case Number |
|---|---|
| Autauga County (AL) | 1:2019op45086 |
| Barbour County (AL) | 1:2018op45244 |
| Blount County (AL) | 1:2018op45415 |
| Butler County (AL) | 1:2018op45441 |
| Chambers County (AL) | 1:2018op45408 |
| City of Abbeville (AL) | 1:2018op45437 |
| City of Alexander City (AL) | 1:2019op45827 |
| City of Anniston (AL) | 1:2018op45329 |
| City of Argo (AL) | 1:2019op45744 |
| City of Ashland (AL) | 1:2019op46102 |
| City of Brent (AL) | 1:2019op45910 |
| City of Brundidge (AL) | 1:2019op46128 |
| City of Center Point (AL) | 1:2019op46103 |
| City of Centreville (AL) | 1:2019op46120 |
| City of Chickasaw (AL) | 1:2020op45115 |
| City of Dadeville (AL) | 1:2019op45779 |
| City of Daleville (AL) | 1:2019op45778 |
| City of Dothan (AL) | 1:2019op45886 |
| City of Eufaula (AL) | 1:2019op46132 |
| City of Evergreen (AL) | 1:2018op45422 |
| City of Fairfield (AL) | 1:2020op45089 |

| | |
|---|---|
| City of Geneva (AL) | 1:2019op45986 |
| City of Georgiana (AL) | 1:2018op45436 |
| City of Greensboro (AL) | 1:2018op45421 |
| City of Greenville (AL) | 1:2018op45023 |
| City of Headland (AL) | 1:2019op46131 |
| City of Lanett (AL) | 1:2019op46130 |
| City of Leeds (AL) | 1:2020op45088 |
| City of Level Plains (AL) | 1:2020op45100 |
| City of Linden (AL) | 1:2020op45118 |
| City of Luverne (AL) | 1:2020op45109 |
| City of Midfield (AL) | 1:2018op45416 |
| City of Montgomery (AL) | 1:2018op45494 |
| City of Oxford (AL) | 1:2019op45774 |
| City of Pell City (AL) | 1:2020op45091 |
| City of Satsuma (AL) | 1:2020op45116 |
| City of Tuskegee (AL) | 1:2018op45544 |
| City of Uniontown (AL) | 1:2020op45117 |
| City of Weaver (AL) | 1:2018op45565 |
| Cleburne County (AL) | 1:2018op45566 |
| Coosa County (AL) | 1:2019op45995 |
| Covington County, AL | 1:2019op45751 |
| Crenshaw County (AL) | 1:2019op45983 |
| Dale County Commission | 1:2018op45561 |
| Escambia County (AL) | 1:2020op45112 |
| Geneva County (AL) | 1:2020op45105 |
| Hale County (AL) | 1:2018op45420 |
| Henry County Commission (AL) | 1:2018op45543 |

| | |
|---|---|
| Houston County (AL) | 1:2018op45019 |
| Limestone County (AL) | 1:2018op45328 |
| Macon County (AL) | 1:2019op45982 |
| Montgomery County (AL) | 1:2018op45445 |
| Perry County (AL) | 1:2020op45158 |
| Russell County Commission (AL) | 1:2019op45826 |
| Shelby County (AL) | 1:2018op45414 |
| St. Clair County (AL) | 1:2018op45614 |
| Town of Dauphin Island (AL) | 1:2020op45119 |
| Town of Faunsdale (AL) | 1:2020op45112 |
| Town of Locust Fork (AL) | 1:2019op45777 |
| Town of McKenzie (AL) | 1:2018op45435 |
| Town of Rockford (AL) | 1:2019op45915 |
| Town of Sweet Water (AL) | 1:2020op45120 |
| Town of Vance (AL) | 1:2019op45909 |
| Town of Yellow Bluff (AL) | 1:2019op45423 |

/s/ *Diandra S. Debrosse Zimmerman*
Diandra S. Debrosse Zimmermann
DICELLO LEVITT GUTZLER
420 20th Street North
Suite 2525
Birmingham, Alabama
fu@dicellolevitt.com

