# APPENDIX A

| Client Sort | Case Number |
|---|---|
| Autauga County (AL) | 1:2019op45086 |
| Barbour County (AL) | 1:2018op45244 |
| Blount County (AL) | 1:2018op45415 |
| Butler County (AL) | 1:2018op45441 |
| Chambers County (AL) | 1:2018op45408 |
| City of Abbeville (AL) | 1:2018op45437 |
| City of Alexander City (AL) | 1:2019op45827 |
| City of Anniston (AL) | 1:2018op45329 |
| City of Argo (AL) | 1:2019op45744 |
| City of Ashland (AL) | 1:2019op46102 |
| City of Brent (AL) | 1:2019op45910 |
| City of Brundidge (AL) | 1:2019op46128 |
| City of Center Point (AL) | 1:2019op46103 |
| City of Centreville (AL) | 1:2019op46120 |
| City of Chickasaw (AL) | 1:2020op45115 |
| City of Dadeville (AL) | 1:2019op45779 |
| City of Daleville (AL) | 1:2019op45778 |
| City of Dothan (AL) | 1:2019op45886 |
| City of Eufaula (AL) | 1:2019op46132 |
| City of Evergreen (AL) | 1:2018op45422 |
| City of Fairfield (AL) | 1:2020op45089 |
| City of Geneva (AL) | 1:2019op45986 |
| City of Georgiana (AL) | 1:2018op45436 |
| City of Greensboro (AL) | 1:2018op45421 |
| City of Greenville (AL) | 1:2018op45023 |
| City of Headland (AL) | 1:2019op46131 |

| | |
|---|---|
| City of Lanett (AL) | 1:2019op46130 |
| City of Leeds (AL) | 1:2020op45088 |
| City of Level Plains (AL) | 1:2020op45100 |
| City of Linden (AL) | 1:2020op45118 |
| City of Luverne (AL) | 1:2020op45109 |
| City of Midfield (AL) | 1:2018op45416 |
| City of Montgomery (AL) | 1:2018op45494 |
| City of Oxford (AL) | 1:2019op45774 |
| City of Pell City (AL) | 1:2020op45091 |
| City of Satsuma (AL) | 1:2020op45116 |
| City of Tuskegee (AL) | 1:2018op45544 |
| City of Uniontown (AL) | 1:2020op45117 |
| City of Weaver (AL) | 1:2018op45565 |
| Cleburne County (AL) | 1:2018op45566 |
| Coosa County (AL) | 1:2019op45995 |
| Covington County, AL | 1:2019op45751 |
| Crenshaw County (AL) | 1:2019op45983 |
| Dale County Commission | 1:2018op45561 |
| Escambia County (AL) | 1:2020op45112 |
| Geneva County (AL) | 1:2020op45105 |
| Hale County (AL) | 1:2018op45420 |
| Henry County Commission (AL) | 1:2018op45543 |
| Houston County (AL) | 1:2018op45019 |
| Limestone County (AL) | 1:2018op45328 |
| Macon County (AL) | 1:2019op45982 |
| Montgomery County (AL) | 1:2018op45445 |
| Perry County (AL) | 1:2020op45158 |

| Russell County Commission (AL) | 1:2019op45826 |
|---|---|
| Shelby County (AL) | 1:2018op45414 |
| St. Clair County (AL) | 1:2018op45614 |
| Town of Dauphin Island (AL) | 1:2020op45119 |
| Town of Faunsdale (AL) | 1:2020op45112 |
| Town of Locust Fork (AL) | 1:2019op45777 |
| Town of McKenzie (AL) | 1:2018op45435 |
| Town of Rockford (AL) | 1:2019op45915 |
| Town of Sweet Water (AL) | 1:2020op45120 |
| Town of Vance (AL) | 1:2019op45909 |
| Town of Yellow Bluff (AL) | 1:2019op45423 |

| Auburn | AL | 1:20-op-45282 |
|---|---|---|
| Bibb County | AL | 1:18-op-45413-DAP |
| Bullock County | AL | 1:18-op-45246-DAP |
| Cherokee County | AL | 1:18-op-45207-DAP |
| Chilton County | AL | 1:18-op-45735 |
| Clanton | AL | 1:18-op-46084 |
| Conecuh County | AL | 1:18-op-45957 |
| Dallas County | AL | 1:18-op-45667-DAP |
| Decatur | AL | 1:18-op-45201-DAP |
| Demopolis | AL | 1:18-op-45183-DAP |
| Etowah County | AL | 1:17-op-45101-DAP |
| Fort Payne | AL | 1:17-op-45079-DAP |
| Gadsden | AL | 1:17-op-45101-DAP |
| Greene County | AL | 1:18-op-45209-DAP |
| Hartselle | AL | 1:18-op-45736 |
| Lawrence County | AL | 1:18-op-45228-DAP |
| Lowndes County | AL | 1:18-op-45203-DAP |
| Marengo County | AL | 1:18-op-45188-DAP |
| Marion | AL | 1:18-op-45217-DAP |
| Mobile | AL | 1:18-op-45076-DAP |
| Mobile County | AL | 1:18-op-45186-DAP |
| Morgan County | AL | 1:18-op-45200-DAP |
| Moulton | AL | 1:18-op-45202-DAP |

