**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>Case No. 1:21-op-45080 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**SETTLING DISTRIBUTORS' NOTICE OF WITHDRAWAL OF
MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING INDIANA
SUBDIVISIONS AS BARRED BY STATUTE**

On June 23, 2022, the Court entered a Stipulation & Order dismissing with prejudice the claims filed against Settling Distributor Defendants by Plaintiffs Fort Wayne Community Schools, Penn-Harris-Madison School Corporation, School City of Mishawaka, Smith-Green Community School, and South Bend Community School Corporation (Case No. 1:21-op-45080-DAP, ECF No. 47).

In light of this Stipulation & Order, Settling Distributor Defendants hereby withdraw their Motion To Dismiss Claims Filed By Non-Participating Indiana Subdivisions As Barred By Statute (MDL No. 2804, ECF 4549).

Dated:  June 27, 2022

Respectfully submitted,

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Corporation*

/s/ Enu A. Mainigi
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*

/s/ Mark H. Lynch
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 27, 2022, Settling Distributors' Notice of Withdrawal Of Motion To Dismiss Claims Filed By Non-Participating Indiana Subdivisions As Barred By Statute was served on all counsel of record via the CM/ECF system.

/s/ *Robert A. Nicholas*
Robert A. Nicholas