UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| This document relates to: | ) ) ) | Case No. 1:17-md-2804-DAP |
| All Cases Noted on Attached Exhibit | ) ) | Judge Dan Aaron Polster |

**SUPPLEMENT TO MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO ALABAMA ENDO SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, "Dismissing Plaintiffs") [**Doc No. 4553-1**] and Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Endo International plc, Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (collectively, "Endo and Par Defendants".[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Endo Settlement Agreement attached hereto as Appendix B [**Doc 4553-2**], all claims of each Dismissing Plaintiff against any Endo or Par Defendant are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs.

---

[1] The Endo Settlement Agreement is between the State of Alabama, Office of Attorney General on the one hand and Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. on the other, but the Endo Settlement Agreement provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which include not only Endo Health Solutions Inc., Endo Pharmaceuticals Inc.,  Par Pharmaceutical, Inc.; and Par Pharmaceutical Companies, Inc, but also each of the respective parents, members, divisions, direct and indirect subsidiaries, joint ventures, predecessors, successors, affiliates, agents (but only in their capacity as such), assigns, insurers (but only in their capacity as such), and current and former employees, officers, directors, members, shareholders (but only in their capacity as such), partners, trustees, and any current or former related companies of any of the foregoing entities. Endo Settlement Agreement §§A(p) & D.1 (attached as Appendix B). To the extent the parties discover that any Released Claim of any Dismissing Plaintiff remains pending against any Releasee following filing of this stipulation, the parties shall stipulate to the dismissal of those claims in a subsequent filing.

1

Dated: June 27, 2022                            Respectfully submitted,

                                                              */s/ Sara M. Turner*
SARA M. TURNER (TUR 061)
LEIGH ANNE FLEMING (HAM 080)
**Baker Donelson Bearman**
**Caldwell & Berkowitz, P.C.**
420 20th Street North, Suite 1400
Birmingham, Alabama 35203-5202
Telephone:       (205) 328-0480
Facsimile:        (205) 322-8007
Email:
        smturner@bakerdonelson.com
        lfleming@bakerdonelson.com

*/s/ Nina R. Rose*
NINA R. ROSE (*admitted pro hac vice*)
**Skadden, Arps, Slate,**
**Meagher & Flom LLP**
1440 New York Ave, NW
Washington, D.C. 20005
Telephone:       (202) 371-7105
Facsimile:                (202) 661-0575
Email:
        nina.rose@skadden.com

*Counsel for Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceuticals Companies, Inc., and Par Pharmaceutical, Inc.*

[Plaintiff signature Blocks]

/s/ *Christina D. Crow*
Christina D. Crow
Jinks, Crow & Dickson, P.C.
Post Office Box 350
Union Springs, AL 36089
Telephone: (334) 738-4225
Fax: (334) 738-4229
Email: ccrow@jinkslaw.com

Counsel for:

| | | |
|---|---|---|
| Jonathon W. Horton, in his capacity as Sheriff of Etowah County | AL | 1:17-op-45101-DAP |

*/s/ Keith Jackson*
Keith Jackson
Riley & Jackson
3530 Independence Drive
Birmingham, Alabama 35209
P (205) 879-5000
F (205) 879-5901
kj@rileyjacksonlaw.com

Counsel for:

| | | |
|---|---|---|
| Byron Yerby, in his capacity as Sheriff of Fayette County | AL | 1:18-op-45211-DAP |
| Hal Allred, in his capacity as Sheriff of Lamar County | AL | 1:18-op-45210-DAP |
| Jefferson County Board of Health | AL | 1:18-op-45558-DAP |

3

*/s/ Shayyna Sacks*
Napoli Shkolnick, PLLC
360 Lexington Avenue, 11th Floor
New York, NY  10017
P (212) 397-1000
SSacks@napolilaw.com

Counsel for:

| Mark Pettway, in his capacity as Sheriff of Jefferson County | AL | 1:18-op-45558-DAP |