# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL Docket No. 2804** |
| *This document relates to:* ILN/1:20-cv-04111 | **Case No. 1:17-md-2804** |
| *Marion Hospital Corporation, et al. v. Abbott Laboratories (IL), et al.* | **Judge Dan Aaron Polster** |

## STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Massac Memorial, LLC d/b/a Massac Memorial Hospital ("Plaintiff") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively, the "Janssen Defendants") that, pursuant to the election[1] of Plaintiff to participate in the Janssen Settlement Agreement, which was announced on July 21, 2021 and is now dated March 30, 2022, which is binding on Plaintiff and the Janssen Defendants, and which has an Effective Date of April 2, 2022, all claims of Plaintiff against any Janssen Defendant, including any entity identified in the Janssen Settlement Agreement, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Janssen Settlement Agreement to the extent provided under that Agreement.

---

[1] Plaintiff's executed Settlement Participation Form is attached hereto as Exhibit A.

Dated: June 29, 2022.                    Respectfully submitted,


                                          /s/ *Patrick Murphy*
                                          G. Patrick Murphy
                                          MURPHY & MURPHY LLC
                                          3415 Office Park Dr., Suite D
                                          Marion, IL 62959
                                          Tel: (618) 248-3236
                                          patrick@murphymurphyllc.com

                                          *Attorney for Plaintiff Massac Memorial, LLC d/b/a Massac Memorial Hospital*

                                          /s/ *Charles Lifland*
                                          Charles C. Lifland
                                          O'MELVENY & MYERS LLP
                                          400 S. Hope Street
                                          Los Angeles, CA 90071
                                          Tel: (213) 430-6000
                                          Fax: (213) 430-6407
                                          clifland@omm.com

                                          *Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*


SO ORDERED this _____ day of June 2022.



_____
Hon. Dan Aaron Polster
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2022, the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Northern District of Ohio by using the CM/ECF System.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                        /s/ *Patrick Murphy*
                                        G. Patrick Murphy