UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Exhibit* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO FLORIDA WALGREENS SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, "Dismissing Plaintiffs") and Defendant Walgreen Eastern Co., Inc.[1] that, pursuant to the election of each Dismissing Plaintiff to participate in the Walgreens Settlement Agreement attached hereto as Appendix B, all claims of each Dismissing Plaintiff against any Walgreens Defendant (as defined in the footnote below) are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Walgreens Settlement Agreement attached as Appendix B is between the State of Florida, Office of Attorney General on the one hand and Walgreen Boots Alliance, Inc. and Walgreen Co. on the other, but the Walgreens Settlement Agreement provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which include not only Walgreens Boots Alliance, Inc. and Walgreen Co. but also Walgreen Eastern Co., Inc. and other affiliated or related entities as defined in the Walgreens Settlement Agreement ("Walgreens Defendants").  Walgreens Settlement Agreement §§A(bb) & A(cc).  To the extent the parties discover that any Released Claim of any Dismissing Plaintiff remains pending against any Releasee following filing of this stipulation, the parties shall stipulate to the dismissal of those claims in a subsequent filing.

Dated:  June 29, 2022	Respectfully submitted,

Agreed as to form and substance:

*/s/ Kaspar J. Stoffelmayr*	*/s/ Mark J. Dearman*
Kaspar J. Stoffelmayr	Mark J. Dearman (FL Bar No. 982407)
Katherine M. Swift	ROBBINS GELLER RUDMAN
BARTLIT BECK LLP	   & DOWD LLP
54 West Hubbard Street	120 East Palmetto Park Road, Suite 500
Chicago, IL 60654	Boca Raton, FL  33432
(312) 494-4400	(561) 750-3000
kaspar.stoffelmayr@bartlitbeck.com	(561) 750-3364 (Fax)
kate.swift@bartlitbeck.com	mdearman@rgrdlaw.com

*Attorneys for Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co.*

*/s/ Peter J. Mougey*
Peter J. Mougey (FL Bar No. 191825)
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A.
316 South Baylen Street
Pensacola, FL  32502
(850) 435-7000
pmougey@levinlaw.com

*Counsel for City of New Port Richey (1:19-op-46073-DAP)*
*City of Niceville (1:21-op-45081-DAP)*
*City of Ormond Beach (1:19-op-46121-DAP)*

*/s/ James D. Young*
James D. Young (FL Bar No. 567507)
MORGAN & MORGAN COMPLEX LITIGATION GROUP
76 S. Laura Street, Suite 1100
Jacksonville, FL  32202
(904) 361-0012
(904) 366-7677 (Fax)
jyoung@forthepeople.com

*Counsel for City of Orlando (1:20-op-45223-DAP)*

2

/s/ Shayna E. Sacks
Shayna E. Sacks
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue, 11th Floor
New York, NY  10017
(212) 397-1000
ssacks@napolilaw.com

*Counsel for Alachua County (1:18-op-45685-DAP)*
*Osceola County (1:18-op-45669-DAP)*
*Walton County (1:19-op-45423-DAP)*

SO ORDERED this 29th day of June, 2022.

   /s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge