IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:21-op-45080 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**MOTION FOR LEAVE TO FILE SETTLING DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING ILLINOIS SUBDIVISION AS RELEASED PURSUANT TO STATUTE**

In compliance with Case Management Order One ¶ 6(g) (Dkt. No. 232), Settling Defendants[1] move the Court for leave to file their Motion To Dismiss Claims Filed By Non-Participating Illinois Subdivision As Released Pursuant To Statute (the "Motion"). The Motion seeks dismissal of claims asserted by Plaintiff Waukegan Community Unit School District pursuant to releases of such claims executed by the Attorney General pursuant to his statutory authority. A copy of the Motion is attached hereto as **Exhibit A**.

---

[1] The Settling Defendants are Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen, Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. (collectively, "Janssen"), AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation  Inc., McKesson Corporation, McKesson Medical-Surgical, Inc., Cardinal Health, Inc., and Cardinal Health 110, LLC, (collectively, "Distributors") as well as any other Released Entities, as that term is defined in the Settlement Agreements, that have been named as defendants in the Complaint. *See* Exhibit A fn. 1. For purposes of this motion, the Settling Defendants include Noramco, Inc., a Released Entity under the Janssen Settlement that is named as a defendant in the Complaint.

Dated:  June 30, 2022

                Respectfully submitted,

                */s/ Robert A. Nicholas*
                Robert A. Nicholas
                Shannon E. McClure
                REED SMITH LLP
                Three Logan Square
                1717 Arch Street, Suite 3100
                Philadelphia, PA 19103
                Telephone:  (215) 851-8100
                Fax: (215) 851-1420
                smcclure@reedsmith.com

                *Counsel for AmerisourceBergen Corporation*

                */s/ Enu A. Mainigi*
                Enu A. Mainigi
                Jennifer G. Wicht
                Steven Pyser
                Ashley Hardin
                WILLIAMS & CONNOLLY LLP
                680 Maine Ave SW
                Washington, DC  20024
                (202) 434-5000 / tel.
                (202) 434-5029/ fax
                emainigi@wc.com

                *Attorneys for Defendant Cardinal Health, Inc.*

                */s/ Mark H. Lynch*
                Geoffrey E. Hobart
                Mark H. Lynch
                Christian J. Pistilli
                COVINGTON & BURLING LLP
                One CityCenter
                850 Tenth Street NW
                Washington, DC 20001
                Tel: (202) 662-5281
                ghobart@cov.com
                mlynch@cov.com
                cpistilli@cov.com

                *Counsel for Defendant McKesson Corporation*

<u>*/s/ Charles C. Lifland*</u>
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*


<u>*/s/ Jenny Hergenrother*</u>
Daniel G. Jarcho
D.C. Bar No. 391837
ALSTON & BIRD LLP 950
950 F Street NW
Washington, DC 20004
Tel: (202) 239-3254
Fax: (202) 239-3333
Email: daniel.jarcho@alston.com

Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Hergenrother
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
Email: cari.dawson@alston.com
jenny.hergenrother@alston.com

*Counsel for Noramco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2022, the Motion for Leave to File Settling Distributors' Motion To Dismiss Claims Filed By Non-Participating Indiana Subdivisions As Barred By Statute was served on all counsel of record via the CM/ECF system.

*/s/ Robert A. Nicholas*
Robert A. Nicholas