UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | CASE NO: 1:17-md-2804 |
| *All Cases Noted on Attached Exhibit* | JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO THE CORRECTED ENDO/PAR TEXAS STATE-WIDE OPIOID SETTLEMENT AGREEMENT AND SETTLEMENT TERM SHEET**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Exhibit A (collectively, "Dismissing Plaintiffs"), and Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. (collectively, "Endo and Par Defendants"[1]), that pursuant to the election of each Dismissing Plaintiff to participate in the Corrected Endo/Par Texas State-Wide Opioid Settlement Agreement and Settlement Term Sheet dated January 7, 2022 and attached hereto as Exhibit B, all claims of each Dismissing Plaintiff against any Endo or Par Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Corrected Endo/Par Texas State-Wide Opioid Settlement Agreement and Settlement Term Sheet (the "Endo/Par Agreement") provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which include not only the Endo and Par Defendants but also other related individuals and entities. Endo/Par Agreement §II.T and Ex. A (attached as Exhibit B). To the extent the parties discover that any Released Claim of any Dismissing Plaintiffs remains pending against any Releasee following filing of this stipulation, the parties shall stipulate to the dismissal of those claims in a subsequent filing.

1

Date: July 1, 2022

                          Respectfully submitted,

                          /s/ *Jeffrey B. Simon*
                          Jeffrey B. Simon
                          TX State Bar No. 00788420
                          **SIMON GREENSTONE PANATIER, P.C.**
                          1201 Elm Street, Suite 3400
                          Dallas, Texas 75270
                          Tel: 214-276-7680/ Fax: 214-276-7699
                          jsimon@sgptrial.com

                          *On behalf of the Court-Appointed Plaintiffs' Steering Committee, Chair*

                          /s/ *Shelly Sanford*
                          Shelly A. Sanford
                          State Bar No. 00784904
                          WATTS GUERRA LLP
                          4 Dominion Drive Bldg. 3, Ste. 100
                          San Antonio, Texas 78257
                          Telephone: (210) 447-0500
                          Facsimile: (210) 447-0502
                          Email: ssanford@wattsguerra.com

                          *On behalf of the Court-Appointed State-Federal Liaison Counsel*

                    **SKADDEN, ARPS, SLATE,　MEAGHER & FLOM LLP**

                    */s/ John H. Beisner*

                    John H. Beisner
                    Jessica Davidson Miller
                    SKADDEN, ARPS, SLATE,
                    MEAGHER & FLOM LLP
                    1440 New York Avenue, NW
                    Washington, DC 20005
                    Tel: (202) 373-7000
                    john.beisner@skadden.com
                    jessica.miller@skadden.com

                    *Attorneys for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*

SO ORDERED this \_\_\_\_ Day of \_\_\_\_, 2022.

_____
Hon. Dan Aaron Polster
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

*/s/Jeffrey B. Simon*
Jeffrey B. Simon