**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | CASE NO: 1:17-md-2804 |
| *All Cases Noted on Attached Exhibit* | JUDGE DAN AARON POLSTER |

## MASTER STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO THE CORRECTED ENDO/PAR TEXAS STATE-WIDE OPIOID SETTLEMENT AGREEMENT AND SETTLEMENT TERM SHEET

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Exhibit A (collectively, "Dismissing Plaintiffs"), and Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. (collectively, "Endo and Par Defendants"[1]), that pursuant to the election of each Dismissing Plaintiff to participate in the Corrected Endo/Par Texas State-Wide Opioid Settlement Agreement and Settlement Term Sheet dated January 7, 2022 and attached hereto as Exhibit B, all claims of each Dismissing Plaintiff against any Endo or Par Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] The Corrected Endo/Par Texas State-Wide Opioid Settlement Agreement and Settlement Term Sheet (the "Endo/Par Agreement") provides for participation by Dismissing Plaintiffs conditioned on their agreement, among other things, to release and dismiss their claims against all "Releasees," which include not only the Endo and Par Defendants but also other related individuals and entities. Endo/Par Agreement §II.T and Ex. A (attached as Exhibit B). To the extent the parties discover that any Released Claim of any Dismissing Plaintiffs remains pending against any Releasee following filing of this stipulation, the parties shall stipulate to the dismissal of those claims in a subsequent filing.

1

Date: July 1, 2022

Respectfully submitted,

/s/ *Jeffrey B. Simon*
Jeffrey B. Simon
TX State Bar No. 00788420
**SIMON GREENSTONE PANATIER, P.C.**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Tel: 214-276-7680/ Fax: 214-276-7699
jsimon@sgptrial.com

*On behalf of the Court-Appointed Plaintiffs' Steering Committee, Chair*

/s/ *Shelly Sanford*
Shelly A. Sanford
State Bar No. 00784904
WATTS GUERRA LLP
4 Dominion Drive Bldg. 3, Ste. 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0502
Email: ssanford@wattsguerra.com

*On behalf of the Court-Appointed State-Federal Liaison Counsel*

2

**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**

*/s/ John H. Beisner*

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Tel: (202) 373-7000
john.beisner@skadden.com
jessica.miller@skadden.com

*Attorneys for Defendants Endo Health
Solutions  Inc.,  Endo  Pharmaceuticals
Inc., Par Pharmaceutical, Inc. and Par
Pharmaceutical Companies, Inc.*

SO ORDERED this 6th Day of July, 2022.

/s/Dan Aaron Polster

Hon. Dan Aaron Polster
United States District Judge