UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL Docket No. 2804 |
| *This document relates to:* ILN/1:20-cv-04111 | Case No. 1:17-md-2804 |
| *Marion Hospital Corporation, et al. v. Abbott Laboratories (IL), et al.* | **Judge Dan Aaron Polster** |

**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Massac Memorial, LLC d/b/a Massac Memorial Hospital ("Plaintiff") and Defendants Cardinal Health, Inc., AmerisourceBergen Drug Corporation, and H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Co. (collectively, the "Distributor Defendants") that, pursuant to the election[1] of Plaintiff to participate in the Distributor Settlement Agreement, which was announced on July 21, 2021 and is now dated March 30, 2022, which is binding on Plaintiff and the Distributor Defendants, and which has an Effective Date of April 2, 2022, all claims of Plaintiff against any Distributor Defendant, including any entity identified in the Distributor Settlement Agreement, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Distributor Settlement Agreement to the extent provided under that Agreement.

Dated: July 6, 2022.                                  Respectfully submitted,

/s/ *Patrick Murphy*
G. Patrick Murphy
MURPHY & MURPHY LLC

---

[1] Plaintiff's executed Settlement Participation Form is attached hereto as Exhibit A.

3415 Office Park Dr., Suite D
Marion, IL 62959
Tel: (618) 248-3236
patrick@murphymurphyllc.com

*Attorney for Plaintiff Massac Memorial, LLC d/b/a Massac Memorial Hospital*


*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Corporation*


*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC  20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*


*/s/ William E. Padgett*
William E. Padgett
Kathleen L. Matsoukas
William J. Leeder, III
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Tel: (317) 236-1313

2

        Fax:  (317) 231-7433
        william.padgett@btlaw.com
        kathleen.matsoukas@btlaw.com
        william.leeder@btlaw.com

*Attorneys for H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Co.*

SO ORDERED this _____ day of July 2022.

_____
Hon. Dan Aaron Polster
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Northern District of Ohio by using the CM/ECF System.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

        /s/ *Patrick Murphy*
        G. Patrick Murphy