# EXHIBIT A

**Five-Year Calculation Using Plaintiffs' OUD Population Reduction Method:**

Population-Corrected 5-Year Costs: $639,919,886

Less Combined County Settlements: $639,919,886 − $19,770,073 = $620,149,813

Less Prescribers' Responsibility: $\dfrac{\$620,149,813}{2} = \$310,074,906$

| Five-Year Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County[1] | Trumbull County |
| Walgreens: | $28,278,831 | $31,255,551 |
| Walmart: | $4,639,496 | $5,127,864 |

| Five-Year Red-Flag Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $27,836,975 | $30,767,183 |
| Walmart: | $1,325,570 | $1,465,104 |

---

[1] In these apportionment frameworks, Defendants allocate funding between the Counties to mirror the percentages going to each County in Plaintiffs revised 15-year calculations they included in their brief: 52.5% to Trumbull County and 47.5% to Lake County. *See* Dkt. 4513 at 22–23.

1

**Option 3: OUD Population Correction:[2]**

| | |
|---|---|
| Uncorrected Five-Year Costs: | $864,558,347 |
| Five-Year Corrected Plan Cost: | $346,479,168 |
| Return Half of OUD Correction: | $346,479,168 + $175,184,283 = $521,663,451 |
| Less Combined County Settlements: | $521,663,451 − $19,770,073 = $501,893,378 |
| Less Prescribers' Responsibility: | $\frac{\$501,893,378}{2} = \$250,946,689$ |

| Option 3's Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $20,910,886 | $27,270,879 |
| Walmart: | $3,430,692 | $4,474,129 |

| Option 3's Red-Flag Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $20,584,153 | $26,844,771 |
| Walmart: | $980,198 | $1,278,322 |

---

[2] Walgreen's and Walmart's Joint Abatement Phase Closing Submission included one-year and five-year calculations for Option 3: OUD Population Correction and Option 4: Eliminating Projected Costs Not Attributable to Prescription Opioids.  This exhibit more accurately reflects the formula they used to arrive at those estimates and corrects a calculation error in the red-flag market share of the five-year calculation of Option 3.

**Option 4: Eliminating Projected Costs Not Attributable to Prescription Opioids:**

Uncorrected Five-Year Costs: $864,558,347

Less Combined County Settlements: $864,558,347 − $19,770,073 = $844,788,274

Less 35%: $844,788,274 - $295,675,896 = $549,112,378

Less Prescribers' Responsibility: $\frac{\$549,112,378}{2} = \$274,556,189$

| Option 4 Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $22,878,218 | $29,836,570 |
| Walmart: | $3,753,458 | $4,895,062 |

| Option 4 Red-Flag Market Share Allocation: | | |
|---|---|---|
| Pharmacy | Lake County | Trumbull County |
| Walgreens: | $22,520,746 | $29,370,374 |
| Walmart: | $1,072,416 | $1,398,589 |

3