# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) **MDL No. 2804** ) ) **Case No. 1:17-md-2804** ) ) **Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that attorney Linda M. Ricci of Greenberg Traurig, LLP, hereby enters her appearance as counsel of record on behalf of Defendant, Albertson's LLC, in the above-captioned action.

Dated:  July 8, 2022

Respectfully Submitted,

By: */s/ Linda M. Ricci*
One of Defendant's Attorneys

Linda M. Ricci
Greenberg Traurig, LLP
One International Place Suite 2000
Boston MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
riccil@gtlaw.com

*Counsel for Albertson's LLC*

**CERTIFICATE OF SERVICE**

  I, Linda M. Ricci, an attorney, certify that I caused a copy of the foregoing Notice of Appearance to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this _____ day of July 2022.

                */s/ Linda M. Ricci*