# Appendix B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>The cases listed on Appendix A hereto | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**[PROPOSED] PARTIAL FINAL JUDGMENT** |

Pursuant to Federal Rules of Civil Procedure 21 and 54(b), the Court hereby severs and enters this FINAL JUDGMENT dismissing all claims against Defendants McKesson Corporation, AmerisourceBergen Corporation, and Cardinal Health, Inc., together with their Released Entities (collectively, "Settling Distributors"[i]) in the cases listed on Appendix A hereto. In light of the settlement between plaintiffs and Settling Distributors, the Court finds that there is no just reason for delay in entering a partial final judgment dismissing all claims asserted against Settling Distributors in those actions.

SO ORDERED.

_____
Honorable Dan Aaron Polster

---

[i] Settling Distributors include, but are not limited to, the entities identified on Exhibit 1 to Settling Distributors' Request For Severance And Entry Of Final Judgment. *See also* Distributor Settlement Agreement (March 10, 2022) Section I.HHH & Exhibit J.