UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Montgomery County Board of County Commissioners, et al. v. Cardinal Health, Inc., et al.,*<br>Case No. 1:18-op-46326 ("Track 7") | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## SO-ORDERED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Montgomery County, Ohio, by and through the Montgomery County Prosecutor's Office ("Plaintiff"), on the one hand, and Defendants Rite Aid Corporation, Rite Aid of Maryland Inc. d/b/a /Mid-Atlantic Customer Support Center, Rite Aid Hdqtrs. Corp., and Rite Aid of Ohio, Inc. (collectively, "Rite Aid Defendants"), on the other, hereby enter this So-Ordered Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff stipulates and agrees to dismiss with prejudice all claims asserted against the Rite Aid Defendants in Track 7 of the above-captioned litigation.

The above action is hereby voluntarily dismissed with prejudice as to Rite Aid Defendants only, without costs as to any party against the other.

| | |
|---|---|
| FOR PLAINTIFF MONTGOMERY COUNTY | FOR RITE AID DEFENDANTS |
| _____<br>Name: Joe Rice, Esq.<br>Date: June __, 2022 | Name: Kelly A. Moore, Esq.<br>Date: June 28, 2022 |
| Name: Mathias H. Heck, Jr., Esq.<br>Date: June __, 2022<br>July 15 | SO ORDERED:<br><br>_____<br>Honorable Dan A. Polster, J. |

| FOR PLAINTIFF MONTGOMERY COUNTY | FOR RITE AID DEFENDANTS |
|---|---|
| *Joe Rice* | *Kelly A. Moore* |
| Name: Joe Rice, Esq. | Name: Kelly A. Moore, Esq. |
| Date: ~~June __, 2022~~ July 12, 2022 | Date: June 28, 2022 |
| | SO ORDERED: |
| Name: Mathias H. Heck, Jr., Esq. | |
| Date: June __, 2022 | Honorable Dan A. Polster, J. |