# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cobb County v. Purdue Pharma L.P., et al.,*<br>Case No. 1:18-op-45817 ("Track 8") | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## SO-ORDERED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cobb County, Georgia ("Plaintiff"), on the one hand, and Defendants Rite Aid Corporation, Rite Aid of Maryland Inc. d/b/a /Mid-Atlantic Customer Support Center, Eckerd Corporation d/b/a Liverpool Distribution Center, Rite Aid Hdqtrs. Corp., and Rite Aid of Georgia, Inc. (collectively, "Rite Aid Defendants"), on the other, hereby enter this So-Ordered Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff stipulates and agrees to dismiss with prejudice all claims asserted against the Rite Aid Defendants in Track 8 of the above-captioned litigation.

The above action is hereby voluntarily dismissed with prejudice as to Rite Aid Defendants only, without costs as to any party against the other.

FOR PLAINTIFF COBB COUNTY

Name: Jayne Conroy, Esq.
Date: June 11, 2022

FOR RITE AID DEFENDANTS

Name: Kelly A. Moore, Esq.
Date: June 28, 2022

SO ORDERED:

_____
Honorable Dan A. Polster, J.