# EXHIBIT B

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Amityville (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45955 | 10/30/2019 |
| *Babylon (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46062 | 11/21/2019 |
| *Babylon (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46047 | 11/21/2019 |
| *Bellmore (NY), Fire District of v McKesson Corp., et al.* | 1:19-op-46034 | 11/20/2019 |
| *Bellport (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46019 | 11/15/2019 |
| *Board of Education of Thornton Township High Schools (IL), et al. v. Cephalon, Inc., et al.*[1] | 1:20-op-45281 | 12/16/2020 |
| *Brookhaven (NY), Town of v. McKesson Corporation, et al.* | 1:19-op-46018 | 11/15/2019 |
| *Centereach (NY), Fire District v. McKesson Corporation, et al.* | 1:19-op-46100 | 12/3/2019 |
| *Centerport (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46107 | 12/4/2019 |
| *Clarkstown (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46088 | 11/22/2019 |
| *East Hampton (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46040 | 11/20/2019 |
| *East Rockaway (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45999 | 11/11/2019 |
| *Farmingdale (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46037 | 11/20/2019 |
| *Floral Park (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46000 | 11/11/2019 |
| *Friendship Engine & Hose Company (NY) v. McKesson Corp., et al.* | 1:19-op-46078 | 11/22/2019 |
| *Garden City (NY), Village of v. McKesson Corp., et al.* | 1:19-op-45902 | 10/22/2019 |
| *Great Neck (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46145 | 12/19/2019 |
| *Greenport (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46084 | 11/22/2019 |
| *Hauppauge (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46108 | 12/4/2019 |
| *Haverstraw (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46083 | 11/22/2019 |
| *Hempstead (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46035 | 11/20/2019 |
| *Hempstead (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46026 | 11/18/2019 |
| *Hicksville (NY), Water District of v. McKesson Corp., et al.* | 1:20-op-45072 | 2/10/2020 |
| *Huntington (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46038 | 11/20/2019 |
| *Island Park (NY), Village of v. McKesson Corp., et al.* | 1:19-op-45903 | 10/22/2019 |
| *Islandia (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-45954 | 10/29/2019 |

---

[1] *Board of Education of Thornton Township High Schools* is a multi-plaintiff case filed by plaintiffs from multiple states. Through this motion, Janssen only seeks dismissal of the claims brought by plaintiff Board of Education of Rochester City School District, which is a New York government entity subject to the statutory bar.

1

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Islip Terrace (NY), Fire District of v. McKesson Corp., et al.* | 1:20-op-45049 | 2/5/2020 |
| *Islip (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46079 | 11/22/2019 |
| *Lake Grove (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46032 | 11/20/2019 |
| *Lawrence (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-45992 | 11/6/2019 |
| *Levittown (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46077 | 11/22/2019 |
| *Lindenhurst (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46064 | 11/21/2019 |
| *Lloyd Harbor (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46052 | 11/21/2019 |
| *Long Beach (NY), City of v. McKesson Corporation, et al.* | 1:19-op-46005 | 11/13/2019 |
| *Lynbrook (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46009 | 11/15/2019 |
| *Massapequa Park (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46024 | 11/18/2019 |
| *Melville (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46112 | 12/5/2019 |
| *Merrick Library (NY) v. McKesson Corporation, et al.* | 1:19-op-46097 | 12/2/2019 |
| *Mill Neck (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46074 | 11/22/2019 |
| *Miller Place (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46109 | 12/4/2019 |
| *Millerton (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-45998 | 11/11/2019 |
| *Mount Sinai (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46110 | 12/4/2019 |
| *Nassau University Medical Center (NY) v. Purdue Pharma L.P., et al.* | 1:19-op-45812 | 8/30/2019 |
| *Nesconset (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46106 | 12/4/2019 |
| *New Hyde Park (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46022 | 11/15/2019 |
| *Nissequogue (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46063 | 11/21/2019 |
| *North Hempstead (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46043 | 11/20/2019 |
| *North Merrick (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46048 | 11/21/2019 |
| *North Patchogue (NY), First District of v. McKesson Corp., et al.* | 1:20-op-45050 | 2/5/2020 |
| *Northport (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46050 | 11/21/2019 |
| *Old Westbury (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46075 | 11/22/2019 |

