# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) | CASE NO. 1:17-MD-2804 |
| | ) | David R. Cohen |
| THIS DOCUMENT RELATES TO: | ) | Randi S. Ellis |
| *"All Cases"* | ) | Hon. David R. Herndon |
| | ) | |
| | ) | **FEE PANEL ORDER NO. 9** |
| | ) | **REGARDING DEADLINE TO CURE** |
| | ) | **DEFICIENT APPLICATIONS FOR** |
| | ) | **CONTINGENCY FEE FUND AWARDS** |

The deadline for submission of applications for fee awards from the Distributors and the Janssen Contingency Fee Funds have now passed. *See Fee Panel Order No. 3* (Doc. 4450) (setting a May 27, 2022 deadline for the Distributors Contingency Fee Fund); *Fee Panel Order No. 4* (Doc. 4488) (setting a June 10, 2022 deadline for the Janssen Contingency Fee Fund).

Between the two settlements, the Fee Panel received approximately 6,000 timely-submitted Applications. The Fee Panel completed reviews of all Applications in a timely manner and notified applicants of any deficiency. Most applicants then cured their deficiencies. As of the date of this Order, there are less than 40 Distributor Contingency Fee Fund Applications and less than 50 Janssen Contingency Fee Fund Applications that were timely-filed and remain deficient.

The Fee Panel now sets a deadline for Attorneys to cure deficient Applications for both the Distributor Contingency Fee Fund and the Janssen Contingency Fee Fund: **5:00 EDT on Friday, July 29, 2022**. *Deficient applications that are not timely cured by this deadline will be denied.*

If, for any reason, an Attorney cannot cure a deficient application by the deadline, the Attorney must submit a written *Extension Request for Cause* by the same deadline. In the Request,

the Attorney must explain why an extension is necessary. Extension Requests will not be automatically granted; the Fee Panel will grant an extension only upon a showing of good cause.

The Request may be provided to the Fee Panel by sending an email with an attachment to the following email address: contingentfeefund@opioidfeepaneldocuments.com. The attachment must be in .PDF format and limited to two pages, double-spaced, with standard margin, and 12-point font.

**IT IS SO ORDERED.**

               /s/ **David R. Cohen**
                   **Randi S. Ellis**
                   <u>**David R. Herndon**</u>
                   **FEE PANEL**

**Dated:** July 20, 2022