**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION | ) | MDL No. 2804 |
| | ) | |
| OPIATE LITIGATION | ) | Case No. 1:17-md-2804 |
| | ) | |
| *This Document Relates to*: | ) | Hon. Dan Aaron Polster |
| | ) | |
| *Montgomery County Board of County Commissioners, et al. v. Cardinal Health, Inc., et al.* Case No. 1:18-op-46326 ("Track 7") | ) ) ) ) ) ) | |

**PLAINTIFF'S WITHDRAWAL OF MOTION TO REMAND**

Plaintiff, the Board of County Commissioners of Montgomery County, Ohio, by and through the Montgomery County Prosecutor's Office hereby withdraws Plaintiff's Motion to Remand (Dkt. 6), filed August 31, 2018.

Dated: July 20, 2022

Respectfully submitted,

By:   */s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (fax)
pweinberger@spanglaw.com

*MDL Plaintiffs' Liaison Counsel*

Linda Singer
Elizabeth Smith
Motley Rice LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
(202) 386-9626
lsinger@motleyrice.com
esmith@motleyrice.com
*Attorneys for Montgomery County*

Michael Elsner
Lisa Saltzburg
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
melsner@motleyrice.com
lsaltzburg@motleyrice.com
*Attorneys for Montgomery County*

Mathias H. Heck, Jr.
Montgomery County Prosecuting Attorney
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
(937) 225-5599
heckm@mcohio.org
*Attorney for Montgomery County*

Ward C. Barrentine
Chief Assistant Prosecuting Attorney-Civil Division
Montgomery County Prosecutor's Office
301 West Third Street, 4th Floor, Suite 461
Dayton, Ohio 45422
(937) 496-7797
Barrentin@@mcohio.org
*Attorney for Montgomery County*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing Withdrawal of Motion to Remand with the Clerk of the Court and served on counsel of record using the CM/ECF system.

By: /s/ Peter H. Weinberger
Peter H. Weinberger