**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>No. 22-op-45024-DAP;<br>No. 21-op-45116-DAP;<br>No. 19-op-46078-DAP. | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**MOTION FOR LEAVE TO FILE
SETTLING DISTRIBUTORS' SUPPLEMENTAL MOTION TO DISMISS
CLAIMS FILED BY NEW YORK GOVERNMENTAL ENTITIES
AS BARRED BY STATUTE**

In compliance with Case Management Order One ¶ 6(g) (Dkt. No. 232), Settling Distributors[1] move the Court for leave to file their Supplemental Motion To Dismiss Claims Filed By New York Governmental Entities As Barred By Statute (the "Motion"). The Motion seeks dismissal of claims brought by three New York government entities—Southwestern Central School District (purporting to represent all "similarly situated public school districts" in New York State), Friendship Engine & Hose Company, and the Erie County Medical Center (together the "Additional Entities")—against Settling Distributors on the ground that the claims are barred by New York statute. A copy of the Motion is attached hereto as **Exhibit A**.

---

[1] The Settling Distributors are AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Co., McKesson Corporation, Cardinal Health, Inc., and Kinray LLC, as well as any other Released Entities, as that term is defined in the New York Agreement, that have been named as defendants in any of the cases at issue in this Motion. *See* Exhibit A fn. 1.

Dated:  July 20, 2022

Respectfully submitted,

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Corporation*

*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*

*/s/ Mark H. Lynch*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

*/s/ William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
William J. Leeder, III (MI No. P70708)
Barnes & Thornburg llp
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com
william.leeder@btlaw.com

*Counsel for Defendants H. D. Smith, LLC,
f/k/a. H. D. Smith Wholesale Drug Co.; H. D.
Smith Holdings, LLC and H. D. Smith Holding
Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 20, 2022, the Motion for Leave to File Supplemental Motion To Dismiss Claims Filed By New York Governmental Entities As Barred By Statute was served on all counsel of record via the CM/ECF system.

/s/ *Robert A. Nicholas*
Robert A. Nicholas