# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: ) ) | Case No. 1:17:md-2804 |
| *All Cases Listed in Docket No. 4396-1;* ) *All Cases Listed on Attached Exhibit "A"* ) *and Docket No. 4547 - Order* ) | Judge Dan Aaron Polster |

## NOTICE OF APPEAL

Notice is hereby given that all the parties listed on Exhibit "A" attached hereto hereby appeal to the United States Court of Appeals for the Sixth Circuit from an Order by Judge Dan Aaron Polster, Docket Number 4547, granting Settling Distributors' Motion to Dismiss entered on the 21st day of June, 2022.  The Clerk shall include only the Defendants' Motion and Plaintiffs' response in the record on appeal.

Respectfully submitted this 21st day of July, 2022.

   /s/ Mark A. Tate
Mark A. Tate
Georgia State Bar No. 698820
tlgservice@tatelawgroup.com
(912) 234-3030
25 Bull Street. Second Floor
Savannah, Georgia 31401

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served to all counsel of record Notice of Appeal via the CM/ECF system.

Dated: July 21, 2022.

   /s/ Mark A. Tate
Mark A. Tate
Georgia State Bar No. 698820
tlgservice@tatelawgroup.com
(912) 234-3030
25 Bull Street, Second Floor
Savannah, Georgia 31401