# 1:17 MD 2804
# Judge Dan Aaron Polster

# CT3 Phase II Plaintiff's Final Admitted Exhibits