

Alvarez & Marsal
Disputes and Investigations, LLC
540 West Madison Street – Suite 1800
Chicago, IL 60661
Phone: +1 312 601 4220
Fax: +1 312 332 4599

**PRIVILEGED & CONFIDENTIAL**
Subject to the Attorney-Client Privilege /
Attorney Work Product Doctrine

**INVOICE NUMBER: 830966-01**

May 12, 2021

Graeme Bush, Esq.
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807

Re: Track 3 of the National Prescription Opioid Litigation

Dear Mr. Bush,

Please find attached our invoice and wiring instructions for professional services rendered from inception through April 30, 2021.

If you have any questions, please do not hesitate to contact me.

Best Regards,

*Matthew G. Bialecki*

Matthew Bialecki
Managing Director
Alvarez & Marsal Disputes and Investigations, LLC

Enclosure

PLAINTIFFS TRIAL EXHIBIT
P-04888_00001

www.alvarezandmarsal.com

P-04888 _ 00001



Alvarez & Marsal
Disputes and Investigations, LLC
540 West Madison Street – Suite 1800
Chicago, IL 60661
Phone: +1 312 601 4220
Fax: +1 312 332 4599

**PRIVILEGED & CONFIDENTIAL**
Subject to the Attorney-Client Privilege /
Attorney Work Product Doctrine

**INVOICE NUMBER:  830966-01**

May 12, 2021

Graeme Bush, Esq.
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807

Re:   Track 3 of the National Prescription Opioid Litigation

For professional services rendered from inception through April 30, 2021 in connection with our letter of agreement dated October 29, 2020.

**Professional Fees**

*Consulting and Expert Witness Services*

| Level | | Rate | Hours | Professional Fees | |
|---|---|---|---|---|---|
| Andrew Moore | Senior Director | $660 | 172.75 | $ | 114,015 |
| Frank Esposito | Director | $580 | 167.50 | | 97,150 |
| Kevin Baker | Director - Forensic Technology | $580 | 2.50 | | 1,450 |
| Erin Dingrando | Manager | $500 | 27.25 | | 13,625 |
| Kyle Pestano | Manager | $500 | 34.50 | | 17,250 |
| Christopher Doyle | Senior Associate | $420 | 229.00 | | 96,180 |
| Sam Herzon | Associate | $340 | 186.75 | | 63,495 |
| | | | 820.25 | $ | 403,165 |

**Out-of-Pocket Expenses Incurred**

| | | |
|---|---|---|
| Out-of-Pocket Expenses | $ | - |
| Computer and Administrative Expense (8% of fees billed) | $ | 32,253 |
| **Total Fees and Expenses** | **$** | **435,418** |

**Due and payable upon receipt**

www.alvarezandmarsal.com

P-04888 _ 00002