

## PartnerSolutions Reporting Services

Profile of the 12,949 Trumbull County Mental Health and Recovery Board clients (9,666 Adults, 3,284 Children) served in SFY 2020 through 10/7/2020



Age Grouping



Gender
- F 6,960 53.34 %
- M 5,989 45.90 %
- 99 0.76 %



Race
- American Indian 1 0.01 %
- Asian 28 0.22 %
- Black 1,921 14.84 %
- Hispanic 169 1.31 %
- Other 39 0.30 %
- Unknown 536 4.14 %
- White 10,255 79.20 %

### Top Ten Most Common Primary Diagnostic Groups for Adults

| Diagnostic Group | Clients | Claims | Claims/Client | Total Cost | Avg Cost |
|---|---|---|---|---|---|
| Depressive Disorders | 3,171 | 27,832 | 8 | $2,468,000 | $778 |
| Bipolar Disorders | 2,086 | 24,791 | 11 | $2,204,252 | $1,057 |
| Opioid Use Disorders | 1,695 | 169,148 | 99 | $8,048,259 | $4,748 |
| Anxiety Disorders | 1,685 | 12,792 | 7 | $1,121,438 | $666 |
| Schizophrenia/Other Psychotic Disorders | 904 | 25,959 | 28 | $2,326,164 | $2,573 |
| Post-traumatic Stress Disorder | 877 | 8,210 | 9 | $698,403 | $796 |
| Alcohol Use Disorders | 466 | 8,880 | 19 | $1,093,070 | $2,346 |
| Attention-Deficit/Disruptive Behavior Disorders | 450 | 3,047 | 6 | $247,493 | $550 |
| Adjustment Disorders | 407 | 2,916 | 7 | $256,899 | $631 |
| Personality Disorders | 290 | 2,711 | 9 | $195,707 | $675 |

### Top Ten Most Common Primary Diagnostic Groups for Children

| Diagnostic Group | Clients | Claims | Claims/Client | Total Cost | Avg Cost |
|---|---|---|---|---|---|
| Attention-Deficit/Disruptive Behavior Disorders | 1,058 | 18,383 | 17 | $1,486,944 | $1,405 |
| Adjustment Disorders | 722 | 10,120 | 14 | $803,445 | $1,113 |
| Conduct Disorders | 670 | 13,398 | 19 | $1,232,008 | $1,839 |
| Depressive Disorders | 561 | 7,766 | 13 | $634,727 | $1,131 |
| Anxiety Disorders | 453 | 6,013 | 13 | $495,636 | $1,094 |
| Post-traumatic Stress Disorder | 439 | 9,312 | 21 | $774,669 | $1,765 |
| Bipolar Disorders | 284 | 4,442 | 15 | $398,595 | $1,404 |
| Pervasive Developmental Disorders | 182 | 4,361 | 23 | $353,809 | $1,944 |
| Personality Disorders | 70 | 1,139 | 16 | $83,875 | $1,198 |
| Impulse Control Disorders | 35 | 461 | 13 | $39,823 | $1,138 |



PLAINTIFFS TRIAL EXHIBIT
P-04900_00001

**PartnerSolutions Reporting Services**

Profile of the 12,949 Trumbull County Mental Health and Recovery Board All Clients (9,666 Adults, 3,284 Children) Served in SFY 2020 Through 10/7/2020

