**EXPERT REPORT OF KATHERINE KEYES, PHD**

April 16, 2021



PLAINTIFFS TRIAL EXHIBIT P-23116_00001

P-23116 _ 00001



| | US | | Ohio | | Lake County | | Trumbull County | |
|---|---|---|---|---|---|---|---|---|
| | N | Moving average | N | Moving average | N | Moving average | N | Moving average |
| 1999 | 2,990,919 | | 81,294 | | 1,923 | | 3,322 | |
| 2000 | 3,095,085 | | 96,669 | | 1,717 | | 2,747 | |
| 2001 | 3,386,189 | | 123,988 | | N/A | | 2,699 | |
| 2002 | 4,032,624 | 3,376,204 | 159,856 | 115,452 | 2,232 | 1,957 | 5,151 | 3,480 |
| 2003 | 4,502,448 | 3,754,087 | 132,898 | 128,353 | N/A | N/A | 3,606 | 3,551 |
| 2004 | 4,703,468 | 4,156,182 | 191,633 | 152,094 | 3,205 | 2,719 | 7,254 | 4,678 |
| 2005 | 5,111,092 | 4,587,408 | 205,570 | 172,489 | 3,813 | 3,083 | 5,802 | 5,453 |
| 2006 | 5,700,763 | 5,004,443 | 250,497 | 195,150 | 5,139 | 4,052 | 6,300 | 5,741 |
| 2007 | 6,177,370 | 5,423,173 | 268,219 | 228,980 | 5,229 | 4,347 | 11,302 | 7,665 |
| 2008 | 6,249,141 | 5,809,592 | 297,218 | 255,376 | 4,979 | 4,790 | 7,727 | 7,783 |
| 2009 | 6,236,336 | 6,090,903 | 208,502 | 256,109 | 2,868 | 4,554 | 5,229 | 7,640 |
| 2010 | 6,347,812 | 6,252,665 | 294,071 | 267,003 | 6,891 | 4,992 | 7,853 | 8,028 |
| 2011 | 7,093,750 | 6,481,760 | 335,544 | 283,834 | 8,289 | 5,757 | 9,947 | 7,689 |
| 2012 | 7,122,596 | 6,700,124 | 358,468 | 299,146 | 8,266 | 6,579 | 6,242 | 7,318 |
| 2013 | 7,412,955 | 6,994,278 | 395,749 | 345,958 | 7,928 | 7,844 | 7,254 | 7,824 |
| 2014 | 7,292,649 | 7,230,488 | 366,052 | 363,953 | 7,612 | 8,024 | 8,013 | 7,864 |
| 2015 | 7,406,957 | 7,308,789 | 365,606 | 371,469 | 5,682 | 7,372 | 11,159 | 8,167 |
| 2016 | 7,552,707 | 7,416,317 | 404,033 | 382,860 | 8,230 | 7,363 | 9,868 | 9,074 |
| 2017 | 7,415,786 | 7,417,025 | 412,734 | 387,106 | 7,803 | 7,332 | 11,572 | 10,153 |
| 2018 | 6,673,870 | 7,262,330 | 318,830 | 375,301 | 5,709 | 6,856 | 6,868 | 9,867 |
| 2019 | 6,654,789 | 7,074,288 | 332,317 | 366,979 | 5,934 | 6,919 | 7,560 | 8,967 |

Table 2. Estimated number of individuals with OUD in the US, Ohio, Lake County and Trumbull County



Figure 12. Prevalence of opioid use disorder in the United States, Ohio, Lake County, and Trumbull County



Figure 14. Number of deaths attributable to opioids overall, directly attributable to prescription opioids, and indirectly attributable to prescription opioids

Figure 13. Number of individuals with opioid use disorder overall, directly attributable to prescription opioids, and indirectly attributable to prescription opioids



Table 3. Approximate number of children in Lake County and Trumbull County in need of psychiatric and other services to manage symptoms

| | Prevalence in the general population[248] | Estimated prevalence among children exposed to parental drug use (2x to 3x higher risk) | Number of children in Lake County potentially needing psychiatric or other services to manage symptoms due to parental opioid use | Number of children in Trumbull County potentially needing psychiatric or other services to manage symptoms due to parental opioid use |
|---|---|---|---|---|
| Any mood disorder | 14.3% | 28.6 to 42.9% | 1,018 to 1,527 | 1,254 to 1,881 |
| Any anxiety disorder | 31.9% | 63.8 to 95.7% | 2,271 to 3,407 | 2,798 to 4,196 |
| ADHD | 8.7% | 17.4 to 26.1% | 619 to 929 | 763 to 1,144 |
| Any substance use disorder | 11.4% | 22.8 to 34.2% | 811 to 1,218 | 1,000 to 1,500 |
| Learning disability | 9.7% | 19.4 to 29.1% | 691 to 1,036 | 851 to 1,276 |

