*Keyes Report*

## Katherine Keyes, PhD Expert Report

**MDL Case Track 3**
*Case No. 1:18-op-45032 and No. 1:18-op-45079 Opioid Litigation*

# EXHIBIT A

Curriculum Vitae

Exh. A-1



PLAINTIFFS TRIAL
EXHIBIT
**P-23117_00001**

P-23117 _ 00001

*Keyes Report*

**Katherine M. Keyes, PhD**
Department of Epidemiology
Columbia University
722 West 168th Street
New York, NY 10032
(212) 305-6706
kmk2104@columbia.edu

**Date of Preparation:** April 9th, 2021

**Personal Data:**
Name: Katherine Keyes
Birthplace:   Minneapolis, MN
Citizenship: USA

### Academic Appointments/Work Experience

| | | |
|---|---|---|
| 7/1/2016 – Present | **Department of Epidemiology** <br> **Mailman School of Public Health, Columbia University** <br> *Associate Professor of Epidemiology (tenured March 2020)* | New York, NY |
| 2/1/2012 – 6/30/2016 | **Department of Epidemiology** <br> **Mailman School of Public Health, Columbia University** <br> *Assistant Professor of Epidemiology* | New York, NY |
| 11/15/2010- 1/31/2012 | **Mailman School of Public Health, Columbia University** <br> *Instructor in Epidemiology* | New York, NY |
| 7/1/2013 – 6/30/2016 | **Department of Psychiatry** <br> **Mailman School of Public Health, Columbia University** <br> *Assistant Professor of Epidemiology (in Psychiatry)* | New York, NY |
| 1/2015 – Present | **Survey Research Center, Institute for Social Research** <br> **University of Michigan** <br> *Adjunct Research Assistant Professor* | Ann Arbor, MI |
| 7/2018 – Present | **Society and Health Research Center** <br> **Universidad Mayor** <br> *Adjunct Associate Professor* | Santiago, Chile |

Exh. A-2

P-23117 _ 00002

*Keyes Report*

**Katherine M. Keyes, PhD**
Department of Epidemiology
Columbia University
722 West 168th Street
New York, NY 10032
(212) 305-6706
kmk2104@columbia.edu

**Compensation**
Reviewing materials and writing report: $400 per hour
Deposition and trial testimony: $550 per hour

*Keyes Report*

## Education

| | | | |
|---|---|---|---|
| 09/2006 – 06/2010 | **Columbia University, Mailman School of Public Health** | | New York, NY |
| | PhD: Epidemiology, June 2010 | | |
| | Thesis title: *Ecologic-level disapproval and the prevalence of substance use: A multi-level age-period-cohort analysis of high-school attending adolescents in the United States* | | |
| | Sponsor: Deborah Hasin | | |
| 09/2004 – 05/2006 | **Columbia University, Mailman School of Public Health** | | New York, NY |
| | MPH: Epidemiology, May 2006 | | |
| 09/1998 – 12/2001 | **University of Minnesota** | | Minneapolis, MN |
| | BS: Finance, BA: Theater Arts, December 2001 | | |

## Training

| | | |
|---|---|---|
| 06/2010 – 01/2012 | **Columbia University** | New York, NY |
| | *Epidemiology Merit Post-Doctoral Fellow* | |
| 09/2006 – 06/2010 | **Columbia University** | New York, NY |
| | *Psychiatric Epidemiology Pre-Doctoral Training Fellow (T32 MH013043. PI: Link)* | |

## Honors and Awards

Carol J. Rowland Hogue Mid Career Award, Society for Epidemiologic Research, 2020
NIH Early-Stage Investigator, Office of Disease Prevention, 2017
Robins-Guze early career investigator award, American Psychopathological Association, 2016
Michelle Tansella Award, World Psychiatric Association Epidemiology section, 2016
Calerdone Junior Faculty Prize, Mailman School of Public Health, Columbia University, 2016
Tow Scholarship, Mailman School of Public Health, Columbia University, 2015
Research Society on Alcoholism Young Investigator Award, 2015
Columbia Psychiatric-Neurological Epidemiology Early Investigator Award, 2012
Robert Wood Johnson Health and Society Scholars Fellowship, 2010 (declined)
William Farr Award in Epidemiology, Columbia University, 2010
Student Merit Travel Award, Research Society on Alcoholism, 2009
Student award, Epidemiology Section, American Public Health Association, 2009
First place, Division 50 Student Poster Competition, American Psychological Association, 2009
National Institute of Drug Abuse Travel Award, American Psychological Association, 2009
Student Merit Travel Award, Research Society on Alcoholism, 2008
Gordis Award for outstanding student research, Research Society on Alcoholism, 2008
Lilienfeld Prize for Student Research, Society for Epidemiologic Research, 2008

Exh. C-2

Exh. A-3

Student Merit Travel Award, Research Society on Alcoholism, 2007
Finalist, Gordis Award for outstanding student research, Research Society on Alcoholism, 2007
Women & Gender Junior Investigator Award, College on Problems of Drug Dependence, 2006
Student Merit Travel Award, Research Society on Alcoholism, 2006

**Administrative Leadership and Academic Service**

ACADEMIC SERVICE
- Methods qualifying exam committee, 2015-present

ADMINISTRATIVE LEADERSHIP AT CUMC AND NYP
- Irving Institute for Clinical and Translational Research, KL2 career and training award reviewer, 2017-2019

**Professional Organization and Societies**

MEMBERSHIPS AND POSITIONS

American Psychopathological Association (2006-present)
- Nominations committee, 2013
- Robins-Guze early career investigator award recipient, 2017
Research Society on Alcoholism (2006-present)
- Program committee, 2015-present
- Young Investigator Award recipient, 2015
Society for Epidemiologic Research (2007-present)
- Lilienfeld award recipient, 2008
- Education committee member, 2015-2018
- Education committee chair, 2019-present
- Member-at-Large, Executive committee, 2018-present
- Carol Hogue Mid-Career Award recipient, 2020
Society for Research on Child Development (2012-present)
- Thornberg Dissertation Award committee, 2014-2018
- Communications committee, 2017-2019
World Psychiatric Association Epidemiology and Public Health Section (2011-present)
- Michelle Tansella Award recipient, 2016
- Executive committee, 2016-present
- Local host of 2018 meeting, held at Columbia University, New York, May 2-4th, 2018

*NIH STUDY SECTIONS*
- NIAAA: AA1: Biomedical Research Review Subcommittee, November 9th, 2015
- NIAAA: AA1: Biomedical Research Review Subcommittee, July 11th, 2016
- NIDA: Special Emphasis Panel: PAR-16-24: Accelerating the Pace of Drug Abuse Research Using Existing Data, November 4th, 2016

# Katherine Keyes, PhD Expert Report

MDL Case Track 3
*Case No. 1:18-op-45032 and No. 1:18-op-45079 Opioid Litigation*

# EXHIBIT C

Compensation

*Keyes Report*

All Expert Witness reports, from MDL 2804 served on March 25, 2019 and May 10, 2019 as well as materials identified within, and any supplements, errata, or attachments associated with them.

All Expert Witness reports from the NY Opioid Litigation 400000/2017 served on December 19, 2019 and February 3rd, 2020 as well as materials identified within and any supplements, errata, or attachments associated with them.

All Expert Witness reports from Cabell County Commission and City of Huntington, West Virginia, (The Cabell Huntington Community) v. AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation served on August 3, 2020 as well as materials identified within, and any supplements, errata, or attachments associated with them.

All items referenced in Dr. Keyes's expert witness reports or listed on Materials Considered lists.

*Keyes Report*

- NIAAA: AA2: Epidemiology, Prevention and Behavior Research Review Subcommittee, March 6th, 2017
- Social Sciences and Population Studies-B (SSPB) study section, June 15th, 2017
- NIAAA: AA1: Biomedical Research Review Subcommittee, July 14th, 2017
- NIAAA: AA2: Epidemiology, Prevention and Behavior Research Review Subcommittee, March 5th, 2018
- NIDA: Special Emphasis Panel: PAR-16-24: Accelerating the Pace of Drug Abuse Research Using Existing Data, March 1st, 2018
- CSR Special Emphasis Panel: Tobacco Control Policies to Reduce Health Disparities, March 29, 2019.
- NIAAA: AA2: Epidemiology, Prevention and Behavior Research Review Subcommittee, Standing member. 2019-present

*NATIONAL COMMITTEE MEMERSHIP*
National Academy of Sciences, Engineering, and Medicine: Health and Medicine Division
"Accelerating the Progress to Reduce Alcohol-Impaired Driving Fatalities"
2017-2018

*JOURNAL REVIEWER (selection)*
Addiction; Alcoholism: Clinical and Experimental Research; American Journal of Epidemiology; American Journal of Psychiatry; American Journal of Public Health; Archives of General Psychiatry; BMC Psychiatry; British Journal of Psychiatry; Contemporary Drug Problems; Demography; Depression and Anxiety; Drug and Alcohol Dependence; Epidemiology; International Gambling Studies; International Journal of Epidemiology; JAMA; JAMA Pediatrics; JAMA Psychiatry; Journal of Nervous and Mental Diseases; Journal of Psychiatric Research; Journal of Traumatic Stress; Journal of Studies on Alcohol and Drugs; Molecular Psychiatry; New England Journal of Medicine; Preventive Medicine; PLoS One; Psychological Medicine; Social Psychiatry and Psychiatric Epidemiology; Social Science and Medicine; Substance Abuse Treatment, Prevention, and Policy; others.

*ABSTRACT REVIEW*
Society for Epidemiologic Research

EDITORIAL BOARD

*CURRENT*
- Drug and Alcohol Dependence, Associate Editor, 2015 to present
- American Journal of Public Health, guest editor, Special Issue: "Improving Population Mental Health in the 21st Century", 2019
- Alcoholism: Clinical and Experimental Research, Field Editor, 2014 to present
- Injury Epidemiology, Associate Editor, 2013 to present

*FORMER*
- BMC Psychiatry, Associate Editor, 2011 to 2015

Exh. B-79

Exh. A-5

• Social Psychiatry and Psychiatric Epidemiology, Editor of commentaries and editorials, 2014 to 2016

CONSULTING

Expert witness, National Prescription Opioid Litigation, Multi-district Litigation, Tracks 1, 1b, 2, 3, 4
Expert witness, New York State opioid litigation, retained by the People of the State of New York

**Fellowship and Grant Support**

PENDING RESEARCH FUNDING

**"Temperature, shade, and adolescent psychopathology; understanding how place shapes health"**
Role on Project: Co-Principal Investigator and Contact PI (with Andrew Rundle)
Dates of funding: 9/1/2021-8/31/2026
Funder: National Institute of Mental Health
Total annual direct and indirect costs: $472,672
**"Standardized and Linked Real-World Data and Informatics Infrastructure to Study Post-Acute Sequelae of SARS-CoV-2 Infection across New York City" (PI: Pathak)**
Role on Project: Co-Investigator and PI of Columbia Subcontract
Dates of funding: 5/15/2021-5/14/2026
Funder: National Institutes of Health
Total direct and indirect costs: TBD

**"Leveraging the Social Media App Parler to Monitor Threats of Firearm and Other Violence: Implications for Prevention of Mass Violence"**
Role on Project: Principal Investigator
Dates of funding: 8/1/2021-7/30/2024
Funder: National Institute of Justice
Total direct and indirect costs: $600,000

ACTIVE RESEARCH FUNDING

**"The representative brain: how sampling bias influences scientific discovery of the neural underpinnings of adolescent health"**
Seed Grant for Interdisciplinary Projects in Society and Neuroscience
Role on Project: Principal investigator
Dates of funding: 3/15/2021-4/15/2022
Funder: Presidential Scholars in Society and Neuroscience
Total direct and indirect costs: $50,000

| | |
|---|---|
| 1750. | TRUM004839066 |
| 1751. | TRUM004839199 |
| 1752. | TRUM004839368 |
| 1753. | TRUM004839415 |
| 1754. | TRUM004839416 |
| 1755. | TRUM004839417 |
| 1756. | TRUM004839418 |
| 1757. | TRUM004839419 |
| 1758. | TRUM004839421 |
| 1759. | TRUM004839422 |
| 1760. | TRUM004839423 |
| 1761. | TRUM004839424 |
| 1762. | TRUM004839425 |
| 1763. | TRUM004839430 |
| 1764. | TRUM004839533 |
| 1765. | TRUM004839536 |
| 1766. | TRUM004839555 |
| 1767. | TRUM004839556 |
| 1768. | TRUM004839558 |
| 1769. | TRUM004839560 |
| 1770. | TRUM004839562 |
| 1771. | TRUM004839569 |
| 1772. | TRUM004841233 |
| 1773. | TRUM004984304 |
| 1774. | TRUMBULL_ESI_000000098 |
| 1775. | TRUMBULL_ESI_000000099 |
| 1776. | TRUMBULL_ESI_000478042 |
| 1777. | TRUMBULL_ESI_000478250 |
| 1778. | WV – HUNT_00063590 |

*Keyes Report*

| | |
|---|---|
| 1719. | TRUM004707727 |
| 1720. | TRUM004707729 |
| 1721. | TRUM004707731 |
| 1722. | TRUM004707732 |
| 1723. | TRUM004707734 |
| 1724. | TRUM004707735 |
| 1725. | TRUM004707736 |
| 1726. | TRUM004707737 |
| 1727. | TRUM004707905 |
| 1728. | TRUM004707911 |
| 1729. | TRUM004708164 |
| 1730. | TRUM004830718 |
| 1731. | TRUM004836905 |
| 1732. | TRUM004836910 |
| 1733. | TRUM004837045 |
| 1734. | TRUM004837052 |
| 1735. | TRUM004837055 |
| 1736. | TRUM004837058 |
| 1737. | TRUM004837061 |
| 1738. | TRUM004837499 |
| 1739. | TRUM004837501 |
| 1740. | TRUM004837763 |
| 1741. | TRUM004837931 |
| 1742. | TRUM004837934 |
| 1743. | TRUM004838196 |
| 1744. | TRUM004838198 |
| 1745. | TRUM004838232 |
| 1746. | TRUM004838234 |
| 1747. | TRUM004838235 |
| 1748. | TRUM004838239 |
| 1749. | TRUM004839063 |

Exh. B-77

---

*Keyes Report*

**"Research Training Program in Psychiatric Epidemiology" (PI: Keyes)**
T32 MH013043
Role on project: Principal investigator and director
Dates of funding: 7/1/1972-6/30/2022
Funder: National Institute of Mental Health
Total annual direct and indirect costs: $403,961

**"Suicide as a contagion: modeling and forecasting emergent outbreaks" (PIs: Keyes and Shaman)**
R01 MH 121410
Role on project: Co-principal Investigator and contact PI (multiple PI with Jeff Shaman)
Dates of funding: 01/24/2020-11/30/2024
Funder: National Institute of Mental Health
Total annual direct and indirect costs: $665,349.00

**"As adolescent substance use declines, internalizing symptoms increase: identifying high-risk substance using groups and the role of social media, parental supervision, and unsupervised time" (PI: Keyes)**
R01-DA048853
Role on project: Principal investigator
Dates of funding: 07/01/2019-06/30/2024
Funder: National Institute of Drug
Total annual direct and indirect costs: $434,794

**"Age, period, and cohort effects on gender differences in alcohol use and alcohol-related problems in 47 national, longitudinally-followed cohorts" (PIs: Keyes and Jager)**
R01-AA026861
Role on project: Co-principal investigator and contact PI (Multiple PI with Justin Jager)
Dates of funding: 07/01/2018-06/30/2023
Funder: National Institute of Alcohol Abuse and Alcoholism
Total annual direct and indirect costs: $529,899

**"Diverging trends between depression/suicidality and alcohol/opioid use among adolescents in the United States: Subgroup variation and the role of social media in 2 samples of adolescents" (PI: Keyes)**
R49 CE002096, subproject of CDC injury center resubmission
Role on project: Principal investigator
Dates of funding: 07/01/2019-06/30/2021
Funder: Centers for Disease Control and Prevention
Total direct and indirect costs: $200,000

**"CHASE: an innovative county-level public health response to the opioid epidemic in New York State" (PIs: El-Bassel, Feaster, Gilbert, Nunes)**
UM1 DA049415
Role on project: Co-Investigator

Exh. A-7

Dates of funding: 04/17/2019-03/31/2023
Funder: National institute on Drug Abuse
Total direct and indirect costs:$22,510,844

**"Columbia Injury Control Research Center" (PI: Branas)**
R49 CE002096
Role on project: Research Director
Dates of funding: 08/01/2019-07/31/2023
Funder: Centers for Disease Control and Prevention

**"Impact of medical and recreational marijuana laws on cannabis, opioids, and psychiatric medications: national study of VA patients, 2000-2024" (PI: Hasin)**
Role on project: Co-Investigator
Dates of funding: July 2019 – April 2024
Funder: National Institute on Drug Abuse (R01-DA048860)
Total direct and indirect costs: $611,811

**"Examining the synergistic effects of cannabis and prescription opioid policies on chronic pain, opioid prescribing, and opioid overdose" (PI: Martins and Cerda)**
Role on project: Co-Investigator
Dates of funding: January 2019 – November 2023
Funder: National Institute on Drug Abuse (R01-DA045872)
Total direct and indirect costs: $730,223

**"Drug use among nightclub and dance festival attendees in New York City" (PI: Palamar)**
Role on project: Co-Investigator, PI of Columbia subcontract
Dates of funding: 09/01/2018-05/31/2021
Funder: National Institute on Drug Abuse (R01-DA044207)
Total direct and indirect costs: $497,339

**"Monitoring the Future: Drug Use and Lifestyles of American Youth" (PI: Miech)**
Role on project: Co-Investigator, PI of Columbia subcontract
Dates of funding: August 2017 – June 2022
Funder: National Institute on Drug Abuse (R01 DA001411)
Direct costs: $5,123,733

PAST SUPPORT

**"Is social media affecting adolescent mental health? Piloting machine learning techniques to identify at-risk youth in national samples of adolescents from 2009 through 2018."**
Role on the project: Principal Investigator
Funder: Columbia Population Research Center
Dates: May 2019-May 2020
Total direct costs: $15,000

1688.  TRUM004687443
1689.  TRUM004698410
1690.  TRUM004698417
1691.  TRUM004707667
1692.  TRUM004707668
1693.  TRUM004707669
1694.  TRUM004707671
1695.  TRUM004707696
1696.  TRUM004707697
1697.  TRUM004707698
1698.  TRUM004707699
1699.  TRUM004707700
1700.  TRUM004707701
1701.  TRUM004707702
1702.  TRUM004707703
1703.  TRUM004707704
1704.  TRUM004707705
1705.  TRUM004707707
1706.  TRUM004707711
1707.  TRUM004707712
1708.  TRUM004707713
1709.  TRUM004707714
1710.  TRUM004707715
1711.  TRUM004707716
1712.  TRUM004707717
1713.  TRUM004707718
1714.  TRUM004707719
1715.  TRUM004707721
1716.  TRUM004707723
1717.  TRUM004707724
1718.  TRUM004707725

Exh. A-8

Exh. B-76

*Keyes Report*

1657. TRUM004610234

1658. TRUM004610282

1659. TRUM004610414

1660. TRUM004638414

1661. TRUM004638415

1662. TRUM004648664

1663. TRUM004648821

1664. TRUM004648825

1665. TRUM004648884

1666. TRUM004649016

1667. TRUM004676624

1668. TRUM004676626

1669. TRUM004679305

1670. TRUM004681664

1671. TRUM004687158

1672. TRUM004687164

1673. TRUM004687170

1674. TRUM004687226

1675. TRUM004687233

1676. TRUM004687234

1677. TRUM004687235

1678. TRUM004687300

1679. TRUM004687310

1680. TRUM004687320

1681. TRUM004687329

1682. TRUM004687341

1683. TRUM004687348

1684. TRUM004687360

1685. TRUM004687437

1686. TRUM004687440

1687. TRUM004687441

Exh. B-75

*Keyes Report*

**"Substance abuse history, mental health and firearm violence: from evidence to action" (PI: Keyes and Cerda)**
Role on project: Principal investigator and Contact PI (Multiple PI with Magdalena Cerda)
Dates of funding: June 2015 – May 2019
Funder: National Institute of Alcohol Abuse and Alcoholism (R21 DA041154)
Direct costs: $275,000

**"Race, alcohol consumption, and vehicle crashes: an epidemiologic paradox" (PI: Keyes)**
Role on project: Principal investigator
Dates of funding: June 2013 – May 2019
Funder: National Institute of Alcohol Abuse and Alcoholism (K01AA021511)
Direct costs: $849,849

**"Aging well with alcohol? Harnessing longitudinal data from 20 countries to understand health impacts of moderate drinking among older adults" (PI: Keyes)**
Role on project: Principal investigator
Dates of funding: June 2017 – May 2019
Funder: The Robert N. Butler Columbia Aging Center
Direct costs: $30,000

**"State medical marijuana laws and NSDUH marijuana use and consequences since 2004" (PI: Martins)**
Role on project: Co-Investigator
Dates of funding: August 2013 – December 2018
Funder: National Institute on Drug Abuse (R01 DA037866)
Direct costs: $    750,000

**"State medical marijuana laws and teen marijuana use and attitudes since 1991" (PI: Hasin)**
Role on project: Co-Investigator, PI of Columbia subcontract
Dates of funding: August 2012 – July 2017
Funder: National Institute on Drug Abuse (R01 DA034244)
Direct costs: $    374,562

**"Neighborhood interventions in alcohol-related homicide: a systems approach" (MPI: Keyes and Cerda)**
Role on project: Principal investigator and Contact PI (Multiple PI with Magdalena Cerda)
Dates of funding: October 2013-September 2016
Funder: National Institute of Alcohol Abuse and Alcoholism (R21 AA021909)
Direct costs: $275,000

Exh. A-9

*Keyes Report*

**"Racial/Ethnic Disparity in Alcohol-Attributable Mortality from Motor Vehicle Crashes"**
Role on project: Principal investigator (PI)
Dates of funding: January 2016 – December 2016
Funder: Columbia University Center for Injury Epidemiology and Prevention
Direct costs: $10,000

**"Correcting nonresponse bias in national surveys"**
Role on project: Principal investigator
Dates of funding: November 2015-October 2016
Funder: Columbia University Calderone Junior Faculty Prize
Direct costs: $25,000

**"Principles of Epidemiology: a flipped classroom proposal"**
Role on the project: Principal Investigator (Multiple PI with Silvia Martins)
Dates of funding: May 2015 to May 2016
Funder: Columbia University Provost Hybrid Learning Course Redesign and Delivery program
Direct costs: $12,000

**"Mental health and firearm violence: from evidence to action (MPI: Keyes and Cerda)**
Role on project: Principal investigator (Multiple PI with Magdalena Cerda)
Dates of funding: January 2015 – December 2015
Funder: Columbia University Center for Injury Epidemiology and Prevention
Direct costs: $10,000

**"Developing a translational framework for studying grief and grief-related pathologies"**
Role on the project: Co-Investigator (PI: Zoe Donaldson)
Dates of funding: May 2015 – September 2015
Funder: Columbia University Collaborative and Multidisciplinary Pilot Research Awards
Direct costs: $15,000

**"Does structural discrimination explain health disparities by race? Preliminary analyses in state-to-state mobility" (PI: Keyes)**
Role on project: Principal investigator
Dates of funding: December 2012 – June 2013
Funder: Robert Wood Johnson Health & Society Scholars Program at Columbia University
Direct costs: $5,000.00

**Research Associate Award: "The longitudinal emergence of racial/ethnic differences in alcohol use disorders and depression from adolescence to adulthood" (PI: Keyes)**

Exh. A-10

---

*Keyes Report*

| | |
|---|---|
| 1626. | TRUM004593846 |
| 1627. | TRUM004594955 |
| 1628. | TRUM004595047 |
| 1629. | TRUM004595049 |
| 1630. | TRUM004595073 |
| 1631. | TRUM004595421 |
| 1632. | TRUM004595645 |
| 1633. | TRUM004596653 |
| 1634. | TRUM004596655 |
| 1635. | TRUM004596656 |
| 1636. | TRUM004596659 |
| 1637. | TRUM004596752 |
| 1638. | TRUM004596754 |
| 1639. | TRUM004597265 |
| 1640. | TRUM004597364 |
| 1641. | TRUM004597422 |
| 1642. | TRUM004597458 |
| 1643. | TRUM004597482 |
| 1644. | TRUM004597545 |
| 1645. | TRUM004598208 |
| 1646. | TRUM004598211 |
| 1647. | TRUM004598683 |
| 1648. | TRUM004598685 |
| 1649. | TRUM004599129 |
| 1650. | TRUM004599316 |
| 1651. | TRUM004601422 |
| 1652. | TRUM004603985 |
| 1653. | TRUM004604370 |
| 1654. | TRUM004606569 |
| 1655. | TRUM004607486 |
| 1656. | TRUM004608700 |

Exh. B-74

*Keyes Report*

1595. TRUM003646878

1596. TRUM003646879

1597. TRUM003646880

1598. TRUM003913829

1599. TRUM003993623

1600. TRUM004002903

1601. TRUM004164577

1602. TRUM004165186

1603. TRUM004267812

1604. TRUM004267813

1605. TRUM004267814

1606. TRUM004267815

1607. TRUM004267816

1608. TRUM004267817

1609. TRUM004589936

1610. TRUM004589941

1611. TRUM004589942

1612. TRUM004590050

1613. TRUM004590051

1614. TRUM004590054

1615. TRUM004590055

1616. TRUM004590057

1617. TRUM004590059

1618. TRUM004590061

1619. TRUM004590063

1620. TRUM004590065

1621. TRUM004592725

1622. TRUM004592729

1623. TRUM004592755

1624. TRUM004593809

1625. TRUM004593810

Exh. B-73

---

*Keyes Report*

Role on project: Principal Investigator
Dates of funding: September 2011 – June 2012
Funder: Columbia University
Direct costs: $30,000.00.

**"Period and cohort effects in adolescent substance use: testing the effects of the social environment in a time series of U.S. adolescents from 1976-2008" (PI: Keyes)**
Role on project: Principal Investigator
Dates of funding: December 2010 – June 2011
Funder: Robert Wood Johnson Health & Society Scholars Program at Columbia University
Direct costs: $10,000.00

**"Age-period-cohort effects on substance use in adolescence, 1976-2006" (PI: Keyes)**
Role on project: Principal Investigator
Dates of funding: June 2009 – October 2011 (electively terminated June 2010 due to early graduation)
Funder: National Institute on Drug Abuse (F31 DA026689-01)

**Educational Contributions**

DIRECT TEACHING/PRECEPTING/SUPERVISING

Current courses
    • EPID P8410: Psychiatric Epidemiology, 2016-2020
    • EPIC Summer Institute: Principles of Epidemiology, 2014-2020

Former courses:
*Role: Instructor*
    • EPID 787: Multi-level analysis for public health research, 2015-2020 (University of Michigan Graduate Summer Session in Epidemiology)
    • EPIC Summer Institute: Multi-level analysis for public health research, 2016-2019
    • HPMN P8545: Analysis of Large-Scale Data, 2016-2019
    • Special short course: Multi-level analysis for public health research, 2017, (University of Cape Town, Cape Town, South Africa)
    • EPID P6400: Principles of Epidemiology, 2010- 2015
    • EPIC Summer Institute: Analysis of Complex Survey Data, 2011-2013
    • MSPH Core: Quantitative Foundations of Public Health, 2012

*Role: Assistant Course Director*
    • EPID P6400: Principles of Epidemiology, 2008, 2009

*Role: Guest lecturer*
    • Health as a System, Columbia University School of Engineering and Applied Sciences, 2020

Exh. A-11

- • K Award Seminar Series, New York State Psychiatric Institute, 2013-2020
- • EPID P9489: Advanced Techniques in Epidemiological Methods, 2017
- • MPH Core Module 202-206: Principles of Epidemiology, (École des hautes études en santé publique, Paris, France), 2011-2016
- • EPID P8416: Selected Problems in Measurement, 2010-2016
- • EPID P8438: Design and Conduct of Observational Epidemiology, 2012-2015
- • EPID P8419: Reading Seminar in Psychiatric Epidemiology, 2009-2015
- • EPID P8470: Epidemiology of Alcohol and Drug Problems, 2011-2015
- • EPID P8419: Master's Essay in Epidemiology, 2008-2015
- • EPID P8471: Social Epidemiology, 2010

*Role: Teaching assistant*
- • EPID P6400: Principles of Epidemiology, 2006-2008
- • EPID P8421: Introduction to Clinical Psychiatry for Public Health, 2006
- • EPID P8471: Social Epidemiology, 2008
- • EPID P8419: Reading Seminar in Psychiatric Epidemiology, 2009
- • EPID P8470: Epidemiology of Alcohol and Drug Problems, 2010

ADVISING AND MENTORSHIP
Master's students:
    Mary Elizabeth Smith, 2011 (thesis, second reader)
    Pedro Carneiro, 2012 (thesis, second reader)
    Bryan Kutner, 2012 (thesis, second reader)
    Erin Gilbert, 2012 (thesis, second reader)
    Xinfan Liu, 2012 (thesis, second reader)
    Charissa Pratt, 2013 (thesis, first reader)
    Arti Virkud, 2013 (thesis, first reader)
    Jonathan Platt, 2013 (thesis, first reader)
    Edward Gastel, 2013 (thesis, first reader)
    Nathalie DuRivage, 2013 (thesis, first reader)
    Thomas Vo, 2014 (thesis, first reader)
    Mark Morgan, 2014 (thesis, first reader)
    Sabrina Cheng, 2014 (thesis, first reader)
    Stephanie Brazis, 2014 (thesis, first reader)
    Ruth Chang, 2014 (thesis, first reader)
    Amy Lanza, 2015 (thesis, first reader)
    David Sowa, 2015 (thesis, first reader)
    Chidinma Egbukichi, 2015 (thesis, first reader)
    Khudejha Asghar, 2015 (thesis, first reader)
    Dahsan Gary, 2016 (thesis, first reader)
    Joy Ukaigwe, 2016 (thesis, first reader)
    Elizabeth Wartella, 2016 (thesis, first reader)
    Rachel Webster, 2016 (thesis, first reader)
    Caroline Hugh, 2017 (thesis, first reader)
    Ghadah Gadi, 2017 (thesis, first reader)
    Margaret Havunjian, 2018 (thesis, first reader)

| | |
|---|---|
| 1564. | TRUM003193839 |
| 1565. | TRUM003198038 |
| 1566. | TRUM003199177 |
| 1567. | TRUM003199707 |
| 1568. | TRUM003200466 |
| 1569. | TRUM003200519 |
| 1570. | TRUM003201031 |
| 1571. | TRUM003201306 |
| 1572. | TRUM003202199 |
| 1573. | TRUM003204465 |
| 1574. | TRUM003204631 |
| 1575. | TRUM003205393 |
| 1576. | TRUM003206143 |
| 1577. | TRUM003206351 |
| 1578. | TRUM003206863 |
| 1579. | TRUM003213466 |
| 1580. | TRUM003215220 |
| 1581. | TRUM003636643 |
| 1582. | TRUM003636644 |
| 1583. | TRUM003637489 |
| 1584. | TRUM003637490 |
| 1585. | TRUM003646853 |
| 1586. | TRUM003646856 |
| 1587. | TRUM003646859 |
| 1588. | TRUM003646865 |
| 1589. | TRUM003646869 |
| 1590. | TRUM003646870 |
| 1591. | TRUM003646871 |
| 1592. | TRUM003646875 |
| 1593. | TRUM003646876 |
| 1594. | TRUM003646877 |

1533.  TRUM001033142
1534.  TRUM001033265
1535.  TRUM001033266
1536.  TRUM001033267
1537.  TRUM001033268
1538.  TRUM001414273
1539.  TRUM001517668
1540.  TRUM001518311
1541.  TRUM001524900
1542.  TRUM001529971
1543.  TRUM001536970
1544.  TRUM001538523
1545.  TRUM001736746
1546.  TRUM001751589
1547.  TRUM001751592
1548.  TRUM001760308
1549.  TRUM001760311
1550.  TRUM002025779
1551.  TRUM002028661
1552.  TRUM002028685
1553.  TRUM002134455
1554.  TRUM002588010
1555.  TRUM002588058
1556.  TRUM002588176
1557.  TRUM002588199
1558.  TRUM003184915
1559.  TRUM003189051
1560.  TRUM003191508
1561.  TRUM003191511
1562.  TRUM003191513
1563.  TRUM003191617

Exh. B-71

Miriam Woodward, 2018 (thesis, first reader)
Ian Rodgers, 2018 (thesis, first reader)
Tatini Mal-Sarkar, expected 2019 (thesis, first reader)
    * Sidney Kark Award for Excellence in Global Epidemiology
Noah Kreski, 2019 (thesis, first reader)
Mia Pandit, 2019 (thesis, first reader)
Catherine Gimbrone, 2019 (thesis, first reader)
    * Abstract selected for oral presentation on Epi Masters Student Day
Alicia Singham Goodwin, 2020 (thesis, first reader)
Pallavi Krishnamurthy, 2020 (thesis, first reader)

Doctoral students (former):
Joanne Brady, 2013-2014 (dissertation, second reader)
    • Currently: senior research fellow, NORC at the University of Chicago
Melissa Dupont-Reyes, 2015-2017 (dissertation, second reader)
    • Currently: Assistant Professor, University of Texas at Austin
Nina Banerjee, 2014-present (dissertation, second reader)
    • Currently: psychologist in private practice, Orange County, CA
Julian Santaella, 2015-2018 (dissertation, sponsor)
    • Currently: faculty, Universidad del Valle, Colombia
    *Awarded the William Farr Award for Social Epidemiology for
    dissertation work, 2019
Jonathan Platt, 2015-2019 (dissertation, sponsor)
    • Currently: post-doctoral scholar, Department of Epidemiology,
Columbia University
    *Awarded the William Farr Award for Social Epidemiology for
    dissertation work, 2019
Eleanor Hayes-Larson, 2018-2019
    • Currently: post-doctoral scholar, Department of Epidemiology,
    University of California Los Angeles
    * Awarded the Anna C. Gelman Award for Excellence in Epidemiology
    for dissertation work, 2019
Somjen Frazer, 2015-2019
    Currently: President and principal consultant, Strength in Numbers
    Consulting Group
Paula Bordelois, 2015-2019
Aravind Pillai, 2016-2020
    Currently: Epidemiology, Kentucky Department of Public Health
Greg Cohen, 2018-present (dissertation, chair)
    Currently: Post-doctoral research fellow, Boston University
Victor Puac-Polanco, 2018-present (dissertation, chair)
    Currently: Post-doctoral research fellow, Harvard University
David Fink, 2015-present (dissertation, second reader)
    Currently: Post-doctoral research fellow, Columbia University
Jonathan Pamplin, 2018-present (dissertation, chair)
    Currently: Post-doctoral research fellow, New York University

Exh. A-13

Doctoral students (present):
    Andrew Ratanatharathorn, 2018-present (dissertation, second reader)
    Precious Esie, 2020-present (dissertation, second reader)
    Alex Perlmutter, 2020-present (dissertation, second reader)
    Sandhya Kajeepeta, 2021-present (dissertation, second reader)
    Sarah McKetta, 2019-present (dissertation, sponsor)
    Deborah Huang, 2019-present (dissertation, sponsor)
    Michelle Nolan, 2019-present (dissertation, sponsor)
    Alexandra Restrepo Henao, 2019-present (dissertation, sponsor)
    Shadiya Moss, 2019-present (dissertation, sponsor)
    Melanie Askari, 2020-present (dissertation, sponsor)
    Gonzalo Martinez-Ales, 2020-present (dissertation, chair)

Discussant for dissertation proposal defense:
    Wendy Cheng, 2014
    Kate Sapra, 2014
    Emily Greene, 2016
    Anton Palma, 2019
    Adriana Maldonado, 2019
    Byoungjun Kim, 2021

EDUCATIONAL ADMINISTRATION AND LEADERSHIP

- Director, Psychiatric Epidemiology Training Program, 2020-present
  - Directly responsible for administration of NIMH-funded T32 training program, which provides funding and training for four pre-doctoral students and three post-doctoral students. Provided advising to students, administration of program structure and content, coordination with co-directors on weekly seminar and field placements for students.

- Director, Executive MS in Epidemiology Program, 2012-2015
  - Directly responsible for administration of the program, including designing the coursework and program, overseeing instructors, overseeing admissions process, advising students. Contact hours were 10 hours per week.

*TRAINING PROGRAM INVOLVEMENT*
- T32 MH013043-45 "A Research Training Program in Psychiatric Epidemiology"
  Role: Director (with Ezra Susser, Bruce Dohrenwend, and Sharon Schwartz)
- T32 DA-031099-05 "Epidemiology of Substance Use Disorders Training Program at Columbia University" (PI: Hasin)
  Role: Faculty, Steering Committee
- T32 ES023772-02 "Training Program in Environmental Life Course Epidemiology" (PI: Factor-Litvak)

Exh. A-14

1502. SUFFOLK02723491
1503. SUMMIT_000139445
1504. SUMMIT_000993534
1505. SUMMIT_001266515
1506. SUMMIT_001738505
1507. TRUM000002967
1508. TRUM000002972
1509. TRUM000002977
1510. TRUM000002982
1511. TRUM000002987
1512. TRUM000002992
1513. TRUM000004202
1514. TRUM000004203
1515. TRUM000004204
1516. TRUM000004205
1517. TRUM000004206
1518. TRUM000004207
1519. TRUM000004208
1520. TRUM000004209
1521. TRUM000004210
1522. TRUM000004211
1523. TRUM000004212
1524. TRUM000004213
1525. TRUM000004214
1526. TRUM000004215
1527. TRUM000004216
1528. TRUM000004217
1529. TRUM000004218
1530. TRUM000004219
1531. TRUM000004220
1532. TRUM001033141

Exh. B-70

*Keyes Report*

| | |
|---|---|
| 1471. | SUFFOLK02723403 |
| 1472. | SUFFOLK02723405 |
| 1473. | SUFFOLK02723407 |
| 1474. | SUFFOLK02723409 |
| 1475. | SUFFOLK02723411 |
| 1476. | SUFFOLK02723413 |
| 1477. | SUFFOLK02723415 |
| 1478. | SUFFOLK02723417 |
| 1479. | SUFFOLK02723419 |
| 1480. | SUFFOLK02723421 |
| 1481. | SUFFOLK02723423 |
| 1482. | SUFFOLK02723425 |
| 1483. | SUFFOLK02723427 |
| 1484. | SUFFOLK02723429 |
| 1485. | SUFFOLK02723431 |
| 1486. | SUFFOLK02723433 |
| 1487. | SUFFOLK02723435 |
| 1488. | SUFFOLK02723437 |
| 1489. | SUFFOLK02723439 |
| 1490. | SUFFOLK02723441 |
| 1491. | SUFFOLK02723443 |
| 1492. | SUFFOLK02723445 |
| 1493. | SUFFOLK02723447 |
| 1494. | SUFFOLK02723449 |
| 1495. | SUFFOLK02723451 |
| 1496. | SUFFOLK02723453 |
| 1497. | SUFFOLK02723455 |
| 1498. | SUFFOLK02723457 |
| 1499. | SUFFOLK02723459 |
| 1500. | SUFFOLK02723461 |
| 1501. | SUFFOLK02723463 |

Exh. B-69

---

*Keyes Report*

Role: Faculty

**Publications**

PEER-REVIEWED RESEARCH PUBLICATIONS IN PRINT OR OTHER MEDIA

+ mentee
* senior author

1. +Martinez-Alex G, +Pamplin JR, +Rutherford C, +Gimbrone C, Kandula S, Olfson M, Gould MS, Shaman J, **\*Keyes KM**. 2021. Age, period, and cohort effects on suicide death in the United States from 2009 to 2018: moderation by sex, race, and firearm involvement. Molecular Psychiatry, ePub April 7. PMID: 33828236.
2. +Pillai A, **Keyes KM**, Susser E. 2021. Antidepressant prescriptions and adherence in primary care in India: Insights from a cluster randomized control trial. PLoS One, March 19;16(3). PMID 33739982.
3. **Keyes KM**, Kandula S, Olfson M, Gould MS, +Martinez-Ales G, +Rutherford C, Shaman J. 2021. Suicide and the agent-host-environment triad: leveraging surveillance sources to inform prevention. Psychological Medicine, ePub March 5. PMID: 33663629.
4. +Kajeepeta S, Mauro PM, **Keyes KM**, El-Sayed AM, Rutherford CG, Prins SJ. 2021. Association between county jail incarceration and cause-specific county mortality in the USA, 1987-2017: a retrospective, longitudinal study. Lancet Public Health, ePub February 23. PMID: 33636104.
5. Adams RS, +Jiang T, Rosellini AJ, Horvath-Puho E, Street AE, **Keyes KM**, Cerda M, Lash TL, Sorensen HT, Gradus JL. 2021. Sex-specific risk profiles for suicide among persons with substance use disorders in Denmark. Addiction, ePub Feb 23. PMID: 33620758
6. Palamar JJ, Fitzgerald ND, **Keyes KM**, Cottler LB. 2021. Drug checking at dance festivals: A review with recommendations to increase generalizability of findings. Experimental and Clinical Psychopharmacology, ePub Feb 18. PMID: 33600199.
7. +McKetta S, Morrison C, **\*Keyes KM**. 2021. Trends in US Alcohol Consumption Frequency during the First Wave of the SARS-CoV-2 Pandemic. Alcoholism: Clinical and Experimental Research. ePub Feb 15. PMID: 33587290.
8. Beaulieu E, DiGennaro C, Stringfellow E, Connolly A, Hamilton A, Hyder A, Cerda M, Keyes KM, Jalai MS. 2021. Economic evaluation in opioid modeling: systematic review. Feb;24(12):158-173. PMID: 33518022.
9. +Chan CS, Sarvet SL, Basu A, Koenen K, **\*Keyes KM**. 2021. Associations of intimate partner violence and financial adversity with familial homelessness in pregnant and postpartum women: A 7-year prospective study of the ALSPAC cohort. PLoS One. Jan 15;16(1). PMID: 33449965.
10. Jager J, **\*Keyes KM**. 2021. Is substance use changing because of the COVID-19 pandemic? Conceptual and methodological considerations to delineating the impact of the Covid-19 pandemic on substance use and disorder. Addiction, ePub Jan 15. PMID: 33449443.

Exh. A-15

11. +Platt JM, Bates L, Jager J, McLaughlin KA, **Keyes KM**. 2021. Is the US Gender Gap in Depression Changing Over Time? A Meta-Regression. <u>American Journal of Epidemiology</u>, ePub Jan 11. PMID: 33423055.

12. +Puac-Polanco V, **Keyes KM**, Mauro PM, Branas CC. 2020. A systematic review of drink specials, drink special laws, and alcohol-related outcomes. <u>Current Epidemiology Reports</u>, 7(4):300-314. PMID: 33364145.

13. Linas BP, Savinkina A, Barbosa C, Mueller PP, Cerda M, **Keyes KM**, Chhatwal J. 2021. A clash of epidemics: impact of COVID-19 pandemic response on opioid overdose. <u>Journal of Substance Abuse Treatment</u>, ePub Jan;120:108158. PMID: 33298298.

14. +Shimonovich M, Pearce A, Thomson H, **Keyes KM**, Katikireddi SV. 2020. Assessing causality in epidemiology: revisiting Bradford Hill to incorporate developments in causal thinking. <u>European Journal of Epidemiology</u>, ePub December 16. PMID: 33324996.

15. +Grummitt LR, Kelly EV, Barrett EL, **Keyes KM**, Newton NC. 2020. Identifying targets for substance use prevention in youth people exposed to childhood adversity: protocol for a systematic review. <u>JMIR Research Protocols</u>. Dec 4;9(12):e22368. PMID: 33275102.

16. Cerda M, Krawczyk N, Hamilton L, Rudolph KE, Friedman SR. **\*Keyes KM**. 2020. A Critical Review of the Social and Behavioral Contributions to the Overdose Epidemic. <u>Annual Review of Public Health</u>, Nov 30. PMID: 33256535.

17. Prins SJ, +McKetta S, +Platt J, Muntaner C, **Keyes KM**, Bates LM. 2020. "The Serpent of their Agonies": Exploitation As Structural Determinant of Mental Illness. <u>Epidemiology</u>, Nov 25th. PMID: 33252438.

18. HEALing Communities Study Consortium. 2020. The HEALing (Helping to End Addiction Long-term) Communities Study: Protocol for a cluster randomized trial at the community level to reduce opioid overdose deaths through implementation of an integrated set of evidence-based practices. <u>Drug and Alcohol Dependence</u>, ePub Oct 17. PMID: 33248391.

19. Calvo E, Allel K, Staudinger UM, Castillo-Carniglia A, Medina JT, **\*Keyes KM**. 2020. Cross-country differences in age trends in alcohol consumption among older adults: a cross-sectional study of individuals aged 50 years and older in 22 countries. <u>Addiction</u>, ePub Nov 25. PMID: 33241648.

20. Abdalla SM, **Keyes KM**, Galea S. 2020. A public health approach to tackling the role of culture in shaping the gun violence epidemic in the United States. <u>Public Health Reports</u>. ePub October 27. PMID: 33130532.

21. +Kaur N, **Keyes KM**, +Hamilton AD, Chapman C, Livingson M, Slade T, Swift W. 2020. Trends in cannabis use and attitudes toward legalization and use among Australians from 2001-2016: an age-period-cohort analysis. <u>Addiction</u>, ePub Sep 19. PMID: 32949418.

22. Zafari Z, **Keyes KM**, Jiao B, Williams SZ, Muennig PA. 2020. Differences between black and whites in well-being, emotional states, behaviors, and survival: 1978-2014. <u>PLoS One</u>, Sept 14:15(9). PMID: 32925952.

23. Masfety VK, +Woodward MJ, **Keyes KM**, Bitfoi A, Carta MG, Koc C, Lesinskiene S, Mihova Z, Otten R, Husky M. 2020. Gender, the gender gap, and their interaction: analysis of relationships with children's mental health problems.

Exh. A-16

1440.  SUFFOLK02723341
1441.  SUFFOLK02723343
1442.  SUFFOLK02723345
1443.  SUFFOLK02723347
1444.  SUFFOLK02723349
1445.  SUFFOLK02723351
1446.  SUFFOLK02723353
1447.  SUFFOLK02723355
1448.  SUFFOLK02723357
1449.  SUFFOLK02723359
1450.  SUFFOLK02723361
1451.  SUFFOLK02723363
1452.  SUFFOLK02723365
1453.  SUFFOLK02723367
1454.  SUFFOLK02723369
1455.  SUFFOLK02723371
1456.  SUFFOLK02723373
1457.  SUFFOLK02723375
1458.  SUFFOLK02723377
1459.  SUFFOLK02723379
1460.  SUFFOLK02723381
1461.  SUFFOLK02723383
1462.  SUFFOLK02723385
1463.  SUFFOLK02723387
1464.  SUFFOLK02723389
1465.  SUFFOLK02723391
1466.  SUFFOLK02723393
1467.  SUFFOLK02723395
1468.  SUFFOLK02723397
1469.  SUFFOLK02723399
1470.  SUFFOLK02723401

Exh. B-68

*Keyes Report*

| | |
|---|---|
| 1409. | SUFFOLK02723279 |
| 1410. | SUFFOLK02723281 |
| 1411. | SUFFOLK02723283 |
| 1412. | SUFFOLK02723285 |
| 1413. | SUFFOLK02723287 |
| 1414. | SUFFOLK02723289 |
| 1415. | SUFFOLK02723291 |
| 1416. | SUFFOLK02723293 |
| 1417. | SUFFOLK02723295 |
| 1418. | SUFFOLK02723297 |
| 1419. | SUFFOLK02723299 |
| 1420. | SUFFOLK02723301 |
| 1421. | SUFFOLK02723303 |
| 1422. | SUFFOLK02723305 |
| 1423. | SUFFOLK02723307 |
| 1424. | SUFFOLK02723309 |
| 1425. | SUFFOLK02723311 |
| 1426. | SUFFOLK02723313 |
| 1427. | SUFFOLK02723315 |
| 1428. | SUFFOLK02723317 |
| 1429. | SUFFOLK02723319 |
| 1430. | SUFFOLK02723321 |
| 1431. | SUFFOLK02723323 |
| 1432. | SUFFOLK02723325 |
| 1433. | SUFFOLK02723327 |
| 1434. | SUFFOLK02723329 |
| 1435. | SUFFOLK02723331 |
| 1436. | SUFFOLK02723333 |
| 1437. | SUFFOLK02723335 |
| 1438. | SUFFOLK02723337 |
| 1439. | SUFFOLK02723339 |

Exh. B-67

*Keyes Report*

Social Psychiatry and Psychiatric Epidemiology, ePub September 10. PMID: 32914299.

24. Meinhofer A, Onuoha E, Anglero-Diaz Y, ***Keyes KM**. 2020. Parental drug use and racial and ethnic disproportionality in the U.S. foster care system. Child Youth Serv Rev. Nov,118:105336. PMID: 32863501.

25. +Martinez-Ales G, Hernandez-Calle D, Khauli N, **Keyes KM**. 2020. Why Are Suicide Rates Increasing in the United States? Towards a Multilevel Reimagination of Suicide Prevention. Curr Top Behav Neurosci, ePub Aug 30. PMID: 32860592.

26. +Kreski N, +Platt J, +Rutherford C, Olfson M, Odgers C, Schulenberg J, ***Keyes KM**. 2020. Social media use and depressive symptoms among United States adolescents. Journal of Adolescent Health, ePub Aug 11. PMID: 32798102.

27. Calvo E, Medina JT, Ornstein KA, Staudinger UM, Fried LP, ***Keyes KM**. 2020. Cross-country and historical variation in alcohol consumption among older men and women: leveraging recently harmonized survey data in 21 countries. Drug and Alcohol Dependence, ePub Aug 4. PMID 32795884.

28. +Richardson RA, **Keyes KM**, Medina JT, Calvo E. 2020. Sociodemographic inequalities in depression among older adults: cross-sectional evidence from 18 countries. Lancet Psychiatry, 7(8):673-681. PMID: 32711708.

29. **Keyes KM**, Jager J, +Platt J, +Rutherford C, Patrick ME, Kloska DD, Schulenberg J. 2020. When does attrition lead to biased estimates of alcohol consumption? Bias analysis for loss to follow-up in 30 longitudinal cohorts. International Journal of Methods in Psychiatric Research. ePub July 13th, PMID: 32656917.

30. +Santaella-Tenorio J, Martins SS, Cerda M, Olfson M, ***Keyes KM**. 2020. Suicidal ideation and attempts following nonmedical use of prescription opioids and related disorder. Psychological Medicine, ePub July 8. PMID: 32635959.

31. +Kaur N, +Rutherford CG, Martins SS, ***Keyes KM**. 2020. Associations between digital technology and substance use among US adolescents: Results form the 2018 Monitoring the Future survey. Drug and Alcohol Dependence, ePub Jun 18. PMID: 32590211.

32. +Santaella-Tenorio J, Wheeler-Martin K, DiMaggio CJ, Castillo-Carniglia A, **Keyes KM**, Hasin D, Cerda M. 2020. Association of Recreational Cannabis Laws in Colorado and Washington State With Changes in Traffice Fatalities, 2005-2017. JAMA Internal Medicine, ePub June 22. PMID: 32568378.

33. +Platt JM, Bates LM, Jager J, McLaughlin KA, ***Keyes KM**. 2020. Changes in the depression gender gap from 1992 to 2014: Cohort effects and mediation by gendered social position. Social Science and Medicine, ePub May 30. PMID: 32540513.

34. Palamar JJ, Han BH, ***Keyes KM**. 2020. Trends in characteristics of individuals who use methamphetamine in the United States, 2015-2018. Drug and Alcohol Dependence, ePub June 3. PMID: 32531703.

35. Castillo-Carniglia A, Rivera-Aguirre A, Calvo E, Queirolo R, **Keyes KM**, Cerda M. 2020. Trends in marijuana use in two Latin American countries: an age, period, and cohort study. Addiction, ePub March 20. PMID 32196789.

Exh. A-17

36. Puac-Polanco V, Chihuri S, Fink DS, Cerda M, **Keyes KM**, Li G. 2020. Prescription Drug Monitoring Programs and Prescription Opioid-Related Outcomes in the United States. Epidemiology Reviews, ePub April 3. PMID: 32242239.

37. Morrison CN, Mehranbod C, Kwizera M, Rundle AG, **Keyes KM**, Humphreys DK. 2020. Ridesharing and motor vehicle crashes: a spatial ecological case-crossover study of trip-level data. Injury Prevention, ePub Apr 6. PMID: 32253258.

38. Margolis AE, Broitman J, Davis JM, Alexander L, Hamilton A, Liao Z, Banker S, Thomas L, Ramphal B, Salum GA, Merikangas K, Goldsmith J, Paus T, **Keyes KM**, Milham MP. 2020. Estimated Prevalence of Nonverbal Learning Disability Among North American Children and Adolescents. JAMA Netw Open, ePub Apr 1. PMID: 32275324.

39. +McKetta SC, *****Keyes KM**. 2020. Trends in U.S. women's binge drinking in middle adulthood by socioeconomic status, 2006-2018. Drug and Alcohol Dependence, ePub Apr 28. PMID: 32408139.

40. Palamar JJ, *****Keyes KM**. 2020. Trends in drug use among electronic dance music party attendees in New York City, 2016-2019. Drug and Alcohol Dependence, ePub Feb 5th. PMID: 32050110.

41. Lau B, Duggal P, Ehrhardt S, Armenian H, Branas CC, Colditz GA, Fox MP, Hawes SE, He J, Hofman A, **Keyes KM**, Ko AI, Lash TL, Levy D, Lu M, Morabia A, Ness R, Nieto FJ, Schisterman EF, Strumer T, Szklo M, Werler M, Wilcox AJ, Celentano DD. 2020. Perspectives on the Future of Epidemiology: a Framework for Training. American Journal of Epidemiology, ePub Jan 31. PMID: 32003778.

42. Palamar JJ, Salomone A, +Rutherford C, *****Keyes KM**. 2020. Extensive Underreported Exposure to Ketamine Among Electronic Dance Music Party Attendees. J Gen Intern Medicine, ePub Jan 29. PMID: 31997140.

43. +Kajeepeta S, +Rutherford CG, **Keyes KM**, El-Sayed AM, Prins SJ. 2020. County Jail Incarceration Rates and County Mortality Rates in the United States, 1987-2016. American Journal of Public Health, Jan110(S1):S109-S115. PMID: 31967885.

44. Hasin DS, Shmulewitz D, Cerda M, **Keyes KM**, Olfson M, Sarvet AL, Wall MM. 2020. U.S. Adults With Pain, A Group Increasingly Vulnerable to Nonmedical Cannabis Use and Cannabis Use Disorder: 2001-2002 and 2012-2013. American Journal of Psychiatry, ePub Jan 22. PMID: 31964162.

45. Miech R, **Keyes KM**, O'Malley PM, Johnston LD. 2020. The great decline in adolescent cigarette smoking since 2000: consequences for drug use among US adolescents. Tobacco Control, ePub Jan 15. PMID 31941823.

46. +Platt JM, **Keyes KM**, McLaughlin KA, Kaufman AS. 2019. The Flynn effect for fluid IQ may not generalize to all ages or ability levels: a population-based study of 10,000 US adolescents. Intelligence, Vol 77. PMID: 32322129.

47. Kagawa R, Pear VA, Rudolph KE, **Keyes KM**, Cerda M, Wintemute GJ. 2019. Distress level and daily functioning problems attributed to firearm victimization: Sociodemographic specific responses. Annals of Epidemiology. ePub Dec 6. PMID: TBD.

| | |
|---|---|
| 1378. | SUFFOLK02723219 |
| 1379. | SUFFOLK02723221 |
| 1380. | SUFFOLK02723223 |
| 1381. | SUFFOLK02723225 |
| 1382. | SUFFOLK02723227 |
| 1383. | SUFFOLK02723229 |
| 1384. | SUFFOLK02723231 |
| 1385. | SUFFOLK02723233 |
| 1386. | SUFFOLK02723234 |
| 1387. | SUFFOLK02723236 |
| 1388. | SUFFOLK02723238 |
| 1389. | SUFFOLK02723240 |
| 1390. | SUFFOLK02723242 |
| 1391. | SUFFOLK02723244 |
| 1392. | SUFFOLK02723246 |
| 1393. | SUFFOLK02723247 |
| 1394. | SUFFOLK02723249 |
| 1395. | SUFFOLK02723251 |
| 1396. | SUFFOLK02723253 |
| 1397. | SUFFOLK02723255 |
| 1398. | SUFFOLK02723257 |
| 1399. | SUFFOLK02723259 |
| 1400. | SUFFOLK02723261 |
| 1401. | SUFFOLK02723263 |
| 1402. | SUFFOLK02723265 |
| 1403. | SUFFOLK02723267 |
| 1404. | SUFFOLK02723269 |
| 1405. | SUFFOLK02723271 |
| 1406. | SUFFOLK02723273 |
| 1407. | SUFFOLK02723275 |
| 1408. | SUFFOLK02723277 |

Exh. A-18

Exh. B-66

*Keyes Report*

| | |
|---|---|
| 1347. | SUFFOLK02723067 |
| 1348. | SUFFOLK02723087 |
| 1349. | SUFFOLK02723107 |
| 1350. | SUFFOLK02723117 |
| 1351. | SUFFOLK02723147 |
| 1352. | SUFFOLK02723187 |
| 1353. | SUFFOLK02723189 |
| 1354. | SUFFOLK02723190 |
| 1355. | SUFFOLK02723191 |
| 1356. | SUFFOLK02723192 |
| 1357. | SUFFOLK02723193 |
| 1358. | SUFFOLK02723194 |
| 1359. | SUFFOLK02723195 |
| 1360. | SUFFOLK02723196 |
| 1361. | SUFFOLK02723197 |
| 1362. | SUFFOLK02723198 |
| 1363. | SUFFOLK02723199 |
| 1364. | SUFFOLK02723200 |
| 1365. | SUFFOLK02723201 |
| 1366. | SUFFOLK02723202 |
| 1367. | SUFFOLK02723203 |
| 1368. | SUFFOLK02723204 |
| 1369. | SUFFOLK02723205 |
| 1370. | SUFFOLK02723206 |
| 1371. | SUFFOLK02723207 |
| 1372. | SUFFOLK02723208 |
| 1373. | SUFFOLK02723209 |
| 1374. | SUFFOLK02723211 |
| 1375. | SUFFOLK02723213 |
| 1376. | SUFFOLK02723215 |
| 1377. | SUFFOLK02723217 |

Exh. B-65

*Keyes Report*

48. +McKetta S, **\*Keyes KM**. 2019. Heavy and binge alcohol drinking and parenting status in the United States from 2006 to 2018: An analysis of nationally representative cross-sectional surveys. PLoS Medicine, 16(11):e1002954. PMID: 31770389.

49. Tsai AC, Kiang MV, Barnett ML, Beletsky L, **Keyes KM**, McGinty EE, Smith LR, Stathdee SA, Wakeman SE, Venkataramani AS. 2019. Stigma as a fundamental hindrance to the United States opioid overdose crisis response. PLoS Medicine, 16(11):e1002969. PMID: 31770387.

50. **Keyes KM**, Allel K, Staudinger UM, Ornstein KA, Calvo E. 2019. Alcohol consumption predicts incidence of depressive episodes across 10 years among older adults in 19 countries. International Review of Neurobiology. 148:1-38. PMID: 31733662.

51. Cerda M, Mauro C, +Hamilton A, Levy NS, Santaella-Tenorio J, Hasin D, Wall MM, **Keyes KM**, Martins SS. 2019. Association Between Recreational Marijuana Legalization in the United States and Changes in Marijuana Use and Cannabis Use Disorder From 2008 to 2016. JAMA Psychiatry, ePub Nov 13. PMID: 31722000.

52. Castillo-Carniglia A, **Keyes KM**, Hasin D, Cerda M. 2019. Psychiatric comorbidities in alcohol use disorder. Lancet Psychiatry, ePub Oct 17. PMID: 31630984.

53. **Keyes KM**, +Hamilton A, Patrick ME, Schulenberg J. 2019. Diverging Trends in the Relationship Between Binge Drinking and Depressive Symptoms Among Adolescents in the U.S. From 1991 through 2018. Journal of Adolescent Health, epub Oct 29. PMID: 31676228.

54. Hasin DS, Shmulewitz D, **\*Keyes KM**. 2019. Alcohol use and binge drinking among US men, pregnant and non-pregnant women ages 18-44; 2002-2017. Drug and Alcohol Dependence, ePub Sep 17. PMID: 31600616.

55. +Pamplin JR 2nd, Susser ES, Factor-Litvak P, Link BG, **\*Keyes KM**. 2019. Racial differences in alcohol and tobacco use in adolescence and mid-adulthood in a community-based sample. Social Psychiatry and Psychiatric Epidemiology, ePub Sep 21. PMID: 31542795.

56. +Martinez-Alex G, **\*Keyes KM**. 2019. Fatal and Non-fatal Self-injury in the USA; Critical review of Current Trends and Innovations in Prevention. Curr Psychiatry Rep. 21(10);104. PMID: 31522256.

57. Hatzenbuehler M, +Rutherford C, +McKetta S, Prins SJ, **Keyes KM**. 2019. Structural stigma and all-cause mortality among sexual minorities: Differences by sexual behavior? Social Science and Medicine, ePub Jul 13. PMID: 31439269.

58. Palamar J, Rutherford C, **\*Keyes KM**. 2019. Summer as a risk factor for drug initiation. J Gen Intern Med, ePub Jul 23. PMID: 31338794.

59. +Cullen B, Smith DJ, Deary IJ, Pell JP, **Keyes KM**, Evans JJ. 2019. Understanding cognitive impairment in mood disorders: mediation analyses in the UK Biobank cohort. Br J Psychiatry, ePub Aug 15. PMID: 31412972.

60. **Keyes KM**, +Hamilton A, +Tracy M, Swanson J, Cerda M. 2019. Simulating the suicide prevention effects of firearms restrictions based on psychiatric hospitalization and treatment records: Social benefits and unintended adverse

Exh. A-19

consequences. <u>American Journal of Public Health</u>. 109(S3):S236-S243. PMID: 31242005. PMCID: PMC6595507.

61. **Keyes KM**, Calvo E, Ornstein KA, +Rutherford C, Fox MP, Staudinger UM, Fried LP. 2019. Alcohol consumption in later life and mortality in the United States: Results from nine waves of the Health and Retirement Study. <u>Alcoholism: Clinical and Experimental Research</u>. 43(8):1734-1746. PMID: 31276233. PMCID: PMC6677628.

62. +Wu J, Muennig PA, **Keyes KM**, Wu J. 2019. Generational differences in longitudinal blood pressure trajectories by geographic region during socioeconomic transitions in China. International Journal of Public Health, ePub Jun 26. PMID: 31243471.

63. +Sy KTL, Shaman J, Kandula S, Pei S, Gould M, *****Keyes KM**. 2019. Spatiotemporal clustering of suicides in the US from 1999 to 2016: a spatial epidemiological approach. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub June 8. PMID: 31177308.

64. Whitley R, +Fink DS, +Santaella-Tenorio J, *****Keyes KM**. 2019. Suicide Mortality in Canada after the Death of Robin Williams, in the Context of High-Fidelity to Suicide Reporting Guidelines in the Canadian Media. <u>Canadian Journal of Psychiatry</u>, ePub June 10. PMID: 31181955.

65. +Hamilton AD, Jang JB, Patrick ME, Schulenberg JE, *****Keyes KM**. 2019. Age, period, and cohort effects in frequent cannabis use among US students: 1991-2018. <u>Addiction</u>. 114(10):1763-1772. PMID: 31106501. PMCID: PMC6732038.

66. **Keyes KM**, Jager J, +Mal-Sarkar T, Patrick ME, +Rutherford C, Schulenberg J, Hasin D. 2019. Is there a recent epidemic of women's drinking? A critical review of national studies. <u>Alcoholism Clinical and Experimental Research</u>. 43(7):1344-1359. PMID: 31074877. PMCID: PMC6602861.

67. Colich N, Platt JM+, **Keyes KM**, Sumner JA, Allen NB, McLaughlin KA. 2019. Earlier age at menarche as a transdiagnostic mechanism linking childhood trauma with multiple forms of psychopathology. <u>Psychological Medicine</u>, ePub April 25. PMID: 31020943.

68. **Keyes KM**, Westreich D. 2019. UK Biobank, big data, and the consequences of non-representativeness. <u>Lancet</u>, 393(10178):1297. PMID: 30938313.

69. **Keyes KM**, +Hamilton A, +Gary D, O'Malley P, Schulenberg J. 2019. Recent increases in depressive symptoms among US adolescents: trends from 1991 to 2018. <u>Social Psychiatry and Psychiatric Epidemiology</u>. 54(8):987-996. PMID: 30929042.

70. +Kagawa RMC, +Gary DS, Wintemute GJ, Rudolph KE, Pear VA, **Keyes KM**, Cerda M. 2019. Psychiatric disorders and gun carrying among adolescents in the United States. <u>The Journal of Pediatrics</u>. 209:198-203. PMID: 30850086.

71. Palamar JJ, +Rutherford C, *****Keyes KM**. 2019. "Flakka" use among high school seniors in the United States. <u>Drug and Alcohol Dependence</u>, 196:86-90. PMID: 30709657. PMCID: PMC6377311.

72. +Pear VA, Ponicki WR, Gaidus A, **Keyes KM**, Martins SS, +Fink DS, Rivera-Aguirre A, Gruenwald PJ, Cerda M. 2019. Urban-rural variation in the socioeconomic determinants of opioid overdose. <u>Drug and Alcohol Dependence</u>, 195:6-73. PMID: 30592998. PMCID: PMC6375680.

| | |
|---|---|
| 1316. | SUFFOLK02722411 |
| 1317. | SUFFOLK02722425 |
| 1318. | SUFFOLK02722438 |
| 1319. | SUFFOLK02722450 |
| 1320. | SUFFOLK02722463 |
| 1321. | SUFFOLK02722476 |
| 1322. | SUFFOLK02722489 |
| 1323. | SUFFOLK02722514 |
| 1324. | SUFFOLK02722537 |
| 1325. | SUFFOLK02722557 |
| 1326. | SUFFOLK02722577 |
| 1327. | SUFFOLK02722597 |
| 1328. | SUFFOLK02722617 |
| 1329. | SUFFOLK02722638 |
| 1330. | SUFFOLK02722660 |
| 1331. | SUFFOLK02722683 |
| 1332. | SUFFOLK02722707 |
| 1333. | SUFFOLK02722731 |
| 1334. | SUFFOLK02722755 |
| 1335. | SUFFOLK02722779 |
| 1336. | SUFFOLK02722803 |
| 1337. | SUFFOLK02722827 |
| 1338. | SUFFOLK02722851 |
| 1339. | SUFFOLK02722876 |
| 1340. | SUFFOLK02722902 |
| 1341. | SUFFOLK02722928 |
| 1342. | SUFFOLK02722954 |
| 1343. | SUFFOLK02722981 |
| 1344. | SUFFOLK02723005 |
| 1345. | SUFFOLK02723027 |
| 1346. | SUFFOLK02723047 |

Exh. A-20

Exh. B-64

*Keyes Report*

| | |
|---|---|
| 1285. | SUFFOLK01988775 |
| 1286. | SUFFOLK02099919 |
| 1287. | SUFFOLK02099974 |
| 1288. | SUFFOLK02099975 |
| 1289. | SUFFOLK02099976 |
| 1290. | SUFFOLK02099980 |
| 1291. | SUFFOLK02099985 |
| 1292. | SUFFOLK02099987 |
| 1293. | SUFFOLK02099989 |
| 1294. | SUFFOLK02099991 |
| 1295. | SUFFOLK02099993 |
| 1296. | SUFFOLK02099994 |
| 1297. | SUFFOLK02099998 |
| 1298. | SUFFOLK02100002 |
| 1299. | SUFFOLK02100004 |
| 1300. | SUFFOLK02100006 |
| 1301. | SUFFOLK02100008 |
| 1302. | SUFFOLK02100010 |
| 1303. | SUFFOLK02100042 |
| 1304. | SUFFOLK02100060 |
| 1305. | SUFFOLK02100065 |
| 1306. | SUFFOLK02100070 |
| 1307. | SUFFOLK02100074 |
| 1308. | SUFFOLK02285232 |
| 1309. | SUFFOLK02317450 |
| 1310. | SUFFOLK02317621 |
| 1311. | SUFFOLK027222367 |
| 1312. | SUFFOLK02722368 |
| 1313. | SUFFOLK02722374 |
| 1314. | SUFFOLK02722383 |
| 1315. | SUFFOLK02722397 |

Exh. B-63

*Keyes Report*

73. Prins SJ, +McKetta S, +Platt J, Muntaner C, **Keyes KM**, Bates LM. Mental illness, drinking, and the social division and structure of labor in the United States: 2003-2015. American Journal of Industrial Medicine, 62(2):131-144. PMID: 30565724. PMCID: PMC6511991.

74. +Castillo-Carniglia A, Pear VA, Tracy M **Keyes KM**, Cerda M. 2019. Limiting alcohol outlet density to prevent alcohol use and violence? Estimating policy interventions through agent-based modeling. American Journal of Epidemiology. 188(4):694-702. PMID: 30608509. PMCID: PMC6438810.

75. +McKetta S, *Keyes KM. 2019. Oral contraceptive use and depression among adolescents. Annals of Epidemiology, 29:46-51. PMID: 30674431. PMCID: PMC6349422.

76. +Moss SL, +Santaella-Tenorio J, Mauro PM, **Keyes KM**, Martins SS. 2019. Changes over time in marijuana use, deviant behavior and preference for risky behavior among U.S. adolescents from 2002-2014: Testing the moderating effect of gender and age. Addiction. 114(4):674-686. PMID: 30461115. PMCID: PMC6619500.

77. Ward JB, Gartner DR, **Keyes KM**, Fliss MD, McClure ES, Robinson WR. 2019. How do we assess a racial disparity in health? Distribution, interaction, and interpretation in epidemiological studies. Annals of Epidemiology. 29:1-7. PMID: 30342887. PMCID: PMC6628690.

78. **Keyes KM**, Shev A, +Tracy M, Cerda M. 2019. Assessing the impact of alcohol taxation on rates of violent victimization in a large urban area: an agent-based modeling approach. Addiction. 114(2):236-247. PMID: 30315599. PMCID: PMC6314891.

79. +Platt JM, **Keyes KM**, McLaughlin KA, Kaufman AS. 2019. Intellectual disability and mental disorders in a US population representative sample of adolescents. Psychological Medicine. 49(6):952-961. PMID: 29996960. PMCID: PMC6330165.

80. +McKetta S, Prins SJ, +Platt, J, Bates LM, *Keyes KM. 2018. Social sequencing to determine patterns in health and work-family trajectories for US women, 1968-2013. Social Science and Medicine Population Health, 6:301—308. PMID: 30533486. PMCID: PMC6261835.

81. **Keyes KM**, +Rutherford C, Miech R. 2018. Historical trends in the grade of onset and sequence of cigarette, alcohol, and marijuana use among adolescents from 1976-2016: implications for "Gateway" patterns. Drug and Alcohol Dependence, 194:51-58. PMID: 30399500. PMCID: PMC6390293.

82. +Taggart TC, Eaton NR, **Keyes KM**, Hammett JF, Ulloa EC. 2018. Oral contraceptive use is associated with greater mood stability and higher relationship satisfaction. Neurology, Psychiatry and Brain Research. 30:154-162. doi:10.1016/j.npbr.2018.10.004

83. Galbraith T, +Carliner H, **Keyes KM**, McLaughlin KA, McCloskey MS, Heimberg RG. 2018. The co-occurrence and correlates of anxiety disorders among adolescents with intermittent explosive disorder. Aggressive Behavior. 44(6):581-590. PMID: 30040122. PMCID: PMC6249027.

84. +Fink DS, Gradus JL, **Keyes KM**, Calabrese JR, Liberzon I, Tamburrino MB, Cohen GH, Sampson L, Galea S. 2018. Subthreshold PTSD and PTSD and a

Exh. A-21

prospective-longitudinal cohort of military personnel: Potential targets for preventive interventions. <u>Depression and Anxiety</u>. 35(11):1048-1055. PMID: 30099820. PMCID: PMC6212313.

85. Kagawa RMC, Cerda M, Rudolph KE, Pear VA, **Keyes KM**, Wintemute GJ. 2018. Firearm involvement in Violent Victimization and Mental Health: An Observational Study. <u>Annals of Internal Medicine</u>, 169(8):584-585. PMID: 29913485.

86. +Platt JM, McLaughlin KA, Luedtke AR, Ahern J, Kaufman AS, \*Keyes KM. 2018. Targeted Estimation of the Relationship between Childhood Adversity and Fluid Intelligence in a US Population Sample of Adolescents. <u>American Journal of Epidemiology</u>, 187(7): 1456-1466. PMID: 29982374. PMCID: PMC6031033.

87. Shiau S, Kahn, LG, Platt J, Li C, Guzman JT, Kornhauser ZG, **Keyes KM,** Martins SS. 2018. Evaluation of a flipped classroom approach to learning introductory epidemiology. <u>BMC Med Educ</u>. 18(1):63. PMID: 29609654. PMCID: PMC5879803.

88. Crookes DM, Demmer TR, **Keyes KM**, Koenen KC, Suglia SF. 2018. Depressive Symptoms, Antidepressant Use, and Hypertension in Young Adulthood. <u>Epidemiology</u>. 29(4):547-555. PMID: 29629939. PMCID: PMC5980764.

89. Sarvet AL, Wall MM, **Keyes KM**, Olfson M, Cerda M, Hasin DS. 2018. Self-medication of mood and anxiety disorder with marijuana: Higher in states with medical marijuana laws. <u>Drug and Alcohol Dependence</u>. 186:10-15. PMID: 29525698. PMCID: PMC5911228.

90. Sarvet AL, Wall MM, **Keyes KM**, Cerda M. Schulenberg JE, O'Malley PM, Johnston LD, Hasin DS. 2018. Recent rapid decrease in adolescents' perception that marijuana is harmful, but no concurrent increase in use. <u>Drug and Alcohol Dependence</u>. 186:68-74. PMID: 29550624. PMCID: PMC6134844.

91. **Keyes KM**, +Rutherford C, Popham F, Martins SS, Gray L. 2018. How healthy are survey respondents compared with the general population? Using survey-linked death records to compare mortality outcomes. <u>Epidemiology</u>, 29(2):299-307. PMID: 29389712. PMCID: PMC5794231.

92. +Fink DS, Santaella-Tenorio J, \*Keyes KM. 2018. Increase in suicides in months after the death of Robin Williams in the US. <u>PLoS One</u>, 13(2):e0191405. PMID: 29415016. PMCID: PMC5802858.

93. Sarvet AL, Wall MM, Fink DS, Greene E, Le A, Boustead AE, Pacula RL, **Keyes KM**, Cerda M, Galea S, Hasin DS. 2018. Medical marijuana laws and adolescent marijuana use in the United States: A systematic review and meta-analysis. <u>Addiction</u>. 113(6):1003-1016. PMID: 29468763. PMCID: PMC5942879.

94. Cerda M, Sarvet AL, Wall M. Feng T, **Keyes KM**, Galea S, Hasin DS. 2018. Medical marijuana laws and adolescent use of marijuana and other substances: Alcohol, cigarettes, prescription drugs, and other illicit drugs. <u>Drug and Alcohol Dependence</u>. 183:62-68. PMID: 29227839. PMCID: PMC5803452.

95. +Tracy M, Cerdá M, \*Keyes KM. 2018. Agent-based modeling in public health: Current applications and future directions. <u>Annual Reviews of Public Health</u>. 39:77-94. PMID: 29328870. PMCID: PMC5937544.

96. +Huang X, **Keyes KM**, Li G. 2018. Increasing Prescription Opioid and Heroin Overdose Mortality in the United States: 1999-2014: An Age-Period-Cohort

| | |
|---|---|
| 1254. | SUFFOLK00881516 |
| 1255. | SUFFOLK00883926 |
| 1256. | SUFFOLK00887154 |
| 1257. | SUFFOLK00891052 |
| 1258. | SUFFOLK00895094 |
| 1259. | SUFFOLK00900172 |
| 1260. | SUFFOLK00907094 |
| 1261. | SUFFOLK00913086 |
| 1262. | SUFFOLK00918216 |
| 1263. | SUFFOLK00923682 |
| 1264. | SUFFOLK00928054 |
| 1265. | SUFFOLK00932280 |
| 1266. | SUFFOLK01186082 |
| 1267. | SUFFOLK01195432 |
| 1268. | SUFFOLK01404748 |
| 1269. | SUFFOLK01404761 |
| 1270. | SUFFOLK01404862 |
| 1271. | SUFFOLK01404864 |
| 1272. | SUFFOLK01404866 |
| 1273. | SUFFOLK01404868 |
| 1274. | SUFFOLK01404872 |
| 1275. | SUFFOLK01404874 |
| 1276. | SUFFOLK01404876 |
| 1277. | SUFFOLK01404878 |
| 1278. | SUFFOLK01404880 |
| 1279. | SUFFOLK01404882 |
| 1280. | SUFFOLK01404886 |
| 1281. | SUFFOLK01404888 |
| 1282. | SUFFOLK01404925 |
| 1283. | SUFFOLK01563032 |
| 1284. | SUFFOLK01928414 |

Exh. A-22

Exh. B-62

*Keyes Report*

| | |
|---|---|
| 1223. | SUFFOLK00347876 |
| 1224. | SUFFOLK00347908 |
| 1225. | SUFFOLK00347909 |
| 1226. | SUFFOLK00348423 |
| 1227. | SUFFOLK00348429 |
| 1228. | SUFFOLK00348698 |
| 1229. | SUFFOLK00348728 |
| 1230. | SUFFOLK00348741 |
| 1231. | SUFFOLK00348754 |
| 1232. | SUFFOLK00348810 |
| 1233. | SUFFOLK00349038 |
| 1234. | SUFFOLK00349163 |
| 1235. | SUFFOLK00350259 |
| 1236. | SUFFOLK00350699 |
| 1237. | SUFFOLK00353298 |
| 1238. | SUFFOLK00356891 |
| 1239. | SUFFOLK00360423 |
| 1240. | SUFFOLK00360575 |
| 1241. | SUFFOLK00360607 |
| 1242. | SUFFOLK00360645 |
| 1243. | SUFFOLK00360941 |
| 1244. | SUFFOLK00361411 |
| 1245. | SUFFOLK00362445 |
| 1246. | SUFFOLK00362604 |
| 1247. | SUFFOLK00367944 |
| 1248. | SUFFOLK00494708 |
| 1249. | SUFFOLK00499161 |
| 1250. | SUFFOLK00548338 |
| 1251. | SUFFOLK00556591 |
| 1252. | SUFFOLK00718440 |
| 1253. | SUFFOLK00879600 |

Exh. B-61

*Keyes Report*

Analysis. American Journal of Public Health, 108(1):131-136. PMID: 29161066. PMCID: PMC5719690.

97. Galea S, **Keyes KM**. 2018. What matters, when, and for whom? Three questions to guide population health scholarship. Injury Prevention. 24(Suppl 1):i3-i6. PMID: 28988201. PMCID: PMC5940569.

98. +Cheng S, **Keyes KM**, Bitfoi A, Carta MG, Koc C, Goelitz D, Otten R, Lesinskiene S, Mihova Z, Pez O, Kovess-Masfety V. 2018. Understanding parent-teacher agreement of the Strengths and Difficulties Questionnaire (SDQ): Comparison across seven European countries. Int J Methods Res. 27(1). PMID: 29024371. PMCID: PMC5937526.

99. **Keyes KM**, Platt J, Kaufman AS, McLaughlin K. 2017. Fluid intelligence and psychiatric disorders in a population representative sample of US adolescents. JAMA Psychiatry. 74(2):179-188. PMID: 28030746. PMCID: PMC5288266.

100. LeWinn KZ, Sheridan MA, **Keyes KM**, Hamilton A, McLaughlin KA. 2017. Sample composition alters associations between age and brain structure. Nat Communication, Oct 12;8(1):874. PMID: 29026076. PMCID: PMC5638928.

101. Galea S, **Keyes KM**. 2017. Population Health Science and the Challenges of Prediction. Annals of Internal Medicine, Oct 3;167(7):511-512. PMID: 28847011. PMCID: PMC5931711.

102. +Carliner H, Gary D, McLaughlin KA, *****Keyes KM**. 2017. Trauma Exposure and Externalizing Disorders in Adolescents: Results from the National Comorbidity Survey Adolescent Supplement. Journal of the American Academy of Child and Adolescent Psychiatry, 56(9):755-764. PMID: 28838580. PMCID: PMC5657578.

103. **Keyes KM**, Wall M, Feng T, Cerda M, Hasin DS. 2017. Race/ethnicity and marijuana use in the United States: Diminishing differences in the prevalence of use, 2006-2015. Drug and Alcohol Dependence, Oct 1;179:379-386. PMID: 28846954. PMCID: PMC5599376.

104. El-Khoury F, Sutter-Dallay AL, Van Der Waerden J, Surkan P, Martins S, **Keyes KM**, de Lauzon-Guillain B, Charles MA, Melchoir M. 2017. Smoking Trajectories during the Perinatal Period and Their Risk Factors: The Nationally Representative French ELFE (Etude Longitudinale Francaise Depuis l'Enfance) Birth Cohort Study. European Addiction Research, 23(4): 194-203. PMID: 28866664. PMCID: PMC5942878.

105. Cerdá M, Tracy M, *****Keyes KM**. 2017. Reducing urban violence: a contrast of public health and criminal justice approaches. Epidemiology, ePub Sept 18. PMID: 28926374. PMCID: PMC5718925.

106. Wray-Lake L, Schulenberg J, **Keyes KM**, Shubert J. 2017. The Developmental Course of Community Service Across the Transition to Adulthood in a National U.S. Sample. Developmental Psychology, ePub Sept 21. PMID: 28933877. PMCID: PMC5705564.

107. +Platt JM, Colich NL, McLaughlin KA, Gary D, *****Keyes KM**. 2017. Transdiagnostic psychiatric disorder risk associated with early age of menarche: A latent modeling approach. Comprehensive Psychiatry, ePub July 6. PMID: 28757148. PMCID: PMC5643227.

Exh. A-23

108. +Brady JE, Giglio R, **Keyes KM**, DiMaggio C, Li G. 2017. Risk markers for fatal and non-fatal prescription drug overdose: a meta-analysis. Injury Epidemiology, 4(1):24. PMID: 28762157. PMCID: PMC5545182.

109. Kovess-Masfety V, Sowa D, **Keyes KM**, Husky M, Fermanian C, Bitfoi A, Carta MG, Koc C, Goelitz D, Lesinskiene S, Mihova Z, Otten R, Pez O. 2017. The association between car accident fatalities and children's fears: A study in seven EU countries. PLoS One, ePub Aug 3. PMID: 28771500. PMCID: PMC5542599.

110. +McKetta S, Hatzenbuehler ML, Pratt C, Bates L, Link BG, *Keyes KM. 2017. Does social selection explain the association between state-level racial animus and racial disparities in self-rated health in the United States? Annals of Epidemiology, ePub Jul 13. PMID: 28778656. PMCID: PMC5610069.

111. **Keyes KM**, Gary DS, Bechtold J, Prins SJ, O'Malley P, Rutherford C, Schulenberg J. 2017. Age, period and cohort effects in conduct problems among American adolescents from 1991 through 2015. American Journal of Epidemiology, ePub June 30. PMID: 28679165. PMCID: PMC5860025.

112. Husky MM, **Keyes KM**, Hamilton A, Stragalinou A, Pez O, Kuijpers R, Lesinskiene S, Mihova Z, Oten R, Kovess-Masfety V. 2017. Maternal Problem Drinking and Child Mental Health. Subst Use Misuse, Jul 13: 1-9: PMID: 28704164. PMCID: PMC5947853.

113. Ananth CV, Friedman AM, **Keyes KM**, Lavery JA, Hamilton A, Wright JD. 2017. Primary and Repeat Cesarean Deliveries: A Population-based Study in the United States, 1979-2010. Epidemiology, 28(4):567-574. PMID: 28346271. PMCID: PMC5501955.

114. Hasin DS, Sarvet AL, Cerda M, **Keyes KM**, Stohl M, Galea S, Wall MM. 2017. US Adult Illicit Cannabis Use, Cannabis Use Disorder, and Medical Marijuana Laws: 1991-1992 to 2012-2013. JAMA Psychiatry, ePub Apr 26. PMID: 28445557. PMCID: PMC5539836.

115. +Fink DS, **Keyes KM**, Calabrese JR, Liberzon I, Tamburrino MB, Cohen GH, Sampson L, Galea S. 2017. Deployment and Alcohol Use in a Military Cohort: Use of Combined Methods to Account for Exposure-Related Covariates and Heterogeneous Response to Exposure. Am J Epidemiology, ePub May 5. PMID: 28482012. PMCID: PMC5860008.

116. Chapman C, Slade T, Swift W, **Keyes KM**, Tonks Z, Teeson M. 2017. Evidence for Sex Convergence in Prevalence of Cannabis Use: A Systematic Review and Meta-Regression. J Stud Alcohol Drugs. May 78(3):344-352. PMID: 28499099. PMCID: PMC5440360.

117. +Walsh K, McLaughlin KA, Hamilton A, *Keyes KM. 2017. Trauma exposure, incidence psychiatric disorders, and disorder transitions in a longitudinal population representative sample. J Psychiatr Res. ePub May 5. PMID: 28531836. PMCID: PMC5539922.

118. Jang JB, Patrick ME, **Keyes KM**, Hamilton AD, Schulenberg JE. 2017. Frequent Binge Drinking Among US Adolescents, 1991 to 2015. Pediatrics, ePub May 22. PMID: 28562275. PMCID: PMC5470505.

119. Kristensen P, **Keyes KM**, Susser E, Corbett K, Mehlum IS, Irgens LM. 2017. High birth weight and perinatal mortality among siblings: A register based study

1192. NYAG02017312
1193. NYAG02017451
1194. NYAG02017589
1195. NYAG02017728
1196. NYAG02017865
1197. NYAG02018003
1198. NYAG02018142
1199. NYAG02018280
1200. NYAG02018419
1201. NYAG02018420
1202. NYAG02018421
1203. NYAG02018486
1204. NYAG02018613
1205. NYAG02018759
1206. SUFFOLK00297211
1207. SUFFOLK00297324
1208. SUFFOLK00297360
1209. SUFFOLK00298252
1210. SUFFOLK00299071
1211. SUFFOLK00307374
1212. SUFFOLK00311750
1213. SUFFOLK00312401
1214. SUFFOLK00313621
1215. SUFFOLK00313622
1216. SUFFOLK00315437
1217. SUFFOLK00347633
1218. SUFFOLK00347639
1219. SUFFOLK00347726
1220. SUFFOLK00347837
1221. SUFFOLK00347842
1222. SUFFOLK00347871

*Keyes Report*

| | |
|---|---|
| 1161. | NYAG02016806 |
| 1162. | NYAG02016808 |
| 1163. | NYAG02016810 |
| 1164. | NYAG02016812 |
| 1165. | NYAG02016814 |
| 1166. | NYAG02016816 |
| 1167. | NYAG02016818 |
| 1168. | NYAG02016820 |
| 1169. | NYAG02016822 |
| 1170. | NYAG02016829 |
| 1171. | NYAG02016837 |
| 1172. | NYAG02016845 |
| 1173. | NYAG02016853 |
| 1174. | NYAG02016861 |
| 1175. | NYAG02016869 |
| 1176. | NYAG02016877 |
| 1177. | NYAG02016885 |
| 1178. | NYAG02016893 |
| 1179. | NYAG02016901 |
| 1180. | NYAG02016958 |
| 1181. | NYAG02017028 |
| 1182. | NYAG02017029 |
| 1183. | NYAG02017030 |
| 1184. | NYAG02017031 |
| 1185. | NYAG02017032 |
| 1186. | NYAG02017033 |
| 1187. | NYAG02017034 |
| 1188. | NYAG02017035 |
| 1189. | NYAG02017036 |
| 1190. | NYAG02017037 |
| 1191. | NYAG02017174 |

Exh. B-59

*Keyes Report*

in Norway, 1967-2011. Plos One, Feb 28;12(2). PMID: 28245262. PMCID: PMC5330506.

120. Han BH, Moore AA, Sherman S, **Keyes KM**, Palamar JJ. 2017. Demographic trends of binge alcohol use and alcohol use disorders among older adults in the United States, 2005-2014. Drug and Alcohol Dependence, Jan 1: 170:198-207. PMID: 27979428. PMCID: PMC5241162.

121. +Santaella-Tenorio J, Maura CM, Wall MM, Kim JH, Cerda M, **Keyes KM**, Hasin DS, Galea S, Martins SS. 2017. US Traffic Fatalities, 1985-2014, and Their Relationship to Medical Marijuana Laws. American Journal of Public Health, ePub Dec 20 2016. PMID: 27997245. PMCID: PMC5227945.

122. Cerda M, Wall M, Feng T, **Keyes KM**, Sarvet A, Schulenberg J, O'Malley PM, Pacula RL, Galea S, Hasin DS. 2017. Association of State Recreational Marijuana Laws with Adolescent Marijuana Use. JAMA Pediatrics, ePub Dec 27 2016. PMID: 28027345. PMCID: PMC5365078.

123. Martins SS, Segura LE, Santaella-Tenorio J, Perlmutter A, Fenton MC, Cerda M, **Keyes KM**, Ghandour LA, Storr CL, Hasin DS. 2016. Prescription opioid use disorder and heroin use among 12-34 year-olds in the United States from 2002 to 2014. Addictive Behaviors, ePub Aug 30. PMID: 27614657. PMCID: PMC51440701.

124. Kim JH, Santaella-Tenorio J, Mauro C, Wrobel J, Cerda M, **Keyes KM**, Hasin DS, Martins SS, Li G. 2016. State Medical Marijuana Laws and the Prevalence of Opioids Detected Among Fatally Injured Drivers. American Journal of Public Health, 106(11): 2032-2037. PMID: 27631755. PMCID: PMC5055785.

125. +Fink D, **Keyes KM**, Cerda M. Social determinants of population health: a systems science approach. 2016. Current Epidemiology Reports, 3(1):98-105. PMID: 27642548. PMCID: PMC5025257.

126. +Puac-Polanco V, **Keyes KM**, Li G. 2016. Mortality from motorcycle crashes: the baby-boomer cohort effect. Injury Epidemiology, Dec; 3(1):19. PMID: 27547704. PMCID: PMC4978754.

127. **Keyes KM**, Galea S. 2016. The limits of risk factors revisited: it is time for a causal architecture approach. Epidemiology, Oct 11. PMID: 27755276. PMCID: PMC5130600.
   - ***Commentaries invited on the paper***
   - **Keyes K**, Galea S. 2017. Rejoinder: RE: Some thoughts on Consequential Epidemiology and Causal Architecture. Epidemiology, Feb 15. PMID: 28212139. PMCID: PMC5557702.

128. Martins SS, Mauro CM, Santaella-Tenorio J, Kim JH, Cerda M, **Keyes KM**, Hasin DS, Galea S, Wall M. 2016. State-level medical marijuana laws, marijuana use, and perceived availability of marijuana and the general US population. Drug and Alcohol Dependence, Oct 11; 169:26-32. PMID: 27755989. PMCID: PMC5140747.

129. Slade T, Chapman C, Swift W, **Keyes KM**, Tonks Z, Teesson M. 2016. Birth cohort trends in the global epidemiology of alcohol use and alcohol-related harms in men and women: systematic review and metaregression. BMJ Open, 6(10):e011827. PMID: 27797998. PMCID: PMC5093369.

Exh. A-25

130. **Keyes KM**, Wall M, Cerda M, Schulenberg J, O'Malley PM, Galea S, Feng T, Hasin DS. 2016. How does state marijuana policy affect US youth? Medical marijuana laws, marijuana use, and perceived harmfulness: 1991-2014, Addiction, ePub Jul 9. PMID: 27393902. PMCID: PMC5222836.

131. Brown QL, Hasin DS, **Keyes KM**, Fink DS, Ravenell O, Martins SS. 2016. Health insurance, alcohol and tobacco use among pregnant and non-pregnant women of reproductive age. Drug and Alcohol Dependence, 166:116-24. PMID: 27422762. PMCID: PMC4983465.

132. McLaughlin KA, Basu A, Walsh K, Slopen N, Sumner JA, Koenen KC, **\*Keyes KM**. 2016. Childhood Exposure to Violence and Chronic Physical Conditions in a National Sample of US Adolescents. Psychosomatic Medicine. ePub Jul 15. PMID: 27428855. PMCID: PMC5096968.

133. +Carliner H, **Keyes KM**, McLaughlin KA, Meyers JL, Dunn EC, Martins SS. 2016. Childhood Trauma and Illicit Drug Use in Adolescence: A Population-Based National Comorbidity Survey Replication-Adolescent Supplement Study. J Am Acad Child Adolesc Psychiatry, 55(8): 701-8. PMID: 27453084. PMCID: PMC4964281.

134. Cerda M, Gaidus A, **Keyes KM**, Ponicki W, Marins S, Galea S, Gruenewald P. 2016. Prescription opioid poisoning across urban and rural areas: identifying vulnerable groups and geographic areas. Addiction, ePub Jul 29. PMID: 27470224. PMCID: PMC5148642.

135. **Keyes KM**, Rutherford C, Hamilton A, Palamar JJ. 2016. Age, period, and cohort effects in synthetic cannabinoid use among US adolescents, 2011-2015. Drug and Alcohol Dependence, 166:159-167. PMID: 27491817. PMCID: PMC4996475.

136. +Lavery JA, Friedman AM, **Keyes KM**, Wright JD, Ananth CV. 2016. Gestational diabetes in the United States: temporal changes in prevalence rates between 1979 and 2010. BJOG, Aug 11. PMID: 27510598. PMCID: PMC5303559.

137. Shmulewitz D, Stohl M, **Keyes KM**, Brown Q, Saha TD, Hasin D. 2016. Effects of State-Level Tobacco Environment on Cigarette Smoking are Stronger Among Those With Individual-Level Risk Factors. ePub Apr 29. Nicotine Tob Research. PMID 27130948. PMCID: PMC5016847.

138. Palamar JJ, **Keyes KM**, Cleland CM. 2016. Underreporting of ecstasy use among high school seniors in the US. Drug and Alcohol Dependence, ePub June 6. PMID: 27296977. PMCID: PMC4939104.

139. Castaldelli-Maia JM, Andrade LH, **Keyes KM**, Cerda M, Pilowsky DJ, Martins SS. 2016. Exploring the latent trait of opioid use disorder criteria among frequent nonmedical prescription opioid users. J Psychiatr Res. May 24;80:79-86. PMID: 27302873. PMCID: PMC4980160.

140. Kovess-Masfety V, Husky MM, **Keyes KM**, Hamilton A, Pez O, Bitfoi A, Carta MG, Goelitz D, Kuijpers R, Otten R, Koc C, Lesinskiene S, Mihova Z. 2016. Comparing the prevalence of mental health problems in children 6-11 across Europe. Soc Psychiatry Psychiatr Epidemiol. ePub June 17. PMID: 27314494. PMCID: PMC5279951.

141. **Keyes KM**, Hamilton A, Kandel D. (2016). Birth Cohorts Analysis of Adolescent Cigarette Smoking and Subsequent Marijuana and Cocaine Use. American

Exh. A-26

1130. NYAG01578196
1131. NYAG01578197
1132. NYAG02016718
1133. NYAG02016742
1134. NYAG02016746
1135. NYAG02016750
1136. NYAG02016754
1137. NYAG02016758
1138. NYAG02016760
1139. NYAG02016762
1140. NYAG02016764
1141. NYAG02016766
1142. NYAG02016768
1143. NYAG02016770
1144. NYAG02016772
1145. NYAG02016774
1146. NYAG02016776
1147. NYAG02016778
1148. NYAG02016780
1149. NYAG02016782
1150. NYAG02016784
1151. NYAG02016786
1152. NYAG02016788
1153. NYAG02016790
1154. NYAG02016792
1155. NYAG02016794
1156. NYAG02016796
1157. NYAG02016798
1158. NYAG02016800
1159. NYAG02016802
1160. NYAG02016804

Exh. B-58

*Keyes Report*

1099.  MarshallHealth-00002242_MH003

1100.  MarshallHealth-00002243_MH003

1101.  MCKMDL00496309

1102.  MCKMDL00557196

1103.  Nassau_00069863

1104.  Nassau_00070135

1105.  Nassau_00070515

1106.  Nassau_00070518

1107.  Nassau_00070685

1108.  Nassau_00075956

1109.  Nassau_00076517

1110.  Nassau_00078259

1111.  Nassau_00078260

1112.  Nassau_00078261

1113.  Nassau_00078262

1114.  Nassau_00078267

1115.  Nassau_00078268

1116.  Nassau_00078271

1117.  Nassau_00081513

1118.  Nassau_00095789

1119.  Nassau_00095790

1120.  Nassau_00095791

1121.  Nassau_00471222

1122.  Nassau_00475195

1123.  NYAG00262888

1124.  NYAG00262889

1125.  NYAG01526575

1126.  NYAG01578189

1127.  NYAG01578190

1128.  NYAG01578191

1129.  NYAG01578192

Exh. B-57

---

*Keyes Report*

Journal of Public Health, 106(6):1143-9. PMID; 27077359. PMCID: PMC4880234.

142.  Shmulewitz D, Stohl M, **Keyes KM**, Brown Q, Saha TD, Hasin D. (2016). Effects of State-Level Tobacco Environment on Cigarette Smoking are Stronger Among Those with Individual-Level Risk Factors. Nicotine Tob Res, ePub Apr 29. PMID: 27130948. PMCID: PMC5016847.

143.  Chauhan P, Ahren J, Galea S, *Keyes K**. (2016). Neighborhood Context and Binge Drinking by Race and Ethnicity in New York City, Alcoholism: Clinical and Experimental Research, ePub March 10. PMID: 26969558. PMCID: PMC4851160.

144.  **Keyes KM**, Galea S. 2016. Setting the agenda for a new discipline: Population Health Science. American Journal of Public Health, 106(4):633-634. PMID: 26959265. PMCID: PMC4804350.

145.  Wall MM, Mauro C, Hasin DS, **Keyes KM**, Cerda M, Martins SS, Feng T. 2016. Prevalence of marijuana use does not differentially increase among youth after states pass medical marijuana laws: Commentary on Stolzenberg et al (2015) and reanalysis of US National Survey on Drug Use in Households data 2002-2011. International Journal of Drug Policy, ePub Feb 5. PMID: 26895950. PMCID: PMC4819395.

146.  Kovess V, **Keyes KM**, Hamilton A, Hanson G, Bitfoi A, Golitz D, Koc C, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Pez O. 2016. Are video games promoting or deteriorating mental health, cognitive and social skills in young children? Social Psychiatry and Psychiatric Epidemiology, ePub Feb 5. PMID: 26846228. PMCID: PMC4814321.

147.  Suglia S, Wahi R, Demmer RT, **Keyes KM**, Koenen KC. 2016. Depressive symptoms during adolescence and young adulthood and development of Type 2 diabetes mellitus. American Journal of Epidemiology, 183(4):269-76. PMID: 26838597. PMCID: PMC4753278.

148.  Hoshen MD, Benis A, **Keyes KM**, Zoega H. 2016. Stimulant use for ADHD and relative age in class among children in Israel. Pharmacoepidemiology and Drug Safety, ePub Jan 26. PMID: 26823045. PMCID: PMC4889495.

149.  Talati A, **Keyes KM**, Hasin DS. 2016. Changing relationships between smoking and psychiatric comorbidity across 20th century birth cohorts: Clinical and Research Implications. Molecular Psychiatry, ePub Jan 26. PMID: 26809837. PMCID: PMC4801658.

150.  +Carliner H, Delker E, Fink DS, **Keyes KM**, Hasin DS. 2016. Racial discrimination, socioeconomic position, and illicit drug use among US blacks. Social Psychiatry and Psychiatric Epidemiology, ePub Jan 25. PMID: 26810670. PMCID: PMC4824661.

151.  +Walsh K, Hasin D, **Keyes KM**, Koenen KC. 2015. Associations between gender-based violence and personality disorders in US women. Personality Disorders: Theory, Research, & Treatment, Nov 16. PMID: 26569577. PMCID: PMC4816663.

152.  +Platt J, Prins S, Bates LM, *Keyes KM**. 2015. Unequal depression for equal work? How the wage gap explains gendered disparities in mood disorders. Social Science and Medicine, Dec 8. PMID: 26689629. PMCID: PMC4801117.

Exh. A-27

*Keyes Report*

153. Elliott JC, Stohl M, Wall MM, **Keyes KM**, Skodol AE, Eaton NR, Shmulewitz D, Goodwin RD, Grant BF, Hasin DS. 2015. Childhood maltreatment, personality disorders, and 3-year persistence of adult alcohol and nicotine dependence in a national sample. <u>Addiction</u>, Dec 29. PMID: 26714255. PMCID: PMC4826838.

154. +Prins S, **Keyes KM**, Bates LM. 2015. Anxious? Depressed? You might be suffering from advanced capitalism: Contradictory class locations and the prevalence of mood and anxiety disorders in the United States. <u>Sociology of Health and Illness</u>, 37(8): 1352-72. PMID: 26385581. PMCID: PMC4609238.

155. +El-Sayed A, Paczkowski M, **Keyes KM**, Galea S. 2015. Social environments, genetics, and Black-White disparities in infant mortality. <u>Paediatric and Perinatal Epidemiology</u>, 29(6): 546-551. PMID: 26443986. PMCID: PMC4676266.

156. Miech R, Johnston L, O'Malley PM, **Keyes KM**, Heard K. 2015. Prescription Opioids in Adolescence and Future Opioid Misuse. <u>Pediatrics</u>, ePub October 26. PMID: 26504126. PMCID: PMC4834210.

157. **Keyes KM**, McLaughlin K, Vo T, Heinberg G. 2015. Anxious and aggressive: comorbidity between intermittent explosive disorders and anxiety disorders among adolescents and adults in the United States. <u>Depression and Anxiety</u>, ePub Sept 30. PMID: 26422701. PMCID: PMC4729594.

158. Boschloo, L, van Borkulo CD, Rhemtulla M, **Keyes KM**, Borsboom D, Schoevers RA. 2015. The Network Structure of Symptoms of the Diagnostic and Statistical Manual of Mental Disorders. <u>PLOS One</u>, 10(9):e0137621. PMID: 26368008. PMCID: PMC4569413.

159. Hasin DS, Wall M, **Keyes KM**, Cerda M, Feng T, Schulenberg J, Pacula R. 2015. State medical marijuana laws and adolescent marijuana use in the United States: 1991-2012. <u>Lancet Psychiatry</u>, 2(7):601-8. PMID: 26303557. PMCID: PMC4630811.

160. Reither EN, Land KC, Joen SY, Powers DA, Masters RK, Zheng H, Hardy MA, **Keyes KM**, Fu Q, Hanson HA, Smith KR, Utz RL, Yang CY. 2015. Clarifying hierarchical age-period-cohort models: A rejoinder to Bell and Jones. <u>Soc Sci Med</u>, ePub Jul 31. PMID: 26277370. PMCID: PMC4673395.

161. **Keyes KM**, Agnew-Blais J, Roberts A, Hamilton A, De Vivo I, Ranu H, Koenen K. 2015. The role of allelic variation in estrogen receptor genes and major depression in the Nurses Health Study. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Jul 14. PMID: 26169989. PMCID: PMC4655148.

162. Kalesan B, Villarreal MD, **Keyes KM**, Galea S. Gun ownership and social gun culture. <u>Injury Prevention</u>, ePub June 29. PMID: 26124073. PMCID: PMC4809774.

163. Kuijpers RC, Otten R, Vermulst AA, Pez O, Bitfoi A, Carta M, Goelitz D, **Keyes KM**, Koc C, Lesinskiene S, Mihova Z, Engels RC, Kovess V. 2015. Reliability, Factor Structure, and Meaurement Invariance of the Dominic Interactive Across European Countries: Cross-Country Utility of a Child Mental Health Self-Report. <u>Psychol Assess</u>. ePub Aug 3. PMIS: 26237209. PMCID: PMC4740260.

164. Cerda M, Tracy M, **Keyes KM**, Galea S. To treat or to prevent? Reducing the population burden of violence-related posttraumatic stress disorder. 2015. <u>Epidemiology</u>, Sept;26(5): 681-9. PMID: 26237744. PMCID: PMC4827920.

Exh. A-28

P-23117 _ 00028

*Keyes Report*

1068. LAKE005138542
1069. LAKE005138543
1070. LAKE005138548
1071. LAKE005143008
1072. LAKE005143009
1073. LAKE005143905
1074. LAKE005143909
1075. LAKE005143912
1076. LAKE005143914
1077. LAKE005314271
1078. LAKE005314276
1079. LAKE005314277
1080. LGRC_MDL_Internal_00000012
1081. MarshallHealth_00000001
1082. MarshallHealth-00002208
1083. MarshallHealth-00002209
1084. MarshallHealth-00002210f
1085. MarshallHealth-00002211
1086. MarshallHealth-00002212
1087. MarshallHealth-00002213
1088. MarshallHealth-00002214
1089. MarshallHealth-00002215
1090. MarshallHealth-00002216 f
1091. MarshallHealth-00002227_MH003
1092. MarshallHealth-00002228_MH003
1093. MarshallHealth-00002236_MH003
1094. MarshallHealth-00002237_MH003
1095. MarshallHealth-00002238_MH003
1096. MarshallHealth-00002239_MH003
1097. MarshallHealth-00002240_MH003
1098. MarshallHealth-00002241_MH003

Exh. B-56

P-23117 _ 00109

*Keyes Report*

| | |
|---|---|
| 1037. | LAKE003982012 |
| 1038. | LAKE003982168 |
| 1039. | LAKE003982674 |
| 1040. | LAKE003984896 |
| 1041. | LAKE003985309 |
| 1042. | LAKE003986313 |
| 1043. | LAKE003987010 |
| 1044. | LAKE004004142 |
| 1045. | LAKE004007290 |
| 1046. | LAKE004007482 |
| 1047. | LAKE004008517 |
| 1048. | LAKE004014845 |
| 1049. | LAKE004019694 |
| 1050. | LAKE004023373 |
| 1051. | LAKE004023467 |
| 1052. | LAKE004038554 |
| 1053. | LAKE004038555 |
| 1054. | LAKE004038556 |
| 1055. | LAKE004082962 |
| 1056. | LAKE005097289 |
| 1057. | LAKE005131247 |
| 1058. | LAKE005132975 |
| 1059. | LAKE005135909 |
| 1060. | LAKE005137079 |
| 1061. | LAKE005137080 |
| 1062. | LAKE005137229 |
| 1063. | LAKE005137557 |
| 1064. | LAKE005137558 |
| 1065. | LAKE005138490 |
| 1066. | LAKE005138491 |
| 1067. | LAKE005138541 |

Exh. B-55

---

*Keyes Report*

165. Lee YC, Agnew-Blais J, Malspeis S, **Keyes KM**, Costenbader K, Kubzansky LD, Roberts AL, Koenen KC, Karlson EW. 2015. Posttraumatic Stress Disorder and Risk for Incidence Rheumatoid Arthritis. Arthritis Care Res. ePub Aug 3. PMID: 26239524. PMCID: PMC4740283.

166. +Chang HY, Chung Y, **Keyes KM**, Jung SJ, Kim SS. Associations between the timing of childhood adversity and adulthood suicidal behavior: A nationally-representative cohort. Journal of Affective Disorders. ePub Jul 26;186:198-202. PMID: 26247912. PMCID: PMC4671499.

167. **Keyes KM**, Jager J, Hamilton A, O'Malley PM, Miech R, Schulenberg JE. 2015. National multi-cohort time trends in adolescent risk preferences and the relation with problem behavior from 1976 to 2011. Drug and Alcohol Dependence, ePub Jul 2. PMID: 26254018. PMCID: PMC4581913.

168. +Brady JE, DiMaggio C, **Keyes KM**, Doyle JJ, Richardson L, Li G. 2015. Emergency Department Utilization and Subsequent Prescription Drug Overdose Death. Annals of Epidemiology, 25(8):613-619. PMID: 25935710. PMCID: PMC4675463.

169. Jager J, **Keyes KM**, Schulenberg J. 2015. Historical variation in binge drinking trajectories and its link to historical variation in social roles and minimum legal drinking age. Developmental Psychology, ePub May 25. PMID: 26010381. PMCID: PMC4517691.

170. Ananth CV, **Keyes KM**, Hamilton A, Gissler M, Wu C, Liu S, Luque-Fernandez MA, Skjaerven R, Williams MA, Tikkanen M, Cnattingius S. 2015. An international constrast of rates of placental abruption: an age-period-cohort analysis. Plos One, 10(5):e0125246. PMID: 26018653. PMCID: PMC4446321.

171. +Fink DS, Hu R, Cerda M. **Keyes KM**, Marshall BD, Galea S. 2015. Patterns of major depression and nonmedical use of prescription opioids in the United States. Drug and Alcohol Dependence, ePub May 19. PMID: 26026492. PMCID: PMC4509797.

172. Olaya B, Moneta MV, Pez O, Bitfoi A, Carta MG, Eke C, Geolitz D, **Keyes KM**, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Haro JM, Kovess V. Country-level and individual correlates of overweight and obesity among primary school children: a cross-sectional study in seven European countries. BMC Public Health, 15(1): 475. PMID: 25952506. PMCID: PMC4429414.

173. +Brady, JE, DiMaggio CJ, **Keyes KM**, Doyle LL, Richardson LD, Li G. 2015. Emergency department utilization and subsequent prescription drug overdose death. Annals of Epidemiology, ePub April 2. PMID: 25935710. PMCID: PMC4675463.

174. **Keyes KM**, Galea S. 2015. What matters most: Quantifying an epidemiology of consequence. Annals of Epidemiology, 25(5): 305-311. PMID: 25749559. PMCID: PMC4397182.

175. +El-Sayed AM, Finkton DW Jr, Paczkowski M, **Keyes KM**, Galea S. 2015. Socioeconomic position, health behaviors, and racial disparities in cause-specific infant mortality in one US state. Preventive Medicine, 76:8-13. PMID: 25849882. PMCID: PMC4671200.

176. Demmer RT, Gelb S, Sublia SF, **Keyes KM**, Aiello A, Colombo PC, Galea S, Uddin M, Koenen KC, Kubzansky LD. 2015. Sex Differences in the Association

Exh. A-29

Between Depression, Anxiety, and Type 2 Diabetes Mellitus. <u>Psychosomatic Medicine</u>, 77(4): 467-77. PMID: 25867970. PMCID: PMC4431947.

177.  Walsh K, **Keyes KM**, Hasin DS, Koenen KC. 2015. Lifetime prevalence of gender-based violence in US women: associations with mood/anxiety and substance use disorders. <u>Journal of Psychiatric Research</u>, ePub Jan 14. PMID: 25648384. PMCID: PMC4386280.

178.  +DuRivage N, **Keyes KM**, Levy E, Pez O, Bitfoi A, Koc C, Geolitz D, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Kovess Masfety V. 2015. Parental use of corporal punishment in Europe: intersection between public health and policy. <u>PLOS One</u>, 10(2), Feb 12. PMID: 25674788. PMCID: PMC4326463.

179.  **Keyes KM**, Davey Smith G, Koenen K, Galea S. 2015. The mathematical limits of genetic prediction for complex chronic disease. <u>Journal of Epidemiology and Community Health</u>, ePub Feb 3. PMID: 25648993. PMCID: PMC4430395.

180.  **Keyes KM**, Maslowsky J, Hamilton A, Schulenberg J. 2015. The Great Sleep Recession: Changes in Sleep Duration Among US Adolescents, 1991-2012. <u>Pediatrics</u>, ePub Feb 16. PMID: 25687142. PMCID: PMC4338325.

181.  **Keyes KM**, Brady JE, Li G. 2015. Effects of Minimum Legal Drinking Age on Alcohol and Marijuana Use: Evidence from Toxicological Testing Data for Fatally Injured Drivers Aged 16 to 25 Years. <u>Injury Epidemiology</u>, 2(1):1-10. PMID: 27747733. PMCID: PMC4539964.

182.  +Liu X, **Keyes KM**, Li G. 2014. Work stress and alcohol consumption among adolescents: moderation by family and peer influences. <u>BMC Public Health</u>, 14(1): 1303. PMID: 25523951. PMCID: PMC4301940.

183.  Martins SS, Kim JH, Chen LY, Levin D, **Keyes KM**, Cerda M, Storr CL. (2014). Nonmedical prescription drug use among US young adults by educational attainment. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Nov 27. PMID: 25427665. PMCID: PMC4405452.

184.  Chang HY, **Keyes KM**, Mok Y, Jung KJ, Shin YJ, Jee SH. 2015. Depression as a risk fact+or for overall and hormone-related cancer: The Korean cancer prevention study. <u>J Affect Disorder</u>, ePub March 1. PMID: 25462388. PMCID: PMC4402221.

185.  **Keyes KM**, Vo T, Wall M, Caetano R, Suglia SF, Martins SS, Galea S, Hasin DS. (2014). Racial/ethnic differences in use of alcohol, tobacco, and marijuana: Is there a cross-over from adolescence to adulthood? <u>Social Science and Medicine</u>, ePub Nov 18. PMID: 25461870. PMCID: PMC4391514.

186.  Kovess V, **Keyes KM**, Pez O, Bitfoi A, Eke C, Golitz D, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Pilowsky DJ, Susser E. (2014). Maternal smoking and offspring hyperactivity: results from a cross-national European survey. <u>European Journal Child and Adolescent Psychiatry</u>, European Journal of Child and Adolescent Psychiatry, ePub Nov 21. PMID: 25413602. PMCID: PMC4440844.

187.  Taillieu TL, Afifi TO, Mota N, **Keyes KM**, Sareen J. (2014). Age, Sex, and Racial Differences in Harsh Physical Punishment: Results from a Nationally Representative United States Sample. <u>Child Abuse and Neglect</u>, So145-2134(14). PMID: 25466426. PMCID: PMC4402223.

Exh. A-30

1006.  LAKE002357666
1007.  LAKE002357674
1008.  LAKE002358034
1009.  LAKE002358235
1010.  LAKE002358236
1011.  LAKE002385636
1012.  LAKE002430160
1013.  LAKE002430424
1014.  LAKE002430449
1015.  LAKE002433132
1016.  LAKE002433260
1017.  LAKE002434349
1018.  LAKE002434881
1019.  LAKE002724728
1020.  LAKE002732839
1021.  LAKE002732980
1022.  LAKE002733746
1023.  LAKE002733774
1024.  LAKE002733775
1025.  LAKE002733782
1026.  LAKE002733783
1027.  LAKE002733813
1028.  LAKE002733814
1029.  LAKE002733890
1030.  LAKE002734270
1031.  LAKE002736803
1032.  LAKE002819097
1033.  LAKE002860097
1034.  LAKE003921585
1035.  LAKE003977670
1036.  LAKE003980281

Exh. B-54

975. LAKE002351784
976. LAKE002351977
977. LAKE002351981
978. LAKE002352332
979. LAKE002352538
980. LAKE002353497
981. LAKE002353606
982. LAKE002353610
983. LAKE002354042
984. LAKE002354148
985. LAKE002354211
986. LAKE002354430
987. LAKE002354435
988. LAKE002354790
989. LAKE002354802
990. LAKE002356118
991. LAKE002356415
992. LAKE002356416
993. LAKE002356425
994. LAKE002356426
995. LAKE002356493
996. LAKE002356500
997. LAKE002356564
998. LAKE002356567
999. LAKE002357372
1000. LAKE002357373
1001. LAKE002357519
1002. LAKE002357524
1003. LAKE002357545
1004. LAKE002357631
1005. LAKE002357637

Exh. B-53

188. +Lee E, **Keyes KM**, Bitfoi A, Zlatka, M, Pez O, Yoon E, Kovess Masfety, V. (2014). Mental health disparities between Roma and non-Roma children in Romania and Bulgaria. BMC Psychiatry, 14(1):297. PMID: 25404375. PMCID: PMC4240804.

189. Hatzenbuehler ML, **Keyes KM**, Uddin M, Hamilton A, Galea S. (2014). The collateral damage of mass incarceration: increased risk of psychiatric morbidity among non-incarcerated residents of high-incarceration neighborhoods. American Journal of Public Health, Nov 12: e1-e6. PMID: 25393200. PMCID: PMC4265900.

190. +Cheslack-Postava K, **Keyes KM**, Lowe S, Koenen K. (2014). Oral Contraceptives are Associated with Reduced Risk of Subthreshold Panic Disorder in a Nationally Representative Sample of U.S. Women. Archives of Women's Mental Health, ePub August 13. PMID: 25113319. PMCID: PMC4308571.

191. **Keyes KM**, Galea S. (2014). Current practices in teaching introductory epidemiology: how we got here, where to go. American Journal of Epidemiology, 180(7): 661-668. PMID: 25190677. PMCID: PMC4481568. **\*Selected as a 2014 Article of the Year for American Journal of Epidemiology**

192. Lee E, Chang HY, Lee KS, Suh DI, Yu HS, Kang MJ, Choi IA, Park J, Kim KW, Shin YH, Ahn AM, Kwon JY, Choi SJ, Lee KJ, Won HS, Yang SI, Jung YH, Kim HY, Seo JH, Kwon JW, Kim BJ, Kim HB, Lee SY, Kim EJ, Lee JS, **Keyes KM**, Shin YJ, Hong SJ. (2014). The effect of perinatal anxiety on bronchiolitis is influenced by polymorphisms in ROS-related genes. BMC Pulmonary Medicine, 13(1): 154. PMID: 25263840. PMCID: PMC4196140.

193. **Keyes KM**, Susser E, Pilowsky DJ, Hamilton A, Pez O, Bitfoi A, Koc C, Golitz D, Kuijpers R, Lesinkiene S, Mihova Z, Otten R, Kovess V. (2014). The health consequences of child mental health problems and parenting styles: Unintentional injuries among European schoolchildren. Preventive Medicine, ePub Jul 26. PMID: 25073079. PMCID: PMC4409127.

194. Tu Y, **Keyes KM**, Davey Smith G. (2014). Mortality cohort effects from mid 19th to mid 20th century Britain: did they exist? Annals of Epidemiology, 24(8): 570-4. PMID: 25084701. PMCID: PMC4402224.

195. Kim J, Martins S, Shmulewitz D, Santaella J, Wall M, **Keyes KM**, Eaton N, Krueger RF, Grant BF, Hasin DS. (2014). Childhood maltreatment, stressful life events, and alcohol craving in adult drinkers. Alcoholism: Clinical and Experimental Research, 38(7):2048-55. PMID: 24961735. PMCID: PMC4107183.

196. Cerda M, Bordelois P, **Keyes KM**, Roberts A, Martins S, Seisner S, Austin S, Corliss H, Koenen K. (2014). Family ties: maternal-offspring attachment and young adult nonmedical prescription opioid use. Drug and Alcohol Dependence, ePub June 30. PMID: 25024105. PMCID: PMC4134317.

197. **Keyes KM**, Nicholson R, Kinley J, Raposo S, Stein M, Goldner E, Sareen J. (2014). Age, period, and cohort effects in psychological distress in the United States and Canada. American Journal of Epidemiology, ePub May 15. PMID: 24692432. PMCID: PMC4010185.

Exh. A-31

198. **Keyes KM**, Pratt C, McLaughligh K, Galea S, Koenen K, Shear K. (2014). The Burden of Loss: Unexpected death of a loved one and psychiatric disorders across the life course in a national study. <u>American Journal of Psychiatry</u>, ePub May 16, PMID: 24832609. PMCID: PMC4119479.

199. Welch AE, Caramanica K, Maslow CB, Cone JE, Farfel MR, **Keyes KM**, Stellman SD, Hasin DS. (2014). Frequent binge drinking five to six years after exposure to 9/11: Findings from the World Trade Center Health Registry. <u>Drug and Alcohol Dependence</u>, ePub Apr 28, PMID: 24831753. PMCID: PMC4154498.

200. +Barnes D, **Keyes KM**, Hamilton A, Hatzenbuehler ML. (2014). Sexual orientation disparities in mental health: the moderating role of educational attainment. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Feb 26. PMID: 24570204. PMCID: PMC4145056.

201. Hatzenbuehler ML, **Keyes KM**, Hamilton A, Hasin DS. (2014). State-Level Tobacco Environments and Sexual Orientation Disparities in Tobacco Use and Dependence in the United States. <u>Tobacco Control</u>, ePub Feb 25. PMID: 24570099. PMCID: PMC4386615.

202. +Lukachko A, Hatzenbuehler M, \***Keyes KM**. (2014). Structural racism and myocardial infarction in the United States. <u>Social Science and Medicine</u>, 103:42-50. PMID: 24507909. PMCID: PMC4133127.

203. Elliott J, Stohl M, Wall M, **Keyes KM**, Goodwin R, Skodol A, Krueger R, Grant BF, Hasin D. (2014). The risk for persistent adult alcohol and nicotine dependence: the role of childhood maltreatment. <u>Addiction</u>, ePub Jan 8. PMID: 24401044. PMCID: PMC3984602.

204. **Keyes KM**, Cerda M, Brady J, Havens J, Galea S. (2013). Understanding the rural-urban differences in nonmedical prescription opioid use and abuse in the United States. <u>American Journal of Public Health</u>, ePub Dec 12. PMID: 24328642. PMCID: PMC3935688.

205. +Chang HY, **Keyes KM**, Lee K, Choi l, Kim SJ, Kim, KW, Shin YH, Ahn KM, Hong S, Shin Y. (2013). The Effect of Prenatal Maternal Depression on Risk of Low Birth Weight, Gestational Age, and Weight for Gestational Age in Term Infants in Korea. <u>Early Human Development</u>, ePub Dec 10. PMID: 24331828.

206. Ananth CV, **Keyes KM**, Wapner RJ. (2013). Pre-eclampsia rates in the United States, 1980-2010: age-period-cohort analysis. <u>British Medical Journal</u>, ePub Nov 7. PMID: 24201165. PMCID: PMC3898425.

207. **Keyes KM**, Shmulewitz D, Greenstein E, McLaughlin M, Wall M, Aharonovich E, Weizman A, Frisch A, Spivak B, Grant BF, Hasin DS. 2013. Exposure to the Lebanon War of 2006 and effects on alcohol use disorders: The moderating role of childhood maltreatment. <u>Drug and Alcohol Dependence</u>, ePub Oct 31. PMID: 24262650. PMCID: PMC3884580.

208. +Platt J, **Keyes KM**, Koenen K. 2013. Size of social network versus quality of social support: which is more protective against PTSD? <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Dec 6. PMID: 24310782.

209. Cerda M, Randome Y, **Keyes KM**, Koenen KC, Tardiff KJ, Vlahov D, Galea S. 2013. Revisiting the role of the urban environment in substance. The case of

| 944. | LAKE000003685 |
|------|---------------|
| 945. | LAKE000003686 |
| 946. | LAKE000003687 |
| 947. | LAKE000009107 |
| 948. | LAKE000047019 |
| 949. | LAKE000057535 |
| 950. | LAKE000065119 |
| 951. | LAKE000065139 |
| 952. | LAKE000082146 |
| 953. | LAKE000082147 |
| 954. | LAKE000082171 |
| 955. | LAKE000082172 |
| 956. | LAKE000102767 |
| 957. | LAKE000102792 |
| 958. | LAKE000339022 |
| 959. | LAKE000348296 |
| 960. | LAKE000367655 |
| 961. | LAKE001151355 |
| 962. | LAKE00151355 |
| 963. | LAKE002342073 |
| 964. | LAKE002342077 |
| 965. | LAKE002342304 |
| 966. | LAKE002342415 |
| 967. | LAKE002343560 |
| 968. | LAKE002343829 |
| 969. | LAKE002346044 |
| 970. | LAKE002346045 |
| 971. | LAKE002346224 |
| 972. | LAKE002346226 |
| 973. | LAKE002350330 |
| 974. | LAKE002351098 |

Exh. A-32

Exh. B-52

*Keyes Report*

913. HUNT_00061244

914. HUNT_00061307

915. HUNT_00061433

916. HUNT_00061434

917. HUNT_00063582

918. HUNT_00068488

919. HUNT_00074829

920. HUNT_00078524

921. HUNT_00080816

922. HUNT_00081484

923. HUNT_00085831

924. HUNT_00089822

925. HUNT_00094258

926. HUNT_00094259

927. HUNT_00095511

928. HUNT_00096300

929. HUNT_00099227

930. HUNT_00103403

931. HUNT_00224613

932. HUNT_00224690

933. HUNT_00225171

934. HUNT_00321072

935. HUNT_00321073

936. HUNT_01682433

937. HUNT_01682433

938. HUNT_ESI_REV_001751284

939. LAKE000002371

940. LAKE000002387

941. LAKE000002403

942. LAKE000003673

943. LAKE000003679

Exh. B-51

*Keyes Report*

analgesic overdose fatalities. <u>American Journal of Public Health</u>, ePub Oct 17. PMID: 24134362. PMCID: PMC3828967.

210. Kilpatrick D, Resnick HS, Milanak ME, Miler MW, **Keyes KM**, Friedman MJ. 2013. National Estimates of Exposure to Traumatic Events and PTSD Prevalence Using DSM-IV and Proposed DSM-5 Criteria. <u>Journal of Traumatic Stress</u>, 26(5):537-47. PMID: 24151000. PMCID: PMC4096796.

211. Meyers JL, Shmulewitz D, Wall MM, **Keyes KM**, Aharonovich A, Spivak B, Weizman A, Frisch A, Edenberg HJ, Gelernter J, Grant BF, Hasin D. 2013. Childhood adversity moderates the effect of ADH1B on risk for alcohol-related phenotypes in Jewish Israeli drinkers. <u>Addiction Biology</u>, ePub Oct 24. PMID: 24164917. PMCID: PMC3999313.

212. Talati A, Wickramaratne PJ, **Keyes KM**, Hasin DS, Levin F, Weissman MM. Smoking and psychopathology increasingly associated in recent birth cohorts. <u>Drug and Alcohol Dependence</u>, ePub Sep 5. PMID: 24071570. PMCID: PMC3818417.

213. Carragher N, Krueger RF, Eaton NR, Markon KE, **Keyes KM**, Blanco C, Hasin DS. 2013. ADHD and the externalizing spectrum: direct comparison of categorical, continuous, and hybrid Models of liability in a nationally representative sample. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Oct 1. PMID: 24081325. PMCID: PMC3972373.

214. Kahn S, Okuda M, Hasin DS, Secades-Villa R, **Keyes KM**, Lin K, Grant B, Blanco C. 2013. Gender differences in Lifetime Alcohol Dependence: Results from the National Epidemiologic Survey on Alcohol and Related Conditions. <u>Alcoholism: Clinical and Experimental Research</u>, ePub June 13. PMID: 23763329. PMCID: PMC3796956.

215. Cerda M, Bordelois PM, **Keyes KM**, Galea S, Koenen KC, Pardini D. 2013. Cumulative and Recent Psychiatric Symptoms as Predictors of Substance Use Onset: Does Timing Matter? <u>Addiction</u>, ePub August 14. PMID: 23941263. PMCID: PMC3833999.

216. Meyers JL, Cerda M, Galea S, **Keyes KM**, Aiello AE, Uddin M, Wildman DE, Koenen K. 2013. Interaction between Polygenic Risk for Cigarette Use and Environmental Exposures in the Detroit Neighborhood Health Study. <u>Translational Psychiatry</u>, ePub August 13. PMID: 23942621. PMCID: PMC3756291.

217. **Keyes KM**, Cheslack-Postava K, Heim C, Westhoff C, Haloosim M, Walsh K, Koenen K. 2013. Association of Hormonal Contraceptive Use with Reduced Levels of Depressive Symptoms: A National Study of Sexually Active Women in the United States. <u>American Journal of Epidemiology</u>, ePub Sept 15. PMID: 24043440. PMCID: PMC3888252.

218. Hatzenbuehler M, **Keyes KM**. 2013. Inclusive anti-bullying policies and reduced risk of suicide attempts in lesbian and gay youth. <u>Journal of Adolescent Health</u>, 53, S21-S26. PMID: 23790196. PMCID: PMC3696185.

219. +Barnes D, **Keyes KM**, Bates L. Racial differences in depression in United States: How do subgroup analyses inform a paradox? <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Jun 4. PMID: 23732705. PMCID: PMC3834079.

Exh. A-33

220. **Keyes KM**, Davey Smith G, Susser E. 2013. Associations of prenatal maternal smoking and offspring hyperactivity: causal or confounded? Psychological Medicine, ePub May 15. PMID: 23676207. PMCID: PMC4615686.
221. Pilowsky D, **Keyes KM**, Geier T, Hasin DS. 2013. Stressful Life Events and Relapse Among Formerly Alcohol Dependent Adults. Social Work in Mental Health, 11(2):184-197. PMID: 24167441. PMCID: PMC3808003.
222. **Keyes KM**, McLaughlin K, Demmer R, Cerda M, Koenen K, Uddin M, Galea S. 2013. Potentially traumatic events and the risk of six physical health conditions in a population-based sample. Depression and Anxiety, ePub March 11. PMID: 23495094. PMCID: PMC4180235.
223. **Keyes KM**, Miech R. 2013. Age, period, and cohort effects in heavy episodic drinking in the US from 1985-2009. Drug and Alcohol Dependence, ePub Feb 20. PMID: 23433898. PMCID: PMC4827021.
224. Katz C, El-Gabalawy R, **Keyes KM**, Martins SS, Sareen J. 2013. Risk factors for incident nonmedical prescription opioid use and abuse and dependence: Results from a longitudinal nationally representative sample. Drug and Alcohol Dependence, ePub Feb 8. PMID: 23399466.
225. +Fenton MC, Geier T, **Keyes KM**, Skodol AE, Grant BF, Hasin DS. 2013. Combined role of childhood maltreatment, family history, and gender in the risk for alcohol dependence. Psychological Medicine, 43(5):1045-1057. PMID: 22883538. PMCID: PMC3767412.
226. Cerda M, Randome Y, **Keyes KM**, Koenen KC, Tardiff KJ, Vlahov D, Galea S. 2013. Prescription opiate mortality trends in New York City, 1990-2006: examining the emergence of an epidemic. Drug and Alcohol Dependence, ePub Jan 25. PMID: 23357743. PMCID: PMC3748247.
227. Uddin M, Chang SC, Zhang C, Ressler K, Galea S, **Keyes KM**, McLaughlin K, Wildman DE, Aiello A, Koenen K. 2013. Adcyap1r1 genotype, posttraumatic stress disorder, and depression among women exposed to childhood maltreatment. Depression and Anxiety, ePub Dec 28 2012. PMID: 23280952. PMCID: PMC4081452.
228. Robins WR, **Keyes KM**, Utz RL, Martin CL, Yang Y. 2012. Birth cohort effects on abdominal obesity in the United Stets. The Silent Generation, Baby Boomers, and Generation X. International Journal of Obesity, ePub Dec 11. PMID: 23229734. PMCID: PMC3604045.
229. **Keyes KM**, March D, Link BG, Chilcoat HD, Susser E. Do socio-economic gradients in smoking emerge differently among women? Implications for the tobacco epidemic. Social Science and Medicine, ePub Nov 8th. PMID: 23186639. PMCID: PMC3612831.
230. Shmulewitz D, Wall MM, **Keyes KM**, Aharonovich E, Aivadyan C, Greenstein E, Spivak B, Weizman A, Frisch A, Hasin DS. (2012). Alcohol use disorders and perceived drinking norms: ethnic differences in Israeli adults. Journal of Studies on Alcohol and Drugs, 73(6): 981-990. PMID: 23036217. PMCID: PMC3469051.
231. Eaton NR, **Keyes KM**, Krueger RF, Noordhof A, Skodol AE, Markon KE, Grant BF, Hasin DS. (2012). Ethnicity and psychiatric comorbidity in a national sample: evidence for latent comorbidity factor invariance and connections with disorder

882. CUYAH_003505168
883. CUYAH_013470168
884. CUYAH_014207127
885. HUNT_00009752
886. HUNT_00009992
887. HUNT_00010368
888. HUNT_00027750
889. HUNT_00028762
890. HUNT_00028960
891. HUNT_00028961
892. HUNT_00029477
893. HUNT_00030062
894. HUNT_00030093
895. HUNT_00030096
896. HUNT_00030097
897. HUNT_00030099
898. HUNT_00030183
899. HUNT_00030290
900. HUNT_00030365
901. HUNT_00030366
902. HUNT_00030411
903. HUNT_00030412
904. HUNT_00036558
905. HUNT_00042695
906. HUNT_00043871
907. HUNT_00047053
908. HUNT_00047080
909. HUNT_00053204
910. HUNT_00053205
911. HUNT_00053206
912. HUNT_00060305

*Keyes Report*

851.  ADAMHS000005310

852.  ADAMHS000005313

853.  ADAMHS000005336

854.  ADAMHS000005337

855.  ADAMHS000005382

856.  ADAMHS000005383

857.  ADAMHS000005384

858.  ADAMHS000005569

859.  ADAMHS000006266

860.  ADAMHS000020606

861.  ADAMHS000023766

862.  ADAMHS000023769

863.  ADAMHS000026036

864.  CAH_MDL_PRIORPROD_DEA12_00004212

865.  CAH_MDL_PRIORPROD_DEA12_00013049

866.  CAH_MDL2804_02465982

867.  CHHD_0000871

868.  CHHD_0055465

869.  CHHD_0061559

870.  CHHD_0075557

871.  CUYAH_000010424

872.  CUYAH_000017387

873.  CUYAH_000018356

874.  CUYAH_000018510

875.  CUYAH_000018578

876.  CUYAH_002147343

877.  CUYAH_002148949

878.  CUYAH_002351018

879.  CUYAH_002472581

880.  CUYAH_002486141

881.  CUYAH_003468436

Exh. B-49

---

*Keyes Report*

prevalence. Social Psychiatry and Psychiatric Epidemiology, ePub Sep 30. PMID: 23052426. PMCID: PMC3562755.

232. **Keyes KM**, Eaton N, Krueger RF, Wall M, Skodol A, Siever L, Grant BF, Hasin DS. (2012). Thought Disorder in the meta-structure of psychopathology. Psychological Medicine, ePub Nov 21. PMID: 23171498. PMCID: PMC3767418.

233. **Keyes KM**, Hatzenbuehler M, Grant BF, Hasin D. (2012). Stress and Alcohol: Epidemiologic Evidence. Alcohol Research: Current Reviews, 34(4): 391-400. PMID: 23584105. PMCID: PMC3797525.

234. Eaton N, Krueger RF, Markon K, **Keyes KM**, Skodol AE, Wall M, Hasin DS, Grant BF. (2012). The Structure, Continuity, and Predictive Validity of the Internalizing Disorders. Journal of Abnormal Psychology, Epub: Aug 20. PMID: 22905862. PMCID: PMC3755742.

235. +Fenton MC, Geier T, **Keyes KM**, Skodol AE, Grant BF, Hasin DS. (2012). Combined Role of Childhood Maltreatment, Family History, and Gender in the Risk for Alcohol Dependence. Psychological Medicine, EPub Aug 10. PMID: 22883538. PMCID: PMC3767412.

236. **Keyes KM**, Schulenberg JE, O'Malley PM, Johnston LD, Bachman JG, Li G, Hasin DS. (2012). Birth cohort effects on adolescent alcohol use: The influence of social norms from 1976-2007. Archives of General Psychiatry, EPub Aug 6. PMID: 22868751. PMCID: PMC3597448.

237. Goodwin RD, Zvolensky MJ, **Keyes KM**, Hasin DS. (2012). Mental disorders and cigarette use among adults in the United States. American Journal on Addictions, 21(5):416-423. PMID: 22882392. PMCID: PMC3701304.

238. +Fenton M, **Keyes KM**, Geier T, Greenstein E, Skodol A, Krueger RF, Hasin D. 2012. Psychiatric comorbidity and the persistence of drug use disorders in the United States. Addiction, 107(3):599-609, PMID: 21883607. PMCID: PMC3260401.

239. Cerda M, Wall M, **Keyes KM**, Galea S, Hasin DS. 2012. Medical marijuana laws in 50 states: investigating the impact of state legalization of medical marijuana and marijuana use, abuse and dependence. Drug and Alcohol Dependence, 120(1-3):22-27. PMID: 22099393. PMCID: PMC3251168.

240. Robinson WC, Martin C, **Keyes KM**, Utz R, Yang Y. 2012. Birth cohort effects among US-born adults born in the 1980s: foreshadowing future trends in US obesity prevalence. International Journal of Obesity, Epub May 1. PMID: 22546778. PMCID: PMC3448850.

241. **Keyes KM**, Susser E, Cheslack-Postava K, Fountain C, Liu K, Bearman P. 2012. Cohort effects explain the increase in autism diagnosis among children born from 1992 to 2003 in California. International Journal of Epidemiology, 41(2):495-503. PMID: 22253308. PMCID: PMC3324454.

242. **Keyes KM**, Eaton N, Krueger RF, McLaughlin K, Wall M, Grant BF, Hasin DS. 2011. Childhood maltreatment and the structure of common psychiatric disorders. British Journal of Psychiatry, ePub Dec 8. PMID: 22157798. PMCID: PMC3269653.

243. McLaughlin K, Nandi A, **Keyes KM**, Uddin M, Aiello AE, Galea S, Koenen KC. 2011. Home foreclosure and risk of psychiatric morbidity during the recent

Exh. A-35

financial crisis. <u>Psychological Medicine</u>, ePub Nov 21. PMID: 22099861. PMCID: PMC3438142.

244. Hasin DS, Fenton M, Skodal A, Krueger R, **Keyes KM**, Blanco C, Johnson J, Geier T, Grant B. 2011. Personality disorders and the 3-year course of alcohol, drug, and nicotine use disorders. <u>Archives of General Psychiatry</u>, 68(11):1158-1167. PMID: 22065531. PMCID: PMC3500879.

245. **Keyes KM**, McLaughlin K, Koenen KC, Goldmann E, Uddin M, Galea S. 2011. Child maltreatment increases sensitivity to adverse social contexts: Neighborhood physical disorder and incident binge drinking in Detroit. <u>Drug and Alcohol Dependence</u>, ePub Oct 5. PMID: 21981990. PMCID: PMC3288803.

246. Hankerson SH, Fenton MC, Geier TJ, **Keyes KM**, Weissman MM, Hasin DS. 2011. Racial Differences in Symptoms, Comorbidity, and Treatment for Major Depressive Disorder among Black and White Adults. <u>Journal of the National Medical Association</u>, 103(7):576-84. PMID: 21999032. PMCID: PMC3866690.

247. Martins SS, Fenton MC, **Keyes KM**, Blanco C, Zhu H, Storr CL. 2011. Mood/Anxiety disorders and their association with non-medical prescription opioid use and prescription opioid use disorder: longitudinal evidence from the National Epidemiologic Study on Alcohol and Related Conditions. <u>Psychological Medicine</u>, ePub Oct 17. PMID: 21999943. PMCID: PMC3513363.

248. **Keyes KM**, Liu XC, Cerda M. 2011. The role of race/ethnicity in alcohol-attributable injury in the United States. <u>Epidemiologic Reviews</u>, ePub Sep 19. PMID: 21930592. PMCID: PMC3283099.

249. Lee SY, Martins SM, **Keyes KM**, Lee HB. 2011. Mental Health Service Use by Persons of Asian Ancestry With DSM-IV Mental Disorders in the United States. <u>Psychiatric Services</u>, 62(10): 1180-6. PMID: 21969644. PMCID: PMC3698479.

250. **Keyes KM**, Li G, Hasin DS. 2011. Birth cohort effects and gender differences in alcohol epidemiology: a review and synthesis. <u>Alcoholism: Clinical and Experimental Research</u>, 35(12):2101-2012. PMID: 21919918. PMCID: PMC3221910.

251. Eaton, NR, **Keyes KM**, Krueger, RF, Balsis S, Skodol AE, Markon KE, Grant BF, Hasin DS. 2011. An Invariant Dimensional Liability Model of Gender Differences in Mental Disorder Prevalence: Evidence from a National Sample. <u>Journal of Abnormal Psychology</u>, Aug 15 EPub. PMID: 21842958. PMCID: PMC3402021.

252. Wall M, Poh E, Cerda M, **Keyes KM**, Galea S, Hasin DS. 2011. Adolescent marijuana use from 2002 to 2008: higher in states with medical marijuana laws, cause still unclear. <u>Annals of Epidemiology</u>, 21(9):714-716. PMID: 21820632. PMCID: PMC3358137.

253. Baca-Garcia E, Perez-Rodriguez MM, Oquendo MA, **Keyes KM**, Hasin DS, Grant BF, Blanco C. Estimating risk for suicide attempt: are we asking the right questions? Passive suicidal ideation as a marker for suicidal behavior. <u>Journal of Affective Disorders</u>, EPub Jul 22. PMID: 21784532. PMCID: PMC3172880.

254. Hatzenbuehler ML, Wieringa NF, **Keyes KM**. 2011. Community-level determinants of tobacco use disparities in LGB youth: Results from a population-based study. <u>Archives of Pediatrics and Adolescent Medicine</u>, 165(6): 527-32. PMID: 21646585.

| 820. | ADAMHS000001222 |
| 821. | ADAMHS000001303 |
| 822. | ADAMHS000001498 |
| 823. | ADAMHS000001813 |
| 824. | ADAMHS000001956 |
| 825. | ADAMHS000002103 |
| 826. | ADAMHS000002205 |
| 827. | ADAMHS000002206 |
| 828. | ADAMHS000002300 |
| 829. | ADAMHS000002320 |
| 830. | ADAMHS000002437 |
| 831. | ADAMHS000002598 |
| 832. | ADAMHS000002638 |
| 833. | ADAMHS000002728 |
| 834. | ADAMHS000002770 |
| 835. | ADAMHS000002870 |
| 836. | ADAMHS000002944 |
| 837. | ADAMHS000002947 |
| 838. | ADAMHS000004728 |
| 839. | ADAMHS000004753 |
| 840. | ADAMHS000004851 |
| 841. | ADAMHS000005037 |
| 842. | ADAMHS000005038 |
| 843. | ADAMHS000005039 |
| 844. | ADAMHS000005040 |
| 845. | ADAMHS000005041 |
| 846. | ADAMHS000005132 |
| 847. | ADAMHS000005133 |
| 848. | ADAMHS000005134 |
| 849. | ADAMHS000005258 |
| 850. | ADAMHS000005308 |

800. WV Overdoses 2001-2018 Selected Drugs

801. WV State Snapshot. 13,448 children were identified in 2015-2016 with specific learning disabilities (SLD) in West Virginia, where they accounted for the largest of the 13 disability categories covered under special education law.

802. WV study details promising method for estimating rural intravenous drug use. https://www.sciencedaily.com/releases/2019/01/190124171419.htm

803. WV Viral Hepatitis B and C Surveillance. A surveillance overview of the incidence and risk factors associated with cases of viral hepatitis B and C from 2012-2015 in West Virginia

804. WVU Students  School of Dentistry  West Virginia University. https://dentistry.wvu.edu/students/

805. Yang H, Pasalic E, Rock P, et al. Interrupted time series analysis to evaluate the performance of drug overdose morbidity indicators shows discontinuities across the ICD-9- CM to ICD-10-CM transition. Inj Prev 2021;27:i35–i41. Inj Prev: first published as 10.1136/injuryprev-2019-043522 on 5 March 2021. Downloaded from http://injuryprevention.bmj.com/ on March 8, 2021.

806. Yang Z, Wilsey B, Bohm M, et al. Defining risk of prescription opioid overdose: pharmacy shopping and overlapping prescriptions among long-term opioid users in Medicaid. J Pain. 2015;16(5):445-453. doi:10.1016/j.jpain.2015.01.475

807. Yeh JS, Franklin JM, Avorn J, Landon J, Kesselheim AS. Association of Industry Payments to Physicians With the Prescribing of Brand-name Statins in Massachusetts. JAMA Intern Med. 2016;176(6):763-768. doi:10.1001/jamainternmed.2016.1709

**BATES STAMPED DOCUMENTS**

808. ABDCMDL00158342

809. ABDCMDL00159072

810. ABDCMDL00269383

811. ABDCMDL00571804

812. ADAMHS000000001

813. ADAMHS000000003

814. ADAMHS000000047

815. ADAMHS000000056

816. ADAMHS000000393

817. ADAMHS000000515

818. ADAMHS000000603

819. ADAMHS000001126

255. Shmulewitz D, **Keyes KM**, Wall MM, Aharonovich E, Aivadyan C, Greenstein E, Spivak B, Weizman A, Frisch A, Grant BF, Hasin DS. 2011. Nicotine dependence, abuse and craving: dimensionality in an Israeli sample. Addiction, 106(9):1675-86. PMID: 21545668. PMCID: PMC3163441.

256. **Keyes KM**, Schulenberg JS, O'Malley PE, Johnston LD, Bachman JG, Li G, Hasin DS. 2011. The social norms of birth cohorts and adolescent marijuana use in the United States, 1976–2007. Addiction, ePub May 6. PMID: 21545669. PMCID: PMC3174352.

257. **Keyes KM**, Hatzenbuehler ML, Hasin DS. 2011. Stressful life experiences, alcohol consumption, and alcohol use disorders: the epidemiologic evidence for four main types of stressors. Psychopharmacology, 218(1):1-17. PMID: 21373787. PMCID: PMC3755727.

258. Goodwin RD, Lipsitz JD, **Keyes KM**, Galea S, Fyer AJ. 2011. Family history of alcohol use disorders among adults with panic disorder in the community. Journal of Psychiatric Research, 45(8)1123-7. PMID: 21334007. PMCID: PMC3337757.

259. Hatzenbuehler ML, **Keyes KM**, McLaughlin K. 2011. The protective effects of social/contextual factors on psychiatric morbidity in LGB populations. International Journal of Epidemiology, 40(4)1071-80. PMID: 21330343. PMCID: PMC3156367.

260. **Keyes KM**, Martins S, Hatzenbuehler ML, Bates L, Blanco C, Hasin DS. 2011. Mental health service utilization for psychiatric disorders among Latinos living in the United States: the role of ethnic subgroup, ethnic identity, and language/social preferences. Social Psychiatry and Psychiatric Epidemiology. Epub Feb 3. PMID: 21290097. PMCID: PMC3756540.

261. **Keyes KM**, Barnes D, Bates L. 2011. Stress, coping, and depression: testing a new hypothesis in a prospectively studied general population sample of U.S. born Whites and Blacks. Social Science and Medicine, 72(5):650-659. PMID: 21227557. PMCID: PMC3202962.

262. Skodol AE, Grilo CM, **Keyes KM**, Geier T, Grant BF, Hasin DS. 2011. Relationship of Personality Disorders to the Course of Major Depressive Disorder in a Nationally Representative Sample. American Journal of Psychiatry, 168(3):257-264. PMID: 21245088. PMCID: PMC3202962.

263. Baca-Garcia E, Perez-Rodriguez MM, **Keyes KM**, Oquendo MA, Hasin DS, Grant BF, Blanco C. 2011. Suicidal ideation and suicide attempts among Hispanic subgroups in the United States: 1991-1992 and 2001-2002. Journal of Psychiatric Research, 45(4):512-518. PMID: 20937507. PMCID: PMC3032009.

264. Eaton N, Krueger RF, **Keyes KM**, Skodol A, Markon K, Grant B, Hasin D. 2011. Borderline Personality Disorder Comorbidity: relationship to the internalizing-externalizing structure of common mental disorders. Psychological Medicine, 41(5):1041-1050. PMID: 20836905. PMCID: PMC3193799.

265. **Keyes KM**, Keyes MA, March D, Susser E. 2011. Levels of risk: maternal-, middle childhood-, and neighborhood-level predictors of adolescent disinhibitory behaviors from a longitudinal birth cohort in the United States. Mental Health and Substance Use, 4(1):22-37. PMID: 21483643. PMCID: PMC3072573.

*Keyes Report*

266. **Keyes KM**, Krueger RF, Grant BF, Hasin DS. 2011. Alcohol craving and the dimensionality of alcohol disorders. Psychological Medicine, 41(3):629-640. PMID: 20459881. PMCID: PMC2981698.

267. **Keyes KM**, Hatzenbuehler ML, McLaughlin K, Link BG, Olfson M, Grant B, Hasin DS. 2010. Stigma and treatment for alcohol disorders in the United States. American Journal of Epidemiology, 172(12):1364-1372. PMID: 21044992. PMCID: PMC2998202.

268. Lizardi D, Thompson R, **Keyes KM**, Hasin DS. 2010. The role of depression in the differential effect of childhood parental divorces on male and female adult offspring suicide attempt risk. Journal of Nervous and Mental Diseases, 198(9):687-690. PMID: 20823733. PMCID: PMC3755764.

269. **Keyes KM**, Li G. 2010. A multi-phase method for estimating cohort effects in age-period contingency table data. Annals of Epidemiology, 20(10):779-785. PMID: 20627769. PMCID: PMC2946643.

270. Fenton M, **Keyes KM**, Martins S, Hasin DS. 2010. The Role of a Prescription in Anxiety Medication Use, Abuse, and Dependence. American Journal of Psychiatry, 167(10):1247-1253. PMID: 20595413. PMCID: PMC3756550.

271. **Keyes KM**, Martins SS, Blanco CB, Hasin DS. 2010. Telescoping and gender differences in alcohol dependence: new evidence from two national surveys. American Journal of Psychiatry, 167(8):969-976. PMID: 20439391. PMCID: PMC3767417.

272. Shmulewitz D, **Keyes KM**, Beseler C, Aharonovich E, Aivadyan C, Spivak B, Hasin DS. 2010. The dimensionality of alcohol use disorders: Results from Israel. Drug and Alcohol Dependence, 111(1-2):146-154. PMID: 20537809. PMCID: PMC3884677.

273. Martins SS, **Keyes KM**, Storr CL, Zhu H, Grucza, RA. 2010. Birth-Cohort Trends in Lifetime and Past-Year Prescription Opioid-Use Disorder Resulting From Nonmedical Use: Results From Two National Surveys. Journal of Studies on Alcohol and Drugs, 71(4):480-487. PMID: 20553656. PMCID: PMC2887918.

274. McLaughlin K, Hatzenbuehler M, **Keyes KM**. 2010. Responses to Discrimination and Psychiatric Disorders Among Black, Hispanic, Female, and Lesbian, Gay, and Bisexual Individuals. American Journal of Public Health, 100(8):1477-1484. PMID: 20558791. PMCID: PMC2901295.

275. **Keyes KM**, Utz R, Robinson W, Li G. 2010. What is a cohort effect? Comparison of three statistical methods for modeling cohort effects in obesity prevalence in the United States, 1971–2006. Social Science and Medicine, 70:1100-1108. PMID: 20122771. PMCID: PMC3469580.

276. Baca-Garcia E, Perez-Rodriguez M, **Keyes KM**, Oquendo MA, Hasin DS, Grant BF, Blanco C. 2010. Suicidal ideation and suicide attempts in the United States: 1991-1992 and 2001-2002. Molecular Psychiatry, 15(3):250-259. PMID: 18779820. PMCID: PMC2825279.

277. Hatzenbuehler ML, McLaughlin K, **Keyes KM**. 2010. The impact of institutional discrimination on psychiatric disorders in lesbian, gay, and bisexual populations: a prospective study. American Journal of Public Health, 100(3):452-459. PMID: 20075314. PMCID: PMC2820062.

*Keyes Report*

778. West Virginia. National Institute of Corrections. Jan. 13, 2020

779. West Virginia's Children 2018- CWLA

780. Wexelblatt SL, McAllister JM, Nathan AT, Hall ES. Opioid Neonatal Abstinence Syndrome: An Overview. Clin Pharmacol Ther. 2018;103(6):979-981. doi:10.1002/cpt.958

781. White, R. et al. Initiating Persons into Injection Drug Use in Rural West Virginia, USA, Substance Use & Misuse, 55:2, 337-344

782. Wickramatilake S, Zur J, Mulvaney-Day N, Klimo MC von, Selmi E, Harwood H. How States Are Tackling the Opioid Crisis. Public Health Rep. 2017;132(2):171-179. doi:10.1177/0033354916688206

783. Wilde M, Pichini S, Pacifici R, Tagliabracci A, Busardò FP,  Auwärter V and Solimini R (2019) Metabolic Pathways and Potencies of New Fentanyl Analogs. Front. Pharmacol. 10:238. doi: 10.3389/fphar.2019.00238

784. Williams AR, Nunes E V, Bisaga A, Levin FR, Olfson M. Development of a Cascade of Care for responding to the opioid epidemic. Am J Drug Alcohol Abuse. January 2019:1-10. doi:10.1080/00952990.2018.1546862

785. Wilson N, Kariisa M, Seth P, Smith H, Davis NL. Drug and Opioid-Involved Overdose Deaths — United States, 2017–2018. MMWR Morb Mortal Wkly Rep. 2020;69(11):290-297. doi:10.15585/mmwr.mm6911a4

786. Winstanley E. Et al. Barriers to Implementation of Opioid Overdose Prevention Programs in Ohio. Subst Abus. 2016 Jan-Mar; 37(1): 42–46

787. Wisniewski AM, Purdy CH, Blondell RD. The epidemiologic association between opioid prescribing, non-medical use, and emergency department visits. J Addict Dis. 2008;27(1):1-11. doi:10.1300/J069v27n01_01

788. WOWK 13 News. Cases of HIV confirmed in Cabell County video.  March 5, 2019. https://www.youtube.com/watch?v=nWJg273TNpU

789. WV Department of Health and Human Resources Bureau for Children and Families Youth Services Annual Report July 1, 2015-June 30, 2016

790. WV DHHR Legislative Foster Care Report

791. WV DHHR_Aug 2016 Opioid-outbreak-report

792. WV DHHR_Cabell Family Resource Network

793. WV DJS-Annual Report 2017

794. WV Drug Courts Map FY 2019

795. WV Homelessness Statistics.  USICH.gov Homelessness Statistics. https://www.usich.gov/homelessness-statistics/wv/

796. WV OEPS. Jan 22, 2020

797. WV OEPS_Harm Reduction Program

798. WV Opioid Summary. NIH. Feb. 2018

799. WV Overdose Fatality Analysis. 2016 WV Overdose Fatality Analysis: Healthcare Systems Utilization, Risk Factors, and Opportunities for Intervention

*Keyes Report*

758. Waite K, Deeken A, Perch S, Kohler LJ. Carfentanil and Current Opioid Trends in Summit County, Ohio. Acad Forensic Pathol. 2017;7(4):632-639. doi:10.23907/2017.053

759. Warner M, Chen LH, Makuc DM, Anderson RN, Miniño AM. Drug poisoning deaths in the United States, 1980-2008. NCHS Data Brief. 2011;(81):1-8.

760. West Virginia 2020_2022 Substance Use Response Plan. Governor's Council on Substance Abuse Prevention and Treatment.

761. West Virginia Board of Pharmacy. Prescription Opioid Problematic Prescribing Indicators County Report. Cabell County

762. West Virginia Department of Health & Human Resources. Hospital Emergency Room Dashboard Related to Overdoses. 2020. https://dhhr.wv.gov/office-of-drug-control-policy/datadashboard/Pages/Hospital-Emergency-Room-Dashboard-Related-to-Overdoses.aspx.

763. West Virginia Department of Health & Human Resources. West Virginia drug overdose deaths historical overview 2001-2015. 2017. https://dhhr.wv.gov/oeps/disease/ob/documents/opioid/wv-drug-overdoses-2001_2015.pdf.

764. West Virginia DHHR NAS Surveillance in West Virginia

765. West Virginia DHHR. DHHR Releases Neonatal Abstinence Syndrome Data for 2017. April 11 2018 https://dhhr.wv.gov/News/2018/Pages/DHHR-Releases-Neonatal-Abstinence-Syndrome-Data-for-2017-.aspx

766. West Virginia Emergency Department Visits for Unintentional Drug Overdose. Jan 2018 Monthly Surveillance Report.

767. West Virginia Fire Departments Profile

768. West Virginia Office of the Chief Medical Examiner forensic drug database

769. West Virginia Opioid Overdose Deaths by Age Group. https://www.kff.org/other/state-indicator/opioid-overdose-deaths-by-age-group/?activeTab=map&currentTimeframe=0&selectedDistributions=total&selectedRows=%7B%22stat

770. West Virginia Overdose Deaths Historical Overview 2001-2015 https://dhhr.wv.gov/oeps/disease/ob/documents/opioid/wv-drug-overdoses-2001_2015.pdf

771. West Virginia Percent of Neonatal Abstinence Syndrome (NAS) https://dhhr.wv.gov/bph/Documents/ODCP%20Reports%202017/NAS%20DATA%202017.pdf

772. West Virginia Perinatal Partnership. Report of the Maternity Care Professional Shortages Committee 2011-2012

773. West Virginia profile. Prison Policy Initiative. 13,000 people from West Virginia are behind bars today

774. West Virginia School of Osteopathic Medicine - Best Medical Schools - US News

775. West Virginia State Profile of Primary Care Workforce and Social Determinants of Health

776. West Virginia University - Best Medical Schools - US News

777. West Virginia Violence and Injury Prevention Center. (2017) West Virginia Drug Overdose Deaths in 2016: Healthcare Systems Utilization, Risk Factors, and Opportunities for Intervention

Exh. B-45

*Keyes Report*

278. Hatzenbuehler ML, **Keyes KM**, Hasin DS. 2009. State-level policies and psychiatric morbidity in lesbian, gay, and bisexual populations. American Journal of Public Health, 99(12):2275-2281. PMID: 19833997. PMCID: PMC2775762.

279. Lizardi D, Thompson R, **Keyes KM**, Hasin DS. 2009. Parental divorce, parental depression, and gender differences in adult offspring suicide attempt. Journal of Nervous and Mental Disease, 197(12):899-904. PMID: 20010025. PMCID: PMC3767404.

280. **Keyes KM**, Geier T, Grant BF, Hasin DS. 2009. Influence of a drinking quantity and frequency measure on the prevalence and demographic correlates of DSM-IV alcohol dependence. Alcoholism: Clinical and Experimental Research, 33(5):761-771. PMID: 19298332. PMCID: PMC3163446.

281. Martins SS, **Keyes KM**, Storr CL, Zhu H, Chilcoat, HD. 2009. Pathways between nonmedical opioid use/dependence and psychiatric disorders: results from the National Epidemiologic Survey on Alcohol and Related Conditions. Drug and Alcohol Dependence, 103(1-2):16-24. PMID: 19414225. PMCID: PMC2699563.

282. Goodwin RD, **Keyes KM**, Stein MB, Talley NJ. 2009. Peptic ulcer and mental disorders among adults in the community: The role of nicotine and alcohol use disorders. Psychosomatic Medicine, 71(4)463-468. PMID: 19443694. PMCID: PMC3340907.

283. Pilowsky D, **Keyes KM**, Hasin DS. 2009. Adverse Childhood Events and Lifetime Alcohol Dependence. American Journal of Public Health, 99(2):258-263. PMID: 19059847. PMCID: PMC2622772.

284. Goodwin, RD, **Keyes KM**, Hasin DS. 2009. Changes in cigarette use and nicotine dependence in the United States. American Journal of Public Health, 99(8):1471-1477. PMID: 19008515. PMCID: PMC2707489.

285. Hatzenbuehler ML, **Keyes KM**, Hasin DS. 2009. Associations between perceived weight discrimination and the prevalence of psychiatric disorders in the general population. Obesity, 17(11):2033-2039. PMID: 19390520. PMCID: PMC3767420.

286. Goodwin R, Davidson KW, **Keyes KM**. 2009. Mental disorders and cardiovascular disease among adults in the United States. Journal of Psychiatric Research, 43(3): 239-246. PMID: 18614179. PMCID: PMC3340909.

287. Hasin D, **Keyes KM**, Alderson D, Wang S, Aharonovich E, Grant B. 2008. Cannabis withdrawal in the United States: Results from the NESARC. Journal of Clinical Psychiatry, 69(9):1354-63. PMID: 19012815. PMCID: PMC2777674.

288. **Keyes KM**, Grant BF, Hasin DS. 2008. Evidence for a closing gender gap in alcohol use, abuse, and dependence in the United States population. Drug and Alcohol Dependence, 93(1-2): 21-29. PMID: 17980512. PMCID: PMC3163892.

289. Thompson R, Lizardi D, **Keyes KM**, Hasin DS. 2008. Childhood or Adolescent Parental Divorce/Separation, Parental History of Alcohol Problems, and Offspring Lifetime Alcohol Dependence. Drug and Alcohol Dependence, 98(3):264-269. PMID: 18757141. PMCID: PMC3818521.

290. **Keyes KM**, Hasin DS. 2008. Socio-economic status and problem alcohol use: the positive relationship between income and the DSM-IV alcohol dependence. Addiction, 103(7):1120-30. PMID: 18494841. PMCID: PMC385924.

Exh. A-39

291. Hatzenbuehler ML, **Keyes KM**, Narrow WE, Grant BF, Hasin DS. 2008. Racial/Ethnic disparities in service utilization for mental health and substance disorders: comorbid individuals in the general population. Journal of Clinical Psychiatry, 69(7):1112-1121. PMID: 18517286. PMCID: PMC2745048.

292. Vesga-Lopez O, Blanco C, **Keyes KM**, Olfson M, Grant BF, Hasin DS. 2008. Psychiatric disorders in pregnant and postpartum women in the United States. Archives of General Psychiatry, 65(7):805-15. PMID: 18606953. PMCID: PMC2669282.

293. **Keyes KM**, Martins SS, Hasin DS. 2008. Past 12-month and lifetime comorbidity and poly-drug use of ecstasy users among young adults in the United States: Results from the National Epidemiologic Survey on Alcohol and Related Conditions. Drug and Alcohol Dependence, 97(1-2): 139-149. PMID: 18524499. PMCID: PMC3771490.

294. Heiman G, Ogburn E, Gorroochurn P, **Keyes KM**, Hasin D. 2008. Evidence for a two-stage model of dependence using the NESARC and its implications for genetic association studies. Drug and Alcohol Dependence, 92(1-3), 258-266. PMID: 17933473. PMCID: PMC2266584.

295. Beseler C, Aharonvich E, **Keyes KM**, Hasin DS. 2008. Adult transition from at-risk drinking to alcohol dependence: The relationship of family history and drinking motives. Alcoholism: Clinical and Experimental Research, 32(4):607-16. PMID: 18341650. PMCID: PMC3850293.

296. **Keyes KM**, Hatzenbuehler ML, Alberti PM, Narrow WE, Grant BF, Hasin DS. 2008. Service utilization differences for axis I psychiatric and substance use disorders between white and black adults. Psychiatric Services, 59(8):893-901. PMID: 18678687. PMCID: PMC2729457.

297. Goodwin RD, Zvolensky, MJ, **Keyes KM**. 2008. Nicotine dependence and mental disorders among adults in the United States. Evaluating the role of mode of administration. Psychological Medicine, 43(3):1471-1477. PMID: 18366824.

298. Goodwin RD, **Keyes KM**, Simuro N. 2007. Cigarette use and mental disorders during pregnancy. American Journal of Obstetrics and Gynecology, 109(4):875-83. PMID: 17400849.

299. Hasin DS, **Keyes KM**, Hatzenbuehler M, Aharonovich E, Alderson D. 2007. Effects of physical proximity, loss, and previously-assessed history on alcohol use and traumatic stress symptoms following terrorist attacks. American Journal of Public Health, 97(12):2268-75. PMID: 17971553. PMCID: PMC2089108.

300. Hasin DS, Hatzenbuehler ML, **Keyes KM**, Ogburn E. 2006. Substance use disorders: Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV) and International Classification of Diseases, tenth edition (ICD-10). Addiction, (101 Suppl 1): 59-75. PMID: 16930162.

742. US Department of Health and Human Services. 2015 Child Maltreatment Report published by U.S. Department of Health & Human Services. U.S. Department of Health & Human Services, Administration for Children and Families, Administration on Children, Youth and Families, Children's Bureau. Child Maltreatment 2015.

743. US Department of Health and Human Services. 2016 Child Maltreatment Report published by U.S. Department of Health & Human Services. U.S. Department of Health & Human Services, Administration for Children and Families, Administration on Children, Youth and Families, Children's Bureau. Child Maltreatment 2016

744. US Department of Health and Human Services. 2017 Child Maltreatment Report published by U.S. Department of Health & Human Services. U.S. Department of Health & Human Services, Administration for Children and Families, Administration on Children, Youth and Families, Children's Bureau. Child Maltreatment 2017.

745. US Department of Health and Human Services. What is the U.S. Opioid Epidemic?. US Department of Health and Human Services

746. US Department of Justice; Drug Enforcement Administration. Automation of Reports and Consolidated Orders System (ARCOS). https://www.deadiversion.usdoj.gov/arcos/index.html.

747. US Department of Justice; National Drug Intelligence Center. National Drug Threat Assessment 2010: Controlled Prescription Drugs. https://www.justice.gov/archive/ndic/pubs38/38661/rx.htm#Top. Published 2010.

748. US News Marshall University (Edwards) - Best Medical Schools

749. US News WV School of Osteopathic Medicine - Best Medical Schools

750. Van Zee A. The Promotion and Marketing of OxyContin: Commercial Triumph, Public Health Tragedy. Am J Public Health. 2009;99(2):221-227. doi:10.2105/AJPH.2007.131714

751. Vera Institute of Justice. A Path to Recovery: Treating Opioid Use in West Virginia's Criminal Justice System October 2017

752. Villapiano NLG, Winkelman TNA, Kozhimannil KB, Davis MM, Patrick SW. Rural and Urban Differences in Neonatal Abstinence Syndrome and Maternal Opioid Use, 2004 to 2013. JAMA Pediatr. 2017;171(2):194-196. doi:10.1001/jamapediatrics.2016.3750

753. Volkow ND, Frieden TR, Hyde PS, Cha SS. Medication-Assisted Therapies — Tackling the Opioid- Overdose Epidemic. N Engl J Med. 2014;370(22):2063-2066. doi:10.1056/NEJMp1402780

754. Volkow ND, McLellan AT. Opioid Abuse in Chronic Pain — Misconceptions and Mitigation Strategies. N Engl J Med. 2016;374(13):1253-1263. doi:10.1056/NEJMra1507771

755. Volkow ND. America's Addiction to Opioids: Heroin and Prescription Drug Abuse.; 2014.

756. Vowles KE, McEntee ML, Julnes PS, Frohe T, Ney JP, van der Goes DN. Rates of opioid misuse, abuse, and addiction in chronic pain: a systematic review and data synthesis. Pain. 2015;156(4). https://journals.lww.com/pain/Fulltext/2015/04000/Rates_of_opioid_misuse,_abuse,_and_addiction_in_3.aspx.

757. W. Rees Davis and Bruce D. Johnson. Prescription Opioid Use, Misuse, and Diversion among Street Drug Users in New York City. Drug Alcohol Depend. ; 92(1-3): 267– 276

725. Tori ME, Larochelle MR, Naimi TS. Alcohol or benzodiazepine co-involvement with opioid overdose deaths in the United States, 1999-2017. JAMA Netw Open. 2020;3(4):e202361-e202361. doi:10.1001/jamanetworkopen.2020.2361

726. Total Number of Births. The Henry J. Kaiser Family Foundation

727. Tracy, M. et al. Agent-Based Modeling in Public Health: Current Applications and Future Directions. Annu Rev Public Health. 2018 April 01; 39: 77–94. doi:10.1146/annurev-publhealth-040617-014317

728. Tran TH, Griffin BL, Stone RH, Vest KM, Todd TJ. Methadone, Buprenorphine, and Naltrexone for the Treatment of Opioid Use Disorder in Pregnant Women. Pharmacotherapy. 2017;37(7):824-839. doi:10.1002/phar.1958

*729.* Treatment Episode Data Set (TEDS): 2005-2015. National Admissions to Substance Abuse Treatment Services. Rockville, MD: Substance Abuse and Mental Health Services Administration; 2017.

730. Turner JA, Calsyn DA, Fordyce WE, Ready LB. Drug utilization patterns in chronic pain patients. Pain. 1982;12(4):357-363. doi:10.1016/0304-3959(82)90180-4

731. U.S. Department of Health and Human Services: Substance Abuse and Mental Health Services Administration - Center for Behavioral Health Statistics and Quality. National Survey on Drug Use and Health. Published online 2018. https://datafiles.samhsa.gov/

732. Umer A, Loudin S, Maxwell S, et al. Capturing the statewide incidence of neonatal abstinence syndrome in real time: the West Virginia experience. Pediatr Res. 2019;85(5):607-611. doi:10.1038/s41390-018-0172-z

733. United Nations Office on Drugs and Crime. Bulletin on narcotics: the science of drug abuse epidemiology. United Nations. 2002;Volume LIV(Nos. 1 and 2).

734. United States Census Bureau. Annual County and Resident Population Estimates by Selected Age Groups and Sex: April 1, 2010 to July 1, 2019 (CC-EST2019-AGESEX). 2020. https://www.census.gov/data/tables/time-series/demo/popest/2010s-counties-detail.html.

735. United States Census Bureau. Population and Housing Unit Estimates Tables. 2019. https://www.census.gov/programs-surveys/popest/data/tables.html.

736. United States Census Bureau. QuickFacts: Cabell County, West Virginia. 2018. https://www.census.gov/quickfacts/cabellcountywestvirginia.

737. United States Census Bureau. QuickFacts: Lake County, OH and Trumbull County, OH. Published online 2020. https://www.census.gov/quickfacts/fact/table/trumbullcountyohio,lakecountyohio/PST045219

738. United States Drug Enforcement Administration. DEA issues nationwide alert on fentanyl as threat to health and public safety. 2015. https://www.dea.gov/press-releases/2015/03/18/dea-issues-nationwide-alert-fentanyl-threat-health-and-public-safety.

739. United States General Accounting Office. PRESCRIPTION DRUGS OxyContin Abuse and Diversion and Efforts to Address the Problem. GAO Report to Congressional Requesters

740. United States Patent. US Patent Application Publication. Patent Application

741. United States Reaches $34 Million Settlement With Cardinal Health For Civil Penalties Under The Controlled Substances Act. DOJ MDFL

Exh. B-43

---

## OTHER PEER REVIEWED PUBLICATIONS IN PRINT OR OTHER MEDIA

### REVIEWS, CHAPTERS, MONOGRAPHS, EDITORIALS

1. **Keyes KM**, Schwartz S, Susser E. 2020. Psychiatric Epidemiology. In Rothman, Greenland, Lash, Vanderweele (Eds.), Modern Epidemiology, 4th Edition. Lippincott Williams and Wilkins.

2. Galea S, **Keyes KM**. 2020 Understanding the Covid-19 pandemic through the lens of population health science. American Journal of Epidemiology, ePub Jul 15. PMID: 32666083.

3. Fuhrer R, **Keyes KM**. 2019. Population Mental Health in the 21st Century: Aspirations and Experiences. American Journal of Public Health, 109(S3) S150-S151.

4. Fuhrer R, **Keyes KM**. 2019. Population Mental Health in the 21st Century: Time to Act. American Journal of Public Health, 109(S3):S152-S153. PMID: 31242014.

5. Fuhrer R, **Keyes KM**. 2019. Population Mental Health Today: Confronting the Challenge. 109(S3):S149. PMID: 31242012

6. Galea S, **Keyes KM**. Epidemiology at the Heart of Population Health Science. 2019. American Journal of Epidemiology, 188(5): 883-885.

7. Cerda M, **Keyes KM**. 2019. Systems Modeling to Advance the Promise of Data Science in Epidemiology. American Journal of Epidemiology 188(5):862-865.

8. Cerda M, **Keyes K**. Longitudinal methods for social epidemiologic research. In J. Kaufman and J.M. Oakes (Eds.), Methods in Social Epidemiology. Jossey-Bass. Expected 2019

9. Fink D, **Keyes K**, Cerda M. Systems science and social epidemiology. In El-Sayed A, Galea S (Eds.), Systems Science in Population Health. Springer. 2016.

10. Fink D, **Keyes K**. Wrong answers. In El-Sayed A, Galea S (Eds.), Systems Science in Population Health. Springer. 2016.

11. **Keyes KM**, Liu X. 2013. Age, period, and birth cohort effects in psychiatric disorders in the United States. In press. In K. Koenen, S. Rudenstine, S. Galea, and E. Susser (Eds.), Life Course Epidemiology of Mental Disorders. Oxford University Press.

12. **Keyes KM**, Li G. Age-period-cohort analysis in injury epidemiology. 2012. In G. Li & S. Baker (Eds.), Injury Research: Theories, Methods, and Approaches. Springer.

13. Hasin DS, **Keyes KM**. Epidemiology. 2011. In B. Johnson (Ed.), Addiction Medicine: Science and Practice.

14. Pilowsky D, **Keyes KM**. Women and depression. 2010. In R. Senie (Ed.), Epidemiology of Women's Health. Jones & Bartlett, Publishers.

15. **Keyes KM**, Hasin DS. 2010. Epidemiology and Management of Alcohol Misuse Comorbid with Other Disorders. In J. Saunders & J. Rey (Eds.), Young People and Alcohol: Impact, Policy, Prevention, Treatment. Wiley-Blackwell, publishers.

16. **Keyes KM**, Hasin DS. 2008. Gender and complications of substance disorders. In Korsmeyer P & Kranzler H (Eds.), Encyclopedia of Drugs, Alcohol & Addictive Behavior, 3rd edition. Gale Cengage Publishers.

Exh. A-41

17. **Keyes KM**, Hasin DS. 2008. Causes of alcohol and drug disorders: gender. In Korsmeyer P & Kranzler H (Eds.), <u>Encyclopedia of Drugs, Alcohol & Addictive Behavior, 3rd edition</u>. Gale Cengage Publishers.

18. **Keyes KM**, Hasin DS. 2008. Epidemiology of Alcohol Disorders. In Korsmeyer P & Kranzler H (Eds.), <u>Encyclopedia of Drugs, Alcohol & Addictive Behavior, 3rd edition</u>. Gale Cengage Publishers.

19. Hasin D, **Keyes KM**, Ogburn E, Hatzenbuehler M. 2007. "Vulnerability to Alcohol and Drug Use Disorders." In M. Tsuang (Ed.), <u>Toward Prevention and Early Intervention of Major Mental and Substance Abuse Disorders</u>. American Psychiatric Publishing, Inc.

BOOKS/TEXTBOOKS FOR MEDICAL OR SCIENTIFIC CONMMUNITY
*AUTHOR*

1. **Keyes KM**, Galea S. 2016. Population Health Science. New York, Oxford University Press.
   a. Highest-selling epidemiology title in 2016
   b. >1,500 copies sold
2. **Keyes KM**, Galea S. 2014. Epidemiology matters: a new introduction to methodological foundations. New York, Oxford University Press.
   a. Highest-selling epidemiology title in 2014
   b. Used in graduate introductory epidemiology in at least 22 universities worldwide (based on their contact with Keyes and Galea)
   c. >3,000 copies sold
3. Shrout PE, **Keyes KM**, Ornstein K, eds. 2010. Causality and Psychopathology. Oxford University Press

COMMENTARIES AND LETTERS TO THE EDITOR

1. **Keyes KM**, Whitley R, +Fink D, +Santaella J, Pirkis J. 2021. The global impact of celebrity suicides: implication for prevention. <u>World Psychiatry</u>, 20(1):144-145. PMID: 33432751.
2. +Moss SL, **Keyes KM**. 2020. Commentary on Foxon & Selya (2020); Social gradients in long-term health consequences of cigarette use – will adolescent e-cigarette use follow the same trajectory? <u>Addiction</u>, ePub October 13. PMID: 33047826.
3. Galea S, **Keyes KM**. 2020. Understanding the Covid-19 pandemic through the lens of population health science. American Journal of Epidemiology, ePub July 15. PMID: 3266083.
4. **Keyes KM**, +Kreski N. 2020. Is there an association between social media use and mental health? The timing of confounding measurement matters. <u>JAMA Psychiatry</u>, ePub Jan 15. PMID: 31940014.
5. +Martinez-Alex G, **Keyes KM**, Baca-Garcia E. 2019. Beyond Statistical Significance: An Underrated Suicide Prevention Intervention. 80(4). PMID: 31237993.

Publication No. SMA-19-Baro-17-WV.Rockville,MD: Substance Abuse and Mental Health Services Administration, 2019.

708. SUD Population at a Glance

709. Summit Count Public health. Drug Overdose Visits to Hospital Emergency Rooms. Population Health Vital Statistics Brief: VOLUME 3: DRUG OVERDOSES

710. Summit County Sequential Intercept Mapping and Action Planning for Opioid Epidemic Response. https://www.neomed.edu/wp-content/uploads/CJCCOE_Summit-Opiate- SIM-Final-Report- 7.27.18.pdf. Published 2018.

711. Surratt HL, Inciardi JA, Kurtz SP. Prescription opioid abuse among drug-involved street-based sex workers. J Opioid Manag. 2006;2(5):283—289.

712. Susan Calcaterraa, Jason Glanze, and Ingrid A. Binswanger. National Trends in Pharmaceutical Opioid Related Overdose Deaths Compared to other Substance Related Overdose Deaths:. Drug Alcohol Depend. 131(3): 263—270

713. Susan Okie. A Flood of Opioids, a Rising Tide of Deaths. The New England Journal of Medicine

714. Tarone RE, Blot WJ, McLaughlin JK. Nonselective nonaspirin nonsteroidal anti- inflammatory drugs and gastrointestinal bleeding: relative and absolute risk estimates from recent epidemiologic studies. Am J Ther. 2004;11(1):17-25.

715. Tatyana Lyapustina and G. Caleb Alexander. The prescription opioid addiction and abuse epidemic: how it happened and what we can do about it. The Pharmaceutical Journal

716. Tatyana Lyapustina, MD, MPH, Renan Castillo, Elise Omaki, Wendy Shields, Eileen McDonald, Richard Rothman, Andrea Gielen,. The Contribution of the Emergency Department To Opioid Pain Reliever Misuse And Diversion: A Critical Review. World Institute of Pain

717. Taub A. Opioid analgesics in the treatment of chronic intractable pain of non-neoplastic origin. In: Kitahata LM, Collins JD, eds. Narcotic Analgesics in Anesthesiology. Baltimore, MD: Williams & Wilkins; 1982:199–208

718. Ted Miller and Bina Ali. Exploring Whether Misuse and Use Disorders by Drug Track Quantity Dispensed, and How Much Heroin Use Stems from Prescription Opioid Misuse. MEMO

719. The Death toll of Prescription Drug Abuse: Statistics and Analysis, Past and Present. Mock Drug Talk 2016 working Updated 3-31-2016

720. The Washington Post. A new look at how the opioid epidemic evolved. December 24, 2019

721. The Washington Post. Drilling into the DEA's pain pill database. https://www.washingtonpost.com/graphics/2019/investigations/dea-pain-pill-database/. Published 2019.

722. Thurston, R. et al. Association of Sexual Harassment and Sexual Assault With Midlife Women's Mental and Physical Health. JAMA Intern Med. 2019 Jan; 179(1): 48–53

723. Todd CS, Mills SJ, Innes AL. Electronic health, telemedicine, and new paradigms for training and care. Curr Opin HIV AIDS. 2017;12(5):475-487. doi:10.1097/COH.000000000000402

724. Todd, R. Inside West Virginia's Overwhelmed Foster Care System. PoliFact. Oct, 24, 2019

*Keyes Report*

694. Stevan Geoffrey Severtson, Becki Bucher Bartelson, Jonathan M. Davis, Alvaro Munoz, Michael F. Schneider, Howard Chilcoat, Paul M. Coplan, Hilary Surratt, and Richard C. Dart. Reduced Abuse, Therapeutic Errors, and Diversion Following Reformulation of Extended- Release Oxycodone in 2010.  The Journal of Pain, Vol 14, No 10: pp 1122-1130

695. Steven Stanos. Rational Chronic Pain Therapy & the Burden of Patient Satisfaction. American Academy of Physical Medicine and Rehabilitation PP

696. Strickler GK, Zhang K, Halpin JF, Bohnert ASB, Baldwin GT, Kreiner PW. Effects of mandatory prescription drug monitoring program (PDMP) use laws on prescriber registration and use and on risky prescribing. Drug Alcohol Depend. 2019;199:1-9. doi:https://doi.org/10.1016/j.drugalcdep.2019.02.010

697. Stuck, T. Medication-assisted treatment on the rise. https://www.herald-dispatch.com/news/medication-assisted-treatment-on-the-rise/article_0b6436bd-6a8b-55d1-80bccffec08659a2.html

698. Stuck, T. Prevention still best tactic against addiction. https://www.herald-dispatch.com/news/prevention-still-best-tactic-against-addiction/article_30977870-eb8d-5a0b-9b5a-07c1422e5e6f.html

699. Su Albert, Fred W. Brason II, Catherine K. Sanford, Nabarun Dasgupta, Jim Graham, and Beth Lovette. Project Lazarus: Community-Based Overdose Prevention in Rural North Carolina. Pain Medicine 2011; (12: S77–S85 Wiley Periodicals, Inc)

700. Substance Abuse and Mental Health Services Administration. Advancing the Care of Pregnant and Parenting Women With Opioid Use Disorder and Their Infants: A Foundation for Clinical Guidance. Rockville, MD: Substance Abuse and Mental Health Services Administration; 2016.

701. Substance Abuse and Mental Health Services Administration. Behavioral health barometer: Massachusetts, Volume 5: Indicators as measured through the 2017 National Survey of Substance Abuse Treatment Services. HHS Publ No SMA 19-Baro-17-MA. 2019.

702. Substance Abuse and Mental Health Services Administration. Comparison of 2015-2016 and 2016-2017 NSDUH population percentages (50 states and the District of Columbia). Natl Surv Drug Abus. 2018. http://www.samhsa.gov/data/sites/default/files/cbhsq-reports/NSDUHsacChangeTabs2017/NSDUHsacShortTermCHG2017.pdf.

703. Substance Abuse and Mental Health Services Administration. Comparison of 2016-2017 and 2017-2018 NSDUH population percentages (50 states and the District of Columbia).

704. Substance Abuse and Mental Health Services Administration. Federal Guidelines for Opioid Treatment Programs.  Substance Abuse and Mental Health Services Administration

705. Substance Abuse and Mental Health Services Administration. Impact of the DSM-IV to DSM-5 Changes on the National Survey on Drug Use and Health. Rockville, MD: Substance Abuse and Mental Health Services Administration; 2016. https://www.ncbi.nlm.nih.gov/books/NBK519702/.

706. Substance Abuse and Mental Health Services Administration. Restricted-use Data Analysis System (RDAS). https://rdas.samhsa.gov/.

707. Substance Abuse and Mental Health Services Administration. Behavioral Health Barometer: West Virginia, Volume 5: Indicators as measured through the 2017 National Survey on Drug Use and Health and the National Survey of Substance Abuse Treatment Services. HHS

Exh. B-41

*Keyes Report*

6. **Keyes KM**, Susser E. (2014). Expanding the scope of psychiatric epidemiology in the 21st century. Social Psychiatry and Psychiatric Epidemiology, 49(10): 1521-4. PMID: 25096981. PMCID: PMC4167940.

7. **Keyes KM**, Ananth C. (2014). Age, period, and cohort effects in perinatal epidemiology: implications and considerations. Paediatric and Perinatal Epidemiology, 28(4):277-9. PMID: 24920490. PMCID: PMC5647997.

8. **Keyes KM**, Davey Smith G, Susser E. (2014). Smoking in pregnancy and offspring health: early insights into family-based designs? International Journal of Epidemiology, 43(5): 1381-8. PMID: 25301865. PMCID: PMC4757959.

9. **Keyes KM**, Cheslack-Postava K, Heim C, Westhoff C, Haloosim M, Walsh K, Koenen K. (2013). Author's response to "Hormonal Contraception and Mood." American Journal of Epidemiology, ePub Sept 15. PMID: 24043438. PMCID: PMC3954083.

10. **Keyes KM**, Miech R. (2013). Commentary on Dawson et al. (2013): Drink to your health? Maybe not. Addiction, 108(4):723-4. PMID: 23496071.

11. **Keyes KM**, Davey Smith G, Susser E. (2013). On sibling designs. Epidemiology, 24(3): 473-4. PMID: 23549193.

12. **Keyes KM**, Cerda M. (2013). Racial/ethnic differences in alcohol-related suicide: A call for focus on unraveling paradoxes and understanding structural forces that shape alcohol-related health. Alcoholism: Clinical and Experimental Research, ePub Feb 26. PMID: 23441581. PMCID: PMC5540371.

13. Wall MM, Poh E, Cerda M, **Keyes KM**, Galea S, Hasin DS. (2012). Commentary on Harper S, Strumph EC, Kaufman JS. Do Medical Marijuana Laws Increase Marijuana Use? Replication Study and Extension. Annals of Epidemiology, 22(7): 536-7. PMID: 22534177. PMCID: PMC3547124.

14. Kirkbride JB, **Keyes KM**, Susser E. 2018. City Living and Psychotic Disorders-Implications of Global Heterogeneity for Theory Development. JAMA Psychiatry, ePub Oct 10th. PMID: 30304485.

15. Susser E, **Keyes KM**, Mascayano F. 2018. Health pregnancy and prevention of psychosis. World Psychiatry, 17(3):357-358. PMID: 30192106.

16. **Keyes KM**. 2018. Invited commentary: Marijuana, drug use, and mental health in the United States: a tale of two generations. Addiction, 113(3):482-483. PMID: 29423983.

17. **Keyes KM**, Tracy M, Mooney SJ, Shev A, Cerda M. 2017. Invited commentary: Agent-based models: bias in the face of discovery. American Journal of Epidemiology, ePub June 30. PMID: 28673036. PMCID: PMC5860003.

18. **Keyes KM**, Susser E. 2017. Invited commentary: An ingenious approach to examining the relationship between maternal stress and offspring health? American Journal of Epidemiology, Feb 3, 1-4. PMID: 28158433.

19. Susser E, **Keyes KM**. 2017. Prenatal nutritional deficiency and psychosis: where do we go from here? JAMA Psychiatry, Feb 22. PMID: 28241254. PMCID: PMC5488265.

20. Susser E, Verhulst S, Kark JD, Factor-Litvak PR, **Keyes K**, Magnus P, Aviv A. 2016. Non-Dynamic Association of Depressive and Anxiety Disorders with Leukocyte Telomere Length? American Journal of Psychiatry, 173(11): 1147. PMID: 27798991. PMCID: PMC5325116.

Exh. A-43

*Keyes Report*

21. Reininghaus U, **Keyes KM**, Morgan C. Novel methods in psychiatric epidemiology. 2016. Soc Psychiatry and Psychiatr Epidemiol. ePub Jun 22. PMID: 27333982. PMCID: PMC4962869.

22. **Keyes KM**, Barnes D, Bates L. 2015. A letter in response to: Weaver A, Himle JA, Taylor RJ, Matusko NN, Abelson JM. Urban vs Rural Residence and the Prevalence of Depression and Mood Disorder Among African American Women and Non-Hispanic White Women. JAMA Psychiatry. PMID: 26561032. PMCID: PMC4671197.

23. **Keyes KM**, Susser E, Cheslack-Postava K, Fountain C, Liu K, Bearman PS. 2014. Authors' response: Cohort effects explain the increase in autism diagnosis: an identifiability problem of the age-period-cohort model. International Journal of Epidemiology, 43(5): 1381-8. PMID: 25393200. PMCID: PMC4265900.

24. Bates L, Barnes D, **Keyes KM**. 2011. Re: Reconsidering the role of social disadvantage in physical and mental health: stressful life events, health behaviors, race, and depression. American Journal of Epidemiology. PMID: 21540321. PMCID: PMC3937594.

THESIS

Keyes, KM. Ecologic-level disapproval and the prevalence of substance use: A multi-level age-period-cohort analysis of high-school attending adolescents in the United States. Columbia University, 2010.

OTHER NON-PEER REVIEWED PUBLICATIONS IN PRINT OR OTHER MEDIA

Teutsch SM, Geller A, Negussie Y, eds. Getting to Zero Alcohol-Impaired Driving Fatalities: A Comprehensive Approach to a Persistent Problem. National Academies of Sciences, Engineering, and Medicine. Washington, DC; 2018.
- Committee member for consensus study, 2017-2018

**Invited and/or Peer-Selected Presentations at Regional, National or International Levels**

CONFERENCE PRESENTATIONS

*REGIONAL*

1. Changes in United States health policy: implications for substance use and injury. Society for Epidemiological Research, symposium chair, June 2018, Baltimore, MD.

2. Consequences of medical and recreational cannabis legislation on opioid-related harm. Society for Epidemiological Research, symposium presentation, June 2018, Baltimore, MD.

3. Are urban and rural health differences due to exposure prevalence variation or interaction: when and why does it matter? Society for Epidemiological Research, symposium presentation, June 2018, Baltimore, MD

4. Who thinks like that? Survey methods for non-survey data. Society for Epidemiological Research, symposium presentation, June 2018, Baltimore, MD.

*Keyes Report*

675. Shimonovich M, Pearce A, Thomson H, Keyes K, Katikireddi SV. Assessing causality in epidemiology: revisiting Bradford Hill to incorporate developments in causal thinking. *Eur J Epidemiol*. Published online December 2020. doi:10.1007/s10654-020-00703-7

676. Shmulewitz D, Keyes K, Beseler C, et al. The dimensionality of alcohol use disorders: Results from Israel. Drug Alcohol Depend. 2010;111(1-2). doi:10.1016/j.drugalcdep.2010.04.002

677. Shmulewitz D, Keyes KM, Wall MM, et al. Nicotine dependence, abuse and craving: dimensionality in an Israeli sample. *Addiction*. 2011;106(9):1675-1686. doi:10.1111/j.1360-0443.2011.03484.x

678. Siegal HA, Carlson RG, Kenne DR, Swora MG. Probable relationship between opioid abuse and heroin use. Am Fam Physician. 2003;67(5):942,945.

679. Singer, J. A, et al..  Today's nonmedical opioid users are not yesterday's patients; implications of data indicating stable rates of nonmedical use and pain reliever use disorder.. Journal of Pain Research 12 617–620.

680. Singh G, Triadafilopoulos G. Epidemiology of NSAID induced gastrointestinal complications. J Rheumatol Suppl. 1999;56:18-24.

681. Single EW. The availability theory of alcohol-related problems. Theor Alcohol. 1988:325-351.

682. Skog O. J. The Collectivity of Drinking Cultures: A Theory of the Distribution of Alcohol Consumption. Br J Addict. 1985;80(1):83-99. doi:10.1111/j.1360-0443.1985.tb05294.x

683. Slavova S, O'Brien DB, Creppage K, et al. Drug Overdose Deaths: Let's Get Specific. Public Health Rep. 2015;130(4):339-342. doi:10.1177/003335491513000411

684. Smith D. County of Summit Alcohol, Drug Addiction & Mental Health Services Board.

685. Smith N, Martins SS, Kim J, et al. A typology of prescription drug monitoring programs: a latent transition analysis of the evolution of programs from 1999 to 2016. Addiction. 2019;114(2):248-258. doi:10.1111/add.14440

686. Smith, Fran. Babies Fall Victim to the Opioid Crisis. National Geographic September 2017 https://www.nationalgeographic.com/magazine/2017/09/science-of-addiction-babies-opioids/

687. Solomon DH, Rassen JA, Glynn RJ, Lee J, Levin R, Schneeweiss S. The Comparative Safety of Analgesics in Older Adults With Arthritis. Arch Intern Med. 2010;170(22):1968-1978. doi:10.1001/archinternmed.2010.391

688. Sorg, M.  Additive Effects of Cointoxicants in Single-Opioid Induced Deaths. Sage Journals. Volume: 6 issue: 3, page(s): 532-542

689. Spurling GK, Mansfield PR, Montgomery BD, et al. Information from pharmaceutical companies and the quality, quantity, and cost of physicians' prescribing: a systematic review. PLoS Med. 2010;7(10):e1000352. https://doi.org/10.1371/journal.pmed.1000352.

690. State ER Visits Opioids Dashboard 2019-2020. Feb. 29, 2020

691. State Inpatient Databases, housed in HCUP

692. Statewide Estimated Drug Overdoses Dashboard. Summit County Public Health's Data Dashboard. https://www.scph.org/dashboards.

693. Stephan A.Schwartz.  America's Deadly Opioid Epidemic From Which Everyone But the Users Profits.  EXPLORE Vol.13,No.4 Schwartzreport

*Keyes Report*

658. Rutkow L, Vernick JS, Alexander GC. More states should regulate pain management clinics to promote public health. Am J Public Health. 2017;107(2):240-243. doi:10.2105/AJPH.2016.303568

659. SAHMSA Behavioral Health Barometer West Virginia, 2015

660. Saunders KW, Von Korff M, Campbell CI, et al. Concurrent use of alcohol and sedatives among persons prescribed chronic opioid therapy: prevalence and risk factors. J Pain. 2012;13(3):266-275. doi:10.1016/j.jpain.2011.11.004

661. Shaffer D, Florin T, Eagle C, et al. Risk of serious NSAID-related gastrointestinal events during long-term exposure: a systematic review. Med J Aust. 2006;185(9):501-506. doi:10.5694/j.1326-5377.2006.tb00665.x

662. Schieber LZ, Guy GPJ, Seth P, et al. Trends and patterns of geographic variation in opioid prescribing practices by state, United States, 2006-2017. JAMA Netw Open. 2019;2(3):e190665. doi:10.1001/jamanetworkopen.2019.0665

663. Schneider J, Kirsh K. Defining clinical issues around tolerance, hyperalgesia, and addiction: a quantitative and qualitative outcome study of long-term opioid dosing in a chronic pain practice. J Opioid Manag. 2010;6(6):385-395.

664. Schneider, K. et al. Polysubstance use in rural West Virginia Associations between latent classes of drug use, overdose, and take-home naloxone. International Journal of Drug Policy 76 (2020) 102642

665. Scholl L, Seth P, Kariisa M, Wilson N, Baldwin G. Drug and Opioid-Involved Overdose Deaths— United States, 2013–2017. Morb Mortal Wkly Rep. 2019;67(5152):1419- 1427.

666. Schwartz RP, Gryczynski J, O'Grady KE, et al. Opioid agonist treatments and heroin overdose deaths in Baltimore, Maryland, 1995-2009. Am J Public Health. 2013;103(5):917-922. doi:10.2105/AJPH.2012.301049

667. Scott Higham.  Drugmakers and distributors face barrage of lawsuits over opioid epidemic.  The Washington Post

668. Sean Esteban McCabe, Brady T. West, and Carol J. Boyd.  Leftover Prescription Opioids and Nonmedical Use Among High School Seniors: A Multi-Cohort National Study. Journal of Adolescent Health 52 - 480e485

669. Second Supplement to the Expert Report of Gregory K. Bell

670. Segel, Joel E., and Tyler NA Winkelman. "Persistence and Pervasiveness: Early Wave Opioid Overdose Death Rates Associated With Subsequent Overdose Death Rates." Public Health Reports (2020): 0033354920969171.

671. Shames A, Subramanian R. A Path to Recovery: Treating Opioid Use in West Virginia's Criminal Justice System. New York: Vera Institute of Justice; 2017.

672. Sharareh N, Sabouchi SS, McFarland M, Hess R. Evidence of modeling impact in development of policies for controlling the opioid epidemic and improving public health: A scoping review. Subst Abus Res Treat. 2019;13:1178221819866211. doi:10.1177/1178221819866211

673. Sharon Hartman Deposition Testimony Excerpts – MDL 2804 CT1, November 29, 2018

674. Shei A, Rice JB, Kirson NY, et al. Sources of prescription opioids among diagnosed opioid abusers.  Curr Med Res Opin. 2015;31(4):779-784. doi:10.1185/03007995.2015.1016607

Exh. B-39

5. The Great Sleep Recession: Changes in Sleep Duration Among US Adolescents, 1991-2012. Symposium presentation, Society for Research on Child Development. March 2015, Philadelphia, PA.

6. Has the population prevalence of adolescent sensation seeking and its relation to substance use changed over time? Symposium presentation, Society for Research on Child Development. March 2015, Philadelphia, PA.

7. Understanding substance use epidemiology across time, space, and generation. Society for Epidemiologic Research, Symposium chair, June 2013, Boston, MA.

8. Early life stress and adult psychiatric disorders: assessing causation in a sea of correlation. Society for Epidemiologic Research, Symposium presentation, June 2013, Boston, MA.

9. Racial/ethnic differences in alcohol-attributable homicide: how do we move forward? Society for Epidemiologic Research, Symposium presentation, June 2013, Boston, MA.

10. New Methods for an Old Epidemiologic Problem: Age, Period, and Cohort Effects. Society for Epidemiologic Research, Symposium chair, June 2013, Boston, MA.

11. Testing the 'Jackson hypothesis': are black/white differences in depression due to differential effects of stress and unhealthy behaviors? Symposium presentation, Psychiatric Epidemiology Faculty/Fellows Training Seminar. November 2010, New York, NY.

12. Adverse childhood events and the structure of common psychiatric disorders. Symposium presentation, Adverse Childhood Experiences, Personality Psychopathology, and Alcohol Disorders. May 2010, New York, NY.

13. The role of craving in future classifications of alcohol use disorders. Symposium presentation, Adverse Childhood Experiences, Personality Psychopathology, and Alcohol Disorders. December 2009, New York, NY.

14. 'Age Selection of Mortality from Tuberculosis': a re-analysis of Frost on the 70th anniversary of publication. Symposium presentation, American Public Health Association, November 2009, Philadelphia, PA.

15. Population-level disapproval and the prevalence of substance use: a multi-level age-period-cohort analysis of high-school attending adolescents in the United States, 1976-2008. Symposium presentation, Research Seminars in Epidemiology, October 2009, New York, NY.

16. Age-Period-Cohort estimation throughout history: tracing the meaning of a 'cohort effect' Symposium presentation. Psychiatric Epidemiology Faculty/Fellows Training Seminar. February 2009, New York, NY.

17. Influence of a drinking quantity and frequency measure on the prevalence and demographic correlates of DSM-IV alcohol use disorders. Symposium presentation, Research Society on Alcoholism. June 2008, Washington, DC.

18. Methodological Issues in the Estimation of Age-Period-Cohort Effects. Symposium presentation. Psychiatric Epidemiology Faculty/Fellows Training Seminar. March 2008, New York, NY.

19. Disentangling age-period-cohort effects: problems and possibilities. Symposium presentation, American Psychopathological Association. March 2008, New York, NY.

Exh. A-45

20. Time in the causal landscape: age, period, and cohort effects in alcohol and drug epidemiology. Symposium presentation, <u>Psychiatric Epidemiology Faculty/Fellow Training Seminar.</u> May 2007, New York, NY.
21. Birth cohort effects on gender differences in the risk for alcohol and drug dependence. Symposium presentation, <u>Research Society on Alcoholism</u>. June 2006, Baltimore, MD.
22. Gender differences in the risk for alcohol abuse and dependence: the effect of birth cohort. Symposium presentation, <u>Psychiatric Epidemiology Faculty/Fellow Training Seminar.</u> December 2005, New York, NY.
23. Cannabis withdrawal in 2,613 lifetime heavy cannabis users. Symposium presentation, <u>Novel Phenotype Development for Genetics Studies of Substance Abuse Disorders</u>. September 2005, New York, NY.

*NATIONAL*

1. Age, Period, and Cohort Effects on Substance Use and Mental Health in the 21st Century. <u>Society for Epidemiologic Research</u>, plenary talk, December 2020. Virtual.
2. The rapid decline in adolescent mental health in the 21st century: magnitude, causes, and treatment innovations from a life course perspective. <u>Society for Epidemiologic Research</u>, symposium chair, December 2020. Virtual.
3. The mental health of adolescents in the 21st century: time trends and how they inform etiology. <u>Society for Epidemiologic Research</u>, symposium presentation, December 2020. Virtual.
4. Suicide mortality in the United States: 1999 to 2019 and beyond. <u>Society for Epidemiologic Research</u>, symposium presentation, December 2020. Virtual.
5. Family matters: using family designs to control confounding in observational studies. <u>Society for Epidemiologic Research</u>, symposium chair, June 2019, Minneapolis, MN.
6. Simulating firearm suicide based on gun ownership disqualifications: an agent-based modeling approach. <u>Association for Psychological Science</u>, symposium presentation, May 2019, Washington, DC.
7. Rapid increases in depressive symptoms among US adolescents: 1991-2018. <u>Society for the Advancement of Violence and Injury Research</u>, symposium presentation, April 2019, Cincinnati, OH.
8. Declines in the relationship between adolescent depressive affect and binge drinking: implications for public mental health. Research Society on Alcoholism, symposium presentation, June 2018, San Diego, CA.
9. Psychiatric epidemiology in the era of precision medicine: what is our role? Symposium chair, <u>Society for Epidemiologic Research</u>, June 2017, Seattle, WA.
10. Fifty years of high impact epidemiological research on drug use disorders and related conditions: Looking back and ahead. Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2017, Seattle, WA.
11. Agent-based model of alcohol taxation effects on violence and homicide in New York City. Symposium presentation, <u>Research Society on Alcoholism</u>, June 2016, New Orleans, LA.

642. Robert K. Twillman, Rebecca Kirch, Aaron Gilson. Efforts to Control Prescription Drug Abuse: Why Clinicians Should Be Concerned and Take Action as Essential Advocates for Rational Policy. American Cancer Society, cacancerjournal.com VOLUME 64 NUMBER 6
643. Robert M. Califf, Janet Woodcock, and Stephen Ostroff. A Proactive Response to Prescription Opioid Abuse. The New England Journal of Medicine at NEJM.org.
644. Roger Chou, Jane C. Ballantyne, Gilbert J. Fanciullo, Perry G. Fine, and Christine Miaskowski. Research Gaps on Use of Opioids for Chronic Noncancer Pain: Findings From a Review of the Evidence for an American Pain Society and American Academy of Pain Medicine Clinical Practice Guideline. The Journal of Pain, Vol 10, No 2 : pp 147-159
645. Rose A. Rudd, Noah Aleshire, Jon E. Zibbell, R. Matthew Gladden. Increases in Drug and Opioid Overdose Deaths - United Sates, 2000-2014. Morbitiy and Mortality Weekly Report - US Dept of Heath and Human Services/CDC - Vol. 64 Nos. 50 & 51
646. Rose G. Sick individuals and sick populations. Int J Epidemiol. 2001;30(3):427- 432. doi:10.1093/ije/30.3.427
647. Roth, D. et al. Inclusion of Positive Self-reporting by Mothers of Substance Exposed Neonates Increases the Predictability of NAS Severity Over Toxicology Alone. Maternal and Child Health Journal (2020) 24:340–350
648. Rothman KJ, Greenland S, Lash TL. Modern Epidemiology. 3rd ed. Philadelphia, PA: Lippincott Williams & Wilkins; 2008.
649. Rough Transcript of Deposition of Daniel Ciccarone, MD, MPH. City of Huntington, West Virginia et al. v. AmerisourceBergen Drug Corporation et al., Case No. 3:17-01362. September 8, 2020
650. Rough Transcript of Deposition of T. Davies 2020-07-28
651. Rowe C, Vittinghoff E, Santos G-M, Behar E, Turner C, Coffin PO. Performance Measures of Diagnostic Codes for Detecting Opioid Overdose in the Emergency Department. Acad Emerg Med. 2016;24(4):475-483. doi:10.1111/acem.13121
652. Rudd RA, Aleshire N, Zibbell JE, Matthew Gladden R. Increases in Drug and Opioid Overdose Deaths - United States, 2000-2014. *Am J Transplant*. 2016;16(4):1323-1327. doi:10.1111/ajt.13776
653. Rudd RA, Seth P, David F, Scholl L. Increases in Drug and Opioid-Involved Overdose Deaths — United States, 2010–2015. Morb Mortal Wkly Rep. 2016;65(50-51):1445– 1452. doi:http://dx.doi.org/10.15585/mmwr.mm655051e1
654. Ruhm CJ. Deaths of Despair or Drug Problems? NBER Work Pap Ser. 2018;24188.
655. Rural Communities In Crisis. Bloomberg American Health Initiative. https://americanhealth.jhu.edu/RuralOpioidsCount
656. Rutkow L, Chang HY, Daubresse M, Webster DW, Stuart EA, Alexander GC. Effect of Florida's Prescription Drug Monitoring Program and pill mill laws on opioid prescribing and use. JAMA Intern Med. 2015;175(10):1642-1649. doi:10.1001/jamainternmed.2015.3931
657. Rutkow L, Smith KC, Lai AY, Vernick JS, Davis CS, Alexander GC. Prescription drug monitoring program design and function: a qualitative analysis. Drug Alcohol Depend. 2017;180:395-400. doi:https://doi.org/10.1016/j.drugalcdep.2017.08.040

626. Radel L, Baldwin M, Crouse G, Ghertner R, Waters A. Substance Use, the Opioid Epidemic, and the Child Welfare System: Key Findings from a Mixed Methods Study. ASPE Research Brief. 2018.

627. RAND Corporation. Simulation of county neonatal abstinence syndrome (NAS) rates tool. 2019. https://www.rand.org/pubs/tools/TL327/tool.html#rates-by-year-.

628. Rawson R, Cousins SJ, McCann M, Pearce R, Donsel A Van. Assessment of medication for opioid use disorder as delivered within the Vermont hub and spoke system. J Subst Abuse Treat. 2019;97:84- 90. doi:https://doi.org/10.1016/j.jsat.2018.11.003

629. Raymond Carney Deposition Testimony Excerpts – MDL 2804, October 16, 2018

630. Rebecca Ahrnsbrak, Jonaki Bose, Sarra L. Hedden, Rachel N. Lipari, Eunice Park- Lee. Key Substance Use and Mental Health Indicators in the United States: Results from the 2016 National Survey on Drug Use and Health. HHS Publication No. SMA 17-5044, NSDUH Series H-52

631. Rebecca L. Haffajee and Michelle M. Mello. Drug Companies' Liability for the Opioid Epidemic. The New England Journal of Medicine

632. Rees DI, Sabia JJ, Argys LM, Latshaw J, Dave D. With a little help from my friends: the effects of naloxone access and good Samaritan laws on opioid-related deaths. NBER Work Pap Ser. 2017;No. 23171.

633. Registered Nurses in WV. https://wvrnboard.wv.gov/Pages/default.aspx

634. Results from the 2013 National Survey on Drug Use and Health: Detailed Tables. Substance Abuse and Mental Health Services Administration. https://www.samhsa.gov/data/sites/default/files/NSDUH-DetTabs2013/NSDUH-DetTabs2013.htm#tab1.54a.

635. Rich JD, McKenzie M, Larney S, et al. Methadone continuation versus forced withdrawal on incarceration in a combined US prison and jail: a randomised, open-label trial. Lancet. 2015;386(9991):350-359. doi:https://doi.org/10.1016/S0140-6736(14)62338-2

636. Rich, K. et al. Integrated Models of Care for Individuals with Opioid Use Disorder How do we prevent HIV and HCV. Curr HIV/AIDS Rep. 2018; 15(3): 266–275

637. Richard C. Dart, Hilary L. Surratt, Theodore J. Cicero, Mark W. Parrino, S. Geoff Severtson, Becki Bucher-Bartelson, and Jody L. Green,. Trends in Opioid Analgesic Abuse and Mortality in the United States. New England Journal of Medicine - N Engl J Med;372:241-8.

638. Richard C. Dart, Hillary L. Surratt, Theodore J. Cicero, Mark W. Parrino and S. Geoff Severtson. Trends in opioid analgesic abuse and mortality in the United States. The New England Journal of Medicine.372,3. 241-8.

639. Richard Harruff and Julia Hood. Toward a Real-Time Drug Overdose Monitoring System. Public Health Seattle and King Counties (power point)

640. Richy F, Bruyere O, Ethgen O, et al. Time dependent risk of gastrointestinal complications induced by non-steroidal anti-inflammatory drug use: a consensus statement using a meta-analytic approach. Ann Rheum Dis. 2004;63(7):759-766. doi:10.1136/ard.2003.015925

641. Ritterband, V. 3-minute case study: When hugs are the best medicine. https://www.athenahealth.com/insight/3-minute-case-study-when-hugs-are-best-medicine

Exh. B-37

12. The impact of traumatic experiences across diverse populations: causes, consequences, and correlates. Symposium chair, Society for Epidemiologic Research, June 2016, Miami, FL.

13. Agent-Based models and the G-Formula: Comparable Approaches for Evaluating Population Intervention Effects? Symposium discussant, Society for Epidemiologic Research, June 2016, Miami, FL.

14. How similar are survey respondents to the general population? Symposium presentation, Society for Epidemiologic Research, June 2016, Miami, FL.

15. Mental Health and Aging: Chronic Disease, Cognition, and Pathways Connecting Mind and Body. Symposium chair, Society for Epidemiological Research, June 2015, Denver, CO.

16. Teaching epidemiology by building on foundational concepts. Symposium presentation, Society for Epidemiological Research, June 2015, Denver, CO.

17. The mathematical limits of genetic prediction for complex chronic disease. Symposium presentation, Society for Epidemiological Research, June 2015, Denver, CO.

18. Alcohol Interventions and Rates of Violence and Homicide in New York City: an Agent-Based Approach. Symposium presentation, Society for Epidemiological Research, June 2015, Denver, CO.

19. Racial/ethnic differences in alcohol use across the life course: an explanation of health disparities? International Epidemiological Association, August 2014, Anchorage, AL.

20. Health within and across generations: new research in life course epidemiology. Symposium chair, Society for Epidemiologic Research, June 2014, Seattle, WA.

21. How should we prioritize 'external validity' when aiming to conduct an epidemiology that matters? Symposium presentation, Society for Epidemiologic Research, June 2014, Seattle, WA.

22. Multi-national birth cohort trends in sensation seeking in the United States from 1976 to 2011. Symposium presentation, Society for Research on Adolescents, March 2014, Austin, TX.

23. Racial/ethnic differences in drinking in the US: paradoxes, problems, and research priorities. Research Society on Alcoholism, Symposium chair and presentation, June 2013, Orlando, FL.

24. The burden of loss: unexpected death and psychiatric disorders across the life course. International Society for Traumatic Stress Studies, Symposium presentation, November 2012, Los Angeles, CA.

25. The social norms of birth cohorts: age, period, and cohort effects in adolescent and adult binge drinking. Symposium presentation, Society for Research on Child Development, October 2012, Tampa, FL.

26. Thought disorders in the meta-structure of psychopathology. Symposium presentation, Research Society on Alcoholism, June 2012, San Francisco, CA.

27. Time Trends and Their Explanations. Symposium chair, Research Society on Alcoholism, June 2011, Atlanta, Georgia.

28. Novel Methods to Assess Societal-Level Causes of Alcohol Disorders Across Time and Place. Symposium chair, Research Society on Alcoholism, June 2010, San Antonio, Texas.

Exh. A-47

*Keyes Report*

29. A multi-level framework for understanding birth cohort effects. Symposium presentation, Research Society on Alcoholism, June 2010, San Antonio, Texas.
30. A Comprehensive Approach to Age-Period-Cohort Analysis. Plenary session presentation, Society for Epidemiologic Research. June 2008, Chicago, IL.
31. Economic capital and problem alcohol use: the positive relationship between income and the DSM-IV alcohol abuse diagnosis. Symposium presentation, Research Society on Alcoholism, July 2007, Chicago, IL.
32. Keyes KM, Hasin DS. Birth cohort effects on gender differences in the risk for drug dependence. College on Problems of Drug Dependence. July 2006, Scottsdale, AZ.
    * Selected for Women & Gender Junior Investigator Award

*INTERNATIONAL*

1. War and Mental Health. World Psychiatric Association, March 2021, Bangkok, Thailand. Virtual.
2. Mental health and firearm violence: what role should disqualification criteria on firearm ownership play? Symposium presentation International Federation of Psychiatric Epidemiology, October 2017, Melbourne, Australia.
3. Mental health and firearm violence: Understanding social and environmental contexts on the path to prevention. Symposium chair, International Federation of Psychiatric Epidemiology, October 2017, Melbourne, Australia.
4. Transdiagnostic psychiatric disorder risk associated with early and late age of menarche: a latent modeling approach. Symposium presentation, International Federation of Psychiatric Epidemiology, October 2017, Melbourne, Australia.
5. Utilising epidemiology to guide innovative prevention for comorbid mental and substance use problems in young people. Symposium discussant, International Federation of Psychiatric Epidemiology, October 2017, Melbourne, Australia.
6. The influence of medical marijuana laws on adolescent and adult outcomes: current state evidence from the United States. Symposium presentation, World Psychiatric Association, October 2017, Berlin, Germany.
7. How healthy are survey respondents compared to the general population? A comparison of mortality rates from linked death records. Symposium presentation, World Psychiatric Association Epidemiology Section, April 2016, Munich, Germany.
8. Anxious and angry: course and comorbidity of intermittent explosive disorder and anxiety disorders in adolescence. Symposium presentation, International Federation of Psychiatric Epidemiology, October 2015, Bergen, Norway.
9. Trajectories of alcohol and cigarette use across the lifecourse: evidence from a pregnancy cohort. Symposium presentation, World Psychiatric Association, September 2014, Madrid, Spain.
10. Maternal alcohol consumption and offspring psychopathology. European Public Health Association Conference, Symposium presentation, November 2013, Brussels, Belgium.
11. Understanding the teenage brain in context: 35 years of adolescent sensation seeking in the United States. International Federation of Psychiatric Epidemiology, Symposium chair and presentation, June 2013, Leipzig, Germany.

---

*Keyes Report*

609. Plaintiffs' Third Amended Complaint. *In re National Prescription Opiate Litigation.* 17-md-02804

610. Pollini RA, Banta-Green CJ, Cuevas-Mota J, Metzner M, Teshale E, Garfein RS. Problematic use of prescription-type opioids prior to heroin use among young heroin injectors. Subst Abuse Rehabil. 2011;2(1):173-180. doi:10.2147/SAR.S24800

611. Popova S, Giesbrecht N, Bekmuradov D, Patra J. Hours and Days of Sale and Density of Alcohol Outlets: Impacts on Alcohol Consumption and Damage: A Systematic Review. Alcohol Alcohol. 2009;44(5):500-516. doi:10.1093/alcalc/agp054

612. Portenoy RK, Farrar JT, Backonja M-M, et al. Long-term use of controlled- release oxycodone for noncancer pain: results of a 3-year registry study. Clin J Pain. 2007;23(4):287-299. doi:10.1097/AJP.0b013e31802b582f

613. Porter J, Jick H. Addiction rare in patients treated with narcotics. N Engl J Med. 1980;302(2):123.

614. Powell D, Pacula RL, Taylor E. How increasing medical access to opioids contributes to the opioid epidemic: evidence from Medicare Part D. J Health Econ. 2020;71:102286. doi:10

615. Powell D, Pacula RL, Taylor E. How Increasing Medical Access to Opioids Contributes to the Opioid Epidemic: Evidence from Medicare Part D. NBER Work Pap Ser. 2015;No. 21072. doi:10.3386/w21072

616. Preliminary 2018 Drug Overdose Death Statistics: Cuyahoga County, Ohio. Office of the Executive. http://executive.cuyahogacounty.us/en-US/2018-Drug-Overdose-Death-Statistics.aspx.

617. Prescott, John (2016) "Academic Medicine Responds to the Opioid Crisis,"Marshall Journal of Medicine: Vol. 2: Iss. 4, Article 3. DOI: http://dx.doi.org/10.18590/mjm.2016.vol2.iss4.3

618. Prescription Drug Disposal Locations. Oct 25, 2019.

619. Prescription Drug Use and Misuse in the United States: Results from the 2015 National Survey on Drug Use and Health (NSDUH)

620. Proposed Opioid Response Plan for the State of West Virginia: Proposed Report for Public Comment January 10 2018

621. Public Children Services Association of Ohio. The Opioid Epidemic's Impact on Children Services in Ohio. PCSAO report on opioid epidemic's impact on children services in OH

622. Puja Seth, Lawrence Scholl, Rose A. Rudd, Sarah Bacon.  Overdose Deaths Involving Opioids, Cocaine, and Psychostimulants — United States, 2015–2016.  Morbidity and Mortality Weekly Report - US Dept of Heath and Human Services/CDC -  Vol. 67 No. 12

623. Putrich, G. BABY STEPS For drug-exposed infants, intensive care is too intense. Nation & World. Dec 22, 2017

624. R. Miech, et al., Prescription Opioids in Adolescence and Future Opioid Misuse, Pediatrics, Volume 136:e1169- 1177 (2015).

625. Rachel N. Lipari and Arthur Hughes. HOW PEOPLE OBTAIN THE PRESCRIPTION PAIN RELIEVERS THEY MISUSE. SAMHSa The CBHSQ Report

591. Opioid Prevention Program: Data to Action Fentanyl-related deaths in New York State outside of New York City, 2015-2017 February 2019 (https://www.health.ny.gov/statistics/opioid/data/pdf/nysdoh_dta1_fentanyl.pdf)

592. Order governing production and de-identification of certain medical and pharmacy information. Supreme Court of the State of New York, dkt no 1359 index no 400000/2017

593. O'Rourke, A. et al. Acceptability of safe drug consumption spaces among people who inject drugs in rural West Virginia. Harm Reduction Journal volume 16, Article number: 51 (2019)

594. OSAM Drug Abuse Trends in the Cleveland Region, Drug Trend Report. June 2018-Jan 2019

595. OUD Over Time Graph

596. OUD Population at a Glance

597. OUD Population at a Glance map 2

598. Overdose Death Rates. National Institute on Drug Abuse. https://www.drugabuse.gov/related-topics/trends-statistics/overdose-death-rates. Published 2019.

599. Papadomanolakis-Pakis, Nicholas, et al. "Prescription opioid characteristics at initiation for non-cancer pain and risk of treated opioid use disorder: a population-based study." Drug and Alcohol Dependence (2021): 108601.

600. Park TW, Saitz R, Ganoczy D, Ilgen MA, Bohnert ASB. Benzodiazepine prescribing patterns and deaths from drug overdose among US veterans receiving opioid analgesics: case-cohort study. BMJ. 2015;350:h2698. doi:10.1136/bmj.h2698

601. Patrick SW, Schumacher RE, Benneyworth BD, Krans EE, McAllister JM, Davis MM. Neonatal Abstinence Syndrome and Associated Health Care Expenditures: United States, 2000-2009Trends in Neonatal Abstinence Syndrome. JAMA. 2012;307(18):1934-1940. doi:10.1001/jama.2012.3951

602. Paul III, D. P., Botre, N., Phillips, M., Abboud, J., Coustasse, A. The Continuing Epidemic of Hepatitis C in the United States: The Case of west Virginia. Proceedings of the Northeast Business & Economics Association 2018 Conference (pp. 230-236). Galloway, NJ.

603. Paulozzi LJ, Baldwin GT, Franklin GM, et al. CDC Grand Rounds: Prescription Drug Overdoses—a U.S. Epidemic. Morb Mortal Wkly Rep. 2012;61(01):10-13.

604. Paulozzi LJ, Mack KA, Jones CM. Vital Signs: Risk for Overdose from Methadone Used for Pain Relief—United States, 1999-2010. Morb Mortal Wkly Report2. 2012;61.

605. Paulozzi LJ, Ryan GW. Opioid Analgesics and Rates of Fatal Drug Poisoning in the United States. Am J Prev Med. 2006;31(6):506-511. doi:10.1016/j.amepre.2006.08.017

606. Pear VA, Ponicki WR, Gaidus A, et al. Urban-rural variation in the socioeconomic determinants of opioid overdose. Drug Alcohol Depend. 2019;195:66-73. doi:10.1016/j.drugalcdep.2018.11.024

607. Peiper NC, Clarke SD, Vincent LB, Ciccarone D, Kral AH, Zibbell JE. Fentanyl test strips as an opioid overdose prevention strategy: Findings from a syringe services program in the Southeastern United States. 2019. doi:10.1016/j.drugpo.2018.08.007

608. Physicians Assistants near Huntington, WV. Available at: https://www.healthgrades.com/general-medicine-physicians-assistant-directory/wv-west-virginia/huntington

---

12. Comorbidity of less common psychiatric disorders in the meta-structure of psychopathology. Symposium presentation, World Psychiatric Association, October 2012, Prague, Czech Republic.

13. How can thought disorders be conceptualized in the meta-structure of psychopathology? Symposium presentation, Life History Society, October 2012, Surrey, England.

14. Understanding family-based designs using Directed Acyclic Graphs. Symposium presentation, World Psychiatric Association Epidemiology Section, March 2012, Sao Paulo, Brazil.

15. Childhood Maltreatment and the Structure of Common Psychiatric Disorders. Symposium presentation, Society for Epidemiologic Research, June 2011, Montreal, Canada.

16. Methodological issues in the assessment of adverse childhood events. Symposium chair, Society for Epidemiologic Research, June 2011, Montreal, Canada.

17. Time as a multi-level risk factor: the impact of time period- and birth cohort-specific social norms on adolescent marijuana use, 1976-2007. Symposium presentation, École Des Hautes Études En Santé Publique, January 2010, Paris, France.

18. Challenging the paradigm of a "telescoping" phenomenon in gender differences for substance disorders: results of a cohort analysis in the U.S. population. Symposium presentation, International Federation of Psychiatric Epidemiology. April 2009, Vienna, Austria.

INVITED LECTURES

*REGIONAL*

1. Suicide and the agent-host-environment trial. Mailman School of Public Health, Spatial Epidemiology and the Science of Place in Shaping Health Equity series, March 2021, New York, NY. Virtual.

2. Age, period, and cohort effects: an introduction to conceptual and analytic issues. Mt Sinai Brookdale Department of Geriatrics and Palliative Medicine, January 2021, New York, NY. Virtual.

3. Trends in alcohol use in the 20th century: gender differences and implications for the decades to come. Columbia Liver Transplant Lunch & Learn. November, 2020, New York, NY. Virtual.

4. Using agent-based models to simulate the opioid epidemic: a critical review of the literature and proposed framework for New York State and beyond. HIV Intervention Science Training Program for Underrepresented New Investigators. August 2019, New York, NY.

5. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Substance Abuse Epidemiology Training Program seminar, Columbia University, October 2018, New York, NY.

6. Adolescent mental health and substance use in the 21st century: implications for research and prevention. NIAAA Webinar: Women, Drinking, and Pregnancy Working group. November 2018, Bethesda, MD.

*Keyes Report*

7. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Substance Abuse Epidemiology Training Program seminar, Columbia University, October 2018, New York, NY.
8. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Epidemiology and Biostatistics Seminar, Drexel University, November 2018, Philadelphia, PA.
9. Mental health over the life course: adolescence. National Academy of Sciences workshop: Women's Mental Health across the Life Course. March 7th, 2018. Washington DC.
10. Life Course Psychopathology: The Next Decade. American Psychopathological Association, invited talk, March 3rd, 2018. New York, NY.
11. As adolescent substance use declines, depression and suicidality increase: a tale across generations. NYU Population Health, Epidemiology Seminar Series. December 4th, 2017, New York, NY.
12. Historical and current trends in adolescent heavy alcohol use, depressive affect, and their relationship: implications for adolescent suicide in the United States. NIAAA Workshop to Explore Research Needs in Addressing Alcohol-Related Suicide. September 2017, National Institute of Alcohol Abuse and Alcoholism, Rockville, Maryland.
13. Alcohol use and morbidity across historical time: what does variation tell us about environmental determinants of alcohol-related outcomes? National Institute of Health Director's Wednesday Afternoon Lecture Series (WALS), May 2017, NIH, Bethesda, MD.
14. The role of epidemiology in population health in the 21st century: history, current progress, future directions. Population Health Research Seminar, October 2016, New York University, New York, NY.
15. How and why do psychiatric disorders change across time. Brain Health Colloquium, Harvard T.H. Chan School of Public Health, Seminar presentation, April 2016, Boston, MA.
16. The mathematical limits of genetic prediction for complex chronic disease. Symposium presentation, American Psychopathological Association, March 2016, New York, NY.
17. How and why do psychiatric disorders change across time. Institute for Translational Epidemiology, Mount Sinai School of Medicine, Seminar presentation, January 2016, New York, NY.
18. Psychiatric disorders among bereaved individuals. Grand Rounds speaker, Hartford Hospital Institute of Living, October 2014, Hartford, CT.
19. How can we intervene in neighborhoods to reduce racial/ethnic inequalities in alcohol-related homicide? Simulating in-silico counterfactuals. Partnership for a Healthier New York City, June 2014, New York, NY.
20. How can we intervene in neighborhoods to reduce racial/ethnic inequalities in alcohol-related homicide? Simulating in-silico counterfactuals. Innovations in Translating Injury Research Into Effective Prevention, May 2014, New York, NY.

Exh. A-50

574. NOWS Research
575. Number and Age-Adjusted Rates of Drug-Poisoning Deaths Involving Opioid Analgesics and Heroin: United States, 1999–2014.; 2015. https://www.cdc.gov/nchs/data/health_policy/AADR_drug_poisoning_involving_OA_Heroin_US_2000-2014.pdf.
576. Number of infant drug addiction cases in WV isn't decreasing. https://www.herald-dispatch.com/news/number-of-infant-drug-addiction-cases-in-wv-isn-t/article_36bc2f96-3e01-11e8-8514-436d43c1dbf6.html
577. NYS Annual Reports https://www.health.ny.gov/statistics/diseases/communicable/index.htm
578. NYS DOH Communicable Disease Annual Reports and Related Information https://www.health.ny.gov/statistics/diseases/communicable/index.htm
579. NYS Health Foundation. Follow the Money: Pharmaceutical Manufacturer Payments and Opioid Prescribing Patterns in New York State. NYS Health Foundation
580. O'Brien C. Addiction and dependence in DSM-V. Addiction. 2011;106(5):866-867. doi:10.1111/j.1360-0443.2010.03144.x
581. O'Connell, L. Channel Anger Into Action. LinkedIn. Sept. 19,2016
582. ODD_Marshall Dashboard
583. Office of Drug Control Policy website. https://dhhr.wv.gov/office-of-drug-control-policy/datadashboard/Pages/default.aspx
584. Ohio Department of Health Hepatitis Surveillance Program. Ohio Hepatitis B Cases, 2015-2018. Published online 2018. https://odh.ohio.gov/wps/wcm/connect/gov/5c9e0fec-cf4b-4426-87ac-b574c1352b0d/HBV+4+Year+Report_2018.pdf?MOD=AJPERES&CONVERT_TO=url&CACHEID=ROOTWORKSPACE.Z18_M1HGGIK0N0JO00QO9DDDDM3000-5c9e0fec-cf4b-4426-87ac-b574c1352b0d-mLRwdyM
585. Ohio Department of Health Hepatitis Surveillance Program. Ohio Hepatitis C Cases, 2014-2018. Published online 2019. https://odh.ohio.gov/wps/wcm/connect/gov/a85bd075-e2e9-4cd3-bd72-480ea66279b2/HCV+5+Year+Report_2018.pdf?MOD=AJPERES&CONVERT_TO=url&CACHEID=ROOTWORKSPACE.Z18_M1HGGIK0N0JO00QO9DDDDM3000-a85bd075-e2e9-4cd3-bd72-480ea66279b2-mLRwTqK
586. Ohio DMHAS, Executive Summaries and Full Drug Trend Reports (2009-2019).
587. Ohio Hospital Association. 2017 Ohio Neonatal Abstinence Syndrome Report. Ohio Department of Health. https://odh.ohio.gov/wps/portal/gov/odh/know-our-programs/violence-injury-prevention-program/media/nas-datatable-2017. Published 2017.
588. Olfson M, Crystal S, Wall M, Wang S, Liu S-M, Blanco C. Causes of Death After Nonfatal Opioid Overdose. JAMA Psychiatry. 2018;75(8):820-827. doi:10.1001/jamapsychiatry.2018.1471
589. Opioid crisis adds to issues for W.Va. Agencies. News and Sentinel. https://www.newsandsentinel.com/news/local-news/2019/11/opioid-crisis-adds-to-issues-for-w-va-agencies/
590. Opioid Hospital Stays. Emergency Department Visits - HCUP Fast Stats

Exh. B-34

558. Needle Exchange Programs video. https://www.youtube.com/watch?v=uMS3Mj3lYiw  Apr 27, 2018

559. Needle Exchanges Help Curb Disease video. https://www.youtube.com/watch?v=LMw0LhhFAnM  Oct 11, 2016

560. Negussie Y, Geller. Getting to Zero Alcohol-Impaired Driving Fatalities: A Comprehensive Approach to a Persistent Problem. Negussie Y, Geller A, Teutsch SM, eds. January 2018. doi:10.17226/24951

561. Nellhaus, E. et al. Neonatal withdrawal following in utero exposure to kratom. Int J Clin Pediatr. 2018;7(4):55-58

562. Neonatal Abstinence Syndrome and Associated Health Care Expenditures: United States, 2000-2009 Trends in Neonatal Abstinence Syndrome.

563. New York State Department of Health. New York State - County opioid quarterly report. 2019. https://health.ny.gov/statistics/opioid/data/pdf/nys_oct19.pdf.

564. New York State Department of Health. New York State community health indicator reports (CHIRS). 2019. Available at https://webbi1.health.ny.gov/SASStoredProcess/guest?_program=/EBI/PHIG/apps/chir_dashboard/chir_dashboard

565. New York State Department of Health. New York State opioid data dashboard - county level. 2019. https://www.health.ny.gov/statistics/opioid/.

566. New York State Department of Health. New York State opioid data dashboard - state level. 2019. Available at https://webbi1.health.ny.gov/SASStoredProcess/guest?_program=/EBI/PHIG/apps/opioid_dashboard/op_dashboard&p=sh

567. Nicholas B. King, Veronique Fraser, Constantina Boikos, Robin Richardson, and Sam Harper. Determinants of Increased Opioid-Related Mortality in the United States and Canada, 1990–2013: A Systematic Review.  American Journal of Public Health

568. Nichold, M., et al. Lake County General Health District.  Lake County Drug-related Overdose Deaths: 2013- to 2017. Informing a Five-year Perspective. Available at https://www.lcghd.org/wp-content/uploads/Admin/LCGHD_2013_to_2017_Lake_County_Community_Overdose_Report_October_12_2018_891.pdf

569. NIDA West Virginia Opioid Summary Feb 2018

570. NIDA. West Virginia: Opioid-involved deaths and related harms. 2020. https://www.drugabuse.gov/drug-topics/opioids/opioid-summaries-by-state/west-virginia-opioid-involved-deaths-related-harms.

571. Noble M, Treadwell JR, Tregear SJ, et al. Long-term opioid management for chronic noncancer pain. Cochrane Database Syst Rev. 2010;(1). doi:10.1002/14651858.CD006605.pub2

572. Nora D. Volkow and A. Thomas McLellan. Opioid Abuse in Chronic Pain — Misconceptions and Mitigation Strategies. New England Journal of Medicine (N Engl J Med 2016;374:1253-63)

573. Nora D. Volkow, Thomas A. McLellan,. Curtailing Diversion and Abuse of Opioid Analgesics Without Jeopardizing Pain Treatment. JAMA Vol 305, No. 13

Exh. B-33

---

21. Social norms, attitudes, and behavior: how do we harness intention for public health prevention? Columbia University Epidemiologic Science Symposium, April 2014, New York, NY

22. Age, period, and cohort effects: an introduction to theory and approaches to analysis. CUNY School of Public Health Epidemiology and Biostatistics Seminar Series, Invited lecture, November 2013, New York, NY.

23. Social norms and alcohol use: evidence and recommendations for New York City. Community Services Board Meeting, Invited lecture, New York City Department of Health, March 2013, New York, NY.

24. How does exogenous and endogenous hormone variation affect mental health? New designs for old problems. Psychiatric-Neurological Epidemiology Cluster Seminar, Invited lecture, Columbia University, February 2013, New York, NY.

25. The critical role of social norms in population health. Symposium presentation, Columbia University Epidemiology Scientific Symposium: Charting the Course of Social Epidemiology in the Next 25 Years, Symposium presentation, October 2012, New York, NY.

26. Time trends in alcohol use: Understanding cohort effects, Adult Psychiatry Grand Rounds, Columbia University Department of Psychiatry, May 2012, New York, NY.

27. The Epidemiology of Substance Use Disorders. Sexuality and HIV Seminar, HIV Center for Clinical and Behavioral Science. February 2011, New York, NY

*NATIONAL*

1. The role of epidemiology in assessing causes and interventions in mental health research in the 21st century: when does sampling matter?  Bridging Science and Society retreat, National Institute of Mental Health, April 2021. Virtual.

2. Age, Period, and Cohort Effects in Alcohol Use in the 20th and 21st Century: implications for the decades to come. 50th Anniversary of the National Institute on Alcohol Abuse and Alcoholism symposium, NIAAA, December 2020. Virtual.

3. The Rapid Decline in Adolescent Mental Health in the 21st Century: Magnitude, Causes, and Public Health Implications. Dean's Seminar Series, College of Health and Human Services, George Mason University, January 2020.

4. The changing landscape of adolescent mental health and substance use in the 21st century. Epidemiology seminar, National Institute on Drug Abuse, March 2019, Bethesda, MD.

5. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Epidemiology seminar, Michigan State University, March 2019, Lansing, MI.

6. Psychiatric Disorders after Loss. Dean's Symposium on Death and Dying, Boston University School of Public Health, February 2019, Boston, MA.

7. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Epidemiology seminar, University of Pittsburgh School of Public Health, February 2019, Pittsburgh, PA.

Exh. A-51

*Keyes Report*

8. Does epidemiology matter? Epidemiology and population health science in the 21st century. Johns Hopkins School of Public Health, Epidemiology Centennial Symposium, November 2018, Baltimore, MD.

9. Opioid use, disorder, and mortality: past, present, and evidence-based control strategies. Mass Torts Made Perfect conference, invited talk, April 2018, Las Vegas, NV.

10. The epidemiology of opioid use, opioid disorder, and overdose in the United States: past, present, and evidence-based control strategies. Keynote address, Kentucky Association of Counties annual conference, November 2017, Louisville, Kentucky.

11. Fundamentals of age-period-cohort analysis. Epidemiology Seminar Series, February 2017, University of California San Francisco, San Francisco, California.

12. The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Epidemiology Seminar Series, November 2016, Virginia Commonwealth University, Richmond, Virginia.

13. Alcohol use and morbidity across historical time: what does variation tell us about environmental determinants of alcohol-related outcomes? Plenary talk, Research Society on Alcoholism, June 2016, New Orleans, LA.

14. Using complex systems modeling to examine alcohol-attributable homicide in New York City. Invited lecture, Injury Prevention Research Center, Office of the Vice-Chancellor for Research, Social Epidemiology Program, Epidemiology Department, Gillings School of Global Public Health, University of North Carolina. October 2015, Chapel Hill, NC.

15. Racial/ethnic differences in substance use across the life course. Grand Rounds speaker, Alcohol Research Group. November 2014, Berkeley, California.

16. A brief introduction to age-period-cohort methodology. SER Experts presentation, Society for Epidemiologic Research, June 2014, Seattle, WA.

17. Time in the causal landscape: problems and possibilities in age-period-cohort research. Survey Research Center, February 2010, Ann Arbor, Michigan.

*INTERNATIONAL*

1. The mental health of adolescents in the 21st century: time trends and how they inform etiology. Leaders in Prevention Summit, August 2020, Sydney, Australia. Virtual.

2. Does epidemiology matter? Epidemiology and population health science in the 21st century. University College London Department of Psychiatry, April 2019, London, England.

3. How health disparities are obscured and underreported in national survey data, and implications for policy. University of Glasgow, April 2019, Glasgow, Scotland.

4. Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Centro de Investigación en Sociedad y Salud, Universidad Mayor, November 2018, Santiago, Chile.

5. The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Seminar Series, April 2017, French National Institute of Health and Medical Research (INSERM), Paris, France.

Exh. A-52

*Keyes Report*

540. Nabarun Dasgupta, E. Douglas Kramer, Mary-Ann Zalman a, Salvatore Carino Jr., Meredith Y. Smith , J. David Haddox, Curtis Wright, IV. Association between non-medical and prescriptive usage of opioids. Drug and Alcohol Dependence 82 135–142

541. Nabarun Dasgupta, Kenneth D. Mandl, John S. Brownstein. Breaking the News or Fueling the Epidemic? Temporal Association between News Media Report Volume and Opioid-Related Mortality. PLoS ONE 4(11): e7758

542. Nalini Sehgal, MD1, Laxmaiah Manchikanti, and Howard S. Smith. Prescription Opioid Abuse in Chronic Pain: A Review of Opioid Abuse Predictors and Strategies to Curb Opioid Abuse. Pain Physician; 15:ES67-ES92

543. Naloxone Administration by Ohio EMS Providers By County, Ohio, 2017. www.wms.ohio.gov

544. Naloxone Administration by Ohio EMS Providers By County, Ohio, 2018. www.wms.ohio.gov

545. NAS Graph-Map Data

546. NAS Graph-Map Data 2

547. NAS Maternal Characteristics Graph

548. Nash, B. Cabell Huntington registered nurses begin seeking union representation. https://www.herald-dispatch.com/news/cabell-huntington-registered-nurses-begin-seeking-unionrepresentation/article_42cf7177-58dc-5bfe-af74-411ab2da4f8b.html

549. Nash, B. Confirmed HIV cases in Cabell reach 44. https://www.herald-dispatch.com/news/confirmed-hiv-cases-in-cabell-reach/article_91c0fc14-6952-11e9-bd56-f73b6de772f0.html

550. Nash, B. DHHR says Cabell HIV cluster is growing. https://www.wvgazettemail.com/news/health/dhhr-says-cabell-hiv-cluster-is-growing/article_ba37b709-32ec-5b16-8b8c-32867037b9b1.html

551. Nathan Hartle Deposition Testimony Excerpts – MDL 2804, Volume 1, July 31, 2018

552. National Academies of Science Engineering and Medicine (NASEM). Pain Management and the Opioid Epidemic: Balancing Societal and Individual Benefits and Risks of Prescription Opioid Use; 2017. doi:10.17226/24781

553. National Academies of Sciences, Engineering, and Medicine 2021. High and Rising Mortality Rates Among Working-Age Adults. Washington, DC: The National Academies Press. https://doi.org/10.17226/25976.

554. National Center for Health Statistics Data Brief

555. National Institute on Drug Abuse. What is the scope of heroin use in the United States? 2018. https://www.drugabuse.gov/publications/research-reports/heroin/scope-heroin-use- in-united-states.

556. National Prescription Opiate Litigation MDL No. 2804, Deposition of Joseph Natko. 2018:126:6-23; 127:5-13.

557. National Vital Statistics System. Revisions of the US standard certificates and reports. 2020. https://www.cdc.gov/nchs/nvss/revisions-of-the-us-standard-certificates-and-reports.htmhttps://www.cdc.gov/nchs/nvss/revisions-of-the-us-standard-certificates-and-reports.htm.

Exh. B-32

(NCS-A). J Am Acad Child Adolesc Psychiatry. 2010;49(10):980-989. doi:10.1016/j.jaac.2010.05.017

525.   Merrall E, Kariminia A, Binswanger I, et al. Meta-analysis of drug-related deaths soon after release from prison. Addiction. 2010;105:1545-1554. doi:10.1111/j.1360- 0443.2010.02990.x

526.   Michael Von Korff, Andrew Kolodny, Richard A. Deyo, and Roger Chou. Long- Term Opioid Therapy Reconsidered.  Annals of Internal Medicine (Ann Intern Med.155:325- 328)

527.   Miech RA, Johnston LD, O'Malley PM, Bachman JG, Schulenberg JE, Patrick ME. Monitoring the Future national survey results on drug use, 1975–2016: Volume I, secondary school students. 2017.

528.   Mikosz CA, Zhang K, Haegerich T, et al. Indication-specific opioid prescribing for US patients with Medicaid or private insurance, 2017. JAMA Netw Open. 2020;3(5):e204514-e204514. doi:10.1001/jamanetworkopen.2020.4514

529.   Minard, M. Jim Justice mostly correct on adoption statistic. PolitiFact West Virginia

530.   Minozzi S, Amato L, Bellisario C, Davoli M. Maintenance treatments for opiate - dependent adolescents. Cochrane Database Syst Rev. 2014;(6):CD007210. doi:10.1002/14651858.CD007210.pub3

531.   Minozzi S, Amato L, Davoli M. Development of dependence following treatment with opioid analgesics for pain relief: A systematic review. *Addiction*. 2013;108(4):688-698. doi:10.1111/j.1360-0443.2012.04005.x

532.   Mitch Betses, R.Ph., and Troyen Brennan, M.D., M.P.H. Abusive Prescribing of Controlled Substances — A Pharmacy View. New England Journal of Medicine (N Engl J Med 369;11 nejm.org)

533.   Monnat SM. Factors Associated With County-Level Differences in U.S. Drug- Related Mortality Rates. Am J Prev Med. 2018;54(5):611-619. doi:10.1016/j.amepre.2018.01.040

534.   Moreno JL, Wakeman SE, Duprey MS, Roberts RJ, Jacobson JS, Devlin JW. Predictors for 30-Day and 90-Day Hospital Readmission Among Patients With Opioid Use Disorder. J Addict Med. 2019.

535.   Morgan, P. The Opioid Epidemic, NAS, and Special Education Costs _ Psychology Today. https://www.psychologytoday.com/us/blog/children-who-struggle/201907/the-opioid-epidemic-nas-and-special-education-costs

536.   Mueller SR, Walley AY, Calcaterra SL, Glanz JM, Binswanger IA. A Review of Opioid Overdose Prevention and Naloxone Prescribing: Implications for Translating Community Programming Into Clinical Practice. Subst Abus. 2015;36(2):240-253. doi:10.1080/08897077.2015.1010032

537.   Muhuri PK, Gfroerer JC, Davies C. Associations of nonmedical pain reliever use and initiation of heroin use in the United States. 2013.

538.   Mullins, C. 2016 WV Overdose Fatality Analysis: Healthcare Systems Utilization, Risk Factors, and Opportunities for Intervention.  October 2018 Handle with Care Conference (002) - REV

539.   Munzing T. Physician guide to appropriate opioid prescribing for noncancer pain. Perm J. 2017;21:16-169. doi:10.7812/TPP/16-169

6.   The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Seminar Series, August 2017, National Institute of Occupational Health, Oslo, Norway.

7.   The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Key note address, Epidemiology Student Research Day, April 2017, McGill University, Montreal, Canada.

8.   The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. Epidemiology Seminar Series, April 2017, University of Capetown, Capetown, South Africa.

9.   Why does epidemiology matter? Invited lecture, International Journal of Epidemiology Conference, October 2016, Bristol, UK.

10.  Cohort studies in epidemiology: considering cross-generational influences on health. Invited speaker, World Psychiatric Association Epidemiology Section, April 2016, Munich, Germany.

11.  How and why do psychiatric disorders change across time. Canadian Association of Psychiatric Epidemiology, Keynote speaker, September 2015, Vancouver, Canada.

12.  Advances in age, period, and cohort effect analysis. Faculty of Health Sciences Research Seminar Series, Invited lecture, September 2015, Vancouver, Canada.

13.  The burden of loss: unexpected death and psychiatric disorders across the life course. Symposium presentation, World Psychiatric Association Epidemiology Section, October 2014, Nara, Japan.

14.  Age, period, and cohort effects: an introduction to theory and approaches to analysis. University of Manitoba Clinical Health Sciences, Department of Psychiatry, Invited lecture, January 2013, Winnipeg, Canada.

Keyes Report

# Katherine Keyes, PhD Expert Report

MDL Case Track 3
*Case No. 1:18-op-45032 and No. 1:18-op-45079 Opioid Litigation*

# EXHIBIT B

Materials Considered

Exh. B-1

Keyes Report

507. McCabe SE, Boyd CJ. Sources of prescription drugs for illicit use. Addict Behav. 2005;30(7):1342-1350. doi:10.1016/j.addbeh.2005.01.012

508. McCabe SE, Schulenberg J, McCabe VV, et al. Medical Use and Misuse of Prescription Opioids in US 12th-Grade Youth: School-Level Correlates. Pediatrics. 2020;146(4):e20200387

509. McCabe SE, Veliz PT, Boyd CJ, Schepis TS, McCabe V V, Schulenberg JE. A prospective study of nonmedical use of prescription opioids during adolescence and subsequent substance use disorder symptoms in early midlife. *Drug Alcohol Depend*. 2019;194:377-385. doi:10.1016/j.drugalcdep.2018.10.027

510. McCabe SE, West BT, Veliz P, McCabe V V, Stoddard SA, Boyd CJ. Trends in Medical and Nonmedical Use of Prescription Opioids Among US Adolescents: 1976–2015. Pediatrics. 2017;139(4):e20162387. doi:10.1542/peds.2016-2387

511. McCabe, Sean Esteban, et al. "Pills to Powder: A 17-Year Transition From Prescription Opioids to Heroin Among US Adolescents Followed Into Adulthood." Journal of Addiction Medicine (2020).ʼ

512. McCann Exhibit 1.7

513. McCann, K. et al. Structured Management of Chronic Nonmalignant Pain with Opioids in a Rural Primary Care Office. J Am Board Fam Med 2018;31:57– 63

514. McDonald DC, Carlson KE. Estimating the prevalence of opioid diversion by "doctor shoppers" in the United States. PLoS One. 2013;8(7):e69241-e69241. doi:10.1371/journal.pone.0069241

515. McDonald DC, Carlson KE. The ecology of prescription opioid abuse in the USA: geographic variation in patients' use of multiple prescribers ("doctor shopping"). Pharmacoepidemiol Drug Saf. 2014;23(12):1258-1267. doi:10.1002/pds.3690

516. McDonald EM, Kennedy-Hendricks A, McGinty EE, Shields WC, Barry CL, Gielen AC. Safe storage of opioid pain relievers among adults living in households with children. Pediatrics. 2017;139(3):e20162161. doi:10.1542/peds.2016-2161

517. McKenzie M, Zaller N, Dickman SL, et al. A randomized trial of methadone initiation prior to release from incarceration. Subst Abus. 2012;33(1):19-29. doi:10.1080/08897077.2011.609446

518. McKesson Agrees to Pay Record $150 Million Settlement for Failure to Report Suspicious Orders of Pharmaceutical Drugs. DOJ

519. McKesson Corporation Agrees to Pay More than $13 Million to Settle Claims that it Failed to Report Suspicious Sales of Prescription Medications. USDOJ

520. McKinney, Ralph E., "Barriers to Employment: A Substance Abuse Story" (2019). Faculty Research Day. 7.

521. McLellan, Turner. Prescription Opioids, Overdose Deaths, and Physician Responsibility. JAMA The Journal of the American Medical Association

522. Medical Schools in West Virginia - Medical School Headquarters

523. Meltzer EC, Rybin D, Saitz R, et al. Identifying prescription opioid use disorder in primary care: diagnostic characteristics of the Current Opioid Misuse Measure (COMM). Pain. 2011;152(2):397-402. doi:10.1016/j.pain.2010.11.006

524. Merikangas KR, He JP, Burstein M, et al. Lifetime prevalence of mental disorders in U.S. adolescents: results from the National Comorbidity Survey Replication--Adolescent Supplement

Exh. B-30

*Keyes Report*

492. Martell BA, O'Connor PG, Kerns RD, et al. Systematic review: Opioid treatment for chronic back pain: Prevalence, efficacy, and association with addiction. Ann Intern Med. 2007. doi:10.7326/0003- 4819-146-2-200701160-00006

493. Martinez-Ales, G, et al. Fatal and Non-fatal Self-Injury in the USA: Critical Review of Current Trends and Innovations in Prevention. Current Psychiatry Reports (2019) 21: 104

494. Martins SS, Keyes KM, Storr CL, Zhu H, Grucza RA. Birth-Cohort Trends in Lifetime and Past-Year Prescription Opioid-Use Disorder Resulting From Nonmedical Use: Results From Two National Surveys. J Stud Alcohol Drugs. 2010;71(4):480-487. doi:10.15288/jsad.2010.71.480

495. Martins SS, Ponicki W, Smith N, et al. Prescription drug monitoring programs operational characteristics and fatal heroin poisoning. Int J Drug Policy. 2019;74:174-180. doi:10.1016/j.drugpo.2019.10.001

496. Martins SS, Sarvet A, Santaella-Tenorio J, Saha T, Grant BF, Hasin DS. Changes in US Lifetime Heroin Use and Heroin Use Disorder: Prevalence From the 2001-2002 to 2012- 2013 National Epidemiologic Survey on Alcohol and Related Conditions. JAMA Psychiatry. 2017;74(5):445-455. doi:10.1001/jamapsychiatry.2017.0113

497. Maruta T, Swanson DW, Finlayson RE. Drug abuse and dependency in patients with chronic pain. Mayo Clin Proc. 1979;54(4):241-244.

498. Maruta, et al. Drug Abuse and Dependency in Patients with Chronic Pain. Mayo Clin. Proc 54:241-44, 1979

499. Masters RK, Tilstra AM, Simon DH. Explaining recent mortality trends among younger and middle- aged White Americans. Int J Epidemiol. 2018;47(1):81-88. doi:10.1093/ije/dyx127

500. MAT Cabell Jail Video. Western Regional Jail starts Drug Pilot Program. https://www.youtube.com/watch?v=r4JNRzHadi4&feature=youtu.be

501. Mateu-Gelabert P, Guarino H, Jessell L, Teper A. Injection and sexual HIV/HCV risk behaviors associated with nonmedical use of prescription opioids among young adults in New York City. J Subst Abuse Treat. 2015;48(1):13-20. doi:10.1016/j.jsat.2014.07.002

502. Mattick RP, Breen C, Kimber J, Davoli M. Methadone maintenance therapy versus no opioid replacement therapy for opioid dependence. Cochrane Database Syst Rev. 2009;(3):CD002209. doi:10.1002/14651858.CD002209.pub2

503. Mattick RP, Kimber J, Breen C, Davoli M. Buprenorphine maintenance versus placebo or methadone maintenance for opioid dependence. Cochrane Database Syst Rev. 2008;(2):CD002207.doi:10.1002/14651858.CD002207.pub3

504. Mattson CL, Tanz L, Quinn K, Kariisa M, Patel P, Davis N. Trends and geographic patterns in drug and synthetic opioid overdose deaths — United States, 2013–2019. MMWR. 2021;70(6):202-207.

505. Maughan BC, Hersh E V, Shofer FS, et al. Unused opioid analgesics and drug disposal following outpatient dental surgery: a randomized controlled trial. Drug Alcohol Depend. 2016;168:328-334. doi:10.1016/j.drugalcdep.2016.08.016

506. Mayor's Office of Drug Control Policy. Two-year strategic plan for addressing the opioid crisis in the city of Huntington/Cabell and Wayne counties, West Virginia. 2017. http://www.cityofhuntington.com/city-government/mayors-office- of-drug-control-policy.

Exh. B-29

*Keyes Report*

**Dr. KATHERINE KEYES MATERIALS CONSIDERED**

1. 2010 MAT treatment SAMHSA

2. 2012.03.07 CAH v Holder et al. Memorandum of Opinion. Case 1:12-cv-00185-RBW

3. 2016  West Virginia Overdose Fatality. https://dhhr.wv.gov/bph/Documents/ODCP Reports 2017/2016 West Virginia Overdose Fatality Analysis_004302018.pdf

4. 2016 OD Death Demographics Report

5. 2016 WV Overdose Fatality Analysis.  Healthcare Systems Utilization, Risk Factors, and Opportunities for Intervention.

6. 2016.12.22 U.S. v Kinray, LLC. Consent_decree. Case 1:16-cv-09767-RA

7. 2017 State Profile — West Virginia National Survey of Substance Abuse Treatment Services (N-SSATS) SAMHSA

8. 2017.08.17 Hartman email ABDCMDL00571804 _image (004)

9. 2018 U.S. Census WV Cabell Huntington Data

10. Aaron M. Gilson, Karen M. Ryan, David E. Joranson, and June L. Dahl. A Reassessment of Trends in the Medical Use and Abuse of Opioid Analgesics and Implications for Diversion Control: 1997–2002. Journal of Pain and Symptom Management Vol. 28 No. 2

11. Adams EH, Breiner S, Cicero TJ, et al. A comparison of the abuse liability of tramadol, NSAIDs, and hydrocodone in patients with chronic pain. J Pain Symptom Manage. 2006;31(5):465-476. doi:10.1016/j.jpainsymman.2005.10.006

12. Adoption & Foster Care Statistics. Children's Bureau: An Office of the Administration for Children & Families. https://www.acf.hhs.gov/cb/research-data- technology/statistics-research/afcars.

13. Agency for Healthcare Research and Quality

14. Ahmad F, Rossen L, Sutton P. Provisional drug overdose death counts. Natl Cent Heal Stat. 2020. https://www.cdc.gov/nchs/nvss/vsrr/drug-overdose-data.htm.

15. Ahn R, Woodbridge A, Abraham A, et al. Financial ties of principal investigators and randomized controlled trial outcomes: cross sectional study. BMJ. 2017;356:i6770. doi:10.1136/bmj.i6770

16. Albizu-Garcia CE, Caraballo JN, Caraballo-Correa G, Hernandez-Viver A, Roman-Badenas L. Assessing need for medication-assisted treatment for opiate-dependent prison inmates. Subst Abus. 2012;33(1):60-69. doi:10.1080/08897077.2011.620462

17. Aleksandra Zgierska, Michael Miller, and David Rabago. Patient Satisfaction, Prescription Drug Abuse, and Potential Unintended Consequences. JAMA Vol 307, No. 13

18. All documents referenced or identified in the Expert Witness reports of March 25, 2019 (MDL 2804) and December 19, 2019

19. Allen, N. et al. Non-Pharmacological interventions for Neonatal Abstinence Syndrome. Addiction, 113, 1750–1752

20. Allen, S. et al. Correlates of Transactional Sex Among a Rural Population of People Who Inject Drugs. AIDS Behav. 2020 Mar;24(3):775-781

Exh. B-2

*Keyes Report*

21. Allen, S. et al. Estimating the Number of People Who Inject Drugs in A Rural County in Appalachia. Am J Public Health. 2019;109:445–450

22. Allen, S. et al. Take-home naloxone possession among people who inject drugs in rural West Virginia . Drug and Alcohol Dependence Volume 204, 1 November 2019, 107581

23. Pitt, A., *et al.*  Modeling Health Benefits and Harms of Public Policy Responses to the US Opioid Epidemic. Am J Public Health. 2018;108:1394–1400. doi:10.2105/AJPH.2018.304590

24. Alpert A, Powell D, Pacula RL. Supply-side drug policy in the presence of substitutes: evidence from the introduction of abuse-deterrent opioids. Am Econ J Econ Policy. 2018;10(3):1-35.

25. Altarac M, Saroha E. Lifetime prevalence of learning disability among US children. Pediatrics. 2007;119(Supplement 1):S77 LP-S83. doi:10.1542/peds.2006-2089L

26. American College of Obstetricians and Gynecologists. Opioid use and opioid use disorder in pregnancy. Committee opinion No. 711. Obstet Gynecol. 2017;130:e81-e94.

27. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, 4th ed. Text Revision (DSM-IV-TR). Published online 2000.

28. AMFAR. Opioid & Health Indicators Database. WV Opioid Epidemic. Available at: https://opioid.amfar.org/WV

29. Amlani A, McKee G, Khamis N, Raghukumar G, Tsang E, Buxton JA. Why the FUSS (Fentanyl Urine Screen Study)? A cross-sectional survey to characterize an emerging threat to people who use drugs in British Columbia, Canada. Harm Reduct J. 2015;12:54. doi:10.1186/s12954-015-0088-4

30. Anderson P, Chisholm D, Fuhr DC. Effectiveness and cost-effectiveness of policies and programmes to reduce the harm caused by alcohol. Lancet. 2009;373(9682):2234- 2246. doi:10.1016/S0140- 6736(09)60744-3

31. Anderson VC, Burchiel KJ. A prospective study of long-term intrathecal morphine in the management of chronic nonmalignant pain. Neurosurgery. 1999;44(2):281-289.

32. Andrew Kolodny, David T. Courtwright, Catherine S. Hwang, Peter Kreiner, John L. Eadie, Thomas W. Clark, and G. Caleb Alexander. The Prescription Opioid and Heroin Crisis: A Public Health Approach to an Epidemic of Addiction. Annu. Rev. Public Health 2015 . 36:559–74

33. Andrews L, Davies TH, Linz M and Payne M. Polydrug Abuse and Fetal Exposure: A Review. J Pediatr & Child Health Care. 2018; 3(1): 1019

34. Andrews, L. et al. Necrotizing enterocolitis and its association with the neonatal abstinence syndrome. Journal of Neonatal-Perinatal Medicine 13 (2020) 81–85

35. Appendices A-D to Lagisetty P, et al. Identifying individuals with opioid use disorder: Validity of ICD diagnostic codes for opioid use, dependence and abuse. Drug Alcohol Depend. 2021;221. https://www.sciencedirect.com/science/article/abs/pii/S0376871621000788?via%3Dihub

36. Aron J. Hall, Joseph E. Logan, Robin L. Toblin, James A. Kaplan, James C. Kraner, Danae Bixler, Alex E. Crosby, Leonard J. Paulozzi. Patterns of Abuse Among Unintentional Pharmaceutical Overdose Fatalities. JAMA Vol. 300, No. 22

37. Art Van Zee. The Promotion and Marketing of OxyContin: Commercial Triumph, Public Health Tragedy. American Journal of Public Health

Exh. B-3

*Keyes Report*

476. Lyna Z. Schieber, Gery P. Guy Jr, Puja Seth, Randall Young, Christine L. Mattson, Christina A. Mikosz, Richard A. Schieber. Supplementary Online Content to Trends and Patterns of Geographic Variation in Opioid Prescribing Practices by State, United States, 2006-2017. JAMA Network Open

477. Lyna Z. Schieber, Gery P. Guy Jr, Puja Seth, Randall Young, Christine L. Mattson, Christina A. Mikosz, Richard A. Schieber. Trends and Patterns of Geographic Variation in Opioid Prescribing Practices by State, United States, 2006-2017. JAMA Network Open

478. Macmadu A, Carroll JJ, Hadland SE, Green TC, Marshall BDL. Prevalence and correlates of fentanyl- contaminated heroin exposure among young adults who use prescription opioids non-medically. Addict Behav. 2017. doi:10.1016/j.addbeh.2017.01.014

479. Maddox, T. et al. Abnormal Presentation of Hypoxic Ischemic Encephalopathy Attributed to Polysubstance Exposure Am J Case Rep. 2019; 20: 1715–1718

480. Maguire DJ, Taylor S, Armstrong K, et al. Long-term outcomes of infants with neonatal abstinence syndrome. Neonatal Netw. 2016;35(5):277-286. doi:10.1891/0730- 0832.35.5.277

481. Magura S, Lee JD, Hershberger J, et al. Buprenorphine and methadone maintenance in jail and post- release: a randomized clinical trial. Drug Alcohol Depend. 2009;99(1-3):222-230. doi:10.1016/j.drugalcdep.2008.08.006

482. Manchikanti et.al  Prevalence of prescription drug abuse and dependency in patients with chronic pain in western Kentucky. J Ky Med Assoc 2003;101:511–17

483. Manchikanti L, Pampati V, Damron KS, Beyer CD, Barnhill RC, Fellows B. Prevalence of prescription drug abuse and dependency in patients with chronic pain  in western Kentucky. J Ky Med Assoc. 2003;101(11):511-517.

484. Manuel Cano, Ying Huang, Drug and Alcohol Dependence, https://doi.org/10.1016/j.drugalcdep.2020.108384

485. Mark C. Bicket, MD; Jane J. Long, BS; Peter J. Pronovost, MD, PhD; G. Caleb Alexander, MD, MS; Christopher L.Wu, MD.  Prescription Opioid Analgesics Commonly Unused After Surgery A Systematic Review. JAMA - JAMA Surg. 2017;152(11):1066-1071.

486. Mark TL, Lubran R, McCance-Katz EF, Chalk M, Richardson J. Medicaid coverage of medications to treat alcohol and opioid dependence. J Subst Abuse Treat. 2015;55:1- 5. doi:10.1016/j.jsat.2015.04.009

487. Mars SG, Bourgois P, Karandinos G, Montero F, Ciccarone D. "Every 'Never' I Ever Said Came True": Transitions from opioid pills to heroin injecting. Int J Drug Policy. 2014;25(2):257-266. doi:https://doi.org/10.1016/j.drugpo.2013.10.004

488. Marsden J, Stillwell G, Jones H, et al. Does exposure to opioid substitution treatment in prison reduce the risk of death after release? A national prospective observational study in England. Addiction. 2017;112(8):1408-1418. doi:10.1111/add.13779

489. Marsden P V. Core Discussion Networks of Americans. Am Sociol Rev. 1987;52(1):122. doi:10.2307/2095397

490. Marsh, Clay B. MD (2017) "Physician, Heal Thy Community," Marshall Journal of Medicine: Vol. 3: Iss. 3, Article 2.

491. Marshall University (Edwards) - Best Medical Schools - US News

Exh. B-28

*Keyes Report*

459. Lee JD, McDonald R, Grossman E, et al. Opioid treatment at release from jail using extended-release naltrexone: a pilot proof-of-concept randomized effectiveness trial. Addiction. 2015;110(6):1008-1014. doi:10.1111/add.12894

460. Lee JD, Nunes EVJ, Novo P, et al. Comparative effectiveness of extended-release naltrexone versus buprenorphine-naloxone for opioid relapse prevention (X:BOT): a multicentre, open-label, randomised controlled trial. Lancet. 2018;391(10118):309-318. doi:10.1016/S0140-6736(17)32812-X

461. Leonard J. Paulozzi, Karin A. Mack, Jason M. Hockenberry,, Vital Signs: Variation Among States in Prescribing of Opioid Pain Relievers and Benzodiazepines — United States, 2012. MMWR - Vol. 63 No. 26

462. Lester, Will; Andrews, Lacey; Nellhaus, Emma M.; Murray, Sara; Loudin, Sean; and Davies, Todd H.  (2019) "Symptomology Associated with in Utero Exposures to Polysubstance in an Appalachian Population," Marshall  Journal of Medicine: Vol. 5: Iss. 2, Article 9.

463. Lipari RN, Hughes A. How people obtain the prescription pain relievers they misuse. CBHSQ Rep. 2017.

464. Live Stories Cabell County 2017 Opioid Death Statistics https://www.livestories.com/statistics/us-data-reports

465. Local Data: West Virginia - AIDSVu. January 13, 2020

466. Local Data: West Virginia - HepVu. Feb. 11, 2020

467. Loudin, S. Caring for Babies Thinking of Families.  Marshall Univ. presentation

468. Loudin, S. et al. A management strategy that reduces NICU admissions and decreases charges from the front line of the neonatal abstinence syndrome epidemic. J Perinatol. 2017 Oct; 37(10): 1108–1111.

469. Loudin, S. Identifying Co-Exposure to Opiates and Gabapentin During Pregnancy. The Journal of Pediatrics. February 2020 Volume 217, Pages 196–198

470. Loudin, S. Opioid epidemic-- is there an end in sight. Marshall Journal of Medicine: Vol. 3: Iss. 4, Article 4.

471. Loudin, S., et al. An Atypical Withdrawal Syndrome in Neonates Prenatally Exposed to Gabapentin and Opioids. J Pediatr 2017;181:286-8

472. Loudin, Sean (2018) "The State of Neonatal Abstinence Syndrome in West Virginia," Marshall Journal of Medicine: Vol. 4: Iss. 3, Article 3

473. Lundgren LM, Fitzgerald T, Young N, Amodeo M, Schilling RF. Medication assisted drug treatment and child well-being. Child Youth Serv Rev. 2007;29(8):1051-1069. doi:https://doi.org/10.1016/j.childyouth.2007.04.003

474. Lyapustina T, Rutkow L, Chang HY, et al. Effect of a "pill mill" law on opioid prescribing and utilization: The case of Texas. Drug Alcohol Depend. 2016;159:190-197. doi:10.1016/j.drugalcdep.2015.12.025

475. Lyn O'Connell_ Negativity sells, but it is selling our city short. https://www.herald-dispatch.com/opinion/lyn-o-connell-negativity-sells-but-it-is-selling-our/article_ffb3f3b4-5001-5ddd-bff8-304f517b43ab.html

*Keyes Report*

38. ASPPH Report and Recommendation from the ASPPH Bringing Science to Bear on Opioids: Task Force on Public Health Initiatives to Address the Opioid Crisis November 2019

39. Assurance of Discontinuance Pursuant to Exec Law §63(15)

40. Atluri S, Sudarshan G, Manchikanti L. Assessment of the trends in medical use and misuse of opioid analgesics from 2004 to 2011. Pain Physician. 2014;17(2):E119-28.

41. Attila Mihalik.  A Call to Action: America's Painful Addiction.  Inside Pain Management Vol 3, No. 3

42. Attorney General Patrick Morrisey. DEA's failure to combat diversion cost lives: Results from the West Virginia Attorney General's investigation into the DEA's catastrophic failure to manage the National Drug Quota System from 2010-2016. 2020.

43. Babcok, C. Bringing Naloxone to Ground Zero: Huntington, WV. Journal of the American Pharmacists Association 57 (2017) S8eS11

44. Babor T. Alcohol: No Ordinary Commodity: Research and Public Policy. Oxford University Press; 2010.

45. Baggett TP. Overdose Fatality and Surveillance as a Method for Understanding Mortality Trends in Homeless Populations—Reply. JAMA Intern Med. 2013. doi:10.1001/jamainternmed.2013.7766

46. Ball JC, Englander DM, Chambers CD. The Incidence and Prevalence of Opiate Addiction in the United States. In: Ball JC, Chambers CD, eds. The Epidemiology of Opiate Addiction in the United States. Springfield, IL: Charles C. Thomas; 1970:68-78

47. Ballreich, J., Mansour, O., Hu, E., Chingcuanco, F., Pollack, H. A., Dowdy, D. W., & Alexander, G. C. (2020). Modeling mitigation strategies to reduce opioid-related morbidity and mortality in the US. JAMA network open, 3(11), e2023677-e2023677

48. Banerjee G, Edelman EJ, Barry DT, et al. Non-medical use of prescription opioids is associated with heroin initiation among US veterans: a prospective cohort study. Addiction. 2016. doi:10.1111/add.13491

49. Barocas JA, White LF, Wang J, et al. Estimated prevalence of opioid use disorder in Massachusetts, 2011-2015: a capture-recapture analysis. Am J Public Health. 2018;108(12):1675-1681. doi:10.2105/AJPH.2018.304673

50. Barry S. Summit County Sheriff's Office 2017 Annual Report. https://co.summitoh.net/SHERIFF/images/stories/PDFs/2017 annual report.pdf. Published 2018.

51. Bartels K, Mayes L, Dingmann C, Bullard K, Hopfer C, Binswanger IA. Opioid use and storage patterns by patients after hospital discharge following surgery. PLoS One. 2016;11(1):e0147972.

52. Bates MC, Annie F, Jha A, Kerns F. Increasing incidence of IV-drug use associated endocarditis in southern West Virginia and potential economic impact. Clin Cardiol. 2019;42(4):432-437. doi:10.1002/clc.23162

53. Bates, et al. Increasing incidence of IV drug use associated endocarditis in WV Increasing incidence of IV-drug use associated endocarditis in southern West Virginia and potential economic impact. Clinical Cardiology. 2019;42:432–437.

54. Bauer-Leffler S, Haas S. West Virginia correctional population forecast, 2010-2020: a study of the state's prison population. Off Res Strateg Planning, Crim Justice Stat Anal Center State West Virginia Dep Mil Aff Public Saf Div Justice Community Serv. 2011.

55. Becker WC, Sullivan LE, Tetrault JM, Desai RA, Fiellin DA. Non-medical use, abuse and dependence on prescription opioids among U.S. adults: Psychiatric, medical and substance use correlates. Drug Alcohol Depend. 2008;94(1-3):38-47. doi:10.1016/j.drugalcdep.2007.09.018

56. Beaulieu, E., DiGennaro, C., Stringfellow, E., Connolly, A., Hamilton, A., Hyder, A., ... & Jalali, M. S. (2020). Economic Evaluation in Opioid Modeling: Systematic Review. Value in Health

57. Benedikt Fischer, Annette Keates, Gerhard Bühringer, Jens Reimer, and Jürgen Rehm. Non-medical use of prescription opioids and prescription opioid-related harms: why so markedly higher in North America compared to the rest of the world?. Addiction - Society for the Study of Addiction

58. Berna C, Kulich RJ, Rathmell JP. Tapering Long-term Opioid Therapy in Chronic Noncancer Pain: Evidence and Recommendations for Everyday Practice. Mayo Clin Proc. 2015;90(6):828-842. doi:https://doi.org/10.1016/j.mayocp.2015.04.003

59. Bohnert, A. et al. Understanding Links among Opioid Use, Overdose, and Suicide. N Engl J Med 2019;380:71-9.

60. Boscarino JA, Hoffman SN, Han JJ. Opioid-use disorder among patients on long- term opioid therapy: impact of final DSM-5 diagnostic criteria on prevalence and correlates. Subst Abuse Rehabil. 2015;6:83-91. doi:10.2147/SAR.S85667

61. Boslett, A. et al. Using contributing causes of death improves prediction of opioid involvement in unclassified drug overdoses in US death records. Society for the Study of Addiction 2019

62. Bouckoms AJ, Masand P, Murray GB, Cassem EH, Stern TA, Tesar GE. Chronic nonmalignant pain treated with long-term oral narcotic analgesics. Ann Clin Psychiatry. 1992;4(3):185-192. doi:10.3109/10401239209149570

63. Bowden, N, Merino, R., Katamneni, S., Coustasse, A. (2018, April). The cost of the opioid epidemic in West Virginia. Paper presented at the 54th Annual MBAA Conference, Chicago, IL

64. Bowers, Robert C.; Hatfield Kresch, Makenzie; Roy, Amy; Lancaster, Danielle; and Yoost, Jennie L. (2019) "Failure of effective contraception in opioid addicted mothers: a disparity in planned and actual usage, "Marshall Journal of Medicine: Vol. 5: Iss. 1, Article 7.

65. Boyd CJ, McCabe SE, Cranford JA, Young A. Prescription drug abuse and diversion among adolescents in a southeast Michigan school district. Arch Pediatr Adolesc Med. 2007;161(3):276-281.doi:10.1001/archpedi.161.3.276

66. Braden JB, Edlund MJ, Sullivan MD. Suicide deaths with prescription opioid poisoning in the United States: 1999-2014. Am J Public Health. 2017;107(3):421-426. doi:10.2105/AJPH.2016.303591

67. Brandenburg MA. Prescription opioids are associated with population mortality in US deep south middle-age non-hispanic whites: an ecological time series study. Front Public Heal. 2019;7:252. https://www.frontiersin.org/article/10.3389/fpubh.2019.00252.

68. Brett Poe, Research Associate, and Alaina Boyer. Addressing the Opioid Epidemic How the Opioid Crisis Affects Homeless Populations.  National Health Care for the Homeless Council Fact Sheet (May 2017)

443. Ko JY, Patrick SW, Tong VT, Patel R, Lind JN, Barfield WD. Incidence of Neonatal Abstinence Syndrome—28 States, 1999–2013. Morb Mortal Wkly Rep. 2016;65(31):799-802.

444. Kocherlakota P. Neonatal abstinence syndrome. *Pediatrics*. 2014;134(2):e547 LP-e561. doi:10.1542/peds.2013-3524

445. Konapur, R. et al Combative Treatment for Carfentanil Epidemic _ Journal of Addictions Nursing. Vol 30. Nos 1, 2-3. 2019

446. Kramer. Fatal Opioid Overdoses May Be More Common Than Thought. Public Health June 1, 2020

447. Krupitsky E, Nunes E V, Ling W, Illeperuma A, Gastfriend DR, Silverman BL. Injectable extended- release naltrexone for opioid dependence: a double-blind, placebo- controlled, multicentre randomised trial. Lancet. 2011;377(9776):1506-1513. doi:10.1016/S0140-6736(11)60358-9

448. Lagisetty P, et al. Identifying individuals with opioid use disorder: Validity of ICD diagnostic codes for opioid use, dependence and abuse. Drug Alcohol Depend. 2021;221. https://www.sciencedirect.com/science/article/abs/pii/S0376871621000788?via%3Dihub

449. Lagisetty P, Garpestad C, Larkin A, et al. Identifying individuals with opioid use disorder: Validity of International Classification of Diseases diagnostic codes for opioid use, dependence and abuse. *Drug Alcohol Depend*. 2021;221:108583. doi:10.1016/j.drugalcdep.2021.108583

450. Lake County, Ohio. Coroner's page. https://www.lakecountyohio.gov/coroner/

451. Lanemark, et al. Drug Abuse in Migraine Patients. Pain, 19 (1984) 81-86

452. Lankenau SE, Teti M, Silva K, Bloom JJ, Harocopos A, Treese M. Initiation into Prescription Opioid Misuse among Young Injection Drug Users. Int J Drug Policy. 2012;23(1):37-44. doi:10.1016/j.drugpo.2011.05.014

453. Larkin I, Ang D, Steinhart J, et al. Association between academic medical center pharmaceutical detailing policies and physician prescribing. JAMA. 2017;317(17):1785-1795. doi:10.1001/jama.2017.4039

454. Larney, Sarah, et al. "All-cause and cause-specific mortality among people using extramedical opioids: a systematic review and meta-analysis." JAMA psychiatry 77.5 (2020): 493-502.

455. Larochelle MR, Zhang F, Ross-Degnan D, Wharam JF. Trends in opioid prescribing and co-prescribing of sedative hypnotics for acute and chronic musculoskeletal pain: 2001-2010. Pharmacoepidemiol Drug Saf. 2015;24(8):885-892. doi:10.1002/pds.3776

456. Laxmaiah Manchikanti, Standiford Helm II, Bert Fellows, Jeffrey W. Janata, Vidyasagar Pampati, Jay S. Grider, and Mark V. Boswell. Opioid Epidemic in the United States. Pain Physician

457. Laxmaiah Manchikanti.  Prescription Drug Abuse: What is Being Done to Address This New Drug Epidemic? Testimony Before the Subcommittee on Criminal Justice, Drug Policy and Human Resources. Pain Physician

458. Lee JD, Friedmann PD, Kinlock TW, et al. Extended-Release Naltrexone to Prevent Opioid Relapse in Criminal Justice Offenders. N Engl J Med. 2016;374(13):1232-1242. doi:10.1056/NEJMoa1505409

*Keyes Report*

427. Keyes KM, Hamilton AD, Swanson JM, Tracy M, Cerdá M. Simulating the suicide prevention effects of firearms restrictions based on psychiatric hospitalization and treatment records: Social benefits and unintended adverse consequences. Am J Public Health. 2019;109(S3):S236-S243.

428. Keyes KM, Hasin DS. Socio-economic status and problem alcohol use: the positive relationship between income and the DSM-IV alcohol abuse diagnosis. Addiction. 2008;103(7):1120-1130. doi:10.1111/j.1360-0443.2008.02218.x

429. Keyes KM, Krueger RF, Grant BF, Hasin DS. Alcohol craving and the dimensionality of alcohol disorders. Psychol Med. 2011;41(3):629-640. doi:10.1017/S003329171000053X

430. Keyes KM, Rutherford C, Popham F, Martins SS, Gray L. How Healthy Are Survey Respondents Compared with the General Population?: Using Survey-linked Death Records to Compare Mortality Outcomes. Epidemiology. 2018;29(2):299-307. doi:10.1097/EDE.0000000000000775

431. Keyes KM, Shev A, Tracy M, Cerdá M. Assessing the impact of alcohol taxation on rates of violent victimization in a large urban area: an agent-based modeling approach. Addiction. 2019;114(2):236-247.

432. Keyes, K, et al. Is There a Recent Epidemic of Women's Drinking? A Critical Review of National Studies. Alcohol Clin Exp Res, Vol 43, No 7, 2019: pp 1344–1359

433. Keyes, K, et al. Stress and Alcohol. Epidemiologic Evidence. Alcohol Research. 391-97

434. Khan NF, Bateman BT, Landon JE, Gagne JJ. Association of opioid overdose with opioid prescriptions to family members. JAMA Intern Med. 2019;179(9):1186-1192. doi:10.1001/jamainternmed.2019.1064

435. Khary K. Rigg, Samantha J. March, James A, Inciardi. Prescription Drug Abuse & Diversion: Role of the Pain Clinic. Journal of Drug Issues 0022-0426/10/03

436. Khary K. Rigg, Steven P. Kurtz, and Hilary L. Surratt. Patterns of prescription medication diversion among drug dealers. Drugs (Abingdon Engl).

437. Khosla N, Juon HS, Kirk GD, Astemborski J, Mehta SH. Correlates of non- medical prescription drug use among a cohort of injection drug users in Baltimore City. Addict Behav. 2011;36(12):1282-1287. doi:10.1016/j.addbeh.2011.07.046

438. Kids Count Data Center Children who had a parent who was ever incarcerated in West Virginia April 2019

439. Kids' Inpatient Database (KID) and the Nationwide Inpatient Sample (NIS), part of the HCUP family of databases

440. Kilmer B, Everingham S, Caulkins J, et al. What America's Users Spend on Illegal Drugs: 2000-2010. Santa Monica, CA; 2014.

441. Kinder R. Kids in care: where are all the children in foster care? Charleston Gazette-Mail. https://www.wvgazettemail.com/life/columns/kids-in-care-where-are-all-the-children-in-foster/article_7fcfcee9-bb7b-5fd3-969f-185fd16349ed.html. Published 2019.

442. Kinlock TW, Gordon MS, Schwartz RP, Fitzgerald TT, O'Grady KE. A randomized clinical trial of methadone maintenance for prisoners: results at 12 months post release. J Subst Abuse Treat. 2009;37(3):277-285. doi:10.1016/j.jsat.2009.03.002

*Keyes Report*

69. Brian J.Piper, Clare E. Desrosiers, John W. Lipovsky, Matthew A. Rodney, Robert P. Baker, Kenneth L. McCall, Stephanie D. Nichols and Sarah L. Martin. Use and Misuse of Opioids in Maine: Results From Pharmacists, the Prescription Monitoring, and the Diversion Alert Programs. Department of Psychology, Bowdoin College, Brunswick, ME

70. Brian T. Yeh. Legal Authorities Under the Controlled Substances Act to Combat the Opioid Crisis. Congressional Research Service

71. Bridget M. Kuehn. CDC: Major Disparities in Opioid Prescribing Among States Some States Crack Down on Excess Prescribing. JAMA

72. Brighthaupt SC, Stone EM, Rutkow L, McGinty EE. Effect of pill mill laws on opioid overdose deaths in Ohio & Tennessee: a mixed-methods case study. Prev Med (Baltim). 2019;126:105736. doi:https://doi.org/10.1016/j.ypmed.2019.05.024

73. Brown R, Riley MR, Ulrich L, et al. Impact of New York prescription drug monitoring program, I-STOP, on statewide overdose morbidity. Drug Alcohol Depend. 2017;178:348-354. doi:https://doi.org/10.1016/j.drugalcdep.2017.05.023

74. Bruce Gundy Deposition Testimony Excerpts – MDL 2804 CT1, November 7, 2018

75. Brundage SC, Fifield A, Partridge L. The ripple effect: national and state estimates of the U.S. opioid epidemic's impact on children. United Hosp Fund. 2019.

76. Brundage, Suzanne C., and Carol Levine. "The ripple effect: The impact of the opioid epidemic on children and families." United Hospital Fund and Milbank Memorial Fund (2019).

77. Burns RM, Pacula RL, Bauhoff S, et al. Policies related to opioid agonist therapy for opioid use disorders: the evolution of state policies from 2004 to 2013. *Subst Abus*. 2016;37(1):63-69. doi:10.1080/08897077.2015.1080208

78. Buse, D., et al. Chronic Migraine Prevalence, Disability, and Sociodemographic Factors: Results From the American Migraine Prevalence and Prevention Study. Headache 2012. 1456-70. doi: 10.1111/j.1526-4610.2012.02223.x

79. Butler SF, Budman SH, Fernandez K, Jamison RN. Validation of a screener and opioid assessment measure for patients with chronic pain. Pain. 2004;112(1-2):65-75. doi:10.1016/j.pain.2004.07.026

80. Cabell County Family Resource Network http://dhhr.wv.gov/bcf/Services/Pages/Safe-At-Home-West-Virginia.aspx

81. Cabell County prescription opioid and heroin awareness-toolkit

82. Cabell County Resiliency Plan January 2020

83. Cabell County, WV - Profile data - Census Reporter. Jan. 17, 2020

84. Cabell Drop Off Locations. https://ago.wv.gov/consumerprotection/Fighting Substance Abuse/Pages/DropOffLocations.aspx?DropOffCounty=Cabell

85. Cabell ED visits for drug overdose ER visits for 2019-2020. Feb. 29, 2020

86. Cabell Huntington Hospital-Standard-Charges

87. Cabell WV Resiliency Plan 09.03.2019

88. Cabell. Prescription Opioid Problematic Prescribing Indicators County Report. October 2017

Exh. B-25

Exh. B-6

*Keyes Report*

89.     CAH DEA Order  from Auburn, Wash. Facility

90.     Caleb Alexander. An Epidemic in the Midst of a Pandemic: Opioid Use Disorder and COVID-19. Ann Intern Med. doi:10.7326/M20-1141

91.     Callaham ML, Baxt WG, Waeckerle JF, Wears RL. Reliability of editors' subjective quality ratings of peer reviews of manuscripts. JAMA. 1998;280(3):229-231.

92.     Campbell CA, Hahn RA, Elder R, et al. The Effectiveness of Limiting Alcohol Outlet Density As a Means of Reducing Excessive Alcohol Consumption and Alcohol-Related Harms. Am J Prev Med. 2009;37(6):556-569. doi:10.1016/j.amepre.2009.09.028

93.     Cano M, Huang Y. Overdose deaths involving psychostimulants with abuse potential, excluding cocaine: State-level differences and the role of opioids. *Drug Alcohol Depend*. Published online October 2020:108384. doi:10.1016/j.drugalcdep.2020.108384

94.     Cardinal Health Inc. Agrees to pay $34 million to settle claims that it failed to report suspicious sales of Widely-Abused Controlled Substances. October 2, 2008. USAO

95.     Cardinal Health to Cease Distribution of Controlled Substances from Florida Facility

96.     Carey CM, Lieber EMJ, Miller S. Drug firms' payments and physicians' prescribing behavior in Medicare Part D. 2017:1-55.

97.     Carol J. Boyd, Christian J. Teter, Brady T. West, Michele Morales and Dean Esteban McCabe. Non-Medical Use of Prescription Analgesics: A three Year Nation Longitudinal Study.  Journal of Addictive Diseases, 28:232-242.

98.     Case A, Deaton A. Rising morbidity and mortality in midlife among white non- Hispanic Americans in the 21st century. Proc Natl Acad Sci. 2015;112(49):15078-15083. doi:10.1073/pnas.1518393112

99.     Cases of HIV confirmed in Cabell County vide. https://www.youtube.com/watch?v=nWJg273TNpU

100.    CBER and Economic Research. Crime Statistics Analysis and Research for the City of Huntington. Oct 10, 2015

101.    CDC Wonder Multiple Cause of Death 1999-2019 database

102.    CDC, *Number and Age-Adjusted Rates of Drug-Poisoning Deaths Involving Opioid Analgesics and Heroin: United States, 1999–2014*.; 2015

103.    CDC. NVSS Provisional Drug Overdose Death Counts. 7/5/2020

104.    Celine Gounder. Who Is Responsible for the Pain Pill Epidemic?. The New Yorker

105.    Census of State and Local Law Enforcement Agencies 2008. USDJ

106.    Centers for Disease Control and Prevention. CDC Grand Rounds: Prescription Drug Overdoses - a US Epidemic. CDC MMWR:CDC Grand Rounds: Prescription Drug Overdoses - a US Epidemic

107.    Centers for Disease Control and Prevention. Increases in Drug and Opioid Overdose Deaths - United States, 2000-2014. CDC MMWR: Increases in Drug and Opioid Overdose Deaths — United States, 2000–2014

108.    Centers for Disease Control and Prevention. Lung cancer statistics. 2019. https://www.cdc.gov/cancer/lung/statistics/index.htm.

Exh. B-7

411.    Joshua A. Barocas, Laura F. White, Jianing Wang, Alexander Y. Walley, Marc R. LaRochelle, Dana Bernson, Thomas Land, Jake R. Morgan, Jeffrey H. Samet, and Benjamin P. Linas. Estimated Prevalence of Opioid Use Disorder in Massachusetts, 2011–2015: A Capture–Recapture Analysis.  AJPH Vol 108, No. 12

412.    Kann L, McManus T, Harris WA, et al. Youth risk behavior surveillance - United States, 2017. MMWR Surveill Summ. 2018. doi:10.15585/mmwr.ss670

413.    Karow A, Verthein U, Pukrop R, et al. Quality of life profiles and changes in the course of maintenance treatment among 1,015 patients with severe opioid dependence. Subst Use Misuse. 2011;46(6):705-715. doi:10.3109/10826084.2010.509854

414.    Kate M. Dunn, Kathleen W. Saunders, Carolyn M. Rutter, Caleb J. Banta-Green, Joseph O. Merrill, Mark D. Sullivan, Constance M. Weisner, Michael J. Silverberg, Cynthia I. Campbell, Bruce M. Psaty, and Michael Von Korff. Opioid Prescriptions for Chronic Pain and Overdose A Cohort Study.  Annals of Internal Medicine (Ann Intern Med. 152:85-92)

415.    Kathryn L. Hahn. Strategies to Prevent Opioid Misuse, Abuse, and Diversion That May Also Reduce the Associated Costs. American Health & Drug Benefits. 2011;4(2):107- 114

416.    Katon W, Egan K, Miller D. Chronic pain: lifetime psychiatric diagnoses and family history. Am J Psychiatry. 1985;142(10):1156-1160. doi:10.1176/ajp.142.10.1156

417.    Katz NP, Sherburne S, Beach M, et al. Behavioral monitoring and urine toxicology testing in patients receiving long-term opioid therapy. Anesth Analg. 2003;97(4):1097-1102.

418.    Katz, J, et al. In Shadow of Pandemic, U.S. Drug Overdose Deaths Resurge to Record. NYT July 15, 2020

419.    Keane C, Egan JE, Hawk M. Effects of naloxone distribution to likely bystanders: Results of an agent- based model. Int J Drug Policy. 2018;55:61-69.

420.    Keeshin, S. et al. Endocarditis as a Marker for New Epidemics of Injection Drug Use. Am J Med Sci. 2016 Dec; 352(6): 609–614.

421.    Kelty E, Hulse G. Examination of mortality rates in a retrospective cohort of patients treated with oral or implant naltrexone for problematic opiate use. Addiction. 2012;107(10):1817—1824. doi:10.1111/j.1360-0443.2012.03910.x

422.    Kennedy-Hendricks A, Richey M, McGinty EE, Stuart EA, Barry CL, Webster DW. Opioid overdose deaths and Florida's crackdown on pill mills. Am J Public Health. 2015;106(2):291-297. doi:10.2105/AJPH.2015.302953

423.    Kersey L.  Cabell judge says judicial views on drug treatment have changed. https://www.wvgazettemail.com/news/health/cabell-judge-says-judicial-views-on-drug-treatment-havechanged/article_d948d333-e270-5eab-8278-9e01274fc802.html

424.    Keyes KM, Galea S. Epidemiology Matters: A New Introduction to Methodological Foundations. Oxford University Press; 2014

425.    Keyes KM, Galea S. Population Health Science. New York, NY: Oxford University Press; 2016.

426.    Keyes KM, Geier T, Grant BF, Hasin DS. Influence of a drinking quantity and frequency measure on the prevalence and demographic correlates of DSM-IV alcohol dependence. Alcohol Clin Exp Res. 2009;33(5):761-771. doi:10.1111/j.1530-0277.2009.00894.x

Exh. B-24

*Keyes Report*

395. James A. Inciardi, Hilary L. Surratt, Steven P. Kurtz, and Theodore J. Cicero. Mechanisms of Prescription Drug Diversion Among Drug-Involved Club- and Street-Based Populations. Pain Medicine Volume 8, Number 2

396. James A. Inciardi, Hilary L. Surratt, Yamilka Lugo, and Theodore J. Cicero. The Diversion of Prescription Opioid Analgesics. Law Enforcement Executive Forum

397. Jamison RN, Butman SF, Budman SH, Edwards RR, Wasan AD. Gender Differences in Risk Factors for Aberrant Prescription Opioid Use. J Pain. 2010;11(4):312-320. doi:https://doi.org/10.1016/j.jpain.2009.07.016

398. Jane C. Ballantyne, M.D., and Jianren Mao, M.D., Ph.D..  Opioid Therapy for Chronic Pain. New England Journal of Medicine. November 13, 2013 - N Engl J Med 2003;349:1943-53.

399. Jeanette M. Tetrault and Jenna L. Butner. Non-Medical Prescription Opioid Use and Prescription Opioid Use Disorder: A Review. Yale Journal of Biology and Medicine 88, pp.227-233

400. Jennifer J. Carroll, Traci C. Green, and Rita K. Noonan. Evidence-Based Strategies for Preventing Opioid Overdose: What's Working in the United States An introduction for public heath, law enforcement, local organizations, and others striving to serve their community. Centers for Disease Control and Prevention - national Center for Injury Prevention and Control

401. Jennifer P. Schneider and Kenneth L. Kirsh.  Defining clinical issues around tolerance, hyperalgesia, and addiction: A quantitative and qualitative outcome study of long-term opioid dosing in a chronic pain practice. Journal of Opioid Management

402. Jesse C. Vivian.  DEA Continues Corporate Responsibility Drive.  US Pharmacist, 37(5):56-58

403. Jessica M. Irvine, Sara E. Hallvik, Christi Hildebran, Miguel Marino, Todd Beran, and Richard A. Deyo.  Who Uses a Prescription Drug Monitoring Program and How? Insights from a Statewide Survey of Oregon Clinicians. J Pain.

404. John J. Coleman. The Supply Chain of Medicinal Controlled Substances: Addressing the Achilles Heel of Drug Diversion. Journal of Pain & Palliative Care Pharmacotherapy

405. Jones CM, Campopiano M, Baldwin G, McCance-Katz E. National and state treatment need and capacity for opioid agonist medication-assisted treatment. Am J Public Health. 2015;105(8):e55-e63. doi:10.2105/AJPH.2015.302664

406. Jones CM, Mack KA, Paulozzi LJ. Pharmaceutical overdose deaths, United States, 2010. JAMA. 2013;309(7):657-659. doi:10.1001/jama.2013.272

407. Jones CM, McAninch JK. Emergency department visits and overdose deaths from combined use of opioids and benzodiazepines. Am J Prev Med. 2015;49(4):493-501. doi:10.1016/j.amepre.2015.03.040

408. Jones CM. Heroin use and heroin use risk behaviors among nonmedical users of prescription opioid pain relievers - United States, 2002-2004 and 2008-2010. *Drug Alcohol Depend.* 2013;132(1-2):95-100. doi:10.1016/j.drugalcdep.2013.01.007

409. Jones JD, Mogali S, Comer SD. Polydrug abuse: a review of opioid and benzodiazepine combination use. Drug Alcohol Depend. 2012;125(1-2):8-18. doi:10.1016/j.drugalcdep.2012.07.004

410. Joseph Darius Jaafari "Born into Rehab: Giving Life to West Virginia's Tiniest Opioid Victims January 17, 2018

Exh. B-23

*Keyes Report*

109. Centers for Disease Control and Prevention. Module 6: Dosing and titration of opioids: how much, how long, and how and when to stop? 2017. https://www.cdc.gov/drugoverdose/training/dosing/accessible/index.html.

110. Centers for Disease Control and Prevention. Multiple Cause of Death 1999-2017. Vital Statistics Cooperative Program. Natl Cent Heal Stat. 2018.

111. Centers for Disease Control and Prevention. Natality public-use data on CDC WONDER online database for years 2007-2018. 2019.

112. Centers for Disease Control and Prevention. Opioid Data Analysis and Resources. Published online 2020.

113. Centers for Disease Control and Prevention. Opioid overdose - commonly used terms. 2019. https://www.cdc.gov/drugoverdose/opioids/terms.html.

114. Centers for Disease Control and Prevention. Press Release - Prescription painkiller overdoses at epidemic levels.  CDC Online Newsroom

115. Centers for Disease Control and Prevention. Synthetic opioid overdose data. 2019. https://www.cdc.gov/drugoverdose/data/fentanyl.html.

116. Centers for Disease Control and Prevention. U.S. county prescribing rates. 2016. https://www.cdc.gov/drugoverdose/maps/rxcounty2016.html.

117. Centers for Disease Control and Prevention. U.S. opioid prescribing rate maps. Available at https://www.cdc.gov/drugoverdose/maps/rxrate-maps.html

118. Centers for Disease Control and Prevention. U.S. opioid prescribing rate maps. Natl Cent Inj Prev Control. 2018. https://www.cdc.gov/drugoverdose/maps/rxrate-maps.html.

119. Centers for Disease Control and Prevention. Understanding the Epidemic: CDC MMWR: Increases in Drug and Opioid Overdose Deaths — United States, 2000–2014

120. Centers for Disease Control and Prevention. Understanding the Epidemic. Centers for Disease Control and Prevention - Updated August 30, 2017

121. Centers for Disease Control and Prevention. Vital signs: overdoses of prescription opioid pain relievers - United States, 1999-2008. Morb Mortal Wkly Rep. 2011;60(43):1487-1492.

122. Centers for Disease Control and Prevention. WISQARS: Web-based injury statistics query and reporting system. 2019. https://www.cdc.gov/injury/wisqars/index.html.

123. Centers for Medicare & Medicaid Service Open Payments database. Available at https://www.cms.gov/OpenPayments

124. Cepeda MS, Fife D, Chow W, Mastrogiovanni G, Henderson SC. Opioid shopping behavior: how often, how soon, which drugs, and what payment method. J Clin Pharmacol. 2013;53(1):112-117. doi:10.1177/0091270012436561

125. Cepeda MS, Fife D, Ma Q, Ryan PB. Comparison of the risks of opioid abuse or dependence between tapentadol and oxycodone: results from a cohort study. J Pain. 2013;14(10):1227-1241. doi:10.1016/j.jpain.2013.05.010

126. Cerda M, Ponicki W, Smith N, et al. Measuring relationships between proactive reporting state-level prescription drug monitoring programs and county-level fatal prescription opioid overdoses. Epidemiology. October 2019. doi:10.1097/EDE.0000000000001123

Exh. B-8

*Keyes Report*

127. Cerdá M, Santaella J, Marshall BDL, Kim JH, Martins SS. Nonmedical Prescription Opioid Use in Childhood and Early Adolescence Predicts Transitions to Heroin Use in Young Adulthood: A National Study. J Pediatr. 2015;167(3):605-612. doi:10.1016/j.jpeds.2015.04.071

128. Cerdá M, Tracy M, Keyes KM. Reducing urban violence: a contrast of public health and criminal justice approaches. Epidemiology. 2018;29(1):142-150.

129. Chabal, C., et al. Prescription Opiate Abuse in Chronic Pain Patients: Clinical Criteria, Incidence, and Predictors. The Clinical Journal of Pain: June 1997 - Volume 13 - Issue 2 - p 150-155

130. Chandler RK, Fletcher BW, Volkow ND. Treating drug abuse and addiction in the criminal justice system: improving public health and safety. JAMA. 2009;301(2):183-190. doi:10.1001/jama.2008.976

131. Chang H-Y, Murimi I, Faul M, Rutkow L, Alexander GC. Impact of Florida's prescription drug monitoring program and pill mill law on high-risk patients: a comparative interrupted time series analysis. Pharmacoepidemiol Drug Saf. 2018;27(4):422-429. doi:10.1002/pds.4404

132. Chang H-Y, et al. Impact of prescription drug monitoring programs and pill mill laws on high-risk opioid prescribers: A comparative interrupted time series analysis. Drug and Alcohol Dependence 165 (2016) 1–8

133. Chen JH, Humphreys K, Shah NH, Lembke A. Distribution of Opioids by Different Types of Medicare Prescribers. JAMA Intern Med. 2016;176(2):259-261. doi:10.1001/jamainternmed.2015.6662

134. Chen X, *et al*. A large-scale retrospective study of opioid poisoning in New York State with implications for targeted interventions. *Sci Rep*. 2021;11(1):1-10.

135. Child Disability Stats WV.csv

136. Child Trends Foster Care WV

137. Chou R, Ballantyne J, Lembke A. Rethinking opioid dose tapering, prescription opioid dependence, and indications for buprenorphine. Ann Intern Med. 2019;171(6):427-429. doi:10.7326/M19-1488

138. Chren MM, Landefeld CS. Physicians' behavior and their interactions with drug companies. A controlled study of physicians who requested additions to a hospital drug formulary. JAMA. 1994;271(9):684-689.

139. Chris Cordes. The Opioid Epidemic and Drug Diversion.  US Public Health Service (Power Point Presentation)

140. Chris Delchera, Alexander C. Wagenaar, Bruce A. Goldberger, Robert L. Cook, Mildred M. Maldonado-Molina. Abrupt decline in oxycodone-caused mortality after implementation of Florida's Prescription Drug Monitoring Program.  Drug and Alcohol Dependence 150 63–68

141. Chris Zimmerman Deposition Testimony Excerpts – MDL 2804 CT 1, Volume 1 August 3, 2018 (30 b6), Volume 2 February 8, 2019

142. Ciccarone, Daniel. The Triple Wave Epidemic: Supply and Demand Drivers of the US Opioid Overdose Crisis. Int J Drug Policy. 2019 September; 71: 183–188. doi:10.1016/j.drugpo.2019.01.010.

372. Huntington Resiliency Plan Early Intervention Workgroup Meeting Minutes 6-25

373. Huntington Resiliency Plan Economic Development Workgroup Meeting Minutes 7-2

374. Huntington Resiliency Plan Educational-Vocational Services Meeting Minutes 6-28

375. Huntington Resiliency Plan Healthy Communities-Social Supports Workgroup Meeting Minutes 6-26

376. Huntington Resiliency Plan Inpatient-Residential Services Workgroup Meeting Minutes 6-28

377. Huntington Resiliency Plan Legal-Policy-First Responders Workgroup Meeting Minutes 7-3

378. Huntington Resiliency Plan Outpatient Services Workgroup Meeting 6-25

379. Huntington Resiliency Plan Prevention Workgroup Meeting Minutes 6-26

380. Huntington Resiliency Plan Research Workgroup Meeting Minutes 6-24

381. Huntington West Virginia City of Solutions: A Guide to What Works (and what does not) in Reducing the Impact of Substance Use on Local Communities (26 Sept 2019)

382. Huntington Work Release Center Visiting hours, inmate phones, mail

383. Huntington Work Release Center. www.prisonpro.com/content/huntington-work-release-center 1/

384. Huntington WV Demographics data with population from census

385. Huntington, WV_City of Solutions. A Guidebook to What Works (and what does not) in Reducing the Impact of Substance Use on Local Communities

386. Hylan, T., et al. Automated Prediction of Risk for Problem Opioid Use in a Primary Care Setting. The Journal of Pain, Vol 16, No 4 (April), 2015: pp 380-387

387. In the Matter of Cardinal Health, Inc. Assurance of Discontinuance Pursuant to Exec Law §63(15)

388. Inciardi JA, Surratt HL, Cicero TJ, Beard RA. Prescription opioid abuse and diversion in an urban community: the results of an ultra-rapid assessment. Pain Med. 2009;10(3):537-548. doi:10.1111/j.1526-4637.2009.00603.x

389. Inciardi JA, Surratt HL, Cicero TJ, Kurtz SP, Martin SS, Parrino MW. The "black box" of prescription drug diversion. J Addict Dis. 2009;28(4):332-347. doi:10.1080/10550880903182986

390. Influx of Fentanyl-Laced Counterfeit Pills and Toxic Fentanyl-Related Compounds Further Increases Risk of Fentanyl-Related Overdose and Fatalities. Centers for Disease Control Health Alert Network; 2016. https://emergency.cdc.gov/han/han00395.asp.

391. INFOGRAPHIC. The Opioid Epidemic by the Numbers 2016 and 2017 Data. HHS.GOV

392. Inpatient substance abuse treatment to be offered at Western Regional Jail _ WCHS. https://wchstv.com/news/local/inpatient-substance-abuse-treatment-to-be-offered-at-western-regional-jail

393. Inside America's Hepatitis Epidemic video. Vice. Nov 18, 2016 https://www.youtube.com/watch?v=4mFZxnr7YQE

394. IQVIA Xponent database

Exh. B-9

Exh. B-22

*Keyes Report*

354. Hess R, Stiebler G, Herz A. Pharmacokinetics of fentanyl in man and the rabbit. Eur J Clin Pharmacol. 1972;4(3):137-141.

355. Hessler, C. More than 65 million opioids flooded Cabell County over 7 years, data shows. https://www.herald-dispatch.com/_recent_news/more-than-million-opioids-flooded-cabell-county-over-yearsdata/article_8f0d8676-a9a9-11e9-98ff-ebdd2586af3f.html

356. Hickman, M., et al. Indirect Methods to Estimate Prevalence. 113-131

357. Higgins C, Smith BH, Matthews K. Incidence of iatrogenic opioid dependence or abuse in patients with pain who were exposed to opioid analgesic therapy: a systematic review and meta-analysis. Br J Anaesth. 2018;120(6):1335-1344. doi:10.1016/j.bja.2018.03.009

358. Higgins C, Smith BH, Matthews K. Incidence of iatrogenic opioid dependence or abuse in patients with pain who were exposed to opioid analgesic therapy: a systematic review and meta-analysis. Br J Anaesth. 2018;120(6):1335-1344. doi:10.1016/j.bja.2018.03.009

359. Higham, S. et al. 76 billion opioid pills: Newly released federal data unmasks the epidemic. The Washington Post. July 16, 2019

360. Hill AB. The environment and disease: Association or causation? *Proc R Soc Med*. 1965;58(5):295-300.

361. Hill M, McMahon M, Stucke R, Barth R. Wide variation and excessive dosage of opioid prescription for common general surgical procedures. Ann Surg. 2017;265(4):709-714.

362. HIV and Acquire Immune Deficiency Syndrome (AIDS). Outbreak of Human Immunodeficiency Virus (HIV) Lin Drug Use. https://oeps.wv.gov/hiv-aids/Pages/default.aspx

363. HIV Cases DHHRWV OEPS. https://oeps.wv.gov/hiv-aids/Pages/default.aspx

364. HIV Infection Investigation in a Rural Area WV_CDC

365. Højsted J, Sjøgren P. Addiction to opioids in chronic pain patients: a literature review. Eur J Pain. 2007;11(5):490-518. doi:10.1016/j.ejpain.2006.08.004

366. Hollingsworth A, Ruhm CJ, Simon K. Macroeconomic conditions and opioid abuse. J Health Econ. 2017;56:222-233. doi:https://doi.org/10.1016/j.jhealeco.2017.07.009

367. HRSA National Outcome Measures https://mchb.tvisdata.hrsa.gov/PrioritiesAndMeasures/NationalOutcomeMeasures

368. Hser Y-I, Fu L, Wu F, Du J, Zhao M. Pilot trial of a recovery management intervention for heroin addicts released from compulsory rehabilitation in China. J Subst Abuse Treat. 2013;44(1):78-83. doi:10.1016/j.jsat.2012.03.009

369. Huffman, K., et al. Opioid Use 12 Months Following Interdisciplinary Pain Rehabilitation with Weaning. Pain Medicine 2013; 14: 1908–1917

370. Hughes A, Williams M, Lipari RN, Bose J, Copello EAP, Kroutil LA. Prescription Drug Use and Misuse in the United States: Results from the 2015 National Survey on Drug Use and Health. NSDUH Data Rev. 2016. https://www.samhsa.gov/data/report/prescription-drug-use-and-misuse-united-states-results- 2015-national-survey-drug-use-and.

371. Hung-En Sung, Linda Richter, Roger Vaughan, Patrick B. Johnson, and Bridgette Thom. Nonmedical use of prescription opioids among teenagers in the United States: Trends and correlates. Journal of Adolescent Health 37 44–51

Exh. B-21

*Keyes Report*

143. Cicero TJ, Ellis MS, Surratt HL, Kurtz SP. The Changing Face of Heroin Use in the United States: A Retrospective Analysis of the Past 50 Years. JAMA Psychiatry. 2014;71(7):821-826. doi:10.1001/jamapsychiatry.2014.366

144. Cicero TJ, Kurtz SP, Surratt HL, et al. Multiple Determinants of Specific Modes of Prescription Opioid Diversion. J Drug Issues. 2011;41(2):283-304.

145. City of Cleveland Fire Training Academy.  Summary of Narcan Administration by Cleveland Fire from 2016 to mid-2018.  CLEVE_000248973

146. Colon-Berezin C, Nolan M, Blachman-Forshay J, Paone D. Overdose deaths involving fentanyl analogs — New York City, 2000-2017. MMWR Morb Mortal Wkly Rep. 2019;68(2):37-40.

147. Columbia School of Social Work. HEALING Communities: Columbia Scientists Tackle the Opioid Crisis in the State of New York. Vimeo Livestream https://livestream.com/accounts/3727021/events/8896476/videos/199057011

148. Comer SD, Sullivan MA, Yu E, et al. Injectable, sustained-release naltrexone for the treatment of opioid dependence: a randomized, placebo-controlled trial. Arch Gen Psychiatry. 2006;63(2):210-218. doi:10.1001/archpsyc.63.2.210

149. Commissioner Carlton. Naloxone factsheet assembled by Commissioner Carlton. CLEVE_000010988

150. Communication with April Caraway – Trumbull County Mental Health and Recovery Board, Trumbull County, Ohio

151. Communication with Beth Welsh – Marshall University Associate Director of Operations for Addiction Sciences in Family Medicine

152. Communication with Chuck Zerkle – Cabell County Sheriff

153. Communication with David Chaffin, MD, FACOG – Professor, Marshall University

154. Communication with Ellen A. Thompson, MD – Professor, Marshall Health, Huntington, West Virginia

155. Communication with Gordon Merry – Cabell County EMS Director

156. Communication with Hank Dial – City of Huntington Police Chief

157. Communication with Jan Rader – City of Huntington Fire Chief

158. Communication with Kathleen Mezsaros – Trumbull Medical Examiner's Office, Trumbull County, Ohio

159. Communication with Keith Thomas – Coordinator of Student Support, Cabell County Schools

160. Communication with Kelly Watts – Assistant Superintendent, Division of Instruction and Leadership, Cabell County Schools

161. Communication with Kim Fraser – Director of ADAMHS Board, Lake County, Ohio

162. Communication with Lauren Thorp – Trumbull County Mental Health and Recovery Board, Trumbull County, Ohio

163. Communication with Lyn O'Connell, PhD – Associate Director of Addiction Sciences, Marshall Health

164. Communication with Marcia Knight – Director of Education, Cabell County EMS

Exh. B-10

*Keyes Report*

165. Communication with Mark Komar – County Coroner, Lake County, Ohio

166. Communication with Mary Pshock – County Coroner's Office, Lake County, Ohio

167. Communication with Michael Kilkenny, MD – Director, Cabell County Department of Public Health

168. Communication with Ray Cornwell – City of Huntington Police Captain

169. Communication with Rocky Johnson – City of Huntington Police Department, Police Captain, Special Investigations Bureau (Former)

170. Communication with Sean Loudin, MD – Associate Professor, Marshall University School of Medicine

171. Communication with Stephen Petrany, MD – Chair of Family & Community Health, Marshall University School of Medicine

172. Communication with Steve Murray – Assistant Director, Cabell County EMS

173. Communication with Steve Williams – Mayor of Huntington

174. Communication with Tim Hardesty – Assistant Superintendent, Division of District Support and employee Relations, Cabell County Schools

175. Communication with Todd Davies, PhD – Marshall University Assistant Professor; Cabell-Huntington Coalition for the Homeless, Executive Director

176. Communication with Zach Hansen, MD – Doctor, Valley Health

177. Compton WM, Jones CM, Baldwin GT. Relationship between Nonmedical Prescription-Opioid Use and Heroin Use. N Engl J Med. 2016;374(2):154-163. doi:10.1056/NEJMra1508490

178. Conn J. Summit County Children Services works to reunite families as opioid crisis continues. https://www.cleveland.com/akron/2018/02/summit_county_children_service_9.html. Published 2018.

179. Connery HS. Medication-assisted treatment of opioid use disorder: Review of the evidence and future directions. Harv Rev Psychiatry. 2015. doi:10.1097/HRP.0000000000000075

180. Copy of NAS_Selected_Data.xlsx

181. Correspondent Bill Whitaker. Ex-DEA Agent: Opioid Crisis Fueled by Drug Industry and Congress. 60 Minutes

182. Cosgrove L, Krimsky S. A comparison of DSM-IV and DSM-5 panel members' financial associations with industry: A pernicious problem persists. PLOS Med. 2012;9(3):e1001190. https://doi.org/10.1371/journal.pmed.1001190.

183. Count of ED visits for drug overdose ER visits for 2018

184. County of Cuyahoga, Ohio: For fiscal year ended 12/31/16; Annual informational statement in connection with obligations of the county. https://fiscalofficer.cuyahogacounty.us/pdf_fiscalofficer/en-US/obm/2017-AIS.pdf. Published 2017.

185. Cowan DT, Allan L, Griffiths P. A pilot study into the problematic use of opioid analgesics in chronic non-cancer pain patients. Int J Nurs Stud. 2002;39(1):59-69. doi:10.1016/s0020-7489(01)00003-7

Exh. B-11

*Keyes Report*

337. Harocopos A, Allen B, Paone D. Circumstances and contexts of heroin initiation following non-medical opioid analgesic use in New York City. Int J Drug Policy. 2016;28:106- 112. doi:10.1016/j.drugpo.2015.12.021

338. Hasin DS, Keyes KM, Alderson D, Wang S, Aharonovich E, Grant BF. Cannabis withdrawal in the United States: Results from NESARC. J Clin Psychiatry. 2008;69(9):1354-1363.

339. Hasin DS, O'Brien CP, Auriacombe M, et al. DSM-5 criteria for substance use disorders: Recommendations and rationale. Am J Psychiatry. 2013;170(8):834-851. doi:10.1176/appi.ajp.2013.12060782

340. Havens JR, Stoops WW, Leukefeld CG, et al. Prescription opiate misuse among rural stimulant users in a multistate community-based study. Am J Drug Alcohol Abuse. 2009;35(1):18-23. doi:10.1080/00952990802326298

341. HEALTH ADVISORY #162 Human Immunodeficiency Virus (HIV) Infections Among People Who Inject Drugs -- Additional Area Seeing Increase, Others Vulnerable. West Virginia Health Advisory Number WV162-10-09-2019

342. Health Statistics Center. West Virginia Department of Health and Human Resources. Heroin fast stats. Available at http://www.wvdhhr.org/bph/hsc/pubs/other/heroinfaststats/heroinfaststats.pdf

343. Healthcare Cost and Utilization Project. HCUP Fast Stats - Neonatal Abstinence Syndrome (NAS) Among Newborn Hospitalizations. 2019

344. Healthcare Cost and Utilization Project. HCUP Fast Stats - Opioid-Related Hospital Use. 2020

345. Healton, Cheryl, Robert Pack, and Sandro Galea. "The Opioid Crisis, Corporate Responsibility, and Lessons From the Tobacco Master Settlement Agreement." Jama 322.21 (2019): 2071-2072.

346. Heavey SC, Delmerico AM, Burstein G, et al. Descriptive Epidemiology for Community-wide Naloxone Administration by Police Officers and Firefighters Responding to Opioid Overdose. J Community Health. 2018;43(2):304-311. doi:10.1007/s10900-017-0422-8

347. Hedegaard H, Miniño AM, Warner M. Drug Overdose Deaths in the United States, 1999-2017.; 2018.

348. Hedegaard H, Miniño AM, Warner M. Drug Overdose Deaths in the United States, 1999-2017: data tables for figures. NCHS Data Brief. https://www.cdc.gov/nchs/data/databriefs/db329_tables- 508.pdf#page=4. Published 2018.

349. Hedegaard H, Warner M, Miniño AM. Drug Overdose Deaths in the United States, 1999–2015.; 2017.

350. Henry D, Lim LL, Garcia Rodriguez LA, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ. 1996;312(7046):1563-1566.

351. Henry SG, Paterniti DA, Feng B, et al. Patients' experience with opioid tapering: a conceptual model with recommendations for clinicians. J Pain. 2019;20(2):181-191. doi:10.1016/j.jpain.2018.09.001

352. Hernandez-Diaz S, Rodriguez LA. Association between nonsteroidal anti- inflammatory drugs and upper gastrointestinal tract bleeding/perforation: an overview of epidemiologic studies published in the 1990s. Arch Intern Med. 2000;160(14):2093-2099.

353.

Exh. B-20

*Keyes Report*

322. Gupta, Rahul (2018) "Overcoming America's Opioid Epidemic Will Need Action Not Words, "Marshall Journal of Medicine: Vol. 4: Iss. 1, Article 2

323. Guy Jr GP, Zhang K, Schieber LZ, Young R, Dowell D. County-level opioid prescribing in the United States, 2015 and 2017. *JAMA Intern Med*. 2019;179(4):574-576. doi:10.1001/jamainternmed.2018.6989

324. Guy Jr. GP, Zhang K. Opioid prescribing by specialty and volume in the U.S. Am J Prev Med. 2018;55(5):e153-e155. doi:10.1016/j.amepre.2018.06.008

325. Gwira Baumblatt JA, Wiedeman C, Dunn JR, Schaffner W, Paulozzi LJ, Jones TF. High-risk use by patients prescribed opioids for pain and its role in overdose deaths. JAMA Intern Med. 2014;174(5):796-801. doi:10.1001/jamainternmed.2013.12711

326. Hadland SE, Cerda M, Li Y, Krieger MS, Marshall BDL. Association of Pharmaceutical Industry Marketing of Opioid Products to Physicians With Subsequent Opioid Prescribing. JAMA Intern Med. 2018;178(6):861-863. doi:10.1001/jamainternmed.2018.1999

327. Hadland SE, Krieger MS, Marshall BDL. Industry Payments to Physicians for Opioid Products, 2013–2015. Am J Public Health. 2017;107(9):1493-1495. doi:10.2105/AJPH.2017.303982

328. Hadland SE, Rivera-Aguirre A, Marshall BDL, Cerda M. Association of Pharmaceutical Industry Marketing of Opioid Products With Mortality From Opioid-Related Overdoses. JAMA Netw Open. 2019;2(1):e186007. doi:10.1001/jamanetworkopen.2018.6007

329. Hal Johnson, Leonard Paulozzi, Christina Porucznik, Karin Mack, and Blake Herter. Decline in Drug Overdose Deaths After State Policy Changes — Florida, 2010–2012. Morbidity and Mortality Weekly Report Vol. 63

330. Hall AJ, Logan JE, Toblin RL, et al. Patterns of abuse among unintentional pharmaceutical overdose fatalities. JAMA. 2008;300(22):2613-2620. doi:10.1001/jama.2008.802

331. Hall ES, McAllister JM, Wexelblatt SL. Developmental Disorders and Medical Complications Among Infants with Subclinical Intrauterine Opioid Exposures. Popul Health Manag. 2019;22(1):19-24. doi:10.1089/pop.2018.0016

332. Hall MT, Wilfong J, Huebner RA, Posze L, Willauer T. Medication-Assisted Treatment Improves Child Permanency Outcomes for Opioid-Using Families in the Child Welfare System. J Subst Abuse Treat. 2016;71:63-67. doi:https://doi.org/10.1016/j.jsat.2016.09.006

333. Han B, Compton WM, Jones CM, Cai R. Nonmedical Prescription Opioid Use and Use Disorders Among Adults Aged 18 Through 64 Years in the United States, 2003-2013. JAMA. 2015;314(14):1468-1478. doi:10.1001/jama.2015.11859

334. Hansen H, Siegel C, Wanderling J, DiRocco D. Buprenorphine and methadone treatment for opioid dependence by income, ethnicity and race of neighborhoods in New York City. Drug Alcohol Depend. 2016;164:14-21. doi:10.1016/j.drugalcdep.2016.03.028

335. Harder HJ, Murphy AZ. Early life opioid exposure and potential long-term effects. Neurobiol Stress. 2019;10:100156. doi:10.1016/j.ynstr.2019.100156

336. Harm Reduction Ohio. "Ohio's carfentanil death rate 21 times higher — yes, 2000%! — than in other states." Harm Reduction Ohio. August 6, 2018. https://www.harmreductionohio.org/deadly-mystery-ohio-carfentanil-death-rate-21-times-that-of-other-states/

186. Cowan DT, Wilson-Barnett J, Griffiths P, Allan LG. A survey of chronic noncancer pain patients prescribed opioid analgesics. Pain Med. 2003;4(4):340-351

187. Crane EH. Emergency department visits involving narcotic pain relievers. CBHSQ Rep. 2015.

188. Crum, T. Community groups conduct homeless population count. https://www.herald-dispatch.com/news/community-groups-conduct-homeless-population-count/article_36b195aa-99f4-5887-b35b-f11309362846.html

189. Cuyahoga County Health and Human Services 2017 Overview. https://cuyahogacounty.us/docs/default-source/default-document-library/2017hhsannualreportprinter.pdf?sfvrsn=2eb668f4_0. Published 2018.

190. Cuyahoga County Medical Examiners Office. Heroin/Fentanyl/Cocaine Related Deaths in Cuyahoga County 2017 December Update.  Cuyahoga County Medical Examiners Office

191. Dai Z, Abate MA, Smith GS, Kraner JC, Mock AR. Fentanyl and fentanyl-analog involvement in drug-related deaths. Drug Alcohol Depend. 2019;196:1-8. doi:10.1016/j.drugalcdep.2018.12.004

192. Dana Clarke. Veterinary Opioids: A Risk Factor for Diversion and Misuse?. Addiction

193. Dart RC, Surratt HL, Cicero TJ, et al. Trends in Opioid Analgesic Abuse and Mortality in the United States. N Engl J Med. 2015;372(3):241-248. doi:10.1056/NEJMsa1406143

194. David E. Joranson, Aaron M. Gilson. Drug Crime Is a Source of Abused Pain Medications in the United States.  Journal of Pain and Symptom Management Vol. 30 No. 4

195. David E. Joranson; Karen M. Ryan; Aaron M. Gilson; et al.. Trends in Medical Use and Abuse of Opioid Analgesics.  JAMA;283(13):1710-1714

196. David May Deposition Testimony Excerpts – MDL 2804, August 4, 2018

197. Davis C, Carr D. State legal innovations to encourage naloxone dispensing. J Am Pharm Assoc. 2017;57(2):S180-S184. doi:10.1016/j.japh.2016.11.007

198. Davis CS, Ruiz S, Glynn P, Picariello G, Walley AY. Expanded access to naloxone among firefighters, police officers, and emergency medical technicians in Massachusetts. Am J Public Health. 2014;104(8):e7-e9. doi:10.2105/AJPH.2014.302062

199. Davis JS, Lee HY, Kim J, et al. Use of non-steroidal anti-inflammatory drugs in US adults: changes over time and by demographic. Open Hear. 2017;4(1):e000550. doi:10.1136/openhrt-2016-000550

200. Davis WR, Johnson BD. Prescription opioid use, misuse, and diversion among street drug users in New York City. Drug Alcohol Depend. 2008;92(1-3):267-276. doi:10.1016/j.drugalcdep.2007.08.008

201. DEA  Reinstatement Orlando Distrib AmerisourceBergen Signs Agreement with DEA Leading to Reinstatement of Its Orlando Distribution Center's Suspended License to Distribute Controlled Substances

202. DEA 360 STRATEGY REACH AND IMPACT REPORT: CHARLESTON 2018

203. DEA database. Where the pain pills went - Washington Post. Updated July 21, 2019

204. DEA Order to show cause Settlement and Release agreement

*Keyes Report*

205. DEA Suspends Pharmaceutical Wholesale Distributor and Retailers' Ability to Sell Controlled Substances Recent Efforts Go Beyond "Mom and Pop" Businesses. DEA.

206. DEA West Virginia Drug Situation. DEA-WAS-DIR-024-17. May 2017

207. Degenhardt L, Bucello C, Mathers B, et al. Mortality among regular or dependent users of heroin and other opioids: a systematic review and meta-analysis of cohort studies. Addiction. 2011;106(1):32-51. doi:10.1111/j.1360-0443.2010.03140.x

208. Degenhardt L, Larney S, Kimber J, Farrell M, Hall W. Excess mortality among opioid-using patients treated with oral naltrexone in Australia. Drug Alcohol Rev. 2015;34(1):90-96. doi:10.1111/dar.12205

209. DeJong C, Aguilar T, Tseng C-W, Lin GA, Boscardin WJ, Dudley RA. Pharmaceutical Industry– Sponsored Meals and Physician Prescribing Patterns for Medicare Beneficiaries. JAMA Intern Med. 2016;176(8):1114-1122. doi:10.1001/jamainternmed.2016.2765

210. Delgado MK, Huang Y, Meisel Z, et al. National variation in opioid prescribing and risk of prolonged use for opioid-naive patients treated in the emergency department for ankle sprains. Ann Emerg Med. 2018;72(4):389-400.e1. doi:10.1016/j.annemergmed.2018.06.003

211. Demographic Statistics for West Virginia https://www.infoplease.com/us/comprehensive-census-data-state/demographic-statistics-318

212. Department of Family and Community Health Cabell County Resiliency Plan August 22 2020

213. Deposition Exhibits of John M. Gray 5, 10, 11, 12, 13 (7/30/2020)

214. Deposition Transcript of Carney 10/16/18 MDL 2804

215. Deposition Transcript of Craig Preece

216. Deposition Transcript of Gary Gunther

217. Deposition Transcript of George Sterbenz

218. Deposition Transcript of Gundy 11/07/18 MDL 2804

219. Deposition Transcript of Hartle 07/31/18 MDL 2804

220. Deposition Transcript of Hartman 11/29/18 MDL 2804

221. Deposition Transcript of Kathlen M. Meszaros. Jan 22, 2021. (MDL  No. 2804)

222. Deposition Transcript of Kevin Yingling, RPh, MD, FACP

223. Deposition Transcript of Lisa Kohler

224. Deposition Transcript of Mark K. Komar, M.D., December 29, 2020,  The County of Lake, Ohio and The County of Trumbull, Ohio v. Purdue Pharma, LP, et al., (Case No. 18-op-45032; Case No. 1:18-op-45079)

225. Deposition Transcript of Mary Pshock, December 5, 2020,  The County of Lake, Ohio and The County of Trumbull, Ohio v. Purdue Pharma, LP, et al., (Case No. 18-op-45032; Case No. 1:18-op-45079)

226. Deposition Transcript of May 08/04/18 MDL 2804

227. Deposition Transcript of Patrick Gillespie

228. Deposition Transcript of Steve Perch

Exh. B-13

307. Giglio RE, Li G, DiMaggio CJ. Effectiveness of bystander naloxone administration and overdose education programs: a meta-analysis. Inj Epidemiol. 2015;2(1):10. doi:10.1186/s40621-015-0041-8

308. Gilson TP, Shannon H, Freiburger J. The Evolution of the Opiate/Opioid Crisis in Cuyahoga County. Acad Forensic Pathol. 2017;7(1):41-49. doi:10.23907/2017.005

309. Gilson TP. Heroin/Fentanyl/Cocaine Related Deaths in Cuyahoga County. http://medicalexaminer.cuyahogacounty.us/pdf_medicalexaminer/en-US/HeroinFentanylReports/100418-HeroinFentanylReport.pdf. Published 2018.

310. Girgis A, Durcinoska I, Levesque J V, et al. eHealth System for Collecting and Utilizing Patient Reported Outcome Measures for Personalized Treatment and Care (PROMPT- Care) Among Cancer Patients: Mixed Methods Approach to Evaluate Feasibility and Acceptability. J Med Internet Res. 2017;19(10):e330. doi:10.2196/jmir.8360

311. Gisev N, Larney S, Kimber J, et al. Determining the impact of opioid substitution therapy upon mortality and recidivism among prisoners: A 22 year data linkage study. NDARC Tech Rep. 2014;(330).

312. Gladden, R. Matthew, et al. "Fentanyl Law Enforcement Submissions and Increases in Synthetic Opioid–Involved Overdose Deaths — 27 States, 2013–2014" (1997), available at https://www.cdc.gov/mmwr/volumes/65/wr/mm6533a2.htm

313. Goldacre B, Drysdale H, Marston C, et al. Compare: Qualitative analysis of researchers' responses to critical correspondence on a cohort of 58 misreported trials. Trials. 2019;20(1):124. doi:10.1186/s13063-019-3172-3

314. Golden, Matthew R., et al. "Outbreak of human immunodeficiency virus infection among heterosexual persons who are living homeless and inject drugs—Seattle, Washington, 2018." Morbidity and Mortality Weekly Report 68.15 (2019): 344.

315. Goldman JE, Waye KM, Periera KA, Krieger MS, Yedinak JL, Marshall BDL. Perspectives on rapid fentanyl test strips as a harm reduction practice among young adults who use drugs: a qualitative study. Harm Reduct J. 2019. doi:10.1186/s12954-018-0276-0

316. Gomes, T. Gabapentin, opioids, and the risk of opioid-related death_ A population-based nested case–control study. PLoS Med. 2017 Oct; 14(10): e1002396

317. Gordon MS, Kinlock TW, Schwartz RP, Fitzgerald TT, O'Grady KE, Vocci FJ. A randomized controlled trial of prison-initiated buprenorphine: prison outcomes and community treatment entry. Drug Alcohol Depend. 2014;142:33-40. doi:10.1016/j.drugalcdep.2014.05.011

318. Governor's Council on Substance Abuse Prevention and Treatment "West Virginia 2020-2022 Substance Use Response Plan" January 20, 2020

319. Grau LE, Dasgupta N, Harvey AP, et al. Illicit Use of Opioids: Is OxyContin® a "Gateway Drug"?  Am J Addict. 2007;16(3):166-173. doi:10.1080/10550490701375293

320. Green TC, Clarke J, Brinkley-Rubinstein L, et al. Post incarceration Fatal Overdoses After Implementing Medications for Addiction Treatment in a Statewide Correctional System. JAMA Psychiatry. 2018;75(4):405-407. doi:10.1001/jamapsychiatry.2017.4614

321. Grunbaum JA, Kann L, Kinchen S, et al. Youth risk behavior surveillance - United States, 2003. MMWR Surveill Summ. 2004.

Exh. B-18

*Keyes Report*

293.    Fishbain DA, Rosomoff HL, Rosomoff RS. Drug abuse, dependence, and addiction in chronic pain patients. *Clin J Pain*. Published online 1992;8:77-85. doi:10.1097/00002508-199206000-00003

294.    Fishbain, et al. Does Opioid Tapering in Chronic Pain Patients Result in Improved Pain or Same Pain vs Increased Pain at Taper Completion? A Structured Evidence-Based Systematic Review. Pain Med. 2018. doi:10.1093/pm/pny231

295.    Fleischauer, et al. Hospitalizations for Endocarditis and Associated Health Care Costs Among Persons with Diagnosed Drug Dependence — North Carolina, 2010–2015. MMWR. Weekly. Vo. 66, No.22

296.    Fleming MF, Balousek SL, Klessig CL, Mundt MP, Brown DD. Substance Use Disorders in a Primary Care Sample Receiving Daily Opioid Therapy. J Pain. 2007;8(7):573- 582. doi:10.1016/j.jpain.2007.02.432

297.    Fleming, M., et al. Reported lifetime aberrant drug-taking behaviors are predictive of current substance use and mental health problems in primary care patients. Pain Med. 2008 November; 9(8): 1098–1106. doi:10.1111/j.1526-4637.2008.00491.x.

298.    Fontanarosa P, Bauchner H. Conflict of Interest and Medical Journals. JAMA. 2017;317(17):1768- 1771. doi:10.1001/jama.2017.4563

299.    Frank JW, Lovejoy TI, Becker WC, et al. Patient outcomes in dose reduction or discontinuation of long-term opioid therapy: a systematic review. Ann Intern Med. 2017;167(3):181-191. doi:10.7326/M17-0598

300.    Frequently Asked Questions About Becoming a Foster Parent in WV. https://westvirginia.kvc.org/services/foster-care/frequently-asked-questions-about-becoming-a-foster-parent-in-west-virginia/

301.    Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med. 1991;115(10):787-796.

302.    Gaines TL, Wagner KD, Mittal ML, et al. Transitioning from pharmaceutical opioids: A discrete-time survival analysis of heroin initiation in suburban/exurban communities. *Drug Alcohol Depend*. 2020;213:108084. doi:10.1016/j.drugalcdep.2020.108084

303.    Garrett A. Summit County enters new phase of opioid crisis: Deaths decline, but unknown dangers lurk. Akron Beacon Journal. January 20, 2018.

304.    Geissert P, Hallvik S, Van Otterloo J, et al. High-risk prescribing and opioid overdose: prospects for prescription drug  monitoring program-based proactive alerts. Pain. 2018;159(1):150-156. doi:10.1097/j.pain.0000000000001078

305.    Ghertner R. U.S. county prevalence of retail prescription opioid sales and opioid- related hospitalizations from 2011 to 2014. Drug Alcohol Depend. 2019;194:330-335. doi:https://doi.org/10.1016/j.drugalcdep.2018.10.031

306.    Gibson AE, Degenhardt LJ. Mortality related to pharmacotherapies for opioid dependence: a comparative analysis of coronial records. Drug Alcohol Rev. 2007;26(4):405-410. doi:10.1080/09595230701373834

Exh. B-17

*Keyes Report*

229.    Deposition Transcript of Zimmerman 02/08/19 MDL 2804

230.    Deposition Transcript of Zimmerman 08/03/18 MDL 2804

231.    Deposition Transcript of Beth Thompson

232.    Deposition Transcript of Charles (Chuck) Zerkle

233.    Deposition Transcript of Crystal Welch

234.    Deposition Transcript of Deron Runyon

235.    Deposition Transcript of Doug Adams

236.    Deposition Transcript of Elizabeth Adkins

237.    Deposition Transcript of Garret Jacobs

238.    Deposition Transcript of Gordon Merry

239.    Deposition Transcript of Hank Dial

240.    Deposition Transcript of Jan Rader

241.    Deposition Transcript of Kathleen Napier

242.    Deposition Transcript of Kelli Sobonya

243.    Deposition Transcript of Nicholas Leftwich

244.    Deposition Transcript of Paul Hunter

245.    Deposition Transcript of Phyllis Smith

246.    Deposition Transcript of Ray Canafax

247.    Deposition Transcript of Rocky Johnson

248.    Deposition Transcript of Scott Arthur

249.    Deposition Transcript of Scott Lemley

250.    Deposition Transcript of Steve Williams

251.    Deposition Transcript of Sue Ann Painter

252.    Deposition Transcript of Tim Hazelett

253.    Deposition Transcript of Tom McComas

254.    Deposition Transcript of Vic Brown, Appalachia HIDTA

255.    Dersh J, Mayer TG, Gatchel RJ, Polatin PB, Theodore BR, Mayer EAK. Prescription opioid dependence is associated with poorer outcomes in disabling spinal disorders. Spine (Phila Pa 1976). 2008;33(20):2219-2227. doi:10.1097/BRS.0b013e31818096d1

256.    Detailed Offense Profile in Public and Private Facilities for United States, 2015

257.    DeVito NJ, Goldacre B. Catalogue of bias: publication bias. BMJ Evidence-Based Med. December 2018. doi:10.1136/bmjebm-2018-111107

258.    DHHR State Opioid Response (SOR) Grant: Building a Strategy for West Virginia November 2018

Exh. B-14

*Keyes Report*

259.  DHHR _ CPS to pull fewer kids from homes _ State & Region.  https://www.register-herald.com/news/state_region/dhhr-cps-to-pull-fewer-kids-from-homes/article_b5d9fc1c-1877-50ea-b08d-1278145a55bd.html

260.  Dolan KA, Shearer J, MacDonald M, Mattick RP, Hall W, Wodak AD. A randomized controlled trial of methadone maintenance treatment versus wait list control in an Australian prison system. Drug Alcohol Depend. 2003;72(1):59-65.

261.  Douglas C. McDonald, Kenneth E. Carlson. Estimating the Prevalence of Opioid Diversion by ''Doctor Shoppers'' in the United States. PLoS ONE 8(7): e69241

262.  Dowell D, Haegerich TM, Chou R. CDC guideline for prescribing opioids for chronic pain—United States, 2016. JAMA. 2016;315(15):1624-1645. doi:10.1001/jama.2016.1464

263.  Dowell D, Noonan RK, Houry D. Underlying factors in drug overdose deaths. JAMA. 2017;318(23):2295-2296. doi:10.1001/jama.2017.15971

264.  Draft Testimony of John M. Gray (7/30/2020)

265.  Drug-related emergency room visits, January 1-December 31, 2016. Data Br Annu Report, Cuyahoga Cty Board Heal. 2016.

266.  Drug-related emergency room visits, January 1-December 31, 2017. Data Brief: Annual Report, Cuyahoga County Board of Health. http://www.ccbh.net/wp- content/uploads/2018/02/Epi-Center-Drug-Related-Injuries-Report-Annual-Report-2017- 2.12.18.pdf. Published 2017.

267.  Dunn KM, Saunders KW, Rutter CM, et al. Opioid prescriptions for chronic pain and overdose: A cohort study. Ann Intern Med. 2010;152(2):85-92. doi:10.7326/0003-4819-152- 2-201001190-00006

268.  Eaton T. Hundreds of flags represent number of children in foster care in Cabell County. WSAZ. https://www.wsaz.com/content/news/Hundreds-of-flags-represent-number-of-children-in-foster-care-in-Cabell-County-510404131.html. Published 2019.

269.  Eccleston C, Fisher E, Thomas KH, et al. Interventions for the reduction of prescribed opioid use in chronic non-cancer pain. Cochrane Database Syst Rev. 2017;11:CD010323. doi:10.1002/14651858.CD010323.pub3

270.  Edlund M, Sullivan M, Steffick D, Harris K, Wells K. Do users of regularly prescribed opioids have higher rates of substance use problems than nonusers? Pain Med. 2007;8(8):647-656.doi:10.1111/j.1526-4637.2006.00200.x

271.  Edlund MJ, Martin BC, Russo JE, DeVries A, Braden JB, Sullivan MD. The Role of Opioid Prescription in Incident Opioid Abuse and Dependence Among Individuals With Chronic Noncancer Pain: The Role of Opioid Prescription. Clin J Pain. 2014;30(7).

272.  Edlund, M., et al. Risk factors for clinically recognized opioid abuse and dependence among veterans using opioids for chronic non-cancer pain. Pain 129 (2007)355–362

273.  Edlund, M., et al. Risks for opioid abuse and dependence among recipients of chronic opioid therapy: Results from the TROUP Study. Drug and Alcohol Dependence 112 (2010) 90–98

274.  Elizabeth Y. Schiller and Oren J. Mechanic.  Opioid, Overdose.  NCBI Bookshelf. A Service of the National Library of Medicine, National. Institute of Health (Stat Pearls Publishing)

275.  EMT National Registry Maps and Data WV. https://www.nremt.org/rwd/public/data/maps

276.  Epidemiology and Prevention of HIV and Viral Hepatitis Co-infections. CDC

277.  ER Inspector West Virginia. https://projects.propublica.org/emergency/state/WV

278.  Erin K. Sauber-Schatz, Karin A. Mack, Shane T. Diekman, Leonard J. Paulozzi. Associations between pain clinic density and distributions of opioid pain relievers, drug-related deaths, hospitalizations, emergency department visits, and neonatal abstinence syndrome in Florida. Drug and Alcohol Dependence 133 161– 166

279.  Evans P. Narcotic addiction in patients with chronic pain. Anaesthesia. 1981;36:597-602.

280.  Expert Report of Daniel Ciccarone, MD, MPH. *City of Huntington, West Virginia et al. v. AmerisourceBergen Drug Corporation et al.*, Case No. 3:17-01362. August 3, 2020

281.  Exhibit to Report of Gordon Smith, MD

282.  Expert Report of F. Michael Ferrante

283.  Expert Report of Gordon Smith, MD

284.  Faber K. The Opioid Crisis: The Impact on the Medicaid Population Is Stretching the State's Safety Net.; 2018.

285.  FDA Requiring Labeling Changes for Opioid Pain Medicines, Opioid Use Disorder Medicines Regarding Naloxone. FDA. July 23, 2020

286.  Feder KA, Krawczyk N, Saloner B. Medication-Assisted Treatment for Adolescents in Specialty Treatment for Opioid Use Disorder. J Adolesc Heal. 2017;60(6):747- 750. doi:10.1016/j.jadohealth.2016.12.023

287.  Feder KA, Letourneau EJ, Brook J. Children in the Opioid Epidemic: Addressing the Next Generation's Public Health Crisis. Pediatrics. 2019;143(1):e20181656. doi:10.1542/peds.2018-1656

288.  Fickweiler F, Fickweiler W, Urbach E. Interactions between physicians and the pharmaceutical industry generally and sales representatives specifically and their association with physicians' attitudes and prescribing habits: a systematic review. BMJ Open. 2017;7(9):e016408. doi:10.1136/bmjopen-2017- 016408

289.  Fields MD, Abate MA, Hu L, et al. Parent and metabolite opioid drug concentrations in unintentional deaths involving opioid and benzodiazepine combinations. J Forensic Sci. 2015;60(4):950-956. doi:10.1111/1556-4029.12807

290.  Fink DS, Schleimer JP, Sarvet A, et al. Association Between Prescription Drug Monitoring Programs and Nonfatal and Fatal Drug Overdoses: A Systematic Review. Ann Intern Med. 2018;168(11):783-790. doi:10.7326/M17-3074

291.  Fischer B, Nakamura N, Urbanoski K, Rush B, Rehm J. Correlations between population levels of prescription opioid use and prescription-opioid-related substance use treatment admissions in the USA and Canada since 2001. Public Health. 2012;126(9):749-751. doi:10.1016/j.puhe.2012.04.010

292.  Fishbain D, Cole B, Lewis J, Rosomoff H, Rosomoff R. What percentage of chronic nonmalignant pain patients exposed to chronic opioid analgesic therapy develop abuse/addiction and/or aberrant drug-related behaviors? A structured evidence-based review. Pain Med. 2008;9(4):444-459. doi:10.1111/j.1526-4637.2007.00370.x