Expert Witness Report of
Nancy K. Young, Ph.D., M.S.W.
April 16, 2021
Lake Forest, CA 92630


PLAINTIFFS TRIAL EXHIBIT
P-23128_00001

P-23128 _ 00001

Table 2. Estimated Number of Pregnant Women Using Prescription Opioids in Ohio, Lake County, and Trumbull County Affected by Parental Substance Use Disorders

| | Number of Births[a] | Estimated Number of Pregnant Women Using Prescription Opioids[b] |
|---|---|---|
| Ohio | 136,832 | 9,031 |
| Lake County | 2,198 | 145 |
| Trumbull County | 2,107 | 139 |

a. Ohio state births, 2017; source: The Annie E. Casey Foundation, 2020. Kids Count Data Center. Accessed March 10, 2021 from
https://datacenter.kidscount.org/data/tables/6052-total-births#detailed/1/any/false/1729,37,871,870,573,869,36,868,867,133/any/12720

Lake and Trumbull counties, births, 2017; source: United States Department of Health and Human Services (US DHHS), Centers for Disease Control and Prevention (CDC), National Center for Health Statistics (NCHS), Division of Vital Statistics, Natality public-use data 2007-2018, on CDC WONDER Online Database, September 2019. Accessed March 14, 2021 from http://wonder.cdc.gov/natality-current.html

b. Estimates based on 6.6% of pregnant women report use of a prescription opioid. Source: Ko, J.Y., D'Angelo, V.D., Haight, S.C., Morrow, B., Cox, S., Salvesen von Essen, B., Strahan, A.E., Harrison, L., Tevendale, H.D., Warner, L., Kroelinger, C.D., Barfield, W.D. (2020). Vital Signs: Prescription Opioid Pain Reliever Use During Pregnancy — 34 U.S. Jurisdictions, 2019. Weekly, July 17, 2020, 69(28);897–903. Retrieved October 31, 2020 from https://www.cdc.gov/mmwr/volumes/69/wr/mm6928a1.htm



Graph 2. Percent of Treatment Admissions for Pregnant Women with Reported Opioid Use in Ohio, 2004 to 2017



Note: Estimates based entry into substance use treatment during fiscal year    Source: TEDS Data, 2004-2017





*Graph 9. Percent of Children Under Age 1 who Entered Out of home Care in Ohio and Large and Small Counties, 2004 to 2017*







*Graph 18. Percent Change from 2007 to 2017 in Factors Associated with Child Placement in Ohio*



*Graph 22. Policy and Practice Framework: Five Points of Intervention*



36

41