CONFIDENTIAL

## Appendix I. Curriculum Vitae
### Nancy K. Young
### Executive Director, Children and Family Futures

**A. Personal Statement**

I am the Executive Director of Children and Family Futures (CFF), a California-based research and policy institute whose mission is to improve safety, permanency, well-being and recovery outcomes for children, parents and families affected by trauma, substance use and mental health disorders. I am an expert in providing training and technical assistance to states and communities in support of their efforts to enhance cross-systems collaboration for the benefit of this population of families, as well as developing and disseminating information to the field on the advances in policy and practice. I serve as a consultant to various states, counties, tribes, communities and foundations through my work with numerous projects related to public policy analysis, strategic planning and program evaluation on behalf of the families affected by substance use and mental health disorders who are involved in child welfare and judicial systems.

I conduct ongoing research and evaluation with programs under various federal, state, and foundation-funded programs such as: the National Quality Improvement Center for Collaborative Community Court Teams to Address the Needs of Infants, Young Children, and Families Affected by Substance Use Disorders, the National Center on Substance Abuse and Child Welfare, the Family Drug Court Training and Technical Assistance Program, the Statewide System Improvement Program, and the Prevention and Family Recovery Program.

My work has been recognized by the Federal Administration on Children and Families when my organization received the Outstanding Contractor of the Year award in 2006, and by a resolution issued in 2008 by the Orange County Board of Supervisors. I was awarded the Directors' Robert E. Anderson Service Award in 2008 by the National Association of State Alcohol and Drug Abuse Directors ("NASADAD"). I received the Women's Service Champion Award from the NASADAD in 2014. In 2020, I was honored as a "100 Champions for Children" by the Child Welfare League of America in their 100th Anniversary Awards.

The depth and longevity of my work on behalf of families affected by substance use disorders has provided me a unique understanding of county-level challenges, barriers, and solutions to opioid and other substance use disorders in child welfare and the courts. From 1993 to 1997, I served as the Research Consultant to the Directorate of the California Department of Alcohol and Drug Programs. I authored numerous policy papers on topics such as adolescent substance use treatment, counselor certification programs, welfare reform and establishing outcome measures. I developed the evaluation strategy for the County of Sacramento's substance use and child welfare initiatives beginning in 1996.

I spearheaded the country's efforts in using administrative data to monitor performance measures for families with substance use disorders in child welfare. Since 2001, I have served as the evaluator of Sacramento County's Family Treatment Court programs. I originated the County's approach to using administrative data sets to monitor client outcomes from the California information systems for child welfare and substance use treatment data. This administrative data

1

PLAINTIFFS TRIAL EXHIBIT
P-23129_00001

P-23129_00001

CONFIDENTIAL

system approach became the foundation of the national Regional Partnership Grant performance measurement system.

**B.  Education**

| INSTITUTION AND LOCATION | DEGREE | COMPLETION DATE | FIELD OF STUDY |
|---|---|---|---|
| California State University, Fullerton | B.A. | 08/1987 | Sociology |
| University of Southern California | M.S.W. | 05/1989 | Policy & Administration |
| University of Southern California | Ph.D. | 05/1993 | Alcohol/Drug & Children Social Policy |

**C.  Positions and Honors**

| | |
|---|---|
| 1991–1992 | Adjunct Faculty and Research Associate, University of Southern California School of Social Work |
| 1990–1993 | Evaluation of Early Intervention Preschool Program, Los Angeles Unified School District |
| 1993–1994 | Adjunct Faculty, University of California, Los Angeles, School of Public Policy and Social Research |
| 1993–1995 | Consultant to the Directorate, California Department of Alcohol and Drug Programs, Interagency Agreement with University of California, Los Angeles |
| 1994–1997 | Evaluation of a Foster Care Respite Program, Orangewood Children's Foundation |
| 1994–present | Evaluation of the Alcohol and Other Drug (AOD) Treatment Initiative and Dependency Drug Court Sacramento County Department of Health and Human Services |
| 1995–1997 | Consultant to the Directorate California Department of Alcohol and Drug Programs, Interagency Agreement with California State University Fullerton |
| 1996 | National Association of State Alcohol and Drug Abuse Directors (NASADAD), Center for Substance Abuse Treatment-funded Report on the AOD Policy issues in and Effectiveness of AOD Treatment for Welfare Reform |
| 1996–1997 | Development of a Guidebook for State Welfare and AOD Directors on the AOD Implications for Welfare Reform, for Annie E. Casey Foundation |
| 1996–present | Executive Director, Children and Family Futures |
| 1997–1999 | Consultant on AOD Issues to Four Community Coalitions for the Protection of Children, Edna McConnell Clark Foundation |

