CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Exhibit 3B
### Shares of Prescription Opioids Dispensed by Various Pharmacies
### Trumbull County
### 2008–2018

| | All Dispensed Opioid Prescriptions | | | Red Flagged Opioid Prescriptions[5] | | |
|---|---|---|---|---|---|---|
| | Share of Prescriptions (1) | Share of Total MMEs (2) | Share of Dosage Units (3) | Share of Prescriptions (4) | Share of Total MMEs (5) | Share of Dosage Units (6) |
| CVS | 10.9% | 6.8% | 9.6% | 9.2% | 5.4% | 8.2% |
| Wal-Mart | 4.0% | 2.3% | 3.7% | 3.2% | 1.6% | 2.9% |
| Walgreens | 18.4% | 17.0% | 18.1% | 18.1% | 16.4% | 17.8% |
| Rite Aid | 23.7% | 22.5% | 22.6% | 22.3% | 22.4% | 21.7% |
| Giant Eagle | 15.8% | 9.2% | 13.6% | 12.0% | 6.9% | 10.6% |
| Non Defendants | 27.2% | 42.2% | 32.4% | 35.2% | 47.3% | 38.8% |

**Notes:**
[1] This analysis is limited to the twelve opioids identified by Dr. McCann in his processing of the ARCOS data: codeine, oxycodone, hydromorphone, hydrocodone, meperidine, morphine, oxymorphone, tapentadol, fentanyl, levorphanol, opium, and dihydrocodeine.
[2] "Non Defendants" includes all other pharmacies identified in the OARRS data for Trumbull County and excludes specialty pharmacies.
[3] "Total MME" for a prescription is calculated as: (daily MME) × (days' supply) per prescription. Daily MME (morphine milligrams equivalent) is calculated using the following formula: drug strength × (quantity per prescription/days' supply per prescription) × (MME conversion factor). For example, a 30 days' supply of 5 mg oxycodone with 180 tablets has a daily MME of 45 (= 5 × (180/30) × 1.5), using a conversion factor of 1.5 mg morphine/1 mg oxycodone.
[4] I refer to all transactions in the OARRS data as "prescriptions." I recognize that some transactions are refills for the same prescription.
[5] Only 13 of Mr. Catizone's 16 revised Red Flags can be applied to the OARRS data. Flags 1 and 2, which require five-digit patient ZIP codes, and flag 13, which requires the time of dispensing, have been omitted.

**Sources:**
[1] OARRS dispensing data, January 1, 2008–December 31, 2018.
[2] Expert Report of Craig McCann and Supporting Materials, April 16, 2021.
[3] Pharmacist Expert Supplement Opinion of Carmen A. Catizone, MS, RPh, DPh, *In Re: National Prescription Opiate Litigation*, May 19, 2021.



DEFENDANT'S EXHIBIT
CVS-MDL-05014