**APPENDIX A**
**CURRICULUM VITAE**

**AMITABH CHANDRA**

79 JFK Street
Harvard Kennedy School of Government
Harvard University
Cambridge, Massachusetts 02138                    email: Amitabh_Chandra@Harvard.EDU

**Citizenship**

United States
India (overseas citizen)

**Degrees listed Chronologically**

MA      Honorary Degree, Harvard University, 2009

Ph.D.   Economics, University of Kentucky, 2000
        Dissertation: Labor Market Dropouts and the Racial Wage Gap, 1940-1990

MS      Economics, University of Kentucky, 1999

BA      Economics, University of Kentucky, 1996

**Employment**

| | |
|---|---|
| July 2018 - present: | Henry and Allison McCance Family Professor of Business Administration
Faculty Chair, MS/MBA Program in the Life-Sciences
Harvard Business School |
| July 2015   present | Ethel Zimmerman Wiener Professor of Public Policy
Harvard Kennedy School of Government |
| July 2020 - present | John H. Makin Visiting Scholar
American Enterprise Institute |
| April 2009    present | Professor and Director of Health Policy Research
Harvard Kennedy School of Government |
| October 2009   present | Research Associate
National Bureau of Economic Research (NBER) |
| July 2012 - present | Panel of Health Advisors
Congressional Budget Office |



A-1

**Previous Positions**

| | | |
|---|---|---|
| July 2012 - 2014 | | Visiting Scholar |
| | | American Enterprise Institute |
| | | |
| January 2011 - 2012 | | Special Commissioner |
| | | Massachusetts Commission on Provider Price Reform |
| | | |
| December 2011 - 2019 | | Chair Editor and Editor |
| | | *Review of Economics and Statistics* |
| | | |
| April 2011 - 2016 | | Consultant |
| | | Microsoft Research |
| | | |
| April 2008 - 2015 | | Associate Editor |
| | | *American Economic Journal: Applied* |
| | | |
| July 2008 - 2012 | | Co-Editor |
| | | *Journal of Human Resources* |
| | | |
| July 2005 – 2009 | | Assistant Professor |
| | | Harvard Kennedy School of Government |
| | | |
| April 2002 - 2009 | | Faculty Research Fellow |
| | | National Bureau of Economic Research (NBER) |
| | | |
| July 2003 - 2012 | | Associate Editor, former Co-Editor |
| | | *Economics Letters* |
| | | |
| July 2004 - 2012 | | Editorial Board |
| | | *Forum in Health Economics and Policy* |
| | | |
| July 2002 – 2003 | | Visiting Assistant Professor |
| | | MIT Department of Economics |
| | | |
| July 2000 – 2005 | | Assistant Professor |
| | | Dartmouth College, Department of Economics |

**Consulting and Advising**
Academic Affiliate, Analysis Group (2020 - present)
Advisory Board of SmithRx (2018 - present)
Advisory Board of Kyruus (2015 - present)
Co-Founder, Health Engine (2013 - present)
Consultant, Precision Health Economics (2013 - 2016)
Consultant, RAND (1999-2000)

A-2

### Harvard Committees

Faculty Chair, Pagliuca Harvard Life Lab selection committee (2021 - present)
Blavatnik Fellowship in Life-Sciences Entrepreneurship, Advisory Board (2020 - present)
Faculty Chair, MS/MBA Program in Life-Sciences, Harvard Business School, (2019 - )
Faculty Chair, Executive Education Program in Life-Sciences, Harvard Business School, (2019 -)
University Benefits Committee, (2019 - present)
Standing Committee for Global Health and Health Policy (2010 - present)
Area Chair, Social and Urban Policy, Harvard Kennedy School (2012 - 2020)
Steering Committee, Harvard Center for Population and Development Studies (2009 - 2012)
Core Faculty, Harvard Robert Wood Johnson Program on Health and Society (2005 - 2011)
Director, PhD Admissions in Public Policy, Harvard Kennedy School (2011 - 2015)

### Awards and Recognition

Elected Member, National Academy of Social Insurance, 2019
National Institute for Health Care Management (NIHCM) Research Award, 2018
George Burch Memorial Speaker, Association of University Cardiologists, 2013
Elected Member, National Academy of Medicine (Institute of Medicine), 2012
American Society of Health Economists, Medal for Best Economist under 40, 2012
Alumni Hall of Fame, Gatton College of Business, University of Kentucky, 2012
Distinguished Economist, Kentucky Economic Association, 2011
Garfield Award (with Douglas Staiger) for Economic Impact on Medical Research Award, 2008
Arrow Award (with Douglas Staiger) for the Best Paper in Health Economics, 2008
Visiting Scholar, Columbia University, October 2008
Distinguished Fellow, RAND Corporation, Bing Center for Health Economics, 2006-2008, 2011
Kentucky Colonel, 2005
NBER/NIA Aging Fellowship, 2005
Rockefeller Social Science Grant, 2002
Nelson Rockefeller Center Fellow, 2001-2002 and 2003-2004
First-Prize, W.E. Upjohn Institute Dissertation Award, 2001
Commonwealth Research Award, 2000
University Dissertation Year Fellowship, 1999
Outstanding Teacher Award, 1999
Kentucky Economic Association, Best Paper Prize, 1998

