**Trumbull County OUD Treatment Costs**          Matthew G. Bialecki, CPA, CFF, CGMA
**Based on Actual Costs**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Non-Medicaid** | | | | | |
| Non-Medicaid Patients[1] | 481 | 481 | 481 | 481 | 481 |
| Avg Treatment Cost[2] | $594 | $612 | $631 | $650 | $669 |
| County-Funded %[3] | 44.5% | 44.5% | 44.5% | 44.5% | 44.5% |
| **Cost** | **$127,127** | **$130,970** | **$134,929** | **$139,007** | **$143,209** |
| **Medicaid** | | | | | |
| Medicaid Patients[4] | 966 | 966 | 966 | 966 | 966 |
| Avg Treatment Cost[5] | $3,392 | $3,494 | $3,600 | $3,709 | $3,821 |
| County-Funded % | 0% | 0% | 0% | 0% | 0% |
| **Cost** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Totals** | **$127,127** | **$130,970** | **$134,929** | **$139,007** | **$143,209** |
| | | | | **5-Year Total** | **$675,243** |

**Assumptions:**
\* Inflation Rate - Medical Care (Avg. 2007-2021) = 3.0%

**Footnotes:**
1. Actual from Trumbull County Claims Data for 2019 (TRUM004984279).
2. Actual from Trumbull County Claims Data for 2019 (TRUM004984279). Adjusted for medical care inflation.
3. Estimate based on Trumbull MHRB financial activity report, Form MHAS-FIS-040 actuals for SFY 2021 (TRUM005016841).
4. Actual from Trumbull County Claims Data for 2019 (TRUM004984279).
5. Actual from Trumbull County Claims Data for 2019 (TRUM004984279). Adjusted for medical care inflation.


DEFENDANT'S EXHIBIT CVS-MDL-05019