**Trumbull County OUD Treatment Costs**  
**Based on Actual Costs; Excludes Grants**

Matthew G. Bialecki, CPA, CFF, CGMA

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Non-Medicaid** | | | | | |
| Non-Medicaid Patients[1] | 481 | 481 | 481 | 481 | 481 |
| Avg Treatment Cost[2] | $594 | $612 | $631 | $650 | $669 |
| **Cost** | **$285,833** | **$294,473** | **$303,375** | **$312,545** | **$321,992** |
| **Medicaid** | | | | | |
| Medicaid Patients[3] | 966 | 966 | 966 | 966 | 966 |
| Avg Treatment Cost[4] | $3,392 | $3,494 | $3,600 | $3,709 | $3,821 |
| County-Funded % | 0% | 0% | 0% | 0% | 0% |
| **Cost** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Totals** | **$285,833** | **$294,473** | **$303,375** | **$312,545** | **$321,992** |
| | | | | **5-Year Total** | **$1,518,218** |

**Assumptions:**
* Inflation Rate - Medical Care (Avg. 2007-2021) = 3.0%

**Footnotes:**
1. Actual from Trumbull County Claims Data for 2019 (TRUM004984279).
2. Actual from Trumbull County Claims Data for 2019 (TRUM004984279). Adjusted for medical care inflation.
3. Actual from Trumbull County Claims Data for 2019 (TRUM004984279).
4. Actual from Trumbull County Claims Data for 2019 (TRUM004984279). Adjusted for medical care inflation.



DEFENDANT'S EXHIBIT CVS-MDL-05021