**Lake County OUD Treatment Costs**  Matthew G. Bialecki, CPA, CFF, CGMA
**Based on Actual Costs; Excludes Grants**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Non-Medicaid** | | | | | |
| Non-Medicaid Patients[1] | 232 | 232 | 232 | 232 | 232 |
| Avg Treatment Cost[2] | $1,563 | $1,611 | $1,659 | $1,710 | $1,761 |
| **Cost** | **$362,712** | **$373,676** | **$384,972** | **$396,609** | **$408,597** |
| **Medicaid** | | | | | |
| Medicaid Patients[3] | 466 | 466 | 466 | 466 | 466 |
| Avg Treatment Cost[4] | $3,392 | $3,494 | $3,600 | $3,709 | $3,821 |
| County-Funded % | 0% | 0% | 0% | 0% | 0% |
| **Cost** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Totals** | **$362,712** | **$373,676** | **$384,972** | **$396,609** | **$408,597** |
| | | | | **5-Year Total** | **$1,926,566** |

**Assumptions:**
\* Inflation Rate - Medical Care (Avg. 2007-2021) = 3.0%

**Footnotes:**
1. Actual from Lake County Claims Data for 2019 (ADAMHS000030213).
2. Actual from Lake County Claims Data for 2019 (ADAMHS000030213).  Adjusted for medical care inflation.
3. Estimate based on Trumbull County Claims Data for 2019 (TRUM004984279). Post-2012 Lake County Claims Data does not have Medicaid patients.
4. Estimate based on Trumbull County Claims Data for 2019 (TRUM004984279).  Adjusted for medical care inflation.



DEFENDANT'S EXHIBIT CVS-MDL-05022