**Trumbull County OUD Treatment Costs**                                      Matthew G. Bialecki, CPA, CFF, CGMA
**Based on Actual Costs**
**Assumes Keyes/Alexander OUD Treatment Populations**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Alexander OUD Treatment Populations** | | | | | |
| Total Treatment Population[1] | 2,888 | 2,857 | 2,823 | 2,786 | 2,747 |
| **Non-Medicaid** | | | | | |
| Non-Medicaid Patients[2] | 960 | 950 | 938 | 926 | 913 |
| Avg Treatment Cost[3] | $594 | $612 | $631 | $650 | $669 |
| County-Funded %[4] | 44.5% | 44.5% | 44.5% | 44.5% | 44.5% |
| **Cost** | **$253,749** | **$258,602** | **$263,234** | **$267,651** | **$271,859** |
| **Medicaid** | | | | | |
| Medicaid Patients[2] | 1,928 | 1,907 | 1,885 | 1,860 | 1,834 |
| Avg Treatment Cost[5] | $3,392 | $3,494 | $3,600 | $3,709 | $3,821 |
| County-Funded % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Cost** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total** | **$253,749** | **$258,602** | **$263,234** | **$267,651** | **$271,859** |
| | | | | **5-Year Total** | **$1,315,096** |

**Assumptions:**
* Percentage of Non-Medicaid Patients / Medicaid Patients = 33.2% / 66.8%
* Inflation Rate - Medical Care (Avg. 2007-2021) = 3.0%

**Footnotes:**
1. Alexander Report, Appendix E for Trumbull County, tab "2B. OUD Treatment," row [3].
2. Allocation of Medicaid/non-Medicaid Patients based on Trumbull County Claims Data for 2019 (TRUM004984279).
3. Actual from Trumbull County Claims Data for 2019 (TRUM004984279). Adjusted for medical care inflation.
4. Estimate based on Trumbull MHRB financial activity report, Form MHAS-FIS-040 actuals for SFY 2021 (TRUM005016841).
5. Actual from Trumbull County Claims Data for 2019 (TRUM004984279). Adjusted for medical care inflation.


DEFENDANT'S EXHIBIT CVS-MDL-05023