# Lake County OUD Treatment Costs
## Based on Actual Costs
## Assumes Keyes/Alexander OUD Treatment Populations

Matthew G. Bialecki, CPA, CFF, CGMA

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **OUD Treatment Populations** | | | | | |
| Total Treatment Population[1] | 2,267 | 2,243 | 2,216 | 2,187 | 2,156 |
| **Non-Medicaid** | | | | | |
| Non-Medicaid Patients[2] | 754 | 745 | 737 | 727 | 717 |
| Avg Treatment Cost[3] | $1,563 | $1,611 | $1,659 | $1,710 | $1,761 |
| County-Funded %[4] | 22.4% | 22.4% | 22.4% | 22.4% | 22.4% |
| **Cost** | **$264,193** | **$269,245** | **$274,068** | **$278,667** | **$283,049** |
| **Medicaid** | | | | | |
| Medicaid Patients[2] | 1,513 | 1,497 | 1,479 | 1,460 | 1,439 |
| Avg Treatment Cost[5] | $3,392 | $3,494 | $3,600 | $3,709 | $3,821 |
| County-Funded % | 0% | 0% | 0% | 0% | 0% |
| **Cost** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total** | **$264,193** | **$269,245** | **$274,068** | **$278,667** | **$283,049** |
| | | | | **5-Year Total** | **$1,369,223** |

**Assumptions:**
* Percentage of Non-Medicaid Patients / Medicaid Patients = 33.2% / 66.8%
* Inflation Rate - Medical Care (Avg. 2007-2021) = 3.0%

**Footnotes:**
1. Alexander Report, Appendix E for Lake County, tab "2B. OUD Treatment," row [3].
2. Allocation of Medicaid/non-Medicaid Patients based on Trumbull County Claims Data for 2019 (TRUM004984279).
3. Actual from Lake County Claims Data for 2019 (ADAMHS000030213). Adjusted for medical care inflation.
4. Estimate based on Lake ADAMHS Board financial activity report, Form MHAS-FIS-040 actuals for SFY 2021 (ADAMHS000028336).
5. Estimate based on Trumbull County Claims Data for 2019 (TRUM004984279). Adjusted for medical care inflation.


DEFENDANT'S EXHIBIT
CVS-MDL-05024