## Lake County OUD Treatment Costs
### Based on Actual Costs; Excludes Grants
### Assumes Keyes/Alexander OUD Treatment Populations

Matthew G. Bialecki, CPA, CFF, CGMA

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Alexander OUD Treatment Populations** | | | | | |
| Total Treatment Population[1] | 2,267 | 2,243 | 2,216 | 2,187 | 2,156 |
| **Non-Medicaid** | | | | | |
| Non-Medicaid Patients[2] | 754 | 745 | 737 | 727 | 717 |
| Avg Treatment Cost[3] | $1,563 | $1,611 | $1,659 | $1,710 | $1,761 |
| Cost | **$1,178,181** | **$1,200,712** | **$1,222,219** | **$1,242,728** | **$1,262,267** |
| **Medicaid** | | | | | |
| Medicaid Patients[2] | 1,513 | 1,497 | 1,479 | 1,460 | 1,439 |
| Avg Treatment Cost[4] | $3,392 | $3,494 | $3,600 | $3,709 | $3,821 |
| County-Funded % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Cost | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Total** | **$1,178,181** | **$1,200,712** | **$1,222,219** | **$1,242,728** | **$1,262,267** |
| | | | | **5-Year Total** | **$6,106,106** |

**Assumptions:**
* Percentage of Non-Medicaid Patients / Medicaid Patients = 33.2% / 66.8%
* Inflation Rate - Medical Care (Avg. 2007-2021) = 3.0%

**Footnotes:**
1. Alexander Report, Appendix E for Lake County, tab "2B. OUD Treatment," row [3].
2. Allocation of Medicaid/non-Medicaid Patients based on Trumbull County Claims Data for 2019 (TRUM004984279).
3. Actual from Lake County Claims Data for 2019 (ADAMHS000030213). Adjusted for medical care inflation.
4. Estimate based on Trumbull County Claims Data for 2019 (TRUM004984279). Adjusted for medical care inflation.



DEFENDANT'S EXHIBIT
CVS-MDL-05026