DEF-MDL-14405.00001

ADAMHS000031989

DEF-MDL-14405

### Lake County Provider Agency Quality Improvement and Utilization Review Covering FY 19 and 20

### Section I

| | |
|---|---|
| **Agency Name** | **Signature Health, Inc.** |
| **Location** | 38882 Mentor Ave. Willoughby, OH 44094 |
| **Date Services Commenced** | 1993 |
| **Mission Statement** | Signature Health puts good health within reach of all of our community members through comprehensive mental health, medical, and support services essential for optimizing the well-being of mind and body. |
| **Licenses/Certifications/Dates** | OMHAS 04/2019, CARF 8/2018, Ohio Pharmacy Board 2019, HRSA 2020 |
| **Target Population** | Adults, Children, Adolescents |
| **Total Budget** | $22,447,473 |
| **Total # of Staff** | 320 |
| **Total # of Staff Providing Direct Service** | 218 |
| **Credentials/Salary ranges for Direct Service Staff** | MD/DO $185,000-$230,000// NP/FNP $105,000-$118,000// LPN $37,400-$43,680// RN $58,240-$64,480// PCC/LISW $67,000-$70,000// PC/LSW $57,000-60,000// CPST/QMHS $33280-$37,275// CT $24,960-$29,120// Sexual & Reproductive Health Education Manager $35,000-$58,000 |

1



ADAMHS000031990

DEF-MDL-14405.00003

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | MH Assessment | **MH Assessment** |
| **Total # of Staff Providing Direct Service** | 13 | 15 |
| **Average % of Direct Service Time** | 100% | 100% |
| **Total # of Consumers Served (Annual)** | 3358 (80 with ADAMHS funding) | 3291 (72 with ADAMHS Board funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 1 | 1 |
| **% of Recidivism/Reasons for Recidivism** | N/A | N/A |
| **% of Consumers who Successfully Complete/Attain Goals** | N/A | N/A |

ADAMHS00003l991

DEF-MDL-14405.00004

| Outcome Goals for Program | Appropriate Assessment and Referral to MH Programs | Appropriate Assessment and Referral to MH Programs |
|---|---|---|
| Average Duration of Waiting List | No Wait | No Wait |
| For Emergency Services, Average Response Time | N/A | N/A |
| Are These Within Contract Specifications for Time Fame? | N/A | N/A |
| Total Program Budget | $753,451 | $98,013 |
| % of Budget Received From ADAMHS Board | 0.01% | 8.5% |

ADAMHS00003199Z

DEF-MDL-14405.00005

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **MH Psychotherapy Individual** | **MH Psychotherapy Individual** |
| **Total # of Staff Providing Direct Service** | 61 | 63 |
| **Average % of Direct Service Time** | .5652 | .5652 |
| **Total # of Consumers Served (Annual)** | 3923 (640 with ADAMHS funding) | 4023 (684 with ADAMHS funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 38 sessions | 37 sessions |
| **% of Recidivism/Reasons for Recidivism** | 7% | 4% |

ADAMHS000031993

DEF-MDL-14405.00006

| % of Consumers who Successfully Complete/Attain Goals | 60% | 62% |
|---|---|---|
| Outcome Goals for Program | Improved quality of life for patients | Improved quality of life for patients |
| Average Duration of Waiting List | 7-9 days | 6-7 days |
| For Emergency Services, Average Response Time | N/A | N/A |
| Are These Within Contract Specifications for Time Fame? | N/A | N/A |
| Total Program Budget | $7,145,638 | $7,439,417 |
| % of Budget Received From ADAMHS Board | 1.5% | 1.2% |

ADAMHS00003994

DEF-MDL-14405.00007

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **MH CPST** | **MH CPST** |
| **Total # of Staff Providing Direct Service** | 62 | 73 |
| **Average % of Direct Service Time** | .5456 | .5456 |
| **Total # of Consumers Served (Annual)** | 5746 (810 with ADAMHS funding) | 5920 (829 with ADAMHS funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 72 services | 87 services |
| **% of Recidivism/Reasons for Recidivism** | N/A | N/A |
| **% of Consumers who Successfully Complete/Attain Goals** | 54% | 55% |

ADAMHS000031995

DEF-MDL-14405.00008

| Outcome Goals for Program | Enhance/Increase patients self-sufficiency | Enhance/Increase patients self-sufficiency |
|---|---|---|
| Average Duration of Waiting List | 6 days | 5 days |
| For Emergency Services, Average Response Time | N/A | N/A |
| Are These Within Contract Specifications for Time Fame? | N/A | N/A |
| Total Program Budget | $5,481,532 | $16,954,790 |
| % of Budget Received From ADAMHS Board | 1.3% | 0.2% |

