# Lake County Provider Agency Quality Improvement and Utilization Review
## Covering FY 19 and 20

### Section I

| Agency Name | **Windsor Laurelwood Center for Behavioral Medicine** | | | |
|---|---|---|---|---|
| Location | 35900 Euclid Avenue, Willoughby, OH  44094 | | | |
| Date Services Commenced | 1898 | | | |
| Mission Statement | To provide High quality treatment for all individuals with behavioral and addictive disorders in the communities of Northeastern Ohio. We are dedicated to improving the quality of life based on the fundamental principles of trust, respect, integrity and excellence in all areas of service. | | | |
| Licenses/Certifications/Dates | Joint Commission- Last survey 2018, due for resurvey in 2021; ODMHAS- Last survey November 7, 2019 | | | |
| Target Population | Children and Adolescents with Mental health disorders, Adults with mental health and/or substance use disorders | | | |
| Total Budget | Total budgeted SFY 2020 revenue is $32,526,000 | | | |

| Total # of Staff | Total | FT | PT | PRN |
|---|---|---|---|---|
| | 328 | 218 | 19 | 91 |

| Total # of Staff Providing Direct Service | Total | FT | PT | PRN |
|---|---|---|---|---|
| | 243 | 158 | 15 | 70 |

| Credentials/Salary ranges for Direct Service Staff | | CREDENTIALS | FTE | PRN |
|---|---|---|---|---|
| | Mental health Technician: | HS DIPLOMA/GED | 14.50 – 18.93 hr. | 14.50 hr. |
| | Mental Health Specialist | Master's Degree in one of the following areas: Social Work, Psychology, Activity/Art Therapy | 18.00-24.54 hr. | 22.00 hr. |

1

ADAMHS000032297

DEF-MDL-14407.00001


DEF-MDL-14407

| | | | | |
|---|---|---|---|---|
| | RN | Graduate from an accredited program of professional nursing required; Bachelor's degree is preferred. Current, unrestricted licensed to practice by the Ohio State Board of Nursing. | 25.00 – 34.98 hr. | 30.00 hr. |
| | Primary Therapist | Master's Degree from an accredited college or university in social work or a clinical related mental health field. | 21.00- 27.88 hr. | 23.00 hr. |
| | Activity Therapist | Minimum Bachelor's Degree in Therapeutic Recreation, Music Therapy, Art Therapy or graduate of an accredited Occupational Therapy program. Must be certified by profession's credentialing board (either art, music, recreational or occupational therapy). | 18.00- 23.95 hr. | 20-22 hr. |
| | CD Counselor | Bachelor's Degree.  Master's Degree strongly preferred. Current mental health licensure with training, experience, or scope of practice in treating chemical dependency OR current licensure through Ohio Chemical Dependency Credentialing Board is required. | 19.00- 27.88 hr. | 21-23 hr. |
| | A/R Counselor | Master's degree from an accredited college or university in social work, psychology, mental health or a related field, or a bachelor's degree or diploma from an accredited school of professional nursing. | 21.00- 29.60 hr. | 22.00 hr. |
| | Dietary Staff | none | 11.00- 13.56 hr. | 11.50- 12.00 hr. |
| | Dietician | Bachelor's Degree in nutrition or related field required. Current R.D. registration in the state of Ohio. | 23.00- 26.00 hr. | 20.00 hr. |
| | Psychiatrist | A current, unrestricted license to practice in the State in which the Facility is located and provide documentation of their background; qualifications; professional experience; worthy character; education; relevant training; clinical judgment; physical, mental, and emotional capability as related to the performance of the Privileges requested; | 200,593 – 215,000 salary | |

2

ADAMHS000032298

|  |  | ability to provide, with reasonable, necessary accommodation, safe and competent care; and demonstrated current competence; |  |  |
|--|--|------------------------------------------------------------------------------------------------------------------------|--|--|

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **Inpatient Mental Health  Hospitalization** | **Inpatient Mental Health  Hospitalization** |
| **Total # of Staff Providing Direct Service** | 234 | 234 |
| **Average % of Direct Service Time** | Inpatient staff provides 100% direct service time.  MD's are not included in this percentage. | Inpatient staff provides 100% direct service time.  MD's are not included in this percentage. |
| **Total # of Consumers Served (Annual)** | 4466 Adult and Child/Adolescent Mental Health.<br>Lake County Funded: 3 Adult MH<br>                8 Child and Adol. | 4695 Adult and Child/Adolescent Mental Health.<br>Lake County Funded:  2 Adult MH<br>                5 Child and Adol |
| **Hours of Programming** | 24 hours per day/7 days per week | 24 hours per day/7 days per week |
| **Average Duration of Consumer Involvement in Service** | 6.75 for Child and Adolescent (Lake County Funded)<br>10.7 Adult Mental Health (lake County Funded) | 11.8 for Child and Adolescent (Lake County funded). This number is inflated due to 1 patient who was admitted for 32 days.<br>5.5 days Adult Mental Health (Lake County |

