**ADAMHS/ADAS Board Quarterly Report**
**90 Percent of Capacity for Treatment of Intravenous Drug Abuse Quarterly Report**

Board: Trumbull County Mental Health and Recovery Board

Contact: Lauren Thorp

Quarterly Report:  ☒ January      ☒ April      ☒ July      ☒ October
Reporting Period:  (Oct.-Dec)  (Jan.-Mar.)  (Apr.-Jun.)  (July-Sept.)

Year: FY21

☒  Check here if no providers reached 90 percent of capacity for treatment of intravenous drug abuse this reporting period

Providers that reached 90% of capacity for treatment of intravenous drug abuse this reporting period:

Click or tap here to enter text.

**Please send this form to:**
**QPRBoardDocs@mha.ohio.gov or mail to:**

**Attn:  Scott Wingenfeld**
**Ohio Department of Mental Health and Addiction Services**
**Office of Quality, Planning and Research**
**30 East Broad Street, 8th Floor**
**Columbus, Ohio  43215**

Thank you for your assistance

TRUM004984747

DEF-MDL-14713.00001

DEF-MDL-14713