Message

| | |
|---|---|
| **From:** | Lauren Thorp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A8A9BD5D4DDC45F5A91435FB723B3FC2-LAUREN THOR] |
| **Sent:** | 12/16/2021 3:05:42 PM |
| **To:** | April Caraway [acaraway@trumbullmhrb.org] |
| **Subject:** | Updated Opiate Action Plan |

Hello,

Attached is the updated Opiate Action Plan. I added what we are working on with the coroner's office and updated a few other areas.

*Lauren Thorp* *MSEd, LPC*

Associate Director
ASAP Project Director
Trumbull County Mental Health and Recovery Board
4076 Youngstown Rd SE, Suite #201 |Warren, OH 44484
P: (330) 675-2765 ext. 119
F: (330) 675-2772

Find us on Facebook

CONFIDENTIAL

DEF-MDL-14765.00001

TRUM004989846


DEF-MDL-14765

**Trumbull County**
**Opiate Action Plan 2017-2021**

| Priority 1: Reduce Drug Trafficking in Trumbull County | | | | | |
|---|---|---|---|---|---|
| **Goal:** Increase arrests and incarcerations of drug traffickers in Trumbull County by enhancing law enforcement personnel and tools; and creating stricter laws. | | | | | |
| **Measurable Objectives** | **Action Steps** | **Metrics** | **Person(s) Responsible** | **Time Frame** | **Status** |
| Increase law enforcement personnel. | Acquire funding to recruit and hire police officers. | # of officers hired | Law Enforcement | 2017- current | WPD is at full status - 2019<br>TCSD hired 3 deputies in 2018<br>2021 Update- WPD is currently understaffed by 5 officers |
| Change good Samaritan laws for drug offenses. | Work with state legislatures to improve language to allow for cross-jurisdictional enforcement. | # of new laws | Law Enforcement State and local legislators | 2017- 2019 | In 2016, Ohio revised its GS laws to provide immunity for minor drug possession to individuals who seek emergency help for themselves or another person during a drug overdose. Attempts to amend this section of the code have died in committee. |
| Increase monitoring of persons on probation. | Acquire funding needed to purchase ankle monitoring bracelets. | # of ankle monitoring in use | Adult Probation Law Enforcement | 2017- 2019 | Ankle bracelets cannot be purchased with current grants<br>*This objective will be revisited as needed* |
| Increase probation staff | Acquire funding needed to recruit and hire probation staff. | # of probation staff hired | Law Enforcement Courts | 2017- 2019 | Judge Gysegem hired 1 PO for MAT Court Sept. 2018;<br>*No additional need has been identified at this time* |

CONFIDENTIAL

TRUM004989847

DEF-MDL-14765.00002

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase data tracking of drug offenders to focus interdiction efforts | Work with Trumbull 911 to track drug related calls for emergency services | # of drug related calls | Trumbull 911 Law Enforcement | Currently available | Trumbull 911 indicated data base tracks calls & locations. They share this information with stakeholders by request |
| | | Link 911 Database with ODMAP | TCCHD 911 Center | Summer 2021 | Funded by TCCHD PDOP grant. Software companies are communicating. |
| | Promote widespread use of OD Mapping program | # of agencies utilizing OD Mapping Software | TCCHD | Phase 1: 2020 Phase 2: 2021 | 8 agencies registered as level 1 users. TCCHD has received a grant to expand ODMAP usage. Meetings set up to move forward with process. |
| Increase drug trafficker incarcerations. | Acquire $166,000 for 2 officers to work crime scenes and build cases against drug traffickers. | Positions filled | law enforcement agencies | 2017- 2019 | Positions were filled on WPD Street Crimes Unit |
| | Increase partnerships with TAG | # of depts. working with TAG | TAG TC Sheriff's Office | Complete | TAG has increased partnerships to include 4 Federal agencies, 1 state agency and 7 local agencies co-located in their office. |

