Message

**From:** Alisia.Clark@mha.ohio.gov [Alisia.Clark@mha.ohio.gov]
**Sent:** 9/8/2021 4:18:03 PM
**To:** cwalter@oacbha.org; patrickt@hamilton.mhrsb.state.oh.us
**CC:** Lori.Criss@mha.ohio.gov; valerie.alloy@mha.ohio.gov; Christine.Sielski@mha.ohio.gov; lampl@theohiocouncil.org; Soley Hernandez [hernandez@theohiocouncil.org]; ADAMH-CMH-Board@mha.ohio.gov
**Subject:** SOR 2.0 Year 2 Guidance

Good afternoon,

OhioMHAS is awarding approximately $57,581,905 million dollars of the State Opioid Response 2.0 Grant to Local ADAMH Boards to further Ohio's efforts to combat the addiction crisis. These dollars are the second year of the State's Opioid Response 2.0 grant award that is designed to provide targeted resources that address substance abuse in local communities.

The funding is part of Ohio's $96 million-dollar federal State Opioid Response 2.0 annual award. The first year of the SOR 2.0 grant is coming to a close on 9/29/21, please see the attached SOR 2.0 Year 2 guidance memo for close out details. The ADAMH Boards, Direct Funded Community Providers, and Innovation Providers will be awarded the same amount in year 2 that was awarded in the first year of SOR 2.0.

The department will be submitting a carryover request for any non-expended Year 1 funds and will make a determination of how those funds will be repurposed. Please let us know if you have any questions or concerns,

Thank you,

**Alisia Clark**
Assistant Director
Office of Community Planning & Collaboration
Ohio Department of Mental Health & Addiction Services
30 E. Broad Street, 36th Floor
Columbus, OH  43215
C:614-208-9477
P:614-466-5908
Alisia.Clark@mha.ohio.gov



*"This transmission, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure, or distribution of confidential information is strictly prohibited. If you are not the intended recipient please contact the sender by reply email, fax or phone and destroy any and all copies of the original."*

CONFIDENTIAL

DEF-MDL-14817.00001

TRUM005006661





Promoting wellness and recovery

Mike DeWine, Governor • Lori Criss, Director • 30 E. Broad St. • Columbus, OH 43215 • (614) 466-2596 • mha.ohio.gov

## Memorandum

| | |
|---|---|
| DATE: | September 8, 2021 |
| TO: | ADAMH Boards |
| FROM: | Alisia Clark, Assistant Director of Community Planning and Collaboration |
| RE: | State Opioid Response Grant - 2.0 |

OhioMHAS is awarding approximately $57,581,905 million dollars of the State Opioid Response 2.0 grant to Local ADAMH Boards to further Ohio's efforts to combat Ohio's addiction crisis. These dollars are from the second-year award of the State's Opioid Response 2.0 grant. This award is intended to provide support for local ADAMH Boards to collaborate with local partners to address substance abuse in communities. The funding is part of Ohio's $96 million-dollar federal State Opioid Response 2.0 annual award.

The department will provide the same amount awarded in year 1 of the grant to all SOR 2.0 awarded Community Providers, Innovation Providers and ADAMH Boards. The department will add a new category to the second year of SOR 2.0 that includes the MOMS providers that were previously funded in the SOR NCE award. These providers will receive $175,000 in direct funding for the second year of SOR 2.0. The program period for these funds is 9/30/21 – 9/29/22.

### Grant Timelines (SOR NCE timelines are included)

| Date | SOR 2.0 | SOR NCE |
|---|---|---|
| 9/29/21 | Grant Year 1 Budget Period Ends | Grant FINAL Budget Period Ends |
| 9/30/21 | Grant Year 2 Begins | N/A |
| 10/08/21 | End of the Year Report Survey Due | End of the Year Report Survey Due |
| 11/13/21 | Final Day to Submit Disbursement Requests in GFMS | Final Day to Submit Disbursement Requests in GFMS |
| 12/31/21 | Grant Revision Close Out Deadline | Grant Revision and Close Out Deadline |

Please see the allocations to the Boards listed in the second page of this memo, if you have any additional questions, please contact your project lead or Dr. Alloy and Christine Sielski.

