Home  »  Grants  »  Grant Awards by State  »  2022  »  OH

# Ohio Summaries FY 2022

**Discretionary Funds in Detail**  |  **Non-Discretionary Funds in Detail**

## Formula Funding

| | |
|---|---:|
| Substance Abuse Prevention and Treatment Block Grant | $16,135,468 |
| Community Mental Health Services Block Grant | $8,450,978 |
| Projects for Assistance in Transition from Homelessness (PATH) | $0 |
| Protection and Advocacy for Individuals with Mental Illness (PAIMI) | $391,907 |
| Subtotal of Formula Funding | $24,978,353 |

## Discretionary Funding

| | |
|---|---:|
| Mental Health | $5,863,087 |
| Substance Abuse Prevention | $0 |
| Substance Abuse Treatment | $948,975 |
| Flex Grants | $0 |
| Subtotal of Discretionary Funding | $6,812,062 |

## Total Funding

| | |
|---|---:|
| Total Mental Health Funds | $14,705,972 |
| Total Substance Abuse Funds | $17,084,443 |
| Total Funds | $31,790,415 |

Sign Up for SAMHSA Email Updates



DEFENDANT EXHIBIT
WAG-MDL-05032

**WAG-MDL-05032, Page 1 of 2**

To sign up for updates or to access your subscriber preferences, please enter your contact information.

Email Address

Sign Up

## Language Assistance

Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen

Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Home | Site Map | Viewers & Plugins | Budget and Performance | Accessibility | Plain Language

Privacy Policy | Disclaimer | Freedom of Information Act | Nondiscrimination Notice

EEO/No FEAR Act Data | Office of the Inspector General

U.S. Department Health & Human Services

Have a question about government service? Contact USA.gov.

SAMHSA's mission is to reduce the impact of substance abuse and mental illness on America's communities.

5600 Fishers Lane, Rockville, MD 20857
1-877-SAMHSA-7 (1-877-726-4727)

**WAG-MDL-05032, Page 2 of 2**