

Figure 7.21: Drug-related crude mortality rate



© 2019 American Medical Association. All rights reserved.

WMT-MDL-01614.00001

### eAppendix 5: Characteristics of included studies

Studies in shaded lines are secondary studies containing additional detail on primary studies. The primary study is located directly above the secondary study/ies

| Study (Author, ref) | Years of cohort observation | Country | Sample description | N | N deaths | N person-years |
|---|---|---|---|---|---|---|
| Abrahamsson, 2017[1] | 2005-2012 | Sweden | People with opiate dependence prescribed and dispensed methadone or buprenorphine for OMT between 2005-2012 | 4501 | 356 | 21438 |
| Bakker, 2017[5] | 1994-2014 | England | Patients treated for opiate dependence at Lisson Grove Health Centre in central London between 1994-2014 as identified through EMIS database | 278 | 41 | 2181 |
| Bargagli, 2001[6] | 1980-1997 | Italy | People who use drugs and entered treatment in Rome | 10308 | 1734 | 80787 |
| Bargagli, 2006[7] | 1990-2003 | Austria | People with an opiate dependence enrolled in MMT in GPs, residential, outpatient or prison settings within Vienna enrolled between 1990-1998 | 4150 | 195 | 14834.62 |
|  |  | Denmark | People with an opiate dependence entering treatment between 1996-1999 as identified through National Treatment Database | 8808 | 701 | 40317.8 |
|  |  | England | People with an opiate dependence entering treatment during 1997-1999 in London | 881 | 35 | 2850.39 |
|  |  | Ireland | People with an opiate dependence entering treatment centers or treated by GPs in Dublin between 1994-1997 | 5285 | 114 | 10345.27 |
|  |  | Portugal | People with an opiate dependence entering one specialised residential and nine specialised outpatient treatment centers in Lisbon between 1992-1999 | 3275 | 1137 | 30237.06 |
|  |  | Spain | People with an opiate dependence entering specialised outpatient treatment centers in Barcelona between 1992-1999 | 5037 | 1734 | 80787 |
| Bartu, 2004[10] | 1985-1998 | Australia | Patients admitted to Perth metropolitan hospitals or psychiatric institutions | 2887 | 253 | 19913 |
| Bogdanowicz, 2016[13] | 2008-2014 | England | Patients diagnosed with primary or secondary opioid dependence identified through the South London and Maudsley Case (SLAM) Register between 2008- 2014 and at least one item completed on Brief Risk Scale Assessment - Addiction (BRSA-A) | 4488 | 227 | 17804.59 |
| Brugal, 2016[15] | 1997-2008 | Spain | People who use heroin starting publicly funded or owned outpatient drug treatment in Madrid and Barcelona between 1997-2007 | 15305 | 2354 | 118902 |
| Bukten, 2019[18] | 1997-2009 | Norway | Patients applying or entering into Opioid Maintenance Treatment (OMT) as identified through the national OMT research registry between 1997-2009 | 6871 | 697 | 40517 |
| Clausen, 2008[19] | 1997-2003 | Norway | People who are opioid dependent applied and were accepted for OMT in Norway between 1997-2003 | 3789 | 213 | 10934 |
| Buster, 2002[21] | 1986-1998 | Netherlands | Clients currently receiving or recently left methadone treatment who were born and residing in Amsterdam. | 5200 | 68[a] | 29,729 |
| Chang, 2017(II)[25] | 2006-2014 | United States | Patients who are dependent on opioids enrolled in the U.S. START study between 2006-2009 | 1267 | 71 | 8413.75 |
| Chen, 2010[26] | 1998-2005 | Taiwan | First time drug offenders who served at least 1 day in correctional facilities between 1998-2001 as identified through judiciary records of the Ministry of Justice, Taiwan | 5519 | 198 | 15975.59 |
| Degenhardt, 2014a[29] | 1985-2005 | Australia | NSW residents registered for OST between 1985-2005 derived from the Pharmaceutical Drugs of Addiction System (PHDAS) database | 43789 | 3685 | 412216 |
| Degenhardt, 2009[30] | 1985-2006 | Australia | Clients administered methadone or buprenorphine as opioid replacement therapy between 1985-2006 as identified using NSW PHDAS | 42676 | 3803 | 425998 |

