**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*Cases Identified in Exhibit A.* | **Case No: 1:17-md-2804-DAP**<br><br>**Honorable Dan Aaron Polster** |

### RESPONSE TO JUNE 8, 2022 ORDER REGARDING REMAND MOTIONS

Pursuant to the June 8, 2022 Order ("Order"), the parties have met and conferred regarding the list of 160 remand motions the Court referenced in the Order. Plaintiffs have identified certain additional cases, about which the parties have also met and conferred.[1] Identified herewith are 202 cases that, as ordered, the parties have assigned to one of three categories:

- **Category 1:** Cases the parties agree should be remanded or defendants do not oppose remand.

- **Category 2:** Cases the parties agree should not be remanded.

- **Category 3:** Cases about which the parties cannot agree.

A chart of cases reflecting these categories is attached hereto as **Exhibit A** and will also be provided to Chambers as a native Excel file.

The parties provide these categorizations of cases at the Court's direction and with reservation of all rights and remedies.

---

[1] Defendants have provided a response for any case on the Court's list or that the PEC or Plaintiffs have identified as having a pending remand motion. Defendants will promptly confer with Plaintiffs on any other previously filed remand motion Plaintiffs identify as requiring this Court's adjudication.

Respectfully submitted,

*/s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (fax)
pweinberger@spanglaw.com

*MDL Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, I electronically filed the foregoing document with the Clerk of the Court and served on counsel of record using the CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger