# EXHIBIT A

| | Case Name | MDL Number | Category |
|---|---|---|---|
| 1 | Masoud Bamdad, M.D. v. Purdue Pharma L.P., et al. | 1:18-op-45933-DAP | 1 (parties agree case should be remanded or defendants do not oppose remand) |
| 2 | Bernstein, et al. v. Actavis Pharma, Inc., et al. | 1:18-op-46037-DAP | 1 (parties agree case should be remanded or defendants do not oppose remand) |
| 3 | County of Blanco v. Purdue Pharma L.P., et al. | 1:19-op-45237-DAP | 1 (parties agree case should be remanded or defendants do not oppose remand) |
| 4 | City of Dover, et al. v. Purdue Pharma L.P., et al. | 1:20-op-45086-DAP | 1 (parties agree case should be remanded or defendants do not oppose remand) |
| 5 | The City of Lorain v. Purdue Pharma L.P., et al. | 1:17-op-45000-DAP | 2 (parties agree case should not be remanded) |
| 6 | The City of Parma, v. Purdue Pharma L.P., et al. | 1:17-op-45001-DAP | 2 (parties agree case should not be remanded) |
| 7 | Richland County Children's Services v. Purdue Pharma L.P., et al., | 1:17-op-45003-DAP | 2 (parties agree case should not be remanded) |
| 8 | Mayor Raaimie Barker on behalf of Town of Chapmanville v. West Virginia Board of Pharmacy, et al. | 1:17-op-45055-DAP | 2 (parties agree case should not be remanded) |
| 9 | Mayor Robert Carlton on behalf of the City of Williamson v. West Virginia Board of Pharmacy, et al. | 1:17-op-45057-DAP | 2 (parties agree case should not be remanded) |
| 10 | Mayor Charles Sparks on Behalf of the Town of Kermit v. West Virginia Board of Pharmacy, et al. | 1:17-op-45058-DAP | 2 (parties agree case should not be remanded) |
| 11 | Mayor Vivian Livinggood on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al. | 1:17-op-45059-DAP | 2 (parties agree case should not be remanded) |
| 12 | County Commission of Lincoln County v. West Virginia Board of Pharmacy, et al. | 1:17-op-45060-DAP | 2 (parties agree case should not be remanded) |
| 13 | County Commission of Mercer County v. West Virginia Board of Pharmacy, et al. | 1:17-op-45064-DAP | 2 (parties agree case should not be remanded) |
| 14 | Mayor Reba Honaker on behalf of the City of Welch v. West Virginia Board of Pharmacy, et al. | 1:17-op-45065-DAP | 2 (parties agree case should not be remanded) |
| 15 | The County of Mora v. Purdue Pharma L.P., et al. | 1:17-op-45080-DAP | 2 (parties agree case should not be remanded) |
| 16 | Scott County, Indiana v. Purdue Pharma, L.P., et al. | 1:17-op-45094-DAP | 2 (parties agree case should not be remanded) |
| 17 | The County of Pike v. Teva Pharmaceuticals USA, Inc., et al. | 1:18-op-45368-DAP | 2 (parties agree case should not be remanded) |
| 18 | The County of Floyd v. Purdue Pharma L.P., et al. | 1:18-op-45369-DAP | 2 (parties agree case should not be remanded) |
| 19 | The County of Knott v. Purdue Pharma L.P.., et al. | 1:18-op-45370-DAP | 2 (parties agree case should not be remanded) |
| 20 | The County of Fulton v. Purdue Pharma, L.P., et al. | 1:18-op-45374-DAP | 2 (parties agree case should not be remanded) |
| 21 | The County of Osceola v. Purdue Pharma L.P.., et al. | 1:18-op-45669-DAP | 2 (parties agree case should not be remanded) |
| 22 | Alachua County v. Purdue Pharma LP, et al. | 1:18-op-45685-DAP | 2 (parties agree case should not be remanded) |
| 23 | St. Bernard Parish Government v. Purdue Pharma L.P., et al. | 1:18-op-45756-DAP | 2 (parties agree case should not be remanded) |
| 24 | City of Gary, Indiana v. Purdue Pharma, L.P., et al. | 1:18-op-45929-DAP | 2 (parties agree case should not be remanded) |
