# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| *THIS DOCUMENT RELATES TO:* | Judge Dan Aaron Polster |
| *Adams County v. Purdue Pharma L.P. et al*, No. 1:20-op-45140-DAP | |
| *Lower Makefield Township v. Purdue Pharma L.P. et al*, No. 1:20-op-45284-DAP | |
| *Noble County, Ohio v. Cardinal Health, Inc. et al*, No. 1:19-op-45096-DAP | |
| *Meigs County, Ohio v. Cardinal Health, Inc. et al*, No. 1:19-op-45229-DAP | |
| *Washington County, Ohio v. Cardinal Health, Inc. et al*, No. 1:19-op-45230-DAP | |
| *City of Dover et al v. Purdue Pharma L.P. et al*, No. 1:20-op-45086-DAP | |
| *City of Ada v. Purdue Pharma, LP et al*, No. 1:19-op-45400-DAP | |
| *City of Broken Arrow v. Purdue Pharma L.P., et al.*, No. 1:19-op-45415-DAP | |
| *City of Ponca City v. Purdue Pharma L.P., et al.*, No. 1:19-op-45495-DAP | |
| *City of Edmond v. Purdue Pharma L.P., et al.*, No. 1:19-op-45496-DAP | |
| *City of Guthrie v. Purdue Pharma L.P., et al.*, No. 1:19-op-45497-DAP | |
| *City of Oklahoma City v. Purdue Pharma L.P., et al.*, No. 1:19-op-45498-DAP | |

*City of Lawton v. Purdue Pharma L.P., et al.*,
No. 1:19-op-45500-DAP

*City of Mustang v. Purdue Pharma L.P., et al.*,
No. 1:19-op-45708-DAP

*City of Midwest City v. Purdue Pharma L.P., et al.*,
No. 1:19-op-45709-DAP

*Board of County Commissioners of Pittsburg County v.
Purdue Pharma L.P., et al.*,
No. 1:19-op-45711-DAP

*City of Yukon v. Purdue Pharma L.P., et al.*,
No. 1:19-op-45716-DAP

*City of Enid v. Purdue Pharma L.P., et al.*,
No. 1:19-op-45717-DAP

*City of Owasso v. Purdue Pharma L.P., et al.*,
No. 1:19-op-45718-DAP

*Board of County Commissioners of Kiowa County v.
Purdue Pharma L.P., et al.*,
No. 1:19-op-45755-DAP

*Board of County Commissioners of Stephens County v.
Purdue Pharma L.P., et al.*,
No. 1:19-op-45756-DAP

*Board of County Commissioners of Harper County v.
Purdue Pharma L.P., et al.*,
No. 1:19-op-45757-DAP

*Board of County Commissioners of Johnston County v.
Purdue Pharma L.P., et al.*,
No. 1:19-op-45765-DAP

*Board of County Commissioners of Dewey County v.
Purdue Pharma L.P., et al.*,
No. 1:19-op-45801-DAP

*City of Jenks v. Purdue Pharma L.P., et al.*,
No. 1:19-op-45858-DAP

*Board of County Commissioners of Woods County v.*
*Purdue Pharma L.P., et al.*,
No. 1:19-op-45987-DAP

*Board of County Commissioners of Pottawatomie*
*County v. Purdue Pharma L.P., et al.*,
No. 1:19-op-45988-DAP

*Board of County Commissioners of Kay County v.*
*Purdue Pharma L.P., et al.*,
No. 1:19-op-45989-DAP

*Board of County Commissioners of Major County v.*
*Purdue Pharma L.P., et al.*,
No. 1:19-op-45990-DAP

*City of Bethany v. Purdue Pharma L.P., et al.*,
No. 1:19-op-46148-DAP

*City of Shawnee v. Purdue Pharma L.P., et al.*,
No. 1:19-op-46155-DAP

*Board of County Commissioners of Caddo County v.*
*Purdue Pharma L.P., et al.*,
No. 1:19-op-46156-DAP

*Board of County Commissioners of Grady County v.*
*Purdue Pharma L.P., et al.*,
No. 1:19-op-46167-DAP

