**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>**Track Three Cases** | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs provide the court with the Findings of Fact and Conclusions of Law on Order Denying Pharmacy Defendants' Motions to Dismiss Complaints and Amended Complaints issued by the West Virginia Mass Litigation Panel on August 3, 2022 in *In Re: Opioid Litigation*, Civil Action No. 21-C-9000-Pharm, attached as exhibit A. The Pharmacy defendants in the within case rely on the decision of Judge Faber in the case of *City of Huntington v. AmerisourceBergen Drug Corp*, No. 3:17-01362, 2022 W. 2399876 (S.D.W. VA. July 4, 2022) in questioning the scope of abatement sought by Plaintiffs in this case. While the West Virginia Litigation Panel did not reach the issue of abatement, the decision of the West Virginia Litigation Panel broadly rejects many of the findings and conclusions of Judge Faber.

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
M. Michelle Carreras
LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Ste 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com
mca@lanierlawfirm.com

*Trial Counsel*

*/s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

        Frank L. Gallucci
        PLEVIN & GALLUCCI CO., L.P.A.
        55 Public Square, Suite 222
        Cleveland, OH 44113 (216)
        861-0804
        (216) 861-5322 (Fax)
        FGallucci@pglawyer.com

        Hunter J. Shkolnik
        Salvatore C. Badala
        NAPOLI SHKOLNIK
        270 Munoz Rivera Avenue, Suite 201
        Hato Rey, Puerto Rico 00918
        (787) 493-5088, Ext. 2007
        hunter@napolilaw.com
        sbadala@napolilaw.com

        *Counsel for Plaintiffs Lake County and*
        *Trumbull County, Ohio*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

        */s/Peter H. Weinberger*
        Peter H. Weinberger