# Tammy Wells

| | |
|---|---|
| **From:** | Amer, Andrew <Andrew.Amer@ag.ny.gov> |
| **Sent:** | Thursday, January 27, 2022 12:05 PM |
| **To:** | Tammy Wells |
| **Cc:** | Mark Tate |
| **Subject:** | RE: Tammy Wells shared "NY Settlement Documents" with you |

Yes, received. we will forward the documents on to the notice administrator.

---

**Andrew Amer | Special Counsel**
New York State Office of the Attorney General
Executive Division
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6127
Email: Andrew.Amer@ag.ny.gov


**From:** Tammy Wells <twells@tatelawgroup.com>
**Sent:** Thursday, January 27, 2022 11:46 AM
**To:** Amer, Andrew <Andrew.Amer@ag.ny.gov>
**Cc:** Mark Tate <marktate@tatelawgroup.com>
**Subject:** RE: Tammy Wells shared "NY Settlement Documents" with you

I have uploaded the documents into your share file. Let me know if you have received them.

Thank you.


Tammy A. Wells, Paralegal
Office Administrator
Tate Law Group, LLC
25 Bull Street, Suite 200
Savannah, GA 31401
912-234-3030
912-234-9700 (fax)


**From:** Amer, Andrew <Andrew.Amer@ag.ny.gov>
**Sent:** Thursday, January 27, 2022 10:49 AM
**To:** Tammy Wells <twells@tatelawgroup.com>
**Subject:** RE: Tammy Wells shared "NY Settlement Documents" with you

Tammy-

1

I get the same error, so it's definitely a firewall issue.  But I have a workaround.  Below is a link to a share file site that I've set up on our OAG system that will allow you to upload the files.  I'll send the password you'll need to open the site in a separate email.

https://oagcloud.ag.ny.gov/s/iARWrL8NrWc4Ffw

Regards,

Andy

---

**Andrew Amer | Special Counsel**
New York State Office of the Attorney General
Executive Division
28 Liberty Street
New York, NY  10005
Tel: (212) 416-6127
Email:  Andrew.Amer@ag.ny.gov


**From:** Tammy Wells (via Dropbox) <no-reply@dropbox.com>
**Sent:** Thursday, January 27, 2022 10:31 AM
**To:** Amer, Andrew <Andrew.Amer@ag.ny.gov>
**Subject:** Tammy Wells shared "NY Settlement Documents" with you

[EXTERNAL]



Hi there,

Tammy Wells (twells@tatelawgroup.com) invited you to edit the folder "**NY Settlement Documents**" on Dropbox.

Tammy said:
*"Mr. Amer, Let me know if you are able to open these files. Tammy Wells, Tate Law Group, LLC"*

Go to folder

Enjoy!
The Dropbox team

Report to Dropbox

© 2022 Dropbox

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.