IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Case Track 7*<br><br>Case No. 1:18-op-46326-DAP<br><br>THE MONTGOMERY COUNTY BOARD OF COUNTY COMMISSIONERS and THE STATE OF OHIO *EX REL.* MATHIAS H. HECK, JR., PROSECUTING ATTORNEY,<br><br>              Plaintiff,<br><br>  vs.<br><br>CARDINAL HEALTH, INC. et al.,<br><br>              Defendants. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**JOINT MOTION FOR EXTENSION OF CMO DEADLINES FOR
EXPERT DISCLOSURES AND FOR DAUBERT
AND DISPOSITIVE MOTIONS BRIEFING**

Plaintiff Montgomery County ("Plaintiff") and Defendants[1] jointly request a two-week extension of the deadlines for expert disclosures, expert discovery, and the briefing on dispositive motions set forth in the Amended Track Seven Case Management Order for Montgomery County, Ohio (Doc. 4405). Plaintiff seeks a two-week extension for the disclosure of its expert reports.

---

[1] CVS Indiana L.L.C., CVS Rx Services, Inc., CVS TN Distribution, LLC, CVS Pharmacy, Inc., Ohio CVS Stores, LLC, The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II, Meijer, Inc., Meijer Distribution, Inc., Meijer Stores Limited Partnership, Walgreens Boots Alliance, Inc., Walgreen Co., Walgreen Eastern Co., Inc., and Walmart, Inc.

Defendants have agreed to this extension, contingent on a similar two-week extension to their disclosures and adjustments to the briefing schedule to accommodate the new expert dates.

The proposed new dates are set forth below, some modifications to the two-week periods further agreed upon to accommodate holidays:

| Deadline: | Proposed Revised Dates |
|---|---|
| Plaintiff Expert Reports | 8/22/2022 |
| Plaintiff Expert Depos | 9/8/2022 to 9/27/2022 |
| Defendant Expert Reports | 10/17/2022 |
| Defendant Expert Depos | 11/3/2022 to 11/21/2022 |
| Daubert and Dispositive Motions | 12/7/2022 |
| Opp. Briefs Due | 1/13/2022 |
| Reply Briefs Due | 1/27/2022 |

Dated: August 8, 2022

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr.
FARRELL & FULLER
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

<u>/s/Peter H. Weinberger</u>
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Linda Singer
Elizabeth Smith
MOTLEY RICE
401 9th Street NW, Suite 1001
Washington, DC 20004
(202) 386-9626
lsinger@motleyrice.com
esmith@motleyrice.com

 and

<u>/s/Michael E. Elsner</u>
Michael E. Elsner
Lisa M. Saltzburg
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
(843) 216-9000
(843) 216-9290 (Fax)
melsner@motleyrice.com
lsaltzburg@motleyrice.com

*Attorneys for Montgomery County*

3

        Mathias H. Heck, Jr.
Montgomery County Prosecuting Attorney
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
(937) 225-5599
(937) 225-4822 (Fax)
heckm@mcohio.org

*Attorney for Montgomery County*

Ward C. Barrentine
Chief Assistant Prosecuting Attorney - Civil Division
Montgomery County Prosecutor's Office
301 West Third Street
4th Floor, Suite 461
Dayton, Ohio 45422
(937) 496-7797
BarrentinW@mcohio.org

*Attorney for Montgomery County*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and may be obtained by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

        */s/Peter H. Weinberger*
        Peter H. Weinberger