No. 21-3637

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 9, 2022
DEBORAH S. HUNT, Clerk

In re: HARRIS COUNTY, TX, et al.,          )
                                            )     O R D E R
       Petitioners.                         )

Before: GUY, CLAY, and DONALD, Circuit Judges.

This mandamus petition arises from multidistrict litigation concerning the over-prescription of opioid medications. We granted the mandamus petition and ordered the district court to rule on five pending motions to remand. We also directed the district court to submit a status report every thirty days advising us on the status of the pending motions and its actions taken to comply with our order. The district court filed a status report advising that it has adjudicated each of the pending motions. The district court's actions eliminate any need for further status reports.

Accordingly, the district court is **RELIEVED** of any further obligation to file status reports, and this matter is closed.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk