**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | **CASE NO. 1:17-md-2804-DAP** |
| | ) | **JUDGE DAN AARON POLSTER** |
| *This document relates to:* | ) ) | |
| *ALL CASES* | ) ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Jennifer D. Armstrong of McDonald Hopkins LLC withdraws as counsel on behalf of Defendant Miami-Luken in the above-captioned matter. Ms. Armstrong's last day with McDonald Hopkins LLC is August 12, 2022. Richard H. Blake of McDonald Hopkins LLC shall continue to serve as counsel of record for Miami-Luken in this action.

Respectfully submitted,

*/s/ Jennifer D. Armstrong*
Jennifer D. Armstrong (0081090)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 100
Cleveland, OH 44114
216-348-5839
jarmstrong@mcdonaldhopkins.com

*One of the Attorneys for Defendant, Miami-Luken*

{10592119: }

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served on

August 11, 2022 via the Court's ECF System upon all parties by electronic means.

*/s/ Jennifer D. Armstrong*
*One of the Attorneys for Defendant,*
*Miami-Luken*

{10592119: }