1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF OHIO
2                    EASTERN DIVISION

3

4     IN RE:                    Case No. 1:17-md-2804
      NATIONAL PRESCRIPTION      Cleveland, Ohio
5     OPIATE LITIGATION          Wednesday, July 27, 2022
                                 2:00 p.m.
6

7                         - - - - -

8          TRANSCRIPT OF TELEPHONE CONFERENCE
        BEFORE THE HONORABLE DAN AARON POLSTER,
9          SENIOR UNITED STATES DISTRICT JUDGE,
             AND SPECIAL MASTER DAVID COHEN.
10
                          - - - - -
11

12    For the Plaintiff        Steven Skikos, Esq.
      Tribal Leadership        One Sansome Street, Ste. 2850
13    Committee:               San Francisco, CA   94104
                               415-546-7300
14

15    For the Defendant Teva:  Eric W. Sitarchuk, Esq.
                               Morgan Lewis
16                             1701 Market Street
                               Philadelphia, PA   19103
17                             215-963-5840

18    (Appearances Continued to page 2.)

19

20

21    Official Court Reporter:  Heidi Blueskye Geizer, RMR, CRR
                                7-189 U.S. Court House
22                              801 West Superior Avenue
                                Cleveland, Ohio  44113
23                              216-357-7092
                                Heidi_Geizer@ohnd.uscourts.gov
24

