# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| *All cases identified in Exhibit A* | |

### NORAMCO, INC.'s JOINDER TO JANSSEN'S AMENDED MOTION TO DISMISS CLAIMS FILED BY CERTAIN NEW YORK SUBDIVISIONS AS BARRED BY STATUTE

COMES NOW, Defendant Noramco, Inc. ("Noramco"), by and through undersigned counsel, and hereby submits the following Joinder to Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica, Inc.'s (collectively, "Janssen") Amended Motion to Dismiss Claims Filed by Certain New York Subdivisions as Barred by Statute ("Amended Motion to Dismiss") (Dkt. 4591-1). Noramco is a released entity under the Janssen Settlement Agreement, and thus, moves this Court to dismiss all claims against it for the same reasons set forth in Janssen's Amended Motion to Dismiss (a list of cases where Noramco is named is attached as Exhibit A). Noramco hereby incorporates and adopts herein by reference the entirety of Janssen's Amended Motion to Dismiss.

| | |
|---|---|
| Dated: August 15, 2022. | Respectfully submitted,<br><br>/s/ *Jenny A. Hergenrother*<br>Jenny A. Hergenrother<br>Cari K. Dawson<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street NW<br>Atlanta, GA 30309<br>Tel:   (404) 881-7000<br>Fax:   (404) 881-7777<br>jenny.hergenrother@alston.com<br>cari.dawson@alston.com<br><br>Daniel G. Jarcho<br>**ALSTON & BIRD LLP**<br>950 F Street NW<br>Washington, DC 20004<br>Tel:   (202) 239-3254<br>Fax:   (202) 239-3333<br>daniel.jarcho@alston.com<br><br>*Counsel for Noramco, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15 day of August, 2022, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Jenny A. Hergenrother*
Jenny A. Hergenrother

*Counsel for Noramco, Inc.*