UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**APPLIES TO ALL CASES** | Case No. 1:17-md-2804-DAP<br><br>Honorable Dan Aaron Polster |

NOTICE OF SUGGESTION OF BANKRUPTCY
AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE BE ADVISED that on August 16, 2022 (the "Petition Date"), Endo International plc and its debtor affiliates (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").  The debtor affiliates who filed voluntary petitions include, but are not limited to, Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Endo Generics Holdings, Inc.; Vintage Pharmaceuticals, LLC; Generics Bidco I, LLC; DAVA Pharmaceuticals, LLC; Par Sterile Products, LLC; and, in Canada, Paladin Labs Inc. and Endo Ventures Limited.[1]  A complete list of debtor affiliates can be found in the voluntary petition attached hereto as **Exhibit A** or on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.  The Debtors' chapter 11 cases (the "Chapter 11 Cases") are pending before The Honorable James L. Garrity Jr., United States Bankruptcy Judge and are

---

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755.  Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

being jointly administered for procedural purposes only under the caption *In re Endo International plc*, Case No. 22-22549.

PLEASE BE FURTHER ADVISED that the Debtors are authorized to continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED pursuant to section 362(a) of the Bankruptcy Code, the automatic stay is in effect and has been since the Petition Date.  The automatic stay prohibits and stays certain actions against the Debtors, including, subject to certain exceptions, the commencement or continuation of litigation that could have been or was commenced before the Petition Date.  Actions taken in violation of the automatic stay, including, without limitation, exercising control of the Debtors' property or pursuing causes of action against the Debtors, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court are void *ab initio* and may be subject to findings of contempt and the assessment of penalties and fines.

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at https:/ecf.nysb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the Debtors' proposed claims and noticing agent, Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) ("Kroll"),[2] at https://restructuring.ra.kroll.com/Endo or by contacting the proposed bankruptcy counsel for the Debtors: Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, New

---

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.  There has not been any change in the company's ownership structure.

2

York, 10001 (Attn: Paul D. Leake, Esq., Lisa Laukitis, Esq., Shana A. Elberg, Esq., and Evan A. Hill, Esq.)

Dated: August 17, 2022                              Respectfully submitted,

*/s/ Carole Schwartz Rendon*
Carole Schwartz Rendon (0070345)
Baker & Hostetler LLP
127 Public Square
Key Tower, Suite 2000
Cleveland, OH 44114-1214
(216) 861-7420
Email: crendon@bakerlaw.com

*/s/ John H. Beisner*
John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Tel: (202) 373-7000
Email: john.beisner@skadden.com
Email: jessica.miller@skadden.com

*Attorneys for Defendants Endo Health Solutions, Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on August 17, 2022.

>  */s/ Carole S. Rendon*
>  Carole S. Rendon