IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:20-op-45281 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] SETTLING DEFENDANTS' MOTION TO DISMISS
CLAIMS FILED BY NON-PARTICIPATING MINNESOTA SUBDIVISION
AS BARRED BY STATUTE**

Upon consideration of the Motion To Dismiss Claims Filed By Non-Participating Minnesota Subdivision As Barred By Statute ("Settling Defendants' Motion"), and any opposition thereto, and as there is no just reason for delay, it is hereby ORDERED that Settling Defendants' Motion is GRANTED. It is further ORDERED that the claims asserted against Settling Defendants[1] in the above-captioned lawsuit filed by Plaintiff Minnetonka School District No. 276 are hereby DISMISSED WITH PREJUDICE.

Hon. Dan A. Polster
United States District Judge

---

[1] The Settling Defendants are Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen, Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. (collectively, "Janssen"), AmerisourceBergen Corporation, McKesson Corporation, and Cardinal Health, Inc. (collectively, "Distributors") as well as any other Released Entities, as that term is defined in the Settlement Agreements, that have been named as defendants in the Complaint. *See* Minn. Stat. § 3.757 (1)(e); *Board of Education of Thornton Township High Schools, et al. v. Cephalon, Inc., et al.*, MDL Case No. 1:20-op-45281-DAP (N. D. OH. Dec. 16, 2020) (Doc. No. 1) ("Compl."); Exhibit 1 at Exhibit A p. 8-9 & Exhibit J thereto (Janssen Final Consent Judgment and Order of Dismissal); Exhibit 2 at Exhibit A p. 8 & Exhibit J thereto (Distributor Final Consent Judgment and Order of Dismissal).