# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  Case No. 1:19-op-45825  *West Volusia Hospital Authority v. Purdue Pharma L.P., et al.* | CASE NO.: 1:17-MD-2804  JUDGE DAN AARON POLSTER |

## PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, WEST VOLUSIA HOSPITAL AUTHORITY, by and through its undersigned counsel, pursuant to Rule 41 Fed.R.Civ.P., hereby voluntarily dismisses its claims against all defendants with prejudice, with each party to bear its own fees and costs.

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I electronically filed the foregoing with the Clerk of Court and served all counsel of record by using the CM/ECF system,

                                                    **ROMANO LAW GROUP**
                                                    801 Spencer Drive
                                                    West Palm Beach, FL  33409
                                                    Tel: (561) 533-6700
                                                    Fax: (561) 533-1285
                                                    Service@RomanoLawGroup.com
                                                    Eric@RomanoLawGroup.com
                                                    Attorneys for Plaintiff

By:_____
      ERIC ROMANO
      Florida Bar No.: 120091