# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  )<br>)<br>THIS DOCUMENT RELATES TO:  )<br>*"All Cases"*  )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:17-MD-2804<br><br>David R. Cohen<br>Randi S. Ellis<br>Hon. David R. Herndon<br><br>**FEE PANEL ORDER NO. 10**<br>**REGARDING NEW**<br>**FEE APPLICATION**<br>**DEADLINES** |

Pursuant to agreement by the PEC, the Big Three Distributors, Janssen, and the Fee Panel, the deadline for fee applications is hereby extended to September 30, 2022. This extension applies to all fee applications and all eligible attorneys. Fee application deadlines set out in prior Fee Panel Orders are hereby superseded.

Among other reasons, this extension is intended to facilitate reaching "Participation Tier 4" in the Big Three Settlement Agreement.

**IT IS SO ORDERED.**

/s/  *David R. Cohen*
     *Randi S. Ellis*
     *David R. Herndon*
     **FEE PANEL**

**Dated:** August 25, 2022