IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>This document relates to: )<br>)<br>*Sarasota Cty. Pub. Hosp. Dist. d/b/a*<br>*Sarasota Mem. Healthcare Sys. v. Purdue*<br>*Pharma L.P., et al.*<br>Case No. 1:18-op-46136 )<br>)<br>)<br>*Lee Mem. Health Sys. d/b/a Lee Health v.*<br>*Actavis LLC, et al.*<br>Case No. 1:21-op-45092 )<br>)<br>) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Judge Dan A. Polster |

**STIPULATION AND [PROPOSED] ORDER STAYING ACTIONS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs Sarasota County Public Hospital District d/b/a Sarasota Memorial Healthcare System and Lee Memorial Health System d/b/a Lee Health (collectively "Plaintiffs") and Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation, Johnson & Johnson, Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. (collectively "Defendants") that Plaintiffs' respective actions are stayed and the above-listed parties are relieved from all discovery and production obligations, including all those identified in the Court's Case Management Order dated July 23, 2021 (Dkt. 3785). The stay will remain in effect until February 24, 2023, or 30 days following a ruling regarding the applicability of the Attorney General's release in the Global Settlement to the Plaintiffs' claims by the Circuit Court of the Second Judicial Circuit for Leon County Florida (Case No. 2022 CA 000541) in the pending declaratory action between Plaintiffs and the Florida Attorney General, whichever comes sooner. Plaintiffs further

1

stipulate that they will immediately notify the Court of a ruling by the Leon County Circuit Court to the extent the ruling is issued more than 30 days prior to February 24, 2023.

Dated: August 31, 2022

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

Respectfully Submitted,

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

/s/ Enu Mangini
Enu Mainigi
Steven Pyser
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202) 434-5000
emainigi@wc.com
ahardin@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

/s/ Morgan R. Bentley
Morgan R. Bentley
David A. Wallace
BENTLEY GOODRICH KISON, P.A.
783 South Orange Ave, Third Floor
Sarasota, FL 34236
Tel: (941) 556-9030
mbentley@bgk.law
dwallace@bgk.law

William E. Robertson, Jr.
THE ROBERTSON LAW FIRM, P.A.
P.O. Box 49405
Sarasota, FL 34230
Tel: (941) 374-9008
bill@robertsonlaw.com

*Counsel for Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System*

/s/ Timothy M. Hartley
Timothy M. Hartley
HARTLEY LAW OFFICES, PLC
12 Southeast Seventh Street
Suite 610
Fort Lauderdale, FL 33301
Tel: (954) 357-9973
hartley@hartleylaw.net

William E. Robertson, Jr.
THE ROBERTSON LAW FIRM, P.A.
P.O. Box 49405
Sarasota, FL 34230
Tel: (941) 374-9008
bill@robertsonlaw.com

*Counsel for Lee Memorial Health System d/b/a Lee Health*


SO ORDERED this ___ day of
_____, 2022.

_____

Hon. Dan Aaron Polster
United States District Judge