# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACKS EIGHT, NINE, TEN, AND ELEVEN | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDERS FOR TRACKS EIGHT, NINE, TEN, AND ELEVEN

The Plaintiffs and Defendants in Tracks Eight, Nine, Ten, and Eleven jointly request that the Court modify the dates in the Case Management Orders for each case.[1] The proposed new dates are set forth below. A proposed order is attached.

| | Track 8 | Track 9 | Track 10 | Track 11 |
|---|---|---|---|---|
| **Substantial Completion** | | 10/25/22 | 1/20/2023 | 2/17/2023 |
| **Deadline to serve third-party subpoenas** | | 11/16/2022 | 2/07/2023 | 3/21/2023 |
| **Close of party fact discovery** | 10/14/2022 | 01/05/2023 | 3/27/2023 | 4/21/2023 |
| **Production of electronic notes and substantial completion of hard copy prescription notes** | 10/18/2022 | 01/05/2023 | 3/17/2023 | 04/20/2023 |
| **Close of third-party discovery** | 11/7/2022 | 1/13/2023 | 04/10/2023 | 05/05/2023 |
| **Non-abatement expert reports due from Plaintiff** | 12/12/2022 | 2/10/2023 | 05/8/2023 | 6/9/2023 |
| **Time period for Plaintiff's expert dep dates** | 12/30/22 – 1/18/23 | 2/27/-3/13/2023 | 5/22-6/9/2023 | 6/23-7/11/2023 |
| **Non-abatement expert reports due from Defendants** | 1/30/23 | 04/10/2023 | 6/19/2023 | 7/24/2023 |
| **Time period for Defendants' expert dep dates** | 2/14/2023 – 2/27/23 | 4/24-5/8/2023 | 7/5-7/19/2023 | 8/8-8/22/2023 |
| **Daubert & dispositive motions** | 3/24/2023 | 5/26/2023 | 7/282023 | 9/1/2023 |
| **Daubert & dispositive motion responses** | 4/21/2023 | 6/23/2023 | 8/25/2023 | 9/29/2023 |
| **Daubert & dispositive motion replies** | 5/5/2023 | 07/10/2023 | 9/11/2023 | 10/13/2023 |

---

[1] The Track Eight Case Management Orders are Dkt. Nos. 3818 and 4406. The Track Nine Case Management Orders are Dkt. Nos. 3817 and 4407. The Track Ten Case Management Orders are Dkt. Nos. 3819 and 4408. The Track Eleven Case Management Orders are Dkt. Nos. 3820 and 4409.

Dated: September 1, 2022          Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Graeme W. Bush
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC  20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: gbush@zucerkman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., CVS Indiana, L.L.C., Oakwood CVS, Inc., Georgia CVS Pharmacy, L.L.C., North Carolina CVS Pharmacy, L.L.C., CVS Health Solutions, L.L.C., and CVS Orlando FL Distribution, L.L.C.*


*/s/ Francis A. Citera*
Francis A. Citera
Gretchen N. Miller
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Tel:  (312) 456-8400
E-mail:  citeraf@gtlaw.com
E-mail:  millerg@gtlaw.com

*Counsel for Albertsons, Inc., Albertsons, LLC, Albertsons Companies, Inc., Safeway, Inc., Randall's Food & Drug, L.P., United Supermarkets, LLC*

/s/  *Alex J. Harris*
Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
alex.harris@bartlitbeck.com

Kaspar J. Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com
kate.swift@bartlitbeck.com

Alec H. Schultz
HILGERS GRABEN PLLC
1221 Brickell Avenue
Suite 900
Miami, Florida 33131
Tel: (305) 630-8304
aschultz@hilgersgraben.com

Michael Burns
HILGERS GRABEN PLLC
601 Pennsylvania Ave. NW South Building
Suite 900
Washington, D.C. 20004
Tel: (202) 985-1664
mburns@hilgersgraben.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*


*/s/ Meredith Thornburgh White*
Meredith Thornburgh White (IN 28094-49)
Kara M. Kapke (IN 25906-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313

3

Facsimile: (317) 231-7433
mwhite@btlaw.com
kkapke@btlaw.com

*Attorneys for Defendant Publix Super Markets, Inc.*

*/s/Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker
Suite 4800
Chicago, IL 60606
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Counsel for Walmart Inc.*

*/s/ Ronda L. Harvey*
Ronda L. Harvey, Esq. (WVSB 6326)
Ashley Hardesty Odell, Esq. (WVSB 9380)
Jennifer B. Hagedorn, Esq. (WVSB 8879)
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
304-347-1100
rharvey@bowlesrice.com
ahardestyodell@bowlesrice.com
jhagedorn@bowlesrice.com

*Counsel for Defendants The Kroger Co.,
Kroger Limited Partnership I,
Kroger Limited Partnership II*

*/s/ Jayne Conroy*
Jayne Conroy
Laura S. Fitzpatrick
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com
lfitzpatrick@simmonsfirm.com

*/s/ Joseph F. Rice*
Joseph F. Rice
Michael E. Elsner
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
melsner@motleyrice.com

*/s/ Paul T. Farrell*
Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

5

6

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I caused the foregoing to be served via electronic mail on Defendants via Tracks6to10Defendants@bbhps.com, and Plaintiffs via CT7-11_OpioidBWTeam@simmonsfirm.com.

*/s/ Steven N. Herman*
Steven N. Herman