# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACKS EIGHT, NINE, TEN, AND ELEVEN | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Modify the Case Management Orders for Tracks Eight, Nine, Ten, and Eleven, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE