# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

**This document relates to:**

   *County of Lake, Ohio v. Purdue Pharma L.P., et al.*,
     Case No. 18-op-45032 (N.D. Ohio)

   *County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*,
     Case No. 18-op-45079 (N.D. Ohio)

**"Track 3 Cases"**

**MDL No. 2804**
**Case No. 17-md-2804**
**Judge Dan Aaron Polster**

## NOTICE OF APPEAL

Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc., hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on August 22, 2022 (Dkt. 4614), as well as all orders leading to that judgment.[*]

DATED: September 7, 2022

                                             */s/ Kaspar J. Stoffelmayr*
                                             Kaspar J. Stoffelmayr
                                             BARTLIT BECK LLP
                                             54 West Hubbard Street
                                             Chicago, IL 60654
                                             Tel: (312) 494-4400
                                             kaspar.stoffelmayr@bartlitbeck.com

---

[*] While Walgreen Co. was the only Walgreens entity named on the verdict form, in an abundance of caution to avoid any risk of waiver or forfeiture, the other Walgreens entities named in the suit—Walgreens Boots Alliance, Inc. and Walgreen Eastern Co., Inc.—join in the appeal.

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Tel: (303) 592-3100
alex.harris@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2022 the foregoing Notice of Appeal was electronically filed and served on all counsel of record through the Court's electronic filing system.

                                                        /s/ *Kaspar J. Stoffelmayr*
                                                        Kaspar J. Stoffelmayr

Dated: September 7, 2022