# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Lake, Ohio v. Purdue Pharma, L.P., et al.,*<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*,<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>**"Track 3 Cases"** | MDL No. 2084<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEAL

Defendants CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C, CVS TN Distribution, L.L.C, CVS Rx Services, Inc., and CVS Indiana L.L.C. ("CVS") hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on August 22, 2022 (Dkt. 4614), as well as all orders leading to that judgment.  While CVS Pharmacy, Inc. was the only CVS entity named on the verdict form, in an abundance of caution to avoid any risk of waiver or forfeiture, the other CVS entities named in the suit—Ohio CVS Stores, L.L.C, CVS TN Distribution, L.L.C, CVS Rx Services, Inc., and CVS Indiana L.L.C.—join in the appeal.

| | |
|---|---|
| Dated:  September 7, 2022 | */s/  Eric R. Delinsky*<br>Eric R. Delinsky<br>Alexandra W. Miller<br>Paul B. Hynes, Jr.<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street NW, Suite 100<br>Washington, DC 20036<br>Tel: (202) 778-1800<br>E-mail: edelinsky@zuckerman.com<br>E-mail: smiller@zuckerman.com<br>E-mail: phynes@zuckerman.com<br><br>*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores L.L.C, CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.* |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that the foregoing document was served via email on all counsel of record on September 7, 2022.

      */s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 100
Washington, DC 20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores L.L.C, CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*