UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.*,<br>  Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*,<br>  Case No. 18-op-45079 (N.D. Ohio)<br><br>"Track 3 Cases" | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

# NOTICE OF APPEAL

Defendant Walmart Inc. hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on August 22, 2022 (Dkt. 4614), as well as all orders leading to that judgment.

DATED: September 7, 2022

*/s/* John M. Majoras
John M. Majoras
Noel J. Francisco
Anthony J. Dick
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
E-mail: njfrancisco@jonesday.com
E-mail: jmmajoras@jonesday.com
E-mail: ajdick@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
Nicole C. Henning
JONES DAY
110 N. Wacker Drive

Chicago, IL 60606
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com
E-mail: nhenning@jonesday.com

*Counsel for Walmart Inc.*

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that the foregoing document was served via email on all counsel of record on September 7, 2022.

/s/  John M. Majoras
Noel J. Francisco
John M. Majoras
Anthony J. Dick
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
E-mail: jmmajoras@jonesday.com

*Counsel for Walmart Inc.*
