UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO TRIBAL SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Released Entities, the "Janssen Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Janssen Tribal Settlement Agreement, which was announced on February 1, 2022 and is now dated July 11, 2022, which is binding on the Dismissing Plaintiffs and the Janssen Defendants, and which has an Effective Date of July 11, 2022 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Janssen Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the Janssen Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] The Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section VI of the Janssen Tribal Settlement Agreement, dated as of July 11, 2022, a copy of which is attached as Appendix B.

September 8, 2022                                   Agreed as to form and substance:

   /s/ Lloyd B. Miller
Lloyd B. Miller / Donald J. Simon / Whitney A. Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

 /s/ Geoffrey Strommer
Geoffrey Strommer / Caroline Mayhew / Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

 /s/ Tara Sutton
Tara Sutton / Tim Purdon
Robins Kaplan LLP

 /s/ Lynn Sarko
Lynn Sarko
Keller Rohrback, L.L.P.

 /s/ T. Roe Frazer II
T. Roe Frazer II
Frazer PLC

 /s/ Archie Lamb
Archie Lamb
Levin Papantonio Rafferty

 /s/ Scott Gilbert
Scott Gilbert
Gilbert LLP

 /s/ Eric B. Fastiff
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

 /s/ Steve Skikos
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

*Tribal Leadership Committee*

Agreed as to form and substance:

/s/Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP

400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*


SO ORDERED this 9th day of September, 2022.


　　/s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge