**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

<table>
<tr><td>

**IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION**

This document relates to:

*Northeast Ambulance and Fire Protection
District of St. Louis County, Missouri v. Purdue
Pharma L.P.,* et al., Case No. 1:19-op-45664

*Kinloch Fire Protection District v. Purdue
Pharma L.P.,* et al., Case No. 1:19-op-45665

</td><td>

MDL No. 2804

Hon. Dan Aaron Polster

</td></tr>
</table>

**[PROPOSED] ORDER TO SHOW CAUSE WHY CLAIMS
SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the above-captioned cases show cause on the

_____ day of _____, 2022, at _____ o'clock, at the United States District Court,

Northern District of Ohio, Carl B. Stokes United States Court House 801 West Superior Avenue,

Courtroom 18B, Cleveland, Ohio 44113-1837, why Plaintiffs' claims against Settling

Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen

Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., AmerisourceBergen Drug Corporation,

McKesson Corporation, and Cardinal Health, Inc. should not be dismissed, with prejudice,

pursuant to this Court's prior Orders and Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that Plaintiffs in the above-captioned cases may

file any oppositions to the Settling Defendants' Motion for Order to Show Cause Why Claims

Should Not Be Dismissed with Prejudice for Failure to Comply with the Non-Participating

Subdivision CMO on or before the _____ day of _____, 2022.

SO ORDERED this ___ day of September, 2022.

_____

Hon. Dan Aaron Polster
United States District Judge