# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Northeast Ambulance and Fire Protection District of St. Louis County, Missouri v. Purdue Pharma L.P.,* et al., Case No. 1:19-op-45664<br><br>*Kinloch Fire Protection District v. Purdue Pharma L.P.,* et al., Case No. 1:19-op-45665 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

### SETTLING DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE WHY CLAIMS SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE NON-PARTICIPATING SUBDIVISION CMO

On September 15, 2022 Settling Defendants[1] filed a motion requesting an Order to Show Cause why all claims against Settling Defendants filed by Plaintiffs Kinloch Fire Protection District and Northeast Ambulance and Fire Protection District of St. Louis County, Missouri ("Plaintiffs") should not be dismissed with prejudice for the failure to comply with this Court's NPS CMO. Subsequently, Plaintiffs submitted Participation Forms to join the Janssen and Distributor settlement agreements, and Settling Defendants and Plaintiffs have now filed joint

---

[1] The Settling Defendants as named in the above-captioned Complaints are Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. (collectively, "Janssen"), AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc (collectively, "Distributors").

stipulations and proposed orders for dismissal with prejudice of these Plaintiffs' claims against the Janssen and Distributor defendant entities.

In light of the above, Settling Defendants hereby withdraw the Motion for Order to Show Cause Why Claims Should Not Be Dismissed With Prejudice For Failure To Comply With the Non-Participating Subdivision CMO (Case 1:17-md-02804-DAP, Dkt No. 4630; Case 1:19-op-45665-DAP, Dkt. No. 7; Case 1:19-op-45664-DAP, Dkt. No. 9).

Dated: September 19, 2022  Respectfully submitted,

/s/ Enu A. Mainigi
Enu A. Mainigi
F. Lane Heard
Jennifer G. Wicht
Steven Pyser
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen Corporation*

        /s/ Mark H. Lynch
        Geoffrey E. Hobart
        Mark H. Lynch
        Christian J. Pistilli
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street NW
        Washington, DC 20001
        Tel: (202) 662-5281
        ghobart@cov.com
        mlynch@cov.com
        cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

        /s/ Charles C. Lifland
        Charles C. Lifland
        O'MELVENY & MYERS LLP
        400 South Hope Street
        Los Angeles, CA 90071
        Tel: (213) 430-6000
        Fax: (213) 430-6407
        clifland@omm.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on September 19, 2022, Settling Defendants' Notice of Withdrawal of Motion for Order to Show Cause Why Claims Should Not Be Dismissed with Prejudice for Failure to Comply with the Non-Participating Subdivision CMO was served on all counsel of record via the CM/ECF system and on Plaintiff's counsel by U.S. Mail and email at:

Anthony D. Gray
Johnson Gray
2705 Dougherty Ferry Rd., Suite 100
St. Louis, MO 6312
agray@johnsongraylaw.com

                                                                  /s/ *Steven Pyser*
                                                                  Steven Pyser