# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*All Cases* | MDL No. 2804<br><br>CASE No. 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Morris & Dickson Co. L.L.C., in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated: September 20, 2022

**WALDEN MACHT & HARAN LLP**

By: /s/ *Adam Cohen*

Adam Cohen
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
acohen@wmhlaw.com

*Attorneys for Defendant Morris & Dickson Co. L.L.C.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*All Cases* | MDL No. 2804<br><br>CASE No. 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**NOTICE OF APPEARANCE** |

To:   The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Morris & Dickson Co. L.L.C., in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated:   September 20, 2022

**WALDEN MACHT & HARAN LLP**

By:   /s/   *Jim Walden*
Jim Walden
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
jwalden@wmhlaw.com

*Attorneys for Defendant Morris & Dickson Co. L.L.C.*