UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MDL No. 2804

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

Case No. 17-md-2804

Judge Dan Aaron Polster

*All cases naming Keysource Medical, Inc. as defendant*

## STATUS REPORT OF KEYSOURCE MEDICAL, INC.

Pursuant to the direction of the Court, defendant distributor Keysource Medical, Inc. ("KMI") submits this Status Report.

KMI and representatives of the Plaintiffs Executive Committee (PEC) held a Zoom call on July 26, 2022. Prior to that Zoom call, KMI provided the PEC representatives with a comprehensive list of all 86 cases in which KMI was named as a defendant setting forth (1) the case name, (2) the MDL case number, (3) the identity of the Plaintiff, and (4) the name of each Plaintiff's lead counsel and law firm. KMI also identified the 38 of the 86 cases in which KMI did not sell any opioid products from 2006 to the present in that municipality.

During the July 26, 2022 call the parties discussed KMI's current status, the cases against it, KMI's ability to respond to the PEC's pre-mediation requests, and KMI's concerns about and request for dismissal of the zero sales cases.

Based on the discussion on the July 26, 2022 call, on August 5, 2022 KMI provided the PEC with transactional data to address the 52 cases bought by the Oklahoma counties or cities naming KMI as a defendant. KMI also replied to the PEC regarding inquiry into KMI's current status and its still pending inquiry into relevant insurance.

Most recently, the PEC confirmed its communications with Oklahoma counsel regarding those claims against KMI, and the need for a follow up call on other issues. That follow up call has not yet been set, as the parties are awaiting the outcome of the insurance issue, noted above. In sum, information has been exchanged, the parties continue to engage in discussions, and there has not been any indication of impasse at this time.

KMI remains interested in pursuing settlement negotiations, and submits that the parties would benefit from additional time to engage in discussions. To that end, KMI requests that the parties be afforded additional time to address their respective concerns, and that the Court schedule another status conference in approximately 90 days.

DATED:  September 21, 2022

**KEYSOURCE MEDICAL, INC.**
**By Spilman Thomas & Battle, PLLC**

/s/ *Clifford F. Kinney, Jr.*
Clifford F. Kinney, Jr. (WVSB #6220)
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV  25321
Phone:  304-340-3844
Fax:  304-340-3801
Email: ckinney@spilmanlaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on September 21, 2022.

                                                                 */s/ Clifford F. Kinney, Jr.*
                                                                 Clifford F. Kinney, Jr.