UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * | MDL 2804 |
| THIS DOCUMENTS RELATES TO: | * * | CASE NO. 1:17-MD-2804 |
| *All Cases* | * | JUDGE DAN AARON POLSTER |

## STATUS REPORT OF MORRIS & DICKSON CO., LLC

Morris & Dickson Co., LLC ("M&D") submits this status report in accordance with the Court's June 23, 2022, Order scheduling a status conference on September 23, 2022, for certain defendants not in MDL bellwether tracks.

Since its last status report (Dkt. No. 4526), in which M&D stated that it is interested in pursuing settlement negotiations, the parties have worked cooperatively and productively. M&D remains interested in continuing such discussions.

On July 28, 2022, M&D and representatives of the Plaintiffs' Executive Committee ("PEC") held an initial Zoom meeting to discuss the scope of further discussions, the mutual exchange of information, and the potential resolution of cases. The meeting was cordial and productive. As a result of that initial meeting, M&D and the PEC executed a letter agreement concerning the terms and conditions applicable to discussions between the parties, and to all information and documents exchanged between the parties, so that the parties can exchange information in aid of settlement. Subsequently, M&D began providing the PEC with information the PEC requested in the July 28 Zoom meeting, and provided the PEC with its own list of requests for information to aid settlement discussions.

M&D and a representative of the PEC met for a second time via Zoom on September 14, 2022. That meeting was also amicable and constructive. M&D expressed willingness to provide

additional information to the PEC, and the PEC expressed willingness to consider M&D's requests for information.  The parties mutually agreed to schedule their next meeting in approximately two weeks.

Given that the discussions to date have been productive, M&D would like additional time to work toward a resolution of the litigation.  M&D therefore respectfully requests that the Court schedule another status conference in approximately 90 days to allow these discussions to continue.  M&D further submits that, for the reasons stated above and in its prior status report, a bellwether track is not necessary or appropriate at this time.

Dated: September 21, 2022

By: /s/ *Jim Walden*
Jim Walden
Adam Cohen
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
jwalden@wmhlaw.com
acohen@wmhlaw.com

Frank Spruiell, LA Bar #01611 (pro hac)
Russell Dickson, LA Bar #37660 (pro hac)
Wiener, Weiss & Madison
330 Marshall Street, Ste. 1000
Shreveport, Louisiana 71101
Telephone: (318) 226-9100
Facsimile:  (318) 424-5128
fspruiell@wwmlaw.com
rdickson@wwmlaw.com

*Attorneys for Defendant Morris & Dickson Co., LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was electronically filed and served upon counsel of record by operation of the Court's CM/ECF System on September 21, 2022.

By:    /s/ *Jim Walden*
         Jim Walden
         Walden Macht & Haran LLP
         250 Vesey Street, 27th Floor
         New York, NY 10281
         Tel: (212) 335-2030
         jwalden@wmhlaw.com

         *Attorneys for Defendant Morris & Dickson Co., LLC*