UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## STATUS REPORT OF INDIVIOR INC. & INDIVIOR PLC

This status report is intended to update the Court concerning the ongoing discussions between members of the Plaintiffs' Executive Committee ("PEC") and counsel for Indivior Inc. and Indivior PLC (collectively, "Indivior") following the June 22, 2022 status conference before Judge Polster.[1]

On August 5, 2022, counsel for Indivior met and conferred with members of the PEC for a productive discussion concerning the unique nature of Indivior's products Subutex®, Suboxone® and Sublocade® – which are indicated for the treatment of opioid use disorder and opioid dependence, and not for chronic pain – in the context of plaintiffs' claims and theories of liability in the multidistrict litigation. On August 17, 2022, Indivior provided the PEC with a list of cases brought against Indivior (among other defendants) by government entities and tribal nations. The parties agreed that the PEC will schedule a further meet and confer with counsel for Indivior after it has had an opportunity to review and discuss the cases against Indivior with counsel for the plaintiffs in those cases.

---

[1] Indivior incorporates by reference its June 16, 2022 status report filed on the master docket. *See* Dkt. No. 4534.

1

Because discussions with the PEC are ongoing, Indivior continues to believe that selecting bellwether cases at this time will not advance the purposes of resolution. Rather, Indivior respectfully suggests that, after the conference on September 23rd, the Court set the matter for further progress report in 90 days.

Date: September 21, 2022   Respectfully submitted,

                                              */s/ Maria R. Durant*_____
                                              Maria R. Durant
                                              Sara E. Silva
                                              Safa W. Osmani
                                              HOGAN LOVELLS US LLP
                                              125 High Street, Suite 2010
                                              Boston, MA 02110
                                              Telephone: (617) 371-1000
                                              Facsimile: (617) 371-1037
                                              maria.durant@hoganlovells.com
                                              sara.silva@hoganlovells.com
                                              safa.osmani@hoganlovells.com

                                              *Counsel for Indivior Inc. &*
                                              *Indivior PLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies on September 21, 2022, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

                                                    */s/ Maria R. Durant*