Case No. 22-3630

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

------------------------------

INCORPORATED VILLAGE OF ISLANDIA, NY; FIRE DISTRICT OF ISLIP TERRACE, NY; TOWN OF ISLIP, NY; INCORPORATED VILLAGE OF LAKE GROVE, NY; INCORPORATED VILLAGE OF LAWRENCE, NY; FIRE DISTRICT OF LEVITTOWN, NY; INCORPORATED VILLAGE OF LINDENHURST, NY; INCORPORATED VILLAGE OF LLOYD HARBOR, NY; CITY OF LONG BEACH, NY; INCORPORATED VILLAGE OF LYNBROOK, NY, et al,

      Plaintiffs - Appellants

v.

MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; BELLCO DRUG CORPORATION; AMERICAN MEDICAL DISTRIBUTORS, INC.; PSS WORLD MEDICAL, INC.; KINRAY, LLC

      Defendants - Appellees

Appellants having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellants have failed to satisfy the following obligation:

    The Appellants' Brief was not filed by September 19, 2022.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                        **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: September 23, 2022