UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | CASE NO: 1:17-md-2804 |
| *All Cases Noted on the Attached Ex. A* | JUDGE DAN AARON POLSTER |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF THE DISTRIBUTOR DEFENDANTS

The undersigned, as appointed Liaison Counsel between the Texas State Opioid MDL and this Court, submit the following. In accordance with the terms of the settlement agreements entered into between the Plaintiff Political Subdivisions identified in the attached Exhibit A (collectively "the Dismissing Plaintiffs") and Defendants McKesson Corporation, McKesson Medical-Surgical Inc., Cardinal Health, Inc., Cardinal Health 105, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 112, LLC, Cardinal Health 200, LLC, Cardinal Health 414, LLC, AmerisourceBergen Corporation, and AmerisourceBergen Drug Corporation, (collectively and together with their Released Entities, the "Distributor Defendants"[1]), the Dismissing Plaintiffs and the Distributor Defendants hereby stipulate to the dismissal of the Dismissing Plaintiffs' claims with prejudice against the Distributor Defendants only.

Date: September 30, 2022

---

[1] The Released Entities are each and every entity of any of the Settling Distributor Defendants that is a "Released Entity" as set forth in Section I.HHH and Exhibit J of the Distributor Settlement Agreement, dated as of March 25, 2022. Exhibit B, attached hereto, together with the above listed entities, represents a good faith effort by the Settling Distributor Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Exhibit B is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Settling Distributor Defendants subsequently identify any Released Entity that should have been included on Exhibit B, they will inform the Clerk of the Court.

Agreed as to form and substance:

Respectfully submitted,

/s/ *Jeffrey B. Simon*
Jeffrey B. Simon
TX State Bar No. 00788420
**SIMON GREENSTONE PANATIER, P.C.**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Tel: 214-276-7680/ Fax: 214-276-7699
jsimon@sgptrial.com
*On behalf of the Court-Appointed Plaintiffs' Steering Committee, Chair*

/s/ *Shelly Sanford*
Shelly A. Sanford
State Bar No. 00784904
WATTS GUERRA LLP
4 Dominion Drive Bldg. 3, Ste. 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0502
Email: ssanford@wattsguerra.com

*On behalf of the Court-Appointed State-Federal Liaison Counsel*

| **COVINGTON & BURLING LLP** | **REED SMITH LLP** |
|---|---|
| /s/ *Geoffrey E. Hobart* | /s/ *Robert A. Nicholas* |
| Geoffrey E. Hobart | Robert A. Nicholas |
| Mark H. Lynch | Shannon E. McClure |
| Sonya D. Winner | Three Logan Square |
| Christian J. Pistilli | 1717 Arch Street, Suite 3100 |
| One City Center, 850 Tenth Street, NW | Philadelphia, Pennsylvania 19103 |
| Washington, DC 20001-4956 | Telephone: 215.851.8100 |
| Tel: (202) 662-5097 | rnicholas@reedsmith.com |
| *Counsel for Defendant McKesson Corporation and McKesson Medical-Surgical Inc* | smcclure@reedsmith.com |
| | *Counsel for Defendants AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation* |

2

          **WILLIAMS & CONNOLLY LLP**

          */s/ Enu Mainigi*
          Enu Mainigi
          Jennifer Wicht
          Steven M. Pyser
          Ashley W. Hardin
          680 Maine Ave S.W.
          Washington, DC 20024Phone: 202-434-5000
          *Attorneys for Defendants Cardinal Health, Inc., Cardinal Health 105, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 112, LLC, Cardinal Health 200, LLC, Cardinal Health 414, LLC*

SO ORDERED this ____ Day of ____, 2022.

_____
The Hon. Dan Aaron Polster
U.S. District Court Judge
Northern District of Ohio

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

*/s/Jeffrey B. Simon*
Jeffrey B. Simon
