# EXHIBIT A

| Dismissing Texas Subdivision | NDOH File No. | Signed With Permission | Dismissing Plaintiff's Counsel |
|---|---|---|---|
| Angelina County | 1:20-op-45053 | /s/ Simon Greenstone Panatier, P.C. | Dies & Parkhurst, L.L.P.; Simon Greenstone Panatier, P.C |
| Bailey County | 1:20-op-45264 | /s/ Fears Nachawati, PLLC | Fears Nachawati, PLLC; Ferrer Poirot & Wansbrough |
| Bowie County | 1:17-op-45159 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Dunn Nutter & Morgan; Martin Walker, P.C. |
| Brazos County | 1:18-op-45863 | /s/ Fears Nachawati, PLLC | Fears Nachawati, PLLC; Ferrer Poirot & Wansbrough; Matthew S. Daniel |
| Camp County | 1:18-op-45301 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C. |
| Cherokee County | 1:17-op-45155 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C.; Richards Penn; Ament & Peacock |
| Childress County | 1:18-op-45229 | /s/Haley & Olson | Altman Legal Group; Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| City of Laredo | 1:18-op-46026 | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC; Luis R. Vera & Associates |
| City of San Antonio | 1:19-op-45833 | /s/Baron & Budd, P.C. | The Herrera Law Firm; Baron & Budd, P.C.; Greene, Ketchum, Farrell, Bailey & Tweel LLP; Hill Peterson Carper Bee & Deitzler PLLC; Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.; McHugh Fuller; Powell & Majestro |
| Clay County | 1:18-op-45169 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Altman Legal Group; Haley & Olson |
| Coryell County | 1:22-op-45009 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Richard A. Dodd, LC |

| Dismissing Texas Subdivision | NDOH File No. | Signed With Permission | Dismissing Plaintiff's Counsel |
|---|---|---|---|
| City of Eagle Pass | 1:18-op-46033 | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC; Luis R. Vera & Associates |
| Franklin County | 1:18-op-45302 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C. |
| Freestone County | 1:19-op-45985 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; The Beckham Group |
| Galveston County | 1:19-op-45239 | /s/ Watts Guerra LLP | Watts Guerra LLP; O'Neill Law |
| Haskell County | 1:18-op-45223 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Henderson County | 1:19-op-45684 | /s/ Fears Nachawati, PLLC | Motley Rice LLC; Fears Nachawati, PLLC; Mathew S. Daniel; Ferrer Poirot & Wansbrough |
| Jasper County | 1:19-op-45238 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Paul D. Henderson, P.C.; Dies & Parkhurst, L.L.P. |
| Jones County | 1:18-op-45139 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Kaufman County | 1:18-op-46081 | /s/ Fears Nachawati, PLLC | Fears Nachawati, PLLC; Ferrer Poirot & Wansbrough |
| Kendall County | 1:22-op-45010 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C.; The Armstrong Firm, PLLC |
| Kinney County | 1:18-op-45241 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Lamar County | 1:17-op-45162 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C. |
| LaSalle County | 1:18-op-45234 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Leon County | 1:19-op-45240 | /s/Watts Guerra LLP | Watts Guerra LLP; O'Neill Law; The Gallagher Law Finn |
| Maverick County | 1:19-op-45426 | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC |
| McLennan County | 1:17-op-45075 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |

| Dismissing Texas Subdivision | NDOH File No. | Signed With Permission | Dismissing Plaintiff's Counsel |
|---|---|---|---|
| Mitchell County | 1:18-op-45063 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Montgomery County | 1:18-op-45030 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Morris County | 1:17-op-45086 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C. |
| Newton County | 1:19-op-45242 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Paul D. Henderson, P.C.; Dies & Parkhurst, L.L.P. |
| Nolan County | 1:18-op-45061 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Polk County | 1:18-op-45077 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Red River County | 1:17-op-45160 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C. |
| Rusk County | 1:17-op-45154 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C.; Love Law Firm, P.C.; Adkison Law Finn |
| Smith County | 1:18-op-45081 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C. |
| Stephens County | 1:18-op-45804 | /s/ Fears Nachawati PLLC | Fears Nachawati, PLLC; Ferrer Poirot & Wansbrough |
| Tarrant County | 1:18-op-45274 | /s/ The Lanier Law Firm, P.C. | The Lanier Law Firm, P.C.; Law Offices of Tom Hall |
| Tarrant County Hospital District d/b/a JPS Health Network | 1:21-op-45077 | /s/ Wick Phillips Gould & Martin LLP | Wick Phillips Gould & Martin, LLP |
| Throckmorton County | 1:18-op-45141 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson |
| Titus County | 1:17-op-45161 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C. |
| Upshur County | 1:17-op-45085 | /s/ Simon Greenstone Panatier, P.C. | Simon Greenstone Panatier, P.C.; Martin Walker, P.C.; Tefteller Law PLLC |

| Dismissing Texas Subdivision | NDOH File No. | Signed With Permission | Dismissing Plaintiff's Counsel |
|---|---|---|---|
| Walker County | 1:19-op-45713 | /s/Loevy & Loevy | Loevy & Loevy, Correro & Leisure, P.C.; Park & Durham; G. Allan Van Fleet, P.C. |
| Webb County | 1:18-op-45175 | /s/ Cicala Law Firm | Cicala Law Firm; Sanford Heisler Sharp |
| Wichita County | 1:18-op-45064 | /s/Haley & Olson | Harrison Davis Steakley Morrison Jones, P.C.; Haley & Olson; Altman Law Group |
| Zavala County | 1:18-op-46036 | /s/Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC; Luis R. Vera & Associates |