## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | |
| **This document relates to:** | |
| *County of Lake, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45032 (N.D. Ohio) | **MDL No. 2804** **Case No. 17-md-2804** **Judge Dan Aaron Polster** |
| *County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*, Case No. 18-op-45079 (N.D. Ohio) | |
| **"Track 3 Cases"** | |

## AMENDED NOTICE OF APPEAL

Defendant Walmart Inc. hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on August 22, 2022 (Dkt. 4614), as well as all orders leading to that judgment.  Walmart Inc. also appeals the Order of Appointment of Administrator (Dkt. 4652) entered on Sept. 30, 2022.

DATED: October 5, 2022

/s/ John M. Majoras
John M. Majoras
Noel J. Francisco
Anthony J. Dick
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
E-mail: njfrancisco@jonesday.com
E-mail: jmmajoras@jonesday.com
E-mail: ajdick@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
Nicole C. Henning
JONES DAY

110 N. Wacker Drive
Chicago, IL 60606
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com
E-mail: nhenning@jonesday.com

*Counsel for Walmart Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via email on all

counsel of record on October 5, 2022.

/s/  John M. Majoras
Noel J. Francisco
John M. Majoras
Anthony J. Dick
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
E-mail: jmmajoras@jonesday.com

*Counsel for Walmart Inc.*