# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION ) ) ) | |
| ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | |
| *Poarch Band of Creek Indians v. AmerisourceBergen Drug Corporation, et al.* ) ) ) ) | JUDGE DAN AARON POLSTER |
| Case No.: 1:20-op-45294 ) ) ) ) ) | **MOTION TO WITHDRAW** |

Pursuant to Local Rule 83.9, Archie C. Lamb and the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., respectfully move the Court for an order of withdrawal as counsel of record for Plaintiff, Poarch Band of Creek Indians, in the above-entitled case. In support of this Motion, counsel state the following:

1. Plaintiff has other counsel of record in the Opiate MDL, including T. Roe Frazer, III, Frazer PLC, J. Nixon Daniel, III, Beggs & Lane, RLLP and Frederick T. Kuykendall, III, The Kuykendall Group, and representation will continue and will not be disrupted by the withdrawal of Archie C. Lamb and Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.

1

2.  The withdrawal of Archie C. Lamb and the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., will not delay the proceedings or prejudice Plaintiff.

3.  Archie C. Lamb and Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., have consulted with the Plaintiff and Plaintiff has consented to the withdrawal.

**WHEREFORE,** Archie C. Lamb and Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., respectfully request an order authorizing the withdrawal, in connection with the above-captioned case pending in the Opioid MDL.

Dated: 10/5/2022

/s/ Archie C. Lamb
_____
Archie C. Lamb
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen St., Suite 600
Pensacola, FL 32502
(850) 435-7000