UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION | ) ) ) ) MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Poarch Band of Creek Indians v. AmerisourceBergen Drug Corporation, et al.* | ) ) ) JUDGE DAN AARON POLSTER ) ) |
| Case No.: 1:20-op-45294 | ) ) ORDER GRANTING ) MOTION TO WITHDRAW ) ) |

**THIS MATTER** comes before the Court upon a Motion to Withdraw as counsel of record. The Court has carefully considered the Motion, the record, and is otherwise fully advised in the premises.

**IT IS** on this _____ day of _____, 2022, hereby **ORDERED AND ADJUDGED** that:

1. The Motion to Withdraw as counsel of record is hereby granted

2. Archie Lamb and the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., are removed as counsel for the Poarch Band of Creek Indians.

_____
HONORABLE DAN AARON POLSTER