UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The People of The State of Illinois, The People of Jersey County, and County of Jersey v. Purdue Pharma L.P., et al,* Case No. 1:17-op-45049. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### NOTICE OF FILING STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO NATIONAL SETTLEMENT AGREEMENTS

Plaintiffs in the above captioned case (hereinafter the "Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Released Entities, the "Janssen Defendants") that, pursuant to the election of the Dismissing Plaintiff to participate in the Janssen Settlement Agreement, which is dated and was announced on July 21, 2021, which is binding on the Dismissing Plaintiff and the Janssen Defendants, and which has an Effective Date of April 2, 2022, all claims of the Dismissing Plaintiff against any Janssen Defendant, are hereby voluntarily DISMISSED WITH PREJUDICE.

Dated: October 5, 2021                               Respectfully Submitted,

*/s/ Peter J. Mougey*
Peter J. Mougey
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR, & MOUGEY,
P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996

850.435.7068 (office)  
850.436.6068 (fax)  
pmougey@levinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2021, I electronically filed the foregoing document with the Clerk of Court in the MDL Master Docket by using the CM/ECF System. The foregoing will be served on counsel of record.

*/s/ Peter J. Mougey*
Peter J. Mougey