UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases* | MDL 2804  Case No. 17-md-2804  Hon. Dan Aaron Polster |

## ORDER TO ALL GOVERNMENTAL PLAINTIFFS REGARDING RE-SERVICE OF PLAINTIFF FACT SHEETS

To facilitate the resolution of cases involving defendants in this MDL who have not yet participated in any of the bellwether cases, those defendants require access to all of the governmental Plaintiffs' Fact Sheets ("PFSs"). The Court has learned there is no central repository of PFSs, and so directs the PEC to create one.

Accordingly, the Court hereby orders all governmental plaintiffs to re-serve their PFS **no later than Friday October 14, 2022** to the following email address: **PFS@spanglaw.com**.

The subject line of the email must read as follows: (city/county entity, name of state, MDL Case No.) Example: Blue County, OH, Case No. 18-op-12345.

Defense counsel will be given access to the PFS Repository through Sharepoint. Defense counsel must request access by sending an email to **PFS@spanglaw.com**, with the subject line "Access Request." An email will then be sent to counsel providing

a link to the Sharepoint site.

**IT IS SO ORDERED.**

                                                              **/s/ Dan Aaron Polster**
                                                              DAN AARON POLSTER
                                                              UNITED STATES DISTRICT JUDGE

October 6, 2022