**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Montgomery County Board of County Commissioners et al. v. Cardinal Health, Inc., et al.*<br>Case No. 1:18-op-46326-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANTS' OBJECTION TO ORDER MODIFYING CERTAIN TRACK SEVEN CMO DEADLINES AND EXPERT DEPOSITION TIMES

The Order Modifying Certain Track Seven CMO Deadlines and Expert Deposition Times (Doc. 4631) ("Order") limits the deposition time for plaintiff's ten Track Seven experts to a maximum of four hours. Defendants object to the time limits placed on two of those experts: Joseph Rannazzisi, who has never before served as an expert against any pharmacy defendant and has unveiled here a 167-page report, and Carmen Catizone. Each of these experts offers new, defendant-specific opinions about the five Defendants in Track Seven—two of whom, Meijer and Kroger, are new bellwether defendants. One of these experts, as noted above, has never before offered any expert opinions against any pharmacy. The Federal Rules—not to mention basic fairness—dictate that Defendants have the full seven-hours to depose Mr. Rannazzisi and Mr. Catizone on these new opinions. For the reasons stated below, Defendants respectfully request that the Court extend the deposition times for Mr. Rannazzisi and Mr. Catizone to seven hours each.

**Rannazzisi**: Mr. Rannazzisi has never before issued an expert report or appeared as an expert witness against any pharmacy defendant. In Track Seven, his 167-page report offers

opinions related to plaintiff's distribution claims. The report is not focused on general distribution opinions. It instead contains opinions in which Mr. Rannazzisi criticizes each of the five Defendants' suspicious order monitoring systems over a span of approximately 15 years. The 882 footnotes in the report cite to multiple sources, including documents, deposition testimony, and trial testimony from various cases. The Order allows Defendants only four total hours of deposition time with Mr. Rannazzisi. Less than one hour per Defendant is insufficient time for each Defendant to examine Mr. Rannazzisi on his new and expansive opinions. Given Mr. Rannazzisi is appearing here for the first time as an expert against pharmacy defendants and is offering detailed critiques of Defendants' suspicious order monitoring systems, Defendants' deposition time for Mr. Rannazzisi should be increased from four to seven hours.

**Catizone**: Although Mr. Catizone has appeared as an expert witness in three other opioid cases, he offers new defendant- and jurisdiction-specific evaluations of electronic notes data and dispensing data unique to Track Seven that could not possibly have been the subject of questioning in Track Three or elsewhere. His supplemental report also includes opinions about six specific prescribers in Track Seven, none of whom was at issue in his prior expert reports. Mr. Catizone's opinions are the backbone of plaintiff's dispensing case. For example, he opines on the alleged "red flag" prescriptions filled at Defendants' Track Seven pharmacies and on the adequacy of Defendants' documentation associated with those alleged "red flag" prescriptions. Nevertheless, the Order allows Defendants only four hours of deposition time for Mr. Catizone. If split evenly among the five Defendants, this limits each Defendant to under an hour of questioning. Defendants seek a total of seven hours to examine Mr. Catizone on his Track Seven opinions.

2

Based on the foregoing, Defendants respectfully request that the Court extend the deposition time limits in the Order to seven hours for Mr. Rannazzisi and Mr. Catizone.

Dated:  October 6, 2022

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SDAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202 822-4106
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Indiana L.L.C., CVS TN Distribution, LLC, CVS Pharmacy, Inc., Ohio CVS Stores, LLC, and Oakwood CVS, Inc.*

3

_/s/ Alex J. Harris_
Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Tel: (303) 592-3100
alex.harris@bartlitbeck.com

Kaspar J. Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
kate.swift@bartlitbeck.com

Alec H. Schultz
HILGERS GRABEN PLLC
1221 Brickell Avenue, Suite 900
Miami, Florida 33131
Tel: (305) 630-8304
aschultz@hilgersgraben.com

Michael Burns
HILGERS GRABEN PLLC
601 Pennsylvania Avenue NW
South Building Suite 900
Washington, DC 20004
Tel: (202) 985-1664
mburns@hilgersgraben.com

_Counsel for Walgreens Boots Alliance, Inc. and Walgreen Co._

8444899.1

*/s/ John M. Majoras*
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
jmmajoras@jonesday.com
njfrancisco@jonesday.com
ajdick@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 269-4335
tmtabacchi@jonesday.com
tfumerton@jonesday.com
nhemming@jonesday.com

*Counsel for Walmart Inc.*


*/s/ Greg Shinall*
Joseph M. Vanek
Greg Shinall
David P. Germaine
Trevor K. Scheetz
Matthew H. Rice
Elizabeth A. Laughlin
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
jvanek@sperling-law.com
shinall@sperling-law.com
dgermaine@sperling-law.com
tscheetz@sperling-law.com
mrice@sperling-law.com
llaughlin@sperling-law.com

*Counsel for Meijer*

8444899.1

*/s/ Ronda L. Harvey*
Ronda L. Harvey
Ashely Hardesty Odell
Jennifer Hagedorn
BOWLES RICE
600 Quarrier Street
Charleston, West Virginia 25301
Tel: (304) 347-1701
rharvey@bowlesrice.com
ahardestyodell@bowlesrice.com
jhagedorn@bowlesrice.com

*Counsel for Kroger*

8444899.1