UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Listed In Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND ORDER DISMISSING
WITH PREJUDICE CLAIMS
<u>PURSUANT TO SETTLEMENT AGREEMENT</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs in cases listed in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively and together with their Released Entities, the "Settling Distributor Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Distributors West Virginia Subdivisions Settlement Agreement, which was announced on August 1, 2022 and dated as of July 31, 2022, which is binding on the Dismissing Plaintiffs and the Settling Distributor Defendants, and the Effective Date of which shall be the date that all required dismissals with prejudice are entered (a copy of which is attached as Appendix B), the actions listed in Appendix A are hereby voluntarily **DISMISSED WITH PREJUDICE** as to Settling Distributor Defendants, including

---

[1] The "Released Entities" are each and every entity of any of the Settling Distributor Defendants as set forth in Section II.T and Exhibit I of the Distributors West Virginia Subdivisions Settlement Agreement, dated as of July 31, 2022, a copy of which is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Settling Distributor Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Settling Distributor Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

any entity identified on the attached Appendix C, with each party to bear its own costs and attorneys' fees.:

The Court shall retain jurisdiction with respect to the Distributors West Virginia Subdivisions Settlement Agreement to the extent provided under that Agreement.

Dated October 6, 2022            Respectfully submitted,

Agreed as to form and substance:

**LEAD PLAINTIFFS' COUNSEL**
/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr., Esq. (WV Bar #7443)
FARRELL & FULLER, LLC
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
Telephone: 304.654.8281
Email: paul@farrellfuller.com

/s/ Robert P. Fitzsimmons
Robert P. Fitzsimmons (WV Bar # 1212)
FITZSIMMONS LAW FIRM PLLC
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Fax: (304) 277-1705
Email: bob@fitzsimmonsfirm.com
*Co-Lead Counsel for Plaintiffs*

**MCKESSON CORPORATION**

*/s/ Mark H. Lynch*
Mark H. Lynch
Geoffrey E. Hobart
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Email: mlynch@cov.com
Email: ghobart@cov.com
Telephone: 202-662-6000
*Counsel for McKesson Corporation*

**CARDINAL HEALTH, INC.**

*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC  20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
*Attorneys for Defendant Cardinal Health, Inc.*

**AMERISOURCEBERGEN CORPORATION**

*/s/Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
*Counsel for AmerisourceBergen Corporation*

**SO ORDERED:**

Dated:   October 7, 2022                                  /s/Dan Aaron Polster

                                                                                                      HON. DAN AARON POLSTER