# Appendix A

## APPENDIX A

WEST VIRGINIA MDL PLAINTIFFS AND CASES:

1. Plaintiff Berkeley County Council, *Berkeley County Council v. Purdue Pharmaceutical Products, LP, et al.,* Case No. 1:17-op-45171

2. Plaintiff Boone County Commission, *Boone County Commission v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:17-op-45061

3. Plaintiff Calhoun County Commission, West Virginia, *Calhoun County Commission, West Virginia v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:18-op-45312

4. Plaintiff County Commission of Clay County, *County Commission of Clay County v. Purdue Pharma LP, et al.*, Case No. 1:18-op-45670

5. Plaintiff Fayette County Commission, *Fayette County Commission v. Cardinal Health, Inc., et al.,* Case No. 1:17-op-45062

6. Plaintiff Greenbrier County Commission, *Greenbrier County Commission v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:19-op-45080

7. Plaintiff Jefferson County Commission, *Jefferson County Commission v. Purdue Pharmaceutical Products, LP, et al.*, Case No. 1:17-op-45170

8. Plaintiff Kanawha County Commission, *Kanawha County Commission v. Rite Aid of Maryland, Inc., et al.*, Case No. 1:17-op-45063

9. Plaintiff County Commission of Lincoln County, *County Commission of Lincoln County v. West Virginia Board of Pharmacy, et al.*, Case No. 1:17-op-45060

10. Plaintiff Logan County Commission, *Logan County Commission v. Cardinal Health, Inc., et al.*, Case No. 1:18-op-45000

11. Plaintiff County Commission of McDowell County, *County Commission of McDowell County v. McKesson Corporation, et al.,* Case No. 1:17-op-45066

12. Plaintiff County Commission of Mercer County, *County Commission of Mercer County v. West Virginia Board of Pharmacy, et al.*, Case No. 1:17-op-45064

13. Plaintiff County Commission of Mingo County, *County Commission of Mingo County v. Purdue Pharma LP, et al.*, Case No. 1:18-op-45940

14. Plaintiff Morgan County Commission, *Morgan County Commission v. Purdue Pharmaceutical Products, LP, et al.*, Case No. 1:18-op-45444

15. Plaintiff Nicholas County Commission, *Nicholas County Commission v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45314

16. Plaintiff County Commission of Putnam County, *County Commission of Putnam County v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45251

17. Plaintiff Raleigh County Commission, *Raleigh County Commission v. CVS Indiana, LLC, et al.,* Case No. 1:18-op-45108

1

18. Plaintiff Wayne County Commission, *Wayne County Commission v. Rite Aid of Maryland, Inc., et al.,* Case No. 1:17-op-45052

19. Plaintiff Wyoming County Commission, *Wyoming County Commission v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:17-op-45051

20. Plaintiff Town of Whitesville, West Virginia, *Town of Whitesville, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-46130

21. Plaintiff City of Milton, West Virginia, *City of Milton, West Virginia       v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45321

22. Plaintiff City of Montgomery, West Virginia, *City of Montgomery, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-46128

23. Plaintiff City of Smithers, West Virginia, *City of Smithers, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45319

24. Plaintiff Town of Gauley Bridge, West Virginia, *Town of Gauley Bridge, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-46278

25. Plaintiff Town of Glenville, West Virginia, *Town of Glenville, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45384

26. Plaintiff Town of Rupert, West Virginia, *Town of Rupert, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45323

27. Plaintiff Town of Rainelle, West Virginia, *Town of Rainelle, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No.1:18-op-45322

28. Plaintiff Town of Quinwood, West Virginia, *Town of Quinwood, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45324

29. Plaintiff City of Charles Town, *City of Charles Town v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:19-op-45250

30. Plaintiff Town of Clendenin, West Virginia, *Town of Clendenin, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-46127

31. Plaintiff City of Dunbar, West Virginia, *City of Dunbar, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45546

32. Plaintiff City of Charleston, West Virginia, *City of Charleston, West Virginia v. Rite Aid of Maryland, Inc., et al.*, Case No. 1:18-op-45224

33. Plaintiff City of St. Albans, West Virginia, *City of St. Albans, West Virginia v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:18-op-45269

34. Plaintiff Mayor Farris Burton on behalf of Town of West Hamlin, *Mayor Farris Burton on behalf of Town of West Hamlin v. Purdue Pharma LP, et al.,* Case No. 1:18-op-45941

