UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) | MDL 2804 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Case No. 1:17-md-2804 |
| ) | |
| *Track Three Cases:* ) | Judge Dan Aaron Polster |
| ) | |
| *County of Lake, Ohio v.* ) | **ORDER** |
| *Purdue Pharma, L.P., et al.,* ) | |
| *Case No. 18-op-45032* ) | |
| ) | |
| *County of Trumbull, Ohio v.* ) | |
| *Purdue Pharma, L.P., et al.,* ) | |
| *Case No. 18-op-45079* ) | |

On October 5, 2022, Defendants filed a Motion to Stay this Court's Injunction Order. In their supporting brief, Defendants argue that equity favors their stay request because there is no evidence their *current* systems are insufficient to prevent the diversion of Controlled Substances. *Motion to Stay* at 8 (docket no. 4658). They further claim there was no testimony presented at trial demonstrating an injunction is necessary to eliminate any *current* harm (as opposed to harm that allegedly occurred years ago), in light of the policies and procedures that each Defendant has already since put into place. *Id.*

To evaluate these assertions and the merits of Defendants' Motion more carefully, the Court orders each Defendant to submit a brief that carefully goes through each section and paragraph of the Injunctive Order that contains an affirmative requirement[1] and provide the Court with a detailed

---
[1] For example, Section IV, Paragraph A of the Injunction Order requires each Defendant to "designate a Chief Controlled Substance Compliance Officer, or other appropriately titled position, to be a member of the Controlled Substance Compliance Committee (described below in Section VI), and to oversee a Controlled Substance

description of: (a) whether and to what extent the Defendant is already in full or substantial compliance with the requirements of that section and paragraph; and (b) if it is not already in full or substantial compliance, the changes it must make to its current policies, practices, systems, or structures in order to fully comply with each of the terms of the Injunction Order, and how long they expect it will take to do so.

This information must be submitted to the Court no later than Friday, October 14, 2022, at 4:00 p.m.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster  October 7, 2022
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

---

Compliance Department and the Defendant's compliance with this Order. *Injunction Order* at 4 (docket no. 4611-1). Each Defendant's submission should state, for example, whether they have designated such a compliance officer.