UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| *This document relates to:* | Case No. 17-md-2804 |
| All Cases | Hon. Dan Aaron Polster |

**Order Regarding Non-Litigating Defendants**

In April 2022, this Court noted that the major Manufacturer Defendants (J&J, Purdue, Mallinckrodt, Teva, Allergan, and Endo) had all either reached a global settlement, declared bankruptcy, engaged in bellwether litigation, or settled numerous individual cases; and the three largest Distributor Defendants (Cardinal, AmerisourceBergen, and McKesson) had each reached global settlements. *See Order* at 1 (docket no. 4380). Several Pharmacy Defendants (Albertsons, CVS, Giant Eagle, Kroger, Meijer, Publix, Rite Aid, Walgreens, and Walmart) have also been engaged in bellwether litigation. Accordingly, the Court "turn[ed] its attention to some of the remaining Manufacturers and Distributors named in MDL cases" that have not yet engaged in MDL litigation. *Id.*

The Court now continues this approach as follows. To facilitate the efficient adjudication and resolution of MDL cases against other defendants, the Court orders each Defendant Family[1]

---

[1] By "Defendant Families," the Court means all entities that are related. For example, "Ahold Delhaize" includes "family member" defendants Ahold Delhaize USA, Inc.; Ahold U.S.A., Inc.; Food Lion, LLC; Koninklijke Ahold Dehaize N.V.; and any other related defendants.

listed at the end of this Order to file, by November 1, 2022, a status report listing every case *in*

*federal <u>or</u> state court* that states claims against it involving the manufacturing, marketing, sale,

distribution or dispensing of opioids.  The status report should list information for each case using

the following format:

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1 | Blue County, OH v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-12345 | Chris Smith |

This Order applies to the following Defendant Families:

Ahold Delhaize
Alvogen Inc.
American Medical Distributors Inc.
Apotex, Inc.
Associated Pharmacies Inc.
Auburn Pharmaceuticals
Blenheim Pharmacal Inc.
Bloodworth Wholesale Drugs, Inc.
Collegium Pharmaceutical, Inc.
Costco
Dakota Drug, Inc.
Darby Group Companies, Inc.
Ethex Corporation
Eveready Wholesale Drugs Ltd.
GCP Pharma, LLC
Hy-Vee, Inc.
Louisiana Wholesale Drug Co., Inc.
McQuery Bros. Drug Co., LLC

Medtronic f/k/a Covidien
N.C. Mutual Wholesale Drug Co. (a/k/a Mutual Drug)
Pfizer
Pharmacy Buying Association, Inc.
Physicians Total Care, Inc.
Prescription Supply Inc.
Richie Pharmacal Co.
River City Pharma
Sun Pharmaceutical Industries
Supervalu Inc.
Target Corporation
The North Carolina Mutual Wholesale Drug Co.
Thrifty White
Top Rx, LLC
Value Drug Company
Winn-Dixie
Zydus Pharmaceuticals (USA), Inc.

Each Defendant Family listed above shall also submit to plaintiffs' liaison counsel Peter

H. Weinberger a separate status report, under Evid. Rule 408, setting forth: (1) the volume of

dosage units of opioid products manufactured or distributed or dispensed by the Defendant Family, by calendar year, between 2006-2018; and (2) where their opioid products were shipped or distributed to, by calendar year, between 2006-2018.

**IT IS SO ORDERED.**

<u>**/s/ *Dan Aaron Polster***</u>
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** October 7, 2022