UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Listed In Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

### STIPULATION AND [PROPOSED] ORDER
### DISMISSING WITH PREJUDICE CLAIMS
### PURSUANT TO SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

of record for Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and

Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation

(collectively and together with their Released Entities, the "Settling Distributor Defendants"[1]) that,

pursuant to the election of each Dismissing Plaintiff to participate in the Distributors Washington

Settlement Agreement, which was announced on May 3, 2022 and dated as of May 2, 2022 and

amended on August 24, 2022 and September 16, 2022 (a copy of the agreement and subsequent

amendments is attached as Appendix B), which is binding on the Dismissing Plaintiffs and the

Settling Distributor Defendants, and the Effective Date of which shall be the date that the Consent

Judgment is entered, all claims of each Dismissing Plaintiff against any Settling Distributor

---

[1] The Released Entities are each and every entity of any of the Settling Distributor Defendants as set forth in Section I.HHH and Exhibit J of Exhibit H of the Distributors Washington Settlement Agreement, dated as of May 2, 2022 a copy of the agreement is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Settling Distributor Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Settling Distributor Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

Defendants, including any entity identified on the attached Appendix C, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction with respect to the Distributors Washington Settlement Agreement to the extent provided under that Agreement.

Dated October 11, 2022                                   Respectfully submitted,


Agreed as to form and substance:

**PLAINTIFFS:**

**NAPOLI SHKOLNIK PLLC**

*/s/ Shayna E. Sacks*
Shayna E. Sacks
NAPOLI SHKOLNIK PLLC
360 Lexington Ave.
New York, NY 10017
Telephone: (212) 397-1000
ssacks@napolilaw.com

*Counsel for Lewis County*


**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *   /s/ Steve W. Berman*
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Ben M. Harrington (SBN 313877)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

*Attorneys for City of Seattle*

**Goldfarb & Huck Roth Riojas, pllc**

*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104
(huck@goldfarb-huck.com)

925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Phone: (206) 452-0260

*Attorneys for*
*Snohomish County*
*City of Everett*


**KELLER ROHRBACK L.L.P.**

*/s/ Lynn Sarko*
Lynn Sarko
Derek Loeser
David J. Ko
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
lsarko@kellerrorhback.com
dloeser@kellerrohrback.com
dko@kellerrohrback.com

*Counsel for Plaintiffs City of Tacoma, King County,*
*Skagit County, City of Mount Vernon, City of*
*Burlington, City of Sedro-Woolley, Pierce County,*
*Thurston County, Clark County, City of Kent,*
*Clallam County, Spokane County, Whatcom*
*County, Franklin County, Kitsap County, Island*
*County, City of Olympia, Walla Walla County,*
*Kittitas County, Jefferson County, Whitman County,*
*Chelan County, San Juan County, City of*
*Anacortes, City of Lakewood, City of Vancouver,*
*Lincoln County, City of Bainbridge Island, City of*
*Spokane, City of Kirkland, Sedro-Woolley School*
*District, and La Conner School District*

**DEFENDANTS:**

**MCKESSON CORPORATION**

*/s/ Mark H. Lynch*
Mark H. Lynch
Geoffrey E. Hobart
Timothy C. Hester
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
mlynch@cov.com
ghobart@cov.com
thester@cov.com
Telephone: 202-662-6000
*Counsel for McKesson Corporation*

**AMERISOURCEBERGEN CORPORATION**

*/s/Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
*Counsel for AmerisourceBergen Corporation*

**CARDINAL HEALTH, INC.**

*/s/Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000 / tel.
(202) 434-5029/ fax
emainigi@wc.com
*Counsel for Defendant Cardinal Health, Inc.*

**SO ORDERED:**

Dated: _____          _____

                                                 HON. DAN AARON POLSTER