# Appendix A

**APPENDIX A**

**LIST OF MDL PLAINTIFFS AND CASES**

1.  Plaintiff City of Anacortes, *Anacortes (WA), City of, et al. v. Purdue Pharma, L.P., et al.*, Case No.1:19-op-45029-DAP

2.  Plaintiff City of Bainbridge Island, *Bainbridge Island (WA), City of v. Richard S. Sackler, et al.*, Case No.1:19-op-45981-DAP

3.  Plaintiff City of Burlington, *Skagit (WA), County of; et al. v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45173-DAP

4.  Plaintiff County of Chelan, *Chelan (WA), County of v. Purdue Pharma LP, et al.*, Case No.1:18-op-46139-DAP

5.  Plaintiff County of Clallam, *Clallam (WA), County of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45612-DAP

6.  Plaintiff County of Clark, *Clark (WA), County of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45410-DAP

7.  Plaintiff City of Everett, *Everett (WA), City of v. Purdue Pharma L.P., et al.*, Case No.1:17-op-45046-DAP

8.  Plaintiff County of Franklin, *Franklin (WA), County of v. Purdue Pharma L.P., et al.*, Case No.1:18-op-45944-DAP

9.  Plaintiff County of Island, *Island (WA), County of v. Purdue Pharma L.P., et al.*, Case No.1:18-op-45982-DAP

10. Plaintiff County of Jefferson, *Jefferson (WA), County of v. Purdue Pharma L.P., et al.*, Case No.1:18-op-46023-DAP

11. Plaintiff City of Kent, *Kent (WA), City of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45590-DAP

12. Plaintiff County of King, *King (WA), County of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45231-DAP

13. Plaintiff City of Kirkland, *Kirkland (WA), City of v. Endo Health Solutions Inc., et al.*, Case No.1:20-op-45121-DAP

14. Plaintiff County of Kitsap, *Kitsap (WA) County of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45956-DAP

15.     Plaintiff County of Kittitas, *Kittitas (WA) County of v. Purdue Pharma, Inc., et al.*, Case No.1:18-op-46008-DAP

16.     Plaintiff City of Lakewood, *Lakewood (WA), City of v. Purdue Pharma L.P., et al.*, Case No.1:19-op-45221-DAP

17.     Plaintiff County of Lewis, *Lewis (WA), County of v. Purdue Pharma, L.P. et al.*, Case No.1:18-op-46301-DAP

18.     Plaintiff County of Lincoln, *Lincoln (WA), County of v. Richard S. Sackler, et al,.*, Case No.1:19-op-45962-DAP

19.     Plaintiff School District of Mount Vernon, *Skagit (WA), County of; et al. v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45173-DAP

20.     Plaintiff City of Mount Vernon, *Skagit (WA), County of; et al. v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45173-DAP

21.     Plaintiff City of Olympia, *Olympia (WA), City of v. Purdue Pharma L.P., et al.*, Case No.1:18-op-46021-DAP

22.     Plaintiff County of Pierce, *Pierce (WA), County of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45195-DAP

23.     Plaintiff County of San Juan, *San Juan (WA), County of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-46291-DAP

24.     Plaintiff City of Seattle, *Seattle (WA), City of v. McKesson Corp., et al.*, Case No.1:19-op-46086-DAP

25.     Plaintiff City of Sedro-Woolley, *Skagit (WA), County of; et al. v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45173-DAP

26.     Plaintiff Sedro-Woolley School District, *Anacortes (WA), City of, et al. v. Purdue Pharma, L.P., et al.*, Case No.1:19-op-45029-DAP

27.     Plaintiff County of Skagit (WA), *Skagit (WA), County of; et al. v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45173-DAP

28.     Plaintiff County of Snohomish, *Snohomish (WA), County of v. Purdue Pharma L.P., et al.*, Case No.1:19-op-45370-DAP

29.     Plaintiff City of Spokane, *Spokane (WA), City of v. Endo Health Solutions Inc., et al.*, Case No.1:19-op-46092-DAP

30. Plaintiff County of Spokane, *Spokane (WA), County of v. Purdue Pharma L.P., et al.*, Case No.1:18-op-45943-DAP

31. Plaintiff City of Tacoma, *Tacoma (WA), City of v. Purdue Pharma, L.P., et al.*, Case No.1:17-op-45047-DAP

32. Plaintiff La Conner School District, *Skagit (WA), County of; et al. v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45173-DAP

33. Plaintiff County of Thurston, *Thurston (WA), County of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-45409-DAP

34. Plaintiff City of Vancouver, *Vancouver (WA), City of v. Richard Sackler, et al.*, Case No.1:19-op-45908-DAP

35. Plaintiff County of Walla Walla, *Walla Walla (WA), County of v. Purdue Pharma, L.P., et al.*, Case No.1:18-op-46010-DAP

36. Plaintiff County of Whatcom, *Whatcom (WA), County of v. Purdue Pharma L.P., et al.*, Case No.1:18-op-45954-DAP

37. Plaintiff County of Whitman, *Whitman (WA), County of v. Purdue Pharma L.P., et al.*, Case No.1:18-op-46009-DAP