# Appendix C

## Appendix C

## Dismissed Defendants[1]

### ABC

- American Medical Distributors Inc.
- American Medical Distributors, Inc.
- Amerisource Bergen Corporation
- Amerisource Drug Company
- Amerisource Drug Corporation
- Amerisource Health Services Corporation, dba American Health Packaging
- Amerisourcebergen
- AmerisourceBergen Canada Corporation
- AmerisourceBergen Corporation
- Amerisourcebergen Drug
- AmerisourceBergen Drug Corporation
- AmerisourceBergen Services Corporation
- Bellco Drug Corp.
- Bellco Health Corp.
- H.D. Smith
- H.D. Smith Holding Company
- H.D. Smith Holdings LLC
- H.D. Smith Wholesale Drug Co.
- H.D. Smith Wholesale Drug Co. k/n/a H.D. Smith, LLC
- H.D. Smith, LLC
- H.D. Smith, LLC a/k/a H.D. Smith Wholesale Drug Co., LLC
- H.D. Smith, LLC d/b/a H.D. Smith
- H.D. Smith, LLC d/b/a H.D. Smith Wholesale Drug Co.
- H.D. Smith, LLC d/b/a HD Smith, f/k/a H.D. Smith Wholesale Drug Co.
- H.D. Smith,LLC fka H.D. Smith Wholesale Drug Co
- HD Smith Drug Co.
- J.M. Blanco, Inc.
- JM Blanco, Inc.
- MWI Veterinary Supply
- PharMEDium Services LLC
- Valley Wholesale Drug Co.
- Xcenda L.L.C.
- Xcenda, L.L.C.

### Cardinal Health

- Cardinal Health
- Cardinal Health Inc.
- Cardinal Health 100, Inc.
- Cardinal Health 105, Inc.
- Cardinal Health 108, LLC
- Cardinal Health 110, LLC
- Cardinal Health 110, LLC, successor-in-interest of Kinray, Inc.
- Cardinal Health 110, LLC; successor-in-interest of Kinray, LLC
- Cardinal Health 112, LLC
- Cardinal Health 113, LLC
- Cardinal Health 122, LLC
- Cardinal Health 132, LLC
- Cardinal Health 133, Inc.
- Cardinal Health 200, LLC
- Cardinal Health 201, Inc.
- Cardinal Health 201, LLC
- Cardinal Health 414, LLC
- Cardinal Health 5, LLC
- Cardinal Health 6, Inc.
- Cardinal Health P.R. 120, Inc.
- Cardinal Health Pharmacy Services, LLC
- Cardinal Health Technologies, LLC
- Cedardale Distributors LLC d/b/a Gen-Source RX
- Kinray, LLC
- ParMed Pharmaceuticals, LLC
- The Harvard Drug Group, LLC
- Harvard Drug Group - MI

---

[1] Certain defendants affiliated with Distributor Defendants that were sued were identified with names that are not the correct legal name of any existing entity. Those improperly captioned defendants are included in this Appendix for the sole purpose of effectuating their dismissal from these actions.

Appendix C
1

## McKesson

- HealthMart Systems, Inc.
- Masters Drug Company, Inc.
- McKesson Canada Corporation
- McKesson Corporation
- McKesson Corporation d/b/a McKesson Drug Company
- McKesson Drug Company, LLC
- McKesson Medical-Surgical Inc.
- McKesson Medical-Surgical Minnesota Supply Inc.
- McKesson Specialty Care Distribution Corporation
- McKesson Specialty Distribution, LLC
- McQueary Brothers Drug Co.
- McQueary Brothers Drug Company, LLC
- PSS World Medical Inc.