UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO.: 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: | JUDGE POLSTER |
| *"The County Commission of Lincoln County" (No. 1:17-op-45060)* | |
| *"Town of Gilbert" (No. 1:17-op-45059)* | |
| *"Town of Kermit" (No. 1:17-op-45058)* | |
| *"City of Williamson" (No. 1:17-op-45057)* | |
| *"City of Welch" (No. 1:17-op-45065)* | |
| *"The County Commission of Mercer County" (No. 1:17-op-45064)* | |
| *"Town of Chapmanville" (No. 1:17-op-45055)* | |
| *"Town of Hamlin" (No. 1:18-op-45386)* | |
| *"Town of West Hamlin" (No. 1:18-op-45941)* | |
| *"County Commission of Mingo County" (No. 1:18-op-45940)* | |

**PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT WEST VIRGINIA BOARD OF PHARMACY**

Pursuant to Rule 41(a)(1) Fed.R.Civ.P., the Plaintiffs hereby dismisses, with prejudice, defendant WEST VIRGINIA BOARD of PHARMACY from their cases, including all claims asserted against them, with each party to bear its own fees and costs. This dismissal does not pertain to any other defendants or claims.

By: *James Young*
——————————————

James Young *(Pro Hac Vice)*
Florida Bar No. 567507
jyoung@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
501 Riverside Ave, Suite 1200
Jacksonville, FL 32202
(904) 398-2722

H. Truman Chafin (WV BAR NO. 684)
Letitia N. Chafin (WV BAR NO. 7207)
**THE CHAFIN LAW FIRM, PLLC**
P.O. Box 1799
Williamson, WV 25661
Phone: 304-235-2221
Fax: 304-235-2777
Email: truman@thechafinlawfirm.com
Email: tish@thechafinlawfirm.com

Mark E. Troy, Esq. (WV BAR NO. 6678)
**Troy Law Firm, PLLC**
222 Capitol Street, Suite 200A
Charleston, WV 25301
Email: mark@troylawwv.com
Phone 304-345-1122

Harry F. Bell, Jr., Esq. (WV BAR NO. 297)
**THE BELL LAW FIRM, PLLC**
P.O. Box 1723
30 Capitol St.
Charleston, WV 25326-1723
Email: hfbell@belllaw.com
Phone: 304-345-1700

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of records by, and may be obtained through, the Court CM/ECF system.

By: *James Young*
James Young *(Pro Hac Vice)*
Florida Bar No. 567507
jyoung@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
501 Riverside Ave, Suite 1200
Jacksonville, FL 32202
(904) 398-2722