# Appendix A

**APPENDIX A**

**LIST OF MDL PLAINTIFFS AND CASES**

1.  Plaintiff City of Ada, *City of Ada v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45400-DAP (N.D. Ohio)

2.  Plaintiff City of Altus, *City of Altus v. Cephalon, Inc., et al.*, No. 1:21-op-45046-DAP (N.D. Ohio)

3.  Plaintiff City of Anadarko, *City of Anadarko v. Purdue Pharma L.P., et al.*, No. 1:29-op-45022-DAP (N.D. Ohio)

4.  Plaintiff Bd. of Cty. Comm'rs of Atoka Cty., *Bd. of Cty. Comm'rs of Atoka Cty. v. Purdue Pharma L.P., et al.*, No. 1:20-op-45001-DAP (N.D. Ohio)

5.  Plaintiff Bd. of Cty. Comm'rs of Beckham Cty., *Bd. of Cty. Comm'rs of Beckham Cty. v. Cephalon, Inc., et al.*, No. 1:20-op-45146-DAP (N.D. Ohio)

6.  Plaintiff City of Bethany, *City of Bethany v. Purdue Pharma L.P., et al.,* No. 1:19-op-46148-DAP (N.D. Ohio)

7.  Plaintiff City of Broken Arrow, *City of Broken Arrow v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45415-DAP (N.D. Ohio)

8.  Plaintiff Bd. of Cty. Comm'rs of Caddo Cty., *Bd. of Cty. Comm'rs of Caddo Cty v. Purdue Pharma L.P., et al.,* No. 1:19-op-46156-DAP (N.D. Ohio)

9.  Plaintiff Bd. of Cty. Comm'rs of Choctaw Cty., *Bd. of Cty. Comm'rs of Choctaw Cty v. Purdue Pharma L.P., et al.,* No. 1:20-op-45257-DAP (N.D. Ohio)

10. Plaintiff Bd. of Cty. Comm'rs of Cimarron Cty., *Bd. of Cty. Comm'rs of Cimarron Cty. v. Purdue Pharma L.P., et al.*, No. 1:20-op-45021-DAP (N.D. Ohio)

11. Plaintiff Bd. of Cty. Comm'rs of Cleveland Cty., *Bd. of Cty. Comm'rs of Cleveland Cty. v. Cephalon, Inc., et al.*, No. 1:20-op-45009-DAP (N.D. Ohio)

12. Plaintiff Bd. of Cty. Comm'rs of Coal Cty., *Bd. of Cty. Comm'rs of Coal Cty. v. Purdue Pharma L.P., et al.*, No. 1:20-op-45149-DAP (N.D. Ohio)

13. Plaintiff Bd. of Cty. Comm'rs of Comanche Cty., *Bd. of Cty. Comm'rs of Comanche Cty. v. Cephalon, Inc., et al.*, No. 1:20-op-451880-DAP (N.D. Ohio)

14. Plaintiff Cty. Comm'n of Craig County, Okla., *Cty. Comm'n of Craig County, Okla. v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45652-DAP (N.D. Ohio)

15. Plaintiff Cty. Comm'n of Creek Cty., Okla., *Cty. Comm'n of Creek Cty., Okla. v. Purdue Pharma L.P., et al.*, No. 1:19-op-45226-DAP (N.D. Ohio)

16. Plaintiff Bd. of Cty. Comm'rs of Custer Cty., *Bd. of Cty. Comm'rs of Custer Cty. v. Cephalon, Inc.*, No. 1:20-op-45182-DAP (N.D. Ohio)

17. Plaintiff Bd. of Cty. Comm'rs of Delaware Cty.,*Bd. of Cty. Comm'rs of Delaware Cty. v. Purde Pharma L.P., et al.*, No. 1:18-op-46321-DAP (N.D. Ohio)

18. Plaintiff Bd. of Cty. Comm'rs of Dewey Cty., *Bd. of Cty. Comm'rs of Dewey Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-45801-DAP (N.D. Ohio)

19. Plaintiff City of Edmond, *City of Edmond v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45496-DAP (N.D. Ohio)

