# EXHIBIT B

# **WALGREENS**

Pursuant to the Court's October 7, 2022 Order (Dkt. 4669), Walgreen Co. ("Walgreens") provides the following information about the extent to which it is already in full or substantial compliance with the provisions of the Court's Injunction Order (Dkt. 4611) that contain affirmative requirements. To the extent that technology solutions are noted below as in development, Walgreens expects them to be functional by the end of the implementation period provided by Injunction Order ¶ I.A or shortly thereafter.

| Paragraph of the Injunction Order | Walgreens Has Programs, Systems, Policies, and Procedures that Meet the Requirements of This Paragraph for Lake County, OH and Trumbull County, OH |
|---|---|
| I.C.1 | Yes. |
| I.C.2 | Yes. |
| I.C.4 | Yes.* |
| I.D.1 | Yes. |
| I.D.5 | Yes. |
| IV.A | Yes. |
| IV.B | Yes. |
| IV.C | Yes.* |
| IV.D | Yes. |
| IV.E | Yes, with the qualification that a technology solution for anonymous reporting by email or otherwise through the internet is in development. |
| V.A | Yes. |
| V.B | Yes. |
| V.C | Yes. |
| VI.A | Yes. |
| VI.B | Yes. |
| VI.C | Yes. |
| VI.D | Yes. |
| VI.E | Yes. |
| VII.A | Yes. |
| VII.B | Yes. |

| | |
|---|---|
| VII.C | Yes. |
| VII.D | Yes. |
| VII.E | Yes. |
| VIII.A | Yes. |
| VIII.B | Yes. |
| VIII.C | Yes. |
| VIII.D | Yes. |
| VIII.E | Yes. |
| VIII.F | Yes. |
| VIII.G | Yes. |
| IX.A | Yes. |
| IX.B | Yes. |
| IX.C | Yes. |
| X.A | Yes. |
| X.B | Yes.** |
| XI.A | Yes. |
| XI.B | Yes. |
| XI.C | Yes. |
| XI.D | Yes. |
| XII.A | Yes. |
| XII.B | Yes, with the qualification that Walgreens does not interpret this paragraph to require maintaining cost information while Walgreens continues to offer safe disposal products to patients for free. |
| XIII.A | Yes. |
| XIII.B | Walgreens has not been approached by the State of Ohio or either of the Counties about an agreement described in this paragraph, but Walgreens is willing to work with the State or the Counties on a program like the one described in this paragraph. |
| XIV | Yes. |
| XV | Yes, with the qualification that technology solutions for automated reporting to law enforcement, tracking of reports, and broader database access are in development. |

2

| XVII.A-D | If the Injunction Order is not stayed, Walgreens could meet the requirements of these paragraphs. |
|---|---|
| XVII.E-G | Yes.** |
| XVIII | Yes. |

\* The information-sharing provisions of these paragraphs would apply only if the Court does not stay the Injunction Order. In that event, Walgreens could provide copies to the Administrator or the Counties, as applicable.

\*\* The information-sharing provisions of these paragraphs would apply only if the Court does not stay in the Injunction Order. In that event, Walgreens could provide the information described in these paragraphs on the terms set forth in these paragraphs, subject to measures sufficient to protect the confidentiality of personal, sensitive, or otherwise confidential information and to protect Walgreens from actions by prescribers, patients, or others, including indemnification.