# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases* | MDL NO. 2804<br><br>Case No. 1:17-MD-2804<br><br>**Honorable Dan Aaron Polster** |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to N.D. Ohio Civ. R. 83.9, Sun Pharmaceutical Industries, Inc. ("Sun"), hereby provides notice that Ralph C. Surman, Jr. of Troutman Pepper Hamilton Sanders LLP, is substituted as counsel in place of Suzanne F. Mack, in the above-captioned matter. Christopher W. Wasson and Michael G. Connelly of Troutman Pepper Hamilton Sanders LLP remain as co-counsel for Sun.

Dated: October 18, 2022                    Respectfully submitted,

                                           TROUTMAN PEPPER HAMILTON
                                            SANDERS LLP

                                           */s/ Christopher W. Wasson*
                                           */s/ Michael G. Connelly*
                                           */s/ Ralph C. Surman, Jr.*
                                           Christopher W. Wasson (PA Bar No. 63551)
                                           3000 Two Logan Square
                                           Eighteenth & Arch Streets
                                           Philadelphia, PA  19103-2799
                                           215.981.4000
                                           christopher.wasson@troutman.com

                                           Michael G. Connelly (PA Bar No. 79991)
                                           Ralph C. Surman, Jr. (PA Bar No. 321517)
                                           501 Grant Street, Suite 300
                                           Union Trust Building
                                           Pittsburgh, PA  15219-4429
                                           (412) 454-5810
                                           ralph.surman@troutman.com

                                           Counsel for Defendant
                                           *Sun Pharmaceutical Industries, Inc.*