# APPENDIX A

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Belknap County | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:19-op-45705 |
| Belmont Town | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:19-op-45707 |
| Berlin City | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:18-op-46040 |
| Board of Education of Goshen School District | New Hampshire | /s/ Mehri & Dkalet, PLLC | Mehri & Dkalet, PLLC | NDOH | 1:20-op-45281 |
| Board of Education of Kearsarge Regional School Unit – School Administrative Unit 65 | New Hampshire | /s/ Mehri & Dkalet, PLLC | Mehri & Dkalet, PLLC | NDOH | 1:20-op-45281 |
| Board of Education of Lebanon School District | New Hampshire | /s/ Mehri & Dkalet, PLLC | Mehri & Dkalet, PLLC | NDOH | 1:20-op-45281 |
| Board of Education of Pittsfield School District | New Hampshire | /s/ Mehri & Dkalet, PLLC | Mehri & Dkalet, PLLC | NDOH | 1:20-op-45281 |
| Board of Education of Tamworth School District | New Hampshire | /s/ Mehri & Dkalet, PLLC | Mehri & Dkalet, PLLC | NDOH | 1:20-op-45281 |
| Carroll County | New Hampshire | /s/ Bonsignore LLC | Bonsignore LLC | NDOH | 1:19-op-46137 |
| Cheshire County | New Hampshire | /s/ Bonsignore LLC | Bonsignore, LLC | NDOH | 1:19-op-45706 |
| Claremont City | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:19-op-45690 |
| Concord City | New Hampshire | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:18-45573-DAP |
| Coos County | New Hampshire | /s/ Bonsignore LLC | Bonsignore LLC | NDOH | 1:19-op-46136 |
| Derry Town | New Hampshire | /s/ Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey P.A. | Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey P.A. | NDOH | 1:18-op-45582-DAP |
| Dover City | New Hampshire | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:18-45573-DAP |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Franklin City | New Hampshire | /s/ Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey P.A. | Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey P.A. | NDOH | 1:18-op-45728-DAP |
| Grafton County | New Hampshire | /s/ Bonsignore LLC | Bonsignore LLC | NDOH | 1:19-op-45691 |
| Hillsborough County | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:18-op-46353 |
| Keene City | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:18-op-45511-DAP |
| Laconia City | New Hampshire | /s/ Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey P.A. | Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey P.A. | NDOH | 1:18-op-45583-DAP |
| Londonderry Town | New Hampshire | /s/ Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey P.A. | Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey P.A. | NDOH | 1:18-op-45727-DAP |
| Manchester City | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:17-op-45163-DAP |
| Merrimack County | New Hampshire | /s/ Andrus Anderson LLP | Andrus Anderson LLP | NDOH | 1:18-op-46106 |
| Nashua City | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:18-op-45062-DAP |
| Rochester City | New Hampshire | /s/ Andrus Anderson LLP | Andrus Anderson LLP | NDOH | 1:18-op-46106 |
| Rockingham County | New Hampshire | /s/ Bonsignore LLC | Bonsignore LLC | NDOH | 1:19-op-45703 |
| Strafford County | New Hampshire | /s/ Bonsignore LLC | Bonsignore LLC | NDOH | 1:19-op-45689 |
| Sullivan County | New Hampshire | /s/ Napoli Skholnik PLLC | Napoli Skholnik PLLC | NDOH | 1:19-op-45704 |