UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  )<br>)<br>THIS DOCUMENT RELATES TO:  )<br>)<br>*The Montgomery County Board of County Commissioners et al v. Cardinal Health, Inc., et al*  )<br>Case No. 1:18-op-46326  ) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**<u>ORDER</u>** |

  Before the Court is Defendants' objection to the Special Master's discovery order setting four-hour time limits for deposing Plaintiffs' experts Joseph Rannazzisi and Carmen Catizone. Docket nos. 4631, 4667. Plaintiffs filed an opposition to Defendants' objection. Docket no. 4678. The Court rules as follows: the time limits for Rannazzisi's and Catizone's depositions shall be increased to six hours, one hour less than the seven hours requested by Defendants. The two additional hours shall be dedicated to questioning from the new defendants in Track Seven, Kroger and Meijer, who have not previously participated in expert discovery. This allocation provides one hour of additional deposition time for each new defendant.

  Defendants Walgreens, CVS, and Walmart have previously deposed both Rannazzisi and Catizone in other bellwether tracks. The four hours allowed by the Special Master is sufficient for these three Defendants to address the evidentiary issues specific to Track Seven.

  **IT IS SO ORDERED.**

                  /s/ Dan Aaron Polster  October 21, 2022
                  **DAN AARON POLSTER**
                  **UNITED STATES DISTRICT JUDGE**