# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>) | MDL 2804 |
| *This document relates to:* )<br>) | Case No. 1:17-md-2804 |
| *All cases identified in Exhibit A* )<br>)<br>)<br>)<br>) | Hon. Dan Aaron Polster |

**MOTION FOR LEAVE TO FILE ALLERGAN DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING NEW YORK SUBDIVISIONS AS BARRED BY STATUTE**

In compliance with Case Management Order One (Dkt. No. 232), Allergan Finance, LLC (f/k/a Actavis, Inc., which in turn, was f/k/a Watson Pharmaceuticals, Inc.), Allergan Limited (f/k/a Allergan plc, which in turn, was f/k/a Actavis plc), Allergan Sales, LLC, and Allergan USA, Inc. (collectively, "Allergan" or "Allergan Defendants") move this Court for leave to file their Motion To Dismiss Claims Filed By Non-Participating New York Subdivisions As Barred By Statute (the "Motion").  A copy of the Motion is attached hereto as Exhibit 1.  The Motion seeks dismissal of claims brought by certain New York government entities on the basis that such claims are statutorily barred by New York Mental Hygiene Law § 25.18(d), and in accordance with a statewide settlement agreement reached between Allergan and the New York Attorney General. On June 21, 2022, this Court granted a similar motion to dismiss filed by Settling Distributor Defendants, and on August 9, 2022 this Court granted a similar motion by the Janssen Defendants.

1

Dated:  October 21, 2022						Respectfully submitted,

							*/s/ Rebecca Fitzpatrick*

							Rebecca Fitzpatrick
							KIRKLAND & ELLIS LLP
							300 North LaSalle
							Chicago, IL 60654
							(312) 862-2000
							rebecca.fitzpatrick@kirkland.com

							*Counsel for Allergan Finance, LLC, Allergan Limited, Allergan Sales, LLC, and Allergan USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I caused **MOTION FOR LEAVE TO FILE ALLERGAN DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING NEW YORK SUBDIVISIONS AS BARRED BY STATUTE** to be served on counsel of record via the CM/ECF system.

*/s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick