# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *"All Cases"* | ) ) ) ) ) | SPECIAL MASTER COHEN  **REPORT REGARDING SPREADSHEET OF DEFENDANTS** |

This Court earlier entered an Order directing certain "Non-Litigating Defendants" to file a status report providing certain information, including a listing of every state and federal case that named them or their "family members." *See* Order at 2-4 (docket no. 4670). The Court's information technology department has since had some success mining *some* of this information from the Court's docket. Non-Litigating Defendants may download an Excel spreadsheet containing this mined information at the following internet address:

https://www.dropbox.com/sh/pnsgm676u1hulph/AAAewuoiSm2LIJF-mCdbwUZAa?dl=0

For the parties' convenience, the Court notes that: (1) the spreadsheet has two tabs, one simply listing case counts for each defendant, and one listing all MDL case numbers for each defendant; and (2) defendants are listed according to how they were named in plaintiffs' complaints,

so the listings may include mis-spellings and do not aggregate defendants by family.[1]

    **RESPECTFULLY SUBMITTED,**

                                                    */s/ David R. Cohen*
                                                    **David R. Cohen**
                                                    **Special Master**

**Dated:** October 22, 2022

---

[1] Thus, for example, there are separate listings for "Apotex Corp.", "Apotex Corporation", and "Apotex, Inc."  The spreadsheet entries may be searched and sorted by name.