# Exhibit A

| Case Name | Case Number | Date Filed |
|---|---|---|
| Bellmore Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46034 | 11/20/2019 |
| Board of Education of Thornton Township High Schools, District 205, et al. v. Purdue Pharma L.P., et al.[1] | 1:20-op-45281 | 12/16/2020 |
| Centereach Fire District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46100 | 12/3/2019 |
| Centerport Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46107 | 12/4/2019 |
| City of Long Beach, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46005 | 11/13/2019 |
| East Hampton Village, New York v. McKesson Corporation, et al. | 1:19-op-46040 | 11/20/2019 |
| Erie County Medical Center Corporation, et al. v. Teva Pharmaceuticals USA, Inc., et al.[2] | 1:21-op-45116 | 5/11/2021 |
| Friendship Engine & Hose Company, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46078 | 11/22/2019 |
| Hauppauge Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46108 | 12/4/2019 |
| Hicksville Water District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:20-op-45072 | 2/10/2020 |
| Incorporated Village of Babylon, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46062 | 11/21/2019 |
| Incorporated Village of East Rockaway, New York v. McKesson Corporation, et al. | 1:19-op-45999 | 11/11/2019 |
| Incorporated Village of Farmingdale, New York v. McKesson Corporation, et al. | 1:19-op-46037 | 11/20/2019 |
| Incorporated Village of Floral Park, New York v. McKesson Corporation, et al. | 1:19-op-46000 | 11/11/2019 |

---

[1] *Board of Education of Thornton Township High Schools, District 205* is a multi-plaintiff case filed by plaintiffs from multiple states. Through this Motion, Allergan only seeks dismissal of the claims brought by plaintiff Board of Education of Rochester City School District, which is a New York government entity subject to the statutory bar.

[2] *Erie County Medical Center Corporation* is a multi-plaintiff case. Through this Motion, Allergan only seeks dismissal of the claims brought by plaintiff Erie County Medical Center Corporation.

| Case Name | Case Number | Date Filed |
|---|---|---|
| Incorporated Village of Garden City, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-45902 | 10/22/2019 |
| Incorporated Village of Hempstead, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46026 | 11/18/2019 |
| Incorporated Village of Island Park v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-45903 | 10/22/2019 |
| Incorporated Village of Islandia, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-45954 | 10/29/2019 |
| Incorporated Village of Lake Grove, New York v. McKesson Corporation, et al. | 1:19-op-46032 | 11/20/2019 |
| Incorporated Village of Lawrence, New York v. McKesson Corporation, et al. | 1:19-op-45992 | 11/6/2019 |
| Incorporated Village of Lindenhurst, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46064 | 11/21/2019 |
| Incorporated Village of Lloyd Harbor, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46052 | 11/21/2019 |
| Incorporated Village of Lynbrook, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46009 | 11/15/2019 |
| Incorporated Village of Massapequa Park, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46024 | 11/18/2019 |
| Incorporated Village of Mill Neck, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46074 | 11/22/2019 |
| Incorporated Village of New Hyde Park, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46022 | 11/15/2019 |
| Incorporated Village of Nissequogue, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46063 | 11/21/2019 |
| Incorporated Village of Northport, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46050 | 11/21/2019 |
| Incorporated Village of Old Westbury, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46075 | 11/22/2019 |

| Case Name | Case Number | Date Filed |
|---|---|---|
| Incorporated Village of Patchogue, New York v. McKesson Corporation, et al. | 1:19-op-46039 | 11/20/2019 |
| Incorporated Village of Poquott, New York v. McKesson Corporation, et al. | 1:19-op-46031 | 11/20/2019 |
| Incorporated Village of Valley Stream, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46023 | 11/15/2019 |
| Incorporated Village of West Hampton Dunes, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46055 | 11/21/2019 |
| Incorporated Village of Westbury, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46025 | 11/18/2019 |
| Islip Terrace Fire District v. Teva Pharmaceuticals USA, Inc., et al. | 1:20-op-45049 | 2/5/2020 |
| Levittown Fire District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46077 | 11/22/2019 |
| Melville Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46112 | 12/5/2019 |
| Miller Place Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46109 | 12/4/2019 |
| Mount Sinai Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46110 | 12/4/2019 |
| Nassau University Medical Center v. Purdue Pharma L.P., et al. | 1:19-op-45812 | 8/30/2019 |
| Nesconset Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46106 | 12/4/2019 |
| North Merrick Fire District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46048 | 11/21/2019 |
| North Patchogue Fire District v. Teva Pharmaceuticals USA, Inc., et al. | 1:20-op-45050 | 2/5/2020 |
| Plainview-Old Bethpage Public Library v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46061 | 11/21/2019 |
| Port Washington Water District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46004 | 11/13/2019 |
| Ridge Fire District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46144 | 12/19/2019 |
| Rockville Centre Public Library v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46065 | 11/21/2019 |
| Rosalyn Water District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46015 | 11/15/2019 |

