# Exhibit D



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES                                                                                              EXECUTIVE DIVISION
ATTORNEY GENERAL

                                                                                                                    June 14, 2022

<u>Via Electronic Mail</u>

Catie Venutra
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

           Re:     **Allergan New York State-Wide Settlement Agreement**

Dear Catie:

           As discussed yesterday, we have revised Exhibit A to the February 4, 2022 NYAG Release to include Friendship Engine & Hose Co., a copy of which is attached.

                                                                                 Sincerely,

                                                                                 <u>/s/ Andrew Amer</u>
                                                                                 Andrew Amer
                                                                                 Special Counsel

cc: Jennifer Levy, Esq.

# Release of Opioid-Related Claims Pursuant to the Allergan New York Statewide Opioid Settlement Agreement and New York Mental Hygiene Law Section 25.18(d)

**WHEREAS** pursuant to the Allergan New York Statewide Settlement Agreement (the "Settlement"), the State of New York, Nassau and Suffolk Counties and each Participating Subdivision have released their Released Claims against Allergan and the related Released Entities, as the terms "Participating Subdivision(s)," "Released Claims" and "Released Entities" are defined in the Settlement; and

**WHEREAS** the Settlement provides in Section VII.A that, as of the Effective Date of the Settlement, Allergan and the related Released Entities will be released and forever discharged from all of the Releasors' Released Claims, as the terms "Released Entities," "Releasors" and "Released Claims" are defined in the Settlement; and

**WHEREAS** the Settlement provides in Section VII.E that Releasors (as defined in the Settlement) who are releasing claims under Section VII.A include "to the maximum extent of the State's power, all Released Claims of . . . the State of New York" and all of its "past and present executive departments, state agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution license" and "any Participating Subdivisions or other Releasors;" and

**WHEREAS** Section 25.18(d) of the Mental Hygiene Law provides the New York Attorney General with authority, through the release of opioid-related claims in a "statewide opioid settlement agreement" executed after June 1, 2021, to: (i) release the unfiled opioid-related claims of New York government entities like those defined as Releasors against opioid distributors like Allergan, and (ii) to release opioid-related claims filed by such New York government entities after June 30, 2019 against distributors like Allergan; and

**WHEREAS** the Settlement constitutes a "statewide opioid settlement agreement" under Section 25.18(d) of the Mental Hygiene Law; and

**WHEREAS** the Settlement provides in Section IX.B that a "Subdivision may participate by having its claims extinguished by operation of law pursuant to Section 25.18(d) of the New York Mental Hygiene Law and released by the New York State Attorney General's Office in executing an Election and Release Form (with an exhibit identifying such Subdivisions)," which this Release is intended to be;

**THEREFORE**, pursuant to the foregoing provisions of the Settlement and the power and authority of the New York Attorney General, including under Section 25.18(d) of the Mental Hygiene Law: (i) Allergan and the other Released Entities are, as of the Effective Date, hereby released from any and all Released Claims of New York State, any of New York State's past and present executive departments, state agencies, divisions, boards, commissions and

instrumentalities with the regulatory authority to enforce state and federal controlled substances acts (including, without limitation, the New York State Department of Financial Services), any of New York State's past and present executive departments, state agencies, divisions, boards, commissions and instrumentalities that have the authority to bring Claims related to Covered Conduct seeking money (including abatement and/or remediation) or revocation of a pharmaceutical distribution license, and any Participating Subdivision (collectively, Releasors), as the terms "Participating Subdivision(s)," "Released Claims," "Released Entities," and "Releasors" are defined in the Settlement. New York State (for itself and the Releasors), absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever, as the terms "Released Claims," "Released Entities," and "Releasors" are defined in the Settlement; and (ii) the Subdivisions on the attached Exhibit A are hereby Participating Subdivisions in accordance with Section IX.B of the Settlement by virtue of their claims being extinguished by operation of law pursuant to Section 25.18(d) of the Mental Hygiene Law and this Release.

