# EXHIBIT 1

| Paragraph of the Injunction Order | Response | References for Additional Detail |
|---|---|---|
| I.C.1 | Yes. | As detailed below. |
| I.C.2 | Yes. | As detailed below. |
| I.C.4 | Yes.* | N/A |
| I.D.1 | Yes. | DPP Policy ¶¶ 4.1.2, 4.1.8. |
| I.D.5 | Yes. | Stimmel Decl. ¶ 21. |
| IV.A | Yes. | Stimmel Decl. ¶ 2. |
| IV.B | Yes. | Stimmel Decl. ¶ 3. |
| IV.C | Yes.* | Stimmel Decl. ¶ 5. |
| IV.D | Yes. | CSCC Charter § III.1.f. |
| IV.E | Yes, with the qualification that a technology solution for anonymous reporting by email or otherwise through the internet is in development. | Stimmel Decl. ¶ 10. |
| V.A | Yes. | Stimmel Decl. ¶ 13. |
| V.B | Yes. | Stimmel Decl. ¶ 13. |
| V.C | Yes. | N/A |
| VI.A | Yes. | CSCC Charter §§ I, II.1. |
| VI.B | Yes. | CSCC Charter §§ II.2, III. Stimmel Decl. ¶ 5. |
| VI.C | Yes. | CSCC Charter § III.7. |
| VI.D | Yes. | CSCC Charter § III.2, III.6. |
| VI.E | Yes. | CSCC Charter § III.4. |
| VII.A | Yes. | Stimmel Decl. ¶ 9. |
| VII.B | Yes. | Stimmel Decl. ¶ 12. |
| VII.C | Yes. | Stimmel Decl. ¶ 12. |
| VII.D | Yes. | GFD Policy ¶¶ 4.2.1, 4.2.2, 5.4.1. Stimmel Decl. ¶ 12. |
| VII.E | Yes. | GFD Policy ¶ 5.4.1. Stimmel Decl. ¶ 12. |

1

| | | |
|---|---|---|
| VIII.A | Yes. | Stimmel Decl. ¶ 7. |
| VIII.B | Yes. | GFD Policy ¶ 5.2.4. |
| VIII.C | Yes. | GFD Policy ¶¶ 5.1, 5.2. |
| VIII.D | Yes. | GFD Policy ¶¶ 5.1, 5.2. |
| VIII.E | Yes. | GFD Policy ¶¶ 5.1, 5.2. Stimmel Decl. ¶ 11. |
| VIII.F | Yes. | GFD Policy ¶¶ 4.2.2, 4.2.3, 4.2.4, 5.4.2. |
| VIII.G | Yes. | GFD Policy ¶ 4.2.1. |
| IX.A | Yes. | GFD Policy ¶¶ 5.1.1.ii, 5.1.2.viii, 5.1.3.iii, 5.1.3.vii. |
| IX.B | Yes. | GFD Policy ¶¶ 5.1.2.v, 5.1.2.vi, 5.1.2.vii. DPP Policy ¶¶ 4.1.2, 4.1.8. |
| IX.C | Yes. | GFD Policy ¶¶ 5.1.1.ii, 5.1.2.iii. |
| X.A | Yes. | Stimmel Decl. ¶ 14. |
| X.B | Yes.** | Stimmel Decl. ¶ 14. |
| XI.A | Yes. | Stimmel Decl. ¶ 15. |
| XI.B | Yes. | Stimmel Decl. ¶ 16. |
| XI.C | Yes. | Stimmel Decl. ¶ 17. |
| XI.D | Yes. | Stimmel Decl. ¶ 16. |
| XII.A | Yes. | Stimmel Decl. ¶ 18. |
| XII.B | Yes, with the qualification that Walgreens does not interpret this paragraph to require maintaining cost information while Walgreens continues to offer safe disposal products to patients for free. | Stimmel Decl. ¶ 18. |
| XIII.A | Yes. | Stimmel Decl. ¶ 19. |
| XIII.B | Walgreens has not been approached by the State of Ohio or either of the Counties about an agreement described in this paragraph, but Walgreens is willing to work with the State or the Counties on a | N/A |

2

|         | program like the one described in this paragraph. |                     |
|---------|---------------------------------------------------|---------------------|
| XIV     | Yes.                                              | Stimmel Decl. ¶ 17. |
| XV      | Yes, with the qualification that technology solutions for automated reporting to law enforcement, tracking of reports, and broader database access are in development. | Stimmel Decl. ¶ 20. |
| XVII.A-D | If the Injunction Order is not stayed, Walgreens could meet the requirements of these paragraphs. | N/A |
| XVII.E-G | Yes.**                                           | N/A                 |
| XVIII   | Yes.                                              | Stimmel Decl. ¶ 21. |

\* The information-sharing provisions of these paragraphs would apply only if the Court does not stay the Injunction Order. In that event, Walgreens could provide copies to the Administrator or the Counties, as applicable.

\** The information-sharing provisions of these paragraphs would apply only if the Court does not stay in the Injunction Order. In that event, Walgreens could provide the information described in these paragraphs on the terms set forth in these paragraphs, subject to measures sufficient to protect the confidentiality of personal, sensitive, or otherwise confidential information and to protect Walgreens from actions by prescribers, patients, or others, including indemnification.