UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *The Hospital Authority of Wayne County, Georgia v. AmerisourceBergen Drug Corporation, et al.* | ) ) ) ) ) |
| Case No.: 1:19-op-45278 | ) ) ) ) ) ) |

MDL No. 2804

JUDGE DAN AARON POLSTER

**PLAINTIFF'S NOTICE**

Plaintiff The Hospital Authority of Wayne County, Georgia states that in its Brief in Opposition to the "Settling Defendants' Motion to Dismiss Claims Filed by Non-participating Georgia Subdivisions as Barred by Statute," it has challenged the constitutionality of O.C.G.A. § 10-13B-1, et seq.

Page **1** of **3**

This the 25th day of October, 2022.

/s/ Robert B. Smith
Robert B. Smith
Georgia Bar Number: 662700
SMITH, PHELPS & MURRAY LAW FIRM
Smith, Phelps & Murray Law Firm
356 E Cherry Street
Jesup, GA 31546
(912) 427-4779
(912) 427-9203 – fax
rbslaw@bellsouth.net

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This is to further certify that I have this day served the foregoing by certified mail to:

Attorney General Christopher Carr, Esq.<br>
Attorney General of Georgia<br>
40 Capitol Square, SW<br>
Atlanta, GA 30334

This the 25th day of October, 2022.

/s/ Robert B. Smith
Robert B. Smith
Georgia Bar Number: 662700
SMITH, PHELPS & MURRAY LAW FIRM
Smith, Phelps & Murray Law Firm
356 E Cherry Street
Jesup, GA 31546
(912) 427-4779
(912) 427-9203 – fax
rbslaw@bellsouth.net