# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br><br> Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING AMERICAN MEDICAL DISTRIBUTORS INC.'S MOTION TO BE EXCUSED FROM OBLIGATIONS UNDER OCTOBER 7 ORDER REGARDING NON-LITIGATING DEFENDANTS

Upon consideration of American Medical Distributors Inc.'s ("AMDI") Motion To Be Excused From Obligations Under the Court's October 7, 2022 Order Regarding Non-Litigating Defendants, it is hereby ORDERED that AMDI's Motion is GRANTED.

**DATE**: _____

Hon. Dan A. Polster
United States District Judge