# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

### ORDER GRANTING AMERICAN MEDICAL DISTRIBUTORS INC.'S MOTION TO BE EXCUSED FROM OBLIGATIONS UNDER OCTOBER 7 ORDER REGARDING NON-LITIGATING DEFENDANTS

Upon consideration of American Medical Distributors Inc.'s ("AMDI") Motion To Be Excused From Obligations Under the Court's October 7, 2022 Order Regarding Non-Litigating Defendants, it is hereby ORDERED that AMDI's Motion is GRANTED.

**DATE**: October 31, 2022

*s/ Dan Aaron Polster*
_____
Hon. Dan A. Polster
United States District Judge