UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND PROPOSED ORDER
DISMISSING WITH PREJUDICE ALL
CLAIMS AGAINST DARBY GROUP
<u>COMPANIES INC.</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Darby Group Companies, Inc. ("Darby Group") that all claims of each Dismissing Plaintiff against any Darby Group are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

1

October 31, 2022                                  **Agreed as to form and substance:**

    */s/ Salvatore C. Badala, Esq.*
Salvatore C. Badala, Esq.
NAPOLI SHKOLNIK PLLC
360 Lexington Ave, 11th Floor
New York, NY 10017
(212) 397-1000
SBadala@napolilaw.com
*Plaintiffs' Counsel*


**Agreed as to form and substance:**

October 31, 2022

*/s/ John Paul Fulco, Esq.*
John Paul Fulco, Esq.
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel: 212-545-1900
Fax: 212-545-1656
Email: jfulco@offitkurman.com
*Counsel for Defendant Darby Group Companies, Inc.*


*/s/ Richard P. Romeo, Esq.*
Richard P. Romeo, Esq.
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel: 347-589-8547
Fax: 212-545-1656
Email: rromeo@offitkurman.com
*Counsel for Defendant Darby Group Companies, Inc.*

SO ORDERED this \_\_\_ day of \_\_\_\_,
2022.

_____
Hon. Dan Aaron Polster
United States District Judge

# APPENDIX A

| Plaintiff | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| City of Rochester | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45853-DAP |
| City of Saratoga Springs | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45857-DAP |
| Allegany County | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-46151-DAP |
| City of Amsterdam | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-46162-DAP |
| City of Auburn | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45843-DAP |
| City of Ogdensburg | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45852-DAP |
| City of Poughkeepsie | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-46163-DAP |
| County of Kauai | Hawaii | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45862-DAP |
|  |  |  |  |  |  |