IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION : : : : : : | MDL No. 2804 <br> Hon. Judge Dan A. Polster |
| This document relates to: *All Cases* | |

**TOP RX'S STATUS REPORT**

Pursuant to the Court's October 7, 2022 Order (Doc. 4670), TopRx, LLC ("TopRx") submits the following Status Report listing the cases involving the manufacturing, distribution, or dispensing of opioids in which TopRx is a defendant.

TopRx is not a defendant in any state case. The nineteen federal cases where TopRx is a defendant are as follows:[1]

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1 | Township of Barnegat, NJ v. Teva et al. | N.D. Ohio, 1:19-op-45925 | William Wright, The Wright Law Firm |
| 2 | City of Espanola, New Mexico v. AmerisourceBergen et al | N.D. Ohio, 1:19-op-46142 | Anthony J. Majestro, Powell & Majestro PLLC |
| 3 | Bertucci, as the Coroner of St. Bernard Parish v. Teva et al | N.D. Ohio, 1:20-op-45077 | Ralph R. Alexis, III, Porteous, Hainkely & Johnson LLP |
| 4 | Pohlmann, Sheriff of St. Bernard Parish Louisiana v. Purdue Pharma LP et al. | N.D. Ohio, 1:18-op-46292 | Walter J. Leger, Jr., Leger & Shaw |
| 5 | St. Bernard Parish Government v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45756 | Dan A. Robin, Jr., Law Office of Dan A. Robin, Jr. |
| 6 | St. Bernard Parish School Board v. Allergan et al. | N.D. Ohio, 2:21-cv-00010 | Walter J. Leger, Jr., Leger & Shaw |
| 7 | Claiborne County, Tennessee v. AmerisourceBergen et al | N.D. Ohio, 1:19-op-45658 | Anthony J. Majestro, Powell & Majestro PLLC |

---

[1] TopRx identifies only those cases in which TopRx or any incorrectly captioned TopRx entities (*i.e.,* TopRx, Inc.) are named as a defendant. TopRx submits this report without waiver of any objections to the lack of service or improper service in cases in which TopRx has been named but has not been properly served with process. This list does not include matters that appear in the spreadsheet provided by Special Master Cohen (Doc. 4687), but where TopRx has been dismissed or is not a party.

| | | | |
|---|---|---|---|
| 8 | Fentress County, Tennessee v. AmerisourceBergen et al | N.D. Ohio, 1:18-op-45419 | Anthony J. Majestro, Powell & Majestro PLLC |
| 9 | Pickett County, Tennessee v. AmerisourceBergen et al | N.D. Ohio, 1:18-op-45242 | Anthony J. Majestro, Powell & Majestro PLLC |
| 10 | County of Red River, Texas v. Purdue Pharma L.P. et al | N.D. Ohio, 1:17-op-45160 | Jeffrey B. Simon, Simon Greenstone Panatier Bartlett, P.C. |
| 11 | City of Charles Town, West Virginia v. AmerisourceBergen | N.D. Ohio, 1:19-op-45250 | Stephen G. Skinner, Skinner Law Firm |
| 12 | Jefferson County Commission v. Purdue Pharma et al | N.D. Ohio, 1:17-op-45170 | Stephen G. Skinner, Skinner Law Firm |
| 13 | Morgan County Commission v. Purdue Pharma et al | N.D. Ohio, 1:18-op-45444 | Stephen G. Skinner, Skinner Law Firm |
| 14 | City of Kenova, West Virginia v. AmerisourceBergen et al | N.D. Ohio, 1:18-op-46346 | Charles R. Webb, The Webb Law Centre PLLC |
| 15 | Fayette County Commission v. Cardinal Health, Inc. et al | N.D. Ohio, 1:17-op-45062 | Anthony J. Majestro, Powell & Majestro PLLC |
| 16 | Summers County Commission v. Rite Aid of Maryland, Inc. | N.D. Ohio, 1:18-op-45226 | Christopher M. Davis, Wotton, Davis, Hussell & Ellis |
| 17 | Town of Fort Gay, West Virginia v. Rite Aid of Maryland, Inc. et al | N.D. Ohio, 1:18-op-45225 | Charles R. Webb, The Webb Law Centre PLLC |
| 18 | Town of Gauley Bridge, West Virginia v. AmerisourceBergen et al | N.D. Ohio, 1:18-op-46278 | Charles R. Webb, The Webb Law Centre PLLC |
| 19 | Wayne County Commission v. Rite Aid of Maryland, Inc. et al | N.D. Ohio, 1:17-op-45052 | Anthony J. Majestro, Powell & Majestro PLLC |

Dated: November 1, 2022	Respectfully submitted,

CLARK HILL PLC

*/s/ Allen M. Lopus*
Robert J. Ridge, Esq.
PA I.D. No. 58651
rridge@clarkhill.com
Allen M. Lopus, Esq.
PA I.D. No.: 76544
alopus@clarkhill.com
CLARK HILL, PLC
One Oxford Centre
301 Grant Street, 14th Floor,
Pittsburgh, PA  15219
Tel.:  (412) 394-7711
Fax:  (412) 394-2555

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, the foregoing was electronically filed with the Clerk of Court using the ECF system, which will provide notice by email to all counsel of record.

/s/ *Allen M. Lopus*
Allen M. Lopus, Esq.