# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Cases* | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Hon. Dan Aaron Polster |

## COLLEGIUM PHARMACEUTICAL, INC.'S NOTICE OF THE ABSENCE OF OUTSTANDING CASES

Collegium Pharmaceutical, Inc. ("Collegium") reports that it does not have any cases pending before your Honor in the above-captioned MDL. The last of its cases were dismissed via Notice of Voluntary Dismissal, filed on April 19, 2022. Notice of Voluntary Dismissal, *In re: Nati'l Prescription Opiate Litig.*, MDL No. 2804, No. 1:17-md-2804 (N.D. Ohio Apr. 19, 2022). Collegium provides this report as a courtesy to the Court, as it learned its name was included in the Court's Order dated October 7, 2022, which suggested Collegium was an active litigant. Collegium also has no similar cases in the state court system.

Dated: November 1, 2022

Respectfully submitted,

*/s/ Barry H. Boise*
Barry H. Boise

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, the foregoing was electronically filed with the Clerk of Court using the ECF system, which will provide notice by email to all counsel of record.

*/s/ Barry H. Boise*
Barry H. Boise