# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *All Cases* ) ) | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER  **STATUS REPORT** |

Pursuant to the Court's October 7, 2022 Order [ECF No. 4670], Winn-Dixie submits this following list of known cases against Winn-Dixie and/or Winn-Dixie Logistics:

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1 | Baldwin County, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45152 | Peter James Mougey |
| 2 | Bay County, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45455 | Peter James Mougey |
| 3 | Chilton County, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45735 | Abigail Herrin Clarkson<br>Anil A. Mujumdar<br>Archie Cleveland Lamb<br>Cameron Lee Hogan<br>Christina Diane Crow<br>Diandra S Debrosse-Zimmermann<br>Emily Mills<br>Gregory Zarzaur<br>Laura Sherling Dunning<br>Lynn W Jinks<br>Michael Roberts<br>Page Anderson Poerschke<br>Peter James Mougey<br>Richard Frankowski |

21149814.1

| | | | |
|---|---|---|---|
| 4 | City of Albany, Georgia v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-46337 | Anthony J. Majestro<br>Christina Diane Crown<br>D. Bryant Chaffin<br>Derrell Dowdell<br>J. Burton LeBlanc, IV<br>James C Peterson<br>Paul T. Farrell, Jr.<br>Peter James Mougey |
| 5 | City of Auburn, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:20-op-45282 | Anthony J. Majestro<br>Archie Cleveland Lamb<br>Christina Diane Crow<br>J. Burton LeBlanc, IV<br>James C. Peterson<br>Laura Sherling Dunning<br>Michael Jay Fuller, Jr.<br>Page Anderson Poerscke<br>Paul T. Farrell, Jr.<br>Peter James Mougey |
| 6 | City of Minette, Alabama, et al. v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:22-op-45018 | J. Bradley Ponder |
| 7 | City of Bradenton, Florida v. Amerisourcebergen Drug Corporation | N.D. Ohio, 1:18-op-46331 | Anthony J. Majestro<br>J. Burton LeBlanc, IV<br>James C. Peterson<br>Michael Jay Fuller, Jr.<br>Paul T. Farrell, Jr. |
| 8 | City of Clanton, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-46084 | Abigail Herrin ClarksonAnil A. MujumdarArchie Cleveland LambCameron Lee HoganChristina Diane CrowDiandra S Debrosse-ZimmermannEmily MillsGregory ZarzaurLaura Sherling DunningLynn W JinksMichael RobertsPage Anderson PoerschkePeter James MougeyRichard Frankowski |

21149814.1

| | | | |
|---|---|---|---|
| 9 | City of Gadsden, Alabama, et al. v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:17-op-45101 | Abigail Herrin Clarkson<br>Anil A. Mujumdar<br>Cameron Lee Hogan<br>Christina Diane Crow<br>Diandra S Debrosse-Zimmermann<br>Emily Mills<br>Gregory Zarzaur<br>Laura Sherling Dunning<br>Michael Lee Roberts<br>Nathan Andrew Dickson, II<br>Page Anderson Poerschke<br>Peter James Mougey<br>Richard Frankowski<br>Archie Cleveland Lamb, Jr.<br>Paul T. Farrell, Jr.<br>Anthony J. Majestro |
| 10 | City of Miami Gardens, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45873 | Archie Cleveland Lamb, Jr.<br>Daryl D. Parks<br>Neil E. McWilliams, Jr.<br>Ronald L. Book |
| 11 | City of Mobile, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45076 | Diandra S. Debrosse-Zimmerman<br>James C. Peterson |
| 12 | City of Nicebille, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:21-op-45081 | J. Bradley Ponder |
| 13 | City of North Miami, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45872 | Archie Cleveland Lamb, Jr.<br>Daryl D. Parks<br>Jeffrey R. Gaddy<br>Neil E. McWilliams, Jr.<br>Peter James Mougey<br>Ronald L. Book |
| 14 | City of Northport, Alabama, et al. c. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:20-op-45272 | J. Bradley Ponder |
| 15 | The City of Ormond Beach, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:19-op-46121 | Michael Jay Fuller, Jr. |
| 16 | City of Panama City, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45373 | Peter James Mougey |
| 17 | City of Pensacola, Florida v.Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45331 | Peter James Mougey |

21149814.1

| | | | |
|---|---|---|---|
| 18 | City of Pinellas Park, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45807 | Francis A. Citera<br>Gretchen N. Miller |
| 19 | City of Selma, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45198 | Peter James Mougey |
| 20 | City of St. Petersburg, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45701 | Amy Jo Quezon<br>Archie Cleveland Lamb, Jr.<br>James Lawrence Magazine<br>Jeffrey R. Gaddy<br>Michael Jay Fuller, Jr.<br>Neil E. McWilliams, Jr.<br>Peter James Mougey |
| 21 | City of Tallahassee, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-46243 | Peter James Mougey |
| 22 | Columbus, Georgia v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45567 | Anthony J. Majestro<br>Archie Cleveland Lamb<br>Benjamin A. Vaughn<br>Dubose Porter<br>J. Burton LeBlanc, IV<br>James C. Peterson<br>James Albe Vaughn<br>Laura Sherling Dunning<br>Mason Reid<br>Michael Jay Fuller, Jr.<br>Neal Henry Howard<br>Page Anderson Poerscke<br>Paul T. Farrell, Jr.<br>Peter James Mougey |
| 23 | Dallas County, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45667 | Diandra S. Debrosse-Zimmerman<br>Peter James Mougey |
| 24 | Escambia County, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45729 | Jeffrey R. Gaddy |
| 25 | Jackson County, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:19-op-45283 | Peter James Mougey |
| 26 | Laurens County, Georgia v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45945 | Stephen DuBose Porter |
| 27 | Lee County, Georgia v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-46171 | Anthony J. Majestro |
| 28 | Leon County, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-46242 | Daryl D. Parks |

