**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE NATIONAL PRESCRIPTION** | ) | |
| **OPIATE LITIGATION** | ) | |
| | ) | **MDL No. 2804** |
| *This document relates to***:** | ) | |
| | ) | **Case No. 1:17-md-2804** |
| **All Cases** | ) | |
| | ) | **Hon. Dan Aaron Polster** |
| | ) | |
| | ) | |

**DEFENDANTS ASSOCIATED PHARMACIES, INC. AND AMERICAN ASSOCIATED**
**PHARMACIES' STATUS REPORT**

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated October 7, 2022

(Doc. 4670), Defendants Associated Pharmacies, Inc. ("API") and American Associated

Pharmacies ("AAP") hereby submit the following Status Report:

1.      API is a wholesale pharmaceutical distributor based in Scottsboro, Alabama.

2.      API is wholly owned by AAP, which is a not-for-profit cooperative of independent

pharmacies. In essence, API acts as a group-buying agent for these independent, member

pharmacies.

3.      AAP does not purchase, sell, or distribute opioids.

4.      Neither AAP nor API market pharmaceutical products, including opioids, to

doctors or patients.

5.      Attached as **Exhibit 1** is a list of the 110 cases in which API and/or AAP are named

as defendants that involve claims relating to the manufacturing, marketing, sale, distribution, or

dispensing of opioids. The cases listed in Exhibit 1 are those cases for which API and AAP have

actual knowledge.

1

6.  API and AAP reserve all defenses relating to those cases identified in Exhibit 1, including as to service of process and the timeliness by which certain plaintiffs amended their complaints to add API and/or AAP as defendants.

Dated:  November 1, 2022.

/s/ Walter A. Dodgen
One of the attorneys for API and AAP

**OF COUNSEL:**
Walter A. Dodgen
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardcooper.com

Carl S. Burkhalter
Stewart J. Alvis
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
cburkhalter@maynardcooper.com
salvis@maynardcooper.com

*Attorneys for Associated Pharmacies, Inc.*
*and American Associated Pharmacies*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Walter A. Dodgen
Of Counsel