# Exhibit 1 – API and AAP's Status Report

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel*[1] |
|---|---|---|---|
| 1 | Jefferson County Alabama et al v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45558 | Keith Jackson, Robert R. Riley, Jr., Hunter J. Shkolnik, Shayna E. Sacks, Theodore Lawson, Byron Perkins, Joseph Ciaccio, Salvatore C. Badala |
| 2 | Berkeley County Council v. Purdue Pharmaceutical Products, LP et al | N.D. Ohio, 1:17-op-45171 | Stephen G. Skinner, Andrew C. Skinner, Laura C. Davis, Macon Bryan Epps Gray |
| 3 | Blackfeet Tribe of The Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45749 | Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, S. Ann Saucer, Christine C. Mansour, Archie C. Lamb, Jr., Peter J. Mougey, Troy Rafferty, Page A. Poerschke, Laura S. Dunning, Neil E. McWilliams, Jeffrey Gaddy, Roland K. Tellis, Mark P. Pifko, Paul T. Farrell, Jr., Bert Ketchum, Michael J. Fuller, Jr., Amy J. Quezon, Anthony J. Majestro, James C. Peterson, Steven J. Skikos, Jane E. Joseph, Autumn D. Monteau, Tara D. Sutton, Timothy Q. Purdon, Brendan V. Johnson, Brandon L. Bogle |
| 4 | City of Geneva, New York v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45214 | Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian |
| 5 | Town of Quinwood, West Virginia v. AmerisourceBergen Drug Corporation | N.D. Ohio, 1:18-op-45324 | Charles R. Webb, John D. Hurst |
| 6 | Town of Rupert, West Virginia v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45323 | Charles R. Webb, John D. Hurst |
| 7 | City of Utica, New York v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-46359 | Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, John R. Petrone, II |

---

[1] The Plaintiff's Counsel listed in this Exhibit 1 are the attorneys listed on the pleadings in each case.

| | | | |
|---|---|---|---|
| 8 | City of Syracuse, New York v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-46169 | John C. Cherundolo, Eva Brindisi Pearlman, Louis Brindisi, Robert F. Julian |
| 9*[2] | Berrien County Georgia v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-45834 | Cale Conley, Ranse M. Partin, Robert D. Howell, Haynes M. Studstill, Justin D. Studstill, Daniel L. Studstill, Mark Perry |
| 10* | Atkinson County, Georgia v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45118 | Cale Conley, Ranse M. Partin, Robert D. Howell, Haynes M. Studstill, Justin D. Studstill, Daniel L. Studstill |
| 11 | City of Covington, Kentucky v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45967 | Barbara D. Bonar, Eva B. Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian |
| 12 | County of Onondaga, New York v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45170 | Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian |
| 13 | County of Oneida, New York v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45338 | Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian |
| 14 | Village of Herkimer, New York v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45964 | Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian |
| 15 | City of Rome, New York v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45284 | Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian |
| 16* | Lanier County Georgia v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-46066 | Cale Conley, Ranse M. Partin, Christopher R. George, Robert D. Howell, Haynes M. Studstill, Justin D. Studstill, Daniel L. Studstill |
| 17 | Charlton County, Georgia v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45713 | Henry G. Garrard, III, Andrew J. Hill, III, James B. Matthews, Josh B. Wages, Thomas F. Hollingsworth III, Patrick H. Garrard, Sara Schramm |

---

[2] AAP is named as a defendant in six cases. An asterisk (*) designates those cases listed in this Exhibit 1 in which AAP is named as a defendant. In all such cases, API is also named as a defendant.

