# EXHIBIT A

# EXHIBIT A

**Sun Cases in the MDL**

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | *Municipality of Guayanilla v. Purdue Pharma L.P. et al.* | Municipality of Guayanilla, Puerto Rico, 1:18-op-45176 | Randi A. Kassan of Milberg Coleman Bryson Phillips Grossman<br><br>Douglas H.H. Sanders of Sanders Phillips Grossman |
| 2. | *Carter County Fiscal Court v. Amerisourcebergen Drug Corporation et al.* | Carter County, KY, 1:18-op-45392 | Anthony J. Majestro of Powell & Majestro<br><br>J. Burton LeBlanc, IV of Baron & Budd - Baton Rouge<br><br>Michael Jay Fuller, Jr of Farrell Fuller<br><br>Peter James Mougey of Levin Papantonio Thomas Mitchell Rafferty & Proctor<br><br>Robert E. Hill of Hill, Peterson, Carper, Bee & Deitzler |
| 3. | Cherokee County, Kansas, Board of Commissioners v. Amerisourcebergen Drug Corporation et al. | Cherokee County, KS, 1:18-op-45452 | Bradley J. Prochaska of Prochaska, Howell & Prochaska<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>J. Burton LeBlanc, IV of Baron & Budd - Baton Rouge |
| 4. | Monroe County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al. | Monroe County, OH, 1:18-op-45597 | Christina L. Smith of Powell & Majestro<br><br>Michael P. McNamee of McNamee & Hill<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>David D. Seif, Jr. of Seif & McNamee |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
|  |  |  | James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Rebecca D. Louks of Oths, Heiser & Miller, Waigand & Clagg |
| 5. | Town of West Tisbury, Massachusetts v. Amerisourcebergen Drug Corporation et al. | West Tisbury, MA (Dukes County), 1:18-op-45790 | Richard M. Sandman of Rodman Rodman & Sandman<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 6. | Bland County, Virginia v. Amerisourcebergen Drug Corporation et al. | Bland County, VA, 1:18-op-46065 | Augustus Benton Chafin, Jr.<br><br>Jeffrey L. Campbell<br><br>Kimberly C. Haugh<br><br>Brian J. Madden of Wagstaff & Cartmell |
| 7. | Town of Lake Providence, Louisiana v. Purdue Pharma, L.P. et al. | Town of Lake Providence, Louisiana (East Carroll Parish), 1:18-op-46002 | Dawn M. Chmielewski of Neblett, Beard & Arsenault |
| 8. | Town of Aquinnah, Massachusetts v. Amerisourcebergen Drug Corporation et al. | Town of Aquinnah, MA (Dukes County), 1:18-op-46091 | Richard M. Sandman of Rodman Rodman & Sandman<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 9. | People of the State of Illinois et al. v. Purdue Pharma L.P. et al. | Schuyler County, IL, 1:18-op-46147 | Christina L. Smith of Powell & Majestro<br><br>James S. Nelson<br><br>Ann Callis of Holland Law |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| | | | J. Burton LeBlanc, IV of Baron & Budd |
| | | | Paul T. Farrell, Jr of Farrell & Fuller |
| | | | Thomas J. Lech of Goldenberg Heller & Antognoli |
| 10. | *City of Memphis v. Purdue Pharma L.P. et al.* | City of Memphis, TN (Shelby County), 1:19-op-45220 | James T. Corrigan of O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin<br><br>Florence M. Johnson of JOHNSON AND JOHNSON, PLLC |
| 11. | Lewis S. Walker, Sheriff of Crawford County, GA v. Purdue Pharma L.P. et al. | Lewis S. Walker, Sheriff of Crawford County, GA, 1:19-op-45146 | Mark P. Chalos of Lieff, Cabraser, Heimann & Bernstein – Nashville<br><br>Paul Scott of Brown, Readdick, Bumgartner, Carter, Strickland & Watkins |
| 12. | Board of County Commissioners of The County of Catron v. Amerisourcebergen Drug Corporation et al. | Catron County, NM, 1:19-op-45320 | Adren R. Nance of Nance Pato & Stout<br><br>David M. Pato of Office of Attorney General<br><br>Marcus J. Rael, Jr. of Robles, Rael & Anaya<br><br>Russell W. Budd of Baron & Budd<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 13. | *City of Prestonsburg v. Amerisourcebergen Drug Corporation et al.* | City of Prestonsburg, KY (Floyd County), 1:19-op-45294 | Emily Ward Roark of Bryant Law Center |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 14. | Pearl River County, Mississippi v. Amerisourcebergen Drug Corporation et al. | Pearl River County, MS, 1:19-op-45548 | Michael Jay Fuller, Jr of Farrell Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Peter James Mougey of Levin Papantonio Thomas Mitchell Rafferty & Proctor |
