# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*All Cases Against Prescription Supply, Inc.* | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

### DEFENDANT PRESCRIPTION SUPPLY, INC.'S
### STATUS REPORT PURSUANT TO ECF NO. 4670

On October 7, 2022, the Court ordered certain "Non-Litigating Defendants" (and their respective Defendant Families) to submit status reports listing every case in federal and state court that states claims against them involving the manufacturing, marketing, sale, distribution, or dispensing of prescription opioids. ECF No. 4670. Defendant Prescription Supply, Inc. ("PSI") was identified as one such Non-Litigating Defendant.

Although PSI is not litigating any opioid-related case currently, the company previously litigated Track One of this MDL until August 2019 when PSI and several other Defendants were severed and proceedings against them stayed at the request of Plaintiffs Cuyahoga County, Ohio, and Summit County, Ohio.[1] *See* ECF No. 2438.

Nonetheless, in accordance with the Court's Order of October 7, 2022, PSI provides the following list of every case in state or federal court pending against the company related to its distribution of prescription opioids:

---

[1] PSI also litigated two putative class actions brought by NAS guardians (*Artz* and *Doyle*) in which the Court denied class certification. *See* ECF Nos. 3623, 3644. PSI has thus not listed those two cases below.

| # | *Case Caption* | *Court, Case. No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1. | *Board of Commissioners of Fulton County v. Purdue Pharma L.P., et al.* | N.D. Ohio No. 1:19-op-45440 | Michelle L. Kranz<br>Carasusana B. Wall<br>**Zoll & Kranz** |
| 2. | *Board of Commissioners of Lucas County, Ohio, et al. v. Purdue Pharma L.P.* | N.D. Ohio No. 1:18-op-46177 | David W. Zoll<br>Michelle L. Kranz<br>Carasusana B. Wall<br>**Zoll & Kranz**<br><br>Paul James Hanly, Jr. (deceased)<br>**Simmons Hanly Conroy** |
| 3. | *Charter Township of Clinton, Michigan v. Purdue Pharma L.P.* | E.D. Mich. No. 1:18-op-46135 | J. Burton LeBlanc<br>**Baron & Budd**<br><br>James Powell<br>Anthony J. Majestro<br>**Powell & Majestro**<br><br>Paul T. Farrell, Jr.<br>**Farrell & Fuller**<br><br>Robert B. Sickels<br>**Sommers Schwartz** |
| 4. | *Charter Township of Pittsfield, Michigan v. Purdue Pharma, L.P., et al.* | N.D. Ohio No. 1:19-op-45566 | James C. Powell<br>Anthony J. Majestro<br>**Powell & Majestro**<br><br>Paul T. Farrell, Jr.<br>**Farrell & Fuller**<br><br>Peter James Mougey<br>**Levin Papantonio Thomas Mitchell Rafferty & Proctor**<br><br>James C. Peterson<br>**Hill Peterson Carper Bee & Dietzler**<br><br>Robert B. Sickels<br>**Sommers Schwartz** |

| # | Case Caption | Court, Case. No. | Plaintiff's Counsel |
|---|---|---|---|
| 5. | *City of Barberton, et al. v. Purdue Pharma, L.P., et al.* | N.D. Ohio No. 1:18-op-45767 | Linda J. Singer **Motley Rice** |
| 6. | *City of Cleveland, Ohio et al. v. Purdue Pharma L.P.* | N.D. Ohio No. 1:18-op-45132 | Adrian D. Thompson David J. Butler David H. Wallace **Taft Stettinius & Hollister** Anthony J. Majestro **Powell & Majestro** Stephen S. Zashin Christopher D. Caspary Ami J. Patel **Zashin & Rich** J. Burton LeBlanc, IV Christine C. Mansour **Baron & Budd** Paul T. Farrell, Jr. Michael Jay Fuller, Jr. **Farrell Fuller** Peter James Mougey **Levin Papantonio Thomas Mitchell Rafferty & Proctor** Peter H. Weinberger **Spangenberg, Shibley & Liber** Robert E. Hill **Hill, Peterson, Carper, Bee & Deitzler** Aelish Marie Baig **Robbins Geller Rudman & Dowd** Anil A. Mujumdar **Zarzaur Mujumdar & Debrosse** |

