UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | CASE NO. 1:17-MD-2804 |
| *Applies to All Cases* | ) | |

**STATUS REPORT**

COMES NOW GCP Pharma, LLC, ("GCP") and, in response to the Court's Order of October 7, 2022 (Doc. #4670) ("Order Regarding Non-Litigating Defendants"), hereby provides the following information. As identified below, GCP reasonably believes that it has been named as a defendant in approximately 64 lawsuits. With one exception, GCP has not been served with process in any of these lawsuits and has not been actively litigating any cases in state or federal court.[1] GCP has been served with process in *Muscogee (Creek) Nation v. Purdue Pharma, L.P., et al.* Case No. 1:18-op-45459-DAP, and filed an Answer in that matter, but has not actively litigated that matter.

The Court's Order of October 7, 2022 (Doc. 4670) requires GCP to "file, by November 1, 2022, a status report listing every case ***in federal or state court*** that states claims against it involving manufacturing, marketing, sale, distribution or dispensing of opioids." Because GCP has not been served in most of these lawsuits, GCP is unaware of whether the following is a complete list, but GCP provides this information to the best of its understanding:

---

[1] GCP does not intend to waive any defenses or objections by filing this Status Report per the Court's October 7, 2022 Order.

| # | Case Name | MDL Case # | Plaintiff Counsel |
|---|---|---|---|
| 1 | City of Ada v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45400 | Tony Puckett, Todd Court (of "McAfee & Taft") Matthew Sill (of "Fulmer Sill" Law Group) |
| 2 | City of Altus v. Cephalon | N.D. Ohio, 1:21-op-45046 | McAfee & Taft |
| 3 | City of Anadarko v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45022 | McAfee & Taft Fulmer Sill |
| 4 | City of Bethany v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-46148 | McAfee & Taft Fulmer Sill |
| 5 | City of Broken Arrow v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45415 | McAfee & Taft |
| 6 | City of Burns Flat v. Purdue Pharma, et al. | Oklahoma State Court only: Case No. CJ-19-29, Washita County | McAfee & Taft Fulmer Sill |
| 7 | City of Collinsville v. Purdue Pharma, et al. | Oklahoma State Court only: Case No. CJ-22-379, Tulsa County (dismissed without prejudice on 09/06/2022) | McAfee & Taft |
| 8 | City of Edmond v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45496 | McAfee & Taft Fulmer Sill |
| 9 | City of Elk City v. Purdue Pharma, et al. | N.D. Ohio, 1:21-op-45017 | McAfee & Taft Fulmer Sill |
| 10 | City of Enid v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45717 | McAfee & Taft Fulmer Sill |
| 11 | City of Fort Cobb v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45023 ("notice of voluntary dismissal" filed in Oklahoma federal court (W.D. Okla.) on 05/12/20) | McAfee & Taft Fulmer Sill |
| 12 | City of Guthrie v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45497 | McAfee & Taft Fulmer Sill |
| 13 | City of Jenks v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45858 | McAfee & Taft Fulmer Sill |
| 14 | City of Lawton v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45500 | McAfee & Taft |
| 15 | City of Midwest City v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45709 | McAfee & Taft Fulmer Sill |
| 16 | City of Mustang v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45708 | McAfee & Taft Fulmer Sill |
| 17 | City of Oklahoma City v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45498 | McAfee & Taft |
| 18 | City of Owasso v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45718 | McAfee & Taft Fulmer Sill |

| # | Case Name | MDL Case # | Plaintiff Counsel |
|---|---|---|---|
| 19 | City of Ponca City v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45495 | McAfee & Taft<br>Fulmer Sill |
| 20 | City of Seminole v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45004 | McAfee & Taft<br>Fulmer Sill |
| 21 | City of Shawnee v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-46155 | McAfee & Taft<br>Fulmer Sill<br>Terry West (West Law Firm) |
| 22 | City of Stillwater v. Purdue Pharma, et al. | N.D. Ohio, 1:21-op-45045 | McAfee & Taft |
| 23 | City of Tulsa v. Purdue Pharma, et al. | N.D. Ohio, 1:21-op-45024 | McAfee & Taft |
| 24 | City of Yukon v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45716 | McAfee & Taft<br>Fulmer Sill |
| 25 | BOCC of Atoka County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45001 | McAfee & Taft<br>Fulmer Sill |
| 26 | BOCC of Caddo County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-46156 (case dismissed by Oklahoma state court on 08/06/21) | McAfee & Taft<br>Fulmer Sill |
| 27 | BOCC of Cimarron County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45021 | McAfee & Taft<br>Fulmer Sill |
| 28 | BOCC of Coal County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45149 | McAfee & Taft<br>Fulmer Sill |
| 29 | BOCC of Comanche County v. Purdue, et al. | N.D. Ohio, 1:19-op-45442 (case dismissed by Plaintiff in state court on 04/15/19) | John Zelbst (Zelbst, Holmes & Butler);<br>Fullmer Sill;<br>W. Mark Lanier (Lanier Law Firm, PC) |
| 30 | BOCC of Custer County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45182 | McAfee & Taft<br>Fulmer Sill |
| 31 | BOCC of Dewey County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45801 | McAfee & Taft<br>Fulmer Sill |
| 32 | BOCC of Grady County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-46167 | McAfee & Taft<br>Fulmer Sill |
| 33 | BOCC of Greer County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45256 | McAfee & Taft<br>Fulmer Sill |
| 34 | BOCC of Harmon County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45388 | McAfee & Taft<br>Fulmer Sill |
| 35 | BOCC of Harper County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45757 | McAfee & Taft<br>Fulmer Sill |
| 36 | BOCC of Haskell County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45002 | McAfee & Taft<br>Fulmer Sill |
| 37 | BOCC of Hughes County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-46258 | McAfee & Taft<br>Fulmer Sill |
| 38 | BOCC of Jackson County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45126 | McAfee & Taft<br>Fulmer Sill |
| 39 | BOCC of Jefferson County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-46170 | McAfee & Taft<br>Fulmer Sill |

