UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 17-md-2804
Judge Dan A. Polster

This Document Relates to: All Cases

### REPORT WITH RESPECT TO RIVER CITY PHARMA, LLC

On October 7, 2022, the Court entered its *Order Regarding Non-Litigating Defendants*, instructing counsel to submit a status report by November 1, 2022, listing every case in federal or state court that states claims against named defendants involving the manufacturing, marketing, sale, distribution, or dispensing of opioids. Because of the duty of candor to the Court, the undersigned counsel for Masters Pharmaceutical, LLC ("Masters Pharmaceutical"), provides the following information with respect to a defendant named River City Pharma, LLC. The undersigned counsel for Masters Pharmaceutical does not represent and is not responding on behalf of River City Pharma, LLC.

Upon information, River City Pharma, LLC, was established as an Ohio limited liability company on June 4, 2012. However, River City Pharma, LLC, never engaged in any business, held any licenses, transacted any sales of controlled substances or other prescription drugs, or ever owned any assets. "River City Pharma" was a former trade name, or D/B/A, of Masters Pharmaceutical. On January 1, 2018, Masters Pharmaceutical sold all of its assets (including the "River City Pharma" trade name or D/B/A) to Masters Drug Company, Inc. ("Masters Drug Company"), a McKesson entity.

In 2019, 2020 and 2021, long after Masters Pharmaceutical completed the sale of its assets to Masters Drug Company, plaintiffs in 11 cases filed a *Short Form for Supplementing Complaint and Amending Defendants and Jury Demand* against numerous additional entities, including an entity named River City Pharma, LLC. Upon information, Masters Pharmaceutical has not been served on behalf of River City Pharma, LLC, with any *Short Form* that named River City Pharma, LLC, as a defendant.

Dated: November 1, 2022                                          Respectfully Submitted,

**/s/ William J. Aubel**
Michael Bonasso (WV Bar No. 394)
William J. Aubel (WV Bar No. 13097)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street (25301)
Post Office Box 3843
Charleston, WV  25338-3843
304.345.0200
304.345.0260 (Fax)
mbonasso@flahertylegal.com
waubel@flahertylegal.com

*Counsel for Masters Pharmaceutical, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies on November 1, 2022, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ William J. Aubel