UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix A* | MDL No. 2804  Case No. 1:17-md-2804  Judge DAN AARON POLSTER |

**STATUS REPORT OF DEFENDANT FAMILY DARBY GROUP COMPANIES, INC. ("DEFENDANT FAMILY")**

In accordance with the October 7, 2022 Order Regarding Non-Litigating Defendants (the "Order") of the Honorable Dan Aaron Polster, United States District Judge, ECF Doc# 4670 filed in the above-captioned action, this report lists those actions which state claims against any of the Defendant Family involving the manufacturing, marketing, sale, distribution or dispensing of opioids ("Opioid Cases").

Darby Group Companies, Inc. ("DGC") was named in certain state court Opioid Cases and in eight (8) Opioid Cases before this Court. DGC has not been served in any of these eight (8) cases. As to all of these (8) cases, pursuant to agreements with plaintiffs' counsel, stipulations voluntarily dismissing these cases with prejudice have been filed with the Court. All state court Opioid Cases against DGC likewise have been or are scheduled to be dismissed with prejudice.

A related company, Darby Dental Supply LLC ("DDS") has, to the best of its knowledge, been named in only one Opioid Case as follows and this firm has appeared as counsel of record herein for DDS.

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* | *Case Status* |
|---|---|---|---|---|
| 1 | Oglala Lakota Sioux Tribe v. Purdue Pharma L.P., et al | Original Complaint, USDC, South Dakota, Case No. 5:18-cv-05021-JLV, filed 3/16/2018, Complaint, ECF Doc. 1, DDS is not named.<br><br>Tribal Plaintiff's Short Form for Supplementing Complaint and Amending Defendants and Jury Demand, USDC N. Dist. Ohio, Eastern Division, Case No. 1:18-cv-45353-DAP, Complaint bearing MDL Case No. 1:17-md-2804, filed 8/19/2019. Summons Filed 10/24/2019 ECF Doc. # 50 naming DDS. | Robins Kaplan LLP | Transferred to the MDL on 4/4/2018, pending but subject to court stay |

November 1, 2022

                                            Respectfully Submitted,

*/s/ John Paul Fulco, Esq.*
John Paul Fulco, Esq.
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel: 347-589-8550
Fax: 212-545-1656
Email: jfulco@offitkurman.com
*Counsel For Defendants*
*Darby Group Companies, Inc.*
*Darby Dental Supply, LLC*

*/s/ Richard P. Romeo, Esq.*
Richard P. Romeo, Esq.
OFFIT KURMAN P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel: 347-589-8547
Fax: 212-545-1656
Email: rromeo@offitkurman.com
*Counsel For Defendants*
*Darby Group Companies, Inc.*
*Darby Dental Supply, LLC*