UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASETERN DIVISION
*Filed Electronically*

| In Re National Prescription Opiate Litigation | MDL 2804 |
|---|---|
| *This Document relates to:* | Case No. 17-md-2804 |
| All cases | Hon. Dan Aaron Polster |

### STATUS REPORT OF RICHIE PHARMACAL CO. DEFENDANTS

Defendant Richie Enterprises, LLC d/b/a Richie Pharmacal Co., by counsel, and in compliance with this Court's October 7, 2022, [DN 4670], provides this status report. Below is a list of every case in federal or state court that, to the best of this Defendant's knowledge, states claims against this Defendant involving the manufacturing, marketing, sale, distribution, or dispensing of opioids:

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1 | In Re: National Prescription Opiate Litigation | N.D. Ohio, 1:17-md-02804 | Peter H. Weinberger, Lead Attorney, Plaintiffs Liaison Counsel |
| 2 | Summers County Commission v. Rite Aid of Maryland, Inc. | N.D. Ohio, 1:18-op-45226 | Christopher M. Davis, E. Kent Hellems |
| 3 | Pike v. Teva Pharmaceuticals USA, Inc., et al. | N.D. Ohio, 1:18-op-45368 | Gary C. Johnson, et al. |
| 4 | County of Floyd v. Purdue Pharma, L.P., et al. | N.D. Ohio, 1:18-op-45369 | Gary C. Johnson, et al. |
| 5 | Knott v. Purdue Pharma, L.P., et al. | N.D. Ohio, 1:18-op-45370 | Gary C. Johnson, et al. |
| 6 | Belcher, et al v. Purdue Pharma, L.P., et al. | N.D. Ohio, 1:18-op-46143 | Gary C. Johnson, et al. |
| 7 | City of Prestonsburg v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio, 1:19-op-45294 | Emily Ward Roark |

| 8 | City of Inez, KY v. Amerisourcebergen Drug Corporation, et al. | N.D. Ohio, 1:19-op-45499 | Emily Ward Roark |
|---|---|---|---|
| 9 | City of Paintsville, KY v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio, 1:19-op-45559 | Emily Ward Roark |
| 10 | Westmoreland County, Virginia, et al v. Purdue Pharma, L.P., et al. | N.D. Ohio, 1:19-op-45993 | William Q. Bird, et al. |
| 11 | Family Practice Clinic of Booneville, et al v. Purdue Pharma, L.P., et al. | N.D. Ohio, 1:18-op-45390 | David J. Guarnieri, et al. |
| 12 | Bon Secours Health System, Inc., et al v. Purdue Pharma L.P. et al. | N.D. Ohio 1:18-op-45819 | David J. Guarnieri , et al. |
| 13 | Fiscal Court of Wolfe Co., Kentucky v. Purdue Pharma, L.P., et al. | N.D. Ohio 1:18-op-46099 | David J. Guarnieri, et al. |
| 14 | Kentucky River District Health Department v. Actavis, LLC, et al. | N.D. Ohio 1:19-op-45050 | David J. Guarnieri, et al. |
| 15 | City of Canton, et al v. Purdue Pharma L.P., et al. | N.D. Ohio 1:19-op-45462 | William Q. Bird, et al. |
| 16 | Bowling Green-Warren County Community Hospital Corporation et al v. Purdue Pharma L.P., et al. | N.D. Ohio 1:20-op-45060 | David L. Black, et al. |
| 17 | Leslie County Fiscal Court v. Amerisourcebergen Drug Corp, et al. | N.D. Ohio 1:17-op-45029 | J. Burton LeBlanc, IV, et al. |

This November 1, 2022.

>KERRICK BACHERT PSC
>1025 State Street
>Bowling Green, KY 42101
>T: (270) 782-8160
>F: (270) 782-5856
>tkerrick@kerricklaw.com
>mcook@kerricklaw.com
>cgivens@kerricklaw.com
>
> */s/ Matthew P. Cook*
>Thomas N. Kerrick
>Matthew P. Cook
>Colton W. Givens
>*Attorneys for Defendant Richie Enterprises, LLC d/b/a Richie Pharmacal Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record in this action.

> /s/ *Matthew P. Cook*
> Matthew P. Cook
> *Attorney for Defendant Richie Enterprises, LLC d/b/a Richie Pharmacal*