IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**DEFENDANT VALUE DRUG COMPANY'S STATUS REPORT IN RESPONSE TO OCTOBER 7 ORDER REGARDING NON-LITIGATING DEFENDANTS**

Value Drug Company ("VDC"), by its counsel, submits the instant Status Report in Response to this Court's October 7 Order Regarding Non-Litigating Defendants [Doc 4670].

In accordance with this Court's directive, attached as Appendix A is a list of all cases in which claims are asserted against VDC[1] and its related entity, Value Specialty Pharmacy, LLC ("VSP"). This status report is submitted without the admission of any liability on behalf of VDC or VSP with respect to such claims and without waiving or prejudicing, and expressly preserving, any and all defenses and objections to same, including but not limited to, those relating to improper service, lack of service, lack of personal jurisdiction and/or dismissal as a party.

Dated: November 1, 2022  /s/ Nicholas L. Fiske
James R. Hankle
Nicholas L. Fiske

**SHERRARD GERMAN & KELLY, PC**
**The Oliver Building**
**535 Smithfield Street, Ste. 300**
**Pittsburgh, Pennsylvania 15222**
Tel: (412) 355-0200

---

[1] Value Drug Company is alternatively referred to in these pleadings as Value Drug Company and Value Drug Co. For purposes of this status report only, and without waiving any defenses or objections to same, Value Drug Company and Value Drug Co. are collectively referred to as "VDC".

{S1743514.1}                             1

Fax: (412) 261-6221
jrh@sgkpc.com
nlf@sgkpc.com

*Attorneys for Defendant Value Drug Company*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on November 1, 2022.

/s/ Nicholas L. Fiske
James R. Hankle
Nicholas L. Fiske
