ADDENDUM A

| No. | Case Caption | Defendant | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|---|
| 1 | Columbia County v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:17-op-45068 | Edward J. Ciarimboli; Anthony Majestro; J. Burton LeBlanc, IV; Paul T. Farrell, Jr.; Erin K. Dickinson |
| 2 | Luzerne County, Pennsylvania v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:17-op-45100 | Edward J. Ciarimboli; Gregory E. Fellerman; J. Burton LeBlanc, IV; Anthony J. Majestro; Paul T. Farrell, Jr. |
| 3 | County of Trumbull v. Purdue Pharma L.P. | VDC | N.D. Ohio; 1:18-op-45079 | Frank L. Gallucci, III; Leo M. Spellacy, Jr.; Paul J. Napoli; Hunter J. Shkolnik; Joseph Ciaccio; Salvatore C. Badala; Shayna Erin Sacks |
| 4 | Cecil County, Maryland v. Amerisourcebergen Drug Corp., et al. | VDC | N.D. Ohio; 1:18-op-45100 | Thomas L. Kemp; Anthony Majestro; Paul T. Farrell, Jr.; J. Burton LeBlanc, IV |
| 5 | Indiana County, Pennsylvania v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:18-op-45249 | Bryan S. Neiderhiser; Anthony Majestro; Paul T. Farrell, Jr.; J. Burton LeBlanc, IV |
| 6 | City of Warren v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:18-op-45434 | D. Scott Kalish; Gregory V. Hicks; John R. Climaco; Michael W. Czack; Patrick G. Warner; Hunter J. Shkolnik; Joseph Ciaccio; Salvatore C. Badala; Scott D. Simpkins; Shayna Erin Sacks |
| 7 | Wyoming County, Pennsylvania v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:18-op-45488 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamb, Jr.; Christine C. Mansour; Edward J. Ciarimboli; Gregory E. Fellerman; J Burton LeBlanc, IV; James C. Peterson; Jarrett J. Ferentino; Laura J. Baughman; Michael Jay Fuller, Jr; Paul T. Farrell, Jr.; Peter James Mougey; Robert E. Hill; Russell W. Budd; Sherri Ann Saucer |
| 8 | City of Wilkes Barre, Pennsylvania v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:18-op-45545 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamb, Jr.;Christine C. Smith;  Christine C. Mansour; Edward J. Ciarimboli; Gregory E. Fellerman; J. Burton LeBlanc, IV; James S. Nelson; James C. Peterson; James C. Powell; Jarrett J. Ferentino; Laura J. Baughman; Michael Jay Fuller, Jr.; Paul T. Farrell, Jr.; Peter James Mougey; Robert E. Hill; Russell W. Budd; Sherri Ann Saucer |
| 9 | City of Frostburg v. Amerisourcebergen Drug Corporation, et al. | VDC | N.D. Ohio; 1:18-op-45617 | David Bruce Poole, Sr.; Anthony Majestro; J. Burton LeBlanc, IV |
| 10 | City of Hagerstown, Maryland v. Amerisourcebergen Drug Corporation et al. | VDC | N.D. Ohio; 1:18-op-45622 | David Bruce Poole, Sr.; Anthony Majestro; Paul T. Farrell, Jr.; J. Burton LeBlanc, IV |
| 11 | City of Cumberland, Maryland v. Amerisourcebergen Drug Corporation et al. | VDC | N.D. Ohio; 1:18-op-45624 | Anthony Majestro; Paul T. Farrell, Jr; David Bruce Poole, Sr.; J. Burton LeBlanc, IV |
| 12 | Allegany County, Maryland v. Amerisourcebergen Drug Corporation et al. | VDC | N.D. Ohio; 1:18-op-45652 | David Bruce Poole, Sr.; Anthony J. Majestro; Paul T. Farrell, Jr.; J. Burton LeBlanc, IV |
| 13 | Seneca Nation of Indians v. Amerisourcebergen Drug Corporation et al. | VDC | N.D. Ohio; 1:18-op-45746 | Christina L. Smith; James S. Nelson; James c. Powell; Michael Jay Fuller, Jr.; Anthony J. Majestro; Peter James Mougey |
| 14 | Bon Secours Health System, Inc., et al v Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:18-op-45822 | David J. Guarnieri; Jaron P. Blandford; Lisa English Hinkle; Robert E. Maclin, III; Robert K. Finnell, III |
| 15 | Harford County, Maryland, et al. v. Purdue Pharma, L.P., et al. | VDC | N.D. Ohio; 1:18-op-45853 | John P. Pierce; Mark J. Dearman |
| 16 | County of Portage, Ohio, et al. v. Cardinal Health, Inc., et al. | VDC | N.D. Ohio; 1:18-op-46006 | Donald W. Davis, Jr; Linda J. Singer |
