IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *All Cases Against Thrifty Drug Stores, Inc.* | Judge Dan Aaron Polster |

**DEFENDANT THRIFTY DRUG STORES, INC.'S**
**STATUS REPORT PURSUANT TO ECF NO. 4670**

On October 7, 2022, the Court ordered certain "Non-Litigating Defendants" (and their respective Defendant Families) to submit status reports listing every case in federal and state court that states claims against them involving the manufacturing, marketing, sale, distribution, or dispensing of prescription opioids. ECF No. 4670. "Thrifty White" was identified as one such Defendant. Accordingly, Defendant Thrifty Drug Stores, Inc. ("Thrifty"), a pharmaceutical distributor based in Maple Grove, Minnesota, responds on behalf of its Defendant Family, which also includes Defendants White Drug Enterprises, Inc., Thrifty White Warehouse, and White Drug 61.[1]

| # | Case Caption | Court, Case. No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | *Douglas County, Minnesota v. Purdue Pharma L.P., et al.* | N.D. Ohio No. 1:18-op-45428 | Daniel E. Gustafson David A. Goodwin Amanda M. Williams |

---

[1] In addition to being sued under its own name (Thrifty Drug Stores, Inc.) and the name of its subsidiary (White Drug Enterprises, Inc.), it appears that Thrifty has been sued also under these entities' respective Reporter Names in ARCOS: "Thrifty White Warehouse" and "White Drug 61." Thrifty's Defendant Family thus includes Defendants Thrifty Drug Stores, Inc., White Drug Enterprises, Inc., Thrifty White Warehouse, and White Drug 61.

| # | *Case Caption* | *Court, Case. No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| | | | Eric S. Taubel<br>**Gustafson Gluek**<br><br>Richard A. Lockridge<br>David W. Asp<br>Yvonne M. Flaherty<br>**Lockridge Grindal Nauen** |
| 2. | *Flandreau Santee Sioux Tribe, et al. v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>1:18-op-45095 | Timothy W. Billion<br>Holly H. Dolejsi<br>Brendan V. Johnson<br>Timothy Q. Purdon<br>Tara D. Sutton<br>**Robins Kaplan** |
| 3. | *Forest County Potawatomi Community v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>1:18-op-46342 | Holly H. Dolejsi<br>Timothy Q. Purdon<br>**Robins Kaplan** |
| 4. | *Lower Sioux Indian Community in the State of Minnesota v. Purdue Pharma L.P. et al.* | N.D. Ohio<br>1:18-op-45976 | Holly H. Dolejsi<br>Timothy Q. Purdon<br>**Robins Kaplan** |
| 5. | *Menominee Indian Tribe of Wisconsin v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>1:18-op-45426 | Richard B. Allyen<br>Holly H. Dolejsi<br>Timothy Q. Purdon<br>**Robins Kaplan** |
| 6. | *Oglala Lakota Sioux Tribe v. Purdue Pharma, L.P. et al.* | N.D. Ohio<br>1:18-op-45353 | Timothy W. Billion<br>Holly H. Dolejsi<br>Brendan V. Johnson<br>Timothy Q. Purdon<br>**Robins Kaplan** |
| 7. | *Red Lake Band of Chippewa Indians v. AmerisourceBergen Drug Corp., et al.* | N.D. Ohio<br>1:18-op-45959 | James C. Powell<br>Anthony J. Majestro<br>James S. Nelson<br>Christina L. Smith<br>**Powell & Majestro**<br><br>James C. Peterson<br>**Hill Peterson Carper Bee & Deitzler** |

| # | Case Caption | Court, Case. No. | Plaintiff's Counsel |
|---|---|---|---|
|  |  |  | Peter J. Mougey<br>**Levin Papantonio Thomas Mitchell Rafferty & Proctor** |
| 8. | *Roseau County v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>1:19-op-45344 | Mark J. Briol<br>Scott A. Benson<br>Mary Cate S. Cicero<br>**Briol & Benson**<br><br>Linda J. Singer<br>**Motley Rice** |
| 9. | *Spirit Lake Tribe v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>1:18-op-45520 | Timothy W. Billion<br>Holly H. Dolejsi<br>Sarah E. Friedricks<br>Brendan V. Johnson<br>Timothy Q. Purdon<br>Shira T. Shapiro<br>Tara D. Sutton<br>**Robins Kaplan** |
| 10. | *Standing Rock Sioux Tribe v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>1:18-op-45220 | Holly H. Dolejsi<br>Timothy Q. Purdon<br>**Robins Kaplan** |
| 11. | *Leech Lake Band of Ojibwe v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>1:18-op-45052 | Daniel E. Gustafson<br>David A. Goodwin<br>Eric S. Taubel<br>**Gustafson Gluek**<br><br>Richard A. Lockridge<br>David W. Asp<br>Yvonne M. Flaherty<br>**Lockridge Grindal Nauen**<br><br>Ralph Overholt<br>**Leech Lake Band of Ojibwe** |
| 12. | *Three Affiliated Tribes v. Purdue Pharma L.P., et al.* | N.D. Ohio<br>1:19-op-45376 | Timothy Q. Purdon<br>**Robins Kaplan**<br><br>Steven J. Skikos |

| #   | Case Caption | Court, Case. No. | Plaintiff's Counsel |
|-----|---|---|---|
|     |   |   | **Skikos Crawford Skikos & Joseph** |
| 13. | *Upper Sioux Community v. Purdue Pharma L.P., et al.* | N.D. Ohio 1:18-op-45974 | Holly H. Dolejsi<br>Timothy Q. Purdon<br>**Robins Kaplan** |

Dated: November 1, 2022    Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ John J. Haggerty
John J. Haggerty (Ohio Bar No. 0073752)
jhaggerty@foxrothschild.com
2800 Kelly Road, Suite 200
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507

*Counsel for Defendant*
*Thrifty Drug Stores, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of November 2022 I electronically filed a copy of the foregoing using the CM/ECF system, which sent notification of such filing to all counsel of record.

**FOX ROTHSCHILD LLP**

BY: /s/ John J. Haggerty
John J. Haggerty