IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
|---|---|
| | CASE NO.: 17-md-2804 |
| This document relates to: *All cases* | JUDGE DAN AARON POLSTER |

**STATUS REPORT OF DEFENDANT DAKOTA DRUG, INC. IN ACCORDANCE WITH THE COURT'S OCTOBER 7, 2022 ORDER REGARDING NON-LITIGATING DEFENDANTS**

Defendant Dakota Drug, Inc. ("Dakota Drug") respectfully provides this status report in accordance with the Court's October 7, 2022 Order Regarding Non-Litigating Defendants ("Order"). (*See* Doc. No. 4670.) Accordingly, Dakota Drug lists every case in federal court that states claims against it involving the manufacturing, marketing, sale, distribution or dispensing of opioids:[1]

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Lead Counsel* |
|---|---|---|---|
| 1 | *Adair County et al v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45122 | Nicholas Mauro<br>Paul J. Hanly, Jr. |
| 2 | *Adams County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45093-DAP | Charles J. Crueger<br>Paul J. Hanly, Jr. |
| 3 | *Allamakee County v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45983-DAP | Erin K. Dickinson<br>Nicholas J. Mauro<br>Paul J. Hanly, Jr. |
| 4 | *Ashland County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45130-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr. |
| 5 | *Barron County et al v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45277-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns |

---

[1] As of the date of this filing, Dakota Drug is not named in any cases pending in any state court involving the manufacturing, marketing, sale, distribution or dispensing of opioids.

| | | | |
|---|---|---|---|
| | | | Erin K. Dickinson |
| 6 | *Bayfield County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45168-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 7 | *Black Hawk County et al v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45303-DAP | Nicholas J. Mauro<br>Paul J. Hanly, Jr.<br>Erin K. Dickinson |
| 8 | *Brown County et al v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45117-DAP | Erin K. Dickinson<br>Paul J. Hanly, Jr. |
| 9 | *Buffalo County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45141-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 10 | *Burnett County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45131-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 11 | *Calumet County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45142-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 12 | *Chippewa County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45132 DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 13 | *City of Great Falls et al v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45083-DAP | A. Christopher Edwards<br>Ben Alvin Snipes<br>JoDee Neil<br>John W. Edwards |

| | | | |
|---|---|---|---|
| | | | Justin P. Stalpes<br>Mark Kovacich<br>Sara Sexe<br>Scott M. Stearns<br>Jeffrey B. Simon |
| 14 | *Clark County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45150-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 15 | *Columbia County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45118-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 16 | *County of Anoka, Minnesota v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:18-op-45101-DAP | Donald R. McNeil, Jr.<br>Seth A. Nielsen<br>Paul J. Hanly, Jr.<br>Erin K. Dickinson |
| 17 | *County of Douglas, State of Nebraska v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45068-DAP | Edward D. Hotz<br>Jayne Conroy<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Thomas J. Nack |
| 18 | *Dodge County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45143-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 19 | *Door County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45104-DAP | Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 20 | *Douglas County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45107-DAP | Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch |

| | | | Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
|---|---|---|---|
| 21 | *Dunn County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45133-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 22 | *Eau Claire County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45112-DAP | Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 23 | *Florence County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45125-DAP | Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 24 | *Fond du Lac County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45106-DAP | Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 25 | *Forest County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45134-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 26 | *Grant County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45115-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 27 | *Green County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45096-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 28 | *Green Lake County et al v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45832-DAP | Charles J. Crueger<br>Krista K. Baisch |

4

| | | | Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
|---|---|---|---|
| 29 | *Iowa County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45099-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 30 | *Jackson County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45121-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 31 | *Jefferson County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45122-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 32 | *Kenosha County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45144-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 33 | *Langlade County v. Purdue Frederick Co et al* | N.D. Ohio, 1:17-op-45124-DAP | Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 34 | *Lincoln County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45167-DAP | Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 35 | *Manitowoc County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45135-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 36 | *Marathon County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45095-DAP | Charles J. Crueger<br>Jayne Conroy |

| | | | Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
|---|---|---|---|
| 37 | *Marinette County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45145-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 38 | *Marquette County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45136-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 39 | *McLeod County v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45332-DAP | Mark J. Briol<br>Mary Cate S. Cicero<br>Michael K. Junge<br>Scott A. Benson<br>Linda J. Singer |
| 40 | *Missoula County v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45112-DAP | Gary Gotto<br>Havila C. Unrein<br>David J. Ko |
| 41 | *Monroe County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45146-DAP | Paul J. Hanly, Jr.<br>Erin K. Dickinson |
| 42 | *Oconto County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45120-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 43 | *Oneida County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45129-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 44 | *Pierce County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45165-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 45 | *Polk County v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45116-DAP | Ralph E. Marasco, Jr.<br>Erin K. Dickinson<br>Paul J. Hanly, Jr. |

| 46 | *Price County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45126-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
|---|---|---|---|
| 47 | *Rock County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45108-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 48 | *Roseau County v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45344-DAP | Mark J. Briol<br>Mary Cate S. Cicero<br>Scott A. Benson<br>Linda J. Singer |
| 49 | *Rusk County v. Purdue Pharma Inc et al* | N.D. Ohio, 1:17-op-45116-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 50 | *Sauk County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45098-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 51 | *Sawyer County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45137-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 52 | *Shawano County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45119-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 53 | *Sheboygan County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45128-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 54 | *Sibley County v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45333-DAP | David E. Schauer<br>Mark J. Briol<br>Mary Cate S. Cicero<br>Scott A. Benson<br>Linda J. Singer |

