1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>**Cases listed below** | **MDL 2804**<br><br>**Case No. 1:17-md-2804**<br><br>**Hon. Dan Aaron Polster** |

### Status Report of Costco Wholesale

In accordance with the Court's October 7, 2022, Order, Dkt. 4670, Costco Wholesale submits this list of cases that name it as a defendant. All are in the MDL. The listing is without prejudice to any Costco objection, including its positions that one or more of the listed cases have been abandoned or were not timely, were not timely or properly served, do not include allegations against Costco, do not properly invoke subject matter and personal jurisdiction and venue, do not satisfy the threshold as to minimum volume dispensed, were not properly filed with payment of filing fee, and did not comply with the Court's orders at Dkt. 1106 and 1429.

| # | *Case Caption* | *N. D. Ohio Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1 | City of Lansing, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45054 | Weitz & Luxenberg, P.C. |
| 2 | County of Grand Traverse, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45056 | Weitz & Luxenberg, P.C. |
| 3 | County of Chippewa, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45066 | Weitz & Luxenberg, P.C. |
| 4 | County of Delta, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45067 | Weitz & Luxenberg, P.C. |

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

158799643.1

| | 5 | City of Escanaba, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45068 | Weitz & Luxenberg, P.C. |
|---|---|---|---|---|
| | 6 | County of Saginaw, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45082 | Weitz & Luxenberg, P.C. |
| | 7 | County of Genesee, Michigan v.  Amerisourcebergen, et al. | 1:18-op-45083 | Weitz & Luxenberg, P.C. |
| | 8 | City of Detroit, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45084 | Weitz & Luxenberg, P.C. |
| | 9 | County of Macomb, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45085 | Weitz & Luxenberg, P.C. |
| | 10 | County of Roscommon, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45102 | Weitz & Luxenberg, P.C. |
| | 11 | County of Marquette, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45104 | Weitz & Luxenberg, P.C. |
| | 12 | County of Crawford, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45105 | Weitz & Luxenberg, P.C. |
| | 13 | County of Leelanau, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45111 | Weitz & Luxenberg, P.C. |
| | 14 | County of Mason, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45112 | Weitz & Luxenberg, P.C. |
| | 15 | County of Manistee, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45113 | Weitz & Luxenberg, P.C. |
| | 16 | Rees, Deric and Ceonda Rees and Baby TWB v. McKesson Corporation, et al. | 1:18-op-45252 | Clayborne, Sabo, & Wagner, LLP |
| | 17 | Wood, Rachel and Baby OW v. Purdue Pharma, LP et al. | 1:18-op-45264 | Johnson Gray, LLC |
| | 18 | Salmons, Walter and Virginia and Minor W.D. v. Purdue Pharma, LP et al. | 1:18-op-45268 | Thompson Barney |
| | 19 | Medical Mutual of Ohio v. Purdue Pharma L.P., et al. | 1:18-op-45307 | Spangenberg Shibley & Liber, LLP |
| | 20 | County of Gratiot, Michigan v.  Amerisourcebergen, et al. | 1:18-op-45339 | Weitz & Luxenberg, P.C. |
| | 21 | County of Alcona, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45340 | Weitz & Luxenberg, P.C. |
| | 22 | County of Arenac, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45341 | Weitz & Luxenberg, P.C. |
| | 23 | County of Dickinson, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45342 | Weitz & Luxenberg, P.C. |
| | 24 | County of Iosco, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45343 | Weitz & Luxenberg, P.C. |
| | 25 | City of Iron Mountain, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45344 | Weitz & Luxenberg, P.C. |
| | 26 | County of Otsego, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45345 | Weitz & Luxenberg, P.C. |
| | 27 | County of Montmorency, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45347 | Weitz & Luxenberg, P.C. |

