IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates to:*<br><br>All Cases Naming Alvogen, Inc. as a Defendant | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster |

## STATUS REPORT OF ALVOGEN, INC.

Alvogen, Inc. ("Alvogen") respectfully provides this status report in response to the Court's October 7, 2022 Order instructing each named defendant family to list every case in federal or state court that purports to state claims against it involving the manufacturing, marketing, sale, distribution or dispensing of opioids.[1]  Alvogen reports as follows:

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1 | American Resources Insurance Co., Inc. v. Purdue Pharma, L.P., et al. | N.D. Ohio, No. 18-op-45910 | David Anthony Busby |
| 2 | Jones County v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, No. 19-op-45142 | Paul T. Farrell, Jr; Michael Jay Fuller, Jr; James C. Peterson; J. Harold Seagle |
| 3 | Fayette County, Georgia v. Purdue Pharma, L.P., et al. | N.D. Ohio, No. 19-op-45293 | Sara Schramm |
| 4 | Miller County, Missouri v. Purdue Pharma, L.P., et al. | N.D. Ohio, No. 19-op-45274 | Ann Callis; Randall Seth Crompton; Paul T. Farrell, Jr; J. Burton LeBlanc, IV; Thomas J. Lech; |

---

[1] Alvogen has not yet had the opportunity to respond to the claims against it.  Alvogen does not concede that any plaintiff in any case listed in this status report has stated a claim against Alvogen upon which relief can be granted, and Alvogen expressly preserves any and all defenses that may be available to it.  Alvogen understands the Court's order to require the identification of cases with materially similar allegations about the manufacturing, marketing, sale, distribution or dispensing of opioids to the allegations made by the plaintiffs in this MDL.

|   |   |   | James C. Peterson; James Powell |
|---|---|---|---|
| 5 | Bladen County v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, No. 19-op-45557 | Paul T. Farrell, Jr; Michael Jay Fuller, Jr; James C. Peterson; J. Scott Taylor |
| 6 | Sampson County v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, No. 19-op-45583 | Paul T. Farrell, Jr; Michael Jay Fuller, Jr; James C. Peterson; J. Harold Seagle |
| 7 | Spirit Lake Tribe v. Purdue Pharma L.P., et al. | N.D. Ohio, No. 18-op-45520 | Timothy W. Billion; Holly H. Dolejsi; Sarah E. Friedricks; Brendan V. Johnson; Timothy Q. Purdon; Shira T. Shapiro; Tara D. Sutton |
| 8[2] | Passamaquoddy Tribe—Indian Township v. Purdue Pharma et al. | N.D. Ohio, No. 18-op-45876 | John M. Broaddus; Michael-Corey F. Hinton; Neil T. Leifer; Paul J. Pennock; Ellen Relkin; Kaighn Smith, Jr. |
| 9 | Passamaquoddy Tribe—Pleasant Point v. Purdue Pharma et al. | N.D. Ohio, No. 19-op-45100 | John M. Broaddus; Michael-Corey F. Hinton; Neil T. Leifer; Paul J. Pennock; Ellen Relkin; Kaighn Smith, Jr. |
| 10 | The City of Prestonburg, KY v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio, No. 19-op-45294 | Emily Ward Roark |
| 11 | The City of Paintsville, KY v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio, No. 19-op-45559 | Emily Ward Roark |
| 12 | Board of Commissioners of Barber County, Kansas v. Purdue Pharma, L.P., et al. | N.D. Ohio, No. 19-op-45785 | Matthew M. Dwyer; Ryan J. Loehr; Timothy Ray West |

---

[2] Alvogen has not yet been served in the cases listed on lines 8, 9, 10, 11, 18, and 19; and, as noted above, expressly preserves any and all appropriate defenses.

| 13 | Wise County Board of Supervisors v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, No. 19-op-45907 | M. Bert Ketchum, III; Terry Gene Kilgore; James C. Peterson |
|---|---|---|---|
| 14 | Hospital Service District No. 1 of the Parish of Avoyelles, State of Louisiana v. Actavis LLC, et al. | N.D. Ohio, No. 20-op-45098 | Richard J. Arsenault; Dustin C. Carter; Dawn M. Chmielewski |
| 15 | Fiscal Court of Bath County, on behalf of Bath County, KY v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio, No. 20-op-45012 | Paul T. Farrell, Jr; Michael Jay Fuller; Robert E. Hill; J. Burton LeBlanc, IV; Anthony J. Majestro; Peter James Mougey; James C. Peterson |
| 16 | Phillip Terrell v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, No. 20-op-45123 | W. Jay Luneau; J. Burton LeBlanc, IV; James C. Peterson |
| 17 | Rapides Parish Police Jury v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, No. 20-op-45111 | W. Jay Luneau; J. Burton LeBlanc, IV; James C. Peterson |
| 18 | Asbestos Workers Local Union No. 2 Welfare Fund v. Allergan, PLC, et al. | N.D. Ohio, No. 21-op-45023 | Gregory S. Spizer |
| 19 | City of Niceville, Fla. v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, No. 21-op-45081 | Peter James Mougey; James C. Peterson |
| 20 | Delaware County, Pennsylvania et al. v. Purdue Pharma L.P. et al. | C.P. Del. Cnty. (Pa.), CV-2017-008095 | Michael F Barrett[3] |

---

[3] Mr. Barrett is the first listed attorney among those who initially appeared in this case.

Dated: November 1, 2022

Respectfully Submitted,

*/s/ John M. Tanski*
John M. Tanski
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
860.275.8100
860.275.8101 (fax)
jtanski@axinn.com

Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
212.728.2200
212.728.2201 (fax)
creiser@axinn.com

*Attorneys for Defendant Alvogen, Inc.*

4