UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document relates to:*<br><br>**All Cases** | **MDL 2804**<br><br>CASE NO. 1:17-md-2804<br><br>Hon Dan Aaron Polster |

## STATUS REPORT OF LOUISIANA WHOLESALE DRUG COMPANY, INC.

LOUISIANA WHOLESALE DRUG COMPANY, INC. ("LWD") submits the following in accordance with the Court's October 7, 2022, Order [Rec. Doc. 4670] instructing counsel for certain "Non-Litigating Defendants" to file a status report by November 1, 2022.

LWD reports that claims have been asserted against it involving the distribution of opioids in the following cases:

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1 | Acadia-St. Landry Hospital Service District v. Actavis LLC, et al. | N.D. Ohio 1:20-op-45097-DAP | Richard J. Arsenault |
| 2 | Douglas Hebert, III v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45142-DAP | Madeleine Brumley |
| 3 | Ascension Parish School Board v. Allergan Limited, et al. | N.D. Ohio 1:21-op-45006-DAP | Walter J. Leger, Jr. |
| 4 | Ascension Parish Government v. Purdue Pharma, et al. | N.D. Ohio 1:19-op-45027-DAP | Walter J. Leger, Jr. |
| 5 | Jeffrey F. Wiley v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45842-DAP | Madeleine Brumley |
| 6 | Assumption Parish Police Jury v. Allergan PLC, et al. | N.D. Ohio 1:20-op-45205-DAP | Walter J. Leger, Jr. |
| 7 | Avoyelles Parish Police Jury v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45444-DAP | Madeleine Brumley |

| 8. | Douglas Anderson v. Purdue Pharma LP, et al. | N.D. Ohio 1:17-op-45164-DAP | Madeleine Brumley |
|---|---|---|---|
| 9. | Hospital Service District No. 1 of the Parish of Avoyelles, State of Louisiana v. Actavis LLC, et al. | N.D. Ohio 1:20-op-45098-DAP | Richard J. Arsenault |
| 10. | Calcasieu Parish Police Jury v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45445-DAP | Madeleine Brumley |
| 11. | Tony Mancuso v. Purdue Pharma LP, et al. | N.D. Ohio 1:17-op-45179-DAP | Madeleine Brumley |
| 12. | Chitimacha Tribe of Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45825-DAP | T. Roe Frazer, II |
| 13. | City of Alexandria, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46050-DAP | Richard J. Arsenault |
| 14. | City of Bogalusa, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46297-DAP | Shayna E. Sacks |
| 15. | City of Eunice, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46328-DAP | Richard J. Arsenault |
| 16. | City of Lake Charles v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45449-DAP | Madeleine Brumley |
| 17. | City of Laurel, Mississippi v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:18-op-46161-DAP | Anthony J. Majestro |
| 18. | City of Monroe, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45732-DAP | Richard J. Arsenault |
| 19. | City of Opelousas, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45685-DAP | Richard J. Arsenault |
| 20. | City of Pineville, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45037-DAP | Richard J. Arsenault |
| 21. | City of Shreveport v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46064-DAP | Joshua K. Williams |
| 22. | City of Slidell v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45769-DAP | Lawrence E. Abbott |
| 23. | City of Saint Martinville, Louisiana v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:19-op-45013-DAP | J. Burton LeBlanc, IV |
| 24. | City of West Monroe, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46133-DAP | Richard J. Arsenault |
| 25. | Coushatta Tribe of Louisiana v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:19-op-45438-DAP | Archie C. Lamb, Jr. |
| 26. | Wydette Williams v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45259-DAP | Madeleine Brumley |

| | | | |
|---|---|---|---|
| 27. | East Carroll Police Jury v. Purdue Pharma, et al. | N.D. Ohio 1:19-op-45453-DAP | Madeleine Brumley |
| 28. | Evangeline Parish Police Jury v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45450-DAP | Madeleine Brumley |
| 29. | Edrick Soileau v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45189-DAP | Madeleine Brumley |
| 30. | Steven McCain v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45244-DAP | Richard J. Arsenault |
| 31. | Grant Parish Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45277-DAP | Richard J. Arsenault |
| 32. | Hospital Service District No. 1 of the Parish of LaSalle, State of Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46150-DAP | Richard J. Arsenault |
| 33. | Louis M. Ackal v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46052-DAP | Richard J. Arsenault |
| 34. | Lafayette General Health System, Inc. v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46082-DAP | Richard J. Arsenault |
| 35. | City of Mandeville v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45753-DAP | Walter J. Leger, Jr. |
| 36. | Mark T. Garber v. Purdue Pharma LP, et al. | N.D. Ohio 1:17-op-45180-DAP | Madeleine Brumley |
| 37. | Lafourche Parish Government v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:20-op-45212-DAP | Walter J. Leger, Jr. |
| 38. | Lafourche Parish Government v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:21-op-45036-DAP | Walter J. Leger, Jr. |
| 39. | Leland Falcon v. Allergan PLC, et al. | N.D. Ohio 1:20-op-45206-DAP | Walter J. Leger, Jr. |
| 40. | Board of Supervisors for Louisiana State University and Agricultural and Mechanical College v. AmerisourceBergen Drug Corporation, et al.[1] | N.D. Ohio 1:20-op-45157-DAP | Roderick Alvendia |
| 41. | Morehouse Parish Police Jury v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45452-DAP | Madeleine Brumley |

