**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*This document relates to:*<br><br>**ALL CASES** | **MDL No. 2804**<br><br>**Case No. 1:17-md-02804-DAP**<br><br>**Hon. Dan Aaron Polster** |

### STATUS REPORT OF NON-LITIGATING DEFENDANT PHARMACY BUYING ASSOCIATION

Pursuant to this Court's October 7, 2022 Order Regarding Non-Litigating Defendants (ECF No. 4670), Non-Litigating Defendant Pharmacy Buying Association provides the following status report listing every case in federal or state court that states claims against it involving the manufacturing, marketing, sale, distribution or dispensing of opioids.

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1. | *Adair Co., MO et al v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45122-DAP | Erin K. Dickinson, Paul James Hanly, Jr., Nicholas J. Mauro |
| 2. | *Adair Co., MO v. Allergan PLC, et al* | N.D. Ohio, 1:20-op-45297-DAP | John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |
| 3. | *Andrew Co., MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45298-DAP | John F. Edgar, Jeffrey H. Reeves |
| 4. | *Allamakee County v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-45983-DAP | Erin K. Dickinson, Paul James Hanly, Jr., Nicholas J. Mauro |
| 5. | *Appanoose County et al v. Allergan PLC, et al* | N.D. Ohio, 1:21-op-45051-DAP | Jayne Conroy, Nicholas J. Mauro |
| 6. | *Barry County, MO v. Allergan PLC et al* | N.D. Ohio, 1:21-op-45016-DAP | John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 7. | Board of County Commissioners of Beckham County, OK v. Cephalon, Inc. et al | N.D. Ohio, 1:20-op-45146-DAP | Harrison C. Lujan, Patrick O'Hara, Jr., Matthew J. Sill, J. Mart Tisdal |
| 8. | Black Hawk County et al v. Purdue Pharma LP et al. | N.D. Ohio, 1:18-op-45303-DAP | Erin K. Dickinson, Paul James Hanly, Jr., Nicholas J. Mauro |
| 9. | Callaway County, MO v. Purdue Pharma L.P. et al | N.D. Ohio, 1:19-op-45378-DAP | Paul T. Farrell, Jr., J. Burton LeBlanc, IV, Thomas J. Lech, Anthony J. Majestro, James C. Peterson, James C. Powell |
| 10. | Cass County, MO v. AmerisourceBergen Drug Corp. et al | N.D. Ohio, 1:18-op-45841-DAP | Thomas P. Cartmell, Brian J. Madden |
| 11. | Catawba Nation v. Endo Health Solutions, Inc. et al. | N.D. Ohio, 1:20-op-45234-DAP | Martin F. Cunniff |
| 12. | Chariton County, MO v. Purdue Pharm L.P. et al | N.D. Ohio, 1:19-op-45790-DAP | Paul T. Farrell, Jr., J. Burton LeBlanc, IV, Thomas J. Lech, Anthony J. Majestro, James C. Peterson, James C. Powell |
| 13. | Clinton County, MO v. Allergan PLC et al | N.D. Ohio, 1:20-op-45130-DAP | Cheryl Priest Ainsworth, John F. Edgar, Jeffrey H. Reeves |
| 14. | Dade County, MO v. Allergan PLC et al | N.D. Ohio, 1:20-op-45224-DAP | John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |
| 15. | DeKalb County, MO v. Allergan PLC et al | N.D. Ohio, 1:20-op-45299-DAP | John F. Edgar, Jeffrey H. Reeves |
| 16. | Douglas County, MO v. Purdue Pharma L.P. et al | 1:19-op-45386-DAP | Paul T. Farrell, Jr., J. Burton LeBlanc, IV, |

49885660v1

| *#* | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| | | | Thomas J. Lech, Anthony J. Majestro, James C. Peterson, James C. Powell |
| 17. | *Board of County Commissioners for Greenwood County, KS, et al v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45384-DAP | Ryan J. Loehr, Timothy Ray West |
| 18. | *Grundy County, MO v. Allergan PLC, et al* | N.D. Ohio, 1:20-op-45300-DAP | John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |
| 19. | *Henry County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45135-DAP | Cheryl Priest Ainsworth, John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |
| 20. | *People of the State of Illinois (Jersey County) et al. v. AmerisourceBergen Drug Corporation et al* | N.D. Ohio, 1:17-op-45049-DAP | Russell W. Budd, Ann Callis, David I. Cates, R. Seth Crompton, Paul T. Farrell, Jr., Eric D. Holland, Gregory R. Jones, Thomas J. Lech, Anthony J. Majestro, James S. Nelson, James C. Powell, Christina L. Smith |
| 21. | *Iowa Tribe of Kansas and Nebraska v. Cephalon, Inc. et al.* | N.D. Ohio, 1:20-op-45099-DAP | Kurt M. Mullen, Steven J. Skikos |
| 22. | *Johnson County, MO v. Purdue Pharma, L.P. et al* | N.D. Ohio, 1:19-op-45363-DAP | J. Scott Bertram, Ryan J. Loehr, Timothy Ray West |
| 23. | *Knox County, MO v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45406-DAP | Paul T. Farrell, Jr., J. Burton LeBlanc, IV, Thomas J. Lech, James C. Peterson, James C. Powell |

