UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
NORTHERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) | MDL 2804 <br><br> CASE NO: 17-MD-2804 |
| This document relates to: | |
| All Cases | |

### DEFENDANT HY-VEE, INC., STATUS REPORT

Pursuant to this Court's Order Regarding Non-Litigating Defendants (Doc. 4670) dated October 7, 2022, defendant Hy-Vee, Inc. submits the following status report listing all claims made against it for the manufacturing, marketing, sale, distribution or dispensing of opioids:

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1. | Adair County, IA v. Hy-Vee, Inc., et. al. | S.D. Iowa, 1:18-OP-45122 | Eric Dickinson |
| 2. | Allamakee County, IA v. Hy-Vee, Inc., et. al. | S.D. Iowa, 1:18-OP-45983 | Eric Dickinson |
| 3. | Appanoose County, IA v. Hy-Vee, Inc., et. al. | N.D. Ohio, 1:21-OP-45051 | Nicholas J. Mauro |
| 4. | Black Hawk County, IA v. Hy-Vee, Inc., et al. | S.D. Iowa, 1:18-OP-45303 | Eric Dickinson |
| 5. | Cole County, MO v. Hy-Vee, Inc., et. al. | N.D. Ohio, 1:18-OP-46189 | James C. Peterson |
| 6. | Dane County, WI v. Hy-Vee, Inc., et. al. | N.D. Ohio, 1:18-OP-45802 | Anthony J. Majestro |
| 7. | Douglas County, NE v. Hy-Vee, Inc., et. al. | D. Nebraska, 1:19-OP-45068 | Sarah Burns |
| 8. | Flandreau Santee Sioux Tribe v. Hy-Vee, Inc., et. al. | D. South Dakota, 1:18-OP-45095 | Brendan V. Johnson |
| 9. | Grundy County, MO v. Hy-Vee, Inc., et. al. | E.D. Missouri, 1:20-OP-45300 | John F. Edgar |

{00224667.DOCX}  1

| #   | Case Caption                                          | Court, Case No.            | Plaintiff's Counsel |
|-----|-------------------------------------------------------|----------------------------|---------------------|
| 10. | Knox County MO v. Hy-Vee, Inc., et. al.               | N.D. Ohio, 1:19-OP-45406   | Thomas J. Leach     |
| 11. | Livingston County, MO v. Hy-Vee, Inc., et. al.        | W.D. Missouri, 1:18-OP-46168 | Thomas P. Cartmell |
| 12. | Nodaway County, MO v. Hy-Vee, Inc., et. al.           | W.D. Missouri, 1:18-OP-45795 | Thomas P. Cartmell |
| 13. | Polk County, IA v. Hy-Vee, Inc., et. al.              | S.D. Iowa, 1:18-OP-45116   | Eric Dickinson      |
| 14. | Sarpy County, NE v. Hy-Vee, Inc., et. al.             | D. Nebraska, 1:18-OP-46038 | Greg Abboud         |
| 15. | Schuyler County, MO v. Hy-Vee, Inc., et. al.          | N.D. Ohio, 1:19-OP-45408   | Thomas J. Leach     |
| 16. | City of South Sioux City, NE v. Hy-Vee, Inc., et. al. | D. Nebraska, 1:19-OP-45553 | Greg Abboud         |

Hy-Vee, Inc. preserves and does not waive any argument that the Court lacks jurisdiction in any of the above cases, including without limitation on the ground that Hy-Vee, Inc. has not been properly served.

Respectfully submitted,

_____
Jeffrey A. Kennard    MO #46689
Cameron E. Grant    MO #72225
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, MO 64106-2197
T: (816) 268-9400/F: (816) 268-9409
Email: jkennard@sakg.com
       cgrant@sakg.com
*Counsel for Defendant Hy-Vee, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which automatically sent notice of the filing to all counsel of record:

_____
Attorney for Defendant Hy-Vee, Inc.