# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Lake, Ohio v. Purdue Pharma, L.P., et al.,* Case No. 18-op-45032 (N.D. Ohio)<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*, Case No. 18-op-45079 (N.D. Ohio)<br><br>*"Track 3 Cases"* | MDL No. 2084<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## THE TRACK THREE PARTIES' STIPULATION REGARDING TRIAL EXHIBITS

Plaintiffs Lake and Trumbull Counties and Defendants CVS, Walgreens, and Walmart (collectively, the "Parties") hereby submit this stipulation regarding the exhibits admitted at the Track Three liability- and abatement-phase trials.

## LIABILITY-PHASE TRIAL EXHIBITS

During the liability-phase trial, the Court addressed the admission of exhibits on a rolling basis and periodically uploaded exhibits to the public docket on Pacer. Even after some exhibits were provisionally admitted, there were redactions or other issues that needed to be worked out between the Parties before the exhibits were finally admitted. At the conclusion of the presentation of evidence, the Court directed the Parties to submit flash drives with the final versions of the admitted exhibits that were to be submitted to the jury. Doc. 4140 at 7027-28. The Parties submitted flash drives with the exhibits to the Court on November 15, 2021, Doc. 4153 at 7046-48, and those exhibits were provided to the jury. The Court, however, did not upload to the public

docket either in a single docket entry or in consecutive docket entries the exhibits on the flash drives.

Having carefully reviewed the exhibits that were uploaded to the docket and the exhibits that were on the flash drives that were provided to the jury, the Parties hereby stipulate as follows:

1. The exhibits in **Table 1** below are on the docket but were not admitted by the Court and were not on the flash drives that were provided to the jury. These exhibits should be removed from the docket.

**Table 1: Exhibits Not Admitted But on the Docket**

| Exhibit No. | Docket No. |
|---|---|
| P-00528 | Dkt. 4074-1 |
| P-10101 | Dkt. 4104-20 |
| P-10121 | Dkt. 4104-21 |
| P-10144 | Dkt. 4104-22 |
| P-10179 | Dkt. 4104-23 |
| P-10180 | Dkt. 4104-24 |
| P-10198 | Dkt. 4104-25 |
| P-10243 | Dkt. 4104-26 |
| P-10245 | Dkt. 4104-37 |
| P-10262 | Dkt. 4104-27 |
| P-10290 | Dkt. 4104-28 |
| P-10297 | Dkt. 4104-29 |
| P-10299 | Dkt. 4104-30 |
| P-20654 | Dkt. 4074-11 |

2. The exhibits in **Table 2** below were admitted by the Court and were on the flash drives that were provided to the jury, but they are not on the docket. The versions of these exhibits that are on the flash drives should be uploaded to the docket.

**Table 2: Admitted Exhibits Not on the Docket**

| Exhibit No. |
|---|
| CVS-MDL-03795 |
| CVS-MDL-04313a |
| CVS-MDL-04954 |
| P-08166_20211110_Redacted |
| P-17527_00001_20211109_Redacted |
| P-17572_Excerpt |
| P-20889_00001 |
| P-21391_00001 |
| P-26767-A_00001 |
| WAG-MDL-01110A |
| WMT-MDL-01540A |
| WMT-MDL-01541A |
| WMT-MDL-01549 |
| WAG-MDL-02561 |
| WAG-MDL-02562 |
| WAG-MDL-02629 |
| WAG-MDL-02630 |

3. The exhibits in **Table 3** below were admitted by the Court but do not contain the redactions agreed to by the Parties. These exhibits should be removed from the docket. Other versions of these exhibits with the agreed-to redactions are on the docket.

**Table 3: Exhibits with Missing Redactions**

| Exhibit No. | Docket No. |
|---|---|
| P-08954_20211112 Redacted_Redacted | Dkt. 3999-7 |
| P-08955_20211112 Redacted_Redacted | Dkt. 3999-6 |
| P-10213_20211112 Redacted_Redacted | Dkt. 3999-4 |
| P-10214_20211112 Redacted_Redacted | Dkt. 3999-3 |

4. The exhibits in **Table 4** below were admitted by the Court but are missing pages, are cropped, or have other formatting issues as described below. The versions of these exhibits that are on the flash drives that were provided to the jury should be uploaded to the docket.

