# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804<br><br>Case No: 1:17-md-2804-DAP<br><br>Honorable Dan Aaron Polster |

Pursuant to the Court's October 7, 2022 order, Apotex Inc., Apotex Corp., and Aveva Drug Delivery Systems, Inc. ("Aveva"), hereby identify the following federal and state cases involving the manufacturing, marketing, sale, distribution or dispensing of opioids in which Apotex Inc., Apotex Corp., and/or Aveva has been named a defendant.

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | *Bon Secours Health System, Inc. et al. v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:18-op-45820-DAP | Jaron P. Blandford; Robert K. Finnell, III; David J. Guarnieri; Lisa English Hinkle; Robert E. Maclin, III; |
| 2. | *Passamaquoddy Tribe-Indian Township v. Purdue Pharma, L.P. et al.* | N.D. Ohio, 18-op-45876-DAP | John M. Broaddus; Michael-Corey F. Hinton; Neil T. Leifer; Paul J. Pennock; Ellen Relkin; Kaighn Smith, Jr.; |
| 3. | *Passamaquoddy Tribe-Pleasant Point v. Purdue Pharma, L.P. et al.* | N.D. Ohio, 19-op-45100-DAP | John M. Broaddus; Michael-Corey F. Hinton; Neil T. Leifer; Paul J. Pennock; Ellen Relkin; Kaighn Smith, Jr.; |

| 4. | *Pulaski County, Georgia v. Purdue Pharma, L.P., et al.* | N.D. Ohio, 19-op-45176-DAP | Sara Schramm |
|---|---|---|---|
| 5. | *Stephens County, Georgia v. Purdue Pharma, L.P., et al.* | N.D. Ohio, 19-op-45195-DAP | Sara Schramm |
| 6. | *City of Inez, KY v. AmerisourceBergen Drug Corporation, et al.,* | N.D. Ohio, 19-op-45499-DAP | Emily Ward Roark |
| 7. | *City of Paintsville, KY v. AmerisourceBergen Drug Corporation, et al.* | N.D. Ohio, 19-op-45559-DAP | Emily Ward Roark |
| 8. | *Franklin County, Mississippi v. AmerisourceBergen Drug Corp., et al.* | N.D. Ohio, 19-op-45577-DAP | Paul T. Farrell, Jr.; Michael Jay Fuller, Jr.; Peter James Mougey; James C. Peterson |
| 9. | *Lycoming County, Pennsylvania v. Purdue Pharma, L.P., et. al.* | N.D. Ohio, 19-op-45655-DAP | Louis T. Brindisi; John C. Cherundolo; Robert F. Julian; Eva Brindisi Pearlman; John Petrone; Bruce J. Phillips |
| 10. | *City of St. Albans, Vermont v. AmerisourceBergen Drug Corporation, et al.* | N.D. Ohio, 1:19-op-45721-DAP | Vanessa B. Kittell; James C. Peterson |
| 11. | *City of Fairfield, Ohio v. AmerisourceBergen Drug. Corp., et al.* | N.D. Ohio, 19-op-45742-DAP | Stacy M. Brooks; Paul T. Farrell, Jr.; Michael Jay Fuller, Jr.; Rebecca D. Louks; Michael P. McNamee; Robert R. Miller; James C. Peterson; David D. Seif, Jr. |
| 12. | *Bertie County, North Carolina v. AmerisourceBergen Drug Corporation, et al.* | N.D. Ohio, 1:19-op-45759-DAP | Paul T. Farrell, Jr.; Michael Jay Fuller, Jr.; James C. Peterson; J. Harold Seagle |
| 13. | *The Klamath Tribes v. Purdue Pharma L.P., et al.* | N.D. Ohio, 1:19-op-45786-DAP | John M. Broaddus |

| 14. | *Mayflower Municipal Health Group v. Johnson & Johnson, et al.* | N.D. Ohio, 1:19-op- 45897-DAP | Salvatore C. Badala; Joseph Ciaccio; Shayna Erin Sacks; Hunter J. Shkolnik |
|---|---|---|---|
| 15. | *Sheet Metal Workers Local 38 Insurance and Welfare Fund v. Johnson & Johnson et al.* | N.D. Ohio, 1:19-op-46094-DAP | Hunter J. Shkolnik; |
| 16. | *Pipefitters Local 636 Insurance Fund v. Johnson & Johnson, et al.,* | N.D. Ohio, 1:19- op-46095-DAP | Hunter J. Shkolnik |
| 17. | *New Madrid County vs. Allergan PLC, et al.* | N.D. Ohio, 20-op-45296-DAP | John F. Edgar; Terry L. Pabst; Jeffrey H. Reeves; |
| 18. | *Tooele County, Utah v. Richard S. Sackler, et al.* | Summit County District Court, Utah, Original Case No.180300423, Consolidated Case No. 180500119 | James E. Magleby; Edgar R. Cataxinos; Douglas Crapo; Colin P. King; Edward B. Havas; Walter M. Mason; Hunter Shkolnik; Shayna Sacks |
| 19. | *Wasatch County, Utah v. Richard S. Sackler, et al.* | Summit County District Court, Utah, Original Case No. 180500079, Consolidated Case No. 180500119 | James E. Magleby; Edgar R. Cataxinos; Douglas Crapo; Colin P. King; Edward B. Havas; Walter M. Mason; Hunter Shkolnik; Shayna Sacks |
| 20. | *Washington County, Utah, et al. v. Richard S. Sackler, et al.* | Summit County District Court, Utah, Original Case No. 190500179, Consolidated Case No. 180500119 | James E. Magleby; Edgar R. Cataxinos; Douglas Crapo; Colin P. King; Edward B. Havas; Walter M. Mason; Hunter Shkolnik; Shayna Sacks |
| 21. | *Weber County, Utah v. Richard S. Sackler, et al.* | Summit County District Court, Utah, Original Case No. 180903087, Consolidated Case No. 180500119 | James E. Magleby; Edgar R. Cataxinos; Douglas Crapo; Colin P. King; Edward B. |

|     |     |     | Havas; Walter M. Mason; Hunter Shkolnik; Shayna Sacks |
| --- | --- | --- | --- |
| 22. | *Int'l Brotherhood of Electrical workers Local 98 Health & Welfare Fund et al. v. Endo Pharmaceuticals, Inc., et al.* | Court of Common Pleas, Delaware County, Pennsylvania, CV-2019-008774 | David S. Senoff; Hillary B. Weinstein; Clayton P. Flaherty; Brian E Frtiz |
| 23. | *County of Walker v. OptumRX Inc., et al.* | 12th Judicial District Court of Walker County, Texas, Case No. 1929076 | Mark Anthony Correro; Mance Michael Park; John W. Raggio; George Allan Van Fleet |

Respectfully submitted,

*/s/ James W. Matthews*
James W. Matthews (MA BBO # 560560)
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000
jmatthews@foley.com

*Attorney for Apotex Inc., Apotex Corp., and Aveva Drug Delivery Systems, Inc.*

## CERTIFICATE OF SERVICE

I, James W. Matthews, certify that on November 1, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF system, which will send a copy of the same to all registered users.

*/s/ James W. Matthews*
James W. Matthews

4875-8428-2939.1