UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to the following case:<br><br>*ALL ACTIONS* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### DEFENDANT TARGET CORPORATION'S STATUS REPORT

In accordance with the Court's October 7, 2022 Order Regarding Non-Litigating Defendants (ECF No. 4670), Defendant Target Corporation identifies the following pending cases in which it is named as a defendant.

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1 | *Berkeley County Council v. Purdue Pharma, et al.* (West Virginia) | N.D. Ohio, 1:17-op-45171 | Andrew C. Skinner<br>Laura C. Davis<br>Macon Bryan Epps Gray<br>Stephen G. Skinner<br>SKINNER LAW FIRM |
| 2 | *County of Multnomah v. Purdue Pharma, et al.* (Oregon) | N.D. Ohio, 1:18-op-45377 | Craig L. Lowell<br>WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB<br><br>Brent L. Crumpton<br><br>Nicholas A. Kahl |
| 3 | *County of Clackamas, et al. v. Purdue Pharma, et al.* (Oregon) | N.D. Ohio, 1:18-op-45442 | Amy Bruning<br>Rebecca Quinn<br>S. Michael Rose<br>Thomas D. D'Amore<br>D'AMORE LAW GROUP |

| | | | |
|---|---|---|---|
| 4 | *County of McLennan v. Purdue Pharma, et al.* (Texas) | N.D. Ohio, 1:17-op-45075 | Benjamin D. Evans<br>Brandon R. Oates<br>Herbert S. Bristow<br>Craig D. Cherry<br>HALEY & OLSON<br><br>Matt John Morrison<br>Stephen E. Harrison, II<br>Zollie C. Steakley<br>Gene M. Zona Jones, II<br>Stephen Bryan Harrison<br>HARRISON DAVIS STEAKLEY MORRISON |
| 5 | *Tarrant County Hospital District v. McKesson, et al.* (Texas) | N.D. Ohio, 1:21-op-45077 | Brant C. Martin<br>WICK PHILLIPS GOULD & MARTIN |

Dated:  November 1, 2022

*s/Kerry L. Bundy*

Kerry L. Bundy (MN #0266917)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: kerry.bundy@faegredrinker.com

*Counsel for Defendant Target Corporation*

US.353039607.03