IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster |

### DEFENDANT SUPERVALU, INC.'S STATUS REPORT

Defendant SuperValu, Inc.[1], Advantage Logistics, Inc., Advantage Logistics Midwest, Inc., and Advantage Logistics West, LLC (collectively referred to herein as the "SuperValu Corporate Family"), by its undersigned attorneys, respectfully submits this Status Report in response to the Court's October 7, 2022 Order Regarding Non-Litigating Defendants. (ECF No. 4670.) Accordingly, the SuperValu Corporate Family submits the following list of every case that states claims against it involving the manufacturing, marketing, sale, distribution, or dispensing of opioids. No entity within the SuperValu Corporate Family is named as a defendant in any state case, therefore, the following forty-three cases remain stayed in the above-captioned MDL:

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1 | The Blackfeet Tribe of The Blackfeet Indian Reservation, MT v. AmerisourceBergen Drug Corp., et al.[2] | N.D. Ohio, 1:18-op-45749 | Archie C. Lamb, Jr., Peter J. Mougey, Troy Rafferty, Page A. Poerschke, Laura S. Dunning, Neil E. "Ned" McWilliams, Jeffrey Gaddy (Levin, Papantonio, |

---

[1] Named in this litigation as SuperValu, Inc. *d/b/a* Advantage Logistics.
[2] On June 13, 2019 this Court entered an opinion and order adopting the Reports and Recommendations of the Magistrate Judge with respect to all recommendations except for those regarding Plaintiffs' negligence per se claims. *See The Blackfeet Tribe of The Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*, Case No. 1:18-op-45749, at Dkt. 67. The Court subsequently ordered Defendants, including Defendant Advantage Logistics Midwest, Inc. ("Advantage Logistics"), to answer Plaintiff's Corrected First Amended Complaint. On July 26, 2019, Advantage Logistics filed an answer to Plaintiff's Corrected First Amended Complaint. *See id.* at Dkt. 89. As such it remains unclear whether Advantage Logistics is indeed a "Non-Litigating Defendant" as contemplated by the Court's October 7, 2022. Nevertheless, Advantage Logistics, as part of the SuperValu Corporate Family, submits this status report.

1

| | | | |
|---|---|---|---|
| | | | Thomas, Mitchell, Rafferty & Proctor, P.A.) |
| | | | Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, S. Ann Saucer, Christine C. Mansour (Baron & Budd, P.C., Dallas, TX) |
| | | | Roland K. Tellis, Mark P. Pifko (Baron & Budd, P.C., Los Angeles, CA) |
| | | | Paul T. Farrell, Jr., Bert Ketchum (Greene, Ketchum, Farrell, Bailey & Tweel, LLP) |
| | | | Michael J. Fuller, Jr., Amy J. Quezon (McHugh Fuller Law Group, PLLC) |
| | | | Anthony J. Majestro (Powell & Majestro, PLLC) |
| | | | James C. Peterson (Hill, Peterson, Carper, Bee & Deitzler, PLLC) |
| | | | Steven J. Skikos, Jane E. Joseph, Autumn D. Monteau (Skikos, Crawford, Skikos & Joseph LLP) |
| | | | Tara D. Sutton (Robin Kaplan LLP, Minneapolis, MN) |
| | | | Timothy Q. Purdon (Robin Kaplan LLP, Bismarck, ND) |
| | | | Brendan V. Johnson (Robin Kaplan LLP, Sioux Falls, SD) |
| 2 | City of Chula Vista, CA v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, 1:19-op-45750 | John P. Fiske (Baron & Budd, P.C., San Diego) |
| | | | Glen Googins, City Attorney (Office of the City Attorney) |
| | | | Peter J. Mougey, Archie C. Lamb, Jr. (Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.) |

