IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804-DAP |
| *All cases* | ) ) ) | Hon. Dan Aaron Polster |

**STATUS REPORT
OF BLOODWORTH WHOLESALE DRUGS, INC. DEFENDANT FAMILY**

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated October 7, 2022 (Doc #4670), the Bloodworth Wholesale Drugs, Inc. Defendant Family ("Bloodworth"), submits the following Status Report.

Bloodworth reasonably believes that it has been named as a defendant in approximately twenty-five (25) lawsuits involving the manufacturing, marketing, sale, distribution or dispensing of opioids. Attached hereto as Exhibit A is a list of every case in federal court involving such claims against Bloodworth.[1]

Dated: November 1, 2022

                                                                                                       Respectfully submitted,

                                                                                                       */s/ David V. Hayes*
                                                                                                        DAVID V. HAYES
                                                                                                        Georgia State Bar No. 240156
                                                                                                        ***Counsel for Bloodworth Wholesale Drugs, Inc.***

Bendin Sumrall & Ladner, LLC
1360 Peachtree Street, NE, Suite 800

---

[1] As of the date of this filing, Bloodworth is not named in any cases pending in any state court involving the manufacturing, marketing, sale, distribution or dispensing of opioids.

Atlanta, GA 30309
Telephone: (404) 671-3100
Fax: (404) 671-3080
DHayes@bsllaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2022, the foregoing *Status Report* was served via CM/ECF system which will automatically send email notifications to all counsel of record.

/s/ David V. Hayes
DAVID V. HAYES
Georgia State Bar No. 240156
**Counsel for Bloodworth Wholesale Drugs, Inc.**

Bendin Sumrall & Ladner, LLC
1360 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 671-3100
Fax: (404) 671-3080
DHayes@bsllaw.net