# EXHIBIT A

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1 | County of Wilcox, GA v. Bloodworth Wholesale Drugs, et al. | N.D. Ohio, 1:18-op-45506-DAP | David G. Bryant<br>Emily Ward Roark<br>Jeffrey E. Friedman<br>Mark P. Bryant<br>R. Jeffrey Lasseter |
| 2 | Berkeley County Council v. Bloodworth Wholesale Drugs, et al. | N.D. Ohio, 1:17-op-45171-DAP | Andrew C. Skinner<br>Laura C. Davis<br>Macon Bryan Epps Gray<br>Stephen G. Skinner |
| 3 | Jackson County v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:19-op-45283-DAP | Paul T. Farrell, Jr<br>James C. Peterson<br>Peter James Mougey |
| 4 | Bon Secours Health System, Inc. et. al. v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45820-DAP | David J. Guarnieri<br>Jaron P. Blandford<br>Lisa English Hinkle<br>Robert E. Maclin, III<br>Robert K. Finnell, III |
| 5 | City of Ozark, AL v. Bloodworth Wholesale Drugs, Inc. et al. | N.D. Ohio, 1:18-op-45214-DAP | Abigail Herrin Clarkson<br>Anil A. Mujumdar<br>Anthony J. Majestro<br>Archie Cleveland Lamb, Jr.<br>Cameron Lee Hogan<br>Christina Diane Crow<br>Diandra S. Debrosse-Zimmermann<br>Emily Hawk Mills<br>Gregory Martin Zarzaur<br>J. Burton LeBlanc, IV<br>James C. Peterson<br>Laura Sherling Dunning<br>Lynn W. Jinks, III<br>Michael Jay Fuller, Jr<br>Michael Lee Roberts<br>Page Anderson Poerschke<br>Paul T. Farrell, Jr<br>Peter James Mougey<br>Richard Stanislaw Frankowski |
| 6 | Dooly County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45712-DAP | James B. Matthews, III<br>Patrick H. Garrard<br>Thomas F. Hollingsworth, III<br>Sara Schramm<br>Henry G. Garrard, III |

| | | | |
|---|---|---|---|
| 7 | Atkinson County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:19-op-45118-DAP | Cale Howard Conley |
| 8 | City of Fitzgerald, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45603-DAP | James B. Matthews, III<br>Patrick H. Garrard<br>Thomas F. Hollingsworth, III<br>Sara Schramm<br>Henry G. Garrard, III |
| 9 | Dekalb County, GA v. Bloodworth Wholesale Drugs, Inc, et al. | N.D. Ohio, 1:18-op-45503-DAP | Paul J. Napoli<br>Teri L. Thompson<br>Hunter J. Shkolnik<br>Joseph Ciaccio<br>Salvatore C. Badala<br>Shayna Erin Sacks |
| 10 | ApolloMD Business Services, LLC v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45548-DAP | Frederick T. Kuykendall, III<br>Mary Jane Theis<br>Patrick D. McMurtray<br>Robin Frazer Clark<br>T. Roe Frazer, II |
| 11 | Heard County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:19-op-45130-DAP | Matthew Conn<br>Jeffrey E. Friedman |
| 12 | Clinch County Hospital Authority v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45453-DAP | Evan W. Jones<br>James B. Matthews, III<br>Lee S. Atkinson<br>Michael Ruppersburg<br>Patrick H. Garrard<br>Sara Schramm<br>Thomas F. Hollingsworth, III<br>Henry G. Garrard, III |
| 13 | Hospital Authority of Bainbridge and Decatur County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45382-DAP | Evan W. Jones<br>James B. Matthews, III<br>Lee S. Atkinson<br>Michael Ruppersburg<br>Patrick H. Garrard<br>Sara Schramm<br>Thomas F. Hollingsworth, III<br>Henry G. Garrard, III |
| 14 | County of Fulton v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45374-DAP | Patrise M. Perkins-Hooker<br>Roderick E. Edmond |
| 15 | City of Opp, AL v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45011-DAP | Abigail Herrin Clarkson<br>Anil A. Mujumdar<br>Archie Cleveland Lamb, Jr.<br>Cameron Lee Hogan |

|    |    |    | Christina Diane Crow<br>Diandra S. Debrosse-Zimmermann<br>Emily Hawk Mills<br>Gregory Martin Zarzaur<br>Laura Sherling Dunning<br>Lynn W. Jinks, III<br>Michael Lee Roberts<br>Nathan Andrew Dickson, II<br>Page Anderson Poerschke<br>Peter James Mougey<br>Richard Stanislaw Frankowski |
|----|----|----|----|
| 16 | City of Atlanta v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-46308-DAP | Daniel R. Meachum<br>Jeffrey Brenton Norman<br>Nina Hickson Perry<br>Roderick E. Edmond |
| 17 | Seminole County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:19-op-45181-DAP | Sara Schramm |
| 18 | City of Tifton, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45454-DAP | James B. Matthews, III<br>Patrick H. Garrard<br>Thomas F. Hollingsworth, III |
| 19 | Decatur County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45334-DAP | Evan W. Jones<br>James B. Matthews, III<br>Lee S. Atkinson<br>Michael Ruppersburg<br>Patrick H. Garrard<br>Sara Schramm<br>Thomas F. Hollingsworth, III<br>Henry G. Garrard, III |
| 20 | Bennett v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:19-op-45166-DAP | Mark P. Chalos<br>Paul Scott |
| 21 | Grady County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-46338-DAP | Christopher R. George<br>Daniel L. Studstill<br>Haynes M. Studstill<br>Justin Daniel Studstill<br>Ranse M. Partin<br>Robert D. Howell |
| 22 | Clinch County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:19-op-45197-DAP | Sara Schramm |

| | | | |
|---|---|---|---|
| 23 | Ben Hill County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45505-DAP | James B. Matthews, III<br>Patrick H. Garrard<br>Thomas F. Hollingsworth, III |
| 24 | City of Bainbridge, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:18-op-45383-DAP | Evan W. Jones<br>James B. Matthews, III<br>Lee S. Atkinson<br>Michael Ruppersburg<br>Patrick H. Garrard<br>Sara Schramm<br>Thomas F. Hollingsworth, III<br>Henry G. Garrard, III |
| 25 | Randolph County, GA v. Bloodworth Wholesale Drugs, Inc., et al. | N.D. Ohio, 1:19-op-45202-DAP | Sara Schramm |