UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Arthur J. Liederman and Nicole M. Battisti, Esq., Morrison Mahoney LLP, Wall Street Plaza, 88 Pine Street, Suite 1900, New York, New York 10005, telephone: 212-825-1212, hereby enter their appearance as counsel of record for Defendant Magna Pharmaceuticals Inc. ("Magna"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Magna.

Dated: November 2, 2022

**MORRISON MAHONEY LLP**
*Attorneys for Defendant*
*Magna Pharmaceuticals Inc.*

| | |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Nicole M. Battisti, Esq. (NB7583) | Arthur J. Liederman, Esq. (AL0227) |
| nbattisti@morrisonmahoney.com | aliederman@morrisonmahoney.com |
| Wall Street Plaza | Wall Street Plaza |
| 88 Pine Street, Suite 1900 | 88 Pine Street, Suite 1900 |
| New York, New York 10005 | New York, New York 10005 |
| Phone: (212) 825-1212 | Phone: (212) 825-1212 |
| Fax: (646) 576-8934 | Fax: (646) 576-8910 |

101666416

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 2, 2022, a copy of the foregoing Notice of Appearance was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system.

                _____
                NICOLE M. BATTISTI

101666416