UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

Case No. 1:17-MD-2804

Hon. Dan A. Polster

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Arthur J. Liederman and Nicole M. Battisti, Esq., Morrison Mahoney LLP, Wall Street Plaza, 88 Pine Street, Suite 1900, New York, New York 10005, telephone: 212-825-1212, hereby enter their appearance as counsel of record for Defendants Zydus Pharmaceuticals (USA) Inc. and Nesher Pharmaceuticals (USA) LLC ("Zydus" and "Nesher"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Zydus and Nesher.

Dated: November 2, 2022

**MORRISON MAHONEY LLP**
*Attorneys for Defendant*
*Zydus Pharmaceuticals (USA) Inc. and Nesher Pharmaceuticals (USA) LLC*

By: _/s/ Nicole Battisti_
Nicole M. Battisti, Esq. (NB7583)
nbattisti@morrisonmahoney.com
Wall Street Plaza
88 Pine Street, Suite 1900
New York, New York 10005
Phone: (212) 825-1212
Fax: (646) 576-8934

By: _/s/ Arthur J. Liederman_
Arthur J. Liederman, Esq. (AL0227)
aliederman@morrisonmahoney.com
Wall Street Plaza
88 Pine Street, Suite 1900
New York, New York 10005
Phone: (212) 825-1212
Fax: (646) 576-8910

101666042

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2022, a copy of the foregoing Notice of Appearance was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system.

*/s/ Nicole Battisti*
_____
NICOLE M. BATTISTI