UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** *This document relates to:* **All Cases** | **MDL 2804** Case No. 17-md-2804 Hon. Dan Aaron Polster |

### STATUS REPORT OF THE COMPANIES OF AHOLD DELHAIZE

Pursuant to the Court's Order Regarding Non-Litigating Defendants, dkt no. 4670, the companies of Ahold Delhaize[1] file this status report listing the cases in federal or state court that state claims against them involving the manufacturing, marketing, sale, distribution or dispensing of opioids.

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1 | Berkeley County Council v. Purdue Pharmaceutical Prods, LP | N.D. W. Va., 1:17-op-45171 | Stephen G. Skinner Andrew C. Skinner Laura C. Davis Macon Bryan Epps Gray |
| 2 | City of Charles Town v. AmerisourceBergen Drug Corp et al. | N.D. W. Va., 1:19-op-45250 | Stephen G. Skinner Andrew C. Skinner Laura C. Davis Macon Bryan Epps Gray |
| 3 | Harford County, MD v. Purdue Pharma L.P. et al | D. Md., 1:18-op-45853 | John P. Pierce Paul J. Geller Mark J. Dearman Dorothy P. Antullis Aelish M. Baig Matthew S. Melamed |

---

[1] The companies of Ahold Delhaize refers to named defendants Ahold Delhaize USA, Inc.; Ahold USA, Inc.; American Sales Co., LLC; American Sales Co., Inc.; Food Lion, LLC; Giant Food Stores, LLC; Giant Food Stores, LLC d/b/a Martins; The Giant Company LLC; and Koninklijke Ahold Dehaize N.V.

| | | | Thomas E. Egler<br>Carissa J. Dolan<br>Melissa Lambert<br>John S. Mathias<br>Saundra Nikols<br>Heather Price<br>Gorman E. Getty, III<br>Debra Yerg Daniel |
|---|---|---|---|
| 4 | Jefferson County Commission v. Purdue Pharmaceutical Prods, LP | N. D. W. Va., 1:17-op-45170 | Stephen G. Skinner<br>Andrew C. Skinner<br>Laura C. Davis<br>Macon Bryan Epps Gray |
| 5 | Montgomery County, MD v. Purdue Pharma LP | D. Md., 1:18-op-45212 | Marc P. Hansen<br>John P. Markovs<br>Megan B. Greene<br>Aelish M. Baig<br>Matthew S. Melamed<br>Mark J. Dearman<br>Dorothy P. Antullis<br>Thomas E. Egler |
| 6 | Prince George's County Maryland v. Purdue Pharma L.P. et al | Cir. Ct. Prince George's Cty., Md., 1:18-op-45501 | Gregory K. Wells<br>Lisa L. Jackson<br>Arthur J. Horne, Jr.<br>Paul J. Napoli<br>Hunter J. Shkolnik<br>Salvatore C. Badala<br>Shayna E. Sacks<br>Paul B. Masio |
| 7 | Town of Aquinnah, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-46091 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 8 | Town of Barnstable, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-45862 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan |

| | | | James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
|---|---|---|---|
| 9 | Town of Brewster, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-45556 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 10 | Town of Dennis v. AmerisourceBergen Drug Corporation et al | D. Mass., 1:19-op-45124 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 11 | Town of Eastham, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-45864 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 12 | Town of Falmouth, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-46095 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV |

| | | | Anthony J. Majestro<br>Paul T. Farrell, Jr. |
|---|---|---|---|
| 13 | Town of Mashpee, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-45755 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 14 | Town of Provincetown v. AmerisourceBergen Drug Corporation et al | D. Mass., 1:19-op-45125 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 15 | Town of Sandwich, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-45891 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 16 | Town of Scituate, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:19-op-45063 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |

| 17 | Town of Tewksbury, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:19-op-45077 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
|---|---|---|---|
| 18 | Town of Truro, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-45816 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 19 | Town of West Tisbury, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:18-op-45790 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 20 | Bon Secours Health System, Inc. et al v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45821 | Robert K. Finnell<br>Lisa E. Hinkle<br>Robert E. Maclin<br>Jaron P. Blandford<br>David J. Guarnieri |
| 21 | Bon Secours Health System, Inc.; Bon Secours Hospital Baltimore, Inc. v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45822 | Robert K. Finnell<br>Lisa E. Hinkle<br>Robert E. Maclin<br>Jaron P. Blandford<br>David J. Guarnieri |
| 22 | Town of Wellfleet, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:19-op-45556 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey |

|    |    |    | Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
|----|----|----|----|
| 23 | Township of Barnegat v. Teva Pharmaceutical Industries LTD et al | D.N.J., 1:19-op-45925 | William Wright |
| 24 | Town of Cottage City et al. v. Allergen PLC et al. | N.D. Ohio, 1:20-op-45235 | Paul Mark Sandler<br>Joel I. Sher<br>Eric R. Harlan |
| 25 | Town of Hull, MA v. AmerisourceBergen Drug Corp et al | D. Mass., 1:19-cv-12433 | Richard M. Sandman<br>Jonathan M. Silverstein<br>Peter J. Mougey<br>Michael J. Fuller, Jr.<br>Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>James C. Peterson<br>J. Burton LeBlanc, IV<br>Anthony J. Majestro<br>Paul T. Farrell, Jr. |
| 26 | District Attorney of Clearfield County v. Purdue Pharma L.P. et al | N.D. Ohio, 1:21-op-45022 | Gabriel C. Magee<br>Harris L. Pogust<br>Tobias L. Millrood |
| 27 | Cayuga Nation v. Cephalon, Inc. et al | N.D. Ohio, 1:20-op-45153 | Timothy Q. Purdon<br>Tara D. Sutton<br>Holly H. Dolejsi<br>Brendan V. Johnson |
| 28 | Bon Secours Health System, Inc. et al v. Purdue Pharma, L.P. et al | N.D. Ohio, 1:18-op-45820 | Robert K. Finnell |

November 1, 2022                                     Respectfully submitted,

/s/ Torsten M. Kracht

Torsten M. Kracht
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
Tel.: 202-419-2149
Fax: 202-778-2201

tkracht@HuntonAK.com
*Counsel for the Companies of Ahold Delhaize*