# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **Case No. 1:17-MD-2804**<br><br>**Hon. Dan A. Polster** |

## STATUS REPORT OF ZYDUS PHARMACEUTICALS (USA) INC. AND NESHER PHARMACEUTICALS (USA) LLC

Zydus Pharmaceuticals (USA) Inc. ("Zydus") submits this status report in accordance with the Court's October 7, 2022, Order (ECF No. 4670) requiring certain "Non-Litigating Defendants" to submit a status report listing all federal and state court cases that state claims against it and its "Defendant Families" involving the manufacturing, marketing, sale, distribution or dispensing of opioids.[1]

Zydus hereby submits the below list of cases on behalf of itself and Nesher Pharmaceuticals (USA) LLC ("Nesher"):[2]

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* | *Service*[3] |
|---|---|---|---|---|
| 1 | *IUPAT 21 v. Allergan, et. al.* | Delaware County Court of Common Pleas, No. 001983 | Gregory Spizer (Anapol Weiss) | Yes |
| 2 | *IBEW 98 v. Endo Pharmaceuticals, et. al.* | Delaware County Court of Common Pleas, No. 002063 | David S. Senoff (First Law Strategy Group) | Yes |

---

[1] This status report should not be construed as a waiver of personal jurisdiction or any other defense that Zydus and/or Nesher may raise in a Rule 12(b) motion at the appropriate time, if any.

[2] Zydus and Nesher are a "Defendant Family" as defined in the Court's October 7 Order. Cases in which Nesher is named as a defendant are denoted by an asterisk (*).

[3] This column identifies whether Zydus and/or Nesher received service in each case, as there are four MDL cases in which Zydus was named as a party but has not been served. "Yes" indicates service, and "No" indicates no service.

| | | | | |
|---|---|---|---|---|
| 3 | *Jones County North Carolina v. AmerisourceBergen Drug Corp. et al.* | N.D. Ohio, 1:19-op-45142 | Michael Jay Fuller, Jr. & Paul T. Farrell, Jr. (Farrell & Fuller); | Yes |
| 4 | *City of Canton v. Purdue Pharma L.P., et al.* | N.D. Ohio, 1:19-op-45462 | William Q. Bird and Alexandria E. Seay (Bird Law Group); Robert K. Finnell, III (The Finnell Firm) | Yes |
| 5 | *Spirit Lake Tribe v. Purdue Pharma L.P., et al.* | N.D. Ohio, 1:18-op-45520 | Timothy Q. Purdon and Holly H. Dolejsi (Robins Kaplan LLP) | Yes |
| 6 | *Quinault Indian Nation v. Purdue Pharma L.P., et al.* | N.D. Ohio, 1:18-op-46154 | Timothy Q. Purdon, Holly H. Dolejsi, Timothy W. Billion, Tara D. Sutton, Shira T. Shapiro, Sarah E. Friedricks, Brendan V. Johnson (Robins Kaplan LLP) | Yes |
| 7 | *County of Walker v. Optumrx, Inc., et al.** | 152nd District Court of Harris County, TX, MDL No. 18-0358; Case No: 2019-29777 (Case No. prior to August 2022 remand: N.D. Ohio, 1:19-op-45713) | Marc A. Correro, (Correro & Leisure, P.C.) | Yes |
| 8 | *Passamaquoddy Tribe-Pleasant Point v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:19-op-45100 | Ellin Relkin, Paul J. Pennock, John M. Broaddus (Weitz & Luxenberg); Kaighn Smith, Jr. and Michael-Corey F. Hinton (Drummond Woodsum); Neil T. Leifer (Neil T. Leifer, LLC) | No |

| 9 | *Passamaquoddy Tribe-Indian Township v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:18-op-45876 | Ellin Relkin, Paul J. Pennock, John M. Broaddus (Weitz & Luxenberg); Kaighn Smith, Jr. and Michael-Corey F. Hinton (Drummond Woodsum); Neil T. Leifer (Neil T. Leifer, LLC) | No |
| 10 | *Standing Rock Sioux Tribe v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:18-op-45220 | Timothy Q. Purdon and Holly H. Dolejsi (Robins Kaplan LLP) | Yes |
| 11 | *Estate of Bruce Brockel, Deceased, by and through Donna Brockel, as Personal Representative v. Endo Pharmaceuticals Inc. et al.** | N.D. Ohio, 1:21-op-45089 | David A. Busby and Jonathan R. Law (Daniel, Upton, Anderson, Law & Busby, P.C.) | Yes |
| 12 | *City of Paintsville, KY v. AmerisourceBergen Drug Corporation et al.* | N.D. Ohio, 1:19-op-45559 | Emily Ward Roark (Bryant Law Center) | No |
| 13 | *City of Inez, KY v. Amerisourcebergen Drug Corporation et al.* | N.D. Ohio, 1:19-op-45499 | Emily Ward Roark (Bryant Law Center) | No |
| 14 | *Bernstein v. Polites, D.O.* | St. Louis County, MO, No. 16SLCC04344 | Gary K. Burger (Burger Law); Jeremy A. Gogel (Gogel Law Firm) | Yes |

Dated: November 1, 2022       By:     */s/ Arthur J. Liederman*
NY Bar No. AL0227
*/s/ Nicole M. Battisti*
NY Bar No. NB7583
**MORRISON MAHONEY LLP**
Wall Street Plaza
88 Pine Street, Suite 1900
New York, NY 10005
Tel: 212-825-1212
Fax: 212-825-1313
aliederman@morrisonmahoney.com
nbattisti@morrisonmahoney.com

*/s/ Lauren S. Colton*
MD Bar No. 0012130264
**HOGAN LOVELLS US LLP**
100 International Drive
Suite 200
Baltimore, MD 21202
Tel: (410) 659-2733
lauren.colton@hoganlovells.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. & Nesher Pharmaceuticals (USA) LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed and served upon counsel of record by operation of the Court's CM/ECF System on November 2, 2022.


_____
Nicole M. Battisti, Esq.