## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This document relates to:* | Case No. 1:17-md-2804 |
| *All Cases Noted on Attached Appendix A* | JUDGE DAN AARON POLSTER |

**STIPULATION AND ORDER**
**DISMISSING WITH PREJUDICE CLAIMS**
**PURSUANT TO JANSSEN OKLAHOMA SUBDIVISION OPIOID SETTLEMENT**
**AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Oklahoma Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Released Entities, the "Janssen Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Janssen Oklahoma Subdivision Opioid Settlement Agreement, which is dated July 25, 2022, which is binding on the Dismissing Plaintiffs and the Janssen Defendants, and which has an Effective Date of July 25, 2022 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Janssen Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the Janssen Oklahoma Subdivision Opioid Settlement Agreement to the extent provided

---

[1]  The Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section II.15 of the Janssen Oklahoma Subdivision Opioid Settlement Agreement, dated as of July 25, 2022, a copy of which is attached as Appendix B.

under that Agreement.

November 2, 2022

**Agreed as to form and substance:**

*/s/ Tony G. Puckett*
Tony G. Puckett, OBA #13336
Todd A. Court, OBA #19438
MCAFEE & TAFT A PROFESSIONAL CORP.
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
(405) 235-9621
(405) 235-0439 (fax)
Tony.puckett@mcafeetaft.com
Todd.court@mcafeetaft.com

*/s/ Matthew J. Sill*
Matthew J. Sill, OBA #21547
Harrison C. Lujan, OBA #30154
Fulmer Sill Law Group
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
(405) 510-0077
msill@fulmersill.com
hlujan@fulmersill.com

*/s/ George Gibbs*
George Gibbs
GIBBS ARMSTRONG BOROCHOFF
601 S. Boulder, Suite 500
Tulsa, OK 74119
(918) 587-3939
(918) 582-5504 (fax)
ggibbs@gablawyers.com

*/s/ Bradford D. Barron*
Bradford D. Barron, OBA #17571
The Barron Law Firm, PLLC
P.O. Box 369
Claremore, OK 74018
(918) 341-8402
(918) 515-4691 (fax)
bbarron@barronlawfirmok.com

*Plaintiffs' Counsel*

**Agreed as to form and substance:**

*/s/Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen
Pharmaceuticals, Inc., Johnson &
Johnson, Janssen Pharmaceutica, Inc.
n/k/a Janssen Pharmaceuticals, Inc., and
Ortho-McNeil-Janssen Pharmaceuticals,
Inc. n/k/a Janssen Pharmaceuticals, Inc.*

SO ORDERED this __ day of November,
2022.

_____
Hon. Dan Aaron Polster
United States District Judge