# APPENDIX A

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| City of Ada | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45400 |
| City of Altus | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:21-op-45046 |
| City of Anadarko | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:20-op-45022 |
| Atoka County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45001 |
| Beckham County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45146 |
| City of Bethany | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-46148 |
| City of Broken Arrow | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45415 |
| Caddo County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-46156 |
| Choctaw County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45257 |
| Cimarron County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45021 |
| Cleveland County | Oklahoma | /s/ Foshee & Yaffe | Foshee & Yaffe | NDOH | 1:20-op-45009 |
| Coal County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45149 |
| Comanche County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45180 |
| Craig County | Oklahoma | /s/ Barron Law Firm | Barron Law Firm | NDOH | 1:19-op-45652 |
| Creek County | Oklahoma | /s/ Barron Law Firm | Barron Law Firm | NDOH | 1:19-op-45226 |
| Custer County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45182 |
| Delaware County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:18-op-46321 |
| Dewey County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45801 |
| City of Edmond | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45496 |
| City of El Reno | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45252 |
| City of Elk City | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:21-op-45017 |
| City of Enid | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45717 |
| Garvin County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:18-op-46304 |
| Grady County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-46167 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Greer County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45256 |
| City of Guthrie | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45497 |
| Harmon County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45388 |