UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | |
| This document relates to: | ) ) | CASE NO. 1:17-md-2804 |
| THE MUSCOGEE (CREEK) NATION, | ) ) | JUDGE DAN AARON POLSTER |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PURDUE PHARMA L.P.,  et al., | ) ) | |
| Defendants. | ) ) | |
| Case No.: 1:18-op-45459-DAP | ) ) ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that attorney William A. Peseski withdraws as counsel of record for Defendant Couch Pharmacy on Sheridan. William A. Peseski is no longer employed with Bonezzi Switzer Polito & Hupp. Defendant Couch Pharmacy on Sheridan will continue to be represented by Brian D. Kerns and Edward D. Papp of Bonezzi, Switzer, Polito & Hupp.

Respectfully submitted,

*/s/ William A. Peseski*
WILLIAM A. PESESKI (#0095235)
MANSOUR GAVIN, LPA
North Point Tower
1001 Lakeside Avenue, Suite 1400
Cleveland, OH 44114
(216)523-1500; Facsimile: (216)523-1705
Email: wpeseski@mggmlpa.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Withdrawal as Counsel* was filed electronically on this 3rd day of November 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ William A. Peseski*
WILLIAM A. PESESKI (0095235)