# APPENDIX A

| Plaintiff | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| City of Rochester | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45853-DAP |
| City of Saratoga Springs | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45857-DAP |
| Allegany County | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-46151-DAP |
| City of Amsterdam | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-46162-DAP |
| City of Auburn | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45843-DAP |
| City of Ogdensburg | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45852-DAP |
| City of Poughkeepsie | New York | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-46163-DAP |
| County of Kauai | Hawaii | /s/ Napoli Skholnik PLLC | /s/ Napoli Skholnik PLLC | NDOH | 1:19-op-45862-DAP |