# CORRECTED APPENDIX A

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| City of Ada | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45400 |
| City of Altus | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:21-op-45046 |
| City of Anadarko | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:20-op-45022 |
| Atoka County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45001 |
| Beckham County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45146 |
| City of Bethany | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-46148 |
| City of Broken Arrow | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45415 |
| Caddo County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-46156 |
| Choctaw County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45257 |
| Cimarron County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45021 |
| Cleveland County | Oklahoma | /s/ Foshee & Yaffe | Foshee & Yaffe | NDOH | 1:20-op-45009 |
| Coal County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45149 |
| Comanche County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45180 |
| Craig County | Oklahoma | /s/ Barron Law Firm | Barron Law Firm | NDOH | 1:19-op-45652 |
| Creek County | Oklahoma | /s/ Barron Law Firm | Barron Law Firm | NDOH | 1:19-op-45226 |
| Custer County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45182 |
| Delaware County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:18-op-46321 |
| Dewey County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45801 |
| City of Edmond | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45496 |
| City of El Reno | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45252 |
| City of Elk City | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:21-op-45017 |
| City of Enid | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45717 |
| Garvin County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:18-op-46304 |
| Grady County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-46167 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Greer County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45256 |
| City of Guthrie | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45497 |
| Harmon County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45388 |
| Harper County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45757 |
| Haskell County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45002 |
| Hughes County | Oklahoma | /s/ Fulmer Sill | Fulmer Sill | NDOH | 1:20-op-45258 |
| Jackson County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45126 |
| Jefferson County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-46170 |
| City of Jenks | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45858 |
| Johnston County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45765 |
| Kay County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45989 |
| Kiowa County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45755 |
| Latimer County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45003 |
| City of Lawton | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45500 |
| Le Flore County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45067 |
| Lincoln County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45128 |
| Logan County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45058 |
| Love County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45000 |
| Major County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45990 |
| Mayes County | Oklahoma | /s/ Barron Law Firm | Barron Law Firm | NDOH | 1:19-op-45227 |
| McClain County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:18-op-46303 |
| McCurtain County | Oklahoma | /s/ Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45259 |
| City of Midwest City | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45709 |
| City of Muskogee | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45162 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Muskogee County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45155 |
| City of Mustang | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45708 |
| Noble County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45129 |
| Nowata County | Oklahoma | /s/ Barron Law Firm | Barron Law Firm | NDOH | 1:19-op-45225 |
| Okfuskee County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:20-op-45005 |
| City of Oklahoma | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45498 |
| Oklahoma County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45057 |
| Okmulgee County | Oklahoma | /s/ Barron Law Firm | Barron Law Firm | NDOH | 1:19-op-45223 |
| Osage County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:18-op-46322 |
| Ottawa County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:18-op-46323 |
| City of Owasso | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45718 |
| Pawnee County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:18-op-46320 |
| Payne County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45653 |
| Pittsburg County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45711 |
| City of Ponca City | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45495 |
| Pottawatomie County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45988 |
| Roger Mills County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45183 |
| Rogers County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45224 |
| City of Seminole | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:20-op-45004 |
| Seminole County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:19-op-45260 |
| City of Shawnee | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-46155 |
| Stephens County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:19-op-45756 |
| City of Stillwater | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:21-op-45045 |
| Texas County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45061 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Tillman County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45185 |
| City of Tulsa | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:21-op-45024 |
| Tulsa County | Oklahoma | /s/ Gibbs Armstrong Borochoff | Gibbs Armstrong Borochoff | NDOH | 1:19-op-45352 |
| Washington County | Oklahoma | /s/ Barron Law Firm | Barron Law Firm | NDOH | 1:19-op-45222 |
| Woods County | Oklahoma | /s/Fullmer Sill | Fulmer Sill | NDOH | 1:19-op-45987 |
| Woodward County | Oklahoma | /s/Fullmer Sill | Fullmer Sill | NDOH | 1:20-op-45141 |
| City of Yukon | Oklahoma | /s/ McAfee & Taft | McAfee & Taft | NDOH | 1:19-op-45716 |