**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates to:*<br><br>*All Cases Naming Auburn Pharmaceutical Company as a Defendant, as Reported Herein* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster |

**STATUS REPORT OF AUBURN PHARMACEUTICAL COMPANY
IN RESPONSE TO
OCTOBER 7, 2022, ORDER REGARDING NON-LITIGATING DEFENDANTS**

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated October 7, 2022, Auburn Pharmaceutical Company, a Michigan corporation ("Auburn"), by its counsel, submits this Status Report to list every case in federal or state court that states a claim against Auburn and/or its Defendant Family, involving the manufacturing, marketing, sale, distribution, or dispensing of opioids.

| List # | Case Caption | Court, and Case Number | Plaintiff's Counsel |
|---|---|---|---|
| 1 | Morgan County Commission v. Purdue Pharmaceutical Products L.P., et al. | N.D. Ohio, 1:18-op-45444 | Stephen G. Skinner, Skinner Law Firm |
| 2 | Wayne County Fiscal Court v. Amerisourcebergen Drug Corporation et al. | N.D. Ohio, 1:18-op-45389 | Peter J. Mougey |
| 3 | Family Practice Clinic of Booneville, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio, 1:18-op-45390 | Lisa E. Hinkle, Jaron P. Blandford, David J. Guarnieri, Bob Finnell, Jason R. Hollon, T. Chad Thompson |
| 4 | Bon Secours Health System, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio, 1:18-op-45819 | Robert Finnell, Lisa E. Hinkle, Robert E. Maclin, III, Jaron P. Blandford, David J. Guarnieri |

{04602227}

| List # | Case Caption | Court, and Case Number | Plaintiff's Counsel |
|---|---|---|---|
| 5 | Bon Secours Health System, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio, 1:18-op-45820 | Robert Finnell, Lisa E. Hinkle, Robert E. Maclin, III, Jaron P. Blandford, David J. Guarnieri |
| 6 | Kentucky River District Health Department v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio, 1:19-op-45050 | Robert Finnell, Lisa E. Hinkle, Robert E. Maclin, III, Jaron P. Blandford, David J. Guarnieri |
| 7 | Saginaw Chippewa Indian Tribe v. Cephalon, Inc., et al. | N.D. Ohio, 1:19-op-45841 | Holly H. Dolejsi, Timothy Q. Purdon |
| 8 | City of Canton, et al. v. Purdue Pharma, L.P., et al. | N.D. Ohio, 1:19-op-45462 | William Q. Bird, et al. |
| 9 | County of Curry, et al. v. Purdue Pharma, L.P. et al. | N.D. Ohio, 1:19-op-45512 | Amy Bruning |

This Status Report is submitted without the admission of any liability on behalf of Auburn and its Defendant Family and without waiving or prejudicing any and all defenses and objections to the claims against Auburn and its Defendant Family including, without limitation, bar by the statute of limitations, waiver, laches, and estoppel, failure to state a claim upon which relief can be granted, no causation, improper service, lack of service, lack of personal jurisdiction, and/or dismissal as a party.

Dated: November 7, 2022

/s/ James C. Wright
James C. Wright, Attorney at Law
Zausmer, PC
32255 Northwestern Highway
Suite 225
Farmington Hills, MI  48334
(248) 851-4111
Fax:  (248) 851-0100
jwright@zausmer.com
Ohio Bar Number 00809070

{04602227}

## CERTIFICATE OF SERVICE

      I certify that the foregoing was electronically filed on November 7, 2022, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

      /s/ James C. Wright  
James C. Wright, Attorney at Law  
Zausmer, PC  
32255 Northwestern Highway  
Suite 225  
Farmington Hills, MI  48334  
(248) 851-4111  
Fax:  (248) 851-0100  
jwright@zausmer.com  
Ohio Bar Number 00809070

{04602227}