IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:19-op-45278-DAP<br><br>Case No. 1:21-op-45080-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING SETTLING DEFENDANTS' MOTION TO EXTEND DEADLINE ON FURTHER BRIEFING ON SETTLING DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING GEORGIA SUBDIVISIONS AS BARRED BY STATUTE**

Upon consideration of Settling Defendants' Motion Extend Deadline on Further Briefing On Settling Defendants' Motion To Dismiss Claims Filed By Non-Participating Georgia Subdivision As Barred By Statute ("Settling Defendants' Motion"), it is hereby ORDERED that Settling Defendants' Motion is GRANTED. It is further ORDERED that Settling Defendants' deadline to file a reply in support of the Settling Defendants' Motion is hereby stayed until 14 days after the Georgia Attorney General has intervened in the litigation or 14 days after the 60-day intervention period has elapsed, whichever is earlier.

_____

Hon. Dan A. Polster
United States District Judge