# Additional Admitted Track Three Liability Phase Trial Exhibits