



*Source: CVS Flagged Prescriptions - 43 Flags.csv.*

CVS-MDL-04313a.00001