| To: | Tim Koch [Tim_Koch@wal-mart.com]; George Chapman [George_Chapman@wal-mart.com] |
| --- | --- |
| From: | Susanne Hiland |
| Sent: | Sun 9/11/2011 7:18:32 PM |
| Importance: | Normal |
| Subject: | FW: Emailing: AP Diversion Software Justification (Revision 2) |
| Received: | Sun 9/11/2011 7:18:34 PM |

Software Justification (Revision 2).docx

Just FYI. I've been trying to assist Greg in gaining approval for the new diversion software. The attachment gives you some insight into how he sees future growth.

Thanks,
Susanne

-----Original Message-----
From: Greg Beam
Sent: Friday, September 09, 2011 3:08 PM
To: Chris Roberts
Cc: Susanne Hiland
Subject: Emailing: AP Diversion Software Justification (Revision 2)

Chris;

I have given this the best possible shot based on our conversations and your inputs. You have provided sound advice and been very patient in this process, I appreciate your support on this. The exact science and document history around pharmacy diversion is still in development, which makes it very difficult at best to make projections because the environment is constantly shifting and changing. However, the attached provides the best snapshot I could put together based on available, public information. Some information the company does not want widely distributed due to legal concerns....

I have also copied Susanne Hiland, Sr Director Pharmacy Compliance, who provided as much information as possible to lend support. Any questions, or recommendations, please let me know...Thanks

Greg


The message is ready to be sent with the following file or link attachments:

Software Justification (Revision 2)


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

PLAINTIFFS TRIAL EXHIBIT

P-17527_00001

The ROI for this project is focused on avoidance of regulatory fines, law suits, licensure revocations and damage to company reputation/branding.



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL