# Document Produced in Native Format

HIGHLY CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-17572_00001

WMT_MA_000008510

P-17572 _ 00001

| Questionna | Created Date | Prescriber Name (First Last) | Prescriber DEA(s) | Comments | Store Num | City, State | Red Flags |
|---|---|---|---|---|---|---|---|
| 36243945 | 6/7/2018 20:00 | Trevor Levin | BL4699154 | Prescriber is prescribing large amounts of oxycodone, soma, valium for same patient. Is not cooperative in having discussion about patients therapy. Morphine equivalent of patient is over 400. Not comfortable filling prescriptions from this doctor at the quantities he prescribes. | 1863 | EASTLAKE, OH | Writes prescription(s) for an unusually large quantity or high starting dose;Prescriber writes a large number or percentage of controlled substances |
| 36121886 | 5/22/2018 13:18 | Trevor Levin | BL4699154 | | 1863 | EASTLAKE, OH | Writes combination(s) of commonly abused drugs that can cause medical complications;Writes prescription(s) for an unusually large quantity or high starting dose;Prescriber writes a large number or percentage of controlled substances;Prescribers patients have suspicious relationships with each other |
| 36101529 | 5/15/2018 11:37 | TREVOR Z. LEVIN | BL4699154 | PRESCRIBER SPECIALTY IS LISTED AS HORMONE, FATIGUE & REHAB CENTER. PRESCRIBER IS NOT INDICATED AS PAIN MANAGEMENT. PRESCRIBER ROUTINELY WRITES FOR COCKTAIL OF COMMONLY ABUSED DRUGS OR COMBO (OXYCODONE, OXYCOD/APAP, SOMA, VALIUM) WITH NO OTHER NON-CONTROLLED SUBSTANCE PRESCRIPTIONS PRESENTED BY PATIENT. PATIENT PRESENTING PRESCRIPTIONS ROUTINELY CONTACTS PHARMACY EARLY AND PRESENTS INTO PHARMACY BEFORE PROVIDER CAN BE CONTACTED TO VALIDATE PRESCRIPTIONS. PRESCRIBER ROUTINELY RESPONDS TO PHARMACY ONLY BY CELL PHONE AND IS CONFRONTATIONAL WHEN ASKED QUESTIONS/CONCERNS RELATING TO THE PATIENT'S CARE. | 1857 | MENTOR, OH | Writes combination(s) of commonly abused drugs that can cause medical complications;Writes prescription(s) for an unusually large quantity or high starting dose;Prescriber writes a large number or percentage of controlled substances;Writes prescription(s) that are unusual for the prescriber's practice speciality;Writes prescription(s) without having a proper/appropriate relationship with patient |