**From:** Jeff Abernathy
**To:** Bart Grisham; Brandon Worth; Brian Richard; Donna Auldridge; George Chapman; Greg Beam; Jeff Abernathy; Jimmie Sherl; Jodie Cartwright; Mike Mullin; Nick Tallman; Patsy Little; Ramona Sullins; Sharon Morton; Steve Potts; Susanne Hiland; Teresa Miller; Theresa Alford; Tim Harris
**Sent:** 9/20/2012 10:53:48 AM
**Subject:** Over 20 Report 9.20.12

All,
Attached please find today's orders which exceeded 20 bottles.
The DC did not cut any orders for Oxy 30 and there were no web forms with orders for more than 20 bottles of an item.
Please let me know if you have any questions or need additional information.
Thank you.

9/20/2012

| Item # | Description | Store | Location | Qty | Ship Qty | 4 Wk Total | Web |
|---|---|---|---|---|---|---|---|
| 3880887 | Oxyco/APAP 5/325MG | 477 | Soddy Daisy, TN | 21 | 21 | 20 | N |
| 3880901 | Oxyco/Apap 10/325 | 1083 | Jacksonville, FL | 25 | 25 | 69 | N |
| 3880910 | Oxyco/APAP 5/325MG | 1863 | Eastlake, OH | 37 | 37 | 95 | N |
| | | 1986 | Norwalk, OH | 37 | 37 | 76 | N |
| | | 5029 | Oregon, OH | 33 | 33 | 89 | N |

**Jeff Abernathy Operations Manager**
Phone 479.273.7588 Fax 479.273.2809
jeff.abernathy@wal-mart.com

Wal-Mart Pharmacy DC 6045
1201 Moberly Lane
Bentonville, AR 72716-0595
**Save money. Live better.**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-20889_00001

WMT_MDL_000415952