

HIGHLY CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-21391_00001

WMT_MDL_000472741

P-21391 _ 00001

# Ohio Automated Rx Reporting System

77 South High Street, Room 1702; Columbus, OH 43215-6126
-Equal Opportunity Employer and Service Provider-

TEL: 614/466-4143   E-MAIL: Info@ohiopmp.gov   Fax: 614/644-8556
TTY/TDD: Use the Ohio Relay Service: 1-800/750-0750   URL: http://www.ohiopmp.gov

## Patient Rx History Report

Date: 3/6/2017 10:11:14 AM

Search Criteria: (Last Name = ▉ And First Name = ▉ And D.O.B. = ▉ And Gender = ▉ And Street = " And Zip = ▉ And Phone = " And Request Period = '3/1/2016 to 3/6/2017' And States = OH

Patients included in report that appear to match search criteria

### Active Cumulative Morphine Equivalent
**See explanation provided at the end of the report**

465



Active Cumulative Morphine Equivalent (3/1/2016 - 3/6/2017)

80 - Press Pause

#342329131

### Prescriptions

| Fill Date | Product, Str, Form | Qty | Days | Patient | Prescriber | Written | Daily MED[1] | Active[2] | Pharm | Pay[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2017 | OXYCODONE 20 MG TER | 60 | 30 | 9653 | TR LEV 0 | 2/9/2017 | 60 | Y | W-M1863 | CI |
| 2/20/2017 | OXYCONTIN 60 MG TER | 30 | 15 | 6745 | TR LEV 0 | 2/9/2017 | 180* | Y | W-M1857 | CI |
| 2/14/2017 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 2/9/2017 | | Y | W-M1863 | CI |

Disclaimer: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dispensing pharmacy, and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

HIGHLY CONFIDENTIAL

WMT_MDL_000472742

P-21391_00002

PATIENT RX HISTORY REPORT

DATE: 3/6/2017 10:11:15 AM
Page 2 of 4

| Date | Drug | Qty | Days | Rx# | Status | Fill Date | [redacted] | Refill | Y/N | Pharmacy | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/9/2017 | DIAZEPAM 10 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 2/9/2017 | | - | Y | W-M1863 | CI |
| 2/5/2017 | OXYCODONE 30 MG TAB | 150 | 30 | 9653 | TR LEV 0 | 1/16/2017 | | 225* | Y | W-M1863 | CI |
| 1/27/2017 | OXYCODONE 40 MG TER | 60 | 30 | 9653 | TR LEV 0 | 1/16/2017 | | 120* | N | W-M1863 | CI |
| 1/22/2017 | OXYCONTIN 60 MG TER | 30 | 30 | 9653 | TR LEV 0 | 1/16/2017 | | 90* | N | W-M1863 | CI |
| 1/16/2017 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 10/24/2016 | | - | N | W-M1863 | CI |
| 1/8/2017 | DIAZEPAM 10 MG TAB | 60 | 20 | 9653 | TR LEV 0 | 12/22/2016 | | - | N | W-M1863 | CI |
| 1/7/2017 | OXYCODONE 30 MG TAB | 150 | 30 | 9653 | TR LEV 0 | 12/22/2016 | | 225* | N | W-M1863 | CI |
| 12/29/2016 | OXYCONTIN 40 MG TER | 60 | 30 | 9653 | TR LEV 0 | 12/22/2016 | | 120* | N | W-M1863 | CI |
| 12/24/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 9653 | TR LEV 0 | 12/22/2016 | | 90* | N | W-M1863 | CI |
| 12/22/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 9653 | TR LEV 0 | 12/12/2016 | | - | N | W-M1863 | CI |
| 12/19/2016 | OXYCODONE 30 MG TAB | 105 | 21 | 9653 | TR LEV 0 | 12/12/2016 | | 225* | N | W-M1863 | CI |
| 12/13/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 12/12/2016 | | - | N | W-M1863 | CI |
| 12/7/2016 | DIAZEPAM 10 MG TAB | 20 | 7 | 9653 | TR LEV 0 | 12/7/2016 | | - | N | W-M1863 | CI |
| 11/30/2016 | OXYCONTIN 40 MG TER | 60 | 30 | 7871 | TR LEV 0 | 11/14/2016 | | 120* | N | W-M1863 | CI |
| 11/25/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 7871 | TR LEV 0 | 11/14/2016 | | 90* | N | W-M1863 | CI |
| 11/20/2016 | OXYCODONE 30 MG TAB | 150 | 30 | 7871 | TR LEV 0 | 11/14/2016 | | 225* | N | W-M1863 | CI |
| 11/14/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 7871 | TR LEV 0 | 11/14/2016 | | - | N | W-M1863 | CI |
| 11/1/2016 | OXYCONTIN 40 MG TER | 60 | 30 | 7871 | TR LEV 0 | 10/6/2016 | | 120* | N | W-M1863 | CI |
| 10/26/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 7871 | TR LEV 0 | 10/6/2016 | | 90* | N | W-M1863 | CI |
| 10/22/2016 | OXYCODONE 30 MG TAB | 150 | 30 | 7871 | TR LEV 0 | 10/6/2016 | | 225* | N | W-M1863 | CI |
| 10/18/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 7871 | TR LEV 0 | 9/19/2016 | | - | N | W-M1863 | CI |
| 10/8/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 7871 | TR LEV 0 | 9/19/2016 | | - | N | W-M1863 | CI |
| 10/3/2016 | OXYCONTIN 40 MG TER | 60 | 30 | 7871 | TR LEV 0 | 9/19/2016 | | 120* | N | W-M1863 | CI |
| 9/27/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 7871 | TR LEV 0 | 9/19/2016 | | 90* | N | W-M1863 | CI |
| 9/23/2016 | OXYCODONE 30 MG TAB | 150 | 30 | 7871 | TR LEV 0 | 9/19/2016 | | 225* | N | W-M1863 | CI |
| 9/19/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 7871 | TR LEV 0 | 9/19/2016 | | - | N | W-M1863 | CI |
| 9/19/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 7871 | TR LEV 0 | 9/19/2016 | | - | N | W-M1863 | CI |
| 9/4/2016 | OXYCONTIN 40 MG TER | 60 | 30 | 7871 | TR LEV 0 | 8/29/2016 | | 120* | N | W-M1863 | CI |
| 8/29/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 7871 | TR LEV 0 | 8/29/2016 | | 90* | N | W-M1863 | CI |
| 8/25/2016 | OXYCODONE 30 MG TAB | 180 | 30 | 9653 | TR LEV 0 | 8/18/2016 | | 270* | N | W-M1863 | CI |
| 8/20/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 8/18/2016 | | - | N | W-M1863 | CI |
| 8/9/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 6745 | TR LEV 0 | 7/21/2016 | | - | N | W-M1863 | CI |
| 8/6/2016 | OXYCODONE 40 MG TER | 60 | 30 | 9653 | TR LEV 0 | 7/21/2016 | | 120* | N | W-M1857 | CI |
| 7/30/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 9653 | TR LEV 0 | 7/21/2016 | | 90* | N | W-M1863 | CI |
| 7/27/2016 | OXYCODONE 30 MG TAB | 180 | 30 | 9653 | TR LEV 0 | 7/21/2016 | | 270* | N | W-M1863 | CI |
| 7/22/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 6/23/2016 | | - | N | W-M1863 | CI |
| 7/21/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 9653 | TR LEV 0 | 7/21/2016 | | - | N | W-M1863 | CI |
| 7/8/2016 | OXYCONTIN 40 MG TER | 60 | 30 | 9653 | TR LEV 0 | 6/23/2016 | | 120* | N | W-M1863 | CI |
| 7/1/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 9653 | TR LEV 0 | 6/23/2016 | | 90* | N | W-M1863 | CI |

