| | |
|---|---|
| **From:** | see.userid.below@wirewi06.wal-mart.com |
| **To:** | HW Rx Notification |
| **Sent:** | 3/25/2014 1:42:07 AM |
| **Subject:** | Forged or Fraudulent Rx |

Below is the result of your feedback form. It was
submitted by (see userid below) on Mon Mar 24 20:42:06 CDT 2014
--------------------------------------------------------

*Store: 1863

*State: oh

*City: eastlake

*Store DEA: bw5397383

*How presented: hardcopy

*Reason for Refusal: pt morphine equiv was 350 and md refuses to deal with pharmacy on issue

*Date: 03/24/2014

*Time: 12:30pm

*Rph Name: Lori Militelllo

*Pt Name: Redacted – PHI

*Pres Name: Trevor Levin

*Prescriber DEA#: BL4699154

*Drugs: hydromorphone 4mg

*Validate Y/N: n

*Validate No Description: The patient has had questionable tendancies in the past. The morphine equiv for the patient is 350. The md has no interest in deally with the pharmacy professionally. The patient had rx for hydromorphone 4mg #150 and filled an rx for oxycodone 30mg #180 on 3.9.14. I felt very uncomfortable with the prospect of filling this prescription and in my professional judgement denied filling.

*Contact Law Y/N: n

*Agency Contacted: n/a

HIGHLY CONFIDENTIAL

PLAINTIFF TRIAL EXHIBIT
P-26767-A_00001

WMT_MDL_000287280
P-26767-A _ 00001

*Contact name: n/a

*Contact phone: n/a

*Other details: n/a

:: Submit

IP of remote host: 156.95.56.29

HIGHLY CONFIDENTIAL

WMT_MDL_000287281
P-26767-A _ 00002