# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 - TEL 614-466-4143; FAX 614-752-4836

TYPE: Retail Chain Pharmacy
DDD#: 02-1186050 F
NAME: Walgreen Pharmacy #5549
R.P.:
ADDR: 804 W. Market
Warren Ohio 44485

AREA CODE / TELEPHONE NUMBER: 330-393-3033
TIME IN: 11 15 A.M.
TIME OUT: 1 45 P.M.
TYPE: 05 Retail
FED.#: BW6665511
EXP. DATE: 5-07
HOURS OPEN (DAILY): 8-10 PM
(SAT.): 9-6
(SUN. & HOLIDAYS): 10-6

CAT: III
CNTY: Trumbull
CLASS: 05
RESPONSIBLE PERSON: Brian Joyce
TITLE/I.D. NO.: RPh #14034
INIT. USED:

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/ |
|---|---|---|---|---|---|
| Enouwa Eioho Ohwofahworaye RPh | EEO | 03-2-26174 | | | |
| Jessica Fluharty | JF | RPh Intern Ohio-PA 06-0-04346 | | | |
| Kathleen L. Mongine | KM | 03-3-14290 | | | |

OHIO PHARMACY BOARD
AUG 15 2006

1. LICENSING
2. I.D.CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING Comp 8-15-06

- Federal - State pharmacy - & RPh licenses are current
- The pharmacy has Intercom/Plus software with five patient dispensing computer screens.
- The pharmacy has a full physical barricade with three metal screens to protect service windows & two access doors with #Code access & RPh only Key lock & Alarm code access. A Relief RPh key & code is secured by RPh controlled vial seal with the front end manager. The pharmacy has a two bay drive up service window.
- The entire C-II cabinet was inventoried on 5-4-06 Each of the 4 cabinets are inventoried once a week within a month.
- On this date, an incident complaint was reviewed

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE
DATE SIGNED: 8-9-06
SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802001
WAG-MDL-01110.00015

Highly Confidential Subject to Protective Order

BOP_MDL2802002

**WAG-MDL-01110.00016**

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1186050   Pg. 2
NAME:
R.P.:
ADDR:

| AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
|---|---|---|---|---|
| TYPE | FED.# | | EXP. DATE | |
| HOURS OPEN | (DAILY) | (SAT.) | (SUN. & HOLIDAYS) | |

CAT:   CLASS:
CNTY:

| RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED |
|---|---|---|

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

On OSBP Case # 2006-1489, a patient profile on the person reporting this incident was requested. The RPh explained that excessive Hydrocodone/apap based on multiple Doctors in the Walgreen and later discovered Rite Aid & CVS pharmacies resulted in these reports, the information to the prescribers. The RPh corresponding responsibly with the prescriber was properly followed & this incident complaint is found to be unfounded. A written request for the specific patient profile was provided & received. The pharmacy has a "PARATA" auto dispensing system with 249 cells. The prepared vial is prepared with drug & label that is then cross checked via the bar code though the final RPh dispensing review.

☐ PINK SHEET ISSUED FOR NUMBER(S):

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE     8-9-06 DATE SIGNED     SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802003

WAG-MDL-01110.00017

Highly Confidential Subject to Protective Order

BOP_MDL2802004

**WAG-MDL-01110.00018**

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 – TEL 614-466-4143; FAX 614-752-4836

TYPE:
DDD#: 02-1186050    Pg. 3
NAME:
R.P.:
ADDR:

AREA CODE / TELEPHONE NUMBER | TIME IN A.M./P.M. | TIME OUT A.M./P.M.
TYPE | FED.# | EXP. DATE
HOURS OPEN | (DAILY) | (SAT.) | (SUN. & HOLIDAYS)

CAT:        CLASS:
CNTY:

RESPONSIBLE PERSON | TITLE/I.D. NO. | INIT. USED

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORD SYSTEM
4. BARRICADE
5. MIN. STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPER DISPENSING
12. INSUFFICIENT SUPERVISION
13. INVENTORY RECORDS
14. DRUG DESTRUCTION
15. ILLEGAL SALES
16. ILLEGAL PURCHASES
17. SAMPLES
18. NON-REG COMPOUNDING
19. Rx BLANKS
20. IMPROPER Rx'S
21. OUTDATED DRUGS
22. DRUG LABELS
23. Rx INFORMATION
24. OTC/SYRINGES
25. GENERIC MFG.
26. Rx FILES
27. Rx COPIES
28. Rx INT/DATE
29. DEA INVENTORY
30. PHONED SCH II Rx
31. REFILLS - 6MO/5X
32. REFILLS - INT/DATE
33. REFILLS - UA
34. EMERGENCY KIT
35. CONTINGENCY KIT
36. NON-REG DISPENSING
37. COUNSELING

