# OARRS - All Consolidated Tables.xlsx

DEFENDANT EXHIBIT
WAG-MDL-02562

WAG-MDL-02562.00001

High Strength Oxycodone

| | | | | No. of Prescriptions Filled | | | Quantity Dispensed (Dosage Units) | | |
|---|---|---|---|---|---|---|---|---|---|
| **Analysis of Prescriptions for High Dosages of Oxycodone Filled by Selected Non-Defendant Pharmacies and the Nearest Walgreens Pharmacies in Lake and Trumbull Counties, OH** <br> **Total Prescriptions of Oxycodone with Strength Greater than or Equal to 20mg Relative to a Pharmacy's Total Pharmaceutical Opioid Prescriptions** | | | | | | | | | |
| ID | County | Pharmacy Name | Pharmacy DEA Number | Prescriptions Filled 20mg+ Oxycodone | Total Opioid Prescriptions Filled | % of Total Opioid Prescriptions Filled | Quantity Dispensed 20mg+ Oxycodone | Total Quantity Dispensed of Opioid Prescriptions | % of Total Quantity Dispensed of Opioid Prescriptions |
| 1P | Trumbull | FRANKLIN PHARM & HEALTH CARE | AF2953657 | 20,659 | 114,740 | 18.01% | 1,999,072 | 10,603,322 | 18.85% |
| 1W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 3,205 | 102,684 | 3.12% | 332,323 | 7,525,833 | 4.42% |
| 2P | Trumbull | TADMAR, INC | FT2298861 | 8,505 | 48,487 | 17.54% | 1,117,084 | 4,760,497 | 23.47% |
| 2W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 1,907 | 42,677 | 4.47% | 186,866 | 3,223,796 | 5.80% |
| 3P | Trumbull | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | 10,828 | 46,521 | 23.28% | 1,058,298 | 4,943,750 | 21.41% |
| 3W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 3,205 | 102,684 | 3.12% | 332,323 | 7,525,833 | 4.42% |
| 4P | Trumbull | TROUTMAN DRUG COMPANY | AT5783318 | 3,003 | 42,036 | 7.14% | 315,464 | 3,489,086 | 9.04% |
| 4W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 1,907 | 42,677 | 4.47% | 186,866 | 3,223,796 | 5.80% |
| 5P | Trumbull | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | 5,449 | 37,429 | 14.56% | 603,497 | 3,915,008 | 15.41% |
| 5W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 3,205 | 102,684 | 3.12% | 332,323 | 7,525,833 | 4.42% |
| 6P | Trumbull | THE HOMETOWN PHARMACY | FM1071529 | 5,044 | 32,030 | 15.75% | 571,873 | 2,663,998 | 21.47% |
| 6W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 1,907 | 42,677 | 4.47% | 186,866 | 3,223,796 | 5.80% |
| 7P | Lake | SENIOR PHARMACY SERVICES | FS3127532 | 580 | 27,681 | 2.10% | 19,708 | 775,032 | 2.54% |
| 7W | Lake | WALGREEN CO. #13058 | BW4682414 | 2,588 | 65,477 | 3.95% | 194,793 | 4,738,190 | 4.11% |
| 8P | Lake | HYTECH PHARMACY, INC, | BH6042763 | 977 | 7,928 | 12.32% | 119,646 | 795,679 | 15.04% |
| 8W | Lake | WALGREEN CO. #4317 | BW5704451 | 555 | 55,889 | 0.99% | 41,535 | 3,771,969 | 1.10% |
| 9P | Trumbull | BRINE PHARMACY | BB3245481 | 951 | 7,207 | 13.20% | 95,590 | 659,169 | 14.50% |
| 9W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 1,907 | 42,677 | 4.47% | 186,866 | 3,223,796 | 5.80% |
| 10P | Lake | PROFESSIONAL PHARMACY SERVICES, INC. | FP2386034 | 773 | 6,906 | 11.19% | 90,245 | 663,859 | 13.59% |
| 10W | Lake | WALGREEN CO. #4317 | BW5704451 | 555 | 55,889 | 0.99% | 41,535 | 3,771,969 | 1.10% |

