eLicense Ohio
Professional Licensure

# License Look Up

11/3/2021 3:06 PM

## David  Anthony  Demangone

| Status | Active |
|---|---|
| Sub-Status | |
| Board | Medical Board |
| License Type | Doctor of Medicine (MD) |
| License Number | 35.071438 |
| License Issue Date | 10/10/1996 |
| License Expiration Date | 04/01/2023 |
| License Effective Date | 03/15/2021 |
| City | Willoughby |
| State | OH |
| Country | United States |
| Board Action | No |

Board Action Details
Current date & time: **11/3/2021 3:06 PM**

**Disclaimer:** The Joint Commission and NCQA consider on-line status information as fulfilling the primary source verification requirement for verification of licensure in compliance with their respective credentialing standards.



DEFENDANT
EXHIBIT

**WAG-MDL-02629**

WAG-MDL-02629.00001