

# License Look Up

11/4/2021 5:30 PM

| CLEVELAND MEDICAL INSTITUTE | |
|---|---|
| Status | Active |
| Sub-Status | |
| Board | Board of Pharmacy |
| License Type | Terminal - Pain Management Clinic - Category 3 |
| License Number | 022754650 |
| License Issue Date | 06/06/2017 |
| License Expiration Date | 03/31/2023 |
| License Effective Date | 04/01/2021 |
| Street Address | 6025 COMMERCE CIRCLE SUITE 2 |
| City | WILLOUGHBY |
| State | OH |
| Zipcode | 44094 |
| Country | United States |
| Board Action | No |

Supervised By:

| Supervisor Name | Supervisor License | Status | Start Date | End Date |
|---|---|---|---|---|
| | | Active | Mon Mar 20 00:00:00 GMT 2017 | |

Current date & time: **11/4/2021 5:30 PM**



DEFENDANT EXHIBIT
WAG-MDL-02630

Page 1 of 2

WAG-MDL-02630.00001

**Disclaimer:** The Joint Commission and NCQA consider on-line status information as fulfilling the primary source verification requirement for verification of licensure in compliance with their respective credentialing standards.

WAG-MDL-02630.00002