# Dispenser Share of Dosage Units and MME in Lake and Trumbull Counties
## 2006 – 2014

| | Number of Dispensers | All Drugs | | | | Oxycodone and Hydrocodone | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Dosage Units | | MME | | Dosage Units | | MME | |
| | | Total | Share | Total | Share | Total | Share | Total | Share |
| **Lake** | | | | | | | | | |
| Non-Defendant Dispensers | 168 | 51,083,181 | 53.68% | 698,541,424 | 57.80% | 45,273,769 | 53.48% | 387,436,291 | 54.36% |
| Defendant Dispensers | 17 | 44,077,678 | 46.32% | 509,973,459 | 42.20% | 39,380,670 | 46.52% | 325,325,686 | 45.64% |
| **Total Dispensers** | 185 | 95,160,859 | 100.00% | 1,208,514,883 | 100.00% | 84,654,439 | 100.00% | 712,761,977 | 100.00% |
| **Trumbull** | | | | | | | | | |
| Non-Defendant Dispensers | 181 | 93,430,929 | 74.51% | 1,570,518,252 | 80.66% | 86,432,158 | 74.40% | 1,077,081,305 | 79.46% |
| Defendant Dispensers | 13 | 31,956,176 | 25.49% | 376,547,888 | 19.34% | 29,736,180 | 25.60% | 278,354,356 | 20.54% |
| **Total Dispensers** | 194 | 125,387,105 | 100.00% | 1,947,066,141 | 100.00% | 116,168,338 | 100.00% | 1,355,435,661 | 100.00% |
| **Lake and Trumbull** | | | | | | | | | |
| Non-Defendant Dispensers | 349 | 144,514,110 | 65.53% | 2,269,059,676 | 71.91% | 131,705,927 | 65.58% | 1,464,517,596 | 70.81% |
| Defendant Dispensers | 30 | 76,033,854 | 34.47% | 886,521,347 | 28.09% | 69,116,850 | 34.42% | 603,680,042 | 29.19% |
| **Total Dispensers** | 379 | 220,547,964 | 100.00% | 3,155,581,024 | 100.00% | 200,822,777 | 100.00% | 2,068,197,638 | 100.00% |

Source: Expert Report of Craig J. McCann, Ph.D., with Backup Materials, April 16, 2021

Note: Calculated using "CT3_processed" dataset.  The "CT3_processed" dataset includes 19 non-defendant dispensers and Walmart pharmacy 10-3860 identified as being in Youngstown, Ohio, in Mahoning County in ARCOS data, which Dr. McCann reclassifies to Trumbull County.  The number of dispensers is identified as the number of unique buyer DEA numbers.  All drugs includes all available drugs in ARCOS except for Buprenophine and Methadone.

CONFIDENTIAL



WMT-MDL-01540A

WMT-MDL-01540A.00001