# Defendant Dispenser Share of Dosage Units and MME in Lake and Trumbull Counties
## 2006 – 2014

| Defendant | Number of Dispensers | All Drugs | | | | Oxycodone and Hydrocodone | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Dosage Units | | MME | | Dosage Units | | MME | |
| | | Total | Share | Total | Share | Total | Share | Total | Share |
| **Lake** | **17** | **44,077,678** | **46.32%** | **509,973,459** | **42.20%** | **39,380,670** | **46.52%** | **325,325,686** | **45.64%** |
| CVS | 7 | 18,855,998 | 19.81% | 214,761,982 | 17.77% | 17,079,320 | 20.18% | 135,348,473 | 18.99% |
| Walmart | 3 | 7,173,295 | 7.54% | 74,894,969 | 6.20% | 6,518,300 | 7.70% | 53,254,729 | 7.47% |
| Walgreens | 7 | 18,048,385 | 18.97% | 220,316,508 | 18.23% | 15,783,050 | 18.64% | 136,722,483 | 19.18% |
| **Trumbull** | **13** | **31,956,176** | **25.49%** | **376,547,888** | **19.34%** | **29,736,180** | **25.60%** | **278,354,356** | **20.54%** |
| CVS | 5 | 11,823,325 | 9.43% | 113,384,390 | 5.82% | 11,095,090 | 9.55% | 85,017,674 | 6.27% |
| Walmart | 2 | 3,207,280 | 2.56% | 24,510,093 | 1.26% | 3,019,330 | 2.60% | 18,882,891 | 1.39% |
| Walgreens | 6 | 16,925,571 | 13.50% | 238,653,406 | 12.26% | 15,621,760 | 13.45% | 174,453,791 | 12.87% |
| **Lake and Trumbull** | **30** | **76,033,854** | **34.47%** | **886,521,347** | **28.09%** | **69,116,850** | **34.42%** | **603,680,042** | **29.19%** |
| CVS | 12 | 30,679,323 | 13.91% | 328,146,372 | 10.40% | 28,174,410 | 14.03% | 220,366,147 | 10.65% |
| Walmart | 5 | 10,380,575 | 4.71% | 99,405,062 | 3.15% | 9,537,630 | 4.75% | 72,137,620 | 3.49% |
| Walgreens | 13 | 34,973,956 | 15.86% | 458,969,913 | 14.54% | 31,404,810 | 15.64% | 311,176,274 | 15.05% |

Source: Expert Report of Craig J. McCann, Ph.D., with Backup Materials, April 16, 2021

Note: Calculated using "CT3_processed" dataset.  The "CT3_processed" dataset includes Walmart pharmacy 10-3860 identified as being in Youngstown, Ohio, in Mahoning County in ARCOS data, which Dr. McCann reclassifies to Trumbull County.  The number of dispensers is identified as the number of unique buyer DEA numbers limited to buyer names that include CVS, Wal-Mart, and Walgreens, except that if a single store had two DEA numbers it is counted once.  "All drugs" panel includes all available drugs in ARCOS except for Buprenorphine and Methadone.



WMT-MDL-01541A

WMT-MDL-01541A.00001