# Share of Controlled Substances in All Prescriptions at Walmart Pharmacies at Issue[1]
## FY 2016 – FY 2018[2]

| Walmart Pharmacy | FY 2016 | | | | 
|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 |
| Walmart Pharmacy 10-1857 | 11.9% | 11.3% | 10.9% | 11.0% |
| Walmart Pharmacy 10-1863 | 12.6% | 11.7% | 11.2% | 11.3% |
| Walmart Pharmacy 10-3608 | 11.0% | 11.3% | 10.8% | 10.8% |
| Walmart Pharmacy 10-2197 | 10.9% | 11.0% | 11.9% | 12.1% |
| Walmart Pharmacy 10-3860 | 11.4% | 11.9% | 11.4% | 11.0% |

| Walmart Pharmacy | FY 2017 | | | |
|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 |
| Walmart Pharmacy 10-1857 | 10.5% | 9.1% | 9.1% | 9.4% |
| Walmart Pharmacy 10-1863 | 11.0% | 10.6% | 9.9% | 9.6% |
| Walmart Pharmacy 10-3608 | 10.5% | 9.6% | 9.6% | 9.1% |
| Walmart Pharmacy 10-2197 | 11.5% | 11.6% | 11.9% | 11.7% |
| Walmart Pharmacy 10-3860 | 11.4% | 11.7% | 12.3% | 11.8% |

| Walmart Pharmacy | FY 2018 | | | |
|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 |
| Walmart Pharmacy 10-1857 | 9.3% | 8.7% | 8.4% | 8.9% |
| Walmart Pharmacy 10-1863 | 9.2% | 9.2% | 8.7% | 8.8% |
| Walmart Pharmacy 10-3608 | 8.6% | 8.9% | 9.0% | 8.8% |
| Walmart Pharmacy 10-2197 | 10.4% | 10.3% | 9.9% | 8.6% |
| Walmart Pharmacy 10-3860 | 11.2% | 10.1% | 10.1% | 8.1% |

Source: Know Your Customer Data [WMT_MDL_000286238]

Note:
[1] Table entries are the number of prescriptions filled for controlled substances divided by the total number of prescriptions filled.
[2] Refers to Walmart's business fiscal year.  Fiscal year spans from February of the previous calendar year to January of the current calendar year.  For example, Walmart's fiscal year 2016 spans from February 1, 2015, to January 31, 2016.  The following pharmacies were unavailable in the Know Your Customer data: Pharmacy 10-4846, Pharmacy 10-6327.



WMT-MDL-01549

CONFIDENTIAL