UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Corrected Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**NOTICE OF FILING CORRECTED APPENDIX A TO STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO JANSSEN OKLAHOMA SUBDIVISION OPIOID SETTLEMENT AGREEMENT [ECF No. 4732]**

Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a/ Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc. by and through their counsel, file the attached corrected Appendix A to correct the version which was previously filed with the Stipulation and Order Dismissing with Prejudice Claims Pursuant to Janssen Oklahoma Subdivision Opioid Settlement Agreement [ECF No. 4732]. The attached Corrected Appendix A adds certain plaintiff subdivision names as Oklahoma Dismissing Plaintiffs, and supplements the previously filed version.

Dated: November 8, 2022

Respectfully Submitted:

<u>*/s/Charles C. Lifland*</u>
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*