# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) | MDL 2804 |
| ) | |
| ) | Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | Judge Dan Aaron Polster |
| *All Cases Listed in Docket no. 4396-1* ) | |
| ) | **ORDER** |
| ) | |

      Now that many of the largest Defendants in this MDL have announced global settlements, the Court turns its attention to the remaining Defendants. The Court will hold a Zoom status conference on December 12 at 1:30pm with the PEC, the Defendants listed in Dkt nos. 4380 and 4670, and any other Defendant that wishes to participate. The Court seeks suggestions on mechanics to winnow and resolve remaining cases and claims, including use of Lone Pine Orders. The participants in this conference shall email status reports with their suggestions to Special Master David Cohen and Justin Washburne by Dec 7, 2022 at noon. The Court encourages the parties to address, both in their reports and at the status conference, whether they are prepared to bear the substantial costs of litigating any and all remaining cases. Any party who needs the Zoom login information may contact Justin Washburne at justin_washburne@ohnd.uscourts.gov.

      **IT IS SO ORDERED.**

      /s/ Dan Aaron Polster  November 9, 2022
      **DAN AARON POLSTER**
      **UNITED STATES DISTRICT JUDGE**