# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | §<br>§<br>§   MDL No. 2804<br>§   Case No. 1:17-md-2804<br>§   Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carlton E. Wessel of DLA Piper LLP (US) enters his appearance as counsel of record for Pfizer Inc., King Pharmaceuticals LLC, Alpharma Pharmaceuticals LLC, and Hospira, Inc. (collectively, "Defendants") in the above-captioned action.

In making this entry of appearance, Defendants reserve any and all rights and defenses, including those regarding personal or subject matter jurisdiction, service of process, venue and forum. This entry of appearance shall not be construed as a general appearance in the above-captioned case or any of its coordinated cases.

Dated: November 10, 2022           Respectfully submitted,

                                                                                             /s/ Carlton E. Wessel
                                                                                             Carlton E. Wessel
                                                                                             DLA Piper LLP (US)
                                                                                             500 Eighth Street, NW
                                                                                             Washington, D.C. 20004
                                                                                             Telephone:   202.799.4000
                                                                                             Facsimile:    202.799.5000
                                                                                             Carlton.Wessel@us.dlapiper.com

*Attorneys for Pfizer Inc., King Pharmaceuticals LLC, Alpharma Pharmaceuticals LLC, and Hospira, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 10, 2022, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record.

                                                      *s/ Carlton E. Wessel*
                                                      Carlton E. Wessel