**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | § <br> § <br> §   MDL No. 2804 <br> §   Case No. 1:17-md-2804 <br> §   Judge Dan Aaron Polster <br> § |

## STATUS REPORT OF PFIZER DEFENDANTS

Pfizer Inc., King Pharmaceuticals LLC, Alpharma Pharmaceuticals LLC, and Hospira, Inc. (collectively, "Pfizer Defendants") submit this report pursuant to the Court's October 7, 2022 Order, which was served on the Pfizer Defendants on November 2, 2022. While the Pfizer Defendants have been voluntarily dismissed from a number of cases, below is a list of the remaining cases in which one or more of the Pfizer Defendants have been served.

## A.  FEDERAL CASES[1]

| # | Case Caption | Court, Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | *Flandreau Santee Sioux Tribe et al. v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:18-op-45095- DAP | Brendan V. Johnson; Tara D. Sutton; Timothy W. Billion; Timothy Q. Purdon; Holly H. Dolejsi |
| 2. | *Montgomery County, Maryland v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:18-op-45212-DAP | John Paul Markovs; Marc Pemble Hansen; Megan B Greene; Aelish Marie Baig; Dorothy P. Antullis; Mark J. Dearman; Matthew S. Melamed; Thomas E. Egler |

---

[1] In *Rosen et al. v. Johnson & Johnson et al.*, N.D. Ohio, 1:21-op-45115-DAP, Pfizer has been named due to its alleged manufacture or sale of a non-opioid product. It is a wrongful death case that materially differs from the factual allegations and legal theories that have been asserted on behalf of the government entities in the MDL.  The Plaintiff's counsel in that case are Susannah B. Chester-Schindler and Charles S. Siegel.

| 3. | *Oglala Lakota Sioux Tribe v. Purdue Pharma, L.P. et al.* | N.D. Ohio, 1:18-op-45353-DAP | Brendan V. Johnson; Timothy W. Billion; Timothy Q. Purdon; Holly H. Dolejsi |
|---|---|---|---|
| 4. | *Kootenai Tribe of Idaho v. Purdue Pharma L.P. et al.* | N.D. Ohio, 1:18-op-46153-DAP | Holly H. Dolejsi; Timothy Q. Purdon |

**B.**     **STATE CASES**

| 1. | *County of Walker v. OptumRx, Inc. et al.* | Tex. Dist. Ct., Harris Cty., 2019-29777 | Mark Anthony Correro; George Allan Van Fleet; John W. Raggio; Mance Michael Park |
|---|---|---|---|

This Status Report is submitted without the admission of any liability on behalf of Pfizer Defendants and without waiving or prejudicing any and all defenses and objections to the claims against Pfizer Defendants including, without limitation, bar by the statute of limitations, waiver, laches, and estoppel, failure to state a claim upon which relief can be granted, no causation, improper service, lack of service, lack of personal jurisdiction, and/or dismissal as a party.

Dated: November 10, 2022                    Respectfully submitted,

                                             /s/ Carlton E. Wessel
                                             Carlton E. Wessel
                                             DLA Piper LLP (US)
                                             500 Eighth Street, NW
                                             Washington, D.C. 20004
                                             Telephone:    202.799.4000
                                             Facsimile:    202.799.5000
                                             Carlton.Wessel@us.dlapiper.com

                                             *Attorneys for Pfizer Inc., King Pharmaceuticals LLC,*
                                             *Alpharma Pharmaceuticals LLC, and Hospira, Inc.*

**CERTIFICATE OF SERVICE**

I, Carlton E. Wessel, certify that on November 10, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF system, which will send a copy of the same to all registered users.

/s/ Carlton E. Wessel
Carlton E. Wessel