**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) **MDL No. 2804** |
| | ) |
| | ) **Case No.: 1:17-md-2804-DAP** |
| THIS DOCUMENT RELATES TO: | ) |
| | ) **Hon. Dan Aaron Polster** |
| *All Cases* | ) |

## STATUS REPORT OF
## NORTH CAROLINA MUTUAL WHOLESALE DRUG d/b/a
## MUTUAL DRUG

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated October 7, 2022 (ECF 4670), Defendant North Carolina Mutual Wholesale Drug d/b/a Mutual Drug ("NC Mutual"), submits the following Status Report.

NC Mutual reasonably believes that it has been named as a defendant in approximately 120 lawsuits involving the manufacturing, marketing, sale, distribution or dispensing of opioids. The cases are as follows:

| # | *Case Caption* | *Court, Case No.* | *Plaintiff's Counsel* |
|---|---|---|---|
| 1 | Alamance County v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45615-DAP | Pinto Coates Kyre & Bowers; Farrell and Farrell; James C. Peterson |
| 2 | Alexander County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46205-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 3 | Anson County v AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46364-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, |

| | | | Peterson; McHugh Fuller |
|---|---|---|---|
| 4 | Beaufort County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45261 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 5 | Bertie County v. AmeriSourceBergen Corporation, et al. | 1:19-op-45759-DAP | James Peterson; Farrell and Fuller |
| 6 | Bladen County, North Carolina AmeriSourceBergen Drug Corporation, et al | 1:19-op-45557 | James Peterson; Farrell and Fuller |
| 7 | Bon Secours Hospital v. Purdue Pharma L.P., et al. | 1:18-op-45820 | The Finnell Firm |
| 8 | Bon Secours Hospital v. Purdue Pharma L.P., et al. | 1:18-op-45821 | The Finnell Firm |
| 9 | Brunswick County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45222 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 10 | Burke County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45184 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 11 | Cabarrus County v. Purdue Pharma L.P., et al. | 1:18-op-45747-DAP | Ward Black; Crueger Dickerson; Simmons Hanley |
| 12 | Caldwell County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45263 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 13 | Camden County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45001 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |

| 14 | City of Canton et al v. Purdue Pharma L.P., et al. | 1:19-op-45462-DAP | The Finnell Firm; William Q. Bird |
|---|---|---|---|
| 15 | Carroll County, Virginia v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46068 | Jeffrey L. Campbell; Wagstaff & Cartmell; Augustus Benton Chafin, Jr.; Kimberly C. Haugh |
| 16 | Carteret County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45587-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 17 | Caswell County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45875-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 18 | Catawba County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45145 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 19 | Cleveland County v. Purdue Pharma L.P., et al. | 1:18-op-45304-DAP | Ward Black; Crueger Dickerson; Simmons Hanley |
| 20 | Columbus County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-045847 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 21 | Craven County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45660 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 22 | Cumberland County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46031-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |

| 23 | Currituck County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46174-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
|---|---|---|---|
| 24 | City of Danville, Virginia v. AmerisourceBergen Drug Corporation, et al | 1:19-op-45730 | James Peterson |
| 25 | Davidson County v. Purdue Pharma L.P., et al. | 1:18-op-46330-DAP | Ward Black; Crueger Dickerson; Simmons Hanley |
| 26 | Duplin County v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45040-DAP | |
| 27 | Durham County, North Carolina v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45346-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 28 | City of Fayetteville v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45726 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 29 | Forsyth County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45605-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 30 | Franklin County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46216-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 31 | Gaston County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45166 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |

| 32 | Granville County, North Carolina v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45342-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
|---|---|---|---|
| 33 | Grayson County, Virginia v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46069-DAP | Jeffrey L. Campbell; Wagstaff and Cartmell; Augustus Benton Chafin, Jr.; Kimberly C. Haugh |
| 34 | Greene County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45584-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 35 | City of Greensboro, North Carolina v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45289-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 36 | Guilford County, North Carolina v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45340-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 37 | Halifax County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45376 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 38 | City of Henderson v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45768-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 39 | City of Hickory v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46307 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh |

