No. 21-4051

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Nov 10, 2022
DEBORAH S. HUNT, Clerk
```

In re: MEIJER, INC., et al.,

    Petitioners.

Before: BOGGS, SILER, and THAPAR, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus.
United States District Court for the Northern District of Ohio at Cleveland.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the Petition for a Writ of Mandamus is DENIED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk