UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>CASE NO.: 1:17-MD-2804<br>Judge Dan Aaron Polster |

*THIS DOCUMENT RELATES TO ALL CASES*

## NOTICE OF APPEARANCE

Please enter the appearance of **Michael Cardi** of Bowles Rice LLP, 600 Quarrier Street, Charleston, West Virginia 25301; Telephone Number (304) 347-1100, as additional counsel of record for Defendants The Kroger Co., Kroger Limited Partnership I and Kroger Limited Partnership II ("Kroger"), in the above-captioned action. It is requested that service of all further pleadings, notices, filings, papers, etc., be made upon the undersigned as counsel of record for Kroger.

Respectfully submitted,

*s/ Ronda L. Harvey*
Ronda L. Harvey (WVSB No. 6326)
rharvey@bowlesrice.com
Fazal A. Shere (WVSB No. 5433)
fshere@bowlesrice.com
Jennifer B. Hagedorn (WVSB No. 8879)
jhagedorn@bowlesrice.com
Gabriele Wohl (WVSB No. 11132)
gwohl@bowlesrice.com
Michael Cardi (WVSB No. 12228)
mcardi@bowlesrice.com
Bowles Rice LLP
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304)-347-1100
*Counsel for Defendants The Kroger Co., Kroger Limited Partnership 1 and Kroger Limited Partnership II*

# Certificate of Service

I, Ronda L. Harvey, hereby certify that on this 14th day of November, 2022, the foregoing **Notice of Appearance** was served via the Court's ECF system to all counsel of record.

*s/ Ronda L. Harvey*
Ronda L. Harvey (WVSB No. 6326)
rharvey@bowlesrice.com
Fazal A. Shere (WVSB No. 5433)
fshere@bowlesrice.com
Jennifer B. Hagedorn (WVSB No. 8879)
jhagedorn@bowlesrice.com
Gabriele Wohl (WVSB No. 11132)
gwohl@bowlesrice.com
Michael Cardi (WVSB No. 12228)
mcardi@bowlesrice.com
**Bowles Rice LLP**
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304)-347-1100
*Counsel for Defendants The Kroger Co., Kroger Limited Partnership and Kroger Limited Partnership II*

15239192.1