UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | CASE NO: 1:17-md-2804 |
| *All Cases Noted on the Attached Ex. A* | JUDGE DAN AARON POLSTER |

## STIPULATIONS OF DISMISSAL WITH PREJUDICE OF THE JANSSEN DEFENDANTS

The undersigned, as appointed Liaison Counsel between the Texas State Opioid MDL and this Court, submit the following. In accordance with the terms of the settlement agreements entered into between the Plaintiff Political Subdivisions identified in the attached Exhibit A (collectively "the Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. and Noramco, Inc. (collectively the "Janssen Defendants"), the Dismissing Plaintiffs and the Janssen Defendants hereby stipulate to the dismissal of the Dismissing Plaintiffs' claims with prejudice against the Janssen Defendants only.

Date: November 16, 2022            Respectfully submitted,

/s/ T. Roe Frazer II
T. Roe Frazer II (TN # 035785)
Thomas Roe Frazer III
FRAZER PLC
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
T: (615) 647-6464
roe@frazer.law
trey@frazer.law

*Counsel for Ochiltree County Hospital District and West Wharton County Hospital District/El Campo Memorial Hospital*

1

*/s/Charles Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*On Behalf of Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/ Jenny A. Hergenrother*
Jenny A. Hergenrother
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
T: (404) 881-7000
F: (404) 881-7777
jenny.hergenrother@alston.com

*Counsel for Noramco, Inc.*

SO ORDERED this ____ Day of ____, 2022.

_____
The Hon. Dan Aaron Polster
U.S. District Court Judge
Northern District of Ohio

2

## EXHIBIT A

| Dismissing Texas Subdivision | File No. | Dismissing Plaintiff's Counsel |
|---|---|---|
| Ochiltree County Hospital District | 1:18-op-45869 | Frazer PLC |
| West Wharton County Hospital District | 1:18-op-45298 | Frazer PLC |
| El Campo Memorial Hospital | 1:18-op-45298 | Frazer PLC |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

                                          */s/T. Roe Frazer II*
                                          T. Roe Frazer II