# APPENDIX A

| Tribe | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Native Village Of Afognak | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309 |
| Mentasta Traditional Council | Alaska | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45024 |
| Manchester Band Of Pomo Indians Of The Manchester Rancheria | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038 |
| Feather River Tribal Health | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:19-op-45334 |
| Riverside-San Bernardino County Indian Health, Inc. | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:19-op-45025 |
| Battle Mountain Band Of The Te-Moak Tribe Of Western Shoshone Indians | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46017 |
| Elko Band Of The Te-Moak Tribe Of Western Shoshone Indians | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45165 |
| South Fork Band Of The Te-Moak Tribe Of Western Shoshone Indians | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46016 |
| Yerington Paiute Tribe | Nevada | /s/ Feazell & Tighe LLP | Feazell & Tighe LLP | NDOH | 1:18-op-46355 |
| Confederated Tribes Of The Goshute Reservation | Utah | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45972 |
| Northwestern Band Of The Shoshone Nation | Utah, Idaho | /s/ Porteous, Hainkel and Johnson, LLP | Porteous, Hainkel and Johnson, LLP | NDOH | 1:20-op-45032 |
| Yakama Nation | Washington | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:18-op-46202 |