Nos. 22-3750/3751/3753/3841/3843/3844

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 17, 2022
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| In re: NATIONAL PRESCRIPTION OPIATE LITIGATION <br> ----------------------------- <br><br> TRUMBULL COUNTY, OH, et al., <br><br>    Plaintiffs-Appellees, <br><br> v. <br><br> PURDUE PHARMA L.P., et al., <br><br>    Defendants, <br><br> WALGREENS BOOTS ALLIANCE, INC., et al. (**22-3750/3841**); CVS PHARMACY, INC, et al. (**22-3751/3843**); WALMART, INC. (**22-3753/3844**), <br><br>    Defendants-Appellants. | O R D E R |

  Upon consideration of the appellants' joint motion to consolidate and for leave to file oversized briefs and the appellees' response, the motion is **GRANTED**. Briefing will be set as follows: appellants shall file a single consolidated principal brief not to exceed 26,000 words by **December 1, 2022**; appellees shall file a single consolidated principal brief not to exceed 26,000 words by **February 14, 2023**; appellants may file a single, optional reply brief not to exceed 13,000 words by **March 16, 2023**. Upon completion of briefing, these cases will be submitted to the court at the earliest practicable date that the court's schedule will pemit.

                                                 ENTERED PURSUANT TO RULE 45(a)
                                                 RULES OF THE SIXTH CIRCUIT

                                                 Deborah S. Hunt, Clerk