# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) | CASE NO. 1:17-MD-2804 |
| ) | |
| ) | David R. Cohen |
| THIS DOCUMENT RELATES TO: ) | Randi S. Ellis |
| *"All Cases"* ) | Hon. David R. Herndon |
| ) | |
| ) | **FEE PANEL ORDER NO. 12** |
| ) | **REGARDING SHARING OF** |
| ) | **INFORMATION WITH** |
| ) | **STATE ATTORNEYS GENERAL** |

On June 17, 2022, the Court issued an *Order Appointing the Fee Panel to Allocate and Disburse Attorney Fees Provided for in State Back-Stop Agreements* (Doc. 4543). Since then, the Fee Panel has received requests from some State Attorneys General for certain related information. Specifically, some State Attorneys General have requested the Fee Panel inform them of the national Attorney Fee Fund Awards made to counsel representing Participating Litigating Subdivisions in their own State. Attorneys General have also requested the Fee Panel provide them with copies and/or lists of the Contact Counsel firms representing Participating Litigating Subdivisions in their own State who submitted *Acknowledgement and Agreement to be Bound* forms. This information will allow the Attorney General to: (i) calculate the amount of funds to hold for the State Back-Stop; (ii) confirm the mathematical accuracy of the Fee Panel's Back-Stop calculations; and, (iii) if applicable, perform their own Back-Stop calculations.

The Fee Panel concludes that State Attorneys General have shown good cause and valid purposes for requesting such information. Accordingly, upon request, the Fee Panel may provide

- 2 -

information to a State Attorney General that is necessary and appropriate to calculating State Back-Stop fees and/or ensuring the Fee Panel correctly calculated backstop amounts in their own State. This includes but is not limited to providing the State Attorney General with the amounts of national Attorney Fee Fund Awards and copies of *Acknowledgement and Agreement to be Bound* forms for counsel representing Participating Litigating Subdivisions in their own State.

**IT IS SO ORDERED.**

/s/  **David R. Cohen**
     **Randi S. Ellis**
     **David R. Herndon**
     **FEE PANEL**

**Dated:** November 20, 2022