# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No.: 1:17-md-2804-DAP |
| THIS DOCUMENT RELATES TO: | ) ) | |
| | ) | Hon. Dan Aaron Polster |
| *All Cases* | ) | |

## STATUS REPORT OF ABOLGHASEM REZAEI, M.D.

Pursuant to the Court's November 9, 2022 *Order* (EFC 4742) regarding the Zoom status conference set on December 12, 2022, Defendant, Abolghasem Rezaei, M.D. ("Dr. Rezaei"), by and through his counsel of record, Rachel C. Mathis and Jeff D. Scott of the law firm Aston│Mathis│Campbell, PLLC, submits the following Status Report.

Dr. Rezaei has been named as a defendant in one (1) lawsuit as a physician who prescribed opioids, namely:

| **State District Court Caption** | **State District Court Case No.** | **Federal District Court Case No.** |
|---|---|---|
| *City of Lawson v. Purdue Pharma L.P. Et al.* | Comanche County; Case No. CJ-2018-725 | The United Stated District Court for the Western District of Oklahoma; Case No. 5:19−cv−00078-D |

| **Plaintiff's Counsel** | |
|---|---|
| Tony G. Puckett, OBA #13336<br>Todd A. Court, OBA # 19438<br>MCAFEE & TAFT,<br>A PROFESSIONAL CORPORATION<br>10th Floor, Two Leadership Square<br>211 North Robinson<br>Oklahoma City, OK 73102-7103<br>405/235-9621; 405/235-0439 (FAX)<br>tony.puckett@mcafeetaft.com<br>todd.court@mcafeetaft.com<br>*Counsel for Plaintiff*<br>AND | Matthew J. Sill, OBA #21547<br>Harrison C. Lujan, OBA #30154<br>FULMER SILL LAW GROUP<br>P.O. Box 2448<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, OK 73103<br>Phone/Fax: 405-510-0077<br>msill@fulmersill.com<br>hlujan@fulmersill.com<br>*Counsel for Plaintiff* |

**Dated**: November 22, 2022

        Respectfully submitted,

        /s/ Rachel C. Mathis
        Rachel C. Mathis, OBA #16360
        Jeff D. Scott, OBA #33608
        Aston|Mathis|Campbell, PLLC
        2642 E. 21st Street, Suite, 250
        Tulsa, Oklahoma 74114
        (918)949-9966 (o)
        (918)949-9968 (f)

## CERTIFICATE OF SERVICE

      I certify that the foregoing was electronically filed on November 22, 2022, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

        /s/ Rachel C. Mathis
        Rachel C. Mathis, OBA #16360
        Jeff D. Scott, OBA #33608
        Aston|Mathis|Campbell, PLLC
        2642 E. 21st Street, Suite, 250
        Tulsa, Oklahoma 74114
        (918)949-9966 (o)
        (918)949-9968 (f)