**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| *In re National Prescription Opiate Litigation* | Case No. 17-md-2804 |
| This Document Relates To: "Track Seven" | Judge Dan Aaron Polster |

### Stipulated Order Entering Stay and Modifying Track 7 Deadlines as to CVS, Walgreens, and Walmart

By stipulation of plaintiff Montgomery County Board of County Commissioners ("Plaintiff"), and defendants CVS, Walgreens, and Walmart,[1] this action is hereby stayed effective November 16, 2022, through and until a stipulating party moves to lift the stay and such motion is granted. If the stay is lifted, the parties will confer and submit proposed modifications to the discovery and other deadlines set forth in the September 15, 2022, Order Modifying Certain Track Seven CMO Deadlines and Expert Deposition Times (Dkt. No. 4631) and will seek the Court's approval of a modified schedule. This stipulation applies solely to these Defendants and only as to the deadlines in Track 7.

SO STIPULATED:

Dated:  November 22, 2022 /s/ *Alex J. Harris*
Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com
**Counsel for Walgreens**

---

[1] These Defendants are: CVS Indiana L.L.C., CVS Rx Services, Inc., CVS TN Distribution, LLC, CVS Pharmacy, Inc., and Ohio CVS Stores, LLC (collectively, "CVS"); Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc. (collectively, "Walgreens"), and Walmart Inc. ("Walmart").

8492299.2

/s/ Eric R. Delinsky
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel:  (202) 778-1800
Fax:  (202) 822-4106
edelinsky@zuckerman.com
**Counsel for CVS**


/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60601
Phone: (312) 782-3939
E-mail: tmtabacchi@jonesday.com
E-mail:  tfumerton@jonesday.com
**Counsel for Walmart**


Michael Elsner
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: 843-215-9630
E-mail:  melsner@motleyrice.com
**Counsel for Plaintiff**


\* \* \*

**SO ORDERED**

　　　　　　　　　　　　/s/Dan Aaron Polster
**Judge Dan Aaron Polster**


Dated: November 22, 2022

8492299.2