# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| *In re National Prescription Opiate Litigation* | Case No. 17-md-2804 |
| This Document Relates To: "Track Seven" | Special Master Cohen |

### Stipulated Order Entering Stay and Modifying Track 7 Deadlines as to Meijer

By stipulation of plaintiff Montgomery County Board of County Commissioners ("Plaintiff"), on the one hand, and defendants Meijer, Inc., Meijer Distribution, Inc., and Meijer Stores Limited Partnership (together, "Meijer"), on the other, this action is hereby stayed effective November 16, 2022 through and including January 16, 2023 solely as to Plaintiff's claims against Meijer. The following discovery and other deadlines set forth in the September 15, 2022 Order Modifying Certain Track Seven CMO Deadlines and Expert Deposition Times (Dkt. No. 4631) are hereby modified solely as to Meijer to reflect the foregoing stay:

| | |
|---|---|
| Plaintiff Expert Depositions Completed | February 6, 2023 |
| Meijer Expert Reports Served | February 27, 2023 |
| Meijer Expert Depositions Completed | April 10, 2023 |
| Daubert and Dispositive Motions | April 24, 2023 |
| Daubert and Dispositive Responses | May 23, 2023 |
| Daubert and Dispositive Replies | June 6, 2023 |

//
//
//
//

SO STIPULATED:

/s/ Greg Shinall

_____

Greg Shinall, shinall@sperling-law.com
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
(312) 641-3200 (p)
*Counsel for Meijer*

/s/ Michael Elsner

_____

Michael Elsner, melsner@motleyrice.com
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-215-9630 (p)
*Counsel for Plaintiff*

\* \* \*

**RESPECTFULLY SUBMITTED,**

  /s/David R,. Cohen_____
**David R. Cohen**
**Special Master**

Dated: November 22, 2022