**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | CASE NO: 1:17-md-2804 |
| *All Cases Noted on the Attached Ex. A* | JUDGE DAN AARON POLSTER |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF THE DISTRIBUTOR DEFENDANTS**

The undersigned, as appointed Liaison Counsel between the Texas State Opioid MDL and this Court, submit the following. In accordance with the terms of the settlement agreements entered into between the Plaintiff Political Subdivisions identified in the attached Exhibit A (collectively "the Dismissing Plaintiffs") and Defendants McKesson Corporation, McKesson Medical-Surgical Inc., Cardinal Health, Inc., Cardinal Health 105, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 112, LLC, Cardinal Health 200, LLC, Cardinal Health 414, LLC, AmerisourceBergen Corporation, and AmerisourceBergen Drug Corporation, (collectively and together with their Released Entities, the "Distributor Defendants"[1]), the Dismissing Plaintiffs and the Distributor Defendants hereby stipulate to the dismissal of the Dismissing Plaintiffs' claims with prejudice against the Distributor Defendants only, without costs as to any party against the other.

Date: November 22, 2022

---

[1] The Released Entities are each and every entity of any of the Settling Distributor Defendants that is a "Released Entity" as set forth in Section I.HHH and Exhibit J of the Distributor Settlement Agreement, dated as of March 25, 2022. Exhibit B, attached hereto, together with the above listed entities, represents a good faith effort by the Settling Distributor Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Exhibit B is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Settling Distributor Defendants subsequently identify any Released Entity that should have been included on Exhibit B, they will inform the Clerk of the Court.

Agreed as to form and substance:

                              Respectfully submitted,

                              */s/ T. Roe Frazer II*
                              T. Roe Frazer II (TN # 035785)
                              Thomas Roe Frazer III
                              FRAZER PLC
                              30 Burton Hills Blvd., Suite 450
                              Nashville, TN 37215
                              (615) 647-6464
                              roe@frazer.law
                              trey@frazer.law

                              *Counsel for West Wharton County Hospital District/El Campo Memorial Hospital*

**COVINGTON & BURLING LLP**    **REED SMITH LLP**

*/s/ Geoffrey E. Hobart*               */s/ Robert A. Nicholas*
Geoffrey E. Hobart                    Robert A. Nicholas
Mark H. Lynch                       Shannon E. McClure
Sonya D. Winner                    Three Logan Square
Christian J. Pistilli                  1717 Arch Street, Suite 3100
One City Center, 850 Tenth Street, NW    Philadelphia, Pennsylvania 19103
Washington, DC 20001-4956       Telephone: 215.851.8100
Tel: (202) 662-5097                 rnicholas@reedsmith.com
*Counsel for Defendant McKesson Corporation and McKesson Medical-Surgical Inc*    smcclure@reedsmith.com
*Counsel for Defendants AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*

                              **WILLIAMS & CONNOLLY LLP**

                              */s/ Enu Mainigi*
                              Enu Mainigi
                              Jennifer Wicht
                              Steven M. Pyser
                              Ashley W. Hardin
                              680 Maine Ave S.W.
                              Washington, DC 20024Phone: 202-434-5000
                              *Attorneys for Defendants Cardinal Health, Inc., Cardinal Health 105, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health*

4869-4948-7422.1

                *112, LLC, Cardinal Health 200, LLC, Cardinal Health 414, LLC*

SO ORDERED this ____ Day of ____, 2022.

_____
The Hon. Dan Aaron Polster
U.S. District Court Judge
Northern District of Ohio

4869-4948-7422.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

*/s /T. Roe Frazer II*
T. Roe Frazer II
