# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| This document relates to: | Case No.: 1:17-MD-2804 |
| *American Resources Insurance Company, Inc.* Case No. 1:18-op-45910-DAP | Judge Dan Aaron Polster |

## NOTICE OF VOLUNTARY DISMISSAL
## OF ABBOTT LABORATORIES AND ABBOTT LABORATORIES INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, American Resources Insurance Company, Inc., hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendants Abbott Laboratories and Abbott Laboratories Inc. The dismissal of these Abbott defendants is with prejudice.

Dated:   November 28, 2022

Respectfully submitted,

*/s/ David A. Busby*
David A. Busby
David F. Daniell
DANIELL, UPTON, ANDERSON, LAW & BUSBY, P.C.
30421 Highway 181
Daphne, AL 36527
Telephone: (251) 625-0046
Email:  dab@dupm.com
Email:  dfd@dupm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. The foregoing will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

                                                */s/ David A. Busby*
                                                David A. Busby