## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

### STIPULATION OF DISMISSAL

COME NOW the Plaintiffs listed below and Defendants McKesson Corporation and PSS World Medical, Inc., ("McKesson Defendants") and hereby dismiss their claims against the McKesson Defendants, with prejudice, with each party to bear its own costs.[1] This is a pro-tanto dismissal that will not affect the claims of the Plaintiffs against any other Defendant.

*Harlan Prater, IV*
Harlan Prater, IV
Attorney for the Defendant McKesson Corporation

OF COUNSEL:

Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203-3202
205-581-0720
hprater@lightfootlaw.com

| Subdivision Name, State | Signed with Permission | Name of at least One Law Firm of Record | Docket No. |
|---|---|---|---|
| City of Abbeville, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45437 |

---

[1] For avoidance of doubt, Plaintiffs hereby dismiss their claims against each and every entity of any McKesson entity that is a Released Entity as the term "Released Entities" is defined in the McKesson Alabama Settlement Agreement.

| City of Alabaster, AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | 1:22-op-45013 |
|---|---|---|---|
| City of Albertville, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45230 |
| City of Alexander, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45827 |
| City of Anniston, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45329 |
| City of Arab, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45230 |
| City of Argo, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45744 |
| City of Ashland, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-46102 |
| City of Ashville, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:20-op-45261 |
| City of Athens, AL | /s/ Keith Jackson | Riley & Jackson | 1:19-op-45953 |
| City of Attalla, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45265 |
| City of Auburn, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:20-op-45282 |
| Autauga County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45086 |
| Baldwin County, AL | /s/ Steve Dampier | Baron & Budd/Levin Papantonio, et al. | 1:18-op-45152 |
| Barbour County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45244 |
| City of Bay Minette, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:22-op-45018 |
| Town of Berry, AL | /s/ Keith Jackson | Riley & Jackson | 1:18-op-45211 |
| City of Bessemer, AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | 1:22-op-45014 |
| Bibb County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45413 |
| City of Birmingham, AL | /s/ Shayna Sacks | Napoli Shkolnik | 1:17-op-45008 |
| Blount County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45415 |
| City of Boaz, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45230 |
| City of Brent, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45910 |
| City of Brewton, AL | /s/ Keith Jackson | Riley & Jackson | 1:21-op-45113 |
| City of Bridgeport, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45634 |

| Town of Brookwood, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:20-op-45272 |
| --- | --- | --- | --- |
| City of Brundidge, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-46128 |
| Bullock County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45246 |
| Butler County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45441 |
| Town of Butler, AL | /s/ Roe Frazer | Frazer Law Office | 1:18-op-45216 |
| City of Calera, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:21-op-45070 |
| Calhoun County, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:18-op-45191 |
| Town of Camp Hill, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45265 |
| City of Carbon Hill, AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | 1:18-op-45737 |
| Town of Cedar Bluff, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45265 |
| City of Center Point, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-46103 |
| City of Centre, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45265 |
| City of Centreville, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-46120 |
| City of Centreville, AL | /s/ Keith Jackson | Riley & Jackson | 1:20-op-45208 |
| Chambers County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45408 |
| Cherokee County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45207 |
| Town of Cherokee, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45005 |
| City of Chickasaw, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45115 |
| City of Childersburg, AL | /s/ Matt Conn | Montgomery Ponder | 1:22-op-45020 |
| Chilton County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45735 |
| Choctaw County, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:19-op-45770 |
| City of Clanton, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-46084 |
| City of Clanton, AL | /s/ Matt Conn | Friedman Dazzio Zulanas & Bowling | 1:22-op-45016 |

| Clarke County, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:18-op-45247 |
|---|---|---|---|
| Clay County, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:18-op-45248 |
| Cleburne County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45566 |
| Town of Cleveland, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45217 |
| Coffee County, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:18-op-45182 |
| Colbert County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45005 |
| City of Columbiana, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:22-op-45016 |
| Conecuh County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45957 |
| Coosa County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45995 |
| City of Cordova, AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | 1:18-op-45737 |
| Covington County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45751 |
| Crenshaw County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45983 |
| City of Cullman, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:19-op-45248 |
| Cullman County, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:18-op-45227 |
| The Health Care Authority of Cullman County d/b/a Cullman Regional Medical Center, Inc., AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-46059 |
| City of Dadeville, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45779 |
| City of Dadeville, AL | /s/ Mary Beth Mantiply | Mantiply & Assoc. | 1:20-op-45265 |
| Dale County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45561 |
| City of Daleville, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45778 |
| Dallas County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45667 |
| City of Daphne, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45227 |

