UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| *In re National Prescription Opiate Litigation* | |
| This Document Relates To: | Case No. 17-md-2804 |
| Track Eleven: Santa Fe County, New Mexico Case No. 1:18-OP-45776 | Judge Dan Aaron Polster |

### Stipulated Order Entering Stay and Modifying Track 11 Deadlines

By stipulation of plaintiff Santa Fe County, New Mexico ("Plaintiff"), and Track 11 Defendants[1] (collectively, the "parties") this action is hereby stayed through and until a stipulating party moves to lift the stay and such motion is granted. If the stay is lifted, the parties will confer and submit proposed modifications to the Track 11 discovery and other deadlines set forth in the Court's September 2, 2022, Order Granting Joint Motion to Modify Case Management Orders for Tracks Eight, Nine, Ten, and Eleven and will seek the Court's approval of a modified schedule. This stipulation applies only as to the deadlines in Track 11.

SO STIPULATED:

/s/   Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker Drive
Chicago, IL 60601
Phone: (312) 782-3939
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

---

[1] The Track 11 Defendants are CVS Indiana L.L.C.; CVS Rx Services, Inc.; CVS TN Distribution, LLC; CVS Pharmacy, Inc.; CVS Health Solutions LLC; CVS Orlando FL Distribution, L.L.C.; Walgreens Boots Alliance, Inc.; Walgreen Co.; Walgreen Eastern Co., Inc.; Walmart Inc.; Wal-Mart Stores East, LP; WSE Management, LLC; WSE Investment LLC; Wal-Mart Stores East LLC; Sam's East, Inc.; Sam's West, Inc.; Albertsons Companies, Inc.; Albertson's LLC; Safeway, Inc.; The Kroger Co.; Kroger Limited Partnership I; Kroger Limited Partnership II; and Smith's Food & Drug Centers, Inc.

*Counsel for Walmart Inc., Wal-Mart Stores East, LP; WSE Management, LLC, WSE Investment LLC, Wal-Mart Stores East LLC, Sam's East, Inc., Sam's West, Inc.*


/s/   Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: (312) 494-4400
Email: kaspar.stoffelmayr@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Tel: (303) 592-3100
Email: alex.harris@bartlitbeck.com
*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*


/s/  Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: phynes@zuckerman.com
*Counsel for CVS Pharmacy, Inc., CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., CVS Health Solutions LLC, CVS Orlando FL Distribution, L.L.C.*


s/ Ronda L. Harvey
Ronda L. Harvey
Fazal A. Shere
Ashley Hardesty Odell
BOWLES RICE LLP

2

600 Quarrier Street
Charleston, West Virginia  25301
304-347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com
ahardestyodell@bowlesrice.com
***Counsel for Defendants The Kroger Co.,
Kroger Limited Partnership I,
Kroger Limited Partnership II and
Smith's Food & Drug Centers, Inc.***


/s/ Francis A. Citera
Francis A. Citera
Gretchen N. Miller
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400
citeraf@gtlaw.com
millerg@gtlaw.com
***Attorneys for Albertsons Companies, Inc.,
Albertson's LLC, and Safeway, Inc.***


/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Ave., 7th Floor
New York, NY 10016-7416
(212) 257-8482
jconroy@simmonsfirm.com

Erin Dickinson
CRUEGER DICKINSON
4532 N. Oakland Ave.
Whitefish Bay, WI 53211
(414) 210-3868
ekd@cruegerdickinson.com
***Counsel for Plaintiff***

**SO ORDERED**

  /s/Dan Aaron Polster
**Judge Dan Aaron Polster**

Dated: December 2, 2022