# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE NATIONAL PRESCRIPTION**     **MDL No. 2804**
**OPIATE LITIGATION**     **CASE NO.: 1:17-MD-2804**

         **Judge Dan Aaron Polster**

*THIS DOCUMENT RELATES TO ALL CASES*

## NOTICE OF APPEARANCE OF COUNSEL AARON C. BOONE

    Please enter the appearance of **Aaron C. Boone** of Bowles Rice LLP, 600 Quarrier Street, Charleston, West Virginia 25301; Telephone Number (304) 347-1100, as additional counsel of record for Defendants The Kroger Co., Kroger Limited Partnership I and Kroger Limited Partnership II, Kroger Texas, L.P. and Harris Teeter, Inc. ("Kroger"), in the above-captioned action.  It is requested that service of all further pleadings, notices, filings, papers, etc., be made upon the undersigned as counsel of record for Kroger.

    Respectfully submitted,

*Defendants The Kroger Co., Kroger Limited Partnership 1, Kroger Limited Partnership II,* **Kroger Texas, L.P. and Harris Teeter, Inc.**

*By Counsel,*

*s/ Ronda L. Harvey*
Ronda L. Harvey (WVSB No. 6326)
rharvey@bowlesrice.com
Fazal A. Shere (WVSB No. 5433)
fshere@bowlesrice.com
Jennifer B. Hagedorn (WVSB No. 8879)
jhagedorn@bowlesrice.com
Gabriele Wohl (WVSB No. 11132)
gwohl@bowlesrice.com
Aaron C. Boone (WVSB No. 9479)
aboone@bowlesrice.com
**Bowles Rice LLP**
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304)-347-110

## Certificate of Service

I, Ronda L. Harvey, hereby certify that on this 5th day of December, 2022, the foregoing **Notice of Appearance of Counsel Aaron C. Boone** was served via the Court's ECF system to all counsel of record.

*/s/ Ronda L. Harvey*
Ronda L. Harvey (WVSB No. 6326)
rharvey@bowlesrice.com
Fazal A. Shere (WVSB No. 5433)
fshere@bowlesrice.com
Jennifer B. Hagedorn (WVSB No. 8879)
jhagedorn@bowlesrice.com
Gabriele Wohl (WVSB No. 11132)
gwohl@bowlesrice.com
Aaron C. Boone (WVSB No. 9479)
aboone@bowlesrice.com
**Bowles Rice LLP**
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304)-347-1100
*Counsel for Defendants The Kroger Co., Kroger Limited Partnership 1 and Kroger Limited Partnership II,* Kroger Texas, L.P. and Harris Teeter, Inc.