UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No.: 1:17-md-2804 |
| *The Estate of Bruce Brockel, Deceased by and through Donna Brockel, as Personal Representative v. Endo Pharmaceuticals, Inc., et al.,* | Hon. Dan A. Polster |
| ND Ohio Member Case No. 1:21-op-45089-DAP | |

## AMENDED NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Arthur J. Liederman and Nicole M. Battisti, Esq., Morrison Mahoney LLP, Wall Street Plaza, 88 Pine Street, Suite 1900, New York, New York 10005, telephone: 212-825-1212, hereby amend their appearance to clarify that they are counsel of record for Defendants Zydus Pharmaceuticals (USA) Inc. and Nesher Pharmaceuticals (USA) LLC ("Zydus" and "Nesher") in *only* the case pending before this court entitled: *The Estate of Bruce Brockel, Deceased by and through Donna Brockel, as Personal Representative v. Endo Pharmaceuticals, Inc.,* et al., Case No., 1:21-op-45089-DAP, Northern District of Ohio ("*Brockel* action"). Arthur J. Liederman and Nicole M. Battisti, Esq. ***do not*** currently represent Zydus or Nesher in any other action pending in this MDL.

It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Zydus and Nesher in the *Brockel* action.

Dated: December 5, 2022

101793673

**MORRISON MAHONEY LLP**
*Attorneys for Defendant*
*Zydus Pharmaceuticals (USA) Inc. and Nesher Pharmaceuticals (USA) LLC*

By: /s/ Nicole Battisti
   Nicole M. Battisti, Esq. (NB7583)
   nbattisti@morrisonmahoney.com
   Wall Street Plaza
   88 Pine Street, Suite 1900
   New York, New York 10005
   Phone:  (212) 825-1212
   Fax:     (646) 576-8934

By: /s/ Arthur J. Liederman
   Arthur J. Liederman, Esq. (AL0227)
   aliederman@morrisonmahoney.com
   Wall Street Plaza
   88 Pine Street, Suite 1900
   New York, New York 10005
   Phone:  (212) 825-1212
   Fax:     (646) 576-8910

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, a copy of the foregoing Notice of Appearance was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system.

/s/ Nicole Battisti
NICOLE M. BATTISTI

101793673