IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *All Cases* ) | MDL No. 2804 <br><br> Case No.: 1:17-md-2804-DAP <br><br> Hon. Dan Aaron Polster |

# STATUS REPORT OF ERIC KNIGHT

Pursuant to the Court's November 9, 2022 *Order* (EFC 4742) regarding the Zoom status conference set on December 12, 2022, Defendant, Eric Knight, M.D. ("Dr. Knight"), by and through his counsel of record, Todd Hathaway and Abby Tucker, of the law firm Wadleigh, Starr & Peters, PLLC, submits the following Status Report.

Dr. Knight has been named as a defendant in two (2) lawsuits as a physician who prescribed opioids, namely:

| The United States District Court of New Hampshire ||
|---|---|
| Sullivan County v. Purdue Pharma, L.P. et al <br><br> Docket No. 1:19-cv-00334-NT | Claremont, NH, City of v. Purdue Pharma L.P. et al <br> Docket No. 1:19-cv-00331-NT |

| Plaintiff's Counsel ||
|---|---|
| Robert J. Bonsignore <br> Bonsignore Trial Lawyers PLLC <br> 3771 Meadowcrest Dr <br> Las Vegas, NV 89121 <br> 781 350-0000 <br> Email: rbonsignore@class-actions.us | Robert J. Bonsignore <br> Bonsignore Trial Lawyers PLLC <br> 3771 Meadowcrest Dr <br> Las Vegas, NV 89121 <br> 781 350-0000 <br> Email: rbonsignore@class-actions.us |

1

                                                                        Respectfully submitted,

**Dated**: December 5, 2022                              */s/ Abby Tucker*

                                                                        Todd Hathaway, NH Bar #12102
                                                                        Abby Tucker, NH Bar #268040
                                                                        95 Market Street
                                                                        Manchester, NH 03101
                                                                        603-669-4140
                                                                        thathaway@wadleighlaw.com
                                                                        atucker@wadleighlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing was electronically filed on December 5, 2022, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

                                                                        */s/ Abby Tucker*

                                                                        Abby Tucker, NH Bar #268040