UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION | ) ) ) | MDL NO. 2804 Case No: 1:17-MDL-2804 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| All Cases | ) | |

### STATUS REPORT OF MICHAEL DIPRE, M.D. AND MARK WEINREB, M.D.

Pursuant to the Court's November 9, 2022 Order regarding the Zoom status conference set for December 12, 2022, Defendants Michael Dipre, M.D. and Mark Weinreb, M.D., by and through their counsel of record, James A. Bello and Lori K. Vaulding, of the law firm of Morrison Mahoney, LLP, submit the following status report.

Dr. Dipre has passed away. A Suggestion of Death was filed with the Court on March 12, 2021. Dr. Dipre and Dr. Weinreb have been named as defendants in ten lawsuits as physicians who prescribed opioids, namely:

Rockingham County vs. Purdue Pharma, L.P., et al.
N.H. Case No: 218-2018-CV-0110
Docket No. 1:19-cv-00333-NT

Belknap County v. Purdue Pharma, L.P., et al.
N.H. Case No: 211-2018-CV-00240
Docket No. 1:19-cv-00326-NT

Carroll County v. Teva Pharmaceuticals, et al.
Docket No. 1:19-cv-01097-LM

Coos County v. Teva Pharmaceuticals, et al
Docket No. 1:19-cv-01095-PB

101798635

Cheshire County vs. Purdue Pharma, L.P., et al.
N.H. Case No: 213-2018-CV-00168
Docket No. 1:19-cv-00328-NT

City of Belmont v. Purdue Pharma, L.P., et al.
N.H. Case No. 211-2018-CV-00241
Docket No. 1:19-cv-00329-NT

City of Claremont v. Purdue Pharma, L.P., et al.
N.H. Case No. 220-2018-CV-00127
Docket No. 1:19-cv-00331-NT

Grafton County v. Purdue Pharma Inc., et al.
N.H. Case No. 215-2018-CV-00323
Docket No. 1:19-cv-00332-NT

Strafford County v. Purdue Pharma, L.P., et al.
N.H. Case No. 219-2018-CV-00364
Docket No. 1:19-cv-00325-NT

Sullivan County v. Purdue Pharma, L.P., et al.
N.H. Case No: 220-2018-CV-00128
Docket No. 1:19-cv-00334-NT

Plaintiff's counsel is Robert J. Bonsignore, Bonsignore Trial Lawyers, PLLC, 3771 Meadowcrest Drive, Las Vegas, NV 89121 in all of the above matters.

101798635

|  |  |
|---|---|
| Dated: December 6, 2022 | MICHAEL DIPRE, M.D. and MARK WEINREB, M.D., <br><br> /s/ Lori K. Vaulding <br> _____ <br> James A. Bello, BBO #633550 <br> jbello@morrisonmahoney.com <br> Lori K. Vaulding, BBO #678404 <br> lvaulding@morrisonmahoney.com <br> MORRISON MAHONEY LLP <br> 250 Summer Street <br> Boston, MA 02210-1181/Phone: 617-439-7500 |

## CERTIFICATE OF SERVICE

I hereby certify that on the below stated date, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Signed at Boston, Massachusetts this _____.

/s/ Lori K. Vaulding
_____
Lori K. Vaulding

101798635