# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
|  | **MDL No. 2804** |
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 17-md-2804 |
|  | **Judge Dan Aaron Polster** |

## SUPPLEMENTAL STATUS REPORT FOR KEYSOURCE MEDICAL, INC.

Tier 2 defendant distributor Keysource Medical, Inc., by counsel, submits the attached Declaration (Exhibit 1), as a supplement to its June 2022 Status Report (Dkt. 4521).

DATED:  December 8, 2022

**KEYSOURCE MEDICAL, INC.**
**By Spilman Thomas & Battle, PLLC**

/s/ *Clifford F. Kinney, Jr.*
Clifford F. Kinney, Jr. (WVSB #6220)
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV  25321
Phone:  304-340-3844
Fax:  304-340-3801
Email: ckinney@spilmanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on December 8, 2022.

/s/ *Clifford F. Kinney, Jr.*
Clifford F. Kinney, Jr.