# Exhibit 1

## DECLARATION OF STEPHANIE M. RING

STATE OF OHIO;

COUNTY OF WARREN, TO-WIT:

Stephanie M. Ring, after being duly sworn, states under oath as follows:

1. I am over the age of eighteen and competent to attest to the contents of this Declaration.

2. I was the co-founder, former shareholder, and former corporate secretary of Keysource Medical Inc. ("KMI") incorporated in the state of Ohio. KMI was a regional distributor of pharmaceutical products, including prescription opioids, with a single facility located in Cincinnati, Ohio.

3. KMI has not distributed prescription opioids since August 2011.

4. KMI sold substantially all assets to a third party and ceased operations in June 2016 and began winding up its corporate affairs.

5. KMI filed articles of dissolution with the Ohio Secretary of State on June 26, 2018, indicating that it no longer had any assets.

6. Upon information and belief, KMI did not maintain a directors and officers liability insurance policy nor any other insurance that would provide defense and indemnification from the lawsuits.

Further the Affiant sayeth naught.

_____
Stephanie M. Ring

STATE OF OHIO;

COUNTY OF WARREN,

I, Robert V. Barnes a Notary Public of said county, do certify that Stephanie M. Ring, whose name is signed to the foregoing instrument, has this day acknowledged the same before me, in my said county.

Given under my hand this 7 day of Dec, 2022.

My commission expires May 4th, 2025.

_____
NOTARY PUBLIC

ROBERT V BARNES III
NOTARY PUBLIC IN AND FOR THE
STATE OF OHIO
MY COMMISSION EXPIRES May 4, 2025

2