# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br><br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF FIRM NAME CHANGE
## AND EMAIL CONTACT CHANGE

Please be advised that effective February 1, 2020, Faegre Baker Daniels LLP has changed its name and email addresses. The new firm name is hereinafter Faegre Drinker Biddle & Reath LLP. The mailing address and contact telephone number remains unchanged.

The following attorney, who is counsel of record for Defendant Target Corporation may now be reached at the following email address:

| Attorney Name | Email Address |
|---|---|
| Amy R. Fiterman | amy.fiterman@faegredrinker.com |

Counsel for Defendant Target Corporation respectfully requests that the Clerk and all counsel update this Firm's new name and email address information.

1

Dated: December 8, 2022      **FAEGRE DRINKER BIDDLE & REATH LLP**

<u>/s/ *Amy R. Fiterman*</u>
Amy R. Fiterman, #0285493
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
Amy.fiterman@faegredrinker.com

*Attorneys for Defendant Target Corporation*