UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 1:17-MD-2804<br>Hon. Dan A. Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lauren S. Colton of Hogan Lovells US LLP hereby enters her appearance as counsel of record for Defendants Zydus Pharmaceuticals (USA) Inc. and Nesher Pharmaceuticals (USA) LLC ("Zydus" and "Nesher") in the above-captioned action.

Dated: December 8, 2022

Respectfully submitted,

By:  */s/ Lauren S. Colton*
HOGAN LOVELLS US LLP
100 International Drive
Suite 200
Baltimore, MD 21202
Tel: (410) 659-2733
lauren.colton@hoganlovells.com

*Counsel for Defendants Zydus Pharmaceuticals (USA) Inc. & Nesher Pharmaceuticals (USA) LLC*