**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT THRIFTY WHITE WAREHOUSE**

The attorney listed below enters her appearance in the above-captioned case as counsel of record for Defendant Thrifty White Warehouse. She respectfully requests that her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon her at the following address and/or through the Court ECF filing system, as registered:

Lauren M. McGinley, Esquire
Fox Rothschild LLP
2800 Kelly Road, Suite 200
Warrington, PA 18976
Tel: (215) 918-3595
Fax: (215) 345-7507
lmcginley@foxrothschild.com

                                          Respectfully Submitted,

                                          **FOX ROTHSCHILD LLP**

                                          /s/ John J. Haggerty
                                          John J. Haggerty (Ohio Bar No. 0073572)
                                          Fox Rothschild LLP
                                          2800 Kelly Road, Suite 200
                                          Warrington, PA 18976
                                          Tel: (215) 345-7500
                                          Fax: (215) 345-7507

Dated: December 12, 2022                             *Counsel for Thrifty White Warehouse*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *All Cases Against Prescription Supply, Inc.* | Case No. 17-md-2804 <br><br> **Judge Dan Aaron Polster** |

### NOTICE OF APPEARANCE OF COUNSEL
### FOR DEFENDANT PRESCRIPTION SUPPLY, INC.

The attorney listed below enters her appearance in the above-captioned case as counsel of record for Defendant Prescription Supply, Inc. She respectfully requests that her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon her at the following address and/or through the Court ECF filing system, as registered:

Lauren M. McGinley, Esquire
Fox Rothschild LLP
2800 Kelly Road, Suite 200
Warrington, PA 18976
Tel: (215) 918-3595
Fax: (215) 345-7507
lmcginley@foxrothschild.com

    Respectfully Submitted,

    **FOX ROTHSCHILD LLP**

    <u>/s/ John J. Haggerty</u>
    John J. Haggerty (Ohio Bar No. 0073572)
    Fox Rothschild LLP
    2800 Kelly Road, Suite 200
    Warrington, PA 18976
    Tel: (215) 345-7500
    Fax: (215) 345-7507

Dated: December 12, 2022      *Counsel for Prescription Supply, Inc.*