No. 22-3491

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 13, 2022
DEBORAH S. HUNT, Clerk

---

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

---

WALKER COUNTY, TX,

    Plaintiff-Appellant,

v.

OPTUMRX, INC., et al.,

    Defendants-Appellees,

PLAINTIFFS' EXECUTIVE COMMITTEE,

    Appellee.

---

Before: SUTTON, Chief Judge; GUY and COLE, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that this appeal is DISMISSED.

**ENTERED BY ORDER OF THE COURT**

_Deborah S. Hunt_
Deborah S. Hunt, Clerk