Nos. 22-3493

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 13, 2022
DEBORAH S. HUNT, Clerk

In re: National Prescription Opiate Litigation.

---

In re: HARRIS COUNTY, TX, et al.,

    Petitioners.

Before: SUTTON, Chief Judge; GUY and COLE, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus.
United States District Court for the Northern District of Ohio at Cleveland.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petitions are DENIED.

        ENTERED BY ORDER OF THE COURT

        Deborah S. Hunt, Clerk