# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to the following case:<br><br>*ALL ACTIONS* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 83.9 of the Local Rules of the United States District Court for the Northern District of Ohio, Kerry L. Bundy of the law firm of Faegre Drinker Biddle & Reath LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 hereby withdraws as counsel of record for Target Corporation and Target Stores, Inc.

All other Faegre Drinker Biddle & Reath, LLP attorneys of record shall remain as counsel for Target Corporation and Target Stores, Inc. in the above-captioned matter.

Dated:  December 14, 2022

*/s/ Kerry L. Bundy*
Kerry L. Bundy (MN #0266917)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: kerry.bundy@faegredrinker.com

US.350209098.01