**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>Case No. 1:18-op-45817-DAP<br><br>COBB COUNTY,<br><br>Plaintiff,<br><br>vs.<br><br>PURDUE PHARMACY, L.P., et al.,<br><br>Defendants. | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

**Agreed Motion Modifying Track 8 Deadlines as to Publix Super Markets, Inc.**

Plaintiff Cobb County, Georgia ("Plaintiff") and Defendant Publix Super Markets, Inc. (the "Publix") jointly request that the Court make the below modifications to the Track 8 Case Management Order as to the Publix. These modifications will allow Plaintiff and Publix (collectively, the "parties") to pause discovery in the near-term so they can focus on settlement efforts. The parties contemplate that any deposition that has already been scheduled will be deferred, to be reset with the agreement of those parties remaining in the case after settlement discussions. The parties agree that this extension is for the purpose of completing pending discovery for any parties remaining in the case after settlement discussions, and not for serving

additional discovery. Publix understands that Plaintiff has reached a separate agreement with all other defendants, which includes Revised CMO Deadlines consistent with those set forth below.

| Deadline | Revised CMO Deadlines |
| --- | --- |
| Close of Third Party Discovery | 3/3/2023 |
| Plaintiff Expert Reports | 3/17/2023 |
| Plaintiff Expert Depositions Completed | 3/27/2023 to 4/14/2023 |
| Defendant Expert Reports | 5/15/2023 |
| Defendant Expert Depositions Completed | 5/26/2023 to 6/12/2023 |
| Daubert and Dispositive Motions | 7/14/2023 |
| Opp. Briefs Due | 8/11/2023 |
| Reply Briefs Due | 8/28/2023 |

Dated: December 14, 2022

Respectfully submitted,

/s/ Kara M. Kapke
Meredith Thornburgh White (IN 28094-49)
Kara M. Kapke (IN 25906-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:   (317) 231-7433
mwhite@btlaw.com
kkapke@btlaw.com

*Attorneys for Defendant Publix Super Markets, Inc.*

/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Ave., 7th Floor
New York, NY 10016-7416
(212) 257-8482
jconroy@simmonsfirm.com

*Counsel for Plaintiff*

**SO ORDERED**

_____
**Judge Dan Aaron Polster**

Dated: December ___, 2022