# APPENDIX A

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| City of Abbeville | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45437 |
| City of Alabaster | Alabama | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22-op-45013 |
| City of Albertville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| City of Alexander | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45827 |
| City of Anniston | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45329 |
| City of Arab | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| City of Argo | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45744 |
| City of Ashland | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46102 |
| City of Ashville | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Athens | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45953 |
| City of Attalla | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265 |
| City of Auburn | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:20-op-45282 |
| Autauga County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45086 |
| Baldwin County | Alabama | /s/ Steve Dampier | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45152 |
| Barbour County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45244 |
| City of Bay Minette | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:22-op-45018 |
| Town of Berry | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| City of Bessemer | Alabama | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22-op-45014 |
| Bibb County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45413 |
| City of Birmingham | Alabama | /s/ Shayna Sacks | Napoli Shkolnik | NDOH | 1:17-op-45008 |
| Blount County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45415 |
| City of Boaz | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| City of Brent | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45910 |
| City of Brewton | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45113 |
| City of Bridgeport | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| Town of Brookwood | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20-op-45272 |
| City of Brundidge | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46128 |
| Bullock County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45246 |
| Butler County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45441 |
| Town of Butler | Alabama | /s/ Roe Frazer | Frazer Law Office | NDOH | 1:18-op-45216 |
| City of Calera | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:21-op-45070 |
| Calhoun County | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45191 |
| Town of Camp Hill | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265 |
| City of Carbon Hill | Alabama | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| Town of Cedar Bluff | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265 |
| City of Center Point | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46103 |
| City of Centre | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265 |
| City of Centreville | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46120 |
| Chambers County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45408 |
| Cherokee County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45207 |
| Town of Cherokee | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45005 |
| City of Chickasaw | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45115 |
| Chilton County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45735 |
| Choctaw County | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:19-op-45770 |
| City of Clanton | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 2:18-op-46084 |
| Clarke County | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:18-op-45247 |
| Clay County | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45248 |
| Cleburne County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45566 |
| Town of Cleveland | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45217 |
| Coffee County | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45182 |
| Colbert County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45005 |
| City of Columbiana | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:22-op-45016 |
| Conecuh County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45957 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Coosa County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45995 |
| City of Cordova | Alabama | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| Covington County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45751 |
| Crenshaw County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45983 |
| City of Cullman | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:19-op-45248 |
| Cullman County | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45227 |
| The Health Care Authority of Cullman County d/b/a Cullman Regional Medical Center, Inc. | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-46059 |
| City of Dadeville | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45779 |
| Dale County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45561 |
| City of Daleville | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45778 |
| Dallas County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45667 |
| City of Daphne | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45227 |
| Town of Dauphin Island | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45119 |
| City of Decatur | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45201 |
| DeKalb County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45209 |
| City of Demopolis | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45183 |
| City of Dora | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| City of Dothan | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45886 |
| Town of Double Springs | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45739 |
| Town of Douglas | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| City of East Brewton | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45005 |
| Elmore County | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45003 |
| City of Enterprise | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45213 |
| Escambia County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45112 |
| Etowah County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:17-op-45101 |
| Sheriff of Etowah County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:17-op-45101 |
| City of Eufaula | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46132 |
| City of Evergreen | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45422 |
| City of Fairfield | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45089 |
| City of Fairhope | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45002 |
| Town of Faunsdale | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45122 |
| City of Fayette | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| Fayette County | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| Sheriff of Fayette County | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45211 |
