# APPENDIX A

| Subdivision Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Town of Loxley | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:22-op-45018 |
| Town of Summerdale | Alabama | /s/ Luke Montgomery | Montgomery Ponder | NDOH | 1:22-op-45018 |