## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | Judge Dan A. Polster |

### MOTION FOR WITHDRAWAL OF APPEARANCE

    Pursuant to Local Rule 83.9 for the Northern District of Ohio, Defendants HBC Service Company and Giant Eagle, Inc., by and through their counsel, hereby moves this Court for an Order granting the withdrawal of Paul M. Mannix as counsel.  Defendants HBC Service Company and Giant Eagle, Inc. will continue to be represented by the remaining Marcus & Shapira LLP counsel listed on record.  This withdrawal will not adversely affect HBC Service Company or Giant Eagle, Inc.'s case or its interest.  A proposed Order Granting Motion for Withdrawal of Counsel is attached.

Dated:  December 21, 2022

Respectfully submitted,

*/s/ Paul M. Mannix*
Paul M. Mannix (PA ID #76225)
Marcus & Shapira, LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
(412) 471-3490
mannix@marcus-shapira.com

*Counsel for HBC Service Company and Giant Eagle, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a copy of the foregoing **Motion for Withdrawal of Appearance** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Paul M. Mannix*
                                                  Paul M. Mannix