# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | Judge Dan A. Polster |

### ORDER GRANTNG MOTION FOR WITHDRAWAL OF APPEARANCE

Upon the Motion of Defendants HBC Service Company and Giant Eagle, Inc. for Paul M. Mannix to withdraw his appearance as counsel, the Motion to Withdraw Appearance is GRANTED.

IT IS HEREBY ORDERED that Paul M. Mannix of Marcus & Shapira LLP, is hereby withdrawn as counsel for Defendants HBC Service Company and Giant Eagle, Inc, in the above-captioned matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Clerk:  Copies to all parties and counsel of record.