UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| *In re National Prescription Opiate Litigation* | Case No. 17-md-2804 |
| This Document Relates To: "Track Ten" | Judge Dan Aaron Polster |

**Stipulated Order Entering Stay and Modifying Track 10 Deadlines**

By stipulation of plaintiff Durham County, North Carolina ("Plaintiff"), and defendants CVS, Kroger, Walgreens, and Walmart,[1] this action is hereby stayed until February 20, 2023. On or before the expiration of the stay, the parties will meet and confer regarding proposed modifications to the Track 10 discovery and other deadlines set forth in the Court's September 2, 2022, Order Granting Joint Motion to Modify Case Management Orders for Tracks Eight, Nine, Ten, and Eleven and will thereafter seek the Court's approval of a modified schedule.  Kroger agrees not to assert this stipulated stay of Track 10 as a reason to stay Track 7.  This stipulation applies solely to the deadlines in Track 10.

SO STIPULATED:

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60601
Phone: (312) 782-3939
E-mail: tmtabacchi@jonesday.com
E-mail:  tfumerton@jonesday.com
**Counsel for Walmart**

---

[1] These Defendants are: CVS Indiana L.L.C., CVS Rx Services, Inc., CVS TN Distribution, LLC, CVS Pharmacy, Inc., North Carolina CVS Pharmacy, L.L.C., (collectively, "CVS"); The Kroger Co., Kroger Limited Partnership I; and Harris Teeter, LLC f/k/a Food World, Inc. f/k/s Harris Teeter, Inc. f/k/a Harris-Teeter Super Markets, Inc. f/k/a Racc, Inc. (collectively, "Kroger"); Walgreen Co., Walgreens Boots Alliance, Inc., and Walgreen Eastern Co., Inc., (collectively, "Walgreens"); and Walmart Inc., Wal-Mart Stores East, LP, WSE Management, LLC, WSE Investment LLC, Wal-Mart Stores East, LLC, Sam's East, Inc., and Sam's West, Inc. (collectively, "Walmart").

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Email: kaspar.stoffelmayr@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Email: alex.harris@bartlitbeck.com
**Counsel for Walgreens**


/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Phone:  (202) 778-1800
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: phynes@zuckerman.com
**Counsel for CVS**


/s/ Ronda L. Harvey
Ronda L. Harvey
Fazal A. Shere
Ashley Hardesty Odell
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com
ahardestyodell@bowlesrice.com
**Counsel for Kroger**

/s/ Michael J. Fuller, Jr.
Michael J. Fuller, Jr.
Paul T. Farrell, Jr.
FARRELL & FULLER, LLC
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
Phone: 939-293-8244
Email: mike@farrellfuller.com
Email: paul@farrellfuller.com
**Counsel for Plaintiff**

\* \* \*

**SO ORDERED**

**Judge Dan Aaron Polster**

Dated: December 21, 2022