IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*"Rhode Island Cases"* | ) CASE NO. 1:17-MD-2804<br>)<br>) David R. Cohen<br>) Randi S. Ellis<br>) Hon. David R. Herndon<br>)<br>) FEE PANEL ORDER NO. 18<br>) REGARDING RHODE ISLAND<br>) ATTORNEY FEE FUND<br>) PAYMENTS TO DISTRIBUTORS |

In January of 2022, the State of Rhode Island entered into a settlement agreement with AmerisourceBergen Corporation, Cardinal Health, Inc., and McKesson Corporation ("Settling Distributors"). Section VIII.B.2. of the *Distributors-Rhode Island Settlement Agreement* states:

> Within ten (10) days of the Effective Date, the Settling Distributors shall pay $337,212.88 to an account … to be disbursed to Participating Subdivisions and their counsel in fulfillment of the Contingency Fund component of Payment Year 1 as set forth on Exhibit G. If the Global Settlement becomes effective by July 1, 2022, Participating Subdivisions and their counsel shall direct the administrators of the Global Settlement Contingency Fee Fund and the Global Settlement Common Benefit Funds to disburse any and all payments allocated to counsel for the Participating Subdivisions to the Settling Distributors until the Settling Distributors have been repaid the $337,212.88 paid.

Because the Global Settlement became effective by July 1, 2022, this provision was triggered. On November 21, 2022, the Fee Panel received a written memorandum from counsel for the Rhode Island Participating Subdivisions directing the Fee Panel to pay $337,212.88 of the Contingency Fee Fund Awards attributable to counsel for the Rhode Island Participating Subdivisions to the Settling Distributors.

Accordingly, on December 21, 2022, the Fee Panel initiated electronic transfers to the Settling Distributors in the amount of $337,212.88. The payments to each of the Settling Distributors are as follows:

| Rhode Island Payments to Distributors from CFF | Percentage | Amount |
|---|---|---|
| Amerisource | 31.00% | $ 104,535.99 |
| Cardinal | 30.90% | $ 104,198.78 |
| McKesson | 38.10% | $ 128,478.11 |
|  | **100%** | **$ 337,212.88** |

**IT IS SO ORDERED.**

/s/    **David R. Cohen**
       **Randi S. Ellis**
       **David R. Herndon**
       **FEE PANEL**

**Dated:** December 21, 2022