# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:19-op-45278-DAP<br><br>Case No. 1:21-op-45080-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING SETTLING DEFENDANTS' MOTION TO STAY FURTHER BRIEFING ON SETTLING DEFENDANTS' MOTION TO DISMISS CLAIMS FILED BY NON-PARTICIPATING GEORGIA SUBDIVISIONS AS BARRED BY STATUTE

Upon consideration of Settling Defendants' Motion Stay Further Briefing On Settling Defendants' Motion To Dismiss Claims Filed By Non-Participating Georgia Subdivision As Barred By Statute ("Settling Defendants' Motion"), it is hereby ORDERED that Settling Defendants' Motion is GRANTED. It is further ORDERED that Settling Defendants' deadline to file a reply in support of the Settling Defendants' Motion is hereby stayed until twenty-one (21) days after the Georgia Supreme Court has issued an opinion on the questions certified by this Court's December 27, 2022 Order (Doc. No 4799), or twenty-one (21) days after the Georgia Supreme Court declines certification.

_____
Hon. Dan A. Polster
United States District Judge