# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.9 for the Northern District of Ohio, Sara E. Silva moves for leave to withdraw as counsel for Indivior Inc. & Indivior PLC. In support of this request, the undersigned states that she will no longer be associated with the law firm of Hogan Lovells US LLP.

Indivior Inc. & Indivior PLC will continue to be represented by Maria R. Durant and Safa W. Osmani both of Hogan Lovells US LLP.

Respectfully submitted,

/s/ Sara E. Silva
Sara E. Silva
Maria R. Durant
Safa W. Osmani
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
Telephone: (617) 371-1000
Facsimile: (617) 371-1037
sara.silva@hoganlovells.com
maria.durant@hoganlovells.com
safa.osmani@hoganlovells.com

*Counsel for Indivior Inc. & Indivior PLC*

Date: January 4, 2023

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of January 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

                                                  /s/ Sara E. Silva