# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates to:*<br><br>*All Cases Naming Auburn Pharmaceutical Company as a Defendant, as Reported Herein* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster |

## AMENDED AND RESTATED STATUS REPORT
## OF AUBURN PHARMACEUTICAL COMPANY
## IN RESPONSE TO
## OCTOBER 7, 2022, ORDER REGARDING NON-LITIGATING DEFENDANTS

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated October 7, 2022, Auburn Pharmaceutical Company, a Michigan corporation ("Auburn"), by its counsel, submits this Status Report to list every case in federal or state court that states a claim against Auburn and/or its Defendant Family, involving the manufacturing, marketing, sale, distribution, or dispensing of opioids.

| List # | Case Caption | Court, and Case Number | Plaintiff's Counsel |
|---|---|---|---|
| 1 | Morgan County Commission v. Purdue Pharmaceutical Products L.P., et al. | N.D. Ohio 1:18-op-45444 | Stephen G. Skinner |
| 2 | Wayne County Fiscal Court v. AmerisourceBergen Drug Corporation et al. | N.D. Ohio 1:18-op-45389 | Anthony J. Majestro |
| 3 | Family Practice Clinic of Booneville, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio 1:18-op-45390 | David J. Guarnieri |
| 4 | Bon Secours Health System, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio 1:18-op-45819 | David J. Guarnieri |

{04692399}

| List # | Case Caption | Court, and Case Number | Plaintiff's Counsel |
|---|---|---|---|
| 5 | Bon Secours Health System, Inc. et al. v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., et al. | N.D. Ohio 1:18-op-45820 | David J. Guarnieri |
| 6 | Kentucky River District Health Department v. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio 1:19-op-45050 | David J. Guarnieri |
| 7 | Saginaw Chippewa Indian Tribe v. Cephalon, Inc., et al. | N.D. Ohio 1:19-op-45841 | Holly H. Dolejsi |
| 8 | City of Canton, et al. v. Purdue Pharma, L.P., et al. | N.D. Ohio 1:19-op-45462 | William Q. Bird |
| 9 | County of Curry, et al. v. Purdue Pharma, L.P. et al. | N.D. Ohio 1:19-op-45512 | Amy Bruning |
| 10 | Adams County et al v. Purdue Pharma, L.P. et al | N.D. Ohio 1:18-op-46062 | Jarom A. Whitehead |
| 11 | Canyon County v. Purdue Pharma LP et al | N.D. Ohio 1:18-op-46277 | Kenneth L. Pedersen |

This Status Report is submitted without the admission of any liability on behalf of Auburn and its Defendant Family and without waiving or prejudicing any and all defenses and objections to the claims against Auburn and its Defendant Family including, without limitation, bar by the statute of limitations, waiver, laches, and estoppel, failure to state a claim upon which relief can be granted, no causation, improper service, lack of service, lack of personal jurisdiction, and/or dismissal as a party.

Dated: January 6, 2023

Respectfully Submitted,

Nathan Upfal, P.C.

   /s/ Nathan Upfal
Nathan Upfal, Attorney at Law
Michigan Bar Number P36764

121 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
Telephone: (248) 433-2576
Fax: (248) 671-0313
Email: upfal@jackiergould.com

{04692399}

**CERTIFICATE OF SERVICE**

     I certify that the foregoing was electronically filed on January 6, 2023, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

                        /s/ James C. Wright
                        James C. Wright, Attorney at Law

{04692399}