UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * |
| Relating to: Case No: 19-OP-45123 | * * MDL NO.: 2804 |
| MAXWELL A. NEWMAN and CAROLINE S. NEWMAN Plaintiffs | * * * CASE NO.: 17-MD-2804 |
| VERSUS | * * JUDGE DAN AARON POLSTER |
| PURDUE PHARMA LP, B&B DRUGS, INC., ALL FOR JEN LLC, d/b/a JEFFERSON FAMILY PHARMACY and/or DAU TRAN Defendants | * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, comes Defendant, **B & B DRUGS, INC.**, and in accordance with Federal Rule of Civil Procedure 7.1 and Local Federal Rule of Civil Procedure 5.6, files the following Disclosure Statement.

1.

B & B Drugs, Inc. states that it has no parent corporation and no publicly held corporations owns 10% or more of the party's stock.

Respectfully Submitted:

GACHASSIN LAW FIRM
(A Limited Liability Company)

 s/ KYLE N. CHOATE
_____
KYLE N. CHOATE (#33524)
Post Office Box 80369
Lafayette, Louisiana 70598-0369
Telephone: 337.235.4576
Facsimile: 337.235.5003
Email: Kyle@gachassin.com
Attorneys for Defendant, B & B Drugs, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing CORPORATE DISCLOSURE NOTICE was electronically transmitted on January 9, 2023 to the Clerk of Court's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

GINO J. RENDEIRO (#14348)
grendeiro@krlawnola.com
844 Baronne Street
New Orleans, LA 70113
Telephone: (504) 529-5100
Facsimile: (504) 529-3700
Attorneys for Plaintiffs

DENNIS P. COUVILLION (#04495)
couvilaw@gmail.com
2955 Ridgelake Dr., Ste. 207
Metairie, LA 70002
Telephone: (504) 837-0803
Facsimile: (504) 837-8366
Attorneys for Plaintiffs

PAUL B. SIMON (#33679)
psimon@gamb.law
400 E. Kaliste Saloom Road, Ste. 4200
Lafayette, LA 70508-8517
Telephone: (337) 237-0132
Facsimile: (337) 237-3451
Attorneys for Purdue Pharma, L.P.