# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION      CASE NO. 1:17-MD-2804
OPIATE LITIGATION

    JUDGE POLSTER

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs listed in the attached Exhibit A, who respectfully move this Honorable Court to allow M. Palmer Lambert, who is no longer affiliated with the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, to withdraw as counsel of record and to substitute and enroll as their counsel of record, Rachel M. Naquin of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC. The foregoing substitution of counsel will not delay these proceedings in any way.

**WHEREFORE**, Plaintiffs listed in the attached Exhibit A, pray that this Court grant their motion, that Rachel M. Naquin of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be substituted and enrolled as their counsel of record, and that M. Palmer Lambert be withdrawn as their counsel of record in these proceedings.

Dated: January 11, 2023     Respectfully submitted,

*/s/ Rachel M. Naquin*
**RACHEL M. NAQUIN (#37816)**
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: rnaquin@gainsben.com

        */s/ M. Palmer Lambert*
**M. PALMER LAMBERT (#33228)**
PENDLEY, BAUDIN & COFFIN, L.L.P.
2225 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 355-0086
Facsimile: (504) 355-0089
Email: plambert@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, I electronically filed the forgoing with the Clerk of Court of the United States District Court for the Northern District of Ohio by using the CM/EF System, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ Rachel M. Naquin*
        RACHEL M. NAQUIN

2