# EXHIBIT A

| Plaintiff Name(s) | Case Numbers |
|---|---|
| City of New Roads, Louisiana | 1:19-op-45011 |
| Police Jury of the Parish of Pointe Coupee, Louisiana | 1:19-op-45012 |
| Pointe Coupee Parish Health Services District Number 1 | 1:19-op-45019 |
| Chad R. Kennedy, John A. Crain, and John H. Crain | 1:20-op-45279 |