**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804 |
| | JUDGE POLSTER |
| THIS DOCUMENT RELATES TO: *The cases listed in the attached Exhibit A* | |

**ORDER**

**CONSIDERING** the forgoing Motion to Withdraw and Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED** that M. Palmer Lambert be withdrawn as counsel of record for plaintiffs identified in the attached Exhibit A, and that Rachel M. Naquin of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be substituted and enrolled as counsel for plaintiffs identified in the attached Exhibit A.

Cleveland, Ohio this _____ day of _____, 2023.

_____
JUDGE DAN AARON POLSTER