# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATED TO:<br><br>*ALL CASES* | ) MDL No. 2804<br>)<br>) Case No. 1:17-MD-2804-DAP<br>)<br>) **Judge Dan Aaron Polster**<br>)<br>) |

## ORDER SUBSTITUTING COUNSEL FOR
## ANDA PHARMACEUTICALS, INC. AND ANDA, INC.

Pending before the Court is a Motion for Substitution of Counsel by Anda Pharmaceuticals, Inc and Anda, Inc. to substitute Evan K. Jacobs and the law firm of Morgan Lewis & Bockius LLP as counsel of record in place of attorneys James W. Matthews, Katy E. Koski, Kristina J. Matic, Graham D. Welch, Gregory N. Heinen, Ana M. Francisco, and Morgan E. McDonald of Foley and Lardner LLP.

The Court hereby **GRANTS** the motion and **ORDERS** that Evan K. Jacobs and the law firm of Morgan Lewis & Bockius LLP are hereby recognized as counsel of record for Anda Pharmaceuticals, Inc., and Anda, Inc.

ENTER

_____
Judge Dan Aaron Polster

Prepared by:

*/s/ Evan K. Jacobs*
Evan K. Jacobs (PA Bar No. 314126)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Facsimile:  215.963.5001
evan.jacobs@morganlewis.com