UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**SUPPLEMENTAL STIPULATION AND ORDER
DISMISSING WITH PREJUDICE CLAIMS
<u>PURSUANT TO JANSSEN ALABAMA STATE-WIDE OPIOID SETTLEMENT
AGREEMENT</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Alabama Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively and together with their Released Entities, the "Janssen Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Janssen Alabama State-Wide Opioid Settlement Agreement, which was announced on and dated April 1, 2022, which is binding on the Dismissing Plaintiffs and the Janssen Defendants, and which has an Effective Date of April 1, 2022 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Janssen Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Janssen Alabama State-Wide Opioid Settlement Agreement to the

---

[1] The Released Entities are each and every entity of any of the Janssen Defendants that is a "Released Entity" as set forth in Section II.26 of the Janssen Alabama State-Wide Opioid Settlement Agreement, dated as of April 1, 2022, a copy of which is attached as Appendix B.

extent provided under that Agreement.

December 20, 2022

**Agreed as to form and substance:**

*/s/ Christina D. Crow*
Christina D. Crow (ASB-0637-C58C)
Jinks, Crow & Dickson, P.C.
Post Office Box 350
Union Springs, AL 36089
(334) 738-4225
ccrow@jinkslaw.com

*/s/ Matthew D. Conn*
Matthew D. Conn (ASB-9628-T83C)
Friedman, Dazzio & Zulanas, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
(205) 278-7000
mconn@friedman-lawyers.com

*/s/ Keith Jackson*
Keith Jackson (ASB-7519-J66B)
Riley & Jackson, P.C.
3530 Independence Drive
Birmingham, AL 35209
(205) 879-5000
kj@rileyjacksonlaw.com

*Alabama Local Government Executive Committee*

**Agreed as to form and substance:**

*/s/Charles C. Lifland*
Charles C. Lifland

O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*


SO ORDERED this 18th day of January, 2023.

   /s/Dan Aaron Polster
Hon. Dan Aaron Polster
United States District Judge