# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory N. Heinen of Foley & Lardner LLP hereby enters his appearance as additional counsel of record for Defendant Aurora Pharmacy, Inc. in the above-captioned action.

Dated: January 19, 2023.

/s/ Gregory N. Heinen
Gregory N. Heinen (WBN 1094250)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414.271.2400
Facsimile: 414.297.4900
gheinen@foley.com

*Attorneys for Defendant Aurora Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of January 2023, I electronically filed the foregoing with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                   */s/ Gregory N. Heinen*
                                                   Gregory N. Heinen