UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: "All Cases" | ) ) ) ) ) ) ) ) ) | David R. Cohen Randi S. Ellis Hon. David R. Herndon  **FEE PANEL ORDER NO. 20 REGARDING USE OF A COURT REPORTER** |

In its Order establishing Common Benefit Award application protocols, the Court provided as follows:

> The Fee Panel may also conduct interviews with Fee Applicants at the discretion of the Fee Panel, to ask questions regarding information contained in the Fee Applications and the Auditor's Time Report. **Each interview shall be conducted in the presence of a court reporter.** The transcript will be solely for the use of the Fee Panel, unless otherwise directed by the Court.

*Protocol Order* at 8 (docket no. 4344) (emphasis added).

With the Court's approval, the emphasized provision above is modified as follows. A court reporter *may* be present during Fee Panel interviews of Applicants under the following circumstances: (1) at the Fee Panel's discretion; or (2) if requested by the Applicant.

The other provision in the Court's *Protocol Order* addressing court reporters remains unchanged. *See id.* at 10 (hearings before the Fee Panel on an Applicant's objection to a Fee Award

"shall be conducted in the presence of a court reporter").

**IT IS SO ORDERED.**

/s/ *David R. Cohen*
*Randi S. Ellis*
*David R. Herndon*
**FEE PANEL**

**Dated:** January 19, 2023