UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>Track Eight: *Cobb County, Georgia*<br>Case No. 1:18-op-45817-DAP<br><br>COBB COUNTY,<br><br>                Plaintiff,<br><br>   v.<br><br>PURDUE PHARMA, L.P., et al.,<br><br>                Defendants. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**Agreed Motion Modifying Track 8 Deadlines**

Plaintiff Cobb County, Georgia ("Plaintiff") and defendants CVS, Kroger, Publix, Walgreens, and Walmart[1] (collectively, "Defendants") jointly request that the Court make the below modifications to the Track 8 Case Management Order. These modifications will allow Plaintiff and Defendants (collectively, the "parties") to maintain the current pause in discovery so they can continue focusing on settlement efforts. The parties contemplate that any deposition that has already been scheduled will be deferred until March 2023, to be reset with the agreement of those parties remaining in the case after settlement discussions. The parties agree that this

---

[1] These Defendants are: CVS Indiana L.L.C., CVS Rx Services, Inc., CVS TN Distribution, LLC, CVS Pharmacy, Inc., and Georgia CVS Pharmacy, LLC (collectively, "CVS"); The Kroger Co., Kroger Limited Partnership I and Kroger Limited Partnership II (collectively, "Kroger"); Publix Super Markets, Inc. ("Publix"), Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc. (collectively, "Walgreens"); Walmart Inc., Wal-Mart Stores East, LP, WSE Management, LLC, WSE Investment LLC, Wal-Mart Stores East, LLC, Sam's East, Inc., and Sam's West, Inc. (collectively, "Walmart").

extension is for the purpose of completing pending discovery for any parties remaining in the case after settlement discussions, and not for serving additional discovery.

| Deadline | Current CMO Deadlines | New CMO Deadlines |
|---|---|---|
| Close of Third Party Discovery | 3/3/2023 | 4/3/2023 |
| Plaintiff Expert Reports | 3/17/2023 | 4/17/2023 |
| Plaintiff Expert Depositions Completed | 3/27/2023 to 4/14/2023 | 4/27/2023 to 5/15/2023 |
| Defendant Expert Reports | 5/15/2023 | 6/15/2023 |
| Defendant Expert Depositions Completed | 5/26/2023 to 6/12/2023 | 6/26/2023 to 7/13/2023 |
| Daubert and Dispositive Motions | 7/14/2023 | 8/14/2023 |
| Opp. Briefs Due | 8/11/2023 | 9/11/2023 |
| Reply Briefs Due | 8/28/2023 | 9/28/2023 |

Dated:  January 20, 2023

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: (312) 494-4400
Email: kaspar.stoffelmayr@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com

**Counsel for Walgreens**

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel:  (202) 778-1800
Fax:  (202) 822-4106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
E-mail: phynes@zuckerman.com

*Counsel for CVS*

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60601
Phone: (312) 782-3939
E-mail: tmtabacchi@jonesday.com
E-mail:  tfumerton@jonesday.com

*Counsel for Walmart*

*/s/* Ronda L. Harvey
Ronda L. Harvey
Fazal A. Shere
Ashley Hardesty Odell
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia  25301
304-347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com
ahardestyodell@bowlesrice.com

*Counsel for Kroger*

3

/s/ Kara M. Kapke
Meredith Thornburgh White
Kara M. Kapke
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
mwhite@btlaw.com
kkapke@btlaw.com

*Counsel for Publix*


/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Ave., 7th Floor
New York, NY 10016-7416
(212) 257-8482
jconroy@simmonsfirm.com

*Counsel for Plaintiff*


**SO ORDERED**

_____
**Judge Dan Aaron Polster**

Dated: January \_\_, 2023