UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This Document Relates to:**<br><br>*County of Jefferson, New York v. Purdue Pharma, L.P. et al,* Case No. 1:19-op-45437-DAP (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-MD-2804-DAP<br><br>Judge Dan Aaron Polster |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Pursuant to Local Rule 5.2, Plaintiff seeks leave to file Exhibit A to Plaintiff's Consolidated Motion for Leave From Moratorium On Substantive Filings to: (1) Permit Motion to Sever Non-PBM Defendants from Claims Against PBM Defendants Express Scripts and Optum, and (2) Permit Amendment of its Complaint ("Motion for Leave") under seal.

Local Rule 5.2 states: "No document will be accepted for filling under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

Plaintiff has attached as Exhibit A to its Motion for Leave their proposed First Amended Complaint.

Plaintiff's First Amended Complaint contains information that has been subject to Protective and Confidentiality Orders, including Case Management Order No. 2 and the amendments thereto (ECF #s 441, 1357, 2687, 2688). This information is subject to this Court's Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (ECF # 1813).

Plaintiff respectfully requests to proceed in this manner so there are no inadvertent disclosures of information subject to Protective Orders and to comply with this Court's orders.

WHEREFORE, Plaintiff respectfully requests the Honorable Court to grant Plaintiff's Motion for Leave to File its Exhibit Under Seal.

Dated: January 24, 2023

/s/ *Joanne M. Cicala*
**THE CICALA LAW FIRM PLLC**
Joanne M. Cicala
Josh Wackerly
R. Johan Conrod, Jr.
Cristina Moreno
Shelbi Flood
101 College Street
Dripping Springs, TX 78620
joanne@cicalapllc.com
johan@cicalapllc.com
josh@cicalapllc.com
cristina@cicalapllc.com
shelbi@cicalapllc.com
Tel.: (512) 275-6550
Fax: (512) 858-1801

**SANFORD HEISLER SHARP, LLP**
Kevin Sharp
Christine Dunn
ksharp@sanfordheisler.com
cdunn@sanfordheisler.com
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Joanne M. Cicala<br>
Joanne M. Cicala