UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | No. 1:17-md-2804<br><br>Judge Dan A. Polster |

**ORDER REGARDING MASTER STIPULATION OF DISMISSAL OF CLAIMS AGAINST SETTLING DEFENDANTS**

Pursuant to the five recent National Opioid Settlement Agreements[1], in order to participate in the National Opioid Settlement Agreements with any or all of (1) Allergan, (2) Teva, (3) Walmart, (4) Walgreens, or (5) CVS (collectively, and together with any affiliated entities provided for under the applicable National Opioid Settlement Agreement(s), "Defendants"), local governments must sign a Subdivision Settlement Participation Form.  Each local government that signs a Subdivision Settlement Participation Form agrees, in part, to dismiss its claims against the Defendant(s) and Released Entities with which it is settling.

For administrative convenience based on the procedure used in connection with prior National Opioid Settlements, by signing the Subdivision Settlement Participation Form(s), the local government also authorizes the Plaintiffs' Executive Committee ("PEC") to file a Master Stipulation of Dismissal (in a format similar to what is posted at https://nationalopioidsettlement.com/) with respect to all claims that the local government has

---

[1] "National Opioid Settlement Agreements" are the Allergan Public Global Opioid Settlement Agreement, the Teva Global Opioid Settlement Agreement, the Walmart Settlement Agreement, the Walgreens Settlement Agreement, and the CVS Settlement Agreement.  All defined terms shall have the same meanings as they do in their respective settlement agreements.

pending in MDL 2804 against the Defendant(s) with which it is settling. *See, e.g.*, Teva Agreement, Exh. K at K-1, ¶3 ("With respect to any Released Claims pending in In re National Prescription Opiate Litigation, MDL No. 2804, the Governmental Entity authorizes the Plaintiffs' Executive Committee to execute and file on behalf of the Governmental Entity a Stipulation of Dismissal With Prejudice").

Accordingly, the Court hereby affirms that the PEC is authorized to execute and file on the MDL 2804 docket such Master Stipulations of Dismissal on behalf of any and all local governments to the extent provided for in the executed Subdivision Settlement Participation Forms.

IT IS SO ORDERED.

DATED: 1/25/23

                                                /s/Dan Aaron Polster
                                       HONORABLE DAN AARON POLSTER
                                       UNITED STATES DISTRICT JUDGE