# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This filing relates to the following cases:*<br><br>*1:20-op-45297-DAP*<br>*1:20-op-45298-DAP*<br>*1:21-op-45016-DAP*<br>*1:20-op-45171-DAP*<br>*1:20-op-45052-DAP*<br>*3:18-cv-00751-TJC-PDB*<br>*1:20-op-45124-DAP*<br>*1:20-op-45130-DAP*<br>*1:18-op-45377-DAP*<br>*1:20-op-45224-DAP*<br>*1:20-op-45299-DAP*<br>*1:20-op-45263-DAP*<br>*1:20-op-45300-DAP*<br>*1:20-op-45135-DAP*<br>*1:20-op-45295-DAP*<br>*1:19-op-45140-DAP*<br>*1:20-op-45134-DAP*<br>*1:20-op-45225-DAP*<br>*1:20-op-45296-DAP*<br>*1:20-op-45131-DAP*<br>*1:20-op-45082-DAP*<br>*1:20-op-45292-DAP*<br>*1:20-op-45226-DAP*<br>*1:21-op-45044-DAP*<br>*1:20-op-45235-DAP*<br>*1:20-op-45133-DAP* | MDL No. 2804<br><br>Case No.: 1:17-md-02804-DAP<br><br>NON-LITIGATING DEFENDANT MICHAEL BABICH'S LIST OF SUBDIVISIONS THAT HAVE FAILED TO SERVE HIM AND/OR SERVE A FACT SHEET<br><br>**(Assigned to the Hon. Dan Aaron Polster)** |

Defendant Michael Babich, pursuant to the Court's Order Regarding Plaintiff Fact Sheets and Service of Process ("**the Order**") (1:17-md-02804-DAP Doc. No. 4801),

hereby submits the following table of cases, based on a review of PACER, in which he has been named.[1] Babich and undersigned counsel do not believe they have access to the Plaintiff Fact Sheet ("**PFS**") Repository ("**the Repository**") and as such bases his responses to the Court's request information on information available in the public docket in each case.

**Defendant Name**: Michael Babich

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Adair County, Missouri | 1:20-op-45297-DAP | X | X |
| Andrew County, Missouri | 1:20-op-45298-DAP | X | X |
| Barry County, Missouri | 1:21-op-45016-DAP | X | X |
| Barton County, Missouri | 1:20-op-45171-DAP | X | X |
| Carol County, Michigan | 1:20-op-45052-DAP | X | X |
| City of Jacksonville, FL | 3:18-cv-00751-TJC-PDB | X | |
| City of Stewart, FL | 1:20-op-45124-DAP | X | X |
| Clinton County, Missouri | 1:20-op-45130-DAP | X | X |
| Multnomah County, OR | 1:18-op-45377-DAP | X | X |

---

[1] Mr. Babich is not expressly included as a "Non-Litigating Defendant" or "NLD" as used in the Order. Nevertheless, he, like the NLDs, has been named in dozens of actions consolidated in this MDL that were never served on him and is not a defendant to any of the MDL's litigation tracks. Mr. Babich believes that the Court's administration of the MDL would be streamlined by considering the cases listed herein along with those of the NLDs as there is no apparent, material distinction between unserved claims against Mr. Babich and unserved claims against the expressly defined NLDs, and as such makes this filing out of an abundance of caution.

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Dade County, Missouri | 1:20-op-45224-DAP | X | X |
| DeKalb County, Missouri | 1:20-op-45299-DAP | X | X |
| Ford County Kansas | 1:20-op-45263-DAP | X | |
| Grundy County, Missouri | 1:20-op-45300-DAP | X | X |
| Henry County, Missouri | 1:20-op-45135-DAP | X | X |
| Hickory County, Missouri | 1:20-op-45295-DAP | X | X |
| Iberville Parish Council, LA | 1:19-op-45140 | X | X |
| Lawrence County, Missouri | 1:20-op-45134-DAP | X | X |
| McDonald County, Missouri | 1:20-op-45225-DAP | X | X |
| New Madrid County, Missouri | 1:20-op-45296-DAP | X | X |
| Pike County, Missouri | 1:20-op-45131-DAP | X | X |
| Polk County, Missouri | 1:20-op-45082-DAP | X | X |
| Ralls County, Missouri | 1:20-op-45292-DAP | X | X |
| Shawnee County, Kansas, | 1:20-op-45226-DAP | X | X |
| St. Claire County, Missouri | 1:21-op-45044-DAP | X | X |
| Town of Cottage City, The Town of Forest Heights, Town of North Brentwood, and The Town of Upper Marlboro, MD | 1:20-op-45235-DAP | X | X |

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Vernon County, Missouri | 1:20-op-45133-DAP | X | X |

Dated:  January 27, 2023

                                      LANG & KLAIN, P.C.

                                      By:  /s/ Zachary W. Rosenberg
                                           William G. Klain (AZ Bar # 015851)
                                           Zachary W. Rosenberg (AZ Bar #033719)
                                           6730 N. Scottsdale Road, Suite 101
                                           Scottsdale, AZ  85253
                                           Telephone:  (480) 534-4900
                                           Facsimile: (480) 970-5034
                                           wklain@lang-klain.com
                                           zrosenberg@lang-klain.com

                                      RUSSELL PICCOLI, PLC

                                      By:  /s/ Russell Piccoli
                                           Russell Piccoli (AZ Bar #4492)
                                           2646 E. Juniper Avenue
                                           Phoenix, AZ  85032
                                           Telephone:  (602) 315-3848
                                           rp@winazlaw.com
                                           *Attorneys for Defendant Michael Babich*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

Copies also emailed to Special Master Cohen at david@specialmaster.law and Plaintiff's Liaison Counsel at: pweinberger@spanglaw.com; sskikos@skikos.com; trafferty@levinlaw.com; bonnie@dugan-lawfirm.com; cbrustowicz@clfnola.com; ecabraser@lchb.com; fgallucci@pglawyer.com; lsinger@motleyrice.com; notices@dannlaw.com; mike@farrellfuller.com; paul@farrellfuller.com; pmougey@levinlaw.com; tim@bertramgraf.com.

/s/ Lisa Plisko