**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates to:*<br><br>*All Cases Naming Auburn Pharmaceutical Company as a Defendant, as Reported Herein* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster |

**AUBURN PHARMACEUTICAL COMPANY'S**
**LIST PURSUANT OF ORDER OF JANUARY 3, 2023**

Pursuant to the Court's Order Regarding Non-Litigating Defendants dated January 3, 2023, Auburn Pharmaceutical Company, a Michigan corporation ("Auburn"), by its counsel, submits this list showing all plaintiff-subdivisions that named the NLD in an MDL case, but the plaintiff: (1) did not serve a PFS to the PFS Repository; and/or (2) did not obtain timely service of process.

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Morgan Cty, WV | 18-op-45444 | X | |
| Wayne Cty. Fiscal Court, CA | 18-op-45389 | | X |
| Family Practice Clinic of Booneville, KY | 18-op-45390 | X | X |
| Bon Secours Health System, OH | 18-op-45819 | X | X |
| Kentucky River Dist. Health Dept, OH | 19-op-45050 | X | X |
| Saginaw Chippewa Indian Tribe, OH | 19-op-45841 | X | X |
| Bon Secours Health System, OH | 18-op-45820 | X | X |
| City of Canton, OH | 19-op-45462 | X | X |
| Cty. of Curry, OR | 19-op-45512 | | X |
| Adams Cty, ID | 18-op-46062 | | X |
| Canyon County, ID | 18-op-46277 | | X |

This list is submitted without the admission of any liability on behalf of Auburn and its Defendant Family and without waiving or prejudicing any and all defenses and objections to the

{04730151}

claims against Auburn and its Defendant Family including, without limitation, bar by the statute of limitations, waiver, laches, and estoppel, failure to state a claim upon which relief can be granted, no causation, improper service, lack of service, lack of personal jurisdiction, and/or dismissal as a party.

Dated: January 30, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　Nathan Upfal, P.C.

　　　　　　　　　　　　　　　　　　　　　　__/s/ Nathan Upfal_____
　　　　　　　　　　　　　　　　　　　　　　Nathan Upfal, Attorney at Law
　　　　　　　　　　　　　　　　　　　　　　Michigan Bar Number P36764

　　　　　　　　　　　　　　　　　　　　　　121 W. Long Lake Road, Suite 200
　　　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, Michigan 48304
　　　　　　　　　　　　　　　　　　　　　　Telephone: (248) 433-2576
　　　　　　　　　　　　　　　　　　　　　　Fax: (248) 671-0313
　　　　　　　　　　　　　　　　　　　　　　Email: upfal@jackiergould.com

{04730151}

**CERTIFICATE OF SERVICE**

      I certify that the foregoing was electronically filed on January 30, 2023, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

      Further, the foregoing document was emailed on January 30, 2023, to Special Master Cohen at david@specialmaster.law and Plaintiff's Liaison Counsel Peter H. Weinberger at: pweinberger@spanglaw.com

                                                       /s/ James C. Wright      .
                                           James C. Wright, Attorney at Law

{04730151}