UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 <br><br> Hon. Dan A. Polster |
|---|---|

**ZYDUS PHARMACEUTICALS (USA) INC.'S
SUBMISSION IN RESPONSE TO THE COURT'S ORDER REGARDING PLAINTIFF
FACT SHEETS AND SERVICE OF PROCESS**

Zydus Pharmaceuticals (USA) Inc. ("Zydus") submits the below in accordance with the Court's January 3, 2023, Order (ECF No. 4801) permitting certain "Non-Litigating Defendants" ("NLDs") to submit a "list showing all plaintiff-subdivisions that named the NLD in the MDL case," but the plaintiff did not "obtain timely service of process":[1]

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| Passamaquoddy Tribe-Pleasant Point | 1:19-op- 45100 | | X |
| Passamaquoddy Tribe-Indian Township | 1:18-op-45876 | | X |
| City of Paintsville | 1:19-op-45559 | | X |
| City of Inez | 1:19-op-45499 | | X |

---

[1] Nothing in this submission shall be construed as waiving or prejudicing any and all available defenses and objections to the claims asserted against Zydus, including but not limited to, those relating to lack of or improper service, lack of personal jurisdiction, and dismissal as a party.

101665457

Dated: January 30, 2023  By:  */s/ Lauren S. Colton*
　　　　　　　　　　　　　　　　MD Bar No. 0012130264
　　　　　　　　　　　　　　　　**HOGAN LOVELLS US LLP**
　　　　　　　　　　　　　　　　100 International Drive
　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　Tel: (410) 659-2733
　　　　　　　　　　　　　　　　lauren.colton@hoganlovells.com

　　　　　　　　　　　　　　　　*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed and served upon counsel of record by operation of the Court's CM/ECF System on January 30, 2023.

        By:    */s/ Lauren S. Colton*
                MD Bar No. 0012130264
                **HOGAN LOVELLS US LLP**
                100 International Drive
                Suite 200
                Baltimore, MD 21202
                Tel: (410) 659-2733
                lauren.colton@hoganlovells.com

                *Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc.*