UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*All Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### HENRY SCHEIN, INC.'S SUBMISSION PURSUANT TO COURT ORDER

Pursuant to the Court's January 3, 2023 Order [Doc. 4801], Henry Schein, Inc. submits this list identifying cases brought by subdivision-plaintiffs in which Henry Schein, Inc. is named, but the plaintiff: (1) did not serve a PFS to the PFS Repository (as of Henry Schein, Inc.'s most recent download of materials on January 13, 2023)[1]; and/or did not obtain timely service of process.[2] Schein has prepared this list to the best of its knowledge based on a reasonable investigation. Schein may not have notice of all cases that have been filed against it if there has been no service.

|  | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 1 | City of Daphne, Alabama | 1:20-op-45227 | X |  |

---

[1] The following cases appear to have been added to the repository after the Court's 10/14/2022 deadline [Doc. 4664]: *City of Amsterdam v. Purdue Pharma et al.*, 1:19-op-46162; *City of Ogdensburg v. Purdue Pharma et al.*, 1:19-op-45852; *City of Poughkeepsie v. Purdue Pharma et al.*, 1:19-op-46163; *City of Rochester v. Purdue Pharma et al.*, 1:19-op-45853; *City of Saratoga Springs v. Purdue Pharma et al.*, 1:19-op-45857.

[2] Per the Court's January 3 Order, this list contains only subdivision-plaintiffs. Henry Schein, Inc. makes no representations regarding the status of service of process as to any cases not identified on this list, and reserves all rights with regard to such cases. Notably, Henry Schein, Inc. has been named in at least the following additional cases in which it has not been served, but that are not subdivision-plaintiffs: *Kickapoo Traditional Tribe of Texas v. McKesson Corp., et al.*, 1:20-op-45104; *IBEW Local 716 Electrical Medical Trust v. McKesson Corp*; 1:20-op-45148; *Saint Elizabeth Medical Center, Inc. d/b/a/ St. Elizabeth Healthcare, et al. v. AmerisourceBergen Drug Corp.*, 1:18-op-46046.

|   | Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|---|
| 2 | City of Fultondale, Alabama; City of Graysville, Alabama; City of Centre, Alabama; Town of Cedar Bluff, Alabama; City of Dadeville, Alabama; Town of Camp Hill, Alabama; Town of Oakman, Alabama; City of Attalla, Alabama; and Town of Gilbertown, Alabama | 1:20-op-45265 | X | |
| 3 | County of Kaua'i, a Political Subdivision of the State of Hawai'i, for themselves individually, and on behalf of all similarly situated persons, and on behalf of the general public, as a class (Hawaii)[3] | 1:19-op-45862 | X | |
| 4 | Allegany County (New York) | 1:19-op-46151 | X | |
| 5 | The City of Auburn (New York) | 1:19-op-45843 | X | |
| 6 | City of Jackson, Mississippi | 1:19-op-45806 | | X |
| 7 | City of Morganfield, Kentucky | 1:20-op-45167 | X | X |
| 8 | Stone County, Mississippi | 1:20-op-45168 | X | X |
| 9 | Wabaunsee County Kansas and Tim Liesmann, Wabaunsee County | 1:19-op-45377 | | X |

---

[3] This matter names both Henry Schein, Inc. and Henry Schein Medical Systems, Inc.  As to this matter only, Henry Schein Medical Systems, Inc. joins in Henry Schein, Inc.'s submission.

Dated:  January 30, 2023.                                      Respectfully Submitted,

                                                      */s/ John P. McDonald*
**John P. McDonald**
Texas Bar No. 13549090
jpmcdonald@lockelord.com
**Lauren M. Fincher**
Texas Bar No. 24069718
lfincher@lockelord.com
**Brandan J. Montminy**
Texas Bar No. 24088080
brandan.montminy@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

*Counsel for Henry Schein, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on January 30, 2023.

                                            */s/ John P. McDonald*
                                            John P. McDonald