# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  )<br>)<br>)<br>*This Document Relates To:*  )<br>)<br>*City of Prestonsburg v. AmerisourceBergen Drug Corp.*, No. 19-OP-45294-DAP  )<br>*City of Paintsville v. AmerisourceBergen Drug Corp.*, No. 19-OP-45559-DAP  )<br>*Fayette County, Georgia v. Purdue Pharma, L.P.*, No. 19-OP-45293-DAP  )<br>*Board of Commissioners of Barber County, Kansas v. Purdue Pharma, L.P.*, No. 19-OP-45785-DAP  )<br>*City of Niceville v. AmerisourceBergen Drug Corp.*, No. 21-OP-45081-DAP  ) | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan A. Polster |

## DEFENDANT ALVOGEN, INC.'S RESPONSE TO ORDER REGARDING PLAINTIFF FACT SHEETS AND SERVICE OF PROCESS

In response to this Court's January 3, 2023 Order, ECF No. 4801, Defendant Alvogen, Inc. ("Alvogen") respectfully provides the following list of all plaintiff-subdivisions that named Alvogen in an MDL case but failed to serve a Plaintiff Fact Sheet ("PFS") to the PFS Repository and/or did not obtain timely service of process.[1]

---

[1] Alvogen has not yet had the opportunity to respond to the claims against it. Alvogen does not concede that any plaintiff in any case listed in this filing has stated a claim against Alvogen upon which relief can be granted, and Alvogen expressly preserves any and all defenses that may be available to it.

**Defendant Name:** Alvogen, Inc.

| Subdivision Name | MDL Case No. | No PFS in Repository | No Service of Process |
|---|---|---|---|
| City of Prestonsburg, KY | 19-OP-45294 | | X |
| City of Paintsville, KY | 19-OP-45559 | | X |
| Fayette County, GA | 19-OP-45293 | | X[2] |
| Board of Commissioners of Barber County, KS | 19-OP-45785 | | X[2] |
| City of Niceville, FL | 21-OP-45081 | | X |

Dated: January 30, 2023

Respectfully Submitted,

*/s/ John M. Tanski*
John M. Tanski
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
860.275.8100
860.275.8101 (fax)
jtanski@axinn.com

Craig M. Reiser
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036
212.728.2200
212.728.2201 (fax)
creiser@axinn.com

*Attorneys for Defendant Alvogen, Inc.*

---

[2] In the *Fayette County* and *Barber County* cases, Case Nos. 19-OP-45293 and 19-OP-45785, respectively, Alvogen sent executed waivers of service to the plaintiff but the plaintiff never filed those waivers on the docket. *See* Fed. R. Civ. Proc. 4(d)(4) ("When the plaintiff *files a waiver, proof of service is not required* and these rules apply as if a summons and complaint had been served at the time of filing the waiver." (emphasis added)).