/s/ *Christina D. Crow*
Christina D. Crow
Jinks, Crow & Dickson, P.C.
Post Office Box 350
Union Springs, AL 36089
Telephone: (334) 738-4225
Fax: (334) 738-4229
Email: ccrow@jinkslaw.com
Counsel for:

| Auburn | AL | 1:20-op-45282 |
|---|---|---|
| Bibb County | AL | 1:18-op-45413-DAP |
| Bullock County | AL | 1:18-op-45246-DAP |
| Cherokee County | AL | 1:18-op-45207-DAP |
| Chilton County | AL | 1:18-op-45735 |
| Clanton | AL | 1:18-op-46084 |
| Conecuh County | AL | 1:18-op-45957 |
| Dallas County | AL | 1:18-op-45667-DAP |
| Decatur | AL | 1:18-op-45201-DAP |
| Demopolis | AL | 1:18-op-45183-DAP |
| Etowah County | AL | 1:17-op-45101-DAP |
| Fort Payne | AL | 1:17-op-45079-DAP |
| Gadsden | AL | 1:17-op-45101-DAP |
| Greene County | AL | 1:18-op-45209-DAP |
| Hartselle | AL | 1:18-op-45736 |
| Lawrence County | AL | 1:18-op-45228-DAP |
| Lowndes County | AL | 1:18-op-45203-DAP |
| Marengo County | AL | 1:18-op-45188-DAP |
| Marion | AL | 1:18-op-45217-DAP |
| Mobile | AL | 1:18-op-45076-DAP |
| Mobile County | AL | 1:18-op-45186-DAP |
| Morgan County | AL | 1:18-op-45200-DAP |
| Moulton | AL | 1:18-op-45202-DAP |
| Tallapoosa County | AL | 1:17-op-45097-DAP |

| Sumter County | AL | 1:18-op-45194-DAP |
| Wilcox County | AL | 1:18-op-45181-DAP |
| Pike County | AL | 1:18-op-45803 |
| Opp | AL | 1:18-op-45011-DAP |
| Phenix City | AL | 1:18-op-45179-DAP |
| Troy | AL | 1:18-op-45947 |
| Tuscaloosa County | AL | 1:18-op-45196-DAP |
| Washington County | AL | 1:18-op-45180-DAP |
| Ozark | AL | 1:18-op-45214-DAP |
| Union Springs | AL | 1:18-op-45204-DAP |

/s/ *Jeffrey R. Gaddy*
Jeffrey R. Gaddy
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr, and Mougey, P.A.
316 S. Baylen Sheet, Suite 600
Pensacola, FL 32502-5996
P (850) 435-7068
F (850) 436-6068
jgaddy@levinlaw.com

*s/ Peter Mougey*
Peter Mougey
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr, and Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
pmougey@levinlaw.com

Counsel for:

| Coffee County | AL | 1:18-op-45182-DAP |
| Cullman | AL | 1:19-op-45248 |
| Cullman County | AL | 1:18-op-45227-DAP |
| Double Springs | AL | 1:18-op-45739 |
| Enterprise | AL | 1:18-op-45213-DAP |
| Guin | AL | 1:18-op-45457-DAP |
| Haleyville | AL | 1:18-op-45457-DAP |
| Hamilton | AL | 1:18-op-45564-DAP |

| Madison County | AL | 1:19-op-45006 |
| Selma | AL | 1:18-op-45198-DAP |
| Baldwin County | AL | 1:18-op-45152 |
| Coffee County | AL | 1:18-op-45182-DAP |
| Cullman | AL | 1:19-op-45248 |
| Cullman County | AL | 1:18-op-45227-DAP |
| Double Springs | AL | 1:18-op-45739 |
| Enterprise | AL | 1:18-op-45213-DAP |
| Guin | AL | 1:18-op-45457-DAP |
| Haleyville | AL | 1:18-op-45457-DAP |
| Hamilton | AL | 1:18-op-45564-DAP |
| Madison County | AL | 1:19-op-45006 |
| Selma | AL | 1:18-op-45198-DAP |

/s/ *Mary Beth Mantiply*
Mary Beth Manitply
Mantiply & Associates
P.O. Box 862
Montrose, Alabama
P (251) 625-4040
F (251) 270-6911
mbmantiplylaw@gmail.com

Counsel for:

| Attalla | AL | 1:20-op-45265 |
| Oakman | AL | 1:20-op-45265 |
| Camp Hill | AL | 1:20-op-45265 |
| Cedar Bluff | AL | 1:20-op-45265 |
| Centre | AL | 1:20-op-45265 |
| Daphne | AL | 1:20-op-45227 |
| Fultondale | AL | 1:20-op-45265 |
| Gilbertown | AL | 1:20-op-45265-DAP |
| Graysville | AL | 1:20-op-45265 |

/s/ *Annesley DeGaris*
Annesley DeGaris
DeGaris Law, LLC
2 20th Street North Suite 1030
Birmingham, Alabama 35203-4014