| | | |
|---|---|---|
| Tallapoosa County | AL | 1:17-op-45097-DAP |
| Sumter County | AL | 1:18-op-45194-DAP |
| Wilcox County | AL | 1:18-op-45181-DAP |
| Pike County | AL | 1:18-op-45803 |
| Opp | AL | 1:18-op-45011-DAP |
| Phenix City | AL | 1:18-op-45179-DAP |
| Troy | AL | 1:18-op-45947 |
| Tuscaloosa County | AL | 1:18-op-45196-DAP |
| Washington County | AL | 1:18-op-45180-DAP |
| Ozark | AL | 1:18-op-45214-DAP |
| Union Springs | AL | 1:18-op-45204-DAP |
| Coffee County | AL | 1:18-op-45182-DAP |
| Cullman | AL | 1:19-op-45248 |
| Cullman County | AL | 1:18-op-45227-DAP |
| Double Springs | AL | 1:18-op-45739 |
| Enterprise | AL | 1:18-op-45213-DAP |
| Guin | AL | 1:18-op-45457-DAP |
| Haleyville | AL | 1:18-op-45457-DAP |
| Hamilton | AL | 1:18-op-45564-DAP |
| Madison County | AL | 1:19-op-45006 |
| Selma | AL | 1:18-op-45198-DAP |
| Baldwin County | AL | 1:18-op-45152 |
| Coffee County | AL | 1:18-op-45182-DAP |
| Cullman | AL | 1:19-op-45248 |
| Cullman County | AL | 1:18-op-45227-DAP |
| Double Springs | AL | 1:18-op-45739 |
| Enterprise | AL | 1:18-op-45213-DAP |
| Guin | AL | 1:18-op-45457-DAP |
| Haleyville | AL | 1:18-op-45457-DAP |
| Hamilton | AL | 1:18-op-45564-DAP |
| Madison County | AL | 1:19-op-45006 |
| Selma | AL | 1:18-op-45198-DAP |
| Attalla | AL | 1:20-op-45265 |
| Oakman | AL | 1:20-op-45265 |
| Camp Hill | AL | 1:20-op-45265 |
| Cedar Bluff | AL | 1:20-op-45265 |
| Centre | AL | 1:20-op-45265 |
| Daphne | AL | 1:20-op-45227 |
| Fultondale | AL | 1:20-op-45265 |
| Gilbertown | AL | 1:20-op-45265-DAP |
| Graysville | AL | 1:20-op-45265 |

| Ashville | AL | 1:20-op-45261-DAP |
|---|---|---|
| Choctaw County | AL | 1:19-op-45770-DAP |
| Clarke County | AL | 1:18-op-45247-DAP |
| Jacksonville | AL | 1:20-op-45261-DAP |
| Leesburg | AL | 1:20-op-45261-DAP |
| Moody | AL | 1:20-op-45261-DAP |
| Ragland | AL | 1:20-op-45261-DAP |
| Rainbow City | AL | 1:20-op-45261-DAP |
| Springville | AL | 1:20-op-45261-DAP |
| Thomasville | AL | 1:20-op-45261-DAP |
| Prichard | AL | 1:18-op-45690-DAP |
| Tuscaloosa | AL | 1:18-op-45553-DAP |
| Cordova | AL | 1:18-op-45737-DAP |
| Sipsey | AL | 1:18-op-45737-DAP |
| Florence | AL | 1:19-op-45073-DAP |
| Trussville | AL | 1:18-op-45192-DAP |
| Parrish | AL | 1:18-op-45737-DAP |
| Carbon Hill | AL | 1:18-op-45737-DAP |
| Nauvoo | AL | 1:18-op-45737-DAP |
| Winfield | AL | 1:18-op-45738-DAP |
| Athens | AL | 1:19-op-45953-DAP |
| Berry | AL | 1:18-op-45211-DAP |
| Fayette County | AL | 1:18-op-45211-DAP |
| Fayette | AL | 1:18-op-45211-DAP |
| Foley | AL | 1:20-op-45287-DAP |
| Homewood | AL | 1:19-op-45973-DAP |
| Hueytown | AL | 1:18-op-45558-DAP |
| Huntsville | AL | 1:19-op-45947-DAP |
| Jefferson County | AL | 1:18-op-45558-DAP |
| Lamar County | AL | 1:18-op-45210-DAP |
| Lauderdale County | AL | 1:19-op-45845-DAP |
| Mountain Brook | AL | 1:18-op-45558-DAP |
| Opelika | AL | 1:20-op-45208-DAP |
| Orange Beach | AL | 1:19-op-45784-DAP |
| Pleasant Grove | AL | 1:18-op-45558-DAP |
| Prattville | AL | 1:19-op-45783-DAP |
| Slocomb | AL | 1:20-op-45208-DAP |
| Spanish Fort | AL | 1:20-op-45208-DAP |
| Sylacauga | AL | 1:19-op-45900-DAP |