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Orangetown (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46075 | 11/22/2019 |
| *Oyster Bay (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46041 | 11/20/2019 |
| *Patchogue (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46039 | 11/20/2019 |
| *Plainview - Old Bethpage (NY) Public Library v. McKesson Corp., et al.* | 1:19-op-46061 | 11/21/2019 |
| *Poquott (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46031 | 11/20/2019 |
| *Port Washington North (NY), Village of v. Purdue Pharma, et al.* | 1:19-op-46051 | 11/21/2019 |
| *Port Washington (NY), Water District of v. McKesson Corp., et al.* | 1:19-op-46004 | 11/13/2019 |
| *Poughkeepsie (NY), Town of v. Teva Pharmaceuticals USA, Inc., et al.* | 1:20-op-45260 | 2/21/2020 |
| *Ramapo, (NY), Town of v. McKesson Corporation, et al* | 1:20-op-45042 | 1/27/2020 |
| *Ridge (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46144 | 12/19/2019 |
| *Riverhead (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46036 | 11/20/2019 |
| *Rockville Centre Public Library (NY) v. McKesson Corp., et al.* | 1:19-op-46065 | 11/21/2019 |
| *Roslyn (NY), Water District of v. McKesson Corporation, et al.* | 1:19-op-46015 | 11/15/2019 |
| *Saltaire (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46080 | 11/22/2019 |
| *Smithtown (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46111 | 12/4/2019 |
| *Smithtown (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46033 | 11/20/2019 |
| *South Farmingdale (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46003 | 11/13/2019 |
| *Southampton (NY), Town of v. McKesson Corp., et al.* | 1:19-op-45968 | 11/4/2019 |
| *Southold (NY), Town of v. McKesson Corp., et al.* | 1:19-op-46090 | 11/22/2019 |
| *Southwestern Central School District (NY) v. Cephalon, Inc. et al.* | 1:22-op-45024 | |
| *St James (NY), Fire District of v. McKesson Corporation, et al.* | 1:20-op-45035 | 1/19/2020 |
| *Stewart Manor (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46002 | 11/13/2019 |
| *Stony Brook (NY), Fire District of v. McKesson Corporation, et al.* | 1:19-op-46113 | 12/5/2019 |
| *Stony Point (NY), Town of v. McKesson Corp., et al.* | 1:20-op-45036 | 1/22/2020 |
| *Suffern (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46087 | 11/22/2019 |

3

| Case Name | Case Number | Date Filed |
|---|---|---|
| *The Branch (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46114 | 12/5/2019 |
| *Uniondale (NY), Fire District of v. McKesson Corp., et al.* | 1:19-op-46049 | 11/21/2019 |
| *Valley Stream (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46023 | 11/15/2019 |
| *Wappinger Falls (NY), Town of v. ABDC, et al.* | 1:19-op-46091 | 11/1/2019 |
| *Wappingers Falls (NY), Village of v. ABDC, et al.* | 1:19-op-45922 | 9/18/2019 |
| *West Hampton Dunes (NY), Incorporated Village of v. McKesson Corp., et al.* | 1:19-op-46055 | 11/21/2019 |
| *West Haverstraw (NY), Village of v. McKesson Corp., et al.* | 1:19-op-46089 | 11/22/2019 |
| *West Hempstead (NY) Public Library v. McKesson Corporation, et al.* | 1:20-op-45018 | 1/13/2020 |
| *Westbury (NY), Village of v. McKesson Corporation, et al.* | 1:19-op-46025 | 11/18/2019 |