| Procedure | Medicaid Units | Medicaid Dollars | Non-Medicaid Units | Non-Medicaid Dollars | Total Dollars | Percent of Dollars |
|---|---|---|---|---|---|---|
| Alcohol and/or drug services; group | 30,860 | $261,281.37 | 10,186 | $91,030.65 | $352,312.02 | 1.33 % |
| Alcohol and/or drug services; intensive | 9,835 | $1,664,829.56 | 1,015 | $179,584.62 | $1,844,414.18 | 6.95 % |
| Alcohol and/or other drug treatment | 3,731 | $826,938.14 | 93 | $21,117.60 | $848,055.74 | 3.20 % |
| AoD Room & Board | 0 | $0.00 | 1,197 | $29,925.00 | $29,925.00 | 0.11 % |
| AoD Screening Analysis | 0 | $0.00 | 548 | $14,796.00 | $14,796.00 | 0.06 % |
| AoD Screening Confirmation | 0 | $0.00 | 7 | $630.00 | $630.00 | 0.00 % |
| Assertive community treatment program, | 2,267 | $475,784.45 | 0 | $0.00 | $475,784.45 | 1.79 % |
| BH counseling and therapy/SUD crisis | 4,173 | $80,520.04 | 113 | $2,182.03 | $82,702.07 | 0.31 % |
| Buprenorphine, generic, per 1 mg. | 1,448 | $1,737.60 | 0 | $0.00 | $1,737.60 | 0.01 % |
| Buprenorphine/Naloxone Administration | 7,858 | $638,235.50 | 0 | $0.00 | $638,235.50 | 2.41 % |
| Buprenorphine/naloxone, brand, per 1mg | 503,197 | $684,830.16 | 0 | $0.00 | $684,830.16 | 2.58 % |
| Buprenorphine/naloxone, oral, greater | 302 | $5,397.42 | 0 | $0.00 | $5,397.42 | 0.02 % |
| Buprenorphine/naloxone, oral, greater | 1,287 | $11,541.33 | 0 | $0.00 | $11,541.33 | 0.04 % |
| Buprenorphine/naloxone, oral, greater | 9,310 | $124,409.64 | 0 | $0.00 | $124,409.64 | 0.47 % |
| Buprenorphine/naloxone, oral, less than or | 363 | $3,001.32 | 0 | $0.00 | $3,001.32 | 0.01 % |
| Bus Passes (Recovery Supports) | 0 | $0.00 | 3 | $126.00 | $126.00 | 0.00 % |
| Career Exploration | 0 | $0.00 | 14 | $100.80 | $100.80 | 0.00 % |
| Case management | 220 | $4,180.00 | 0 | $0.00 | $4,180.00 | 0.02 % |
| Cell Phones (Recovery Supports) | 0 | $0.00 | 195 | $9,624.92 | $9,624.92 | 0.04 % |
| Clinically Managed Low-Intensity | 1,522 | $232,211.54 | 0 | $0.00 | $232,211.54 | 0.88 % |
| Clinically Managed Withdrawal | 61 | $15,636.13 | 0 | $0.00 | $15,636.13 | 0.06 % |
| Clothing Vouchers (Recovery Supports) | 0 | $0.00 | 5 | $250.00 | $250.00 | 0.00 % |
| Community Psychiatric Supportive | 74,036 | $1,124,816.59 | 2,240 | $38,969.35 | $1,163,785.94 | 4.39 % |
| Crisis Care | 0 | $0.00 | 75 | $20,035.50 | $20,035.50 | 0.08 % |
| Crisis Community Outreach | 0 | $0.00 | 61 | $2,225.89 | $2,225.89 | 0.01 % |
| Crisis Info & Referral | 0 | $0.00 | 78 | $2,846.22 | $2,846.22 | 0.01 % |
| Crisis support | 0 | $0.00 | 26 | $948.74 | $948.74 | 0.00 % |
| Electrocardiogram, routine ECG with at | 104 | $1,556.68 | 0 | $0.00 | $1,556.68 | 0.01 % |
| Employment/Vocational Services | 0 | $0.00 | 42 | $4,850.25 | $4,850.25 | 0.02 % |
| Family psychotherapy (conjoint | 795 | $65,787.79 | 0 | $0.00 | $65,787.79 | 0.25 % |
| Family psychotherapy (without the patient | 189 | $16,187.06 | 0 | $0.00 | $16,187.06 | 0.06 % |
| Food Vouchers (Recovery Supports) | 0 | $0.00 | 14 | $1,102.91 | $1,102.91 | 0.00 % |
| Gas Cards (Recovery Supports) | 0 | $0.00 | 730 | $18,577.65 | $18,577.65 | 0.07 % |
| Group psychotherapy (other than of a | 1,916 | $47,684.30 | 180 | $4,931.80 | $52,616.10 | 0.20 % |