**CONFIDENTIAL**

| | |
|---|---|
| 1997–2000 | Consultant to the Treatment Outcomes Pilot Projects, Center for Substance Abuse Treatment |
| 1997–2002 | Evaluation of the Community Intervention Project, Sacramento County Department of Health and Human Services |
| 1998 | Adjunct Faculty, California State University Fullerton, School of Human Development and Community Service |
| 1998 | Presenter at Four Regional Forums on AOD Issues in Welfare Reform Implementation, Center for Substance Abuse Treatment |
| 1998–2000 | Chair, Treatment Improvement Protocol on Integrating Vocational Services with Substance Abuse Treatment, Center for Substance Abuse Treatment |
| 1998–2004 | Core Support to Improve Policies on the AOD issues in Children's Services in the State of California, Stuart Foundation |
| 1998–2002 | Technical Assistance to County Administrations and Program Providers on Welfare Reform and System of Care Redesign, California Department of Alcohol and Drug Programs |
| 1999–2004 | Evaluation of the Criminal Drug Court, Sacramento County Department of Probation |
| 1999–2004 | Development, successful funding of the grant application, and serving as the evaluator of a Substance Abuse and Mental Health Services (SAMHSA), Center for Substance Abuse Treatment (CSAT) grant program based in Orange County, California to provide recovery coaches to women in the child welfare system |
| 2003–2008 | Project Co-Director and Subcontractor to Johnson, Bassin & Shaw (JBS) on programmatic content of all training and technical assistance provided by SAMHSA/CSAT on women's treatment |
| 2001–2002 | Multi-site Evaluation of Family Drug Treatment Courts, Center for Substance Abuse Treatment |
| 2002–present | Executive Director, Center for Children and Family Futures |
| 2002–present | Project Director, National Center on Substance Abuse and Child Welfare |
| 2003–2008 | Project Director, Technical Support on Women, Children, and Families |
| 2005–2008 | Program Director, California Women Children, and Families Technical Assistance Project |
| 2007–present | Director, Regional Partnership Grants |
| 2010–present | Director, Family Drug Court Training and Technical Assistance Program |
| 2013–present | Director, Prevention and Family Recovery Program |
| 2014–2019 | Director, Statewide System Reform Program |
| 2017–present | Director, Quality Improvement Center for Collaborative Community Court Teams to Address the Needs of Infants |

CONFIDENTIAL

<u>Other Professional Affiliations/Activities</u>

**Honors and Awards**

National Institute on Drug Abuse Pre-Doctoral Fellow, 1991–1993

ACF Assistant Secretary's Outstanding Contractor Award, 2006

NASADAD Robert E. Anderson Service Award, 2008

National Association for Children of Alcoholics, Special Recognition and Honors, 2008

Resolution issued by the Orange County Board of Supervisors, 2008

NASADAD Women's Service Champion Award, 2014

Child Welfare League of America, One Hundred Champions for Children, 2019

**D. Contributions to Science**

1. In my own research and our organization's activities over the past 26 years, I have sought to add to the understanding of a need for greater interdisciplinary work across the boundaries of child maltreatment and treatment for substance use disorders. The complicated causes and effects in these two domains have typically been studied separately, rather than seeking to describe and comprehend how they affect each other as systems and how the millions of children and families involved are affected. As a pre-doctoral Fellow with the National Institute on Drug Abuse, I came in contact with the body of national research on the effects of substance use disorders on children. My dissertation on the impact of the cocaine epidemic on school-aged children in Los Angeles led me to work with the research division of the California Department of Drug and Alcohol Programs, which in turn linked me with the national networks of researchers and practitioners in these two overlapping fields, as well as those in child development, early education, and maternal and child health. My contributions and that of Children and Family Futures has been to show how better outcomes result from bridging the disciplinary gaps that too often affect these issues.