### Public Service

Member, Congressional Budget Office Panel of Health Advisors, 2012 - present
Special Commissioner, Massachusetts Commission on Provider Price Reform, 2011 - present
Testimony, US Commission on Civil Rights May 2009
Testimony, US Senate, November 2008
Consultant, National Academy of Medicine (formally, Institute of Medicine), 2002, 2009, 2011, 2014

**Teaching**

| | |
|---|---|
| Econometrics | Dartmouth |
| Labor Economics (undergraduate) | MIT Economics |
| Labor Economics (doctoral) | MIT Economics |
| US Healthcare Policy | Harvard College |
| | Harvard Kennedy School |
| Empirical Methods | Harvard Kennedy School |
| Economics of Global Health | Harvard Kennedy School |
| Innovation and Investing in the Life-Sciences | Harvard Business School |
| Transforming Health Care Delivery | Harvard Business School |
| MD-MBA Seminar | Harvard Business School |
| Managing Health Care Delivery (Executive Education) | Harvard Business School |
| Strategy for Health Care Delivery (Executive Education) | Harvard Business School |
| Precision Medicine (Executive Education) | Harvard Business School |

**Papers in Economics**

1. "What Can Economics Say About Alzheimer's Disease?" *Journal of Economic Literature* (forthcoming), with Courtney Coile, and Corina Mommaerts

2. "The Great Unequalizer: Health Effects of COVID-19 in the United States," *Journal of Economic Perspectives* 35(3), Summer 2021, with Marcella Alsan and Kosali Simon

3. "Venture Capital Led Entrepreneurship in Health Care," in *The Role of Innovation and Entrepreneurship in Economic Growth*, Aaron Chatterji, Josh Lerner, Scorr Stern and Michael Andrews (Editors), forthcoming, University of Chicago Press.

4. "Identifying Sources of Inefficiency in Healthcare," with Douglas Staiger. *Quarterly Journal of Economics* 135(2), May 2020: 785-843

5. "Economic Principles for Medicare Reform" with Craig Garthwaite. *Annals of the American Academy of Political and Social Science* 686, November 2019.

6. "Behavioral Economics and Health-Care Markets." *Handbook of Behavioral Economics: Foundations and Applications* 2, edited by B. Douglas Bernheim, Stefano DellaVigna, and David Laibson, 459 502. Amsterdam: Elsevier/North-Holland, 2019.

7. "The Orphan Drug Act at 35: Observations and an Outlook for the Twenty-First Century" with Nicholas Bagley, Benjamin Berger, Amitabh Chandra, Craig Garthwaite, and Ariel Dora Stern. in *Innovation Policy and the Economy*, Volume 19, edited by Josh Lerner and Scott Stern, 97 137. University of Chicago Press, 2018.

8. "Characterizing the Drug Development Pipeline for Precision Medicines," with Craig Garthwaite and Ariel Dora Stern. NBER Working-Paper 24025. Forthcoming in *Economic Dimensions of Personalized and Precision Medicine* (Ernst Berndt, Dana Goldman and Jack Rowe, editors).

9. "What Does a Deductible Do? The Impact of Cost-Sharing on Health Care Prices, Quantities, and Spending Dynamics," with Zarek C. Brot-Goldberg, Benjamin R. Handel, Jonathan T. Kolstad. *Quarterly Journal of Economics*, April 2017.

10. "Healthcare Exceptionalism? Performance and Allocation in the U.S. Healthcare Sector," with Amy Finkelstein, Adam Sacarny, Chad Syverson. *American Economic Review*, August 2016.

11. "Sources of Inefficiency in Healthcare and Education," *American Economic Review* Papers and Proceedings 106(5), May 2016, with Douglas Staiger.

12. "Productivity Dispersion in Medicine and Manufacturing," *American Economic Review* Papers and Proceedings 106(5), May 2016, with Amy Finkelstein, Adam Sacarny, Chad Syverson.

13. "Is This Time Different? The Slowdown in US Healthcare Spending," with Jonathan Holmes and Jonathan Skinner. *Brookings Papers on Economic Activity*, Fall 2013.

14. "The impact of patient cost-sharing on low-income populations: evidence from Massachusetts." *J Health Econ* 2014. Jan;33:57-66. doi: 10.1016/j.jhealeco.2013.10.008. PMID:  24287175, with Jonathan Gruber and Robin McKnight.

15. "Technology Growth and Expenditure Growth in Healthcare," *Journal of Economic Literature* September 2012, with Jonathan Skinner.

A-5

16. "Saving Money or Just Saving Lives? Improving the Productivity of U.S. Health Care Spending," *Annual Review of Economics* September 2012, with Katherine Baicker and Jonathan Skinner.

17. "Who Ordered That? The Economics of Treatment Choices in Medical Care," *Handbook of Health Economics*, Volume II: 397-432, with David Cutler and Zirui Song. 2012.