ADAMHS00003 1996

DEF-MDL-14405.00009

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | SUD Assessment | SUD Assessment |
| **Total # of Staff Providing Direct Service** | 1 | 1 |
| **Average % of Direct Service Time** | 100% | 100% |
| **Total # of Consumers Served (Annual)** | 975 (10 with ADAMHS funding) | 1014 (20 with ADAMHS funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 1 unit | 1 unit |
| **% of Recidivism/Reasons for Recidivism** | N/A | N/A |
| **% of Consumers who Successfully Complete/Attain Goals** | N/A | N/A |

ADAMHS000031997

DEF-MDL-14405.00010

| | | |
|---|---|---|
| **Outcome Goals for Program** | To evaluate for SUD and refer to treatment coordinator if warranted | To evaluate for SUD and refer to treatment coordinator if warranted |
| **Average Duration of Waiting List** | No wait | No wait |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $5,750,059 | $18,342 |
| **% of Budget Received From ADAMHS Board** | 0.02% | 18.2% |

ADAMHS000031998

DEF-MDL-14405.0001

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **SUD Ambulatory Detox** | **SUD Ambulatory Detox** |
| **Total # of Staff Providing Direct Service** | 2 | 7 |
| **Average % of Direct Service Time** | 0.50-1.0 | 0.50-1.0 |
| **Total # of Consumers Served (Annual)** | 163 | 201 |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 2 Units | 2 Units |
| **% of Recidivism/Reasons for Recidivism** | 50% | 38% |
| **% of Consumers who Successfully Complete/Attain Goals** | 50% | 72% |

ADAMHS000031999

DEF-MDL-14405.00012

| | | |
|---|---|---|
| **Outcome Goals for Program** | Manage Detox for successful induction into MAT treatment | Manage Detox for successful induction into MAT treatment |
| **Average Duration of Waiting List** | No wait | No wait |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $5,750,000 | $8,504,213 |
| **% of Budget Received From ADAMHS Board** | 0.2% | 0.02% |

ADAMHS00003200

DEF-MDL-14405.00013

**Section II**

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **SUD Individual Counseling** | **SUD Individual Counseling** |
| **Total # of Staff Providing Direct Service** | 15 | 13 |
| **Average % of Direct Service Time** | .5652% | .5652% |
| **Total # of Consumers Served (Annual)** | 704 (20 with ADAMHS funding) | 656 (95 with ADAMHS funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM<br>Fri 8AM-5PM | Mon-Thurs 8AM-9PM<br>Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 26 units | 19 units |
| **% of Recidivism/Reasons for Recidivism** | 26% | 24% |
| **% of Consumers who Successfully Complete/Attain Goals** | 49% | 47% |

ADAMHS000003.2001

DEF-MDL-14405.00014

| | | |
|---|---|---|
| **Outcome Goals for Program** | Goal-directed therapy in support of recovery treatment plan | Goal-directed therapy in support of recovery treatment plan |
| **Average Duration of Waiting List** | 8 days | 6 days |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $5,750,059 | $1,009,602 |
| **% of Budget Received From ADAMHS Board** | 0.05% | 1.5% |

ADAMHS000032002

DEF-MDL-14405.00015

## Section II

| | FY2019 | FY2020 |
|---|---|---|
| **For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information:** | | |
| **Name of Service** | SUD Group Counseling | SUD Group Counseling |
| **Total # of Staff Providing Direct Service** | 3 | 3 |
| **Average % of Direct Service Time** | 100% | 100% |
| **Total # of Consumers Served (Annual)** | 365 (120 with ADAMHS funding) | 170 (85 with ADAMHS funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 20 units (varies widely depending on type and focus of group) | 16 units (varies widely depending on type and focus of group) |
| **% of Recidivism/Reasons for Recidivism** | 30% | 35% |
| **% of Consumers who Successfully Complete/Attain Goals** | 58% | 53% |

ADAMHS000032003

DEF-MDL-14405.00016

| | | |
|---|---|---|
| **Outcome Goals for Program** | Socialization and coping skills-focused group therapy in support of recovery | Socialization and coping skills-focused group therapy in support of recovery |
| **Average Duration of Waiting List** | Ave. <7 days | Ave. < 7 days |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $5,750,059 | $915,729 |
| **% of Budget Received From ADAMHS Board** | 0.01% | 0.6% |