3

DEF-MDL-14407.00003

ADAMHS000032299

|  |  | funded) |
|---|---|---|
| **% of Recidivism/Reasons for Recidivism** | Based on the 11 Lake ADAMHS admitted: 0 patients were readmitted within 30 days of discharge. | Based on the 7 Lake ADAMHS patients admitted: 0 patients were readmitted within 30 days of discharge. |
| **% of Consumers who Successfully Complete/Attain Goals** | Information based on facility AMA rate: Lake ADAMHS MH board beds had 0 AMA discharges. | Information based on facility AMA rate: Lake ADAMHS MH board beds had 0 AMA discharges. |
| **Outcome Goals for Program** | Inpatient program goals are based on stabilization of symptoms and a safe discharge plan | Inpatient program goals are based on stabilization of symptoms and a safe discharge plan |
| **Average Duration of Waiting List** | N/A | N/A |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | Yes | Yes |
| **Total Program Budget** | $615,000 total funding from Lake County, 230,000 for Inpatient MH Services | $601,375 to total Lake County funding $191.750 for Inpatient Mental Health Services |
| **% of Budget Received From ADAMHS Board** | Less than 1% | Less than 1% |

4

ADAMHS000032300

DEF-MDL-14407.00004

## Section II

| For Each Program Receiving ADAMHS Board Funding, Please Provide the Following Information: | | |
|---|---|---|
| | **FY2019** | **FY2020** |
| **Name of Service** | **Withdrawal Management** | **Withdrawal Management** |
| **Total # of Staff Providing Direct Service** | 234 | 234 |
| **Average % of Direct Service Time** | Inpatient staff provides 100% direct service time.  MD's are not included in this percentage. | Inpatient staff provides 100% direct service time.  MD's are not included in this percentage. |
| **Total # of Consumers Served (Annual)** | 1792 Inpatient SUD Services<br>Lake County Funded: 145 | 1515 Inpatient SUD services<br>Lake County funded: 231 |
| **Hours of Programming** | 24 hours per day/7 days per week | 24 hours per day/7 days per week |
| **Average Duration of Consumer Involvement in Service** | 5.5 days (Lake County ORTP) | 5.2 days (Lake County ORTP) |
| **% of Recidivism/Reasons for Recidivism** | Based on the 145 Lake ADAMHS admitted: 1 patient was readmitted within 30 days of discharge | Based on the 231 Lake ADAMHS ORTP admissions 7 patients were re-admitted within 30 days of discharge. |
| **% of Consumers who Successfully Complete/Attain Goals** | Information based on facility AMA rate: Lake ADAMHS MH board beds had 9 AMA discharges. | Information based on facility AMA rate: Lake ADAMHS MH board beds had 9 AMA discharges. |

5

ADAMHS000032301

DEF-MDL-14407.00005

| | | |
|---|---|---|
| **Outcome Goals for Program** | Inpatient program goals are based on stabilization of symptoms and a safe discharge plan | Inpatient program goals are based on stabilization of symptoms and a safe discharge plan |
| **Average Duration of Waiting List** | N/A | N/A |
| **For Emergency Services, Average Response Time** | N/A | N/A |
| **Are These Within Contract Specifications for Time Fame?** | Yes | Yes |
| **Total Program Budget** | $615,000 total funding from Lake County, $385,000 for Inpatient Withdrawal Management services | $601,375 total funding from Lake County. $409,625 for Withdrawal Management |
| **% of Budget Received From ADAMHS Board** | Less than 1% | Less than 1% |