CONFIDENTIAL

TRUM004989848

DEF-MDL-14765.00003

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase drug trafficker incarcerations (cont.) | County maintain TAG | TAG remains fully funded | TC Sheriff's Office TC Commissioners | Ongoing | In 2020 TAG had 202 cases, served 52 search warrants, had 267 indictments, and 28 other arrests. |
| | WPD maintain Street Crime Unit | # of drug traffickers arrested | WPD | Ongoing | WPD Street Crimes Unit is down 1 Detective due to a retirement; 2019: *Drug arrests=* 218 *Possession Charges*: Heroin/Fentanyl= 60 Cocaine/Crack= 71 Marijuana= 17 Meth= 9 *Trafficking Charges:* Marijuana= 3 2020: *Drug arrests=* 122 *Possession Charges:* Heroin/Fentanyl=42 Cocaine/Crack=38 Marijuana=2 Meth=16 *Trafficking Charges:* Heroin/Fentanyl=8 Cocaine/Crack=5 Marijuana=5 |
| Utilize HIDTA - cross-jurisdictional data base | Access HIDTA - the national law enforcement data base for drug offender and opiate overdose tracking | # of depts. utilizing HIDTA | TAG Law Enforcement | Dec 2017-2019 | TAG uses HIDTA to deconflict drug dealers |

December 16, 2021

CONFIDENTIAL

TRUM004989849

DEF-MDL-14765.00004

| Priority 2: Reduce Drug Overdoses and Deaths in Trumbull County | | | | | |
|---|---|---|---|---|---|
| **Goal #1:** Increase arrests and incarceration of drug dealers. | | | | | |
| **Measurable Objectives** | **Action Steps** | **Metrics** | **Person(s) Responsible** | **Time Frame** | **Status** |
| Reduce/Eliminate drug traffickers entering into Drug Courts. | Drug Courts and law enforcement form a team to review cases prior to court dates to exclude drug traffickers. | # of drug traffickers identified and removed | Judges Law Enforcement Attorneys | June 2017 ongoing | Court personnel and police are communicating. Prosecutors on drug court treatment teams assist with identifying traffickers. |
| Increase penalties for trafficking in Fentanyl/Carfentanil | Worked with legislators to create stricter penalties. | # of stricter penalties developed | State and local legislators Law Enforcement | Ongoing | Neither SB 1 and HB 3 (2019) passed. *Topic will be revisited as opportunity presents.* |
| | Bulk laws no longer apply | Discontinuation of bulk laws | | | |
| Reduce/eliminate overdoses in Trumbull County Jail | TC Jail purchased a body scan to detect drugs/paraphernalia | # of overdoses reduced due to newly purchased body scan | TC Jail Administrator and staff | Winter of 2017 | Completed |
| | Trumbull County Combined Health District RN train corrections officers on all shifts on using Naloxone; Project Dawn kits are on each floor of the jail | # of Officers trained | TCCHD Staff | 2018 | Trainings completed Jan. 9th and Jan. 11th, 2018 Additional training will be held when requested. |
| Increase use of "Cell Bright" across law enforcement | Acquire \$3,000 annually per department to update software and train personnel. | # of times "Cell Bright" is used | Law Enforcement | Start: 2017 | Used by TAG and WPD; Other departments work with them to access cell bright |

CONFIDENTIAL

TRUM004989850

DEF-MDL-14765.00005

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase treatment compliance of drug users | Courts to make treatment compliance part of sentencing. | # of drug users receiving court ordered treatment | Judges Attorneys Parole and Probation TCMHRB | Ongoing | Varies by Judge |
| | Use ankle monitoring and court ordered addiction treatment as warranted. | | | | Varies by Judge |
| | Increase specialized dockets | | | | Trumbull County has 5 Ohio Supreme Court Certified Specialized Dockets and 2 non-certified specialized dockets. Approx 150 ind. Served in SFY20 |
| | Utilize State Addiction Treatment Program (ATP) funds to remove financial barrier of access to treatment and recovery supports | # of participants served | TCMHRB Supreme Court Certified Specialized Dockets Compass | 2017-current | Compass provides case manager assigned to ATP participants SFY18- Approx. 97 ppl served SFY 19- Approx. 92 ppl served SFY20- Approx. 155 ppl served |
| Decrease risk of exposure to harmful substances | Trumbull Cty. Combined Health District purchased and disseminated biohazard kits and Disease Fact Sheets to law enforcement | 16 police depts. 1 fire dept. | TCCHD | Completed | 143 PPE kits have been given to law enforcement |
| | Provide information to hotels about safe cleanup of substances | # of hotels trained | TAG ASAP TCMHRB | 2021 + | 3 hotels and the Ohio Hotel Assoc attended training on 2/18/21 A handout about safe handling was provided to all attendees |