Christine L. Sielski, MSW, Assistant Chief
Acting 2.0 Project Director
Bureau of Grants Administration
Christine.Sielski@mha.ohio.gov
(614) 752-9853

Valerie Alloy, Ph.D. Chief
Bureau of Grants Administration
valerie.alloy@mha.ohio.gov
614-728-0251

## SOR 2.0 Planned Year 2 Investments
## Local ADAMH Board Grant Awards
## Program Period: September 30, 2021 - September 29, 2022

| ADAMH Board Awards | SOR 2.0 Grant Award |
| --- | ---: |
| ALLEN AUGLAIZE HARDIN ADAMHS BOARD | $993,169.39 |
| ASHLAND COUNTY ADAMHS BOARD | $585,543.47 |
| ASHTABULA COUNTY ADAMHS BOARD | $367,443.00 |
| ATHENS-HOCKING-VINTON ADAMHS BOARD | $2,058,275.00 |
| BELMONT-HARRISON-MONROE ADAMHS BOARD | $668,678.00 |
| BROWN COUNTY ADAMHS BOARD | $229,318.76 |
| BUTLER COUNTY ADAMHS BOARD | $1,922,604.00 |
| CLARK GREENE MADISON ADAMHS BOARD | $1,379,969.00 |
| CLERMONT COUNTY ADAMHS BOARD | $1,175,041.00 |
| COLUMBIANA COUNTY ADAMHS BOARD | $345,019.00 |
| CUYAHOGA COUNTY ADAMHS BOARD | $2,709,527.95 |
| DEFIANCE (FOUR COUNTY) ADAMHS BOARD | $944,184.35 |
| DELAWARE-MORROW ADAMHS BOARD | $1,029,000.04 |
| ERIE-OTTAWA ADAMHS BOARD | $1,047,347.00 |
| FAIRFIELD COUNTY ADAMHS BOARD | $712,675.92 |
| FRANKLIN COUNTY ADAMHS BOARD | $3,336,237.07 |
| GALLIA-JACKSON-MEIGS ADAMHS BOARD | $1,330,602.08 |
| GEAUGA COUNTY ADAMHS BOARD | $1,411,243.46 |
| HAMILTON COUNTY ADAMHS BOARD | $3,185,980.71 |
| HANCOCK COUNTY ADAMHS BOARD | $781,396.00 |
| HURON ADAMHS BOARD | $345,379.92 |
| JEFFERSON COUNTY ADAMHS BOARD | $322,806.00 |
| LAKE COUNTY ADAMHS BOARD | $1,074,040.00 |
| LICKING KNOX COUNTIES ADAMHS BOARD | $1,248,700.00 |
| LOGAN/CHAMPAIGN ADAMHS BOARD | $888,765.00 |
| LORAIN COUNTY MHARS BOARD - North Ridge Site | $3,037,354.03 |
| LUCAS COUNTY ADAMHS BOARD | $3,337,093.00 |
| MAHONING COUNTY ADAMHS BOARD | $1,495,513.76 |
| MARION CRAWFORD ADAMHS BOARD | $707,100.50 |
| MEDINA COUNTY ADAMHS BOARD | $475,938.94 |
| MERCER-VAN WERT-PAULDING ADAMHS BOARD | $931,916.59 |
| MIAMI (TRI-COUNTY) ADAMHS BOARD | $450,123.00 |
| MONTGOMERY COUNTY ADAMHS BOARD | $1,213,209.00 |
| MUSKINGUM AREA ADAMHS BOARD | $745,302.00 |
| PAINT VALLEY ADAMHS BOARD | $2,999,820.00 |
| PORTAGE COUNTY ADAMHS BOARD | $803,559.00 |
| PREBLE COUNTY ADAMHS BOARD | $591,496.00 |
| PUTNAM COUNTY ADAMHS BOARD | $565,345.73 |
| RICHLAND COUNTY ADAMHS BOARD | $1,381,468.00 |
| SCIOTO ADAMS LAWRENCE COUNTIES ADAMHS BOARD | $2,051,788.00 |

CONFIDENTIAL

DEF-MDL-14817.00003

TRUM005006663

| | |
|---|---:|
| SENECA-SANDUSKY-WYANDOT ADAMHS BOARD | $400,224.75 |
| Stark County Mental Health & Addiction Recovery | $343,970.00 |
| SUMMIT COUNTY ADAMHS BOARD | $1,008,106.69 |
| TRUMBULL COUNTY ADAMHS BOARD | $843,852.13 |
| TUSCARAWAS AND CARROLL COUNTIES ADAMHS BOARD | $378,271.28 |
| UNION COUNTY ADAMHS BOARD | $764,000.00 |
| WARREN & CLINTON COUNTIES ADAMHS BOARD | $289,506.00 |
| WAYNE AND HOLMES COUNTIES ADAMHS BOARD | $1,221,283.50 |
| WOOD COUNTY ADAMHS BOARD | $1,452,717.58 |
| **Total SOR 2.0** | **$57,581,905.60** |

CONFIDENTIAL TRUM005006664

DEF-MDL-14817.00004