| Study (Author, ref) | Years of cohort observation | Country | Sample description | N | N deaths | N person-years |
|---|---|---|---|---|---|---|
| Espelt, 2015[35] | 2001-2006 | Spain | Street recruited participants aged 18-30 via snowball sampling in Barcelona and Madrid between 2001-2003, self-reporting use of opioid and enrolled into ITINERE Project study | 791 | 17[a] | 2435 |
| Ferri, 2007[40] | 1998-2001 | Italy | People who use heroin attending public treatment centres in Italy | 10376 | 190 | 15369 |
| Galli, 1994[44] | 1980-1988 | Italy | People who inject drugs voluntarily attending four public drug-dependence treatment centres in Milan | 2432 | 413 | 16415 |
| Ghodse, 1998[47] | 1967-1993 | England | Newly notified people who are dependent on opioids reported to UK Home Office | 92802 | 5310 | 687673 |
| Gjersing, 2014[49] | 1997-2004 | Norway | Street-recruited people who inject drugs outside an Oslo needle exchange programme facility in March, June and September 1997 | 156 | 45 | 1927 |
| Hickman, 2018[53] | 1998-2014 | England | Patients who are dependent on opioids receiving OST through a primary care practice between 1998-2014 as identified through the Clinical Practice Research Datalink | 11033 | 587 | 30410 |
| Kelty, 2017b[64] | 2001-2010 | Australia | Patients dependent on opioids and treated with methadone, buprenorphine or implant naltrexone for the first time in Western Australia between 2001-2010 identified using Monitoring of Drug of Dependence System (MODDS) | 5137 | 11[a] | 27409[b] |
| Tait, 2008[65] | 2001-2006 | Australia | Individuals receiving sustained-release naltrexone implant treatment in a private community treatment agency or methadone as identified through the State Drugs, Poisons, and Therapeutic Goods Control Branch of the Department of Health within Western Australia for the first time between 2001-2002. | 894 | 21 | 4166.86 |
| Langendam, 2001[67] | 1985-1996 | Netherlands | People who use heroin within Amsterdam Cohort Study | 827 | 150 | 4961 |
| Larney, 2015[68] | 2000-2011 | United States | Random sample of adults within Veterans Health Administration National Patient Care Database with lifetime diagnosis of opioid use disorder between FY 2000-2011 | 60270 | 9386 | 348124 |
| Larochelle, 2018[69] | 2012-2015 | United States | Individuals in Massachusetts who experienced a non-fatal opioid overdose between 2012-2014 as identified through databases of emergency departments, observations and in-patient encounters with medical claim containing opioid poisoning diagnosis code | 17568 | 807 | 17170.21[c] |
| Ledberg, 2017[70] | 2006-2013 | Sweden | Methadone maintenance therapy initiators in Stockholm county between 2006-2011 as identified using Lakemedelsregistret (nation-wide official registry of prescription drugs sold in pharmacies) | 441 | 67 | 2419 |
| Lejckova, 2007[71] | 1997-2002 | Czech Republic | Patients hospitalised for drug related behavioural disorders | 4206 | 114 | 13323.9 |
| Lee, 2013[75] | 2006-2008 | Taiwan | People who use heroin attending MMT in any treatment center in Taiwan between 2006-2007 identified via multiple-center MMT register system | 10842 | 137 | 7348.32 |
| Lopez-Quintero, 2015[80] | 1980-2007 | United States | Adults participants in United States Epidemiologic Catchment Area Program field surveys from New Haven, Baltimore, Saint Louis and Durham, and self-reported heroin use | 101 | 29 | 2331 |
| Marsden, 2017[83] | 2010-2016 | England | Prisoners diagnosed with opioid use disorder in 39 adult prisons in England | 12260 | 160 | 13114.75[c] |
| Marzo, 2009[84] | 2003-2006 | France | Imprisoned individuals dependent on opioid and were recruited within first week of imprisonment | 507 | 10 | 1250 |