| 25 | Cty. of Hudson v. Purdue Pharma L.P., et al. | 1:18-op-45937-DAP | 2 (parties agree case should not be remanded) |
| 26 | City of Huntington, West Virginia, et al. v. Express Scripts Holding Company, et al. | 1:18-op-45984-DAP | 2 (parties agree case should not be remanded) |
| 27 | Borough of Ridgefield v. Purdue Pharma L.P. et al | 1:18-op-46117-DAP | 2 (parties agree case should not be remanded) |
| 28 | Levy County v. Purdue Pharma L.P., et al. | 1:18-op-46119-DAP | 2 (parties agree case should not be remanded) |
| 29 | City of Jacksonville v. Purdue Pharma L.P., et al. | 1:18-op-46120-DAP | 2 (parties agree case should not be remanded) |
| 30 | Palm Beach County v. Purdue Pharma, L.P., et al. | 1:18-op-46121-DAP | 2 (parties agree case should not be remanded) |
| 31 | Belcher, et al. v. Purdue Pharma L.P., et al. | 1:18-op-46143-DAP | 2 (parties agree case should not be remanded) |
| 32 | Board of County Commissioners of McClain County, Oklahoma v. Purdue Pharma, L.P. et al | 1:18-op-46303-DAP | 2 (parties agree case should not be remanded) |
| 33 | Board of County Commissioners of Garvin County, State of Oklahoma v. Purdue Pharma L.P., et al | 1:18-op-46304-DAP | 2 (parties agree case should not be remanded) |
| 34 | City of Portland v. Purdue Pharma L.P., et al | 1:18-op-46313-DAP | 2 (parties agree case should not be remanded) |
| 35 | City of Bangor v. Purdue Pharma L.P., et al | 1:18-op-46314-DAP | 2 (parties agree case should not be remanded) |
| 36 | City of Lewiston v. Purdue Pharma L.P., et al | 1:18-op-46315-DAP | 2 (parties agree case should not be remanded) |

| | Case Name | MDL Number | Category |
|---|---|---|---|
| 37 | A.M.H. v. Purdue Pharma L.P., et al. | 1:19-op-45052-DAP | 2 (voluntarily dismissed) |
| 38 | Cheyenne and Arapaho Tribes v. Watson Laboratories, Inc., et al. | 1:19-op-45232-DAP | 2 (parties agree case should not be remanded) |
| 39 | Snohomish County v. Purdue Pharma LP, et al. | 1:19-op-45370-DAP | 2 (parties agree case should not be remanded) |
| 40 | Howard County, Maryland v. Purdue Pharma L.P., et al. | 1:19-op-46169-DAP | 2 (parties agree case should not be remanded) |
| 41 | Poarch Band of Creek Indians v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45231-DAP | 2 (parties agree case should not be remanded) |
| 42 | Poarch Band of Creek Indians v. ABDC | 1:20-op-45285-DAP | 2 (parties agree case should not be remanded) |
| 43 | Poarch Band of Creek Indians v. McKesson Corp. | 1:20-op-45286-DAP | 2 (parties agree case should not be remanded) |
| 44 | Poarch Band of Creek Indians v. Cardinal Health Inc. | 1:20-op-45294-DAP | 2 (parties agree case should not be remanded) |
| 45 | City of Cudahy v. Actavis Pharma, Inc., et al. | 1:21-op-45097-DAP | 2 (parties agree case should not be remanded) |
| 46 | City of Franklin v. Actavis Pharma, Inc., et al. | 1:21-op-45101-DAP | 2 (parties agree case should not be remanded) |
| 47 | City of Greenfield v. Actavis Pharma, Inc., et al. | 1:21-op-45102-DAP | 2 (parties agree case should not be remanded) |
| 48 | City of Oak Creek v. Actavis Pharma, Inc., et al. | 1:21-op-45103-DAP | 2 (parties agree case should not be remanded) |
| 49 | City of Wauwatosa v. Actavis Pharma, Inc., et al. | 1:21-op-45104-DAP | 2 (parties agree case should not be remanded) |
| 50 | City of West Allis v. Actavis Pharma, Inc., et al. | 1:21-op-45105-DAP | 2 (parties agree case should not be remanded) |
| 51 | City of Janesville v. Pharmaventures, Inc., et al. | 1:22-op-45006-DAP | 2 (parties agree case should not be remanded) |
| 52 | Hughes v. Mallinckrodt Brand Pharmaceuticals, Inc., et al. | 1:18-op-45149-DAP | 3 (parties cannot agree) |