*Board of County Commissioners of Jefferson County v.*
*Purdue Pharma L.P., et al.*,
No. 1:19-op-46170-DAP

*Board of County Commissioners of Love County v.*
*Purdue Pharma L.P., et al.*,
No. 1:20-op-45000-DAP

*Board of County Commissioners of Atoka County v.*
*Purdue Pharma L.P., et al.*,
No. 1:20-op-45001-DAP

*Board of County Commissioners of Haskell County v.*
*Purdue Pharma L.P., et al.*,
No. 1:20-op-45002-DAP

*Board of County Commissioners of Latimer County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45003-DAP

*City of Seminole v. Purdue Pharma L.P., et al.*,
No. 1:20-op-45004-DAP

*Board of County Commissioners of Cimarron County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45021-DAP

*City of Anadarko v. Purdue Pharma L.P., et al.*,
No. 1:20-op-45022-DAP

*Board of County Commissioners of Logan County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45058-DAP

*Board of County Commissioners of Texas County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45061-DAP

*Board of County Commissioners of Le Flore County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45067-DAP

*Board of County Commissioners of Jackson County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45126-DAP

*Board of County Commissioners of Lincoln County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45128-DAP

*Board of County Commissioners of Noble County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45129-DAP

*Board of County Commissioners of Woodward County
v. Purdue Pharma L.P., et al.*,
No. 1:20-op-45141-DAP

*Board of County Commissioners of Coal County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45149-DAP

*Board of County Commissioners of Custer County v.
Cephalon, Inc., et al.*,
No. 1:20-op-45182-DAP

*Board of County Commissioners of Roger Mills County
v. Cephalon, Inc., et al.*,
No. 1:20-op-45183-DAP

*Board of County Commissioners of Tillman County v.
Cephalon, Inc., et al.*,
No. 1:20-op-45185-DAP

*Board of County Commissioners of Greer County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45256-DAP

*Board of County Commissioners of Choctaw County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45257-DAP

*Board of County Commissioners of Hughes County v.
Purdue Pharma L.P., et al.*,
No. 1:20-op-45258-DAP

*Board of County Commissioners of McCurtain County
v. Purdue Pharma L.P., et al.*,
No. 1:20-op-45259-DAP

*Board of County Commissioners of Harmon County v.
Cephalon, Inc., et al.*,
No. 1:20-op-45388-DAP

*City of Elk City v. Cephalon, Inc., et al.*,
No. 1:21-op-45017-DAP

*City of Tulsa v. Cephalon, Inc., et al.*,
No. 1:21-op-45024-DAP

*City of Stillwater v. Cephalon, Inc., et al.*,
No. 1:21-op-45045-DAP

*City of Altus v. Cephalon, Inc., et al.*,
No. 1:21-op-45046-DAP

**NOTICE OF FILING OF**
**PETITION FOR WRIT OF MANDAMUS IN THE**
**SIXTH CIRCUIT COURT OF APPEALS**

Plaintiffs in the above captioned cases hereby provide notice that they have filed a petition

for writ of mandamus in the Sixth Circuit Court of Appeals. A copy of the filing is attached.

Date: August 2, 2022                    Respectfully Submitted,[1]

*/s/ S. Ann Saucer*
S. Ann Saucer
Texas Bar No. 00797885
Louisiana Bar No. 21368
asaucer@fnlawfirm.com
N. Majed Nachawati
Texas Bar No. 24038319
mn@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Shirley C. Byers
BYERS LAW FIRM, LLC
Marshall County Prosecuting Attorney
P. O. Box 5008
125 East Van Dorn Avenue (38635)
Holly Springs, MS 38634-5008
662-252-6530

Matthew S. Daniel
Texas Bar No. 24047575
mdaniel@lawyerworks.com
FERRER POIROT & WANSBROUGH
2603 Oak Lawn Ave. Ste. 300
Dallas, TX 75219
Tel. (214) 521-4412
Fax (866) 513-0115

*Counsel for Petitioner City of Holly Springs*

---

[1] Signatories specially appear, preserving objections to federal jurisdiction.