25    Proceedings recorded by mechanical stenography; transcript
      produced by computer-aided transcription.

```
 1    APPEARANCES:   (Continued.)

 2    For the Plaintiff        Lloyd B. Miller, Esq.
      Tribal Leadership        Don Simon, Esq.
 3    Committee:               Tara D. Sutton, Esq.
                               Jan Joseph, Esq.
 4                             Roe Frazier, Esq.
                               Elizabeth J. Cabraser, Esq.
 5                             Eric B. Fastiff, Esq.
                               Timothy Q. Purdon, Esq.
 6                             Mark Crawford, Esq.
                               Geoffrey Strommer, Esq.
 7                             Caroline P. Mayhew, Esq.
                               Peter Mougey, Esq.

 8                              - - - - -

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          AFTERNOON SESSION, WEDNESDAY, JULY 27, 2022  2:00 P.M.

2                    SPECIAL MASTER:  I'll just do a brief

3      introduction.

4          Our court reporter's name today is Heidi, and because

5      of course we're not appearing live, if everybody who speaks

6      would mention who they are, that would be helpful.

7          We're here in the Opioid MDL, that's MDL 2804, and the

8      reason we're here today is for the Tribal Leadership

9      Committee, which is being represented by Steve Skikos, to

10     discuss the settlement that the tribes have reached with

11     Teva, which is represented today by Eric Sitarchuk; so I

12     think that Eric and Steve will be the ones primarily who are

13     presenting.  And there are also on the phone quite a number

14     of other attorneys representing tribes.

15         And so, Judge, the parties are going to explain to you

16     the settlement agreement that they've reached, and I'll hand

17     it off to Steve.

18                    MR. SKIKOS:  Thank you.  I just want to make

19     surer Eric Sitarchuk is on.

20                    MR. SITARCHUK:  I am.

21         Good afternoon, Your Honor, and everyone else.

22                    MR. SKIKOS:  Okay.  We have an agreed

23     statement.

24         On behalf of the MDL Tribal Leadership Committee, we

25     would like to thank Your Honor, Special Master David Cohen,

1    and counsel for Teva, for the opportunity to present the

2    financial terms of this settlement in principle.

3         A few points of background.  In this case, over 170

4    tribal nations filed suit in the MDL and in this Court

5    appointed by the Tribal Leadership Committee to serve the

6    interests of all tribes.

7         In October of 2018, in response to a motion to dismiss

8    and in light of the experience in Tobacco in which the

9    tribes were excluded, over 450 tribes and tribal

10   organizations signed on to the tribal *amicus* briefs.  This

11   filing represents 70 percent of all federally-recognized

12   tribes and an estimated 85 percent of all tribal citizens.

13   This was a clear and unified statement in support of the

14   tribal litigation efforts in the Opioid MDL and in support

15   of tribal rights to resolve their own cases.

16        The TLC itself is a combination of firms that

17   historically represent tribes, firms that work on and with

18   the PEC, and firms responsible for the efforts on liability

19   discovery, experts, law and motion, and trial.

20        And as you know, Your Honor, the tribes have one of

21   the bellwether cases in Cherokee Nation and further helped

22   commence the case against the generic manufacturers when

23   Blackfeet and Muscogee Creek won a series of rulings in June

24   of 2019.  The tribes are additive and necessary cases to the

25   two cases of this magnitude, and this led to a settlement in

1    principle.

2         The financial terms with Teva is that Teva will pay

3    $119 million over 13 years plus product.  The settlement in

4    principle is conditioned first on an agreement with Allergan

5    on indemnification and on an agreement with Allergan on

6    their participation in the global.

7         Now a few points on eligibility and effective date.

8         The aggregate settlement will be presented to all

9    federally-recognized tribes.  Both litigating and

10   non-litigating tribes will have the right to participate in

11   the settlement.  The tribe does not have to file suit to

12   participate.

13        There are litigating tribal healthcare organizations

14   that are also eligible to participate.  On the subject of

15   tribal healthcare, 85 percent of the total settlement funds

16   in the Teva deal will be spent on drug treatment and related

17   abatement programs.

18        Dean Kevin Washburn, former Indian Health Service

19   Director Mary Smith, and expert Kathy Hannan, all tribal

20   citizens, will share the responsibility for the

21   implementation of the settlement under the supervision of

22   court-appointed administrator David Cohen.  They will also

23   lead the outreach and notice to non-litigating tribes.

24        Each participating tribal entity will have the sole,

25   ultimate, and final say over which abatement uses are best

6

1    for that tribal entity as that tribal entity continues to

2    address the opioid crisis.  David Cohen and Wayne Phillips

3    will jointly determine the final intertribal allocation.

4    Each tribal entity shall have the right to meaningfully

5    participate in the final allocation process and a right to

6    be heard prior to the final allocation order specific to

7    this opioid crisis.

8         Tribal participation will be important.  On that note,

9    the current participation rate, thanks to the TLC, for the

10   Johnson & Johnson settlement is over 98 percent with zero

11   affirmative opt-outs, and we have reached effective date

12   with Johnson & Johnson.  It is the goal of the TLC to reach

13   and to mirror the participation results here.

14        The TLC which is represented on this call believes in

15   the overall value, purpose, and reliability of the

16   settlement procedures and is committed to work in

17   cooperation with you, Your Honor, Special Master Cohen,

18   Judge Wayne Phillips, the directors, and the company, to

19   reach participation requirements once we finish the MSA with

20   Teva.

21        Referring to the terms of the terms sheet -- I don't

22   have it yet.  Anyway, last point.  Finally, the aggregate

23   amount of all opioid-related settlements with the tribes is

24   almost exactly one billion dollars.  And I want to thank

25   Your Honor for that.

1      In coordination with the PEC, the TLC continues to

2  pursue the cases against the pharmacies and the remaining

3  manufacturers, including the generics, and to protect the

4  tribal claims in the Perdue and Mallinckrodt bankruptcies.

5      That's all I have to say.  Eric, it's up to you.

6              MR. SITARCHUK:  Thank you, Steven.

7      And Your Honor, I would just like to thank the Court

8  and the Court's staff, obviously, and Special Master Cohen,

9  for all the support that you've provided throughout these

10  negotiations.  It's been indispensable.  And I'd also like

11  to thank Steve Skikos for the tireless work that he put into

12  bringing this agreement in principle across the finish line.

13              THE COURT:  All right.  Well, I appreciate all

14  the hard efforts and obviously the results, and I'm

15  committed to making sure that it gets concluded.  If you run

16  into snags you should contact me or Special Master Cohen,

17  and I'll help you work through them.  It's obviously very

18  significant to all the tribal nations and to Teva.

19      So again, I appreciate everyone's hard work.

20              MR. SKIKOS:  Thank you, Your Honor.  And

21  David, we're sending you all the names of the TLC

22  participants for the record.

23              SPECIAL MASTER:  Thank you all very much.

24  Have a good afternoon.

25                          -  -  -  -  -

1                    (Telephone conference concluded.)

2

3

4

5

6                    C E R T I F I C A T E

7

8        I certify that the foregoing is a correct transcript

9   from the record of proceedings in the above-entitled matter.

10

11              /s/ Heidi Blueskye Geizer_____August 14, 2022

12              Heidi Blueskye Geizer                Date
                Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25