35. Plaintiff Mayor David Adkins on behalf of the Town of Hamlin, *Mayor David Adkins on behalf of the Town of Hamlin v. Purdue Pharma LP, et al.*, Case No. 1:18-op-45386

36. Plaintiff City of Logan, *City of Logan       v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:18-op-45317

2

37.  Plaintiff Mayor Raaimie Barker on behalf of Town of Chapmanville, *Mayor Raaimie Barker on behalf of Town of Chapmanville v. West Virginia Board of Pharmacy, et al.*, Case No.  1:17-op-45055

38.  Plaintiff Mayor Reba Honaker on behalf of the City of Welch, *Mayor Reba Honaker on behalf of the City of Welch v. West Virginia Board of Pharmacy, et al.,* Case No. 1:17-op-45065

39.  Plaintiff City of Princeton, West Virginia*, City of Princeton, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-46054

40.  Plaintiff City of Bluefield, West Virginia, *City of Bluefield, West Virginia v. AmerisourceBergen Drug Corporation, et al*., Case No. 1:18-op-45659

41.  Plaintiff Mayor Robert Carlton on behalf of City of Williamson, *Mayor Robert Carlton on behalf of City of Williamson v. West Virginia Board of Pharmacy, et al*., Case No. 1:17-op-45057

42.  Plaintiff Mayor Vivian Livinggood, on behalf of the Town of Gilbert, *Mayor Vivian Livinggood, on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, Inc., et al.*, Case No. 1:17-op-45059

43.  Plaintiff Mayor Charles Sparks on behalf of the Town of Kermit, *Mayor Charles Sparks on behalf of the Town of Kermit v. West Virginia Board of Pharmacy, et al.*, Case No. 1:17-op-45058

44.  Plaintiff Town of Granville, West Virginia, *Town of Granville, West Virginia v. AmerisourceBergen Drug Corporation, et al*., Case No. 1:18-op-45320

45.  Plaintiff City of Summersville, *City of Summersville v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45316

46.  Plaintiff Town of Eleanor, West Virginia, *Town of Eleanor, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45387

47.  Plaintiff City of Winfield, West Virginia, *City of Winfield, West Virginia v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:18-op-45294

48.  Plaintiff City of Hurricane, West Virginia, *City of Hurricane, West Virginia v. AmerisourceBergen Drug Corporation, et al*., Case No. 1:18-op-45293

49.  Plaintiff Town of Sophia, West Virginia, *Town of Sophia, West Virginia v. AmerisourceBergen Drug Corporation, et al,* Case No. 1:18-op-46129

50.  Plaintiff City of Buckhannon, West Virginia, *City of Buckhannon, West Virginia v. McKesson Corporation, et al.*, Case No. 1:18-op-46085

51.  Plaintiff City of Kenova, West Virginia, *City of Kenova, West Virginia v. AmerisourceBergen Drug Corporation, et al,* Case No. 1:18-op-46346

52.  Plaintiff Town of Fort Gay, West Virginia, *Town of Fort Gay, West Virginia v. Rite Aid of Maryland, Inc., et al,* Case No. 1:18-op-45225

53.  Plaintiff City of Parkersburg, West Virginia, *City of Parkersburg, West Virginia v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:18-op-45315

54.  Plaintiff City of Vienna, West Virginia, *City of Vienna, West Virginia v. AmerisourceBergen Drug Corporation, et al*., Case No. 1:19-op-45042

55.  Plaintiff Town of Sutton, West Virginia, *Town of Sutton, West Virginia v. Cardinal Health Inc., et al*., Case No. 1:18-op-45318

56.  Plaintiff Braxton County Commission, West Virginia, *Braxton County Commission, West Virginia v. Cardinal Health Inc.,* et al., Case No. 1:18-op-45313

57.  Plaintiff Gilmer County Commission, *Gilmer County Commission v. Cardinal Health Inc., et al*., Case No. 1:18-op-46131

58.  Plaintiff Pocahontas County Commission, *Pocahontas County Commission v. Purdue Pharmaceutical Products, LP, et al*., Case No. 1:18-op-45443

59.  Plaintiff Summers County Commission, *Summers County Commission v. Rite Aid of Maryland, Inc*., Case No. 1:18-op-45226

60.  Plaintiff Town of Man, West Virginia, *Town of Man, West Virginia          v. AmerisourceBergen Drug Corporation, et al*., Case No. 1:18-op-45385