20. Plaintiff City of El Reno, *City of El Reno v. Cephalon, Inc., et al.*, No. 1:20-op-45262-DAP (N.D. Ohio)

21. Plaintiff City of Elk City, *City of Elk City v. Cephalon, Inc., et al.*, No. 1:21-op-45017-DAP (N.D. Ohio)

22. Plaintiff City of  Enid, *City of  Enid v. Purdue Pharma L.P., et al.*, No. 1:19-op-45717-DAP (N.D. Ohio)

23. Plaintiff Bd. of Cty. Comm'rs of Garvin Cty., *Bd. of Cty. Comm'rs of Garvin Cty. v. Purde Pharma L.P., et al.*, No. 1:18-op-46304-DAP (N.D. Ohio)

24. Plaintiff Bd. of Cty. Comm'rs of Grady Cty.,*Bd. of Cty. Comm'rs of Grady Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-46167-DAP (N.D. Ohio)

25. Plaintiff Bd. of Cty. Comm'rs of Greer Cty., *Bd. of Cty. Comm'rs of Greer Cty. v. Purdue Pharma L.P.*, et al., No. 1:20-op-45256-DAP (N.D. Ohio)

26. Plaintiff City of Guthrie, *City of Guthrie v. Purdue Pharma L.P., et al*., No. 1:19-op-45497-DAP (N.D. Ohio)

27. Plaintiff Bd. of Cty. Comm'rs of Harmon Cty., Bd. of Cty. Comm'rs of Harmon Cty. v. Cephalon, Inc., et al., No. 1:20-op-45388 (N.D. Ohio)

28. Plaintiff Bd. of Cty. Comm'rs of Harper Cty.,*Bd. of Cty. Comm'rs of Harper Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-45757-DAP (N.D. Ohio)

29. Plaintiff Bd. of Cty. Comm'rs of Haskell Cty, *Bd. of Cty. Comm'rs of Haskell Cty v. Purdue Pharma L.P., et al.*, No. 1:20-op-45002-DAP (N.D. Ohio)

30. Plaintiff Bd. of Cty. Comm'rs of Hughes Cty., *Bd. of Cty. Comm'rs of Hughes Cty. v. Purdue Pharma L.P., et al.*, No. 1:20-op-45258-DAP (N.D. Ohio)

31. Plaintiff Bd. of Cty. Comm'rs of Jackson Cty., *Bd. of Cty. Comm'rs of Jackson Cty. v. Purdue Pharma L.P., et al.*, No. 1:20-op-45126-DAP (N.D. Ohio)

32. Plaintiff Bd. of Cty. Comm'rs of Jefferson Cty., *Bd. of Cty. Comm'rs of Jefferson Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-46170-DAP (N.D. Ohio)

33. Plaintiff City of Jenks, *City of Jenks v. Purdue Pharma L.P., et al.*, No. 1:19-op-45858-DAP (N.D. Ohio)

34. Plaintiff Bd. of Cty. Comm'rs of Johnston Cty., *Bd. of Cty. Comm'rs of Johnston Cty. v. Purdue Pharma L.P., et al*., No. 1:19-op-45765-DAP (N.D. Ohio)

35. Plaintiff Bd. of Cty. Comm'rs of Kay Cty., *Bd. of Cty. Comm'rs of Kay Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-45689-DAP (N.D. Ohio)

36.   Plaintiff Bd. of Cty. Comm'rs of Kiowa Cty., *Bd. of Cty. Comm'rs of Kiowa Cty.* v. Purdue Pharma L.P., et al., No. 1:19-op-45755-DAP (N.D. Ohio)

37.   Plaintiff Bd. of Cty. Comm'rs of Latimer Cty., *Bd. of Cty. Comm'rs of Latimer Cty.* v. Purdue Pharma L.P., et al., No. 1:20-op-45003-DAP (N.D. Ohio)

38.   Plaintiff City of Lawton, *City of Lawton v. Purdue Pharma L.P., et al.,* No. 1:19-op-45500-DAP (N.D. Ohio)

39.   Plaintiff Bd. of Cty. Comm'rs of Le Flore Cty., *Bd. of Cty. Comm'rs of Le Flore Cty.* v. Purdue Pharma L.P., et al., No. 1:20-op-45067-DAP (N.D. Ohio)

40.   Plaintiff Bd. of Cty. Comm'rs of Lincoln Cty., *Bd. of Cty. Comm'rs of Lincoln Cty.* v. Purdue Pharma L.P., et al., No. 1:20-op-45128-DAP (N.D. Ohio)