| Case Name | Case Number | Date Filed |
|---|---|---|
| Smithtown Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46111 | 12/4/2019 |
| South Farmingdale Fire District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46003 | 11/13/2019 |
| Southwestern Central School District v. Cephalon, Inc., et al. | 1:22-op-45024 | 5/24/2022 |
| St. James Fire District v. Teva Pharmaceuticals USA, Inc., et al. | 1:20-op-45035 | 1/19/2020 |
| Stony Brook Fire District, New York v. McKesson Corporation, et al. | 1:19-op-46113 | 12/5/2019 |
| The City of Buffalo v. Purdue Pharma L.P., et al. | 1:19-op-46104 | 9/5/2019 |
| The Town of Wappinger, New York v. AmerisourceBergen Drug Corporation, et al. | 1:19-op-46091 | 11/1/2019 |
| The Village of Wappingers Falls, New York v. Purdue Pharma L.P., et al. | 1:19-op-45922 | 9/19/2019 |
| Town of Babylon, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46047 | 11/21/2019 |
| Town of Brookhaven, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46018 | 11/15/2019 |
| Town of Clarkstown, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46088 | 11/22/2019 |
| Town of Haverstraw, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46083 | 11/22/2019 |
| Town of Hempstead, New York v. McKesson Corporation, et al. | 1:19-op-46035 | 11/20/2019 |
| Town of Huntington, New York v. McKesson Corporation, et al. | 1:19-op-46038 | 11/20/2019 |
| Town of Islip, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46079 | 11/22/2019 |
| Town of North Hempstead, New York v. McKesson Corporation, et al. | 1:19-op-46043 | 11/20/2019 |
| Town of Orangetown, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46081 | 11/22/2019 |
| Town of Oyster Bay, New York v. McKesson Corporation, et al. | 1:19-op-46041 | 11/20/2019 |
| Town of Poughkeepsie v. Teva Pharmaceuticals USA, Inc., et al. | 1:20-op-45260 | 2/21/2020 |
| Town of Ramapo, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:20-op-45042 | 1/27/2020 |

| Case Name | Case Number | Date Filed |
|---|---|---|
| Town of Riverhead, New York v. McKesson Corporation, et al. | 1:19-op-46036 | 11/20/2019 |
| Town of Smithtown, New York v. McKesson Corporation, et al. | 1:19-op-46033 | 11/20/2019 |
| Town of Southampton, New York v. McKesson Corporation, et al. | 1:19-op-45968 | 11/4/2019 |
| Town of Southold, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46090 | 11/22/2019 |
| Town of Stony Point, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:20-op-45036 | 1/22/2020 |
| Uniondale Fire District, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46049 | 11/21/2019 |
| Village of Amityville, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-45955 | 10/30/2019 |
| Village of Bellport, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46019 | 11/15/2019 |
| Village of Great Neck, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46145 | 12/19/2019 |
| Village of Greenport, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46084 | 11/22/2019 |
| Village of Millerton, New York v. McKesson Corporation, et al. | 1:19-op-45998 | 11/11/2019 |
| Village of Port Washington North, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46051 | 11/21/2019 |
| Village of Saltaire, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46080 | 11/22/2019 |
| Village of Stewart Manor, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46002 | 11/13/2019 |
| Village of Suffern, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46087 | 11/22/2019 |
| Village of the Branch, New York v. McKesson Corporation, et al. | 1:19-op-46114 | 12/5/2019 |
| Village of West Haverstraw, New York v. Teva Pharmaceuticals USA, Inc., et al. | 1:19-op-46089 | 11/22/2019 |
| West Hempstead Public Library v. McKesson Corporation, et al. | 1:20-op-45018 | 1/13/2020 |