Dated: New York, New York
      February 4, 2022

**LETITIA JAMES**
**Attorney General of the State of New York**

By: _____
      Jennifer Levy
      First Deputy Attorney General
Office of the New York State Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10006
Tel: 212-416-8450
Jennifer.Levy@ag.ny.gov

Exhibit A (revised)

**Barred Litigating Subdivisions/Special Districts**

AMITYVILLE VILLAGE
BABYLON TOWN
BABYLON VILLAGE
BELLPORT VILLAGE
BROOKHAVEN TOWN
CLARKSTOWN TOWN
EAST HAMPTON TOWN
EAST HAMPTON VILLAGE
EAST ROCKAWAY VILLAGE
FARMINGDALE VILLAGE
FLORAL PARK VILLAGE
GARDEN CITY VILLAGE
GREAT NECK VILLAGE
GREENPORT VILLAGE
HAVERSTRAW TOWN
HEMPSTEAD TOWN
HEMPSTEAD VILLAGE
HUNTINGTON TOWN
ISLAND PARK VILLAGE
ISLANDIA VILLAGE
ISLIP TOWN
KINGSTON CITY
LAKE GROVE VILLAGE
LAWRENCE VILLAGE
LINDENHURST VILLAGE
LLOYD HARBOR VILLAGE
LONG BEACH CITY
LYNBROOK VILLAGE
MASSAPEQUA PARK VILLAGE
MILL NECK VILLAGE
MILLERTON VILLAGE
NEW HYDE PARK VILLAGE
NISSEQUOGUE VILLAGE
NORTH HEMPSTEAD TOWN
NORTHPORT VILLAGE
OLD WESTBURY VILLAGE
ORANGETOWN TOWN
OYSTER BAY TOWN
PATCHOGUE VILLAGE

Exhibit A (revised)

  POQUOTT VILLAGE
  PORT WASHINGTON NORTH VILLAGE
  POUGHKEEPSIE TOWN
  RAMAPO TOWN
  RIVERHEAD TOWN
  SALTAIRE VILLAGE
  SMITHTOWN TOWN
  SOUTHAMPTON TOWN
  SOUTHOLD TOWN
  STEWART MANOR VILLAGE
  STONY POINT TOWN
  SUFFERN VILLAGE
  VALLEY STREAM VILLAGE
  VILLAGE OF THE BRANCH VILLAGE
  WAPPINGER TOWN
  WAPPINGERS FALLS VILLAGE
  WEST HAMPTON DUNES VILLAGE
  WEST HAVERSTRAW VILLAGE
  WESTBURY VILLAGE

**Special Districts**
BELLMORE FIRE DISTRICT
BOARD OF ED. OF ROCHESTER CITY SCHOOL DIST. (NY)
CENTEREACH FIRE DISTRICT
CENTERPORT FIRE DISTRICT
ERIE COUNTY MEDICAL CENTER CORPORATION, ET AL.*
FRIENDSHIP ENGINE & HOSE CO.*
HAUPPAUGE FIRE DISTRICT
HICKSVILLE WATER DISTRICT
ISLIP TERRACE FIRE DISTRICT
LEVITTOWN FIRE DISTRICT
MELVILLE FIRE DISTRICT
MERRICK LIBRARY (NY)
MILLER PLACE FIRE DISTRICT
MOUNT SINAI FIRE DISTRICT
NASSAU UNIVERSITY MEDICAL CENTER*
NESCONSET FIRE DISTRICT
NORTH MERRICK FIRE DISTRICT
NORTH PATCHOGUE FIRE DISTRICT
PLAINVIEW - OLD BETHPAGE PUBLIC LIBRARY (NY)
PORT WASHINGTON WATER DISTRICT

Exhibit A (revised)

- RIDGE FIRE DISTRICT
- ROCKVILLE CENTRE PUBLIC LIBRARY (NY)
- ROSALYN WATER DISTRICT
- SMITHTOWN FIRE DISTRICT
- SOUTH FARMINGDALE FIRE DISTRICT
- ST. JAMES FIRE DISTRICT
- STONY BROOK FIRE DISTRICT
- UNIONDALE FIRE DISTRICT
- WEST HEMPSTEAD PUBLIC LIBRARY

*New York State is releasing these entities out of an abundance of caution, but by doing so the State is not intending to concede, and should not be construed as conceding, that these entities are "Special Districts" or otherwise fall within the meaning of "Subdivision(s)" as defined in the Agreement.