21149814.1

| | | | |
|---|---|---|---|
| 29 | Miami-Dade County, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45552 | Alissa Del Riego<br>Amy Jo Quezon<br>Archie Cleveland Lamb, Jr.<br>John Gravante, III<br>Matthew Weinshall<br>Peter James Mougey |
| 30 | Mobile County, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45186 | Michael Lee Roberts<br>Peter James Mougey |
| 31 | Pasco County, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45851 | James Lawrence Magazine<br>Michael Jay Fuller, Jr.<br>Peter James Mougey |
| 32 | Pinellas County, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45742 | Amy Jo QuezonArchie Cleveland Lamb, Jr.James Lawrence MagazineJeffrey R. GaddyMichael Jay Fuller, Jr.Neil E. McWilliams, Jr.Peter James Mougey |
| 33 | Tallapoosa County, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:17-op-45097 | Abigail Herrin Clarkson<br>Anil A. Majumdar<br>Archie Cleveland Lamb, Jr.<br>Cameron Lee Hogan<br>Christina Diane Crow<br>Diandra S. Debrosse-Zimmerman<br>Gregory Martin Zarzaur<br>Laura Sherling Dunning<br>Lynn W. Jinks, III<br>Michael Lee Roberts<br>Nathan Andrew Dickson, II<br>Page Anderson Poerschke<br>Peter James Mougey<br>Richard Stanislaw Frankowski |

21149814.1

| 34 | Tuscaloosa County, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45196 | Abigail Herrin Clarkson<br>Anil A. Majumdar<br>Archie Cleveland Lamb, Jr.<br>Cameron Lee Hogan<br>Christina Diane Crow<br>Diandra S. Debrosse-Zimmerman<br>Gregory Martin Zarzaur<br>Laura Sherling Dunning<br>Lynn W. Jinks, III<br>Michael Lee Roberts<br>Nathan Andrew Dickson, II<br>Page Anderson Poerschke<br>Peter James Mougey<br>Richard Stanislaw Frankowski |
| --- | --- | --- | --- |
| 35 | County of Volusia, Florida v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45782 | Michael Jay Fuller, Jr.<br>Peter James Mougey |
| 36 | City of Baton Rouge, Parish of East Baton Rouge, Louisiana v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45160 | J. Burton LeBlanc, IV |
| 37 | County of Columbia, Mississippi v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:19-op-45048 | Michael Jay Fuller, Jr. |
| 38 | County of Hattiesburg, Mississippi v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45512 | Michael Jay Fuller, Jr. |
| 39 | City of Long Beach, Mississippi v. Purdue Pharma, L.P., et al. | N.D. Ohio, 1:19-op-45517 | Matthew G. Mestayer |
| 40 | County of Meridian, Mississippi v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45969 | Michael Jay Fuller, Jr. |
| 41 | Pearl River County, Mississippi v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:19-op-45548 | Michael Jay Fuller, Jr. |
| 42 | Forrest County, Mississippi v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45147 | Michael Jay Fuller, Jr. |
| 43 | City of Saint Martinville, Louisiana v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:19-op-45013 | J. Burton LeBlanc, IV |
| 44 | Parish of St. John the Baptist, Louisiana v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45987 | J. Burton LeBlanc, IV |
| 45 | Marion County, Mississippi v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:18-op-45075 | Michael Jay Fuller, Jr. |
| 46 | Big Bend Community Based Care, Inc., et al. v. Purdue Pharma, L.P., et al. | N.D. Ohio, 1:18-op-45493 | Nicholas William Armstrong |

21149814.1

| 47 | City of Fort Payne, Alabama v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:17-op-45079 | Anil A. Mujumdar<br>Diandra S. Debrosse-Zimmerman<br>Gregory Martin Zarzaur |
|---|---|---|---|
| 48 | City of New Roads, Louisiana v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:19-op-45011 | Matthew P. Lambert |
| 49 | Police Jury of the Parish of Pointe Coupee, Louisiana v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:19-op-45012 | Matthew P. Lambert |

Respectfully submitted,

*/s/ Daniel T. Plunkett*
Daniel T. Plunkett (LA 21822)
McGlinchey Stafford
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
dplunkett@mcglinchey.com

*Counsel for Defendants Winn-Dixie Logistics, Inc. and Winn-Dixie Stores, Inc.*

**CERTIFICATE OF SERVICE**

**I CERTIFY** that a copy of the foregoing *Status Report* was served via the Court's ECF System to all counsel of record on November 1, 2022.

*/s/ Daniel T. Plunkett*
Daniel T. Plunkett (LA 21822))

21149814.1