| | | | |
|---|---|---|---|
| 18 | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:17-op-45152 | Thomas J. Lech, Ann E. Callis, Paul T. Farrell, Jr., James M. Papantonio, Peter J. Mougey, Page A. Poerschke, Laura S. Dunning, Archie C. Lamb, Jr., Jeffrey Gaddy, Neil E. McWilliams, Jr., Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, S. Ann Saucer, Roland K. Tellis, Mark P. Pifko, James C. Peterson, R. Edison Hill, Michael J. Fuller, Jr., Amy Quezon, Anthony J. Majestro, Eric D. Holland, Randall Seth Crompton, J. C. Powell, James S. Nelson, Christina L. Smith, Christine C. Mansour, Troy Rafferty, M. Bert Ketchum, III, Harry C. Dietzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer |
| 19 | City of Enterprise, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45213 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Dale Marsh, Michael J. Fuller, Jr., Paul T. Farrell, Jr., James C. Peterson, Anthony J. Majestro, J. Burton LeBlanc, IV, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 20 | City of Marion, Alabama v. Actavis, LLC et al | N.D. Ohio, 1:18-op-45217 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Joshua P. Hayes, Diandra S. Debrosse Zimmermann, Gregory M. Zarzaur, Anil A. Mujumdar, Lynn W. Jinks, III, Christina D. Crow, Richard Frankowski, Cameron Hogan, Abbey Herin Clarkson, Emily Hawk Mills, Michael L. Roberts, Michael J. Fuller, Jr., Paul T. Farrell, Jr., James C. Peterson, Anthony J. Majestro, J. Burton LeBlanc, IV, J. C. |

3

| | | | |
|---|---|---|---|
| | | | Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 21 | City of Opp, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45011 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Christina D. Crow, Lynn W. Jinks, III, Nathan A. Dickson II, Gregory M. Zarzaur, Anil A. Mujumdar, Diandra S. Debrosse Zimmermann, Cameron Hogan, Abbey Herin Clarkson, Richard Frankowski, Emily Hawk Mills, Michael L. Roberts, Paul T. Farrell, Jr, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, James C. Peterson, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Michael J. Fuller, Jr., Amy J. Quezon |
| 22 | City of Ozark, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45214 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Christina D. Crow, Lynn W. Jinks, III, Gregory M. Zarzaur, Anil A. Mujumdar, Diandra S. Debrosse Zimmermann, Cameron Hogan, Abbey Herin Clarkson, Richard Frankowski, Emily Hawk Mills, Michael L. Roberts, Paul T. Farrell, Jr, Michael J. Fuller, Jr., Anthony J. Majestro, James C. Peterson, J. Burton LeBlanc, IV, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. |

| | | | |
|---|---|---|---|
| | | | Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 23 | City of Union Springs, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45204 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Christina D. Crow, Lynn W. Jinks, III, Gregory M. Zarzaur, Anil A. Mujumdar, Diandra S. Debrosse Zimmermann, Cameron Hogan, Abbey Herin Clarkson, Richard Frankowski, Emily Hawk Mills, Michael L. Roberts, Paul T. Farrell, Jr, Michael J. Fuller, Jr., Anthony J. Majestro, James C. Peterson, J. Burton LeBlanc, IV, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 24 | Bullock County, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45246 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Christina D. Crow, Lynn W. Jinks, III, Gregory M. Zarzaur, Anil A. Mujumdar, Diandra S. Debrosse Zimmermann, Cameron Hogan, Abbey Herin Clarkson, Richard Frankowski, Emily Hawk Mills, Michael L. Roberts, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, Paul T. Farrell, Jr, M. Bert Ketchum, III, R. Edison Hill, James C. Peterson, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Michael J. Fuller, Jr., Amy J. Quezon |

| | | | |
|---|---|---|---|
| 25 | Coffee County, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45182 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Dale Marsh, Michael J. Fuller, Jr., Paul T. Farrell, Jr, Anthony J. Majestro, James C. Peterson, J. Burton LeBlanc, IV, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 26 | Cullman County, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45227 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Paul T. Farrell, Jr, Anthony J. Majestro, Michael J. Fuller, Jr., James C. Peterson, J. Burton LeBlanc, IV, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 27 | Gulf County, Florida v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45953 | Peter J. Mougey, Archie C. Lamb, Jr., Jeffrey Gaddy, Neil E. McWilliams, Jr., Michael J. Fuller, Jr., Amy J. Quezon, Anthony D. Irpino, Paul T. Farrell, Jr., Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Page A. Poerschke, Laura S. Dunning, M. Bert Ketchum, III, R. Edison Hill, James C. Peterson, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer |

| 28 | City of Lackawanna, New York v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45303 | Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian |
|---|---|---|---|
| 29 | Big Bend Community Based Care, Inc. et al v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-45493 | Nicholas W. Armstrong, Oscar M. Price, IV, Ryan B. Hobbs, Christopher B. Hood |
| 30 | Dare County v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45683 | Harold Seagle, Michael J. Fuller, Jr., Paul T. Farrell, Jr., James C. Peterson, Peter J. Mougey, J. Burton LeBlanc, IV, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 31 | Lincoln County v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45719 | Garry Whitaker, Michael J. Fuller, Jr., Paul T. Farrell, Jr., James C. Peterson, Peter J. Mougey, J. Burton LeBlanc, IV, Anthony J. Majestro, Paul D. Coates, Donald R. Vaughn, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 32 | Stokes County v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45185 | Garry Whitaker, Michael J. Fuller, Jr., Paul T. Farrell, Jr., James C. Peterson, Peter J. Mougey, J. Burton LeBlanc, IV, Anthony J. Majestro, Paul D. Coates, Donald R. Vaughn, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Archie C. Lamb, Jr., Page A. |

| | | | |
|---|---|---|---|
| | | | Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 33 | Yadkin County, North Carolina v. AmerisourceBergen Drug Corporation, et al | N.D. Ohio, 1:18-op-45014 | Paul D. Coates, Garry Whitaker, Michael J. Fuller, Jr., Paul T. Farrell, Jr., James C. Peterson, Peter J. Mougey, J. Burton LeBlanc, IV, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 34 | Wilkes-Barre Township, Pennsylvania v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45325 | Bruce Phillips, Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian, John R. Petrone, II |
| 35 | Greenbrier County Commission v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:19-op-45080 | Paul T. Farrell, Jr., Bert Ketchum, James C. Peterson, R. Edison Hill, Aaron L. Harrah, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, S. Ann Saucer, Christine C. Mansour, Anthony J. Majestro, Peter J. Mougey, Troy Rafferty, Page A. Poerschke, Laura S. Dunning, Neil E. McWilliams, Jeffrey Gaddy, Roland K. Tellis, Mark P. Pifko, Michael J. Fuller, Jr., Amy Quezon, J. C. Powell, James S. Nelson, Christina L. Smith, Archie C. Lamb, Jr., Harry C. Deitzler, Sandra B. Harrah, Douglas A. Spencer |
| 36 | City of New Albany, Mississippi v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45949 | Michael J. Fuller, Jr., Nathan A. Dickson, II, L. N. Chandler Rogers, Paul T. Farrell, Jr, Anthony J. Majestro, J. C. Powell, James S. Nelson, |

|  |  |  | Christina L. Smith, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour, Peter J. Mougey, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, James C. Peterson, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy Quezon |
|---|---|---|---|
| 37 | Union County, Mississippi v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45120 | L. N. Chandler Rogers, Michael J. Fuller, Jr., Gregory Zarzaur, Nathan A. Dickson, II, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour, Peter J. Mougey, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, Paul T. Farrell, Jr., M. Bert Ketchum, III, R. Edison Hill, James C. Peterson, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy Quezon |
| 38 | Bon Secours Health System, Inc. et al v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45819 | Robert Finnell, Lisa E. Hinkle, Robert E. Maclin, III, Jaron P. Blandford, David J. Guarnieri |
| 39 | Kentucky River District Health Department v. Actavis LLC et al | N.D. Ohio, 1:19-op-45050 | Robert Finnell, Lisa E. Hinkle, Robert E. Maclin, III, Jaron P. Blandford, David J. Guarnieri |
| 40 | Adams County et al v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-46062 | Jarom A. Whitehead, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Paul J. Hanly, Jr., Sarah Burns, Kenneth L. Pedersen, Michael J. Hanby, II |
| 41 | Canyon County v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-46277 | Jarom A. Whitehead, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Paul J. Hanly, Jr., Sarah Burns, Kenneth L. Pedersen, Michael J. Hanby, II |