| 15. | Douglas County, Missouri v. Purdue Pharma L.P. et al. | Douglas County, MO, 1:19-op-45386 | Anthony J. Majestro of Powell & Majestro<br><br>J. Burton LeBlanc, IV of Baron & Budd<br><br>James Powell<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Thomas J. Lech of Goldenberg Heller & Antognoli |
| 16. | Wright County, Missouri v. Purdue Pharma L.P. et al. | Wright County, MO, 1:19-op-45383 | J. Burton LeBlanc, IV of Baron & Budd<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Thomas J. Lech of Goldenberg Heller & Antognoli |
| 17. | Charter Township of Pittsfield, Michigan v. Purdue Pharma L.P. et al. | Charter Township of Pittsfield, MI (Washtenaw County), 1:19-op-45566 | James Powell<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>Peter James Mougey of Levin Papantonio Thomas Mitchell Rafferty & Proctor |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
|  |  |  | Anthony J. Majestro of Powell & Majestro<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Robert B. Sickels of Sommers Schwartz |
| 18. | County of Calhoun v. Purdue Pharma L.P. et al. | Calhoun County, MI, 1:19-op-45560 | James Powell<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br>Anthony J. Majestro of Powell & Majestro<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Lisa Michelle Esser of Sommers Schwartz |
| 19. | Shannon County, Missouri v. Purdue Pharma L.P. et al. | Shannon County, MO, 1:19-op-45401 | Anthony J. Majestro of Powell & Majestro<br><br>J. Burton LeBlanc, IV of Baron & Budd<br><br>James Powell<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Thomas J. Lech of Goldenberg Heller & Antognoli |
| 20. | Knox County, Missouri v. Purdue Pharma L.P. et al. | Knox County, MO, 1:19-op-45406 | J. Burton LeBlanc, IV of Baron & Budd<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| | | | Thomas J. Lech of Goldenberg Heller & Antognoli |
| 21. | Schuyler County, Missouri v. Purdue Pharma L.P. et al. | Schuyler County, MO, 1:19-op-45408 | J. Burton LeBlanc, IV of Baron & Budd<br><br>James Powell<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Thomas J. Lech of Goldenberg Heller & Antognoli |
| 22. | City of St. Albans, VT v. Amerisourcebergen Drug Corporation et al. | City of St. Albans, VT (Franklin County), 1:19-op-45721 | Vanessa B. Kittell<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 23. | Kingston Borough, Pennsylvania v. Purdue Pharma L.P. et al. | Kingston Borough, PA (Luzerne County), 1:19-op-45585 | Amy Jo Quezon of McHugh Fuller Law Group, PLLC<br><br>Anthony J. Majestro of Powell & Majestro<br><br>Archie Cleveland Lamb, Jr. of Levin Papantonio Thomas Mitchell Rafferty & Proctor<br><br>Christine C. Mansouro of Baron & Budd<br><br>Corey S. Suda of Fellerman & Ciarimboli<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Jarrett J. Ferentino of Pugliese Finnegan Shaffer & Ferentino<br><br>Michael Jay Fuller, Jr of Farrell Fuller |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 24. | City of Canton et al. v. Purdue Pharma L.P. et al. | Chatham County, NC; City of Canton, NC (Haywood County), 1:19-op-45462 | William Q. Bird of Bird Law Group<br><br>Robert K. Finnell, III |
| 25. | *City of Inez, KY v. Amerisourcebergen Drug Corporation et al.* | City of Inez, KY, (Martin County), 1:19-op-45499 | Emily Ward Roark of Bryant Law Center |
| 26. | Claiborne County, Tennessee v. Amerisourcebergen Drug Corporation et al. | Claiborne County, TN, 1:19-op-45658 | Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 27. | City of Opelousas, Louisiana v. Purdue Pharma L.P. et al. | City of Opelousas, LA (St. Landry Parish), 1:19-op-45685 | Dawn M. Chmielewski of Neblett, Beard & Arsenault |