3

| # | Case Caption | Court, Case. No. | Plaintiff's Counsel |
|---|---|---|---|
|  |  |  | Diandra S. Debrosse-Zimmermann<br>**DiCello Levitt Gutzler** |
| 7. | *City of Lorain v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>No. 1:17-op-45000 | Paul J. Napoli<br>Hunter J. Shkolnik<br>Salvatore C. Badala<br>Joseph Ciaccio<br>**Napoli Shkolnik**<br><br>D. Scott Kalish<br>**Kalish Law**<br><br>John R. Climaco<br>Scott D. Simpkins<br>**Climaco, Wilcox, Peca, Tatantino & Garofoli**<br><br>Margaret M. Metzinger<br>**Kadish, Hinkel & Weibel**<br><br>Michael W. Czack<br>**Czack Law Firm**<br><br>Patrick G. Warner<br>**Warner Law Group** |
| 8. | *City of North Ridgeville v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>No. 1:18-op-46015 | Frank L. Gallucci, III<br>**Plevin & Gallucci**<br><br>Salvatore C. Badala<br>**Napoli Shkolnik** |
| 9. | *City of Toledo v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>No. 1:17-op-45005 | Dale R. Emch<br>Adam W. Loukx<br>Jeffrey B. Charles<br>**City of Toledo**<br><br>D. Scott Kalish<br>**Kalish Law**<br><br>Hunter J. Shkolnik<br>Salvatore C. Badala<br>Joseph Ciaccio |

| # | *Case Caption* | *Court, Case. No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| | | | Shayna Erin Sacks<br>**Napoli Shkolnik**<br><br>John R. Climaco<br>Scott D. Simpkins<br>**Climaco, Wilcox, Peca, Tarantino & Garofoli**<br><br>Michael W. Czack<br>**Czack Law Firm**<br><br>Patrick G. Warner<br>**Warner Law Group** |
| 10. | *County of Cuyahoga v. Purdue Pharma L.P.* | N.D. Ohio<br>No. 1:17-op-45004 | David G. Lambert<br>**Office of the Cuyahoga County Prosecuting Attorney**<br><br>Aelish Marie Baig<br>**Robbins Geller Rudman & Dowd**<br><br>Frank L. Gallucci, III<br>**Plevin & Gallucci**<br><br>Paul J. Napoli<br>Hunter J. Shkolnik<br>Salvatore C. Badala<br>Joseph Ciaccio<br>Shayna Erin Sacks<br>**Napoli Shkolnik**<br><br>Joseph W. Boatwright, IV<br>**Cuyahoga County Department of Law**<br><br>Leo M. Spellacy, Jr.<br>**Thrasher Dinsmore & Dolan**<br><br>Paul B. Maslo<br>**Ogletree Deakins Nash Smoak & Stewart** |

5

| # | Case Caption | Court, Case. No. | Plaintiff's Counsel |
|---|---|---|---|
| | | | Paul J. Napoli<br>**Napoli Shkolnik**<br><br>Scott Elliot Smith<br>**Law Office of Smith & Phillips** |
| 11. | *County of Lorain v. Purdue Pharma L.P.* | N.D. Ohio<br>No. 1:18-op-45078 | Frank L. Gallucci, III<br>**Plevin & Gallucci**<br><br>James A. Marniella<br>**Demer & Marniella**<br><br>Salvatore C. Badala<br>Joseph Ciaccio<br>Shayna Erin Sacks<br>**Napoli Shkolnik**<br><br>Mark A. Schneider<br><br>Hunter J. Shkolnik<br>**Napoli Shkolnik** |
| 12. | *County of Summit, Ohio v. Purdue Pharma L.P.* | N.D. Ohio<br>No. 1:18-op-45090 | Adam D. Fuller<br>Donald W. Davis, Jr.<br>Elizabeth Shively Boatwright<br>**Brennan, Manna & Diamond**<br><br>Linda J. Singer<br>**Motley Rice**<br><br>Aelish Marie Baig<br>**Robbins Geller Rudman & Dowd** |
| 13. | *Erie County Board of County Commissioners v. AmerisourceBergen Drug Corp., et al.* | N.D. Ohio<br>No. 1:18-op-45291 | James C. Powell<br>Anthony J. Majestro<br>Christina L. Smith<br>**Powell & Majestro**<br><br>James S. Nelson<br><br>John A. Lancione |