| # | Case Name | MDL Case # | Plaintiff Counsel |
|---|---|---|---|
| 40 | BOCC of Johnston County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45765 | McAfee & Taft<br>Fulmer Sill |
| 41 | BOCC of Kay County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45989 | McAfee & Taft<br>Fulmer Sill |
| 42 | BOCC of Kiowa County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45755 | McAfee & Taft<br>Fulmer Sill |
| 43 | BOCC of Latimer County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45003 | McAfee & Taft<br>Fulmer Sill |
| 44 | BOCC of LeFlore County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45067 | McAfee & Taft<br>Fulmer Sill |
| 45 | BOCC of Lincoln County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45128 | McAfee & Taft<br>Fulmer Sill<br>George Gibbs (Gibbs Armstrong Borochoff, PC) |
| 46 | BOCC of Logan County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45058 | McAfee & Taft<br>Fulmer Sill |
| 47 | BOCC of Love County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45000 | McAfee & Taft<br>Fulmer Sill |
| 48 | BOCC of Major County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45990 | McAfee & Taft<br>Fulmer Sill |
| 49 | BOCC of McCurtain County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45259 | McAfee & Taft<br>Fulmer Sill |
| 50 | BOCC of Noble County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45129 | McAfee & Taft<br>Fulmer Sill |
| 51 | BOCC of Oklahoma County v. McKesson, et al. | N.D. Ohio, 1:20-op-45056 | McAfee & Taft<br>Fulmer Sill<br>Alex Yafee |
| 52 | BOCC of Pittsburg County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45711 | McAfee & Taft<br>Fulmer Sill |
| 53 | BOCC of Pottawatomie County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45988 | McAfee & Taft<br>Fulmer Sill |
| 54 | BOCC of Roger Mills County v. Purdue Pharma, et al | N.D. Ohio, 1:20-op-45183 | McAfee & Taft<br>Fulmer Sill<br>Patrick O'Hara (Tisdale & O'Hara) |
| 55 | BOCC of Stephens County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45756 | McAfee & Taft<br>Fulmer Sill |
| 56 | BOCC of Texas County v. Purdue, et al. | N.D. Ohio, 1:20-op-45061 | McAfee & Taft<br>Fulmer Sill |
| 57 | BOCC Tillman County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45185 | McAfee & Taft<br>Fulmer Sill |
| 58 | BOCC of Woods County v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45987 | McAfee & Taft<br>Fulmer Sill |
| 59 | BOCC of Woodward County v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45141 | McAfee & Taft<br>Fulmer Sill |
| 60 | Comanche Nation v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-45442 | Steven Skikos (Skikos, Crawford, Skikos & Joseph, LLP) |

| # | Case Name | MDL Case # | Plaintiff Counsel |
|---|---|---|---|
| | | | Robert Rosette |
| 61 | Catawba Nation v. GCP Pharma, et al. | N.D. Ohio, 1:20-op-45234 | Richard Fields (Fields PLLC) Karl Bowers, Jr. (Bowers Law Office) James Fayssoux, Jr. (Fayssoux & Landis) |
| 62 | Delaware Nation v. Purdue Pharma, et al. | N.D. Ohio, 1:19-op-46011 | Fulmer Sill Curtis Brueh (Bruehl Law Firm) Daniel Delluomo (Delluomo & Crow) |
| 63 | Muscogee Creek Nation v. Purdue Pharma, et al. | N.D. Ohio, 1:18-op-45459 | Joseph Callow, Jr. (Keating Muething & Klekamp, PLL) Kevin Dellinger, AG (Muscogee (Creek) Nation), et al. Richard Fields (Fields PLLC) |
| 64 | White Mountain Apache Nation v. Purdue Pharma, et al. | N.D. Ohio, 1:20-op-45243 | Richard Fields (Fields PLLC) Karl Bowers, Jr. (Bowers Law Office) W. Stacy Miller, II (Miller Law Group, PLLC) Seneca Jacobs |

Respectfully submitted,

s/ Matthew B. Free
Sean H. McKee, OBA #14277
*smckee@bestsharp.com*
Matthew B. Free, OBA #18055
*mfree@bestsharp.com*
Benjamin D. Reed, OBA #22696
*breed@bestsharp.com*
**BEST & SHARP**
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
*Attorneys for Defendant GCP Pharma, LLC*

5

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 1st day of November, 2021, the foregoing Status Report was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                      s/ Matthew B. Free
                      Matthew B. Free

Case: 1:17-md-02804-DAP  Doc #: 4711  Filed:  11/01/22  6 of 6.  PageID #: 604531