| 17 | Board of County Commissioners of Washington County, Maryland v. AmerisourceBergen Drug Corporation, et al. | VDC | N.D. Ohio; 1:18-op-46060 | David Bruce Poole, Sr.; James C. Peterson; Paul T. Farrell, Jr.; J. Burton LeBlanc, IV |
| 18 | Plains Township, Pennsylvania v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:18-op-46215 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamb, Jr.; Christine C. Mansour; Edward J. Ciarimboli; Gregory E. Fellerman; J Burton LeBlanc, IV; James C. Peterson; Jarrett J. Ferentino; Laura J. Baughman; Michael Jay Fuller, Jr; Paul T. Farrell, Jr; Peter James Mougey; Robert E. Hill; Russell W. Budd; Sherri Ann Saucer |
| 19 | City of Nanticoke, Pennsylvania v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:19-op-45081 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamb, Jr; Christine C. Mansour; Edward Ciarimboli; Gregory E. Fellerman; J. Burton LeBlanc, IV; James C. Peterson; Jarrett J. Ferentino; Laura J. Baughman; Michael Jay Fuller, Jr; Paul T. Farrell, Jr; Peter James Mougey; Robert E. Hill; Russell W. Budd; Sherri Ann Saucer |
| 20 | Fairview Township, Pennsylvania v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:19-op-45355 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamb, Jr; Christine C. Mansour; Edward Ciarimboli; Gregory E. Fellerman; J. Burton LeBlanc, IV; James C. Peterson; Jarrett J. Ferentino; Laura J. Baughman; Michael Jay Fuller, Jr; Paul T. Farrell, Jr;  Peter James Mougey; Robert E. Hill; Russell W. Budd |
| 21 | Kingston Borough , Pennsylvania v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:19-op-45585 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamb, Jr; Christine C. Mansour; Corey S. Suda; Edward J. Ciarimboli; Gregory E. Fellerman; J. Burton LeBlanc, IV; James C. Peterson; Jarrett J. Ferentino; Michael Jay Fuller, Jr; Paul T. Farrell, Jr; Peter James Mougey; Robert E. Hill; Russell W. Budd |
| 22 | City of Auburn v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:19-op-45843 | Hunter J. Shkolnik; Joseph Ciaccio; Paul J. Napoli; Salvatore C. Badala; Shayna Erin Sacks |
| 23 | The City of Rochester v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:19-op-45853 | Paul J. Napoli; Tate James Kunkle; Hunter J. Shkolnik; Joseph Ciaccio; Salvatore C. Badala; Shayna Erin Sacks |
| 24 | The City of Ogdensburg v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:19-op-45852 | Hunter J. Shkolnik; Paul J. Napoli; Joseph Ciaccio; Salvatore C. Badala; Shayna Erin Sack; |
| 25 | The City of Saratoga Springs v. Purdue Pharma L.P., et al | VDC | N.D. Ohio; 1:19-op-45857 | Hunter J. Shkolnik; Paul J. Napoli; Joseph Ciaccio; Salvatore C. Badala; Shayna Erin Sacks |
| 26 | County of Kauai v. CVS Health Corporation, et al. | VDC | N.D. Ohio; 1:19-op-45862 | John Y. Choi; Hunter J. Shkolnik; Joseph Ciaccio; Salvatore C. Badala; Shayna Erin Sacks |
| 27 | City of Poughkeepsie v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:19-op-46163 | Hunter J. Shkolnik; Joseph Ciaccio; Salvatore C. Badala; Shayna Erin Sacks |
| 28 | City of Amsterdam v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:19-op-46162 | Hunter J. Shkolnik; Paul J. Napoli; Joseph Ciaccio; Salvatore C. Badala; Shayna Erin Sacks |
| 29 | Wilkes-Barre Township, Pennsylvania v. Purdue Pharma L.P., et al. | VDC/VSP | N.D. Ohio; 1:19-op-45325 | Bruce J. Phillips; Eva Brindisi Pearlman; John C. Cherundolo; John Petrone; Louis T. Brindisi; Robert F. Julian |
| 30 | City of Hazleton, Pennsylvania  v. Purdue Pharma L.P., et al. | VDC/VSP | N.D. Ohio; 1:19-op-45724 | Bruce J. Phillips; Eva Brindisi Pearlman; John C. Cherundolo; John Petrone; Louis T. Brindisi; Samuel M. Sanguedolce |