| 55 | *St. Croix County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45147-DAP | Paul J. Hanly, Jr.<br>Erin K. Dickinson |
|---|---|---|---|
| 56 | *St. Louis County, Minnesota v. Purdue Pharma L.P., et al* | N.D. Ohio, 1:18-op-45430-DAP | Mark J. Briol<br>Nick D. Campanario<br>Scott A. Benson<br>Linda J. Singer |
| 57 | *Trempealeau County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45138-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 58 | *Vernon County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45148-DAP | Erin K. Dickinson<br>Paul J. Hanly, Jr. |
| 59 | *Washburn County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45123-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 60 | *Washington County v. Purdue Pharma Inc et al* | N.D. Ohio, 1:17-op-45114-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 61 | *Waupaca County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45166-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 62 | *Waushara County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45139-DAP | Amy E. Garrett<br>Charles J. Crueger<br>Jayne Conroy<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 63 | *Wood County v. Purdue Pharma LP et al* | N.D. Ohio, 1:17-op-45127-DAP | Charles J. Crueger<br>Krista K. Baisch<br>Paul J. Hanly, Jr.<br>Sarah Steffen Burns<br>Erin K. Dickinson |
| 64 | *Blackfeet Tribe of The Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation et al* | N.D. Ohio, 1:18-op-45749-DAP | Anthony J. Majestro<br>J. Burton LeBlanc, IV<br>James C. Peterson |

| | | | Michael Jay Fuller, Jr. Paul T. Farrell, Jr. |
|---|---|---|---|
| 65 | *Chippewa Cree Tribe of the Rocky Boys Reservation v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45395-DAP | Steven J. Skikos |
| 66 | *Flandreau Santee Sioux Tribe et al v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:18-op-45095-DAP | Brendan V. Johnson Tara D. Sutton Timothy W. Billion |
| 67 | *Lower Sioux Indian Community in the State of Minnesota v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:18-op-45976-DAP | Holly H. Dolejsi Timothy Q. Purdon |
| 68 | *Red Lake Band of Chippewa Indians v. Amerisourcebergen Drug Corporation et al* | N.D. Ohio, 1:18-op-45959-DAP | Christina L. Smith James S. Nelson James C. Peterson James C. Powell |
| 69 | *Shakopee Mdewakanton Sioux Community v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:18-op-45977-DAP | Holly H. Dolejsi Timothy Q. Purdon |
| 70 | *Spirit Lake Tribe v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:18-op-45520-DAP | Brendan V. Johnson Holly H. Dolejsi Sarah E. Friedricks Shira T. Shapiro Tara D. Sutton Timothy W. Billion Timothy Q. Purdon |
| 71 | *Standing Rock Sioux Tribe v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:18-op-45220-DAP | Timothy Q. Purdon Holly H. Dolejsi |
| 72 | *St. Croix Chippewa Indians of Wisconsin v. McKesson Corporation et al* | N.D. Ohio, 1:18-op-45367-DAP | Jeffrey A. Cormell T. Roe Frazier, II |
| 73 | *Three Affiliated Tribes v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45376-DAP | Timothy Q. Purdon Steven J. Skikos |
| 74 | *Turtle Mountain Band of Chippewa Indians v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:18-op-45521-DAP | Brendan V. Johnson Holly H. Dolejsi Sarah E. Friedricks Shira T. Shapiro Tara D. Sutton Timothy W. Billion Timothy Q. Purdon |
| 75 | *Upper Sioux Community v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:18-op-45974-DAP | Holly H. Dolejsi Timothy Q. Purdon |
| 76 | *Cheyenne River Sioux Tribe v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45114-DAP | Ryan D. Cwach |

| 77 | *Lower Brule Sioux Tribe v. AmerisourceBergen Drug Corporation et al* | N.D. Ohio, 1:19-op-45350-DAP | Paul T. Farell, Jr. Archie Cleveland Lamb, Jr. Peter James Mougey |
|---|---|---|---|
| 78 | *Ponca Tribe of Nebraska v. McKesson Corporation et al* | N.D. Ohio, 1:18-op-45557-DAP | David A. Domina Lola B. Thomas |
| 79 | *White Earth Nation v. Amerisourcebergen Drug Corporation et al* | N.D. Ohio, 1:19-op-45357-DAP | James C. Peterson Paul T. Farrell Peter James Mougey |

Dated: November 1, 2022                  Respectfully submitted,

*/s/ Brian N. Ramm*
Brian N. Ramm (Ohio No. 0038852)
Warren T. McClurg (Ohio No. 0089098)
James J. Walsh, Jr. (Ohio No. 0096660)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Tel.: 216-363-4500
Fax.: 216-363-4588
bramm@beneschlaw.com
wmcclurg@beneschlaw.com
jwalsh@beneschlaw.com

*Attorneys for Defendant Dakota Drug, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2022, the foregoing *Status Report of Defendant Dakota Drug, Inc. In Accordance With The Court's October 7, 2022 Order Regarding Non-Litigating Defendants* was served on all counsel of record via the Court's CM/ECF notification system.

*/s/ Brian N. Ramm*
*One of the Attorneys for Defendant Dakota Drug, Inc.*