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| 28 | County of Ogemaw, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45348 | Weitz & Luxenberg, P.C. |
|----|----|----|----|
| 29 | County of Isabella, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45349 | Weitz & Luxenberg, P.C. |
| 30 | County of Shiawassee, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45350 | Weitz & Luxenberg, P.C. |
| 31 | County of Lenawee, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45351 | Weitz & Luxenberg, P.C. |
| 32 | County of Sanilac, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45352 | Weitz & Luxenberg, P.C. |
| 33 | County of Antrim, Michigan v. Purdue Pharma LP. et al. | 1:18-op-45354 | Weitz & Luxenberg, P.C. |
| 34 | County of Hillsdale, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45355 | Weitz & Luxenberg, P.C. |
| 35 | County of Benzie, Michigan v. Purdue Pharma, L.P., et al. | 1:18-op-45356 | Weitz & Luxenberg, P.C. |
| 36 | County of Osceola, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45357 | Weitz & Luxenberg, P.C. |
| 37 | County of Oceana, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45359 | Weitz & Luxenberg, P.C. |
| 38 | County of Alger, Michigan v. Purdue Pharma L.P. et al. | 1:18-op-45360 | Weitz & Luxenberg, P.C. |
| 39 | County of Baraga, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45361 | Weitz & Luxenberg, P.C. |
| 40 | County of Luce, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45362 | Weitz & Luxenberg, P.C. |
| 41 | County of Wexford, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45364 | Weitz & Luxenberg, P.C. |
| 42 | County of Lake, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45366 | Weitz & Luxenberg, P.C. |
| 43 | Ambrosio, Melissa and Baby GA v. Purdue Pharma, LP et al. | 1:18-op-45375 | Cooper Law Firm |
| 44 | City of Grand Rapids, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45406 | Weitz & Luxenberg, P.C. |
| 45 | County of Clackamas, et al., v. Purdue Pharma, L.P., et al. | 1:18-op-45442 | D'Amore Law Group, P.C. |
| 46 | Whitley, Roxie et al. and Baby ZBD, Bab LDL, Baby ACH v. Purdue Pharma, LP et al. | 1:18-op-45598 | Cooper Law Firm |
| 47 | County of Bergen, New Jersey v. Purdue Pharma L.P., et al. | 1:18-op-45616 | Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. |
| 48 | Hunt, Shannon and Baby SJ v. Purdue Pharma, LP et al. | 1:18-op-45681 | Gilan & Bedigan, LLC |
| 49 | County of Montcalm, Michigan v. Purdue Pharma L.P., et al. | 1:18-op-45865 | Weitz & Luxenberg, P.C. |
| 50 | County of Houghton, Michigan v. Purdue Pharma, L.P., et al. | 1:18-op-45866 | Weitz & Luxenberg, P.C. |