---

[1] This case was removed from state court to the United States District Court for the Middle District of Louisiana before it was transferred by the JPML to the Northern District of Ohio [CTO-148]. LWD is not among the defendants listed in the caption of the original Petition for Damages [Rec. Doc. 1-2, p. 9], although LWD is identified as a putative defendant in the body of the Petition [Rec. Doc. 1-2, p. 22] and was served with the Petition on or about March 3, 2020 [Rec. Doc. 1-2, p. 1]. LWD does not appear on the docket sheet in 1:20-op-45157-DAP, and, for that reason, LWD is not connected with this case in the Report Regarding Spreadsheet of Defendants [Rec. Doc. 4687].

| | | | |
|---|---|---|---|
| 42. | Michael Tubbs v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45884-DAP | Madeleine Brumley |
| 43. | Opelousas General Hospital, a Louisiana Public Trust v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46083-DAP | Richard J. Arsenault |
| 44. | Ouachita Parish Police Jury v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45446-DAP | Madeleine Brumley |
| 45. | Jay Russell v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45154-DAP | Madeleine Brumley |
| 46. | Phillip Terrell v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:20-op-45123-DAP | J. Burton LeBlanc, IV |
| 47. | Rapides Parish Police Jury v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:20-op-45111-DAP | J. Burton LeBlanc, IV |
| 48. | William Hilton v. Purdue Pharma LP, et al. | N.D. Ohio 1:17-op-45178-DAP | Madeleine Brumley |
| 49. | Gary Gilley v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45007-DAP | Madeleine Brumley |
| 50. | Sabine Parish Policy Jury v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45448-DAP | Madeleine Brumley |
| 51. | Ronald Richardson v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45143-DAP | Madeleine Brumley |
| 52. | St. James Parish School Board v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:21-op-45034-DAP | Walter J. Leger, Jr. |
| 53. | St. John the Baptist Parish v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:18-op-45987-DAP | J. Burton LeBlanc, IV |
| 54. | St. Landry Parish, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46042-DAP | Richard J. Arsenault |
| 55. | Bobby Guidroz v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46051-DAP | Richard J. Arsenault |
| 56. | The Tunica-Biloxi Tribe of Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45996-DAP | Madeleine Brumley |
| 57. | Town of Ferriday, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-46166-DAP | Richard J. Arsenault |
| 58. | Town of Gramercy v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:21-op-45031-DAP | Walter J. Leger, Jr. |
| 59. | Town of Lutcher v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:21-op-45035-DAP | Walter J. Leger, Jr. |
| 60. | Town of Pearl River v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45754-DAP | Lawrence E. Abbott |

| | | | |
|---|---|---|---|
| 61. | Town of Richwood v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45772-DAP | Richard J. Arsenault |
| 62. | Vernon Parish Police Jury v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45451-DAP | Madeleine Brumley |
| 63. | John Craft v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45140-DAP | Madeleine Brumley |
| 64. | Washington Parish Government v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45773-DAP | Walter J. Leger, Jr. |
| 65. | Randy Seal v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45093-DAP | Madeleine Brumley |
| 66. | West Ascension Parish Hospital Service District v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:20-op-45207-DAP | Walter J. Leger, Jr. |
| 67. | West Carroll Parish Police Jury v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45454-DAP | Madeleine Brumley |
| 68. | Jerry Philley v. Purdue Pharma LP, et al. | N.D. Ohio 1:18-op-45260-DAP | Madeleine Brumley |
| 69. | Winn Parish, Louisiana v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45295-DAP | Richard J. Arsenault |
| 70. | R. Chris Nevils v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45296-DAP | Richard J. Arsenault |
| 71. | City of Baton Rouge v. AmerisourceBergen Drug Corporation, et al. | N.D. Ohio 1:18-op-45160-DAP | Anthony J. Majestro |
| 72. | City of Donaldsonville v. Purdue Pharma LP, et al. | N.D. Ohio 1:19-op-45028-DAP | Walter J. Leger, Jr. |

Respectfully submitted:

ALLEN & GOOCH,
A Law Corporation

*/s/ S. Brian Perry*
S. BRIAN PERRY (#25209)
P.O. Drawer 81129
Lafayette, LA 70598-1129
Telephone: (337) 291-1410
Facsimile: (337) 291-1415
BrianPerry@AllenGooch.com
Attorney for Louisiana Wholesale Drug
Company, Inc.

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                */s/ S. Brian Perry*
                                                S. BRIAN PERRY