49885660v1

- 4 -

| *#* | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 24. | *Lafayette County, MO AmerisourceBergen Drug Corporation, et al* | N.D. Ohio, 1:18-op-45840-DAP | Eric D. Barton, Thomas P. Cartmell, Brian J. Madden, Sarah S. Ruane |
| 25. | *Lawrence County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45134-DAP | Cheryl Priest Ainsworth, John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |
| 26. | *McDonald County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45225-DAP | John F. Edgar, Michael R. Owens, Jeffrey H. Reeves |
| 27. | *Muscogee (Creek) Nation, OK v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:18-op-45459-DAP | Thomas Michael Affeldt, Joseph M. Callow, Jr., Martin F. Cunniff, Kevin W. Dellinger, Richard W. Fields, Scott D. Gilbert, James A. Hudson, Whitney A. Leonard, Lloyd B. Miller, Terry Scott O'Donnell, William S. Ohlemeyer, Mark A. Packman, Michael B. Rush, Richard D. Shore, Donald J. Simon, Tyler Ulrich, Adam Scott Weintraub |
| 28. | *Ozark County, MO v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-46198-DAP | Ann Callis, Randall Seth Crompton, Paul T. Farrell, Jr., J. Burton LeBlanc, IV, Thomas J. Lech, Anthony J. Majestro, James S. Nelson, James C. Powell |
| 29. | *Pike County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45131-DAP | John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |

| *#* | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 30. | *Polk County, MO v. Purdue Pharma L.P., et al.* | N.D. Ohio, 1:18-op-45116-DAP | Erin K. Dickinson, Paul James Hanly, Jr., Ralph Edward Marasco, Jr., |
| 31. | *Randolph County, MO v. Purdue Pharma L.P. et al* | N.D. Ohio, 1:19-op-45409 | Paul T. Farrell, Jr., J. Burton LeBlanc, IV, Thomas J. Lech, Anthony J. Majestro, James C. Peterson, James C. Powell |
| 32. | *Ray County, MO v. Allergan PLC et al* | N.D. Ohio, 1:20-op-45132-DAP | John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |
| 33. | *Reynolds County, MO v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-46193-DAP | Ann Callis, Randall Seth Crompton, Paul T. Farrell, Jr., J. Burton LeBlanc, IV, Thomas J. Lech, Anthony J. Majestro, James S. Nelson, James C. Powell, Christina L. Smith |
| 34. | *Sac and Fox Nation of Missouri in Kansas and Nebraska v. Cephalon, Inc., et al* | N.D. Ohio, 1:20-op-45161-DAP | Kurt M. Mullen, Steven J. Skikos |
| 35. | *Schuyler County, IL v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-46147-DAP | Ann Callis, Randall Seth Crompton, Paul T. Farrell, Jr., J. Burton LeBlanc, IV, Thomas J. Lech, Anthony J. Majestro, James S. Nelson, James C. Powell, Christina L. Smith |
| 36. | *St. Clair County, MO v. Allergan PLC et al* | N.D. Ohio, 1:21-op-45044-DAP | John F. Edgar, Terry L. Pabst, Jeffrey H. Reeves |
| 37. | *Upshur County, TX v. Purdue Pharma L.P., et al* | N.D. Ohio, 1:17-op-45085-DAP | Amy M. Carter, Reid W. Martin, Erin |

| *#* | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| | | | Anderson Nowell, Jeffrey B. Simon, John F. Walker |
| 38. | *Webster County, MO v. Purdue Pharma LP et al* | N.D. Ohio, 1:18-op-46359-DAP | Ann Callis, Randall Seth Crompton, Paul T. Farrell, Jr., J. Burton LeBlanc, IV, Thomas J. Lech, Anthony J. Majestro, James S. Nelson, James C. Powell |
| 39. | *White Mountain Apache Nation et al v. Endo Health Solutions, Inc. et al* | N.D. Ohio, 1:20-op-45243-DAP | Martin F. Cunniff |

Dated: November 1, 2022

Respectfully submitted,

LATHROP GPM LLP

By:   */s/ Brian C. Fries*
    Brian C. Fries (MO # 40830)
    Taryn A. Nash (MO # 70271)
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108-2618
    Telephone: (816) 292-2000
    Telecopier: (816) 292-2001
    brian.fries@lathropgpm.com
    taryn.nash@lathropgpm.com

    ATTORNEYS FOR DEFENDANT
    *Pharmacy Buying Association*

49885660v1

- 7 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of November, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Brian C. Fries*
                                            Brian C. Fries (MO # 40830)
                                            An Attorney for Defendant
                                            Pharmacy Buying Association