**Table 4: Exhibits with Image Issues**

| Exhibit No. | Docket No. | Issues |
|---|---|---|
| DEF-MDL-01472 | Dkt. 4113-2 | Exhibit number and title of document are not visible. |
| DEF-MDL-01473 | Dkt. 4113-3 | Exhibit number is not visible. |
| DEF-MDL-01487 | Dkt. 4029-7 | Title of document is not visible. |
| P-06612_20211109 Corrected | Dkt. 4104-8 | Missing attachment. |
| P-26321-A | Dkt. 4036-3 | Includes pages that were not admitted. |
| WMT-MDL-01343_241 | Dkt. 4029-32 | Missing second page. |
| WAG-MDL-01061 | Dkt. 4128-57 | Pages are cropped. |

5. The exhibits in **Table 5** below are misnamed on the docket. The names of these exhibits should be corrected on the docket.

4

**Table 5: Misnamed Exhibits**

| Exhibit No. | Docket No. | Issues |
|---|---|---|
| CVS-MDL-02487 | Dkt. 4029-1 | Misnumbered as 2847 |
| CVS-MDL-03896a | Dkt. 4169-4 | Misnumbered as 3896 |
| CVS-MDL-04313b | Dkt. 4169-6 | Misnumbered as 4311b |
| P-08068_20211109_Redacted | Dkt. 4055-28 | Number not listed in docket text. |
| P-14645_00001 | Dkt. 4128-48 | Misnumbered as 14545. |

6. The Parties consent to the Court uploading to the docket in a single docket entry or in consecutive docket entries the final versions of the admitted exhibits that were on the flash drives (*see* Doc. 4153 at 7046-48), consistent with how the Court handled admitted exhibits at the conclusion of the abatement-phase trial. *See* Docs. 4592, 4593.

## ABATEMENT-PHASE TRIAL EXHIBITS

During the abatement-phase trial, the Court addressed the admission of exhibits on a rolling basis but, as noted above, the Court uploaded to the docket the final versions of the admitted exhibits that were submitted by the Parties on flash drives at the conclusion of the trial. Having carefully reviewed the abatement-phase exhibits on the docket, the Parties stipulate as follows:

1. CVS-MDL-05019 is misnamed on the docket as CVS-MDL-05109. *See* Doc. 4593-6. The name of this exhibit should be corrected on the docket.

\*\*\*

Should the Court or its staff have any questions about this stipulation or require the Parties' assistance with respect to any aspect of this stipulation, the following attorneys for the Parties should be contacted:

5

        Plaintiffs
        Laura Fitzpatrick
        Simmons Hanly Conroy
        (225) 773-3072
        lfitzpatrick@zimmonsfirm.com

        Defendants
        Paul Hynes
        Zuckerman Spaeder LLP
        (202) 778-1890
        phynes@zuckerman.com

The Parties thank the Court and its staff for their assistance and cooperation with the matters addressed in this stipulation.

Dated: November 1, 2022        Respectfully submitted,

        /s/ Eric R. Delinsky
        Eric R. Delinsky
        Alexandra W. Miller
        Paul B. Hynes, Jr.
        ZUCKERMAN SDAEDER LLP
        1800 M Street, N.W., Suite 1000
        Washington, D.C. 20036
        Tel: (202) 778-1800
        Fax: (202 822-4106
        edelinsky@zuckerman.com
        smiller@zuckerman.com
        phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Jeffrey A. Hall
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
jeff.hall@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Tel: (303) 592-3100
alex.harris@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*


/s/ Tina M. Tabbachi
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
jmmajoras@jonesday.com

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, Illinois 60606
Tel: (312) 269-4335
Email: tmtabacchi@jonesday.com
Email: tfumerton@jonesday.com

*Counsel for Walmart Inc.*

7

/s/ Jayne Conroy
Jayne Conroy
Laura S. Fitzpatrick
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com
lfitzpatrick@simmonsfirm.com

/s/ Joseph F. Rice                .
Joseph F. Rice
Michael E. Elsner
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
melsner@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

W. Mark Lanier
M. Michelle Carreras
LANIER LAW FIRM
10940 W. Sam Houston Pkwy N., Ste 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com
mca@lanierlawfirm.com

*Trial Counsel*

8

/s/ Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Frank L. Gallucci
PLEVIN & GALLUCCI CO., L.P.A.
55 Public Square, Suite 222
Cleveland, OH 44113 (216) 861-0804
(216) 861-5322 (Fax)
FGallucci@pglawyer.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(787) 493-5088, Ext. 2007
hunter@napolilaw.com

*Counsel for Plaintiffs Lake County and Trumbull County, Ohio*

9