| | | | J. Burton LeBlanc, IV, Russell W. Budd, Christine C. Mansour (Baron & Budd, P.C.)<br><br>Michael J. Fuller, Jr., Amy J. Quezon (McHugh Fuller Law Group, PLLC)<br><br>Paul T. Farrell, Jr. (Greene, Ketchum, Farrell, Bailey & Tweel, LLP)<br><br>James C. Peterson (Hill, Peterson, Carper, Bee & Deitzler, PLLC)<br><br>Anthony J. Majestro (Powell & Majestro, PLLC) |
|---|---|---|---|
| 3 | Ada County, ID v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:19-op-45775 | Jan M. Bennetts (Ada County Prosecuting Attorney)<br><br>Erica J. White (Ada County Deputy Prosecuting Attorney, Civil Division)<br><br>Lynn Sarko, David J. Ko, Derek W. Loeser, Gretchen Freeman Cappio, Daniel P. Mensher, Alison S. Gaffney, Gabriel E. Verdugo (Keller Rohrback L.L.P.) |
| 4 | Adams County, ID, et al. v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-46062 | Jarom A. Whitehead, Kenneth L. Pedersen, Michael J. Hanby, II (Pedersen & Whitehead)<br><br>Charles J. Crueger, Erin K. Dickinson, Krista A. Baisch (Crueger Dickinson LLC)<br><br>Paul J. Hanly, Jr., Sarah Burns (Simmons Hanly Conroy LLC) |
| 5 | Bingham County, ID v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:19-op-45758 | Jarom A. Whitehead, Kenneth L. Pedersen, Michael J. Hanby, II (Pedersen & Whitehead)<br><br>Charles J. Crueger, Erin K. Dickinson, Krista A. Baisch (Crueger Dickinson LLC) |
| 6 | Canyon County, ID v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-46277 | Jarom A. Whitehead, Kenneth L. Pedersen, Michael J. Hanby, II (Pedersen & Whitehead) |

|    |                                                                      |                              |                                                                                                                                                                                          |
|----|----------------------------------------------------------------------|------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                                      |                              | Charles J. Crueger, Erin K. Dickinson, Krista A. Baisch (Crueger Dickinson LLC) Paul J. Hanly, Jr., Sarah Burns (Simmons Hanly Conroy LLC)                                               |
| 7  | Nez Perce Tribe, ID v. Purdue Pharma L.P., et al.                    | N.D. Ohio, 1:18-op-45730     | Julie S. Kane (Nez Perce Tribe) David J. Ko, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, Daniel P. Mensher, Alison S. Gaffney, Gabriel E. Verdugo (Keller Rohrback, L.L.P.) |
| 8  | Adair County, IA, et al. v. Purdue Pharma L.P., et al.               | N.D. Ohio, 1:18-op-45122     | Nicholas J. Mauro (Crawford & Mauro Law Firm) Charles Crueger, Erin K. Dickinson, Krista K. Baisch (Crueger Dickinson LLC) Paul J. Hanly, Jr., Sarah Burns (Simmons Hanly Conroy LLC)    |
| 9  | Allamakee County, IA v. Purdue Pharma L.P., et al.                   | N.D. Ohio, 1:18-op-45983     | Nicholas J. Mauro (Crawford & Mauro Law Firm) Charles Crueger, Erin K. Dickinson, Krista K. Baisch (Crueger Dickinson LLC) Paul J. Hanly, Jr., Sarah Burns (Simmons Hanly Conroy LLC)    |
| 10 | Appanoose County, IA, et al. v. Allergan PLA f/k/a Actavis PLC, et al. | N.D. Ohio, 1:21-op-45051   | Nicholas J. Mauro (Carney & Appleby Law Firm) Charles Crueger, Erin K. Dickinson, Krista K. Baisch (Crueger Dickinson LLC) Paul J. Hanly, Jr., Sarah Burns, Jayne Conroy (Simmons Hanly Conroy LLC) |
| 11 | Black Hawk County, IA, et al. v. Purdue Pharma L.P., et al.          | N.D. Ohio, 1:18-op-45303     | Nicholas J. Mauro (Crawford & Mauro Law Firm)                                                                                                                                            |

| | | | |
|---|---|---|---|
| | | | Charles Crueger, Erin K. Dickinson, Krista K. Baisch (Crueger Dickinson LLC) <br><br> Paul J. Hanly, Jr., Sarah Burns (Simmons Hanly Conroy LLC) |
| 12 | Polk County, IA v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-45116 | John P. Sarcone (Polk County Attorney) <br><br> Ralph E. Marasco, Jr. (Assistant Polk County Attorney) <br><br> Charles Crueger, Erin K. Dickinson, Krista K. Baisch (Crueger Dickinson LLC) <br><br> Paul J. Hanly, Jr., Sarah Burns (Simmons Hanly Conroy LLC) |
| 13 | People of State of Illinois, The People of Sangamon County, and County of Sangamon v. Teva Pharmaceutical Industries, LTD, et al. | N.D. Ohio, 1:20-op-45154 | Dan Wright (State's Attorney of Sangamon County) <br><br> Thomas C. Pavlik, Jr. (Delano Law Offices, LLC) <br><br> John J. Driscoll (The Driscoll Firm, P.C.) <br><br> James M. "Mike" Papantonio, Peter J. Mougey, Page A. Poerschke, Laura S. Dunning, Archie C. Lamb, Jr., Jeffrey Gaddy, Neil E. "Ned" McWilliams, Jr., (Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.) <br><br> Paul T. Farrell, Jr. (Greene, Ketchum, Farrell, Bailey & Tweel, LLP) <br><br> Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, S. Ann Saucer (Baron & Budd, P.C., Dallas, TX) <br><br> Roland K. Tellis, Mark P. Pifko (Baron & Budd, P.C., Los Angeles, CA) <br><br> James C. Peterson, R. Edison Hill (Hill, Peterson, Carper, Bee & Deitzler, PLLC) |