Disclaimer: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dispensing pharmacy, and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

HIGHLY CONFIDENTIAL

WMT_MDL_000472743

P-21391 _ 00003

DATE:3/6/2017 10:11:15 AM

Page 3 of 4

## PATIENT RX HISTORY REPORT

| Date | Drug | Qty | Days | 9653/etc | Prescriber | ? | Pharmacy | Pay |
|---|---|---|---|---|---|---|---|---|
| 6/28/2016 | OXYCODONE 30 MG TAB | 180 | 30 | 9653 | TR LEV 0 | 6/23/2016 | 270* | N | W-M1863 | CI |
| 6/23/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 6/23/2016 | - | N | W-M1863 | CI |
| 6/9/2016 | OXYCONTIN 40 MG TER | 60 | 20 | 9653 | TR LEV 0 | 5/9/2016 | 120* | N | W-M1863 | CI |
| 5/30/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 9653 | TR LEV 0 | 5/9/2016 | - | N | W-M1863 | CI |
| 5/30/2016 | OXYCODONE 30 MG TAB | 180 | 30 | 9653 | TR LEV 0 | 5/9/2016 | 270* | N | W-M1863 | CI |
| 5/30/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 9653 | TR LEV 0 | 5/9/2016 | 90* | N | W-M1863 | CI |
| 5/18/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 3/17/2016 | - | N | W-M1863 | CI |
| 5/12/2016 | OXYCONTIN 40 MG TER | 60 | 20 | 9653 | TR LEV 0 | 4/14/2016 | 120* | N | W-M1863 | CI |
| 5/10/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 9653 | TR LEV 0 | 5/9/2016 | - | N | W-M1863 | CI |
| 5/1/2016 | OXYCODONE 30 MG TAB | 180 | 30 | 9653 | TR LEV 0 | 4/14/2016 | 270* | N | W-M1863 | CI |
| 5/1/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 9653 | TR LEV 0 | 4/14/2016 | 90* | N | W-M1863 | CI |
| 4/22/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 9653 | TR LEV 0 | 3/17/2016 | - | N | W-M1863 | CI |
| 4/19/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 3/17/2016 | - | N | W-M1863 | CI |
| 4/13/2016 | OXYCONTIN 40 MG TER | 60 | 20 | 7641 | TR LEV 0 | 3/17/2016 | 120* | N | W-M3293 | CI |
| 4/5/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 9653 | TR LEV 0 | 3/17/2016 | - | N | W-M1863 | CI |
| 4/2/2016 | OXYCODONE 30 MG TAB | 180 | 30 | 9653 | TR LEV 0 | 3/17/2016 | 270* | N | W-M1863 | CI |
| 4/2/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 9653 | TR LEV 0 | 3/17/2016 | 90* | N | W-M1863 | CI |
| 3/21/2016 | CARISOPRODOL 350 MG TAB | 90 | 30 | 9653 | TR LEV 0 | 2/22/2016 | - | N | W-M1863 | CI |
| 3/17/2016 | DIAZEPAM 10 MG TAB | 60 | 20 | 8572 | TR LEV 0 | 2/22/2016 | 120* | N | W-M1863 | CI |
| 3/15/2016 | OXYCONTIN 40 MG TER | 60 | 30 | 8572 | TR LEV 0 | 2/22/2016 | 270* | N | W-M1863 | CI |
| 3/5/2016 | OXYCODONE 30 MG TAB | 180 | 30 | 8572 | TR LEV 0 | 2/22/2016 | 270* | N | W-M1863 | CI |
| 3/4/2016 | OXYCONTIN 60 MG TER | 30 | 30 | 7641 | TR LEV 0 | 2/22/2016 | 90* | N | W-M3293 | CI |