- The pharmacy is wholesaler serviced by Cardinal Health - Wheeling, W. Virg. & Walgreen Inc.
- DEA Complete C-Drug inven. 6-9-06 Close of Business
- Power of Attorney on File
- Return of Drugs documented via MED-TURN and the 222 forms.
- The 222 purchases of C Drugs are prepared completely by RPh
- Limited Compounding/Formulation with account log.
- The Daily transactions of Legend & Controlled drugs have RPh final review initials & are orderly maintained in a date to date order.
- Sudafed products are stored in the pharm for controlled sales.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE      8-9-06 DATE SIGNED      SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)    WHITE - OFFICE COPY    YELLOW - INSPECTOR COPY    GREEN - DISTRIBUTOR COPY    PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802005

WAG-MDL-01110.00019

Highly Confidential Subject to Protective Order

BOP_MDL2802006

WAG-MDL-01110.00020

# DANGEROUS DRUG DISTRIBUTOR INSPECTION REPORT

OHIO BOARD OF PHARMACY; 77 SOUTH HIGH STREET, ROOM 1702; COLUMBUS, OHIO 43215-6126 — TEL 614-466-4143; FAX 614-752-4836

| TYPE: | | AREA CODE / TELEPHONE NUMBER | TIME IN | A.M. / P.M. | TIME OUT | A.M. / P.M. |
|---|---|---|---|---|---|---|
| DDD#: 02-1186050 | Pg. 4 | | | | | |
| NAME: | | TYPE | FED.# | | EXP. DATE | |
| R.P.: | | | | | | |
| ADDR: | | HOURS OPEN | (DAILY) | (SAT.) | (SUN. & HOLIDAYS) | |
| CAT: | CLASS: | RESPONSIBLE PERSON | | TITLE/I.D. NO. | | INIT. USED |
| CNTY: | | | | | | |

| PERSONNEL | INIT. USED | TITLE/I.D. NO. | PERSONNEL | INIT. USED | TITLE/I.D. NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

1. LICENSING
2. I.D. CARDS
3. RECORDSYSTEM
4. BARRICADE
5. MIN.STANDARDS
6. SECURITY
7. LIBRARY
8. CLEANLINESS
9. REFRIGERATION
10. ACCOUNTABILITY
11. IMPROPERDISPENSING
12. INSUFFICIENTSUPERVISION
13. INVENTORYRECORDS
14. DRUGDESTRUCTION
15. ILLEGALSALES
16. ILLEGALPURCHASES
17. SAMPLES
18. NON-REGCOMPOUNDING
19. RxBLANKS
20. IMPROPERRx'S
21. OUTDATEDDRUGS
22. DRUGLABELS
23. RxINFORMATION
24. OTC/SYRINGES
25. GENERICMFG.
26. RxFILES
27. RxCOPIES
28. RxINT/DATE
29. DEAINVENTORY
30. PHONEDSCHIIRx
31. REFILLS-6MO/5X
32. REFILLS-INT/DATE
33. REFILLS-UA
34. EMERGENCYKIT
35. CONTINGENCYKIT
36. NON-REGDISPENSING
37. COUNSELING

- Stock OK - return to stock vials are labeled with expiration & NDC.
- Reviewed the original Rx prescriptions with daily transactions & compliance requirements for dispensing.
- Transferred prescriptions are well documented.
* NOTE RPh - The receipt of prescriptions via telephone requires the RPh document the first & last name of the agent/nurse calling in the prescribed Rx. See 4729-5-30 ORC
- NOTE - partial qty dispensed for controlled prescribed qty is maintained in the dispensing software while the Rx label lists actual prescribed refill total.
  Approx 2000 New/refill dispensings.

☐ PINK SHEET ISSUED FOR NUMBER(S): _____

IF BOX IS CHECKED, **THE DISTRIBUTOR** SHALL CORRECT ITEM(S) INDICATED AND **RETURN THE PINK COPY**, WITH DETAILS OF CORRECTIVE ACTION TAKEN NOTED ON THE REVERSE SIDE, TO THE BOARD OFFICE **WITHIN 20 DAYS** FROM DATE ISSUED.

SIGNATURE OF PERSON IN CHARGE     DATE SIGNED 8-9-06     SIGNATURE OF INSPECTOR

PHA-0610 (Rev. 02/02)     WHITE - OFFICE COPY     YELLOW - INSPECTOR COPY     GREEN - DISTRIBUTOR COPY     PINK - INDIVIDUAL COPY

Highly Confidential Subject to Protective Order

BOP_MDL2802007
WAG-MDL-01110.00021

Highly Confidential Subject to Protective Order

BOP_MDL2802008

**WAG-MDL-01110.00022**