[1] Source: Ohio Board of Pharmacy provided OARRS Data; Date Range 1/1/2008 - 12/31/2018.
[2] Walgreens store BW4682414 relocated in 2011 and has two entries: BW4682414 - 13058 and BW4682414 - 3454; subtotals for store are combined.
[3] Restricted to eight pharmaceutical opioid NDC's: Fentanyl, Hydrocodone, Hydromorphone, Methadone, Morphine, Oxycodone, Oxymorphone, and Tapentadol.

**DEFENDANT EXHIBIT**

**WAG-MDL-02562**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WAG-MDL-02562.00001

| Cash Payment Analysis of Private Pay Prescriptions Filled by Selected Non-Defendant Pharmacies and the Nearest Walgreens Pharmacies in Lake and Trumbull Counties, OH<br>Total Private Pay Prescriptions Relative to a Pharmacy's Total Pharmaceutical Opioid Prescriptions | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Total Prescriptions Filled | | |
| ID | County | Pharmacy Name | Pharmacy DEA Number | Total Private Pay Prescriptions | Total Opioid Prescriptions Filled | % Private Pay Prescriptions |
| 1P | Trumbull | FRANKLIN PHARM & HEALTH CARE | AF2953657 | 9,753 | 114,740 | 8.50% |
| 1W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 4,392 | 102,684 | 4.28% |
| 2P | Trumbull | TADMAR, INC | FT2298861 | 8,174 | 48,487 | 16.86% |
| 2W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 1,769 | 42,677 | 4.15% |
| 3P | Trumbull | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | 12,766 | 46,521 | 27.44% |
| 3W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 4,392 | 102,684 | 4.28% |
| 4P | Trumbull | TROUTMAN DRUG COMPANY | AT5783318 | 2,781 | 42,036 | 6.62% |
| 4W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 1,769 | 42,677 | 4.15% |
| 5P | Trumbull | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | 6,333 | 37,429 | 16.92% |
| 5W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 4,392 | 102,684 | 4.28% |
| 6P | Trumbull | THE HOMETOWN PHARMACY | FM1071529 | 5,081 | 32,030 | 15.86% |
| 6W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 1,769 | 42,677 | 4.15% |
| 7P | Lake | SENIOR PHARMACY SERVICES | FS3127532 | 12,274 | 27,681 | 44.34% |
| 7W | Lake | WALGREEN CO. #13058 | BW4682414 | 3,492 | 65,477 | 5.33% |
| 8P | Lake | HYTECH PHARMACY, INC, | BH6042763 | 708 | 7,928 | 8.93% |
| 8W | Lake | WALGREEN CO. #4317 | BW5704451 | 2,370 | 55,889 | 4.24% |
| 9P | Trumbull | BRINE PHARMACY | BB3245481 | 1,580 | 7,207 | 21.92% |
| 9W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 1,769 | 42,677 | 4.15% |
| 10P | Lake | PROFESSIONAL PHARMACY SERVICES, INC. | FP2386034 | 427 | 6,906 | 6.18% |
| 10W | Lake | WALGREEN CO. #4317 | BW5704451 | 2,370 | 55,889 | 4.24% |

[1] Source: Ohio Board of Pharmacy provided OARRS Data; Date Range 1/1/2008 - 12/31/2018.
[2] Walgreens store BW4682414 relocated in 2011 and has two entries: BW4682414 - 13058 and BW4682414 - 3454; subtotals for store are combined.
[3] "Private pay" prescriptions are Payment Type = 1; see https://www.ohiopmp.gov/Documents/Reporting%20to%20OARRS.pdf