| | | | Fuller |
|---|---|---|---|
| 40 | Iredell County v. Purdue Pharma L.P., et al. | 1:18-op-45774-DAP | Ward Black; Crueger Dickerson; Simmons Hanley |
| 41 | City of Jacksonville v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45115 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 42 | Jones County v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45142-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 43 | Lee County v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45290-DAP | Pinto Coates Kyre & Bowers; Farrell and Farrell; James C. Peterson |
| 44 | Lenoir County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45991 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 45 | Patty Leysen, Administrator v. AmeriSourceBergen Drug Corporation, et al. | 1:20-op-45107 | Pinto Coates; Garry Whitaker; Gray, Layton |
| 46 | Madison County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46067-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 47 | Martin County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45522 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |

| 48 | McDowell County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45524 | Powell & Majestro, Baron & Budd; Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
|---|---|---|---|
| 49 | Mecklenburg County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45221 | Ward Black; Crueger Dickerson; Simmons Hanley |
| 50 | Moore County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46028 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 51 | New Hanover County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45006 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 52 | Onslow County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45114 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 53 | Orange County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45308 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 54 | Pamlico County v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45049-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 55 | Pasquotank County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45986 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |

| 56 | Person County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45276 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
|---|---|---|---|
| 57 | Pitt County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45208-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 58 | Pulaski County Virginia v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46076 | Jeffrey L. Campbell; Wagstaff and Cartmell; Augustus Benton Chafin, Jr.; Kimberly C. Haugh |
| 59 | Randolph County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45275 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 60 | Richmond County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45586-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 61 | Robeson County v. Purdue Pharma, L.P., et al. | 1:18-op-46141-DAP | The Charleston Group, Crueger Dickinson, Simmons Hanly |
| 62 | Rockingham County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45015 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 63 | Rowan County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45799-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |

| 64 | Russell County, Virginia v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46073 | Jeffrey L. Campbell; Wagstaff and Cartmell; Augustus Benton Chafin, Jr.; Kimberly C. Haugh |
|---|---|---|---|
| 65 | Rutherford County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45243 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 66 | Sampson County v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45583-DAP | Farrell and Fuller; James C. Peterson |
| 67 | Scotland County v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45336-DAP | Pinto Coates; Farrell and Fuller |
| 68 | Smyth County, Virginia v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46077 | Jeffrey L. Campbell; Wagstaff and Cartmell; Augustus Benton Chafin, Jr.; Kimberly C. Haugh |
| 69 | Susan K. Stevens, Administratrix v. AmeriSourceBergen Drug Corporation, et al. | 1:20-op-45092-DAP | Pinto Coates; Garry Whitaker |
| 70 | Surry County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45086 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 71 | Tazewell County, Virginia v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46167 | Jeffrey L. Campbell; Wagstaff and Cartmell; Augustus Benton Chafin, Jr.; Kimberly C. Haugh |
| 72 | Tyrrell County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45725 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |

| 73 | Vance County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45759 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
|---|---|---|---|
| 74 | Warren County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45536 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 75 | Washington County v. AmeriSourceBergen Drug Corporation, et al. | 1:19-op-45002 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 76 | Wayne County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45585-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 77 | Wilkes County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45239-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 78 | Sonja Williams, Administrator v. AmeriSourceBergen Drug Corporation, et al. | 1:20-op-45073-DAP | Pinto Coates; Garry Whitaker; Gray, Layton |
| 79 | City of Winston-Salem v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45658 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 80 | Wise County Board of Supervisors v. AmeriSourceBergen Corporation, et al. | 1:19-op-45907 | Kilgore Law, Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh |

| | | | Fuller |
|---|---|---|---|
| 81 | Yadkin County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-45014 | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 82 | Yancey County v. AmeriSourceBergen Drug Corporation, et al. | 1:18-op-46071-DAP | Powell & Majestro, Baron & Budd, Levin Papantonio; Greene Ketchum; Hill, Peterson; McHugh Fuller |
| 83 | Abbeville, County of | 2019CP0100154; Greenville County Circuit Court | Finger, Melnick & Brooks, & Bern & Partners |
| 84 | Aiken, County of | 2019CP0201086 | Harrison White & Bern & Partners |
| 85 | Allendale, County of | 2018CP0300125 | Gooding & Gooding & Bern & Partners |
| 86 | Anderson, County of | 2018CP0401108 | Harrison White & Bern & Partners |
| 87 | Bamberg, County of | 2018CP0500189 | Williams & Williams, Bern & Partners |
| 88 | Barnwell, County of | 2018CP060329 | Williams & Williams, Bern & Partners |
| 89 | Calhoun, County of | 2019CP0900065 | Whetstone & Bern & Partners |
| 90 | Charleston, City of | 2019CP104294 | Senn Legal & Bern & Partners |
| 91 | Cherokee, County of | 2018CP110503 | Harrison White & Bern & Partners |
| 92 | Chesterfield, County of | 2018CP1300410 | Savage Royal & Sheheen, & Bern & Partners |
| 93 | Clarendon, County of | 2019CP140236 | McKnight & Bern & Partners |
| 94 | Colleton, County of | 2018CP150438 | Peters Murdaugh & Bern & Partners |
| 95 | Dillon, County of | 2019CP1700213 | Whetstone & Bern & Partners |

| 96 | Dorchester, County of | 2018CP1801122 | Tinkler & Bern & Partners |
| 97 | Edgefield, County of | 2019CP1900120 | Harrison White & Bern & Partners |
| 98 | Fairfield, County of | 2018CP000272 | Savage Royal & Sheheen, & Bern & Partners |
| 99 | Florence, County of | 2019CP2101213 | Harrison White & Bern & Partners |
| 100 | Greenville, County of | 2018CP2301294 | Harrison White & Bern & Partners |
| 101 | Greenwood, County of | 2018CP2400775 | Harrison White & Bern & Partners |
| 102 | Hampton, County of | 2018CP2500258 | Peters Murdaugh & Bern & Partners |
| 103 | Horry County | 2019CP2602684 | Whetstone & Bern & Partners |
| 104 | Jasper County | 2018CP2700332 | Peters Murdaugh & Bern & Partners |
| 105 | Kershaw County | 2018CP2800553 | Savage Royal & Sheheen, & Bern & Partners |
| 106 | Lancaster County | 2019CP2900540 | Whetstone & Bern & Partners |
| 107 | Laurens County | 2018CP300606 | Harrison White & Bern & Partners |
| 108 | Lexington County | 2018CP3202207 | Simmons Law |
| 109 | Marion County | 2019CP3300299 | Whetstone & Bern & Partners |
| 110 | McCormick County | 2019CP3500031 | Harrison White & Bern & Partners |
| 111 | Newberry County | 2019CP3600636 | Pope Parker Jenkins, P.A. |
| 112 | Oconee County | 2018CP3700458 | Harrison White & Bern & Partners |
| 113 | Orangeburg County | 2018CP3800841 | Williams & Williams, Bern & Partners |
| 114 | Pickens County | 2018CP3900675 | Harrison White & Bern & Partners |
| 115 | Saluda County | 2019CP4100111 | Spradley & Bern & Partners |
| 116 | Spartanburg County | 2018CP4200760 | Harrison White & Bern & Partners |
| 117 | Sumter County | 2019CP4300891 | Harrison White & Bern & Partners |

| 118 | Union County | 2018CP4400288 | Harrison White & Bern & Partners |
| 119 | Williamsburg County | 2018CP4500276 | McKnight & Bern & Partners |
| 120 | York County | 2018CP4602446 | Harrison White & Bern & Partners |

Respectfully Submitted,

/s/ *Richard H. Blake*

RICHARD H. BLAKE (0083374)
MCDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH  44114
Phone: 216-348-5400
Facsimile: 216-348-5474
Email: rblake@mcdonaldhopkins.com
*Attorney for Defendant North Carolina Mutual*
*Wholesale Drug d/b/a Mutual Drug*

{10762310:2 }

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2022, the foregoing **Status Report** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Richard H. Blake*
RICHARD H. BLAKE (0083374)
*Attorney for Defendant North Carolina Mutual Wholesale Drug d/b/a Mutual Drug*