| Town of Dauphin Island, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45119 |
|---|---|---|---|
| City of Decatur, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45201 |
| DeKalb County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45209 |
| City of Demopolis, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45183 |
| City of Dora, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45171 |
| City of Dothan, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45886 |
| Town of Double Springs, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:18-op-45739 |
| Town of Douglas, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45230 |
| City of East Brewton, AL | /s/ Keith Jackson | Riley & Jackson | 1:22-op-45005 |
| Elmore County, AL | /s/ Keith Jackson | Riley & Jackson | 1:22-op-45003 |
| City of Enterprise, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:18-op-45213 |
| Escambia County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45112 |
| Etowah County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:17-op-45101 |
| Sheriff of Etowah County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:17-op-45101 |
| City of Eufaula, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-46132 |
| City of Evergreen, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45422 |
| City of Fairfield, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45089 |
| City of Fairhope, AL | /s/ Keith Jackson | Riley & Jackson | 1:22-op-45002 |
| Town of Faunsdale, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45122 |
| City of Fayette, AL | /s/ Keith Jackson | Riley & Jackson | 1:18-op-45211 |
| Fayette County, AL | /s/ Keith Jackson | Riley & Jackson | 1:18-op-45211 |
| Sheriff of Fayette County, AL | /s/ Keith Jackson | Riley & Jackson | 1:18-op-45211 |
| City of Florence, AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | 1:19-op-45073 |
| City of Foley, AL | /s/ Keith Jackson | Riley & Jackson | 1:20-op-45287 |
| Town of Fort Deposit, AL | /s/ Shayna Sacks | Napoli Shkolnik | 1:19-op-45427 |

| City of Fort Payne, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:17-op-45079 |
|---|---|---|---|
| Franklin County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45005 |
| City of Fultondale, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45265 |
| City of Gadsden, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:17-op-45101 |
| City of Geneva, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45986 |
| Geneva County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45105 |
| City of Georgiana, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45436 |
| Town of Geraldine, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45634 |
| Town of Gilbertown, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45265 |
| Town of Grant, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45230 |
| City of Graysville, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45265 |
| Greene County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45209 |
| City of Greensboro, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45421 |
| City of Greenville, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45023 |
| City of Guin, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:18-op-45457 |
| City of Gulf Shores, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:22-op-45019 |
| City of Guntersville, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45230 |
| Town of Gurley, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45217 |
| Hale County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45420 |
| City of Haleyville, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:19-op-46118 |
| City of Hamilton, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:18-op-45564 |
| Town of Hammondville, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45135 |
| City of Hartselle, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45736 |

| City of Headland, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-46131 |
|---|---|---|---|
| City of Helena, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:22-op-45016 |
| City of Henagar, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45634 |
| Henry County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45543 |
| City of Homewood, AL | /s/ Keith Jackson | Riley & Jackson | 1:19-op-45973 |
| City of Hoover, AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | 1:19-op-45746 |
| Houston County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45019 |
| City of Hueytown, AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | 1:18-op-45558 |
| City of Huntsville, AL | /s/ Keith Jackson | Riley & Jackson | 1:19-op-45947 |
| The Health Care Authority of the City of Huntsville d/b/a HH Health System, Huntsville Hospital, Madison Hospital, Huntsville Hospital for Women and Children | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45143 |
| HH Health System-Morgan, LLC d/b/a Decatur Morgan Hospital-Decatur and Decatur Morgan Hospital-Parkway f/k/a The Health Care Authority of Morgan County - Decatur City, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45143 |
| HH-Health System-Shoals, LLC d/b/a Helen Keller Hospital and Red Bay Hospital f/k/a Colbert County-Northwest AL Health Care Authority, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45143 |