| City of Florence | Alabama | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:19-op-45073 |
| City of Foley | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45287 |
| Town of Fort Deposit | Alabama | /s/ Shayna Sacks | Napoli Shkolnik | NDOH | 1:19-op-45427 |
| City of Fort Payne | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:17-op-45079 |
| Franklin County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45005 |
| City of Fultondale | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265 |
| City of Gadsden | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:17-op-45101 |
| City of Geneva | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45986 |
| Geneva County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45105 |
| City of Georgiana | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45436 |
| Town of Geraldine | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| Town of Gilbertown | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265 |
| Town of Grant | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| City of Graysville | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265 |
| Greene County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45209 |
| City of Greensboro | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45421 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| City of Greenville | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45023 |
| City of Guin | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45457 |
| City of Gulf Shores | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:22-op-45019 |
| City of Guntersville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| Town of Gurley town | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45217 |
| Hale County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45420 |
| City of Haleyville | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:19-op-46118 |
| City of Hamilton | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45564 |
| Town of Hammondville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45135 |
| City of Hartselle | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45736 |
| City of Headland | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46131 |
| City of Helena | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:22-op-45016 |
| City of Henagar | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| Henry County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45543 |
| City of Homewood | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45973 |
| City of Hoover | Alabama | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:19-op-45746 |
| Houston County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45019 |
| City of Hueytown | Alabama | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| City of Huntsville | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45947 |
| The Health Care Authority of the City of Huntsville d/b/a HH Health System, Huntsville Hospital, Madison Hospital, Huntsville Hospital for Women and Children | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45143 |
| HH Health System-Morgan, LLC d/b/a Decatur Morgan Hospital-Decatur and Decatur Morgan Hospital-Parkway f/k/a The Health Care Authority of Morgan County - Decatur City | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45143 |
| HH-Health System-Shoals, LLC d/b/a Helen Keller Hospital and Red Bay Hospital f/k/a Colbert County-Northwest Alabama Health Care Authority | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45143 |
| HH Health System – Jackson, LLC d/b/a Highlands Medical Centers f/k/a Jackson County Health Care Authority | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45134 |
| HH Health System-Athens Limestone, LLC d/b/a Athens Limestone Hospital f/k/a The Health Care Authority of Athens and Limestone County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45143 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Attentus Moulton, LLC, d/b/a Lawrence Medical Center f/k/a Lawrence County Health Care Authority | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45143 |
| City of Irondale | Alabama | /s/ Kimberly West | Wallace, Jordan, Ratliff & Brandt | NDOH | 1:22-op-45012 |
| Jackson County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| City of Jacksonville | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Jasper | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Jefferson County | Alabama | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| Sheriff of Jefferson County | Alabama | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| Town of Killen | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45218 |
| Lamar County | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| Sheriff of Lamar County | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| City of Lanett | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-46130 |
| Lauderdale County | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45845 |
| Lawrence County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45228 |
| City of Leeds | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45088 |
| Town of Leesburg | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| Town of Leighton | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Level Plains | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45100 |
| Limestone County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45328 |
| City of Lincoln | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45786 |
| City of Linden | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45118 |
| Town of Locust Fork | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45777 |
| Town of Louisville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-46058 |
| Lowndes County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45203 |
| City of Luverne | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45109 |
| Macon County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45982 |
| City of Madison | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45198 |
| Madison County | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:19-op-45006 |
| Marengo County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45188 |
| City of Marion | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45217 |
| Marion County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Marshall County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45230 |
| HH Health System – Marshall, LLC d/b/a Marshall Medical Centers f/k/a Marshall County Health Care Authority | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45538 |
| Town of McKenzie | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45435 |
| City of Midfield | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45416 |
| City of Millbrook | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45135 |
| City of Mobile | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45076 |