P (205) 575-8000
adegaris@degarislaw.com

Counsel for:

| Ashville | AL | 1:20-op-45261-DAP |
|---|---|---|
| Choctaw County | AL | 1:19-op-45770-DAP |
| Clarke County | AL | 1:18-op-45247-DAP |
| Jacksonville | AL | 1:20-op-45261-DAP |
| Leesburg | AL | 1:20-op-45261-DAP |
| Moody | AL | 1:20-op-45261-DAP |
| Ragland | AL | 1:20-op-45261-DAP |
| Rainbow City | AL | 1:20-op-45261-DAP |
| Springville | AL | 1:20-op-45261-DAP |
| Thomasville | AL | 1:20-op-45261-DAP |

*/s/ Brian Murphy*
Brian Murphy
Braswell Murphy
105 North Conception Street, Suite 100
Mobile, Alaabama 36602
P (251) 438-7503
F (251) 438-7949
brian@braswellmurphy.com

Counsel for:

| Prichard | AL | 1:18-op-45690-DAP |
|---|---|---|

*/s/ Chad Hobbs*
Chad Hobbs
Montgomery Ponder
2226 1st Avenue South Unit 105
Birmingham, Alabama 35233
P (205) 606-6855

Counsel For:

| Tuscaloosa | AL | 1:18-op-45553-DAP |
|---|---|---|

*/s/ Joel DiLorenzo*
Joel DiLorenzo
DiLorenzo Law Firm

505 20th Street North, Suite 1275
Birmingham, Alabama 35203
P (205) 212-9988
F (205) 212-9989

Counsel For:

| Cordova | AL | 1:18-op-45737-DAP |
|---|---|---|
| Sipsey | AL | 1:18-op-45737-DAP |
| Florence | AL | 1:19-op-45073-DAP |
| Trussville | AL | 1:18-op-45192-DAP |
| Parrish | AL | 1:18-op-45737-DAP |
| Carbon Hill | AL | 1:18-op-45737-DAP |
| Nauvoo | AL | 1:18-op-45737-DAP |
| Winfield | AL | 1:18-op-45738-DAP |

*/s/ Keith Jackson*
Keith Jackson
Riley & Jackson
3530 Independence Drive
Birmingham, Alabama 35209
P (205) 879-5000
F (205) 879-5901
kj@rileyjackconlaw.com

Counsel For

| Athens | AL | 1:19-op-45953-DAP |
|---|---|---|
| Berry | AL | 1:18-op-45211-DAP |
| Fayette County | AL | 1:18-op-45211-DAP |
| Fayette | AL | 1:18-op-45211-DAP |
| Foley | AL | 1:20-op-45287-DAP |
| Homewood | AL | 1:19-op-45973-DAP |
| Hueytown | AL | 1:18-op-45558-DAP |
| Huntsville | AL | 1:19-op-45947-DAP |
| Jefferson County | AL | 1:18-op-45558-DAP |
| Lamar County | AL | 1:18-op-45210-DAP |
| Lauderdale County | AL | 1:19-op-45845-DAP |
| Mountain Brook | AL | 1:18-op-45558-DAP |
| Opelika | AL | 1:20-op-45208-DAP |

| Orange Beach | AL | 1:19-op-45784-DAP |
|---|---|---|
| Pleasant Grove | AL | 1:18-op-45558-DAP |
| Prattville | AL | 1:19-op-45783-DAP |
| Slocomb | AL | 1:20-op-45208-DAP |
| Spanish Fort | AL | 1:20-op-45208-DAP |
| Sylacauga | AL | 1:19-op-45900-DAP |
| Vernon | AL | 1:18-op-45210-DAP |
| West Blocton | AL | 1:20-op-45208-DAP |

*/s/ Kimberly West*
Kimberly West
Wallace, Jordan, Ratcliff & Brandt
P.O. Box 530910
Birmingham, Alabama 35253-0910
P (205) 870-0555
F (205) 871-7534
kwest@wallacejordan.com

Counsel For

| Hoover | AL | 1:19-op-45746-DAP |
|---|---|---|

*/s/ Kimberly West*
Kimberly West
Wallace, Jordan, Ratcliff & Brandt
P.O. Box 530910
Birmingham, Alabama 35253-0910
P (205) 870-0555
F (205) 871-7534
kwest@wallacejordan.com

Counsel For

| Hoover | AL | 1:19-op-45746-DAP |
|---|---|---|

*s/ Luke Montgomery*
Luke Montgomery
Montgomery Ponder
2226 1st Avenue South Unit 105
Birmingham, Alabama 35243
P (205) 606-6855