| Vernon | AL | 1:18-op-45210-DAP |
|---|---|---|
| West Blocton | AL | 1:20-op-45208-DAP |
| Hoover | AL | 1:19-op-45746-DAP |
| Hoover | AL | 1:19-op-45746-DAP |
| Lincoln | AL | 1:18-op-45786-DAP |
| Brookwood | AL | 1:20-op-45272-DAP |
| Piedmont | AL | 1:21-op-45049-DAP |
| Calhoun County | AL | 1:18-op-45191-DAP |
| Clay County | AL | 1:18-op-45248-DAP |
| Munford | AL | 1:18-op-45785-DAP |
| Northport | AL | 1:20-op-45272-DAP |
| Robertsdale | AL | 1:20-op-45272-DAP |
| Talladega | AL | 1:18-op-45190-DAP |
| Talladega County | AL | 1:18-op-45190-DAP |
| Madison | AL | 1:20-op-45198-DAP |
| Vestavia Hills | AL | 1:19-op-45141-DAP |
| Gurley | AL | 1:20-op-45217-DAP |
| Pickens County | AL | 1:18-op-45171-DAP |
| Bridgeport | AL | 1:18-op-45634-DAP |
| De Kalb County | AL | 1:20-op-45209-DAP |
| Franklin County | AL | 1:18-op-45005-DAP |
| Henagar | AL | 1:18-op-45634-DAP |
| Jackson County | AL | 1:18-op-45634-DAP |
| Leighton | AL | 1:19-op-45136-DAP |
| New Hope | AL | 1:18-op-45634-DAP |
| Oneonta | AL | 1:20-op-45210-DAP |
| Priceville | AL | 1:20-op-45217-DAP |
| Rainsville | AL | 1:19-op-45135-DAP |
| Sumiton | AL | 1:18-op-45171-DAP |
| Woodville | AL | 1:18-op-45634-DAP |
| Arab | AL | 1:18-op-45230-DAP |
| Boaz | AL | 1:18-op-45230-DAP |
| Cleveland | AL | 1:20-op-45217-DAP |
| Douglas | AL | 1:18-op-45230-DAP |
| Geraldine | AL | 1:18-op-45634-DAP |
| Guntersville | AL | 1:18-op-45230-DAP |
| Hammondville | AL | 1:19-op-45135-DAP |
| Jasper | AL | 1:18-op-45171-DAP |
| Marshall County | AL | 1:18-op-45230-DAP |

| | | |
|---|---|---|
| Powell | AL | 1:20-op-45209-DAP |
| Russellville | AL | 1:19-op-45136-DAP |
| Scottsboro | AL | 1:18-op-45634-DAP |
| Sheffield | AL | 1:19-op-45136-DAP |
| Albertville | AL | 1:18-op-45230-DAP |
| Colbert County | AL | 1:18-op-45005-DAP |
| Monroeville | AL | 1:20-op-45273-DAP |
| Muscle Shoals | AL | 1:20-op-45268-DAP |
| Dora | AL | 1:18-op-45171-DAP |
| Louisville | AL | 1:19-op-46058-DAP |
| Tuscumbia | AL | 1:18-op-45005-DAP |
| Cherokee | AL | 1:18-op-45005-DAP |
| Marion County | AL | 1:18-op-45171-DAP |
| Walker County | 1:18-op-45171-DAP | |
| Calera | AL | 1:21-op-45070-DAP |
| Grant | AL | 1:18-op-45230-DAP |
| Monroe County | AL | 1:20-op-45273-DAP |
| Killen | AL | 1:20-op-45218-DAP |
| Red Bay | AL | 1:19-op-45136-DAP |
| Butler | AL | 1:18-op-45216-DAP |
| Birmingham | AL | 1:17-op-45008-DAP |
| Fort Deposit | AL | 1:19-op-45427-DAP |
| Baldwin County | AL | 1:18-op-45152 |