**Cost Per Client** (Percentiles are Approximations)

| 25th | Median | 75th | Max |
|---|---|---|---|
| $262.86 | $713.06 | $2,040.91 | $72,631.25 |

**Client Participation in the Cost of Care**

| | Clients | Percent |
|---|---|---|
| Client Pays Some Portion | 88 | 0.68 % |
| Client Pays Zero | 12861 | 99.32 % |

CONFIDENTIAL

TRUM004676628
P-04900 _ 00002

Case: 1:17-md-02804-DAP  Doc #: 4592-2  Filed: 07/22/22  3 of 4.  PageID #: 591483

## PartnerSolutions Reporting Services



| Service | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|---|
| Home visit for the evaluation and | 1 | $255.57 | 1 | $255.57 | $511.14 | 0.00 % |
| Housing (Recovery Supports) | 0 | $0.00 | 1 | $500.00 | $500.00 | 0.00 % |
| Hygiene Products (Recovery Supports) | 0 | $0.00 | 11 | $352.84 | $352.84 | 0.00 % |
| Identification (Recovery Supports) | 0 | $0.00 | 9 | $262.70 | $262.70 | 0.00 % |
| Injection, naltrexone (Vivitrol), depot | 1 | $3.23 | 0 | $0.00 | $3.23 | 0.00 % |
| Intensive Home Based | 4,828 | $160,325.60 | 0 | $0.00 | $160,325.60 | 0.60 % |
| Interactive Complexity | 5,708 | $66,220.44 | 49 | $520.09 | $66,740.53 | 0.25 % |
| Investigative report | 0 | $0.00 | 5 | $729.75 | $729.75 | 0.00 % |
| Job Coaching - Group | 0 | $0.00 | 99 | $704.26 | $704.26 | 0.00 % |
| Job Coaching - Individual | 0 | $0.00 | 1,215 | $17,552.50 | $17,552.50 | 0.07 % |
| Job Development | 0 | $0.00 | 10 | $65.00 | $65.00 | 0.00 % |
| Job Retention | 0 | $0.00 | 7 | $112.00 | $112.00 | 0.00 % |
| Job Seeking Skills Training - Group | 0 | $0.00 | 387 | $3,155.50 | $3,155.50 | 0.01 % |
| Job Seeking Skills Training - Individual | 0 | $0.00 | 299 | $4,689.00 | $4,689.00 | 0.02 % |
| Job Skills Training | 0 | $0.00 | 98 | $627.20 | $627.20 | 0.00 % |
| Job Uniform/Attire (Recovery Supports) | 0 | $0.00 | 1 | $35.22 | $35.22 | 0.00 % |
| Medically Monitored Inpatient | 3,705 | $1,447,296.24 | 225 | $88,157.78 | $1,535,454.02 | 5.79 % |
| Mental Health Peer Support Service | 0 | $0.00 | 2,250 | $17,533.90 | $17,533.90 | 0.07 % |
| Methadone Administration | 58,776 | $1,441,614.52 | 0 | $0.00 | $1,441,614.52 | 5.44 % |
| MH Crisis Intervention | 288 | $3,564.00 | 0 | $0.00 | $3,564.00 | 0.01 % |
| MH Group TBS Hourly (Modifier | 1,344 | $45,896.37 | 0 | $0.00 | $45,896.37 | 0.17 % |
| MH Group TBS Per Diem Unlicensed | 4,523 | $773,247.89 | 0 | $0.00 | $773,247.89 | 2.92 % |
| MH Subsidized Housing - 1 | 0 | $0.00 | 5,863 | $46,376.33 | $46,376.33 | 0.17 % |
| MH Vocational | 0 | $0.00 | 68 | $13,861.80 | $13,861.80 | 0.05 % |
| MH Vocational - 1 | 0 | $0.00 | 196 | $20,872.80 | $20,872.80 | 0.08 % |
| MH Vocational - 3 | 0 | $0.00 | 64 | $31,700.00 | $31,700.00 | 0.12 % |
| MH Vocational - 4 | 0 | $0.00 | 23 | $327.00 | $327.00 | 0.00 % |
| MH Vocational - 5 | 0 | $0.00 | 7 | $52.50 | $52.50 | 0.00 % |
| MH Vocational - 7 | 0 | $0.00 | 139 | $342.21 | $342.21 | 0.00 % |
| Multiple-family group psychotherapy. | 48 | $1,418.85 | 4 | $110.74 | $1,529.59 | 0.01 % |
| Neurobehavioral Status Exam (First 60 | 3 | $192.30 | 0 | $0.00 | $192.30 | 0.00 % |
| Nursing Services - Individual (LPN) | 762 | $17,184.22 | 23 | $518.42 | $17,702.64 | 0.07 % |
| Office or other outpatient visit for the | 14 | $683.91 | 0 | $0.00 | $683.91 | 0.00 % |
| Office or other outpatient visit for the | 55 | $4,593.35 | 0 | $0.00 | $4,593.35 | 0.02 % |
| Office or other outpatient visit for the | 295 | $34,909.90 | 22 | $2,686.02 | $37,595.92 | 0.14 % |
| Office or other outpatient visit for the | 252 | $45,306.06 | 17 | $3,007.19 | $48,313.25 | 0.18 % |
| Office or other outpatient visit for the | 392 | $88,248.34 | 23 | $5,015.50 | $93,263.84 | 0.35 % |