    a. **Young, N. K.**, Gardner, S., Otero, C., Dennis, K., Chang, R., Earle, K., & Amatetti, S. (2009) *Substance-Exposed Infants: State Responses to the Problem.* HHS Pub. No. (SMA) 09-4369. Rockville, MD: Substance Abuse and Mental Health Services Administration.

    b. **Young, N. K.**, Collins, J. (Guest Eds.)., Mallon, G. P. (Ed.). (2015). Special Issue: Families in Child Welfare Affected by Substance Use. Child Welfare, 94(4).

    c. **Young, N. K.**, Collins, J. (Guest Eds.)., Mallon, G. P. (Eds.). (2015). Special Issue: Families in Child Welfare Affected by Substance Use. Child Welfare, 94(5).

    d. **Young, N.K.**, Earle, K. & Hall, E. (2017). A Collaborative Approach to the Treatment of Pregnant Women with Opioid Use Disorders: Practice and Policy Considerations for Child Welfare, Collaborating Medical, and Service Providers. U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Substance Abuse Treatment and the Administration for Children and Families, Administration on Children, Youth and Families, Children's Bureau. https://ncsacw.samhsa.gov/files/Collaborative_Approach_508.pdf.

4

---

CONFIDENTIAL

Role: Project Director

370400-10-051     Young (Project Co-Director)    07/01/10–09/30/14

*Sacramento Children Affected by Methamphetamine (CAM)*

CFF works as the site evaluator for the CAM Program and provides feedback to guide implementation. This evaluation uses a process and outcome research design to measure the effectiveness of the program in promoting safety, permanency and well-being of infants who are identified as prenatally exposed to methamphetamine or other illicit substances. CFF's evaluation assesses the effect of grant-funded services and activities on child and family well-being, tracks performance indicators across time, produces evaluation findings as part of ongoing feedback and documentation, and conducts ongoing comparative analyses with data drawn from families who participated in EIFDC prior to implementation of the CAM grant.

Role: Project Co-Director

9

CONFIDENTIAL

children, parents and families affected by substance use disorders through the integration of parenting interventions and developmental and therapeutic services to children.

Role: Project Director

**Completed Research Support**

HHSS270201200002C             Young (Project Director)             09/12/15–09/11/17

The Substance Abuse and Mental Health Services Administration (SAMHSA), Family Drug Treatment Courts (FDTC)

SAMHSA Center for Substance Abuse Treatment (CSAT) funded 11 FDTC grantees with up to $325K per year for three years. The purpose of the program was to expand and/or enhance substance use treatment services in existing family treatment drug courts. Services included recovery support services, screening, assessment, case management and program coordination as well as family-focused services. The Center for Children and Family Futures provides performance measurement technical assistance to FDTC grantees.

Role: Project Director

Young (Project Director)             10/01/14–09/30/17

*Prototypes—Achieving Recovery through Coordinated Care* (ARCC)

Project ARCC, enhances Prototype's capacity to meet the needs of pregnant and postpartum women in Los Angeles who need residential substance use disorder treatment. ARCC supports women's successful recovery with coordinated, evidence-based services and by meeting the needs of her family network. Sustainability and expansion is driven by information from a rigorous evaluation, including two comparison conditions and a cost study component. Evaluation information enables project leaders and stakeholders to understand the effectiveness of Project ARCC and costs associated with its implementation, compared to services implemented as usual. CFF serves as the evaluator for the Prototypes ARCC project and provides evaluation technical assistance as needed, conducts primary and secondary data collection, cleans and processes data from a variety of sources, runs analyses and creates reports.

Role: Project Director

90CB0197-01-00             Young (Project Director)             10/15/13–09/30/16

*Prototypes – Healthy Children Strong Families* (HCSF)

Prototypes implements HCSF to prevent abandonment, improve infant and child well-being, increase permanency and enhance safety through better parenting, improved parent-child bonds and better family care coordination. Sustainability and expansion is driven by information from a rigorous evaluation, including two comparison conditions and a cost study component. Evaluation information enables project leaders and stakeholders to understand the effectiveness of HCSF and costs associated with its implementation, compared to services implemented as usual. CFF serves as the evaluator for the Prototypes HCSF project and provides evaluation technical assistance as needed, conducts primary and secondary data collection, cleans and processes data from a variety of sources, runs analyses and creates reports.