18. "The Pragmatist's Guide to Comparative Effectiveness Research," *Journal of Economic Perspectives* 25 (2), Spring 2011, with Anupam Jena and Jonathan Skinner.

19. "Patient Cost Sharing in Low Income Populations." *American Economic Review*, Papers and Proceedings May 2010, 100(2): 303 08, with Jonathan Gruber and Robin McKnight.

20. "Patient Cost-Sharing and Hospitalization Offsets in the Elderly," *American Economic Review* March 2010, 193-213, with Jonathan Gruber and Robin McKnight.

21. "Understanding Agglomeration Economies in Healthcare," in *Agglomeration Economics*, Edward Glaeser (Editor). 211-236 National Bureau of Economic Research, Inc, with Katherine Baicker.

22. "Productivity Spillovers in Healthcare: Evidence from the Treatment of Heart Attacks," *Journal of Political Economy* February 2007, with Douglas Staiger, pp. 103-140.

23. "The Labor Market Effects of Rising Health Insurance Premiums," *Journal of Labor Economics* July 2006, with Katherine Baicker, pp. 609-634.

24. "Disability Risk and the Value of Disability Insurance," in David Cutler and David Wise (Editors), *Health In Older Ages: The Causes and Consequences of Declining Disability Among the Elderly*. University of Chicago Press, 2006, with Andrew Samwick.

25. "The Effect of Malpractice Liability on the Delivery of Health Care" in David M. Cutler and Alan M. Garber (Eds.) *Frontiers of Health Policy Research* Vol 8, 2005, with Katherine Baicker, Article 4.

26. "The Consequences of the Growth in Health Insurance Premiums," *American Economic Review*, Papers and Proceedings 94(2), May 2005, with Katherine Baicker, pp. 214-218.

27. "Iatrogenic Specification Error: A Cautionary Tale of Cleaning Data," *Journal of Labor Economics*, April 2005, with Christopher Bollinger, pp. 235-257.

28. "The Productivity of Physician Specialization: Evidence from the Medicare Program" *American Economic Review,* Papers and Proceedings 93(2), May 2004, with Katherine Baicker, pp. 357-361.

29. "Children, Nondiscriminatory Provision of Fringe Benefits, and Household Labor Market Decisions," *Research in Labor Economics* 22(1), 2003, with Mark C. Berger, Dan A. Black, and Frank A. Scott, pp. 309-349.

30. "Labor Market Dropouts and the Racial Wage Gap: 1940-1990" *American Economic Review*, Papers and Proceedings 89(2), May 2000, pp. 333-338.

31. "Does Public Infrastructure Affect Economic Activity? Evidence from the Interstate Highway System" with Eric Thompson, *Regional Science and Urban Economics* 30(4), July 2000, 457-490.

32. "Health Insurance Coverage of the Unemployed: COBRA and the Potential Effects of Kassebaum-Kennedy," *Journal of Policy Analysis and Management* 18(3), Summer 1999, with Mark C. Berger, Dan A. Black and Frank A. Scott, pp. 430-448.

33. "Taxes and the Timing of Births," *Journal of Political Economy* 107(1), February 1999, with Stacy Dickert-Conlin, pp. 161-177.

34. "Profiling Workers for Unemployment Insurance," in David D. Balducchi (Ed.). *Worker Profiling and Reemployment Services Systems.* U.S. Department of Labor, 1997, (Washington, D.C.: Government Printing Office), with Mark C. Berger and Dan A. Black, pp. 47-54.

**Working Papers in Economics**

35. Chandra, Amitabh, Evan Flack, and Ziad Obermeyer. "The Health Costs of Cost-Sharing." NBER Working Paper Series, No. 28439, February 2021.

36. Chandra, Amitabh, Pragya Kakani, and Adam Sacarny. "Hospital Allocation and Racial Disparities in Health Care." NBER Working Paper Series, No. 28018, November 2020

37. Kakani, Pragya, Michael Chernew, and Amitabh Chandra. "Rebates in the Pharmaceutical Industry: Evidence from Medicines Sold in Retail Pharmacies in the U.S." NBER Working Paper Series, No. 26846, March 2020

**Papers in Health Policy**

38. Zaki MM, Jena AB, Chandra A. Supporting Value-Based Health Care - Aligning Financial and Legal Accountability. *New England Journal of Medicine*. 2021 Sep 9;385(11):965-967. doi: 10.1056/NEJMp2105625.

39. Baicker, Katherine, and Amitabh Chandra. "What Values and Priorities Mean for Health Reform." *New England Journal of Medicine* 383, no. 15 (October 8, 2020).

40. Grischkan, Justin A., Ari B. Friedman, and Amitabh Chandra. "Moving the Financing of Graduate Medical Education Into the 21st Century." *JAMA, the Journal of the American Medical Association* 324, no. 11 (September 15, 2020).

41. Pian, Julia, Amitabh Chandra, and Ariel Dora Stern. "The Past, Present, and (Near) Future of Gene Therapy and Gene Editing." *NEJM Catalyst Innovations in Care Delivery* 1, no. 5 (September October 2020).