ADAMHS000032004

DEF-MDL-14405.00017

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | SUD Intensive Outpatient (IOP) | SUD Intensive Outpatient (IOP) |
| **Total # of Staff Providing Direct Service** | 31 | 24 |
| **Average % of Direct Service Time** | 100% | 100% |
| **Total # of Consumers Served (Annual)** | 470 (35 with ADAMHS funding) | 438 (48 with ADAMHS funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 36 | 36 |
| **% of Recidivism/Reasons for Recidivism** | 22% | 31% |
| **% of Consumers who Successfully Complete/Attain Goals** | 45% | 45% |

ADAMHS000032005

DEF-MDL-14405.00018

| | | |
|---|---|---|
| **Outcome Goals for Program** | Achieving and maintaining sobriety | Achieving and maintaining sobriety |
| **Average Duration of Waiting List** | 7 days (unless in ambulatory detox program-no wait) | No Wait |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $5,750,059 | $8,504,213 |
| **% of Budget Received From ADAMHS Board** | 0.44% | 0.9% |

ADAMHS00003200b

DEF-MDL-14405.00019

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | SUD Case Management | SUD Case Management |
| **Total # of Staff Providing Direct Service** | 8 | 6 |
| **Average % of Direct Service Time** | .5456 | .5456 |
| **Total # of Consumers Served (Annual)** | 1058 (50 with ADAMHS funding) | 1088 (90 with ADAMHS funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 62 services | 58 services |
| **% of Recidivism/Reasons for Recidivism** | 24% | 27% |
| **% of Consumers who Successfully Complete/Attain Goals** | 45% | 52% |

ADAMHS000032007

DEF-MDL-14405.00020

| | | |
|---|---|---|
| **Outcome Goals for Program** | Provide support services enabling recovery | Provide support services enabling recovery |
| **Average Duration of Waiting List** | 6 days (unless in ambulatory detox program- no wait) | 5 days (unless in ambulatory detox program- no wait) |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $5,750,059 | $486,147 |
| **% of Budget Received From ADAMHS Board** | 0.07% | 0.8% |

ADAMHS000032008

DEF-MDL-14405.0021

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **SUD Urine Screens** | **SUD Urine Screens** |
| **Total # of Staff Providing Direct Service** | 1 | 2 |
| **Average % of Direct Service Time** | 100% | 100% |
| **Total # of Consumers Served (Annual)** | 1547 (200 with ADAMHS funding) | 1442 (150 with ADAMHS funding) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM Fri 8AM-5PM | Mon-Thurs 8AM-9PM Fri 8AM-5PM |
| **Average Duration of Consumer Involvement in Service** | N/A | N/A |
| **% of Recidivism/Reasons for Recidivism** | N/A | N/A |
| **% of Consumers who Successfully Complete/Attain Goals** | N/A | N/A |

ADAMHS000032009

DEF-MDL-14405.00022

| | | |
|---|---|---|
| **Outcome Goals for Program** | To facilitate clinical management of SUD patients | To facilitate clinical management of SUD patients |
| **Average Duration of Waiting List** | No wait | No wait |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $5,750,059 | $286,803 |
| **% of Budget Received From ADAMHS Board** | 0.2% | 0.8% |

ADAMHS000032010

DEF-MDL-14405.00023

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **BH Liaison & Transitional Detox** | **BH Liaison & Transitional Detox** |
| **Total # of Staff Providing Direct Service** | 2 | 3 |
| **Average % of Direct Service Time** | 57% | 57% |
| **Total # of Consumers Served (Annual)** | 678 | 2417 (large increase due to adding jail and in-patient psychiatric admissions) |
| **Hours of Programming** | Mon-Thurs 8AM-9PM<br>Fri 8AM-5PM<br>(some on-call hours) | Mon-Thurs 8AM-9PM<br>Fri 8AM-5PM<br>(some on-call hours) |
| **Average Duration of Consumer Involvement in Service** | 4-6 hours | 4-6 hours |
| **% of Recidivism/Reasons for Recidivism** | 10-20% (varies greatly from one program to another- ORTP, QRT, Criminal Justice) | 10-20% (varies greatly from one program to another- ORTP, QRT, Criminal Justice) |

ADAMHS00003201

DEF-MDL-14405.00024

| | | |
|---|---|---|
| **% of Consumers who Successfully Complete/Attain Goals** | 90-95% (as noted above, this is difficult to measure across different programs) | 90-95% (as noted above, this is difficult to measure across different programs) |
| **Outcome Goals for Program** | Effective community re-integration and recovery after in-patient discharge | Effective community re-integration and recovery after in-patient discharge or incarceration |
| **Average Duration of Waiting List** | No Wait | No Wait |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $136,050 | $137,780 |
| **% of Budget Received From ADAMHS Board** | 100% | 100% |