6

ADAMHS000032302

## Section III

| Identify Service Delivery Problems and Resolutions |
|---|
| The hospital has had difficulties sustaining census since COVID-19 and the state of emergency "stay at home" order in Ohio. As a resolution we have implemented the following: <ul><li>We have been following all local health department/CDC guidelines during this pandemic</li><li>Offering TeleHealth assessments in admissions and IOP level of care groups</li><li>Physician appointments, family meetings and probate hearings are offered on Zoom</li><li>Facilitating hybrid in-person and telehealth groups for PHP and IOP to meet needs for all patients</li><li>No smoking facility since December 2, 2019 to promote overall health and wellbeing</li><li>Therapy Plaza for adult units to further individualize treatment based on diagnosis and in a different treatment space other than the units</li><li>Restructured Recovery Unit with Attending Psychiatrist and new medical group</li></ul> |
| **Identify Service Coordination Problems and Resolutions** |
| Phone calls have been made to referral sources for feedback about admission, treatment, and discharge processes.  The Chief Medical Officer conducted interviews for news channels to promote Telehealth services and advocate to seek mental health crisis services.  The Business Development Staff continues to have outreach within the community which include the NAMIWalks Lake County and Project Hope. |
| **Identify Funding Problems and Resolutions** |
| Current Ohio payment methodology is challenging and different Medicaid HMOs are not authorization level of care similar to CareSource stance in the beginning of 2019.  In addition, we have seen the managed Medicaid plans tighten ASAM criteria for Opioid treatment for the 4.0 level of care. The Utilization Review Department works to obtain single case agreements case by case basis with an increase of physician reviews with HMO companies to support necessary level of care. |
| **Identify any significant (>20%) increases or decreases in service provision in specific behavioral health programs** |
| Not Applicable |
| **Identify future changes to be made based on results from your Quality Improvement Program** |
| We continue to utilize and complete Continuous Quality Improvement (CQI) scales to assess for patient's symptoms at admission and discharge.  The outpatient department started using an electronic platform (dynamic forms) to complete the CQIs and Patient Satisfaction Surveys due to transitioning to TeleHealth.  Therapy plaza has made positive impact with the adult population, the plaza will expand in different locations of the hospital for our Recovery/Detox and Child/Adolescent populations. |

ADAMHS000032303

DEF-MDL-14407.00007

| **Describe how your agency maintains compliance with SAPT Block Grant requirements** |
|---|
| Not Applicable |
| **Describe any special populations your agency serves** |
| The hospital provides acute stabilization services for children, adolescents and adults.  Services are provided on 7 distinct separate units.  Units include child (ages 6-13), adolescent (ages 14-17), General Adult, Adult Psychiatric Intensive, Adult Dual Diagnosis, Detoxification and Chemical Dependency Rehabilitation. |
| **Describe how your agency distributes, collects and utilizes satisfaction surveys** |
| Satisfaction surveys are attempted to be completed with all of our inpatient and outpatient patients at discharge.  When the patient is discharged the survey is sent to an external survey company to compile data. Results are compared to UHS mean score to determine potential areas for improvement through Quality Council.  The overall results and patient comments are distributed to managers to provide to staff for review and areas are identified for improvement. |
| **Describe how your agency maintains compliance with National Accreditation requirements** |
| Windsor Laurelwood's Board of Governors meets quarterly. The Medical Executive Committee meets monthly.  Senior Leadership meets weekly and is responsible for ensuring that any new standard, corrective action plans, or annual patient safety initiatives. Windsor Laurelwood is currently fully accredited by the Joint commission, most recent survey from Joint Commission was December 2018.  Monitoring of compliance is conducted through Quality Council Committee. |
| **Describe how your agency measures Consumer Outcomes** |
| The facility utilizes CQI outcomes measurement system in all populations.  The completed scales are sent to an external company to compile the data to measure symptom improvement from admission to discharge.  The data and change scores are review in Quality Council Committee. |
| **Describe how your agency complies with the business continuity plan requirements (disaster preparedness)** |
| Windsor Laurelwood evaluates the Emergency Management Plan (EMP) annually following a Hazard Vulnerability Analysis (HVA). Updates to the EMP based on the HVA analysis are incorporated as necessary.  Senior management has been educated on the EMP and all employees will be trained on this during the annual education fair. |
| **Describe where your agency fits into the continuum of care.  For example, where do you get referrals from, what agencies do you refer clients to, what specific initiatives/programs are you working on in collaboration with ADAMHS agencies and other community agencies?** |
| Within the Lake County ADAMHS Board system, Windsor Laurelwood is a provider of acute psychiatric services.  We receive referrals from the Lake Health system as well as schools, other ADAMHS agencies, primary care physicians, and many private organizations. |

ADAMHS000032304

DEF-MDL-14407.00008