CONFIDENTIAL

December 16, 2021

TRUM004989851

DEF-MDL-14765.00006

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase and enhance day reporting programs. | Acquire funding to serve more people in day reporting program. | # of people in day reporting programs. | Parole/Probation Treatment Centers Courts | 2017-2019 | No funding need reported at this time |
| Increase Access to Prescription Medication Disposal Sites | Disposal Sites are in 15 police departments and all Mercy Health facilities | # of permanent disposal sites installed | Local Law Enforcement ASAP/TCMHRB TAG | Ongoing | List of disposal sites: http://www.trumbullm hrb.org/pdfs/disposal_fl yer4.pdf |
| | Additional permanent drop box to be installed at OSP Southington Post | Date box installed | OSP ASAP/TCMHRB | Completed | Box purchased in 2018. No longer in use |
| | Sustain Drug take back events with TC Sherriff's Dept. and the Trumbull Geauga Solid Waste Management District and ASAP | Amount of medications collected | TAG TC Sheriff's Office ASAP TCMHRB | As demand necessitates | Results: 5/17 – 3,770 pills Sept 2017 - 199 lbs 5/9/18 - 151 lbs 9/12/18 – 120 lbs 4/6/19- 164 lbs. 6/28/19- 119.5 lbs. 6/6/20 - 176 lbs 10/24/20- 5/1/21 – 89 lbs 6/18/21 – 17.5 lbs |
| | Send postcards with information about local medication disposal sites | Number of postcards mailed | ASAP/TCMHRB | Fall- Winter 2018 | Grant funds were used to mail informational postcards to nearly 9000 households in Vienna, Kinsman & Hubbard |
| | Develop permanent sites for community access of Deterra medication disposal bags | # of permanent distribution sites created | ASAP/TCMHRB | December 2020-ongoing | 17 permanent locations established. Announced through press release Dec 2020. Seeking additional locations in northwest corner of County |

Page 6 of 23

CONFIDENTIAL

TRUM004989852

DEF-MDL-14765.00007

**Priority 2: Reduce Drug Overdoses and Deaths in Trumbull County**

Goal #2: Increase the number of persons with addiction receiving evidenced based inpatient and out-patient drug treatment by enhancing the capacity and funding for accredited drug treatment centers.

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase capacity for treatment centers. | Center for Medicaid Services rule of 16 bed detox cap per licensed facility appeal submitted by OhioMHAS | CMS rule change | State and local legislators OhioMHAS | 2017/2018 | OhioMHAS said 16 bed cap is not enforceable under managed care; remains questionable; need Federal legislation *No current efforts in this area due to more treatment centers opening, increasing capacity and decreasing wait times* |
| Increase # of overdose patients placed from hospital EDs to detox or outpatient treatment | Behavioral health assessments completed in emergency rooms | # of Assessments completed in ED | TCMHRB Steward Mercy Health Coleman | ongoing | TCMHRB funds Coleman screeners in TMH ED who place patients into detox or treatment programs. Mercy Health screens patients and refers to treatment or other BH services (Coleman assists evenings and weekends) Data provided to TCMHRB monthly by Coleman |
| | Peer Recovery Coaches embedded in emergency rooms | # of recovery coaches working in EDs | TCMHRB Mercy Health Mercy Health Foundation | ongoing | Mercy Health employees 2 recovery coaches at St Joseph's and 2 at St. Elizabeth's; Start up cost shared between TCMHRB and Mercy Foundation |