| Study (Author, ref) | Years of cohort observation | Country | Sample description | N | N deaths | N person-years |
|---|---|---|---|---|---|---|
| Maughan, 2019[85] | 2006-2012 | United States | Patients who were admitted and discharged from substance abuse treatment providers for the Texas Department of State Health Services substance between 2006-2012 | NR | 629 | 50254 |
| Merrall, 2012[86] | 1996-2006 | Scotland | Individuals in contact with drug-treatment services across Scotland between 1996-2006 as identified by Scottish Drug Misuse Database (SDMD) | 45377 | 1772 | 239771 |
| Moskalewicz, 1996[88] | 1983-1992 | Poland | People who inject drugs and were attending treatment in the detoxification unit of the Institute of Psychiatry and Neurology, Warsaw between 1983-1992 | 656 | 82 | 3594 |
| Nambiar, 2015[93] | 2008-2012 | Australia | People who inject opioids in Melbourne as identified using MIX cohort | 655 | 24 | 2400[c] |
| Orti, 1996[96] | 1985-1991 | Spain | People dependent on opiates identified via emergency rooms and treatment centres | 15711 | 1315 | 43718.1 |
| Parmar, 2017[98] | 2014-2016 | England | Prisoners in 16 England prisons with history of heroin use by injection randomised to receive either naloxone or control upon release (N-ALIVE study) | 1557 | 13 | 774.43 |
| Pavarin, 2017[99] | 1975-2013 | Italy | Subjects attending 12 public centers for addiction treatment (SERT) for dependence on heroin in Bologna, northern Italy between 1975-2013 | 5899 | 1069 | 74467 |
| Peles, 2018[101] | 1993-2017 | Israel | Patients admitted to Adelson Clinic for Drug Abuse, Treatment and Research for MMT between 1993 and 2016 | 868 | 237 | 10146.9 |
| Pierce, 2015[102] | 2005-2009 | England | People who use opioids in England identified from drug treatment and criminal justice sources | 198247 | 3974 | 541891 |
| Quan, 2011[105] | 2005-2007 | Vietnam | Males who inject drugs in Thai Nguyen province, Vietnam recruited through networks | 894 | 45 | 710.1 |
| Risser, 2001[107] | 1995-1997 | Austria | Individuals involved in opiate-related emergencies from ambulance run sheets, currently or formerly enrolled in maintenance treatment | 1720 | 95 | 4222.69[c] |
| Russolillo, 2018[109] | 1998-2015 | Canada | Individuals with a conviction history and filled a methadone prescription between 1998-2015 as identified through the Ministry of Health's PharmaNet and Ministry of Justice's registry of convictions | 14530 | 1275 | 114243.7 |
| Sanvisens, 2014[111] | 1985-2006 | Spain | Patients admitted for hospital detoxification at three tertiary care facilities in Barcelona, Spain between 1985-2006 | 3388 | 1178 | 38577 |
| Soyka, 2006[114] | 1993-1994 | Germany | Patients who are opioid dependent as identified through a nationwide survey of substitution physicians in Germany via COBRA cohort | 2694 | 28 | 1875.7 |
| Soyka, 2011[115] | 2004-2010 | Germany | Patients who are opioid dependent as identified through a nationwide survey of substitution physicians in Germany via COBRA cohort | 2284 | 131 | 10916.67[c] |
| Stoove, 2009[117] | 2000-2005 | Australia | Individuals recorded with a non-fatal heroin overdose attended by ambulance between 2000-2005 | 4884 | 164[a] | 13630 |
| Uosukainen, 2013[118] | 1998-2010 | Finland | Clients seeking treatment at Helsinki Deaconess Institute in Finland during 1998- 2008 | 780 | 61 | 5371.8 |
| Veldhuizen, 2014[119] | 1990-2005 | United States | Patients discharged from California hospitals with diagnoses of opioid dependence, abuse, poisoning, or withdrawal from Office of State-wide Health Planning and Development | 68066 | 13107 | 390438 |
| Vlahov, 2008[120] | 1997-2002 | United States | People who inject drugs and enrolled in CIDUS-II who self-reported using opioids | 1986 | 68 | 8629.3 |