| 53 | Mayor David Adkins on behalf of the Town of Hamlin v. Purdue Pharma L.P., et al. | 1:18-op-45386-DAP | 3 (parties cannot agree) |
| 54 | MSPA Claims 1, LLC, et al. v. Anda, Inc., et al. | 1:18-op-45526-DAP | 3 (parties cannot agree) |
| 55 | County Commission of Clay County v. Purdue Pharma, L.P., et al. | 1:18-op-45670--DAP | 3 (parties cannot agree) |
| 56 | Burns v. Purdue Pharma L.P., et al. | 1:18-op-45934-DAP | 3 (parties cannot agree) |
| 57 | North Mississippi Medical Center, Inc., et al v. McKesson Corporation, et al. | 1:18-op-45936-DAP | 3 (parties cannot agree) |
| 58 | City of New Castle, et al. v. Purdue Pharma, L.P., et al. | 1:18-op-45939-DAP | 3 (parties cannot agree) |
| 59 | County Commission of Mingo County v. Purdue Pharma L.P. | 1:18-op-45940-DAP | 3 (parties cannot agree) |
| 60 | Mayor Farris Burton on behalf of the Town of West Hamlin v. Purdue Pharma L.P., et al. | 1:18-op-45941-DAP | 3 (parties cannot agree) |
| 61 | Monmouth County v. Purdue Pharma L.P., et al. | 1:18-op-46118-DAP | 3 (parties cannot agree) |
| 62 | Bolton, et al. v. Bynes, Jr., et al. | 1:18-op-46138-DAP | 3 (parties cannot agree) |
| 63 | Intergovernmental Risk Management Agency v. Purdue Pharma L.P., et al. | 1:18-op-46210-DAP | 3 (parties cannot agree) |
| 64 | Village of Melrose Park, et al. v. McKesson Corporation, et al. | 1:18-op-46312-DAP | 3 (parties cannot agree) |
| 65 | City of Harvey, et al. v. Purdue Pharma L.P., et al. | 1:18-op-46335-DAP | 3 (parties cannot agree) |
| 66 | Choctaw Nation v. Purdue Pharma L.P., et al. | 1:19-op-45065-DAP | 3 (parties cannot agree) |
| 67 | Chickasaw Nation v. Purdue Pharma L.P., et al. | 1:19-op-45066-DAP | 3 (parties cannot agree) |
| 68 | Montgomery County, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-45234-DAP | 3 (parties cannot agree) |
| 69 | Giles County (VA) v. Purdue Pharma, L.P., et al. | 1:19-op-45236-DAP | 3 (parties cannot agree) |
| 70 | County of Galveston v. Purdue Pharma L.P., et al. | 1:19-op-45239-DAP | 3 (parties cannot agree) |
| 71 | County of Leon v. Purdue Pharma L.P., et al. | 1:19-op-45240-DAP | 3 (parties cannot agree) |
| 72 | City of Galax, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-45243-DAP | 3 (parties cannot agree) |
| 73 | Henry County, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-45245-DAP | 3 (parties cannot agree) |
| 74 | City of Alexandria (VA) v. Purdue Pharma, L.P., et al. | 1:19-op-45246-DAP | 3 (parties cannot agree) |
| 75 | Pittsylvania County (VA) v. Purdue Pharma, L.P., et al. | 1:19-op-45247-DAP | 3 (parties cannot agree) |

| | Case Name | MDL Number | Category |
|---|---|---|---|
| 76 | *City of Norton, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45249-DAP | 3 (parties cannot agree) |
| 77 | *Lee County, Virginia v. Purdue Pharma, L.P. et al.* | 1:19-op-45251-DAP | 3 (parties cannot agree) |
| 78 | *Dickenson County (VA) v. Purdue Pharma, L.P., et al.* | 1:19-op-45252-DAP | 3 (parties cannot agree) |
| 79 | *Washington County, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45254-DAP | 3 (parties cannot agree) |
| 80 | *Page County (VA) v. Purdue Pharma, L.P., et al.* | 1:19-op-45275-DAP | 3 (parties cannot agree) |
| 81 | *Lowry v. Purdue Pharma, Inc., et al.* | 1:19-op-45348-DAP | 3 (parties cannot agree) |
| 82 | *Jefferson County, et al. v. Williams, et al.* | 1:19-op-45371-DAP | 3 (parties cannot agree) |
| 83 | *City of Ada v. Purdue Pharma, LP, et al.* | 1:19-op-45400-DAP | 3 (parties cannot agree) |