/s/ Joseph J. Cappelli
Joseph J. Cappelli (PA Bar 55166)
Marc J. Bern & Partners, LLP
101 West Elm Street, Suite 520
Conshohocken, PA  19428
Tel: (610) 941-4444; Fax: (610) 941-9880
jcappelli@bernllp.com

*Counsel for Petitioners Adams County, PA; Lower
Makefield Township, PA; Armstrong County, PA;
Beaver County, PA; Bensalem Township, PA;
Bradford County, PA; Cambria County, PA;
Carbon County, PA; Clarion County, PA; Fayette
County, PA; Franklin County, PA; Greene County,
PA; Huntingdon County, PA; Lackawanna County,
PA; Lawrence County, PA; Monroe County, PA;
Newtown Township, PA; Norristown Municipality,
PA; Washington County, PA; West Norriton
Township, PA; Westmoreland County, PA; City of
Marietta, OH; Washington County, OH; Meigs
County, OH; Noble County, OH; City of Dover,
DE; Kent County, DE; and City of Seaford, DE*

/s/ Todd A. Court
TONY G. PUCKETT, OBA #13336
TODD A. COURT, OBA #19438
MCAFEE & TAFT A PROFESSIONAL
CORPORATION
8th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7103
405/235-9621; 405/235-0439 (FAX)
tony.puckett@mcafeetaft.com
todd.court@mcafeetaft.com

MATTHEW J. SILL, OBA #21547
HARRISON C. LUJAN, OBA #30154
FULMER SILL LAW GROUP
P.O. Box 2448
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Phone/Fax: 405-510-0077
msill@fulmersill.com
hlujan@fulmersill.com

*Counsel for Board of County Commissioners of Atoka County, OK; Board of County Commissioners of Caddo County, OK; Board of County Commissioners of Choctaw County, OK; Board of County Commissioners of Cimarron County, OK; Board of County Commissioners of Coal County, OK; Board of County Commissioners of Custer County, OK; Board of County Commissioners of Dewey County, OK; Board of County Commissioners of Grady County, OK; Board of County Commissioners of Greer County, OK; Board of County Commissioners of Harmon County, OK; Board of County Commissioners of Harper County, OK; Board of County Commissioners of Haskell County, OK; Board of County Commissioners of Hughes County, OK; Board of County Commissioners of Jackson County, OK; Board of County Commissioners of Jefferson County, OK; Board of County Commissioners of Johnston County, OK; Board of County Commissioners of Kay County, OK; Board of County Commissioners of Kiowa County, OK; Board of County Commissioners of Latimer County, OK; Board of County Commissioners of Le Flore County, OK; Board of County Commissioners of Lincoln County, OK; Board of County Commissioners of Logan County, OK; Board of County Commissioners of Love County, OK; Board of County Commissioners of Major County, OK; Board of County Commissioners of McCurtain County, OK; Board of County Commissioners of Noble County, OK; Board of County Commissioners of Pittsburg County, OK; Board of County Commissioners of Pottawatomie County, OK; Board of County Commissioners of Roger Mills County, OK; Board of County Commissioners of Stephens County, OK; Board of County Commissioners of Texas County, OK; Board of County Commissioners of Tillman County, OK; Board of County Commissioners of Woods County, OK; Board of County Commissioners of Woodward County, OK; City of Ada, OK; City of Altus, OK; City of Anadarko, OK; City of Bethany, OK; City of Broken Arrow, OK; City of Edmond, OK; City of Elk City, OK; City of Enid, OK; City of Guthrie, OK; City of Jenks, OK; City of Lawton, OK; City of*

*Midwest City, OK; City of Mustang, OK; City of Oklahoma City, OK; City of Owasso, OK; City of Ponca City, OK; City of Seminole, OK; City of Shawnee, OK; City of Stillwater, OK; City of Tulsa, OK; and City of Yukon, OK*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email-addresses on file with the Court.

*/s/ S. Ann Saucer*
S. Ann Saucer