41.   Plaintiff Bd. of Cty. Comm'rs of Logan Cty., *Bd. of Cty. Comm'rs of Logan Cty.* v. Purdue Pharma L.P., et al., No. 1:20-op-45048-DAP (N.D. Ohio)

42.   Plaintiff Bd. of Cty. Comm'rs of Love Cty., *Bd. of Cty. Comm'rs of Love Cty.* v. Purdue Pharma L.P., et al., No. 1:20-op-45000-DAP (N.D. Ohio)

43.   Plaintiff Bd. of Cty. Comm'rs of Major Cty., *Bd. of Cty. Comm'rs of Major Cty.* v. Purdue Pharma L.P., et al., No. 1:19-op-45990-DAP (N.D. Ohio)

44.   Plaintiff Cty. Comm'n of Mayes Cty., Okla., *Cty. Comm'n of Mayes Cty., Okla.* v. Purdue Pharma, L.P., et al., No. 1:19-op-45227-DAP (N.D. Ohio)

45.   Plaintiff Bd. of Cty. Comm'rs of McClain Cty., *Bd. of Cty. Comm'rs of McClain Cty.* v. Purde Pharma L.P., et al., No. 1:18-op-46303-DAP (N.D. Ohio)

46.   Plaintiff Bd. of Cty. Comm'rs of McCurtain Cty., *Bd. of Cty. Comm'rs of McCurtain Cty.* v. Purdue Pharma L.P., et al., No. 1:20-op-45259-DAP (N.D. Ohio)

47.   Plaintiff City of Midwest City, *City of Midwest City* v. Purdue Pharma L.P., et al., No. 1:19-op-45709-DAP (N.D. Ohio)

48.   Plaintiff City of Muskogee, *City of Muskogee* v. Cephalon, Inc., et al., No. 1:20-op-45162-DAP (N.D. Ohio)

49.   Plaintiff Bd. of Cty. Comm'rs of Muskogee Cty., *Bd. of Cty. Comm'rs of Muskogee Cty.* v. Cephalon, Inc., et al., No. 1:20-op-45155-DAP (N.D. Ohio)

50.   Plaintiff City of Mustang, *City of Mustang* v. Purdue Pharma L.P., et al., No. 1:19-op-45708-DAP (N.D. Ohio)

51.   Plaintiff Bd. of Cty. Comm'rs of Noble Cty., *Bd. of Cty. Comm'rs of Noble Cty.* v. Purdue Pharma L.P., et al., No. 1:20-op-45129-DAP (N.D. Ohio)

52.   Plaintiff Cty. Comm'n of Nowata Cty., Okla., *Cty. Comm'n of Nowata Cty., Okla.* v. Purdue Pharma, L.P., et al., No. 1:19-op-45225-DAP (N.D. Ohio)

53. Plaintiff Bd. of Cty. Comm'rs of Okfuskee Cty., State of Okla., *Bd. of Cty. Comm'rs of Okfuskee Cty., State of Okla.* v. Purdue Pharma L.P., et al., No. 1:20-op-45005-DAP (N.D. Ohio)

54. Plaintiff City of Okla. City, *City of Okla. City* v. Purdue Pharma L.P., et al., No. 1:19-op-45498-DAP (N.D. Ohio)

55. Plaintiff Bd. of Cty. Comm'rs of Okla. Cty., *Bd. of Cty. Comm'rs of Okla. Cty.* v. McKesson Corp., et al., No. 1:20-op-45056-DAP (N.D. Ohio)

56. Plaintiff Cty. Comm'n of Okmulgee Cty., Okla., *Cty. Comm'n of Okmulgee Cty., Okla.* v. Purdue Pharma, L.P., et al., No. 1:19-op-45223-DAP (N.D. Ohio)

57. Plaintiff Bd. of Cty. Comm'rs of Osage Cty., *Bd. of Cty. Comm'rs of Osage Cty.* v. Purdue Pharma L.P., et al., No. 1:18-op-46322-DAP (N.D. Ohio)

58. Plaintiff Bd. of Cty. Comm'rs of Ottawa Cty., *Bd. of Cty. Comm'rs of Ottawa Cty.* v. Purdue Pharma L.P., et al., No. 1:18-op-46323-DAP (N.D. Ohio)

59. Plaintiff City of Owasso, *City of Owasso* v. Purdue Pharma L.P., et al., No. 1:19-op-45718-DAP (N.D. Ohio)

60. Plaintiff Bd. of Cty. Comm'rs of Pawnee Cty., *Bd. of Cty. Comm'rs of Pawnee Cty.* v. Purdue Pharma L.P., et al., No. 1:18-op-46320-DAP (N.D. Ohio)