| 42 | Cleveland County v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45304 | Matthew A. Schweizer, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Paul J. Hanly, Jr., Sarah Burns |
|---|---|---|---|
| 43 | Cabarrus County v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45747 | Janet Ward Black, Nancy R. Meyers, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Paul J. Hanly, Jr., Sarah Burns |
| 44 | Davidson County v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-46330 | Janet Ward Black, Nancy R. Meyers, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Paul J. Hanly, Jr., Sarah Burns |
| 45 | Iredell County v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45774 | Janet Ward Black, Nancy R. Meyers, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Paul J. Hanly, Jr., Sarah Burns |
| 46 | Mecklenburg County v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45221 | Janet Ward Black, Nancy R. Meyers, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Paul J. Hanly, Jr., Sarah Burns |
| 47 | Robeson County v. Actavis, LLC et al | N.D. Ohio, 1:18-op-46141 | R. Jonathan Charleston, Jose A. Coker, Grady L. Hunt, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Paul J. Hanly, Jr., Sarah Burns |
| 48 | Family Practice Clinic of Booneville, Inc. et al v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45390 | Lisa E. Hinkle, Jaron P. Blandford, David J. Guarnieri, Bob Finnell, Jason R. Hollon, T. Chad Thompson |
| 49 | Bon Secours Health System, Inc. et al v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45821 | Robert K. Finnell, Lisa E. Hinkle, Robert E. Maclin, III, Jaron P. Blandford, David J. Guarnieri |
| 50 | Bon Secours Health System, Inc. et al v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45820 | Robert Finnell, Lisa E. Hinkle, Robert E. Maclin, III, Jaron P. Blandford, David J. Guarnieri |
| 51 | Haywood County v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45107 | Michael J. Fuller, Jr., Paul T. Farrell, Jr., R. Edison Hill, Peter J. Mougey, J. Burton LeBlanc, IV, Crystal Jessee, Anthony J. Majestro, Thomas C. Jessee, Michael Banks, J. C. Powell, James S. |

| | | | |
|---|---|---|---|
| | | | Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, James C. Peterson, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 52* | Lafayette County, Missouri v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45840 | Thomas P. Cartmell, Brian J. Madden, Eric D. Barton, Sarah S. Ruane, Mark G. Crawford, Douglas R. Bradley |
| 53 | City of Fort Payne, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:17-op-45079 | Diandra S. Debrosse Zimmermann, Gregory M. Zarzaur, Anil A. Mujumdar, Cameron Hogan, Abbey Herrin Clarkson, Christina D. Crow, Nathan A. Dickson II, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour, Peter J. Mougey, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, Paul T. Farrell, Jr., M. Bert Ketchum, III, R. Edison Hill, James C. Peterson, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Michael J. Fuller, Jr., Amy J. Quezon |
| 54 | County of Northumberland v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45555 | Bruce Phillips, Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian, John R. Petrone, II |
| 55 | Wright Township, Pennsylvania v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45574 | Bruce Phillips, Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian, John R. Petrone, II |
| 56 | City of Cullman, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:19-op-45248 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Roy W. Williams, |

| | | | |
|---|---|---|---|
| | | | Gaynor L. St. John, Paul T. Farrell, Jr., Michael J. Fuller, Jr., Anthony J. Majestro, James C. Peterson, J. Burton LeBlanc, IV, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 57 | Lee County Georgia v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-46171 | D. Bryant Chaffin, Michael J. Fuller, Jr., Kevin Barr, Cliff Higby, J. Burton LeBlanc, IV, Stephen Dampier, Paul T. Farrell, Jr., Peter J. Mougey, James C. Peterson, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 58 | Monroe County Georgia v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:18-op-45672 | William Boling, Mason Reid, Benjamin Vaughn, James A. Vaughn, J. Burton LeBlanc, IV, Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Paul T. Farrell, Jr., James C. Peterson, Anthony J. Majestro, Michael J. Fuller, Jr., Neal H. Howard, S. DuBose Porter, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |

| # | Case | Court | Counsel |
|---|------|-------|---------|
| 59 | Jackson County v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:19-op-45283 | Peter J. Mougey, Archie C. Lamb, Jr., Kevin David Barr, Clifford C. Higby, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, Paul T. Farrell, Jr., M. Bert Ketchum, III, James C. Peterson, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Michael J. Fuller, Jr., Amy J. Quezon |
| 60 | Hanover Township, Pennsylvania v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45654 | Bruce Phillips, Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian, John R. Petrone, II |
| 61 | County of Lycoming v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45655 | Bruce Phillips, Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian, John R. Petrone, II |
| 62 | Board of County Commissioners of the County of Sierra v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:19-op-45322 | Luis Robles, Marcus J. Rael, Jr., Adren Nance, Dave Pato, Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour, James C. Peterson, Anthony J. Majestro, Peter J. Mougey, Paul T. Farrell, Jr., Michael J. Fuller, Jr., Amy Quezon, J. C. Powell, James S. Nelson, Christina L. Smith, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer |
| 63 | Chippewa Cree Tribe of the Rocky Boys Reservation v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45395 | Steven J. Skikos, Mark G. Crawford, Jane E. Joseph, Autumn Dawn Monteau |

| | | | |
|---|---|---|---|
| 64 | Houlton Band of Maliseet Indians v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:19-op-45315 | Michael J. Fuller, Jr., J. Burton LeBlanc, IV, Paul T. Farrell, Jr., James C. Peterson, Peter J. Mougey, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Christine C. Mansour, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 65 | Clay County, Georgia v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45194 | Sara Schramm, Henry G. Garrard, III, Andrew J. Hill, III, James B. Matthews, III, Josh B. Wages, Patrick H. Garrard, Alexandra K. Hughes |
| 66 | Randolph County, Georgia v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45202 | Sara Schramm, Henry G. Garrard, III, Andrew J. Hill, III, James B. Matthews, III, Josh B. Wages, Patrick H. Garrard, Alexandra K. Hughes |
| 67 | Spalding County, Georgia v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45208 | Sara Schramm, Henry G. Garrard, III, Andrew J. Hill, III, James B. Matthews, III, Josh B. Wages, Patrick H. Garrard, Alexandra K. Hughes |
| 68* | City of Lakeland, Georgia v. Purdue Pharma LP et al | N.D. Ohio, 1:19-op-45618 | Cale Conley, Ranse M. Partin, Christopher R. George, Robert D. Howell, Haynes M. Studstill, Justin D. Studstill, Daniel L. Studstill |
| 69 | Hualapai Tribe v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45004 | Timothy Q. Purdon, Tara D. Sutton, Holly H. Dolejsi, Shira T. Shapiro, Sarah E. Friedricks, Brendan V. Johnson, Gabriel S. Galanda, Anthony S. Broadman |
| 70 | Kootenai Tribe of Idaho v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-46153 | Timothy Q. Purdon, Tara D. Sutton, Holly H. Dolejsi, Eric M. Lindenfeld, Brendan V. Johnson |
| 71 | Oglala Lakota Sioux Tribe v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45353 | Brendan V. Johnson, Timothy W. Billion, Tara D. Sutton, Holly Dolejsi, Shira T. Shapiro, Sarah E. Friedricks, Timothy Q. Purdon |