| 28. | Pemiscot County, Missouri v. Purdue Pharma L.P. et al. | Pemiscot County, MO, 1:19-op-45733 | Anthony J. Majestro of Powell & Majestro<br><br>J. Burton LeBlanc, IV of Baron & Budd<br><br>Paul T. Farrell, Jr of Farrell & Fuller<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Thomas J. Lech of Goldenberg Heller & Antognoli |
| 29. | *Lincoln County v. Sackler et al.* | Lincoln County, WA, 1:19-op-45962 | Daniel P. Mensher of Keller Rohrback<br><br>Jeffrey Scott Barkdull of Office of County Counsel |
| 30. | *Mandeville City v. Purdue Pharma L.P. et al.* | Mandeville City, LA (St. Tammany Parish), 1:19-op-45753 | Walter John Leger, Jr. of Leger & Shaw<br><br>Brigid E. Collins of Law Office of Frank G. DeSalvo<br><br>Ross Forrest Lagarde |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 31. | Bath County Fiscal Court v. Amerisourcebergen Drug Corporation et al. | Bath County Fiscal Court (Bath County, KY), 1:20-op-45012 | Anthony J. Majestro of Powell & Majestro<br><br>J. Burton LeBlanc, IV of Baron & Budd<br><br>Michael Jay Fuller, Jr of Farrell Fuller<br><br>Peter James Mougey of Levin Papantonio Thomas Mitchell Rafferty & Proctor<br><br>Robert E. Hill of Hill, Peterson, Carper, Bee & Deitzler |
| 32. | Rapides Parish Police Jury v. Amerisourcebergen Drug Corporation et al. | Rapides Parish Police Jury (LA), 1:20-op-45111 | J. Burton LeBlanc, IV of Baron & Budd<br><br>W Jay Luneau of Luneau & Beck<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 33. | Phillip Terrell v. Amerisourcebergen Drug Corporation et al. | Phillip Terrell, Duly Elected District Attorney for Rapides Parish (LA), 1:20-op-45123 | J. Burton LeBlanc, IV of Baron & Budd<br><br>W Jay Luneau of Luneau & Beck<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 34. | *Assumption Parish Police Jury v. Allergan Plc et al.* | Assumption Parish Police Jury (LA), 1:20-op-45205 | Walter John Leger, Jr. of Leger & Shaw<br><br>Brigid E. Collins of Law Office of Frank G. DeSalvo<br><br>Eric Joseph Santana of Santana & Blanchard, LLC |
| 35. | *Leland Falcon v. Allergan Plc et al.* | Leland Falcon, Sheriff of Assumption Parish (LA), 1:20-op-45206 | Walter John Leger, Jr. of Leger & Shaw<br><br>Brigid E. Collins of Law Office of Frank G. DeSalvo<br><br>Eric Joseph Santana of Santana & Blanchard, LLC |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 36. | *Lafourche Parish Government v. Amerisourcebergen Drug Corporation et al.* | Lafourche Parish Government (LA), 1:20-op-45212 | Walter John Leger, Jr. of Leger & Shaw<br><br>Brigid E. Collins of Law Office of Frank G. DeSalvo<br><br>Eric Joseph Santana of Santana & Blanchard, LLC |
| 37. | City of West Frankfort, Illinois v. Teva Pharmaceutical Industries, Ltd. et al. | City of West Frankfort, IL (Franklin County), 1:20-op-45191 | J. Burton LeBlanc, IV of Baron & Budd<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Thomas J. Lech of Goldenberg Heller & Antognoli |
| 38. | City of Herrin, Illinois v. Teva Pharmaceutical Industries, Ltd. et al. | City of Herrin, IL (Williamson County), 1:20-op-45192 | J. Burton LeBlanc, IV of Baron & Budd<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Thomas J. Lech of Goldenberg Heller & Antognoli |
| 39. | People of the State of Illinois et al. v. Teva Pharmaceutical Industries, Ltd. et al. | Franklin County, IL, 1:20-op-45194 | Thomas J. Lech of Goldenberg Heller & Antognoli<br><br>J. Burton LeBlanc, IV of Baron & Budd<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 40. | City of Marion, Illinois v. Teva Pharmaceutical Industries, Ltd. et al. | City of Marion, IL (Williamson County), 1:20-op-45215 | J. LeBlanc<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler<br><br>Thomas J. Lech of Goldenberg Heller & Antognoli |
| 41. | City of Lakeport et al. v. Amerisourcebergen Drug Corporation et al. | City of Lakeport, CA (Lake County), 1:20-op-45242 | John P. Fiske of Baron & Budd<br><br>Amy Jo Quezon of McHugh Fuller Law Group, PLLC<br><br>Anthony J. Majestro of Powell & Majestro |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
|   |   |   | David J. Ruderman of Colantuono, Highsmith & Whatley PC