| # | Case Caption | Court, Case. No. | Plaintiff's Counsel |
|---|---|---|---|
| | | | **Lancione Law**<br><br>Paul T. Farrell, Jr.<br>**Farrell & Fuller**<br><br>Peter H. Weinberger<br>**Spangenberg, Shibley & Liber** |
| 14. | *Huron County Board of County Commissioners v. AmerisourceBergen Drug Corp, et al.* | N.D. Ohio<br>No. 1:18-op-45292 | James C. Powell<br>Anthony J. Majestro<br>Christina L. Smith<br>**Powell & Majestro**<br><br>James S. Nelson<br><br>John A. Lancione<br>**Lancione Law**<br><br>Paul T. Farrell, Jr.<br>**Farrell & Fuller**<br><br>Peter H. Weinberger<br>**Spangenberg, Shibley & Liber** |
| 15. | *Marion County Board of Commissioners v. AmerisourceBergen Drug Corp., et al.* | N.D. Ohio<br>No. 1:18-op-45529 | James C. Powell<br>Anthony J. Majestro<br>Christina L. Smith<br>**Powell & Majestro**<br><br>James S. Nelson<br><br>Peter H. Weinberger<br>William Hawal<br>**Spangenberg, Shibley & Liber**<br><br>Paul T. Farrell, Jr.<br>**Farrell & Fuller** |
| 16. | *Mental Health & Recovery Services Board of Allen,* | N.D. Ohio<br>No. 1:18-op-46344 | Peter H. Weinberger<br>Dustin B. Herman<br>William Hawal |

| # | Case Caption | Court, Case. No. | Plaintiff's Counsel |
|---|---|---|---|
|  | *Auglaize, and Hardin Counties v. Purdue Pharma L.P., et al.* |  | **Spanenberg, Shibley & Liber**<br><br>J. Alan Smith<br>**Cory, Meredith, Witter & Smith** |
| 17. | *Ottawa County Board of County Commissioners v. AmerisourceBergen Drug Corp., et al.* | N.D. Ohio<br>No. 1:18-op-45031 | James C. Powell<br>Anthony J. Majestro<br>Christina L. Smith<br>**Powell & Majestro**<br><br>James S. Nelson<br><br>John A. Lancione<br>**Lancione Law**<br><br>Paul T. Farrell, Jr.<br>**Farrell & Fuller**<br><br>Peter H. Weinberger<br>**Spangenberg, Shibley & Liber** |
| 18. | *Pipefitters Local 636 Ins. Fund v. Johnson & Johnson, et al.* | N.D. Ohio<br>No. 1:19-op-46095 | Hunter J. Shkolnik<br>**Napoli Shkolnik** |
| 19. | *Richland County Children's Services v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>No. 1:17-op-45003 | Paul J. Napoli<br>Salvatore C. Badala<br>Joseph Ciaccio<br>Shayna Erin Sacks<br>**Napoli Shkolnik**<br><br>D. Scott Kalish<br>**Kalish Law**<br><br>Darrin C. Leist<br>**Leist Warner**<br><br>John R. Climaco<br>Scott D. Simpkins<br>**Climaco, Wilcox, Peca, Tarantino & Garofoli** |

| # | *Case Caption* | *Court, Case. No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| | | | Michael W. Czack **Czack Law Firm** <br><br> Patrick G. Warner **Warner Law Group** |
| 20. | *Sandusky County Board of Commissioners v. Purdue Pharma L.P., et al.* | N.D. Ohio No. 1:18-op-45254 | Andrew R. Mayle **Mayle** <br><br> Frank L. Gallucci, III **Plevin & Gallucci** <br><br> Hunter J. Shkolnik <br> Salvatore C. Badala <br> Joseph Ciaccio <br> Shayna Erin Sacks **Napoli Shkolnik** |
| 21. | *Seneca County Board of County Commissioners v. AmerisourceBergen Drug Corp., et al.* | N.D. Ohio No. 1:18-op-45290 | Paul T. Farrell, Jr. **Farrell & Fuller** <br><br> James C. Powell <br> Anthony J. Majestro **Powell & Majestro** <br><br> Peter H. Weinberger **Spangenberg, Shibley & Liber** |
| 22. | *Wyandot County Board of County Commissioners v. AmerisourceBergen Drug Corp., et al.* | N.D. Ohio No. 1:18-op-46078 | James C. Powell <br> Anthony J. Majestro <br> Christina L. Smith **Powell & Majestro** <br><br> James S. Nelson <br><br> Paul T. Farrell, Jr. **Farrell & Fuller** <br><br> Peter H. Weinberger **Spangenberg, Shibley & Liber** |

9

Dated: November 1, 2022          Respectfully Submitted,

                      **FOX ROTHSCHILD LLP**

                      /s/ John J. Haggerty
                      John J. Haggerty (Ohio Bar No. 0073752)
                      jhaggerty@foxrothschild.com
                      2800 Kelly Road, Suite 200
                      Warrington, PA 18976
                      Tel: (215) 345-7500
                      Fax: (215) 345-7507

                      *Counsel for Defendant*
                      *Prescription Supply, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of November 2022 I electronically filed a copy of the foregoing using the CM/ECF system, which sent notification of such filing to all counsel of record.

**FOX ROTHSCHILD LLP**

BY: /s/ John J. Haggerty
John J. Haggerty