| 31 | Allegany County v. Purdue Pharma LP, et al | VDC | N.D. Ohio; 1:19-op-46151 | Hunter J. Shkolnik; Joseph Ciaccio; Paul J. Napoli; Salvatore C. Badala; Shayna Erin Sacks |
| 32 | County of Northumberland v. Purdue Pharma L.P., et al. | VDC/VSP | N.D. Ohio; 1:19-op-45555 | Bruce J. Phillips; Eva Brindisi Pearlman; John C. Cherundolo; John Petrone;  Louis T. Brindisi; Robert F. Julian |
| 33 | Wright Township, Pennsylvania v. Purdue Pharma L.P., et al. | VDC/VSP | N.D. Ohio; 1:19-op-45574 | Bruce J. Phillips; Eva Brindisi Pearlman; John C. Cherundolo; John Petrone; Robert F. Julian |
| 34 | County of Lycoming  v. Purdue Pharma, L.P., et al. | VDC/VSP | N.D. Ohio; 1:19-op-45655 | Bruce J. Phillips; Eva Brindisi Pearlman; John C. Cherundolo; John Petrone; Louis T. Brindisi; Robert F. Julian |
| 35 | Hanover Township, Pennsylvania v. Purdue Pharma, LP., et al. | VDC/VSP | N.D. Ohio; 1:19-op-45654 | Bruce J. Phillips; Eva Brindisi Pearlman; John C. Cherundolo; John Petrone; Robert F. Julian |
| 36 | City of Buffalo v. Purdue Pharma L..P, et al. | VDC | N.D. Ohio; 1:19-op-46104 | Paul J. Napoli; Hunter J. Shkolnik; Joseph Ciaccio; Salvatore C. Badala; Shayna Erin Sacks |
| 37 | West Pittston, Pennsylvania v. The Purdue Frederick Company, Inc., et al. | VDC/VSP | N.D. Ohio; 1:19-op-45997 | Bruce J. Phillips; Eva Brindisi Pearlman; John C. Cherundolo; John Petrone; Louis T. Brindisi;  Robert F. Julian |
| 38 | Borough of Edwardsville, Pennsylvania v. AmerisourceBergen Drug Corporation, et al. | VDC | N.D. Ohio; 1:19-op-46176 | Anthony Majestro; Edward J. Ciarimboli; James C. Peterson; Michael Jay Fuller, Jr; Paul T. Farrell, Jr; Peter James Mougey; Russell W. Budd; J. Burton LeBlanc, IV |
| 39 | Forty Fort Borough, Pennsylvania v. AmerisourceBergen Drug Corporation , et al. | VDC | N.D. Ohio; 1:19-op-46177 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamp, Jr; Christine C. Mansour; Edward J. Ciarimboli; Gregory E. Fellerman; J. Burton LeBlanc, IV; James C. Peterson; Jarrett J. Ferentino; Michael Jay Fuller, Jr; Peter James Mougey; Robert E. Hill; Russell W. Budd |
| 40 | Borough of Exeter v. AmerisourceBergen Drug Corporation, et al. | VDC | N.D. Ohio; 1:20-op-45019 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamb, Jr; Edward J. Ciarimboli; Gregory E. Fellerman; J. Burton LeBlanc, IV; James C. Peterson; Jarrett J. Ferentino; Michael Jay Fuller, Jr; Paul T. Farrell, Jr; Peter James Mougey; Robert S. Betnar; Robert E. Hill; Russell W. Budd |
| 41 | Wyoming, Pennsylvania v. Cephalon, Inc., et al. | VDC/VSP | N.D. Ohio; 1:20-op-45087 | Eva Brindisi Pearlman; John C. Cherundolo; John Petrone; Louis T. Brindisi; Robert F. Julian; Samuel M. Sanguedolce |
| 42 | Bedford County v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio: 1:20-op-45184 | Barry J. Scatton; Frank F. Voler |

| # | Case | | Court | Counsel |
|---|---|---|---|---|
| 43 | Sugar Notch Borough, Pennsylvania v. AmerisourceBergen Drug Corporation, et al. | VDC | N.D. Ohio; 1:20-op-45090 | Amy Jo Quezon; Anthony J. Majestro; Archie Cleveland Lamb, Jr; Christine C. Mansour; Edward J. Ciarimboli; Gregory E. Fellerman; J. Burton LeBlanc, IV; James C. Peterson; Jarrett J. Ferentino; Paul T. Farrell, Jr; Peter James Mougey; Robert S. Betnar; Russell W. Budd |
| 44 | Cayuga Nation v. Cephalon, Inc., et al. | VDC | N.D. Ohio; 1:20-op-45153 | Holly H. Dolejsi; Timothy Q. Purdon |
| 45 | Lower Makefied Township v. Purdue Pharma L.P., et al. | VDC | N.D. Ohio; 1:20-op-45284 | Barry J. Scatton; Joseph J. Cappelli |
| 46 | District Attorney of Clearfield County v. Purdue Pharma L.P., et al | VDC | N.D. Ohio; 1:21-op-45022 | Gabriel C. Magee |
| 47 | Middletown Township v. Teva Pharmaceuticals USA, Inc., er al. | VDC | N.D. Ohio; 1:21-op-45030 | Barry J. Scatton; Frank F. Voler |