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 3

158799643.1

| 51 | County of Cass, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45868 | Weitz & Luxenberg, P.C. |
|---|---|---|---|
| 52 | County of Tuscola, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45870 | Weitz & Luxenberg, P.C. |
| 53 | County of Alpena, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45871 | Weitz & Luxenberg, P.C. |
| 54 | County of Washtenaw, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45886 | Weitz & Luxenberg, P.C. |
| 55 | County of Berrien, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45887 | Weitz & Luxenberg, P.C. |
| 56 | County of Iron, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45888 | Weitz & Luxenberg, P.C. |
| 57 | County of Clinton, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45889 | Weitz & Luxenberg, P.C. |
| 58 | County of Ontongon, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45893 | Weitz & Luxenberg, P.C. |
| 59 | County of Presque Isle, Michigan<br>v. Purdue Pharma, L.P., et al. | 1:18-op-45894 | Weitz & Luxenberg, P.C. |
| 60 | County of St. Clair, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45896 | Weitz & Luxenberg, P.C. |
| 61 | County of Charlevoix, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45897 | Weitz & Luxenberg, P.C. |
| 62 | City of Traverse City, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45901 | Weitz & Luxenberg, P.C. |
| 63 | City of East Lansing, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45902 | Weitz & Luxenberg, P.C. |
| 64 | City of Westland, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45903 | Weitz & Luxenberg, P.C. |
| 65 | City of Jackson, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45904 | Weitz & Luxenberg, P.C. |
| 66 | City of Sault Ste. Marie, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-45928 | Weitz & Luxenberg, P.C. |
| 67 | City of Jersey City, New Jersey<br>v. Estate of Mortimer Sackler, et al. | 1:18-op-45948 | Carella, Byrne, Cecchi, Olstein,<br>Brody & Agnello, P.C. |
| 68 | County of Essex, Jew Jersey<br>v. Estate of Mortimer Sackler, et al. | 1:18-op-45989 | Carella, Byrne, Cecchi, Olstein,<br>Brody & Agnello, P.C. |
| 69 | County of Ingham, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-46178 | Weitz & Luxenberg, P.C. |
| 70 | County of Newaygo, Michigan<br>v. Purdue Pharma L.P., et al. | 1:18-op-46187 | Weitz & Luxenberg, P.C. |
| 71 | Moore, Bobbie Lou and Baby RRC<br>v. Purdue Pharma, LP et al. | 1:18-op-46305 | Thompson Barney |
| 72 | Doyle, Erin and Baby DF/Frost, Michelle<br>v. Purdue Pharma, LP et al. | 1:18-op-46327 | Cooper Law Firm |
| 73 | County of Kent, Michigan<br>v. Actavis LLC, et al. | 1:19-op-45000 | Weitz & Luxenberg, P.C. |

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| 74 | County of Ionia, Michigan v. Purdue Pharma L.P., et al. | 1:19-op-45261 | Weitz & Luxenberg, P.C. |
|---|---|---|---|
| 75 | County of Livingston, Michigan v. Purdue Pharma L.P., et al. | 1:19-op-45262 | Weitz & Luxenberg, P.C. |
| 76 | City of Hopewell, Virginia v. Purdue Pharma L.P., et al. | 1:19-op-45433 | Weitz & Luxenberg, P.C. |
| 77 | County of Berkeley, South Carolina v. Purdue Pharma L.P., et al. | 1:19-op-45436 | Weitz & Luxenberg, P.C. |
| 78 | Artz, Jennifer, et al. v. Endo Health Solutions, Inc. et al. | 1:19-op-45459 | DannLaw |
| 79 | Gilson, Jaimee and Baby MMD v. Purdue Pharma, LP et al. | 1:19-op-45461 | Cooper Law Firm |
| 80 | Rodriguez, Jessica and Baby MAP v. Purdue Pharma, LP et al. | 1:19-op-45463 | Cooper Law Firm |
| 81 | Ellis, Esperanza and Baby SOD v. Purdue Pharma, LP et al. | 1:19-op-45464 | Cooper Law Firm |
| 82 | Demaro, Samantha and Baby JWLB v. Purdue Pharma, LP et al. | 1:19-op-45465 | Cooper Law Firm |
| 83 | Cruz, Gloria and baby CEL v. Purdue Pharma, LP, et al. | 1:19-op-45466 | Cooper Law Firm |
| 84 | Paul, Chloe Baby ARP v. Purdue Pharma, LP et al. | 1:19-op-45467 | Cooper Law Firm |
| 85 | Lechuga, Niola and Baby QHL and Baby AGL v. Purdue Pharma, LP et al. | 1:19-op-45468 | Cooper Law Firm |
| 86 | Brumbarger, Brandi and Baby JBB v. Purdue Pharma, LP et al. | 1:19-op-45469 | Cooper Law Firm |
| 87 | Means, Corey and Baby ED v. Purdue Pharma, LP et al. | 1:19-op-45470 | Cooper Law Firm |
| 88 | Peterson, Sally and Baby EAP v. Purdue Pharma, LP et al. | 1:19-op-45472 | Cooper Law Firm |
| 89 | Hampel, Jessica and Baby A.M.H. v. Purdue Pharma, LP et al. | 1:19-op-45473 | Cooper Law Firm |
| 90 | Whittaker, Shelly and Babies EW, GLO, NSG v. Purdue Pharma, LP et al. | 1:19-op-45475 | Cooper Law Firm |
| 91 | Tuttle, Nicole and Baby AT v. Purdue Pharma, LP et al. | 1:19-op-45476 | Cooper Law Firm |
| 92 | Hamawi, Marijha et al. and Babies KLH, NAW v. Purdue Pharma, LP et al. | 1:19-op-45477 | Cooper Law Firm |
| 93 | Gauthier, Krista et al. and Babies DLD, MAS, NS v. Purdue Pharma, LP et al. | 1:19-op-45478 | Cooper Law Firm |
| 94 | Simonson, Alicia and Baby M v. Purdue Pharma, LP et al. | 1:19-op-45479 | Cooper Law Firm |
| 95 | Delancey, Christina Delancey and Baby AJW v. Purdue Pharma, LP et al. | 1:19-op-45480 | Cooper Law Firm |
| 96 | Stewart, Wendy and Baby KJC v. Purdue Pharma, LP et al. | 1:19-op-45481 | Cooper Law Firm |