5

|    |                                                                      |                               |                                                                                 |
|----|----------------------------------------------------------------------|-------------------------------|---------------------------------------------------------------------------------|
|    |                                                                      |                               | Michael J. Fuller, Jr., Amy Quezon (McHugh Fuller Law Group, PLLC)              |
| 14 | Passamaquoddy Tribe-Indian Township, ME v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-45876      | John M. Broaddus, Ellen Relkin, Paul J. Pennock (Weitz & Luxenberg, P.C.)       |
|    |                                                                      |                               | Neil T. Leifer (Neil T. Leifer LLC)                                             |
|    |                                                                      |                               | Kaighn Smith, Jr., Michael-Corey F. Hinton (Drummond Woodsum)                   |
| 15 | Passamaquoddy Tribe-Pleasant Point, ME v. Purdue Pharma L.P., et al.  | N.D. Ohio, 1:19-op-45100      | John M. Broaddus, Ellen Relkin, Paul J. Pennock (Weitz & Luxenberg, P.C.)       |
|    |                                                                      |                               | Neil T. Leifer (Neil T. Leifer LLC)                                             |
|    |                                                                      |                               | Kaighn Smith, Jr., Michael-Corey F. Hinton (Drummond Woodsum)                   |
| 16 | County of Anoka, MN v. Purdue Pharma L.P., et al.                    | N.D. Ohio, 1:18-op-45101      | Donald R. McNeil, Seth A. Nielsen (Heley, Duncan & Melander, PLLP)              |
|    |                                                                      |                               | Charles Crueger, Erin K. Dickinson, Krista K. Baisch (Crueger Dickinson LLC)    |
|    |                                                                      |                               | Paul J. Hanly, Jr., Sarah Burns (Simmons Hanly Conroy LLC)                      |
| 17 | Dakota County, MN v. Purdue Pharma L.P., et al.                      | N.D. Ohio, 1:18-op-46112      | James C. Backstrom (Dakota County Attorney)                                     |
|    |                                                                      |                               | Jay R. Stassen (First Assistant Dakota County Attorney)                         |
|    |                                                                      |                               | Mark J. Briol, Scott A. Benson (Briol & Benson, PLLC)                           |
|    |                                                                      |                               | Lisa M. Saltzburg (Motley Rice LLC, Mt. Pleasant)                               |
|    |                                                                      |                               | Linda J. Singer (Motley Rice LLC, Washington, DC)                               |
| 18 | Itasca County, MN v. Purdue Pharma L.P., et al.                      | N.D. Ohio, 1:18-op-45958      | John "Jack" J. Muhar (Itasca County Attorney)                                   |
|    |                                                                      |                               | Mark J. Briol, Scott A. Benson (Briol & Benson, PLLC)                           |

| | | | |
|---|---|---|---|
| | | | Linda J. Singer, Elizabeth Smith (Motley Rice LLC, Washington, DC) <br><br> Lisa M. Saltzburg (Motley Rice LLC, Mt. Pleasant) |
| 19 | Ramsey County, MN v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:17-op-45073 | David W. Asp, Richard A. Lockridge, Yvonne M. Flaherty (Lockridge Grindal Nauen P.L.L.P.) <br><br> Amanda M. Williams, Daniel E. Gustafson, David A. Goodwin, Eric S. Taubel (Gustafson Gluek) <br><br> Joseph F. Henderson (J.F. Henderson Law, PLLC) |
| 12 | Washington County, MN v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:17-op-45074 | David W. Asp, Richard A. Lockridge, Yvonne M. Flaherty (Lockridge Grindal Nauen P.L.L.P.) <br><br> Amanda M. Williams, Daniel E. Gustafson, David A. Goodwin, Eric S. Taubel (Gustafson Gluek) |
| 21 | Jackson County, MO v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-45965 | Amy R. Jackson, Eric L. Dirks, Matthew L. Dameron, Michael A. Williams, Drew W. Rogers (Williams Dirks Dameron LLC) <br><br> R. Travis Willingham (Chief Deputy County Counselor, Office of County Counselor) <br><br> Paul J. Hanly, Jr., Sarah Burns (Simmons Hanly Conroy LLC) <br><br> Herbert E. Hardwick (Hardwick Law Firm LLC) <br><br> Brandon J.B. Boulware, Erin D. Lawrence (Boulware Law LLC) |
| 22 | City of Kansas City, MO v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-46029 | Amy R. Jackson, Eric L. Dirks, Matthew L. Dameron, Michael A. Williams, Drew W. Rogers (Williams Dirks Dameron LLC) <br><br> Paul J. Hanly, Jr., Jayne Conroy, Sarah Burns (Simmons Hanly Conroy LLC) |