**Total Prescriptions:** 64

¹Daily MED - The morphine equivalent per day for the individual prescription based on CDC conversion chart, the days supply and quantity dispensed provided by the pharmacy.

*, - Indicates that a licensing board has adopted a position statement regarding this issue. For more information regarding this position statement, click the link for licensing board: State Medical Board of Ohio, Ohio Board of Nursing, Ohio State Dental Board

²Active - Indicates whether a prescription is active (Y/N) based on the date filled and the days supply provided by the pharmacy.

³Pay - C=Cash M1=Medicare M2=Medicaid WC=Workers Comp CI=Commercial Insurance U=Unknown

**Prescribers for prescriptions listed:** 1

TR LEV 0    TREVOR Z LEVIN, MD MBBCH; 6406 STUMPH ROAD,, PARMA HEIGHTS, OH 44130

**Pharmacies that dispensed prescriptions listed:** 3

| | |
|---|---|
| W-M1857 | WAL-MART PHARMACY 10-1857; 9303 MENTOR AVE, , MENTOR, OH, 44060, PHONE (440) 974-3301 |
| W-M1863 | WAL-MART PHARMACY 10-1863; 33752 VINE ST, , EASTLAKE, OH, 44095, PHONE (440) 269-8828 |
| W-M3293 | WAL-MART PHARMACY 10-3293; 223 MEADOWLAND DR.,, CHARDON, OH, 44024, PHONE (479) 273-4923 |

Disclaimer: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dispensing pharmacy, and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

PATIENT RX HISTORY REPORT

DATE: 3/6/2017 10:11:15 AM
Page 4 of 4

## Morphine Equivalent Table

| Drug | Morphine Equivalent Multiplier |
|---|---|
| Hydrocodone | 1 |
| Oxycodone | 1.5 |
| Tramadol | 0.1 |
| Codeine | 0.15 |
| Morphine | 1 |
| Buprenorphine | 10 |
| Buprenorphine (patch) | 12.6 |
| Fentanyl | 7.2 |
| Methadone | 3 |
| Hydromorphone | 4 |
| Oxymorphone | 3 |
| Tapentadol | 0.4 |

US Department of Health and Human Services, Center for Disease Control

## Active Cumulative Morphine Equivalent Calculation

| Rx# | Drug | Strength | | Multiplier | | Quantity | ÷ | Days | = | Daily MED |
|---|---|---|---|---|---|---|---|---|---|---|
| 02262496 | OXYCODONE 20 MG TER | 20 | × | 1.5 | × | 60 | ÷ | 30 | = | 60 |
| 02234745 | OXYCONTIN 60 MG TER | 60 | × | 1.5 | × | 30 | ÷ | 15 | = | 180 |
| 02262040 | OXYCODONE 30 MG TAB | 30 | × | | × | 150 | ÷ | 30 | = | 225 |

Active Cumulative Morphine Equivalent  465

To change assumptions or to determine how a new prescription would affect this patient's Active Cumulative Morphine Equivalent, please visit the OARRS MED Calculator.

Disclaimer: The State of Ohio does not warrant the above information to be accurate or complete. The Report reflects the search criteria entered by the requestor, the data entered by the dispensing pharmacy, and the frequency at which the data is reported. For more information about any prescription, please contact the dispensing pharmacy or the prescriber.

HIGHLY CONFIDENTIAL

WMT_MDL_000472745

P-21391 _ 00005