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WAG-MDL-02562.00002

| | Analysis of Prescriptions for Oxycodone or Hydrocodone, and Alprazolam Filled on the Same Day for the Same Patient by Selected Pharmacies in Lake and Trumbull Counties, OH | | | | | |
|---|---|---|---|---|---|---|
| | Total Prescriptions of Oxycodone or Hydrocodone with Alprazolam Relative to a Pharmacy's Total Distinct Patient Fill Dates for Oxycodone and Hydrocodone Prescriptions | | | | | |
| ID | County | Pharmacy Name | Pharmacy DEA No | Oxycodone/Hydrocodone & Alprazolam Occurrences | Total Distinct Patient Fill Dates for Oxycodone or Hydrocodone | Percent of Oxycodone/Hydrocodone Fill Dates with Combination |
| 1P | Trumbull | FRANKLIN PHARM & HEALTH CARE | AF2953657 | 6,447 | 88,817 | 7.26% |
| 1W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 2,959 | 97,524 | 3.03% |
| 2P | Trumbull | TADMAR, INC | FT2298861 | 2,960 | 39,189 | 7.55% |
| 2W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 942 | 38,675 | 2.44% |
| 3P | Trumbull | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | 4,968 | 36,584 | 13.58% |
| 3W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 2,959 | 97,524 | 3.03% |
| 4P | Trumbull | TROUTMAN DRUG COMPANY | AT5783318 | 2,974 | 35,856 | 8.29% |
| 4W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 942 | 38,675 | 2.44% |
| 5P | Trumbull | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | 3,600 | 32,009 | 11.25% |
| 5W | Trumbull | WALGREEN CO. #5549 | BW6665511 | 2,959 | 97,524 | 3.03% |
| 6P | Trumbull | THE HOMETOWN PHARMACY | FM1071529 | 1,089 | 25,139 | 4.33% |
| 6W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 942 | 38,675 | 2.44% |
| 7P | Lake | SENIOR PHARMACY SERVICES | FS3127532 | 521 | 19,470 | 2.68% |
| 7W | Lake | WALGREEN CO. #13058 | BW4682414 | 729 | 56,017 | 1.30% |
| 8P | Lake | HYTECH PHARMACY, INC, | BH6042763 | 99 | 4,785 | 2.07% |
| 8W | Lake | WALGREEN CO. #4317 | BW5704451 | 667 | 50,780 | 1.31% |
| 9P | Trumbull | BRINE PHARMACY | BB3245481 | 423 | 6,078 | 6.96% |
| 9W | Trumbull | WALGREEN CO. #10569 | FW0161872 | 942 | 38,675 | 2.44% |
| 10P | Lake | PROFESSIONAL PHARMACY SERVICES, INC. | FP2386034 | 61 | 4,627 | 1.32% |
| 10W | Lake | WALGREEN CO. #4317 | BW5704451 | 667 | 50,780 | 1.31% |

[1] Source: Ohio Board of Pharmacy provided OARRS Data; Date Range 1/1/2008 - 12/31/2018.
[2] Walgreens store BW4682414 relocated in 2011 and has two entries: BW4682414 - 13058 and BW4682414 - 3454; subtotals for store are combined.
[3] Occurrences refer to a patient filling either oxycodone or hydrocodone in combination with alprazolam (Xanax) on the same day at the same pharmacy.
[4] Total Distinct Patient Fill Dates for oxycodone and hydrocodone is the distinct number of days that a unique patient filled either oxycodone or hydrocodone.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WAG-MDL-02562.00003

Non-Def Oxy Strength

### Analysis of Prescriptions of Oxycodone Filled by Selected Non-Defendant Pharmacies and the Nearest Walgreens Pharmacy in Trumbull County, OH