| HH Health System – Jackson, LLC d/b/a Highlands Medical Centers f/k/a Jackson County Health Care Authority, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45134 |
|---|---|---|---|
| HH Health System-Athens Limestone, LLC d/b/a Athens Limestone Hospital f/k/a The Health Care Authority of Athens and Limestone County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45143 |
| Attentus Moulton, LLC, d/b/a Lawrence Medical Center f/k/a Lawrence County Health Care Authority, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45143 |
| City of Irondale, AL | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | 1:22-op-45012 |
| Jackson County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45634 |
| City of Jacksonville, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:20-op-45261 |
| City of Jasper, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45171 |
| Jefferson County, AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | 1:18-op-45558 |
| Sheriff of Jefferson County, AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | 1:18-op-45558 |
| Town of Killen, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45218 |
| Lamar County, AL | /s/ Keith Jackson | Riley & Jackson | 1:18-op-45210 |
| Sheriff of Lamar County, AL | /s/ Keith Jackson | Riley & Jackson | 1:18-op-45210 |
| City of Lanett, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-46130 |
| Lauderdale County, AL | /s/ Keith Jackson | Riley & Jackson | 1:19-op-45845 |
| Lawrence County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45228 |
| City of Leeds, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45088 |

| Town of Leesburg, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:20-op-45261 |
| --- | --- | --- | --- |
| Town of Leighton, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45136 |
| City of Level Plains, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45100 |
| Limestone County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45328 |
| City of Lincoln, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:18-op-45786 |
| City of Linden, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45118 |
| Town of Locust Fork, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45777 |
| Town of Louisville, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-46058 |
| Town of Loxley, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:22-op-45018 |
| Lowndes County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45203 |
| City of Luverne, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45109 |
| Macon County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45982 |
| City of Madison, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45198 |
| Madison County, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:19-op-45006 |
| Marengo County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45188 |
| City of Marion, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45217 |
| Marion County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45171 |
| Marshall County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45230 |
| HH Health System – Marshall, LLC d/b/a Marshall Medical Centers f/k/a Marshall County Health Care Authority, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45538 |
| Town of McKenzie, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45435 |
| City of Midfield, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45416 |

| City of Millbrook, AL | /s/ Keith Jackson | Riley & Jackson | 1:21-op-45135 |
|---|---|---|---|
| City of Mobile, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45076 |
| Mobile County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45186 |
| Monroe County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45273 |
| City of Monroeville, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45273 |
| Monroe County Healthcare Authority d/b/a Monroe County Hospital | /s/ Ruth R. Lichtenfeld | Taylor Martino, PC | 1:17-op-45175 |
| City of Montgomery, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45494 |
| Montgomery County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45445 |
| City of Moody, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:20-op-45261 |
| Morgan County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45200 |
| City of Moulton, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45202 |
| City of Mountain Brook, AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | 1:18-op-45558 |
| Town of Munford, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:18-op-47585 |
| City of Muscle Shoals, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45268 |
| Town of Nauvoo, AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | 1:18-op-45737 |
| City of New Hope, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45634 |
| City of Northport, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:20-op-45272 |
| Town of Oakman, AL | /s/ Mary Beth Mantiply | Mantiply & Associates | 1:20-op-45265 |
| City of Oakman, AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | 1:18-op-45737 |
| City of Oneonta, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45210 |
| City of Opelika, AL | /s/ Keith Jackson | Riley & Jackson | 1:20-op-45208 |
| City of Opp, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45011 |
| City of Orange Beach, | /s/ Keith Jackson | Riley & Jackson | 1:19-op-45784 |

| AL | | | |
|---|---|---|---|
| City of Oxford, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45774 |
| City of Ozark, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45214 |
| Town of Parrish, AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | 1:18-op-45737 |
| City of Pelham, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:22-op-45016 |
| City of Pell, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45091 |
| Perry County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45158 |
| City of Phenix City, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45179 |
| Pickens County, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45171 |
| City of Piedmont, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:21-op-45049 |
| Pike County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45803 |
| City of Pleasant Grove, AL | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | 1:18-op-45558 |
| Town of Powell, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45209 |
| City of Prattville, AL | /s/ Keith Jackson | Riley & Jackson | 1:19-op-45783 |
| Town of Priceville, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:20-op-45217 |
| City of Prichard, AL | /s/ Brian Murphy | Braswell Murphy | 1:18-op-45690 |
| Town of Ragland, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:20-op-45261 |
| City of Rainbow, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:20-op-45261 |
| City of Rainsville, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45135 |
| Randolph County, AL | /s/ Keith Jackson | Riley & Jackson | 1:22-op-45003 |
| City of Red Bay, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45136 |
| City of Roanoke, AL | /s/ Keith Jackson | Riley & Jackson | 1:22-op-45011 |
| City of Robertsdale, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:20-op-45272 |
| Town of Rockford, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45915 |
| Russell County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45826 |