| Mobile County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45186 |
| Monroe County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45273 |
| City of Monroeville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45273 |
| City of Montgomery | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45494 |
| Montgomery County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45445 |
| City of Moody | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| Morgan County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45200 |
| City of Moulton | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45202 |
| City of Mountain Brook | Alabama | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Town of Munford | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-47585 |
| City of Muscle Shoals | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45268 |
| Town of Nauvoo | Alabama | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| City of New Hope | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| City of Northport | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20-op-45272 |
| Town of Oakman | Alabama | /s/ Mary Beth Mantiply | Mantiply & Associates | NDOH | 1:20-op-45265; 1:18-op-45737 |
| City of Oneonta | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45210 |
| City of Opelika | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Opp | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45011 |
| City of Orange Beach | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45784 |
| City of Oxford | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45774 |
| City of Ozark | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45214 |
| Town of Parrish | Alabama | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| City of Pelham | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:22-op-45016 |
| City of Pell City | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45091 |
| Perry County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45158 |
| City of Phenix City | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45179 |
| Pickens County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| City of Piedmont | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:21-op-45049 |
| Pike County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45803 |
| City of Pleasant Grove | Alabama | /s/ Keith Jackson | Riley & Jackson/Napoli Shkolnik | NDOH | 1:18-op-45558 |
| Town of Powell | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45209 |
| City of Prattville | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45783 |
| Town of Priceville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:20-op-45217 |
| City of Prichard | Alabama | /s/ Brian Murphy | Braswell Murphy | NDOH | 1:18-op-45690 |
| Town of Ragland | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Rainbow City | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Rainsville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45135 |
| Randolph County | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45003 |
| City of Red Bay | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Roanoke | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45011 |
| City of Robertsdale | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:20-op-45272 |
| Town of Rockford | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45915 |
| Russell County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45826 |
| City of Russellville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| City of Saraland | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:22-op-45017 |
| City of Satsuma | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45116 |
| City of Scottsboro | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| City of Selma | Alabama | /s/ Peter Mougey | Baron & Budd/Levin Papantonio, et al. | NDOH | 1:18-op-45198 |
| City of Semmes | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45113 |
| Shelby County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45414 |
| City of Sheffield | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45136 |
| Town of Sipsey | Alabama | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45737 |
| City of Slocomb | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Spanish Fort | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Springville | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| St. Clair County | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45614 |
| City of Sumiton | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Sumter County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45194 |
| Town of Sweet Water | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45120 |
| City of Sylacauga | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:19-op-45900 |
| City of Talladega | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45190 |

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Talladega County | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:18-op-45190 |
| Tallapoosa County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:17-op-45097 |
| City of Tarrant | Alabama | /s/ F. Jerome Tapley | Cory Watson, P.C. | NDOH | 1:20-op-45269 |
| City of Thomasville | Alabama | /s/ Annesley DeGaris | DeGaris Law, LLC | NDOH | 1:20-op-45261 |
| City of Troy | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45957 |
| City of Tuscaloosa | Alabama | /s/ Chad Hobbs | Montgomery Ponder | NDOH | 1:18-op-45553 |
| Tuscaloosa County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45196 |
| City of Tuscumbia | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45005 |
| City of Tuskegee | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45544 |
| City of Trussville | Alabama | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45192 |
| City of Union Springs | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45204 |
| City of Uniontown | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:20-op-45117 |
| Town of Vance | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:19-op-45909 |
| City of Vernon | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:18-op-45210 |
| City of Vestavia Hills | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:19-op-45141 |
| Walker County | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45171 |
| Washington County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-op-45180 |
| City of Weaver | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45565 |
| Town of West Blocton | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:20-op-45208 |
| City of Wetumpka | Alabama | /s/ Keith Jackson | Riley & Jackson | NDOH | 1:21-op-45135 |
| Wilcox County | Alabama | /s/ Christina Crow | Jinks, Crow & Dickson, P.C. | NDOH | 1:18-oe-45181 |
| City of Winfield | Alabama | /s/ Joel DiLorenzo | DiLorenzo Law Firm | NDOH | 1:18-op-45738 |
| Town of Woodville | Alabama | /s/ Matt Conn | Friedman, Dazzio & Zulanas, P.C. | NDOH | 1:18-op-45634 |
| Town of Yellow Bluff | Alabama | /s/ Will Sutton | Beasley Allen Crow Methvin Portis & Miles | NDOH | 1:18-op-45423 |