Counsel for:

| Hoover | AL | 1:19-op-45746-DAP |
|---|---|---|
| Lincoln | AL | 1:18-op-45786-DAP |
| Brookwood | AL | 1:20-op-45272-DAP |
| Piedmont | AL | 1:21-op-45049-DAP |
| Calhoun County | AL | 1:18-op-45191-DAP |
| Clay County | AL | 1:18-op-45248-DAP |
| Munford | AL | 1:18-op-45785-DAP |
| Northport | AL | 1:20-op-45272-DAP |
| Robertsdale | AL | 1:20-op-45272-DAP |
| Talladega | AL | 1:18-op-45190-DAP |
| Talladega County | AL | 1:18-op-45190-DAP |

*s/ Matt Conn*
Friedman, Dazzio & Zulanas, P.C.
P.O. Box 43219
Birmingham, Alabama 35243
P (205) 279-7028
mconn@friendman-lawyers.com

Counsel for:

| Madison | AL | 1:20-op-45198-DAP |
|---|---|---|
| Vestavia Hills | AL | 1:19-op-45141-DAP |
| Gurley | AL | 1:20-op-45217-DAP |
| Pickens County | AL | 1:18-op-45171-DAP |
| Bridgeport | AL | 1:18-op-45634-DAP |
| De Kalb County | AL | 1:20-op-45209-DAP |
| Franklin County | AL | 1:18-op-45005-DAP |
| Henagar | AL | 1:18-op-45634-DAP |
| Jackson County | AL | 1:18-op-45634-DAP |
| Leighton | AL | 1:19-op-45136-DAP |
| New Hope | AL | 1:18-op-45634-DAP |
| Oneonta | AL | 1:20-op-45210-DAP |
| Priceville | AL | 1:20-op-45217-DAP |
| Rainsville | AL | 1:19-op-45135-DAP |
| Sumiton | AL | 1:18-op-45171-DAP |
| Woodville | AL | 1:18-op-45634-DAP |
| Arab | AL | 1:18-op-45230-DAP |

| | | |
|---|---|---|
| Boaz | AL | 1:18-op-45230-DAP |
| Cleveland | AL | 1:20-op-45217-DAP |
| Douglas | AL | 1:18-op-45230-DAP |
| Geraldine | AL | 1:18-op-45634-DAP |
| Guntersville | AL | 1:18-op-45230-DAP |
| Hammondville | AL | 1:19-op-45135-DAP |
| Jasper | AL | 1:18-op-45171-DAP |
| Marshall County | AL | 1:18-op-45230-DAP |
| Powell | AL | 1:20-op-45209-DAP |
| Russellville | AL | 1:19-op-45136-DAP |
| Scottsboro | AL | 1:18-op-45634-DAP |
| Sheffield | AL | 1:19-op-45136-DAP |
| Albertville | AL | 1:18-op-45230-DAP |
| Colbert County | AL | 1:18-op-45005-DAP |
| Monroeville | AL | 1:20-op-45273-DAP |
| Muscle Shoals | AL | 1:20-op-45268-DAP |
| Dora | AL | 1:18-op-45171-DAP |
| Louisville | AL | 1:19-op-46058-DAP |
| Tuscumbia | AL | 1:18-op-45005-DAP |
| Cherokee | AL | 1:18-op-45005-DAP |
| Marion County | AL | 1:18-op-45171-DAP |
| Walker County | 1:18-op-45171-DAP | |
| Calera | AL | 1:21-op-45070-DAP |
| Grant | AL | 1:18-op-45230-DAP |
| Monroe County | AL | 1:20-op-45273-DAP |
| Killen | AL | 1:20-op-45218-DAP |
| Red Bay | AL | 1:19-op-45136-DAP |

*s/ Roe Frazer*
Frazer Law Office
601 Bowling Avenue
Nashville, TN 37215-1046
P (615) 647-0990
roe@frazer.law

Counsel for:

| | | |
|---|---|---|
| Butler | AL | 1:18-op-45216-DAP |

*s/ Shayyna Sacks*
Napoli Shkolnick, PLLC
360 Lexington Avenue, 11th Floor
New York, NY  10017
P (212) 397-1000
SSacks@napolilaw.com


Counsel for:

| Birmingham | AL | 1:17-op-45008-DAP |
|---|---|---|
| Fort Deposit | AL | 1:19-op-45427-DAP |


*s/ Steve Dampier*
Stephen Dampier, Attorney at Law
The Dampier Law Firm, P.C.
11 North Water Street,
Mobile Alabama 36602
P (251) 929-0900
stevedampier@dampierlaw.com


Counsel for:

| Baldwin County | AL | 1:18-op-45152 |
|---|---|---|