CONFIDENTIAL

TRUM004676629
P-04900 _ 00003

**PartnerSolutions Reporting Services**

| Service | Units | Amount | Units2 | Amount2 | Total | % |
|---|---|---|---|---|---|---|
| Office visit for the evaluation and | 302 | $6,543.64 | 1 | $21.31 | $6,564.95 | 0.02 % |
| Office visit for the evaluation and | 1,813 | $83,647.36 | 10 | $466.68 | $84,114.04 | 0.32 % |
| Office visit for the evaluation and | 15,820 | $1,193,769.00 | 283 | $22,744.31 | $1,216,513.31 | 4.59 % |
| Office visit for the evaluation and | 11,430 | $1,271,050.09 | 348 | $34,755.58 | $1,305,805.67 | 4.92 % |
| Office visit for the evaluation and | 1,275 | $186,043.86 | 24 | $2,916.54 | $188,960.40 | 0.71 % |
| On job support | 0 | $0.00 | 7 | $44.80 | $44.80 | 0.00 % |
| Other Miscellaneous Supports (Recovery | 0 | $0.00 | 33 | $3,395.89 | $3,395.89 | 0.01 % |
| Paid Work Experience Add-On | 0 | $0.00 | 1,889 | $4,656.85 | $4,656.85 | 0.02 % |
| Performance based job development tier 1 | 0 | $0.00 | 3 | $3,502.50 | $3,502.50 | 0.01 % |
| Private Insurance Copays (Recovery | 0 | $0.00 | 1 | $40.00 | $40.00 | 0.00 % |
| Probate | 0 | $0.00 | 39 | $5,662.86 | $5,662.86 | 0.02 % |
| Prolonged service in the office setting - | 509 | $38,346.17 | 1 | $64.96 | $38,411.13 | 0.14 % |
| Prolonged service. Each additional 30 | 11 | $834.35 | 0 | $0.00 | $834.35 | 0.00 % |
| Psychiatric diagnostic evaluation | 5,530 | $597,463.27 | 390 | $42,077.98 | $639,541.25 | 2.41 % |
| Psychiatric diagnostic evaluation - | 1,488 | $204,386.79 | 15 | $2,042.55 | $206,429.34 | 0.78 % |
| Psychosocial Rehabilitation | 9,196 | $193,946.45 | 1,250 | $26,422.79 | $220,369.24 | 0.83 % |
| Psychotherapy for crisis; each additional | 170 | $10,667.16 | 49 | $3,187.87 | $13,855.03 | 0.05 % |
| Psychotherapy for crisis; first 60 minutes | 1,151 | $155,924.06 | 351 | $49,461.10 | $205,385.16 | 0.77 % |
| Psychotherapy, 30 minutes with patient | 12,784 | $659,783.14 | 696 | $36,777.78 | $696,560.92 | 2.63 % |