8

CONFIDENTIAL

e. Huebner, R.A., **Young, N.K.**, Hall, M.T., Posze, L., Willauer, T. (2017). Serving Families with Child Maltreatment and Substance Use Disorders: A Decade of Learning. Journal of Family Social Work.

f. Huebner, R.A., Yan, Y., Sanders, M., Nix, D., DeCerchio, K., Hansen, N., & **Young, N.K.** (2021). Assessing values within collaborative interventions for families with parental substance use and child welfare involvement. Journal of Family Social Work, DOI: 10.1080/10522158.2021.18966.

2. Pursuing these concerns for cross-systems impact on children and families affected by substance use disorders led me to recognizing how weak data collection and analysis can lead to weak conclusions. The siloed data collection in national, state, and local data and information systems prevents thorough assessment of the effects of co-occurring disorders on children and families. I have had the privilege of working with state and local data experts and helping them develop new linkages across data systems that were previously vertically organized, ensuring their connecting in useful ways to produce new knowledge. Several of my publications authored for SAMHSA and the Children's Bureau have described these techniques of interagency collaboration in data collection and analysis across agency boundaries.

   a. **Young, N. K.**, Boles, S. M., & Otero, C. (2007). Parental Substance Use Disorders and Child Maltreatment: Overlap, Gaps, and Opportunities. Child Maltreatment, 12(2), 137–149.

   b. Center for Substance Abuse Treatment. (2010). Substance Abuse Specialists in Child Welfare: Agencies and Dependency Courts Considerations for Program Designers and Evaluators. HHS Publication. No. (SMA) 10-4557. Rockville, MD: Substance Abuse and Mental Health Services Administration.

   c. Center for Substance Abuse Treatment. (2011). Introduction to Cross-System Data Sources in Child Welfare, Alcohol and Other Drug Services, and Courts. HHS Publication No. (SMA) 114630. Rockville, MD: Substance Abuse and Mental Health Services Administration.

   d. Boles, S.M., **Young, N.K.**, Dennis K., DeCerchio, K. (2012). The Regional Partnership Grant (RPG) Program: Enhancing Collaboration, Promising Results. Journal of Public Child Welfare, Volume 6, Issue 4, 2012.

   e. National Center on Substance Abuse and Child Welfare (2019). The Use of Peers and Recovery Specialists in Child Welfare Settings. https://ncsacw.samhsa.gov/files/peer19_brief.pdf

3. Finally, I believe my work has advanced the understanding of the craft—rather than the science of collaboration. Implementation science is a useful field, but we have found that more profound connections among results, resources, and relationships is what make a difference in achieving meaningful collaborative outcomes, rather than merely adding collaborative processes. Combining in-depth clinical knowledge with an understanding of interagency systems and their effects of children and families can yield important contributions that make the science of better outcomes relevant to millions of children and families.

5

CONFIDENTIAL

a. **Young, N.K.**, M., Yeh, S., & Amatetti, S. (2006). *Screening and Assessment for Family Engagement Retention and Recovery (SAFERR)*. DHHS Pub. No. 0000. Rockville, MD: Substance Abuse and Mental Health Services Administration.

b. He, A.S., Traube, D.E., **Young, N.K.** (2013). Perceptions of Parental Substance Use Disorders in Cross-System Collaboration among Child Welfare, Alcohol and Other Drugs, and Dependency Court Organizations. Child Abuse & Neglect, Volume 38, Issue 5, 2014.

c. Dennis**,** K., Rodi, M.S., Robinson, G., DeCerchio, K., **Young, N.K.**, Gardner, S.L., Stedt, E., Corona, M. (2015). Promising Results for Cross-Systems Collaborative Efforts to Meet the Needs of Families Impacted by Substance Use. Child Welfare: Special Issue—Families in Child Welfare Affected by Substance Use, Volume 94, Number 5.

d. Rodi, M.S., Killian, C.M., Breitenbucher, P., **Young, N.K.**, Amatetti, S., Bermejo, R., Hall, E. (2015). New Approaches for Working with Children and Families Involved in Family Treatment Drug Courts: Findings from the Children Affected by Methamphetamine Program. Child Welfare: Special Issue—Families in Child Welfare Affected by Substance Use, Volume 94, Number 4.

e. Amatetti, S., Stedt, E., **Young, N.K.**, Earle, K., Hall, E. (2016). A Collaborative Approach to the Treatment of Pregnant Women with Opioid Use Disorders. HHS Publication No. 16-4978. Rockville, MD: Substance Abuse and Mental Health Services Administration.