42. Baicker, Katherine, and Amitabh Chandra. "Do We Spend Too Much on Health Care?" *New England Journal of Medicine* 383, no. 7 (August 13, 2020): 605 608.

43. Kakani, Pragya, Amitabh Chandra, Sendhil Mullainathan, and Ziad Obermeyer "Allocation of COVID-19 Relief Funding to Disproportionately Black Counties." *JAMA, the Journal of the American Medical Association* 324, no. 10 (September 8, 2020): 1000 1003.

44. McCormack, Grace, Christopher Avery, Ariella Kahn-Lang Spitzer, and Amitabh Chandra. "Economic Vulnerability of Households with Essential Workers." *JAMA, the Journal of the American Medical Association* 324, no. 4 (July 28, 2020): 388 390.

45. Chandra, Amitabh, Mark Fishman, and Douglas Melton. "A Detailed Plan for Getting Americans Back to Work." *Harvard Business Review* Digital Articles, April 1, 2020.

46. Khullar D, Fisher J, Chandra A. Trickle Down Innovation and the Longevity of Nations. *Lancet*. 2019 Jun 1;393(10187):2272-2274.

47. Bagley, Nicholas, Amitabh Chandra, Craig Garthwaite, and Ariel Dora Stern. "It's Time to Reform the Orphan Drug Act." NEJM Catalyst (December 19, 2018).

48. Baicker K, Chandra A. Challenges in Understanding Differences in Health Care Spending Between the United States and Other High-Income Countries. JAMA. 2018 Mar 13;319(10):986-987. doi: 10.1001/jama.2018.1152. PubMed PMID: 29536082.

49. Skinner J, Chandra A. Health Care Employment Growth and the Future of US Cost Containment. JAMA. 2018 May 8;319(18):1861-1862. doi: 10.1001/jama.2018.2078. PubMed PMID: 29710344.

50. Baicker K, Chandra A. Evidence Based Health Policy. *New England Journal of Medicine*. December 21, 2017. doi: 10.1056/NEJMp1709816.

51. Chandra, Amitabh and Garthwaite, Craig. The Economics of Indication-Based Drug Pricing. *New England Journal of Medicine*. July 13; 377(2):103-106. doi: 10.1056/NEJMp1705035.

52. Stern AD, Alexander BA, Chandra A. The Economics of Precision Medicine. *Science.* March 16, 2017. doi: 10.1126/science.aai8707.

53. Chandra A and Sachs RE. An FDA Commissioner for the 21st Century. *New England Journal of Medicine*. April 13;376(15):e31. doi: 10.1056/NEJMp1703979.

54. Chandra, A, Frakes M, Malani A. Challenges To Reducing Discrimination And Health Inequity Through Existing Civil Rights Laws. *Health Affairs.* 2017; 36(6):1041-1047. doi: 10.1377/hlthaff.2016.1091.

55. John Schupbach Amitabh Chandra Robert S. Huckman. A Simple Way to Measure Health Care Outcomes. Harvard Business Review. December 8, 2016. https://hbr.org/2016/12/a-simple-way-to-measure-health-care-outcomes

56. Amitabh Chandra, Amy Finkelstein, Adam Sacarny, Chad Syverson. Perhaps Market Forces Do Work in Health Care After All. Harvard Business Review. December 5, 2016. https://hbr.org/2016/12/research-perhaps-market-forces-do-work-in-health-care-after-all

57. Sahni NR, Dalton M, Cutler DM, Birkmeyer JD, Chandra A. Surgeon specialization and operative mortality in United States. *British Medical Journal*. 2016 July 21;354:i3571. doi: 10.1136/bmj.i3571. PubMed PMID: 27444190; PMCID: PMC4957587.

58. Skinner J, Chandra A. The Past and Future of the Affordable Care Act. *JAMA*. 2016 Aug 2;316(5):497-9. doi: 10.1001/jama.2016.10158. PubMed PMID: 27400390.

59. Chandra A, Shafrin J, Dhawan R. Utility of Cancer Value Frameworks for Patients, Payers, and Physicians. *JAMA*. 2016 May 17;315(19):2069-70. doi: 10.1001/jama.2016.4915. PubMed PMID: 27187295.

60. Chandra A, Vanderpuye-Orgle J. Competition in the Age of Biosimilars. *JAMA*. 2015 Jul 21;314(3):225-6. doi: 10.1001/jama.2015.6170. PubMed PMID: 26197179.

61. Baicker K, Chandra A. The Veiled Economics of Employee Cost Sharing. *JAMA Internal Medicine*. 2015 Jul;175(7):1081-2. doi: 10.1001/jamainternmed.2015.1109. PubMed PMID: 25938672.

62. Yasaitis LC, Berkman LF, Chandra A. Comparison of self-reported and Medicare 28;131(17): claims-identified acute myocardial infarction. *Circulation*. 2015 Apr 1477-85

63. Chandra A, Snider JT, Wu Y, Jena A, Goldman DP. Robot-assisted surgery for kidney cancer increased access to a procedure that can reduce mortality and renal failure. *Health Affairs* (Millwood). 2015 Feb;34(2):220-8. doi: 10.1377/hlthaff.2014.0986. PubMed PMID: 25646101.