ADAMHS00003201z

DEF-MDL-14405.00025

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **Wellness** | **Wellness** |
| **Total # of Staff Providing Direct Service** | 1.5 | 1.5 |
| **Average % of Direct Service Time** | 100% | 100% |
| **Total # of Consumers Served (Annual)** | 237 | 156 |
| **Hours of Programming** | Mon-Fri 9AM-5PM | Mon-Fri 9AM-5PM |
| **Average Duration of Consumer Involvement in Service** | 4 Units | 4 Units |
| **% of Recidivism/Reasons for Recidivism** | N/A | N/A |
| **% of Consumers who Successfully Complete/Attain Goals** | 95% | 95% |

ADAMHS00003201

DEF-MDL-14405.00026

| | | |
|---|---|---|
| **Outcome Goals for Program** | Increase Wellness attendance, services offered | Increase Wellness attendance and services offered |
| **Average Duration of Waiting List** | N/A | N/A |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | N/A | N/A |
| **Total Program Budget** | $104,510 | $104,510 |
| **% of Budget Received From ADAMHS Board** | 100% | 100% |

ADAMHS000032014

DEF-MDL-14405.00027

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **Prevention** | **Prevention** |
| **Total # of Staff Providing Direct Service** | One | One |
| **Average % of Direct Service Time** | 20% | 13% |
| **Total # of Consumers Served (Annual)** | 261 | 250 |
| **Hours of Programming** | 127.5 The program was without a staff person for several months of the grant year. | 136 Programming this year was impacted by the COVID 19 pandemic. |
| **Average Duration of Consumer Involvement in Service** | ADAMHS dollars fund Prevention services that involve one visit to the clinic for pregnancy counseling, 2-4 for the prenatal clinic, and one visit for assistance with health insurance, either Medicaid or the Marketplace | ADAMHS dollars fund Prevention services that involve one visit to the clinic for pregnancy counseling, 2-4 for the prenatal clinic, and one visit for assistance with health insurance, either Medicaid or the Marketplace |
| **% of Recidivism/Reasons for Recidivism** | Not applicable | Not applicable |

ADAMHS00003201S

2

DEF-MDL-14405.00028

| | | |
|---|---|---|
| **% of Consumers who Successfully Complete/Attain Goals** | A chart audit was completed in January and February 2020. Among those with positive pregnancy test results, 88% had identified a preferred plan by the end of their visit. Among those with negative pregnancy test results, 80% of those not desiring pregnancy were provided with information on contraception, and 60% were known to have initiated contraception, or were already using a method. Among those desiring to continue their pregnancy, referrals for care were provided to 100%, and appointments offered if appropriate for the agency's prenatal clinic. 18% of those with a positive pregnancy test result initiated care with the FPA's prenatal clinic; 67% of those in the first trimester. Among the charts reviewed, 100% of clients had a psychosocial assessment and depression screening, with no referrals necessary, although one patient was already connected with a counselor, or a referral may have been made. 16 clients received information and/or assistance with application for Medicaid or other insurance. | A chart audit was completed in March 2021. Among those with positive pregnancy test results, 87% had identified a preferred plan by the end of their visit. Among those with negative pregnancy test results, 33% of those not desiring pregnancy were provided with information on contraception, and 67% were known to have initiated contraception, or were already using a method. Among those desiring to continue their pregnancy, referrals for care were provided to 100%, and appointments offered if appropriate for the agency's prenatal clinic. 20% of those with a positive pregnancy test result initiated care with the FPA's prenatal clinic; 67% of those in the first trimester. Among the 18 prenatal charts reviewed, 100% of clients had a psychosocial assessment and depression screening. Several referrals for mental health counseling were made. Resources were offered to two others, who declined, and the counselor followed up at future visits. 17 clients received information and/or assistance with application for Medicaid or other insurance. |
| **Outcome Goals for Program** | 80% of clients with a positive pregnancy test result will identify a preferred plan for resolution by final visit. | 80% of clients with a positive pregnancy test result will identify a preferred plan for resolution by final visit. |

ADAMHS00003201c

3

DEF-MDL-14405.00029

| | | |
|---|---|---|
| | 50% of clients with a negative pregnancy test result and a desire to avoid pregnancy will initiate contraception.<br>95% of prenatal clinic patients will have a psychosocial assessment and depression screening, with referral for appropriate services and follow-up.<br>A minimum of 100 clients will meet with the Social Worker to either receive information regarding Medicaid or other insurance eligibility, or receive assistance with the application process. | 50% of clients with a negative pregnancy test result and a desire to avoid pregnancy will initiate contraception.<br>95% of prenatal clinic patients will have a psychosocial assessment and depression screening, with referral for appropriate services and follow-up.<br>A minimum of 100 clients will meet with the Social Worker to either receive information regarding Medicaid or other insurance eligibility, or receive assistance with the application process. |
| **Average Duration of Waiting List** | There is no waiting list for the program. When a client calls for an appointment, s/he is offered the next available appointment, which is typically within one week, if not the same day. | There is no waiting list for the program. When a client calls for an appointment, s/he is offered the next available appointment, which is typically within one week, if not the same day. |
| **For Emergency Services, Average Response Time** | Not applicable | Not applicable |
| **Are These Within Contract Specifications for Time Fame?** | Not applicable | Not applicable |
| **Total Program Budget** | $37,290 | $37,290 |
| **% of Budget Received From ADAMHS Board** | 100% | 100% |