CONFIDENTIAL

December 16, 2021

TRUM004989853

DEF-MDL-14765.00008

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase linkage of overdose victim with peer support/recovery coaches | TCMHRB to continue to work with state and local agencies to build capacity/workforce. | # of certified recovery coaches employed | TCMHRB OhioMHAS Mercy Health Treatment Centers | Ongoing | There are 64 certified peer supporters in Trumbull County<br><br>First Step Recovery, Parkman Recovery, Compass, Coleman, Hope Village, Neil Kennedy Recovery Centers, Thrive and CSB employ recovery coaches<br><br>In September 2019, project started with Ohio Means Jobs and First Step Recovery to build peer supporter workforce. Grant project has ended |
| | Address needed simplification of certification process with OhioMHAS | # of certified recovery coaches | TCMHRB OhioMHAS | Completed | OhioMHAS convened a workgroup to address this issue. Internal changes were made and training responsibility shifted to Boards. |
| | TCMHRB to host Recovery Coach trainings | # of trainings held | TCMHRB OhioMHAS | Ongoing | 2018- 1 training<br>2019- 1 training<br>2020- 2 virtual trainings |
| Increase access to Project Dawn (Naloxone) | TCCHD will supply all first responders and the general public with free kits | # of overdose reversals as a result of Project Dawn | TCCHD WCHD TCMHRB TMH Foundation OhioMHAS First Responders | 2017 - current | All but Brookfield PD are carrying Narcan (inquired but no follow up). Warren City and Bazetta Fire also have Narcan.<br>Kits to Public:<br>2017: 341 new; 75 refills<br>2018: 296 new; 106 refills<br>2019: 178 new; 15 refills<br>2020: 141 new; 105 refills<br>Successful Reversals (2017-2020): 66   Unsuccessful: 3 |

CONFIDENTIAL

TRUM004989854

DEF-MDL-14765.00009

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase access to Project Dawn (Naloxone) (cont.) | TCCHD purchased and ASAP disseminated yard signs advertising free Naloxone kits | # of yard signs disseminated | TCCHD ASAP TCMHRB | 2019/2020 | 50 yard signs placed throughout community |
| | Warren City HD to provide Project Dawn | # of kits distributed | TCCHD WHD | 2019 - current | Distribution limited to HIV and Infectious disease clients. 2 kits distributed as of Feb 2021 |
| | Project DAWN training and kits provided to drug court participants | # of trainings held and kits provided | TCCHD | 2020- current | 10-20-20: 6 staff were trained and given kits and/or refills. Many of the staff were already trained. 11/3/2020-1/26/2021: 46 participants were trained and received a Narcan kit. |
| | The TCMHRB include the Project DAWN training as part of contract with recovery houses | # of contracts with requirement | TCMHRB | 2017- Current | This has been included in TCMHRB Recovery house contracts since SFY16 FY20- 10 contracts FY21- 7 contracts FY22- 6 contracts |
| | Distribute 779 doses of Narcan through OhioMHAS' Narcan/Naloxone blitz in target zip codes identified by OhioMHAS (44483, 44484, 44485, 44446) | # of kits distributed | TCMHRB | May – June 2021 | As of 8/31/21, over 500 units have been dispensed. St. Joe's hospital is taking part in project by distributing in ED |
| | Install 30 NaloxBoxes throughout the County, 6 within the target zip codes identified by OhioMHAS (44483, 44484, 44485, 44446) | # of NaloxBoxes installed | TCMHRB TCCHD | June 2021 | Boxes have been placed at All 3 Valley Counseling Trumbull County locations, Compass; High St location; 2 at Sahara Club; TCCSB; Comfort Suites: Liberty; Keys 2 a 2rd Chance. Remaining boxes are on back order |

CONFIDENTIAL

TRUM004989855

DEF-MDL-14765.00010

**Trumbull County**
**Opiate Action Plan 2017-2021**

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase access to treatment and detox | Increase indigent funding for Trumbull County residents | Amount of funding allocated | TCMHRB Treatment Agencies OhioMHAS | Ongoing | FY17- $283,500 - CURES funds FY18- TCMHRB spent $1.6 mil CURES - $625,000 OhioMHAS increased regional access to detox funds - $500,000 FY 19- TCMHRB allocated $1.2 mil CURES - $353,438 FY20- TCMHRB allocated Approx $780,000 FY21- TCMHRB allocated over $ .5 mil |
| | Detox and Vivitrol Program in TC Jail through Meridian and TCMHRB | # of persons detoxed or placed on Vivitrol through SOR grant | TC Jail Staff Meridian TCMHRB | April 2019 - current | 89 Vivitrol injections were purchased for jail use with SOR funds as of 9/14/21; Over 100 inmates have received drug treatment services paid by SOR funds as of 2/1/21 SOR grant has been continued through September 2022. |
| | $100,00 in SOR funds awarded to the TCMHRB allocated for residential treatment at Glenbeigh for indigent TC residents | # of persons served with SOR grant funds | Glenbeigh TCMHRB | Grant period 9/1/19- 9/30/20 | 8 people served with these funds |
| | $356,500 in SOR funds awarded to the TCMHRB allocated for residential treatment at Glenbeigh, First Step Recovery (FSR), Meridian and Parkman Recovery for indigent TC residents | # of persons served with SOR grant funds | Glenbeigh First Step Recovery Parkman Recovery TCMHRB | Grant period 12/1/20 – 9/30/21 | 7 people served with these funds as of 9/14/21 |