| 84 | *International Union of Operating Engineers, Local 150, et al. v. Purdue Pharma L.P., et al.* | 1:19-op-45414-DAP | 3 (parties cannot agree) |
| 85 | *City of Broken Arrow v. Purdue Pharma LP, et al.* | 1:19-op-45415-DAP | 3 (parties cannot agree) |
| 86 | *City of Ponca City v. Purdue Pharma LP, et al.* | 1:19-op-45495-DAP | 3 (parties cannot agree) |
| 87 | *City of Edmond v. Purdue Pharma LP, et al.* | 1:19-op-45496-DAP | 3 (parties cannot agree) |
| 88 | *City of Guthrie v. Purdue Pharma LP, et al.* | 1:19-op-45497-DAP | 3 (parties cannot agree) |
| 89 | *City of Oklahoma City v. Purdue Pharma LP, et al.* | 1:19-op-45498-DAP | 3 (parties cannot agree) |
| 90 | *City of Lawton v. Purdue Pharma LP, et al.* | 1:19-op-45500-DAP | 3 (parties cannot agree) |
| 91 | *Fauquier County, Virginia v. Mallinckrodt LLC, et al.* | 1:19-op-45686-DAP | 3 (parties cannot agree) |
| 92 | *Board of Supervisors, Prince William County v. Purdue Pharma L.P., et al.* | 1:19-op-45687-DAP | 3 (parties cannot agree) |
| 93 | *Northumberland County, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45688-DAP | 3 (parties cannot agree) |
| 94 | *Strafford Cty. v. Purdue Pharma L.P., et al.* | 1:19-op-45689-DAP | 3 (parties cannot agree) |
| 95 | *Halifax County, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45692-DAP | 3 (parties cannot agree) |
| 96 | *City of Lexington, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45693-DAP | 3 (parties cannot agree) |
| 97 | *Rockbridge County, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45694-DAP | 3 (parties cannot agree) |
| 98 | *Roanoke County, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45695-DAP | 3 (parties cannot agree) |
| 99 | *City of Roanoke, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45696-DAP | 3 (parties cannot agree) |
| 100 | *City of Salem, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45697-DAP | 3 (parties cannot agree) |
| 101 | *Floyd County, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45698-DAP | 3 (parties cannot agree) |
| 102 | *Alleghany County, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45700-DAP | 3 (parties cannot agree) |
| 103 | *Franklin County, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45701-DAP | 3 (parties cannot agree) |
| 104 | *Madison County, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45702-DAP | 3 (parties cannot agree) |
| 105 | *Rockingham Cty. v. Purdue Pharma L.P., et al.* | 1:19-op-45703-DAP | 3 (parties cannot agree) |
| 106 | *City of Mustang v. Purdue Pharma LP, et al.* | 1:19-op-45708-DAP | 3 (parties cannot agree) |
| 107 | *City of Midwest City v. Purdue Pharma LP, et al.* | 1:19-op-45709-DAP | 3 (parties cannot agree) |
| 108 | *Pittsburg County Board of County Commissioners v. Purdue Pharma, LP, et al.* | 1:19-op-45711-DAP | 3 (parties cannot agree) |
| 109 | *City of Chesapeake, Virginia v. Actavis, LLC, et al.* | 1:19-op-45712-DAP | 3 (parties cannot agree) |
| 110 | *County of Walker v. OptumRx, Inc., et al.* | 1:19-op-45713-DAP | 3 (parties cannot agree) |
| 111 | *Accomack County, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45715-DAP | 3 (parties cannot agree) |
| 112 | *City of Yukon v. Purdue Pharma LP, et al.* | 1:19-op-45716-DAP | 3 (parties cannot agree) |
| 113 | *City of Enid v. Purdue Pharma LP, et al.* | 1:19-op-45717-DAP | 3 (parties cannot agree) |
| 114 | *City of Owasso v. Purdue Pharma LP, et al.* | 1:19-op-45718-DAP | 3 (parties cannot agree) |

| | Case Name | MDL Number | Category |
|---|---|---|---|
| 115 | City of Bristol, Virginia v. Purdue Pharma L.P., et al. | 1:19-op-45719-DAP | 3 (parties cannot agree) |