61. Plaintiff Cty. Comm'n of Payne Cty., Okla., *Cty. Comm'n of Payne Cty., Okla.* v. Purdue Pharma, L.P., et al., No. 1:19-op-45653-DAP (N.D. Ohio)

62. Plaintiff Bd. of Cty. Comm'rs of Pittsburg Cty., *Bd. of Cty. Comm'rs of Pittsburg Cty.* v. Purdue Pharma L.P., et al., No. 1:19-op-45711-DAP (N.D. Ohio)

63. Plaintiff City of Ponca City, *City of Ponca City v. Purdue Pharma L.P., et al.,* No. 1:19-op-45495-DAP (N.D. Ohio)

64. Plaintiff Bd. of Cty. Comm'rs of Pottawatomie Cty., *Bd. of Cty. Comm'rs of Pottawatomie Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-45988-DAP (N.D. Ohio)

65. Plaintiff Plaintiff Bd. of Cty. Comm'rs of Roger Mills Cty., *Bd. of Cty. Comm'rs of Roger Mills Cty. v. Cephalon, Inc., et al.,* No. 1:20-op-45183-DAP (N.D. Ohio)

66. Plaintiff Cty. Comm'n of Rogers Cty., Okla., *Cty. Comm'n of Rogers Cty., Okla. v. Purdue Pharma, L.P., et al.*, No. 1:19-op-45224-DAP (N.D. Ohio)

67. Plaintiff City of Seminole, *City of Seminole* v. Purdue Pharma L.P., et al., No. 1:20-op-45004-DAP (N.D. Ohio)

68. Plaintiff Bd. of Cty. Comm'rs of Seminole Cty., *Bd. of Cty. Comm'rs of Seminole Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-45260-DAP (N.D. Ohio)

69. Plaintiff City of Shawnee, *City of Shawnee v. Purdue Pharma L.P., et al.*, No. 1:19-op-46155-DAP (N.D. Ohio)

70.     Plaintiff Bd. of Cty. Commr's of Stephens Cty., *Bd. of Cty. Commr's of Stephens Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-45756-DAP (N.D. Ohio)

71.     Plaintiff City of Stillwater, *City of Stillwater v. Cephalon, Inc., et al.*, No. 1:21-op-45045-DAP (N.D. Ohio)

72.     Plaintiff Bd. of Cty. Comm'rs of Texas Cty., *Bd. of Cty. Comm'rs of Texas Cty. v. Purdue Pharma L.P., et al..*, No. 1:20-op-45061-DAP (N.D. Ohio)

73.     Plaintiff Bd. of Cty. Comm'rs of Tillman Cty., *Bd. of Cty. Comm'rs of Tillman Cty. v. Cephalon, Inc., et al.*, No. 1:20-op-45185-DAP (N.D. Ohio)

74.     Plaintiff City of Tulsa, *City of Tulsa v. Cephalon, Inc., et al.*, 1:21-op-45024-DAP (N.D. Ohio.)

75.     Plaintiff Bd. of Cty. Comm'rs of the Cty of Tulsa., State of Okla., *Bd. of Cty. Comm'rs of the Cty of Tulsa., State of Okla.* v. Purdue Pharma L.P., et al., No. 1:19-op-45352-DAP (N.D. Ohio.)

76.     Plaintiff Cty. Comm'n of Washington Cty., Okla., *Cty. Comm'n of Washington Cty., Okla.* v. Purdue Pharma, L.P., et al., No. 1:19-op-45222-DAP (N.D. Ohio)

77.     Plaintiff Bd. of Cty. Comm'rs of Woods Cty., *Bd. of Cty. Comm'rs of Woods Cty. v. Purdue Pharma L.P., et al.*, No. 1:19-op-45987-DAP (N.D. Ohio)

78.     Plaintiff Bd. of Cty. Comm'rs of Woodward Cty., *Bd. of Cty. Comm'rs of Woodward Cty. v. Purdue Pharma L.P., et al.*, No. 1:20-op-45141-DAP (N.D. Ohio)

79.     Plaintiff City of Yukon, *City of Yukon v. Purdue Pharma L.P., et al.*, No. 1:19-op-45716-DAP (N.D. Ohio)