| | | | |
|---|---|---|---|
| 72 | Deese, Sheriff of Peach County, Georgia v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45314 | Mark P. Chalos, Kenneth S. Byrd, John T. Spragens, Elizabeth J. Cabraser, Richard K. Strickland, Paul M. Scott, Kellye C. Moore, Larry Walker |
| 73* | City of Nashville Georgia v. Purdue Pharma LP et al | N.D. Ohio, 1:19-op-45617 | Cale Conley, Ranse M. Partin, Chip George, Robert D. Howell, Haynes M. Studstill, Justin D. Studstill, Daniel L. Studstill |
| 74 | Mower County, Minnesota v. Purdue Pharma L.P. et al | N.D. Ohio, 1:17-op-45072 | Yvonne M. Flaherty, Richard A. Lockridge, David W. Asp, Daniel E. Gustafson, Amanda M. Williams, David A. Goodwin, Joseph F. Henderson |
| 75 | Board of County Commissioners of the County of Mesa v. Sackler et al | N.D. Ohio, 1:19-op-45923 | J. Patrick Coleman, Lynn Lincoln Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher, Alison S. Gaffney, Gabriel E. Verdugo |
| 76 | Township of Barnegat v. Teva Pharmaceutical Industries LTD. et al | N.D. Ohio, 1:19-op-45925 | William Wright |
| 77 | West Pittston, Pennsylvania v. The Purdue Frederick Company, Inc., et al | N.D. Ohio, 1:19-op-45997 | Bruce Phillips, Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian, John R. Petrone, II |
| 78 | Confederated Tribes of the Umatilla Indian Reservation v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45541 | Leslie W. O'Leary, Steven J. Skikos, Mark G. Crawford, Autumn D. Monteau |
| 79 | Passamaquoddy Tribe-Pleasant Point v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45100 | John M. Broaddus, Paul J. Pennock, Ellen Relkin, Neil T. Leifer, Kaighn Smith, Jr., Michael-Corey F. Hinton |
| 80 | Passamaquoddy Tribe-Indian Township v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45876 | John M. Broaddus, Paul J. Pennock, Ellen Relkin, Neil T. Leifer, Kaighn Smith, Jr., Michael-Corey F. Hinton |
| 81 | Klamath Tribes v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45786 | John M. Broaddus, Ellen Relkin, Neil T. Leifer, Kaighn Smith, Jr., Michael-Corey F. Hinton |

| | | | |
|---|---|---|---|
| 82 | Bingham County v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45758 | Jarom A. Whitehead, Charles J. Crueger, Erin K. Dickinson, Krista K. Baisch, Kenneth L. Pedersen, Michael J. Hanby, II |
| 83 | Clay County, Alabama v. Cardinal Health, Inc. et al | N.D. Ohio, 1:18-op-45248 | Luke Montgomery, J. Bradley Ponder, W. Lee Sims |
| 84 | Leysen v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:20-op-45107 | Garry Whitaker, Paul D. Coates, Jon Ward, Adam L. White |
| 85 | Arizona Counties Insurance Pool v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-45632 | Ron Kilgard, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher |
| 86 | Arizona Municipal Risk Retention Pool v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-45178 | Ron Kilgard, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher, William J. Sims III |
| 87 | Arizona School Alliance for Workers Compensation Incorporated v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-45540 | Ron Kilgard, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher |
| 88 | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:19-op-45036 | Lynn Lincoln Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher, Alison S. Gaffney, Gabriel E. Verdugo, Heidi M. Miller, Ronald A. Carl, Nancy Rodgers, Isabelle S. Evans, Corey Y. Hoffmann, Patricia W. Gilbert, Kristin M. Bronson, Matthew J. Mulbarger, Reneé A. Goble, Edward Gorman, Brenda L. Jackson, David Ayraud, Jeannine Haag, Paul W. Hurcomb, David Frankel, A. L. "Sid" Overton |
| 89 | City of Kingman v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-46057 | Carl Cooper, Ron Kilgard, Gary Gotto, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher, Alison S. Gaffney |

| | | | |
|---|---|---|---|
| 90 | County of Mohave v. Purdue Pharma LP et al | N.D. Ohio, 1:19-op-45117 | Ron Kilgard, Gary Gotto, Chanele N. Reyes, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher, Alison S. Gaffney |
| 91 | Northwest Arizona Employee Benefit Trust v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-46043 | Ron Kilgard, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher |
| 92 | Wyoming, Pennsylvania v. Cephalon, Inc. et al | N.D. Ohio, 1:20-op-45087 | Samuel M. Sanguedolce, Eva Brindisi Pearlman, Louis Brindisi, John C. Cherundolo, Robert F. Julian, John R. Petrone, II |
| 93 | City of Brookhaven, Mississippi v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:19-op-46143 | Michael J. Fuller, Jr., William R. Allen, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, J. Burton LeBlanc, IV, Christine C. Mansour, Peter J. Mougey, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, James C. Peterson, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon, Paul T. Farrell, Jr. |
| 94 | City of Haleyville, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:19-op-46118 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Paul T. Farrell, Jr., Michael J. Fuller, Jr., Anthony J. Majestro, James C. Peterson, J. Burton LeBlanc, IV, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 95 | Iowa Tribe of Kansas and Nebraska v. Cephalon, Inc. et al | N.D. Ohio, 1:20-op-45099 | Steven J. Skikos, Mark G. Crawford, Jane E. Joseph, Autumn Dawn Monteau |