James C. Peterson of Hill Peterson Carper Bee & Deitzler

Michael Jay Fuller, Jr of Farrell Fuller

Peter James Mougey of Levin Papantonio Thomas Mitchell Rafferty & Proctor |
| 42. | City of Clearlake et al v. Amerisourcebergen Drug Corporation et al. | City of Clearlake, CA (Lake County), 1:20-op-45251 | John P. Fiske of Baron & Budd

Amy Jo Quezon of McHugh Fuller Law Group, PLLC

Anthony J. Majestro of Powell & Majestro

Archie Cleveland Lamb, Jr. of Levin Papantonio Thomas Mitchell Rafferty & Proctor

James C. Peterson of Hill Peterson Carper Bee & Deitzler

Michael Jay Fuller, Jr of Farrell Fuller

Ryan Ronald Jones of Clearlake City Attorney |
| 43. | *St. Bernard Parish School Board v. Allergan Limited, et al.* | E.D. Louisiana, 1:21-op-45014 | Walter John Leger, Jr. of Leger & Shaw |
| 44. | *Lutcher Town v. AmerisourceBergen Drug Corporation, et al* | E.D. Louisiana, 1:21-op-45035 | Walter John Leger, Jr. of Leger & Shaw

Bruce G. Mohon of Law Offices of Bruce G. Mohon

Charles Spencer Long of Long & Long |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 45. | *Lafourche Parish School Board v. Amerisourcebergen Drug Corporation et al.* | E.D. Louisiana, 1:21-op-45036 | Walter John Leger, Jr. of Leger & Shaw |
| 46. | *St. James Parish School Board v. Amerisourcebergen Drug Corporation et al.* | E.D. Louisiana, 1:21-op-45034 | Walter John Leger, Jr. of Leger & Shaw<br><br>Bruce G. Mohon of Law Offices of Bruce G. Mohon |
| 47. | *Gramercy Town v. Amerisourcebergen Drug Corporation et al.* | E.D. Louisiana, 1:21-op-45031 | Walter John Leger, Jr. of Leger & Shaw<br><br>Bruce G. Mohon of Law Offices of Bruce G. Mohon<br><br>Charles Spencer Long of Long & Long |
| 48. | Westmoreland County, Virginia et al. v. Purdue Pharma L.P. et al. | N.D. Ohio, 1:19-op-45993 | William Q. Bird of Bird Law Group<br><br>Robert K. Finnell, III |
| 49. | Atlantic County, New Jersey v. Amerisourcebergen Drug Corporation et al. | N.D. Ohio, 1:19-op-46071 | Jim Hood of Weisbrod Matteis & Copley<br><br>Randolph Craig Lafferty of Cooper Levenson |
| 50. | Bon Secours Health System, Inc. et al. v. Purdue Pharma, L.P. et al. | N.D. Ohio, 1:18-op-45820 | David J. Guarnieri of McBrayer, McGinnis, Leslie & Kirkland<br><br>Robert K. Finnell, III |
| 51. | Mennonite General Hospital, Inc. et al. v. Purdue Pharma, L.P. et al. | N.D. Ohio, 1:19-op-45109 | Jose A. Andreu Fuentes of Bufete Andreu & Sagardia<br><br>William Q. Bird of Bird Law Group<br><br>Robert K. Finnell, III |
| 52. | Acadia-St. Landry Hospital Service District d/b/a Acadia-St. Landry Hospital v. Actavis LLC et al. | N.D. Ohio, 1:20-op-45097 | Dawn M. Chmielewski of Neblett, Beard & Arsenault |
| 53. | Hospital Service District No. 1 of the Parish of Avoyelles, State of Louisiana, | N.D. Ohio, 1:20-op-45098 | Dawn M. Chmielewski of Neblett, Beard & Arsenault |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| | d/b/a Bunkie General Hospital et al. v. Actavis LLC et al. | | |