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

158799643.1

| 97 | Shewmake, Shilo and Babies LG, AS, JS v. Purdue Pharma, LP et al. | 1:19-op-45482 | Cooper Law Firm |
|---|---|---|---|
| 98 | Weatherwax, Quincy and Baby LW v. Purdue Pharma, LP et al. | 1:19-op-45483 | Cooper Law Firm |
| 99 | Martinez, Jacquelynn and Baby JM v. Purdue Pharma, LP et al. | 1:19-op-45484 | Cooper Law Firm |
| 100 | Williams, Farrah and Baby AW v. Purdue Pharma, LP et al. | 1:19-op-45485 | Cooper Law Firm |
| 101 | Warren, Desire Warren and Baby AW v. Purdue Pharma, LLP et al. | 1:19-op-45486 | Cooper Law Firm |
| 102 | Carlson, Desiree and Baby JS v. Purdue Pharma, LP et al. | 1:19-op-45487 | Cooper Law Firm |
| 103 | Flach, Brittany and Babies AB, GB v. Purdue Pharma, LP et al. | 1:19-op-45488 | Cooper Law Firm |
| 104 | Ivie, Billie and Baby AI v. Purdue Pharma, LP et al. | 1:19-op-45489 | Cooper Law Firm |
| 105 | Cherry, Angela and Baby ZCT v. Purdue Pharma, LP et al. | 1:19-op-45490 | Cooper Law Firm |
| 106 | Ortiz, Maria and Baby AO v. Purdue Pharma, LP et al. | 1:19-op-45492 | Cooper Law Firm |
| 107 | Meinecke, Kjellsi and Baby JB v. Purdue Pharma, LP et al. | 1:19-op-45493 | Cooper Law Firm |
| 108 | Brant, Shelby and Baby LA) v. Purdue Pharma, LP et al. | 1:19-op-45494 | Cooper Law Firm |
| 109 | Alexander, Melba and Baby BHR v. Purdue Pharma, LP et al. | 1:19-op-45502 | Cooper Law Firm |
| 110 | Berzinski, April and Baby AZ v. Purdue Pharma, LP et al. | 1:19-op-45503 | Cooper Law Firm |
| 111 | Johnson, Jamie and Babies KD, JD v. Purdue Pharma, LP et al. | 1:19-op-45504 | Cooper Law Firm |
| 112 | Hutchins, Kiana and Baby TE v. Purdue Pharma, LP et al. | 1:19-op-45505 | Cooper Law Firm |
| 113 | Collier, Jessica and Baby AP v. Purdue Pharma, LP et al. | 1:19-op-45506 | Cooper Law Firm |
| 114 | Muffley, Amanda and Baby MS v. Purdue Pharma, LP et al. | 1:19-op-45507 | Cooper Law Firm |
| 115 | Martin, Penny and Baby DM v. Purdue Pharma, LP et al. | 1:19-op-45508 | Cooper Law Firm |
| 116 | Kirk, Krystle and Baby BK v. Purdue Pharma, LP et al. | 1:19-op-45509 | Cooper Law Firm |
| 117 | Martin, Kimberly and Baby AM v. Purdue Pharma, LP et al. | 1:19-op-45510 | Cooper Law Firm |
| 118 | Dixon, Deborah and Baby SET v. Purdue Pharma, LP et al. | 1:19-op-45511 | Cooper Law Firm |
| 119 | Gauthier, Mechelle and Baby BL v. Purdue Pharma, LP et al. | 1:19-op-45514 | Cooper Law Firm |