7

| | | | |
|---|---|---|---|
| | | | Herbert E. Hardwick (Hardwick Law Firm LLC) |
| 23 | St. Charles County, MO v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-46059 | Paul J. Hanly, Jr., Jayne Conroy, Sarah Burns (Simmons Hanly Conroy LLC)<br><br>Robert D. Blitz, Christopher O. Bauman (Blitz, Bardgett & Deutsch, L.C.) |
| 24 | St. Louis County, MO v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:17-op-45083 | John G. Simon, Timothy M. Cronin, John M. Simon (The Simon Law Firm, P.C.)<br><br>Paul J. Hanly, Jr., Jayne Conroy, Sarah Burns (Simmons Hanly Conroy LLC) |
| 25 | County of Cascade, MT v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-45033 | Ben A. Snipes, Mark M. Kovacich (Kovacich Snipes, P.C.)<br><br>Justin P. Stalpes (Beck, Amsden & Stalpes, PLLC)<br><br>Joshua Racki (Cascade County Attorney's Office)<br><br>Christopher Edwards, John W. Edwards (Edwards Frickle & Culver)<br><br>Jeffrey B. Simon, JoDee Neil, Stuart Purdy (Simon Greenstone Panatier Bartlett, P.C.)<br><br>Scott M. Stearns (Boone Karlberg, PC) |
| 26 | City of Great Falls, MT, et al. v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:19-op-45083 | Ben A. Snipes, Mark M. Kovacich (Kovacich Snipes, P.C.)<br><br>Justin P. Stalpes (Beck, Amsden & Stalpes, PLLC)<br><br>Scott M. Stearns (Boone Karlberg, PC)<br><br>Christopher Edwards, John W. Edwards (Edwards Frickle & Culver)<br><br>Jeffrey B. Simon, Heather V. Davis (Simon Greenstone Panatier, P.C.) |

| | | | Sara Sexe (City Attorney, City of Great Falls City Attorney's Office) |
|---|---|---|---|
| | | | Ben Krakowka (County Attorney, County of Anaconda-Deer Lodge County Attorney's Office) |
| | | | Walter E. Congdon (County Attorney, County of Lake County Attorney's Office) |
| | | | Jim Nugent (City Attorney, City of Missoula City Attorney's Office) |
| 27 | Missoula County, MT v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:19-op-45112 | Gary A. Gotto, Havila C. Unrein (Keller Rohrback LLP, Missoula)<br><br>David J. Ko, Lynn Sarko, Derek Loeser, Gretchen Freeman Cappio, Daniel Mensher, Allison Gaffney, Erika Keech (Keller Rohrback LLP, Seattle) |
| 28 | Northern Cheyenne Tribe, MT v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:19-op-45010 | Yvonne M. Flaherty, Richard A. Lockridge, David W. Asp (Lockridge Grindal Nauen, P.L.L.P.)<br><br>David R. Paoli, Paul M. Leisher (Paoli Law Firm, P.C.) |
| 29 | City of Laconia, NH v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, 1:18-op-45583 | Thomas P. Colantuono, James J. Bianco, Jr. (Bianco Professional Association)<br><br>Peter M. Merrigan (Sweeny Merrigan Law)<br><br>Richard M. Sandman (Rodman, Rodman & Sandman)<br><br>Peter J. Mougey (Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.)<br><br>Anthony J. Majestro (Powell & Majestro, PLLC) |
| 30 | Township of Barnegat, NJ v. Teva Pharmaceutical Industries LTD., et al. | N.D. Ohio, 1:19-op-45925 | William David Wright (The Wright Law Firm LLC) |