| | | | Nearest Walgreens Pharmacy | | No. of Prescriptions Filled | | | | | Quantity Dispensed (Dosage Units) | | | | | MME | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxycodone Strength Per Unit | Pharmacy Name | Pharmacy DEA No | Pharmacy Name | Pharmacy DEA No | No. of Prescriptions Filled | % of Total Prescriptions Filled | No. of Prescriptions Filled | % of Total Prescriptions Filled | Walgreens % Higher or Lower | Quantity Filled | % of Quantity Filled | Quantity Filled | % of Quantity Filled | Walgreens % Higher or Lower | MME of Prescriptions Filled | % of Total MME of Prescriptions Filled | MME of Prescriptions Filled | % of Total MME of Prescriptions Filled | Walgreens % Higher or Lower |
| | | | | | Non-Defendant Pharmacy | | Nearest Walgreens Pharmacy | | | Non-Defendant Pharmacy | | Nearest Walgreens Pharmacy | | | Non-Defendant Pharmacy | | Nearest Walgreens Pharmacy | | |
| 80.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 5,161 | 7.96% | 210 | 0.59% | -7.36% | 343,451 | 5.50% | 13,630 | 0.49% | -5.01% | 41,214,120 | 22.98% | 1,635,600 | 3.54% | -19.44% |
| 60.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 1,038 | 1.60% | 97 | 0.27% | -1.33% | 63,000 | 1.01% | 5,868 | 0.21% | -0.80% | 5,670,000 | 3.16% | 528,120 | 1.14% | -2.02% |
| 40.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 2,646 | 4.08% | 266 | 0.75% | -3.33% | 152,019 | 2.44% | 16,478 | 0.59% | -1.84% | 9,121,140 | 5.09% | 988,680 | 2.14% | -2.94% |
| 30.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 10,621 | 16.37% | 1,662 | 4.69% | -11.68% | 1,350,551 | 21.63% | 195,311 | 7.00% | -14.63% | 60,774,795 | 33.89% | 8,788,995 | 19.04% | -14.85% |
| 20.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 1,193 | 1.84% | 970 | 2.74% | 0.90% | 90,051 | 1.44% | 101,036 | 3.62% | 2.18% | 2,701,530 | 1.51% | 3,031,080 | 6.57% | 5.06% |
| 18.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 1 | 0.00% | | 0.00% | 0.00% | 60 | 0.00% | | 0.00% | 0.00% | 1,620 | 0.00% | | 0.00% | 0.00% |
| 15.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 8,473 | 13.06% | 2,274 | 6.42% | -6.64% | 668,281 | 10.71% | 195,588 | 7.01% | -3.69% | 15,036,323 | 8.38% | 4,400,730 | 9.53% | 1.15% |
| 10.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 24,103 | 37.16% | 12,593 | 35.54% | -1.61% | 2,428,452 | 38.90% | 1,192,091 | 42.73% | 3.83% | 36,426,780 | 20.31% | 17,881,365 | 38.74% | 18.43% |
| 9.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 3 | 0.00% | 3 | 0.01% | 0.00% | 180 | 0.00% | 180 | 0.01% | 0.00% | 2,430 | 0.00% | 2,430 | 0.01% | 0.00% |
| 7.50 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 3,191 | 4.92% | 3,260 | 9.20% | 4.28% | 295,538 | 4.73% | 274,836 | 9.85% | 5.12% | 3,324,803 | 1.85% | 3,091,905 | 6.70% | 4.85% |
| 5.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 7,848 | 12.10% | 13,894 | 39.22% | 27.12% | 610,770 | 9.78% | 766,575 | 27.48% | 17.70% | 4,580,775 | 2.55% | 5,749,313 | 12.46% | 9.90% |
| 4.88 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 47 | 0.07% | 49 | 0.14% | 0.07% | 4,546 | 0.07% | 1,866 | 0.07% | -0.01% | 33,277 | 0.02% | 13,659 | 0.03% | 0.01% |