| City of Russellville, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45136 |
|---|---|---|---|
| City of Saraland, AL | /s/ Keith Jackson | Riley & Jackson | 1:22-op-45017 |
| City of Satsuma, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45116 |
| City of Scottsboro, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45634 |
| City of Selma, AL | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | 1:18-op-45198 |
| City of Semmes, AL | /s/ Keith Jackson | Riley & Jackson | 1:21-op-45113 |
| Shelby County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45414 |
| City of Sheffield, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45136 |
| Town of Sipsey, AL | /s/ Joel DiLorenzo | DiLorenzo Law Firm | 1:18-op-45737 |
| City of Slocomb, AL | /s/ Keith Jackson | Riley & Jackson | 1:20-op-45208 |
| City of Spanish Fort, AL | /s/ Keith Jackson | Riley & Jackson | 1:20-op-45208 |
| City of Springville, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:20-op-45261 |
| St. Clair County, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45614 |
| City of Sumiton, AL | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45171 |
| Town of Summerdale, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:22-op-45018 |
| Sumter County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45194 |
| Town of Sweet Water, AL | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45120 |
| City of Sylacauga, AL | /s/ Keith Jackson | Riley & Jackson | 1:19-op-45900 |
| City of Talladega, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:18-op-45190 |
| Talladega County, AL | /s/ Luke Montgomery | Montgomery Ponder | 1:18-op-45190 |
| Tallapoosa County, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:17-op-45097 |
| City of Tarrant, AL | /s/ F. Jerome Tapley | Cory Watson, P.C. | 1:20-op-45269 |
| City of Thomasville, AL | /s/ Annesley DeGaris | DeGaris Law, LLC | 1:20-op-45261 |
| City of Troy, AL | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | 1:18-op-45957 |
| City of Tuscaloosa, | /s/ Chad Hobbs | Montgomery Ponder | 1:18-op-45553 |

| | | | |
|---|---|---|---|
| AL | | | |
| Tuscaloosa County, AL | */s/ Christina Crow* | Jinks, Crow & Dickson, P.C. | 1:18-op-45196 |
| City of Tuscumbia, AL | */s/ Matt Conn* | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45005 |
| City of Tuskegee, AL | */s/ Will Sutton* | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45544 |
| City of Trussville, AL | */s/ Joel DiLorenzo* | DiLorenzo Law Firm | 1:18-op-45192 |
| City of Union Springs, AL | */s/ Christina Crow* | Jinks, Crow & Dickson, P.C. | 1:18-op-45204 |
| City of Uniontown, AL | */s/ Will Sutton* | Beasley Allen Crow Methvin Portis & Miles | 1:20-op-45117 |
| Town of Vance, AL | */s/ Will Sutton* | Beasley Allen Crow Methvin Portis & Miles | 1:19-op-45909 |
| City of Vernon, AL | */s/ Keith Jackson* | Riley & Jackson | 1:18-op-45210 |
| City of Vestavia Hills, AL | */s/ Matt Conn* | Friedman, Dazzio & Zulanas, P.C. | 1:19-op-45141 |
| Walker County, AL | */s/ Matt Conn* | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45171 |
| Washington County , AL | */s/ Christina Crow* | Jinks, Crow & Dickson, P.C. | 1:18-op-45180 |
| City of Weaver, AL | */s/ Will Sutton* | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45565 |
| Town of West Blocton, AL | */s/ Keith Jackson* | Riley & Jackson | 1:20-op-45208 |
| City of Wetumpka, AL | */s/ Keith Jackson* | Riley & Jackson | 1:21-op-45135 |
| Wilcox County, AL | */s/ Christina Crow* | Jinks, Crow & Dickson, P.C. | 1:18-oe-45181 |
| City of Winfield, AL | */s/ Joel DiLorenzo* | DiLorenzo Law Firm | 1:18-op-45738 |
| Town of Woodville, AL | */s/ Matt Conn* | Friedman, Dazzio & Zulanas, P.C. | 1:18-op-45634 |
| Town of Yellow Bluff, AL | */s/ Will Sutton* | Beasley Allen Crow Methvin Portis & Miles | 1:18-op-45423 |
| | | | |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been filed through the PACER court electronic filing system and that I have served a copy of same on all counsel of record by e-mail and, where appropriate, a copy of same has been deposited in the U.S. Mail, properly addressed and postage prepaid, on this date for service on the counsel as required by law.

                                                    */s/Christina D. Crow*
                                                    OF COUNSEL