| Psychotherapy, 30 minutes with patient | 1,229 | $66,145.19 | 15 | $594.75 | $66,739.94 | 0.25 % |
| Psychotherapy, 45 minutes with patient | 14,840 | $981,505.51 | 523 | $35,512.33 | $1,017,017.84 | 3.83 % |
| Psychotherapy, 45 minutes with patient | 1 | $83.03 | 0 | $0.00 | $83.03 | 0.00 % |
| Psychotherapy, 60 minutes with patient | 32,235 | $3,203,589.02 | 882 | $87,719.86 | $3,291,308.88 | 12.41 % |
| Rent/Rental Deposits (Recovery Supports) | 0 | $0.00 | 10 | $7,752.00 | $7,752.00 | 0.03 % |
| Residential Care - 1 | 0 | $0.00 | 3,294 | $904,861.80 | $904,861.80 | 3.41 % |
| Residential Care - 5 | 0 | $0.00 | 1,115 | $252,547.50 | $252,547.50 | 0.95 % |
| Screening, Brief Intervention and Referral | 290 | $7,239.45 | 0 | $0.00 | $7,239.45 | 0.03 % |
| SUD Assessment | 63 | $4,900.14 | 2 | $154.44 | $5,054.58 | 0.02 % |
| SUD Case Management | 10,547 | $200,784.37 | 1,012 | $19,774.48 | $220,558.85 | 0.83 % |
| SUD Nursing Services/Nursing Service | 3,635 | $50,361.64 | 411 | $4,339.11 | $54,700.75 | 0.21 % |
| SUD Peer Recovery Support/SUD Group | 7,753 | $116,688.19 | 950 | $14,245.98 | $130,934.17 | 0.49 % |
| SUD Sub-Acute Detox | 28 | $10,090.08 | 0 | $0.00 | $10,090.08 | 0.04 % |
| TBS, per 15 minutes/Nursing | 166,254 | $4,088,171.69 | 8,049 | $204,558.68 | $4,292,730.37 | 16.19 % |
| Therapeutic, prophylactic, or diagnostic | 1,101 | $21,597.78 | 143 | $2,984.98 | $24,582.76 | 0.09 % |
| Urine Drug Screening | 17,300 | $246,679.85 | 760 | $11,004.80 | $257,684.65 | 0.97 % |
| Utilities (Recovery Supports) | 0 | $0.00 | 7 | $1,707.18 | $1,707.18 | 0.01 % |
| Withdrawal Management Hourly | 42 | $12,350.00 | 0 | $0.00 | $12,350.00 | 0.05 % |
| Work Incentive Planning - Credential | 0 | $0.00 | 5 | $1,606.25 | $1,606.25 | 0.01 % |
| | 1,051,266 | $24,030,118.69 | 50,506 | $2,491,586.24 | $26,521,704.93 | |

CONFIDENTIAL    TRUM004676630    P-04900_00004

CONFIDENTIAL    TRUM004676631    P-04900_00005