**E. Research Support**

<u>Ongoing Research Support</u>

HHS-2017-ACF-ACYF-CA-1272     Young (Project Director)     09/30/17–Present

National Quality Improvement Center for Collaborative Community Court Teams to Address the Needs of Infants, Young Children, and Families Affected by Substance Use Disorders (QIC-CCCT)

The QIC-CCCT supports demonstration sites that establish or enhance collaborative community court teams to design, implement and test approaches to meet the requirements of the Child Abuse Prevention and Treatment Act (CAPTA) of 2010 as amended by the Comprehensive Addiction and Recovery Act of 2016 (CARA) and that better meet the needs of infants and families affected by substance use disorder and prenatal substance exposure.

Role: Project Director

HHSS270201700001C     Young (Project Director)     09/02–Present

National Center on Substance Abuse and Child Welfare (NCSACW)

The National Center develops and implements comprehensive training and technical assistance, and resource development, information dissemination, and website development to promote practice, organizational, and systems change at the local, state and national levels. In July 2016, CAPTA was amended by Public Law 114-198, the Comprehensive Addiction and Recovery Act of 2016 (CARA). Section 503 of CARA (Infant Plan of Safe Care) aims to help states address the effects of substance use disorders on infants, children, and families and brings attention to the rate of opioid misuse and dependence escalating in many communities, including amongst pregnant and parenting women. A task within the NCSACW contract is the provision of technical assistance to assist in the implementation of Public Law 114-198, the Comprehensive Addiction and Recovery Act of 2016 (CARA).

Role: Project Director

Regional Partnership Grantee (RPG-I (2007–2012); RPG-I Extension (2012–2015); RPG-II (2012–2017); RPG-III (2014–2019); RPG-IV (2017–2021))

Assisting grantees in various states, tribes and communities with enhancing system-wide collaboration, expanding access to comprehensive family-centered treatment, and implementing evidence-based practices. As a result of these efforts, grantees successfully reduced the recurrence of child maltreatment, improved the rates of reunification, and reduced the number of days children spent in out-of-home care while increasing the number of parents who entered and successfully completed substance abuse treatment.

Role: Project Director

2013-DC-BX-K002     Young (Project Director)     10/01/09–Present

Family Drug Court Training and Technical Assistance Program

The Office of Juvenile Justice and Prevention Program's (OJJDP) Family Drug Court (FDC) Training and Technical Assistance Program supports training and technical assistance that helps States, State courts, local courts, units of local government and Tribal governments build their capacity to develop, maintain, and enhance drug courts for adults with substance use disorders who are involved with family court due to child abuse and/or neglect issues. It includes focused technical assistance to approximately 30 family drug court grantees' including data collection, analysis and program evaluation.

Role: Project Director

Statewide System Improvement Program (SSIP)     10/01/14–Present

OJJDP's SSIP provides in-depth technical assistance to five states in support of their efforts to develop and improve statewide policies to institutionalize the methods of FDCs more broadly across state systems through the development and implementation of plans to expand the scale (i.e., penetration rate of the larger child welfare and substance abuse treatment systems) and scope (i.e., range of comprehensive services for families) of FDCs and infuse effective FDC practices to effectively serve more families affected by parental substance use disorders who are involved in the child welfare system.

Role: Project Director

2013085     Young (Project Director)     6/01/13–Present

Prevention and Family Recovery Program

The Doris Duke Charitable Foundation and the Duke Endowment funds the Prevention and Family Recovery program. This program provides intensive technical assistance to advance the capacity of four FDCs through the provision of more comprehensive family-centered services to