64. Chandra A, Khullar D, Lee Thomas H. Addressing the challenge of gray-zone medicine. *N Engl J Med*. 2015 Jan 15;372(3):203-5. PubMed PMID: 25587945.

65. Goldman, Dana, Amitabh Chandra and Darius Lakdawalla. It's Easier to Measure the Cost of Health Care than Its Value. Harvard Business Review. November 18, 2014. Available at https://hbr.org/2014/11/its-easier-to-measure-the-cost-of-health-care-than-its-value.

66. Yasaitis LC, Bubolz T, Skinner JS, Chandra A. Local population characteristics and hemoglobin A1c testing rates among diabetic medicare beneficiaries. *PLoS One*. 2014 Oct 31;9(10). PubMed PMID: 25360615; PubMed Central PMCID: PMC4215926.

67. Chen C, Scheffler G, Chandra A. Readmission penalties and health insurance expansions: A dispatch from massachusetts. *J Hosp Med* 2014 Jun 19. PubMed PMID: 24945696.

68. Chandra A, Khullar D, Wilensky GR. The economics of graduate medical education. *New England Journal of Medicine* 2014 Jun 19;370(25):2357-60. doi: 10.1056/NEJMp1402468. Epub 2014 May 14. PubMed PMID: 24826947.

69. Seabury SA, Chandra A, Jena AB. Gender income disparities can be explained by alternative factors--reply. *JAMA Intern Med*. 2014 May;174(5):822-3. doi: 10.1001/jamainternmed.2014.35. PubMed PMID: 24799008.

70. Mangalmurti S, Seabury SA, Chandra A, Lakdawalla D, Oetgen WJ, Jena AB. Medical professional liability risk among US cardiologists. *Am Heart J*. 2014 May;167(5):690-6. doi: 10.1016/j.ahj.2014.02.007. Epub 2014 Feb 26. PubMed PMID: 24766979.

71. McKellar MR, Naimer S, Landrum MB, Gibson TB, Chandra A, Chernew M. Insurer market structure and variation in commercial health care spending. *Health Serv Res*. 2014 Jun;49(3):878-92. doi: 10.1111/1475-6773.12131. Epub 2013 Dec 5. PubMedPMID: 24303879.

72. Seabury SA, Chandra A, Jena AB. Trends in the Earnings of Male and Female Health Care Professionals in the United States, 1987 to 2010. *JAMA Intern Med*. 2013 Sep 2. PubMed PMID: 23999898.

73. Chandra A, Dalton MA, Holmes J. Large increases in spending on postacute care in Medicare point to the potential for cost savings in these settings. *Health Affairs* 2013 May;32(5):864-72. PubMed PMID: 23650319; PubMed Central PMCID: PMC3675656.

74. Jena AB, Chandra A, Seabury SA. Malpractice risk among US pediatricians. *Pediatrics*. 2013 Jun;131(6):1148-54. May PubMed PMID: 23650293; PubMed Central PMCID: PMC3666113.

75. Seabury SA, Chandra A, Lakdawalla DN, Jena AB. On average, physicians spend nearly 11 percent of their 40-year careers with an open, unresolved malpractice claim. *Health Affairs* (Millwood). 2013 Jan;32(1):111-9.

76. Seabury SA, Jena AB, Chandra A. Trends in the earnings of health care professionals in the United States, 1987-2010. *JAMA*. 2012 Nov 28;308(20):2083-5.  PubMed PMID: 23188021.

77. Winter HS, Mossialos E, Naci H, Chandra A, Salojee H, Yamashiro Y, Bhutta ZA, Uauy R, Corvalan C. The economics of health care delivery. *J Pediatrics Gastroenterol Nutr.* 2012 Nov;55(5):482-8. PubMed PMID: 22995868.

78. Jena AB, Chandra A, Lakdawalla D, Seabury S. Outcomes of Medical Malpractice Litigation Against US Physicians. *Arch Intern Med.* 2012 Jun 11;172(11):892-4. PubMed PMID: 22825616.

79. Baicker K, Chandra A. The health care jobs fallacy. *New England Journal of Medicine.* 2012 Jun 28;366(26):2433-5. Epub 2012 Jun 6. PubMed PMID: 22670868.

80. Seabury S, Chandra A, Lakdawalla D, Jena AB. Defense costs of medical malpractice claims. *New England Journal of Medicine* 2012 Apr 5;366(14):1354-6. PubMed PMID: 22475613.

81. Lee, J., Arokiasamy, P., Chandra, A., Hu, P., Liu, J., and Feeney, K. (2012). Markers and Drivers: Cardiovascular Health of Middle Age and Older Indians. In *Aging in Asia: Findings from New and Emerging Data Initiatives*. Committee on Policy Research and Data Needs to Meet the Challenge of Aging in Asia. J.P. Smith and M. Majmundar, Eds.  Washington, DC:  The National Academies Press, forthcoming.

82. Alhassani A, Chandra A, Chernew ME. The Sources of the SGR "Hole". *New England Journal of Medicine.* 2012 Jan 26; 4.  PubMed PMID: 22187962.