ADAMHS000032017

4

ADAMHS000032018

DEF-MDL-14405.00030

DEF-MDL-14405.0031

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **Life Skills Development** | **Life Skills Development** |
| **Total # of Staff Providing Direct Service** | Three (two full-time and one part-time) | Three (two full-time and one part-time) |
| **Average % of Direct Service Time** | For ADAMHS funded services – 30.4% For all funded services – 18.4% (In addition to preparation, evaluation, and travel time for all funding sources, the total percentage is impacted by the fact that the Rape Prevention program used a team teaching model for much of its programming between July and November.) | Note: The COVID pandemic began in March, and most programming was cancelled through the end of the grant year. This impacted productivity. For ADAMHS funded services – 19.2% (was 27.5% through February 2020) For all funded services – 14.3% (was 19.7% through February 2020) |
| **Total # of Consumers Served (Annual)** | For ADAMHS funded services – 2,146 For all funded services – 5,578 | For ADAMHS funded services – 1,350 For all funded services – 4,191 |
| **Hours of Programming** | For ADAMHS funded services – 363.5 For all funded services – 837.5 | For ADAMHS funded services – 230 For all funded services – 654.25 |
| **Average Duration of Consumer Involvement in Service** | Programs typically range from 1 to 3 sessions | Programs typically range from 1 to 3 sessions |

ADAMHS00003.2019

DEF-MDL-14405.00032

|  | 50% of clients with a negative pregnancy test result and a desire to avoid pregnancy will initiate contraception. 95% of prenatal clinic patients will have a psychosocial assessment and depression screening, with referral for appropriate services and follow-up. A minimum of 100 clients will meet with the Social Worker to either receive information regarding Medicaid or other insurance eligibility, or receive assistance with the application process. | 50% of clients with a negative pregnancy test result and a desire to avoid pregnancy will initiate contraception. 95% of prenatal clinic patients will have a psychosocial assessment and depression screening, with referral for appropriate services and follow-up. A minimum of 100 clients will meet with the Social Worker to either receive information regarding Medicaid or other insurance eligibility, or receive assistance with the application process. |
|---|---|---|
| **Average Duration of Waiting List** | There is no waiting list for the program. When a client calls for an appointment, s/he is offered the next available appointment, which is typically within one week, if not the same day. | There is no waiting list for the program. When a client calls for an appointment, s/he is offered the next available appointment, which is typically within one week, if not the same day. |
| **For Emergency Services, Average Response Time** | Not applicable | Not applicable |
| **Are These Within Contract Specifications for Time Fame?** | Not applicable | Not applicable |
| **Total Program Budget** | $37,290 | $37,290 |
| **% of Budget Received From ADAMHS Board** | 100% | 100% |

ADAMHS00003 2020

DEF-MDL-14405.00003

| % of Recidivism/Reasons for Recidivism | Not applicable | Not applicable |
|---|---|---|
| % of Consumers who Successfully Complete/Attain Goals | 100% identified increased comfort discussing the program topic with partners, parents, friends, and/or others. 96% specified intent to initiate or continue a risk reduction/elimination behavior. 100% able to identify community resources related to sexual and reproductive health. | 100% identified increased comfort discussing the program topic with partners, parents, friends, and/or others. 97% specified intent to initiate or continue a risk reduction/elimination behavior. 100% able to identify community resources related to sexual and reproductive health. |
| Outcome Goals for Program | Program participants will express an increase in comfort level discussing program topics with parents, friends, and/or others. Program participants will express intent to initiate or continue behavior to reduce or eliminate behavior that could put them at risk. Program participants will be able to identify community resources related to sexual and reproductive health. | Program participants will express an increase in comfort level discussing program topics with parents, friends, and/or others. Program participants will express intent to initiate or continue behavior to reduce or eliminate behavior that could put them at risk. Program participants will be able to identify community resources related to sexual and reproductive health. |
| Average Duration of Waiting List | Not applicable | Not applicable |
| For Emergency Services, Average Response Time | Not applicable | Not applicable |
| Are These Within Contract Specifications for Time Fame? | Not applicable | Not applicable |