CONFIDENTIAL

TRUM004989856

DEF-MDL-14765.00011

**Opiate Action Plan 2017-2021**

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase access to treatment and detox (cont.) | Advocate to State and local policy makers for more funding resources for long term addiction recovery | Amount of funding to for recovery supports | TCMHRB All stakeholders | Ongoing | TCMHRB ED participates in yearly legislative day meeting with legislatures to discuss local financial needs. Current State and Federal funds for recovery supports are earmarked for specific populations. Advocacy on this topic continues. |
| Increase state oversight of Addiction Treatment Facilities | Ensure OTP and MAT providers follow guidelines to guarantee patient safety | # of complaints received regarding OTP or MAT providers | TCMHRB OhioMHAS Community Partners Treatment agencies | | Guidelines can be found at: https://www.samhsa.gov/ medication-assisted-treatment/statutes-regulations-guidelines |
| | Report concerns regarding a treatment provider to appropriate authorities www.pharmacy.ohio.gov http://mha.ohio.gov/ http://www.ohioattorneygeneral.gov/Abo ut-AG/Service-Divisions/Health-Care-Fraud/Report-Medicaid-Fraud | # of reports made | OhioMHAS TCMHRB FBI Attorney General Community Partners Dept. of Medicaid | August 1, 2017- infinity | OhioMHAS and TCMHRB are working together on any concerns/issues Braking Point in Mahoning County shut down for Medicaid fraud Oct 2017 California Palms "raided" by Federal and State Authorities in 2021. OhioMHAS revoked certification |
| Reduce Physician Prescribing of Opiates | SBIRT implemented in physicians' offices | # of medical staff trained in SBIRT and safe prescribing | All | Ongoing | SBIRT is utilized in all Mercy Health ED's. and One Health Offices; Mercy employs staff to provide trainings |
| | TCMHRB created and purchased media campaign on the dangers of prescription opiates | # billboards and TV ads | TCCHD ASAP | 2018 | PSAs ran on WKBN and billboards were purchased throughout the County |

CONFIDENTIAL

December 16, 2021

TRUM004989857

DEF-MDL-14765.00012

**Trumbull County**
**Opiate Action Plan 2017-2021**

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Reduce Physician Prescribing of Opiates (cont.) | TCCHD is implementing initiatives outlined in the Prescription Drug Overdose Prevention grant | Completion of grant deliverable | ASAP, TCCHD and TCMHRB | Ongoing | 10-2018: TCCHD sent co-prescribing letters to physicians & dentists. 2019: Folders were distributed to 8 TC physicians with the Take Charge information for patients and physicians along with a jump drive with the same information. |
| | Advocate for mandated use of Ohio Automated Rx Reporting System (OARRS) by doctors and pharmacies | # of doctors and pharmacies using OARRS | OhioMHAS Ohio Pharmacy Board | Completed | As of 4/18/19: Ohio law requires Ohio prescribers to request patient information from OARRS that covers at least the previous 12 before prescribing or personally furnishing an opioid analgesic or a benzodiazepine to a patient, the prescriber must also prescriber make periodic requests from OARRS if the course of treatment continues for more than 90 days. |
| | Trumbull County Commissioners filed a lawsuit against pharmaceutical companies | Result of lawsuit | TC Commissioners and Prosecutor's office TCMHRB | Current | Rite Aid and Giant Eagle settled the lawsuit before the trial ended. Lawsuit was decided in favor of the County. Judge to rule on damages in spring of 2022 |