| 116 | Louisa County, Virginia v. Purdue Pharma L.P., et al. | 1:19-op-45720-DAP | 3 (parties cannot agree) |
| 117 | Fairfax County Board of Supervisors v. Purdue Pharma, L.P., et al. | 1:19-op-45766-DAP | 3 (parties cannot agree) |
| 118 | City of Covington, Virginia v. Purdue Pharma L.P., et al. | 1:19-op-45799-DAP | 3 (parties cannot agree) |
| 119 | Loudoun County, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-45842-DAP | 3 (parties cannot agree) |
| 120 | St. Francois County v. Williams, et al. | 1:19-op-45847-DAP | 3 (parties cannot agree) |
| 121 | Greensville County, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-45848-DAP | 3 (parties cannot agree) |
| 122 | Culpeper County, Virginia v. Purdue Pharma L.P., et al. | 1:19-op-45849-DAP | 3 (parties cannot agree) |
| 123 | Charlotte County, Virginia v. Purdue Pharma L.P., et al. | 1:19-op-45851-DAP | 3 (parties cannot agree) |
| 124 | City of Jenks v. Purdue Pharma L.P., et al. | 1:19-op-45858-DAP | 3 (parties cannot agree) |
| 125 | City of Fredericksburg, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-45898-DAP | 3 (parties cannot agree) |
| 126 | Prince George County, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-45929-DAP | 3 (parties cannot agree) |
| 127 | Board of County Commission of Woods County v. Purdue Pharma LP, et al. | 1:19-op-45987-DAP | 3 (parties cannot agree) |
| 128 | Pottawatomie County Board of County Commissioners v. Purdue Pharma LP, et al. | 1:19-op-45988-DAP | 3 (parties cannot agree) |
| 129 | Board of County Commission of Major County v. Purdue Pharma LP, et al. | 1:19-op-45990-DAP | 3 (parties cannot agree) |
| 130 | City of Bethany v. Purdue Pharma LP, et al. | 1:19-op-46148-DAP | 3 (parties cannot agree) |
| 131 | Patrick County v. Purdue Pharma, L.P., et al. | 1:19-op-46149-DAP | 3 (parties cannot agree) |
| 132 | Shenandoah County, Virginia  v. Purdue Pharma, et al. | 1:19-op-46150-DAP | 3 (parties cannot agree) |
| 133 | City of Waynesboro, Virginia  v. Purdue Pharma, L.P., et al. | 1:19-op-46152-DAP | 3 (parties cannot agree) |
| 134 | Cumberland County, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-46153-DAP | 3 (parties cannot agree) |
| 135 | City of Radford, Virginia v. Purdue Pharma, L.P., et al. | 1:19-op-46154-DAP | 3 (parties cannot agree) |
| 136 | City of Shawnee v. Purdue Pharma LP, et al. | 1:19-op-46155-DAP | 3 (parties cannot agree) |
| 137 | Board of County Commissioners of Caddo County v. Purdue Pharma LP, et al. | 1:19-op-46156-DAP | 3 (parties cannot agree) |
| 138 | Takoma Regional Hospital, Inc., et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | 3 (parties cannot agree) |
| 139 | Board of County Commissioners of Grady County v. Purdue Pharma LP, et al. | 1:19-op-46167-DAP | 3 (parties cannot agree) |
| 140 | Board of County Commissioners of Jefferson County v. Purdue Pharma LP, et al. | 1:19-op-46170-DAP | 3 (parties cannot agree) |
| 141 | City of Emporia, Virginia v. Purdue Pharma L.P., et al. | 1:19-op-46850-DAP | 3 (parties cannot agree) |
| 142 | Love County Board of County Commission v. Purdue Pharma LP, et al. | 1:20-op-45000-DAP | 3 (parties cannot agree) |
| 143 | Atoka County Board of Commissioners v. Purdue Pharma, LP, et al. | 1:20-op-45001-DAP | 3 (parties cannot agree) |
| 144 | Haskell County Board of County Commissioners v. Purdue Pharma, LP, et al. | 1:20-op-45002-DAP | 3 (parties cannot agree) |
| 145 | Latimer County Board of County Commissioners v. Purdue Pharma, LP, et al. | 1:20-op-45003-DAP | 3 (parties cannot agree) |