17

| | | | |
|---|---|---|---|
| 96 | Sac and Fox Nation of Missouri in Kansas and Nebraska v. Cephalon, Inc. et al | N.D. Ohio, 1:20-op-45161 | Steven J. Skikos, Mark G. Crawford, Jane E. Joseph, Autumn Dawn Monteau |
| 97 | City of Auburn, Alabama v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:20-op-45282 | Peter J. Mougey, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Michael J. Fuller, Jr., Paul T. Farrell, Jr., Christina D. Crow, James C. Peterson, J. Burton LeBlanc, IV, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer, Amy J. Quezon |
| 98 | City of Niceville Florida v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:21-op-45081 | Peter J. Mougey, Michael J. Fuller, Jr., Paul T. Farrell, Jr., James C. Peterson, J. Burton LeBlanc, IV, Anthony J. Majestro, J. C. Powell, James S. Nelson, Christina L. Smith, Russell W. Budd, Laura J. Baughman, Christine C. Mansour, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy, M. Bert Ketchum, III, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer |
| 99 | St. Bernard Parish School Board v. Allergan Limited et al | N.D. Ohio, 1:21-op-45014 | Walter J. Leger, Jr., Franklin G. Shaw, Walter J. Leger, III, Matthew S. Landry |
| 100 | St. Bernard Parish Government v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45756 | Dan A. Robin, Jr., David W. Gernhauser, Jr. |
| 101 | Conejos County et al v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45740 | Samuel F. Mitchell, Linda J. Singer, Lisa M. Saltzburg |
| 102 | City of Lakewood, CO et al v. Purdue Pharma L.P. et al | N.D. Ohio, 1:18-op-45800 | Samuel F. Mitchell, Linda J. Singer, Lisa M. Saltzburg |

| | | | |
|---|---|---|---|
| 103 | Pohlmann v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-46292 | Walter John Leger Jr., Brigid Collins, Franklin Shaw, Matthew Landry, Salvador Gutierrez, Walter John Leger |
| 104 | Carbon County Wyoming v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-45625 | Jason Edward Ochs |
| 105 | Peach County Georgia v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45579 | David G. Bryant, Emily Ward Roark, Jeffrey E. Friedman, R. Jeffrey Lasseter, Mark P. Bryant |
| 106 | Northern Arapaho Tribe v. Purdue Pharma LP et al | N.D. Ohio, 1:18-op-45438 | Anrew W. Baldwin, Christine Lichtenfels, Colin M. Simpson, David Dean Batchelder, David P. Hersh, Kelly A. Rudd, Janet G. Abaray, Kenneth M. Daly |
| 107 | Aroostook Band of Micmacs v. AmerisourceBergen Drug Corporation et al | N.D. Ohio, 1:19-op-45349 | Paul T. Farrell Jr., Michael Jay Fuller Jr., Peter James Mougey |
| 108 | City of Inez, KY v. Amerisourcebergen Drug Coropration et al | N.D. Ohio, 1:19-op-45499 | Emily Ward Roark |
| 109 | Hoover, City of v. Purdue Pharma L P et al | N.D. Ohio, 1:19-op-45746 | Kimberly R. West, Mark Montgoer Hogewood, Phillip D. Corley Jr., Roderick J. Evans |
| 110 | In re Coordinated Opioid Litigation[3] | Third Judicial District, Summit County, Utah, Consolidated Case No. 180500119 | James E. Magleby, Edgar R. Cataxinos, Douglas Crapo, Colin P. King, Edward B. Havas, Walter M. Mason, Hunter Shkolnik, Shayna Sacks, Deborah R. Chandler, Martin J. Phipps, Jessica A. Andrew |

---

[3] This is the only state court case naming either API or AAP as a defendant. Four separate Utah counties brought cases against API that were subsequently consolidated into the Coordinated Opioid Litigation: Washington County, Beaver County, Garfield County, and Kane County.