| 54. | Coushatta Tribe of Louisiana et al. v. Amerisourcebergan Drug Corporation et al. | N.D. Ohio, 1:19-op-45438 | Paul T. Farrell, Jr of Farrell & Fuller<br><br>Archie Cleveland Lamb, Jr. of Levin Papantonio Thomas Mitchell Rafferty & Proctor<br><br>James C. Peterson of Hill Peterson Carper Bee & Deitzler |
| 55. | Flandreau Santee Sioux Tribe et al. v. Purdue Pharma L.P. et al. | District of South Dakota, 1:18-op-45095 | Brendan V. Johnson of Robins Kaplan |
| 56. | Standing Rock Sioux Tribe v. Purdue Pharma L.P. et al. | District of North Dakota, 1:18-op-45220 | Timothy Q. Purdon of Robins Kaplan |
| 57. | The Menominee Indian Tribe of Wisconsin v. Purdue Pharma L.P. et al. | E.D. Wisconsin, 1:18-op-45426 | Timothy Q. Purdon of Robins Kaplan |
| 58. | Oglala Lakota Sioux Tribe v. Purdue Pharma L.P. et al. | District of South Dakota, 1:18-op-45353 | Brendan V. Johnson of Robins Kaplan |
| 59. | Cow Creek Band of Umpqua Tribe of Indians v. Purdue Pharma L.P. et al. | District of Oregon, 1:18-op-45417 | Anthony S. Broadman of Galanda Broadman<br><br>Timothy Q. Purdon of Robins Kaplan |
| 60. | Spirit Lake Tribe v. Purdue Pharma L.P. et al. | N.D. Ohio, 1:18-op-45520 | Brendan V. Johnson of Robins Kaplan |
| 61. | Passamaquoddy Tribe-Indian Township v. Purdue Pharma L.P. et al. | N.D. Ohio, 1:18-op-45876 | Ellen Relkin of Weitz & Luxenberg<br><br>Kaighn Smith, Jr. of Drummond Woodsum<br><br>Neil T. Leifer |
| 62. | Lower Sioux Indian Community in the State of Minnesota v. Purdue Pharma L.P. et al. | N.D. Ohio, 1:18-op-45976 | Holly H. Dolejsi of Robins Kaplan |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 63. | Prairie Island Indian Community v. Purdue Pharma L.P. et al. | N.D. Ohio, 1:18-op-45975 | Holly H. Dolejsi of Robins Kaplan |
| 64. | Quinault Indian Nation v. Purdue Pharma L.P. et al. | N.D. Ohio, 1:18-op-46154 | Holly H. Dolejsi of Robins Kaplan |
| 65. | Passamaquoddy Tribe-Pleasant Point v. Purdue Pharma L.P. et al. | N.D. Ohio, 1:19-op-45100 | Ellen Relkin of Weitz & Luxenberg<br><br>Kaighn Smith, Jr. of Drummond Woodsum<br><br>Neil T. Leifer |
| 66. | Confederated Tribes of the Colville Reservation v. Purdue Pharma L.P. et al. | N.D. Ohio, 1:19-op-45312 | Steven J. Skikos of Skikos Crawford Skikos & Joseph |
| 67. | *Klamath Tribes v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:19-op-45786 | John M. Broaddus of Weitz & Luxenberg |
| 68. | *Saginaw Chippewa Indian Tribe v. Cephalon, Inc. et al.* | N.D. Ohio, 1:19-op-45841 | Holly H. Dolejsi of Robins Kaplan |
| 69. | Griffith et al. v. Amneal Pharmaceuticals, LLC et al. | M.D. Alabama, 1:19-op-45921 | Charles James, II of Serious Injury Law Group |
| 70. | City of Paintsville, Kentucky v. Purdue Pharma, Inc. et al. | M.D. Ohio 1:19-op-45559 | Emily Ward Roark |
| 71. | Town of Pearl River v. Purdue Pharma, L.P. et al. | M.D. Ohio 1:19-op-45754 | Walter J. Leger, Jr., Leger & Shaw |
| 72. | City of Slidell v. Purdue Pharma, L.P. et al. | M.D. Ohio 1:19-op-45769 | Walter J. Leger, Jr., Leger & Shaw |
| 73. | Washington Parish Government v. Purdue Pharma, L.P. et al. | M.D. Ohio 1:19-op-45773 | Walter J. Leger, Jr., Leger & Shaw |