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| 120 | Gibson, Amanda and Baby BA v. Purdue Pharma, LP et al. | 1:19-op-45515 | Cooper Law Firm |
|---|---|---|---|
| 121 | Goldman, Jenni and Babies JKW, MJR v. Purdue Pharma, LP et al. | 1:19-op-45516 | Cooper Law Firm |
| 122 | Goss, Heather and Babies CB, VB v. Purdue Pharma, LP et al. | 1:19-op-45518 | Cooper Law Firm |
| 123 | Herring, Courtney and Baby MT v. Purdue Pharma, LP et al. | 1:19-op-45519 | Cooper Law Firm |
| 124 | Howell, Reannan and Baby NJD v. Purdue Pharma, LP et al. | 1:19-op-45520 | Cooper Law Firm |
| 125 | Johnson, Aracya and Baby RH v. Purdue Pharma, LP et al. | 1:19-op-45521 | Cooper Law Firm |
| 126 | Kommer, Elizabeth and Baby CK v. Purdue Pharma, LP et al. | 1:19-op-45522 | Cooper Law Firm |
| 127 | Lively, Carol and Baby LL v. Purdue Pharma, LP et al. | 1:19-op-45523 | Cooper Law Firm |
| 128 | Lyle, Alyssa and Baby AW v. Purdue Pharma, LP et al. | 1:19-op-45524 | Cooper Law Firm |
| 129 | Massey, Melanie and Babies SLM, KDR v. Purdue Pharma, LP et al. | 1:19-op-45525 | Cooper Law Firm |
| 130 | McAnany, Samantha and Baby ALM v. Purdue Pharma, LP et al. | 1:19-op-45526 | Cooper Law Firm |
| 131 | Shockley, Kayla and Baby MGL v. Purdue Pharma, LP et al. | 1:19-op-45527 | Cooper Law Firm |
| 132 | Taylor, Jessica and Baby DS v. Purdue Pharma, LP et al. | 1:19-op-45528 | Cooper Law Firm |
| 133 | Taylor, Lori and Baby MT v. Purdue Pharma, LP et al. | 1:19-op-45529 | Cooper Law Firm |
| 134 | Tindall, Nichole and Baby LM v. Purdue Pharma, LP et al. | 1:19-op-45530 | Cooper Law Firm |
| 135 | Atkinson, Sandra and Baby LC v. Purdue Pharma, LP et al. | 1:19-op-45531 | Cooper Law Firm |
| 136 | Goforth, Rebecca and Babies AS, NS v. Purdue Pharma, LP et al. | 1:19-op-45532 | Cooper Law Firm |
| 137 | Chancey, Musette and Babies DC1, DC2 v. Purdue Pharma, LP et al. | 1:19-op-45533 | Cooper Law Firm |
| 138 | Patterson, Gena and Baby FP v. Purdue Pharma, LP et al. | 1:19-op-45534 | Cooper Law Firm |
| 139 | Perkins, Jessica and Babies PA, RA v. Purdue Pharma, LP et al. | 1:19-op-45535 | Cooper Law Firm |
| 140 | Shepard, Amy and Baby ES v. Purdue Pharma, LP et al. | 1:19-op-45536 | Cooper Law Firm |
| 141 | Underwood, Taylor Brooke and Baby CU v. Purdue Pharma, LP et al. | 1:19-op-45537 | Cooper Law Firm |
| 142 | Richardson, Waikeisha and Babies EM1, EM2 v. Purdue Pharma, LP et al. | 1:19-op-45538 | Cooper Law Firm |