| 31 | Camden County, NC v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, 1:19-op-45001 | Anthony J. Majestro, J.C. Powell, James S. Nelson, Christina L. Smith (Powell & Majestro, PLLC)<br><br>J. Burton LeBlanc, IV, Russell W. Budd, Laura J. Baughman, Christine C. Mansour (Baron & Budd, P.C.)<br><br>Peter J. Mougey, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy (Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.)<br><br>Paul T. Farrell, Jr., M. Burt Ketchum, III (Greene, Ketchum, Farrell, Bailey & Tweel, LLP)<br><br>James C. Peterson, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer (Hill, Peterson, Carper, Bee & Deitzler, PLLC)<br><br>Michael J. Fuller, Jr., Amy Quezon (McHugh Fuller Law Group, PLLC)<br><br>Garry Whitaker (Garry Whitaker Law, P.C.)<br><br>Paul D. Coates (Pinto, Coates, Kyre & Bowers, PLLC)<br><br>Donald R. Vaughn (Donald R. Vaughn and Associates) |
| 32 | Pasquotank County, NC v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, 1:18-op-45986 | Anthony J. Majestro, J.C. Powell, James S. Nelson, Christina L. Smith (Powell & Majestro, PLLC)<br><br>J. Burton LeBlanc, IV, Russell W. Budd, Laura J. Baughman, Christine C. Mansour (Baron & Budd, P.C.)<br><br>Peter J. Mougey, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy (Levin, |

| | | | |
|---|---|---|---|
| | | | Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.) |
| | | | Paul T. Farrell, Jr., M. Burt Ketchum, III (Greene, Ketchum, Farrell, Bailey & Tweel, LLP) |
| | | | James C. Peterson, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer (Hill, Peterson, Carper, Bee & Deitzler, PLLC) |
| | | | Michael J. Fuller, Jr., Amy Quezon (McHugh Fuller Law Group, PLLC) |
| | | | Garry Whitaker (Garry Whitaker Law, P.C.) |
| | | | Paul D. Coates (Pinto, Coates, Kyre & Bowers, PLLC) |
| | | | Donald R. Vaughn (Donald R. Vaughn and Associates) |
| | | | Harold Seagle (Seagle Law) |
| | | | A. Charles Ellis (Ward and Smith, P.A.) |
| 33 | County of Clackamas, OR, et al. v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-45442 | Thomas D'Amore, S. Michael Rose, Amy Bruning, Rebecca Quinn (D'Amore Law Group, P.C.) |
| 34 | Klamath Tribes, OR v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:19-op-45786 | John M. Broaddus (Weitz & Luxenberg, P.C., Cherry Hill, NJ) |
| | | | Paul J. Pennock (Weitz & Luxenberg, P.C., New York, NY) |
| | | | Neil T. Leifer (Neil T. Leifer LLC) |
| | | | Kaighn Smith, Jr., Michael-Corey F. Hinton (Drummond Woodsum) |
| 35 | Bon Secours Health System, Inc., VA, et al. v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-45820 | Robert K. Finnell, III (The Finnell Firm) |
| | | | David J. Guarnieri, Jaron P. Blandford, Lisa E. Hinkle, Robert E. Maclin, III (McBrayer, McGinnis, Leslie & Kirkland, PLLC) |

| | | | |
|---|---|---|---|
| 36 | City of Norfolk, VA v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, 1:19-op-45926 | Heather A. Mullen (Deputy City Attorney, Office of City Attorney)<br><br>Christopher I. Jacobs (Kalfus & Nachman, P.C.)<br><br>James C. Peterson, Aaron L. Harrah (Hill, Peterson, Carper, Bee & Deitzler, PLLC)<br><br>Peter J. Mougey (Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.)<br><br>Michael J. Fuller, Jr. (McHugh Fuller Law Group, PLLC)<br><br>Paul T. Farrell, Jr. (Greene, Ketchum, Farrell, Bailey & Tweel, LLP)<br><br>J. Burton LeBlanc, IV (Baron & Budd, P.C.)<br><br>Anthony J. Majestro (Powell & Majestro, PLLC) |
| 37 | City of Virginia Beach, VA, et al. v. AmerisourceBergen Drug Corp., et al. | N.D. Ohio, 1:18-op-46137 | Christopher S. Boynton, Deputy City Attorney; Mark D. Stiles, City Attorney; Gerald L. Harris, Associate City Attorney; Joseph M. Kurt, Assistant City Attorney (Office of the City Attorney)<br><br>Anthony J. Majestro, J.C. Powell, James S. Nelson, Christina L. Smith (Powell & Majestro, PLLC)<br><br>Russell W. Budd, J. Burton LeBlanc, IV, Laura J. Baughman, Christine C. Mansour (Baron & Budd, P.C.)<br><br>Peter J. Mougey, Troy Rafferty, Archie C. Lamb, Jr., Page A. Poerschke, Laura S. Dunning, Jeffrey Gaddy (Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.) |