| 4.84 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 155 | 0.24% | 15 | 0.04% | -0.20% | 17,488 | 0.28% | 466 | 0.02% | -0.26% | 126,845 | 0.07% | 3,380 | 0.01% | -0.06% |
| 2.50 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 9 | 0.01% | 4 | 0.01% | 0.00% | 300 | 0.00% | 310 | 0.01% | 0.01% | 1,125 | 0.00% | 1,163 | 0.00% | 0.00% |
| 1.00 | FRANKLIN PHARM & HEALTH CARE | AF2953657 | WALGREEN CO. #5549 | BW6665511 | 379 | 0.58% | 132 | 0.37% | -0.21% | 217,765 | 3.49% | 25,424 | 0.91% | -2.58% | 326,648 | 0.18% | 38,136 | 0.08% | -0.10% |
| 80.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 3,545 | 16.37% | 210 | 0.59% | -15.78% | 257,743 | 11.28% | 13,630 | 0.49% | -10.79% | 30,929,160 | 35.80% | 1,635,600 | 3.54% | -32.26% |
| 60.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 254 | 1.17% | 97 | 0.27% | -0.90% | 17,968 | 0.79% | 5,868 | 0.21% | -0.58% | 1,617,120 | 1.87% | 528,120 | 1.14% | -0.73% |
| 40.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 1,550 | 7.16% | 266 | 0.75% | -6.41% | 112,086 | 4.91% | 16,478 | 0.59% | -4.32% | 6,725,160 | 7.78% | 988,680 | 2.14% | -5.64% |
| 30.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 5,097 | 23.53% | 1,662 | 4.69% | -18.84% | 642,398 | 28.12% | 195,311 | 7.00% | -21.12% | 28,907,910 | 33.46% | 8,788,995 | 19.04% | -14.42% |
| 20.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 382 | 1.76% | 970 | 2.74% | 0.97% | 28,103 | 1.23% | 101,036 | 3.62% | 2.39% | 843,090 | 0.98% | 3,031,080 | 6.57% | 5.59% |
| 15.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 2,139 | 9.88% | 2,274 | 6.42% | -3.46% | 241,585 | 10.58% | 195,588 | 7.01% | -3.56% | 5,435,663 | 6.29% | 4,400,730 | 9.54% | 3.24% |
| 10.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 5,547 | 25.61% | 12,593 | 35.55% | 9.94% | 599,895 | 26.26% | 1,192,091 | 42.73% | 16.47% | 8,998,425 | 10.42% | 17,881,365 | 38.74% | 28.33% |
| 7.50 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 309 | 1.43% | 3,260 | 9.20% | 7.78% | 26,486 | 1.16% | 274,836 | 9.85% | 8.69% | 297,968 | 0.34% | 3,091,905 | 6.70% | 6.35% |
| 5.35 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 7 | 0.03% | 2 | 0.01% | -0.03% | 720 | 0.03% | 240 | 0.01% | -0.02% | 5,778 | 0.01% | 1,926 | 0.00% | 0.00% |
| 5.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 2,689 | 12.42% | 13,894 | 39.22% | 26.81% | 334,127 | 14.63% | 766,575 | 27.48% | 12.85% | 2,505,953 | 2.90% | 5,749,313 | 12.46% | 9.56% |
| 4.88 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 67 | 0.31% | 49 | 0.14% | -0.17% | 7,732 | 0.34% | 1,866 | 0.07% | -0.27% | 56,598 | 0.07% | 13,659 | 0.03% | -0.04% |
| 4.84 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 51 | 0.24% | 15 | 0.04% | -0.19% | 7,350 | 0.32% | 466 | 0.02% | -0.31% | 53,311 | 0.06% | 3,380 | 0.01% | -0.05% |
| 1.00 | OVERHOLTS CHAMPION PHARM, INC | BP2611487 | WALGREEN CO. #5549 | BW6665511 | 21 | 0.10% | 132 | 0.37% | 0.28% | 8,045 | 0.35% | 25,424 | 0.91% | 0.56% | 12,068 | 0.01% | 38,136 | 0.08% | 0.07% |