83. Chen, C, Scheffler G, Chandra A. Massachusetts Healthcare Reform and Emergency Department Utilization. *New England Journal of Medicine*. 2011 Sept 7; 3.

84. Jena AB, Seabury S, Lakdawalla D, Chandra A. Malpractice risk according to physician specialty. New England Journal of Medicine. 2011 Aug 18; 365(7): 629-36. PubMed PMID: 21848463.

85. Hanson JL, Chandra A, Wolfe BL, Pollak SD. Association between Income and the Hippocampus. PLoS ONE 6(5) 2011: e18712. doi:10.1371/journal.pone.0018712.

86. Chandra A, Gruber J, McKnight R. The Importance of the Individual Mandate: Evidence from Massachusetts. New England Journal of Medicine. 2011 Jan 12. PubMed PMID: 21226568.

87. Bynum JP, Fisher ES, Song Y, Skinner J, Chandra A. Measuring racial disparities in the quality of ambulatory diabetes care. Medical Care. 2010 Dec; 48(12):1057-63. PubMed PMID: 21063231; PubMed Central PMCID: PMC3005338.

88. Mello MM, Chandra A, Gawande AA, Studdert DM. National costs of the medical liability system. Health Affairs. 2010 Sep;  29(9): 1569-77. PubMed PMID: 20820010.

89. Block JP, Chandra A, McManus KD, Willett WC. Point-of-purchase price and education intervention to reduce consumption of sugary soft drinks. American J Public Health. 2010 Aug; 100(8): 1427-33. PubMed PMID: 20558801.

90. Chernew ME, Sabik LM, Chandra A, Gibson TB, Newhouse JP. Geographic correlation between large-firm commercial spending and Medicare spending. American J Managed Care. 2010 Feb; 16(2): 131-8. PubMed PMID: 20148618.

91. Baicker K, Chandra A. Uncomfortable arithmetic--whom to cover versus what to cover. New England Journal of Medicine. 2010 Jan 14; 362(2): 95-7. PubMed PMID:20018964.

92. Chernew ME, Sabik L, Chandra A, Newhouse JP. Ensuring the fiscal sustainability of health care reform. New England Journal of Medicine. 2010 Jan 7; 362(1): 1-3. PubMed PMID: 20007553.

93. Baicker K, Chandra A. A trillion-dollar geography lesson. Health Affairs. 2009 Sep-Oct; 28(5): 1448-51. PubMed PMID: 19738262.

94. Chernew ME, Sabik L, Chandra A, Newhouse JP. Would having more primary care doctors cut health spending growth? Health Affairs. 2009. Sep-Oct; 28(5): 1327-35. PubMed PMID: 19738248.

95. Yasaitis L, Fisher ES, Skinner JS, Chandra A. Hospital quality and intensity of spending: is there an association? Health Affairs. 2009 Jul-Aug; 28(4): w566-72. PubMed PMID: 19460774.

96. Chandra A. Who You Are and Where You Live: Race and the Geography of Healthcare. Medical Care. February 2009.

97. Baicker K, Chandra A. Myths and misconceptions about U.S. health insurance. Health Affairs. 2008 Nov-Dec; 27(6): w533-43. PubMed PMID: 18940834.

98. Landrum MB, Meara ER, Chandra A, Guadagnoli E, Keating NL. Is spending more always wasteful? The appropriateness of care and outcomes among colorectal cancer patients. Health Affairs. 2008 Jan-Feb; 27(1): 159-68. PubMed PMID: 18180491.

99. Baicker K, Fisher ES, Chandra A. Malpractice liability costs and the practice of medicine in the Medicare program. Health Affairs. 2007 May-Jun; 26(3): 841-52. PubMed PMID: 17485765.

100. Jha AK, Staiger DO, Lucas FL, Chandra A. Do race-specific models explain disparities in treatments after acute myocardial infarction? American Heart Journal. 2007 May; 153(5): 785-91. PubMed PMID: 17452154.

101. Baker LC, Afendulis CC, Chandra A, McConville S, Phibbs CS, Fuentes-Afflick E. Differences in neonatal mortality among whites and Asian American subgroups: evidence from California. Archives Pediatrics Adolescent Medicine. 2007 Jan; 161(1): 69-76. PubMed PMID: 17199070.

102. Baicker K, Buckles KS, Chandra A. Geographic variation in the appropriate use of cesarean delivery. Health Affairs. 2006 Sep-Oct; 25(5): w355-67. PubMed PMID: 16895942.

103. Skinner J, Chandra A, Staiger D, Lee J, McClellan M. Mortality after acute myocardial infarction in hospitals that disproportionately treat black patients. Circulation. 2005 Oct 25; 112(17): 2634-41. PubMed PMID: 16246963.

104. Chandra A, Nundy S, Seabury SA. The growth of physician medical malpractice payments: evidence from the National Practitioner Data Bank. Health Affairs. 2005 Jan-Jun;Suppl Web Exclusives:W5-240-W5-249. PubMed PMID:15928255.