ADAMHS00003202I

| | | |
|---|---|---|
| **Total Program Budget** | $36,900 | $36,900 |
| **% of Budget Received From ADAMHS Board** | 100% | 100% |

DEF-MDL-14405.00034

ADAMHS000032022

7

DEF-MDL-14405.00035

## Section III

**Identify Service Delivery Problems and Resolutions**

Moving Family Planning into our small existing Painesville location was challenging; the remodeling of the new Painesville location at 54 S. State St. is nearing completion and will resolve these challenges. Further, we have not been able to offer MAT programming in Painesville due to lack of space for an on-site pharmacy and this will also be resolved with the new location. The big challenge this past year, of course, was responding to the coronavirus pandemic and maintaining access to care for our patients. We were able to transition to telehealth services very quickly for MH and SUD services, and maintained in-person Primary Care services. To better protect our patients, staff, and community, we were the first FQHC in Ohio to offer walk/drive up COVID-19 testing, which posed some logistical challenges we were able to overcome.

**Identify Service Coordination Problems and Resolutions**

Having multiple EHRs remains a challenge; the planned implementation of a unified EHR in 2019 did not happen, but selection and acquisition of another unified EHR took place over the ensuing months, and we will go live on 5/11/21. In-person groups and Case Management services had to be suspended for much of 2020 due to the coronavirus pandemic; we have phased in a return to in-person services in these areas in the last few months. Implementation of the Massachusetts Collaborative Care Model for MAT patients, featuring RN Care Managers and MAT-dedicated Case Managers for intensive care coordination, was begun in 2019 and completed in 2020, as well as an MAT QI Review process to keep patients engaged in treatment.

**Identify Funding Problems and Resolutions**

We faced some challenges early in 2020, due to the coronavirus pandemic and subsequent stay-at-home orders. Some staffing cuts were necessary and we were able to transition quickly to telehealth services, which helped to mitigate those issues. Some assistance also came from federal support related to coronavirus relief. The Lake Co. ADAMHS Board assisted with PPE acquisition and distribution, as well as our COVID-19 testing program, for which we are grateful.

**Identify any significant (>20%) increases or decreases in service provision in specific behavioral health programs**

>20% increase in consumers served in BH Liaison and Transitional Detox program, due to adding jail and inpatient psychiatric admissions. >20% increase seen in the number of services provided to MH CPST patients- ironically, without driving around to see all their patients in the community due to coronavirus, relying on telehealth instead, the capacity and efficiency of the Case Managers

ADAMHS00003202023

4

DEF-MDL-14405.00036

ADAMHS00003202A

increased.  Increase also seen in Ambulatory Detox services, unclear the cause, although increased staffing likely played a role. >20% decrease seen in SUD group counseling, due to suspension of groups for most all of the second half of FY20 due to coronavirus. >20% decrease in Wellness patients due to coronavirus and re-allocation of Wellness nurse time to COVID nurse hotline and coronavirus testing.

**Identify future changes to be made based on results from your Quality Improvement Program**

We continue to work on increased integration of MH, SUD, and Primary Care services- planning to introduce a Patient Navigator role in 2021 to facilitate this. Narcan access and education for MAT patients is ongoing, plan to expand to all SH patients. 100% screening of MAT patients for infectious disease, including HIV and Hepatitis, is ongoing, plan to expand to all adult SH patients. We have been able to secure permission to use the BASIS-24 assessment tool, to measure treatment efficacy, in our new EHR (go live 5/11/21). We are working to facilitate a more robust Just Culture at SH, leading to increased reporting by staff of "good catch" or "near miss" events, leading to process and system improvements in patient safety.  We are looking at timeliness of internal referrals to ensure patients are being seen quickly enough for recommended services, as well as transition to a new provider when a provider leaves the agency.

**Describe how your agency maintains compliance with SAPT Block Grant requirements**

N/A

**Describe any special populations your agency serves**

Children and adolescents, SUD/MAT patients, developmentally disabled individuals and their families, persons with HIV, homeless individuals, migratory workers

**Describe how your agency distributes, collects and utilizes satisfaction surveys**

Prior to the coronavirus pandemic, satisfaction surveys were conducted primarily in person, on paper, as were suggestion box submissions. Results were collected on an on-going basis, reviewed quarterly, and shared broadly with staff, leadership, patients, and our Board of Directors. Collection of satisfaction surveys and suggestions had to be suspended due to the coronavirus pandemic, and have only been resumed in Q1 of CY2021 (via text messaging).  In order to get input from as many patients as possible, we will also resume use of paper surveys when reasonable to do so, and will also use a patient portal in the new EHR.