CONFIDENTIAL

December 16, 2021

TRUM004989858

DEF-MDL-14765.00013

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Reduce Physician Prescribing of Opiates (cont.) | Partner with the Eastern Ohio Area Health Education Center (AHEC) to reduce prescribing of opioids | # of places digital files are placed for viewing (i.e. doctors' offices, websites, etc.) | TCCHD ASAP | 2019 | 6 EOAHEC videos placed on YouTube: <br><br>1. The Addictive Brain <br>2. Stages & Treatment of Pain <br>3. The Importance of Self-Care for 1st Responders and Healthcare Professionals <br>4. The Importance of Addressing Addiction with your Primary Provider <br>5. Addiction and Treatment of Pregnant Women <br>6. Reducing Barriers to Healthy Pregnancies and Healthy Babies |
| Increase Access to Recovery Housing | TCMHRB will allocate funding to assist individuals with rent in recovery housing | Amount of funding allocated | TCMHRB | SFY17 - Current | Allocation amounts: <br>SFY17= $200,000 <br>SFY18= $120,000 <br>SFY19= $195,600 <br>SFY20= $190,000 <br>SFY21= $160,000 <br>FY22= $164,100 |
| | TCMHRB will provide support for recovery house operations. | Types of support provided | TCMHRB | Current | TCMHRB convenes monthly meetings of recovery house operators and provides $500/month operational support to contract recovery houses as well as a stipend to attend the Ohio Recovery Housing Best Practices conference. |

CONFIDENTIAL

December 16, 2021

TRUM004989859

DEF-MDL-14765.00014

**Trumbull County**
**Opiate Action Plan 2017-2021**

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase Access to Recovery Housing (cont.) | Advocate for Strengthening of current credentialing process through state regulation | Creation of Statewide mandate for credentialing of recovery houses | TCMHRB OhioMHAS ORH Legislators | Ongoing | TCMHRB has representatives on Ohio Recovery Housing (ORH) and OhioMHAS housing committees. TCMHRB also requires ORH certification of any recovery house receiving funding through TCMHRB provides stipends to contract recovery houses to support ORH membership. |
| | Allocate funding from State Opioid Response (SOR) grant to assist individuals impacted by COVID 19 with rent for recovery housing | Amount of funds allocated<br><br># of individuals served | TCMHRB | 2020 - 2021 | $ 48,988 Spent in FY20<br>$ 45,048 Spent out of SFY21 SOR 60 day ext.<br>$ 100,000 allocated from SOR2.0. $96,710 utilized as of 9/14/21<br>199 individuals received assistance as of September 14, 2021.<br>Funding was opened up in October of 2021 to include all eligible individuals needing rental assistance. |

CONFIDENTIAL

December 16, 2021

TRUM004989860

DEF-MDL-14765.00015

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Reduce Substance Abuse | Increase partnerships and initiatives with faith-based community | # of programs at churches; attendance by faith community at ASAP events | ASAP, TCMHRB Ministerial alliances | Ongoing | ASAP has increased collaboration to include at least 3 regular supporters from the Faith Based community. A session on the Faith Based Communities role in substance abuse prevention was included in the 2017 ASAP Drug Summit. An addition memorial provided by a faith-based community representative from the Coalition was added to the ASAP Recovery Rally in 2015 and has been included every year following ASAP is planning a listening tour with the faith based community for 2022. Planning meeting is scheduled for 2/17/22 |
| | PRIDE Surveys administered every other school year occur in in TC schools (grades 6, 8, 10) | # of surveys administered # of school districts surveyed | TCMHRB | completed every other school year | 2019-2020: 2,364 students surveyed, representing 8 TC school districts |
| | Implementation of child welfare Recovery Services Team | # of families engaged with Team | TCCSB | March 2019-Current | The team employees 2 peer supporters<br><br>39 Families have been helped as of 2/24/21 |
| | Advocate for making specific personal health information available for fatality review boards | Passage of needed rule(s) | TCCHD Fatality Review Board Members | Current | TCCHD advocates for issue during State partners |