| 146 | City of Seminole v. Purdue Pharma, LP, et al. | 1:20-op-45004-DAP | 3 (parties cannot agree) |
| 147 | Cimarron County Board of County Commissioners v. Purdue Pharma LP, et al. | 1:20-op-45021-DAP | 3 (parties cannot agree) |
| 148 | City of Anadarko v. Purdue Pharma LP, et al. | 1:20-op-45022-DAP | 3 (parties cannot agree) |
| 149 | Amherst County, Virginia v. Mallinckrodt PLC, et al. | 1:20-op-45046-DAP | 3 (parties cannot agree) |
| 150 | Bd. of Cty. Comm'rs of Oklahoma Cty. v. McKesson Corp., et al. | 1:20-op-45056-DAP | 3 (parties cannot agree) |
| 151 | Board of County Commissioners of Oklahoma County v. Purdue Pharma LP, et al. | 1:20-op-45057-DAP | 3 (parties cannot agree) |
| 152 | Board of County Commissioners of Logan County v. Purdue Pharma LP, et al. | 1:20-op-45058-DAP | 3 (parties cannot agree) |
| 153 | Bowling Green-Warren County Community Hospital Corporation, et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | 3 (parties cannot agree) |

|     | Case Name | MDL Number | Category |
| --- | --- | --- | --- |
| 154 | *Board of County Commissioners of Texas County v. Purdue Pharma LP, et al.* | 1:20-op-45061-DAP | 3 (parties cannot agree) |
| 155 | *City of Henderson, Kentucky v. Purdue Pharma L.P., et al.* | 1:20-op-45062-DAP | 3 (parties cannot agree) |
| 156 | *Hardin County Fiscal Court, et al. v. Purdue Pharma L.P., et al.* | 1:20-op-45063-DAP | 3 (parties cannot agree) |
| 157 | *Botetourt County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45064-DAP | 3 (parties cannot agree) |
| 158 | *LeFlore County Board of County Commissioners v. Purdue Pharma LP, et al.* | 1:20-op-45067-DAP | 3 (parties cannot agree) |
| 159 | *Camden County v. Williams, et al.* | 1:20-op-45068-DAP | 3 (parties cannot agree) |
| 160 | *Lincoln Cty. v. Richard S. Sackler, M.D., et al.* | 1:20-op-45069-DAP | 3 (parties cannot agree) |
| 161 | *Jackson County Board of County Commissioners v. Purdue Pharma, LP, et al.* | 1:20-op-45126-DAP | 3 (parties cannot agree) |
| 162 | *Singing River Health System, et al., v. Nathan C. Grace, et al.* | 1:20-op-45127-DAP | 3 (parties cannot agree) |
| 163 | *Lincoln County Board of County Commissioners v. Purdue Pharma LP, et al.* | 1:20-op-45128-DAP | 3 (parties cannot agree) |
| 164 | *Board of County Commissioners of Noble County v. Purdue Pharma LP, et al.* | 1:20-op-45129-DAP | 3 (parties cannot agree) |
| 165 | *King and Queen County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45138-DAP | 3 (parties cannot agree) |
| 166 | *Adams County, PA v. Purdue Pharma L.P., et al.* | 1:20-op-45140-DAP | 3 (parties cannot agree) |
| 167 | *Woodward County Board of County Commissioners v. Purdue Pharma LP et al.* | 1:20-op-45141-DAP | 3 (parties cannot agree) |
| 168 | *Northampton County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45144-DAP | 3 (parties cannot agree) |
| 169 | *Isle of Wight County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45145-DAP | 3 (parties cannot agree) |
| 170 | *City of Buena Vista, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45159-DAP | 3 (parties cannot agree) |
| 171 | *Henrico County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45172-DAP | 3 (parties cannot agree) |
| 172 | *Chesterfield County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45173-DAP | 3 (parties cannot agree) |
| 173 | *Mecklenburg County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45174-DAP | 3 (parties cannot agree) |
| 174 | *Goochland County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45175-DAP | 3 (parties cannot agree) |