**Sun Cases in Utah State Court**

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 74. | Summit County v. Richards S Sackler et al. | Summit County, Utah, 190500354 | Colin King<br><br>Edgar Cataxinos<br><br>James Magleby |
| 75. | Tooele County Utah v. Richards S Sackler et al. | Summit County, Utah, 190500355 | Colin King<br><br>Edgar Cataxinos<br><br>James Magleby |
| 76. | Wasatch County Utah v. Richards S Sackler et al. | Summit County, Utah, 190500357 | Colin King<br><br>Edgar Cataxinos<br><br>James Magleby |
| 77. | Weber County Utah v. Richards S Sackler et al. | Summit County, Utah, 190500358 | Colin King<br><br>Edgar Cataxinos<br><br>James Magleby |
| 78. | Uintah County Utah et al. v. Richards S Sackler et al. | Summit County, Utah, 190500359 | Colin King<br><br>Edgar Cataxinos<br><br>James Magleby |
| 79. | Cache County Utah et al. v. Richards S Sackler et al. | Summit County, Utah, 190500360 | Colin King |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
|  |  |  | Edgar Cataxinos |
|  |  |  | James Magleby |
| 80. | Washington County Utah et al. v. Richards S Sackler et al. | Summit County, Utah, 190500361 | Colin King |
|  |  |  | Edgar Cataxinos |
|  |  |  | James Magleby |
| 81. | Sevier County Utah et al. v. Richards S Sackler et al. | Summit County, Utah, 190500362 | Colin King |
|  |  |  | Edgar Cataxinos |
|  |  |  | James Magleby |

**Sun Cases in West Virginia State Court**

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 82. | Stacey Anderson ex rel A.L.A. & T.L.A. v. McKesson Corp. et al. | Marshall County, West Virginia, 22-C-30 | Stephen P. New, NEW, TAYLOR & ASSOCIATES |
| 83. | Thomas Paynter ex rel Z.N.B. v. McKesson Corp. et al. | Marshall County, West Virginia, 22-C-31 | Stephen P. New, NEW, TAYLOR & ASSOCIATES |