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

158799643.1

| 143 | Puckett, Heather and Baby CMB v. Purdue Pharma, LP et al. | 1:19-op-45539 | Cooper Law Firm |
|---|---|---|---|
| 144 | Voncannon, Caroline and Babies CW, SW v. Purdue Pharma, LP et al. | 1:19-op-45540 | Cooper Law Firm |
| 145 | Whittington, Kaegan and Babies SW, AW v. Purdue Pharma, LP et al. | 1:19-op-45541 | Cooper Law Firm |
| 146 | Thomas, Jennifer and Baby AS v. Purdue Pharma, LP et al. | 1:19-op-45542 | Cooper Law Firm |
| 147 | Wright, Naomi and Baby MW v. Purdue Pharma, LP et al. | 1:19-op-45543 | Cooper Law Firm |
| 148 | Scully, Jenny and Baby IS v. Purdue Pharma, LP et al. | 1:19-op-45544 | Cooper Law Firm |
| 149 | Watson, Paula and Baby DM v. Purdue Pharma, LP et al. | 1:19-op-45545 | Cooper Law Firm |
| 150 | Sussex County, New Jersey v. Estate of Mortimer Sackler, et al. | 1:19-op-45616 | Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. |
| 151 | Passaic County, New Jersey v. Dr. Richard Sackler, et al. | 1:19-op-45741 | Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. |
| 152 | Harris, Stacey and Baby NMB v. McKesson Corporation, et al. | 1:20-op-45066 | Thompson Barney |
| 153 | Alsup, Brittany and Baby BSN, et al. v. McKesson Corporation, et al. | 1:20-op-45083 | Cooper Law Firm |
| 154 | Martin, Alexa Executrix of the Estate of William Martin, et. Al v. McKesson Corporation, et al. | 1:20-op-45093 | Law Office of Stephen P. New |
| 155 | Alexander, Erin, et al. v. McKesson Corporation, et al. | 1:20-op-45096 | Law Office of Stephen P. New |
| 156 | Seeley, Christopher, Jennifer Kaczor and guardian of Jocelyn Kaczor v. McKesson Corporation, et al. | 1:20-op-45169 | Cherundolo Law Firm, PLLC |
| 157 | Busch, Kathryn and Baby MB and Melson, Jason and Baby JM v. McKesson Corporation, et al. | 1:20-op-45211 | Cooper Law Firm |
| 158 | Willingham, Nikolina and Baby MC v. McKesson Corporation, et al. | 1:20-op-45219 | Cooper Law Firm |
| 159 | Manchen, Joele and Baby LM v. McKesson Corporation, et al. | 1:20-op-45228 | Cooper Law Firm |
| 160 | Haught, Miriam and Baby BH v. McKesson Corporation, et al. | 1:20-op-45274 | Cooper Law Firm |
| 161 | Waggoner, Kelsey and Baby SC v. McKesson Corporation, et al. | 1:20-op-45276 | Cooper Law Firm |
| 162 | Kruse and Ashley and Baby MB v. McKesson Corporation, et al. | 1:20-op-45277 | New, Taylor & Associates |
| 163 | Shepard, Jerica and Baby ES v. McKesson Corporation, et al. | 1:20-op-45301 | Martzell, Bickford & Centola |