|    |                                                              |                              |                                                                                                                                                                                                                                                                                                                                 |
|----|--------------------------------------------------------------|------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                              |                              | Paul T. Farrell, Jr., M. Bert Ketchum, III (Greene, Ketchum, Farrell, Bailey & Tweel, LLP) James C. Peterson, R. Edison Hill, Harry C. Deitzler, Aaron L. Harrah, Sandra B. Harrah, Douglas A. Spencer (Hill, Peterson, Carper, Bee & Deitzler, PLLC) Michael J. Fuller, Jr., Amy J. Quezon (McHugh Fuller Law Group, PLLC) |
| 38 | City of Bainbridge Island, WA v. Richard S. Sackler, et al.  | N.D. Ohio, 1:19-op-45981     | Joseph B. Levan (City Attorney, City of Bainbridge Island) Derek W. Loeser, Lynn Lincoln Sarko, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher, Alison S. Gaffney, Erika K. Emerson (Keller Rohrback L.L.P.)                                                                                                           |
| 39 | City of Olympia, WA v. Purdue Pharma L.P., et al.            | N.D. Ohio, 1:18-op-46021     | Mark Barber (City Attorney, City of Olympia) David J. Ko, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, Daniel P. Mensher, Alison S. Gaffney, Erika M. Keech (Keller Rohrback, L.L.P.)                                                                                                                                |
| 40 | Kitsap County, WA v. Purdue Pharma L.P., et al.              | N.D. Ohio, 1:18-op-45956     | Christine M. Palmer (Deputy Prosecuting Attorney, Kitsap County Prosecutor's Office) David J. Ko, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, Daniel P. Mensher, Alison S. Gaffney, Erika M. Keech (Keller Rohrback, L.L.P.)                                                                                         |
| 41 | Thurston County, WA v. Purdue Pharma L.P., et al.            | N.D. Ohio, 1:18-op-45409     | Jon Tunheim, Prosecuting Attorney; Elizabeth Petrich, Deputy Prosecuting Attorney; Scott Cushing, Deputy Prosecuting Attorney (Thurston County Prosecuting Attorney's Office) David J. Ko, Lynn L. Sarko, Derek W. Loeser, Gretchen Freeman Cappio, Daniel P. Mensher, Alison S. Gaffney, |

|    |    |    | Erika M. Keech (Keller Rohrback, L.L.P.) |
|----|----|----|---|
| 42 | Tulalip Tribes, WA v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-45589 | Timothy Brewer (Tulalip Office Reservation Attorney)<br><br>Lynn Lincoln Sarko, Derek W. Loeser, Gretchen Freeman Cappio, David J. Ko, Daniel P. Mensher, Alison S. Gaffney, Gabriel E. Verdugo (Keller Rohrback L.L.P.) |
| 43 | Northern Arapaho Tribe, WY v. Purdue Pharma L.P., et al. | N.D. Ohio, 1:18-op-45438 | David P. Hersh, D. Dean Batchelder (Burg, Simpson, Eldredge, Hersh & Jardine, P.C., Englewood, CO)<br>Colin M. Simpson (Burg, Simpson, Eldredge, Hersh & Jardine, P.C., Cody, WY)<br><br>Andrew Baldwin, Kelly A. Rudd, Christine Lichtenfels (Baldwin, Crocker & Rudd, P.C.)<br><br>Janet G. Abaray, Kenneth M. Daly (Burg, Simpson, Eldredge, Hersh & Jardine, P.C., Cincinnati, OH) |

Dated:   November 1, 2022

Respectfully Submitted,

By: */s/ Francis A. Citera*
One of Defendant's Attorneys

Francis A. Citera (SBN IL 6185263)
citeraf@gtlaw.com
Gretchen N. Miller (SBN IL 6273075)
millerg@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435

*Counsel for SuperValu, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will provide notice by email to all counsel of record.

By: */s/ Francis A. Citera*
Francis A. Citera