| 80.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 716 | 4.02% | 210 | 0.59% | -3.43% | 60,170 | 3.06% | 13,630 | 0.49% | -2.58% | 7,220,400 | 13.55% | 1,635,600 | 3.54% | -10.00% |
| 60.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 174 | 0.98% | 97 | 0.27% | -0.70% | 13,068 | 0.67% | 5,868 | 0.21% | -0.46% | 1,176,120 | 2.21% | 528,120 | 1.14% | -1.06% |
| 40.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 512 | 2.87% | 266 | 0.75% | -2.12% | 33,382 | 1.70% | 16,478 | 0.59% | -1.11% | 2,002,920 | 3.76% | 988,680 | 2.14% | -1.62% |
| 30.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 3,556 | 19.97% | 1,662 | 4.69% | -15.27% | 446,146 | 22.72% | 195,311 | 7.00% | -15.71% | 20,076,570 | 37.66% | 8,788,995 | 19.04% | -18.62% |
| 20.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 491 | 2.76% | 970 | 2.74% | -0.02% | 50,731 | 2.58% | 101,036 | 3.62% | 1.04% | 1,521,930 | 2.86% | 3,031,080 | 6.57% | 3.71% |
| 15.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 2,630 | 14.77% | 2,274 | 6.42% | -8.35% | 287,065 | 14.62% | 195,588 | 7.01% | -7.60% | 6,458,963 | 12.12% | 4,400,730 | 9.54% | -2.58% |
| 10.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 7,880 | 44.24% | 12,593 | 35.55% | -8.69% | 898,936 | 45.77% | 1,192,091 | 42.74% | -3.04% | 13,484,040 | 25.30% | 17,881,365 | 38.74% | 13.45% |
| 7.50 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 457 | 2.57% | 3,260 | 9.20% | 6.64% | 39,413 | 2.01% | 274,836 | 9.85% | 7.85% | 443,396 | 0.83% | 3,091,905 | 6.70% | 5.87% |
| 5.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 1,311 | 7.36% | 13,894 | 39.22% | 31.86% | 114,766 | 5.84% | 766,575 | 27.48% | 21.64% | 860,745 | 1.61% | 5,749,313 | 12.46% | 10.84% |
| 4.88 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 11 | 0.06% | 49 | 0.14% | 0.08% | 1,046 | 0.05% | 1,866 | 0.07% | 0.01% | 7,657 | 0.01% | 13,659 | 0.03% | 0.02% |
| 4.84 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 30 | 0.17% | 15 | 0.04% | -0.13% | 4,106 | 0.21% | 466 | 0.02% | -0.19% | 29,782 | 0.06% | 3,380 | 0.01% | -0.05% |
| 2.50 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 3 | 0.02% | 4 | 0.01% | -0.01% | 140 | 0.01% | 310 | 0.01% | 0.00% | 525 | 0.00% | 1,163 | 0.00% | 0.00% |
| 1.00 | BELLEVUE MEDICINE SHOPPE INC | FO1750428 | WALGREEN CO. #5549 | BW6665511 | 40 | 0.22% | 132 | 0.37% | 0.15% | 15,020 | 0.76% | 25,424 | 0.91% | 0.15% | 22,530 | 0.04% | 38,136 | 0.08% | 0.04% |

[1] Source: Ohio Board of Pharmacy provided OARRS Data; Date Range 1/1/2008 - 12/31/2018.
[2] MME = Dosage Unit * Dosage Strength * MME Conversion Factor. This calculation logic aligns with McCann Calculation logic in Appendix 9. Use of this formula does not reflect acceptance of methodology.
[3] Restricted to NDC's for oxycodone.
[4] Per OARRS: WALGREEN CO. #5549 (DEA No BW6665511) DBA: WALGREENS # 05549 804 WEST MARKET STREET.
[5] FRANKLIN PHARM & HEALTH CARE (DEA No AF2953657), OVERHOLTS CHAMPION PHARM, INC (DEA No BP2611487), BELLEVUE MEDICINE SHOPPE INC (DEA No FO1750428), and WALGREEN CO. #5549 (DEA No BW6665511) are located in Trumbull County, OH.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WAG-MDL-02562.00004