105. Baicker K, Chandra A, Skinner JS. Geographic variation in health care and the problem of measuring racial disparities. Perspectives in Biology and Medicine. 2005 Winter; 48(1): S42-53. PubMed PMID: 15842086.

106. Barnato AE, Lucas FL, Staiger D, Wennberg DE, Chandra A. Hospital-level racial disparities in acute myocardial infarction treatment and outcomes. Medical Care. 2005 Apr; 43(4): 308-19. PubMed PMID: 15778634.

107. Baicker K, Chandra A, Skinner JS, Wennberg JE. Who you are and where you live: how race and geography affect the treatment of medicare beneficiaries. Health Affairs. 2004; 33-44. PubMed PMID: 15471775.

108. Baicker K, Chandra A. Medicare spending, the physician workforce, and beneficiaries' quality of care. Health Affairs. 2004 Jan-Jun:W4-184-97. PubMed PMID: 15451981.

109. Chandra A, Skinner JS. Geography and Racial Health Disparities," in Norman B. Anderson, Rodolfo A. Bulatao and Barney Cohen (Eds). *Critical Perspectives: on Racial and Ethnic Differences in Health in Late Life*, National Research Council 2004 (The National Academies Press: Washington D.C.). pp. 604-642.

## Published Commentaries

110. Chandra, Amitabh. "Can We Afford More Health Care?" Review of The Cost Disease: Why Computers Get Cheaper and Health Care Doesn't, by William J. Baumol. *Science*, 341.6143, July 2013: 239.

111. "The Value of Progress against Cancer in the Elderly, by Jay Bhattacharya, Alan Garber, Matthew Miller and Daniella Perlroth" in David A. Wise (Editor) I*nvestigations in the Economics of Aging* University of Chicago Press.

112. "Childhood Health and Differences in Late Life Health Outcomes between England and Wales, by James Banks, Zoe Oldfield and James Smith" in David A. Wise (Editor) I*nvestigations in the Economics of Aging* University of Chicago Press.

113. Chandra A, Vogl TS. Rising up with shoe leather? A comment on Fair Society, Healthy Lives (the Marmot Review). *Social Science and Medicine*. 2010 Oct;71(7):1227-30. PubMed PMID: 20692755.

114. "Richard Cooper Analysis is Incorrect," *Health Affairs* December 2008, with Katherine Baicker, pp. w116-118.

115. "The Elusive Connection Between Health Care Spending and Quality" *Health Affairsairs* December 2008, with Jonathan Skinner, Elliott Fisher, and David Goodman, w119-123.

116. "Aging and Death under a Dollar a Day," by Abhijit Banerjee and Esther Duflo, in David A. Wise (Editor). *Economics of Aging*, University of Chicago Press, forthcoming (Conference at the Boulders, AZ in May 2007), with Heidi Williams.

117. "Income, aging, health and wellbeing around the world: Evidence from the Gallup World Poll," by Angus Deaton, in David A. Wise (Editor). *Economics of Aging*, University of Chicago Press, forthcoming (Conference at the Boulders, AZ in May 2007), with Heidi Williams.

118. "Health and Well-being in Udaipur and South Africa," by Angus Deaton and Anne Case, in David A. Wise (Editor). *Developments in the Economics of Aging*, University of Chicago Press 2007, forthcoming (Conference at the Boulders, AZ in May 2005).

119. "The Metrics of the Physician Brain Drain" *New England Journal of Medicine* 354, February 2, 2006, pp. 528-30.

120. "Consequences of Selling a Kidney in India," *Journal of the American Medical Association* 289, 2003, pp. 697-98.

## Opinion Pieces

121. Chandra, Amitabh. "Scale the Price of a coronavirus vaccine by the harm it averts," Boston Globe March 13, 2020.

122. Baicker, Katherine and Amitabh Chandra. "We need a national conversation about our health care priorities" Boston Globe, December 23, 2019

123. Frakt, Austin and Amitabh Chandra. "How to Pay for Only the Health Care You Want," The New York Times Upshot, June 9 2014. Available at http://www.nytimes.com/2014/06/10/upshot/how-to-pay-for-only-the-health-care-you-want.html

124. Chandra, Amitabh. "Defensive Medicine May Be Costlier Than It Seems." Wall Street Journal, February 7, 2013.

125. Mello, Michelle, and Amitabh Chandra. "The Cap Doesn't Fit." New York Times, July 11, 2009.

## Reports

126. Nicholas Bagley, Amitabh Chandra, and Austin Frakt. "Correcting Signals for Innovation in Health Care" Brookings Institute. Hamilton Project. Available at http://www.brookings.edu/~/media/research/files/papers/2015/10/04-thp-papers-on-health-care/correcting_signals_for_innovation_in_health_care_bagley_v2.pdf

127. Chandra, Amitabh. Economics Meets the Geography of Medicine. Institute of Medicine. October 2013. Available at http://www.iom.edu/~/media/Files/Report%20Files/2013/Geographic-Variation2/Commissioned-Papers/Chandra.pdf.