**Describe how your agency maintains compliance with National Accreditation requirements**

5

DEF-MDL-14405.0037

We were found to be fully compliant in December 2020, at our second Operational Site Visit by HRSA. We received a full 3-year re-accreditation from CARF in August 2018. The requirements and standards set forth by our accrediting bodies are incorporated into agency planning and decision making.

**Describe how your agency measures Consumer Outcomes**

PHQ-9 depression screening, BASIS-24 assessment tool for MH and SUD outcomes, SASSI for SUD, Uniform Data System clinical measures, Patient Satisfaction surveys, Consumer Advisory Boards. We also perform a mortality case review for all patient deaths, to determine if any facet of their care at SH could have potentially affected the outcome.

**Describe how your agency complies with the business continuity plan requirements (disaster preparedness)**

IT storage and retrieval back-ups exist off-site and are accessible. Generators are installed at all locations and are tested regularly. Secondary locations have been identified for continuation of service delivery if necessary. We have a Board-approved disaster recovery plan in place; review/revision of the disaster recovery plan is currently underway by the Risk Management Committee.

**Describe where your agency fits into the continuum of care.  For example, where do you get referrals from, what agencies do you refer clients to, what specific initiatives/programs are you working on in collaboration with ADAMHS agencies and other community agencies?**

We have strong collaborative relationships with Lake Health, Windsor-Laurelwood, Lake County Health District, Cleveland Clinic, University Hospitals, MetroHealth Medical Center, Lake County ADAMHS Board, Lake County Sheriff's Dept. and jail.  Our family planning program collaborates on educational programs with Lake Geauga Recovery Centers, Crossroads Health, Lake Co. Jail, Juvenile Court, DJFS, and many local school districts.  We participate on the Suicide Coalition and collaborate/host Narcan trainings with Project Dawn.  Grantee of Cleveland TGA for provision of care to HIV patients in Lake County.  Work with OHMAS and OACHC on efforts to improve community health. Host Psychiatric Residents from University Hospitals; host Social Work, Public Health, Medical, and Nursing students from Cleveland State University, Case Western Reserve University, Ohio University, and Hiram College.

ADAMHS000032025

ADAMHS000032026

## Domain: Timely Access to Care 

**Measure**: Third next available appointment (3NA)
**Goal**: Average number of days to the third next available appointment shall not exceed 14 days.
**Data Source**: Evolv                                          **Measurement Period**: CY20

| CY20Q4 - Days to New 3NA by Program | | | | | | |
|---|---|---|---|---|---|---|
| Program | Ashtabula | Beachwood | Lakewood | Maple | Painesville | Willoughby |
| CD Assess | <1 | <1 | <1 | <1 | <1 | 1 |
| CD Counseling | 1 | 1 | <1 | <1 | <1 | <1 |
| CD CSP | <1 | <1 | <1 | <1 | <1 | <1 |
| CD IOP | 1 | - | <1 | <1 | - | <1 |
| CD Med/Som | 4 | - | - | 3 | - | 3 |
| MH Assess | <1 | 1 | <1 | <1 | <1 | <1 |
| MH Counseling | <1 | <1 | <1 | <1 | <1 | <1 |
| MH CSP | <1 | <1 | <1 | <1 | <1 | <1 |
| MH Med/Som | 2 | 8 | 18 | 3 | 17 | 1 |
| MH PHP | 1 | - | - | 2 | - | 2 |
| Primary Care | 4 | 6 | - | 10 | 1 | 2 |

| CY20Q4 - Days to Routine 3NA by Program | | | | | | |
|---|---|---|---|---|---|---|
| Program | Ashtabula | Beachwood | Lakewood | Maple | Painesville | Willoughby |
| CD Counseling | 6 | 4 | 5 | 5 | 7 | 6 |
| CD CSP | 4 | 1 | 4 | 3 | 6 | 4 |
| CD IOP | 6 | - | 4 | 6 | - | 4 |
| CD Med/Som | 9 | - | - | 9 | - | 13 |
| MH Counseling | 6 | 4 | 6 | 6 | 7 | 6 |
| MH CSP | 4 | 3 | 4 | 4 | 5 | 5 |
| MH Med/Som | 9 | 23 | 28 | 15 | 14 | 11 |
| MH PHP | 4 | - | - | 7 | - | 2 |
| Primary Care | 2 | 4 | - | 2 | 1 | 2 |

**Contributing Factors:**

- Transition to telehealth improved patient access.
- Attracting psychiatric providers remains challenging.

**Action Plan:**

- Offering a blend of in-person and telehealth visits post-pandemic should optimize access.
- A new psychiatric provider was hired in CY21Q1, efforts to hire more will continue.