CONFIDENTIAL

TRUM004989861

DEF-MDL-14765.00016

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Reduce Substance Abuse (cont.) | Develop support groups for children and kinship caregivers affected by the opiate epidemic | # of Support groups | TCMHRB Homes for Kids Compass Meridian | First group occurred on 10/27/17 | Discontinued due to lack of participation. |
| | Create safe medication storage and disposal education campaign – Operation Empty Medicine Cabinet | Increase in use of medication disposal sites and events | ASAP Coalition TCMHRB | Jan 2018- Dec 2018 | Funded by Mercy Health Fnd., TMH Fnd. and TCMHRB. Included mailers to households, Televised PSAs, printing of informational magnets and brochures for community distribution and purchase of medication drop box for OSP Southington barrack. |
| | Identify neighborhoods with highest incidences of overdoses and provide resources to those neighborhoods | # of door hangers distributed by ASAP members | ASAP Coalition | October 2017 | ASAP members canvassed identified neighborhoods and left 5000 door hangers with resource information on 10/27/17 |
| | Partner with Kent State University on marketing project focused on the Opioid Epidemic | Output of the Media and Movement Workshop: The Opioid Epidemic Workshop | TCMHRB ASAP Coalition | Spring Semester 2018 | 4 projects were developed. ASAP implemented Know the Risks campaign by running video in movie theaters, distributing table tents to universities and businesses and community distribution of informational postcard |
| | Social Media campaign on addiction awareness and prevention | # of followers on ASAP and TCMHRB Social Media pages | TCMHRB ASAP | Ongoing | As of Feb 2021: TCMHRB Facebook page: Likes – 884 Followers – 964 ASAP Facebook page: Likes – 1,113 Followers – 1,295 Instagram: ASAP- 51 followers |

CONFIDENTIAL

DEF-MDL-14765.00017

TRUM004989862

**Opiate Action Plan 2017-2021**

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Reduce Substance Abuse (Cont.) | Increase anti-stigma message- Addiction is a Disease – not a choice | # Media campaigns | TCMHRB MCMHRB CCMHRB | 2017 | 3 Commercials ran in partnership with Columbiana and Mahoning Counties 2017 |
| | Increase participation on Opiate Death Review Committee | # of sectors represented | TCCHD Opiate Death Review Committee | Ongoing | New members include US Atty.'s Office & TC Drug Court |
| | Promote "How to Help Children – the Trauma of Witnessing an Opioid Overdose" brochure | # of brochures disseminated or posted | TCMHRB TCCHD Meridian Compass TCMRHRB/ASAP | Ongoing | Brochure has been shared with ASAP Coalition and is distributed at community events |
| | Convene an Anti-Stigma Subcommittee of the ASAP Coalition | Meeting scheduled to determine metrics to be tracked | ASAP TCCHD | Begin October 2021 | The Anti- Stigma Subcommittee has decided to promote the Recovery takes a Community Anti Stigma campaign. Campaign is scheduled to run through January 2022. Committee will evaluate outcomes and determine whether or not to continue in February 2022 |
| | Distribute Fentanyl test strips | # of strips distributed | TCCHD WC Health Dept | Current | Warren City Health Dept. reports distributing approx. 350 strips. Users indicated that use of the strip did not deter or limit their drug use |
| | Create a response team to assist family members of fatal overdose victims | # of requests for team assistance | TCMHRB TC Coroner's Office | Current | The TCMHRB and the TC Coroner's office have begun the program on a small scale and are working towards full scale implementation in 2022 |

Page 17 of 23

December 16, 2021

CONFIDENTIAL

**Trumbull County**

**Opiate Action Plan 2017-2021**

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase Prevention Programming | Implement Generation RX Program in schools | # of schools participating | TCCHD Compass | 2017-2019 School years | TCCHD provided training in Southington schools (grades K-5) and co-trained with Compass prevention staff in Warren City Schools (Willard, Jefferson, Lincoln and McGuffey - Grades 5th-8th) |
| | Sustain ASAP Coalition and programs | # of attendees at meetings and ASAP events | TCMHRB ASAP | Ongoing | The ASAP Coalition meets 10 times a year, event/topic focused subcommittees meet more often. Full Coalition meetings typically have at least 30 attendees. Subcommittees consist of at least 10 people. Track meet held July21: 267 youth participated Recovery Rally scheduled for 9/18/21 |
| | Increase teacher training and implementation of PAX Good Behavior Game | # of schools implementing PAX | TCMHRB County Schools | Ongoing | 6 TC school districts implementing PAX Compass and OSU extension facilitating community Pax trainings |

CONFIDENTIAL

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase Prevention Programming (Cont.) | Educate public on dangers of vaping both tobacco and marijuana | Decline in use rate as measured by PRIDE surveys | TCCHD | ongoing | TCCHD was awarded a tobacco prevention grant from the Ohio Dept. of Health. Through the grant Store Compliance checks in 31 Niles City stores took place. 4 did not check ID. In process of working with Niles Mayor to pass a tobacco retail ordinance. Partnered with Warren-Trumbull Public Library, Mercy Health, and Lakeview School Nurse to hold 3 live webinars with a total of 45 listeners. Monthly articles and advertising in Cortland Newspaper, community partner social media (Facebook and Twitter). Brochures and posters displayed in: Churches, Rehab centers, physician offices, senior centers, libraries, housing developments, community gatherings, TC drug court, schools, stores and LGBTQ social centers. |
| | Partnership between ASAP and local schools to promote Red Ribbon Week | # of schools participating | TC Schools TCMHRB/ASAP | October 2020 | 7 TC School Districts participated by sharing Red Ribbon Week materials provided by ASAP |