| 175 | *City of Winchester, Virginia v. Mallinckrodt PLC et al* | 1:20-op-45176-DAP | 3 (parties cannot agree) |
| 176 | *City of Fairfax, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45177-DAP | 3 (parties cannot agree) |
| 177 | *Stafford County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45178-DAP | 3 (parties cannot agree) |
| 178 | *Board of County Commissioners of Comanche County v. Cephalon, Inc., et al.* | 1:20-op-45180-DAP | 3 (parties cannot agree) |
| 179 | *Board of County Commissioners of Custer County v. Cephalon, Inc., et al.* | 1:20-op-45182-DAP | 3 (parties cannot agree) |
| 180 | *Board of County Commissioners of Roger Mills County v. Cephalon, Inc., et al.* | 1:20-op-45183-DAP | 3 (parties cannot agree) |
| 181 | *Bedford County v. Purdue Pharma L.P., et al.* | 1:20-op-45184-DAP | 3 (parties cannot agree) |
| 182 | *Board of County Commissioners of Tillman County v. Cephalon, Inc., et al.* | 1:20-op-45185-DAP | 3 (parties cannot agree) |
| 183 | *Frederick County, Virginia v. Mallinckrodt PLC et al.* | 1:20-op-45233-DAP | 3 (parties cannot agree) |
| 184 | *Greer County Board of County Commissioners v. Purdue Pharma LP, et al.* | 1:20-op-45256-DAP | 3 (parties cannot agree) |
| 185 | *Hughes County Board of County Commissioners v. Purdue Pharma LP, et al.* | 1:20-op-45258-DAP | 3 (parties cannot agree) |
| 186 | *McCurtain County Board of County Commissioners v. Purdue Pharma LP, et al.* | 1:20-op-45259-DAP | 3 (parties cannot agree) |
| 187 | *Marion Hospital Corp. d/b/a Heartland Regional Medical Center, et al. v. Abbott Laboratories, et al.* | 1:20-op-45266-DAP | 3 (parties cannot agree) |
| 188 | *Lower Makefield Township v. Purdue Pharma LP, et al.* | 1:20-op-45284-DAP | 3 (parties cannot agree) |
| 189 | *City of Sacramento, et al. v. Teva Pharmaceuticals, LLC, et al.* | 1:20-op-45290-DAP | 3 (parties cannot agree) |
| 190 | *Dinwiddie County, Virginia v. Purdue Pharma L.P.; et al.* | 1:20-op-45291-DAP | 3 (parties cannot agree) |
| 191 | *Paintsville Hospital Company, LLC, et al. v. Amneal Pharmaceuticals LLC, et al.* | 1:20-op-45293-DAP | 3 (parties cannot agree) |
| 192 | *Harmon County Board of County Commissioners v. Cephalon, Inc., et al.* | 1:20-op-45388-DAP | 3 (parties cannot agree) |

| | Case Name | MDL Number | Category |
|---|---|---|---|
| 193 | *City of Elk City v. Cephalon, Inc., et al.* | 1:21-op-45017-DAP | 3 (parties cannot agree) |
| 194 | *Village of Addison, et al. v. Cephalon, Inc., et al.* | 1:21-op-45018-DAP | 3 (parties cannot agree) |
| 195 | *Laborers' District Council Building and Construction Health and Welfare Fund v. Purdue Pharma, L.P., et al.* | 1:21-op-45019-DAP | 3 (parties cannot agree) |
| 196 | *City of Tulsa v. Cephalon, Inc., et al.* | 1:21-op-45024-DAP | 3 (parties cannot agree) |
| 197 | *Sheet Metal Workers Local 19 Health Fund v. Purdue Pharma L.P., et al.* | 1:21-op-45025-DAP | 3 (parties cannot agree) |
| 198 | *City of Stillwater v. Cephalon, Inc., et al.* | 1:21-op-45045-DAP | 3 (parties cannot agree) |
| 199 | *City of Altus v. Cephalon, Inc., et al.* | 1:21-op-45046-DAP | 3 (parties cannot agree) |
| 200 | *SERIES 17-03-615, a designated series of MSP Recovery Claims, Series LLC, a Delaware series limited liability company v. Par Pharmaceutical, et al.* | 1:21-op-45079-DAP | 3 (parties cannot agree) |
| 201 | *City of Russell, et al. v. Abbott Labs. et al.* | 1:21-op-45094-DAP | 3 (parties cannot agree) |
| 202 | *Erie County Medical Center Corporation, et al. v. Teva Pharmaceuticals USA, Inc., et al.* | 1:21-op-45116-DAP | 3 (parties cannot agree) |