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

158799643.1

| 164 | Tarrant County Hospital District v. McKesson Corporation, et al. | 1:21-op-45077 | Wick Phillips Gould & Martin, LLP |
|-----|------------------------------------------------------------------|---------------|-----------------------------------|
| 165 | Chasteen, Katherine and Baby DK v. McKesson Corporation, et al. | 1:21-op-45110 | Cooper Law Firm |
| 166 | Threadgill, Shannon Lee and Child KRT v. McKesson Corporation, et al. | 1:21-op-45118 | Onder Law, LLC |
| 167 | Vincent, Beth and Child SJS v. McKesson Corporation, et al. | 1:21-op-45119 | Onder Law, LLC |
| 168 | Rubin, Adam Matthew and Child CAR v. McKesson Corporation, et al. | 1:21-op-45121 | Onder Law, LLC |
| 169 | Rubin, Adam Matthew and Child CMR v. McKesson Corporation, et al. | 1:21-op-45122 | Onder Law, LLC |
| 170 | Rubin, Adam Matthew and Child CJR v. McKesson Corporation, et al. | 1:21-op-45123 | Onder Law, LLC |
| 171 | Farrell, MaryAnn and Child ANF v. McKesson Corporation, et al. | 1:21-op-45124 | Onder Law, LLC |
| 172 | Funston, Christopher Michael and Child CCF v. McKesson Corporation, et al. | 1:21-op-45125 | Onder Law, LLC |
| 173 | Burcham, Tiffany Nicole and Child LRK v. McKesson Corporation, et al. | 1:21-op-45126 | Onder Law, LLC |
| 174 | Moser, Rachel Renee and Child AWJ v. McKesson Corporation, et al. | 1:21-op-45127 | Onder Law, LLC |
| 175 | Aanestad, Christina Marie and Child PJA v. McKesson Corporation, et al. | 1:21-op-45128 | Onder Law, LLC |
| 176 | Rowaihy, Marsha Marie a and Child JJA v. McKesson Corporation, et al. | 1:21-op-45129 | Onder Law, LLC |
| 177 | Calkins, Vada Elizabeth and Child DVLC v. McKesson Corporation, et al. | 1:21-op-45130 | Onder Law, LLC |
| 178 | Carpenter, Holly Janelle and Child CMC v. McKesson Corporation, et al. | 1:21-op-45131 | Onder Law, LLC |
| 179 | Chapman, Thomas Wayne and Child VDC v. McKesson Corporation, et al. | 1:21-op-45132 | Onder Law, LLC |
| 180 | Covington, Regina Marie and Child KWCC v. McKesson Corporation, et al. | 1:21-op-45133 | Onder Law, LLC |
| 181 | Creech, Christopher and Child LRC v. McKesson Corporation, et al. | 1:21-op-45134 | Onder Law, LLC |

DATED this 1st day of November, 2022

STATUS REPORT OF COSTCO WHOLESALE (NO. 1:17-MD-2804) – 9

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

158799643.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

*s/David J. Burman*
David J. Burman

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000
Email: DBurman@perkinscoie.com
WSBA No. 10611

*Attorneys for Costco Wholesale Corporation*

STATUS REPORT OF COSTCO WHOLESALE
(NO. 1:17-MD-2804) – 10

158799643.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 1, 2022 I electronically filed the

foregoing STATUS REPORT OF COSTCO WHOLESALE with the Clerk of the Court using

the CM/ECF system, which will send notification of such filing to all counsel of record.


DATED this 1st day of November, 2022.


<u>*s/David J. Burman*</u>
David J. Burman

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000
Email: DBurman@perkinscoie.com
WSBA No. 10611

*Attorneys for Costco Wholesale Corporation*

CERTIFICATE OF SERVICE
(NO. 1:17-MD-2804) – 1

158799643.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone:  206.359.8000
Fax:  206.359.9000