128. Chandra A, DO Staiger, Skinner JS. Saving Money and Lives, in The Healthcare Imperative: Lowering Costs and Improving Outcomes. Institute of Medicine. Available at http://www.ncbi.nlm.nih.gov/books/NBK53920/

129. "Disparities in Health and Health Care among Medicare Beneficiaries: A Brief Report of the Dartmouth Atlas Project," with Elliott S. Fisher and David C. Goodman. Robert Wood Johnson Foundation. Available at http://www.rwjf.org/qualityequality/product.jsp?id=31251.

130. "Productivity Spillovers in Health Care," Taubman Center Policy Brief, May 2007, with Douglas O. Staiger.

131. "The Gender Wage Gap in Kentucky" in Michal Smith-Mello and Michael T. Childress (Eds.) *The Future Well-Being of Women*, 1999, with Mark C. Berger, pp. 24-34.

132. "The Retirement Behavior of Kentucky Families," *1998 CBER Annual Economic Report,* with Dan A. Black, pp. 33-42.

133. "The Economic Impact of Interstate Highways in Kentucky," *1998 CBER Annual Economic Report,* with Eric E. Thompson, 55-62.

134. "Profiling Workers for Unemployment Insurance in Kentucky," *Kentucky Journal of Business and Economics*, with Steven Allen, Mark C. Berger and Dan A. Black, pp. 1-18.

135. "More Efficient Financing of Higher Education: The Case for Tuition Increases," *1997 CBER Annual Economic Report,* with Dan A. Black, pp. 37-46.

136. "Income Inequality in Kentucky," in Michael T. Childress, Billie Sebastian, and Peter Schirmer (Eds.) *Exploring the Frontier of the Future,* 1996, pp. 173-180.

137. "Chasing Smokestacks: An Analysis of Economic Development Incentives," *1996 CBER Annual Economic Report*, with Dan A. Black, pp. 31-37.

138. "Are We Watching Grass Grow? The Economics of Income Inequality in Kentucky," *1995 CBER Annual Economic Report,* pp. 23-28.

139. "Uneven Tides: Regional Trends in Economic Growth," *1995 CBER Annual Economic Report,* with Mark C. Berger and Dan A. Black, pp. 9-16.

**Cases**

140. Chandra, Amitabh, Spencer Lee-Rey, and Caroline Marra. "The SMA Foundation: Steering Therapeutic Research and Development in a Rare Disease." Harvard Business School Case 621-112, May 2021. View Details

141. Chandra, Amitabh, and Spencer Lee-Rey. "Who Lives & Who Dies: Expanded Access for Experimental Drugs at Chimerix (B)." Harvard Business School Supplement 621-111, June 2021. View Details

142. Chandra, Amitabh, and Spencer Lee-Rey. "Who Lives & Who Dies: Expanded Access for Experimental Drugs at Chimerix (A)." Harvard Business School Case 621-110, June 2021. View Details

143. Schwartzstein, Joshua, Amitabh Chandra, and Amram Migdal. "Value-Based Insurance Design at Onex."Harvard Business School Case 921-023, January 2021. View Details

144. Chandra, Amitabh, Matthew C. Weinzierl, Lisa Marrone, and Spencer Lee-Rey. "What Will Best Serve Humanity? Accelerating Uses for CRISPR at the Broad Institute." Harvard Business School Case 721-018, October 2020. (Revised June 2021.) View Details

145. Chandra, Amitabh, and Sofia Guerra. "Pricing the Priceless: Covering Transformational Medicines at Harvard Pilgrim Health Plan." Harvard Business School Case 621-059, September 2020. (Revised February 2021.) View Details

146. Gompers, Paul A., Amitabh Chandra, and Matthew Wozny. "Ginkgo Bioworks: The Cell as a Factory." Harvard Business School Case 220-069, April 2020. View Details

A-14

147. Chandra, Amitabh, and Ariel Dora Stern. "Technical Note on Bayesian Statistics and Frequentist Power Calculations." Harvard Business School Technical Note 620-032, December 2019. View Details
148. Chandra, Amitabh, Spencer Lee-Rey, and Douglas Melton. "CRISPR and the Ethics of Germline Editing." Harvard Business School Case 620-101, February 2020. (Revised June 2021.) View Details
149. Pisano, Gary P., William J. Anderson, Amitabh Chandra, Clarissa Ceruti, and Stephanie Oestreich. "The Life Sciences Revolution: A Technical Primer." Harvard Business School Technical Note 620-054, November 2019. (Revised April 2020.) View Details

**Major Grants**

NCI Estimating Effectiveness with Non-Randomized Data, R01CA1427744, 09/01/10-06/30/13)
NIA NBER Center for Aging and Health Research, 9/30/09-8/31/2011
NIA Economics of Aging, P01AG005842-24, 5/1/10-3/31/16
NIA India Health and Retirement Survey, R21AG032572-01, 7/1/08-6/30/10
NIA Causes and Consequences of Health Care Intensity, P01 AG19783-06, 9/15/01-2/29/12
NIA Causes and Consequences of Health Care Intensity, P01 AG19783-02, 9/15/01-8/31/06
NICHD Race, Ethnicity and Quality of Health Care for Newborns, R01 HD44003-01, 4/1/03-3/31/06

A-15