ADAMHS000032027

ADAMHS000032028

DEF-MDL-14405.00040

## Domain: Patient Centered 

**Measure**: Patient Satisfaction
**Goal**: Achieve 90% or greater satisfaction
**Data Source**: Survey Instrument

**Measurement Period**: FY20Q3

| FY20 Q3 – 146 Surveys Collected | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Counseling | IOP | Aftercare | Group | Med/Som | Case Mgmt. | Overall |
| **Time from call to first appt.?** | 96% | 95% | 100% | 100% | 97% | 100% | 98% |
| **Services met needs?** | 100% | 95% | 100% | 100% | 97% | 100% | 98% |
| **Staff treated respectfully?** | 100% | 95% | 100% | 100% | 97% | 100% | 98% |
| **Overall satisfaction?** | 100% | 95% | 100% | 100% | 97% | 100% | 98% |
| **Recommend us?** | 93% | 90% | 100% | 100% | 97% | 100% | 93% |
| Overall Percentage Satisfied or Very Satisfied = 98% | | | | | | | |

### COMMENTS

- The waiting list for Counseling was 3 months. Counselor was great when we finally met.
- Very helpful!
- Excellent services!
- Kristen always helps me out. I also want to thank the staff for helping me when I fell outside- Thank You!!
- Intake process/all employees were surprisingly quick, amazing, and professional.
- We drive 45 minutes to get here.
- I really like my counselor Eric. I feel comfortable talking to him.
- I like seeing the same receptionist when I come in.
- Very nice people work here! Keep up the hard work!
- Good IOP and Aftercare.

### AREAS FOR IMPROVEMENT/SUGGESTIONS

- Don't like the video in the lobby - not appropriate for all ages.

### FROM OUR PATIENTS

Jenna Crocket is amazing! Great listener!

*I refer everyone to you!*

Front desk staff are kind and wonderful.

*SH has given me many tools for recovery and just for life too. I'm very happy with the services here!*

MAT staff are superb and efficient.

*Great front desk staff!*

1

ADAMHS000032029

DEF-MDL-14405.00041

ADAMHS000032030

## Domain: Effectiveness 

**Measure**: Behavioral Health Treatment Outcomes
**Goal**: >0.30 Mean Change, Overall Score, First to Second Administration
**Data Source**: BASIS-24 (Behavior and Symptom Identification Scale)
**Measurement Period**:  3/26/2018 – 3/10/2020

| Patients New to Treatment (n=1000) | | |
|---|---|---|
| B24 New Pts. 1st | B24 New Pts. 2nd | Change from 1st to 2nd |
| 1.78 | 1.45 | -0.33 |
| Comparison Group Change | | -0.30 |



Overall Mean Scores, First to Second Administration, Patients New to Treatment

N=1000

| Subscales, Mean Scores 1st to 2nd, Patients New to Treatment | SH Change | Mc Lean Comparison Group Change |
|---|---|---|
| Depression | -0.45 | -0.40 |
| Interpersonal Relationship | -0.16 | -0.18 |
| Self-Harm | -0.19 | -0.15 |
| Emotional Lability | -0.31 | -0.29 |
| Psychosis | -0.21 | -0.13 |
| Substance Use | -0.35 | -0.27 |

ADAMHS000032031

| Total BASIS-24 Administered: 15,858 | | |
|---|---|---|
| | n | Mean Score |
| BASIS-24 1st | 11,489 | 1.63 |
| BASIS-24 2nd | 3,148 | 1.48 |
| Change from 1st to 2nd Administration | -0.15 | |

BASIS-24 Overall Mean Scores, First to Second Administration, All Patients



| Subscales, Mean Scores 1st to 2nd | | | | |
|---|---|---|---|---|
| | Mean 1st Score | Mean 2nd Score | Change | Trend |
| Depression | 1.98 | 1.78 | -0.20 | |
| Interpersonal Relationship | 1.62 | 1.54 | -0.08 | |
| Self-Harm | 0.47 | 0.39 | -0.08 | |
| Emotional Lability | 2.02 | 1.85 | -0.17 | |
| Psychosis | 0.83 | 0.76 | -0.07 | |
| Substance Use | 0.72 | 0.58 | -0.14 | |

**Contributing Factors:**

- Implementation of BASIS-24 at all locations was completed in January 2020.
- BASIS-24 administration was suspended 3/9/20, due to COVID-19 outbreak.

**Action Plan:**

- Exploring ability to use BASIS-24 via telehealth; will resume in-office administration when able.
- Psychiatry/Mental Health QI Committee will focus on provider education/support for BASIS-24 after COVID-19 crisis has eased.