CONFIDENTIAL

TRUM004989865

DEF-MDL-14765.00020

| Increase Prevention Programming (Cont.) | Utilize State K-12 Prevention funding to increase school-based prevention programming | # of schools participating | TCMHRB TC School Districts | School years 2019-2020 and 2020-2021 | 18 Trumbull County School Districts participating |
| --- | --- | --- | --- | --- | --- |

CONFIDENTIAL

TRUM004989866

DEF-MDL-14765.00021

## Priority 3: Self and Community Care of First Responders

**Goal #1:** Increase supports for first responders

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase supports for First Responders | Provide appreciation activities such as food, incentives, non-consumable items | Frequency Number of items/events | All community partners | Ongoing | 2017 Make a Difference Day food delivered to Police, Fire and 911 |
| | Provide resource information and self-care techniques | # of first responders trained | TCMHRB | Spring 2018 | Self-care was added to the CIT curriculum for the 17th training (October 2019), which was attended by 23 officers |
| | Provide appreciation through County HUB appreciation week events | Frequency Number of items/events | County Opiate HUB | Ongoing yearly event | Appreciation Weeks: 2018- 200 Flash Drives distributed with Thank You Video Montage, and a short Self Care Video along with 500 Business Cards with new State Wide Website 2019- PSAs run featuring local first responders, with appreciation message and daily posts on TCMHRB and ASAP Coalition Facebook pages featuring local first responders, with appreciation message 2020- Press release with message of thanks from the TCMHRB and 480 bottles of hand sanitizer w/ appreciation week tagline printed on them delivered to 21 police and fire stations 2021- Tumblers have been ordered for distribution |

Page 21 of 23

December 16, 2021

CONFIDENTIAL

DEF-MDL-14765.00022

**Priority 3: Self and Community Care of First Responders**

**Goal #2:** Increase # of first responders receiving assessments; ongoing assistance as needed

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase in referrals for assistance and reduce stigma for seeking assistance | Provide self-care trainings | # of attendees at trainings | MV CISM Team Community Partners TCMHRB MCMHRB | Ongoing | Self-Care trainings: 5/9/17: 20 people 7/20/17: 19 people 9/20/17: 32 people 10/18/17: 12 people 1/17/18: 19 people 11/6/19: 19 people 12/16/20: 12 people |
| | Provide informational/educational trainings to Chief's organizations of First Responders | # of trainings scheduled | MV CISM Team Community Partners TCMHRB MCMHRB | Ongoing | Training held 4/5/18 |
| | Provide debriefing after traumatic events | # of debriefings | MV CISM Team Community Partners TCMHRB MCMHRB | Ongoing | Debriefings held: 3/29/17: 10 people 4/5/17: 10 people 4/6/17: 3 people 6/29/17: 3 people 7/27/17: 4 people 7/31/17: 4 people 10/22/17: 6 people 10/25/17: 5 people 3/6/18: 8 people 6/11/18: 6 people 9/5/18: 5 people 9/18/18: 6 people 5/28/19: 5 people 5/29/19: 11 people 7/16/21: individual debrief 8/23/21: 12 people 9/16/21: individual debrief |

CONFIDENTIAL

TRUM004989868

DEF-MDL-14765.00023

**Trumbull County**
**Opiate Action Plan 2017-2021**

| Measurable Objectives | Action Steps | Metrics | Person(s) Responsible | Time Frame | Status |
|---|---|---|---|---|---|
| Increase in referrals for assistance and reduce stigma for seeking assistance (Cont.) | Provide confidential mental health and PTS services for first responders | # of persons served by participating agencies | TCMHRB<br>Valley Counseling<br>Coleman<br>Travco<br>Blue Star | Winter 2019-current | 4 People have been referred to agencies for treatment. 6 have utilized the first responder call line. |

December 16, 2021

CONFIDENTIAL

TRUM004989869

DEF-MDL-14765.00024